ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
        – and –
SAMUEL H. RUDMAN
MARY K. BLASY (211262)
58 South Service Road, Suite 200
Melville, NY  11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
mblasy@rgrdlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> APPLE INC., TIMOTHY D. COOK and LUCA MAESTRI, <br><br> Defendants. | Case No. 3:19-cv-02033 <br><br> <u>CLASS ACTION</u> <br><br> CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

*/s/ Shawn A. Williams*
ATTORNEY OF RECORD FOR PLAINTIFF
CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM