AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br> *Plaintiff(s)* <br><br> v. <br><br> APPLE INC., TIMOTHY D. COOK and LUCA MAESTRI, <br> *Defendant(s)* | Civil Action No. 19-cv-2033 YGR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  

Apple Inc.  
One Apple Park Way  
Cupertino, CA 95014  

Luca Maestri  
1463 Cypress Drive  
Pebble Beach, CA 93953  

Timothy D. Cook  
745 Webster Street, Unit A  
Palo Alto, CA 94301  

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shawn A. Williams  
ROBBINS GELLER RUDMAN & DOWD LLP  
One Montgomery Street, Suite 1800  
San Francisco, CA  94104  
Telephone:  415/288-4545  

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Susan Y. Soong*

Date: 4/17/2019

*Signature of Clerk or Deputy Clerk*