1  MELINDA L. HAAG (SBN 132612)
   mhaag@orrick.com
2  JAMES N. KRAMER (SBN 154709)
   jkramer@orrick.com
3  ALEXANDER K. TALARIDES (SBN 268068)
   atalarides@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone:      (415) 773-5700
   Facsimile:      (415) 773-5957
7
   Attorneys for Defendants
8  Apple Inc., Timothy D. Cook and Luca Maestri

9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                          OAKLAND DIVISION

13

14  CITY OF ROSEVILLE EMPLOYEES'            Case No. 19-cv-02033-YGR
    RETIREMENT SYSTEM, Individually and on
15  Behalf of All Others Similarly Situated,   **NOTICE OF APPEARANCE OF
                                               MELINDA L. HAAG**
16                  Plaintiff,

17          v.

18  APPLE INC., TIMOTHY D. COOK and
    LUCA MAESTRI,
19
                    Defendants.
20

21

22

23

24

25

26

27

28

4130-4635-3436.1

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that **MELINDA L. HAAG** of the law firm of Orrick, Herrington & Sutcliffe LLP hereby enters an appearance as counsel of defendants Apple Inc., Timothy D. Cook and Luca Maestri (collectively, "Defendants"), and hereby requests that all notices given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided and served upon:

Melinda L. Haag
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105
Tel.: (415) 773-5900
Fax: (415) 773-5759
mhaag@orrick.com

This appearance is without prejudice to, or waiver of, any defense that Defendants may have, including, but not limited to, defenses based on lack of subject matter jurisdiction, insufficient process, and insufficient service of process.

Dated: April 23, 2019

Respectfully submitted,
ORRICK, HERRINGTON & SUTCLIFFE LLP

_/s/ Melinda L. Haag_
MELINDA L. HAAG

Attorneys for Defendants Apple Inc., Timothy D. Cook and Luca Maestri

- 1 -

4130-4635-3436.1