MELINDA L. HAAG (SBN 132612)
mhaag@orrick.com
JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     (415) 773-5700
Facsimile:      (415) 773-5957

Attorneys for Defendants
Apple Inc., Timothy D. Cook and Luca Maestri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>             Plaintiff,<br><br>     v.<br><br>APPLE INC., TIMOTHY D. COOK and LUCA MAESTRI,<br><br>             Defendants. | Case No. 19-cv-02033-YGR<br><br>**NOTICE OF APPEARANCE OF JAMES N. KRAMER** |

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that **JAMES N. KRAMER** of the law firm of Orrick, Herrington & Sutcliffe LLP hereby enters an appearance as counsel of defendants Apple Inc., Timothy D. Cook and Luca Maestri (collectively, "Defendants"), and hereby requests that all notices given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided and served upon:

James N. Kramer<br>
Orrick, Herrington & Sutcliffe LLP<br>
405 Howard Street<br>
San Francisco, CA 94105<br>
Tel.: (415) 773-5900<br>
Fax: (415) 773-5759<br>
jkramer@orrick.com

    This appearance is without prejudice to, or waiver of, any defense that Defendants may have, including, but not limited to, defenses based on lack of subject matter jurisdiction, insufficient process, and insufficient service of process.

Dated: April 23, 2019

Respectfully submitted,
ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ James N. Kramer*
JAMES N. KRAMER

Attorneys for Defendants Apple Inc., Timothy D. Cook and Luca Maestri

- 1 -

NOTICE OF APPEARANCE,
CASE NO. 19-CV-02033-YGR

4158-4821-4044.1