MELINDA L. HAAG (SBN 132612)
mhaag@orrick.com
JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:       (415) 773-5700
Facsimile:        (415) 773-5957

Attorneys for Defendants
Apple Inc., Timothy D. Cook and Luca Maestri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., TIMOTHY D. COOK and LUCA MAESTRI,<br><br>Defendants. | Case No. 19-cv-02033-YGR<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

4150-9363-2540.1

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Apple Inc. ("Apple"), by its counsel, states that it does not have a parent corporation and that there is no publicly held corporation that owns ten percent (10%) or more of its stock.

Pursuant to Civil L.R. 3-15, the undersigned counsel of record for Defendants Apple, Timothy D. Cook and Luca Maestri, certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: April 23, 2019

Respectfully submitted,
ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Alexander K. Talarides*
ALEXANDER K. TALARIDES

Attorneys for Defendants Apple Inc., Timothy D. Cook and Luca Maestri