1  MELINDA L. HAAG (SBN 132612)
   mhaag@orrick.com
2  JAMES N. KRAMER (SBN 154709)
   jkramer@orrick.com
3  ALEXANDER K. TALARIDES (SBN 268068)
   atalarides@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone:      (415) 773-5700
   Facsimile:       (415) 773-5957
7
   Attorneys for Defendants
8  Apple Inc., Timothy D. Cook and Luca Maestri

9  [additional counsel appears on signature page]

10

11                     UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                            OAKLAND DIVISION

14

15  CITY OF ROSEVILLE EMPLOYEES'         Case No. 19-cv-02033-YGR
    RETIREMENT SYSTEM, Individually and on
16  Behalf of All Others Similarly Situated,   **STIPULATION AND [PROPOSED]
                                               ORDER CONTINUING DATE UPON
17             Plaintiff,                       WHICH RESPONSIVE PLEADING IS
                                               DUE**
18        v.

19  APPLE INC., TIMOTHY D. COOK and
    LUCA MAESTRI,
20
               Defendants.
21

22

23

24

25

26

27

28

4145-7018-7548.1

WHEREAS, on April 16, 2019, plaintiff City of Roseville Employees' Retirement System ("Plaintiff") commenced the above-captioned action (the "Action") alleging violations of federal securities laws against defendants Apple Inc., Timothy D. Cook and Luca Maestri (collectively, "Defendants");

WHEREAS, the Private Securities Litigation Reform Act of 1995 (the "Reform Act"), 15 U.S.C. § 78u-4, *et seq.*, establishes a mandatory procedure for the selection of lead plaintiff and counsel to oversee putative class actions brought under the federal securities laws;

WHEREAS, 15 U.S.C. § 78u-4(a)(3)(A)(i) provides that within 20 days after the date on which a securities fraud class action is filed, the plaintiff is required to cause notice to be published advising potential plaintiff class members of the pendency of the action, the claims, the purported class period, and that any putative member of the class may file a motion with the Court to serve as lead plaintiff no later than 60 days from the publication of that notice;

WHEREAS, after publication of notice, 15 U.S.C. § 78u-4(a)(3)(B)(i) directs this Court to consider any motions brought by putative class members seeking to be appointed as lead plaintiff no later than 90 days after publication of the notice;

WHEREAS, pursuant to the Reform Act, on April 16, 2019, counsel for Plaintiff published notice of the filing of this Action, advising all putative class members of, *inter alia*, the allegations and claims in the complaint, the class period, and their option to seek appointment as lead plaintiff by June 15, 2019;

WHEREAS, there has been no appointment of a lead plaintiff or lead counsel in this Action;

WHEREAS, once selected, the lead plaintiff will identify an operative complaint or file an amended complaint that becomes the operative complaint;

WHEREAS, on April 22, 2019, counsel for Defendants executed valid waivers of service of process on behalf of Defendants;

NOW, THEREFORE, the parties, by and through their undersigned counsel of record, in the interests of judicial economy, hereby agree and stipulate, and respectfully request that the Court order as follows:

4145-7018-7548.1

1.      Defendants are not required to respond to the initial complaint in this Action, or to any complaint in any action consolidated into this Action, until after the Court appoints a lead plaintiff pursuant to the Reform Act;

2.      Within fourteen (14) days after the Court appoints a lead plaintiff(s) pursuant to the Reform Act, Defendants and the lead plaintiff(s) shall confer and jointly submit to the Court: (i) a proposed schedule and dates by which the lead plaintiff(s) will file an amended complaint or designate a complaint as the operative complaint; and (ii) a briefing schedule on Defendants' anticipated motion(s) to dismiss.

Dated: April 23, 2019

MELINDA L. HAAG
JAMES N. KRAMER
ALEXANDER K. TALARIDES
**ORRICK HERRINGTON & SUTCLIFFE LLP**

*/s/ Alexander K. Talarides*

ALEXANDER K. TALARIDES
Attorneys for Defendants Apple Inc., Timothy D. Cook and Luca Maestri

*I, Alexander K. Talarides, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order.  In compliance with General Order 45, X.B., I hereby attest that Shawn A. Williams has concurred in this filing.*

Dated: April 23, 2019

SHAWN A. WILLIAMS
**ROBBINS GELLER RUDMAN & DOWN LLP**

*/s/ Shawn A. Williams*

SHAWN A. WILLIAMS
Attorneys for Plaintiff City of Roseville Employees' Retirement System

\*\*\*

## [PROPOSED] ORDER

Based on the stipulation of the signed parties, and good cause appearing, IT IS HEREBY ORDERED that the Stipulation is approved.  It is so ORDERED.

DATED: _____

THE HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE