**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
E-mail: jpafiti@pomlaw.com

*Attorneys for Plaintiff*

*- additional counsel on signature page –*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC., TIMOTHY D. COOK and LUCA MAESTRI,<br><br>Defendants. | Case No. 4:19-cv-02033-YGR<br><br>**PLAINTIFF'S UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge Yvonne Gonzales Rogers |
| PRIYAM REDDY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC., TIMOTHY D. COOK and LUCA MAESTRI,<br><br>Defendants. | Case No. 5:19-cv-02615-LHK |

Priyam Reddy ("Plaintiff Reddy"), plaintiff in the putative securities class action filed in this Judicial District on May 14, 2019 under style of *Reddy v. Apple Inc. et al.*, 5:19-cv-02615-LHK (the "*Reddy* Action"), brings this Administrative Motion pursuant to Civil Local Rules 3-12 and 7-11 for a determination that the *Reddy* Action should be related to the above-captioned action *City of Roseville Employees' Retirement System v. Apple Inc. et al.*, 4:19-cv-02033-YGR (the "Roseville Action" and, with the *Reddy* Action," the "Actions").

Under Civil Local Rule 3-12(a), cases are related when they (1) "concern substantially the same parties, property, transaction or event"; and (2) "[i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflict results if the cases are conducted before different Judges."  Here, both criteria are met:

First, the Actions are both putative class actions on behalf of similarly defined classes, seeking substantively identical relief.  The complaints in both Actions allege that defendants violated the federal securities laws by making false and/or misleading statements and/or failing to disclose issues negatively impacting demand for Apple Inc.'s iPhone products in greater China.

Second, in light of these common issues of law and fact, there will be an unduly burdensome duplication of labor and expense and potentially conflicting results if the cases are conducted before different judges, and assignment of a single judge will conserve judicial resources and promote an efficient determination of these actions.

For the foregoing reasons, Plaintiff Reddy respectfully requests that the Court enter an order relating the Actions pursuant to Civil Local Rule 3-12.

Dated:  June 4, 2019

                                                Respectfully submitted,

                                                **POMERANTZ LLP**

                                                By: */s/ Jennifer Pafiti*
                                                Jennifer Pafiti (SBN 282790)
                                                1100 Glendon Avenue, 15th Floor
                                                Los Angeles, CA 90024

Telephone: (310) 405-7190
E-mail: jpafiti@pomlaw.com

**POMERANTZ, LLP**
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
E-mail: jalieberman@pomlaw.com
E-mail: ahood@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
E-mail: pdahlstrom@pomlaw.com

**BRONSTEIN, GEWIRTZ**
**& GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email: peretz@bgandg.com

*Attorneys for Movant Priyam Reddy*

2
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED – 4:19-cv-02033

**PROOF OF SERVICE**

I hereby certify that on June 4, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Jennifer Pafiti*
Jennifer Pafiti