**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
E-mail: jpafiti@pomlaw.com

*Attorneys for Plaintiff*

*- additional counsel on signature page –*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC., TIMOTHY D. COOK and LUCA MAESTRI,<br><br>Defendants. | Case No. 4:19-cv-02033-YGR<br><br>**[PROPOSED] ORDER GRANTING RELATIONSHIP**<br><br>Judge Yvonne Gonzales Rogers |
| PRIYAM REDDY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC., TIMOTHY D. COOK and LUCA MAESTRI,<br><br>Defendants. | Case No. 5:19-cv-02615-LHK |

[PROPOSED] ORDER GRANTING RELATIONSHIP – 4:19-cv-02033

Before the Court is an unopposed administrative motion, pursuant to Civil Local Rules 3-12 and 7-11, to consider whether *Reddy v. Apple Inc. et al.*, 5:19-cv-02615-LHK is related to *City of Roseville Employees' Retirement System v. Apple Inc. et al.*, 4:19-cv-02033-YGR.

Having considered the submissions and arguments in support of the motion, the Court finds that the criteria for related cases as set out in Civil Local Rule 3-12 are met. The cases concern substantially the same parties, property, transaction or event, and it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

Accordingly, IT IS HEREBY ORDERED that the Administrative Motion to Consider Whether Cases Should Be Related is GRANTED, and that Case Nos. 5:19-cv-02615-LHK and 4:19-cv-02033-YGR are related. Pursuant to Civil Local Rule 3-12(f)(3), the Clerk shall reassign Case No. 5:19-cv-02615-LHK to the undersigned.

IT IS SO ORDERED.

Dated: _____, 2019

_____
Honorable Yvonne Gonzales Rogers
United States District Judge
Northern District of California