**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
E-mail: jpafiti@pomlaw.com

*Attorneys for Plaintiff*

*- additional counsel on signature page –*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC., TIMOTHY D. COOK and LUCA MAESTRI,<br><br>Defendants. | Case No. 4:19-cv-02033-YGR<br><br>**DECLARATION OF J. ALEXANDER HOOD II, ESQ. IN SUPPORT OF PLAINTIFF'S UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge Yvonne Gonzales Rogers |
| PRIYAM REDDY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC., TIMOTHY D. COOK and LUCA MAESTRI,<br><br>Defendants. | Case No. 5:19-cv-02615-LHK |

DECLARATION OF J. ALEXANDER HOOD II, ESQ. IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED – 4:19-cv-02033

I, J. Alexander Hood II, Esq., hereby declare as follows:

1. I am Of Counsel to the law firm of Pomerantz LLP, counsel for Priyam Reddy ("Reddy") in the above-captioned action *Reddy v. Apple Inc. et al.*, 5:19-cv-02615-LHK (the "*Reddy* Action"). I make this Declaration, in accordance with Local Rules 3-12 and 7-11, in support of Reddy's Unopposed Administrative Motion to Consider Whether Cases Should Be Related. I have personal knowledge of the facts set forth in this Declaration.

2. Before my firm filed the Administrative Motion, I contacted counsel for Defendants in the above-captioned action *City of Roseville Employees' Retirement System v. Apple, Inc. et al.*, 4:19-cv-02033-YGR (the "*Roseville* Action"), who declined to jointly move for the administrative relief requested but advised that they do not oppose the instant motion. I also contacted counsel for Plaintiff in the *Roseville* Action, who likewise declined to jointly move for the administrative relief requested but advised that they do not oppose the instant motion.

3. Accordingly, the Administrative Motion is not accompanied by a Stipulation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 4, 2019 at New York, New York.

*/s/ J. Alexander Hood II*
J. Alexander Hood II

1

DECLARATION OF J. ALEXANDER HOOD II, ESQ. IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED – 4:19-cv-02033

**PROOF OF SERVICE**

I hereby certify that on June 4, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Jennifer Pafiti*
Jennifer Pafiti

2

DECLARATION OF J. ALEXANDER HOOD II, ESQ. IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED – 4:19-cv-02033