**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Tel: (415) 373-1671
Email: aapton@zlk.com

*Attorneys for Movant Richard Rodriguez*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, Individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>APPLE INC., TIMOTHY D. COOK, and LUCA MAESTRI,<br><br>Defendants. | No. 4:19-cv-02033-YGR<br><br>Hon. Yvonne Gonzalez Rogers<br><br>**DECLARATION OF ADAM M. APTON IN SUPPORT OF RICHARD RODRIGUEZ'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**<br><br>Date: August 13, 2019<br>Time: 2:00 p.m.<br>Courtroom: 1-4th Floor |
| PRIYAM REDDY, Individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>APPLE INC., TIMOTHY D. COOK, and LUCA MAESTRI,<br><br>Defendants. | No. 3:19-cv-02615-LHK<br><br>Hon. Lucy H. Koh |

*[Caption Continued on Next Page]*

| | |
|---|---|
| STEAMFITTERS LOCAL 449 PENSION PLAN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>APPLE INC., TIMOTHY D. COOK, and LUCA MAESTRI,<br><br>Defendants. | No. 3:19-cv-02891-JD<br><br>Hon. James Donato |

I, Adam M. Apton, hereby declare as follows:

1. I am a partner at the law firm of Levi & Korsinsky, LLP, counsel for Richard Rodriguez ("Movant"), and a member in good standing for the bar of the State of California. I respectfully submit this declaration in support of Movant's Motion for Consolidation of the above-captioned actions (the "Actions"), Appointment as Lead Plaintiff, and Approval of Lead Counsel.

2. Attached hereto as Exhibit A is a true and correct copy of the sworn certification signed by Movant.

3. Attached hereto as Exhibit B is a true and correct copy of the loss chart detailing the losses sustained by Movant.

4. Attached hereto as Exhibit C is a true and correct copy of the press release originally published on April 16, 2019, on *Globe Newswire* announcing the pendency of the first-filed securities lawsuit.

5. Attached hereto as Exhibit D is a true and correct copy of the firm resume of Levi & Korsinsky, LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 17th day of June, 2019.

/s/ Adam M. Apton.
ADAM M. APTON