# EXHIBIT A

**CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS**

I, Richard Rodriguez , duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed in the action(s) and adopt its allegations. I have authorized the filing of a motion for appointment as lead plaintiff.

2. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transaction(s) in Apple Inc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

5. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this June 12, 2019.

Name: Richard Rodriguez

Signed:

*[signature]*

**Richard Rodriguez**
**Transactions in APPLE INC. (AAPL) Securities**
**Class Period: 08/01/2017 and 01/02/2019, inclusive**
Buy (B), Sell (S), Sell to Open (SO), Buy to Open (BO), Sell to Close (SC), Buy to Close (BC)

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) |
|---|---|---|---|---|
| 10/20/2017 | BO | 1 | AAPL Jun 15 2018 150.0 Call | 16.70 |
| 10/20/2017 | BO | 19 | AAPL Jun 15 2018 150.0 Call | 16.70 |
| 11/15/2017 | BO | 13 | AAPL Jun 15 2018 150.0 Call | 25.00 |
| 12/4/2017 | SC | (33) | AAPL Jun 15 2018 150.0 Call | 26.20 |
| 12/20/2017 | BO | 40 | AAPL Jan 18 2019 175.0 Call | 17.65 |
| 12/20/2017 | BO | 10 | AAPL Jan 18 2019 175.0 Call | 17.65 |
| 12/26/2017 | BO | 5 | AAPL Jan 18 2019 175.0 Call | 16.70 |
| 12/26/2017 | BO | 5 | AAPL Jan 18 2019 175.0 Call | 15.90 |
| 12/26/2017 | BO | 1 | AAPL Jan 18 2019 175.0 Call | 15.60 |
| 2/2/2018 | BO | 61 | AAPL Jan 18 2019 175.0 Call | 11.75 |
| 2/2/2018 | BO | 20 | AAPL Jan 18 2019 175.0 Call | 11.30 |
| 2/22/2018 | SC | (142) | AAPL Jan 18 2019 175.0 Call | 15.15 |
| 2/23/2018 | BO | 141 | AAPL Jan 18 2019 175.0 Call | 16.45 |
| 3/9/2018 | BO | 10 | AAPL Mar 16 2018 182.5 Call | 0.65 |
| 3/12/2018 | SC | (10) | AAPL Mar 16 2018 182.5 Call | 1.40 |
| 5/7/2018 | SC | (141) | AAPL Jan 18 2019 175.0 Call | 20.25 |
| 5/10/2018 | BO | 5 | AAPL Jun 8 2018 182.5 Put | 2.20 |
| 5/10/2018 | BO | 4 | AAPL Jun 8 2018 190.0 Put | 4.40 |
| 5/21/2018 | SC | (5) | AAPL Jun 8 2018 182.5 Put | 0.93 |
| 5/21/2018 | SC | (4) | AAPL Jun 8 2018 190.0 Put | 3.65 |
| 5/21/2018 | BO | 50 | AAPL Jan 18 2019 175.0 Call | 22.20 |
| 5/21/2018 | BO | 60 | AAPL Jan 18 2019 175.0 Call | 22.20 |
| 5/21/2018 | BO | 10 | AAPL Jun 1 2018 190.0 Call | 1.74 |
| 5/21/2018 | BO | 20 | AAPL Jun 1 2018 190.0 Call | 1.82 |
| 5/21/2018 | BO | 15 | AAPL Jun 1 2018 190.0 Call | 1.20 |
| 5/24/2018 | BO | 40 | AAPL Jun 1 2018 190.0 Call | 0.68 |
| 5/25/2018 | BO | 5 | AAPL Jun 22 2018 180.0 Call | 10.50 |
| 5/25/2018 | BO | 20 | AAPL Jun 8 2018 195.0 Call | 0.39 |
| 5/30/2018 | SC | (85) | AAPL Jun 1 2018 190.0 Call | 0.22 |
| 6/4/2018 | SC | (20) | AAPL Jun 8 2018 195.0 Call | 0.91 |
| 6/6/2018 | SC | (5) | AAPL Jun 22 2018 180.0 Call | 13.85 |
| 6/6/2018 | BO | 40 | AAPL Jun 8 2018 195.0 Call | 0.40 |
| 6/6/2018 | SC | (40) | AAPL Jun 8 2018 195.0 Call | 0.45 |
| 6/7/2018 | BO | 25 | AAPL Jun 15 2018 195.0 Call | 1.13 |
| 6/7/2018 | SC | (25) | AAPL Jun 15 2018 195.0 Call | 1.32 |
| 6/8/2018 | BO | 30 | AAPL Jun 29 2018 195.0 Call | 1.60 |
| 6/8/2018 | BO | 25 | AAPL Jun 15 2018 195.0 Call | 0.52 |
| 6/12/2018 | SC | (25) | AAPL Jun 15 2018 195.0 Call | 0.40 |
| 6/13/2018 | BO | 16 | AAPL Jun 22 2018 197.5 Call | 0.51 |
| 6/13/2018 | SC | (16) | AAPL Jun 22 2018 197.5 Call | 0.42 |
| 6/13/2018 | BO | 16 | AAPL Jun 22 2018 197.5 Call | 0.38 |
| 6/22/2018 | Option Expired | (16) | AAPL Jun 22 2018 197.5 Call | 0.00 |
| 6/27/2018 | SC | (30) | AAPL Jun 29 2018 195.0 Call | 0.02 |
| 8/1/2018 | SC | (110) | AAPL Jan 18 2019 175.0 Call | 28.25 |
| 8/2/2018 | BO | 30 | AAPL Sep 21 2018 200.0 Put | 3.30 |
| 8/2/2018 | BO | 30 | AAPL Sep 21 2018 200.0 Put | 2.90 |
| 8/2/2018 | BO | 20 | AAPL Aug 10 2018 205.0 Call | 0.93 |
| 8/2/2018 | SC | (20) | AAPL Aug 10 2018 205.0 Call | 1.40 |

| Date | Action | Qty | Security | Price |
|---|---|---|---|---|
| 8/2/2018 | BO | 40 | AAPL Aug 10 2018 205.0 Call | 1.56 |
| 8/2/2018 | SC | (40) | AAPL Aug 10 2018 205.0 Call | 1.66 |
| 8/2/2018 | BO | 60 | AAPL Aug 10 2018 205.0 Call | 1.85 |
| 8/2/2018 | SC | (60) | AAPL Aug 10 2018 205.0 Call | 2.30 |
| 8/2/2018 | BO | 58 | AAPL Aug 10 2018 205.0 Call | 3.18 |
| 8/2/2018 | BO | 2 | AAPL Aug 10 2018 205.0 Call | 3.17 |
| 8/2/2018 | SC | (60) | AAPL Aug 10 2018 205.0 Call | 2.89 |
| 8/2/2018 | BO | 60 | AAPL Aug 10 2018 205.0 Call | 3.35 |
| 8/2/2018 | SC | (60) | AAPL Aug 10 2018 205.0 Call | 3.40 |
| 8/2/2018 | BO | 108 | AAPL Aug 10 2018 207.5 Call | 2.18 |
| 8/2/2018 | BO | 12 | AAPL Aug 10 2018 207.5 Call | 2.17 |
| 8/2/2018 | SC | (118) | AAPL Aug 10 2018 207.5 Call | 1.73 |
| 8/2/2018 | SC | (2) | AAPL Aug 10 2018 207.5 Call | 1.84 |
| 8/2/2018 | BO | 97 | AAPL Aug 10 2018 210.0 Call | 1.78 |
| 8/2/2018 | BO | 23 | AAPL Aug 10 2018 210.0 Call | 1.77 |
| 8/2/2018 | SC | (120) | AAPL Aug 10 2018 210.0 Call | 1.40 |
| 8/3/2018 | BO | 20 | AAPL Sep 21 2018 190.0 Put | 1.18 |
| 8/3/2018 | SC | (60) | AAPL Sep 21 2018 200.0 Put | 3.20 |
| 8/3/2018 | BO | 80 | AAPL Aug 10 2018 210.0 Call | 0.90 |
| 8/3/2018 | SC | (73) | AAPL Aug 10 2018 210.0 Call | 0.99 |
| 8/3/2018 | BO | 10 | AAPL Aug 10 2018 210.0 Call | 1.52 |
| 8/3/2018 | BO | 10 | AAPL Aug 10 2018 210.0 Call | 1.51 |
| 8/3/2018 | BO | 10 | AAPL Aug 10 2018 210.0 Call | 1.34 |
| 8/3/2018 | BO | 5 | AAPL Aug 10 2018 210.0 Call | 1.03 |
| 8/3/2018 | SC | (7) | AAPL Aug 10 2018 210.0 Call | 1.00 |
| 8/6/2018 | SC | (35) | AAPL Aug 10 2018 210.0 Call | 0.58 |
| 8/9/2018 | BO | 20 | AAPL Sep 21 2018 190.0 Put | 0.70 |
| 8/9/2018 | BO | 30 | AAPL Aug 17 2018 210.0 Call | 1.47 |
| 8/9/2018 | BO | 10 | AAPL Aug 17 2018 210.0 Call | 1.31 |
| 8/9/2018 | BO | 10 | AAPL Aug 17 2018 210.0 Call | 1.06 |
| 8/9/2018 | SC | (50) | AAPL Aug 17 2018 210.0 Call | 1.58 |
| 8/10/2018 | BO | 20 | AAPL Aug 24 2018 212.5 Call | 0.80 |
| 8/13/2018 | SC | (20) | AAPL Aug 24 2018 212.5 Call | 1.50 |
| 8/14/2018 | BO | 30 | AAPL Aug 24 2018 212.5 Call | 1.29 |
| 8/14/2018 | BO | 10 | AAPL Aug 24 2018 212.5 Call | 1.06 |
| 8/14/2018 | BO | 10 | AAPL Aug 24 2018 212.5 Call | 0.94 |
| 8/14/2018 | BO | 10 | AAPL Aug 24 2018 212.5 Call | 0.99 |
| 8/15/2018 | SC | (40) | AAPL Sep 21 2018 190.0 Put | 0.74 |
| 8/15/2018 | BO | 10 | AAPL Aug 24 2018 212.5 Call | 1.00 |
| 8/15/2018 | BO | 10 | AAPL Aug 24 2018 212.5 Call | 0.97 |
| 8/16/2018 | SC | (21) | AAPL Aug 24 2018 212.5 Call | 2.20 |
| 8/16/2018 | SC | (59) | AAPL Aug 24 2018 212.5 Call | 2.19 |
| 8/16/2018 | BO | 20 | AAPL Aug 24 2018 217.5 Call | 0.60 |
| 8/16/2018 | BO | 20 | AAPL Aug 24 2018 217.5 Call | 0.63 |
| 8/16/2018 | SC | (38) | AAPL Aug 24 2018 217.5 Call | 0.65 |
| 8/16/2018 | SC | (2) | AAPL Aug 24 2018 217.5 Call | 0.66 |
| 8/16/2018 | BO | 100 | AAPL Jun 21 2019 215.0 Call | 17.50 |
| 8/16/2018 | SC | (100) | AAPL Jun 21 2019 215.0 Call | 17.88 |
| 8/17/2018 | BO | 10 | AAPL Aug 24 2018 210.0 Put | 0.38 |
| 8/17/2018 | BO | 40 | AAPL Aug 31 2018 222.5 Call | 0.58 |
| 8/17/2018 | SC | (40) | AAPL Aug 31 2018 222.5 Call | 1.37 |
| 8/17/2018 | BO | 30 | AAPL Aug 31 2018 225.0 Call | 0.66 |
| 8/17/2018 | SC | (30) | AAPL Aug 31 2018 225.0 Call | 0.59 |
| 8/17/2018 | BO | 100 | AAPL Jun 21 2019 215.0 Call | 19.08 |
| 8/17/2018 | BO | 4 | AAPL Jun 21 2019 215.0 Call | 18.59 |
| 8/17/2018 | BO | 6 | AAPL Jun 21 2019 215.0 Call | 18.57 |

| Date | Action | Qty | Contract | Price |
|---|---|---|---|---|
| 8/17/2018 | BO | 10 | AAPL Jun 21 2019 215.0 Call | 18.56 |
| 8/17/2018 | SC | (120) | AAPL Jun 21 2019 215.0 Call | 20.60 |
| 8/20/2018 | SC | (10) | AAPL Aug 24 2018 210.0 Put | 0.34 |
| 8/20/2018 | BO | 15 | AAPL Feb 15 2019 220.0 Call | 11.90 |
| 8/20/2018 | BO | 80 | AAPL Jun 21 2019 220.0 Call | 16.90 |
| 8/20/2018 | BO | 7 | AAPL Jun 21 2019 220.0 Call | 16.70 |
| 8/21/2018 | BO | 30 | AAPL Aug 31 2018 220.0 Call | 1.29 |
| 8/21/2018 | SC | (30) | AAPL Aug 31 2018 220.0 Call | 1.36 |
| 8/21/2018 | BO | 30 | AAPL Aug 31 2018 222.5 Call | 0.64 |
| 8/21/2018 | SC | (30) | AAPL Aug 31 2018 222.5 Call | 0.65 |
| 8/21/2018 | SC | (15) | AAPL Feb 15 2019 220.0 Call | 12.30 |
| 8/21/2018 | BO | 5 | AAPL Jun 21 2019 220.0 Call | 16.10 |
| 8/21/2018 | SC | (92) | AAPL Jun 21 2019 220.0 Call | 17.32 |
| 8/21/2018 | BO | 30 | AAPL Sep 21 2018 225.0 Call | 1.55 |
| 8/21/2018 | SC | (30) | AAPL Sep 21 2018 225.0 Call | 1.49 |
| 8/22/2018 | BO | 10 | AAPL Aug 31 2018 210.0 Put | 0.71 |
| 8/22/2018 | BO | 51 | AAPL Jun 21 2019 220.0 Call | 16.35 |
| 8/22/2018 | BO | 29 | AAPL Jun 21 2019 220.0 Call | 16.33 |
| 8/22/2018 | SC | (80) | AAPL Jun 21 2019 220.0 Call | 16.45 |
| 8/23/2018 | BO | 14 | AAPL Jun 21 2019 220.0 Call | 16.45 |
| 8/23/2018 | BO | 86 | AAPL Jun 21 2019 220.0 Call | 16.40 |
| 8/23/2018 | SC | (100) | AAPL Jun 21 2019 220.0 Call | 16.60 |
| 8/23/2018 | BO | 8 | AAPL Jun 21 2019 220.0 Call | 16.62 |
| 8/23/2018 | BO | 26 | AAPL Jun 21 2019 220.0 Call | 16.61 |
| 8/23/2018 | BO | 6 | AAPL Jun 21 2019 220.0 Call | 16.50 |
| 8/23/2018 | BO | 10 | AAPL Jun 21 2019 220.0 Call | 16.55 |
| 8/23/2018 | BO | 30 | AAPL Sep 21 2018 227.5 Call | 0.71 |
| 8/23/2018 | BO | 60 | AAPL Sep 21 2018 227.5 Call | 0.74 |
| 8/23/2018 | SC | (90) | AAPL Sep 21 2018 227.5 Call | 0.86 |
| 8/23/2018 | BO | 21 | AAPL Sep 21 2018 227.5 Call | 0.74 |
| 8/23/2018 | BO | 19 | AAPL Sep 21 2018 227.5 Call | 0.73 |
| 8/23/2018 | BO | 80 | AAPL Sep 21 2018 227.5 Call | 0.79 |
| 8/23/2018 | BO | 20 | AAPL Sep 21 2018 227.5 Call | 0.75 |
| 8/23/2018 | BO | 20 | AAPL Sep 21 2018 227.5 Call | 0.66 |
| 8/23/2018 | BO | 10 | AAPL Sep 21 2018 227.5 Call | 0.66 |
| 8/24/2018 | SC | (10) | AAPL Aug 31 2018 210.0 Put | 0.36 |
| 8/24/2018 | BO | 40 | AAPL Jun 21 2019 220.0 Call | 16.49 |
| 8/24/2018 | BO | 40 | AAPL Jun 21 2019 220.0 Call | 16.66 |
| 8/24/2018 | SC | (22) | AAPL Jun 21 2019 220.0 Call | 17.01 |
| 8/24/2018 | SC | (108) | AAPL Jun 21 2019 220.0 Call | 17.00 |
| 8/24/2018 | BO | 40 | AAPL Sep 21 2018 227.5 Call | 0.58 |
| 8/27/2018 | BO | 80 | AAPL Jun 21 2019 220.0 Call | 17.70 |
| 8/27/2018 | BO | 20 | AAPL Jun 21 2019 220.0 Call | 17.35 |
| 8/27/2018 | BO | 50 | AAPL Jun 21 2019 220.0 Call | 17.70 |
| 8/27/2018 | BO | 40 | AAPL Sep 7 2018 222.5 Call | 0.64 |
| 8/28/2018 | SC | (27) | AAPL Jun 21 2019 220.0 Call | 18.42 |
| 8/28/2018 | SC | (123) | AAPL Jun 21 2019 220.0 Call | 18.40 |
| 8/28/2018 | BO | 140 | AAPL Jun 21 2019 220.0 Call | 19.00 |
| 8/28/2018 | SC | (140) | AAPL Jun 21 2019 220.0 Call | 19.00 |
| 8/28/2018 | SC | (210) | AAPL Sep 21 2018 227.5 Call | 0.99 |
| 8/28/2018 | BO | 20 | AAPL Sep 21 2018 230.0 Call | 0.81 |
| 8/28/2018 | SC | (40) | AAPL Sep 7 2018 222.5 Call | 0.98 |
| 8/29/2018 | BO | 100 | AAPL Jun 21 2019 230.0 Call | 16.10 |
| 8/29/2018 | SC | (19) | AAPL Sep 21 2018 230.0 Call | 0.88 |
| 8/29/2018 | SC | (1) | AAPL Sep 21 2018 230.0 Call | 0.87 |
| 8/29/2018 | BO | 60 | AAPL Sep 7 2018 227.5 Call | 0.40 |

| Date | Action | Qty | Security | Price |
|---|---|---|---|---|
| 8/29/2018 | SC | (22) | AAPL Sep 7 2018 227.5 Call | 0.45 |
| 8/29/2018 | BO | 30 | AAPL Sep 7 2018 227.5 Call | 0.68 |
| 8/29/2018 | SC | (30) | AAPL Sep 7 2018 227.5 Call | 0.66 |
| 8/29/2018 | SC | (38) | AAPL Sep 7 2018 227.5 Call | 0.44 |
| 8/30/2018 | BO | 100 | AAPL Jun 21 2019 230.0 Call | 16.09 |
| 8/30/2018 | SC | (200) | AAPL Jun 21 2019 230.0 Call | 17.65 |
| 8/30/2018 | BO | 40 | AAPL Sep 14 2018 230.0 Call | 0.88 |
| 8/30/2018 | SC | (40) | AAPL Sep 14 2018 230.0 Call | 1.11 |
| 8/30/2018 | BO | 1 | AAPL Sep 21 2018 240.0 Call | 0.68 |
| 8/30/2018 | BO | 30 | AAPL Sep 21 2018 240.0 Call | 0.70 |
| 8/30/2018 | BO | 20 | AAPL Sep 7 2018 230.0 Call | 1.09 |
| 8/30/2018 | SC | (20) | AAPL Sep 7 2018 230.0 Call | 1.17 |
| 8/30/2018 | BO | 40 | AAPL Sep 7 2018 232.5 Call | 0.81 |
| 8/30/2018 | SC | (40) | AAPL Sep 7 2018 232.5 Call | 0.74 |
| 8/30/2018 | BO | 40 | AAPL Sep 7 2018 232.5 Call | 0.91 |
| 8/30/2018 | SC | (10) | AAPL Sep 7 2018 232.5 Call | 1.11 |
| 8/30/2018 | SC | (30) | AAPL Sep 7 2018 232.5 Call | 1.10 |
| 8/30/2018 | BO | 60 | AAPL Sep 7 2018 235.0 Call | 0.56 |
| 8/30/2018 | SC | (49) | AAPL Sep 7 2018 235.0 Call | 0.68 |
| 8/30/2018 | SC | (11) | AAPL Sep 7 2018 235.0 Call | 0.67 |
| 8/30/2018 | BO | 40 | AAPL Sep 7 2018 235.0 Call | 0.39 |
| 8/30/2018 | SC | (40) | AAPL Sep 7 2018 235.0 Call | 0.39 |
| 8/30/2018 | BO | 80 | AAPL Sep 7 2018 235.0 Call | 0.41 |
| 8/30/2018 | SC | (18) | AAPL Sep 7 2018 235.0 Call | 0.30 |
| 8/30/2018 | BO | 80 | AAPL Sep 7 2018 235.0 Call | 0.32 |
| 8/30/2018 | SC | (14) | AAPL Sep 7 2018 235.0 Call | 0.31 |
| 8/30/2018 | SC | (37) | AAPL Sep 7 2018 235.0 Call | 0.34 |
| 8/30/2018 | SC | (11) | AAPL Sep 7 2018 235.0 Call | 0.32 |
| 8/31/2018 | BO | 100 | AAPL Jun 21 2019 235.0 Call | 17.15 |
| 8/31/2018 | SC | (31) | AAPL Sep 21 2018 240.0 Call | 1.25 |
| 8/31/2018 | SC | (67) | AAPL Sep 7 2018 235.0 Call | 0.56 |
| 8/31/2018 | SC | (12) | AAPL Sep 7 2018 235.0 Call | 0.62 |
| 8/31/2018 | SC | (1) | AAPL Sep 7 2018 235.0 Call | 0.54 |
| 9/4/2018 | BO | 100 | AAPL Jun 21 2019 235.0 Call | 16.75 |
| 9/4/2018 | BO | 30 | AAPL Sep 21 2018 240.0 Call | 1.20 |
| 9/4/2018 | SC | (30) | AAPL Sep 21 2018 240.0 Call | 1.30 |
| 9/4/2018 | BO | 100 | AAPL Sep 7 2018 232.5 Call | 0.63 |
| 9/5/2018 | SC | (100) | AAPL Sep 7 2018 232.5 Call | 0.82 |
| 9/6/2018 | BO | 30 | AAPL Jan 18 2019 230.0 Call | 10.99 |
| 9/6/2018 | BO | 5 | AAPL Jan 18 2019 230.0 Call | 10.80 |
| 9/6/2018 | BO | 10 | AAPL Jan 18 2019 230.0 Call | 11.35 |
| 9/14/2018 | BO | 30 | AAPL Sep 21 2018 235.0 Call | 0.49 |
| 9/18/2018 | SC | (30) | AAPL Sep 21 2018 235.0 Call | 0.02 |
| 10/4/2018 | BO | 170 | AAPL Oct 19 2018 245.0 Call | 0.22 |
| 10/5/2018 | BO | 35 | AAPL Oct 19 2018 245.0 Call | 0.19 |
| 10/5/2018 | BO | 205 | AAPL Oct 19 2018 245.0 Call | 0.14 |
| 10/5/2018 | BO | 200 | AAPL Oct 19 2018 245.0 Call | 0.09 |
| 10/5/2018 | BO | 94 | AAPL Oct 19 2018 245.0 Call | 0.06 |
| 10/8/2018 | BO | 11 | AAPL Nov 16 2018 250.0 Call | 0.87 |
| 10/19/2018 | Option Expired | (704) | AAPL Oct 19 2018 245.0 Call | 0.00 |
| 11/16/2018 | Option Expired | (11) | AAPL Nov 16 2018 250.0 Call | 0.00 |