# EXHIBIT B

**Richard Rodriguez**
**Transactions in APPLE INC. (AAPL) Securities**
**Class Period: 08/01/2017 and 01/02/2019, inclusive**
Buy (B), Sell (S), Sell to Open (SO), Buy to Open (BO), Sell to Close (SC), Buy to Close (BC)

| | | | | | |
|---|---|---|---|---|---|
| **Gross Number of Options Purchased** | | | | | 4,900 |
| **Total *Dura* Losses Options*** | | | | | $384,348.07 |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 8/17/2018 | BO | 10 | AAPL Aug 24 2018 210.0 Put | 0.38 | $380.00 |
| 8/20/2018 | SC | (10) | AAPL Aug 24 2018 210.0 Put | 0.34 | ($340.00) |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 8/22/2018 | BO | 10 | AAPL Aug 31 2018 210.0 Put | 0.71 | $710.00 |
| 8/24/2018 | SC | (10) | AAPL Aug 31 2018 210.0 Put | 0.36 | ($360.00) |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 5/10/2018 | BO | 5 | AAPL Jun 8 2018 182.5 Put | 2.20 | $1,100.00 |
| 5/21/2018 | SC | (5) | AAPL Jun 8 2018 182.5 Put | 0.93 | ($465.00) |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 5/10/2018 | BO | 4 | AAPL Jun 8 2018 190.0 Put | 4.40 | $1,760.00 |
| 5/21/2018 | SC | (4) | AAPL Jun 8 2018 190.0 Put | 3.65 | ($1,460.00) |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 8/3/2018 | BO | 20 | AAPL Sep 21 2018 190.0 Put | 1.18 | $2,360.00 |
| 8/9/2018 | BO | 20 | AAPL Sep 21 2018 190.0 Put | 0.70 | $1,400.00 |
| 8/15/2018 | SC | (40) | AAPL Sep 21 2018 190.0 Put | 0.74 | ($2,960.00) |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 8/2/2018 | BO | 30 | AAPL Sep 21 2018 200.0 Put | 3.30 | $9,900.00 |
| 8/2/2018 | BO | 30 | AAPL Sep 21 2018 200.0 Put | 2.90 | $8,700.00 |
| 8/3/2018 | SC | (60) | AAPL Sep 21 2018 200.0 Put | 3.20 | ($19,200.00) |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 8/2/2018 | BO | 20 | AAPL Aug 10 2018 205.0 Call | 0.93 | $1,860.00 |
| 8/2/2018 | SC | (20) | AAPL Aug 10 2018 205.0 Call | 1.40 | ($2,800.00) |
| 8/2/2018 | BO | 40 | AAPL Aug 10 2018 205.0 Call | 1.56 | $6,240.00 |
| 8/2/2018 | SC | (40) | AAPL Aug 10 2018 205.0 Call | 1.66 | ($6,640.00) |
| 8/2/2018 | BO | 60 | AAPL Aug 10 2018 205.0 Call | 1.85 | $11,100.00 |
| 8/2/2018 | SC | (60) | AAPL Aug 10 2018 205.0 Call | 2.30 | ($13,800.00) |
| 8/2/2018 | BO | 58 | AAPL Aug 10 2018 205.0 Call | 3.18 | $18,444.00 |
| 8/2/2018 | BO | 2 | AAPL Aug 10 2018 205.0 Call | 3.17 | $634.00 |
| 8/2/2018 | SC | (60) | AAPL Aug 10 2018 205.0 Call | 2.89 | ($17,340.00) |
| 8/2/2018 | BO | 60 | AAPL Aug 10 2018 205.0 Call | 3.35 | $20,100.00 |
| 8/2/2018 | SC | (60) | AAPL Aug 10 2018 205.0 Call | 3.40 | ($20,400.00) |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 8/2/2018 | BO | 108 | AAPL Aug 10 2018 207.5 Call | 2.18 | $23,544.00 |
| 8/2/2018 | BO | 12 | AAPL Aug 10 2018 207.5 Call | 2.17 | $2,604.00 |
| 8/2/2018 | SC | (118) | AAPL Aug 10 2018 207.5 Call | 1.73 | ($20,414.00) |
| 8/2/2018 | SC | (2) | AAPL Aug 10 2018 207.5 Call | 1.84 | ($368.00) |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 8/2/2018 | BO | 97 | AAPL Aug 10 2018 210.0 Call | 1.78 | $17,266.00 |
| 8/2/2018 | BO | 23 | AAPL Aug 10 2018 210.0 Call | 1.77 | $4,071.00 |
| 8/2/2018 | SC | (120) | AAPL Aug 10 2018 210.0 Call | 1.40 | ($16,800.00) |
| 8/3/2018 | BO | 80 | AAPL Aug 10 2018 210.0 Call | 0.90 | $7,200.00 |
| 8/3/2018 | SC | (73) | AAPL Aug 10 2018 210.0 Call | 0.99 | ($7,227.00) |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 8/3/2018 | BO | 10 | AAPL Aug 10 2018 210.0 Call | 1.52 | $1,520.00 |
| 8/3/2018 | BO | 10 | AAPL Aug 10 2018 210.0 Call | 1.51 | $1,510.00 |
| 8/3/2018 | BO | 10 | AAPL Aug 10 2018 210.0 Call | 1.34 | $1,340.00 |
| 8/3/2018 | BO | 5 | AAPL Aug 10 2018 210.0 Call | 1.03 | $515.00 |
| 8/3/2018 | SC | (7) | AAPL Aug 10 2018 210.0 Call | 1.00 | ($700.00) |
| 8/6/2018 | SC | (35) | AAPL Aug 10 2018 210.0 Call | 0.58 | ($2,030.00) |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 8/9/2018 | BO | 30 | AAPL Aug 17 2018 210.0 Call | 1.47 | $4,410.00 |
| 8/9/2018 | BO | 10 | AAPL Aug 17 2018 210.0 Call | 1.31 | $1,310.00 |
| 8/9/2018 | BO | 10 | AAPL Aug 17 2018 210.0 Call | 1.06 | $1,060.00 |
| 8/9/2018 | SC | (50) | AAPL Aug 17 2018 210.0 Call | 1.58 | ($7,900.00) |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 8/10/2018 | BO | 20 | AAPL Aug 24 2018 212.5 Call | 0.80 | $1,600.00 |
| 8/13/2018 | SC | (20) | AAPL Aug 24 2018 212.5 Call | 1.50 | ($3,000.00) |
| 8/14/2018 | BO | 30 | AAPL Aug 24 2018 212.5 Call | 1.29 | $3,870.00 |
| 8/14/2018 | BO | 10 | AAPL Aug 24 2018 212.5 Call | 1.06 | $1,060.00 |
| 8/14/2018 | BO | 10 | AAPL Aug 24 2018 212.5 Call | 0.94 | $940.00 |
| 8/14/2018 | BO | 10 | AAPL Aug 24 2018 212.5 Call | 0.99 | $990.00 |
| 8/15/2018 | BO | 10 | AAPL Aug 24 2018 212.5 Call | 1.00 | $1,000.00 |
| 8/15/2018 | BO | 10 | AAPL Aug 24 2018 212.5 Call | 0.97 | $970.00 |
| 8/16/2018 | SC | (21) | AAPL Aug 24 2018 212.5 Call | 2.20 | ($4,620.00) |
| 8/16/2018 | SC | (59) | AAPL Aug 24 2018 212.5 Call | 2.19 | ($12,921.00) |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 8/16/2018 | BO | 20 | AAPL Aug 24 2018 217.5 Call | 0.60 | $1,200.00 |
| 8/16/2018 | BO | 20 | AAPL Aug 24 2018 217.5 Call | 0.63 | $1,260.00 |
| 8/16/2018 | SC | (38) | AAPL Aug 24 2018 217.5 Call | 0.65 | ($2,470.00) |
| 8/16/2018 | SC | (2) | AAPL Aug 24 2018 217.5 Call | 0.66 | ($132.00) |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 8/21/2018 | BO | 30 | AAPL Aug 31 2018 220.0 Call | 1.29 | $3,870.00 |
| 8/21/2018 | SC | (30) | AAPL Aug 31 2018 220.0 Call | 1.36 | ($4,080.00) |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 8/17/2018 | BO | 40 | AAPL Aug 31 2018 222.5 Call | 0.58 | $2,320.00 |
| 8/17/2018 | SC | (40) | AAPL Aug 31 2018 222.5 Call | 1.37 | ($5,480.00) |
| 8/21/2018 | BO | 30 | AAPL Aug 31 2018 222.5 Call | 0.64 | $1,920.00 |
| 8/21/2018 | SC | (30) | AAPL Aug 31 2018 222.5 Call | 0.65 | ($1,950.00) |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 8/17/2018 | BO | 30 | AAPL Aug 31 2018 225.0 Call | 0.66 | $1,980.00 |
| 8/17/2018 | SC | (30) | AAPL Aug 31 2018 225.0 Call | 0.59 | ($1,770.00) |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 8/20/2018 | BO | 15 | AAPL Feb 15 2019 220.0 Call | 11.90 | $17,850.00 |
| 8/21/2018 | SC | (15) | AAPL Feb 15 2019 220.0 Call | 12.30 | ($18,450.00) |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 12/20/2017 | BO | 40 | AAPL Jan 18 2019 175.0 Call | 17.65 | $70,600.00 |
| 12/20/2017 | BO | 10 | AAPL Jan 18 2019 175.0 Call | 17.65 | $17,650.00 |
| 12/26/2017 | BO | 5 | AAPL Jan 18 2019 175.0 Call | 16.70 | $8,350.00 |
| 12/26/2017 | BO | 5 | AAPL Jan 18 2019 175.0 Call | 15.90 | $7,950.00 |
| 12/26/2017 | BO | 1 | AAPL Jan 18 2019 175.0 Call | 15.60 | $1,560.00 |
| 2/2/2018 | BO | 61 | AAPL Jan 18 2019 175.0 Call | 11.75 | $71,675.00 |
| 2/2/2018 | BO | 20 | AAPL Jan 18 2019 175.0 Call | 11.30 | $22,600.00 |
| 2/22/2018 | SC | (142) | AAPL Jan 18 2019 175.0 Call | 15.15 | ($215,130.00) |
| 2/23/2018 | BO | 141 | AAPL Jan 18 2019 175.0 Call | 16.45 | $231,945.00 |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 5/7/2018 | SC | (141) | AAPL Jan 18 2019 175.0 Call | 20.25 | ($285,525.00) |
| 5/21/2018 | BO | 50 | AAPL Jan 18 2019 175.0 Call | 22.20 | $111,000.00 |
| 5/21/2018 | BO | 60 | AAPL Jan 18 2019 175.0 Call | 22.20 | $133,200.00 |
| 8/1/2018 | SC | (110) | AAPL Jan 18 2019 175.0 Call | 28.25 | ($310,750.00) |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 9/6/2018 | BO | 30 | AAPL Jan 18 2019 230.0 Call | 10.99 | $32,970.00 |
| 9/6/2018 | BO | 5 | AAPL Jan 18 2019 230.0 Call | 10.80 | $5,400.00 |
| 9/6/2018 | BO | 10 | AAPL Jan 18 2019 230.0 Call | 11.35 | $11,350.00 |
|  | After-CP |  |  |  |  |
| 1/18/2019 | Option Expired | (45) | AAPL Jan 18 2019 230.0 Call | 0.00 | $0.00 |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 5/21/2018 | BO | 10 | AAPL Jun 1 2018 190.0 Call | 1.74 | $1,740.00 |
| 5/21/2018 | BO | 20 | AAPL Jun 1 2018 190.0 Call | 1.82 | $3,640.00 |
| 5/21/2018 | BO | 15 | AAPL Jun 1 2018 190.0 Call | 1.20 | $1,800.00 |
| 5/24/2018 | BO | 40 | AAPL Jun 1 2018 190.0 Call | 0.68 | $2,720.00 |
| 5/30/2018 | SC | (85) | AAPL Jun 1 2018 190.0 Call | 0.22 | ($1,870.00) |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 10/20/2017 | BO | 1 | AAPL Jun 15 2018 150.0 Call | 16.70 | $1,670.00 |
| 10/20/2017 | BO | 19 | AAPL Jun 15 2018 150.0 Call | 16.70 | $31,730.00 |
| 11/15/2017 | BO | 13 | AAPL Jun 15 2018 150.0 Call | 25.00 | $32,500.00 |
| 12/4/2017 | SC | (33) | AAPL Jun 15 2018 150.0 Call | 26.20 | ($86,460.00) |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 6/7/2018 | BO | 25 | AAPL Jun 15 2018 195.0 Call | 1.13 | $2,825.00 |
| 6/7/2018 | SC | (25) | AAPL Jun 15 2018 195.0 Call | 1.32 | ($3,300.00) |
| 6/8/2018 | BO | 25 | AAPL Jun 15 2018 195.0 Call | 0.52 | $1,300.00 |
| 6/12/2018 | SC | (25) | AAPL Jun 15 2018 195.0 Call | 0.40 | ($1,000.00) |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 8/16/2018 | BO | 100 | AAPL Jun 21 2019 215.0 Call | 17.50 | $175,000.00 |
| 8/16/2018 | SC | (100) | AAPL Jun 21 2019 215.0 Call | 17.88 | ($178,800.00) |
| 8/17/2018 | BO | 100 | AAPL Jun 21 2019 215.0 Call | 19.08 | $190,800.00 |
| 8/17/2018 | BO | 4 | AAPL Jun 21 2019 215.0 Call | 18.59 | $7,436.00 |
| 8/17/2018 | BO | 6 | AAPL Jun 21 2019 215.0 Call | 18.57 | $11,142.00 |
| 8/17/2018 | BO | 10 | AAPL Jun 21 2019 215.0 Call | 18.56 | $18,560.00 |
| 8/17/2018 | SC | (120) | AAPL Jun 21 2019 215.0 Call | 20.60 | ($247,200.00) |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 8/20/2018 | BO | 80 | AAPL Jun 21 2019 220.0 Call | 16.90 | $135,200.00 |
| 8/20/2018 | BO | 7 | AAPL Jun 21 2019 220.0 Call | 16.70 | $11,690.00 |
| 8/21/2018 | BO | 5 | AAPL Jun 21 2019 220.0 Call | 16.10 | $8,050.00 |
| 8/21/2018 | SC | (92) | AAPL Jun 21 2019 220.0 Call | 17.32 | ($159,344.00) |
| 8/22/2018 | BO | 51 | AAPL Jun 21 2019 220.0 Call | 16.35 | $83,385.00 |
| 8/22/2018 | BO | 29 | AAPL Jun 21 2019 220.0 Call | 16.33 | $47,357.00 |
| 8/22/2018 | SC | (80) | AAPL Jun 21 2019 220.0 Call | 16.45 | ($131,600.00) |
| 8/23/2018 | BO | 14 | AAPL Jun 21 2019 220.0 Call | 16.45 | $23,030.00 |
| 8/23/2018 | BO | 86 | AAPL Jun 21 2019 220.0 Call | 16.40 | $141,040.00 |
| 8/23/2018 | SC | (100) | AAPL Jun 21 2019 220.0 Call | 16.60 | ($166,000.00) |
| 8/23/2018 | BO | 8 | AAPL Jun 21 2019 220.0 Call | 16.62 | $13,296.00 |
| 8/23/2018 | BO | 26 | AAPL Jun 21 2019 220.0 Call | 16.61 | $43,186.00 |
| 8/23/2018 | BO | 6 | AAPL Jun 21 2019 220.0 Call | 16.50 | $9,900.00 |
| 8/23/2018 | BO | 10 | AAPL Jun 21 2019 220.0 Call | 16.55 | $16,550.00 |
| 8/24/2018 | BO | 40 | AAPL Jun 21 2019 220.0 Call | 16.49 | $65,960.00 |
| 8/24/2018 | BO | 40 | AAPL Jun 21 2019 220.0 Call | 16.66 | $66,640.00 |
| 8/24/2018 | SC | (22) | AAPL Jun 21 2019 220.0 Call | 17.01 | ($37,422.00) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 8/24/2018 | SC | (108) | AAPL Jun 21 2019 220.0 Call | 17.00 | ($183,600.00) |
| 8/27/2018 | BO | 80 | AAPL Jun 21 2019 220.0 Call | 17.70 | $141,600.00 |
| 8/27/2018 | BO | 20 | AAPL Jun 21 2019 220.0 Call | 17.35 | $34,700.00 |
| 8/27/2018 | BO | 50 | AAPL Jun 21 2019 220.0 Call | 17.70 | $88,500.00 |
| 8/28/2018 | SC | (27) | AAPL Jun 21 2019 220.0 Call | 18.42 | ($49,734.00) |
| 8/28/2018 | SC | (123) | AAPL Jun 21 2019 220.0 Call | 18.40 | ($226,320.00) |
| 8/28/2018 | BO | 140 | AAPL Jun 21 2019 220.0 Call | 19.00 | $266,000.00 |
| 8/28/2018 | SC | (140) | AAPL Jun 21 2019 220.0 Call | 19.00 | ($266,000.00) |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 8/29/2018 | BO | 100 | AAPL Jun 21 2019 230.0 Call | 16.10 | $161,000.00 |
| 8/30/2018 | BO | 100 | AAPL Jun 21 2019 230.0 Call | 16.09 | $160,900.00 |
| 8/30/2018 | SC | (200) | AAPL Jun 21 2019 230.0 Call | 17.65 | ($353,000.00) |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 8/31/2018 | BO | 100 | AAPL Jun 21 2019 235.0 Call | 17.15 | $171,500.00 |
| 9/4/2018 | BO | 100 | AAPL Jun 21 2019 235.0 Call | 16.75 | $167,500.00 |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 5/25/2018 | BO | 5 | AAPL Jun 22 2018 180.0 Call | 10.50 | $5,250.00 |
| 6/6/2018 | SC | (5) | AAPL Jun 22 2018 180.0 Call | 13.85 | ($6,925.00) |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 6/13/2018 | BO | 16 | AAPL Jun 22 2018 197.5 Call | 0.51 | $816.00 |
| 6/13/2018 | SC | (16) | AAPL Jun 22 2018 197.5 Call | 0.42 | ($672.00) |
| 6/13/2018 | BO | 16 | AAPL Jun 22 2018 197.5 Call | 0.38 | $608.00 |
| 6/22/2018 | Option Expired | (16) | AAPL Jun 22 2018 197.5 Call | 0.00 | $0.00 |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 6/8/2018 | BO | 30 | AAPL Jun 29 2018 195.0 Call | 1.60 | $4,800.00 |
| 6/27/2018 | SC | (30) | AAPL Jun 29 2018 195.0 Call | 0.02 | ($60.00) |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 5/25/2018 | BO | 20 | AAPL Jun 8 2018 195.0 Call | 0.39 | $780.00 |
| 6/4/2018 | SC | (20) | AAPL Jun 8 2018 195.0 Call | 0.91 | ($1,820.00) |
| 6/6/2018 | BO | 40 | AAPL Jun 8 2018 195.0 Call | 0.40 | $1,600.00 |
| 6/6/2018 | SC | (40) | AAPL Jun 8 2018 195.0 Call | 0.45 | ($1,800.00) |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 3/9/2018 | BO | 10 | AAPL Mar 16 2018 182.5 Call | 0.65 | $650.00 |
| 3/12/2018 | SC | (10) | AAPL Mar 16 2018 182.5 Call | 1.40 | ($1,400.00) |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 10/8/2018 | BO | 11 | AAPL Nov 16 2018 250.0 Call | 0.87 | $957.00 |
| 11/16/2018 | Option Expired | (11) | AAPL Nov 16 2018 250.0 Call | 0.00 | $0.00 |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 10/4/2018 | BO | 170 | AAPL Oct 19 2018 245.0 Call | 0.22 | $3,740.00 |
| 10/5/2018 | BO | 35 | AAPL Oct 19 2018 245.0 Call | 0.19 | $665.00 |
| 10/5/2018 | BO | 205 | AAPL Oct 19 2018 245.0 Call | 0.14 | $2,870.00 |
| 10/5/2018 | BO | 200 | AAPL Oct 19 2018 245.0 Call | 0.09 | $1,800.00 |
| 10/5/2018 | BO | 94 | AAPL Oct 19 2018 245.0 Call | 0.06 | $564.00 |
| 10/19/2018 | Option Expired | (704) | AAPL Oct 19 2018 245.0 Call | 0.00 | $0.00 |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 8/30/2018 | BO | 40 | AAPL Sep 14 2018 230.0 Call | 0.88 | $3,520.00 |
| 8/30/2018 | SC | (40) | AAPL Sep 14 2018 230.0 Call | 1.11 | ($4,440.00) |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|

|            |      |       |                              |      |            |
|------------|------|-------|------------------------------|------|------------|
| 8/21/2018  | BO   | 30    | AAPL Sep 21 2018 225.0 Call  | 1.55 | $4,650.00  |
| 8/21/2018  | SC   | (30)  | AAPL Sep 21 2018 225.0 Call  | 1.49 | ($4,470.00)|

| Date of Transaction |      | Transaction Type | Quantity | Security                     | Price ($) | Cost/Proceeds ($) |
|---------------------|------|------------------|----------|------------------------------|-----------|-------------------|
|                     | 8/23/2018 | BO          | 30       | AAPL Sep 21 2018 227.5 Call  | 0.71      | $2,130.00         |
|                     | 8/23/2018 | BO          | 60       | AAPL Sep 21 2018 227.5 Call  | 0.74      | $4,440.00         |
|                     | 8/23/2018 | SC          | (90)     | AAPL Sep 21 2018 227.5 Call  | 0.86      | ($7,740.00)       |
|                     | 8/23/2018 | BO          | 21       | AAPL Sep 21 2018 227.5 Call  | 0.74      | $1,554.00         |
|                     | 8/23/2018 | BO          | 19       | AAPL Sep 21 2018 227.5 Call  | 0.73      | $1,387.00         |
|                     | 8/23/2018 | BO          | 80       | AAPL Sep 21 2018 227.5 Call  | 0.79      | $6,320.00         |
|                     | 8/23/2018 | BO          | 20       | AAPL Sep 21 2018 227.5 Call  | 0.75      | $1,500.00         |
|                     | 8/23/2018 | BO          | 20       | AAPL Sep 21 2018 227.5 Call  | 0.66      | $1,320.00         |
|                     | 8/23/2018 | BO          | 10       | AAPL Sep 21 2018 227.5 Call  | 0.66      | $660.00           |
|                     | 8/24/2018 | BO          | 40       | AAPL Sep 21 2018 227.5 Call  | 0.58      | $2,320.00         |
|                     | 8/28/2018 | SC          | (210)    | AAPL Sep 21 2018 227.5 Call  | 0.99      | ($20,790.00)      |

| Date of Transaction |      | Transaction Type | Quantity | Security                     | Price ($) | Cost/Proceeds ($) |
|---------------------|------|------------------|----------|------------------------------|-----------|-------------------|
|                     | 8/28/2018 | BO          | 20       | AAPL Sep 21 2018 230.0 Call  | 0.81      | $1,620.00         |
|                     | 8/29/2018 | SC          | (19)     | AAPL Sep 21 2018 230.0 Call  | 0.88      | ($1,672.00)       |
|                     | 8/29/2018 | SC          | (1)      | AAPL Sep 21 2018 230.0 Call  | 0.87      | ($87.00)          |

| Date of Transaction |      | Transaction Type | Quantity | Security                     | Price ($) | Cost/Proceeds ($) |
|---------------------|------|------------------|----------|------------------------------|-----------|-------------------|
|                     | 9/14/2018 | BO          | 30       | AAPL Sep 21 2018 235.0 Call  | 0.49      | $1,470.00         |
|                     | 9/18/2018 | SC          | (30)     | AAPL Sep 21 2018 235.0 Call  | 0.02      | ($60.00)          |

| Date of Transaction |      | Transaction Type | Quantity | Security                     | Price ($) | Cost/Proceeds ($) |
|---------------------|------|------------------|----------|------------------------------|-----------|-------------------|
|                     | 8/30/2018 | BO          | 1        | AAPL Sep 21 2018 240.0 Call  | 0.68      | $68.00            |
|                     | 8/30/2018 | BO          | 30       | AAPL Sep 21 2018 240.0 Call  | 0.70      | $2,100.00         |
|                     | 8/31/2018 | SC          | (31)     | AAPL Sep 21 2018 240.0 Call  | 1.25      | ($3,875.00)       |
|                     | 9/4/2018  | BO          | 30       | AAPL Sep 21 2018 240.0 Call  | 1.20      | $3,600.00         |
|                     | 9/4/2018  | SC          | (30)     | AAPL Sep 21 2018 240.0 Call  | 1.30      | ($3,900.00)       |

| Date of Transaction |      | Transaction Type | Quantity | Security                     | Price ($) | Cost/Proceeds ($) |
|---------------------|------|------------------|----------|------------------------------|-----------|-------------------|
|                     | 8/27/2018 | BO          | 40       | AAPL Sep 7 2018 222.5 Call   | 0.64      | $2,560.00         |
|                     | 8/28/2018 | SC          | (40)     | AAPL Sep 7 2018 222.5 Call   | 0.98      | ($3,920.00)       |

| Date of Transaction |      | Transaction Type | Quantity | Security                     | Price ($) | Cost/Proceeds ($) |
|---------------------|------|------------------|----------|------------------------------|-----------|-------------------|
|                     | 8/29/2018 | BO          | 60       | AAPL Sep 7 2018 227.5 Call   | 0.40      | $2,400.00         |
|                     | 8/29/2018 | SC          | (22)     | AAPL Sep 7 2018 227.5 Call   | 0.45      | ($990.00)         |
|                     | 8/29/2018 | BO          | 30       | AAPL Sep 7 2018 227.5 Call   | 0.68      | $2,040.00         |
|                     | 8/29/2018 | SC          | (30)     | AAPL Sep 7 2018 227.5 Call   | 0.66      | ($1,980.00)       |
|                     | 8/29/2018 | SC          | (38)     | AAPL Sep 7 2018 227.5 Call   | 0.44      | ($1,672.00)       |

| Date of Transaction |      | Transaction Type | Quantity | Security                     | Price ($) | Cost/Proceeds ($) |
|---------------------|------|------------------|----------|------------------------------|-----------|-------------------|
|                     | 8/30/2018 | BO          | 20       | AAPL Sep 7 2018 230.0 Call   | 1.09      | $2,180.00         |
|                     | 8/30/2018 | SC          | (20)     | AAPL Sep 7 2018 230.0 Call   | 1.17      | ($2,340.00)       |

| Date of Transaction |      | Transaction Type | Quantity | Security                     | Price ($) | Cost/Proceeds ($) |
|---------------------|------|------------------|----------|------------------------------|-----------|-------------------|
|                     | 8/30/2018 | BO          | 40       | AAPL Sep 7 2018 232.5 Call   | 0.81      | $3,240.00         |
|                     | 8/30/2018 | SC          | (40)     | AAPL Sep 7 2018 232.5 Call   | 0.74      | ($2,960.00)       |
|                     | 8/30/2018 | BO          | 40       | AAPL Sep 7 2018 232.5 Call   | 0.91      | $3,640.00         |
|                     | 8/30/2018 | SC          | (10)     | AAPL Sep 7 2018 232.5 Call   | 1.11      | ($1,110.00)       |
|                     | 8/30/2018 | SC          | (30)     | AAPL Sep 7 2018 232.5 Call   | 1.10      | ($3,300.00)       |
|                     | 9/4/2018  | BO          | 100      | AAPL Sep 7 2018 232.5 Call   | 0.63      | $6,300.00         |
|                     | 9/5/2018  | SC          | (100)    | AAPL Sep 7 2018 232.5 Call   | 0.82      | ($8,200.00)       |

| Date of Transaction |      | Transaction Type | Quantity | Security                     | Price ($) | Cost/Proceeds ($) |
|---------------------|------|------------------|----------|------------------------------|-----------|-------------------|
|                     | 8/30/2018 | BO          | 60       | AAPL Sep 7 2018 235.0 Call   | 0.56      | $3,360.00         |
|                     | 8/30/2018 | SC          | (49)     | AAPL Sep 7 2018 235.0 Call   | 0.68      | ($3,332.00)       |

| Date | Action | Qty | Option | Price | Amount |
|---|---|---|---|---|---|
| 8/30/2018 | SC | (11) | AAPL Sep 7 2018 235.0 Call | 0.67 | ($737.00) |
| 8/30/2018 | BO | 40 | AAPL Sep 7 2018 235.0 Call | 0.39 | $1,560.00 |
| 8/30/2018 | SC | (40) | AAPL Sep 7 2018 235.0 Call | 0.39 | ($1,560.00) |
| 8/30/2018 | BO | 80 | AAPL Sep 7 2018 235.0 Call | 0.41 | $3,280.00 |
| 8/30/2018 | SC | (18) | AAPL Sep 7 2018 235.0 Call | 0.30 | ($540.00) |
| 8/30/2018 | BO | 80 | AAPL Sep 7 2018 235.0 Call | 0.32 | $2,560.00 |
| 8/30/2018 | SC | (14) | AAPL Sep 7 2018 235.0 Call | 0.31 | ($434.00) |
| 8/30/2018 | SC | (37) | AAPL Sep 7 2018 235.0 Call | 0.34 | ($1,258.00) |
| 8/30/2018 | SC | (11) | AAPL Sep 7 2018 235.0 Call | 0.32 | ($352.00) |
| 8/31/2018 | SC | (67) | AAPL Sep 7 2018 235.0 Call | 0.56 | ($3,752.00) |
| 8/31/2018 | SC | (12) | AAPL Sep 7 2018 235.0 Call | 0.62 | ($744.00) |
| 8/31/2018 | SC | (1) | AAPL Sep 7 2018 235.0 Call | 0.54 | ($54.00) |

\* Disregarding gains and losses not attributable to the alleged fraud from intra-class period sales matched to intra-class period purchases.