1  **LEVI & KORSINSKY, LLP**
   Adam M. Apton (SBN 316506)
2  44 Montgomery Street, Suite 650
   San Francisco, CA 94104
3  Tel:  (415) 373-1671
   Email: aapton@zlk.com
4

5  *Attorneys for Movant Richard Rodriguez*

6

7                     UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, Individually and on behalf of all others similarly situated, | No. 4:19-cv-02033-YGR |
| | Hon. Yvonne Gonzalez Rogers |
| Plaintiff | **CERTIFICATION PURSUANT TO LOCAL RULE 3-15** |
| vs. | Date: August 13, 2019<br>Time: 2:00 p.m. |
| APPLE INC., TIMOTHY D. COOK, and LUCA MAESTRI, | Courtroom: 1-4th Floor |
| Defendants. | |
| PRIYAM REDDY, Individually and on behalf of all others similarly situated, | No. 3:19-cv-02615-LHK |
| Plaintiff | Hon. Lucy H. Koh |
| vs. | |
| APPLE INC., TIMOTHY D. COOK, and LUCA MAESTRI, | |
| Defendants. | |

25  *[Caption Continued on Next Page]*

| | |
|---|---|
| STEAMFITTERS LOCAL 449 PENSION PLAN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>APPLE INC., TIMOTHY D. COOK, and LUCA MAESTRI,<br><br>Defendants. | No. 3:19-cv-02891_JD<br><br>Hon. James Donato |

Pursuant to Northern District Local Rule 3-15, I, Adam M. Apton, declare as follows:

I certify that as of this date, other than the named parties and Movant Richard Rodriguez, there is no such interest to report.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 17th day of June, 2019.

                                                    /s/ *Adam M. Apton*
                                                    ADAM M. APTON