1  James M. Wagstaffe (#95535)
   Frank Busch (#258288)
2  **WAGSTAFFE, VON LOEWENFELDT,**
   **BUSCH & RADWICK LLP**
3  100 Pine Street, Suite 725
   San Francisco, California 94111
4  Telephone: (415) 357-8900
   Facsimile: (415) 357-8910
5  wagstaffe@wvbrlaw.com
   busch@wvbrlaw.com
6
   *Liaison Counsel for Plaintiff*
7  *Steamfitters Local 449 Pension Plan*

8  [Additional counsel appear on signature page.]

9  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11  CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | Case No. 4:19-cv-02033-YGR |
| 12 | Judge Yvonne Gonzales Rogers |
| 13                                         Plaintiff, | **STEAMFITTERS LOCAL 449 PENSION PLAN'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| 14        vs. | |
| 15  APPLE INC., TIMOTHY D. COOK and LUCA MAESTRI, | |
| 16 | |
| 17                                         Defendants. | |
| 18 | |
| 19  PRIYAM REDDY, Individually and on Behalf of All Others Similarly Situated, | Case No. 5:19-cv-02615-YGR |
| 20 | Judge Yvonne Gonzales Rogers |
| 21                                         Plaintiff, | |
| 22        vs. | |
| 23  APPLE INC., TIMOTHY D. COOK and LUCA MAESTRI, | |
| 24 | |
| 25                                         Defendants. | |

26  *(Caption continues on next page…)*
27
28

| | |
|---|---|
| STEAMFITTERS LOCAL 449 PENSION PLAN, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>    vs.<br><br>APPLE INC., TIMOTHY D. COOK and LUCA MAESTRI,<br><br>                    Defendants. | Case No. 3:19-cv-02891-JD<br><br>Judge James Donato |

1  Steamfitters Local 449 Pension Plan ("Local 449"), plaintiff in the putative securities
2  class action filed in this Judicial District on May 24, 2019, captioned *Steamfitters Local 449*
3  *Pension Plan v. Apple Inc.*, No. 3:19-cv-02891-JD (the "*Steamfitters* Action"), brings this
4  Administrative Motion pursuant to Civil Local Rules 3-12 and 7-11 for a determination that the
5  *Steamfitters* Action should be related to the above-captioned actions *City of Roseville*
6  *Employees' Retirement System v. Apple Inc.*, No. 4:19-cv-02033-YGR (the "*Roseville* Action");
7  and *Reddy v. Apple Inc.*, No. 5:19-cv-02615-YGR (the "*Reddy* Action") (collectively, and
8  together with the *Steamfitters* Action, the "Actions").  By this Court's order dated June 11, 2019,
9  the *Reddy* Action has already been related to the *Roseville* Action and reassigned to this Court.
10  Under Civil Local Rule 3-12(a), cases are related when they (1) "concern substantially
11  the same parties, property, transaction or event"; and (2) "[i]t appears likely that there will be an
12  unduly burdensome duplication of labor and expense or conflicting results if the cases are
13  conducted before different Judges."  Here, both criteria are met:
14  *First*, the Actions are all putative class actions on behalf of similarly defined classes,
15  seeking substantively identical relief against identical defendants.  The complaints in the Actions
16  allege that defendants violated the federal securities laws during overlapping time periods by
17  making false and/or misleading statements and/or failing to disclose issues negatively impacting
18  demand for Apple Inc.'s iPhone products, including issues in Greater China.
19  *Second*, due to the common issues of law and fact in the Actions, there will be an unduly
20  burdensome duplication of labor and expense and potentially conflicting results if the Actions
21  are conducted before different judges.  Therefore, assignment to a single judge will conserve
22  judicial resources and economy, thus promoting an efficient and uniform resolution of the
23  Actions.
24  For the foregoing reasons, Local 449 respectfully requests that the Court enter an order
25  relating the Actions pursuant to Civil Local Rule 3-12.
26  Dated: June 17, 2019                          Respectfully submitted,
27                                                */s/ James M. Wagstaffe*
                                                  James M. Wagstaffe (#95535)
28                                                Frank Busch (#258288)

1
2
3
4
5
                    **WAGSTAFFE, VON LOEWENFELDT,**
                    **BUSCH & RADWICK LLP**
                    100 Pine Street, Suite 725
                    San Francisco, California 94111
                    Telephone: (415) 357-8900
                    Facsimile: (415) 357-8910
                    wagstaffe@wvbrlaw.com
                    busch@wvbrlaw.com

6
7
*Liaison Counsel for Plaintiff*
*Steamfitters Local 449 Pension Plan*

8
9
10
11
12
13
14
**LABATON SUCHAROW LLP**
Christopher J. Keller
Eric J. Belfi
Francis P. McConville
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
ckeller@labaton.com
ebelfi@labaton.com
fmcconville@labaton.com

15
*Counsel for Plaintiff*
*Steamfitters Local 449 Pension Plan*

16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**

I hereby certify that on June 17, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ James M. Wagstaffe
James M. Wagstaffe