**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | Case No. 4:19-cv-02033-YGR |
| Plaintiff, | Judge Yvonne Gonzales Rogers |
| vs. | **[PROPOSED] ORDER RELATING CASES** |
| APPLE INC., TIMOTHY D. COOK and LUCA MAESTRI, | |
| Defendants. | |
| PRIYAM REDDY, Individually and on Behalf of All Others Similarly Situated, | Case No. 5:19-cv-02615-YGR |
| Plaintiff, | Judge Yvonne Gonzales Rogers |
| vs. | |
| APPLE INC., TIMOTHY D. COOK and LUCA MAESTRI, | |
| Defendants. | |
| STEAMFITTERS LOCAL 449 PENSION PLAN, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:19-cv-02891-JD |
| Plaintiff, | Judge James Donato |
| vs. | |
| APPLE INC., TIMOTHY D. COOK and LUCA MAESTRI, | |
| Defendants. | |

1    Before the Court is an administrative motion, pursuant to Civil Local Rules 3-12 and 7-

2   11, to consider whether *Steamfitters Local 449 Pension Plan v. Apple Inc.*, No. 3:19-cv-02891-

3   JD is related to *City of Roseville Employees' Retirement System v. Apple Inc.*, No. 4:19-cv-

4   02033-YGR; and *Reddy v. Apple Inc.*, No. 5:19-cv-02615-YGR.

5    Having considered the submissions and arguments in support of the motion, the Court

6   finds that the criteria for related cases as set out in Civil Local Rule 3-12 are met.  The cases

7   concern substantially the same parties, property, transaction or event, and it appears likely that

8   there will be an unduly burdensome duplication of labor and expense or conflicting results if the

9   cases are conducted before different Judges.

10    Accordingly, IT IS HEREBY ORDERED that the Administrative Motion to Consider

11   Whether Cases Should Be Related is GRANTED, and that Case Nos. 4:19-cv-02033-YGR; 5:19-

12   cv-02615-YGR;  and 3:19-cv-02891-JD are related.  Pursuant to Civil Local Rule 3-12(f)(3), the

13   Clerk shall reassign Case No. 3:19-cv-02891-JD to the undersigned.

14

15    **IT IS SO ORDERED.**

16   Dated: _____, 2019

17   _____

18   Honorable Yvonne Gonzales Rogers
    United States District Judge

19   Northern District of California

20

21

22

23

24

25

26

27

28