1  James M. Wagstaffe (#95535)
   Frank Busch (#258288)
2  **WAGSTAFFE, VON LOEWENFELDT,**
   **BUSCH & RADWICK LLP**
3  100 Pine Street, Suite 725
   San Francisco, California 94111
4  Telephone: (415) 357-8900
   Facsimile: (415) 357-8910
5  wagstaffe@wvbrlaw.com
   busch@wvbrlaw.com
6
   *Liaison Counsel for Plaintiff*
7  *Steamfitters Local 449 Pension Plan*

8  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
9

| | |
|---|---|
| 10  CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | Case No. 4:19-cv-02033-YGR |
| 11 | Judge Yvonne Gonzales Rogers |
| 12                         Plaintiff, | **DECLARATION OF FRANCIS P.** |
| 13       vs. | **MCCONVILLE IN SUPPORT OF** |
| | **STEAMFITTERS LOCAL 449** |
| 14 | **PENSION PLAN'S ADMINISTRATIVE** |
| 15  APPLE INC., TIMOTHY D. COOK and LUCA MAESTRI, | **MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| 16                         Defendants. | |
| 17 | |
| 18  PRIYAM REDDY, Individually and on Behalf of All Others Similarly Situated, | Case No. 5:19-cv-02615-YGR |
| 19 | Judge Yvonne Gonzales Rogers |
| 20                         Plaintiff, | |
| 21       vs. | |
| 22  APPLE INC., TIMOTHY D. COOK and LUCA MAESTRI, | |
| 23 | |
| 24                         Defendants. | |

25  *(Caption continues on next page…)*

26

27

28

| | |
|---|---|
| STEAMFITTERS LOCAL 449 PENSION PLAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC., TIMOTHY D. COOK and LUCA MAESTRI,<br><br>Defendants. | Case No. 3:19-cv-02891-JD<br><br>Judge James Donato |

1  I, Francis P. McConville, hereby declare as follows:

2      1.    I am Of Counsel to the law firm of Labaton Sucharow LLP, counsel for plaintiff

3  Steamfitters Local 449 Pension Plan ("Local 449") in the above-captioned action *Steamfitters*

4  *Local 449 Pension Plan v. Apple Inc.*, No. 3:19-cv-02891-JD (the "*Steamfitters* Action"). I

5  make this Declaration, in accordance with Local Rules 3-12 and 7-11, in support of Local 449's

6  Administrative Motion to Consider Whether Cases Should Be Related. I have personal

7  knowledge of the facts set forth in this Declaration.

8      2.    Before my firm filed the Administrative Motion, I contacted counsel for

9  Defendants in the above-captioned actions *City of Roseville Employees' Retirement System v.*

10  *Apple, Inc.*, No. 4:19-cv- 02033-YGR (the "*Roseville* Action"); and *Reddy v. Apple Inl.*, No.

11  5:19-cv-02615-YGR (the "*Reddy* Action"), who declined to jointly move for the administrative

12  relief requested but advised that they do not oppose the instant motion. I also contacted counsel

13  for plaintiffs in the *Reddy* Action, who likewise declined to jointly move for the administrative

14  relief requested but advised that they do not oppose the instant motion. Finally, I contacted

15  counsel for plaintiffs in the *Roseville* Action, who indicated that they did not believe the cases

16  should be related, thus declining to jointly move for administrative relief.

17      3.    By virtue of the foregoing, the Administrative Motion is not accompanied by a

18  Stipulation.

19  I declare under penalty of perjury that the foregoing is true and correct.

20  Executed on June 17, 2019 at New York, New York.

21                                           */s/ Francis P. McConville*

22                                           Francis P. McConville
                                         **LABATON SUCHAROW LLP**

23                                           140 Broadway
                                         New York, New York 10005

24                                           Telephone: (212) 907-0700
                                         Facsimile: (212) 818-0477

25                                           fmcconville@labaton.com

26                                           *Counsel for Plaintiff Steamfitters*

27                                           *Local 449 Pension Plan*

28

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 17, 2019, I was authorized to electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

                                                */s/ James M. Wagstaffe*
                                                James M. Wagstaffe