James M. Wagstaffe (#95535)
Frank Busch (#258288)
**WAGSTAFFE, VON LOEWENFELDT,
BUSCH & RADWICK LLP**
100 Pine Street, Suite 725
San Francisco, California 94111
Telephone: (415) 357-8900
Facsimile: (415) 357-8910
wagstaffe@wvbrlaw.com
busch@wvbrlaw.com

*Proposed Liaison Counsel for the Class*

**LABATON SUCHAROW LLP**
Christopher J. Keller (*pro hac vice* forthcoming)
Eric J. Belfi (*pro hac vice* forthcoming)
Carol C. Villegas (*pro hac vice* forthcoming)
Francis P. McConville (*pro hac vice* forthcoming)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
ckeller@labaton.com
ebelfi@labaton.com
cvillegas@labaton.com
fmcconville@labaton.com

*Counsel for Proposed Lead Plaintiff
Employees' Retirement System of the State of
Rhode Island and Proposed Lead Counsel for the
Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC., TIMOTHY D. COOK and LUCA MAESTRI,<br><br>Defendants, | Case No. 4:19-cv-02033-YGR<br><br>Judge Yvonne Gonzales Rogers<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JAMES M. WAGSTAFFE IN SUPPORT OF THE MOTION OF EMPLOYEES' RETIREMENT SYSTEM OF THE STATE OF RHODE ISLAND FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL** |

DECLARATION OF JAMES M. WAGSTAFFE
CASE NO. 4:19-CV-02033-YGR

| | |
|---|---|
| PRIYAM REDDY, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>     vs.<br><br>APPLE INC., TIMOTHY D. COOK and LUCA MAESTRI,<br><br>                    Defendants. | Case No. 5:19-cv-02615-YGR<br><br>Judge Yvonne Gonzales Rogers |
| STEAMFITTERS LOCAL 449 PENSION PLAN, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>     vs.<br><br>APPLE INC., TIMOTHY D. COOK and LUCA MAESTRI,<br><br>                    Defendants. | Case No. 3:19-cv-02891-JD<br><br>Judge James Donato |

1  I, James M. Wagstaffe, declare as follows:

2      I am a member in good standing of the bar of the State of California and am admitted to
3  practice before this Court.  I am a partner at Wagstaffe, Von Loewenfeldt, Busch & Radwick,
4  LLP ("WVBR LLP"), proposed Liaison Counsel for the Class.  I submit this declaration in
5  support of the motion filed by the Employees' Retirement System of the State of Rhode Island
6  ("Rhode Island") for the entry of an Order: (1) consolidating the above-captioned actions
7  pursuant to Rule 42 of the Federal Rules of Civil Procedure; (2) appointing Rhode Island as Lead
8  Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C.
9  § 78u-4, *et seq.*; (3) approving their selection of Labaton Sucharow LLP ("Labaton Sucharow")
10 as Lead Counsel and WVBR LLP as Liaison Counsel for the Class; and (4) granting such other
11 and further relief as the Court may deem just and proper.

12     Attached as Exhibits A through F are true and correct copies of the following documents:

13     EXHIBIT A:  Signed Certification of Rhode Island, pursuant to the requirements of the
14                    PSLRA, 15 U.S.C. § 78u-4(a)(2);

15     EXHIBIT B:  A chart reflecting Rhode Island's Class Period transactions in Apple Inc.
16                    securities and approximate losses;

17     EXHIBIT C:  Notice of pendency of *City of Roseville Employees' Retirement System v.*
18                    *Apple Inc.*, No. 19-cv-02033 (N.D. Cal. Apr. 16, 2019), published on April
19                    16, 2019;

20     EXHIBIT D:  Notice of pendency of *Steamfitters Local 449 Pension Plan v. Apple Inc.*,
21                    No. 19-cv-02891 (N.D. Cal. May 24, 2019), published on May 24, 2019;

22     EXHIBIT E:  Firm resume of Labaton Sucharow; and

23     EXHIBIT F:  Biography of James M. Wagstaffe.

24     I hereby declare under penalty of perjury that the foregoing is true and correct.

25 DATED: June 17, 2019                                   */s/ James M. Wagstaffe*
26                                                            James M. Wagstaffe

27

28

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 17, 2019, I was authorized to electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

                                                                                                 /s/ *James M. Wagstaffe*
                                                                                                 James M. Wagstaffe