**Exhibit A**

## **CERTIFICATION**

I, Amy L. Crane, on behalf of the Employees' Retirement System of the State of Rhode Island ("Rhode Island"), hereby certify as follows:

1. I am the General Counsel for the State of Rhode Island Office of the General Treasurer and am fully authorized to enter into and execute this Certification on behalf of Rhode Island. I have reviewed a complaint filed against Apple, Inc. ("Apple") alleging violations of the federal securities laws and generally adopt its allegations without waiving the right to alter the allegations in a consolidated complaint. Rhode Island has authorized the filing of this motion for appointment as lead plaintiff;

2. Rhode Island did not purchase securities of Apple at the direction of counsel or in order to participate in any private action under the federal securities laws;

3. Rhode Island is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary. Rhode Island fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4. Rhode Island's transactions in Apple securities during the Class Period are reflected in Exhibit A, attached hereto;

5. Rhode Island has sought to serve as a lead plaintiff and representative party in the following class actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

*Edgar v. Anadarko Petroleum Corporation*, No. 17-cv-1372 (S.D. Tex.)
*In re Alphabet, Inc. Securities Litigation*, No. 18-cv-6245 (N.D. Cal.)
*In re Micron Technology, Inc. Securities Litigation*, No. 19-cv-0678 (S.D.N.Y.)

6. Beyond its pro rata share of any recovery, Rhode Island will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 17th day of June 2019.

*Amy L. Crane*
General Counsel
State of Rhode Island Office of the General Treasurer
*Employees' Retirement System of the State of Rhode Island*

# EXHIBIT A

## TRANSACTIONS IN APPLE, INC.

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 08/11/17 | 1,200.00 | $157.62 | ($189,148.08) |
| Sale | 09/29/17 | -4,000.00 | $153.81 | $615,255.20 |
| Sale | 09/29/17 | -1,300.00 | $154.12 | $200,355.99 |
| Sale | 10/10/17 | -100.00 | $155.90 | $15,590.00 |
| Sale | 10/10/17 | -5,600.00 | $155.90 | $873,039.97 |
| Sale | 10/10/17 | -100.00 | $155.90 | $15,590.00 |
| Sale | 10/10/17 | -700.00 | $155.90 | $109,130.00 |
| Purchase | 11/16/17 | 1,400.00 | $171.59 | ($240,232.02) |
| Purchase | 11/16/17 | 100.00 | $171.10 | ($17,110.00) |
| Sale | 12/08/17 | -11,700.00 | $169.25 | $1,980,278.82 |
| Sale | 12/08/17 | -400.00 | $169.37 | $67,748.00 |
| Sale | 12/08/17 | -3,800.00 | $169.37 | $643,605.98 |
| Sale | 12/08/17 | -200.00 | $169.37 | $33,874.00 |
| Sale | 12/20/17 | -12,900.00 | $174.37 | $2,249,348.49 |
| Sale | 12/20/17 | -3,900.00 | $174.35 | $679,965.02 |
| Sale | 12/20/17 | -2,200.00 | $174.35 | $383,570.01 |
| Purchase | 01/17/18 | 900.00 | $176.68 | ($159,014.70) |
| Purchase | 02/20/18 | 1,000.00 | $173.40 | ($173,402.20) |
| Purchase | 03/29/18 | 2,900.00 | $167.78 | ($486,562.00) |
| Purchase | 05/11/18 | 500.00 | $188.88 | ($94,438.05) |
| Sale | 06/29/18 | -6,900.00 | $185.11 | $1,277,259.00 |
| Sale | 06/29/18 | -2,300.00 | $185.11 | $425,753.00 |
| Sale | 06/29/18 | -500.00 | $185.11 | $92,555.00 |
| Sale | 06/29/18 | -300.00 | $185.11 | $55,533.00 |
| Sale | 06/29/18 | -4,700.00 | $185.11 | $870,017.00 |
| Sale | 06/29/18 | -70,724.00 | $185.86 | $13,145,017.25 |
| Purchase | 07/02/18 | 960.00 | $186.03 | ($178,588.80) |
| Purchase | 07/02/18 | 800.00 | $187.18 | ($149,744.00) |
| Purchase | 07/31/18 | 230,400.00 | $190.29 | ($43,842,816.00) |
| Sale | 09/21/18 | -3,500.00 | $217.67 | $761,846.75 |
| Sale | 09/28/18 | -1,800.00 | $225.31 | $405,553.68 |
| Sale | 09/28/18 | -500.00 | $225.74 | $112,870.00 |
| Sale | 10/16/18 | -2,600.00 | $222.15 | $577,590.00 |
| Sale | 10/16/18 | -200.00 | $222.15 | $44,430.00 |
| Sale | 10/26/18 | -200.00 | $216.31 | $43,262.12 |
| Purchase | 11/26/18 | 500.00 | $173.05 | ($86,524.00) |
| Purchase | 12/04/18 | 800.00 | $176.69 | ($141,352.00) |
| Sale | 12/21/18 | -1,700.00 | $150.73 | $256,241.00 |