# Exhibit B

**LOSS ANALYSIS**
**Class Period: 8/1/2017 to 1/2/2019**

**Employees' Retirement System of the State of Rhode Island**
**Apple, Inc.**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| AAPL | 37833100 | 2046251 | US0378331005 | $170.5940 [1] |

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Open | 08/01/17 | 300,869 | | |
| Sale | 09/29/17 | -2,800 | $153.8138 | $430,678.64 |
| Sale | 09/29/17 | -1,300 | $154.1200 | $200,355.99 |
| Sale | 10/10/17 | -100 | $155.9000 | $15,590.00 |
| Sale | 10/10/17 | -5,600 | $155.9000 | $873,039.97 |
| Sale | 10/10/17 | -100 | $155.9000 | $15,590.00 |
| Sale | 10/10/17 | -700 | $155.9000 | $109,130.00 |
| Sale | 12/08/17 | -10,200 | $169.2546 | $1,726,396.92 |
| Sale | 12/08/17 | -400 | $169.3700 | $67,748.00 |
| Sale | 12/08/17 | -3,800 | $169.3700 | $643,605.98 |
| Sale | 12/08/17 | -200 | $169.3700 | $33,874.00 |
| Sale | 12/20/17 | -12,900 | $174.3681 | $2,249,348.49 |
| Sale | 12/20/17 | -3,900 | $174.3500 | $679,965.02 |
| Sale | 12/20/17 | -2,200 | $174.3500 | $383,570.01 |
| Sale | 06/29/18 | -1,600 | $185.1100 | $296,176.00 |
| Sale | 06/29/18 | -2,300 | $185.1100 | $425,753.00 |
| Sale | 06/29/18 | -500 | $185.1100 | $92,555.00 |
| Sale | 06/29/18 | -300 | $185.1100 | $55,533.00 |
| Sale | 06/29/18 | -4,700 | $185.1100 | $870,017.00 |
| Sale | 06/29/18 | -70,724 | $185.8636 | $13,145,017.25 |
| *Class Period sales (matched to pre-Class Period purchases):* | | **-124,324** | | **$22,313,944.26** |
| Purchase | 08/11/17 | 1,200 | $157.6234 | ($189,148.08) |
| Purchase | 11/16/17 | 1,400 | $171.5943 | ($240,232.02) |
| Purchase | 11/16/17 | 100 | $171.1000 | ($17,110.00) |
| Purchase | 01/17/18 | 900 | $176.6830 | ($159,014.70) |
| Purchase | 02/20/18 | 1,000 | $173.4022 | ($173,402.20) |
| Purchase | 03/29/18 | 2,900 | $167.7800 | ($486,562.00) |
| Purchase | 05/11/18 | 500 | $188.8761 | ($94,438.05) |
| Purchase | 07/02/18 | 960 | $186.0300 | ($178,588.80) |
| Purchase | 07/02/18 | 800 | $187.1800 | ($149,744.00) |
| Purchase | 07/31/18 | 230,400 | $190.2900 | ($43,842,816.00) |
| Purchase | 11/26/18 | 500 | $173.0480 | ($86,524.00) |
| Purchase | 12/04/18 | 800 | $176.6900 | ($141,352.00) |
| *Class Period purchases:* | | **241,460** | | **($45,758,931.85)** |

[1] *Value of shares held is the mean trading price from 1/3/2019 to 4/2/2019.*

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Sale | 09/29/17 | -1,200 | $153.8138 | $184,576.56 |
| Sale | 12/08/17 | -1,500 | $169.2546 | $253,881.90 |
| Sale | 06/29/18 | -5,300 | $185.1100 | $981,083.00 |
| Sale | 09/21/18 | -3,500 | $217.6705 | $761,846.75 |
| Sale | 09/28/18 | -1,800 | $225.3076 | $405,553.68 |
| Sale | 09/28/18 | -500 | $225.7400 | $112,870.00 |
| Sale | 10/16/18 | -2,600 | $222.1500 | $577,590.00 |
| Sale | 10/16/18 | -200 | $222.1500 | $44,430.00 |
| Sale | 10/26/18 | -200 | $216.3106 | $43,262.12 |
| Sale | 12/21/18 | -1,700 | $150.7300 | $256,241.00 |
| *Class Period sales (matched to Class Period purchases):* | | *-18,500* | | *$3,621,335.01* |
| | Shares Held: | 222,960 | $170.5940 | $38,035,645.38 |
| | | | **LIFO Gain/(Loss):** | **($4,101,951.46)** |
| | | | Total Shares Bought: | 241,460 |
| | | | Total Net Shares: | 98,636 |
| | | | Total Net Expenditures: | ($19,823,652.58) |