1  James M. Wagstaffe (#95535)
   Frank Busch (#258288)
2  **WAGSTAFFE, VON LOEWENFELDT,**
   **BUSCH & RADWICK LLP**
3  100 Pine Street, Suite 725
   San Francisco, California 94111
4  Telephone: (415) 357-8900
   Facsimile: (415) 357-8910
5  wagstaffe@wvbrlaw.com
   busch@wvbrlaw.com
6
   *Proposed Liaison Counsel for the Class*
7
   **LABATON SUCHAROW LLP**
8  Christopher J. Keller (*pro hac vice* forthcoming)
   Eric J. Belfi (*pro hac vice* forthcoming)
9  Carol C. Villegas (*pro hac vice* forthcoming)
   Francis P. McConville (*pro hac vice* forthcoming)
10 140 Broadway
   New York, New York 10005
11 Telephone: (212) 907-0700
   Facsimile: (212) 818-0477
12 ckeller@labaton.com
   ebelfi@labaton.com
13 cvillegas@labaton.com
   fmcconville@labaton.com
14
15 *Counsel for Proposed Lead Plaintiff*
   *Employees' Retirement System of the State of*
16 *Rhode Island and Proposed Lead Counsel for the*
   *Class*
17

18                **UNITED STATES DISTRICT COURT**
                  **NORTHERN DISTRICT OF CALIFORNIA**
19

20 | CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | Case No. 4:19-cv-02033-YGR |
   |---|---|
   | Plaintiff, | Judge Yvonne Gonzales Rogers |
   | vs. | **CLASS ACTION** |
   | APPLE INC., TIMOTHY D. COOK and LUCA MAESTRI, | **CERTIFICATION OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 3-15** |
   | Defendants. | |

   *(Caption continues on following page…)*

| | |
|---|---|
| PRIYAM REDDY, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>     vs.<br><br>APPLE INC., TIMOTHY D. COOK and LUCA MAESTRI,<br><br>                    Defendants. | Case No. 5:19-cv-02615-YGR<br><br>Judge Yvonne Gonzales Rogers |
| STEAMFITTERS LOCAL 449 PENSION PLAN, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>     vs.<br><br>APPLE INC., TIMOTHY D. COOK and LUCA MAESTRI,<br><br>                    Defendants. | Case No. 3:19-cv-02891-JD<br><br>Judge James Donato |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties or movant Employees' Retirement System of the State of Rhode Island, there is no such interest to report.

Executed this 17th day of June, 2019, at San Francisco, California.

Respectfully submitted,

*/s/ James M. Wagstaffe*

James M. Wagstaffe (#95535)
Frank Busch (#258288)
**WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK, LLP**
100 Pine Street, Suite 725
San Francisco, California 94111
Telephone: (415) 357-8900
Facsimile: (415) 357-8910
wagstaffe@wvbrlaw.com
busch@wvbrlaw.com

*Proposed Liaison Counsel for the Class*

**LABATON SUCHAROW LLP**
Christopher J. Keller (*pro hac vice* forthcoming)
Eric J. Belfi (*pro hac vice* forthcoming)
Carol C. Villegas (*pro hac vice* forthcoming)
Francis P. McConville (*pro hac vice* forthcoming)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
ckeller@labaton.com
ebelfi@labaton.com
cvillegas@labaton.com
fmcconville@labaton.com

*Counsel for Proposed Lead Plaintiff Employees' Retirement System of the State of Rhode Island and Proposed Lead Counsel for the Class*