1  James M. Wagstaffe (#95535)
   Frank Busch (#258288)
2  **WAGSTAFFE, VON LOEWENFELDT,
   BUSCH & RADWICK LLP**
3  100 Pine Street, Suite 725
   San Francisco, California 94111
4  Telephone: (415) 357-8900
   Facsimile: (415) 357-8910
5  wagstaffe@wvbrlaw.com
   busch@wvbrlaw.com
6
   *Proposed Liaison Counsel for the Class*
7
   **LABATON SUCHAROW LLP**
8  Christopher J. Keller (*pro hac vice* forthcoming)
   Eric J. Belfi (*pro hac vice* forthcoming)
9  Carol C. Villegas (*pro hac vice* forthcoming)
   Francis P. McConville (*pro hac vice* forthcoming)
10 140 Broadway
   New York, New York 10005
11 Telephone: (212) 907-0700
   Facsimile: (212) 818-0477
12 ckeller@labaton.com
   ebelfi@labaton.com
13 cvillegas@labaton.com
   fmcconville@labaton.com
14
15
   *Counsel for Proposed Lead Plaintiff*
16 *Employees' Retirement System of the State of
   Rhode Island and Proposed Lead Counsel for the*
17 *Class*

18                    **UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF CALIFORNIA**
19

| | |
|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | Case No. 4:19-cv-02033-YGR |
| | Judge Yvonne Gonzales Rogers |
| Plaintiff, | **CLASS ACTION** |
| vs. | **CERTIFICATION OF JAMES M. WAGSTAFFE PURSUANT TO LOCAL RULE 3-7 (D)** |
| APPLE INC., TIMOTHY D. COOK and LUCA MAESTRI, | |
| Defendants. | |

*(Caption continues on following page…)*

---

CERTIFICATION OF JAMES M. WAGSTAFFE PURSUANT TO CIV. L.R. 3-7(D)
CASE NO. 4:19-CV-02033-YGR

| | |
|---|---|
| PRIYAM REDDY, Individually and on Behalf of All Others Similarly Situated, | Case No. 5:19-cv-02615-YGR |
| Plaintiff, | Judge Yvonne Gonzales Rogers |
| vs. | |
| APPLE INC., TIMOTHY D. COOK and LUCA MAESTRI, | |
| Defendants. | |
| STEAMFITTERS LOCAL 449 PENSION PLAN, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:19-cv-02891-JD |
| | Judge James Donato |
| Plaintiff, | |
| vs. | |
| APPLE INC., TIMOTHY D. COOK and LUCA MAESTRI, | |
| Defendants. | |

1  I, James M. Wagstaffe, make this declaration pursuant to Local Rule 3-7(d) of the United States District Court for the Northern District of California:

Exclusive of securities held through mutual funds or discretionary accounts managed by professional money managers, I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury that the foregoing is true and correct. If called as a witness, I could and would competently testify thereto.

Executed this 17th day of June, 2019, at San Francisco, California.

*/s/ James M. Wagstaffe*<br>James M. Wagstaffe

CERTIFICATION OF JAMES M. WAGSTAFFE PURSUANT TO CIV. L.R. 3-7(D)
CASE NO. 4:19-CV-02033-YGR