1  James M. Wagstaffe (#95535)
   Frank Busch (#258288)
2  **WAGSTAFFE, VON LOEWENFELDT,**
   **BUSCH & RADWICK LLP**
3  100 Pine Street, Suite 725
   San Francisco, California 94111
4  Telephone: (415) 357-8900
   Facsimile: (415) 357-8910
5  wagstaffe@wvbrlaw.com
   busch@wvbrlaw.com
6
   *Proposed Liaison Counsel for the Class*
7
   **LABATON SUCHAROW LLP**
8  Christopher J. Keller (*pro hac vice* forthcoming)
   Eric J. Belfi (*pro hac vice* forthcoming)
9  Carol C. Villegas (*pro hac vice* forthcoming)
   Francis P. McConville (*pro hac vice* forthcoming)
10 140 Broadway
11 New York, New York 10005
   Telephone: (212) 907-0700
12 Facsimile: (212) 818-0477
   ckeller@labaton.com
13 ebelfi@labaton.com
   cvillegas@labaton.com
14 fmcconville@labaton.com
15
   *Counsel for Proposed Lead Plaintiff*
16 *Employees' Retirement System of the State of*
   *Rhode Island and Proposed Lead Counsel for the*
17 *Class*
18
                    **UNITED STATES DISTRICT COURT**
19                  **NORTHERN DISTRICT OF CALIFORNIA**

20
   | CITY OF ROSEVILLE EMPLOYEES'
21 | RETINEMENT SYSTEM, Individually and on | Case No. 4:19-cv-02033-YGR
   | Behalf of All Others Similarly Situated,
22 |                                         | Judge Yvonne Gonzales Rogers
23 |                       Plaintiff,
   |                                         | **CLASS ACTION**
24 |        vs.
   |                                         | **CERTIFICATION OF CHRISTOPHER J.**
25 | APPLE INC., TIMOTHY D. COOK and LUCA    | **KELLER PURSUANT TO LOCAL RULE**
   | MAESTRI,                                | **3-7 (D)**
26 |
   |                       Defendants.
27 |
28 *(Caption continues on following page…)*

CERTIFICATION OF CHRISTOPHER J. KELLER PURSUANT TO CIV. L.R. 3-7(D)
CASE NO. 4:19-CV-02033-YGR

| | |
|---|---|
| PRIYAM REDDY, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>APPLE INC., TIMOTHY D. COOK and LUCA MAESTRI,<br><br>　　　　　　　Defendants. | Case No. 5:19-cv-02615-YGR<br><br>Judge Yvonne Gonzales Rogers |
| STEAMFITTERS LOCAL 449 PENSION PLAN, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>APPLE INC., TIMOTHY D. COOK and LUCA MAESTRI,<br><br>　　　　　　　Defendants. | Case No. 3:19-cv-02891-JD<br><br>Judge James Donato |

CERTIFICATION OF CHRISTOPHER J. KELLER PURSUANT TO CIV. L.R. 3-7(D)
CASE NO. 4:19-CV-02033-YGR

I, Christopher J. Keller, make this declaration pursuant to Local Rule 3-7(d) of the United States District Court for the Northern District of California:

Exclusive of securities held through mutual funds or discretionary accounts managed by professional money managers, I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury that the foregoing is true and correct. If called as a witness, I could and would competently testify thereto.

Executed this 17th day of June, 2019, at New York, New York.

                                          */s/ Christopher J. Keller*
                                               Christopher J. Keller

**Certificate Pursuant to Local Rule 5-1(i)(3)**

I, James M. Wagstaffe, am the ECF User whose ID and password are being used to file this certification of Christopher J. Keller pursuant to Local Rule 3-7(d). In compliance with Local Rule 5-1(i)(3), I hereby attest that Christopher J. Keller concurs in this filing.

Dated:  June 17, 2019

                                          */s/ James M. Wagstaffe*
                                            James M. Wagstaffe