1  James M. Wagstaffe (#95535)
   Frank Busch (#258288)
2  **WAGSTAFFE, VON LOEWENFELDT,**
   **BUSCH & RADWICK LLP**
3  100 Pine Street, Suite 725
   San Francisco, California 94111
4  Telephone: (415) 357-8900
   Facsimile: (415) 357-8910
5  wagstaffe@wvbrlaw.com
   busch@wvbrlaw.com
6
   *Proposed Liaison Counsel for the Class*
7
   **LABATON SUCHAROW LLP**
8  Christopher J. Keller (*pro hac vice* forthcoming)
   Eric J. Belfi (*pro hac vice* forthcoming)
9  Carol C. Villegas (*pro hac vice* forthcoming)
   Francis P. McConville (*pro hac vice* forthcoming)
10 140 Broadway
   New York, New York 10005
11 Telephone: (212) 907-0700
   Facsimile: (212) 818-0477
12 ckeller@labaton.com
   ebelfi@labaton.com
13 cvillegas@labaton.com
   fmcconville@labaton.com
14
15 *Counsel for Proposed Lead Plaintiff*
   *Employees' Retirement System of the State of*
16 *Rhode Island and Proposed Lead Counsel for the*
17 *Class*

18              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
19

20 | | |
   |---|---|
21 | CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | Case No. 4:19-cv-02033-YGR |
22 | | Judge Yvonne Gonzales Rogers |
   | Plaintiff, | **CLASS ACTION** |
23 | vs. | **CERTIFICATION OF FRANK BUSCH PURSUANT TO LOCAL RULE 3-7 (D)** |
24 | |
25 | APPLE INC., TIMOTHY D. COOK and LUCA MAESTRI, | |
26 | Defendants. | |
27
28 *(Caption continues on following page…)*

| | | |
|---|---|---|
| 1 | | |
| 2 | PRIYAM REDDY, Individually and on Behalf of All Others Similarly Situated, | Case No. 5:19-cv-02615-YGR |
| 3 | Plaintiff, | Judge Yvonne Gonzales Rogers |
| 4 | | |
| 5 | vs. | |
| 6 | APPLE INC., TIMOTHY D. COOK and LUCA MAESTRI, | |
| 7 | Defendants. | |
| 8 | | |
| 9 | STEAMFITTERS LOCAL 449 PENSION PLAN, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:19-cv-02891-JD |
| 10 | | Judge James Donato |
| 11 | Plaintiff, | |
| 12 | vs. | |
| 13 | APPLE INC., TIMOTHY D. COOK and LUCA MAESTRI, | |
| 14 | | |
| 15 | Defendants. | |

CERTIFICATION OF FRANK BUSCH PURSUANT TO CIV. L.R. 3-7(D)
CASE NO. 4:19-CV-02033-YGR

1    I, Frank Busch, make this declaration pursuant to Local Rule 3-7(d) of the United States
2 District Court for the Northern District of California:
3    Exclusive of securities held through mutual funds or discretionary accounts managed by
4 professional money managers, I do not directly own or otherwise have a beneficial interest in the
5 securities that are the subject of this action.
6    I declare under penalty of perjury that the foregoing is true and correct.  If called as a
7 witness, I could and would competently testify thereto.
8    Executed this 17th day of June, 2019, at San Francisco, California.

*/s/ Frank Busch*
Frank Busch

**Certificate Pursuant to Local Rule 5-1(i)(3)**

I, James M. Wagstaffe, am the ECF User whose ID and password are being used to file this certification of Frank Busch pursuant to Local Rule 3-7(d).  In compliance with Local Rule 5-1(i)(3), I hereby attest that Frank Busch concurs in this filing.

Dated:  June 17, 2019

*/s/ James M. Wagstaffe*
James M. Wagstaffe