1  James M. Wagstaffe (#95535)
   Frank Busch (#258288)
2  **WAGSTAFFE, VON LOEWENFELDT,
   BUSCH & RADWICK LLP**
3  100 Pine Street, Suite 725
   San Francisco, California 94111
4  Telephone: (415) 357-8900
   Facsimile: (415) 357-8910
5  wagstaffe@wvbrlaw.com
   busch@wvbrlaw.com
6
   *Proposed Liaison Counsel for the Class*
7
   **LABATON SUCHAROW LLP**
8  Christopher J. Keller (*pro hac vice* forthcoming)
   Eric J. Belfi (*pro hac vice* forthcoming)
9  Carol C. Villegas (*pro hac vice* forthcoming)
   Francis P. McConville (*pro hac vice* forthcoming)
10 140 Broadway
   New York, New York 10005
11 Telephone: (212) 907-0700
   Facsimile: (212) 818-0477
12 ckeller@labaton.com
   ebelfi@labaton.com
13 cvillegas@labaton.com
   fmcconville@labaton.com
14
15
   *Counsel for Proposed Lead Plaintiff
16 Employees' Retirement System of the State of
   Rhode Island and Proposed Lead Counsel for the
17 Class*

18
                    **UNITED STATES DISTRICT COURT
19                   NORTHERN DISTRICT OF CALIFORNIA**

20

| | |
|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | Case No. 4:19-cv-02033-YGR |
| | Judge Yvonne Gonzales Rogers |
| Plaintiff, | **CLASS ACTION** |
| vs. | **CERTIFICATION OF ERIC J. BELFI PURSUANT TO LOCAL RULE 3-7 (D)** |
| APPLE INC., TIMOTHY D. COOK and LUCA MAESTRI, | |
| Defendants. | |

*(Caption continues on following page…)*

CERTIFICATION OF ERIC J. BELFI PURSUANT TO CIV. L.R. 3-7(D)
CASE NO. 4:19-CV-02033-YGR

| | |
|---|---|
| PRIYAM REDDY, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> vs.<br><br>APPLE INC., TIMOTHY D. COOK and LUCA MAESTRI,<br><br>      Defendants. | Case No. 5:19-cv-02615-YGR<br><br>Judge Yvonne Gonzales Rogers |
| STEAMFITTERS LOCAL 449 PENSION PLAN, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> vs.<br><br>APPLE INC., TIMOTHY D. COOK and LUCA MAESTRI,<br><br>      Defendants. | Case No. 3:19-cv-02891-JD<br><br>Judge James Donato |

1   I, Eric J. Belfi, make this declaration pursuant to Local Rule 3-7(d) of the United States
2   District Court for the Northern District of California:
3   Exclusive of securities held through mutual funds or discretionary accounts managed by
4   professional money managers, I do not directly own or otherwise have a beneficial interest in the
5   securities that are the subject of this action.
6   I declare under penalty of perjury that the foregoing is true and correct.  If called as a
7   witness, I could and would competently testify thereto.
8   Executed this 17th day of June, 2019, at New York, New York.

*/s/ Eric J. Belfi*
Eric J. Belfi

**Certificate Pursuant to Local Rule 5-1(i)(3)**

I, James M. Wagstaffe, am the ECF User whose ID and password are being used to file this certification of Eric J. Belfi pursuant to Local Rule 3-7(d).  In compliance with Local Rule 5-1(i)(3), I hereby attest that Eric J. Belfi concurs in this filing.

Dated:  June 17, 2019

*/s/ James M. Wagstaffe*
James M. Wagstaffe