1  James M. Wagstaffe (#95535)
   Frank Busch (#258288)
2  **WAGSTAFFE, VON LOEWENFELDT,**
   **BUSCH & RADWICK LLP**
3  100 Pine Street, Suite 725
   San Francisco, California 94111
4  Telephone: (415) 357-8900
   Facsimile: (415) 357-8910
5  wagstaffe@wvbrlaw.com
   busch@wvbrlaw.com
6
   *Proposed Liaison Counsel for the Class*
7
   **LABATON SUCHAROW LLP**
8  Christopher J. Keller (*pro hac vice* forthcoming)
   Eric J. Belfi (*pro hac vice* forthcoming)
9  Carol C. Villegas (*pro hac vice* forthcoming)
   Francis P. McConville (*pro hac vice* forthcoming)
10 140 Broadway
   New York, New York 10005
11 Telephone: (212) 907-0700
   Facsimile: (212) 818-0477
12 ckeller@labaton.com
   ebelfi@labaton.com
13 cvillegas@labaton.com
   fmcconville@labaton.com
14
15
   *Counsel for Proposed Lead Plaintiff*
16 *Employees' Retirement System of the State of*
   *Rhode Island and Proposed Lead Counsel for the*
17 *Class*

18                **UNITED STATES DISTRICT COURT**
                  **NORTHERN DISTRICT OF CALIFORNIA**
19

| | |
|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | Case No. 4:19-cv-02033-YGR |
| | Judge Yvonne Gonzales Rogers |
| Plaintiff, | |
| | **CLASS ACTION** |
| vs. | |
| | **CERTIFICATION OF CAROL C. VILLEGAS PURSUANT TO LOCAL RULE 3-7 (D)** |
| APPLE INC., TIMOTHY D. COOK and LUCA MAESTRI, | |
| Defendants. | |

*(Caption continues on following page…)*

|   |   |
|---|---|
| PRIYAM REDDY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC., TIMOTHY D. COOK and LUCA MAESTRI,<br><br>Defendants. | Case No. 5:19-cv-02615-YGR<br><br>Judge Yvonne Gonzales Rogers |
| STEAMFITTERS LOCAL 449 PENSION PLAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC., TIMOTHY D. COOK and LUCA MAESTRI,<br><br>Defendants. | Case No. 3:19-cv-02891-JD<br><br>Judge James Donato |

1    I, Carol C. Villegas, make this declaration pursuant to Local Rule 3-7(d) of the United
2 States District Court for the Northern District of California:
3    Exclusive of securities held through mutual funds or discretionary accounts managed by
4 professional money managers, I do not directly own or otherwise have a beneficial interest in the
5 securities that are the subject of this action.
6    I declare under penalty of perjury that the foregoing is true and correct.  If called as a
7 witness, I could and would competently testify thereto.
8    Executed this 17th day of June, 2019, at New York, New York.

9                                    */s/ Carol C. Villegas*
                                         Carol C. Villegas
10

11                    **Certificate Pursuant to Local Rule 5-1(i)(3)**
12    I, James M. Wagstaffe, am the ECF User whose ID and password are being used to file
13 this certification of Carol C. Villegas pursuant to Local Rule 3-7(d).  In compliance with Local
14 Rule 5-1(i)(3), I hereby attest that Carol C. Villegas concurs in this filing.
15 Dated:  June 17, 2019

16                                    */s/ James M. Wagstaffe*
                                         James M. Wagstaffe