1  James M. Wagstaffe (#95535)
   Frank Busch (#258288)
2  **WAGSTAFFE, VON LOEWENFELDT,**
   **BUSCH & RADWICK LLP**
3  100 Pine Street, Suite 725
   San Francisco, California 94111
4  Telephone: (415) 357-8900
   Facsimile: (415) 357-8910
5  wagstaffe@wvbrlaw.com
   busch@wvbrlaw.com
6
   *Proposed Liaison Counsel for the Class*
7
   **LABATON SUCHAROW LLP**
8  Christopher J. Keller (*pro hac vice* forthcoming)
   Eric J. Belfi (*pro hac vice* forthcoming)
9  Carol C. Villegas (*pro hac vice* forthcoming)
   Francis P. McConville (*pro hac vice* forthcoming)
10 140 Broadway
11 New York, New York 10005
   Telephone: (212) 907-0700
12 Facsimile: (212) 818-0477
   ckeller@labaton.com
13 ebelfi@labaton.com
14 cvillegas@labaton.com
   fmcconville@labaton.com
15
   *Counsel for Proposed Lead Plaintiff*
16 *Employees' Retirement System of the State of*
   *Rhode Island and Proposed Lead Counsel for the*
17 *Class*

18                    **UNITED STATES DISTRICT COURT**
                      **NORTHERN DISTRICT OF CALIFORNIA**
19

20 | CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | Case No. 4:19-cv-02033-YGR |
21 | | Judge Yvonne Gonzales Rogers |
22 | | |
   | Plaintiff, | **CLASS ACTION** |
23 | | |
   | vs. | **CERTIFICATION OF FRANCIS P.** |
24 | | **MCCONVILLE PURSUANT TO** |
   | APPLE INC., TIMOTHY D. COOK and LUCA MAESTRI, | **LOCAL RULE 3-7 (D)** |
25 | | |
26 | Defendants. | |
27

28 *(Caption continues on following page…)*

1
2 | PRIYAM REDDY, Individually and on Behalf of All Others Similarly Situated, | Case No. 5:19-cv-02615-YGR
3 | | Judge Yvonne Gonzales Rogers
  | Plaintiff, |
4
5 | vs. |
6 | APPLE INC., TIMOTHY D. COOK and LUCA MAESTRI, |
7
  | Defendants. |
8
9 | STEAMFITTERS LOCAL 449 PENSION PLAN, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:19-cv-02891-JD
10 | | Judge James Donato
11
  | Plaintiff, |
12
13 | vs. |
14 | APPLE INC., TIMOTHY D. COOK and LUCA MAESTRI, |
15
  | Defendants. |
16
17
18
19
20
21
22
23
24
25
26
27
28

1    I, Francis P. McConville, make this declaration pursuant to Local Rule 3-7(d) of the
2  United States District Court for the Northern District of California:
3    Exclusive of securities held through mutual funds or discretionary accounts managed by
4  professional money managers, I do not directly own or otherwise have a beneficial interest in the
5  securities that are the subject of this action.
6    I declare under penalty of perjury that the foregoing is true and correct. If called as a
7  witness, I could and would competently testify thereto.
8    Executed this 17th day of June, 2019, at New York, New York.

                                     */s/ Francis P. McConville*
                                      Francis P. McConville

**Certificate Pursuant to Local Rule 5-1(i)(3)**

I, James M. Wagstaffe, am the ECF User whose ID and password are being used to file this certification of Francis P. McConville pursuant to Local Rule 3-7(d). In compliance with Local Rule 5-1(i)(3), I hereby attest that Francis P. McConville concurs in this filing.

Dated: June 17, 2019

                                     */s/ James M. Wagstaffe*
                                     James M. Wagstaffe