1  ROBBINS GELLER RUDMAN
     & DOWD LLP
2  SHAWN A. WILLIAMS (213113)
   Post Montgomery Center
3  One Montgomery Street, Suite 1800
   San Francisco, CA  94104
4  Telephone: 415/288-4545
   415/288-4534 (fax)
5  shawnw@rgrdlaw.com
          – and –
6  DANIELLE S. MYERS (259916)
   JUAN CARLOS SANCHEZ (301834)
7  655 West Broadway, Suite 1900
   San Diego, CA  92101
8  Telephone: 619/231-1058
   619/231-7423 (fax)
9  dmyers@rgrdlaw.com
   jsanchez@rgrdlaw.com
10
   [Proposed] Lead Counsel for [Proposed] Lead Plaintiff
11
                           UNITED STATES DISTRICT COURT
12
                         NORTHERN DISTRICT OF CALIFORNIA
13
                                   OAKLAND DIVISION
14

15  CITY OF ROSEVILLE EMPLOYEES'          )   Case No. 4:19-cv-02033-YGR
    RETIREMENT SYSTEM, Individually and on )
    Behalf of All Others Similarly Situated, )   CLASS ACTION
16                                          )
                                Plaintiff,  )   NOTICE OF APPEARANCE OF COUNSEL
17                                          )
         vs.                                )
18                                          )
    APPLE INC., et al.,                     )
19                                          )
                                Defendants. )
20  _____     )

21

22

23

24

25

26

27

28

4810-7884-6618.v1

1  Please note the appearance of the undersigned Danielle S. Myers of Robbins Geller Rudman
2  & Dowd LLP, 655 W. Broadway, Suite 1900, San Diego, California 92101, phone number 619/231-
3  1058; email: dmyers@rgrdlaw.com as counsel for lead plaintiff movant Norfolk County Council as
4  Administering Authority of the Norfolk Pension Fund in this action.  The undersigned respectfully
5  requests to be included via e-mail on the Court's notification of all electronic filings in this action.

6  DATED:  June 17, 2019       ROBBINS GELLER RUDMAN
                                 & DOWD LLP
7                               DANIELLE S. MYERS
                                JUAN CARLOS SANCHEZ
8

9
                                      s/ Danielle S. Myers
10                                   DANIELLE S. MYERS

11                              655 West Broadway, Suite 1900
                                San Diego, CA  92101
12                              Telephone:  619/231-1058
                                619/231-7423 (fax)
13                              dmyers@rgrdlaw.com
                                jsanchez@rgrdlaw.com
14
                                ROBBINS GELLER RUDMAN
15                                 & DOWD LLP
                                SHAWN A. WILLIAMS
16                              Post Montgomery Center
                                One Montgomery Street, Suite 1800
17                              San Francisco, CA  94104
                                Telephone:  415/288-4545
18                              415/288-4534 (fax)
                                shawnw@rgrdlaw.com
19
                                [Proposed] Lead Counsel for [Proposed] Lead
20                              Plaintiff

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on June 17, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

   s/ Danielle S. Myers
DANIELLE S. MYERS

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  dyers@rgrdlaw.com

4810-7884-6618.v1

# Mailing Information for a Case 4:19-cv-02033-YGR City of Roseville Employees' Retirement System v. Apple Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Adam Marc Apton**
  aapton@zlk.com

- **Mary K. Blasy**
  mblasy@rgrdlaw.com

- **Melinda Haag**
  mhaag@orrick.com

- **James Neil Kramer**
  jkramer@orrick.com,lpatts@orrick.com,mwatkins@orrick.com,vmorse@orrick.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,disaacson@pomlaw.com,cgarcia@pomlaw.com,abarbosa@pomlaw.com

- **Samuel H. Rudman**
  srudman@rgrdlaw.com

- **Alexander K. Talarides**
  atalarides@orrick.com,lpatts@orrick.com

- **James Matthew Wagstaffe**
  wagstaffe@wvbrlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,smorris@rgrdlaw.com,e_file_sd@rgrdlaw.com,1101510420@filings.docketbird.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`