1
2
3
4
5
6
7
8
9
10
11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                           OAKLAND DIVISION

15  | CITY OF ROSEVILLE EMPLOYEES'         ) | Case No. 4:19-cv-02033-YGR
    | RETIREMENT SYSTEM, Individually and on )
16  | Behalf of All Others Similarly Situated, ) | <u>CLASS ACTION</u>
    |                                       )
17  |                         Plaintiff,    ) | [PROPOSED] ORDER GRANTING
    |                                       ) | NORFOLK PENSION FUND'S MOTION
18  |     vs.                               ) | FOR CONSOLIDATION, APPOINTMENT
    |                                       ) | AS LEAD PLAINTIFF, AND APPROVAL
19  | APPLE INC., et al.,                   ) | OF LEAD PLAINTIFF'S SELECTION OF
    |                                       ) | LEAD COUNSEL
20  |                         Defendants.   )
    |_____)
21
22
23
24
25
26
27
28

4822-5462-7738.v1

Having considered Norfolk County Council as Administering Authority of the Norfolk Pension Fund's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *City of Roseville Emps.' Ret. Sys. v. Apple Inc.*, No. 19-cv-02033 and *Reddy v. Apple Inc.*, No. 19-cv-02615 are consolidated as:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION | Case No. 4:19-cv-02033-YGR |
| | CLASS ACTION |
| This Document Relates To: | [TYPE PLEADING TITLE] |
| ALL ACTIONS. | |

(a) The file in Case No. 4:19-cv-02033-YGR shall constitute the master file for every action in the consolidated action. The Clerk shall administratively close the other case. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:" When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

(b) All securities class actions relating to the same or substantially similar alleged wrongdoing by defendants on behalf of the same or substantially similar putative class that is subsequently filed in, or transferred to, this District shall be consolidated into this action. This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action;

    (c) This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown;

  3. Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), the Norfolk Pension Fund is appointed as Lead Plaintiff; and

  4. Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), the Norfolk Pension Fund's selection of Robbins Geller Rudman & Dowd LLP is approved and appointed as Lead Counsel.  As Lead Counsel, Robbins Geller Rudman & Dowd LLP shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

    (a) the briefing and argument of any and all motions;

    (b) the preparation and filing of all pleadings;

    (c) the conduct of any and all discovery proceedings;

    (d) settlement negotiations with counsel for defendants;

    (e) the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required; and

    (f) the supervision of all other matters concerning the prosecution or resolution of the consolidated action.

  IT IS SO ORDERED.

DATED: _____    _____
                THE HONORABLE YVONNE GONZALEZ ROGERS
                UNITED STATES DISTRICT JUDGE