```
 1  ROBBINS GELLER RUDMAN
      & DOWD LLP
 2  SHAWN A. WILLIAMS (213113)
    Post Montgomery Center
 3  One Montgomery Street, Suite 1800
    San Francisco, CA  94104
 4  Telephone: 415/288-4545
    415/288-4534 (fax)
 5  shawnw@rgrdlaw.com
            – and –
 6  DANIELLE S. MYERS (259916)
    JUAN CARLOS SANCHEZ (301834)
 7  655 West Broadway, Suite 1900
    San Diego, CA  92101
 8  Telephone: 619/231-1058
    619/231-7423 (fax)
 9  dmyers@rgrdlaw.com
    jsanchez@rgrdlaw.com
10
    [Proposed] Lead Counsel for [Proposed] Lead Plaintiff
11
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC., et al.,<br><br>Defendants. | Case No. 4:19-cv-02033-YGR<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF DANIELLE S. MYERS IN SUPPORT OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL<br><br>DATE:   August 13, 2019<br>TIME:   2:00 p.m.<br>CTRM:  1, 4th Floor |

4838-1038-6842.v1

I, DANIELLE S. MYERS, declare as follows:

1. I am an attorney licensed to practice before all the courts of the State of California and this Court. I am a member of Robbins Geller Rudman & Dowd LLP, proposed lead counsel for proposed lead plaintiff Norfolk County Council as Administering Authority of the Norfolk Pension Fund in the above-captioned action. I make this declaration in support of the Norfolk Pension Fund's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A: Apple Inc.'s historical stock prices during December 2017 as reported by Yahoo Finance;

Exhibit B: Kif Leswing, *Apple responds to report that the US government is investigating the iPhone slowdown (APPL)*, THE BUSINESS INSIDER (Jan. 31, 2018);

Exhibit C: Kif Leswing, *Apple's battery controversy could cost the company over $10 billion in lost iPhone sales (AAPL)*, THE BUSINESS INSIDER (Jan. 3, 2018);

Exhibit D: Mark Moskowitz, et al., *Apple, Inc. $29 Battery Replacement: Good PR Move, Might Not Be So Good for Units*, BARCLAYS (Jan. 3, 2018);

Exhibit E: Excerpts of analyst reports issued by RBC Capital Markets, Wells Fargo Securities, BMO Capital Markets, Canaccord Genuity Capital Markets, Jefferies, Wedbush, Piper Jaffray, and Morgan Stanley dated January 2-3, 2019;

Exhibit F: Press releases issued by law firms referencing November 2018-January 2019 Class Period;

Exhibit G: Notice of pendency of *City of Roseville* action published in *Business Wire*, a widely circulated national business-oriented wire service on April 16, 2019;

Exhibit H: The Norfolk Pension Fund's Certification;

Exhibit I: The Norfolk Pension Fund's loss estimate in both class periods, prepared by counsel; and

Exhibit J: Robbins Geller Rudman & Dowd LLP firm résumé.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 17, 2019.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                                                                            s/ Danielle S. Myers
                                                                                             DANIELLE S. MYERS

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on June 17, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

   s/ Danielle S. Myers
DANIELLE S. MYERS

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  dmyers@rgrdlaw.com

4838-1038-6842.v1

# Mailing Information for a Case 4:19-cv-02033-YGR City of Roseville Employees' Retirement System v. Apple Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Adam Marc Apton**
  aapton@zlk.com

- **Mary K. Blasy**
  mblasy@rgrdlaw.com

- **Melinda Haag**
  mhaag@orrick.com

- **James Neil Kramer**
  jkramer@orrick.com,lpatts@orrick.com,mwatkins@orrick.com,vmorse@orrick.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,disaacson@pomlaw.com,cgarcia@pomlaw.com,abarbosa@pomlaw.com

- **Samuel H. Rudman**
  srudman@rgrdlaw.com

- **Alexander K. Talarides**
  atalarides@orrick.com,lpatts@orrick.com

- **James Matthew Wagstaffe**
  wagstaffe@wvbrlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,smorris@rgrdlaw.com,e_file_sd@rgrdlaw.com,1101510420@filings.docketbird.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`