# EXHIBIT A



## Apple Inc. (AAPL)
NasdaqGS - NasdaqGS Real Time Price. Currency in USD

**192.74** -1.41 (-0.73%)     **192.70** -0.04 (-0.02%)
At close: 4:00PM EDT    After hours: 6:56PM EDT

Add to watchlist   Visitors trend 2W ↑ 10W ↑ 9M ↑

Buy    Sell

Summary | Company Outlook NEW | Chart | Conversations | Statistics | **Historical Data** | Profile | Financials | Analysis | Options | Holders | Sustainability

Time Period: Dec 01, 2017 - Dec 31, 2017    Show: Historical Prices
Frequency: Daily    Apply

Currency in USD    ⬇ Download Data

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Dec 29, 2017 | 170.52 | 170.59 | 169.22 | 169.23 | 165.38 | 25,884,400 |
| Dec 28, 2017 | 171.00 | 171.85 | 170.48 | 171.08 | 167.19 | 16,480,200 |
| Dec 27, 2017 | 170.10 | 170.78 | 169.71 | 170.60 | 166.72 | 21,498,200 |
| Dec 26, 2017 | 170.80 | 171.47 | 169.68 | 170.57 | 166.69 | 33,185,500 |
| Dec 22, 2017 | 174.68 | 175.42 | 174.50 | 175.01 | 171.03 | 16,114,600 |
| Dec 21, 2017 | 174.17 | 176.02 | 174.10 | 175.01 | 171.03 | 20,949,900 |
| Dec 20, 2017 | 174.87 | 175.42 | 173.25 | 174.35 | 170.38 | 23,475,600 |
| Dec 19, 2017 | 175.03 | 175.39 | 174.09 | 174.54 | 170.57 | 27,436,400 |
| Dec 18, 2017 | 174.88 | 177.20 | 174.86 | 176.42 | 172.40 | 29,421,100 |
| Dec 15, 2017 | 173.63 | 174.17 | 172.46 | 173.97 | 170.01 | 40,169,300 |
| Dec 14, 2017 | 172.40 | 173.13 | 171.65 | 172.22 | 168.30 | 20,476,500 |
| Dec 13, 2017 | 172.50 | 173.54 | 172.00 | 172.27 | 168.35 | 23,818,400 |
| Dec 12, 2017 | 172.15 | 172.39 | 171.46 | 171.70 | 167.79 | 19,409,200 |
| Dec 11, 2017 | 169.20 | 172.89 | 168.79 | 172.67 | 168.74 | 35,273,800 |
| Dec 08, 2017 | 170.49 | 171.00 | 168.82 | 169.37 | 165.51 | 23,355,200 |
| Dec 07, 2017 | 169.03 | 170.44 | 168.91 | 169.32 | 165.47 | 25,673,300 |
| Dec 06, 2017 | 167.50 | 170.20 | 166.46 | 169.01 | 165.16 | 28,560,000 |
| Dec 05, 2017 | 169.06 | 171.52 | 168.40 | 169.64 | 165.78 | 27,350,200 |
| Dec 04, 2017 | 172.48 | 172.62 | 169.63 | 169.80 | 165.94 | 32,542,400 |
| Dec 01, 2017 | 169.95 | 171.67 | 168.50 | 171.05 | 167.16 | 39,759,300 |

*Close price adjusted for splits.    **Adjusted close price adjusted for both dividends and splits.

Yahoo Small Business

Data Disclaimer   Help   Suggestions
Privacy (Updated)   About Our Ads   Terms (Updated)   Sitemap

© 2019 Verizon Media. All rights reserved.