# EXHIBIT C

6/14/2019 Apple's battery controversy could cost the company over $10 billion in lost iPhone sales (AAPL) | Markets Insider

Case 4:19-cv-02033-YGR Document 37-3 Filed 06/17/19 Page 2 of 7

| S & P 500 (/index/s&p_500) | NASDAQ 100 (/index/nasdaq_100) | DJIA (/index/dow_jones) | NIKKEI 225 (/index/nikkei_225) |
|---|---|---|---|
| -3.30 | -27.69 | -26.00 | -23.10 |
| 2,888.34 (-0.11%) | 7,482.99 (-0.37%) | 26,091.00 (-0.10%) | 21,056.90 (-0.11%) |
| 04:00:45 PM EDT | 04:00:45 PM EDT | 04:00:45 PM EDT | 03:50:00 PM EDT |

# Apple's battery controversy could cost the company over $10 billion in lost iPhone sales (AAPL)

Kif Leswing
Jan. 3, 2018, 12:09 PM



- **Apple is now offering $29 battery replacements for old iPhones.**

6/14/2019 Apple's battery controversy could cost the company over $10 billion in lost future sales (AAPL) | Markets Insider

Case 4:19-cv-02033-YGR Document 37-3 Filed 06/17/19 Page 3 of 7

- **The battery replacement should both improve performance and battery life.**
- **Barclays analysts believe that millions of Apple customers could opt for a battery replacement over a new iPhone.**

---

Apple started offering **$29 in-store battery replacements (https://www.businessinsider.com/how-apple-slows-down-iphones-old-batteries-explained-2017-12?utm_source=markets&utm_medium=ingest)** last week, in an apologetic move after the company revealed that an older battery can actually make an iPhone run slower.

It's a win for customers who can now extend the life of their iPhone at a lower price, increasing both its battery life and its performance.

But it might be bad for Apple's bottom line, analysts at Barclays wrote in a note on Wednesday.

"While this is a good PR move for Apple to resolve the issue, we are concerned it could be a mild headwind for iPhone unit sales if more iPhone users decide to take the offer instead of upgrading to a new device," the analyst Mark Moskowitz and team wrote.

They model that as many as 16 million fewer iPhones could be sold in the coming year thanks to the offer. That comes out to as much as $10.29 billion in lost revenue, according to the Barclays model.

There are four reasons battery replacements could impact iPhone sales. From Barclays' note:

1. This incident has caused significantly higher public awareness of Apple's behavior, and thereby, the $29 offer.
2. $29 is affordable, and it will provide a significant boost in speed (from 600MHz to 1400MHz for an iPhone 6).

6/14/2019 Apple's battery controversy could cost the company over $10 billion in lost iPhone sales (AAPL) | Markets Insider

Case 4:19-cv-02033-YGR Document 37-3 Filed 06/17/19 Page 4 of 7

3. Our August Wireless survey suggests battery drain is No.1 reason for users to upgrade to new device – therefore, a new battery may deter some upgrade intention.
4. Apple allows for replacement regardless of the diagnostic test result. Given the same form factor from IP6 to IP8, some customers may prefer the battery swap over upgrading.

To recap the battery story: iPhones used to have a random shutdown issue. It was because older batteries — the batteries you find in 2-year-old phones — couldn't provide enough power at certain times, and the phone would then shut down to protect its components.

Apple's fix for this problem was to limit the peak power draw an older iPhone was capable of through software updates, which was revealed in December. People were furious as Apple admitted that older iPhones can take longer to launch apps, may display choppy scrolling, and can have dimmer screens and quieter speakers.

To smooth over this issue, Apple announced that it would offer $29 iPhone battery replacements in 2018 — a significant discount from the normal $79 price, which Apple says will improve the performance of an older phone.

Apple now has to hope that iPhone users don't decide to take a $29 battery over a $999 iPhone X.

"Even a small percentage opting for battery replacement over upgrade could have meaningful impact on iPhone sales," warn the Barclays analysts.

# SEE ALSO: UBS puts its chief economist on leave following outrage over 'Chinese pig' comment (UBS) » (https://markets.businessinsider.com/news/stocks/chinese-pig-comment-ubs-chief-economist-paul-donovan-on-leave-2019-6-1028281373)

6/14/2019 Apple's battery controversy could cost the company over $10 billion in lost iPhone sales (AAPL) | Markets Insider

Case 4:19-cv-02033-YGR Document 37-3 Filed 06/17/19 Page 5 of 7

READ NOW: These $13 leggings have a 4.3-star rating on Amazon with almost 4,000 reviews — I have several pairs and they live up to the hype » (https://markets.businessinsider.com/news/stocks/viv-collection-leggings-amazon-review-1028281601)

# APPLE NEWS

**MORE** (/NEWS/AAPL)

**Apple has registered seven more MacBooks, a report says - CNET (https://www.cnet.com/news/apple-has-registered-seven-more-macbooks-a-report-says/#ftag=CAD590a51e)**

Cnet   1h

**Apple Is Squeezing Comcast's and Charter's Virtual Carriers (https://www.fool.com/investing/2019/06/14/apple-is-squeezing-comcasts-and-charters-virtual-c.aspx?source=iedfolrf0000001)**

MotleyFool   4h

**Universal Display, Bed Bath, Apple, Boeing and Intel highlighted as Zacks Bull and Bear of the Day (http://www.zacks.com/stock/news/429846/universal-display-bed-bath-apple-boeing-and-intel-highlighted-as-zacks-bull-and-bear-of-the-day?cid=CS-ZC-FT-429846)**

Zacks   7h

**Apple snuck a Raptors tribute into its Canadian home page (/news/stocks/Apple-snuck-a-Raptors-tribute-into-its-Canadian-home-page-7609348)**

TechCrunch   10h

**Apple CEO Tim Cook visits White House for jobs meeting, report says - CNET (https://www.cnet.com/news/apple-ceo-tim-cook-visits-white-house-for-jobs-meeting-report-says/#ftag=CAD590a51e)**

Cnet   11h

6/14/2019 Apple's battery controversy could cost the company over $10 billion in lost iPhone sales (AAPL) | Markets Insider

Case 4:19-cv-02033-YGR Document 37-3 Filed 06/17/19 Page 6 of 7

**Trump talks trade with Apple CEO Cook as China dispute looms (http://feeds.reuters.com/~r/reuters/INbusinessNews/~3/rPKnT09_D9s/trump-talks-trade-with-apple-ceo-cook-as-china-dispute-looms-idINKCN1TE3C7)**

Reuters    1d

**UPDATE 1-Trump talks trade with Apple CEO Cook as China dispute looms (http://feeds.reuters.com/~r/reuters/companyNews/~3/HNr2lCXpU_U/update-1-trump-talks-trade-with-apple-ceo-cook-as-china-dispute-looms-idUSL2N23K1WG)**

Reuters    1d

**Could Dexcom have a diabetes collaboration with Apple Watch? (https://www.cnbc.com/video/2019/06/13/could-dexcom-have-a-diabetes-collaboration-with-apple-watch.html)**

CNBC    1d

## AAPL (/stocks/aapl-stock)

### 192.74

**-1.41 (-0.73%)**

Disclaimer (http://businessinsider.com/disclaimer-finance)

Get real-time AAPL charts here >> (/stocks/aapl-stock)

# FIND NEWS (/NEWS)

search text

GO

6/14/2019 Apple's battery controversy could cost the company over $10 billion in lost iPhone sales (AAPL) | Markets Insider

Case 4:19-cv-02033-YGR Document 37-3 Filed 06/17/19 Page 7 of 7

(/)
Follow us on:

(https://www.facebook.com/BusinessInsider.Finance)          (http://www.twitter.com/mktsinsider)

Also check out:

(http://www.thisisinsider.com/)          (http://www.businessinsider.com/)

**S&P500 Stocks:** ALL (/index/components/S&P_500) 0-9 (/index/components/S&P_500/0-9) A (/index/components/S&P_500/A) B (/index/components/S&P_500/B) C (/index/components/S&P_500/C) D (/index/components/S&P_500/D) E (/index/components/S&P_500/E) F (/index/components/S&P_500/F) G (/index/components/S&P_500/G) H (/index/components/S&P_500/H) I (/index/components/S&P_500/I) J (/index/components/S&P_500/J) K (/index/components/S&P_500/K) L (/index/components/S&P_500/L) M (/index/components/S&P_500/M) N (/index/components/S&P_500/N) O (/index/components/S&P_500/O) P (/index/components/S&P_500/P) Q (/index/components/S&P_500/Q) R (/index/components/S&P_500/R) S (/index/components/S&P_500/S) T (/index/components/S&P_500/T) U (/index/components/S&P_500/U) V (/index/components/S&P_500/V) W (/index/components/S&P_500/W) X (/index/components/S&P_500/X) Y (/index/components/S&P_500/Y) Z (/index/components/S&P_500/Z)

Dow Jones (/index/dow_jones) Gold Price (/commodities/gold-price) Oil Price (/commodities/oil-price?type=WTI) EURO DOLLAR (/currencies/EUR-USD) CAD USD (/currencies/USD-CAD) PESO USD (/currencies/USD-MXN) POUND USD (/currencies/GBP-USD) USD INR (/currencies/USD-INR) Bitcoin Price (/currencies/BTC-USD) Currency Converter (/currency-converter) Exchange Rates (/currencies) Realtime Quotes (/index/realtime-chart) Premarket (/premarket) Google Stock (/stocks/GOOG-stock) Apple Stock (/stocks/AAPL-stock) Facebook Stock (/stocks/FB-stock) Amazon Stock (/stocks/AMZN-stock) Tesla Stock (/stocks/TSLA-stock)

* Copyright © 2019 Insider Inc. and finanzen.net GmbH (Imprint) (https://www.finanzen.net/impressum). All rights reserved. Registration on or use of this site constitutes acceptance of our Terms of Service (http://www.businessinsider.com/terms), Cookie Policy (http://www.businessinsider.com/cookies-policy), and Privacy Policy (http://www.businessinsider.com/privacy-policy).
Disclaimer (http://www.businessinsider.com/disclaimer-finance) | Commerce Policy (http://www.businessinsider.com/commerce-on-business-insider) | Made in NYC (http://nytm.org/made) | Stock quotes by finanzen.net (https://www.finanzen.net)

Need help? Contact us! (https://markets.businessinsider.com/contact)