EXHIBIT D



Equity Research | Instant Insights

3 January 2018

| | | | |
|---|---|---|---|
| Mark Moskowitz | +1 415 263 4456 | mark.moskowitz@barclays.com | BCI, US |
| Daniel Gaide | +1 212 526 2912 | daniel.gaide@barclays.com | BCI, US |
| Chang Liu, CFA | +1 212 526 2806 | chang.liu@barclays.com | BCI, US |
| Kevin Feeney | +1 212 526 7952 | kevin.feeney@barclays.com | BCI, US |

Completed: 03-Jan-18, 14:40 GMT
Released: 03-Jan-18, 14:40 GMT

## Apple, Inc.

# $29 Battery Replacement: Good PR Move, Might Not Be So Good for Units

**Stock Rating/Industry View:** Equal Weight/Neutral
**Price Target:** USD 162.00
**Price (02-Jan-2018):** USD 172.26
**Potential Upside/Downside:** -6%
**Tickers:** AAPL

**Apple's Apology**

**$29 to replace one's old iPhone battery.** Amidst public criticism and lawsuits over slowing down older iPhones, Apple recently decided to offer battery replacement for $29, reduced from $79 cost previously, starting Jan 2nd and throughout 2018. While this is a good PR move for Apple to resolve the issue, we are concerned it could be a mild headwind for iPhone unit sales if more iPhone users decide to take the offer instead of upgrading to a new device. Our base case scenario analysis suggests that around 16M iPhone units could be at risk in C2018 due to the battery replacement offer, creating 4% downside risk to our current C2018 revenue estimate.

**Why this offer could be significant:** We believe the $29 offer could be significant for several reasons: 1) This incident has caused significantly higher public awareness of Apple's behavior, and thereby, the $29 offer. 2) $29 is affordable, and it will provide a significant boost in speed (from 600MHz to 1400MHz for an iPhone 6). 3) Our August Wireless survey (Technology: Wireless Subscriber Survey, 8/9/17) suggests battery drain is No.1 reason for users to upgrade to new device – therefore, a new battery may deter some upgrade intention. 4) Apple allows for replacement regardless of the diagnostic test result. Given the same form factor from IP6 to IP8, some customers may prefer the battery swap over upgrading.

**Our math behind the base case -** According to iPhone adoption data from Mixpanel (a data analytics vendor), as of Jan 2nd, 77% of iPhone users are using iPhone 6, 6 Plus, 6s, 6s Plus, 7, 7 Plus, and SE. Based on a conservative estimate of 675M total iPhone installed base as of Dec-Q, this implies 519M users are subject to or mostly "eligible" for this offer. Due to the large base, even a small percentage opting for battery replacement over upgrade could have meaningful impact on iPhone sales. In our base case scenario, 10% of those 519M users take the $29 offer, and around 30% of them decide not to buy a new iPhone this year. This means around 16M iPhone sales could be at risk, creating ~4% downside to our current revenue estimate for C2018. We also provide scenario analysis tables on units and revenue impact with a wider range of assumptions on percentage that takes the offer and those that choose not to upgrade in C2018.

**"Battery-gate" recap:** Since late December, Apple admitted that it slowed down older iPhone performance after iOS update to prevent shut-down from aging batteries. Users have reported their iPhone 6 CPU speed has been reduced to 600MHz from 1400MHz after iOS update, and it goes back to 1400MHz after battery replacement. Although the slowdown is not designed to force users to buy new iPhones, many customers are angry and over 16 have filed lawsuits against Apple for failure to inform consumers before they update their iOS. Last week on December 28th, Apple issued a public apology and offered $29 battery replacement for out-of-warranty devices.

**Our view on stock:** We maintain our neutral stance on AAPL stock for several reasons. On positive side, tax reform and steady services growth continue to support Apple's high multiples. On negative side, we are concerned Street remains too optimistic about iPhone X super cycle. Now with the $29 battery replacement offer, more users may choose to stick with their old iPhone for a little longer. For iPhone units, we model 77M and 56M for Dec-Q and Mar-Q, vs. consensus of 79M and 62M.

**Topic "iPhone Slowdown" spiked recently on Google Trends**

Search Interest Level



Source: Google Trends, Barclays Research

**iPhone installed base breakdown estimate**

| | 675 | % of total |
|---|---|---|
| Current iPhone installed base estimate (M) | 675 | |
| - iPhone 6 | 97 | 14% |
| - iPhone 6 Plus | 25 | 4% |
| - iPhone 6s | 115 | 17% |
| - iPhone 6s Plus | 37 | 6% |
| - iPhone 7 | 127 | 19% |
| - iPhone 7 Plus | 85 | 13% |
| - iPhone SE | 34 | 5% |
| Total units eligible for battery offer (M) | 519 | 77% |

Source: Barclays Research, Mixpanel

**Calculation on iPhone customers with $29 battery replacement**

| % that takes $29 battery offer | Base | Bull | Bear |
|---|---|---|---|
| - iPhone 6 | 10% | 20% | 5% |
| - iPhone 6 Plus | 10% | 20% | 5% |
| - iPhone 6s | 14% | 24% | 7% |
| - iPhone 6s Plus | 14% | 24% | 7% |
| - iPhone 7 | 8% | 18% | 4% |
| - iPhone 7 Plus | 9% | 19% | 5% |
| - iPhone SE | 9% | 19% | 4% |
| Overall | 10% | 20% | 5% |

| Units with battery replacement (M) | Base | Bull | Bear |
|---|---|---|---|
| - iPhone 6 | 10 | 19 | 5 |
| - iPhone 6 Plus | 2 | 5 | 1 |
| - iPhone 6s | 16 | 28 | 8 |
| - iPhone 6s Plus | 5 | 9 | 3 |
| - iPhone 7 | 10 | 23 | 5 |
| - iPhone 7 Plus | 8 | 16 | 4 |
| - iPhone SE | 3 | 6 | 1 |
| Total | 54 | 106 | 27 |
| Revenue from battery replacement ($M) | 1,568 | 3,072 | 784 |

Source: Barclays Research

**Analysis on unit and revenue impact from $29 battery offer**

| Analysis on $29 battery replacement offer | |
|---|---|
| Total eligible iPhone base (M) | 519 |
| % that takes $29 battery offer | 10% |
| Total units with battery replacement (M) | 54 |
| % opt for not to buy new iPhone | 30% |
| Impact on upgrade units (M) | 16 |
| Revenue from battery replacement ($M) | 1,568 |
| Impact on iPhone revenue ($M) | 11,858 |
| Net revenue impact ($M) | 10,290 |
| C2018 revenue currently modeled ($M) | 272,856 |
| % of annual revenue | 4% |

Source: Barclays Research

**Scenario analysis: Unit impact from $29 battery offer**

| % of legacy iPhone users that take the $29 battery swap offer | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 4% | 6% | 8% | 10% | 12% | 14% | 16% | 18% |
| % that opt for battery swap and not upgrading | | | | | | | | |
| 10% | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 15% | 3 | 5 | 7 | 8 | 10 | 11 | 13 | 14 |
| 20% | 5 | 7 | 9 | 11 | 13 | 15 | 17 | 19 |
| 25% | 6 | 8 | 11 | 13 | 16 | 19 | 21 | 24 |
| 30% | 7 | 10 | 13 | 16 | 19 | 22 | 25 | 29 |
| 35% | 8 | 12 | 15 | 19 | 22 | 26 | 30 | 33 |
| 40% | 9 | 13 | 17 | 22 | 26 | 30 | 34 | 38 |
| 45% | 10 | 15 | 20 | 24 | 29 | 34 | 38 | 43 |
| 50% | 11 | 17 | 22 | 27 | 32 | 37 | 43 | 48 |

Source: Barclays Research

**Scenario analysis: Revenue impact from $29 battery offer**

| % of legacy iPhone users that take the $29 battery swap offer | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 4% | 6% | 8% | 10% | 12% | 14% | 16% | 18% |
| % that opt for battery swap and not upgrading | | | | | | | | |
| 10% | 1,002 | 1,455 | 1,908 | 2,362 | 2,815 | 3,268 | 3,722 | 4,175 |
| 15% | 1,843 | 2,676 | 3,510 | 4,344 | 5,178 | 6,011 | 6,845 | 7,679 |
| 20% | 2,684 | 3,898 | 5,112 | 6,326 | 7,540 | 8,754 | 9,968 | 11,183 |
| 25% | 3,524 | 5,119 | 6,714 | 8,308 | 9,903 | 11,497 | 13,092 | 14,686 |
| 30% | 4,365 | 6,340 | 8,315 | 10,290 | 12,265 | 14,240 | 16,215 | 18,190 |
| 35% | 5,206 | 7,561 | 9,917 | 12,272 | 14,628 | 16,983 | 19,338 | 21,694 |
| 40% | 6,047 | 8,783 | 11,519 | 14,254 | 16,990 | 19,726 | 22,462 | 25,198 |
| 45% | 6,888 | 10,004 | 13,120 | 16,236 | 19,353 | 22,469 | 25,585 | 28,701 |
| 50% | 7,729 | 11,225 | 14,722 | 18,219 | 21,715 | 25,212 | 28,709 | 32,205 |

Source: Barclays Research

**Analyst(s) Certification(s):**

I, Mark Moskowitz, hereby certify (1) that the views expressed in this research report accurately reflect my personal views about any or all of the subject securities or issuers referred to in this research report and (2) no part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this research report.

**Important Disclosures:**

Barclays Capital Inc. and/or one of its affiliates does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Barclays Research is produced by the Investment Bank of Barclays Bank PLC and its affiliates (collectively and each individually, "Barclays").

**Availability of Disclosures:**

Where any companies are the subject of this research report, for current important disclosures regarding those companies please refer to https://publicresearch.barclays.com or alternatively send a written request to: Barclays Research Compliance, 745 Seventh Avenue, 13th Floor, New York, NY 10019 or call +1-212-526-1072.

The analysts responsible for preparing this research report have received compensation based upon various factors including the firm's total revenues, a portion of which is generated by investment banking activities, the profitability and revenues of the Markets business and the potential interest of the firm's investing clients in research with respect to the asset class covered by the analyst.

All authors contributing to this research report are Research Analysts unless otherwise indicated.

The publication date at the top of the report reflects the local time where the report was produced and may differ from the release date provided in GMT.

Analysts regularly conduct site visits to view the material operations of covered companies, but Barclays policy prohibits them from accepting payment or reimbursement by any covered company of their travel expenses for such visits.

In order to access Barclays Statement regarding Research Dissemination Policies and Procedures, please refer to https://publicresearch.barcap.com/static/S_ResearchDissemination.html. In order to access Barclays Research Conflict Management Policy Statement, please refer to: https://publicresearch.barcap.com/static/S_ConflictManagement.html.

Barclays Research Department produces various types of research including, but not limited to, fundamental analysis, equity-

linked analysis, quantitative analysis, and trade ideas. Recommendations contained in one type of Barclays Research may differ from those contained in other types of Barclays Research, whether as a result of differing time horizons, methodologies, or otherwise. The Barclays Research Department operates independently from the Absa Research Department. Absa Research is produced by Absa Bank Limited acting through its Corporate and Investment Bank division, which is a part of Barclays Africa Group Limited and affiliated with the Investment Bank of Barclays Bank PLC. Eligible clients may receive research reports from both research departments, which may reach different conclusions and may contain different and conflicting forecasts, recommendations, or trade ideas.

**Risk Disclosure(s)**
Master limited partnerships (MLPs) are pass-through entities structured as publicly listed partnerships. For tax purposes, distributions to MLP unit holders may be treated as a return of principal. Investors should consult their own tax advisors before investing in MLP units.

**Mentioned Stocks (Ticker, Date, Price)**

**Apple, Inc.** (AAPL, 02-Jan-2018, USD 172.26), Equal Weight/Neutral, A/CD/CE/D/E/J/K/L/M/N

**Valuation Methodology:** Our $162 price target is based on 7.5x and 13.5x our C2018 EBITDA and EPS estimates of $87 billion and $11.66, respectively.
**Risks which May Impede the Achievement of the Barclays Research Valuation and Price Target:** Potential factors that could drive the upside scenario include iPhone unit growth rebounds meaningfully (i.e., 10%-plus Y/Y), gross margin and ASP do not deteriorate, or the company introduces "what's next" opportunity that could emerge as a needle mover.

Potential factors that could drive the downside scenario include iPhone unit growth worsens due to elongating replacement cycles, gross margin and ASP deteriorate, or the company does not introduce "what's next" opportunity that could emerge as a needle mover.

**Ratings and Price Target History:**
Apple, Inc.
Currency=USD



Source: IDC, Barclays Research

| Publication Date | Closing Price | Rating | Adjusted Price Target |
|---|---|---|---|
| 02-Nov-2017 | 168.11 | | 162.00 |
| 13-Oct-2017 | 156.99 | | 161.00 |
| 01-Aug-2017 | 150.05 | | 146.00 |
| 31-Jan-2017 | 121.35 | | 123.00 |
| 24-Jan-2017 | 119.97 | Equal Weight | 117.00 |
| 26-Oct-2016 | 115.59 | | 119.00 |
| 29-Sep-2016 | 112.18 | | 114.00 |
| 15-Jul-2016 | 98.78 | | 115.00 |
| 27-Apr-2016 | 97.82 | | 121.00 |
| 20-Apr-2016 | 107.13 | | 131.00 |
| 27-Jan-2016 | 93.42 | | 142.00 |
| 14-Dec-2015 | 112.48 | | 150.00 |
| 28-Oct-2015 | 119.27 | | 155.00 |
| 14-Oct-2015 | 110.21 | Overweight | 150.00 |
| 27-Mar-2015 | 123.25 | Coverage Dropped | |
| 27-Jan-2015 | 109.14 | | 150.00 |

On 03-Jan-2015, prior to any intra-day change that may have been published, the rating for this security was Overweight, and the adjusted price target was 140.00.

Source: Thomson Reuters, Barclays Research
Historical stock prices and price targets may have been adjusted for stock splits and dividends.

**Disclosure Legend:**
**A:** Barclays Bank PLC and/or an affiliate has been lead manager or co-lead manager of a publicly disclosed offer of securities of the issuer in the previous 12 months.
**B:** An employee or non-executive director of Barclays Bank PLC and/or an affiliate is a director of this issuer.
**CD:** Barclays Bank PLC and/or an affiliate is a market-maker in debt securities issued by this issuer.
**CE:** Barclays Bank PLC and/or an affiliate is a market-maker in equity securities issued by this issuer.
**D:** Barclays Bank PLC and/or an affiliate has received compensation for investment banking services from this issuer in the past 12 months.
**E:** Barclays Bank PLC and/or an affiliate expects to receive or intends to seek compensation for investment banking services from this issuer within the next 3 months.
**FA:** Barclays Bank PLC and/or an affiliate beneficially owns 1% or more of a class of equity securities of this issuer, as calculated in accordance with US regulations.
**FB:** Barclays Bank PLC and/or an affiliate beneficially owns a long position of more than 0.5% of a class of equity securities of this issuer, as calculated in accordance with EU regulations.
**FC:** Barclays Bank PLC and/or an affiliate beneficially owns a short position of more than 0.5% of a class of equity securities of this issuer, as calculated in accordance with EU regulations.
**GD:** One of the analysts on the fundamental credit coverage team (or a member of his or her household) has a financial interest in the debt or equity securities of this issuer.
**GE:** One of the analysts on the fundamental equity coverage team (or a member of his or her household) has a financial interest in the debt or equity securities of this issuer.
**H:** This issuer beneficially owns more than 5% of any class of common equity securities of Barclays PLC.
**I:** Barclays Bank PLC and/or an affiliate is party to an agreement with this issuer for the provision of financial services to Barclays Bank PLC and/or an affiliate.
**J:** Barclays Bank PLC and/or an affiliate is a liquidity provider and/or trades regularly in the securities of this issuer and/or in any related derivatives.
**K:** Barclays Bank PLC and/or an affiliate has received non-investment banking related compensation (including compensation for brokerage services, if applicable) from this issuer within the past 12 months.
**L:** This issuer is, or during the past 12 months has been, an investment banking client of Barclays Bank PLC and/or an affiliate.
**M:** This issuer is, or during the past 12 months has been, a non-investment banking client (securities related services) of Barclays Bank PLC and/or an affiliate.
**N:** This issuer is, or during the past 12 months has been, a non-investment banking client (non-securities related services) of Barclays Bank PLC and/or an affiliate.
**O:** Not in use.
**P:** A partner, director or officer of Barclays Capital Canada Inc. has, during the preceding 12 months, provided services to the subject company for remuneration, other than normal course investment advisory or trade execution services.
**Q:** Barclays Bank PLC and/or an affiliate is a Corporate Broker to this issuer.
**R:** Barclays Capital Canada Inc. and/or an affiliate has received compensation for investment banking services from this issuer in the past 12 months.
**S:** This issuer is a Corporate Broker to Barclays PLC.
**T:** Barclays Bank PLC and/or an affiliate is providing equity advisory services to this issuer.
**U:** The equity securities of this Canadian issuer include subordinate voting restricted shares.
**V:** The equity securities of this Canadian issuer include non-voting restricted shares.

**Guide to the Barclays Fundamental Equity Research Rating System:**

Our coverage analysts use a relative rating system in which they rate stocks as Overweight, Equal Weight or Underweight (see definitions below) relative to other companies covered by the analyst or a team of analysts that are deemed to be in the same industry ("the industry coverage universe"). To see a list of companies that comprise a particular industry coverage universe, please go to https://publicresearch.barclays.com.

In addition to the stock rating, we provide industry views which rate the outlook for the industry coverage universe as Positive, Neutral or Negative (see definitions below). A rating system using terms such as buy, hold and sell is not the equivalent of our rating system. Investors should carefully read the entire research report including the definitions of all ratings and not infer its contents from ratings alone.

**Stock Rating**
**Overweight** - The stock is expected to outperform the unweighted expected total return of the industry coverage universe over a 12-month investment horizon.
**Equal Weight** - The stock is expected to perform in line with the unweighted expected total return of the industry coverage universe over a 12-month investment horizon.
**Underweight** - The stock is expected to underperform the unweighted expected total return of the industry coverage universe over a 12-month investment horizon.
**Rating Suspended** - The rating and target price have been suspended temporarily due to market events that made coverage impracticable or to comply with applicable regulations and/or firm policies in certain circumstances including where the Investment Bank of Barclays Bank PLC is acting in an advisory capacity in a merger or strategic transaction involving the company.

**Industry View**
**Positive** - industry coverage universe fundamentals/valuations are improving.
**Neutral** - industry coverage universe fundamentals/valuations are steady, neither improving nor deteriorating.
**Negative** - industry coverage universe fundamentals/valuations are deteriorating.

**Distribution of Ratings:**
Barclays Equity Research has 1632 companies under coverage.

42% have been assigned an Overweight rating which, for purposes of mandatory regulatory disclosures, is classified as a Buy rating; 58% of companies with this rating are investment banking clients of the Firm; 76% of the issuers with this rating have

received financial services from the Firm.

40% have been assigned an Equal Weight rating which, for purposes of mandatory regulatory disclosures, is classified as a Hold rating; 49% of companies with this rating are investment banking clients of the Firm; 70% of the issuers with this rating have received financial services from the Firm.

16% have been assigned an Underweight rating which, for purposes of mandatory regulatory disclosures, is classified as a Sell rating; 39% of companies with this rating are investment banking clients of the Firm; 65% of the issuers with this rating have received financial services from the Firm.

**Guide to the Barclays Research Price Target:**
Each analyst has a single price target on the stocks that they cover. The price target represents that analyst's expectation of where the stock will trade in the next 12 months. Upside/downside scenarios, where provided, represent potential upside/potential downside to each analyst's price target over the same 12-month period.

**Top Picks:**
Barclays Equity Research's "Top Picks" represent the single best alpha-generating investment idea within each industry (as defined by the relevant "industry coverage universe"), taken from among the Overweight-rated stocks within that industry. Barclays Equity Research publishes "Top Picks" reports every quarter and analysts may also publish intra-quarter changes to their Top Picks, as necessary. While analysts may highlight other Overweight-rated stocks in their published research in addition to their Top Pick, there can only be one "Top Pick" for each industry. To view the current list of Top Picks, go to the Top Picks page on Barclays Live (https://live.barcap.com/go/keyword/TopPicks).

To see a list of companies that comprise a particular industry coverage universe, please go to https://publicresearch.barclays.com.

**Explanation of other types of investment recommendations produced by Barclays Equity Research:**
Trade ideas, thematic screens or portfolio recommendations contained herein that have been produced by analysts within Equity Research shall remain open until they are subsequently amended or closed in a future research report.

**Disclosure of previous investment recommendations produced by Barclays Equity Research:**
Barclays Equity Research may have published other investment recommendations in respect of the same securities/instruments recommended in this research report during the preceding 12 months. To view previous investment recommendations published by Barclays Equity Research in the preceding 12 months please refer to
https://live.barcap.com/go/research/ResearchInvestmentRecommendations.

**Legal entities involved in producing Barclays Research:**
Barclays Bank PLC (Barclays, UK)
Barclays Capital Inc. (BCI, US)
Barclays Securities Japan Limited (BSJL, Japan)
Barclays Bank PLC, Hong Kong branch (Barclays Bank, Hong Kong)
Barclays Capital Canada Inc. (BCCI, Canada)
Barclays Bank Mexico, S.A. (BBMX, Mexico)
Barclays Securities (India) Private Limited (BSIPL, India)
Barclays Bank PLC, India branch (Barclays Bank, India)
Barclays Bank PLC, Singapore branch (Barclays Bank, Singapore)

**Disclaimer:**
This publication has been produced by Barclays Research Department in the Investment Bank of Barclays Bank PLC and/or one or more of its affiliates (collectively and each individually, "Barclays"). It has been distributed by one or more Barclays affiliated legal entities listed below. It is provided to our clients for information purposes only, and Barclays makes no express or implied warranties, and expressly disclaims all warranties of merchantability or fitness for a particular purpose or use with respect to any data included in this publication. To the extent that this publication states on the front page that it is intended for institutional investors and is not subject to all of the independence and disclosure standards applicable to debt research reports prepared for retail investors under U.S. FINRA Rule 2242, it is an "institutional debt research report" and distribution to retail investors is strictly prohibited. Barclays also distributes such institutional debt research reports to various issuers, regulatory and academic organisations for informational purposes and not for the purpose of making investment decisions regarding any debt securities. Any such recipients that do not want to continue receiving Barclays institutional debt research reports should contact debtresearch@barclays.com. Barclays will not treat unauthorized recipients of this report as its clients and accepts no liability for use by them of the contents which may not be suitable for their personal use. Prices shown are indicative and Barclays is not offering to buy or sell or soliciting offers to buy or sell any financial instrument.

Without limiting any of the foregoing and to the extent permitted by law, in no event shall Barclays, nor any affiliate, nor any of their respective officers, directors, partners, or employees have any liability for (a) any special, punitive, indirect, or consequential damages; or (b) any lost profits, lost revenue, loss of anticipated savings or loss of opportunity or other financial loss, even if notified of the possibility of such damages, arising from any use of this publication or its contents.

Other than disclosures relating to Barclays, the information contained in this publication has been obtained from sources that Barclays Research believes to be reliable, but Barclays does not represent or warrant that it is accurate or complete. Barclays is not responsible for, and makes no warranties whatsoever as to, the information or opinions contained in any written, electronic, audio or video presentations of third parties that are accessible via a direct hyperlink in this publication or via a hyperlink to a third-party web site ('Third-Party Content'). Any such Third-Party Content has not been adopted or endorsed by Barclays, does not represent the views or opinions of Barclays, and is not incorporated by reference into this publication. Third-Party Content is provided for information purposes only and Barclays has not independently verified its accuracy or completeness.

The views in this publication are solely and exclusively those of the authoring analyst(s) and are subject to change, and Barclays

Research has no obligation to update its opinions or the information in this publication. If this publication contains recommendations, they are general recommendations that were prepared independently of any other interests, including those of Barclays and/or its affiliates. This publication does not contain personal investment recommendations or investment advice or take into account the individual financial circumstances or investment objectives of the clients who receive it. The securities and other investments discussed herein may not be suitable for all investors. Barclays is not a fiduciary to any recipient of this publication. Investors must independently evaluate the merits and risks of the investments discussed herein, consult any independent advisors they believe necessary, and exercise independent judgment with regard to any investment decision. The value of and income from any investment may fluctuate from day to day as a result of changes in relevant economic markets (including changes in market liquidity). The information herein is not intended to predict actual results, which may differ substantially from those reflected. Past performance is not necessarily indicative of future results.

This document is being distributed (1) only by or with the approval of an authorised person (Barclays Bank PLC) or (2) to, and is directed at (a) persons in the United Kingdom having professional experience in matters relating to investments and who fall within the definition of "investment professionals" in Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "Order"); or (b) high net worth companies, unincorporated associations and partnerships and trustees of high value trusts as described in Article 49(2) of the Order; or (c) other persons to whom it may otherwise lawfully be communicated (all such persons being "Relevant Persons"). Any investment or investment activity to which this communication relates is only available to and will only be engaged in with Relevant Persons. Any other persons who receive this communication should not rely on or act upon it. Barclays Bank PLC is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority and is a member of the London Stock Exchange.

The Investment Bank of Barclays Bank PLC undertakes U.S. securities business in the name of its wholly owned subsidiary Barclays Capital Inc., a FINRA and SIPC member. Barclays Capital Inc., a U.S. registered broker/dealer, is distributing this material in the United States and, in connection therewith accepts responsibility for its contents. Any U.S. person wishing to effect a transaction in any security discussed herein should do so only by contacting a representative of Barclays Capital Inc. in the U.S. at 745 Seventh Avenue, New York, New York 10019.

Non-U.S. persons should contact and execute transactions through a Barclays Bank PLC branch or affiliate in their home jurisdiction unless local regulations permit otherwise.

Barclays Bank PLC, Paris Branch (registered in France under Paris RCS number 381 066 281) is regulated by the Autorité des marchés financiers and the Autorité de contrôle prudentiel. Registered office 34/36 Avenue de Friedland 75008 Paris.

This material is distributed in Canada by Barclays Capital Canada Inc., a registered investment dealer, a Dealer Member of IIROC (www.iiroc.ca), and a Member of the Canadian Investor Protection Fund (CIPF).

Subject to the conditions of this publication as set out above, Absa Bank Limited, acting through its Corporate and Investment Bank division, which is a part of Barclays Africa Group Limited and affiliated with the Investment Bank of Barclays Bank PLC, an authorised financial services provider (Registration No.: 1986/004794/06. Registered Credit Provider Reg No NCRCP7), is distributing this material in South Africa. Absa Bank Limited is regulated by the South African Reserve Bank. This publication is not, nor is it intended to be, advice as defined and/or contemplated in the (South African) Financial Advisory and Intermediary Services Act, 37 of 2002, or any other financial, investment, trading, tax, legal, accounting, retirement, actuarial or other professional advice or service whatsoever. Any South African person or entity wishing to effect a transaction in any security discussed herein should do so only by contacting a representative of Absa Bank Limited acting through its Corporate and Investment Bank division in South Africa, 7th Floor, Barclays Towers West, 15 Troye Street, Johannesburg. Absa Bank Limited is an affiliate of the Barclays group.

All Barclays research reports are distributed to institutional investors in Japan by Barclays Securities Japan Limited. Barclays Securities Japan Limited is a joint-stock company incorporated in Japan with registered office of 6-10-1 Roppongi, Minato-ku, Tokyo 106-6131, Japan. It is a subsidiary of Barclays Bank PLC and a registered financial instruments firm regulated by the Financial Services Agency of Japan. Registered Number: Kanto Zaimukyokucho (kinsho) No. 143.

Barclays Bank PLC, Hong Kong Branch is distributing this material in Hong Kong as an authorised institution regulated by the Hong Kong Monetary Authority. Registered Office: 41/F, Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

All Indian securities-related research and other equity research produced by Barclays' Investment Bank are distributed in India by Barclays Securities (India) Private Limited (BSIPL). BSIPL is a company incorporated under the Companies Act, 1956 having CIN U67120MH2006PTC161063. BSIPL is registered and regulated by the Securities and Exchange Board of India (SEBI) as a Research Analyst: INH000001519; Portfolio Manager INP000002585; Stock Broker/Trading and Clearing Member: National Stock Exchange of India Limited (NSE) Capital Market INB231292732, NSE Futures & Options INF231292732, NSE Currency derivatives INE231450334, Bombay Stock Exchange Limited (BSE) Capital Market INB011292738, BSE Futures & Options INF011292738; Depository Participant (DP) with the National Securities & Depositories Limited (NSDL): DP ID: IN-DP-NSDL-299-2008; Investment Adviser: INA000000391. The registered office of BSIPL is at 208, Ceejay House, Shivsagar Estate, Dr. A. Besant Road, Worli, Mumbai – 400 018, India. Telephone No: +91 2267196000. Fax number: +91 22 67196100. Any other reports produced by Barclays' Investment Bank are distributed in India by Barclays Bank PLC, India Branch, an associate of BSIPL in India that is registered with Reserve Bank of India (RBI) as a Banking Company under the provisions of The Banking Regulation Act, 1949 (Regn No BOM43) and registered with SEBI as Merchant Banker (Regn No INM000002129) and also as Banker to the Issue (Regn No INBI00000950). Barclays Investments and Loans (India) Limited, registered with RBI as Non Banking Financial Company (Regn No RBI CoR-07-00258), and Barclays Wealth Trustees (India) Private Limited, registered with Registrar of Companies (CIN U93000MH2008PTC188438), are associates of BSIPL in India that are not authorised to distribute any reports produced by Barclays' Investment Bank.

Barclays Bank PLC Frankfurt Branch distributes this material in Germany under the supervision of Bundesanstalt für Finanzdienstleistungsaufsicht (BaFin).

This material is distributed in Mexico by Barclays Bank Mexico, S.A.

Nothing herein should be considered investment advice as defined in the Israeli Regulation of Investment Advisory, Investment Marketing and Portfolio Management Law, 1995 ("Advisory Law"). This document is being made to eligible clients (as defined under the Advisory Law) only. Barclays Israeli branch previously held an investment marketing license with the Israel Securities Authority but it cancelled such license on 30/11/2014 as it solely provides its services to eligible clients pursuant to available

exemptions under the Advisory Law, therefore a license with the Israel Securities Authority is not required. Accordingly, Barclays does not maintain an insurance coverage pursuant to the Advisory Law.

Barclays Bank PLC in the Dubai International Financial Centre (Registered No. 0060) is regulated by the Dubai Financial Services Authority (DFSA). Principal place of business in the Dubai International Financial Centre: The Gate Village, Building 4, Level 4, PO Box 506504, Dubai, United Arab Emirates. Barclays Bank PLC-DIFC Branch, may only undertake the financial services activities that fall within the scope of its existing DFSA licence. Related financial products or services are only available to Professional Clients, as defined by the Dubai Financial Services Authority.

Barclays Bank PLC in the UAE is regulated by the Central Bank of the UAE and is licensed to conduct business activities as a branch of a commercial bank incorporated outside the UAE in Dubai (Licence No.: 13/1844/2008, Registered Office: Building No. 6, Burj Dubai Business Hub, Sheikh Zayed Road, Dubai City) and Abu Dhabi (Licence No.: 13/952/2008, Registered Office: Al Jazira Towers, Hamdan Street, PO Box 2734, Abu Dhabi).

Barclays Bank PLC in the Qatar Financial Centre (Registered No. 00018) is authorised by the Qatar Financial Centre Regulatory Authority (QFCRA). Barclays Bank PLC-QFC Branch may only undertake the regulated activities that fall within the scope of its existing QFCRA licence. Principal place of business in Qatar: Qatar Financial Centre, Office 1002, 10th Floor, QFC Tower, Diplomatic Area, West Bay, PO Box 15891, Doha, Qatar. Related financial products or services are only available to Business Customers as defined by the Qatar Financial Centre Regulatory Authority.

This material is distributed in the UAE (including the Dubai International Financial Centre) and Qatar by Barclays Bank PLC.

This material is not intended for investors who are not Qualified Investors according to the laws of the Russian Federation as it might contain information about or description of the features of financial instruments not admitted for public offering and/or circulation in the Russian Federation and thus not eligible for non-Qualified Investors. If you are not a Qualified Investor according to the laws of the Russian Federation, please dispose of any copy of this material in your possession.

This material is distributed in Singapore by the Singapore branch of Barclays Bank PLC, a bank licensed in Singapore by the Monetary Authority of Singapore. For matters in connection with this report, recipients in Singapore may contact the Singapore branch of Barclays Bank PLC, whose registered address is 10 Marina Boulevard, #23-01 Marina Bay Financial Centre Tower 2, Singapore 018983.

This material is distributed to persons in Australia by either Barclays Bank plc, Barclays Capital Inc., Barclays Capital Securities Limited or Barclays Capital Asia Limited. None of Barclays Bank plc, nor any of the other referenced Barclays group entities, hold an Australian financial services licence and instead they each rely on an exemption from the requirement to hold such a licence. This material is intended to only be distributed to "wholesale clients" as defined by the Australian Corporations Act 2001.

IRS Circular 230 Prepared Materials Disclaimer: Barclays does not provide tax advice and nothing contained herein should be construed to be tax advice. Please be advised that any discussion of U.S. tax matters contained herein (including any attachments) (i) is not intended or written to be used, and cannot be used, by you for the purpose of avoiding U.S. tax-related penalties; and (ii) was written to support the promotion or marketing of the transactions or other matters addressed herein. Accordingly, you should seek advice based on your particular circumstances from an independent tax advisor.

© Copyright Barclays Bank PLC (2018). All rights reserved. No part of this publication may be reproduced or redistributed in any manner without the prior written permission of Barclays. Barclays Bank PLC is registered in England No. 1026167. Registered office 1 Churchill Place, London, E14 5HP. Additional information regarding this publication will be furnished upon request.