# EXHIBIT E

EQUITY RESEARCH



# RBC Capital Markets

RBC Capital Markets, LLC
**Amit Daryanani, CFA** (Analyst)
(415) 633-8659
amit.daryanani@rbccm.com
**Amitesh Bajad** (AVP)
(415) 633-8795
amitesh.bajad@rbccm.com

**Irvin Liu** (AVP)
(415) 633-8539
irvin.liu@rbccm.com

January 2, 2019

## Apple Inc.

### From China With Love

**Sector: IT Hardware**

**Outperform**
NASDAQ: AAPL; USD 146.14

**Price Target USD 185.00** ↓ 220.00

**Our view:** AAPL pre-announced Dec-qtr results negatively at revenue/EPS (implied) of $84B/$4.15 vs. Street at $91B/$4.66.

**Key points:**

**All You Need to Know:** AAPL uncharacteristically negatively pre-announced Dec-qtr results, with revenues expected to be $84B ($7B below prior guide), gross-margins at 38% (prior 38-38.5%) and implied EPS at $4.15 (street at $4.66). The incremental challenges were related to: a) Greater China: Accounted for much of the revenue shortfall (~$7B) and all the y/y revenue decline (5%) was driven by China softness; b) some developed countries saw weaker than expected iPhone upgrades happen; & c) GM's are towards the low-end of guide and surprisingly OPEX remained at $8.7B. Positively, 1) services business accelerated to 28% y/y growth ($10.8B), 2) install base grew in Dec-qtr and was up ~100M in last 12-months, & 3) wearables grew by 50% y/y. **Net/Net:** While this is clearly disappointing, investors were bracing for a disappointing print/outlook for AAPL. The stock, we think, is getting closer to trough valuation support trading at sub 10x FTM P/E (ex cash position) post our lowered estimates. Maintain Outperform but adjusting our target to $185 from $220 (~13x P/E ex cash or ~15x) – we see downside to $120 (~10x ex cash) at this point making the risk/reward attractive.

**Where is the downside support?** The stock after hours is trading around $146 and we are modelling AAPL's EPS to be ~$12 in FY19. Historically, the stock troughed around early-2013 period at ~9-10x P/E that would imply the support would be closer to $120. Though we would note AAPL did not have a strong capital allocation program at that point, which should provide a better valuation support. Assuming 10x is the support this time around (ex-cash) it would peg the support for the stock at $140. Conversely on the upside we could revert back to a multiple inline with the markets that would take the stock towards closer to $210.

**Silver Linings:** Non-iPhone revenues were up +19% y/y led by strong services and wearables, and implying iPad and Mac were flattish. AAPL services continued to outperform expectations, generating $10.8B in revenues or up +28% y/y and install base increased by 100 million users in last twelve months. Wearables also posted very strong growth of +50% y/y led by Apple Watch and AirPods.

**RBC vs. Street:** Our Mar-qtr revenue/EPS estimates now stand at $60B/$2.59 vs. Street at $64B/$2.95. For FY19E we now anticipate revenue/EPS of $260B/$11.87 vs. Street at $278B/$13.24.

### WHAT'S INSIDE

| ☐ Rating/Risk Change | ☑ Price Target Change |
|---|---|
| ☐ In-Depth Report | ☑ Est. Change |
| ☐ Preview | ☑ News Analysis |

### Scenario Analysis*

| Downside Scenario | Current Price | Price Target | Upside Scenario |
|---|---|---|---|
| 110.00 | 146.14 | 185.00 | 210.00 |
| ↓ 23% | | ↑ 28% | ↑ 45% |

*Implied Total Returns

### Key Statistics

| Shares O/S (MM): | 4,926.6 | Market Cap (MM): | 719,973 |
|---|---|---|---|
| Dividend: | 2.28 | Yield: | 1.6% |
| BVPS: | 23.78 | P/BVPS: | 6.15x |
| | | Avg. Daily Volume: | 45,352,276 |

Priced after market close at ~7pm ET, 2019.

### RBC Estimates

| FY Sep | 2017A | 2018A | 2019E |  |
|---|---|---|---|---|
| **EPS, Ops Diluted** | 9.19 | 11.87 | 11.87 | |
| Prev. | | | 13.20 | |
| **P/E** | 15.9x | 12.3x | 12.3x | |
| **Revenue** | 229.2 | 265.6 | 260.3 | |
| Prev. | | | 277.9 | |

| EPS, Ops Diluted | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2018 | 3.89A | 2.73A | 2.34A | 2.91A |
| 2019 | 4.15E | 2.59E | 2.22E | 2.90E |
| Prev. | 4.66E | 2.98E | 2.51E | 3.04E |
| **Revenue** | | | | |
| 2018 | 88.3A | 61.1A | 53.3A | 62.9A |
| 2019 | 84.0E | 59.8E | 53.9E | 62.6E |
| Prev. | 91.7E | 64.5E | 57.1E | 64.6E |

All values in USD unless otherwise noted.

Disseminated: Jan 2, 2019 18:56ET; Produced: Jan 2, 2019 18:56ET

Priced as of prior trading day's market close, EST (unless otherwise noted).
**For Required Conflicts Disclosures, see Page 5**

January 2, 2019 | Equity Research



Wells Fargo Securities

# Apple Inc.

### AAPL: Neg. F1Q19 Prean. - iPhone Rev. -15%+ Y/Y; A Multi-Quarter Challenge

## Market Perform/$160

IT Hardware & Communications Networking
Market Weight

**Earnings Estimate Revised Down**

| $ EPS | 2018A | 2019E Curr. | 2019E Prior | 2020E Curr. | 2020E Prior |
|---|---|---|---|---|---|
| Q1 (Dec.) | 3.89 | 4.18 | 4.77 | 4.57 | 5.30 |
| Q2 (Mar.) | 2.73 | 2.61 | 3.00 | 2.77 | 3.14 |
| Q3 (June) | 2.34 | 2.32 | 2.62 | 2.60 | 2.91 |
| Q4 (Sep.) | 2.91 | 2.78 | 3.13 | 2.96 | 3.32 |
| FY | 11.87 | 11.89 | 13.52 | 12.90 | 14.68 |
| CY | 12.16 | 12.28 | | 13.35 | |
| FY P/EPS | 13.3x | 13.3x | | 12.2x | |
| Rev.(MM) | 265,595 | 255,032 | | 256,227 | |

*Source: Company Data, Wells Fargo Securities, LLC estimates, and Reuters*
*NA = Not Available, NC = No Change, NE = No Estimate, NM = Not Meaningful*
*V = Volatile*

- **APPLE NEGATIVELY PREANNOUCNES F1Q19 RESULTS; MORE THAN A ONE QUARTER ISSUE:** Apple has preannounced negative F1Q19 results – revenue now estimated at ~$84B vs. initial $89-$93B guide. We would expect investors to most notably focus on: **(1)** Apple's implied <u>iPhone revenue at ~$52-$53B</u> given the company's disclosure that <u>non-iPhone revenue in total grew ~19% y/y in F1Q19</u>. With a blended ASP ($/unit) at ~$795 (vs. $793 in F4Q18), we would arrive at a low/mid-teens y/y iPhone unit ship decline. **(2)** Apple's greater-than-expected weakness in emerging markets, most notably driven by weakness in Greater China. Apple notes that over 100% of Apple's y/y revenue decline was generated by weakness in Greater China across iPhone, iPad, and Mac (leaving us / investors to question the impact of the US-China trade situation). We would note that internal China smartphone data from *MIIT / CAICT* implied total smartphone shipments (registrations) in Oct + Nov were -9% y/y (-15% y/y in C3Q18); non-Android shipments -34% y/y in Oct + Nov (vs. -10% in C3Q18). **(3)** Apple is reporting total <u>Services revenue at ~$10.8B (vs. street est. at $10.5B)</u>, or +28% y/y vs. +27% y/y in F4Q18 (adjusted for $640M one-time item in F4Q17). While weaker-than-expected iPhone results have been widely anticipated since November (we think street expectations were still in the low-70M unit range; we now estimate a mid-60M iPhone ship estimate), <u>our industry checks leave us to believe that demand weakness, coupled with channel inventory burn-off, could persist for a few quarters</u>.

- **DERIVATIVES IN FOCUS:** It goes without saying that Apple's negative results have far-reaching derivative implications. We highlight the following considerations specific to our coverage: **(1) Intel:** Apple's iPhone XS and XS Max are a key driver of Intel's ramping modem business, which grew 131% y/y in 3Q18. **(2) Broadcom**: As we previously reported, Apple has accounted for 60%-80% of Broadcom's Wireless segment revenue. **(3) NAND Flash & DRAM (Memory – W. Digital, Micron, etc**.): Smartphones account for ~35%-40% of total NAND Flash and DRAM bit consumption; Apple alone can account for 15%+ of total bits consumed. Apple accounted for 13% of W. Digital's F2018 (June 2018) total revenue, or +25% of WD's Flash revenue.

- **REITERATED NEGATIVE VARIABLES:** Apple reiterated anticipated negative impacts in F1Q19: **(1)** iPhone XS / XS Max timing and thus <u>channel fill</u> in F4Q18 vs. F1Q18 channel fill from iPhone X – our post-F4Q18 discussions suggested Apple grew channel inventory at a *similar* level as F4Q17 (up ~1.3M q/q; this was followed by +3.95M channel build in F1Q18), **(2)** FX headwinds resulting in a -200bps y/y impact on y/y revenue growth; we would assume an as-expected ~90bps neg. impact on GM%, and **(3)** Supply constraints on Apple Watch Series 4, iPad Pro, AirPods, and MacBook Air.

| Ticker | AAPL |
|---|---|
| **Price Target/Prior:** | **$160/$210** |
| Price (01/02/2019) | $157.92 |
| 52-Week Range: | $146-234 |
| Shares Outstanding: (MM) | 4,745.0 |
| Market Cap.: (MM) | $749,330.4 |
| S&P 500: | 2,510.03 |
| Avg. Daily Vol.: | 45,451,600 |
| Dividend/Yield: | $2.92/1.8% |
| LT Debt: (MM) | $93,735.0 |
| LT Debt/Total Cap.: | 10.9% |
| ROE: | NE |
| 3-5 Yr. Est. Growth Rate: | 10.0% |
| CY 2019 Est. P/EPS-to-Growth: | 1.3x |
| Last Reporting Date: | 11/01/2018 After Close |

*NC = No Change*
*Source: Company Data, Wells Fargo Securities, LLC estimates, and Reuters*

**Aaron Rakers, CFA**
Senior Analyst | 314-875-2508
aaron.rakers@wellsfargo.com

**Joe Quatrochi, CFA**
Associate Analyst | 314-875-2055
joe.quatrochi@wellsfargo.com

**Jake Wilhelm, CPA**
Associate Analyst | 314-875-2502
jake.wilhelm@wellsfargo.com

**Michael Tsvetanov**
Associate Analyst | 314-875-2558
michael.tsvetanov@wellsfargo.com

**Please see page 9 for rating definitions, important disclosures and required analyst certifications. All estimates/forecasts are as of 01/02/19 unless otherwise stated. 01/02/19 20:30:26 ET**

Wells Fargo Securities, LLC does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of the report and investors should consider this report as only a single factor in making their investment decision.

Together we'll go far

- **GM% & OPEX:** Apple is guiding F1Q19 GM% at ~38% (vs. 38.0%-38.5% initial guide that included ~30bps q/q benefit from improving component costs and a -90bps FX impact; services mix a consideration) and opex at ~$8.7B (vs. $8.7-$8.8B initial guide).  Other income is guided at ~$550M (vs. ~$300M initial guide) and Apple reiterated the initial tax rate guide at 16.5%.  Apple expects its fully diluted share count at ~4.77B (vs. 4.487B in F4Q18). Apple exited F1Q19 with ~$130B in <u>net</u> cash vs. $122.6B exiting F4Q18.

- **ESTIMATE REDUCTIONS (UPDATED MODEL BELOW):** We're reducing our F1Q19 (Dec '18) estimates from $92.2B / $4.77 (street: $91.3B / $4.66) to $83.8B / $4.18. This reflects iPhone revenue at $52.2B based on ~65.6M iPhone units shipped with a ~$795 ASP ($/unit).  While it is difficult to assess the longevity of Apple's challenges at this point, we note that we are reducing calendar 2019 and 2020 estimates as follows:

| **Calendar 2019:** | - **Top / Bottom-Line:** $254.2B / $12.28 vs. our prior $279.3B / $14.05 estimate (street: $277.6B / $13.24)<br>- **iPhone:** Our updated estimates now reflect C2019 iPhone shipments at 180.9M, -12% y/y. We estimate a blended iPhone ASP ($/unit) at $763, or flat y/y.<br>- **Services:** We model Apple's Services revenue at $48.0B, up 21% y/y.<br>- **Other Products (Apple Watch, AirPods, etc.):** We model Apple's total *Other Product* revenue at $25.6B in C2019, up 27% y/y. |
|---|---|
| **Calendar 2020:** | - **Top / Bottom-Line:** $259.1B / $13.35 vs. our prior $286.0B / $15.07 estimate (street: $303.3B / $16.20)<br>- **iPhone:** Our updated estimates now reflect C2020 iPhone shipments at 176.2M, -3% y/y (conservative). We estimate a blended iPhone ASP ($/unit) at $750.<br>- **Services:** We model Apple's Services revenue at $55.2B, +15% y/y.<br>- **Other Products (Apple Watch, AirPods, etc.):** We model Apple's total *Other Product* revenue at $28.7B in C2019, up 12% y/y. |

**CHINA DATA POINTS:** Although Apple's aforementioned weakness in Greater China are now an afterthought, we thought we would still highlight some of the data points that we track.

- **MIIT / CAICT China Smartphone Consumption:** According to *CAICT / MIIT* smartphone shipments (registrations) in China for October + November were down 9% y/y compared to -15% y/y in the September quarter. Within this, implied non-Android shipments for October + November were down 34% y/y. China local branded mobile phones were down 12% y/y for October + November. While we await December data, we would again highlight the relatively high historical correlation ($R^2 = 0.86$) of China internal smartphone consumption data relative and China iPhone shipments. October + November shipments would leave us to consider continued weak 4Q18 iPhone shipments in China with shipment declining at a similar rate y/y as the -13% y/y seen in 3Q18, respectively.

- **China Mobile Phone Exports:** As we previously reported, handheld wireless telephones (mobile handset) exports totaled $20.05 billion in the month of November, or down 2% y/y; the first y/y decline since October 2017. More importantly, we recently received province level export data in which we are focused on key iPhone-related provinces (i.e., Henan, Shanghai, Shanxi, and Jiangsu) – <u>combined US$ value exports from these provinces were -5% y/y in November, while units were down 20% y/y (vs. Oct. '18 +36% and +5% y/y). October + November value of exports grew 12% y/y, while units were down 9% y/y.</u> Henan + Shanghai (historically the largest Apple provinces) US$ exports decreased 7% y/y in November, while units exported declined 13% y/y; October + November value was +15% y/y and units roughly flat y/y. These data has seen a relatively high historical correlation to iPhone shipments ($R^2 = +0.90$), **leaving us to estimate October + November as implying iPhone units (ex-China) in the 55-59 million range in C4Q18, or down in the high-single digit range y/y.**

January 02, 2019 | 22:01 ET | 22:01 ET~

# Apple

| AAPL-NSDQ | Rating<br>**Market Perform** | Price: Jan-2<br>**$157.92** | Target ↓<br>**$153.00** | Total Rtn<br>**-1%** |



## Communications Equipment & Hardware

**Tim Long** — Analyst
tim.long@bmo.com — (212) 885-4101

**Celeste Santangelo** — Senior Associate
celeste.santangelo@bmo.com — (212) 885-4170

**Daniel Asulin** — Associate
Daniel.Asulin@bmo.com — (212) 885-4136

Legal Entity: BMO Capital Markets Corp.

## Another Shoe Drops; Lowering Estimates, Target

**Bottom Line:** We are lowering our estimates and target price following the negative preannouncement issued by Apple for the December quarter. While most metrics are largely unchanged, new revenue guidance is dramatically lower (~10%) than prior expectations based on iPhones. We have been cautious surrounding the newly launched iPhone's ability to drive an upgrade cycle, particularly in China, and December quarter results are worse than we would have expected. We remain Market Perform on the shares and look for stability in the iPhone business before becoming positive.

### Key Points

**Lower revenue guide.** Apple's weaker December revenue guide was due largely to more macro weakness than expected (emerging markets), as well as fewer iPhone upgrades. There has been a lot of negative press about iPhone unit shipments and mix, although some of the reasons given for the miss are not all that surprising (lower subsidies, cheaper battery replacements, strong U.S. dollar, etc.).

**China.** Monthly government data we track out of China has been lackluster, at best, over the past few months and shows AAPL steadily losing share. After a more than 22% revenue increase in FY2018 in China, we estimate a decline of about 25% in the December quarter. A less compelling new lineup that is priced well above competitive products, coupled with trade tensions, will probably mean more tough quarters ahead for the China business.

**Other businesses solid.** Revenues excluding the iPhone were up 19%, better than the 13% recorded in FY2018. Services revenues rose 28% y/y and beat our estimate. iPads and wearables were also better than expected despite some component constraints. We do not believe these businesses are big enough to offset the negative iPhone sentiment.

**Lowering target/valuation.** We are lowering our FY2019 revenue and EPS estimates to $266.1 billion and $12.35 from $283.1 billion and $13.63, and our FY2020 revenue and EPS estimates to $282.7 billion and $14.18 from $296.5 billion and $15.30. We are lowering our target price from $213 to $153, which assumes the stock trades at 12x our CY2019 EPS estimate.

### Company Data (in $)

| Dividend | $2.92 | Shares O/S (mm) | 4,745.4 |
| Yield | 1.8% | Market Cap (mm) | $749,394 |
| AD Vol. (mm) | 31.82 | Net Debt (mm) | $(145,386) |

### BMO Estimates (in $)

| (FY- Sep.) | 2018A | 2019E | 2020E |
|---|---|---|---|
| EPS | $11.91 | $12.35 ↓ | $14.18 ↓ |
| CFPS | $13.11 | $15.52 ↓ | $0.00 |
| Revenue | $265,595 | $266,102 ↓ | $282,684 ↓ |
| EBITDA | $81,801 | $77,763 ↓ | $78,894 ↓ |

### Consensus Estimates

| | 2018A | 2019E | 2020E |
|---|---|---|---|
| EPS | | $13.24 | $14.67 |

### Valuation

| | 2018A | 2019E | 2020E |
|---|---|---|---|
| P/E | 13.3x | 12.8x | 11.1x |
| EV/EBITDA | 8.7x | 9.2x | 9.0x |
| EV/FCF | 11.8x | 10.9x | 12.4x |

| QTR. EPS | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2018A | $3.89 | $2.73 | $2.34 | $2.91 |
| 2019E | $4.16 | $2.80 | $2.36 | $2.98 |
| 2020E | $4.71 | $3.33 | $2.75 | $3.33 |

### Key Changes

| Target | Estimates | Q1 / 19E | 2019E | 2020E |
|---|---|---|---|---|
| $153.00 ↓ | EPS | $4.16 | $12.35 | $14.18 |
| $213.00 | *Previous* | *$4.69* | *$13.63* | *$15.30* |
| | CFPS | $6.52 | $15.52 | |
| | *Previous* | *$7.81* | *$16.64* | |
| | Revenue | $84,121 | $266,102 | $282,684 |
| | *Previous* | *$91,812* | *$283,056* | *$296,523* |

### Our Thesis

Although we believe upgrades off a growing installed base will help drive further unit growth, we believe the stock will be in a trading range for at least the remainder of the current product cycle. We continue to model double-digit Services revenue growth, supported by both new and used devices.

Please refer to pages 8 to 10 for Important Disclosures, including Analyst's Certification.

*334*

# Apple
## Connectivity Technologies

**US Equity Research**
2 January 2019

T. Michael Walkley | Analyst | Canaccord Genuity LLC (US) | mwalkley@cgf.com | 612.332.8069
Anthony Nemoto | Associate | Canaccord Genuity LLC (US) | anemoto@cgf.com | 212.389.8940

### Lowering Target Price

## Weak iPhone sales result in $7B shortfall to Q1/F'19 guidance; lowering estimates and PT to $190

**BUY**
*unchanged*

| PRICE TARGET | US$190.00↓ |
|---|---|
| *from US$225.00* | |
| Price (2-Jan) | US$157.92 |
| Ticker | AAPL-NASDAQ |

| 52-Week Range (US$): | 146.59 - 233.47 |
|---|---|
| Avg Daily Vol (M) : | 45.4 |
| Market Cap (US$M): | 749,393 |
| Shares Out. (M) : | 4,745.4 |

| FYE Sep | 2018A | 2019E | 2020E |
|---|---|---|---|
| Sales (US$M) | 265,595 | 253,150↓ | 267,245↓ |
| Previous | - | 275,265 | 288,788 |
| EPS GAAP (US$) | 11.87 | 11.90↓ | 13.31↓ |
| Previous | - | 13.25 | 14.69 |

| Quarterly Sales | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2018A | 88,293 | 61,137 | 53,265 | 62,900 |
| 2019E | 84,023 | 57,236 | 52,394 | 59,498 |
| 2020E | 87,332 | 62,142 | 56,516 | 61,256 |

| Quarterly EPS GAAP | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2018A | 3.89 | 2.73 | 2.34 | 2.91 |
| 2019E | 4.16 | 2.56 | 2.33 | 2.85 |
| 2020E | 4.81 | 3.01 | 2.60 | 2.90 |



Source: FactSet
Priced as of close of business 2 January 2019

Apple designs, manufactures, and sells smartphones, tablets, PCs, and other hardware along with related software, services, and networking solutions.

**Investment recommendation:** Despite our lowered iPhone and overall Apple estimates post our survey work indicating weak demand for new iPhone products, Apple pre-announced Q1/F'19 results well below our lowered estimates. Management cited weaker-than-anticipated iPhone revenue, primarily in China, accounted for all of the roughly $7B shortfall with management lowering guidance from $91B at the midpoint to $84B. Despite slowing iPhone sales, we still anticipate Apple will continue to grow its install base and believe the company's ecosystem will contribute to ongoing growth, particularly for higher-margin Services and Other Products. In fact, management indicated revenue outside of iPhones grew 19% year-over-year, and this growth was consistent with our estimates. Given the soft start to the latest lineup of iPhones, we are lowering our iPhone estimates and now forecast a 12% year-over-year unit decline in C'19 iPhone sales and anticipate modest unit growth in C'20 based on an increasing installed base driving stable to slightly higher iPhone sales. We maintain our belief Apple can expand its leading market share of the premium-tier smartphone market and the iPhone installed base (excluding refurbished iPhones) will exceed 700M in 2018. This impressive installed base should drive iPhone replacement sales and earnings, as well as cash flow generation to fund strong long-term capital returns. We reiterate our BUY rating but decrease our price target to $190 based on our lowered estimates.

**Lowering iPhone unit sales estimates:** With our survey work indicating declining sell through share and disappointing overall sales due in part to soft smartphone demand combined with Apple's pre-announcement, we are lowering our iPhone estimates. While we believed the lower-priced iPhone XR would generate strong sell through trends, our surveys indicated muted demand versus our expectations. Feedback for lackluster initial sales included its inferior quality perception given its aluminum construction versus the XS and XS Max, lack of HD screen, and viable lower-cost alternatives in the older iPhone X and 8 models. We have reduced our C'18/C'19/C'20 iPhone unit sales estimates from 213M/208M/217M to 203M/180M/194M.

**Steady iPhone sales to growing premium tier installed base supports strong long-term ecosystem growth:** Despite softer near-term iPhone sales trends, we anticipate Apple will sell over 175M iPhones annually helping to drive a growing ecosystem to drive ancillary revenue streams. We continue to believe Apple can sustain double-digit Services revenue growth driven by growth from the App Store, strong subscriber growth in Apple Music, Apple Care, iTunes/iCloud and Apple Pay. Further, our survey work indicates strong performance of wearables consistent with Apple's pre-announcement indicating wearables grew nearly 50% year-over-year in the December quarter. With higher margin Services and Other Products revenue expected to grow faster than the overall company, our reduced iPhone unit sales revisions are partially offset, resulting in our C'18/C'19/C'20 EPS estimates going from $12.60/$13.90/$15.03 to $12.14/$12.55/$13.50. We also believe an eventual settlement with Qualcomm could have a positive impact to Apple gross margins. Please see our Qualcomm note today titled "FTC case starting Friday is an important step in process towards reaching licensing settlement with Apple" for more details.

Canaccord Genuity is the global capital markets group of Canaccord Genuity Group Inc. (CF : TSX)
The recommendations and opinions expressed in this research report accurately reflect the research analyst's personal, independent and objective views about any and all the companies and securities that are the subject of this report discussed herein.

**For important information, please see the Important Disclosures beginning on page 6 of this document.**          *344*


**Large installed iPhone base positions Apple for a strong upgrade cycle through C2020:** Figure 1 on the next page provides our detailed analysis of the installed iPhone base, annual iPhone net additions, replacement iPhone sales, and replacement rates by different regions of the world. We estimate our 701M iPhone installed base of new iPhone users exiting C2018 represents only 44% of the 1.6B global premium market smartphone subscribers estimated by the end of C2018, according to Gartner. Based on our potentially conservative replacement rate and installed base growth assumptions, we estimate Apple could sell roughly 175M to 225M iPhone units annually based on its growing and loyal installed base of new iPhone consumers.

While we had anticipated a stronger upgrade cycle heading into 2019 from to the new XS, XS Max and XR models, we believe the installed iPhone user base remains loyal and anticipate lower but stable replacements rates going forward to drive steady iPhone sales through C2020. Given the higher priced iPhones, we now believe consumers are holding on to their iPhones longer. Therefore, we have lowered our replacement rate upgrades from roughly 23% of the new iPhone user base (excludes refurbished sales) to roughly 20% of iPhone owners will upgrade to a new iPhone in 2019 and 2020.

While we anticipate product introductions could generate stronger sales in one year versus another, we believe Apple's growing share of the high-end smartphone market positions the company with a strong, loyal customer base that could enable Apple to maintain the high levels of annual iPhone sales despite the higher ASPs for the iPhone XS and XS Max. While we believe some investors will point to management's decision to stop disclosing iPhone, iPad, and Mac unit sales as evidence iPhone unit sales have peaked and the weak Q1/F'19 sales certainly support this view, we maintain our belief iPhone unit sales will fluctuate around 200M units annually based on the loyal installed base.

We believe Apple has a very loyal consumer base and anticipate steadily rising iPhone sales over time even with consumers waiting longer to upgrade iPhones. With Apple's ability to still generate over 175M iPhone sales per year with ASPs around $800, we believe this will still drive a strong earnings base for Apple to monetize with additional hardware and services sales to its loyal ecosystem of customers. With a mature smartphone market, we believe Apple has locked up strong share of the premium tier market and will continue to dominate high-end smartphones sales and capture the vast majority of smartphone profits for the next several years. While the smartphone market is slowing to low single digits annual growth, Apple's dominant profits of the world's largest consumer electronics market is likely to continue. This combined with strong cash returns and a growing share of higher margin businesses in Services and Other Products lead us to reiterate our BUY rating. Based on our lowered EPS estimates, we have lowered our target price from $225 to $190.

| COMPANY NOTE | | Jefferies |
|---|---|---|
| Rating \| Target \| Estimate Change | | |
| USA \| Technology \| Internet | January 3, 2019 | |

## Apple Inc. (AAPL)

### Biggest Miss in Years as China Revenue Deteriorates. Downgrade to Hold

**Key Takeaway**

We downgrade to Hold as AAPL's business in China appears to be rapidly deteriorating with the revised outlook for iPhone materially worse than our below-consensus ests. We still think Apple can build a massive Services business over time. But AAPL hasn't missed its guide in years, so the extent of this miss suggests it is navigating uncharted waters. We move to the sidelines and wait for clarity as uncertainty grows around the hardware business.

**China and iPhone revs both significantly below expectations, with sharp, significant declines.** Newly revised guidance implies Greater China revs declined 27% Y/Y in the Dec qtr. And iPhone looks to have declined 15% Y/Y. We view these as thesis-changing reversals of fortune given both businesses enjoyed robust growth throughout F'18. China revs grew 20% Y/Y in F'18, and iPhone grew 18% Y/Y. At this point, we feel more comfortable on the sidelines given the rapid deterioration of these businesses.

**China economic softness & trade war tensions are the culprit.** China GDP growth in Sept qtr was the second worst in 25 years. Nationalism seems to be in play, with the Chinese consumer perhaps perceiving iPhone purchasers as anti-China. These disappointing results in China also suggest Apple's price hike strategy could encounter similar pushback in other regions especially if we are entering a global economic slowdown.

**We now model Apple selling 185MM iPhones in F'19, down 10% from our prior 206MM.** This is the second time in two weeks we have reduced our iPhone estimates. If we are correct, this would mark the first time since F'15 that Apple has sold fewer than 200MM iPhones. Our previous Buy call was predicated on iPhone being a mature and *stable* business.

**Services beat our estimate and set a new quarterly record in every geographic segment, including Greater China.** This seems notable especially given the freeze on approvals for new mobile games in the country. Revs grew ~27% to $10.8B, above $10.5B consensus. We still think Apple can build a massive, valuable Services business over time. And we still think Services has a gross margin profile of 60-66%, well above our est 35% for hardware.

**We are reducing our DCF-based PT to $160 from $225.** This reflects 12.6x our new F'20 EPS est of $12.69, which we reduce from $15.01 (-16%). This is above the trough val'n of ~10x and a modest premium to other hardware names like Dell and Sony. **Risks to our call** include a relatively low multiple, the potential for shares to re-rate upwards when AAPL discloses Services on Jan 29, or if the US & China strike a trade deal.

**HOLD**
(from BUY)
Price target $160.00
(from $225.00)
Price $157.92^

### Financial Summary
| | |
|---|---|
| Net Debt (MM): | ($122,617.0) |

### Market Data
| | |
|---|---|
| 52 Week Range: | $233.47 - $146.59 |
| Total Entprs. Value: | $667.0B |
| Market Cap.: | $789.6B |
| Insider Ownership: | 0.7% |
| Institutional Ownership: | 73.3% |
| Shares Out. (MM): | 5,000.1 |
| Float (MM): | 4,193.9 |
| Avg. Daily Vol.: | 42,063,288 |

| USD | Prev. | 2017A | Prev. | 2018A | Prev. | 2019E | Prev. | 2020E |
|---|---|---|---|---|---|---|---|---|
| Rev. (B) | -- | 229.2 | -- | 265.6 | 277.4 | 258.9 | 289.3 | 255.1 |
| Consensus EPS GAAP | -- | -- | -- | -- | -- | 13.21 | -- | 15.08 |
| **EPS Diluted** | | | | | | | | |
| Dec | -- | 3.36 | -- | 3.89 | 4.67 | 4.16 | -- | -- |
| Mar | -- | 2.10 | -- | 2.73 | 3.09 | 2.73 | -- | -- |
| Jun | -- | 1.67 | -- | 2.34 | 2.47 | 2.22 | -- | -- |
| Sep | -- | 2.07 | -- | 2.91 | 3.01 | 2.82 | -- | -- |
| FY Sep | -- | 9.21 | -- | 11.91 | 13.29 | 11.97 | 15.01 | 12.69 |
| FY P/E | | 17.1x | | 13.3x | | 13.2x | | 12.4x |

**Timothy O'Shea ***
Equity Analyst
(212) 284-3415 toshea@jefferies.com
**Brent Thill ***
Equity Analyst
(415) 229-1559 bthill@jefferies.com
**Brian Fitzgerald ***
Equity Analyst
(212) 284-2491 bfitzgerald@jefferies.com
**James Heaney ***
Equity Associate
(212) 336-1171 jheaney@jefferies.com
* Jefferies LLC / Jefferies Research Services, LLC

### Price Performance



^Prior trading day's closing price unless otherwise noted.

EQUITY RESEARCH AMERICAS

Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 11 to 15 of this report.

**WEDBUSH**  Company Report

January 3, 2019

# Apple (AAPL)

*Apple's Darkest Day in the iPhone Era; Massive Negative Dec Results on China*

Rating:
**OUTPERFORM**
Price:
**$157.92**
12-Month Price Target:
**$200.00** (from $275.00)

## Analysts
**Daniel Ives**
212-344-2073
Dan.Ives@wedbush.com

**Strecker Backe**
212-833-1367
Strecker.Backe@wedbush.com

### Company Information
| | |
|---|---:|
| Shares Outst (M) | 4,770.0 |
| 52-Week Range | $146.83 - $231.26 |
| Market Cap (M) | $753,278.4 |
| Enterprise Value (M) | $801,460 |

| REV (M) | | | in $ |
|---|---|---|---|
| FYE Sep | 2018A | 2019E | 2020E |
| Q1 Dec | 88,293.0A | 84,586.5E | |
| Previous | | 91,349.4E | |
| Q2 Mar | 61,137.0A | 59,924.3E | |
| Previous | | 64,264.7E | |
| Q3 Jun | 53,265.0A | 53,415.6E | |
| Previous | | 56,767.1E | |
| Q4 Sep | 62,900.0A | 62,833.7E | |
| Previous | | 66,299.8E | |
| Year* | 265,595.0A | 260,760.2E | 270,395.1E |
| Previous | | 278,681.0E | 293,083.0E |

| EPS | | | in $ |
|---|---|---|---|
| FYE Sep | 2018A | 2019E | 2020E |
| Q1 Dec | 3.89A | 4.20E | |
| Previous | | 4.76E | |
| Q2 Mar | 2.73A | 2.85E | |
| Previous | | 3.05E | |
| Q3 Jun | 2.34A | 2.38E | |
| Previous | | 2.53E | |
| Q4 Sep | 2.91A | 2.97E | |
| Previous | | 3.13E | |
| Year* | 11.91A | 12.44E | 14.01E |
| Previous | | 13.52E | 15.17E |
| P/E | 13.3x | 12.7x | 11.3x |

*Pricing data provided by Thomson Reuters.*
*\*Numbers may not add up due to rounding.*

## The Wedbush View

Last night Apple delivered a bombshell negative preannouncement that will be a defining moment for Cook & Co. for years to come. While the Street had been anticipating softness in the December quarter and around March guidance given a slew of negative iPhone XS/XR data points coming out of the Asia supply chain over the past few months, the magnitude of the top-line miss (~8%) with China demand the culprit was jaw dropping in our opinion and will heavily weigh on shares accordingly. Although the company had some soft quarters over the past 20 years that missed Street expectations, in the modern iPhone era last night was clearly Apple's darkest day in our opinion and represents a challenging growth period ahead for the company (and its investors). While we will not get March guidance and tea leaves around FY19 until the company formally reports its FY1Q (December) quarter on January 29, the Street will slash estimates accordingly with based on our math roughly 25 million to 30 million iPhone upgrades not manifesting in 2019 vs. original expectations. While emerging markets and US/Europe remain softer than expected, China remains Apple's Achilles heel as with roughly 20% of all iPhones in a window of an upgrade opportunity out of the China region it appears of the 60 million to 70 million in the region less than 20 million have upgraded to an X/XS/XR to date. Herein lies the quagmire for Apple and Cook going forward, continue to steer ahead with no pricing changes and hope future iPhone designs will catalyze upgrades OR take the medicine now and significantly cut prices ahead of the next iPhone cycle in the September timeframe to stimulate demand with China front and center. Apple's decisions over the coming months around pricing, future hardware redesigns, timing of 5G smartphones, and driving its core services business will have implications for years to come as Cupertino now faces the biggest fear among bulls which is an installed base (we estimate roughly 750 million active iPhones worldwide) that could stall out and not grow over the coming years and in a nightmare scenario decline.

**Staying bullish on the Apple story despite last night's "black eye" results.** It would be easy to throw in the white towel on the Apple story this morning and declare the iPhone growth story is dead in the water after a historic decade+ run that kicked off when Steve Jobs unveiled the iPhone in January 2007. To this point, while last night is a bitter pill to swallow and will pressure shares, we believe going forward this is an installed base story of 750 million active iPhones worldwide with 350 million of those in the current window of an upgrade opportunity over the next 12 to 18 months. On a sum-of-the-parts valuation, assuming the services business valuation is roughly $400 billion on a standalone basis with $130 billion of net cash, and valuing the unparalleled iPhone franchise we believe the valuation is between $200 and $210 over the next year. That said, we believe the relative valuation floor on the stock is in the $130 to $140 level, assuming 10x FY20 EPS estimate. As such, given our lowered estimates and new SOTP valuation we are lowering our price target from $275 to $200, while maintaining our OUTPERFORM rating.

Wedbush Securities does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Please see pages 9–11 of this report for analyst certification and important disclosure information.

**PiperJaffray**

COMPANY NOTE
January 3, 2019

## Apple, Inc. (AAPL) — Overweight

**Dec Qtr Pre-Release Largely Due to China Weakness; Maintain OW, But PT to $187**

**CONCLUSION**

Apple lowered revenue guidance for the December quarter (Q1'19) to ~$84B vs the prior outlook of $89-93B and consensus at $91B. The guide down was largely attributed to weaker than anticipated iPhone sales in Greater China due to macroeconomic factors, including trade tensions with the U.S. Outside of iPhone weakness in China and some emerging markets, Apple reported strength in non-iPhone, with revenue for other categories collectively growing 19% y/y, an acceleration from non-iPhone revenue growth reported in the past several quarters. We have reduced our FY19E & '20E iPhone units, while raising estimates for non-iPhone revenue, including services, Mac and wearables. The end result is FY19 & '20 estimated revenue comes down by 6% and 4%, respectively, in our model. Additionally, we are lowering our price target to $187 to reflect both lowered EPS estimates and a slightly reduced PT multiple.

- **Greater China iPhone Sales Core Component of Guide Down.** Apple lowered revenue guidance for the December quarter (Q1'19) to about $84B from prior guidance of $89-93B and Street at $91B. The lowered expectations are largely due to weaker than anticipated iPhone sales in Greater China, as well as several emerging markets. China macro weakness was specifically highlighted as a primary reason for the miss, with that weakness being exacerbated by trade tensions with the U.S. and the stronger U.S. Dollar, among other factors.

- **Silver Lining: Non-iPhone Accelerated in the Quarter.** For the Dec. qtr, revenue outside of iPhone grew by almost 19% y/y, including record revenue from Services and Mac. The 19% non-iPhone growth was the highest since the Sep-17 quarter and compares to an average of 13% non-iPhone y/y growth in the past four quarters. Services revenue appears to have grown ~28% y/y in the Dec quarter, which would be a slight acceleration from the previous quarter. And, in order to achieve a 'record revenue quarter,' Mac revenue would have had to accelerate materially.

- **Lowering iPhone Ests, Raising Non-iPhone.** Our overall FY19 & '20 revenue estimates are coming down by 6% and 4%, respectively, due to reduced expectations for iPhone units. That said, we are raising our services, Mac and wearables revenue assumptions for the next two years.

- **Lowering AAPL Price Target to $187.** The average 2-yr PE on next 12 months EPS is 15x. For our $187 PT, we now apply a multiple that is a slight discount to the 2-yr avg due to uncertainty regarding the timing of iPhone headwinds in China, and potentially elsewhere, over the coming quarters. Our PT multiple is now 14x our lowered CY19E EPS estimate of $13.33.

**RISKS TO ACHIEVEMENT OF PT & RECOMMENDATION**
Trends in end-markets; component pricing; competitive pressures.

**COMPANY DESCRIPTION**
Apple is the leader in the mobile device and digital content distribution markets.

**PRICE: US$157.92**
**TARGET: US$187.00**
  14x CY19E EPS of $13.33

**Michael J. Olson**
Sr Research Analyst, Piper Jaffray & Co.
612 303-6419, michael.j.olson@pjc.com

**Yung Kim**
Research Analyst, Piper Jaffray & Co.
212 284-9312, yung.r.kim@pjc.com

| Changes | Previous | Current |
|---|---|---|
| Rating | — | Overweight |
| Price Tgt | US$222.00 | US$187.00 |
| FY19E Rev (mil) | US$279,410 | US$264,714 |
| FY20E Rev (mil) | US$290,144 | US$278,209 |
| FY19E EPS | US$13.45 | US$12.78 |
| FY20E EPS | US$14.77 | US$14.21 |

| | |
|---|---|
| 52-Week High / Low | US$233.47 / US$146.59 |
| Shares Out (mil) | 4,848.0 |
| Market Cap. (mil) | US$765,596.2 |
| Avg Daily Vol (000) | 42,063 |
| Book Value/Share | US$22.00 |
| Net Cash Per Share | US$25.29 |
| Debt to Total Capital | 46.7% |
| Div (ann) | US$2.92 |
| Yield | 1.85% |
| Fiscal Year End | Sep |

**Price Performance - 1 Year**



*Source: Bloomberg*

| YEAR | REVENUE (US$ m) | | | | | | | | EARNINGS PER SHARE (US$) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Dec | Mar | Jun | Sep | FY | CY | FY RM | CY RM | Dec | Mar | Jun | Sep | FY | CY | FY P/E | CY P/E |
| 2018A | 88,293.0A | 61,137.0A | 53,265.0A | 62,900.0A | 265,595A | 261,371E | 2.9x | 2.9x | 3.89A | 2.73A | 2.34A | 2.91A | 11.91A | 12.14E | 13.3x | 13.0x |
| 2019E | 84,069.0 | 62,638.0 | 55,568.0 | 62,439.0 | 264,714 | 269,757 | 2.9x | 2.8x | 4.16 | 3.04 | 2.51 | 3.04 | 12.78 | 13.33 | 12.4x | 11.8x |
| 2020E | 89,111.0 | 65,611.0 | 58,317.0 | 65,169.0 | 278,209 | — | 2.8x | NA | 4.75 | 3.33 | 2.76 | 3.34 | 14.21 | — | 11.1x | |

Piper Jaffray does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decisions. This report should be read in conjunction with important disclosure information, including an attestation under Regulation Analyst certification, found on pages 8 - 9 of this report or at the following site: http://www.piperjaffray.com/researchdisclosures.

**PiperJaffray**

| | |
|---|---|
| **Details on FY19E iPhone Mix & ASP** | The table below provides our estimated FY19 iPhone mix. While Apple has never provided any information on iPhone mix, our model includes the following assumptions: |

- 39% of iPhones sold this year (or 57% of new iPhone models - iPhone Xr, Xs & X Max) will be the iPhone Xs & Xs Max.

- 30% of iPhones sold this year will be the iPhone Xr (or 43% of new iPhone models - iPhone Xr, Xs & X Max).

- We assume that 20-25% of all models are the higher capacity (higher ASP) versions, while 75-80% are mid-to-lower capacity. For example, 20% iPhone Xs 512GB vs. 80% iPhone Xs 64GB or 256GB.

- We've assumed that the split between "Plus" or "Max" versions and traditional versions is 50/50.

- Apple has historically indicated that ~90% of iPhone sales are indirect, so we factor this into our "net blended ASP," along with the assumption of a 15% retail margin.

Expansion of "X" Gen Models - FY19 iPhone ASP

| Model* | % of total | Retail Blended ASP | Net Blended ASP** |
|---|---|---|---|
| iPhone Xs and Xs Max | 39% | $1,164 | $1,007 |
| iPhone Xr | 30% | $794 | $687 |
| iPhone 8 and 8 Plus | 21% | $687 | $594 |
| iPhone 7 and 7 Plus | 10% | $534 | $462 |
| Overall ASP = | | | $770 |

Source: Piper Jaffray and company data
*Where applicable, assumes either 20% or 25% highest capacity; split between 'Plus or Max' and traditional is 50/50
**Assumes 10% iPhones sold through Apple retail or Apple.com (with a 15% avg retail margin)

Longer-term, our iPhone ASP assumption for FY20E is unchanged at $770, so our model assumes no increase in iPhone ASP from FY19E to FY20E, which could prove conservative.

| | |
|---|---|
| **Slightly Lowering AAPL PT Multiple; PT is now $187** | We are lowering our AAPL price target to $187 from $222. Our price target multiple is now 14x (vs. 16x previously) CY19E EPS and is based on EPS of $13.33 (reduced vs. our prior $13.87 estimate). We believe a price target multiple that is a slight discount to the 2-yr historical average (15x) is warranted, due to uncertainty around iPhone weakness in China, and potentially other regions, in the coming quarters. |

PiperJaffray®

**Summary of AAPL Ests Through FY20E**

The table below provides a summary of key metrics for AAPL through FY20E.

AAPL Summary Model

| Key Metric (000) | FY15 | FY16 | FY17 | FY18 | FY19E | FY20E |
|---|---|---|---|---|---|---|
| iPhone Units (000) | 231,218 | 211,884 | 216,756 | 217,722 | 195,361 | 196,092 |
| iPad Units (000) | 54,856 | 45,590 | 43,753 | 43,535 | 43,646 | 43,749 |
| Mac Units (000) | 20,587 | 18,484 | 19,251 | 18,209 | 19,166 | 19,150 |
| Services Revenue $(M) | $19,909 | $24,348 | $29,980 | $37,190 | $45,318 | $52,716 |
| Revenue ($M) | $233,715 | $215,639 | $229,234 | $265,595 | $264,714 | $278,209 |
| % Rev Growth | 28% | -8% | 6% | 16% | 0% | 5% |
| Operating Margin | 30.5% | 27.8% | 26.8% | 26.7% | 26.1% | 26.2% |
| EPS | $9.22 | $8.31 | $9.21 | $11.91 | $12.78 | $14.21 |
| % EPS Growth | 43% | -10% | 11% | 29% | 7% | 11% |

Source: Company Data and Piper Jaffray

**Morgan Stanley** | RESEARCH

UPDATE

January 3, 2019 03:21 AM GMT

## Apple, Inc. | North America

# ==Weak China More than Offsets Revenue Strength Outside of iPhone;== Lowering Estimates

| 📈 Stock Rating | 👁 Industry View | 🎯 Price Target |
|---|---|---|
| Overweight | Attractive | $211.00 |

==Dec Q played out directionally as we thought but even weaker China iPhone sales resulted in Apple's first negative pre in over 15 yrs.== Stronger non-iPhone rev growth speaks to expanding installed base & user engagement with 28% Services growth and upside to our recently raised wearables forecast.

| WHAT'S CHANGED | Apple, Inc. (AAPL.O) | From | To |
|---|---|---|---|
| | Price Target | $236.00 | **$211.00** |

==**Weak Greater China iPhone sales largely to blame for Apple's first negative pre-announcement in 15 years.**== As we highlighted in early December, China is following in the footsteps of the US market with lengthening smartphone replacement cycles slowing overall market growth. A weakening economy combined with improved smartphone product quality (i.e. higher quality components and assembly leading to longer useful lives), smartphone ASPs that are up 22% over the past two years (per IDC) and a lack of carrier subsidies contributed to weaker China iPhone sales in the December quarter. Our analysis of shipment data suggests that for the broader China smartphone market, replacement cycles have lengthened materially in the past two years (Exhibit 1), and even more so for Apple (Exhibit 2). In early December, we lowered FY19 iPhone shipments by 13M (or 6%) - from 213M to 200M - baking in a 6 month longer replacement cycle in China. But the combination of an even weaker China and continued replacement cycle lengthening in developed markets that are digesting lower subsidies and cheaper battery upgrades lead us to take FY19 iPhone units down by another 20M, to 180.25M or -17% Y/Y.

**China installed base data suggests healthier trends and implies weak shipments are more macro than competitive in nature.** The larger than market decline in iPhone units will likely contribute to investor concerns that Apple may be losing share. However, our data suggests Apple took considerable share of China's smartphone user base through November (Exhibit 3) suggesting shipment share losses tie more to the faster replacement rates for Android devices than user defections from Apple. Supporting this view, Apple announced that it added 100M devices to its global installed base of active devices in the past year (to 1.4B, +8% Y/Y) while engagement is rising too as Services revenue grew 27.5%

---

**MORGAN STANLEY & CO. LLC**

**Katy L. Huberty, CFA**
EQUITY ANALYST
Kathryn.Huberty@morganstanley.com   +1 212 761-6249

**Erik W Woodring**
RESEARCH ASSOCIATE
Erik.Woodring@morganstanley.com   +1 212 296-8083

**Elizabeth Elliott, CFA**
RESEARCH ASSOCIATE
Elizabeth.Elliott@morganstanley.com   +1 212 761-3632

**Kieran Kenny**
RESEARCH ASSOCIATE
Kieran.Kenny@morganstanley.com   +1 212 296-5137

| **Apple, Inc. ( AAPL.O, AAPL US )** | |
|---|---|
| IT Hardware / United States of America | |
| Stock Rating | Overweight |
| Industry View | Attractive |
| Price target | $211.00 |
| Shr price, close (Jan 2, 2019) | $157.92 |
| Mkt cap, curr (mm) | $757,686 |
| 52-Week Range | $233.47-146.59 |

| Fiscal Year Ending | 09/18 | 09/19e | 09/20e | 09/21e |
|---|---|---|---|---|
| ModelWare EPS ($) | 11.91 | 12.39 | 14.08 | 16.83 |
| Prior ModelWare EPS ($) | - | 13.50 | 15.75 | 18.07 |
| P/E | 19.0 | 12.7 | 11.2 | 9.4 |
| Consensus EPS ($)§ | 11.79 | 13.28 | 14.64 | 16.20 |
| Div yld (%) | 1.2 | 2.0 | 2.2 | 2.4 |

Unless otherwise noted, all metrics are based on Morgan Stanley ModelWare framework
§ = Consensus data is provided by Thomson Reuters Estimates
e = Morgan Stanley Research estimates

| **QUARTERLY MODELWARE EPS ($)** | | | | | |
|---|---|---|---|---|---|
| Quarter | 2018 | 2019e Prior | 2019e Current | 2020e Prior | 2020e Current |
| Q1 | 3.89 | 4.50 | 4.17 | 5.19 | 4.72 |
| Q2 | 2.73 | 3.19 | 2.84 | 3.76 | 3.24 |
| Q3 | 2.34 | 2.61 | 2.45 | 3.10 | 2.82 |
| Q4 | 2.91 | 3.15 | 2.90 | 3.65 | 3.25 |

e = Morgan Stanley Research estimates

---

Morgan Stanley does and seeks to do business with companies covered in Morgan Stanley Research. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of Morgan Stanley Research. Investors should consider Morgan Stanley Research as only a single factor in making their investment decision.
For analyst certification and other important disclosures, refer to the Disclosure Section, located at the end of this report.

**Morgan Stanley** | RESEARCH 

Y/Y, slightly ahead of our forecast and in-line with normalized growth in the September quarter.

**Platform story alive and well.** Even after raising our FY19 wearables estimate by 3% in December, Apple beat our non-iPhone revenue forecast by 540bps - growing 19% Y/Y vs. our estimated 13% Y/Y. In particular, Services was slightly ahead of our 27% Y/Y growth forecast, Wearables grew nearly 50%, and iPad grew double-digits, ahead of our -4% Y/Y forecast. As more Apple users buy multiple products and services, loyalty rates increase materially, helping expand the installed base even when shipments decline - a dynamic not fully appreciated by investors. Relative strength in Services also provided gross margin protection, with Apple hitting the low-end of (prior) 38-38.5% gross margin guidance despite the fact that unit shortfalls historically contribute to more meaningful margin contraction.

**Flowing through December quarter weakness, FY19e EPS moves to $12.39, PT to $211 (from $236).** Accounting for the 11% decrease in iPhone units in the Dec Q combined with the increase in non-iPhone revenue (iPads and Wearables, Home & Accessories) and slightly higher share count drives our Dec Q revenue, gross margin and EPS to $84.1B, 38% and $4.17, from $88.8, 38% and $4.50, previously. For FY19, our estimates shake out to $262.5B, 38.4% and $12.39, from $276.9B, 38.4% and $13.50, previously and vs. current consensus of $277.9, 38.4%, and $13.28 (Exhibit 5). We mark our SOTP-driven price target to market, accounting for the recent multiple contraction in Hardware peers (where we use a blend of an HPQ and MSFT EV/Sales multiple; to 2.5x EV/2019e Sales, from 2.8x previously) and the median of 10 Services peers (to 4.4x EV/2019e Sales, from 2.8x previously), which drives our price target to $211 (from $236 previously; Exhibit 6). While we view the after hours trading price of $146/shr as an attractive entry point long-term in light of our believe that new Services and Wearables can deliver more consistent EPS growth long-term, we see shares as range bound until investors get more visibility into the March quarter on January 29th when Apple plans to report December quarter earnings. Apple's comments around accelerating initiatives to improve results, like making it simple to trade in old phones at Apple stores, suggest further actions may be taken to stabilize demand in the March quarter.