# EXHIBIT F



**Source:** *Kahn Swick & Foti, LLC*

*June 16, 2019 22:50 ET*

# APPLE 24 HOUR DEADLINE ALERT: APPROXIMATELY 24 HOURS REMAIN; FORMER LOUISIANA ATTORNEY GENERAL AND KAHN SWICK & FOTI, LLC REMIND INVESTORS WITH LOSSES IN EXCESS OF $100,000 of Deadline in Class Action Lawsuit Against Apple Inc. - AAPL

NEW ORLEANS, June 16, 2019 (GLOBE NEWSWIRE) -- Kahn Swick & Foti, LLC ("KSF") and KSF partner, the former Attorney General of Louisiana, Charles C. Foti, Jr., remind investors with large financial interests that they have only until **June 17, 2019** to file lead plaintiff applications in a securities class action lawsuit against Apple Inc. (NasdaqGS: AAPL). Investor losses must relate to purchases of the Company's shares between November 2, 2018 and January 2, 2019. This action is pending in the United States District Court for the Northern District of California.

What You May Do

If you purchased shares of Apple and would like to discuss your legal rights and how this case might affect you and your right to recover for your economic loss, you may, without obligation or cost to you, contact KSF Managing Partner Lewis Kahn toll-free at 1-877-515-1850 or via email (lewis.kahn@ksfcounsel.com), or visit https://www.ksfcounsel.com/cases/nasdaqgs-aapl/ to learn more. If you wish to serve as a lead plaintiff in this class action by overseeing lead counsel with the goal of obtaining a fair and just resolution, you must request this position by application to the Court by **June 17, 2019**.

About the Lawsuit

On January 2, 2019, post-market, the Company disclosed that it would miss its prior quarterly revenue forecast by up to $9B, with revenues of only $84B, far below prior guidance of $89B to $93B, due in part to falling iPhone sales in China and significantly reduced battery replacement pricing. On this news, the price of Apple's shares fell, damaging investors.

The case is *City of Roseville Employees' Retirement System v. Apple Inc., et al.*, No. 19-cv-2033.

About Kahn Swick & Foti, LLC

KSF, whose partners include the former Louisiana Attorney General Charles C. Foti, Jr., is a law firm focused on securities, antitrust and consumer class actions, along with merger & acquisition and breach of fiduciary litigation against publicly traded companies on behalf of shareholders. The firm has offices in New York, California and Louisiana.

To learn more about KSF, you may visit www.ksfcounsel.com.

Contact:




***Source:*** *Schall Law*

*June 16, 2019 19:10 ET*

# MONDAY DEADLINE REMINDER: The Schall Law Firm Announces the Filing of a Class Action Lawsuit Against Apple Inc. and Encourages Investors with Losses in Excess of $100,000 to Contact the Firm

LOS ANGELES, June 16, 2019 (GLOBE NEWSWIRE) -- The Schall Law Firm, a national shareholder rights litigation firm, announces the filing of a class action lawsuit against Apple Inc. ("Apple" or "the Company") (NASDAQ: AAPL) for violations of §§10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder by the U.S. Securities and Exchange Commission.

Investors who purchased the Company's shares between November 2, 2018 and January 2, 2019, inclusive (the "Class Period"), are encouraged to contact the firm before June 17, 2019.

If you are a shareholder who suffered a loss, click here to participate.

We also encourage you to contact Brian Schall, or Sherin Mahdavian, of the Schall Law Firm, 1880 Century Park East, Suite 404, Los Angeles, CA 90067, at 424-303-1964, to discuss your rights free of charge. You can also reach us through the firm's website at www.schallfirm.com, or by email at brian@schallfirm.com.

The class, in this case, has not yet been certified, and until certification occurs, you are not represented by an attorney. If you choose to take no action, you can remain an absent class member.

According to the Complaint, the Company made false and misleading statements to the market. Both demand for Apple's iPhones and its pricing power in greater China were negatively impacted by the U.S.-China trade war. Because Apple discounted the price of replacement batteries for certain iPhone models, a decision made due to the revelation that the Company was purposefully degrading the battery performance of these products, customers were replacing their batteries instead of purchasing a new iPhone, impacting sales growth. Apple slashed production of 2018 iPhone models and cut prices to reduce its current inventory. The Company also withheld unit sales for iPhones and other products, a metric long used by investors to judge the Company's performance, in order to mask the decline in sales of the iPhone, Apple's most prominent product. Based on these facts, the Company's public statements were false and materially misleading throughout the class period. When the market learned the truth about Apple, investors suffered damages.

Join the case to recover your losses.

The Schall Law Firm represents investors around the world and specializes in securities class action lawsuits and shareholder rights litigation.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and rules of ethics.

**CONTACT:**





# LEAD PLAINTIFF DEADLINE ALERT: Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses In Apple, Inc. To Contact The Firm

June 15, 2019 09:30 AM Eastern Daylight Time

NEW YORK--(BUSINESS WIRE)--Faruqi & Faruqi, LLP, a leading national securities law firm, reminds investors in Apple, Inc. ("Apple" or the "Company") (NASDAQ:AAPL) of the June 17, 2019 deadline to seek the role of lead plaintiff in a federal securities class action that has been filed against the Company.

**If you invested in Apple stock or options between November 2, 2018 and January 2, 2019** and would like to discuss your legal rights, **click here**: www.faruqilaw.com/AAPL. **There is no cost or obligation to you.**

You can also contact us by calling **Richard Gonnello** toll free at **877-247-4292** or at **212-983-9330** or by sending an e-mail to **rgonnello@faruqilaw.com**.

The lawsuit has been filed in the U.S. District Court for the Northern District of California on behalf of all those who purchased Apple common stock between November 2, 2018 and January 2, 2019 (the "Class Period"). The case, *City of Roseville Employees' Retirement System v. Apple Inc., et al.*, No. 19-cv-2033 was filed on April 16, 2019.

The lawsuit focuses on whether the Company and its executives violated federal securities laws by failing to disclose that: (1) the U.S.-China trade war had negatively impacted demand for iPhones and Apple's pricing power in greater China; (2) due to Apple discounting the cost of replacement batteries to make up for the Company's prior conduct of intentionally degrading the performance of the batteries in older iPhones, the rate at which Apple customers were replacing their batteries in older iPhones, rather than purchasing new iPhones, was negatively impacting Apple's iPhone sales growth; (3) as a result of slowing demand, Apple had slashed production orders from suppliers for the new 2018 iPhone models and cut prices to reduce inventory; and (4) defendants' decision to withhold unit sales for iPhones and other hardware, which was a metric relevant to investors and their view of the Company's financial performance, was designed to and would mask declines in unit sales of the Company's flagship product.

On January 2, 2019, after the close of trading, Apple disclosed that, for the first time in 15 years, Apple would miss its prior quarterly revenue forecast amid falling iPhone sales in China, its third-largest market after the United States and Europe. The Company announced first quarter fiscal 2019 revenues of only $84 billion, far below the expected range of $89 billion to $93 billion the Company had announced just eight weeks earlier on November 1, 2018. The Company also admitted that in addition to macroeconomics in the Chinese market, the price cuts to battery replacements a year earlier to fix the Company's prior surreptitious conduct had hurt iPhone sales.

On this news, the Company's stock price fell from $157.92 per share on January 2, 2019 to $142.19 per share on January 3, 2019—a $15.62 or 9.96% drop.

Jun 14, 2019 12:00:29

# Bronstein, Gewirtz & Grossman, LLC Class Action Reminder - EB, AAPL & NOK

Bronstein, Gewirtz & Grossman, LLC Class Action Reminder - EB, AAPL & NOK

NEW YORK, June 14, 2019 (GLOBE NEWSWIRE) -- Attorney Advertising -- Bronstein, Gewirtz & Grossman, LLC reminds investors that a class action lawsuit has been filed against the following publicly-traded companies. You can review a copy of the Complaints by visiting the links below or you may contact Peretz Bronstein, Esq. or his Investor Relations Analyst, Yael Hurwitz of Bronstein, Gewirtz & Grossman, LLC at 212-697-6484. If you suffered a loss, you can request that the Court appoint you as lead plaintiff. A lead plaintiff acts on behalf of all other class members in directing the litigation. The lead plaintiff can select a law firm of its choice. An investor's ability to share in any potential future recovery is not dependent upon serving as lead plaintiff.

**Eventbrite, Inc. (NYSE: EB)**
**Class Period:** acquired Eventbrite securities pursuant and/or traceable to the Company's false and/or misleading registration statement and prospectus (collectively, the "Registration Statement") issued in connection with the Company's September 2018 initial public offering ("IPO" or the "Offering"); and/or b) purchased or otherwise acquired Eventbrite securities between September 20, 2018 and March 7, 2019, inclusive (the "Class Period").
**Deadline:** June 15, 2019
**For more info:** www.bgandg.com/eb

The complaint filed in this class action alleges that throughout the Class Period, Defendants made false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants made false and/or misleading statements and/or failed to disclose: (1) that the Company's migration of customers from Ticketfly to Eventbrite was progressing slower than expected; (2) that, as a result, the Ticketfly integration would take longer than expected; (3) that, as a result, the Company's revenue and growth would be negatively impacted; and (4) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects, were materially misleading and/or lacked a reasonable basis.

**Apple Inc. (NASDAQ: AAPL)**
**Class Period:** November 2, 2018 - January 2, 2019
**Deadline:** June 17, 2019
**For more info:** www.bgandg.com/aapl

The complaint alleges that during the Class Period, defendants made materially false and misleading statements and/or failed to disclose adverse information regarding Apple's business and prospects. Specifically, defendants failed to disclose that: (a) the U.S.-China trade war had negatively impacted demand for iPhones and Apple's pricing power in greater China; (b) due to Apple discounting the cost of replacement batteries to make up for the Company's prior conduct of intentionally degrading the performance of the batteries in older iPhones, the rate at which Apple customers were replacing their batteries in older iPhones, rather than purchasing new iPhones, was negatively impacting Apple's iPhone sales growth; (c) as a result of slowing demand, Apple had slashed production orders from suppliers for the new 2018 iPhone models and cut prices to reduce inventory; and (d) defendants' decision to withhold unit sales for iPhones and other hardware, which was a metric relevant to investors and their view of the Company's financial performance, was designed to and would mask declines in unit sales of the Company's flagship product. As a result of this information being withheld from the market during the Class Period, the price of Apple stock was artificially inflated to more than $209 per share.

**Nokia Corporation (NYSE: NOK)**
**Class Period:** April 15, 2015 - March 21, 2019
**Deadline:** June 18, 2019
**For more info:** www.bgandg.com/nok

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that Alcatel-Lucent had certain compliance issues; (2) that, as a result, the Company would be subject to regulatory scrutiny; (3) that, as a result, the Company was reasonably likely to face penalties and fines; and (4) that, as a result of the foregoing, Defendants' positive statements

© 2019

NewsRoom

6/7/19 Mkt. News Pub. US 21:13:52

Market News Publishing US
Copyright (c) 2019 Market News Publishing Inc.

June 7, 2019

SHAREHOLDER ALERT: Pomerantz Law Firm Reminds Shareholders with Losses on their Investment in Apple, Inc. of Class Action Lawsuit and Upcoming Dead...

SHAREHOLDER ALERT: Pomerantz Law Firm Reminds Shareholders with Losses on their Investment in Apple, Inc. of Class Action Lawsuit and Upcoming Deadline AAPL

APPLE INC

APPLE INC ("AAPL-Q") - SHAREHOLDER ALERT: Pomerantz Law Firm Reminds Shareholders with - Losses on their Investment in Apple, Inc. of Class Action - Lawsuit and Upcoming Deadline - AAPL

Pomerantz LLP announces that a class action lawsuit has been filed against Apple, Inc. ("Apple" or the "Company") and certain of its officers. The class action, filed in United States District Court, for the Northern District of California, and indexed under 19-cv-02615, is on behalf of a class consisting of all persons and entities who purchased or otherwise acquired Apple securities between November 2, 2018 and January 2, 2019, inclusive (the "Class Period"), seeking to pursue remedies under 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), and SEC Rule 10b-5 promulgated thereunder.

If you are a shareholder who purchased Apple securities during the class period, you have until June 17, 2019, to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at www.pomerantzlaw.com. To discuss this action, contact Robert S. Willoughby at rswilloughby@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 9980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

[Click here to join this class action]

Apple is a multinational technology company headquartered in Cupertino, California that designs, develops, and sells consumer electronics, computer software, and online services. The Company's most well-known products include its iconic iPhone smartphones, the iPad tablet computer, the Mac personal computer, the iPod portable media player, the Apple Watch smartwatch, the Apple TV digital media player, and the HomePod smart speaker.

The complaint alleges that throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operational and compliance policies. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) the U.S.-China trade war had negatively impacted demand for iPhones and Apple's pricing power in greater China, one of Apple's most important growth markets; (ii) the rate at which Apple customers were replacing their batteries in older iPhones rather than purchasing new iPhones was negatively impacting Apple's iPhone sales growth; (iii) as a result of slowing demand, Apple had slashed production orders from

suppliers for the new 2018 iPhone models and cut prices to reduce inventory; (iv) unit sales for iPhone and other hardware was relevant to investors and the Company's financial performance, and the decision to withhold such unit sales was designed to and would mask declines in unit sales of the Company's flagship product; (v) as a result of the foregoing, Defendants lacked a reasonable basis in fact when issuing the Company's revenue outlook for 1Q19 and/or making the related statements concerning demand for its products, as Apple's business metrics and financial prospects were not as strong as Defendants had led the market to believe; and (vi) as a result, the Company's public statements were materially false and misleading at all relevant times.

On January 2, 2019, after the close of trading, Apple shocked the market when it disclosed the true state of its actual 1Q19 iPhone sales, particularly in China. For the first time during Cook's tenure as Chief Executive Officer ("CEO"), Apple would miss its public revenue projections and the miss was up to $9 billion. The Company would admit that in addition to macroeconomics in the Chinese market, the price cuts to battery replacements a year earlier to fix the Company's prior surreptitious conduct had hurt iPhone sales.

This news caused the market price of Apple common stock to plunge, closing down more than $15 per share, or more than 9%, from its close of $157.92 per share on January 2, 2019 to close at $142.19 per share on January 3, 2019, on unusually high volume of more than 90 million shares traded.

The Pomerantz Firm, with offices in New York, Chicago, Los Angeles, and Paris, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions. Today, more than 80 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomerantzlaw.com. Robert S. Willoughby Pomerantz LLP rswilloughby@pomlaw.com Tel : 1-408-996-1010 APPLE INC Email : investor_relations@apple.com WWW : http://www.apple.com

---

---

1915700342NED1915701266-13134920190607

____________________________________________________________ (c)2019 Market News Publishing Inc. All rights reserved. Toronto:(416)366-8881 Vancouver:(604)689-1101 Fax:(604)689-1106

**---- Index References ----**

Company: APPLE INC; POMERANTZ LLP

News Subject: (Business Lawsuits & Settlements (1BU19); Business Litigation (1BU04); Business Management (1BU42); Class Actions (1CL03); Consumer Protection (1CO43); Corporate & Business Law (1XO58); Corporate Events (1CR05); Emerging Market Countries (1EM65); Funding Instruments (1FU41); Legal (1LE33); Securities Law (1SE59))

Industry: (Financial Services (1FI37); Investment Management (1IN34); Securities Investment (1SE57))

Region: (Americas (1AM92); Asia (1AS61); California (1CA98); China (1CH15); Eastern Asia (1EA61); Far East (1FA27); North America (1NO39); U.S. West Region (1WE46); USA (1US73))

Language: EN

# Glancy Prongay & Murray Reminds Investors of Looming Deadline in the Class Action Lawsuit Against Apple Inc.

iCrowdNewswire (English)

June 3, 2019 Monday 11:56 AM GMT

Copyright 2019 iCrowdNewswire, LLC All Rights Reserved




**Length:** 776 words

## Body

Shareholders with $1,000,000 in losses or more are encouraged to contact the firm LOS ANGELES, Glancy Prongay & Murray LLP ( GPM ) reminds investors of the upcoming June 17, 2019 deadline to file a lead plaintiff motion in the class action filed on behalf of Apple Inc. ( Apple or the Company ) (NASDAQ: AAPL) investors who purchased securities between November 2, 2018 ... Continue reading Glancy Prongay & Murray Reminds Investors of Looming Deadline in the Class Action Lawsuit Against Apple Inc.

Shareholders with $1,000,000 in losses or more are encouraged to contact the firm

LOS ANGELES, Glancy Prongay & Murray LLP ( GPM ) reminds investors of the upcoming June 17, 2019 deadline to file a lead plaintiff motion in the class action filed on behalf of Apple Inc. ( Apple or the Company ) (NASDAQ: AAPL) investors who purchased securities between November 2, 2018 and January 2, 2019, inclusive (the Class Period ).

If you are a shareholder who suffered a loss, click here to participate.

If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Lesley Portnoy, Esquire, at 310-201-9150, Toll-Free at 888-773-9224, or by email to *shareholders@glancylaw.com*, or visit our website at *www.glancylaw.com*.

On January 2, 2019, after the close of the market, Apple announced that it would miss its previous quarterly revenue forecast for the first time in fifteen years and reported $84 billion revenue for first quarter 2019, compared to the expected range of $89 billion to $93 billion. The Company attributed the revenue miss to falling iPhone sales in China and to price cuts for iPhone battery replacements, which impacted iPhone sales.

On this news, Apple's share price fell $15.73 per share or over 9% to close at $142.19 on January 3, 2019, thereby injuring investors.

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) the U.S.-China trade war had negatively impacted demand for iPhones and Apple's pricing power in greater China; (2) due to Apple discounting the cost of replacement batteries to make up for the Company's prior conduct of intentionally degrading the performance of the batteries in older iPhones, the rate at which Apple customers were replacing their batteries in older iPhones, rather than purchasing new iPhones, was negatively impacting Apple's iPhone sales growth; (3) as a result of slowing demand, Apple had slashed production orders from suppliers for the new 2018 iPhone models and cut prices to reduce inventory; (4) defendants' decision to withhold unit sales for iPhones and other hardware, which was a metric relevant to investors and their view of the Company's financial performance,

was designed to and would mask declines in unit sales of the Company's flagship product; and (5) as a result, the Company's public statements were materially false and misleading at all relevant times.

Follow us for updates on Twitter: twitter.com/GPM_LLP.

If you purchased or otherwise acquired Apple securities during the Class Period you may move the Court no later than June 17, 2019 to request appointment as lead plaintiff in this putative class action lawsuit. To be a member of the class action you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the class action. If you wish to learn more about this class action, or if you have any questions concerning this announcement or your rights or interests with respect to the pending class action lawsuit, please contact Lesley Portnoy, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles, California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to *shareholders@glancylaw.com*, or visit our website at *www.glancylaw.com*. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

Tags: See Campaign: *http://www.glancylaw.com*

Contact Information:

Glancy Prongay & Murray LLP, Los Angeles Lesley Portnoy, 310-201-9150 or 888-773-9224 *shareholders@glancylaw.com* *www.glancylaw.com*

Tags:

, *Wire*, *Legal Newswire*, *United States*, *English*

**Load-Date:** June 3, 2019

---

End of Document

NewsRoom

5/27/19 Accesswire 16:50:00

Accesswire
Copyright (c) 2019 Accesswire

May 27, 2019

# The Gross Law Firm Announces Class Actions on Behalf of Shareholders of EB, FSNN and AAPL

NEW YORK, NY / ACCESSWIRE / May 27, 2019 / The securities litigation law firm of The Gross Law Firm issues the following notice on behalf of shareholders in the following publicly traded companies. Shareholders who purchased shares in the following companies during the dates listed are encouraged to contact the firm regarding possible Lead Plaintiff appointment. Appointment as Lead Plaintiff is not required to partake in any recovery.

Eventbrite, Inc. (NYSE: EB)

Investors Affected : Purchasers of shares (a) pursuant and/or traceable to the Company's September 2018 initial public offering; and/or (b) between September 20, 2018 and March 7, 2019

A class action has commenced on behalf of certain shareholders in Eventbrite, Inc. The filed complaint alleges that defendants made materially false and/or misleading statements and/or failed to disclose that: (1) the Company's migration of customers from Ticketfly to Eventbrite was progressing slower than expected; (2) as a result, the Ticketfly integration would take longer than expected; (3) as a result, the Company's revenue and growth would be negatively impacted; and (4) as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects, were materially misleading and/or lacked a reasonable basis.

Shareholders may find more information at https://securitiesclasslaw.com/securities/eventbrite-inc/?id=1682&from=1

Fusion Connect, Inc. (OTCMKTS: FSNN)

Investors Affected : August 14, 2018 - April 2, 2019

A class action has commenced on behalf of certain shareholders in Fusion Connect, Inc. The complaint alleges that Fusion made materially false and misleading statements, later admitting that the process used by certain of its Birch subsidiaries for capitalizing costs associated with the customer on-boarding process and the related judgments and estimates were not designed with sufficient precision, leading to an overstatement of the Company's earnings (or net loss) of between $1.7 million and $2.3 million in the quarter ending on June 30, 2018, and between $3.4 million and $4.1 million in the quarter ending September 30, 2018.

Shareholders may find more information at https://securitiesclasslaw.com/securities/fusion-connect-inc/?id=1682&from=1

Apple Inc. (NASDAQGS: AAPL)

Investors Affected : November 2, 2018 - January 2, 2019

A class action has commenced on behalf of certain shareholders in Apple Inc. The filed complaint alleges that defendants made materially false and/or misleading statements and/or failed to disclose that: (a) the U.S.-China trade war had negatively impacted demand for iPhones and Apple's pricing power in greater China, one of Apple's most important growth markets; (b) the rate at which Apple customers were replacing their batteries in older iPhones rather than purchasing new iPhones was negatively impacting Apple's iPhone sales growth; (c) as a result of slowing demand, Apple had slashed production orders from suppliers for the new 2018 iPhone models and cut prices to reduce inventory; (d) unit sales for iPhone and other hardware was relevant to investors and the Company's financial performance, and the decision to withhold such unit sales was designed to and would mask declines in unit sales of the Company's flagship product; and (e) as a result of the foregoing, defendants lacked a reasonable basis in fact when issuing the Company's revenue outlook for the first quarter 2019 and/or making the related statements concerning demand for its products, as Apple's business metrics and financial prospects were not as strong as defendants had led the market to believe.

Shareholders may find more information at https://securitiesclasslaw.com/securities/apple-inc/?id=1682&from=1

The Gross Law Firm is committed to ensuring that companies adhere to responsible business practices and engage in good corporate citizenship. The firm seeks recovery on behalf of investors who incurred losses when false and/or misleading statements or the omission of material information by a Company lead to artificial inflation of the Company's stock.

CONTACT:
The Gross Law Firm
15 West 38th Street, 12th floor
New York, NY, 10018
Email: dg@securitiesclasslaw.com
Phone: (212) 537-9430
Fax: (833) 862-7770

SOURCE: The Gross Law Firm

View source version on accesswire.com: https://www.accesswire.com/546709/The-Gross-Law-Firm-Announces-Class-Actions-on-Behalf-of-Shareholders-of-EB-FSNN-and-AAPL

**---- Index References ----**

Company: APPLE INC; EVENTBRITE INC; FUSION CONNECT INC

News Subject: (Business Lawsuits & Settlements (1BU19); Class Actions (1CL03); Consumer Protection (1CO43); Corporate & Business Law (1XO58); Funding Instruments (1FU41); Legal (1LE33); Securities Law (1SE59))

Industry: (Consumer Electronics (1CO61); Consumer Products & Services (1CO62); Electronics (1EL16); Financial Services (1FI37); Investment Management (1IN34); Mobile Phones & Pagers (1WI07); Securities Investment (1SE57); Telecom Consumer Equipment (1TE03))

Region: (Americas (1AM92); New York (1NE72); North America (1NO39); U.S. Mid-Atlantic Region (1MI18); USA (1US73))

Language: EN

 © 2019 Thomson Reuters. No claim to original U.S. Government Works.