# EXHIBIT I

Movant's Purchases and Losses   Class Period: 11/02/2018 - 01/02/2019   Apple Inc.

| Name | Date | Shares Acquired | Price | Total Cost | Date** | Shares Sold | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Norfolk County Council as Administering Authority of the Norfolk Pension Fund** | 11/12/2018 | 130 | $196.94 | $25,602.20 | 02/11/2019 | 32,147 | $158.39 | $5,091,776.19 | |
| | 11/13/2018 | 14,012 | $192.23 | $2,693,526.76 | held | 7,470 | $170.59 | $1,274,337.42 | |
| | 11/14/2018 | 21,205 | $193.64 | $4,106,142.54 | | | | | |
| | 12/17/2018 | 2,038 | $166.46 | $339,243.03 | | | | | |
| | 12/18/2018 | 1,717 | $165.99 | $285,012.73 | | | | | |
| | 12/20/2018 | 515 | $161.62 | $83,234.82 | | | | | |
| **Movant's Total** | | **39,617** | | **$7,532,762.08** | | **39,617** | | **$6,366,113.61** | **($1,166,648.47)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period.  The price used is $170.59 as of April 02, 2019 for common stock.

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price) will be used depending on which value is higher.

Movant's Purchases and Losses — Class Period: 08/01/2017 - 01/02/2019 — Apple Inc.

| Name | Date | Shares Acquired | Price | Total Cost | Date** | Shares Sold | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Norfolk County Council as Administering Authority of the Norfolk Pension Fund** | 11/12/2018 | 130 | $196.94 | $25,602.20 | 02/11/2019 | 32,147 | $158.39 | $5,091,776.19 | |
| | 11/13/2018 | 14,012 | $192.23 | $2,693,526.76 | held | 7,470 | $170.59 | $1,274,337.42 | |
| | 11/14/2018 | 21,205 | $193.64 | $4,106,142.54 | | | | | |
| | 12/17/2018 | 2,038 | $166.46 | $339,243.03 | | | | | |
| | 12/18/2018 | 1,717 | $165.99 | $285,012.73 | | | | | |
| | 12/20/2018 | 515 | $161.62 | $83,234.82 | | | | | |
| **Movant's Total** | | **39,617** | | **$7,532,762.08** | | **39,617** | | **$6,366,113.61** | **($1,166,648.47)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $170.59 as of April 02, 2019 for common stock.

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price) will be used depending on which value is higher.