```
 1 │ ROBBINS GELLER RUDMAN
   │   & DOWD LLP
 2 │ SHAWN A. WILLIAMS (213113)
   │ Post Montgomery Center
 3 │ One Montgomery Street, Suite 1800
   │ San Francisco, CA  94104
 4 │ Telephone: 415/288-4545
   │ 415/288-4534 (fax)
 5 │ shawnw@rgrdlaw.com
   │         – and –
 6 │ DANIELLE S. MYERS (259916)
   │ JUAN CARLOS SANCHEZ (301834)
 7 │ 655 West Broadway, Suite 1900
   │ San Diego, CA  92101
 8 │ Telephone: 619/231-1058
   │ 619/231-7423 (fax)
 9 │ dmyers@rgrdlaw.com
   │ jsanchez@rgrdlaw.com
10 │
   │ [Proposed] Lead Counsel for [Proposed] Lead Plaintiff
11 │
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | Case No. 4:19-cv-02033-YGR |
|---|---|---|
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) | CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| APPLE INC., et al., | ) ) | |
| Defendants. | ) ) | |

4818-5977-3338.v1

1  Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, no such interest is
2  known other than that of the named parties to the action and lead plaintiff movant Norfolk County
3  Council as Administering Authority of the Norfolk Pension Fund.

4
5                                                                 s/ Danielle S. Myers
                                                          DANIELLE S. MYERS
                                                     ATTORNEY OF RECORD FOR LEAD
6                                                  PLAINTIFF MOVANT NORFOLK COUNTY
                                                    COUNCIL AS ADMINISTERING AUTHORITY
7                                                       OF THE NORFOLK PENSION FUND

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS - 4:19-cv-02033-YGR                      - 1 -
4818-5977-3338.v1

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on June 17, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

   s/ Danielle S. Myers
DANIELLE S. MYERS

ROBBINS GELLER RUDMAN
     & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  dmyers@rgrdlaw.com

4818-5977-3338.v1

# Mailing Information for a Case 4:19-cv-02033-YGR City of Roseville Employees' Retirement System v. Apple Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Adam Marc Apton**
  aapton@zlk.com

- **Mary K. Blasy**
  mblasy@rgrdlaw.com

- **Melinda Haag**
  mhaag@orrick.com

- **James Neil Kramer**
  jkramer@orrick.com,lpatts@orrick.com,mwatkins@orrick.com,vmorse@orrick.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,disaacson@pomlaw.com,cgarcia@pomlaw.com,abarbosa@pomlaw.com

- **Samuel H. Rudman**
  srudman@rgrdlaw.com

- **Alexander K. Talarides**
  atalarides@orrick.com,lpatts@orrick.com

- **James Matthew Wagstaffe**
  wagstaffe@wvbrlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,smorris@rgrdlaw.com,e_file_sd@rgrdlaw.com,1101510420@filings.docketbird.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`