ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
        – and –
DANIELLE S. MYERS (259916)
JUAN CARLOS SANCHEZ (301834)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jsanchez@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | Case No. 4:19-cv-02033-YGR |
| | CLASS ACTION |
| Plaintiff, | CERTIFICATE OF DANIELLE S. MYERS PURSUANT TO LOCAL RULE 3-7(d) |
| vs. | |
| APPLE INC., et al., | |
| Defendants. | |

4817-7378-9850.v1

Pursuant to Northern District Local Rule 3-7(d), I, Danielle S. Myers, declare under penalty of perjury that I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

Executed this 17th day of June, 2019, at San Diego, California.

s/ Danielle S. Myers  
DANIELLE S. MYERS

CERTIFICATE OF DANIELLE S. MYERS PURSUANT TO LOCAL RULE 3-7(d) - 4:19-cv-02033-YGR - 1 -
4817-7378-9850.v1

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify under penalty of perjury that on June 17, 2019, I authorized the electronic |
| 3 | filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send |
| 4 | notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I |
| 5 | hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the |
| 6 | non-CM/ECF participants indicated on the attached Manual Notice List. |

       s/ Danielle S. Myers
       DANIELLE S. MYERS

ROBBINS GELLER RUDMAN
      & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  dmyers@rgrdlaw.com

4817-7378-9850.v1

# Mailing Information for a Case 4:19-cv-02033-YGR City of Roseville Employees' Retirement System v. Apple Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Adam Marc Apton**
  aapton@zlk.com

- **Mary K. Blasy**
  mblasy@rgrdlaw.com

- **Melinda Haag**
  mhaag@orrick.com

- **James Neil Kramer**
  jkramer@orrick.com,lpatts@orrick.com,mwatkins@orrick.com,vmorse@orrick.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,disaacson@pomlaw.com,cgarcia@pomlaw.com,abarbosa@pomlaw.com

- **Samuel H. Rudman**
  srudman@rgrdlaw.com

- **Alexander K. Talarides**
  atalarides@orrick.com,lpatts@orrick.com

- **James Matthew Wagstaffe**
  wagstaffe@wvbrlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,smorris@rgrdlaw.com,e_file_sd@rgrdlaw.com,1101510420@filings.docketbird.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`