1  ROBBINS GELLER RUDMAN
     & DOWD LLP
2  SHAWN A. WILLIAMS (213113)
   Post Montgomery Center
3  One Montgomery Street, Suite 1800
   San Francisco, CA 94104
4  Telephone: 415/288-4545
   415/288-4534 (fax)
5  shawnw@rgrdlaw.com
           – and –
6  DANIELLE S. MYERS (259916)
   JUAN CARLOS SANCHEZ (301834)
7  655 West Broadway, Suite 1900
   San Diego, CA 92101
8  Telephone: 619/231-1058
   619/231-7423 (fax)
9  dmyers@rgrdlaw.com
   jsanchez@rgrdlaw.com
10
   [Proposed] Lead Counsel for [Proposed] Lead Plaintiff
11
                            UNITED STATES DISTRICT COURT
12
                          NORTHERN DISTRICT OF CALIFORNIA
13
                                    OAKLAND DIVISION
14

15 | CITY OF ROSEVILLE EMPLOYEES' ) | Case No. 4:19-cv-02033-YGR
   | RETIREMENT SYSTEM, Individually and on )
   | Behalf of All Others Similarly Situated, ) | CLASS ACTION
16 |                                         )
   |                            Plaintiff,   ) | CERTIFICATE OF JUAN CARLOS
17 |                                         ) | SANCHEZ PURSUANT TO LOCAL RULE
   |        vs.                              ) | 3-7(d)
18 |                                         )
   | APPLE INC., et al.,                     )
19 |                                         )
   |                            Defendants.  )
20 |                                         )

4831-4001-9354.v1

1  Pursuant to Northern District Local Rule 3-7(d), I, Juan Carlos Sanchez, declare under
2  penalty of perjury that I do not directly own or otherwise have a beneficial interest in the securities
3  that are the subject of this action.
4  Executed this 17th day of June, 2019, at San Diego, California.

5
6                                                s/ Juan Carlos Sanchez
                                               JUAN CARLOS SANCHEZ

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF JUAN CARLOS SANCHEZ PURSUANT TO LOCAL RULE 3-7(d) - 4:19-cv-02033-YGR
4831-4001-9354.v1

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on June 17, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/ Juan Carlos Sanchez
JUAN CARLOS SANCHEZ

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  jsanchez@rgrdlaw.com

4831-4001-9354.v1

# Mailing Information for a Case 4:19-cv-02033-YGR City of Roseville Employees' Retirement System v. Apple Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Adam Marc Apton**
  aapton@zlk.com

- **Mary K. Blasy**
  mblasy@rgrdlaw.com

- **Melinda Haag**
  mhaag@orrick.com

- **James Neil Kramer**
  jkramer@orrick.com,lpatts@orrick.com,mwatkins@orrick.com,vmorse@orrick.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,disaacson@pomlaw.com,cgarcia@pomlaw.com,abarbosa@pomlaw.com

- **Samuel H. Rudman**
  srudman@rgrdlaw.com

- **Alexander K. Talarides**
  atalarides@orrick.com,lpatts@orrick.com

- **James Matthew Wagstaffe**
  wagstaffe@wvbrlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,smorris@rgrdlaw.com,e_file_sd@rgrdlaw.com,1101510420@filings.docketbird.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`