POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

*Counsel for the Apple Investor Group and Proposed Co-Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., TIMOTHY D. COOK, and LUCA MAESTRI,<br><br>Defendants. | Case No.: 4:19-cv-02033-YGR<br><br>DECLARATION OF JENNIFER PAFITI IN SUPPORT OF MOTION OF THE APPLE INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF LEAD COUNSEL <u>CLASS ACTION</u><br><br>Date: August 13, 2019<br>Time: 2:00 p.m.<br>Judge: Hon. Yvonne Gonzales Rogers<br>Courtroom: 1 – 4th Floor |

- *caption continued on following page* -

DECLARATION IN SUPPORT OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF LEAD COUNSEL - 4:19-cv-02033-YGR; 4:19-cv-02615; 3:19-cv-02891-JD

| | |
|---|---|
| PRIYAM REDDY, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., TIMOTHY D. COOK, and LUCA MAESTRI,<br><br>Defendants. | Case No.: 4:19-cv-02615-YGR<br><br>**CLASS ACTION** |
| STEAMFITTERS LOCAL 449 PENSION PLAN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., TIMOTHY D. COOK, and LUCA MAESTRI,<br><br>Defendants. | Case No.: 3:19-cv-02891-JD<br><br>**CLASS ACTION** |

DECLARATION IN SUPPORT OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF LEAD COUNSEL - 4:19-cv-02033-YGR; 4:19-cv-02615; 3:19-cv-02891-JD

I, Jennifer Pafiti, Esq., hereby declare as follows:

1. I am a Partner with Pomerantz LLP ("Pomerantz"), counsel on behalf of Michael Grecco, Shaikh M. Ahmad, and Shahtaj M. Ahmad (collectively, the "Apple Investor Group"), and have personal knowledge of the facts set forth herein. I make this Declaration in support of the Apple Investor Group's motion for consolidation, appointment as Lead Plaintiff for the Class and approval of the Apple Investor Group's selections of Pomerantz and Bernstein Liebhard LLP ("Bernstein Liebhard") as Co-Lead Counsel for the Class.

2. Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A: Loss chart of the Apple Investor Group;

Exhibit B: Joint Declaration executed by the members of the Apple Investor Group;

Exhibit C: Press release published over *Business Wire* on April 16, 2019, announcing the pendency of the above-captioned action *City of Roseville Employees Retirement System v. Apple Inc. et al.*, 4:19-cv-02033;

Exhibit D: Shareholder Certifications executed by the members of the Apple Investor Group;

Exhibit E: Firm resume of Pomerantz; and

Exhibit F: Firm resume of Bernstein Liebhard.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on June 17, 2019, at Calabasas, California.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

1
DECLARATION IN SUPPORT OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF LEAD COUNSEL - 4:19-cv-02033-YGR; 4:19-cv-02615; 3:19-cv-02891-JD

PROOF OF SERVICE

I hereby certify that on June 17, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                      /s/ *Jennifer Pafiti*
                                      Jennifer Pafiti