# EXHIBIT A

Apple Inc (AAPL)
Class Period: August 1, 2017 to January 2, 2019
(Includes 90-Day Sales @ Statutory Pricing)

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Day* Mean Price $170.5940 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | PreClass | 754 | | | | | | |
| Shaikh M. & Shahtaj M. Ahmad | 11/10/2017 | 890 | $175.0000 | ($155,750) | 1/29/2019** | (1,000) | $161.0000 | $161,000 | | | | |
| Shaikh M. & Shahtaj M. Ahmad | 11/29/2017 | 400 | $169.4800 | ($67,792) | 1/29/2019** | (1,000) | $161.5000 | $161,500 | | | | |
| Shaikh M. & Shahtaj M. Ahmad | 11/29/2017 | 500 | $167.3299 | ($83,665) | 1/29/2019** | (727) | $162.2500 | $117,956 | | | | |
| Shaikh M. & Shahtaj M. Ahmad | 1/5/2018 | 1,456 | $174.9990 | ($254,799) | | | | | | | | |
| Shaikh M. & Shahtaj M. Ahmad | 2/21/2018 | 500 | $172.4000 | ($86,200) | | | | | | | | |
| Shaikh M. & Shahtaj M. Ahmad | 3/1/2018 | 403 | $178.0500 | ($71,754) | | | | | | | | |
| Shaikh M. & Shahtaj M. Ahmad | 3/21/2018 | 585 | $173.9990 | ($101,789) | | | | | | | | |
| Shaikh M. & Shahtaj M. Ahmad | 3/23/2018 | 500 | $167.7500 | ($83,875) | | | | | | | | |
| Shaikh M. & Shahtaj M. Ahmad | 6/25/2018 | 500 | $181.2200 | ($90,610) | | | | | | | | |
| Shaikh M. & Shahtaj M. Ahmad | 9/7/2018 | 344 | $224.4200 | ($77,200) | | | | | | | | |
| Shaikh M. & Shahtaj M. Ahmad | 9/10/2018 | 110 | $217.3899 | ($23,913) | | | | | | | | |
| Shaikh M. & Shahtaj M. Ahmad | 9/18/2018 | 778 | $218.7700 | ($170,203) | | | | | | | | |
| Shaikh M. & Shahtaj M. Ahmad | 10/24/2018 | 100 | $217.1280 | ($21,713) | | | | | | | | |
| Shaikh M. & Shahtaj M. Ahmad | 10/24/2018 | 809 | $217.1290 | ($175,657) | | | | | | | | |
| Shaikh M. & Shahtaj M. Ahmad | 11/5/2018 | 6,000 | $201.4800 | ($1,208,880) | | | | | | | | |
| Shaikh M. & Shahtaj M. Ahmad | 2/15/2018 | 12 | $170.3700 | ($2,044) | | | | | | | | |
| Shaikh M. & Shahtaj M. Ahmad | 5/17/2018 | 19 | $187.6200 | ($3,565) | | | | | | | | |
| Shaikh M. & Shahtaj M. Ahmad | 8/16/2018 | 19 | $211.8800 | ($4,026) | | | | | | | | |
| Shaikh M. & Shahtaj M. Ahmad | 11/15/2018 | 48 | $187.6200 | ($9,006) | | | | | | | | |
| **Shaikh M. & Shahtaj M. Ahmad** | | **13,973** | | **($2,692,441)** | | **(2,727)** | | **$440,456** | **13,973** | **$ 2,047,128** | **($326,251)** | **($333,485)** |
| | | | | | | | | | | | | |
| Michael Grecco | | | | | PreClass | 975 | | | | | | |
| Michael Grecco | 9/13/2017 | 400 | $159.1361 | ($63,654) | 8/16/2017 | (975) | $161.0769 | $157,050 | | | | |
| Michael Grecco | 9/20/2017 | 740 | $154.3116 | ($114,191) | 10/27/2017 | (1,140) | $163.4280 | $186,308 | | | | |
| Michael Grecco | 11/1/2017 | 100 | $166.8599 | ($16,686) | 12/5/2017 | (300) | $171.1300 | $51,339 | | | | |
| Michael Grecco | 11/1/2017 | 350 | $166.8599 | ($58,401) | 12/5/2017 | (700) | $171.1250 | $119,788 | | | | |
| Michael Grecco | 11/1/2017 | 50 | $166.8500 | ($8,343) | 12/11/2017 | (100) | $171.9500 | $17,195 | | | | |
| Michael Grecco | 11/1/2017 | 500 | $166.8500 | ($83,425) | 12/11/2017 | (900) | $171.9500 | $154,755 | | | | |
| Michael Grecco | 12/6/2017 | 200 | $168.9500 | ($33,790) | 1/2/2018 | (100) | $172.0015 | $17,200 | | | | |
| Michael Grecco | 12/6/2017 | 800 | $168.9500 | ($135,160) | 1/2/2018 | (100) | $172.0015 | $17,200 | | | | |
| Michael Grecco | 12/26/2017 | 100 | $170.3299 | ($17,033) | 1/2/2018 | (3) | $172.0001 | $516 | | | | |
| Michael Grecco | 12/26/2017 | 100 | $170.3299 | ($17,033) | 1/2/2018 | (497) | $172.0015 | $85,485 | | | | |
| Michael Grecco | 12/26/2017 | 16 | $170.3299 | ($2,725) | 2/21/2018 | (1,200) | $173.9859 | $208,783 | | | | |
| Michael Grecco | 12/26/2017 | 209 | $170.3300 | ($35,599) | 4/4/2018 | (775) | $168.7052 | $130,747 | | | | |
| Michael Grecco | 12/26/2017 | 41 | $170.3290 | ($6,983) | 7/9/2018 | (1,000) | $189.6123 | $189,612 | | | | |
| Michael Grecco | 12/26/2017 | 59 | $170.3290 | ($10,049) | 10/24/2018 | (1,500) | $221.1084 | $331,663 | | | | |
| Michael Grecco | 12/26/2017 | 75 | $170.3299 | ($12,775) | 10/30/2018 | (2,000) | $213.3145 | $426,629 | | | | |
| Michael Grecco | 12/27/2017 | 100 | $170.2553 | ($17,026) | 1/3/2019 | (3,900) | $142.1900 | $554,541 | | | | |
| Michael Grecco | 1/24/2018 | 290 | $175.2800 | ($50,831) | | | | | | | | |
| Michael Grecco | 1/26/2018 | 910 | $170.7264 | ($155,361) | | | | | | | | |
| Michael Grecco | 4/2/2018 | 200 | $166.2770 | ($33,255) | | | | | | | | |
| Michael Grecco | 4/2/2018 | 300 | $166.2700 | ($49,881) | | | | | | | | |
| Michael Grecco | 4/3/2018 | 275 | $165.9500 | ($45,636) | | | | | | | | |
| Michael Grecco | 6/15/2018 | 50 | $188.8658 | ($9,443) | | | | | | | | |
| Michael Grecco | 6/15/2018 | 950 | $188.8653 | ($179,422) | | | | | | | | |
| Michael Grecco | 10/17/2018 | 1,000 | $220.1408 | ($220,141) | | | | | | | | |
| Michael Grecco | 10/24/2018 | 500 | $219.3436 | ($109,672) | | | | | | | | |
| Michael Grecco | 10/29/2018 | 100 | $215.3990 | ($21,540) | | | | | | | | |
| Michael Grecco | 10/29/2018 | 1,000 | $215.7000 | ($215,700) | | | | | | | | |
| Michael Grecco | 10/30/2018 | 400 | $213.0249 | ($85,210) | | | | | | | | |
| Michael Grecco | 10/30/2018 | 500 | $214.0025 | ($107,001) | | | | | | | | |
| Michael Grecco | 11/1/2018 | 100 | $218.9909 | ($21,899) | | | | | | | | |
| Michael Grecco | 11/1/2018 | 100 | $219.7600 | ($21,976) | | | | | | | | |
| Michael Grecco | 11/1/2018 | 100 | $219.9683 | ($21,997) | | | | | | | | |
| Michael Grecco | 11/1/2018 | 100 | $220.1040 | ($22,010) | | | | | | | | |
| Michael Grecco | 11/1/2018 | 200 | $217.8250 | ($43,565) | | | | | | | | |
| Michael Grecco | 11/1/2018 | 200 | $218.6847 | ($43,737) | | | | | | | | |
| Michael Grecco | 11/2/2018 | 100 | $209.5500 | ($20,955) | | | | | | | | |
| Michael Grecco | 11/2/2018 | 100 | $212.5799 | ($21,258) | | | | | | | | |
| Michael Grecco | 11/2/2018 | 300 | $210.6150 | ($63,185) | | | | | | | | |
| Michael Grecco | 11/2/2018 | 300 | $210.6652 | ($63,200) | | | | | | | | |
| Michael Grecco | 11/5/2018 | 1,000 | $201.5300 | ($201,530) | | | | | | | | |

*Average Closing Prices from January 3 to April 2, 2019
**After-hour sales

**Apple Inc (AAPL)**
**Class Period: August 1, 2017 to January 2, 2019**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Day* Mean Price $170.5940 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Michael Grecco | 11/9/2018 | 100 | $202.6310 | ($20,263) | | | | | | | | |
| Michael Grecco | 11/9/2018 | 100 | $203.5700 | ($20,357) | | | | | | | | |
| Michael Grecco | 11/9/2018 | 100 | $203.7744 | ($20,377) | | | | | | | | |
| Michael Grecco | 11/9/2018 | 100 | $205.0500 | ($20,505) | | | | | | | | |
| Michael Grecco | 11/9/2018 | 40 | $204.2090 | ($8,168) | | | | | | | | |
| Michael Grecco | 11/9/2018 | 400 | $204.7550 | ($81,902) | | | | | | | | |
| Michael Grecco | 11/9/2018 | 400 | $205.1382 | ($82,055) | | | | | | | | |
| Michael Grecco | 11/9/2018 | 60 | $204.1857 | ($12,251) | | | | | | | | |
| **Michael Grecco** | | **14,215** | | **($2,727,157)** | | **(15,190)** | | **$2,648,810** | **2,925** | | **($235,397)** | **($235,397)** |
| | | | | | | | | | | | | |
| <u>Summary</u> | | | | | | | | | | | | |
| Shaikh M. & Shahtaj M. Ahmad | | 13,973 | | ($2,692,441) | | (2,727) | | $440,456 | 13,973 | | ($326,251) | ($333,485) |
| Michael Grecco | | 14,215 | | ($2,727,157) | | (15,190) | | $2,648,810 | 2,925 | | ($235,397) | ($235,397) |
| **Total** | | **28,188** | | **($5,419,599)** | | **(17,917)** | | **$ 3,089,266** | **16,898** | | **($561,649)** | **($568,883)** |

*Average Closing Prices from January 3 to April 2, 2019
**After-hour sales