# EXHIBIT D

## CERTIFICATION OF NAMED PLAINTIFFS
## PURSUANT TO FEDERAL SECURITIES LAWS

SHAIKH AHMAD and SHAHTAJ M. AHMAD (collectively "Plaintiffs"), declare the following as to the claims asserted under the federal securities laws:

1. Plaintiffs have reviewed the complaint filed in this matter and has authorized the filing of a motion for appointment as lead plaintiff. Plaintiffs retain Bernstein Liebhard LLP and such counsel they deem appropriate to associate with to pursue such action.

2. Plaintiffs did not purchase or acquire the security that is the subject of this action at the direction of Plaintiffs' counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiffs are willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial. Plaintiffs understand that the litigation is not settled, this is not a claim form, and sharing in any recovery is not dependent upon the execution of this Certification.

4. Plaintiffs transactions in APPLE, INC. securities during the class period as specified in the complaint are set forth in "Attachment A" to this Certification.

5. Plaintiffs have not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

None.

6. The undersigned are authorized to sign this Certification on behalf of Plaintiffs.

7. Plaintiffs will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered and approved by the court, any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

We declare under the penalty of perjury that the foregoing is true and correct.

Executed this 13 day of JUNE, 2019.

_S. Muhammad Ahmad_  
Shaikh M. Ahmad

_Shahtaj M. Ahmad_  
Shahtaj M. Ahmad

**Apple Inc (AAPL)**  **Shaikh M. & Shahtaj M. Ahmad**

<u>**Attachment A**</u>
**List of Purchases and Sales**

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 11/10/2017 | Purchase | 890 | $175.0000 |
| 11/29/2017 | Purchase | 400 | $169.4800 |
| 11/29/2017 | Purchase | 500 | $167.3299 |
| 1/5/2018 | Purchase | 1,456 | $174.9990 |
| 2/21/2018 | Purchase | 500 | $172.4000 |
| 3/1/2018 | Purchase | 403 | $178.0500 |
| 3/21/2018 | Purchase | 585 | $173.9990 |
| 3/23/2018 | Purchase | 500 | $167.7500 |
| 6/25/2018 | Purchase | 500 | $181.2200 |
| 9/7/2018 | Purchase | 344 | $224.4200 |
| 9/10/2018 | Purchase | 110 | $217.3899 |
| 9/18/2018 | Purchase | 778 | $218.7700 |
| 10/24/2018 | Purchase | 100 | $217.1280 |
| 10/24/2018 | Purchase | 809 | $217.1290 |
| 11/5/2018 | Purchase | 6,000 | $201.4800 |
| 2/15/2018 | Purchase | 12 | $170.3700 |
| 5/17/2018 | Purchase | 19 | $187.6200 |
| 8/16/2018 | Purchase | 19 | $211.8800 |
| 11/15/2018 | Purchase | 48 | $187.6200 |

**Submission Date**

2019-06-14 15:05:08

# CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

1. I make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against Apple Inc. ("Apple" or the "Company") and authorize the filing of a comparable complaint on my behalf.

3. I did not purchase or acquire Apple securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Apple securities during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. To the best of my current knowledge, the attached sheet lists all of my transactions in Apple securities during the Class Period as specified in the Complaint.

6. During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7. I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8. I declare under penalty of perjury that the foregoing is true and correct.

# Name

**Print Name**

Michael Grecco

**Signature**

**Apple Inc (AAPL)**  **Michael Grecco**

<u>**Attachment A**</u>
**List of Purchases and Sales**

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---:|---:|
| 9/13/2017 | Purchase | 400 | $159.1361 |
| 9/20/2017 | Purchase | 740 | $154.3116 |
| 11/1/2017 | Purchase | 100 | $166.8599 |
| 11/1/2017 | Purchase | 350 | $166.8599 |
| 11/1/2017 | Purchase | 50 | $166.8500 |
| 11/1/2017 | Purchase | 500 | $166.8500 |
| 12/6/2017 | Purchase | 200 | $168.9500 |
| 12/6/2017 | Purchase | 800 | $168.9500 |
| 12/26/2017 | Purchase | 100 | $170.3299 |
| 12/26/2017 | Purchase | 100 | $170.3299 |
| 12/26/2017 | Purchase | 16 | $170.3299 |
| 12/26/2017 | Purchase | 209 | $170.3300 |
| 12/26/2017 | Purchase | 41 | $170.3290 |
| 12/26/2017 | Purchase | 59 | $170.3290 |
| 12/26/2017 | Purchase | 75 | $170.3299 |
| 12/27/2017 | Purchase | 100 | $170.2553 |
| 1/24/2018 | Purchase | 290 | $175.2800 |
| 1/26/2018 | Purchase | 910 | $170.7264 |
| 4/2/2018 | Purchase | 200 | $166.2770 |
| 4/2/2018 | Purchase | 300 | $166.2700 |
| 4/3/2018 | Purchase | 275 | $165.9500 |
| 6/15/2018 | Purchase | 50 | $188.8658 |
| 6/15/2018 | Purchase | 950 | $188.8653 |
| 10/17/2018 | Purchase | 1,000 | $220.1408 |
| 10/24/2018 | Purchase | 500 | $219.3436 |
| 10/29/2018 | Purchase | 100 | $215.3990 |
| 10/29/2018 | Purchase | 1,000 | $215.7000 |
| 10/30/2018 | Purchase | 400 | $213.0249 |
| 10/30/2018 | Purchase | 500 | $214.0025 |
| 11/1/2018 | Purchase | 100 | $218.9909 |
| 11/1/2018 | Purchase | 100 | $219.7600 |
| 11/1/2018 | Purchase | 100 | $219.9683 |
| 11/1/2018 | Purchase | 100 | $220.1040 |
| 11/1/2018 | Purchase | 200 | $217.8250 |
| 11/1/2018 | Purchase | 200 | $218.6847 |
| 11/2/2018 | Purchase | 100 | $209.5500 |
| 11/2/2018 | Purchase | 100 | $212.5799 |
| 11/2/2018 | Purchase | 300 | $210.6150 |
| 11/2/2018 | Purchase | 300 | $210.6652 |
| 11/5/2018 | Purchase | 1,000 | $201.5300 |
| 11/9/2018 | Purchase | 100 | $202.6310 |
| 11/9/2018 | Purchase | 100 | $203.5700 |
| 11/9/2018 | Purchase | 100 | $203.7744 |
| 11/9/2018 | Purchase | 100 | $205.0500 |
| 11/9/2018 | Purchase | 40 | $204.2090 |
| 11/9/2018 | Purchase | 400 | $204.7550 |
| 11/9/2018 | Purchase | 400 | $205.1382 |
| 11/9/2018 | Purchase | 60 | $204.1857 |
| 8/16/2017 | Sale | 975 | $161.0769 |
| 10/27/2017 | Sale | 1,140 | $163.4280 |
| 12/5/2017 | Sale | 300 | $171.1300 |
| 12/5/2017 | Sale | 700 | $171.1250 |
| 12/11/2017 | Sale | 100 | $171.9500 |
| 12/11/2017 | Sale | 900 | $171.9500 |

**Apple Inc (AAPL)** **Michael Grecco**

<u>**Attachment A**</u>
**List of Purchases and Sales**

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 1/2/2018 | Sale | 100 | $172.0015 |
| 1/2/2018 | Sale | 100 | $172.0015 |
| 1/2/2018 | Sale | 3 | $172.0001 |
| 1/2/2018 | Sale | 497 | $172.0015 |
| 2/21/2018 | Sale | 1,200 | $173.9859 |
| 4/4/2018 | Sale | 775 | $168.7052 |
| 7/9/2018 | Sale | 1,000 | $189.6123 |
| 10/24/2018 | Sale | 1,500 | $221.1084 |
| 10/30/2018 | Sale | 2,000 | $213.3145 |