Jennifer Pafiti (SBN 282790)
**POMERANTZ LLP**
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
E-mail: jpafiti@pomlaw.com

*Counsel for the Apple Investor Group and Proposed Co-Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>                                          Plaintiff,<br><br>v.<br><br>APPLE INC., TIMOTHY D. COOK, and LUCA MAESTRI,<br><br>                                          Defendants. | No.: 4:19-cv-02033-YGR<br><br>**CERTIFICATION OF JENNIFER PAFITI PURSUANT TO LOCAL RULE 3-7(d)**<br><br>Date:  August 13, 2019<br>Time:  2:00 p.m.<br>Judge:  Hon. Yvonne Gonzales Rogers<br>Courtroom:  1 – 4th Floor |

- *caption continued on following page* -

| | |
|---|---|
| PRIYAM REDDY, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., TIMOTHY D. COOK, and LUCA MAESTRI,<br><br>Defendants. | Case No.: 4:19-cv-02615-YGR<br><br>CLASS ACTION |
| STEAMFITTERS LOCAL 449 PENSION PLAN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., TIMOTHY D. COOK, and LUCA MAESTRI,<br><br>Defendants. | Case No.: 3:19-cv-02891-JD<br><br>CLASS ACTION |

## CERTIFICATE PURSUANT TO LOCAL RULE 3-7(d)

Pursuant to Civil L.R. 3-7(d), I, Jennifer Pafiti, declare as follows:

I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 17th day of June, 2019 in Calabasas, California.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS