Jennifer Pafiti (SBN 282790)
**POMERANTZ LLP**
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
E-mail: jpafiti@pomlaw.com

*Counsel for the Apple Investor Group and Proposed Co-Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., TIMOTHY D. COOK, and LUCA MAESTRI,<br><br>Defendants. | No.: 4:19-cv-02033-YGR<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-15**<br><br>Date: August 13, 2019<br>Time: 2:00 p.m.<br>Judge: Hon. Yvonne Gonzales Rogers<br>Courtroom: 1 – 4th Floor |

- *caption continued on following page* -

| | |
|---|---|
| PRIYAM REDDY, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., TIMOTHY D. COOK, and LUCA MAESTRI,<br><br>Defendants. | Case No.: 4:19-cv-02615-YGR<br><br>CLASS ACTION |
| STEAMFITTERS LOCAL 449 PENSION PLAN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., TIMOTHY D. COOK, and LUCA MAESTRI,<br><br>Defendants. | Case No.: 3:19-cv-02891-JD<br><br>CLASS ACTION |

## CERTIFICATE PURSUANT TO LOCAL RULE 3-15

Pursuant to Civil L.R. 3-15, movants Michael Grecco, Shaikh M. Ahmad, and Shahtaj M. Ahmad, by and through their undersigned attorney, certify that as of this date, other than the Movants, there is no such interest to report.

Dated: June 17, 2019

**POMERANTZ LLP**

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
E-mail: jpafiti@pomlaw.com

*Counsel for the Apple Investor Group and Proposed Co-Lead Counsel for the Class*