1    MELINDA L. HAAG (SBN 132612)
     mhaag@orrick.com
2    JAMES N. KRAMER (SBN 154709)
     jkramer@orrick.com
3    ALEXANDER K. TALARIDES (SBN 268068)
     atalarides@orrick.com
4    ORRICK, HERRINGTON & SUTCLIFFE LLP
     The Orrick Building
5    405 Howard Street
     San Francisco, CA  94105-2669
6    Telephone: (415) 773-5700
     Facsimile: (415) 773-5759
7
     Attorneys for Defendants
8    Apple Inc., Timothy D. Cook and Luca Maestri

9    [additional counsel appears on signature page]

10

11                  UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                      OAKLAND DIVISION

14

15   CITY OF ROSEVILLE EMPLOYEES'        Case No. 19-cv-02033-YGR
     RETIREMENT SYSTEM, Individually and
16   on Behalf of All Others Similarly Situated,   **STIPULATION AND [PROPOSED]
                                        ORDER CONTINUING DATES OF
17                  Plaintiff,          DISCOVERY DEADLINES AND
                                        INITIAL CASE MANAGEMENT
18         v.                           CONFERENCE**

19   APPLE INC., TIMOTHY D. COOK and
     LUCA MAESTRI,
20
                    Defendants.
21

22

23

24

25

26

27

28

1     WHEREAS, on April 16, 2019, plaintiff City of Roseville Employees' Retirement System

2  ("Plaintiff") commenced the above-captioned action (the "Action") alleging violations of federal

3  securities laws against defendants Apple Inc., Timothy D. Cook and Luca Maestri (collectively,

4  "Defendants");

5     WHEREAS, on April 17, 2019, the Court issued an order setting (1) June 24, 2019 as the

6  deadline for the parties to meet and confer regarding initial disclosures, early settlement, ADR

7  process selection, and discovery plan; (2) July 8, 2019 as the deadline to complete initial

8  disclosures or state objection in a Rule 26(f) Report, and file a case management statement and

9  Rule 26(f) report; and (3) July 15, 2019 as the date of the Initial Case Management Conference,

10  and instructing that if the Initial Case Management Conference is continued, the June 24, 2019

11  deadline should be continued to 21 days in advance of the Initial Case Management Conference

12  and the July 8, 2019 deadline should be continued to 7 days in advance of the Initial Case

13  Management Conference, unless otherwise ordered (Dkt. No. 6)

14     WHEREAS, the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15

15  U.S.C. § 78u-4, *et seq.*, establishes a mandatory procedure for the selection of lead plaintiffs and

16  counsel to oversee putative class actions brought under the federal securities laws. The deadline

17  to move for appointment as lead plaintiff was June 17, 2019;

18     WHEREAS, on April 26, 2019, the Court issued an order approving the parties'

19  stipulation to continue the date upon which a responsive pleading is due until after the Court

20  appoints a lead plaintiff pursuant to the PSLRA (Dkt. No. 16);

21     WHEREAS, on June 17, 2019, four sets of movants moved for appointment as lead

22  plaintiff(s) and approval of their selection of lead counsel (Dkt. Nos. 17, 26, 36, 43);

23     WHEREAS, because this Action asserts federal securities claims, all "discovery and other

24  proceedings" are automatically stayed pursuant to the PSLRA, and therefore no initial disclosures

25  have taken place in the action, 15 U.S.C. § 78u–4(b)(3)(B) (providing for an automatic stay of

26  "all discovery and other proceedings" until sufficiency of pleadings has been determined),  since

27  the PSLRA's automatic stay provision encompasses any "litigation activity relating to discovery,"

28  *Medhekar v. U.S. Dist. Ct. for N. Dist. of Cal*, 99 F.3d 325, 328 (9th Cir. 1996);

1   WHEREAS, the parties respectfully submit that good cause exists to adjourn the July 15,

2   2019 Initial Case Management Conference and all associated deadlines until, at the earliest, after

3   the Court has ruled on the motions for appointment of lead plaintiff and approval of lead counsel;

4   NOW, THEREFORE, the parties, by and through their undersigned counsel of record, in

5   the interests of judicial economy, hereby agree and stipulate, and respectfully request that the

6   Court order as follows:

7   1.   The Initial Case Management Conference is adjourned, to be rescheduled by the

8   Court after the filing of any amended complaint or designation of an operative complaint by the

9   lead plaintiff(s) appointed by the Court, or after the Court rules on Defendants' anticipated

10   motion(s) to dismiss, as the Court determines to be appropriate, and all deadlines associated with

11   that Conference are likewise adjourned.

12   Dated: June 25, 2019

    MELINDA L. HAAG
13   JAMES N. KRAMER
    ALEXANDER K. TALARIDES
14   **ORRICK HERRINGTON & SUTCLIFFE LLP**

15   */s/ Alexander K. Talarides*
    ALEXANDER K. TALARIDES

16   Attorneys for Defendants Apple Inc., Timothy D.
17   Cook and Luca Maestri

18   *I, Alexander K. Talarides, am the ECF user whose ID and password are being used to file*
19   *this Stipulation and [Proposed] Order.  In compliance with General Order 45, X.B., I hereby*
    *attest that Shawn A. Williams has concurred in this filing.*
20

21   Dated: June 25, 2019

    SHAWN A. WILLIAMS
    **ROBBINS GELLER RUDMAN & DOWN LLP**
22

23   */s/ Shawn A. Williams*
    Shawn A. Williams

24   Attorneys for Plaintiff City of Roseville Employees'
    Retirement System

25

26

27

28

- 2 -

1

\*\*\*

2

**[PROPOSED] ORDER**

3       Based on the stipulation of the signed parties, and good cause appearing, IT IS HEREBY

4   ORDERED that the Stipulation is approved.

5       **It is so ORDERED.**

6

7   DATED: _____

8                                          _____
                                           HONORABLE YVONNE GONZALEZ ROGERS
                                           UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28