MELINDA L. HAAG (SBN 132612)
mhaag@orrick.com
JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Attorneys for Defendants
Apple Inc., Timothy D. Cook and Luca Maestri

[additional counsel appears on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., TIMOTHY D. COOK and LUCA MAESTRI,<br><br>Defendants. | Case No. 19-cv-02033-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DATES OF DISCOVERY DEADLINES AND INITIAL CASE MANAGEMENT CONFERENCE** |

WHEREAS, on April 16, 2019, plaintiff City of Roseville Employees' Retirement System ("Plaintiff") commenced the above-captioned action (the "Action") alleging violations of federal securities laws against defendants Apple Inc., Timothy D. Cook and Luca Maestri (collectively, "Defendants");

WHEREAS, on April 17, 2019, the Court issued an order setting (1) June 24, 2019 as the deadline for the parties to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan; (2) July 8, 2019 as the deadline to complete initial disclosures or state objection in a Rule 26(f) Report, and file a case management statement and Rule 26(f) report; and (3) July 15, 2019 as the date of the Initial Case Management Conference, and instructing that if the Initial Case Management Conference is continued, the June 24, 2019 deadline should be continued to 21 days in advance of the Initial Case Management Conference and the July 8, 2019 deadline should be continued to 7 days in advance of the Initial Case Management Conference, unless otherwise ordered (Dkt. No. 6)

WHEREAS, the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4, *et seq.*, establishes a mandatory procedure for the selection of lead plaintiffs and counsel to oversee putative class actions brought under the federal securities laws. The deadline to move for appointment as lead plaintiff was June 17, 2019;

WHEREAS, on April 26, 2019, the Court issued an order approving the parties' stipulation to continue the date upon which a responsive pleading is due until after the Court appoints a lead plaintiff pursuant to the PSLRA (Dkt. No. 16);

WHEREAS, on June 17, 2019, four sets of movants moved for appointment as lead plaintiff(s) and approval of their selection of lead counsel (Dkt. Nos. 17, 26, 36, 43);

WHEREAS, because this Action asserts federal securities claims, all "discovery and other proceedings" are automatically stayed pursuant to the PSLRA, and therefore no initial disclosures have taken place in the action, 15 U.S.C. § 78u–4(b)(3)(B) (providing for an automatic stay of "all discovery and other proceedings" until sufficiency of pleadings has been determined),  since the PSLRA's automatic stay provision encompasses any "litigation activity relating to discovery," *Medhekar v. U.S. Dist. Ct. for N. Dist. of Cal*, 99 F.3d 325, 328 (9th Cir. 1996);

1    WHEREAS, the parties respectfully submit that good cause exists to adjourn the July 15,

2   2019 Initial Case Management Conference and all associated deadlines until, at the earliest, after

3   the Court has ruled on the motions for appointment of lead plaintiff and approval of lead counsel;

4    NOW, THEREFORE, the parties, by and through their undersigned counsel of record, in

5   the interests of judicial economy, hereby agree and stipulate, and respectfully request that the

6   Court order as follows:

7    1.    The Initial Case Management Conference is adjourned, to be rescheduled by the

8   Court after the filing of any amended complaint or designation of an operative complaint by the

9   lead plaintiff(s) appointed by the Court, or after the Court rules on Defendants' anticipated

10  motion(s) to dismiss, as the Court determines to be appropriate, and all deadlines associated with

11  that Conference are likewise adjourned.

12  Dated: June 25, 2019              MELINDA L. HAAG
13                                    JAMES N. KRAMER
                                      ALEXANDER K. TALARIDES
14                                    **ORRICK HERRINGTON & SUTCLIFFE LLP**

15                                            */s/ Alexander K. Talarides*
                                      ALEXANDER K. TALARIDES
16
                                      Attorneys for Defendants Apple Inc., Timothy D.
17                                            Cook and Luca Maestri

18      *I, Alexander K. Talarides, am the ECF user whose ID and password are being used to file
19  this Stipulation and [Proposed] Order.  In compliance with General Order 45, X.B., I hereby
    attest that Shawn A. Williams has concurred in this filing.*
20
21  Dated: June 25, 2019              SHAWN A. WILLIAMS
                                      **ROBBINS GELLER RUDMAN & DOWN LLP**
22
                                            */s/ Shawn A. Williams*
23                                    Shawn A. Williams

24                                    Attorneys for Plaintiff City of Roseville Employees'
                                            Retirement System
25

26

27

28

1

\*\*\*

2

[PROPOSED] ORDER

3          Based on the stipulation of the signed parties, and good cause appearing, IT IS HEREBY

4    ORDERED that the Stipulation is approved.

5          **It is so ORDERED.**

6

7    DATED:  _June 27, 2019_          _____

8                                    HONORABLE YVONNE GONZALEZ ROGERS
                                     UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28