```
```

POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

*Counsel for the Apple Investor Group and Proposed Co-Lead Counsel for the Class*

(*additional counsel on signature page*)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., TIMOTHY D. COOK, and LUCA MAESTRI,<br><br>Defendants. | Case No.: 4:19-cv-02033-YGR<br><br>NOTICE OF NON-OPPOSITION OF THE APPLE INVESTOR GROUP TO COMPETING MOTIONS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL<br><br><u>CLASS ACTION</u> |

- *caption continued on following page -*

| | |
|---|---|
| PRIYAM REDDY, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., TIMOTHY D. COOK, and LUCA MAESTRI,<br><br>Defendants. | Case No.: 4:19-cv-02615-YGR<br><br>CLASS ACTION |
| STEAMFITTERS LOCAL 449 PENSION PLAN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., TIMOTHY D. COOK, and LUCA MAESTRI,<br><br>Defendants. | Case No.: 3:19-cv-02891-JD<br><br>CLASS ACTION |

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

On June 17, 2019, Michael Grecco, Shaikh M. Ahmad, and Shahtaj M. Ahmad (collectively, the "Apple Investor Group") filed a motion, pursuant to the Securities Exchange Act of 1934, Section 21D(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a)(3)(B), and Fed. R. Civ. P. 42(a) for an Order: (1) consolidating the above-captioned actions; (2) appointing the Apple Investor Group as Lead Plaintiff in the Related Actions on behalf of a proposed class consisting of all persons who purchased or otherwise acquired the securities of Apple Inc. during the class period extending between August 1, 2017 and January 2, 2019, both dates inclusive; and (3) approving the Apple Investor Group's selection of Pomerantz LLP and Bernstein Liebhard LLP as Co-Lead Counsel for the proposed Class.  Dkt. No. 42.

Having reviewed the competing motions before the Court, the Apple Investor Group does not appear to have the largest financial interest in this litigation within the meaning of the PSLRA.  This notice of non-opposition shall have no impact on the membership of the Apple Investor Group's members in the proposed class or their right to share in any recovery obtained for the benefit of class members.

Dated:  June 28, 2019                    Respectfully submitted,

                                         POMERANTZ LLP

                                         */s/ Jennifer Pafiti*
                                         Jennifer Pafiti (SBN 282790)
                                         1100 Glendon Avenue, 15th Floor
                                         Los Angeles, California 90024
                                         Telephone:  (310) 405-7190
                                         Email:  jpafiti@pomlaw.com

| | |
|---|---|
| 1 | BERNSTEIN LIEBHARD LLP |
| 2 | Stanley D. Bernstein |
|   | Laurence J. Hasson |
| 3 | Matthew E. Guarnero |
|   | 10 East 40th Street |
| 4 | New York, NY 10016 |
|   | Telephone: (212) 779-1414 |
| 5 | Facsimile: (212) 779-3218 |
|   | Email:  bernstein@bernlieb.com |
| 6 | Email:  lhasson@bernlieb.com |
|   | Email:  mguarnero@bernlieb.com |

*Counsel for the Apple Investor Group*

**PROOF OF SERVICE**

I hereby certify that on June 28, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Jennifer Pafiti*
Jennifer Pafiti