ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
      – and –
MARK SOLOMON (151949)
DANIELLE S. MYERS (259916)
JUAN CARLOS SANCHEZ (301834)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
dmyers@rgrdlaw.com
jsanchez@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>  vs.<br><br>APPLE INC., et al.,<br><br>                    Defendants. | Case No. 4:19-cv-02033-YGR<br><br><u>CLASS ACTION</u><br><br>NOTICE OF APPEARANCE OF COUNSEL |

4810-7459-4971.v1

1  Please note the appearance of the undersigned Mark Solomon of Robbins Geller Rudman &
2  Dowd LLP, 655 W. Broadway, Suite 1900, San Diego, California 92101, phone number 619/231-
3  1058; email: marks@rgrdlaw.com as counsel for lead plaintiff movant Norfolk County Council as
4  Administering Authority of the Norfolk Pension Fund in this action. The undersigned respectfully
5  requests to be included via e-mail on the Court's notification of all electronic filings in this action.

6  DATED: July 1, 2019                         ROBBINS GELLER RUDMAN
                                                  & DOWD LLP
7                                               MARK SOLOMON
                                                DANIELLE S. MYERS
8                                               JUAN CARLOS SANCHEZ

9

10                                                    s/ Mark Solomon
                                                    MARK SOLOMON
11
                                               655 West Broadway, Suite 1900
12                                             San Diego, CA  92101
                                               Telephone:  619/231-1058
13                                             619/231-7423 (fax)
                                               marks@rgrdlaw.com
14                                             dmyers@rgrdlaw.com
                                               jsanchez@rgrdlaw.com
15
                                               ROBBINS GELLER RUDMAN
16                                                & DOWD LLP
                                               SHAWN A. WILLIAMS
17                                             Post Montgomery Center
                                               One Montgomery Street, Suite 1800
18                                             San Francisco, CA  94104
                                               Telephone:  415/288-4545
19                                             415/288-4534 (fax)
                                               shawnw@rgrdlaw.com
20
                                               [Proposed] Lead Counsel for [Proposed] Lead
21                                             Plaintiff

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on July 1, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/ Mark Solomon
MARK SOLOMON

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  marks@rgrdlaw.com

4810-7459-4971.v1

# Mailing Information for a Case 4:19-cv-02033-YGR City of Roseville Employees' Retirement System v. Apple Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Adam Marc Apton**
  aapton@zlk.com

- **Mary K. Blasy**
  mblasy@rgrdlaw.com

- **Melinda Haag**
  mhaag@orrick.com

- **James Neil Kramer**
  jkramer@orrick.com,lpatts@orrick.com,mwatkins@orrick.com,vmorse@orrick.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,disaacson@pomlaw.com,cgarcia@pomlaw.com,abarbosa@pomlaw.com

- **Samuel H. Rudman**
  srudman@rgrdlaw.com

- **Juan Carlos Sanchez**
  jsanchez@rgrdlaw.com

- **Alexander K. Talarides**
  atalarides@orrick.com,lpatts@orrick.com

- **James Matthew Wagstaffe**
  wagstaffe@wvbrlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,smorris@rgrdlaw.com,e_file_sd@rgrdlaw.com,1101510420@filings.docketbird.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`