1   ROBBINS GELLER RUDMAN
       & DOWD LLP
2   SHAWN A. WILLIAMS (213113)
    Post Montgomery Center
3   One Montgomery Street, Suite 1800
    San Francisco, CA  94104
4   Telephone:  415/288-4545
    415/288-4534 (fax)
5   shawnw@rgrdlaw.com
            – and –
6   MARK SOLOMON (151949)
    DANIELLE S. MYERS (259916)
7   JUAN CARLOS SANCHEZ (301834)
    655 West Broadway, Suite 1900
8   San Diego, CA  92101
    Telephone:  619/231-1058
9   619/231-7423 (fax)
    marks@rgrdlaw.com
10  dmyers@rgrdlaw.com
    jsanchez@rgrdlaw.com
11
    [Proposed] Lead Counsel for [Proposed] Lead Plaintiff
12
                    UNITED STATES DISTRICT COURT
13
                  NORTHERN DISTRICT OF CALIFORNIA
14
                         OAKLAND DIVISION
15

| | |
|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| APPLE INC., et al., | ) ) |
| Defendants. | ) ) ) |

Case No. 4:19-cv-02033-YGR

CLASS ACTION

CERTIFICATE OF MARK SOLOMON
PURSUANT TO LOCAL RULE 3-7(d)

4811-7309-5579.v1

1    Pursuant to Northern District Local Rule 3-7(d), I, Mark Solomon, declare under penalty of

2    perjury that I do not directly own or otherwise have a beneficial interest in the securities that are the

3    subject of this action.

4    Executed this 1st day of July, 2019.

5

6                                                                    _____
                                                                            s/ Mark Solomon
                                                                            MARK SOLOMON

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

CERTIFICATE OF SERVICE

2          I hereby certify under penalty of perjury that on July 1, 2019, I authorized the electronic

3   filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send

4   notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I

5   hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the

6   non-CM/ECF participants indicated on the attached Manual Notice List.

7                                       s/ Mark Solomon
                                        MARK SOLOMON
8
                                        ROBBINS GELLER RUDMAN
9                                           & DOWD LLP
                                        655 West Broadway, Suite 1900
10                                      San Diego, CA  92101-8498
                                        Telephone:  619/231-1058
11                                      619/231-7423 (fax)

12                                      E-mail:  marks@rgrdlaw.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4811-7309-5579.v1

# Mailing Information for a Case 4:19-cv-02033-YGR City of Roseville Employees' Retirement System v. Apple Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Adam Marc Apton**
  aapton@zlk.com

- **Mary K. Blasy**
  mblasy@rgrdlaw.com

- **Melinda Haag**
  mhaag@orrick.com

- **James Neil Kramer**
  jkramer@orrick.com,lpatts@orrick.com,mwatkins@orrick.com,vmorse@orrick.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,disaacson@pomlaw.com,cgarcia@pomlaw.com,abarbosa@pomlaw.com

- **Samuel H. Rudman**
  srudman@rgrdlaw.com

- **Juan Carlos Sanchez**
  jsanchez@rgrdlaw.com

- **Alexander K. Talarides**
  atalarides@orrick.com,lpatts@orrick.com

- **James Matthew Wagstaffe**
  wagstaffe@wvbrlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,smorris@rgrdlaw.com,e_file_sd@rgrdlaw.com,1101510420@filings.docketbird.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)