# Exhibit A

| Security | AAPL US Equity |
|---|---|
| Start Date | 8/1/2017 0:00 |
| End Date | 1/2/2019 0:00 |
| Period | D |
| Currency | USD |

| Date | PX_LAST | PX_VOLUME |
|---|---|---|
| 8/1/2017 | 150.05 | 35368645 |
| 8/2/2017 | 157.14 | 69936800 |
| 8/3/2017 | 155.57 | 27097296 |
| 8/4/2017 | 156.39 | 20559852 |
| 8/7/2017 | 158.81 | 21870321 |
| 8/8/2017 | 160.08 | 36205896 |
| 8/9/2017 | 161.06 | 26131530 |
| 8/10/2017 | 155.32 | 40804273 |
| 8/11/2017 | 157.48 | 26257096 |
| 8/14/2017 | 159.85 | 22122734 |
| 8/15/2017 | 161.6 | 29465487 |
| 8/16/2017 | 160.95 | 27671612 |
| 8/17/2017 | 157.86 | 27940565 |
| 8/18/2017 | 157.5 | 27428069 |
| 8/21/2017 | 157.21 | 26368528 |
| 8/22/2017 | 159.78 | 21604585 |
| 8/23/2017 | 159.98 | 19399081 |
| 8/24/2017 | 159.27 | 19818918 |
| 8/25/2017 | 159.86 | 25480063 |
| 8/28/2017 | 161.47 | 25965972 |
| 8/29/2017 | 162.91 | 29516910 |
| 8/30/2017 | 163.35 | 27269584 |
| 8/31/2017 | 164 | 26785096 |
| 9/1/2017 | 164.05 | 16591051 |
| 9/5/2017 | 162.08 | 29536314 |
| 9/6/2017 | 161.91 | 21651726 |
| 9/7/2017 | 161.26 | 21928502 |
| 9/8/2017 | 158.63 | 28611535 |
| 9/11/2017 | 161.5 | 31580798 |
| 9/12/2017 | 160.86 | 71714046 |
| 9/13/2017 | 159.65 | 44907361 |
| 9/14/2017 | 158.28 | 23760749 |
| 9/15/2017 | 159.88 | 49114602 |
| 9/18/2017 | 158.67 | 28269435 |
| 9/19/2017 | 158.73 | 20810632 |
| 9/20/2017 | 156.07 | 52951364 |
| 9/21/2017 | 153.39 | 37511661 |
| 9/22/2017 | 151.89 | 46645443 |
| 9/25/2017 | 150.55 | 44387336 |
| 9/26/2017 | 153.14 | 36660045 |
| 9/27/2017 | 154.23 | 25504227 |
| 9/28/2017 | 153.28 | 22005455 |
| 9/29/2017 | 154.12 | 26299810 |
| 10/2/2017 | 153.81 | 18698842 |
| 10/3/2017 | 154.48 | 16230293 |
| 10/4/2017 | 153.48 | 20163750 |
| 10/5/2017 | 155.39 | 21283769 |
| 10/6/2017 | 155.3 | 17407558 |
| 10/9/2017 | 155.84 | 16262923 |
| 10/10/2017 | 155.9 | 15617014 |
| 10/11/2017 | 156.55 | 16905640 |
| 10/12/2017 | 156 | 16125054 |
| 10/13/2017 | 156.99 | 16394188 |
| 10/16/2017 | 159.88 | 24121452 |
| 10/17/2017 | 160.47 | 18997275 |
| 10/18/2017 | 159.76 | 16374164 |
| 10/19/2017 | 155.98 | 42584166 |
| 10/20/2017 | 156.25 | 23974146 |
| 10/23/2017 | 156.17 | 21984327 |
| 10/24/2017 | 157.1 | 17757230 |
| 10/25/2017 | 156.41 | 21207098 |
| 10/26/2017 | 157.41 | 17000469 |
| 10/27/2017 | 163.05 | 44454160 |
| 10/30/2017 | 166.72 | 44700772 |
| 10/31/2017 | 169.04 | 36046828 |
| 11/1/2017 | 166.89 | 33637762 |
| 11/2/2017 | 168.11 | 41393373 |

| Security | AAPL US Equity | | | |
|---|---|---|---|---|
| Start Date | 11/2/2018 0:00 | | | |
| End Date | 1/2/2019 0:00 | | 11/2/18 - 1/2/19 | 1,838,955,511 |
| Period | D | | 8/1/17 - 1/2/19 | 11,554,076,992 |
| Currency | USD | | | |

| Date | PX_LAST | PX_VOLUME |
|---|---|---|
| 11/2/2018 | 207.48 | 91328654 |
| 11/5/2018 | 201.59 | 66163669 |
| 11/6/2018 | 203.77 | 31882881 |
| 11/7/2018 | 209.95 | 33424434 |
| 11/8/2018 | 208.49 | 25362636 |
| 11/9/2018 | 204.47 | 34365750 |
| 11/12/2018 | 194.17 | 51135518 |
| 11/13/2018 | 192.23 | 46882936 |
| 11/14/2018 | 186.8 | 60800957 |
| 11/15/2018 | 191.41 | 46478801 |
| 11/16/2018 | 193.53 | 36928253 |
| 11/19/2018 | 185.86 | 41920872 |
| 11/20/2018 | 176.98 | 67825247 |
| 11/21/2018 | 176.78 | 31124210 |
| 11/23/2018 | 172.29 | 23623972 |
| 11/26/2018 | 174.62 | 44998520 |
| 11/27/2018 | 174.24 | 41387377 |
| 11/28/2018 | 180.94 | 46062539 |
| 11/29/2018 | 179.55 | 41769992 |
| 11/30/2018 | 178.58 | 39531549 |
| 12/3/2018 | 184.82 | 40798002 |
| 12/4/2018 | 176.69 | 41344282 |
| 12/6/2018 | 174.72 | 43098410 |
| 12/7/2018 | 168.49 | 42281631 |
| 12/10/2018 | 169.6 | 62025994 |
| 12/11/2018 | 168.63 | 47281665 |
| 12/12/2018 | 169.1 | 35627674 |
| 12/13/2018 | 170.95 | 31897827 |
| 12/14/2018 | 165.48 | 40703710 |
| 12/17/2018 | 163.94 | 44287922 |
| 12/18/2018 | 166.07 | 33841518 |
| 12/19/2018 | 160.89 | 49047297 |
| 12/20/2018 | 156.83 | 64772960 |
| 12/21/2018 | 150.73 | 95744384 |
| 12/24/2018 | 146.83 | 37169232 |
| 12/26/2018 | 157.17 | 58582544 |
| 12/27/2018 | 156.15 | 53117065 |
| 12/28/2018 | 156.23 | 42291424 |
| 12/31/2018 | 157.74 | 35003466 |
| 1/2/2019 | 157.92 | 37039737 |
| **Total** | | **1,838,955,511.00** |

| Date | Price | Volume |
|---|---|---|
| 11/3/2017 | 172.5 | 59398631 |
| 11/6/2017 | 174.25 | 35026306 |
| 11/7/2017 | 174.81 | 24361485 |
| 11/8/2017 | 176.24 | 24409527 |
| 11/9/2017 | 175.88 | 29482596 |
| 11/10/2017 | 174.67 | 25145500 |
| 11/13/2017 | 173.97 | 16982080 |
| 11/14/2017 | 171.34 | 24782487 |
| 11/15/2017 | 169.08 | 29158070 |
| 11/16/2017 | 171.1 | 23637484 |
| 11/17/2017 | 170.15 | 21899544 |
| 11/20/2017 | 169.98 | 16262447 |
| 11/21/2017 | 173.14 | 25131295 |
| 11/22/2017 | 174.96 | 25588925 |
| 11/24/2017 | 174.97 | 14026673 |
| 11/27/2017 | 174.09 | 20716802 |
| 11/28/2017 | 173.07 | 26428802 |
| 11/29/2017 | 169.48 | 41666364 |
| 11/30/2017 | 171.85 | 41527218 |
| 12/1/2017 | 171.05 | 39759288 |
| 12/4/2017 | 169.8 | 32542385 |
| 12/5/2017 | 169.64 | 27350154 |
| 12/6/2017 | 169.01 | 28560000 |
| 12/7/2017 | 169.32 | 25673308 |
| 12/8/2017 | 169.37 | 23355231 |
| 12/11/2017 | 172.67 | 35273759 |
| 12/12/2017 | 171.7 | 19409230 |
| 12/13/2017 | 172.27 | 23818447 |
| 12/14/2017 | 172.22 | 20476541 |
| 12/15/2017 | 173.97 | 40169307 |
| 12/18/2017 | 176.42 | 29421114 |
| 12/19/2017 | 174.54 | 27436447 |
| 12/20/2017 | 174.35 | 23475649 |
| 12/21/2017 | 175.01 | 20949896 |
| 12/22/2017 | 175.01 | 16349444 |
| 12/26/2017 | 170.57 | 33185536 |
| 12/27/2017 | 170.6 | 21498213 |
| 12/28/2017 | 171.08 | 16480187 |
| 12/29/2017 | 169.23 | 25999922 |
| 1/2/2018 | 172.26 | 25555934 |
| 1/3/2018 | 172.23 | 29517899 |
| 1/4/2018 | 173.03 | 22434597 |
| 1/5/2018 | 175 | 23660018 |
| 1/8/2018 | 174.35 | 20567766 |
| 1/9/2018 | 174.33 | 21583997 |
| 1/10/2018 | 174.29 | 23959895 |
| 1/11/2018 | 175.28 | 18667729 |
| 1/12/2018 | 177.09 | 25418080 |
| 1/16/2018 | 176.19 | 29565947 |
| 1/17/2018 | 179.1 | 34386836 |
| 1/18/2018 | 179.26 | 31193352 |
| 1/19/2018 | 178.46 | 32425067 |
| 1/22/2018 | 177 | 27108551 |
| 1/23/2018 | 177.04 | 32689146 |
| 1/24/2018 | 174.22 | 51105090 |
| 1/25/2018 | 171.11 | 41529004 |
| 1/26/2018 | 171.51 | 39143011 |
| 1/29/2018 | 167.96 | 50640406 |
| 1/30/2018 | 166.97 | 46048185 |
| 1/31/2018 | 167.43 | 32478930 |
| 2/1/2018 | 167.78 | 47230787 |
| 2/2/2018 | 160.5 | 86593825 |
| 2/5/2018 | 156.49 | 72738522 |
| 2/6/2018 | 163.03 | 68243838 |
| 2/7/2018 | 159.54 | 51608580 |
| 2/8/2018 | 155.15 | 54390516 |
| 2/9/2018 | 156.41 | 70672608 |
| 2/12/2018 | 162.71 | 60819539 |
| 2/13/2018 | 164.34 | 32549163 |
| 2/14/2018 | 167.37 | 40644933 |
| 2/15/2018 | 172.99 | 51147171 |
| 2/16/2018 | 172.43 | 40176091 |
| 2/20/2018 | 171.85 | 33930540 |
| 2/21/2018 | 171.07 | 37471623 |

| Date | Price | Volume |
|---|---|---|
| 2/22/2018 | 172.5 | 30991940 |
| 2/23/2018 | 175.5 | 33812360 |
| 2/26/2018 | 178.97 | 38162174 |
| 2/27/2018 | 178.39 | 38928125 |
| 2/28/2018 | 178.12 | 37782138 |
| 3/1/2018 | 175 | 48801970 |
| 3/2/2018 | 176.21 | 38453950 |
| 3/5/2018 | 176.82 | 28401366 |
| 3/6/2018 | 176.67 | 23788506 |
| 3/7/2018 | 175.03 | 31703462 |
| 3/8/2018 | 176.94 | 23774107 |
| 3/9/2018 | 179.98 | 32185162 |
| 3/12/2018 | 181.72 | 32207081 |
| 3/13/2018 | 179.97 | 31693529 |
| 3/14/2018 | 178.44 | 29368356 |
| 3/15/2018 | 178.65 | 22743798 |
| 3/16/2018 | 178.02 | 39404688 |
| 3/19/2018 | 175.3 | 33446771 |
| 3/20/2018 | 175.24 | 19649350 |
| 3/21/2018 | 171.27 | 37054935 |
| 3/22/2018 | 168.85 | 41490767 |
| 3/23/2018 | 164.94 | 41028784 |
| 3/26/2018 | 172.77 | 37541236 |
| 3/27/2018 | 168.34 | 40922579 |
| 3/28/2018 | 166.48 | 41668545 |
| 3/29/2018 | 167.78 | 38398505 |
| 4/2/2018 | 166.68 | 37586791 |
| 4/3/2018 | 168.39 | 30278046 |
| 4/4/2018 | 171.61 | 34605489 |
| 4/5/2018 | 172.8 | 26933197 |
| 4/6/2018 | 168.38 | 35005290 |
| 4/9/2018 | 170.05 | 29017718 |
| 4/10/2018 | 173.25 | 28614241 |
| 4/11/2018 | 172.44 | 22431640 |
| 4/12/2018 | 174.14 | 22889285 |
| 4/13/2018 | 174.73 | 25124255 |
| 4/16/2018 | 175.82 | 21578420 |
| 4/17/2018 | 178.24 | 26605442 |
| 4/18/2018 | 177.84 | 20754538 |
| 4/19/2018 | 172.8 | 34808800 |
| 4/20/2018 | 165.72 | 65491140 |
| 4/23/2018 | 165.24 | 36515477 |
| 4/24/2018 | 162.94 | 33692017 |
| 4/25/2018 | 163.65 | 28382084 |
| 4/26/2018 | 164.22 | 27963014 |
| 4/27/2018 | 162.32 | 35655839 |
| 4/30/2018 | 165.26 | 42427424 |
| 5/1/2018 | 169.1 | 53569376 |
| 5/2/2018 | 176.57 | 66539371 |
| 5/3/2018 | 176.89 | 34068180 |
| 5/4/2018 | 183.83 | 56201317 |
| 5/7/2018 | 185.16 | 42451423 |
| 5/8/2018 | 186.05 | 28402777 |
| 5/9/2018 | 187.36 | 23211241 |
| 5/10/2018 | 190.04 | 27989289 |
| 5/11/2018 | 188.59 | 26212221 |
| 5/14/2018 | 188.15 | 20778772 |
| 5/15/2018 | 186.44 | 23695159 |
| 5/16/2018 | 188.18 | 19183064 |
| 5/17/2018 | 186.99 | 17294029 |
| 5/18/2018 | 186.31 | 18297728 |
| 5/21/2018 | 187.63 | 18400787 |
| 5/22/2018 | 187.16 | 15240704 |
| 5/23/2018 | 188.36 | 20058415 |
| 5/24/2018 | 188.15 | 23233975 |
| 5/25/2018 | 188.58 | 17460963 |
| 5/29/2018 | 187.9 | 22514075 |
| 5/30/2018 | 187.5 | 18690547 |
| 5/31/2018 | 186.87 | 27482793 |
| 6/1/2018 | 190.24 | 23442510 |
| 6/4/2018 | 191.83 | 26266174 |
| 6/5/2018 | 193.31 | 21565963 |
| 6/6/2018 | 193.98 | 20933619 |
| 6/7/2018 | 193.46 | 21347180 |

| Date | Price | Volume |
|---|---|---|
| 6/8/2018 | 191.7 | 26656799 |
| 6/11/2018 | 191.23 | 18308460 |
| 6/12/2018 | 192.28 | 16911141 |
| 6/13/2018 | 190.7 | 21638393 |
| 6/14/2018 | 190.8 | 21610074 |
| 6/15/2018 | 188.84 | 61719160 |
| 6/18/2018 | 188.74 | 18484865 |
| 6/19/2018 | 185.69 | 33578455 |
| 6/20/2018 | 186.5 | 20628701 |
| 6/21/2018 | 185.46 | 25711898 |
| 6/22/2018 | 184.92 | 27200447 |
| 6/25/2018 | 182.17 | 31663096 |
| 6/26/2018 | 184.43 | 24569201 |
| 6/27/2018 | 184.16 | 25285328 |
| 6/28/2018 | 185.5 | 17365235 |
| 6/29/2018 | 185.11 | 22737666 |
| 7/2/2018 | 187.18 | 17731343 |
| 7/3/2018 | 183.92 | 13954806 |
| 7/5/2018 | 185.4 | 16604248 |
| 7/6/2018 | 187.97 | 17485245 |
| 7/9/2018 | 190.58 | 19756634 |
| 7/10/2018 | 190.35 | 15939149 |
| 7/11/2018 | 187.88 | 18831470 |
| 7/12/2018 | 191.03 | 18041131 |
| 7/13/2018 | 191.33 | 12519792 |
| 7/16/2018 | 190.91 | 15043110 |
| 7/17/2018 | 191.45 | 15534523 |
| 7/18/2018 | 190.4 | 16393381 |
| 7/19/2018 | 191.88 | 20286752 |
| 7/20/2018 | 191.44 | 20706042 |
| 7/23/2018 | 191.61 | 15989365 |
| 7/24/2018 | 193 | 18697898 |
| 7/25/2018 | 194.82 | 16830328 |
| 7/26/2018 | 194.21 | 19075964 |
| 7/27/2018 | 190.98 | 24023972 |
| 7/30/2018 | 189.91 | 21029535 |
| 7/31/2018 | 190.29 | 39373038 |
| 8/1/2018 | 201.5 | 67935716 |
| 8/2/2018 | 207.39 | 62404012 |
| 8/3/2018 | 207.99 | 33447396 |
| 8/6/2018 | 209.07 | 25425387 |
| 8/7/2018 | 207.11 | 25587387 |
| 8/8/2018 | 207.25 | 22525487 |
| 8/9/2018 | 208.88 | 23492626 |
| 8/10/2018 | 207.53 | 24611202 |
| 8/13/2018 | 208.87 | 25890880 |
| 8/14/2018 | 209.75 | 20748010 |
| 8/15/2018 | 210.24 | 28807564 |
| 8/16/2018 | 213.32 | 28500367 |
| 8/17/2018 | 217.58 | 35426997 |
| 8/20/2018 | 215.46 | 30287695 |
| 8/21/2018 | 215.04 | 26159755 |
| 8/22/2018 | 215.05 | 19018131 |
| 8/23/2018 | 215.49 | 18883224 |
| 8/24/2018 | 216.16 | 18476356 |
| 8/27/2018 | 217.94 | 20525117 |
| 8/28/2018 | 219.7 | 22776766 |
| 8/29/2018 | 222.98 | 27254804 |
| 8/30/2018 | 225.03 | 48793824 |
| 8/31/2018 | 227.63 | 43340134 |
| 9/4/2018 | 228.36 | 27390132 |
| 9/5/2018 | 226.87 | 33332960 |
| 9/6/2018 | 223.1 | 34289976 |
| 9/7/2018 | 221.3 | 37619810 |
| 9/10/2018 | 218.33 | 39516453 |
| 9/11/2018 | 223.85 | 35749049 |
| 9/12/2018 | 221.07 | 49278740 |
| 9/13/2018 | 226.41 | 41706377 |
| 9/14/2018 | 223.84 | 31999289 |
| 9/17/2018 | 217.88 | 37195133 |
| 9/18/2018 | 218.24 | 31571712 |
| 9/19/2018 | 218.37 | 27123833 |
| 9/20/2018 | 220.03 | 26608794 |
| 9/21/2018 | 217.66 | 96246748 |

| Date | Price | Volume |
|---|---|---|
| 9/24/2018 | 220.79 | 27693358 |
| 9/25/2018 | 222.19 | 24554379 |
| 9/26/2018 | 220.42 | 23984706 |
| 9/27/2018 | 224.95 | 30181227 |
| 9/28/2018 | 225.74 | 22929364 |
| 10/1/2018 | 227.26 | 23600802 |
| 10/2/2018 | 229.28 | 24788170 |
| 10/3/2018 | 232.07 | 28654799 |
| 10/4/2018 | 227.99 | 32042000 |
| 10/5/2018 | 224.29 | 33580463 |
| 10/8/2018 | 223.77 | 29663923 |
| 10/9/2018 | 226.87 | 26891029 |
| 10/10/2018 | 216.36 | 41990554 |
| 10/11/2018 | 214.45 | 53124392 |
| 10/12/2018 | 222.11 | 40337851 |
| 10/15/2018 | 217.36 | 30791007 |
| 10/16/2018 | 222.15 | 29183963 |
| 10/17/2018 | 221.19 | 22885397 |
| 10/18/2018 | 216.02 | 32581315 |
| 10/19/2018 | 219.31 | 33078726 |
| 10/22/2018 | 220.65 | 28792082 |
| 10/23/2018 | 222.73 | 38767846 |
| 10/24/2018 | 215.09 | 40925163 |
| 10/25/2018 | 219.8 | 29855768 |
| 10/26/2018 | 216.3 | 47258375 |
| 10/29/2018 | 212.24 | 45935520 |
| 10/30/2018 | 213.3 | 36659990 |
| 10/31/2018 | 218.86 | 38358933 |
| 11/1/2018 | 222.22 | 58323180 |
| 11/2/2018 | 207.48 | 91328654 |
| 11/5/2018 | 201.59 | 66163669 |
| 11/6/2018 | 203.77 | 31882881 |
| 11/7/2018 | 209.95 | 33424434 |
| 11/8/2018 | 208.49 | 25362636 |
| 11/9/2018 | 204.47 | 34365750 |
| 11/12/2018 | 194.17 | 51135518 |
| 11/13/2018 | 192.23 | 46882936 |
| 11/14/2018 | 186.8 | 60800957 |
| 11/15/2018 | 191.41 | 46478801 |
| 11/16/2018 | 193.53 | 36928253 |
| 11/19/2018 | 185.86 | 41920872 |
| 11/20/2018 | 176.98 | 67825247 |
| 11/21/2018 | 176.78 | 31124210 |
| 11/23/2018 | 172.29 | 23623972 |
| 11/26/2018 | 174.62 | 44998520 |
| 11/27/2018 | 174.24 | 41387377 |
| 11/28/2018 | 180.94 | 46062539 |
| 11/29/2018 | 179.55 | 41769992 |
| 11/30/2018 | 178.58 | 39531549 |
| 12/3/2018 | 184.82 | 40798002 |
| 12/4/2018 | 176.69 | 41344282 |
| 12/6/2018 | 174.72 | 43098410 |
| 12/7/2018 | 168.49 | 42281631 |
| 12/10/2018 | 169.6 | 62025994 |
| 12/11/2018 | 168.63 | 47281665 |
| 12/12/2018 | 169.1 | 35627674 |
| 12/13/2018 | 170.95 | 31897827 |
| 12/14/2018 | 165.48 | 40703710 |
| 12/17/2018 | 163.94 | 44287922 |
| 12/18/2018 | 166.07 | 33841518 |
| 12/19/2018 | 160.89 | 49047297 |
| 12/20/2018 | 156.83 | 64772960 |
| 12/21/2018 | 150.73 | 95744384 |
| 12/24/2018 | 146.83 | 37169232 |
| 12/26/2018 | 157.17 | 58582544 |
| 12/27/2018 | 156.15 | 53117065 |
| 12/28/2018 | 156.23 | 42291424 |
| 12/31/2018 | 157.74 | 35003466 |
| 1/2/2019 | 157.92 | 37039737 |

**Total**     **11,554,076,992.00**