# Exhibit B

**Four Factors Analysis for Employees' Retirement System of the State of Rhode Island**

| Class Period | Total # Shares Bought | # Net Shares Bought | Net Expenditures (Cost - Proceeds) | LIFO (Loss)/Gain |
|---|---|---|---|---|
| 8/1/17 - 1/2/19 | 241,460 | 98,636 | ($19,823,653) | ($4,101,951) |
| 11/2/18 - 1/2/19 | 1,300 | -400 | $28,365 | ($31,927) |