Exhibit C

**Four Factors Analysis for Steamfitters Local 449 Pension Plan**

| Class Period | Total # Shares Bought | # Net Shares Bought | Net Expenditures (Cost - Proceeds) | LIFO (Loss)/Gain |
|---|---|---|---|---|
| 8/1/17 - 1/2/19 | 2,000 | -2,300 | $375,067 | ($35,927) |
| 11/2/18 - 1/2/19 | 1,500 | 1,500 | ($271,158) | ($25,969) |