**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Tel: (415) 373-1671
Email: aapton@zlk.com

*Attorneys for Movant Richard Rodriguez*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, Individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>APPLE INC., TIMOTHY D. COOK, and LUCA MAESTRI,<br><br>Defendants. | No. 4:19-cv-02033-YGR<br><br>Hon. Yvonne Gonzalez Rogers<br><br>**WITHDRAWAL OF RICHARD RODRIGUEZ'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**<br><br>Date: August 13, 2019<br>Time: 2:00 p.m.<br>Courtroom: 1-4th Floor |
| PRIYAM REDDY, Individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>APPLE INC., TIMOTHY D. COOK, and LUCA MAESTRI,<br><br>Defendants. | No. 3:19-cv-02615-LHK<br><br>Hon. Lucy H. Koh |

*[Caption Continued on Next Page]*

| | |
|---|---|
| STEAMFITTERS LOCAL 449 PENSION PLAN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>APPLE INC., TIMOTHY D. COOK, and LUCA MAESTRI,<br><br>Defendants. | No. 3:19-cv-02891-JD<br><br>Hon. James Donato |

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that Richard Rodriguez ("Movant") respectfully withdraws his motion for consolidation of the above-captioned actions (the "Actions"), appointment as Lead Plaintiff, and approval of his selection of Lead Counsel.  On June 17, 2019, Movant timely filed a motion for consolidation of the actions, appointment as Lead Plaintiff, and approval of selection of counsel, stating that he suffered losses of approximately $384,348.07 in financial losses in connection with his purchases of Apple Inc. securities during the Class Period. Similar motions for appointment as lead plaintiff and approval of selection of counsel were filed by other putative class members in the Actions.

The Private Securities Litigation Reform Act of 1995 ("PSLRA") provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Based upon a review of the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that, while Movant is well-qualified to serve as Lead Plaintiff in the Actions, he does not possess the "largest financial interest in the relief sought by the class" as required by the PSLRA.  15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb).

Movant reserves all rights with respect to his membership in the proposed class and his

right to share in any recovery obtained for the benefit of the class. He also stands ready, willing and able to serve as lead plaintiff if the Court should find it necessary.

Dated: July 15, 2019

**LEVI & KORSINSKY, LLP**

/s/ Adam M. Apton
Adam M. Apton (SBN 316506)
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Tel: (415) 373-1671
Email: aapton@zlk.com

*Attorneys for Movant Richard Rodriguez*