1  MELINDA L. HAAG (SBN 132612)
   mhaag@orrick.com
2  JAMES N. KRAMER (SBN 154709)
   jkramer@orrick.com
3  ALEXANDER K. TALARIDES (SBN 268068)
   atalarides@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone: (415) 773-5700
   Facsimile: (415) 773-5759
7
   Attorneys for Defendants
8  Apple Inc., Timothy D. Cook and Luca Maestri

9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                      OAKLAND DIVISION

13

| | |
|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., TIMOTHY D. COOK and LUCA MAESTRI,<br><br>Defendants. | Case No. 4:19-cv-02033-YGR<br><br>**DEFENDANTS' STATEMENT IN SUPPORT OF CONSOLIDATION OF ALL RELATED CASES**<br><br>Date: August 13, 2019<br>Time: 2:00 PM<br>Courtroom: 1, 4th Floor<br>Judge: Hon. Yvonne Gonzales Rogers |
| PRIYAM REDDY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., TIMOTHY D. COOK and LUCA MAESTRI,<br><br>Defendants. | Case No. 4:19-cv-02615-YGR<br><br>Judge Yvonne Gonzales Rogers |

*(Caption continues on next page...)*

| | |
|---|---|
| STEAMFITTERS LOCAL 449 PENSION PLAN, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> v.<br><br>APPLE INC., TIMOTHY D. COOK and LUCA MAESTRI,<br><br>    Defendants. | Case No. 4:19-cv-02891-YGR<br><br>Judge Yvonne Gonzales Rogers |

1   Defendants Apple Inc. ("Apple"), Timothy D. Cook and Luca Maestri respectfully submit
2   this statement in support of consolidating the above-captioned putative securities class actions.
3   Defendants take no position on the competing motions for the appointment of a lead
4   plaintiff pending before the Court,[1] and believe that the claims asserted in all three actions are
5   without merit, as Defendants' eventual motion to dismiss will show.  Defendants agree, however,
6   with lead plaintiff movants Employees' Retirement System of the State of Rhode Island, Richard
7   Rodriquez, Michael Grecco, Shaikh M. Ahmad, and Shahtaj M. Ahmad that the *City of Roseville*,
8   *Reddy* and *Steamfitters* actions—which the Court has already determined are related to each
9   other[2]—should be consolidated together.
10   Rule 42(a) "does not require complaints to be identical for purposes of consolidation."
11   *Felix v. Symantec Corp.*, 2018 WL 4029053, at *2 (N.D. Cal. Aug. 23, 2018).  It only requires
12   that complaints "involve a common question of law or fact."  Fed. R. Civ. P. 42(a).  "Differences
13   in causes of action, defendants, or the class period do not render consolidation inappropriate if the
14   cases present sufficiently common questions of fact and law, and the differences do not outweigh
15   the interests of judicial economy served by consolidation."  *Ali v. Intel Corp.*, 2018 WL 2412111,
16   at *2 n.4 (N.D. Cal. May 29, 2018) (Rogers, J.) (internal quotation marks omitted).  And "[c]ourts
17   have recognized that class action shareholder suits [that share common questions of fact and law]
18   are particularly well suited to consolidation pursuant to Rule 42(a) because unification expedites
19   pretrial proceedings, reduces case duplication, avoids the need to contact parties and witnesses for
20   multiple proceedings, and minimizes the expenditure of time and money for all parties involved."
21   *Miami Police Relief & Pension Fund v. Fusion-io, Inc.*, 2014 WL 2604991, at *3 (N.D. Cal. June
22   10, 2014).
23   The *City of Roseville*, *Reddy* and *Steamfitters* actions share numerous common questions
24   of fact and law.  Among other things, all three actions:
25   • Name the same defendants, *City of Roseville*, Dkt. No. 1 at ¶¶ 20-22; *Steamfitters*,
26     Dkt. No. 1 at ¶¶ 18-20; *Reddy*, Dkt. No. 1 at ¶¶ 22-24;

---

[1] *See City of Roseville*, Dkt. Nos. 20, 26, 36, 42.

[2] *See City of Roseville*, Dkt. Nos. 19, 21.

1    • Allege the same causes of action, *City of Roseville*, Dkt. No. 1 at ¶¶ 50-55;
2       *Steamfitters*, Dkt. No. 1 at ¶¶ 88-93; *Reddy*, Dkt. No. 1 at ¶¶ 59-64;
3    • Allege that Defendants' made false and misleading statements regarding customer
4       demand for the same product (iPhone), *City of Roseville*, Dkt. No. 1 at ¶¶ 9-11, 24-30;
5       *Steamfitters*, Dkt. No. 1 at ¶¶ 5-10, 36-58; *Reddy*, Dkt. No. 1 at ¶¶ 9-11, 33-39;
6    • Allege the same theories of fraud, including that "Defendants knew and failed to
7       disclose or deliberately disregarded . . . (a) that the U.S.-China trade war had
8       negatively impacted demand for iPhones and Apple's pricing power in greater China .
9       . . [and] (b) that the rate at which Apple customers were replacing their batteries in
10      older iPhones rather than purchasing new iPhones was negatively impacting Apple's
11      iPhone sales growth," *City of Roseville*, Dkt. No. 1 at ¶¶ 12, 31; *Steamfitters*, Dkt. No.
12      1 at ¶¶ 13, 58; *Reddy*, Dkt. No. 1 at ¶¶ 12, 40;
13   • Allege overlapping class periods that end on the same date, *City of Roseville*, Dkt. No.
14      1 at ¶ 1; *Steamfitters*, Dkt. No. 1 at ¶ 1; *Reddy*, Dkt. No. 1 at ¶ 1; and
15   • Allege the same "corrective" disclosure by alleging that Defendants' purported fraud
16      was revealed to the market on January 2, 2019, when Mr. Cook disclosed in a letter to
17      investors that Apple was lowering its quarterly revenue forecast for the first quarter of
18      2019 to $84 billion, *City of Roseville*, Dkt. No. 1 at ¶ 35; *Steamfitters*, Dkt. No. 1 at ¶
19      59; *Reddy*, Dkt. No. 1 at ¶ 44.

20      Given that the *City of Roseville*, *Steamfitters* and *Reddy* actions share a multitude of
21 common questions of fact and law, and in light of courts' universal recognition that "securities
22 class actions are particularly suited to consolidation," *In re Century Aluminum Co. Sec. Litig.*,
23 2009 WL 2905962, at *2 (N.D. Cal. Sept. 8, 2009), Defendants respectfully submit that all three
24 related actions should be consolidated.
25 //
26 //
27 //
28 //

| | |
|---|---|
| Dated: August 6, 2019 | MELINDA L. HAAG<br>JAMES N. KRAMER<br>ALEXANDER K. TALARIDES<br>**ORRICK HERRINGTON & SUTCLIFFE LLP**<br><br>*/s/ James N. Kramer*<br>JAMES N. KRAMER<br>Attorneys for Defendants Apple Inc., Timothy D. Cook and Luca Maestri |