Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

City of Roseville Employees' Retirement System, et al.,

Plaintiff(s),

v.

Apple, Inc., et al.,

Defendant(s).

Case No: 4:19-cv-02033-YGR

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Carol C. Villegas , an active member in good standing of the bar of the State of New York , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Employees' Ret. Sys. of the State of Rhode Island in the above-entitled action. My local co-counsel in this case is James M. Wagstaffe , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Labaton Sucharow LLP<br>140 Broadway<br>New York, NY 10005 | Wagstaffe, von Loewenfeldt, Busch & Radwick LLP<br>100 Pine Street, Suite 725<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD:<br>(212) 907-0700 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 357-8910 |
| MY EMAIL ADDRESS OF RECORD:<br>cvillegas@labaton.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>wagstaffe@wvbrlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: NY 4154324 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 08/09/19

Carol C. Villegas
APPLICANT

---

# ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Carol C. Villegas is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                        *October 2012*