UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: 8/13/19 | Time: 2:15pm-2:44pm | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 19-cv-02033-YGR | Case Name: City of Roseville Employees' Retirement System v. Apple Inc. | |

**Attorney for Movant Norfolk County Council as Admin. Authority of Norfolk Pension Fund:  Danielle Myers and Shawn Williams and Mark Solomon**
Alex Younger representative Norfolk County Pension Fund

**Attorney for Lead Plaintiff/Movant Employees' Retirement Sys of State of Rhode Island: Francis McConville and Carol Villegas.**
Amy Crane representative General Treasurer Office/State of Rhode Island

**Attorney for Defendant: Melinda Haag and James Kramer** for Apple, Inc., Timothy D. Cook and Luca Maestri

(No appearance) by Counsel for Defendant Apple Investor Group: Michael Grecco, Shaikh M. Ahmad, Shahtaj M. Ahmad
(No appearance) for Party Priyam Reddy (listed as interested party on ECF docket in this case)

| **Deputy Clerk:** Frances Stone | **Court Reporter:** Diane Skillman |
|---|---|

### PROCEEDINGS

MOTION to Appoint Lead Plaintiff and Lead Counsel *of the Employees' Retirement System of the State of Rhode Island and*, MOTION to Consolidate Cases [Dkt. No. 26]- HELD AND SUBMITTED.

MOTION to Consolidate Cases , MOTION to Appoint Lead Plaintiff and Lead Counsel filed by Apple Investor Group: Michael Grecco, Shaikh M. Ahmad, Shahtaj M. Ahmad [Dkt. No. 42]- HELD AND SUBMITTED.

MOTION to Consolidate Cases , MOTION to Appoint Lead Plaintiff and Lead Counsel filed by Norfolk County Council as Administering Authority of the Norfolk Pension Fund [Dkt. No. 36]- HELD AND SUBMITTED.

Consolidated Complaint filed by 9/30/19
Motion to Dismiss filed 11/15/2020
Response to Motion filed 1/10/2020
Reply filed 2/7/2020
Hearing on Motion set for 3/3/2020 at 2:00pm      [CONTINUED ON NEXT PAGE]

PAGE TWO:

| **Date:** 8/13/19 | **Time:** 2:15pm-2:44pm | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 19-cv-02033-YGR | **Case Name:** City of Roseville Employees' Retirement System v. Apple Inc. | |

No later than 1/17/2020 Movant Norfolk County Council as Admin of Norfolk Pension Fund may file a brief of 5 pages as to what would like to brief.

**Order to be prepared by: Court**