1  **LABATON SUCHAROW LLP**
   Carol C. Villegas
2  Christine M. Fox (*pro hac vice* pending)
   140 Broadway
3  New York, New York 10005
   Telephone: (212) 907-0700
4  Facsimile: (212) 818-0477
   cvillegas@labaton.com
5  cfox@labaton.com

6  *Counsel for Lead Plaintiff*
   *Employees' Retirement System of the*
7  *State of Rhode Island and Lead Counsel*
   *for the Class*
8
   **WAGSTAFFE, VON**
9  **LOEWENFELDT,**
   **BUSCH & RADWICK LLP**
10 James M. Wagstaffe (SBN 95535)
   Frank Busch (SBN 258288)
11 100 Pine Street, Suite 725
   San Francisco, California 94111
12 Telephone: (415) 357-8900
   Facsimile: (415) 357-8910
13 wagstaffe@wvbrlaw.com
   busch@wvbrlaw.com
14
   *Liaison Counsel for Lead Plaintiff*
15 *Employees' Retirement System of the*
   *State of Rhode Island*
16
                    **UNITED STATES DISTRICT COURT**
17
                    **NORTHERN DISTRICT OF CALIFORNIA**
18
                              **OAKLAND DIVISION**
19
                                                )
20                                              )
                                                )  Civil Action No. 4:19-cv-02033-YGR
21                                              )
                                                )
22 IN RE APPLE INC. SECURITIES                  )  **NOTICE OF ERRATA RE: JOINT**
   LITIGATION                                   )  **STIPULATION AND [PROPOSED]**
23                                              )  **ORDER TO EXTEND FILING**
                                                )  **DEADLINES**
24                                              )
                                                )
25                                              )
                                                )
26                                              )
   _____      )
27

28

---

CASE NO. 19-CV-02033-YGR                    NOTICE OF ERRATA RE: JOINT STIPULATION AND
                                            [PROPOSED] ORDER TO EXTEND FILING DEADLINES

PLEASE TAKE NOTICE that Lead Plaintiff Employees' Retirement System of the State of Rhode Island ("Lead Plaintiff") and Defendants Apple Inc., Timothy D. Cook, and Luca Maestri ("Defendants" and collectively with Lead Plaintiff, the "Parties"), by and through their undersigned counsel, hereby notify the Court of the following:

WHEREAS, on September 20, 2019, the Parties filed a stipulation and proposed order with the Court reflecting their agreement to extend the filing deadlines laid out below (the "Stipulation").  ECF No. 74.

WHEREAS, on September 20, 2019, subsequent to the filing of the Stipulation, counsel for nonparty Norfolk notified Lead Plaintiff by electronic mail that nonparty Norfolk had a deadline affected by the Stipulation, and had not been contacted about nor provided consent to the new deadlines in the Stipulation.

WHEREAS, on September 20, 2019, Lead Plaintiff promptly: (1) informed counsel for nonparty Norfolk that the error was inadvertent; (2) explained that the filing extension requested by Lead Plaintiff was in the best interest of the putative Class; and (3) requested nonparty Norfolk's consent to the filing of the Stipulation.

WHEREAS, on September 21, 2019, nonparty Norfolk denied Lead Plaintiff's request for consent to the filing schedule detailed in the Stipulation.

WHEREAS, a corrected copy of the Stipulation is attached hereto as Exhibit 1.

[signatures on following page]

| | |
|---|---|
| 1 | DATED: September 23, 2019 |
| 2 | Respectfully submitted, |

/s/ Carol C. Villegas
**LABATON SUCHAROW LLP**
Carol C. Villegas
Christine M. Fox (*pro hac vice* forthcoming)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
cvillegas@labaton.com
cfox@labaton.com

*Counsel for Lead Plaintiff Employees' Retirement System of the State of Rhode Island and Lead Counsel for the Class*

/s/ James M. Wagstaffe
**WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP**
James M. Wagstaffe (SBN 95535)
Frank Busch (SBN 258288)
100 Pine Street, Suite 725
San Francisco, California 94111
Telephone: (415) 357-8900
Facsimile: (415) 357-8910
wagstaffe@wvbrlaw.com
busch@wvbrlaw.com

*Liaison Counsel for Lead Plaintiff Employees' Retirement System of the State of Rhode Island*