MELINDA L. HAAG (SBN 132612)
mhaag@orrick.com
JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    (415) 773-5700
Facsimile:     (415) 773-5957

Attorneys for Defendant Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE APPLE INC. SECURITIES LITIGATION | Case No. 4:19-cv-02033-YGR<br><br>**DECLARATION OF ALEXANDER K. TALARIDES IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**<br><br>Judge:  Yvonne Gonzalez Rogers |
|---|---|
| TERRENCE ZEHRER, Derivatively on behalf of APPLE INC.,<br><br>             Plaintiff,<br><br>     v.<br><br>TIMOTHY D. COOK, LUCA MAESTRI, CRAIG FEDERIGHI, ARTHUR D. LEVINSON, ALBERT GORE, JR., ANDREA JUNG, JAMES A BELL, RONALD D. SUGAR, ROGERT A. IGER, and SUSAN L. WAGNER,<br><br>             Defendants.<br><br>     -and-<br><br>APPLE INC., a California Corporation,<br><br>             Nominal Defendant. | Case No. 19-cv-05153-EJD<br><br>Judge:  Edward J. Davila |

DECLARATION OF ALEXANDER K. TALARIDES ISO
ADMINISTRATIVE MOTION TO RELATE CASES –
CASE NO. 19-CV-02033-YGR

4149-9867-9839.1

1   I, Alexander K. Talarides, declare as follows:

2   1.   I am a partner at Orrick, Herrington, & Sutcliffe LLP, counsel for nominal defendant Apple Inc. ("Apple") in *Zehrer v. Cook, et al.,* Case No. 19-cv-05153-EJD ("Zehrer Action"); and counsel for defendants Apple, Timothy Cook and Luca Maestri in *City of Roseville Employees' Retirement System v. Apple Inc. et al.,* Case No. 19-cv-02033-YGR, *Reddy v. Apple Inc., et al.,* Case No. 19-cv-02615-LHK, and *Steamfitters Local 449 Pension Plan v. Apple Inc. et al.,* Case No. 19-cv-02891-JD, which were consolidated under the caption *In re Apple Inc. Securities Litigation*, Case No. 4:19-cv-02033-YGR ("Securities Litigation") on August 14, 2019. I submit this declaration in support of Appel's Administrative Motion to consider whether the Zehrer Action should be deemed related to the Securities Litigation pursuant to Civil Local Rule 3-12 (the "Motion"). I have personal knowledge of the matters set forth in this declaration, and if called upon to do so I could and would testify thereto.

3.   2.   Attached as Exhibit A is a true and correct copy of the complaint in the Zehrer Action.

4.   3.   Attached as Exhibit B is a true and correct copy of the complaint in *Steamfitters Local 449 Pension Plan v. Apple Inc. et al.,* Case No. 19-cv-02891-JD, which is the complaint that was filed by counsel for the Court-appointed Lead Plaintiff in the Securities Litigation.

5.   4.   I conferred with Carol Villegas of Labaton Sucharow LLP, counsel for the Lead Plaintiff in the Securities Litigation, by telephone on September 23, 2019 in connection with the Motion. Ms. Villegas advised me that the Lead Plaintiff in the Securities Litigation does not oppose the Motion.

6.   5.   I conferred with Ashley Rifkin of Robbins Arroyo LLP, counsel for Plaintiff Terrence Zehrer in the Zehrer Action, by telephone and vial email on September 23, 2019, in connection with the Motion. Ms. Rifkin advised me that Mr. Zehrer opposes the Motion. A true and correct copy of Ms. Rifkin's email to me regarding Mr. Zehrer's position on the Motion, and my response thereto, is attached hereto as Exhibit C.

- 1 -

1  I declare under penalty of perjury under the laws of California and the United States of
2  America that the foregoing is true and correct, and that I have signed this declaration on
3  September 24, 2019 in San Francisco, California.

4
5                                            _____/s/ *Alexander K. Talarides*_____
6                                            ALEXANDER K. TALARIDES

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -

DECLARATION OF ALEXANDER K. TALARIDES ISO
ADMINISTRATIVE MOTION TO RELATE CASES –
CASE NO. 19-CV-02033-YGR

4149-9867-9839.1