# EXHIBIT C

| | |
|---|---|
| **From:** | Talarides, Alex |
| **To:** | Ashley R. Rifkin |
| **Cc:** | Craig W. Smith; Steve Wedeking; Kramer, James N. |
| **Subject:** | RE: Apple |
| **Date:** | Monday, September 23, 2019 6:20:25 PM |
| **Attachments:** | image002.png |

Ashley –

The reasons why we believe the derivative case should be deemed related to the securities case under C.L. Rule 3-12(a) will be spelled out in our administrative motion, and have been explained to you in our prior conversations. The suggestion that we are judge shopping is, frankly, insulting and does not merit a response. You obviously disagree with our assessment, and we'll note that in our motion. Your concern that we will omit information about the consumer case is unfounded, since our motion will explain the reasons why we believe the derivative case, while factually related in part to the consumer case, should not be deemed related to the consumer case pursuant to C.L. Rule 3-12(a). You are free to respond to our position in opposition to our motion. I note, also, that the derivative case is currently assigned to Judge Davila, *i.e.*, the same judge presiding over the consumer case, and notwithstanding your designation of relatedness in the Civil Cover Sheet, he has yet to order the derivative case related to the consumer case. In any event, Judge Davila will receive a copy of our motion, and so your suggestion that the judges assigned to the three cases will not have a complete and accurate presentation of the cases and their factual overlap (or lack thereof) is false.

Best regards,
Alex

---

**From:** Ashley R. Rifkin <ARifkin@robbinsarroyo.com>
**Sent:** Monday, September 23, 2019 5:10 PM
**To:** Talarides, Alex <atalarides@orrick.com>
**Cc:** Craig W. Smith <CSmith@robbinsarroyo.com>; Steve Wedeking <SWedeking@robbinsarroyo.com>
**Subject:** RE: Apple

Alex,

Plaintiff opposes your Administrative Motion to Relate this derivative action to the securities action. The core allegations in the derivative action concern the wrongdoing at issue in the consumer action (which is why we identified it as related in our Civil Cover Sheet). Plaintiff recognizes that the securities action has some factual overlap with both this action and the consumer action. But the securities action and the derivative action are not "related" per this Court's Local Rules, as there is no risk of "an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civil L.R. 3-12(a). Your suggestion otherwise appears to be judge shopping.

And we're now concerned that your Administrative Motion to Relate will omit critical information regarding why the derivative action is "related" to the consumer case within the requirements of L.R. 3-12(a). Depending on your arguments, we may find it necessary to file an Administrative Motion to Relate the derivative and consumer actions. We want to ensure that the judges have a complete and accurate presentation of all three cases, and their factual overlap or lack thereof. Thus, please let us know your position on a Motion to relate the derivative and consumer actions.

Thanks,

Ashley

Ashley R. Rifkin
Attorney at Law
Robbins Arroyo LLP

---

**From:** Talarides, Alex <atalarides@orrick.com>
**Sent:** Monday, September 23, 2019 12:21 PM
**To:** Ashley R. Rifkin <ARifkin@robbinsarroyo.com>
**Subject:** Apple

Hi Ashley –

Just left you a VM.  Do you have a few minutes to chat this afternoon about the recent cases filed and a few related matters?

**Alex Talarides**
Partner
Securities Litigation, Investigations and Enforcement

Orrick
San Francisco
T +1-415-773-4254
M +1-415-860-2655
atalarides@orrick.com


Securities Litigation Blog

---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.