1   MELINDA L. HAAG (SBN 132612)
    mhaag@orrick.com
2   JAMES N. KRAMER (SBN 154709)
    jkramer@orrick.com
3   ALEXANDER K. TALARIDES (SBN 268068)
    atalarides@orrick.com
4   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
5   405 Howard Street
    San Francisco, CA  94105-2669
6   Telephone:      (415) 773-5700
    Facsimile:      (415) 773-5957
7
    Attorneys for Defendant Apple Inc.
8

9                        UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11

12   IN RE APPLE INC. SECURITIES          Case No. 4:19-cv-02033-YGR
     LITIGATION
13                                         **[PROPOSED] ORDER GRANTING
                                           ADMINISTRATIVE MOTION TO
14                                         CONSIDER WHETHER CASES
                                           SHOULD BE RLATED PURSUANT TO
15                                         CIVIL LOCAL RULE 3-12**

16                                         Judge:  Yvonne Gonzalez Rogers

17   TERRENCE ZEHRER, Derivatively on behalf   Case No. 19-cv-05153-EJD
     of APPLE INC.,
18                                             Judge:  Edward J. Davila
                     Plaintiff,
19
            v.
20
     TIMOTHY D. COOK, LUCA MAESTRI,
21   CRAIG FEDERIGHI, ARTHUR D.
     LEVINSON, ALBERT GORE, JR., ANDREA
22   JUNG, JAMES A BELL, RONALD D.
     SUGAR, ROGERT A. IGER, and SUSAN L.
23   WAGNER,

24                   Defendants.

25          -and-

26   APPLE INC., a California Corporation,

27                   Nominal Defendant.

28

4128-0125-7759.1

Before the Court is the Administrative Motion to Consider Whether Cases Should be Related filed by Defendant Apple Inc. ("Apple") on September 24, 2019 pursuant to Civ. L.R. 3-12 (the "Motion").

The Court, having fully considered the papers and pleadings on file and submitted herewith, and good cause appearing, HEREBY ORDERS as follows:

1.      The Motion is GRANTED;

2.      Pursuant to Civ. L.R. 3-12, the action captioned *Zehrer v. Cook, et al.,* Case No. 19-cv-05153-EJD is deemed related to the consolidated action captioned *In re Apple Inc. Securities Litigation*, Case No. 4:19-cv-02033-YGR.

Accordingly, the action entitled *Zehrer v. Cook, et al.,* Case No. 19-cv-05153-EJD is hereby reassigned to the Honorable Yvonne Gonzalez Rogers, who is assigned to *In re Apple Inc. Securities Litigation*, Case No. 4:19-cv-02033-YGR.

Dated: September ___, 2019

_____
HONORABLE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

.

- 1 -