MELINDA L. HAAG (SBN 132612)
mhaag@orrick.com
JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   (415) 773-5700
Facsimile:   (415) 773-5957

Attorneys for Defendant Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Case No. 4:19-cv-02033-YGR<br><br>**PROOF OF SERVICE BY ELECTRONIC, U.S. MAIL AND HAND DELIVERY**<br><br>Judge:  Yvonne Gonzalez Rogers |
| TERRENCE ZEHRER, Derivatively on behalf of APPLE INC.,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY D. COOK, LUCA MAESTRI, CRAIG FEDERIGHI, ARTHUR D. LEVINSON, ALBERT GORE, JR., ANDREA JUNG, JAMES A BELL, RONALD D. SUGAR, ROGERT A. IGER, and SUSAN L. WAGNER,<br><br>Defendants.<br><br>-and-<br><br>APPLE INC., a California Corporation,<br><br>Nominal Defendant. | Case No. 19-cv-05153-EJD<br><br>Judge:  Edward J. Davila |

**CERTIFICATE OF SERVICE**

I, Alexander K. Talarides, certify that on the 24th of September 2019, I caused the foregoing documents: **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12; DECLARATION OF ALEXANDER K. TALARIDES IN SUPPORT THEREOF, AND EXHIBITS A-C; [PROPOSED] ORDER GRANTING MOTION** to be electronically transmitted to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants and attorneys of records:

- Adam Marc Apton:  aapton@zlk.com

- Carol C. Villegas: cvillegas@labaton.com, 5739893420@filings.docketbird.com, acarpio@labaton.com, acoquin@labaton.com, electroniccasefiling@labaton.com, fmalonzo@labaton.com, jchristie@labaton.com, lpina@labaton.com

- Danielle Suzanne Myers: dmyers@rgrdlaw.com, dmyers@ecf.courtdrive.com, e_file_sd@rgrdlaw.com

- Francis P McConville: fmcconville@labaton.com, 9849246420@filings.docketbird.com, electroniccasefiling@labaton.com, HChang@labaton.com, lpina@labaton.com

- James Matthew Wagstaffe: wagstaffe@wvbrlaw.com

- Jennifer Pafiti: jpafiti@pomlaw.com, abarbosa@pomlaw.com, cgarcia@pomlaw.com, disaacson@pomlaw.com

- Juan Carlos Sanchez:  jsanchez@rgrdlaw.com

- Mark Solomon:  marks@rgrdlaw.com, e_file_sd@rgrdlaw.com, e_file_sf@rgrdlaw.com

- Mary K. Blasy:  mblasy@rgrdlaw.com

- Samuel H. Rudman:  srudman@rgrdlaw.com

- Shawn A. Williams: shawnw@rgrdlaw.com, 1101510420@filings.docketbird.com, e_file_sd@rgrdlaw.com, smorris@rgrdlaw.com

| | |
|---|---|
| 1 | **Notice has been sent via Hand Delivery to the following Presiding Judge in *Zehrer v. Cook, et al.,* Case No. 19-cv-05153-EJD action:** |
| 2 | |
| 3 | Honorable Judge Edward J. Davila<br>United States District Court of the Northern District<br>San Jose Courthouse, Courtroom 4 - 5th Floor |
| 4 | 280 South 1st Street, San Jose, CA 95113 |
| 5 | |
| 6 | **Notice has been sent via U.S. Mail and via E-Mail to the following Attorneys of Record in *Zehrer v. Cook, et al.,* Case No. 19-cv-05153-EJD action:** |
| 7 | Ashley Rawlins Rifkin |
| 8 | Robbins Arroyo LLP<br>5040 Shoreham Place |
| 9 | San Diego, CA 92122<br>619-525-3990 |
| 10 | arifkin@robbinsarroyo.com |
| 11 | Brian J. Robbins<br>Robbins Arroyo LLP |
| 12 | 5040 Shoreham Place<br>San Diego, CA 92122 |
| 13 | (619) 525-3990<br>brobbins@robbinsarroyo.com |
| 14 | |
| 15 |                                             */s/ James N. Kramer* |
| 16 |                                                 JAMES N. KRAMER |

- 2 -

PROOF OF SERVICE BY ELECTRONIC, U.S. MAIL AND HAND DELIVERY, CASE NO. 19-CV-02033-YGR

4149-9867-9839.1