| | | |
|---|---|---|
| 1 | **LABATON SUCHAROW LLP** <br> Carol C. Villegas | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| 2 | Christine M. Fox (*pro hac vice* pending) <br> 140 Broadway | Melinda L. Haag (SBN 132612) <br> James M. Kramer (SBN 154709) |
| 3 | New York, New York 10005 <br> Telephone: (212) 907-0700 | Alexander K. Talarides (SBN 268068) <br> The Orrick Building |
| 4 | Facsimile: (212) 818-0477 <br> cvillegas@labaton.com | 405 Howard Street <br> San Francisco, CA 94105 |
| 5 | cfox@labaton.com | Telephone: (415) 773-5700 <br> Facsimile: (415) 773-5957 |
| 6 | *Counsel for Lead Plaintiff* | mhaag@orrick.com |
| 7 | *Employees' Retirement System of the State of Rhode Island and Lead Counsel* | jkramer@orrick.com <br> atalarides@orrick.com |
| 8 | *for the Class* | *Counsel for Defendants* |
| 9 | **WAGSTAFFE, VON LOEWENFELDT,** | *Apple Inc., Timothy D. Cook, and Luca Maestri* |
| 10 | **BUSCH & RADWICK LLP** <br> James M. Wagstaffe (SBN 95535) | |
| 11 | Frank Busch (SBN 258288) <br> 100 Pine Street, Suite 725 | |
| 12 | San Francisco, California 94111 <br> Telephone: (415) 357-8900 | |
| 13 | Facsimile: (415) 357-8910 <br> wagstaffe@wvbrlaw.com | |
| | busch@wvbrlaw.com | |

*Liaison Counsel for Lead Plaintiff*
*Employees' Retirement System of the State of Rhode Island*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

|  |  |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Civil Action No. 4:19-cv-02033-YGR <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND FILING DEADLINES** |

---

CASE NO. 19-CV-02033-YGR          JOINT STIPULATION AND [PROPOSED] ORDER
                                                                TO EXTEND FILING DEADLINES

**STIPULATION AND [PROPOSED] ORDER TO EXTEND FILING DEADLINES**

Lead Plaintiff Employees' Retirement System of the State of Rhode Island ("Lead Plaintiff") and Defendants Apple Inc., Timothy D. Cook, and Luca Maestri ("Defendants" and collectively with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to the following matters:

WHEREAS, on April 26, 2019, the Court issued an Order that Defendants would not have to answer the initial complaint in this Action, and requiring Defendants to meet and confer with the appointed lead plaintiff within 14 days of appointment to agree to a schedule to submit to the Court.

WHEREAS, on June 27, 2019, the Court issued an Order adjourning the Initial Case Management Conference until after the filing of any amended complaint in this Action.

WHEREAS, on August 14, 2019, the Court issued an Order setting: (1) September 30, 2019, as the date for Lead Plaintiff to file the First Amended Complaint; (2) November 15, 2019, as the date for Defendants to file the Motion to Dismiss; (3) January 10, 2020, as the date for Lead Plaintiff to file its opposition to the Motion to Dismiss; (4) January 17, 2020, as the date for Norfolk County Council, as administering authority of the Norfolk Pension Fund ("Norfolk"), to submit a request to supplement Lead Plaintiff's opposition; (5) February 7, 2020, as the date for Defendants to file their reply in support of the Motion to Dismiss; and (6) March 3, 2020 as the date for the hearing on the Motion to Dismiss.

WHEREAS, Lead Plaintiff represents it has undertaken a diligent investigation into the complex subject matter at issue and requires additional time in which to complete that investigation.

WHEREAS, Lead Plaintiff also seeks additional time to accommodate individuals working on the case who observe Rosh Hashanah, which is scheduled to begin on September 29, 2019.

WHEREAS, on September 18, 2019, the Parties conferred and agreed to extend the date for filing of the First Amended Complaint by fourteen days and the subsequent date for the filing of the Motion to Dismiss by fifteen days.

WHEREAS, this is the first extension of time the Plaintiff has requested.

NOW, THEREFORE, the Parties, by and through their undersigned counsel of record, in the interests of judicial economy, hereby agree and stipulate, and respectfully request that the Court order as follows:

1. Lead Plaintiff shall file a consolidated First Amended Complaint by October 15, 2019.
2. The dispositive motion briefing and hearing scheduled is as follows:
    a. Defendants' Motion to Dismiss: December 16, 2019
    b. Lead Plaintiff's opposition to the Motion to Dismiss: January 30, 2020
    c. Defendants' reply to the opposition to the Motion to Dismiss: February 20, 2020
    d. Hearing on Motion to Dismiss: as currently scheduled, March 3, 2020, or to be set for a later date if the Court deems appropriate
3. Norfolk County Council, as administering authority of the Norfolk Pension Fund, may submit, by no later than February 7, 2020, a request to file a brief supplementing arguments made in Lead Plaintiff's opposition.

[signatures on following page]

DATED: September 20, 2019

Respectfully submitted,

*/s/ Carol C. Villegas*
**LABATON SUCHAROW LLP**
Carol C. Villegas
Christine M. Fox (*pro hac vice* pending)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
cvillegas@labaton.com
cfox@labaton.com

*Counsel for Lead Plaintiff Employees' Retirement System of the State of Rhode Island and Lead Counsel for the Class*

*/s/ James M. Wagstaffe*
**WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP**
James M. Wagstaffe (SBN 95535)
Frank Busch (SBN 258288)
100 Pine Street, Suite 725
San Francisco, California 94111
Telephone: (415) 357-8900
Facsimile: (415) 357-8910
wagstaffe@wvbrlaw.com
busch@wvbrlaw.com

*Liaison Counsel for Lead Plaintiff Employees' Retirement System of the State of Rhode Island*

*/s/ Alexander K. Talarides*
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Melinda L. Haag (SBN 132612)
James M. Kramer (SBN 154709)
Alexander K. Talarides (SBN 268068)
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5957
mhaag@orrick.com
jkramer@orrick.com
atalarides@orrick.com

*Counsel for Defendants Apple Inc., Timothy D. Cook, and Luca Maestri*

*\*\*\**

**[PROPOSED] ORDER**

Based on the stipulation of the signed parties, and good cause appearing, IT IS HEREBY ORDERED that the Stipulation is approved.

**It is so ORDERED.**

DATED: September 26, 2019

_____
HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

**ATTESTATION**

I, Carol C. Villegas, am the ECF user whose identification and password are being used to file this Joint Stipulation and [Proposed] Order to Extend Filing Deadlines. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

*/s/ Carol C. Villegas*
Carol C. Villegas