UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN BANKHALTER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TIMOTHY D. COOK, et al.,<br><br>　　　　Defendants. | Case No. 5:19-cv-05881-EJD<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

　　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *In Re Apple Inc. Securities Litigation*, No. 4:19-cv-02033-YGR.

　　　　**IT IS SO ORDERED.**

Dated: October 1, 2019

EDWARD J. DAVILA
United States District Judge