| | |
|---|---|
| 1 | MELINDA L. HAAG (SBN 132612) |
|   | mhaag@orrick.com |
| 2 | JAMES N. KRAMER (SBN 154709) |
|   | jkramer@orrick.com |
| 3 | ALEXANDER K. TALARIDES (SBN 268068) |
|   | atalarides@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | The Orrick Building |
| 5 | 405 Howard Street |
|   | San Francisco, CA  94105-2669 |
| 6 | Telephone: (415) 773-5700 |
|   | Facsimile: (415) 773-5957 |
| 7 | |
|   | Attorneys for Defendant Apple Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Case No. 4:19-cv-02033-YGR |
| | **UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12** |
| | Judge:  Yvonne Gonzalez Rogers |
| ANDREW FINE, TAMMY FEDERMAN SEP/IRA, and THE ROSENFELD FAMILY FOUNDATION, Derivatively on behalf of APPLE INC., | Case No. 19-cv-05863-LHK |
| | Judge:  Lucy J. Koh |
| Plaintiffs, | |
| v. | |
| TIMOTHY D. COOK, LUCA MAESTRI, CRAIG FEDERIGHI, ARTHUR D. LEVINSON, ALBERT GORE, JR., ANDREA JUNG, JAMES A BELL, RONALD D. SUGAR, ROGER A. IGER, and SUSAN L. WAGNER, | |
| Defendants. | |
| -and- | |
| APPLE INC., a California Corporation, | |
| Nominal Defendant. | |

Defendant Apple Inc. ("Apple") submits this Unopposed Administrative Motion to Consider Whether Cases Should be Related pursuant to Civ. L.R. 3-12 and 7-11 (the "Motion").

## ACTION REQUESTED

Pursuant to Civ. L.R. 3-12(b), Apple informs the Court that the following cases are related:

    1.    This consolidated putative securities class action captioned *In re Apple Inc. Securities Litigation*, Case No. 19-cv-02033-YGR ("*Securities Litigation*"); and

    2.    The putative shareholder derivative action captioned *Fine v. v. Cook,* Case No. 19-cv-05863-LHK ("*Fine* Action"), filed on September 20, 2019.

Pursuant to Civ. L.R. 7-11(a), Apple informs the Court that the Lead Plaintiff in the *Securities Litigation* and the plaintiffs in the *Fine* Action do not oppose this Motion. *See* Declaration of Alexander K. Talarides in Support of Motion ("Talarides Decl.") ¶¶ 3-4.

## MEMORANDUM

Civ. L.R. 3-12(b) directs a party to file an administrative motion to consider whether an action filed in this District may be related to another action pending in this District. The *Fine* Action is related to the *Securities Litigation* within the meaning of Civ. L.R. 3-12(a), because the two actions concern substantially the same parties and underlying transactions or events, and there would likely be an unduly burdensome duplication of labor and expense or conflicting results of the cases are conducted before different judges.

The Court has already ordered two other putative shareholder derivative actions related to the *Securities Litigation* pursuant to Civ. L.R. 3-12. *See Securities Litigation*, ECF No. 79, Order Relating *Zehrer v. Cook*, Case No. 19-cv-95153 ("*Zehrer* Action") to *Securities Litigation*; *id.*, ECF No. 82, Order Relating *Bankhalter v. Cook*, Case No. 19-cv-05881 ("*Bankhalter* Action") to *Securities Litigation*. The *Fine* Action is substantively identical to the *Zehrer* and *Bankhalter* Actions. *Compare* Talarides Decl., Ex. A, *with Zehrer* Action, ECF No. 1 & *Bankhalter* Action, ECF No. 1. The Court should likewise order the *Fine* Action related to the *Securities Litigation*.

\*     \*     \*

A Proposed Order accompanies this Motion.

| | |
|---|---|
| 1 | |
| 2  Dated: October 8, 2019 | Respectfully submitted, |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 4 | _/s/ James N. Kramer_ |
| 5 | JAMES N. KRAMER |
| 6 | Attorneys for Defendant Apple Inc. |

- 2 -

ADMINISTRATIVE MOTION TO RELATE CASES –
CASE NO. 19-CV-02033-YGR

4135-4800-3615.1