| | |
|---|---|
| MELINDA L. HAAG (SBN 132612)<br>mhaag@orrick.com<br>JAMES N. KRAMER (SBN 154709)<br>jkramer@orrick.com<br>ALEXANDER K. TALARIDES (SBN 268068)<br>atalarides@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA  94105-2669<br>Telephone: (415) 773-5700<br>Facsimile: (415) 773-5957<br><br>Attorneys for Defendant Apple Inc. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Case No. 19-cv-02033-YGR<br><br>**DECLARATION OF ALEXANDER K. TALARIDES IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**<br><br>Judge:  Yvonne Gonzalez Rogers |
| ANDREW FINE, TAMMY FEDERMAN SEP/IRA, and THE ROSENFELD FAMILY FOUNDATION, Derivatively on behalf of APPLE INC.,<br><br>         Plaintiffs,<br><br>     v.<br><br>TIMOTHY D. COOK, LUCA MAESTRI, CRAIG FEDERIGHI, ARTHUR D. LEVINSON, ALBERT GORE, JR., ANDREA JUNG, JAMES A BELL, RONALD D. SUGAR, ROGERT A. IGER, and SUSAN L. WAGNER,<br><br>         Defendants.<br><br>     -and-<br><br>APPLE INC., a California Corporation,<br><br>         Nominal Defendant. | Case No. 19-cv-05863-LHK<br><br>Judge:  Lucy J. Koh |

I, Alexander K. Talarides, declare as follows:

1. I am a partner at Orrick, Herrington, & Sutcliffe LLP, counsel for nominal defendant Apple Inc. ("Apple") in *Fine v. Cook,* Case No. 19-cv-05863-LHK ("*Fine* Action"); and counsel for defendants Apple, Timothy Cook and Luca Maestri in the consolidated putative securities class action captioned *In re Apple Inc. Securities Litigation*, Case No. 19-cv-02033-YGR ("*Securities Litigation*").  I submit this declaration in support of Appel's Unopposed Administrative Motion to consider whether the *Fine* Action should be deemed related to the *Securities Litigation* pursuant to Civil Local Rule 3-12 (the "Motion").  I have personal knowledge of the matters set forth in this declaration, and if called upon to do so I could and would testify thereto.

2. Attached as Exhibit A is a true and correct copy of the complaint in the *Fine* Action.

3. I conferred with Carol Villegas of Labaton Sucharow LLP, counsel for the Lead Plaintiff in the *Securities Litigation*, via email on October 7, 2019, in connection with the Motion. Ms. Villegas advised me that the Lead Plaintiff in the *Securities Litigation* does not oppose the Motion.

4. I conferred with David Katz of Weiss Law LLP, counsel for the plaintiffs in the *Fine* Action via email on October 7 and 8, 2019, in connection with the Motion.  Mr. Katz advised me that the plaintiffs in the *Fine* Action do not oppose the Motion.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct, and that I have signed this declaration on October 8, 2019 in San Francisco, California.

_____/s/ *Alexander K. Talarides*_____
ALEXANDER K. TALARIDES