1  MELINDA L. HAAG (SBN 132612)
   mhaag@orrick.com
2  JAMES N. KRAMER (SBN 154709)
   jkramer@orrick.com
3  ALEXANDER K. TALARIDES (SBN 268068)
   atalarides@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone: (415) 773-5700
   Facsimile: (415) 773-5957
7
   Attorneys for Defendant Apple Inc.
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Case No. 19-cv-02033-YGR<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RLATED PURSUANT TO CIVIL LOCAL RULE 3-12**<br><br>Judge:  Yvonne Gonzalez Rogers |
| ANDREW FINE, TAMMY FEDERMAN SEP/IRA, and THE ROSENFELD FAMILY FOUNDATION, Derivatively on behalf of APPLE INC.,<br><br>            Plaintiffs,<br><br>    v.<br><br>TIMOTHY D. COOK, LUCA MAESTRI, CRAIG FEDERIGHI, ARTHUR D. LEVINSON, ALBERT GORE, JR., ANDREA JUNG, JAMES A BELL, RONALD D. SUGAR, ROGERT A. IGER, and SUSAN L. WAGNER,<br><br>            Defendants.<br><br>    -and-<br><br>APPLE INC., a California Corporation,<br><br>            Nominal Defendant. | Case No. 19-cv-05863-LHK<br><br>Judge:  Lucy J. Koh |

Before the Court is the Unopposed Administrative Motion to Consider Whether Cases Should be Related filed by Defendant Apple Inc. ("Apple") on October 8, 2019 pursuant to Civ. L.R. 3-12 (the "Motion"). The Court, having fully considered the papers and pleadings on file and submitted herewith, and good cause appearing, HEREBY ORDERS as follows:

1. The Motion is GRANTED;

2. Pursuant to Civ. L.R. 3-12, the action captioned *Fine v. Cook,* Case No. 19-cv-05863-LHK (the "*Fine* Action") is deemed related to the consolidated action captioned *In re Apple Inc. Securities Litigation*, Case No. 4:19-cv-02033-YGR (the "*Securities Litigation*").

Accordingly, the *Fine* Action is hereby reassigned to the Honorable Yvonne Gonzalez Rogers, who is assigned to the *Securities Litigation*.

Dated: October ___, 2019

HONORABLE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

.