| | |
|---|---|
| 1 | MELINDA L. HAAG (SBN 132612) |
| | mhaag@orrick.com |
| 2 | JAMES N. KRAMER (SBN 154709) |
| | jkramer@orrick.com |
| 3 | ALEXANDER K. TALARIDES (SBN 268068) |
| | atalarides@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 5 | 405 Howard Street |
| | San Francisco, CA  94105-2669 |
| 6 | Telephone: (415) 773-5700 |
| | Facsimile: (415) 773-5957 |
| 7 | |
| | Attorneys for Defendant Apple Inc. |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | IN RE APPLE INC. SECURITIES LITIGATION | Case No. 19-cv-02033-YGR |
| 11 | | |
| 12 | | **PROOF OF SERVICE BY ELECTRONIC, U.S. MAIL AND HAND DELIVERY** |
| 13 | | Judge:  Yvonne Gonzalez Rogers |
| 14 | ANDREW FINE, TAMMY FEDERMAN SEP/IRA, and THE ROSENFELD FAMILY FOUNDATION, Derivatively on behalf of APPLE INC., | Case No. 19-cv-05863-LHK |
| 15 | | Judge:  Lucy J. Koh |
| 16 | | |
| 17 | Plaintiffs, | |
| 18 | v. | |
| 19 | TIMOTHY D. COOK, LUCA MAESTRI, CRAIG FEDERIGHI, ARTHUR D. LEVINSON, ALBERT GORE, JR., ANDREA JUNG, JAMES A BELL, RONALD D. SUGAR, ROGER A. IGER, and SUSAN L. WAGNER, | |
| 20 | | |
| 21 | | |
| 22 | Defendants. | |
| 23 | -and- | |
| 24 | APPLE INC., a California Corporation, | |
| 25 | Nominal Defendant. | |
| 26 | | |
| 27 | | |
| 28 | | |

PROOF OF SERVICE BY ELECTRONIC, U.S. MAIL
AND HAND DELIVERY – CASE NO. 19-CV-02033-YGR

4151-4301-8783.1

**CERTIFICATE OF SERVICE**

I, James N. Kramer, certify that on the 8th October 2019, I caused the foregoing documents: **UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RLATED PURSUANT TO CIVIL LOCAL RULE 3-12; DECLARATION OF ALEXANDER K. TALARIDES IN SUPPORT THEREOF, AND EXHIBIT A; [PROPOSED] ORDER GRANTING MOTION** to be electronically transmitted to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants and attorneys of records:

- Adam Marc Apton:  aapton@zlk.com
- Carol C. Villegas: cvillegas@labaton.com, 5739893420@filings.docketbird.com, acarpio@labaton.com, acoquin@labaton.com, electroniccasefiling@labaton.com, fmalonzo@labaton.com, jchristie@labaton.com, lpina@labaton.com
- Danielle Suzanne Myers: dmyers@rgrdlaw.com, dmyers@ecf.courtdrive.com, e_file_sd@rgrdlaw.com
- Francis P McConville: fmcconville@labaton.com, 9849246420@filings.docketbird.com, electroniccasefiling@labaton.com, HChang@labaton.com, lpina@labaton.com
- James Matthew Wagstaffe: wagstaffe@wvbrlaw.com
- Jennifer Pafiti: jpafiti@pomlaw.com, abarbosa@pomlaw.com, cgarcia@pomlaw.com, disaacson@pomlaw.com
- Juan Carlos Sanchez:  jsanchez@rgrdlaw.com
- Mark Solomon:  marks@rgrdlaw.com, e_file_sd@rgrdlaw.com, e_file_sf@rgrdlaw.com
- Mary K. Blasy:  mblasy@rgrdlaw.com
- Samuel H. Rudman:  srudman@rgrdlaw.com
- Shawn A. Williams: shawnw@rgrdlaw.com, 1101510420@filings.docketbird.com, e_file_sd@rgrdlaw.com, smorris@rgrdlaw.com

1 | **Notice has been sent via Hand Delivery to the following Presiding Judge in *Fine v. Cook, et al.,* Case No. 19-cv-05863-LHK action:**

Honorable Judge Lucy H. Koh
United States District Court of the Northern District
San Jose Courthouse, Courtroom 8 - 4th Floor
280 South 1st Street, San Jose, CA 95113

**Notice has been sent via U.S. Mail and E-Mail to the following Attorneys of Record in *Fine v. Cook, et al.,* Case No. 19-cv-05863-LHK action:**

David C Katz
WeissLaw LLP
1500 Broadway, 16th Floor
New York, NY 11510
212-682-3025
Fax: 212-682-3010
Email: dkatz@weisslawllp.com

Joel E. Elkins
WeissLaw LLP
9107 Wilshire Boulevard, Suite 450
Beverly Hills, CA 90210
(310) 208-2800
Fax: (310) 209-2348
Email: jelkins@weisslawllp.com

                                                                */s/ James N. Kramer*
                                                                 JAMES N. KRAMER