MELINDA L. HAAG (SBN 132612)
mhaag@orrick.com
JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5957

Attorneys for Defendant Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Case No. 19-cv-02033-YGR<br><br>**[PROPOSED]** ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RLATED PURSUANT TO CIVIL LOCAL RULE 3-12<br><br>Judge:  Yvonne Gonzalez Rogers<br>*\* as modified by the Court \** |
| ANDREW FINE, TAMMY FEDERMAN SEP/IRA, and THE ROSENFELD FAMILY FOUNDATION, Derivatively on behalf of APPLE INC.,<br><br>                Plaintiffs,<br><br>        v.<br><br>TIMOTHY D. COOK, LUCA MAESTRI, CRAIG FEDERIGHI, ARTHUR D. LEVINSON, ALBERT GORE, JR., ANDREA JUNG, JAMES A BELL, RONALD D. SUGAR, ROGERT A. IGER, and SUSAN L. WAGNER,<br><br>                Defendants.<br><br>        -and-<br><br>APPLE INC., a California Corporation,<br><br>                Nominal Defendant. | Case No. 19-cv-05863-LHK<br><br>Judge:  Lucy J. Koh |

1  Before the Court is the Unopposed Administrative Motion to Consider Whether Cases
2  Should be Related filed by Defendant Apple Inc. ("Apple") on October 8, 2019 pursuant to Civ.
3  L.R. 3-12 (the "Motion").  The Court, having fully considered the papers and pleadings on file
4  and submitted herewith, and good cause appearing, HEREBY ORDERS as follows:
5      1.    The Motion is GRANTED;
6      2.    Pursuant to Civ. L.R. 3-12, the action captioned *Fine v. Cook,* Case No. 19-cv-
7  05863-LHK (the "*Fine* Action") is deemed related to the consolidated action captioned *In re*
8  *Apple Inc. Securities Litigation*, Case No. 4:19-cv-02033-YGR (the "*Securities Litigation*").
9      Accordingly, the *Fine* Action is hereby reassigned to the Honorable Yvonne Gonzalez
10 Rogers, who is assigned to the *Securities Litigation*.
11     3.    Within five (5) business days of this order, the parties in *Fine* shall file a joint
12 statement regarding the manner in which the *Fine* action will proceed given the other actions
13 currently pending.

Dated: October 11, 2019

_____
HONORABLE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

.