MELINDA L. HAAG (SBN 132612)
mhaag@orrick.com
JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    (415) 773-5700
Facsimile:     (415) 773-5759

Attorneys for Defendants Apple Inc.,
Timothy Cook and Luca Maestri

[additional counsel appears on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Case No. 4:19-cv-02033-YGR <br><br> **CLASS ACTION** <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS FOR MOTION TO DISMISS BRIEFING** |

1    This Stipulation is entered into by and among lead plaintiff, the Employees' Retirement System of the State of Rhode Island ("Lead Plaintiff") and defendants Apple Inc., Timothy Cook, and Luca Maestri (collectively "Defendants"), through their respective attorneys of record.

WHEREAS, this is a complex class action securities lawsuit where Lead Plaintiff has filed a 190-page consolidated and amended class action complaint (the "Amended Complaint") that challenges dozens of allegedly false and misleading statements spanning 56 pages, made during a putative class period spanning from August 2, 2017 through January 2, 2019;

WHEREAS, Defendants intend to file a motion to dismiss the Complaint by December 16, 2019;

WHEREAS, Defendants would rather avoid filing additional paper with the Court, but anticipate that briefing the numerous issues raised in the 190-page Amended Complaint will require substantially more than the 25 pages permitted by Local Rule 7-4;

WHEREAS, all briefs related to the motion to dismiss shall be filed by February 20, 2020 and the Court is scheduled to hear Defendants' motion to dismiss on March 3, 2020;

WHEREAS, the parties agree that Defendants should be permitted to file a motion to dismiss of no more than 50 pages; Plaintiffs should be permitted no more than 50 pages for their opposition to the motion to dismiss, and Defendants should be permitted no more than 25 pages for their reply in support of the motion to dismiss;

NOW THEREFORE, the page limit for Defendants' motion to dismiss is expanded to fifty (50) pages, the page limit for Lead Plaintiff's opposition thereto is expanded to fifty (50) pages and the page limit for the Defendants' reply brief is expanded to twenty-five (25) pages.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: November 15, 2019 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | |
| | */s/ Alexander K. Talarides* |
| | Alexander K. Talarides |
| | Attorneys for Defendants |
| | Apple Inc., Timothy Cook and Luca Maestri |
| | |
| Dated: November 15, 2019 | LABATON SUCHAROW LLP |
| | |
| | */s/ Carol C. Villegas* |
| | Carol C. Villegas (admitted *pro hac vice*) |
| | Counsel for Lead Plaintiff, |
| | Employees' Retirement System of the State of Rhode Island |

## **CIVIL L.R. 5-1 ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I, Alexander K. Talarides, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order regarding Page Limits for Motion to Dismiss Briefing. In compliance with General Order 45, X.B., I hereby attest that Carol C. Villegas has concurred in this filing.

*Alexander K. Talarides*
ALEXANDER K. TALARIDES

\*\*\*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

HONORABLE YVONNE GONZALEZ ROGERS