# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE APPLE SECURITIES LITIGATION** | CASE NO. 19-cv-02033-YGR<br><br>**ORDER REQUIRING PREPARATION OF SUPPLEMENTAL CHART** |

The Court is in receipt of the parties' Stipulation to double the page limits on the briefing on the motion to dismiss. (Dkt. No. 86.) To properly evaluate the request, Lead Plaintiff, the Employee' Retirement System of the State of Rhode Island ("Lead Plaintiff") is hereby ordered to prepare a chart of the information required by 15 U.S.C. § 78u-4(b)(1) and (2) **by Wednesday, December 4, 2019. The chart must strictly adhere to the allegations in operative complaint and may not include any new or supplemental information or explanation.** Once received, the Court will evaluate whether the Stipulation is reasonable.

The Chart shall be taken from the operative complaint and shall specifically identify: (1) each statement alleged to have been false or misleading, (2) the reason(s) the statement was false or misleading when made,[1] and (3) if an allegation regarding the statement or omission is made on information and belief or all facts on which the belief is formed. The chart should clearly identify which statements or omissions are attributable to which defendants and include a detailed statement of the facts giving rise to a strong inference that each defendant acted with the required state of mind. Lead Plaintiff should also summarize its allegations regarding what each defendant knew regarding the statement or omission, and when each knew it.

---

[1] If there are numerous facts for which the "reason(s)" are identical, the Chart may include a legend or other cross-referencing device so that the Chart is not replete with repetition.

For the guidance of Lead Plaintiffs, the Court suggests the following format:

| Statement No. | The Speaker(s), Date(s), and Medium | False and Misleading Statements | Reasons Why Statements Were False and Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter |
|---|---|---|---|---|
| 1 | When: xx/xx/xxxx<br><br>Where: Press release dated xx/xx/xxxx<br><br>Speakers: CEO<br><br>(Compl. ¶ __) | [This column should contain direct quotations of the allegedly false and misleading statements.] | [This column should summarize plaintiff's arguments on falsity, with specific references to paragraphs in the complaint.] | [This column should summarize plaintiff's arguments on scienter, with specific references to paragraphs in the complaint.] |

**IT IS SO ORDERED.**

Dated: November 22, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**