1

**LABATON SUCHAROW LLP**
Carol C. Villegas (admitted *pro hac vice*)
Christine M. Fox (admitted *pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
cvillegas@labaton.com
cfox@labaton.com

**WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP**
James M. Wagstaffe (SBN 95535)
Frank Busch (SBN 258288)
100 Pine Street, Suite 725
San Francisco, California 94111
Telephone: (415) 357-8900
Facsimile: (415) 357-8910
wagstaffe@wvbrlaw.com
busch@wvbrlaw.com

*Counsel for Lead Plaintiff Employees' Retirement System of the State of Rhode Island and the Proposed Class*

*Liaison Counsel for Lead Plaintiff Employees' Retirement System of the State of Rhode Island and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 4:19-cv-02033-YGR

**SUPPLEMENTAL CHART REQUIRED BY COURT'S NOVEMBER 22, 2019 ORDER**

**SUPPLEMENTAL CHART REQUIRED BY COURT'S NOVEMBER 22, 2019 ORDER**

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| | | | **Q3 FY17 Statements** | |
| **1** | <u>Date</u> 08/01/2017 <br><br> <u>Medium</u> Q3 FY17 Earnings Call Dated 08/01/2017 <br><br> <u>Speaker</u> Defendant Cook <br><br> <u>Complaint ¶</u> 270 | *iPhone 7 was our most popular iPhone, and sales of iPhone 7 Plus were up dramatically compared to 6s Plus in the June quarter of last year.* <br><br> * * * <br><br> [F]rom an absolute quantity point of view, *the upgrades for this fiscal year are the highest that we've seen* and so we feel good about that. <br><br> * * * <br><br> *I think the upgrade rate is a function of many, many different things*, from the size of the installed base, the age of the installed base, the product that is new at the time, the regional distribution, the upgrade plans that are in various markets around the world. | <u>**Reasons Why Statement/Omission was False and Misleading When Made**</u> <br> Lead Plaintiff alleges that these statements were false and misleading when made because higher iPhone demand in 2017 and early 2018, including in Greater China, was driven by artificially accelerated upgrade rates as a result of Apple intentionally throttling older-model iPhones during 2017 (i.e., a segment of customers upgraded their iPhones early believing their phones to be obsolete–artificially inflating iPhone revenues in 2017, at the expense of iPhone revenues in 2018). (¶ 280(a)). <br><br> <u>**Supporting Facts**</u> <br> Lead Plaintiff alleges that an elongating upgrade cycle, (¶¶ 56-60), a cut in the subsidies carriers offered for smartphones, (¶¶ 61-67), and a growing secondary smartphone market, (¶¶ 74-77), negatively affected upgrades and sales of new iPhones. <br><br> Lead Plaintiff also alleges Apple's iPhone unit sales fell from 2015 to 2016 and failed to return to the level of growth seen in prior years, (¶ 81), as growth in the smartphone industry in the coming years was expected to primarily come from markets that favored Android smartphones, (¶¶ 82-83). Lead Plaintiff alleges that faltering iPhone sales threatened other aspects of Apple's business and "the long term health of the Company as Apple's customer base for its flagship product stalled and the potential universe of | Lead Plaintiff alleges that when Defendant Cook made these statements he knew, or at least recklessly disregarded: <br><br> (i) "the importance of iOS to both the market and consumers," (¶ 467), and that it represented "Apple's true differentiation," (¶ 468); <br><br> (ii) that "using Apple's iOS software updates to continue to throttle its iPhones would jeopardize its consumer base and its iPhone and Services revenues," (¶ 472); <br><br> (iii) that "faltering growth in iPhone sales threatened the long term health of the Company as Apple's customer base for its flagship product faltered and the potential universe of customers for its services and other products failed to grow at an adequate |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| | | | customers for its services and other products stagnated," (¶¶ 84-86), including falling annual profits in 2016, (¶ 88). For example, in 3Q FY16, quarterly iPhone revenue was down 23% year-on-year. (¶ 86). | rate," (¶ 473); |
| | | | Lead Plaintiff alleges that when iPhones began experiencing unexpected shutdowns in late 2016, Apple responded by releasing iOS 10.2.1 in January 2017 "with the intention of secretly slowing down, or 'throttling' the iPhone models 6 and later, in order to artificially stoke sales, essentially pulling in sales from future quarters by forcing premature upgrades on consumers." (¶ 90). Lead Plaintiff alleges Apple kept the true cause of the unexpected shutdowns from consumers, and that "the aging batteries delivered power unevenly, and upon over-exertion caused device-crashing power spikes," (¶ 109). | (iv) that Apple knew it was losing market share in the smartphone market, especially in China, and that Defendants knew the Company had to increase iPhone sales, (¶¶ 474-75); |
| | | | | (v) that Apple's practice of throttling older iPhones resulted in "an undisclosed 'benefit' for the Company," (¶ 476); |
| | | | Lead Plaintiff alleges that on January 23, 2017, Apple released iOS 10.2.1, an update "designed to secretly fix the widely reported shutdown issues in older model iPhones," (¶ 114), though Apple did not publicly link the update to the shutdowns until February 23, 2017, (¶ 115), and the Company failed to inform the public that the processors of the older iPhones were being throttled throughout 2017, (¶ 116). Lead Plaintiff alleges the throttling continued throughout 2017, (¶¶ 120-22), which benefitted Apple in that it drove iPhone users to upgrade early, and that "by artificially shortening iPhone upgrade cycles, Apple enjoyed a record year in iPhone sales during 2017," (¶¶ 117-19), including "record upgrade rates, strong demand, and all-time record revenue for the iPhone," (¶¶ 123-24). | (vi) that Apple tracked lengthening smartphone and iPhone upgrade cycles, (¶ 477); |
| | | | | (vii) that the Defendants "would have been informed by Apple's Sales & Marketing group about the elongating iPhone sales cycle," (¶ 478(j)); and |
| | | | | (viii) the Defendants received reports on Supply and Demand. Defendant Cook, and others, also met weekly with leadership from Apple's Supply and Demand team and discussed a "weekly 'snapshot'" of the state of |

| Entry No. | Date<br>Medium<br>Speaker<br>Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made<br>(Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter<br>(Complaint ¶) |
|---|---|---|---|---|
| | | | Lead Plaintiff alleges the growth in iPhone upgrades was artificially driven by Apple's concealed practice of throttling older iPhones and that Apple concealed the risk throttling posed. (¶ 126).<br><br>According to CW-1, "'people are just not changing their phones every year like they used to,' and that a failing battery or system slowdown 'is the only thing' that really causes people to change their phone," and that "'incremental technological improvements,'" were insufficient to drive upgrades. (¶ 245).<br><br>According to CW-4, Apple tracked specific data points on iPhone upgrades, (¶ 262), which were compiled and reviewed on a weekly basis in reports, (¶¶ 263-64), and reviewed during quarterly meetings, (¶ 265). According to CW-4, Apple's finance team "analyzed sales data in an effort to provide leadership with a better understanding" of the business, (¶ 266), and "put together sales forecasts for upcoming weeks, months, quarters and the year," (¶ 267). | Apple's business which detailed metrics such as run rates, sales, forecasts, comps and trends. At those weekly meetings with Cook, senior leadership also would discuss product lifetimes and volumes." (¶ 478(k)).[1] |
| 2 | Date<br>08/01/2017<br><br>Medium<br>Q3 FY17<br>Earnings Call | *iPhone sales were up year-over-year in most markets we track*, with many markets in Asia, Latin America, and the Middle East growing unit sales by more than 25%. | Lead Plaintiff alleges that these statements were false and misleading when made for the same reasons and supporting facts detailed in Entry 1. | Lead Plaintiff alleges that when Defendant Maestri made these statements he knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entry 1. |

---

[1] The reasons in Entry 1 equally apply to Defendants Maestri's scienter and is referenced throughout this chart. Additionally, when referring to Entry 1, as it pertains to Defendant Maestri, Lead Plaintiff alleges that, his scienter is supported by the fact that that his direct report, Apple's VP of Finance, attended quarterly meetings where iPhone trends and comparisons to other quarters were reviewed. (¶ 478(l)).

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| | Dated 08/01/2017 <br><br> <u>Speaker</u> Defendant Maestri <br><br> <u>Complaint ¶</u> 271 | * * * <br> iPhone ASP was $606, up from $595 a year ago, thanks to ***strong demand for iPhone 7 Plus***, which represented a higher percentage of the iPhone mix compared to the Plus model a year ago. . . . | | |
| 3 | <u>Date</u> 08/01/2017 <br><br> <u>Medium</u> Q3 FY17 Earnings Call Dated 08/01/2017 <br><br> <u>Speaker</u> Defendant Cook <br><br> <u>Complaint ¶</u> 272 | ***And in constant-currency terms, we were actually up 6% in Mainland China. And so we're very encouraged by that*** . . . iPhone was relatively flat year-on-year as the same sort of -- similar as the market was. ***And so we see all of those as very encouraging signs.*** . . . But what I *-- what we see in the mainland is definitely much more encouraging. It's interesting to note that upgraders through -- both for the quarter and actually for the full fiscal year to date was our highest ever. And so that we felt very good about.* | Lead Plaintiff alleges that these statements were false and misleading when made for the same reasons and the same supporting facts detailed in Entry 1. <br><br> <u>**Additional Reasons Why Statement/Omission was False and Misleading When Made**</u> <br> Additionally, Lead Plaintiff alleges that these statements were false and misleading when made because revenue growth in Greater China was negative year-over-year with iPhone demand expected to continue to deteriorate long term due to competitive forces (despite demand in Greater China being temporarily, artificially inflated by the effects of Apple's throttling of older model iPhones). (¶ 280(b)). <br><br> <u>**Supporting Facts**</u> <br> Lead Plaintiff alleges that Apple was losing smartphone market share in China to competitors like Huawei, in part due to the iPhone's lack of features popular in the Chinese market, and that Apple experienced negative revenue growth on a year-over-year basis as a result. (¶¶ 93-100). Lead Plaintiff also alleges that competitors in the Chinese market offered other features that | Lead Plaintiff alleges that when Defendant Cook made these statements he knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entry 1. <br><br> Additionally, Lead Plaintiff alleges that when Defendant Cook made these statements he knew, or at least recklessly disregarded: <br><br> (i) that China was becoming one of Apple's most important markets, (¶¶ 460-61); |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| | | | Chinese consumers prized, such as better camera technology. (¶¶ 103-05). Additionally, "the Chinese Consumer Association ('CCA') [] demanded answers and action from Apple for the discovery of 'the shutdown malfunction.'" (¶ 111). According to CW-1, Apple was aware of the elongating upgrade cycle and the iPhone's lack of significant technological improvements, and the Company closely tracked iPhone sales trends. (¶¶ 245-46). | (ii) Apple hired a managing director of Greater China in July 2017, in part to "work closely with Apple's R&D team and carrier partners to develop new China-specific features for the iPhone," (¶ 464); and (iii) the Defendants "closely monitored the Chinese smartphone market and Apple's iPhone business there," (¶ 463), and Defendant Cook made frequent trips to China and "closely tracked Apple's business there," (¶¶ 465-66). |
| 4 | Date 08/01/2017 Medium Q3 FY17 Earnings Call Dated 08/01/2017 Speaker Defendant Cook | *In terms of WeChat, the way that I look at this is because our share -- because iOS share is not nearly a majority of the market in China, the fact that a lot of people use that, it makes the switching opportunity even greater. And I think that's more the case than the risk that a lot of folks have pointed out.* | **Reasons Why Statement/Omission was False and Misleading When Made** Lead Plaintiff alleges that these statements were false and misleading when made because the fact that WeChat's core features competed directly with many of the core features of Apple's iOS operating system, such as Apple Pay and iMessage, negatively (not positively) impacted the appeal of the iPhone to consumers in Greater China and Defendant Cook's statements that WeChat would encourage users in China switch to Apple was flawed. (¶ 280(c)). | Lead Plaintiff alleges that when Defendant Cook made these statements he knew, or at least recklessly disregarded "the importance of iOS to both the market and consumers." (¶ 467). |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| | Complaint ¶ 272 | | **Supporting Facts** <br> Lead Plaintiff alleges that the WeChat app's functionality and popularity in China "negatively impacted the appeal of the iPhone in China." (¶¶ 101-02). | |
| 5 | Date 08/01/2017 <br><br> Medium Q3 FY17 Earnings Call Dated 08/01/2017 <br><br> Speaker Defendant Cook <br><br> Complaint ¶ 273 | *[F]rom an absolute quantity point of view, the upgrades for this fiscal year are the highest that we've seen* and so we feel good about that. *However, if you look at it from an upgrade rate point of view instead of the absolute number, the rate is similar to what we saw with the previous iPhones, except for iPhone 6, which as we called out in the past had an abnormally high upgrade rate. . . . And so where that affects us in the short term, even though we had great results, it probably bodes well later on.* | Lead Plaintiff alleges that these statements were false and misleading when made for the same reasons and the same supporting facts detailed in Entry 1. | Lead Plaintiff alleges that when Defendant Cook made these statements he knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entry 1. |
| 6 | Date 08/01/2017 <br><br> Medium Q3 FY17 Earnings Call | *I think the upgrade rate is a function of many, many different things, from the size of the installed base, the age of the installed base, the product that is new at the* | Lead Plaintiff alleges that these statements were false and misleading when made for the same reasons and the same supporting facts detailed in Entry 1. | Lead Plaintiff alleges that when Defendant Cook made these statements he knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entry 1. |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| | Dated 08/01/2017<br><br>Speaker Defendant Cook<br><br>Complaint ¶ 274 | *time, the regional distribution, the upgrade plans that are in various markets around the world.*<br>    *   *   *<br>*And between the upgraders and the switchers that we see and still -- the first-time buyer category is still out here, too, in several countries, including some that you may not think there is, there is still sizable base in some. Between those 3 areas, I think we have a lot of opportunity.* | | |
| 7 | Date 08/01/2017<br><br>Medium Q3 FY17 Earnings Call Dated 08/01/2017<br><br>Speaker Defendant Maestri | *I think in general, even the performance in China, Tim has mentioned it, we think that the performance will continue to improve. So those are the drivers of our guidance range for the quarter.* | Lead Plaintiff alleges that these statements were false and misleading when made for the same reasons and the same supporting facts detailed in Entries 1 & 3. | Lead Plaintiff alleges that when Defendant Maestri made these statements he knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entries 1 & 3. |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| | Complaint ¶ 275 | | | |
| 8 | Date 08/01/2017 Medium Q3 FY17 Earnings Call Dated 08/01/2017 Speaker Defendant Cook Complaint ¶ 276 | *The answer to your first question is yes, I do think that we can grow both in units and market share.* * * * *The installed base is growing. It's still growing very strongly. That will generate more upgrades over time. I feel good about our ability to convince people to switch.* | Lead Plaintiff alleges that these statements were false and misleading when made for the same reasons and the same supporting facts detailed in Entry 3. | Lead Plaintiff alleges that when Defendant Cook made these statements he knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entry 3. |
| 9 | Date 08/02/2017 Medium Q3 FY17 Form 10-Q Dated 08/02/2017 | *The Company markets certain mobile communication and media devices based on the iOS mobile operating system and also markets related services, including third-party digital content and applications.* * * * | **Reasons Why Statement/Omission was False and Misleading When Made** Lead Plaintiff alleges Apple's risk disclosures were false and misleading when made because Defendants knew, or recklessly disregarded, and failed to disclose that Apple artificially inflated demand for its iPhones during the quarter and was effectively pulling sales from 2018 into 2017 by forcing premature upgrades with the Company's practice of intentionally throttling iPhones without informing consumers. Moreover, Apple was warning of potential risks that had already materialized. (¶ 281). | Lead Plaintiff alleges that when Apple issued these statements, Defendants knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entries 1, 3, & 4. |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| | Speaker Apple <br><br> Complaint ¶ 279 | *The Company also expects competition to intensify as competitors attempt to imitate the Company's approach to providing components seamlessly within their individual offerings or work collaboratively to offer integrated solutions.* <br> * * * <br> *The Company also could be significantly affected by other risks associated with international activities including, but not limited to, economic and labor conditions, increased duties, taxes and other costs and political instability.* | **Supporting Facts** <br> Lead Plaintiff alleges that Apple's risk disclosures for Q3 FY 17 were insufficient for the same supporting facts detailed in Entries 1, 3, & 4. | |
| Q4 FY 17 Statements | | | | |
| 10 | Date 11/02/2017 <br><br> Medium Press Release Attached to | *Apple's year-over-year revenue growth rate accelerated for the fourth consecutive quarter and drove EPS growth of 24 percent in the September quarter.* | **Reasons Why Statement/Omission was False and Misleading When Made** <br> Lead Plaintiff alleges that this statement was false and misleading when made because higher iPhone demand in 2017 and early 2018, including in Greater China, was driven by artificially accelerated upgrade rates as a result of Apple intentionally throttling older-model iPhones during 2017 (i.e., a | Lead Plaintiff alleges that when Defendant Maestri made these statements he knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entry 1. |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| | Form 8-K Dated 11/02/2017<br><br>Speaker Defendant Maestri<br><br>Complaint ¶ 285 | | segment of customers upgraded their iPhones early believing their phones to be obsolete—artificially inflating iPhone revenues in 2017, at the expense of iPhone revenues in 2018). (¶ 292(a)).<br><br>**Supporting Facts**<br>The supporting facts detailed in Entry 1 also support the allegation that this statement was false and misleading when made.<br><br>Additionally, Lead Plaintiff alleges that the iPhone 8, released in September 2017, lacked sufficient innovation from the iPhone 7, released in September 2016, to drive upgrades. (¶¶ 68-72).<br><br>Lead Plaintiff also alleges that smartphone shipments into China began to increase after six previous quarters of decline. (¶ 91).<br><br>Lead Plaintiff alleges that Apple continued its practice of throttling iPhones into late 2017. (¶¶ 120-21).<br><br>Lead Plaintiff alleges that Apple reported revenue and iPhone unit sales figures that were artificially inflated by "the concealed slowdown of older iPhones and customers being forced to upgrade to the latest series of iPhones when their existing phone's performance deteriorated." (¶¶ 125-26).<br><br>According to CW-1, Defendants paid particularly close attention to sales figures during product launches and the Company received real-time sales data. Sales data was prepared frequently and sent to the Defendants. (¶¶ 256-59). | Additionally, Lead Plaintiff alleges that when Defendant Maestri made these statements he knew, or at least recklessly disregarded, that there were internal discussions at Apple regarding throttling iPhones because the phones could not keep up with the new releases of iOS software. (¶ 478(d)). |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| 11 | Date 11/02/2017 Medium Q4 FY17 Earnings Call Dated 11/02/2017 Speaker Defendant Cook Complaint ¶ 286 | *This was our biggest year ever in most parts of the world with all-time record revenue in the United States, Western Europe, Japan, Korea, the Middle East, Africa, Central and Eastern Europe and Asia. We had particularly strong finish this year, generating our highest September quarter revenue ever as year-over-year growth accelerated for the fourth consecutive quarter*. * * * *iPhone sales exceeded our expectations.* | Lead Plaintiff alleges that these statements were false and misleading when made for the same reasons as Entry 10 and the same supporting facts detailed in Entries 1 & 10. | Lead Plaintiff alleges that when Defendant Cook made these statements he knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entries 1 & 10. |
| 12 | Date 11/02/2017 Medium Q4 FY17 Earnings Call Dated 11/02/2017 | *As we expected, we returned to growth in Greater China with unit growth and market share gains for iPhone,* iPad and Mac. * * * The – *We increased market share for iPhone,* Mac and iPad during the quarter. . . .We* | Lead Plaintiff alleges that these statements were false and misleading when made for the same reasons as Entry 10 and the same supporting facts detailed in Entries 1 & 10. **Additional Reasons Why Statement/Omission was False and Misleading When Made** Additionally, Lead Plaintiff alleges that this statement was false and misleading when made because revenue growth in Greater China was negative year-over-year with iPhone demand expected to continue to | Lead Plaintiff alleges that when Defendant Cook made these statements he knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entries 1, 3, & 10. |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| | Speaker Defendant Cook Complaint ¶ 286 | *had double digit unit growth in iPhone and both the upgraders and Android switchers were both up on a year over year basis during the quarter. And so the results were broad based.* <br> * * * <br> *But you can see the -- that China rebounded. And as I've indicated before, the China rebound was broad-based across the products.* | deteriorate long term due to competitive forces (despite demand in Greater China being temporarily, artificially inflated by the effects of Apple's throttling of older model iPhones). (¶ 292(b)). <br><br> **Supporting Facts** <br> Lead Plaintiff alleges that the supporting facts detailed in Entry 3 also support the allegation that this statement was false and misleading when made. <br><br> Additionally, Lead Plaintiff alleges that in Apple's Q4 FY17, "smartphone shipments in China grew by approximately 40% after declining for each quarter of 2016 and the first two quarters of [calendar] 2017." (¶ 91). <br><br> According to CW-3, "after the launch of the iPhone 8 in September 2017, the unbrickings and unbricking data in Asia was slow," and "there was 'a fair amount of negativity going around' about the prospects of the iPhone 8 launch and anxiety among employees in Asia operations." (¶ 218). CW-3 also said "that Apple did not seem to activate any response to the slowing Chinese economy in 2017 and 2018, despite the fact that it was pretty well known that things were slowing down in China." (¶ 219). <br><br> According to CW-7, the "decline in iPhone sales was widely known within Apple as the Company did a significant amount of analysis between sales cycles where the decline of iPhone sales and Apple's competitiveness were clearly showcased." (¶ 220). <br><br> According to CW-5, newly opened retail stores in Greater China began missing revenue forecasts in September 2017. (¶ 224). | Additionally, Lead Plaintiff alleges that when Defendant Cook made these statements he knew, or at least recklessly disregarded: <br><br> (i) the decrease in iPhone sales in Greater China, was attributable, at least in part, to competition in the Chinese smartphone market, (¶ 478(a)); and <br><br> (ii) that there was "'a fair amount of negativity going around,'" about the iPhone 8 launch in China and that the Company failed to activate any response to the decreasing iPhone sales and sluggish Chinese economy, (¶ 478(b)). |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| 13 | Date 11/02/2017<br><br>Medium Q4 FY17 Earnings Call Dated 11/02/2017<br><br>Speaker Defendant Maestri<br><br>Complaint ¶ 287 | Revenue for the September quarter was a record $52.6 billion, up 12% over last year, and it has been a -- *great to see our growth rate accelerate in every quarter of fiscal 2017.*<br>* * *<br>In fact, it was an all-time record quarter for Mac sales in mainland China as well as an all-time high for Services revenue. . . *iPhone sales exceeded our expectations.*<br>* * *<br>*Apple's year-over-year revenue growth rate accelerated for the fourth consecutive quarter and drove EPS growth of 24 percent in the September quarter.*<br>* * *<br>*We're thrilled to report the biggest quarter in Apple's history, with broad-based growth that included the highest revenue ever from a new iPhone lineup.* | Lead Plaintiff alleges that these statements were false and misleading when made for the same reasons as Entry 10 and the same supporting facts detailed in Entries 1 & 10. | Lead Plaintiff alleges that when Defendant Maestri made these statements he knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entries 1 & 10. |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| 14 | <u>Date</u><br>11/02/2017<br><br><u>Medium</u><br>Q4 FY17 Earnings Call Dated 11/02/2017<br><br><u>Speaker</u><br>Defendant Maestri<br><br><u>Complaint ¶</u> 287 | *During the quarter, we sold 46.7 million iPhones, up 3% over last year. We were very pleased to see double digit iPhone growth in many emerging markets including mainland China,* the Middle East, Central and Eastern Europe, India and Mexico.<br>    * * *<br>*As we expected, we returned to growth in Greater China with unit growth and market share gains for iPhone,* iPad and Mac. | Lead Plaintiff alleges that these statements were false and misleading when made for the same reasons as Entries 10 & 12 and the same supporting facts detailed in Entries 1, 3, 10, & 12. | Lead Plaintiff alleges that when Defendant Maestri made these statements he knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entries 1, 3, 10, & 12. |
| 15 | <u>Date</u><br>11/02/2017<br><br><u>Medium</u><br>Q4 FY17 Earnings Call Dated 11/02/2017<br><br><u>Speaker</u><br>Defendant Cook | But I would share with you that the *iPhone X orders are very strong for both direct customers and for our channel partners,* which as you know, are lots of carrier throughout the world. | Lead Plaintiff alleges that these statements were false and misleading when made for the same reasons as Entry 10 and the same supporting facts detailed in Entries 1 & 10. | Lead Plaintiff alleges that when Defendant Cook made these statements he knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entries 1 & 10. |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| | Complaint ¶ 288 | | | |
| 16 | Date 11/03/2017<br><br>Medium 2017 Form 10-K Dated 11/03/2017<br><br>Speaker Apple<br><br>Complaint ¶ 291 | In the 2017 10-K, Apple identified the same risk factors regarding global economic conditions, competition in its global markets, competition from other mobile operating systems, and risks associated with international activities as it had identified in its Q3 FY17 10-Q (¶ 279). | **Reasons Why Statement/Omission was False and Misleading When Made**<br>Lead Plaintiff alleges Apple's risk disclosures were false and misleading when made because Defendants knew, or recklessly disregarded, and failed to disclose that Apple artificially inflated demand for its iPhones during the quarter and was effectively pulling sales from 2018 into 2017 by forcing premature upgrades with the Company's practice of intentionally throttling iPhones without informing consumers. Moreover, Apple was warning of potential risks that had already materialized. (¶ 293).<br><br>**Supporting Facts**<br>Lead Plaintiff alleges that Apple's risk disclosures for Q3 FY17 were insufficient for the same supporting facts detailed in Entries 1, 3, 4, 10, & 12. | Lead Plaintiff alleges that when Apple issued these statements, the Defendants knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entry 1, 3, 10, & 12. |
| colspan: **Q1 FY 18 Statements** | | | | |
| 17 | Date 02/01/2018<br><br>Medium Press Release Attached to Form 8-K Dated 02/01/2018 | Defendant Maestri lauded the "all-time record profitability during the quarter" and sequential iPhone unit sales growth of **66 percent**—likely the final throttling-induced sales growth. | **Reasons Why Statement/Omission was False and Misleading When Made**<br>Lead Plaintiff alleges that this statement was false and misleading when made because higher iPhone demand in 2017 and early 2018, including in Greater China, was driven by artificially accelerated upgrade rates as a result of Apple intentionally throttling older-model iPhones during 2017 (i.e., a segment of customers upgraded their iPhones early believing their phones to be obsolete–artificially inflating iPhone revenues in 2017, at the expense of iPhone revenues in 2018). (¶ 313(a)). | Lead Plaintiff alleges that when Defendant Maestri made these statements he knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entries 1 & 10.<br><br>Additionally, Lead Plaintiff alleges that when Defendant Maestri made these statements he knew, or at least |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| | <u>Speaker</u> Defendant Maestri <br><br> <u>Complaint ¶</u> 296 | | <u>**Supporting Facts**</u> <br> Lead Plaintiff alleges that the supporting facts detailed in Entries 1 & 10 also support the allegation that this statement was false and misleading when made. <br><br> Additionally, Lead Plaintiff alleges that Apple released iOS 11.2 on December 2, 2017, which "unbeknownst to consumers and investors . . . was also designed to throttle the performance of older model phones," including the iPhone 7 and 7S. (¶ 122). <br><br> Lead Plaintiff also alleges that Apple "publicly admitted that it had deliberately throttled the performance on some iPhones purportedly to save on battery life and avoid unexpected shutdowns," but "continued to deny it had ever done anything to intentionally shorten the life of its iPhones." (¶ 130). This led Apple's competitors to highlight Apple's practice of throttling iPhone processor speeds, (¶ 131), and caused customers to become angry, (¶ 132). <br><br> Lead Plaintiff alleges that Apple's lack of disclosure around its practice of throttling "has led to a loss of credibility and trust in Apple by otherwise loyal consumers," (¶ 133), and that the market had not been aware of this practice until December 2017, (¶ 134). <br><br> Lead Plaintiff alleges that "Apple's admission in December 2017 blatantly exposed the practice [of planned obsolescence] whereby companies design products only to last a certain amount of time in order to sell newer models to those same consumers, thereby encouraging customers to upgrade their products sooner than necessary." (¶ 135). Lead Plaintiff alleges that as a | recklessly disregarded that there were internal discussions at Apple about the elongating sales cycle and the effect of the disclosure of throttling would impact demand for iPhones. (¶ 478(e)). |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| | | | result of Apple concealing that replacing the battery would solve the performance issue, "[c]onsumers, not knowing all they needed to do was replace their iPhone batteries, flocked to upgrade their iPhones in 2017, when the batteries' performance became less than optimal." (¶ 136).<br><br>According to CW-4, in the fall of 2017, Apple was working on "software licensing agreements relating to the source code for a benchmarking app that measured the speed at which Apple products, including the iPhone, operated." (¶ 247). | |
| 18 | Date 02/01/2018<br><br>Medium Press Release Attached to Form 8-K Dated 02/01/2018<br><br>Speaker Defendant Cook<br><br>Complaint ¶ 296 | *We're thrilled to report the biggest quarter in Apple's history, with broad-based growth that included the highest revenue ever from a new iPhone lineup.* | Lead Plaintiff alleges that these statements were false and misleading when made for the same reasons as Entry 17 and the same supporting facts detailed in Entries 1, 10, & 17. | Lead Plaintiff alleges that when Defendant Cook made these statements he knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entries 1, 10, & 17. |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| 19 | Date 02/01/2018<br><br>Medium Q1 FY18 Earnings Call Dated 02/01/2018<br><br>Speaker Defendant Cook<br><br>Complaint ¶ 297 | We're thrilled to report Apple's biggest quarter ever, *which set new all-time records in both revenue and earnings. We generated revenue of $88.3 billion, which is above the high end of our guidance range, and it is up almost $10 billion or 13% over the previous all-time record we set a year ago.*<br><br>* * *<br><br>*In fact, revenue for our newly launched iPhones was the highest of any lineup in our history, driving total Apple revenue above our guidance range.*<br><br>* * *<br><br>*We're thrilled to report the biggest quarter in Apple's history, with broad-based growth that included the highest revenue ever from a* | Lead Plaintiff alleges that these statements were false and misleading when made for the same reasons as Entry 17 and the same supporting facts detailed in Entries 1, 10, & 17.<br><br>**Additional Reasons Why Statement/Omission was False and Misleading When Made**<br>Additionally, Lead Plaintiff alleges that these statements were false and misleading when made because the rate at which Apple customers were replacing their batteries in older iPhones, under Apple's $29 battery replacement program, would negatively impact demand for the next generation of iPhones (typically released between September to November). (¶ 313(c)).<br><br>**Supporting Facts**<br>Lead Plaintiff alleges that Apple began offering the $29 battery replacement program "in an effort to retain customer goodwill." (¶ 138). Additionally, Lead Plaintiff alleges that there was significant customer response to the $29 battery replacement program and that battery supplies became limited due to the response. (¶¶ 140-42).<br><br>Additionally, after the revelation of Apple's intentional throttling of iPhones, "regulators in Brazil, Canada, Israel, China, Italy, France, and South Korea," (¶ 156), as well as the SEC and Department of Justice announced investigations into the practice, (¶ 157).<br>According to CW-1, "Apple's battery replacement program impacted Apple's upgrade cycles because the main reason people were upgrading their phones at the time was because their batteries were slowing down or shutting down," and Apple's "'incremental technological improvements'" were | Lead Plaintiff alleges that when Defendant Cook made these statements he knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entries 1, 10, & 17.<br><br>Additionally, Lead Plaintiff alleges that when Defendant Cook made these statements he knew, or at least recklessly disregarded, that "at an all-hands 'state of the union' meeting within the Supply and Demand department at Apple, the extent to which Apple was going to update its forecasts due to consumers replacing their batteries at a discounted rate, instead of buying new phones was specifically brought up." (¶ 478(h)). |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| | | *new iPhone lineup.* iPhone X surpassed our expectations and has been our top-selling iPhone every week since it shipped in November. | insufficient to drive upgrades. (¶ 245). Additionally, CW-1 said he attended "an all-hands 'state of the union' meeting with the Company's Supply and Demand leadership where he specifically asked if the plan was to update Apple's forecasts since so many people likely would be replacing their batteries 'instead of buying new phones,'" but that his concerns were brushed aside. (¶ 253).<br><br>According to CW-2, there were internal discussions "prior to the public disclosure, about how Apple had intentionally slowed down/throttled its iPhones," (¶ 248), and that there were internal discussions as to the effects of the discounted battery replacement program on iPhone upgrade cycles, (¶ 249). | |
| 20 | Date 02/01/2018<br><br>Medium Q1 FY18 Earnings Call Dated 02/01/2018<br><br>Speaker Defendant Maestri<br><br>Complaint ¶ 298 | *Starting with revenue, we're reporting an all-time record, $88.3 billion, up nearly $10 billion or 13% over the prior record set last year. It is our fifth consecutive quarter of accelerating revenue growth.* * * * *During the quarter, we sold 77.3 million iPhones, the highest number ever for a 13-week quarter. Average weekly iPhone sales were up 6% compared to the December quarter last year, with growth in every region of the world* | Lead Plaintiff alleges that these statements were false and misleading when made for the same reasons as Entries 17 & 19 and the same supporting facts detailed in Entries 1, 3, 10, 12, 17, & 19. | Lead Plaintiff alleges that when Defendant Maestri made these statements he knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entries 1, 3, 10, 12, 17, & 19. |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| | | *despite the staggered launch of iPhone X. We established all-time iPhone revenue records in nearly every market we track with double-digit growth in all of our geographic segments.* | | |
| **21** | <u>Date</u> 02/01/2018 <br><br> <u>Medium</u> Q1 FY18 Earnings Call Dated 02/01/2018 <br><br> <u>Speaker</u> Defendant Maestri <br><br> <u>Complaint ¶</u> 298 | *In Greater China, we were very happy to generate double-digit revenue growth for the second quarter in a row.* | Lead Plaintiff alleges that these statements were false and misleading when made for the same reasons as Entry 17 and the same supporting facts detailed in Entries 1, 10, & 17. <br><br> <u>**Additional Reasons Why Statement/Omission was False and Misleading When Made**</u> <br> Lead Plaintiff alleges this statement was false and misleading when made because iPhone demand in Greater China was declining and expected to continue to deteriorate long term due to a confluence of factors including: (i) macroeconomic, geopolitical issues and a worsening economy in China, and (ii) severe competition in the Chinese smartphone market which, together were negatively impacting demand for iPhones and decimating Apple's pricing power in the smartphone market in Greater China, one of Apple's most important growth markets. (¶ 313(d)). <br><br> <u>**Supporting Facts**</u> <br> Lead Plaintiff alleges that the supporting facts detailed in Entries 3 & 12 also support the allegation that this statement was false and misleading when made. | Lead Plaintiff alleges that when Defendant Maestri made these statements he knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entries 1, 10, & 17. <br><br> Additionally, Lead Plaintiff alleges that when Defendant Maestri made these statements he knew, or at least recklessly disregarded: <br><br> (i) that China was becoming one of Apple's most important markets, (¶¶ 460-61); <br> (ii) that Apple hired a managing director of Greater China in July 2017, in part to "work closely with Apple's |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| | | | Additionally, Lead Plaintiff alleges that "[b]eginning in 2016, Chinese consumers complained about a multitude of problems with Apple iPhones, most notably, the battery. Chinese consumer agencies brought concerns about the iPhone's battery to the direct attention of Apple." (¶ 148). Apple addressed the issue in Mandarin on its Chinese support page and said the iPhone shutdown issues went beyond those previously identified, but only for a small number of customers. (¶ 149). Lead Plaintiff alleges that Apple began offering discounted battery replacements in China and Hong Kong in December 2017 after "'public outcry'" in China. (¶ 150).<br><br>Lead Plaintiff alleges that Apple's handling of the throttling issue caused the Chinese public to lose faith in Apple, (¶ 151), and many Chinese consumers logged complaints, including with the Shanghai Consumer Council, (¶¶ 151-53), which "demanded answers from Apple regarding slowing iPhones," (¶ 154). Lead Plaintiff alleges the Shanghai Consumer Council received more than 300 complaints between November 2017 and January 8, 2018 alone regarding Apple's throttling of iPhones. (¶ 182).<br><br>According to CW-7, the release of the iPhone X in November 2017 "suffered poor sales due to its high price compared to similar products released by competitors in China." (¶ 221).<br><br>According to CW-5, by December 2017, year-on-year losses for Greater China were mounting and certain departments were failing to hit sales targets. (¶ 223). Additionally, "revenue forecasts for newly opened retail stores in Greater China were all missed from September 2017 to January 2018." (¶ 224). | R&D team and carrier partners to develop new China-specific features for the iPhone," (¶ 464);<br><br>(iii) that the Defendants "closely monitored the Chinese smartphone market and Apple's iPhone business there," (¶ 463), and Defendant Cook made frequent trips to China and "closely tracked Apple's business there," (¶¶ 465-66);<br><br>(iv) that consumer reaction to Apple's practice of throttling iPhones "was particularly severe in Greater China," (¶ 471);<br><br>(v) the decrease in iPhone sales in Greater China, and that it was attributable, at least in part, to competition in the Chinese smartphone market, (¶ 478(a));<br><br>(vi) that there was "'a fair amount of negativity going around,'" about the iPhone 8 launch in China and that the Company failed to activate any response to the decreasing iPhone |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| | | | According to CW-6, the Marketing Department in Shanghai held weekly meetings to discuss sales figures, the decline in iPhone sales, and why Apple was losing out to competitors in China. (¶ 228) Prior to these meetings, CW-6 said he would receive sales reports that included figures for Greater China. (*Id.*). CW-6 said that retail sales reports were "generated domestically [in China] and contained global sales numbers from Apple's headquarters." (¶ 229). CW-6 said that Apple was more interested in building an "ecosystem" and that the iPhone failed to provide enough technological innovation to drive upgrades, noted that Chinese consumers were switching to Huawei for the camera, and that Apple hired a new executive to address the Company's issues in China. (¶ 231). CW-4 "confirmed that compared to its competitors, Apple was losing its market advantage," and that he "observed this market share loss in internal reports published by Apple, as well as the Marketing Department's own analyses which showed that Apple had been losing market share to competitors such as Huawei." (¶ 232). CW-6 also "explained that some of the sales reports which illustrated a decrease in iPhone business in Greater China came directly from Apple's headquarters in California and that the figures illustrating declining iPhone sales and market share were available to absolutely everyone within Apple," and that "his team received reports regarding Apple's overall revenue in Greater China." (*Id.*).<br><br>CW-2 attributed Apple's loss of market share to competitors to pro-China sentiment and the features of competitor's phones. (¶ 233). According to CW-8, Huawei had been chipping away at Apple's smartphone market share prior to 2018, (¶ 234), and "it was widely known with Huawei that Apple's iPhone sales were declining," (¶ 235). | sales and sluggish Chinese economy, (¶ 478(b));<br><br>(vii) that iPhone X suffered poor sales in China due to its high price point, (¶ 478(c)); and<br><br>(viii) that reports generated domestically in China showed year-on-year iPhone sales losses in Greater China, (¶ 478(n)). |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| 22 | <u>Date</u> 02/01/2018 <br><br> <u>Medium</u> Q1 FY18 Earnings Call Dated 02/01/2018 <br><br> <u>Speaker</u> Defendant Cook <br><br> <u>Complaint ¶</u> 299 | *The revenue growth from iPhone across all the geographic segments was in the double digits.* And I think as Luca said earlier, when you change that to an average weekly sales basis, it's actually 22%, and so *it was a stellar quarter for iPhone.* <br> *   *   * <br> *In urban China and the U.S., the top 5 smartphones last quarter were all iPhones.* . . . | Lead Plaintiff alleges that these statements were false and misleading when made for the same reasons as Entries 17 & 21 and the same supporting facts detailed in Entries 1, 3, 10, 12, 17 & 21. | Lead Plaintiff alleges that when Defendant Cook made these statements he knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entries 1, 3, 10, 12, 17, & 21. |
| 23 | <u>Date</u> 02/01/2018 <br><br> <u>Medium</u> Q1 FY18 Earnings Call Dated 02/01/2018 <br><br> <u>Speaker</u> Defendant Cook | *I think it's up to investors as to what things they would like to focus on, so I don't want to put myself in the position of that. The way that I look at this and I – the numbers you've quoted, I have a different view of them. But generally what we see with iPhone is the reliability of iPhone is fantastic.* <br> *   *   * | Lead Plaintiff alleges these statements were false and misleading when for the same reasons as Entries 17 & 19 and the same supporting facts detailed in Entries 1, 10, 17, & 19. <br><br> **<u>Additional Reasons Why Statement/Omission was False and Misleading When Made</u>** <br> Additionally, Lead Plaintiff alleges these statements were false and misleading when made because Apple was, in fact, tracking the number of consumers taking advantage of iPhone battery replacements and the expected negative effect of those battery replacements on iPhone upgrade rates for 2018. (¶ 313(b)). | Lead Plaintiff alleges that when Defendant Cook made these statements he knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entries 1, 3, 10, 12, 17, 19, & 21. <br><br> Additionally, Lead Plaintiff alleges that when Defendant Cook made these statements he knew, or at least recklessly disregarded that "Apple |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| | Complaint ¶ 300 | Toni – On the battery, Toni, *we did not consider in any way, shape, or form, what it would do to upgrade rates. We did it because we thought it was the right thing to do for our customers. And I – sitting here today, I don't know what effect it will have.* | **Supporting Facts** According to CW-2, "Apple was 'absolutely' tracking every single battery replacement" at the store level, and that he believe there was a tool built for corporate to track the battery replacements as well. (¶ 251). CW-2 also said that Apple had to hire additional store personnel to handle the battery replacements and that staffing increased to "'holiday' levels." (*Id.*).<br><br>According to CW-1, battery replacements were "'definitely'" being tracked in 2018, and Apple "'knew exactly how many batteries they replaced,'" even tracking "the battery replacements at different levels, like store, city, and country." (¶ 254). | was tracking battery replacements at the store and corporate level." (¶ 478(f)). |
| 24 | Date 02/01/2018<br><br>Medium Q1 FY18 Earnings Call Dated 02/01/2018<br><br>Speaker Defendant Cook<br><br>Complaint ¶ 301 | I would point out that, that happened some time ago, *and so it's very difficult currently to ever get a real-time handle on replacement rate because you're obviously not -- you don't know the replacement rate for the products you're currently selling.* | Lead Plaintiff alleges this statement was false and misleading when made for the same reasons as Entries 17, 19, & 23 and the same supporting facts detailed in Entries 1, 10, 17, 19, & 23. | Lead Plaintiff alleges that when Defendant Cook made these statements he knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entries 1, 10, 17, 19, & 23. |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| 25 | Date 02/01/2018 Medium Q1 FY18 Earnings Call Dated 02/01/2018 Speaker Defendant Maestri Complaint ¶ 302 | *We are guiding to $60 billion to $62 billion. . . . So when you put things in perspective and you add the $10 billion of growth that we had in the first quarter and the $7 billion to $9 billion that we're guiding to for the second quarter, you're talking about $17 billion to $19 billion of growth in 6 months. . . . we believe iPhone revenue will grow double digits as compared to last year during the March quarter, and also and importantly, that iPhone sell-through growth on a year-over-year basis will be actually accelerating during the March quarter as compared to the December quarter.*   \* \* \* *So in summary, our guidance for iPhone, we got double-digit year-over-year growth and acceleration of sell-through growth on a year-* | Lead Plaintiff alleges these statements were false and misleading when made for the same reasons as Entries 17, 19, &, 23 and the same supporting facts detailed in Entries 1, 10, 17, 19, & 23. | Lead Plaintiff alleges that when Defendant Maestri made these statements he knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entries 1, 10, 17, 19, & 23. |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| | | *over-year basis. For the balance of the company, in the aggregate, we expect to grow strong double digits year-over-year* and particularly very strong performance in service and in wearables like we've seen during the December quarter. | | |
| 26 | Date 02/01/2018<br><br>Medium Q1 FY18 Earnings Call Dated 02/01/2018<br><br>Speaker Defendant Cook<br><br>Complaint ¶ 304 | *Also mainland China, we had an all-time record for revenue in mainland China. And of course, a key part of that was iPhone. . . . And so we could not be more pleased with how we're doing. And if you look at the other -- we obviously grew share on -- for iPhone in the quarter. . . . And so everywhere I look, I feel really good about how we're doing in China.* | Lead Plaintiff alleges these statements were false and misleading when made for the same reasons as Entries 17, 19, & 21 and the same supporting facts detailed in Entries 1, 3, 10, 12, 17, 19, and 21. | Lead Plaintiff alleges that when Defendant Cook made these statements he knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entries 1, 3, 10, 12, 17, 19, and 21. |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| 27 | Date 02/02/2018<br><br>Medium Q1 FY18 Form 10-Q Dated 02/02/2018<br><br>Speaker Apple<br><br>Complaint ¶ 311 | In the Q1 FY18 10-Q, Apple identified the same risk factors regarding global economic conditions, competition in its global markets, competition from other mobile operating systems and risks associated with international activities as it had identified in its Q3 FY17 10-Q (¶ 279). | **Reasons Why Statement/Omission was False and Misleading When Made**<br>Lead Plaintiff alleges that Apple's risk disclosures were insufficient because Defendants knew, or recklessly disregarded, and failed to disclose that sales of iPhones in 2018 would be cannibalized by the combined effect of the premature upgrades in 2017 (which upgrades otherwise would have been made in 2018), and the 2018 battery replacement program which would lead customers to postpone iPhone upgrades in 2018. Further, the Company's risk disclosures regarding Apple's competition in the smartphone market in China were insufficient because Defendants knew, or recklessly disregarded, and failed to disclose that Chinese smartphone competitors were already taking smartphone market share from Apple in China and that the risks disclosed as "potential risks" had already materialized. (¶ 315).<br><br>**Supporting Facts**<br>Lead Plaintiff alleges these statements were false and misleading when made for the same supporting facts detailed in Entries 1, 3, 10, 12, 17, 19, 21, and 23. | Lead Plaintiff alleges that when Apple issued these statements, the Defendants knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entries 1, 3, 10, 12, 17, 19, 21, and 23. |
| 28 | Date 02/02/2018<br><br>Medium Q1 FY18 Form 10-Q Dated 02/02/2018 | *There have been no material changes to the Company's market risk during the first three months of 2018*. | **Reasons Why Statement/Omission was False and Misleading When Made**<br>Lead Plaintiff alleges that Apple's representation that there had been no material change to Apple's market risk during Q1 FY18 was materially false and misleading when made because Apple's practice of intentionally throttling phones was exposed during the quarter and the Company had already decided to offer discounted $29 battery replacements in an effort to appease consumers. Defendants knew, or were at least deliberately reckless in not knowing, that the battery replacement program would, at the very least, pose a risk to sales of Apple's most important product, and, therefore | Lead Plaintiff alleges that when Apple issued these statements, the Defendants knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entries 1, 10, 17, 19, and 23. |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| | Speaker Apple  Complaint ¶ 312 | | Defendants misled the market by stating there had been no material changes to market risk during the quarter. (¶ 316).  **Supporting Facts** Lead Plaintiff alleges these statements were false and misleading when made for the same supporting facts detailed in Entries 1, 10, 17, 19, and 23. | |
| <td colspan="5" align="center">**Statement to Congress on Throttling**</td> |
| 29 | Date 02/06/2018  Medium Apple's Letter to Congress Dated 02/06/2018  Speaker Apple  Complaint ¶ 317 | *iPhone 8, iPhone 8 Plus, and iPhone X models include hardware updates that allow a more advanced performance management system that more precisely allows iOS to anticipate and avoid an unexpected shutdown.* | **Reasons Why Statement/Omission was False and Misleading When Made** This statement was false and misleading when made because it led the market to believe that these hardware innovations would mean that Apple was able to fix the battery issue with iPhones and would no longer need to throttle the iPhone's performance to prevent unexpected shutdowns. In reality, throttling the previous year's iPhones was a part of Apple's regular practice—a practice which they deliberately withheld from the market. Withholding this information had a material impact on iPhone sales because consumers became less willing to purchase iPhones once it was finally disclosed that Apple continued to engage in throttling. (¶ 318).  **Supporting Facts** Lead Plaintiff alleges that "Apple promised investors and Congress in early 2018 that it would not need to throttle later-generation iPhone models (the iPhone 8, 8 Plus, and X) due to a different performance management system in those models that supposedly allowed iOS to anticipate and avoid unexpected shutdowns." (¶ 137). Lead Plaintiff also alleges that the market | Lead Plaintiff alleges that when Apple issued these statements, the Defendants knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entries, 1, 10, & 17. |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| | | | took this representation to mean that the newer iPhones would not be throttled. (¶¶ 163-66). Lead Plaintiff alleges that Apple did throttle the later-generation iPhones on October 30, 2018 with iOS 12.1. (¶ 169). | |
| **Q2 FY 18 Statements** | | | | |
| **30** | Date 05/01/2018<br><br>Medium Press Release Attached to Form 8-K Dated 05/01/2018<br><br>Speaker Defendant Cook<br><br>Complaint ¶ 325 | We're thrilled to report our ***best March quarter ever, with strong revenue growth in iPhone***, Services and Wearables. . . . *We also grew revenue in all of our geographic segments, with over 20% growth in Greater China* and Japan. | **Reasons Why Statement/Omission was False and Misleading When Made**<br>Lead Plaintiff alleges that these statements were false and misleading when made because higher iPhone demand in 2017 and early 2018, including in Greater China, was driven by artificially accelerated upgrade rates as a result of Apple intentionally throttling older-model iPhones during 2017 (i.e., a segment of customers upgraded their iPhones early believing their phones to be obsolete−artificially inflating iPhone revenues in 2017, at the expense of iPhone revenues in 2018). (¶ 338(a)).<br><br>**Supporting Facts**<br>Lead Plaintiff alleges that the supporting facts detailed in Entries 1, 10, & 17 also support the allegation that this statement was false and misleading when made.<br><br>**Additional Reasons Why Statement/Omission was False and Misleading When Made**<br>Additionally, Lead Plaintiff alleges that these statements were false and misleading when made because as a result of slowing demand, Apple had slashed production orders from suppliers for the new 2018 iPhone models. (¶ 338(d)). | Lead Plaintiff alleges that when Defendant Cook made these statements he knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entries 1, 10, & 17.<br><br>Additionally, Lead Plaintiff alleges that when Defendant Cook made these statements he knew, or at least recklessly disregarded:<br><br>(i) that there were internal discussions at Apple about the elongating sales cycle and the effect of the disclosure of throttling would impact demand for iPhones, (¶ 478(e)); and<br><br>(ii) that beginning in 2017, Apple began cutting iPhone production orders, (¶¶ 237 & 240). |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| | | | **Supporting Facts**<br>According to CW-9, Foxconn shut down iPhone production lines and the number of workers manufacturing iPhones at Foxconn decreased from approximately 300,000 in 2017 to 230,000, a trend he believed would continue into 2019. (¶ 237).<br><br>According to CW-10, in 2017 one of Foxconn's iPhone production lines was shut down, "which led to a loss of over three million iPhone orders, and more than 30,000 Foxconn employees were terminated." (¶ 240). | |
| 31 | Date<br>05/01/2018<br><br>Medium<br>Q2 FY18 Earnings Call Dated 05/01/2018<br><br>Speaker<br>Defendant Cook<br><br>Complaint ¶ 326 | *iPhone's second quarter performance capped a tremendous fiscal first half with $100 billion in iPhone revenue, an increase of $12 billion over last year, setting a new first half record and achieving our highest first half growth rate in 3 years.* | Lead Plaintiff alleges this statement was false and misleading when made for the same reasons as ¶ 338(a) in Entry 30 and the same supporting facts detailed in Entries 1, 10, & 17 and supporting facts detailed under ¶ 338(a) in Entry 30.<br><br>**Additional Reasons Why Statement/Omission was False and Misleading When Made**<br>Additionally, Lead Plaintiff alleges this statement was false and misleading because the rate at which Apple customers were replacing their batteries in older iPhones, under Apple's $29 battery replacement program was negatively impacting demand for the next generation of iPhones (typically released between September to November). (¶ 338(b)).<br>**Supporting Facts**<br>Lead Plaintiff alleges that the supporting facts detailed under ¶ 313(c) in Entry 19 also support the allegation that this statement was false and misleading when made. | Lead Plaintiff alleges that when Defendant Cook made these statements he knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entries 1, 10, 17, 19, & 30. |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| | | | Additionally, Lead Plaintiff alleges that the demand for battery replacements forced Apple to shift AppleCare employees and external contractors to retail store locations. (¶ 143). | |
| **32** | <u>Date</u> 05/01/2018 <br><br> <u>Medium</u> Q2 FY18 Earnings Call Dated 05/01/2018 <br><br> <u>Speaker</u> Defendant Maestri <br><br> <u>Complaint ¶</u> 327 | Performance was very strong in emerging markets where revenue was up 20%, ***and we were especially pleased to see 21% year-over-year growth in Greater China, our strongest growth rate from that segment in 10 quarters***. | Lead Plaintiff alleges this statement was false and misleading when made for the same reasons as ¶ 338(a) in Entry 30 and the same supporting facts detailed in Entries 1, 10, 17, and for the supporting facts detailed under ¶ 338(a) in Entry 30. <br><br> **<u>Additional Reasons Why Statement/Omission was False and Misleading When Made</u>** <br> Lead Plaintiff alleges that this statement was false and misleading when made because iPhone demand in Greater China was declining and expected to continue to deteriorate long term due to a confluence of factors including: (i) macroeconomic and geopolitical issues and a worsening economy in China, and (ii) severe competition in the Chinese smartphone market, which together were negatively impacting demand for iPhones and decimating Apple's pricing power in the smartphone market in Greater China, one of Apple's most important growth markets. (¶ 338(c)). <br><br> **<u>Supporting Facts</u>** <br> Lead Plaintiff alleges that the supporting facts in Entries 3 & 12 and the supporting facts detailed under ¶ 313(d) in Entry 21 also support the allegation that this statement was false and misleading when made. Additionally, according to CW-5, a "'Greater China 2018 Q1 score card,'" showed that "sales dropped across the board in Greater China for January and February 2018, around the time when the iPhone X was newly available." (¶ 224). That score card also "showed year-on-year sales were all | Lead Plaintiff alleges that when Defendant Maestri made this statement he knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in 1, 10, 17, & 30. |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| | | | down, usually at more than 30%; the lowest loss incurred by a store was 30%, while the largest loss for a store was at 51%." *Id.* | |
| 33 | <u>Date</u> 05/01/2018 <br><br> <u>Medium</u> Q2 FY18 Earnings Call Dated 05/01/2018 <br><br> <u>Speaker</u> Defendant Maestri <br><br> <u>Complaint ¶</u> 327 | ***Our performance from a customer demand standpoint was even stronger than our reported results,*** as we reduced iPhone channel inventory by 1.8 million units, 600,000 units more than the March quarter reduction last year. | Lead Plaintiff alleges this statement was false and misleading when made for the same reasons as Entries 30, 31, & 32 and the same supporting facts detailed in Entries 1, 3, 10, 12, 17, 19, 21, 30, 31, & 32. | Lead Plaintiff alleges that when Defendant Maestri made this statement he knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entries 1, 3, 10, 12, 17, 19, 21, 30, 31, & 32. |
| 34 | <u>Date</u> 05/01/2018 <br><br> <u>Medium</u> Q2 FY18 Earnings Call Dated 05/01/2018 | Defendant Cook also lauded the iPhone X as "***the most popular smartphone in all of China last quarter,***" and boasted that he was not "***buy[ing] the view that the [smartphone] market's saturated. I don't see that from a market point of view or -- and certainly not from an iPhone point of view.*** | Lead Plaintiff alleges this statement was false and misleading when made for the same reasons as Entries 30, 31, & 32 and the same supporting facts detailed in Entries 1, 3, 10, 12, 17, 19, 21, 30, 31, & 32. | Lead Plaintiff alleges that when Defendant Cook made this statement he knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entries 1, 3, 10, 12, 17, 19, 21, 30, 31, & 32. |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| | <u>Speaker</u> Defendant Cook <br><br> <u>Complaint ¶</u> 328 | | | |
| 35 | <u>Date</u> 05/01/2018 <br><br> <u>Medium</u> Q2 FY18 Earnings Call Dated 05/01/2018 <br><br> <u>Speaker</u> Defendant Cook <br><br> <u>Complaint ¶</u> 329 | *We were surprised somewhat that through all of this period of time that the iPhone X winds up at the most selling -- most popular for every week of the time since the launch, and so that's, I think, a powerful point. And it's #1 in China, which is another powerful point. And so obviously, at some point, if those technologies move to lower price points and that -- there's probably more unit demand. But the way we think about it is trying to price a reasonable price for the value that we deliver, and I feel that we did that.* | Lead Plaintiff alleges these statements were false and misleading when made for the same reasons as Entries 30, 31, & 32 and the same supporting facts detailed in Entries 1, 3, 10, 12, 17, 19, 21, 30, 31, & 32. <br><br> <u>**Additional Reasons Why Statement/Omission was False and Misleading When Made**</u> <br> Additionally, Lead Plaintiff alleges it is not reasonable to believe that Apple could have the top three selling smartphones in China for the quarter while trailing four other smartphone manufacturers in market share by sales. (¶ 339). <br><br> <u>**Supporting Facts**</u> <br> Lead Plaintiff alleges that Apple was a distant fifth in smartphone market share in China for the quarter ended March 31, 2018, with less than one third of first place Huawei's market share. (¶ 339). | Lead Plaintiff alleges that when Defendant Cook made this statement he knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entries 1, 3, 10, 12, 17, 19, 21, 30, 31, & 32. |
| 36 | <u>Date</u> 05/01/2018 | *IPhone X was the most popular smartphone in all of China last quarter. And so* | Lead Plaintiff alleges these statements were false and misleading when made for the same reasons as Entries 30, 31, 32, & 35 and the same supporting facts detailed in Entries 1, 3, 10, 12, 17, 19, 21, 30, 31, 32, & 35. | Lead Plaintiff alleges that when Defendant Cook made this statement he knew, or at least recklessly |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| | <u>Medium</u> Q2 FY18 Earnings Call Dated 05/01/2018 <br><br> <u>Speaker</u> Defendant Cook <br><br> Complaint ¶ 330 | *iPhone X has done well there.* <br> \* \* \* <br> *The iPhone obviously had to do extremely well to get a 21% number*, and we gained share in the market for the Mac as well. . . . *We also -- more broadly on the iPhone, the iPhone was the top 3 selling phones in China. And so it's iPhone X was #1, but we had several in the top*. | | disregarded, the same facts giving rise to a strong inference of scienter detailed in Entries 1, 3, 10, 12, 17, 19, 21, 30, 31, & 32. |
| 37 | <u>Date</u> 05/01/2018 <br><br> <u>Medium</u> CNBC Interview Dated 05/01/2018 <br><br> <u>Speaker</u> Defendant Cook <br><br> Complaint ¶ 332 | *Yes, iPhone X was the most popular smartphone in all of China last quarter. So that is a powerful statement I think when we have the very top phone being the most popular smartphone there. The demand trends are 21 percent revenue there is powered by three main areas — iPhone, of course, is growing. In order to grow 21 percent at the country level in Greater China you have to grow really well at the iPhone level.* | Lead Plaintiff alleges this statement was false and misleading when made for the same reasons as Entries 30, 31, & 32 and the same supporting facts detailed in Entries 1, 3, 10, 12, 17, 19, 21, 30, 31, 32, & 35. | Lead Plaintiff alleges that when Defendant Cook made this statement he knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entries 1, 3, 10, 12, 17, 19, 21, 30, 31, & 32. |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| 38 | <u>Date</u> 05/02/2018<br><br><u>Medium</u> Q2 FY18 Form 10-Q Dated 05/02/2018<br><br><u>Speaker</u> Apple<br><br><u>Complaint ¶</u> 335 | In the Q2 FY18 10-Q, Apple identified the same risk factors regarding global economic conditions, competition in its global markets, competition from other mobile operating systems and risks associated with international activities as it had identified in its Q3 FY17 10-Q (¶ 279). As set forth below, these risk disclosures were false and misleading. | <u>**Reasons Why Statement/Omission was False and Misleading When Made**</u><br>Lead Plaintiff alleges that Apple's risk disclosures were insufficient because Defendants knew, or recklessly disregarded, and failed to disclose: (i) that sales of iPhones in 2018 would be cannibalized by the combined effect of the premature upgrades in 2017 (which upgrades otherwise would have been made in 2018), and the 2018 battery replacement program which led customers to postpone upgrades in 2018; and (ii) that increased competition and worsening economic conditions in China had already negatively affected iPhone demand in Greater China and would continue to negatively affect the Company's business in the short-term. In fact, Apple was warning of potential risks that had already materialized. (¶ 340).<br><br><u>**Supporting Facts**</u><br>Lead Plaintiff alleges Apple's risk disclosures were insufficient for the supporting facts detailed in Entries 1, 3, 10, 12, 17, 19, 21, 30, 31, & 32. | Lead Plaintiff alleges that when Apple made this statement the Defendants knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entries 1, 3, 10, 12, 17, 19, 21, 30, 31, & 32. |
| 39 | <u>Date</u> 05/02/2018<br><br><u>Medium</u> Q2 FY18 Form 10-Q Dated 05/02/2018 | ***Greater China net sales increased during the second quarter and first six months of 2018 compared to the same periods in 2017 due primarily to higher net sales of iPhone*** and the strength in foreign currencies relative to the U.S. dollar. | Lead Plaintiff alleges that this statement was false and misleading when made for the same reasons as Entries 30, 31, & 32 and the same supporting facts detailed in Entries 1, 3, 10, 12, 17, 19, 21, 30, 31, 32, & 35. | Lead Plaintiff alleges that when Apple made this statement the Defendants knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entries 1, 3, 10, 12, 17, 19, 21, 30, 31, & 32. |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| | <u>Speaker</u><br>Apple<br><br><u>Complaint ¶</u><br>336 | | | |
| 40 | <u>Date</u><br>05/02/2018<br><br><u>Medium</u><br>Q2 FY18<br>Form 10-Q<br>Dated<br>05/02/2018<br><br><u>Speaker</u><br>Apple<br><br><u>Complaint ¶</u><br>337 | *There have been no material changes to the Company's market risk during the first six months of 2018.* | <u>**Reasons Why Statement/Omission was False and Misleading When Made**</u><br>Further, Apple's representation that there had been no material change to Apple's market risk during the first six months of the fiscal year was materially false and misleading when made because Defendants knew, or were at least deliberately reckless in not knowing, that iPhone demand was declining throughout fiscal 2018, which Defendants informed its suppliers of, but kept from the market. Additionally, Defendants knew, or were at least deliberately reckless in not knowing, that Apple had already replaced millions more batteries than usual during fiscal 2018 which would have an adverse effect on sales in the next upgrade cycle in Q1 FY19. (¶ 341).<br><br><u>**Supporting Facts**</u><br>Lead Plaintiff alleges this statement was false and misleading for the supporting facts detailed in Entries 1, 3, 10, 12, 17, 19, 21, 30, 31, 32, & 35. | Lead Plaintiff alleges that when Apple made this statement the Defendants knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entries 1, 3, 10, 12, 17, 19, 21, 30, 31, & 32. |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| | | | **June 2018 Statements** | |
| 41 | <u>Date</u> 06/01/2018<br><br><u>Medium</u> UBS Analyst Report Dated 06/01/2018<br><br><u>Speaker</u> Apple<br><br><u>Complaint ¶</u> 345 | *Apple says the battery replacement program is having little impact on shipments.* | <u>Reasons Why Statement/Omission was False and Misleading When Made</u><br>Lead Plaintiff alleges that this statement was false and misleading when made because while none of Apple's products or component parts were directly affected by the tariffs as of June 4, 2018, the Company was feeling the indirect effects of a confluence of factors including: (i) macroeconomic and geopolitical issues in China as well as trade tensions and a worsening economy, and (ii) severe competition in the Chinese smartphone market which, together were negatively impacting demand for iPhones and decimating Apple's pricing power in the smartphone market in Greater China, one of Apple's most important growth markets. (¶ 348(a)).<br><br><u>Supporting Facts</u><br>Lead Plaintiff alleges that the supporting facts detailed in Entries 3, 12, & 32 and the supporting facts detailed under ¶ 313(d) in Entry 21 support the allegation that this statement was false and misleading when made.<br><br>Additionally, Lead Plaintiff alleges that China's economy slowed in 2018, "driven in part by the country's rising debt levels and the escalating trade war with the United States," and that "Defendants concealed the true impact this slowdown would have on sales of iPhones in China." (¶ 193). | Lead Plaintiff alleges that when Apple made this statement the Defendants knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entries 1, 3, 10, 12, 17, 19, 21, 30, 31, & 32. |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| 42 | Date 06/04/2018 <br><br> Medium CNN Money Interview Dated 06/04/2018 <br><br> Speaker Defendant Cook <br><br> Complaint ¶ 346 | *I don't think that iPhone will get a tariff on it, is my belief, based on what I've been told and what I see. Uh, I just don't see that.* | Lead Plaintiff alleges these statements were false and misleading when made for the same reasons as Entry 41 and the same supporting facts detailed in Entries 3, 12, and 41, and the supporting facts detailed under ¶ 313(d) in Entry 21. | Lead Plaintiff alleges that when Defendant Cook made this statement he knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entries 1, 3, 10, 12, 17, 19, 21, 30, 31, & 32. |
| 43 | Date 06/04/2018 <br><br> Medium NPR Interview Dated 06/04/2018 <br><br> Speaker Defendant Cook | *I don't think that Apple is going to get caught up in a tariff there. But I don't know this, but I don't think so because if we were it would hurt the U.S. And so it doesn't make sense to do, from that point of view.* | Lead Plaintiff alleges these statements were false and misleading when made for the same reasons as Entry 41 and the same supporting facts detailed in Entries 3, 12, and 41, and the supporting facts detailed under ¶ 313(d) in Entry 21. | Lead Plaintiff alleges that when Defendant Cook made this statement he knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entries 1, 3, 10, 12, 17, 19, 21, 30, 31, & 41. |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| | Complaint ¶ 347 | | | |
| | | | **Q3 FY18 Statements** | |
| 44 | Date 07/31/2018<br><br>Medium Press Release Attached to Form 8-K Dated 07/31/2018<br><br>Speaker Defendant Cook<br><br>Complaint ¶ 350 | *We're thrilled to report Apple's best June quarter ever, and our fourth consecutive quarter of double-digit revenue growth. Our Q3 results were driven by continued strong sales of iPhone*, Services and Wearables, and we are very excited about the products and services in our pipeline. | **Reasons Why Statement/Omission was False and Misleading When Made**<br>Lead Plaintiff alleges this statement was false and misleading when made because higher iPhone demand in 2017 and early 2018, including in Greater China, was driven by artificially accelerated upgrade rates as a result of Apple intentionally throttling older-model iPhones during 2017 (i.e., a segment of customers upgraded their iPhones early believing their phones to be obsolete−artificially inflating iPhone revenues in 2017, at the expense of iPhone revenues in 2018). (¶ 360(a)).<br><br>**Supporting Facts**<br>Lead Plaintiff alleges that the supporting facts detailed in Entries 1, 10, & 17, and the supporting facts detailed under ¶ 338(a) in Entry 30 support the allegation that this statement was false and misleading when made.<br><br>Additionally, Lead Plaintiff alleges that by the end of June 2018, Apple was fifth in smartphone market share in China and that "the remaining market share for smartphone for manufacturers outside the top four had 'declined by a steep 15 percent year over year, from 42 percent in Q1 2017 to 27 percent in Q1 2018.'" (¶ 185). | Lead Plaintiff alleges that when Defendant Cook made this statement he knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entries 1, 3, 10, 12, 17, 19, 21, 30, 31, & 32.<br><br>Additionally, Lead Plaintiff alleges that when Defendant Cook made this statement he knew, or least recklessly disregarded, that the decrease in iPhone sales in China became more pronounced in June 2018. (¶ 478(m)). |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| | | | **Additional Reasons Why Statement/Omission was False and Misleading When Made**<br>Additionally, Lead Plaintiff alleges that this statement was false and misleading when made because the rate at which Apple customers were replacing their batteries in older iPhones, under Apple's $29 battery replacement program was negatively impacting demand for the newer model iPhones (including the XS, XS Max, and XR, released in September and October 2018). (¶ 360(c)).<br><br>**Supporting Facts**<br>Lead Plaintiff alleges that the supporting facts detailed under ¶ 313(c) in Entry 19 and the supporting facts detailed under ¶ 338(b) in Entry 31 support the allegation that this statement was false and misleading when made.<br><br>Additionally, Lead Plaintiff alleges that Apple offered a $50 credit to customers who were "outrage[d]" at having paid full price for a replacement battery during calendar year 2017. (¶ 139).<br><br>Lead Plaintiff also alleges that the delays for battery replacements subsided by May 2018, (¶ 144), and that the availability of replacement batteries made iPhone users less willing to upgrade to a new iPhone. (¶¶ 145-46).<br><br>**Additional Reasons Why Statement/Omission was False and Misleading When Made**<br>Lead Plaintiff alleges that this statement was false and misleading when made because while none of Apple's products or components were directly affected by the tariffs as of July 31, 2018, the Company was feeling the indirect effects of a confluence of factors including: (i) macroeconomic and | |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| | | | geopolitical issues in China as well as trade tensions and a worsening economy, and (ii) severe competition in the Chinese smartphone market which, together, were negatively impacting demand for iPhones and decimating Apple's pricing power in the smartphone market in Greater China, one of Apple's most important growth markets. (¶ 360(d)).<br><br>**Supporting Facts**<br>Lead Plaintiff alleges that the supporting facts detailed in Entries 3, 12, and 41, and the supporting facts detailed under ¶ 313(d) in Entry 21 support the allegation that these statements were false and misleading when made.<br><br>Additionally, Lead Plaintiff alleges that in mid-June 2018 multiple news outlets reported on China's slowing economy and that it showed signs or worsening in the second half of 2018. (¶ 194).<br><br>**Additional Reasons Why Statement/Omission was False and Misleading When Made**<br>Lead Plaintiff alleges this statement was false and misleading when made because as a result of slowing demand, Apple had slashed production orders from suppliers for the new 2018 iPhone models. (¶ 360(e)).<br><br>**Supporting Facts**<br>Lead Plaintiff alleges that the supporting facts detailed under ¶ 338(d) in Entry 30 support the allegation that this statement was false and misleading when made. | |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| 45 | Date 07/31/2018 <br><br> Medium Q3 FY18 Earnings Call Dated 07/31/2018 <br><br> Speaker Defendant Cook <br><br> Complaint ¶ 351 | During the conference call held with analysts and investors that same day, Defendant Cook boasted that the "*iPhone had a very strong quarter*" with revenue being "*up 20% year-over-year, and [their] active installed base grew by double digits, driven by switchers, first-time smartphone buyers and our existing customers.*" | Lead Plaintiff alleges that these statements were false and misleading when made for the same reasons as Entry 44 and the same supporting facts detailed in Entries 1, 3, 10, 12, 17, 21, 30, 31, & 44. | Lead Plaintiff alleges that when Defendant Cook made this statement he knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entries 1, 3, 10, 12, 17, 21, 30, 31, & 44. |
| 46 | Date 07/31/2018 <br><br> Medium Q3 FY18 Earnings Call Dated 07/31/2018 <br><br> Speaker Defendant Maestri | *We expect the growth to come from strong growth from iPhone*, from Services and from Wearables, which has been a bit of our pattern during the course of the year. | Lead Plaintiff alleges that these statements were false and misleading when made for the same reasons as Entry 44 and the same supporting facts detailed in Entries 1, 3, 10, 12, 17, 21, 30, 31, & 44. | Lead Plaintiff alleges that when Defendant Maestri made this statement he knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entries 1, 3, 10, 12, 17, 21, 30, 31, & 44. |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| | Complaint ¶ 352 | | | |
| 47 | Date 07/31/2018 Medium Q3 FY18 Earnings Call Dated 07/31/2018 Speaker Defendant Cook Complaint ¶ 353 | *I think the smartphone market is very healthy.* | Lead Plaintiff alleges that these statements were false and misleading when made for the same reasons as Entry 44 and the same supporting facts detailed in Entries 1, 3, 10, 12, 17, 21, 30, 31, & 44. | Lead Plaintiff alleges that when Defendant Cook made this statement he knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entries 1, 3, 10, 12, 17, 21, 30, 31, & 44. |
| 48 | Date 07/31/2018 Medium Q3 FY18 Earnings Call Dated 07/31/2018 | *In terms of batteries, we have never done an analysis internally about how many people decided to get a lower-priced battery than buy another phone because it was never about that for us. It was always about doing something great for the user. And I think* | Lead Plaintiff alleges that these statements were false and misleading when made for the same reasons detailed in ¶¶ 360(a), 360(c), & 360(e) in Entry 44, the supporting facts detailed in Entries 1, 10, 17, 19, 30, 31, and the supporting facts detailed under ¶¶ 360(a), 360(c), and 360(e) in Entry 44. **Additional Reasons Why Statement/Omission was False and Misleading When Made** Additionally, Lead Plaintiff alleges that these statements were false and misleading when made because Apple was, in fact, tracking the number of | Lead Plaintiff alleges that when Defendant Cook made this statement he knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entries 1, 3, 10, 12, 17, 21, 30, 31, & 44. |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| | <u>Speaker</u> Defendant Cook <br><br> <u>Complaint ¶</u> 353 | *if you treat the users and customers well, then you have a good business over time, and so that's how we look at that.* | consumers taking advantage of iPhone battery replacements and the expected effect of those battery replacements on iPhone's upgrade rates for 2018. (¶ 360(b)). <br><br> <u>Supporting Facts</u> <br> Lead Plaintiff alleges the supporting facts detailed in Entries 1, 10, 17, & 19, and the supporting facts detailed under ¶ 313(b) in Entry 23 support the allegation that these statements were false and misleading when made. | Additionally, Lead Plaintiff alleges that when Defendant Cook made these statements he knew, or at least recklessly disregarded that "Apple was tracking battery replacements at the store and corporate level." (¶ 478(f)). |
| 49 | <u>Date</u> 07/31/2018 <br><br> <u>Medium</u> Q3 FY18 Earnings Call Dated 02/01/2018 <br><br> <u>Speaker</u> Defendant Cook <br><br> <u>Complaint ¶</u> 354 | *This is the fourth consecutive quarter that we've had double-digit growth in Greater China. I mentioned how iPhone X and sort of the iPhones were selling. We did pick up share in iPhone and iPad.* | Lead Plaintiff alleges that these statements were false and misleading when made for the same reasons as Entries 44 & 48 and the same supporting facts detailed in Entries 1, 3, 10, 12, 17, 19, 21, 30, 31, 41, 44, & 48. | Lead Plaintiff alleges that when Defendant Cook made this statement he knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entries 1, 3, 10, 12, 17, 19, 21, 30, 31, 41, 44, & 48. |
| 50 | <u>Date</u> 07/31/2018 <br><br> <u>Medium</u> Q3 FY18 | *If you look at those 3 tariffs, none of our products were directly affected by the tariffs. There is a fourth tariff, which includes goods valued at $200* | Lead Plaintiff alleges these statements were false and misleading when made for the same reasons detailed in Entry 44, and the same supporting facts from Entries 1, 3, 10, 12, 17, 19, 21, 30, 31, 41, & 44. | Lead Plaintiff alleges that when Defendant Cook made this statement he knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| | Earnings Call Dated 07/31/2018 <br><br> Speaker Defendant Cook <br><br> Complaint ¶ 354 | *billion, also focused on goods that are imported from China. That one is out for public comment. Probably like everyone else, we're evaluating that one, and we'll be sharing our views of it with the administration and so forth before the comment period for that one ends . . . .* | | detailed in Entries 1, 3, 10, 12, 17, 19, 21, 30, 31, 41, & 44. |
| **51** | Date 08/01/2018 <br><br> Medium Q3 FY18 Form 10-Q Dated 08/01/2018 <br><br> Speaker Apple <br><br> Complaint ¶ 357 | In the Q3 FY18 10-Q, Apple identified the same risk factors regarding global economic conditions, competition in its global markets, competition from other mobile operating systems and risks associated with international activities as it had identified in its Q3 FY17 10-Q. | **Reasons Why Statement/Omission was False and Misleading When Made** <br> Lead Plaintiff alleges that Apple's risk disclosures were insufficient because Defendants knew, or recklessly disregarded, and failed to disclose ongoing conditions then existing at the Company including that (i) sales of iPhones in 2018 would be cannibalized by the combined effect of the premature upgrades in 2017 (which upgrades otherwise would have been made in 2018), and the 2018 battery replacement program which led customers to postpone upgrades in 2018; and (ii) increased competition and worsening economic conditions in China, including the indirect negative effects from trade tensions between the US and China, which had already negatively affected iPhone demand in China and would continue to negatively affect the Company's business in the short-term. Moreover, Apple was warning of potential risks that had already materialized. (¶ 362). | Lead Plaintiff alleges that when Apple made this statement the Defendants knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entries 1, 3, 10, 12, 17, 19, 21, 30, 31, 41, 44, & 48. |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| | | | **Supporting Facts**<br>Lead Plaintiff alleges that the supporting facts detailed in Entries 1, 3, 10, 12, 17, 19, 21, 30, 31, 41, 44, & 48 support the allegation that these statements were false and misleading when made. | |
| **52** | <u>Date</u><br>08/01/2018<br><br><u>Medium</u><br>Q3 FY18 Form 10-Q Dated 08/01/2018<br><br><u>Speaker</u><br>Apple<br><br><u>Complaint ¶</u><br>358 | ***The Company's business may be impacted by political events, international trade disputes,*** war, terrorism, natural disasters, public health issues, industrial accidents and other business interruptions. ***Political events, international trade disputes,*** war, terrorism, natural disasters, public health issues, industrial accidents and other business interruptions ***could harm or disrupt international commerce and the global economy, and could have a material adverse effect on the Company and its customers, suppliers, contract manufacturers, logistics providers, distributors, cellular network carriers and other channel partners***. | <u>**Reasons Why Statement/Omission was False and Misleading When Made**</u><br>Lead Plaintiff alleges that Apple's risk disclosures were insufficient because Defendants knew, or recklessly disregarded, and failed to disclose ongoing conditions then existing at the Company including that increased competition and worsening economic conditions in China, including the indirect negative effects from trade tensions between the US and China, which had already negatively affected iPhone demand in China and would continue to negatively affect the Company's business in the short-term. Moreover, Apple was warning of potential risks that had already materialized. (¶ 362).<br><br><u>**Supporting Facts**</u><br>Lead Plaintiff alleges that the supporting facts detailed in 1, 3, 10, 12, 17, 21, 30, 31, 41, 44, & 48 support the allegation that these statements were false and misleading when made. | Lead Plaintiff alleges that when Apple made this statement the Defendants knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entries 1, 3, 10, 12, 17, 19, 21, 30, 31, 41, 44, & 48. |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| | | *International trade disputes could result in tariffs and other protectionist measures that could adversely affect the Company's business. Tariffs could increase the cost of the Company's products and the components and raw materials that go into making them. These increased costs could adversely impact the gross margin that the Company earns on sales of its products. Tariffs could also make the Company's products more expensive for customers, which could make the Company's products less competitive and reduce consumer demand. Countries may also adopt other protectionist measures that could limit the Company's ability to offer its products and services.* | | |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| 53 | Date 08/01/2018 <br><br> Medium Q3 FY18 Form 10-Q Dated 08/01/2018 <br><br> Speaker Apple <br><br> Complaint ¶ 359 | *There have been no material changes to the Company's market risk during the first nine months of 2018.* | **Reasons Why Statement/Omission was False and Misleading When Made** <br> Lead Plaintiff alleges that Apple's representation that there had been no material change to Apple's market risk during the first nine months of the fiscal year was materially false and misleading when made because Defendants knew, or were at least deliberately reckless in not knowing, that iPhone demand was declining throughout fiscal 2018, which Defendants informed its suppliers of, but kept from the market. Additionally, Defendants knew, or were are least deliberately reckless in not knowing, that Apple had already replaced millions more batteries than usual during fiscal 2018 which would have an adverse effect on sales in the next upgrade cycle in Q1 FY19. (¶ 363). <br><br> **Supporting Facts** <br> Lead Plaintiff alleges that the supporting facts detailed in Entries 1, 3, 10, 12, 17, 19, 21, 30, 31, & 48 and the supporting facts detailed under ¶¶ 360(a), 360(c), 360(d), and 360(e) in Entry 44 support the allegation that this statement was false and misleading when made. | Lead Plaintiff alleges that when Apple made this statement the Defendants knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entries 1, 3, 10, 12, 17, 19, 21, 30, 31, 41, 44, & 48. |
| | | | **Q4 FY18 Statements** | |
| 54 | Date 11/01/2018 | And then finally, the last point that we've taken into account is what Tim's talked about in terms of *some level of uncertainty at the* | **Reasons Why Statement/Omission was False and Misleading When Made** <br> Lead Plaintiff alleges this statement was false and misleading when made because higher iPhone demand in 2017 and early 2018, including in Greater China, was driven by artificially accelerated upgrade rates as a result of | Lead Plaintiff alleges that when Defendant Maestri made this statement he knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| | Medium Q4 FY18 Earnings Call Dated 11/01/2018 Speaker Defendant Maestri Complaint ¶ 384 | *macroeconomic level in some emerging markets, where, clearly, consumer confidence is not as high as it was 12 months ago.* | Apple intentionally throttling older-model iPhones during 2017 (i.e., a segment of customers upgraded their iPhones early believing their phones to be obsolete - artificially inflating iPhone revenues in 2017, at the expense of iPhone revenues in 2018). (¶ 396(a)). <br><br>**Supporting Facts** <br>Lead Plaintiff alleges the supporting facts detailed in Entries 1, 10, 17, & 30 and the supporting facts detailed under ¶ 360(a) in Entry 44 support the allegation that this statement was false and misleading when made. <br><br>Additionally, Lead Plaintiff alleges that Apple's practice of throttling iPhones has led to Congressional and Senate Proceedings, consumer litigation, (¶ 158), and a €5 million fine from Italian regulators. (¶ 159). <br><br>Lead Plaintiff also alleges that on or about October 30, 2018, "Apple released its iOS 12.1 software update which, contrary to prior representations, included code designed to slow down the iPhone 8, 8 Plus, and iPhone X smartphones." (¶ 169). Lead Plaintiff alleges that as the public learned of Apple's practice of throttling iPhones, "the market became aware that Apple could not be trusted to provide fulsome and truthful disclosures about the iPhone's hardware, battery, or operating system." (¶ 173). Additionally, Lead Plaintiff alleges that "while battery degradation is inevitable, it was Apple's lack of transparency and silent addition to its software code, in January 2017, and again, on October 30, 2018 that made consumers wary." (¶ 174). Lead Plaintiff alleges the public reacted negatively to the news of Apple's continued throttling of iPhones, (¶ 175-80), and that "Apple's regular practice of deliberately throttling the phones released the prior year was fully exposed in Q1 FY19 when iPhone users, | scienter detailed in Entry 1, 3, 10, 12, 17, 19, 21, 30, 31, 32, 41, & 44. Additionally, Lead Plaintiff alleges that when Defendant Maestri made this statement he knew, or at least recklessly disregarded: <br><br>(i) that Apple had already begun offering discount promotions to help spur sales of newer generation iPhones, (¶ 374); <br><br>(ii) that when the newest iPhones launched in September 2018, there were discussions at Apple about the impact of the battery replacement program on the upgrade cycle, (¶ 478(g)); <br><br>(iii) that iPhone's lacked sufficient innovation to drive upgrades in 2017 and 2018, (¶ 478(i)); <br><br>(iv) that "pre-sales/intent" to purchase numbers in China for the new iPhones were low and not many clients were inquiring about the new iPhones, (¶ 478(o)); and |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| | | | and Android users considering a switch to Apple, decided not to purchase new iPhones during the upgrade cycle," (¶ 187).<br><br>Lead Plaintiff also alleges that Apple "showed an awareness that there would be some reaction to its misleading practices" by giving guidance below market expectations (¶ 191), and that the "market was not in a position to immediately appreciate the full effect that the throttling update," iOS 12.1, would have on sales," (¶ 192).<br><br>According to CW-2, when the iPhone XS and XS Max launched in 2018, "it was clear that the numbers were softer then years past," due in part to the discount battery replacement program and the iPhone's lack of innovation. (¶ 261).<br><br>**Additional Reasons Why Statement/Omission was False and Misleading When Made**<br>Additionally, Lead Plaintiff alleges this statement was false and misleading when made because the rate at which Apple customers were replacing their batteries in older iPhones, under Apple's $29 battery replacement program was negatively impacting demand for the newer model iPhones (including the XS, XS Max, and XR, released in September and October 2018). (¶ 396(b)).<br><br>**Supporting Facts**<br>Lead Plaintiff alleges the supporting facts detailed in Entries 19 & 31, and the supporting facts detailed under ¶ 360(c) in Entry 44 support the allegation that this statement was false and misleading when made. | (v) that senior management at Apple knew China demand was soft going into Q1 FY19, (¶ 478(p)). |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| | | | Additionally, Lead Plaintiff alleges that "based on information from Apple insiders, the Company ultimately replaced 11 million batteries under its $29 battery replacement program, compared to its normal replacement rate of 1-2 million battery replacements per year." (¶ 147). | |
| | | | According to CW-2, "when the subsequent iPhone launch occurred in September 2018, internally it was a 'talking point' about the impact of the battery replacement on the upgrade cycle and part of the analysis of the sales numbers when they came in." (¶ 252). Additionally, "CW-2 recalled how the replacements 'spiked' as soon as Apple announced the discounted program, and lasted for a while due to supply issues." (*Id.*). | |
| | | | **Additional Reasons Why Statement/Omission was False and Misleading When Made** Additionally, Lead Plaintiff alleges this statement was false and misleading when made because iPhone demand in Greater China was declining and expected to continue to deteriorate long term due to a confluence of factors including: (i) macroeconomic and geopolitical issues in China as well as trade tensions and a worsening economy, (ii) Apple's throttling of recent models of iPhones which negatively affected the perception of the Company in Greater China, and (iii) severe competition in the Chinese smartphone market which, together, were negatively impacting demand for iPhones and decimating Apple's pricing power in the smartphone market in Greater China, one of Apple's most important growth markets. (¶ 396(c)). | |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| | | | **Supporting Facts**<br>Lead Plaintiff alleges that the supporting facts detailed in Entries 3, 12, 32, & 41 and the supporting facts detailed under ¶ 313(d) in Entry 21 support the allegation that this statement was false and misleading when made.<br><br>Additionally, Lead Plaintiff alleges that Apple's top four competitors in the Chinese smartphone market released more than fifty phones at a variety of price points during calendar year 2018, (¶ 106), and market growth in China focused at a price point of approximately $400, (¶ 107). Lead Plaintiff also alleges that Apple's competitors, in China and elsewhere, "took advantage of Apple's disclosure that it had been throttling older phones." (¶ 155).<br><br>Lead Plaintiff also alleges that "while there had been negative reaction worldwide to Apple's disclosure of throttling, Chinese consumers were particularly vulnerable to churn as they had an unprecedented number of better priced smartphone options available to them." (¶ 173).<br><br>Lead Plaintiff also alleges that various media outlets in China "reported on consumer displeasure with Apple's throttling of the iPhone 8 and X." (¶ 189).<br><br>Lead Plaintiff also alleges that the economic slowdown in China had a negative effect on consumer spending. (¶¶ 195-99).<br><br>Lead Plaintiff alleges that "Apple repeatedly dismissed analysts' concerns about its iPhone business in China," and failed to disclose the Company's issues there. (¶ 201). | |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| | | | According to CW-7, the latest generation iPhone was lacking in innovation, and gave as an example "the iPhone XR which supported dual-sim cards was not done well enough compared to competitors." (¶ 222). <br><br> According to CW-8, in November 2018, Huawei could "clearly see" that "Apple's iPhone sales had been significantly decreasing starting in 2018." (¶ 235). <br><br> According to CW-2, "senior management at Apple knew China demand was soft going into the first quarter of fiscal 2019." (¶ 236). <br><br> **Additional Reasons Why Statement/Omission was False and Misleading When Made** <br> Additionally, Lead Plaintiff alleges this statement was false and misleading when made because as a result of slowing demand, Apple had slashed production orders from suppliers for the latest generation iPhone models. (¶ 396(d)). <br><br> **Supporting Facts** <br> Lead Plaintiff alleges the supporting facts detailed under ¶ 360(e) detailed in Entry 44 support the allegation that this statement was false and misleading when made. <br><br> **Additional Reasons Why Statement/Omission was False and Misleading When Made** <br> Additionally, Lead Plaintiff alleges that this statement was false and misleading when made because as a result of slowing demand, Apple had cut prices on the latest generation iPhone models starting in October 2018 | |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| | | | (described by Company insiders as a "fire-drill") to reduce inventory. (¶ 396(e)). **Supporting Facts** Lead Plaintiff alleges that Apple's sales efforts around the iPhone XS and XR was described by company insiders as "a 'fire drill' and a possible admission that the devices may have been selling below expectations," (¶ 374), and that by December 2018, Apple "was offering a 40% discount, with conditions, on the iPhone XR presumably to get rid of excess inventory," (¶ 375). Additionally, Lead Plaintiff alleges that: "(a) iPhone XS and iPhone XS Max preorders appeared to be weaker compared to the iPhone X preorders from the generation before"; (b) at least one analyst thought early sales were "'weak'"; and (c) sales remained slow. (¶ 397). | |
| 55 | Date 11/01/2018 Medium Q4 FY18 Earnings Call Dated 11/01/2018 Speaker Defendant Cook | *The XS and XS Max got off to a really great start*, and we've only been selling for a few weeks. . . . Usually, there is some amount of wait until a product shows—another product shows up in look, but in—that—*in looking at the data, on the sales data for XS and XS Max, there's not obvious evidence of that in the data as I see it.* | Lead Plaintiff alleges these statements for false and misleading when made for the same reasons in ¶¶ 396(a) & 396(e) detailed in Entry 56 and the same supporting facts detailed in Entries 1, 10, & 17, and supporting facts detailed under ¶ 338(a) in Entry 30, the supporting facts detailed under ¶ 360(a) in Entry 44, and the supporting facts detailed under ¶¶ 396(a) & 396(e) in Entry 54. | Lead Plaintiff alleges that when Defendant Cook made these statements he knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entries 1, 10, 17, 30, 44, & 54. Additionally, Lead Plaintiff alleges that when Defendant Cook made these statements he knew, or at least recklessly disregarded: |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| | Complaint ¶ 385 | | | (i) that when Defendant Cook made this statement he knew, or at least recklessly disregarded, that Apple had already begun offering discount promotions to help spur sales of newer generation iPhones. (¶ 374); and <br><br> (ii) that there were internal discussions at Apple about the elongating sales cycle and the effect of the disclosure of throttling would impact demand for iPhones, (¶ 478(e)). |
| 56 | Date 11/01/2018 <br><br> Medium Q4 FY18 Earnings Call Dated 11/01/2018 <br><br> Speaker Defendant Cook | *In relation to China specifically, I would not put China in that category. Our business in China was very strong last quarter. . . . iPhone, in particular, was very strong double-digit growth there.* | Lead Plaintiff alleges these statements were false and misleading when made for the same reasons as Entry 54 and the same supporting facts detailed in Entries 1, 3, 10, 12, 17, 19, 21, 30, 31, 41, 44, 48, & 54. | Lead Plaintiff alleges that when Defendant Cook made this statement he knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entries 1, 3, 10, 12, 17, 19, 21, 30, 31, 41, 44, 48, & 54. |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| | Complaint ¶ 386 | | | |
| 57 | Date 11/01/2018<br><br>Medium Q4 FY18 Earnings Call Dated 11/01/2018<br><br>Speaker Defendant Maestri<br><br>Complaint ¶ 387 | *As demonstrated by our financial performance in recent years*, the number of units sold in any 90-day period is not necessarily representative of the underlying strength of our business. *Furthermore, our unit of sale is less relevant for us today than it was in the past given the breadth of our portfolio and the wider sales price dispersion within any given product line.* | Lead Plaintiff alleges these statements were false and misleading for the same reasons as Entries 54 & 56 and the same supporting facts detailed in Entries 1, 3, 10, 12, 17, 19, 21 30, 31, 32, 41, 44, 54.<br><br>**Additional Reasons Why Statement/Omission was False and Misleading When Made**<br>Additionally, Lead Plaintiff alleges that these statements were false and misleading when made because "the decision to withhold iPhone unit sales was intentionally designed to conceal declining iPhone sales." (¶ 396(f)).<br><br>**Supporting Facts**<br>Lead Plaintiff alleges that the supporting facts detailed in Entries 1, 3, 10, 12, 17, 19, 21, 30, 31, 44, 48, & 54 support the allegation that these statements were false and misleading when made. | Lead Plaintiff alleges that when Defendant Maestri made these statements he knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entries 1, 3, 10, 12, 17, 19, 21 30, 31, 32, 41, 44, & 54.<br><br>Additionally, Lead Plaintiff alleges that when Defendant Maestri made these statements he knew, or at least recklessly disregarded that Apple's decision to begin withholding unit sales was done to mask failing iPhone demand. (¶¶ 479-84). |
| 58 | Date 11/01/2018<br><br>Medium Q4 FY18 Earnings Call Dated 11/01/2018 | Given the rationale on why *we do not believe that providing unit sales is particularly relevant for our company at this point, I can reassure you that it is our objective to grow unit sales for every product category that we have*<br>* * * | Lead Plaintiff alleges these statements were false and misleading when made for the same reasons as entries 54, 56, & 57 and the same supporting facts detailed in Entries 1, 3, 10, 12, 17, 19, 21 30, 31, 32, 41, 44, 54, & 57. | Lead Plaintiff alleges that when Defendant Maestri made this statement he knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entries 1, 3, 10, 12, 17, 19, 21 30, 31, 32, 41, 44, 54, & 57. |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| | <u>Speaker</u><br>Defendant Maestri<br><br><u>Complaint ¶</u> 388 | *[W]e'll provide the qualitative commentary when it is important and relevant, but at the end of the day, we make our decisions to – from a financial standpoint, to try and optimize our revenue and our gross margin dollars. And that, we think, is the focus that is in the best interest of our investors.* | | |
| **59** | <u>Date</u><br>11/01/2018<br><br><u>Medium</u><br>Q4 FY18 Earnings Call Dated 11/01/2018<br><br><u>Speaker</u><br>Defendant Cook<br><br><u>Complaint ¶</u> 388 | *Our installed base is growing at double digit, and so there's no – and that's probably a much more significant metric for us from an ecosystem point of view and customer loyalty, et cetera.* The second thing is this is a little bit like if you go to the market and you push your cart up to the cashier and she says or he says, "How many units you have in there?," it sort of – *it doesn't matter a lot how many units there are in there in terms of the overall value of what's in the cart* | Lead Plaintiff alleges these statements were false and misleading when made for the same reasons as Entries 54 & 57 and the same supporting facts detailed in Entries 1, 3, 10, 12, 17, 19, 21 30, 31, 32, 41, 44, 54, & 57. | Lead Plaintiff alleges that when Defendant Cook made this statement he knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entries 1, 3, 10, 12, 17, 19, 21 30, 31, 32, 41, 44, 54, & 57. |

| Entry No. | Date Medium Speaker Complaint ¶ | False and Misleading Statements and Omissions | Reasons and Supporting Facts Why Statement or Omission was False and Misleading When Made (Complaint ¶) | Facts Giving Rise to Strong Inference of Scienter (Complaint ¶) |
|---|---|---|---|---|
| 60 | Date 11/05/2018 <br><br> Medium 2018 Form 10-K Dated 11/05/2018 <br><br> Speaker Apple <br><br> Complaint ¶ 395 | *Global markets for the Company's products and services are highly competitive and subject to rapid technological change, and the Company may be unable to compete effectively in these markets.* <br>    *   *   * <br> *The Company faces substantial competition in these markets from companies that have significant technical, marketing, distribution and other resources, as well as established hardware, software and digital content supplier relationships.* <br>    *   *   * <br> *The Company's services also face substantial competition, including from companies that have significant resources and experience and have established service offerings with large customer bases.* | <u>**Reasons Why Statement/Omission was False and Misleading When Made**</u> <br> Lead Plaintiff alleges that Apple's risk disclosures were insufficient because Defendants knew, or recklessly disregarded, and failed to disclose that (i) sales of iPhones in 2018 would be cannibalized by the combined effect of the premature upgrades in 2017 (which upgrades otherwise would have been made in 2018), together with the 2018 battery replacement program which led customers to postpone upgrades in 2018; and (ii) increased competition and worsening economic conditions in China, including indirect negative effects from tariffs on other products,  had already negatively affected iPhone sales growth in China and would continue to negatively affect the Company's business in the short-term. Moreover, Apple was warning of potential risks that had already materialized. (¶ 398). <br><br> <u>**Supporting Facts**</u> <br> Lead Plaintiff alleges that the same supporting facts detailed in Entries 1, 3, 10, 12, 17, 19, 21 30, 31, 32, 41, 44, 54, & 57 support the allegation that these statements were false and misleading when made. | Lead Plaintiff alleges that when Apple made this statement the Defendants knew, or at least recklessly disregarded, the same facts giving rise to a strong inference of scienter detailed in Entries 1, 3, 10, 12, 17, 19, 21 30, 31, 32, 41, 44, 54, & 57. |