# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE APPLE SECURITIES LITIGATION** | CASE NO. 19-cv-02033-YGR<br><br>**ORDER RE PAGE LIMITS FOR MOTION TO DISMISS BRIEFING**<br><br>Re: Dkt. No. 86 |

The Court has received the parties' stipulation to double the page limits on the briefing on the motion to dismiss, as well as lead plaintiff's supplemental chart required by the Court's November 22, 2019 order. (Dkt. Nos. 86, 88.) Having carefully reviewed the submissions, the Court hereby expands the page limits on the motion to dismiss briefing to **forty (40) pages** for defendants' motion, **forty (40) pages** for lead plaintiff's opposition thereto, and **twenty (20) pages** for defendant's reply.

This Order terminates Docket Number 86.

**IT IS SO ORDERED.**

Dated: December 6, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**