1  **LABATON SUCHAROW LLP**
   Carol C. Villegas (admitted *pro hac vice*)
2  Christine M. Fox (admitted *pro hac vice*)
   140 Broadway
3  New York, New York 10005
   Telephone: (212) 907-0700
4  Facsimile: (212) 818-0477
   cvillegas@labaton.com
5  cfox@labaton.com

6  *Counsel for Lead Plaintiff Employees'*
   *Retirement System of the State of Rhode Island*
7  *and the Proposed Class*

8  **WAGSTAFFE, VON LOEWENFELDT,**
   **BUSCH & RADWICK LLP**
9  James M. Wagstaffe (SBN 95535)
   Frank Busch (SBN 258288)
10 100 Pine Street, Suite 725
   San Francisco, California 94111
11 Telephone: (415) 357-8900
   Facsimile: (415) 357-8910
12 wagstaffe@wvbrlaw.com
   busch@wvbrlaw.com
13
   *Liaison Counsel for Lead Plaintiff Employees'*
14 *Retirement System of the State of Rhode Island*
   *and the Proposed Class*
15

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Civil Action No. 4:19-cv-02033-YGR<br><br>**DECLARATION OF CAROL C. VILLEGAS IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO L.R. 7-11 TO FILE A CORRECTED CONSOLIDATED AND AMENDED CLASS ACTION COMPLAINT** |

I, Carol C. Villegas, declare:

1. I am an attorney in good standing admitted pro hac vice before the Court for this action. I am a partner at Labaton Sucharow LLP and represent the Court-appointed Lead Plaintiff in this action, Employees' Retirement System of the State of Rhode Island ("Lead Plaintiff"). I am competent to testify on matters set forth in this declaration and, if called to do so, I would and could so testify. I submit this declaration in support of Lead Plaintiff's Motion for Administrative Relief to File a Corrected Consolidated and Amended Class Action Complaint.

2. On December 10, 2019, I contacted counsel for Defendants via email regarding certain errors that Lead Plaintiff discovered in the Amended and Consolidated Class Action Complaint (the "Amended Complaint"), and about filing a stipulation regarding correcting those errors in the Amended Complaint and the corresponding entries in the Supplemental Chart Required by the Court's November 22, 2019 Order (the "Supplemental Chart").

3. On December 10, 2019, counsel for Defendants informed me that they would not agree to a stipulation to correct the Amended Complaint, but would not take a position on Lead Plaintiff's administrative motion for relief to file a corrected Amended Complaint and Corrected Supplemental Chart.

4. On December 11, 2019, I called counsel for Defendants to discuss the stipulation and counsel for Defendants reiterated the position that they would not stipulate to the filing of a corrected complaint and chart, but would take no position on the on the matter should Lead Plaintiff seek relief via an administrative motion.

5. I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 12, 2019, at New York, New York.

/s/ *Carol C. Villegas*
Carol C. Villegas

DECLARATION OF CAROL C. VILLEGAS IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO L.R. 7-11 TO FILE A CORRECTED CONSOLIDATED AND AMENDED CLASS ACTION COMPLAINT
CASE NO. 19-CV-02033-YGR