1 | **LABATON SUCHAROW LLP**
Carol C. Villegas (admitted *pro hac vice*)
2 | Christine M. Fox (admitted *pro hac vice*)
140 Broadway
3 | New York, New York 10005
Telephone: (212) 907-0700
4 | Facsimile: (212) 818-0477
cvillegas@labaton.com
5 | cfox@labaton.com

6 | *Counsel for Lead Plaintiff Employees'
Retirement System of the State of Rhode Island
7 | and the Proposed Class*

8 | **WAGSTAFFE, VON LOEWENFELDT,
BUSCH & RADWICK LLP**
9 | James M. Wagstaffe (SBN 95535)
Frank Busch (SBN 258288)
10 | 100 Pine Street, Suite 725
San Francisco, California 94111
11 | Telephone: (415) 357-8900
Facsimile: (415) 357-8910
12 | wagstaffe@wvbrlaw.com
busch@wvbrlaw.com
13 |
*Liaison Counsel for Lead Plaintiff Employees'
14 | Retirement System of the State of Rhode Island
and the Proposed Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Civil Action No. 4:19-cv-02033-YGR<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO L.R. 7-11 TO FILE A CORRECTED CONSOLIDATED AND AMENDED CLASS ACTION COMPLAINT** |

## [PROPOSED] ORDER

Based on good cause appearing, IT IS HEREBY ORDERED that Lead Plaintiff may file a corrected Amended and Consolidated Class Action Complaint and corrected Supplemental Chart Required by the Court's November 22, 2019 Order.

**It is so ORDERED.**

DATED: _____

_____
HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE