1 | MELINDA L. HAAG (SBN 132612)
mhaag@orrick.com
2 | JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
3 | ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
4 | ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
5 | 405 Howard Street
San Francisco, CA  94105-2669
6 | Telephone:     (415) 773-5700
Facsimile:      (415) 773-5759
7 |
Attorneys for Defendants Apple Inc.,
8 | Timothy Cook, and Luca Maestri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Civil Action No. 4:19-cv-02033-YGR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS APPLE INC., TIMOTHY COOK, AND LUCA MAESTRI'S MOTION TO DISMISS**<br><br>Date:     March 3, 2020<br>Time:    2:00 p.m.<br>Judge:   Honorable Yvonne Gonzalez Rogers<br>Ctrm:    1, 4th Floor |

1  Defendants Apple Inc., Timothy Cook, and Luca Maestri brought a Motion to Dismiss Plaintiff's Consolidated and Amended Class Action Complaint for Violation of the Federal Securities Laws ("the CAC") before this Court on March 3, 2020.  After considering the pleadings, the papers submitted by the parties, and the oral argument of counsel, and good cause appearing therefore, the Court hereby orders that Defendants' Motion to Dismiss is GRANTED. The CAC is dismissed in its entirety.

**IT IS SO ORDERED.**

Dated: _____       _____
                                                                 HON. YVONNE GONZALEZ ROGERS
                                                                 United States District Judge

1                                           [PROPOSED] ORDER
CASE NO. 4:19-CV-02033-YGR