# EXHIBIT 1

10/24/2019                                     PSA: iPhone slow? Try replacing your battery! : iphone

Case 4:19-cv-02033-YGR   Document 92-1   Filed 12/16/19   Page 2 of 475

Posted by u/TeckFire  iPhone X  1 year ago  

## PSA: iPhone slow? Try replacing your battery!

Since this post has blown up like crazy since I made it, I'm going to revise it to make it more clear and provide a better explanation. This might make some comments outdated. The original post has been archived to pastebin here.

First, I'll start with Apple's official statement on the matter:

> Our goal is to deliver the best experience for customers, which includes overall performance and prolonging the life of their devices. Lithium-ion batteries become less capable of supplying peak current demands when in cold conditions, have a low battery charge or as they age over time, which can result in the device unexpectedly shutting down to protect its electronic components.

> Last year we released a feature for iPhone 6, iPhone 6s and iPhone SE to smooth out the instantaneous peaks only when needed to prevent the device from unexpectedly shutting down during these conditions. We've now extended that feature to iPhone 7 with iOS 11.2, and plan to add support for other products in the future.

Now let me clear a few things up.

Who does this affect? iPhone 6, 6S, SE, and 7 users at the moment, but it will likely continue for all future iPhones until further notice. Something to note about the iPhone 7: with the A10 chip, it has low power and high power cores. The low power cores are used 90% of the time, and should stay at full speed, so you won't notice any slowdown except in intensive programs such as benchmarks, demanding games, video editing, etc.

Am I affected? Depending on the age of your phone and the amount of battery wear, maybe. You can check this for sure by using an app called CPUdasher X that is no longer free, now being $0.99. You can check this by scrolling down to CPU Frequency. The 6 is supposed to be 1400, the 6S 1848, and the 7 2350. As far as I know, there is NO OTHER ALTERNATIVE to this. You can, however, do a geek bench or Antutu test to tell you what your CPU score is compared to what it should be, but it won't tell you your clock speed.

How do I fix this? You must replace your battery. You can do this in 3 ways:

1. Do it yourself. You can buy a battery for $10-$20 and follow the guide on iFixit.com to repair your device. This WILL void you warranty, and Apple will not work on your device ever again, meaning all future repairs will have to be done by you. You have been warned.

2. Take it to a 3rd party location, such as Experimac of Batteries + Bulbs. Anywhere is fine, but make sure they have a warranty, and check Apple's pricing before you decide on the store. This will also void your warranty with Apple, and they will never repair it again. You have been warned.

3. Take it to Apple. **Apple is charging only $29 for all of 2018** ~~They charge $79 for all devices,~~ and you can take it into an Apple store with another 1 year warranty after you leave.

I'm replacing my battery myself. How do I know what battery to buy? Don't EVER buy an unbranded battery. If it's generic, it's likely to be very low quality, and might not even fix the problem. If it has a name brand, it's probably fine. I will keep a list of brands that work here and will update it whenever someone else lists that brand.

Cooligg

Mobile Defenders

iFixit

Case 4:19-cv-02033-YGR Document 92-1 Filed 12/16/19 Page 3 of 475

As for WHY this happens, it's because the battery degrades over time. The cells die, and the resistance increases, thereby not allowing for peak voltage for the processor. Without slowing down your phone, the phone would just shut off at random times, once your battery would fail to support your phone at peak processor usage. By introduces this slowdown, you can potentially keep using your phone for years as long as you're fine with a slow phone. Replacing the battery will fix this, and your phone will be back up to full speed.

If you are affected, I ask that you report your device model, Geekbench scores, battery voltage, and CPU clock speed if you can. It will help paint a clearer picture for the future.

Edit: after updating to iOS 11.3 I have found that the throttling has been greatly reduced, and my old battery that causes the low scores originally now has no throttling, meaning that many of you will get your full speed back and can use your phone at optimal performance for much longer

1.1k Comments       Share                                                                          95% Upvoted

# EXHIBIT 2

# Run, don't walk, to replace your iPhone battery for $29

washingtonpost.com/news/the-switch/wp/2018/01/04/run-dont-walk-to-replace-your-iphone-battery-for-29

By

Geoffrey A. Fowler

Rarely is tech advice this cut and dried: If you bought an iPhone in 2016 or earlier, make an appointment at a Genius Bar as soon as possible. Apple just started a program that can make old iPhones feel new again — for just $29.

An Apple store or repair shop will pop the hood of your iPhone 6, 6s, SE or 7 and swap out the battery. Like a jalopy after a Jiffy Lube, a three-year-old iPhone with a fresh battery will not only run longer, chances are it will also run faster.

Just hurry up and do it. When I showed up with an appointment at my closest Apple store on Jan. 3, there were so many others also trying to replace their batteries that I had to join a weeks-long waiting list. Your local shop might have more supply, but battling hordes for repair (rather than a sexy new phone) is an unusual experience at an Apple store.

AD

What's the big deal? Apple shaved $50 off its standard battery fee in an extraordinary — but limited-time — effort to get back in our good graces. It got caught in December slowing iPhones with worn-out batteries — a move, it says, that keeps the phones from unexpectedly shutting down. If you always suspected your old iPhone was getting slower, you were right.

But now there's a fix. While most of us were in a holidaze last week, Apple published a mea culpa and promised to make replacing the battery on an iPhone less expensive through the end of 2018. It made the move, it said, "to address our customers' concerns, to recognize their loyalty and to regain the trust of anyone who may have doubted Apple's intentions." On Dec. 30, Apple said it would begin honoring a $29 price immediately.

This is going to cost Apple a lot more than just overtime at the Genius Bar. Once your phone get a fresh battery and the processor kicks back to 100 percent, there's a chance you might not feel the need to upgrade your iPhone for a while. One analyst, Mark Moskowitz of Barclays, expects the battery offer could cause Apple to sell 16 million fewer new iPhones. (And you definitely shouldn't buy a phone you don't need; here's my advice on whether you should upgrade to this year's iPhone 8 and X.)

AD

Still, inexpensive battery replacement is the right thing for Apple to do. A good reputation is its best selling point in an era where smartphone features are reaching parity. Battery life is most people's No. 1 complaint about their phones, and maintenance is a long-overdue part to smartphone ownership. When Apple makes repairing phones as easy as buying new ones, it saves us money and it's better for the environment.

**How to replace an iPhone battery**

How do you know if you'd benefit from a new battery? Apple has promised a software update soon that gives us more visibility into battery health. For now, though, if your phone is really bad off there might be a warning message when you dig into the settings menu. Or here's a yardstick: If your iPhone can't last from morning coffee to happy hour on a single charge, it's time.

AD

Anyone with an iPhone 6 or newer is eligible for the $29 replacement, regardless of what Apple's battery tests report. (If you paid for AppleCare+ coverage, it might even be free.) Remember, this isn't just about improving battery life; some tests have found replacing the battery can result in speed improvements of over 100 percent.

To get a new battery, log on to Apple's support site, and then select iPhone, then Battery, then Battery replacement. If you live near an Apple store or authorized repair shop such as Best Buy, select one and make an appointment. (Call ahead to third-party shops to make sure they'll honor the $29 offer.)

Then be prepared to wait. Most of my local stores are booked for days. And just because you have an appointment doesn't mean you'll get your replacement right away. I went in to Apple's San Francisco flagship five days after its announcement and my store Genius reported he was already out of stock of iPhone 6 batteries — and there were thousands of other customers ahead of me to get one. They'll email me when there's a battery in stock, at which point I have to go back to the store.

AD

Apple could improve this process. As my Genius explained it, you can't get in the queue for a replacement battery until a Genius has signed off on your order — so there's no way to avoid two trips. And there's also no way to easily check stock supplies; when I tried calling another store, I couldn't get a straight answer. If Apple can't meet customer demand for replacements, it ought to at least help set our expectations.

There are a few other options. If you live far away from a store and have a backup phone handy, you could mail your iPhone to Apple to replace the battery, via the same Apple support site. (There's also a $7 shipping fee.)

You could take the unofficial route. <u>A service called iCracked</u> will send a repair person to you to replace a battery for between $20 and $50. Some mom-and-pop repair shops will replace an iPhone battery for less than $30.

AD

Or there is the hands-on approach: Buy a battery replacement kit, <u>like the $25 one sold by iFixit</u>. This isn't for the clumsy or fainthearted, but there's a special satisfaction to opening up a gadget and seeing what makes it tick … and then ripping it out and replacing it with something better.

**Read more from Geoffrey A. Fowler:**

<u>10 ways tech will shape your life in 2018, for better and worse</u>

<u>The skeptic's guide to smart home gadgets</u>

<u>Amazon wants a key to your house. I did it. I regretted it.</u>

AD

Important breaking news emails on the issues around the economy and business.

By signing up you agree to our <u>Terms of Use</u> and <u>Privacy Policy</u>

# EXHIBIT 3

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 OR 15(d) of The Securities Exchange Act of 1934**

**January 2, 2019**
Date of Report (Date of earliest event reported)



# Apple Inc.

(Exact name of Registrant as specified in its charter)

| **California** | **001-36743** | **94-2404110** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

**One Apple Park Way**
**Cupertino, California 95014**
(Address of principal executive offices) (Zip Code)

**(408) 996-1010**
(Registrant's telephone number, including area code)

**Not applicable**
(Former name or former address, if changed since last report.)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the Registrant under any of the following provisions:

☐   Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the Registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the Registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02 Results of Operations and Financial Condition.**

On January 2, 2019, Apple Inc. ("Apple") issued a public letter to investors revising its guidance for its first fiscal quarter ending December 29, 2018. A copy of Apple's letter is attached hereto as Exhibit 99.1.

The information contained in this Current Report shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act, except as shall be expressly set forth by specific reference in such a filing.

**Item 9.01 Financial Statements and Exhibits.**

(d) Exhibits.

| Exhibit Number | Exhibit Description |
|---|---|
| 99.1 | Letter to investors issued by Apple Inc. on January 2, 2019. |

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date:   January 2, 2019

Apple Inc.

By:      /s/ Luca Maestri

Luca Maestri

Senior Vice President,
Chief Financial Officer

**Exhibit 99.1**

# Letter from Tim Cook to Apple Investors

CUPERTINO, California - January 2, 2019 - Apple® today issued the following public letter to investors:

To Apple investors:

Today we are revising our guidance for Apple's fiscal 2019 first quarter, which ended on December 29. We now expect the following:

• Revenue of approximately $84 billion
• Gross margin of approximately 38 percent
• Operating expenses of approximately $8.7 billion
• Other income/(expense) of approximately $550 million
• Tax rate of approximately 16.5 percent before discrete items

We expect the number of shares used in computing diluted EPS to be approximately 4.77 billion.

Based on these estimates, our revenue will be lower than our original guidance for the quarter, with other items remaining broadly in line with our guidance.

While it will be a number of weeks before we complete and report our final results, we wanted to get some preliminary information to you now. Our final results may differ somewhat from these preliminary estimates.

When we discussed our Q1 guidance with you about 60 days ago, we knew the first quarter would be impacted by both macroeconomic and Apple-specific factors. Based on our best estimates of how these would play out, we predicted that we would report slight revenue growth year-over-year for the quarter. As you may recall, we discussed four factors:

First, we knew the different timing of our iPhone launches would affect our year-over-year compares. Our top models, iPhone XS and iPhone XS Max, shipped in Q4'18 - placing the channel fill and early sales in that quarter, whereas last year iPhone X shipped in Q1'18, placing the channel fill and early sales in the December quarter. We knew this would create a difficult compare for Q1'19, and this played out broadly in line with our expectations.

Second, we knew the strong US dollar would create foreign exchange headwinds and forecasted this would reduce our revenue growth by about 200 basis points as compared to the previous year. This also played out broadly in line with our expectations.

Third, we knew we had an unprecedented number of new products to ramp during the quarter and predicted that supply constraints would gate our sales of certain products during Q1. Again, this also played out broadly in line with our expectations. Sales of Apple Watch Series 4 and iPad Pro were constrained much or all of the quarter. AirPods and MacBook Air were also constrained.

Fourth, we expected economic weakness in some emerging markets. This turned out to have a significantly greater impact than we had projected.

In addition, these and other factors resulted in fewer iPhone upgrades than we had anticipated.

These last two points have led us to reduce our revenue guidance. I'd like to go a bit deeper on both.

**Emerging Market Challenges**

While we anticipated some challenges in key emerging markets, we did not foresee the magnitude of the economic deceleration, particularly in Greater China. In fact, most of our revenue shortfall to our guidance, and over 100 percent of our year-over-year worldwide revenue decline, occurred in Greater China across iPhone, Mac and iPad.

China's economy began to slow in the second half of 2018. The government-reported GDP growth during the September quarter was the second lowest in the last 25 years. We believe the economic environment in China has been further impacted by rising trade tensions with the United States. As the climate of mounting uncertainty weighed on financial markets, the effects appeared to reach consumers as well, with traffic to our retail stores and our channel partners in China declining as the quarter progressed. And market data has shown that the contraction in Greater China's smartphone market has been particularly sharp.

Despite these challenges, we believe that our business in China has a bright future. The iOS developer community in China is among the most innovative, creative and vibrant in the world. Our products enjoy a strong following among customers, with a very high level of engagement and satisfaction. Our results in China include a new record for Services revenue, and our installed base of devices grew over the last year. We are proud to participate in the Chinese marketplace.

**iPhone**

Lower than anticipated iPhone revenue, primarily in Greater China, accounts for all of our revenue shortfall to our guidance and for much more than our entire year-over-year revenue decline. In fact, categories outside of iPhone (Services, Mac, iPad, Wearables/Home/Accessories) combined to grow almost 19 percent year-over-year.

While Greater China and other emerging markets accounted for the vast majority of the year-over-year iPhone revenue decline, in some developed markets, iPhone upgrades also were not as strong as we thought they would be. While macroeconomic challenges in some markets were a key contributor to this trend, we believe there are other factors broadly impacting our iPhone performance, including consumers adapting to a world with fewer carrier subsidies, US dollar strength-related price increases, and some customers taking advantage of significantly reduced pricing for iPhone battery replacements.

**Many Positive Results in the December Quarter**

While it's disappointing to revise our guidance, our performance in many areas showed remarkable strength in spite of these challenges.

Our installed base of active devices hit a new all-time high - growing by more than 100 million units in 12 months. There are more Apple devices being used than ever before, and it's a testament to the ongoing loyalty, satisfaction and engagement of our customers.

Also, as I mentioned earlier, revenue outside of our iPhone business grew by almost 19 percent year-over-year, including all-time record revenue from Services, Wearables and Mac. Our non-iPhone businesses have less exposure to emerging markets, and the vast majority of Services revenue is related to the size of the installed base, not current period sales.

Services generated over $10.8 billion in revenue during the quarter, growing to a new quarterly record in every geographic segment, and we are on track to achieve our goal of doubling the size of this business from 2016 to 2020.

Wearables grew by almost 50 percent year-over-year, as Apple Watch and AirPods were wildly popular among holiday shoppers; launches of MacBook Air and Mac mini powered the Mac to year-over-year revenue growth and the launch of the new iPad Pro drove iPad to year-over-year double-digit revenue growth.

We also expect to set all-time revenue records in several developed countries, including the United States, Canada, Germany, Italy, Spain, the Netherlands and Korea. And, while we saw challenges in some emerging markets, others set records, including Mexico, Poland, Malaysia and Vietnam.

Finally, we also expect to report a new all-time record for Apple's earnings per share.

**Looking Ahead**

Our profitability and cash flow generation are strong, and we expect to exit the quarter with approximately $130 billion in net cash. As we have stated before, we plan to become net-cash neutral over time.

As we exit a challenging quarter, we are as confident as ever in the fundamental strength of our business. We manage Apple for the long term, and Apple has always used periods of adversity to re-examine our approach, to take advantage of our culture of flexibility, adaptability and creativity, and to emerge better as a result.

Most importantly, we are confident and excited about our pipeline of future products and services. Apple innovates like no other company on earth, and we are not taking our foot off the gas.

We can't change macroeconomic conditions, but we are undertaking and accelerating other initiatives to improve our results. One such initiative is making it simple to trade in a phone in our stores, finance the purchase over time, and get help transferring data from the current to the new phone. This is not only great for the environment, it is great for the customer, as their existing phone acts as a subsidy for their new phone, and it is great for developers, as it can help grow our installed base.

This is one of a number of steps we are taking to respond. We can make these adjustments because Apple's strength is in our resilience, the talent and creativity of our team, and the deeply held passion for the work we do every day.

Expectations are high for Apple because they should be. We are committed to exceeding those expectations every day.

That has always been the Apple way, and it always will be.

Tim

The information presented in this letter is preliminary and our actual results may differ. Apple plans to discuss final results during our first quarter conference call on Tuesday, January 29, 2019 at 2:00 p.m. PST / 5:00 p.m. EST.

This letter contains forward-looking statements, within the meaning of the Private Securities Litigation Reform Act of 1995. These forward-looking statements include without limitation those about Apple's estimated revenue, gross margin, operating expenses, other income/(expense), tax rate, net cash, share count and plans for return of capital. These statements involve risks and uncertainties, and actual results may differ. Risks and uncertainties include without limitation: the effect of global and regional economic conditions on Apple's business, including effects on purchasing decisions by consumers and businesses; the ability of Apple to compete in markets that are highly competitive and subject to rapid technological change; the ability of Apple to manage frequent introductions and transitions of products and services, including delivering to the marketplace, and stimulating customer demand for, new products, services and technological innovations on a timely basis; the effect that shifts in the mix of products and services and in the geographic, currency or channel mix, component cost increases, price competition, or the introduction of new products, including new products with higher cost structures, could have on Apple's gross margin; the dependency of Apple on the performance of distributors of Apple's products, including cellular network carriers and other resellers; the inventory and other asset risks associated with Apple's need to order, or commit to order, product components in advance of customer orders; the continued availability on acceptable terms, or at all, of certain components, services and new technologies essential to Apple's business, including components and technologies that may only be available from single or limited sources; the dependency of Apple on manufacturing and logistics services provided by third parties, many of which are located outside of the US and which may affect the quality, quantity or cost of products manufactured or services rendered to Apple; the effect of product and services design and manufacturing defects on Apple's financial performance and reputation; the dependency of Apple on third-party intellectual property and digital content, which may not be available to Apple on commercially reasonable terms or at all; the dependency of Apple on support from third-party software developers to develop and maintain software applications and services for Apple's products; the impact of unfavorable legal proceedings, such as a potential finding that Apple has infringed on the intellectual property rights of others; the impact of changes to laws and regulations that affect Apple's activities, including Apple's ability to offer products or services to customers in different regions; the ability of Apple to manage risks associated with its international activities, including complying with laws and regulations affecting Apple's international operations; the ability of Apple to manage risks

associated with Apple's retail stores; the ability of Apple to manage risks associated with Apple's investments in new business strategies and acquisitions; the impact on Apple's business and reputation from information technology system failures, network disruptions or losses or unauthorized access to, or release of, confidential information; the ability of Apple to comply with laws and regulations regarding data protection; the continued service and availability of key executives and employees; political events, international trade disputes, war, terrorism, natural disasters, public health issues, and other business interruptions that could disrupt supply or delivery of, or demand for, Apple's products; financial risks, including risks relating to currency fluctuations, credit risks and fluctuations in the market value of Apple's investment portfolio; and changes in tax rates and exposure to additional tax liabilities. More information on these risks and other potential factors that could affect Apple's financial results is included in Apple's filings with the SEC, including in the "Risk Factors" and "Management's Discussion and Analysis of Financial Condition and Results of Operations" sections of Apple's most recently filed periodic reports on Form 10-K and Form 10-Q and subsequent filings. Apple assumes no obligation to update any forward-looking statements or information, which speak as of their respective dates.

Apple revolutionized personal technology with the introduction of the Macintosh in 1984. Today, Apple leads the world in innovation with iPhone, iPad, Mac, Apple Watch and Apple TV. Apple's four software platforms - iOS, macOS, watchOS and tvOS - provide seamless experiences across all Apple devices and empower people with breakthrough services including the App Store, Apple Music, Apple Pay and iCloud. Apple's more than 100,000 employees are dedicated to making the best products on earth, and to leaving the world better than we found it.

**Press Contact:**
Josh Rosenstock
Apple
jrosenstock@apple.com
(408) 862-1142

**Investor Relations Contacts:**
Nancy Paxton
Apple
paxton1@apple.com
(408) 974-5420

Matt Blake
Apple
mattblake@apple.com
(408) 974-7406

NOTE TO EDITORS: For additional information visit Apple Newsroom (www.apple.com/newsroom), or call Apple's Media Helpline at (408) 974-2042.

© 2019 Apple Inc. All rights reserved. Apple and the Apple logo are trademarks of Apple Inc. Other company and product names may be trademarks of their respective owners.

# EXHIBIT 4

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 OR 15(d) of The Securities Exchange Act of 1934**

**August 1, 2017**
Date of Report (Date of earliest event reported)



# Apple Inc.

(Exact name of Registrant as specified in its charter)

| **California** | **001-36743** | **94-2404110** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS. Employer Identification No.) |

**1 Infinite Loop**
**Cupertino, California 95014**
(Address of principal executive offices) (Zip Code)

**(408) 996-1010**
(Registrant's telephone number, including area code)

**Not applicable**
(Former name or former address, if changed since last report.)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the Registrant under any of the following provisions:

☐   Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the Registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the Registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02      Results of Operations and Financial Condition.**

On August 1, 2017, Apple Inc. ("Apple") issued a press release regarding Apple's financial results for its third fiscal quarter ended July 1, 2017 and a related data sheet. A copy of Apple's press release is attached hereto as Exhibit 99.1 and a copy of the related data sheet is attached hereto as Exhibit 99.2.

The information contained in this Current Report shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act, except as shall be expressly set forth by specific reference in such a filing.

**Item 9.01      Financial Statements and Exhibits.**

(d)  Exhibits.

| Exhibit Number | Exhibit Description |
| --- | --- |
| 99.1 | Press release issued by Apple Inc. on August 1, 2017. |
| 99.2 | Data sheet issued by Apple Inc. on August 1, 2017. |

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date:    August 1, 2017                                                      Apple Inc.

                                                                             By:     /s/ Luca Maestri
                                                                                     Luca Maestri
                                                                                     Senior Vice President,
                                                                                     Chief Financial Officer

**Exhibit Index**

| Exhibit Number | Exhibit Description |
|---|---|
| 99.1 | Press release issued by Apple Inc. on August 1, 2017. |
| 99.2 | Data sheet issued by Apple Inc. on August 1, 2017. |

**Exhibit 99.1**

# Apple Reports Third Quarter Results

**Revenue Growth of 7 Percent and EPS Growth of 17 Percent**

**Services Revenue Hits All-Time Quarterly Record**

CUPERTINO, California - August 1, 2017 - Apple® today announced financial results for its fiscal 2017 third quarter ended July 1, 2017. The Company posted quarterly revenue of $45.4 billion and quarterly earnings per diluted share of $1.67. These results compare to revenue of $42.4 billion and earnings per diluted share of $1.42 in the year-ago quarter. International sales accounted for 61 percent of the quarter's revenue.

"With revenue up 7 percent year-over-year, we're happy to report our third consecutive quarter of accelerating growth and an all-time quarterly record for Services revenue," said Tim Cook, Apple's CEO. "We hosted an incredibly successful Worldwide Developers Conference in June, and we're very excited about the advances in iOS, macOS, watchOS and tvOS coming this fall."

"We reported unit and revenue growth in all our product categories in the June quarter, driving 17 percent growth in earnings per share," said Luca Maestri, Apple's CFO. "We also returned $11.7 billion to investors during the quarter, bringing cumulative capital returns under our program to almost $223 billion."

Apple is providing the following guidance for its fiscal 2017 fourth quarter:

• revenue between $49 billion and $52 billion
• gross margin between 37.5 percent and 38 percent
• operating expenses between $6.7 billion and $6.8 billion
• other income/(expense) of $500 million
• tax rate of 25.5 percent

Apple's board of directors has declared a cash dividend of $0.63 per share of the Company's common stock. The dividend is payable on August 17, 2017 to shareholders of record as of the close of business on August 14, 2017.

Apple will provide live streaming of its Q3 2017 financial results conference call beginning at 2:00 p.m. PDT on August 1, 2017 at www.apple.com/investor/earnings-call/. This webcast will also be available for replay for approximately two weeks thereafter.

This press release contains forward-looking statements including without limitation those about the Company's estimated revenue, gross margin, operating expenses, other income/(expense), tax rate, and plans for return of capital. These statements involve risks and uncertainties, and actual results may differ. Risks and uncertainties include without limitation the effect of competitive and economic factors, and the Company's reaction to those factors, on consumer and business buying decisions with respect to the Company's products; continued competitive pressures in the marketplace; the ability of the Company to deliver to the marketplace and stimulate customer demand for new programs, products, and technological innovations on a timely basis; the effect that product introductions and transitions, changes in product pricing or mix, and/or increases in component costs could have on the Company's gross margin; the inventory risk associated with the Company's need to order or commit to order product components in advance of customer orders; the continued availability on acceptable terms, or at all, of certain components and services essential to the Company's business currently obtained by the Company from sole or limited sources; the effect that the Company's dependency on manufacturing and logistics services provided by third parties may have on the quality, quantity or cost of products manufactured or services rendered; risks associated with the Company's international operations; the Company's reliance on third-party intellectual property and digital content; the potential impact of a finding that the Company has infringed on the intellectual property rights of others; the Company's dependency on the performance of distributors, carriers and other resellers of the Company's products; the effect that product and service quality problems could have on the Company's sales and operating profits; the continued service and availability of key executives and employees; war, terrorism, public health issues, natural disasters, and other circumstances that could disrupt supply, delivery, or demand of products; and unfavorable results of legal proceedings. More information on potential factors that could affect the Company's financial results is included from time to time in the "Risk Factors" and "Management's Discussion and Analysis of Financial Condition and Results of Operations" sections of the Company's public reports filed with the SEC, including the Company's Form 10-K for the fiscal year ended September 24, 2016, its Form 10-Q for the fiscal quarter ended December 31, 2016, its Form 10-Q for the fiscal quarter ended April 1, 2017, and its Form 10-Q for the quarter ended July 1, 2017 to be filed with the SEC. The Company assumes no obligation to update any forward-looking statements or information, which speak as of their respective dates.

Apple revolutionized personal technology with the introduction of the Macintosh in 1984. Today, Apple leads the world in innovation with iPhone, iPad, Mac, Apple Watch and Apple TV. Apple's four software platforms - iOS, macOS, watchOS and tvOS - provide seamless experiences across all Apple devices and empower people with breakthrough services including the App Store, Apple Music, Apple Pay and iCloud. Apple's more than 100,000 employees are dedicated to making the best products on earth, and to leaving the world better than we found it.

**Press Contact:**
Kristin Huguet
Apple
khuguet@apple.com
(408) 974-2414

**Investor Relations Contacts:**
Nancy Paxton
Apple
paxton1@apple.com
(408) 974-5420

Joan Hoover
Apple
hoover1@apple.com
(408) 974-4570

NOTE TO EDITORS: For additional information visit Apple Newsroom (www.apple.com/newsroom), or call Apple's Media Helpline at (408) 974-2042.

© 2017 Apple Inc. All rights reserved. Apple and the Apple logo are trademarks of Apple. Other company and product names may be trademarks of their respective owners.

**Apple Inc.**

**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS (Unaudited)**
(In millions, except number of shares which are reflected in thousands and per share amounts)

| | Three Months Ended | | Nine Months Ended | |
|---|---|---|---|---|
| | July 1, 2017 | June 25, 2016 | July 1, 2017 | June 25, 2016 |
| Net sales | $ 45,408 | $ 42,358 | $ 176,655 | $ 168,787 |
| Cost of sales [1] | 27,920 | 26,252 | 108,400 | 102,337 |
| Gross margin | 17,488 | 16,106 | 68,255 | 66,450 |
| | | | | |
| Operating expenses: | | | | |
| Research and development [1] | 2,937 | 2,560 | 8,584 | 7,475 |
| Selling, general and administrative [1] | 3,783 | 3,441 | 11,447 | 10,712 |
| Total operating expenses | 6,720 | 6,001 | 20,031 | 18,187 |
| | | | | |
| Operating income | 10,768 | 10,105 | 48,224 | 48,263 |
| Other income/(expense), net | 540 | 364 | 1,948 | 921 |
| Income before provision for income taxes | 11,308 | 10,469 | 50,172 | 49,184 |
| Provision for income taxes | 2,591 | 2,673 | 12,535 | 12,511 |
| Net income | $ 8,717 | $ 7,796 | $ 37,637 | $ 36,673 |
| | | | | |
| Earnings per share: | | | | |
| Basic | $ 1.68 | $ 1.43 | $ 7.18 | $ 6.66 |
| Diluted | $ 1.67 | $ 1.42 | $ 7.14 | $ 6.62 |
| | | | | |
| Shares used in computing earnings per share: | | | | |
| Basic | 5,195,088 | 5,443,058 | 5,239,847 | 5,505,456 |
| Diluted | 5,233,499 | 5,472,781 | 5,274,394 | 5,535,931 |
| | | | | |
| Cash dividends declared per share | $ 0.63 | $ 0.57 | $ 1.77 | $ 1.61 |
| | | | | |
| [1] Includes share-based compensation expense as follows: | | | | |
| Cost of sales | $ 216 | $ 188 | $ 662 | $ 583 |
| Research and development | $ 566 | $ 479 | $ 1,730 | $ 1,413 |
| Selling, general and administrative | $ 411 | $ 387 | $ 1,274 | $ 1,184 |

**Apple Inc.**

**CONDENSED CONSOLIDATED BALANCE SHEETS (Unaudited)**
(In millions, except number of shares which are reflected in thousands and par value)

|  | July 1, 2017 | September 24, 2016 |
|---|---|---|
| **ASSETS:** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 18,571 | $ 20,484 |
| Short-term marketable securities | 58,188 | 46,671 |
| Accounts receivable, less allowances of $55 and $53, respectively | 12,399 | 15,754 |
| Inventories | 3,146 | 2,132 |
| Vendor non-trade receivables | 10,233 | 13,545 |
| Other current assets | 10,338 | 8,283 |
| Total current assets | 112,875 | 106,869 |
| | | |
| Long-term marketable securities | 184,757 | 170,430 |
| Property, plant and equipment, net | 29,286 | 27,010 |
| Goodwill | 5,661 | 5,414 |
| Acquired intangible assets, net | 2,444 | 3,206 |
| Other non-current assets | 10,150 | 8,757 |
| Total assets | $ 345,173 | $ 321,686 |
| | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY:** | | |
| Current liabilities: | | |
| Accounts payable | $ 31,915 | $ 37,294 |
| Accrued expenses | 23,304 | 22,027 |
| Deferred revenue | 7,608 | 8,080 |
| Commercial paper | 11,980 | 8,105 |
| Current portion of long-term debt | 6,495 | 3,500 |
| Total current liabilities | 81,302 | 79,006 |
| | | |
| Deferred revenue, non-current | 2,984 | 2,930 |
| Long-term debt | 89,864 | 75,427 |
| Other non-current liabilities | 38,598 | 36,074 |
| Total liabilities | 212,748 | 193,437 |
| | | |
| Commitments and contingencies | | |
| | | |
| Shareholders' equity: | | |
| Common stock and additional paid-in capital, $0.00001 par value: 12,600,000 shares authorized; 5,169,782 and 5,336,166 shares issued and outstanding, respectively | 34,445 | 31,251 |
| Retained earnings | 98,525 | 96,364 |
| Accumulated other comprehensive income/(loss) | (545) | 634 |
| Total shareholders' equity | 132,425 | 128,249 |
| Total liabilities and shareholders' equity | $ 345,173 | $ 321,686 |

**Apple Inc.**

**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS (Unaudited)**
(In millions)

|  | Nine Months Ended | |
|---|---|---|
|  | July 1, 2017 | June 25, 2016 |
| Cash and cash equivalents, beginning of the period | $ 20,484 | $ 21,120 |
| Operating activities: | | |
| Net income | 37,637 | 36,673 |
| Adjustments to reconcile net income to cash generated by operating activities: | | |
| Depreciation and amortization | 7,673 | 7,957 |
| Share-based compensation expense | 3,666 | 3,180 |
| Deferred income tax expense | 4,764 | 5,191 |
| Other | (142) | 419 |
| Changes in operating assets and liabilities: | | |
| Accounts receivable, net | 3,381 | 4,623 |
| Inventories | (1,014) | 518 |
| Vendor non-trade receivables | 3,312 | 6,166 |
| Other current and non-current assets | (3,229) | 1,049 |
| Accounts payable | (5,212) | (9,567) |
| Deferred revenue | (418) | (1,148) |
| Other current and non-current liabilities | (2,476) | (5,363) |
| Cash generated by operating activities | 47,942 | 49,698 |
| Investing activities: | | |
| Purchases of marketable securities | (123,781) | (112,068) |
| Proceeds from maturities of marketable securities | 19,347 | 14,915 |
| Proceeds from sales of marketable securities | 76,747 | 69,926 |
| Payments made in connection with business acquisitions, net | (248) | (146) |
| Payments for acquisition of property, plant and equipment | (8,586) | (8,757) |
| Payments for acquisition of intangible assets | (209) | (753) |
| Payments for strategic investments, net | (87) | (1,376) |
| Other | 313 | (321) |
| Cash used in investing activities | (36,504) | (38,580) |
| Financing activities: | | |
| Proceeds from issuance of common stock | 274 | 247 |
| Excess tax benefits from equity awards | 534 | 391 |
| Payments for taxes related to net share settlement of equity awards | (1,646) | (1,361) |
| Payments for dividends and dividend equivalents | (9,499) | (9,058) |
| Repurchases of common stock | (25,105) | (23,696) |
| Proceeds from issuance of term debt, net | 21,725 | 17,984 |
| Repayments of term debt | (3,500) | (2,500) |
| Change in commercial paper, net | 3,866 | 3,992 |
| Cash used in financing activities | (13,351) | (14,001) |
| Increase/(Decrease) in cash and cash equivalents | (1,913) | (2,883) |
| Cash and cash equivalents, end of the period | $ 18,571 | $ 18,237 |
| Supplemental cash flow disclosure: | | |
| Cash paid for income taxes, net | $ 9,752 | $ 8,990 |
| Cash paid for interest | $ 1,456 | $ 892 |

**Exhibit 99.2**

**Apple Inc.**
**Q3 2017 Unaudited Summary Data**
(Units in thousands, Revenue in millions)

| | Q3 2017 | Q2 2017 | Q3 2016 | Sequential Change | Year/Year Change |
|---|---|---|---|---|---|
| | Revenue | Revenue | Revenue | Revenue | Revenue |
| **Operating Segments** | | | | | |
| Americas | $20,376 | $21,157 | $17,963 | -4% | 13% |
| Europe | 10,675 | 12,733 | 9,643 | -16% | 11% |
| Greater China | 8,004 | 10,726 | 8,848 | -25% | -10% |
| Japan | 3,624 | 4,485 | 3,529 | -19% | 3% |
| Rest of Asia Pacific | 2,729 | 3,795 | 2,375 | -28% | 15% |
| **Total Apple** | **$45,408** | **$52,896** | **$42,358** | **-14%** | **7%** |

| | Q3 2017 | | Q2 2017 | | Q3 2016 | | Sequential Change | | Year/Year Change | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Units | Revenue | Units | Revenue | Units | Revenue | Units | Revenue | Units | Revenue |
| **Product Summary** | | | | | | | | | | |
| iPhone [1] | 41,026 | $24,846 | 50,763 | $33,249 | 40,399 | $24,048 | -19% | -25% | 2% | 3% |
| iPad [1] | 11,424 | 4,969 | 8,922 | 3,889 | 9,950 | 4,876 | 28% | 28% | 15% | 2% |
| Mac [1] | 4,292 | 5,592 | 4,199 | 5,844 | 4,252 | 5,239 | 2% | -4% | 1% | 7% |
| Services [2] | | 7,266 | | 7,041 | | 5,976 | | 3% | | 22% |
| Other Products [1][3] | | 2,735 | | 2,873 | | 2,219 | | -5% | | 23% |
| **Total Apple** | | **$45,408** | | **$52,896** | | **$42,358** | | **-14%** | | **7%** |

[1] Includes deferrals and amortization of related software upgrade rights and non-software services.

[2] Includes revenue from Digital Content and Services, AppleCare, Apple Pay, licensing and other services.

[3] Includes sales of Apple TV, Apple Watch, Beats products, iPod and Apple-branded and third-party accessories.

# EXHIBIT 5

## UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 OR 15(d) of The Securities Exchange Act of 1934**

**November 2, 2017**
Date of Report (Date of earliest event reported)



# Apple Inc.

(Exact name of Registrant as specified in its charter)

| **California** | **001-36743** | **94-2404110** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS. Employer Identification No.) |

**1 Infinite Loop**
**Cupertino, California 95014**
(Address of principal executive offices) (Zip Code)

**(408) 996-1010**
(Registrant's telephone number, including area code)

**Not applicable**
(Former name or former address, if changed since last report.)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the Registrant under any of the following provisions:

☐  Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐  Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐  Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐  Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the Registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the Registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02**     **Results of Operations and Financial Condition.**

On November 2, 2017, Apple Inc. ("Apple") issued a press release regarding Apple's financial results for its  fourth fiscal quarter ended September 30, 2017 and a related data sheet. A copy of Apple's press release is attached hereto as Exhibit 99.1 and a copy of the related data sheet is attached hereto as Exhibit 99.2.

The information contained in this Current Report shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act, except as shall be expressly set forth by specific reference in such a filing.

**Item 9.01**     **Financial Statements and Exhibits.**

(d)  Exhibits.

| Exhibit Number | Exhibit Description |
| --- | --- |
| 99.1 | Press release issued by Apple Inc. on November 2, 2017. |
| 99.2 | Data sheet issued by Apple Inc. on November 2, 2017. |

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date:    November 2, 2017                                    Apple Inc.

                                                            By:    /s/ Luca Maestri
                                                                   _____
                                                                   Luca Maestri
                                                                   Senior Vice President,
                                                                   Chief Financial Officer

**Exhibit 99.2**

**Apple Inc.**
**Q4 2017 Unaudited Summary Data**
(Units in thousands, Revenue in millions)

| | Q4 2017 | Q3 2017 | Q4 2016 | Sequential Change | Year/Year Change |
|---|---|---|---|---|---|
| | Revenue | Revenue | Revenue | Revenue | Revenue |
| **Operating Segments** | | | | | |
| Americas | $23,099 | $20,376 | $20,229 | 13% | 14% |
| Europe | 13,009 | 10,675 | 10,842 | 22% | 20% |
| Greater China | 9,801 | 8,004 | 8,785 | 22% | 12% |
| Japan | 3,858 | 3,624 | 4,324 | 6% | -11% |
| Rest of Asia Pacific | 2,812 | 2,729 | 2,672 | 3% | 5% |
| **Total Apple** | **$52,579** | **$45,408** | **$46,852** | **16%** | **12%** |

| | Q4 2017 | | Q3 2017 | | Q4 2016 | | Sequential Change | | Year/Year Change | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Units | Revenue | Units | Revenue | Units | Revenue | Units | Revenue | Units | Revenue |
| **Product Summary** | | | | | | | | | | |
| iPhone [1] | 46,677 | $28,846 | 41,026 | $24,846 | 45,513 | $28,160 | 14% | 16% | 3% | 2% |
| iPad [1] | 10,326 | 4,831 | 11,424 | 4,969 | 9,267 | 4,255 | -10% | -3% | 11% | 14% |
| Mac [1] | 5,386 | 7,170 | 4,292 | 5,592 | 4,886 | 5,739 | 25% | 28% | 10% | 25% |
| Services [2] | | 8,501 | | 7,266 | | 6,325 | | 17% | | 34% |
| Other Products [1][3] | | 3,231 | | 2,735 | | 2,373 | | 18% | | 36% |
| **Total Apple** | | **$52,579** | | **$45,408** | | **$46,852** | | **16%** | | **12%** |

(1) Includes deferrals and amortization of related software upgrade rights and non-software services.

(2) Includes revenue from Digital Content and Services, AppleCare, Apple Pay, licensing and other
services. Services
revenue in the fourth quarter of 2017 included a favorable one-time adjustment of $640 million due to
a change
in estimate based on the availability of additional supporting information.

(3) Includes sales of Apple TV, Apple Watch, Beats products, iPod touch and Apple-branded and third-party accessories.

**Exhibit 99.1**

# Apple Reports Fourth Quarter Results

**Revenue Up 12 Percent and EPS Up 24 Percent to New September Quarter Records**

**Services Revenue Reaches All-Time High**

CUPERTINO, California - November 2, 2017 - Apple® today announced financial results for its fiscal 2017 fourth quarter ended September 30, 2017. The Company posted quarterly revenue of $52.6 billion, an increase of 12 percent from the year-ago quarter, and quarterly earnings per diluted share of $2.07, up 24 percent. International sales accounted for 62 percent of the quarter's revenue.

"We're happy to report a very strong finish to a great fiscal 2017, with record fourth quarter revenue, year-over-year growth for all our product categories, and our best quarter ever for Services," said Tim Cook, Apple's CEO. "With fantastic new products including iPhone 8 and iPhone 8 Plus, Apple Watch Series 3, and Apple TV 4K joining our product lineup, we're looking forward to a great holiday season, and with the launch of iPhone X getting underway right now, we couldn't be more excited as we begin to deliver our vision for the future with this stunning device."

"Apple's year-over-year revenue growth rate accelerated for the fourth consecutive quarter and drove EPS growth of 24 percent in the September quarter," said Luca Maestri, Apple's CFO. "We also generated strong operating cash flow of $15.7 billion and returned $11 billion to investors through our capital return program."

Apple is providing the following guidance for its fiscal 2018 first quarter:

• revenue between $84 billion and $87 billion
• gross margin between 38 percent and 38.5 percent
• operating expenses between $7.65 billion and $7.75 billion
• other income/(expense) of $600 million
• tax rate of 25.5 percent

Apple's board of directors has declared a cash dividend of $0.63 per share of the Company's common stock. The dividend is payable on November 16, 2017 to shareholders of record as of the close of business on November 13, 2017.

Apple will provide live streaming of its Q4 2017 financial results conference call beginning at 2:00 p.m. PDT on November 2, 2017 at www.apple.com/investor/earnings-call/. This webcast will also be available for replay for approximately two weeks thereafter.

This press release contains forward-looking statements, within the meaning of the Private Securities Litigation Reform Act of 1995. These forward-looking statements include without limitation those about the Company's estimated revenue, gross margin, operating expenses, other income/(expense), tax rate, and plans for return of capital. These statements involve risks and uncertainties, and actual results may differ. Risks and uncertainties include without limitation: the effect of global and regional economic conditions on the Company's business, including effects on purchasing decisions by consumers and businesses; the ability of the Company to compete in markets that are highly competitive and subject to rapid technological change; the ability of the Company to manage frequent product introductions and transitions, including delivering to the marketplace, and stimulating customer demand for, new products, services and technological innovations on a timely basis; the effect that product introductions and transitions, changes in product pricing and product mix, and increases in component and other costs could have on the Company's gross margin; the dependency of the Company on the performance of distributors of the Company's products, including cellular network carriers and other resellers; the inventory and other asset risks associated with the Company's need to order, or commit to order, product components in advance of customer orders; the continued availability on acceptable terms, or at all, of certain components, services and new technologies essential to the Company's business, including components and technologies that may only be available from sole or limited sources; the dependency of the Company on manufacturing and logistics services provided by third parties, many of which are located outside of the U.S. and which may affect the quality, quantity or cost of products manufactured or services rendered to the Company; the effect of product and service quality problems on the Company's financial performance and reputation; the dependency of the Company on third-party intellectual property and digital content, which may not be available to the Company on commercially reasonable terms or at all; the dependency of the Company on support from third-party software developers to develop and maintain software applications and services for the Company's products; the impact of unfavorable legal proceedings, such as a potential finding that the Company has infringed on the intellectual property rights of others; the impact of changes to laws and regulations that affect the Company's activities, including the Company's ability to offer products or services to customers in different regions; the ability of the Company to manage risks associated with its international activities, including complying with laws and regulations affecting the Company's international operations; the ability of the Company to manage risks associated with the Company's retail stores; the ability of the Company to manage risks associated with the Company's investments in new business strategies and acquisitions; the impact on the Company's business and reputation from information technology system failures, network disruptions or losses or unauthorized access to, or release of, confidential information; the ability of the Company to comply with laws and regulations regarding data protection; the continued service and availability of key executives and employees; war, terrorism, public health issues, natural disasters, and other business interruptions that could disrupt supply or delivery of, or demand for, the Company's products; financial risks, including risks relating to currency fluctuations, credit risks and fluctuations in the market value of the Company's investment portfolio; and changes in tax rates and exposure to additional tax liabilities. More information on these risks and other potential factors that could affect the Company's financial results is included in the Company's filings with the SEC, including in the "Risk Factors" and "Management's Discussion and Analysis of Financial Condition and Results of Operations" sections of the Company's most recently filed periodic reports on Form 10-K and Form 10-Q and subsequent filings. The Company assumes no obligation to update any forward-looking statements or information, which speak as of their respective dates.

Apple revolutionized personal technology with the introduction of the Macintosh in 1984. Today, Apple leads the world in innovation with iPhone, iPad, Mac, Apple Watch and Apple TV. Apple's four software platforms - iOS, macOS, watchOS and tvOS - provide seamless experiences across all Apple devices and empower people with breakthrough services including the App Store, Apple Music, Apple Pay and iCloud. Apple's more than 100,000 employees are dedicated to making the best products on earth, and to leaving the world better than we found it.

**Press Contact:**
Kristin Huguet
Apple
khuguet@apple.com
(408) 974-2414

**Investor Relations Contacts:**
Nancy Paxton
Apple
paxton1@apple.com
(408) 974-5420

Joan Hoover
Apple
hoover1@apple.com
(408) 974-4570

NOTE TO EDITORS: For additional information visit the Apple Newsroom (www.apple.com/newsroom), or call Apple's Media Helpline at (408) 974-2042.

© 2017 Apple Inc. All rights reserved. Apple and the Apple logo are trademarks of Apple. Other company and product names may be trademarks of their respective owners.

**Apple Inc.**

**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS (Unaudited)**
(In millions, except number of shares which are reflected in thousands and per share amounts)

| | Three Months Ended | | Twelve Months Ended | |
|---|---|---|---|---|
| | September 30, 2017 | September 24, 2016 | September 30, 2017 | September 24, 2016 |
| Net sales | $ 52,579 | $ 46,852 | $ 229,234 | $ 215,639 |
| Cost of sales [1] | 32,648 | 29,039 | 141,048 | 131,376 |
| Gross margin | 19,931 | 17,813 | 88,186 | 84,263 |
| | | | | |
| Operating expenses: | | | | |
| Research and development [1] | 2,997 | 2,570 | 11,581 | 10,045 |
| Selling, general and administrative [1] | 3,814 | 3,482 | 15,261 | 14,194 |
| Total operating expenses | 6,811 | 6,052 | 26,842 | 24,239 |
| | | | | |
| Operating income | 13,120 | 11,761 | 61,344 | 60,024 |
| Other income/(expense), net | 797 | 427 | 2,745 | 1,348 |
| Income before provision for income taxes | 13,917 | 12,188 | 64,089 | 61,372 |
| Provision for income taxes | 3,203 | 3,174 | 15,738 | 15,685 |
| Net income | $ 10,714 | $ 9,014 | $ 48,351 | $ 45,687 |
| | | | | |
| Earnings per share: | | | | |
| Basic | $ 2.08 | $ 1.68 | $ 9.27 | $ 8.35 |
| Diluted | $ 2.07 | $ 1.67 | $ 9.21 | $ 8.31 |
| | | | | |
| Shares used in computing earnings per share: | | | | |
| Basic | 5,149,428 | 5,366,912 | 5,217,242 | 5,470,820 |
| Diluted | 5,183,585 | 5,393,333 | 5,251,692 | 5,500,281 |
| | | | | |
| Cash dividends declared per share | $ 0.63 | $ 0.57 | $ 2.40 | $ 2.18 |
| | | | | |
| [1] Includes share-based compensation expense as follows: | | | | |
| Cost of sales | $ 215 | $ 186 | $ 877 | $ 769 |
| Research and development | $ 569 | $ 476 | $ 2,299 | $ 1,889 |
| Selling, general and administrative | $ 390 | $ 368 | $ 1,664 | $ 1,552 |

**Apple Inc.**

**CONDENSED CONSOLIDATED BALANCE SHEETS (Unaudited)**
(In millions, except number of shares which are reflected in thousands and par value)

| | September 30, 2017 | September 24, 2016 |
|---|---|---|
| **ASSETS:** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 20,289 | $ 20,484 |
| Short-term marketable securities | 53,892 | 46,671 |
| Accounts receivable, less allowances of $58 and $53, respectively | 17,874 | 15,754 |
| Inventories | 4,855 | 2,132 |
| Vendor non-trade receivables | 17,799 | 13,545 |
| Other current assets | 13,936 | 8,283 |
| Total current assets | 128,645 | 106,869 |
| | | |
| Long-term marketable securities | 194,714 | 170,430 |
| Property, plant and equipment, net | 33,783 | 27,010 |
| Goodwill | 5,717 | 5,414 |
| Acquired intangible assets, net | 2,298 | 3,206 |
| Other non-current assets | 10,162 | 8,757 |
| Total assets | $ 375,319 | $ 321,686 |
| | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY:** | | |
| Current liabilities: | | |
| Accounts payable | $ 49,049 | $ 37,294 |
| Accrued expenses | 25,744 | 22,027 |
| Deferred revenue | 7,548 | 8,080 |
| Commercial paper | 11,977 | 8,105 |
| Current portion of long-term debt | 6,496 | 3,500 |
| Total current liabilities | 100,814 | 79,006 |
| | | |
| Deferred revenue, non-current | 2,836 | 2,930 |
| Long-term debt | 97,207 | 75,427 |
| Other non-current liabilities | 40,415 | 36,074 |
| Total liabilities | 241,272 | 193,437 |
| | | |
| Commitments and contingencies | | |
| | | |
| Shareholders' equity: | | |
| Common stock and additional paid-in capital, $0.00001 par value: 12,600,000 shares authorized; 5,126,201 and 5,336,166 shares issued and outstanding, respectively | 35,867 | 31,251 |
| Retained earnings | 98,330 | 96,364 |
| Accumulated other comprehensive income/(loss) | (150) | 634 |
| Total shareholders' equity | 134,047 | 128,249 |
| Total liabilities and shareholders' equity | $ 375,319 | $ 321,686 |

**Apple Inc.**

**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS (Unaudited)**
(In millions)

| | Twelve Months Ended | |
|---|---|---|
| | September 30, 2017 | September 24, 2016 |
| Cash and cash equivalents, beginning of the period | $ 20,484 | $ 21,120 |
| Operating activities: | | |
| Net income | 48,351 | 45,687 |
| Adjustments to reconcile net income to cash generated by operating activities: | | |
| Depreciation and amortization | 10,157 | 10,505 |
| Share-based compensation expense | 4,840 | 4,210 |
| Deferred income tax expense | 5,966 | 4,938 |
| Other | (166) | 486 |
| Changes in operating assets and liabilities: | | |
| Accounts receivable, net | (2,093) | 527 |
| Inventories | (2,723) | 217 |
| Vendor non-trade receivables | (4,254) | (51) |
| Other current and non-current assets | (5,318) | 1,055 |
| Accounts payable | 9,618 | 1,837 |
| Deferred revenue | (626) | (1,554) |
| Other current and non-current liabilities | (154) | (2,033) |
| Cash generated by operating activities | 63,598 | 65,824 |
| Investing activities: | | |
| Purchases of marketable securities | (159,486) | (142,428) |
| Proceeds from maturities of marketable securities | 31,775 | 21,258 |
| Proceeds from sales of marketable securities | 94,564 | 90,536 |
| Payments made in connection with business acquisitions, net | (329) | (297) |
| Payments for acquisition of property, plant and equipment | (12,451) | (12,734) |
| Payments for acquisition of intangible assets | (344) | (814) |
| Payments for strategic investments, net | (395) | (1,388) |
| Other | 220 | (110) |
| Cash used in investing activities | (46,446) | (45,977) |
| Financing activities: | | |
| Proceeds from issuance of common stock | 555 | 495 |
| Excess tax benefits from equity awards | 627 | 407 |
| Payments for taxes related to net share settlement of equity awards | (1,874) | (1,570) |
| Payments for dividends and dividend equivalents | (12,769) | (12,150) |
| Repurchases of common stock | (32,900) | (29,722) |
| Proceeds from issuance of term debt, net | 28,662 | 24,954 |
| Repayments of term debt | (3,500) | (2,500) |
| Change in commercial paper, net | 3,852 | (397) |
| Cash used in financing activities | (17,347) | (20,483) |
| Increase/(Decrease) in cash and cash equivalents | (195) | (636) |
| Cash and cash equivalents, end of the period | $ 20,289 | $ 20,484 |
| Supplemental cash flow disclosure: | | |
| Cash paid for income taxes, net | $ 11,591 | $ 10,444 |
| Cash paid for interest | $ 2,092 | $ 1,316 |

# EXHIBIT 6

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 8-K

## CURRENT REPORT
### Pursuant to Section 13 OR 15(d) of The Securities Exchange Act of 1934

**February 1, 2018**

Date of Report (Date of earliest event reported)



# Apple Inc.

(Exact name of Registrant as specified in its charter)

| **California** | **001-36743** | **94-2404110** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS. Employer Identification No.) |

**1 Infinite Loop**
**Cupertino, California 95014**
(Address of principal executive offices) (Zip Code)

**(408) 996-1010**
(Registrant's telephone number, including area code)

**Not applicable**
(Former name or former address, if changed since last report.)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the Registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the Registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the Registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02 Results of Operations and Financial Condition.**

On February 1, 2018, Apple Inc. ("Apple") issued a press release regarding Apple's financial results for its first fiscal quarter ended December 30, 2017 and a related data sheet. A copy of Apple's press release is attached hereto as Exhibit 99.1 and a copy of the related data sheet is attached hereto as Exhibit 99.2.

The information contained in this Current Report shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act, except as shall be expressly set forth by specific reference in such a filing.

**Item 9.01 Financial Statements and Exhibits.**

(d)  Exhibits.

| Exhibit Number | Exhibit Description |
|---|---|
| 99.1 | Press release issued by Apple Inc. on February 1, 2018. |
| 99.2 | Data sheet issued by Apple Inc. on February 1, 2018. |

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date:   February 1, 2018

Apple Inc.

By:   /s/ Luca Maestri

Luca Maestri
Senior Vice President,
Chief Financial Officer

**Exhibit 99.1**

# Apple Reports First Quarter Results

**Revenue and EPS Hit New All-Time Records**

**Active Installed Base of Devices Reaches 1.3 Billion in January**

CUPERTINO, California - February 1, 2018 - Apple® today announced financial results for its fiscal 2018 first quarter ended December 30, 2017. The Company posted quarterly revenue of $88.3 billion, an increase of 13 percent from the year-ago quarter and an all-time record, and quarterly earnings per diluted share of $3.89, up 16 percent, also an all-time record. International sales accounted for 65 percent of the quarter's revenue.

"We're thrilled to report the biggest quarter in Apple's history, with broad-based growth that included the highest revenue ever from a new iPhone lineup. iPhone X surpassed our expectations and has been our top-selling iPhone every week since it shipped in November," said Tim Cook, Apple's CEO. "We've also achieved a significant milestone with our active installed base of devices reaching 1.3 billion in January. That's an increase of 30 percent in just two years, which is a testament to the popularity of our products and the loyalty and satisfaction of our customers."

"Thanks to great operational and business performance, we achieved all-time record profitability during the quarter, with EPS up 16 percent," said Luca Maestri, Apple's CFO. "Cash flow from operations was very strong at $28.3 billion, and we returned $14.5 billion to investors through our capital return program."

Apple is providing the following guidance for its fiscal 2018 second quarter:

- revenue between $60 billion and $62 billion
- gross margin between 38 percent and 38.5 percent
- operating expenses between $7.6 billion and $7.7 billion
- other income/(expense) of $300 million
- tax rate of approximately 15 percent

Apple's board of directors has declared a cash dividend of $0.63 per share of the Company's common stock. The dividend is payable on February 15, 2018 to shareholders of record as of the close of business on February 12, 2018.

Apple will provide live streaming of its Q1 2018 financial results conference call beginning at 2:00 p.m. PST on February 1, 2018 at www.apple.com/investor/earnings-call/. This webcast will also be available for replay for approximately two weeks thereafter.

This press release contains forward-looking statements, within the meaning of the Private Securities Litigation Reform Act of 1995. These forward-looking statements include without limitation those about the Company's estimated revenue, gross margin, operating expenses, other income/(expense), tax rate, and plans for return of capital. These statements involve risks and uncertainties, and actual results may differ. Risks and uncertainties include without limitation: the effect of global and regional economic conditions on the Company's business, including effects on purchasing decisions by consumers and businesses; the ability of the Company to compete in markets that are highly competitive and subject to rapid technological change; the ability of the Company to manage frequent product introductions and transitions, including delivering to the marketplace, and stimulating customer demand for, new products, services and technological innovations on a timely basis; the effect that product introductions and transitions, changes in product pricing and product mix, and increases in component and other costs could have on the Company's gross margin; the dependency of the Company on the performance of distributors of the Company's products, including cellular network carriers and other resellers; the inventory and other asset risks associated with the Company's need to order, or commit to order, product components in advance of customer orders; the continued availability on acceptable terms, or at all, of certain components, services and new technologies essential to the Company's business, including components and technologies that may only be available from sole or limited sources; the dependency of the Company on manufacturing and logistics services provided by third parties, many of which are located outside of the U.S. and which may affect the quality, quantity or cost of products manufactured or services rendered to the Company; the effect of product and service quality problems on the Company's financial performance and reputation; the dependency of the Company on third-party intellectual property and digital content, which may not be available to the Company on commercially reasonable terms or at all; the dependency of the Company on support from third-party software developers to develop and maintain software applications and services for the Company's products; the impact of unfavorable legal proceedings, such as a potential finding that the Company has infringed on the intellectual property rights of others; the impact of changes to laws and regulations that affect the Company's activities, including the Company's ability to offer products or services to customers in different regions; the ability of the Company to manage risks associated with its international activities, including complying with laws and regulations affecting the Company's international operations; the ability of the Company to manage risks associated with the Company's retail stores; the ability of the Company to manage risks associated with the Company's investments in new business strategies and acquisitions; the impact on the Company's business and reputation from information technology system failures, network disruptions or losses or unauthorized access to, or release of, confidential information; the ability of the Company to comply with laws and regulations regarding data protection; the continued service and availability of key executives and employees; war, terrorism, public health issues, natural disasters, and other business interruptions that could disrupt supply or delivery of, or demand for, the Company's products; financial risks, including risks relating to currency fluctuations, credit risks and fluctuations in the market value of the Company's investment portfolio; and changes in tax rates and exposure to additional tax liabilities. More information on these risks and other potential factors that could affect the Company's financial results is included in the Company's filings with the SEC, including in the "Risk Factors" and "Management's Discussion and Analysis of Financial Condition and Results of Operations" sections of the Company's most recently filed periodic reports on Form 10-K and Form 10-Q and subsequent filings. The Company assumes no obligation to update any forward-looking statements or information, which speak as of their respective dates.

Apple revolutionized personal technology with the introduction of the Macintosh in 1984. Today, Apple leads the world in innovation with iPhone, iPad, Mac, Apple Watch and Apple TV. Apple's four software platforms - iOS, macOS, watchOS and tvOS - provide seamless experiences across all Apple devices and empower people with breakthrough services including the App Store, Apple Music, Apple Pay and iCloud. Apple's more than 100,000 employees are dedicated to making the best products on earth, and to leaving the world better than we found it.

**Press Contact:**
Kristin Huguet
Apple
khuguet@apple.com
(408) 974-2414

**Investor Relations Contacts:**
Nancy Paxton
Apple
paxton1@apple.com
(408) 974-5420

Matt Blake
Apple
mattblake@apple.com
(408) 974-7406

NOTE TO EDITORS: For additional information visit Apple Newsroom (www.apple.com/newsroom), or call Apple's Media Helpline at (408) 974-2042.

© 2018 Apple Inc. All rights reserved. Apple and the Apple logo are trademarks of Apple. Other company and product names may be trademarks of their respective owners.

**Apple Inc.**

**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS (Unaudited)**
(In millions, except number of shares which are reflected in thousands and per share amounts)

| | Three Months Ended | |
|---|---|---|
| | December 30, 2017 | December 31, 2016 |
| Net sales | $ 88,293 | $ 78,351 |
| Cost of sales [1] | 54,381 | 48,175 |
| Gross margin | 33,912 | 30,176 |
| | | |
| Operating expenses: | | |
| Research and development [1] | 3,407 | 2,871 |
| Selling, general and administrative [1] | 4,231 | 3,946 |
| Total operating expenses | 7,638 | 6,817 |
| | | |
| Operating income | 26,274 | 23,359 |
| Other income/(expense), net | 756 | 821 |
| Income before provision for income taxes | 27,030 | 24,180 |
| Provision for income taxes | 6,965 | 6,289 |
| Net income | $ 20,065 | $ 17,891 |
| | | |
| Earnings per share: | | |
| Basic | $ 3.92 | $ 3.38 |
| Diluted | $ 3.89 | $ 3.36 |
| | | |
| Shares used in computing earnings per share: | | |
| Basic | 5,112,877 | 5,298,661 |
| Diluted | 5,157,787 | 5,327,995 |
| | | |
| Cash dividends declared per share | $ 0.63 | $ 0.57 |
| | | |
| [1] Includes share-based compensation expense as follows: | | |
| Cost of sales | $ 252 | $ 229 |
| Research and development | $ 646 | $ 589 |
| Selling, general and administrative | $ 398 | $ 438 |

**Apple Inc.**

**CONDENSED CONSOLIDATED BALANCE SHEETS (Unaudited)**

(In millions, except number of shares which are reflected in thousands and par value)

| | | December 30, 2017 | | September 30, 2017 |
|---|---|---|---|---|
| **ASSETS:** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 27,491 | $ | 20,289 |
| Short-term marketable securities | | 49,662 | | 53,892 |
| Accounts receivable, less allowances of $59 and $58, respectively | | 23,440 | | 17,874 |
| Inventories | | 4,421 | | 4,855 |
| Vendor non-trade receivables | | 27,459 | | 17,799 |
| Other current assets | | 11,337 | | 13,936 |
| Total current assets | | 143,810 | | 128,645 |
| | | | | |
| Long-term marketable securities | | 207,944 | | 194,714 |
| Property, plant and equipment, net | | 33,679 | | 33,783 |
| Goodwill | | 5,889 | | 5,717 |
| Acquired intangible assets, net | | 2,149 | | 2,298 |
| Other non-current assets | | 13,323 | | 10,162 |
| Total assets | $ | 406,794 | $ | 375,319 |
| | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY:** | | | | |
| Current liabilities: | | | | |
| Accounts payable | $ | 62,985 | $ | 49,049 |
| Accrued expenses | | 26,281 | | 25,744 |
| Deferred revenue | | 8,044 | | 7,548 |
| Commercial paper | | 11,980 | | 11,977 |
| Current portion of long-term debt | | 6,498 | | 6,496 |
| Total current liabilities | | 115,788 | | 100,814 |
| | | | | |
| Deferred revenue, non-current | | 3,131 | | 2,836 |
| Long-term debt | | 103,922 | | 97,207 |
| Other non-current liabilities | | 43,754 | | 40,415 |
| Total liabilities | | 266,595 | | 241,272 |
| | | | | |
| Commitments and contingencies | | | | |
| | | | | |
| Shareholders' equity: | | | | |
| Common stock and additional paid-in capital, $0.00001 par value: 12,600,000 shares authorized; 5,081,651 and 5,126,201 shares issued and outstanding, respectively | | 36,447 | | 35,867 |
| Retained earnings | | 104,593 | | 98,330 |
| Accumulated other comprehensive income/(loss) | | (841) | | (150) |
| Total shareholders' equity | | 140,199 | | 134,047 |
| Total liabilities and shareholders' equity | $ | 406,794 | $ | 375,319 |

**Apple Inc.**

**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS (Unaudited)**
(In millions)

| | Three Months Ended | |
| --- | --- | --- |
| | December 30, 2017 | December 31, 2016 |
| Cash and cash equivalents, beginning of the period | $ 20,289 | $ 20,484 |
| Operating activities: | | |
| Net income | 20,065 | 17,891 |
| Adjustments to reconcile net income to cash generated by operating activities: | | |
| Depreciation and amortization | 2,745 | 2,987 |
| Share-based compensation expense | 1,296 | 1,256 |
| Deferred income tax expense/(benefit) | (33,737) | 1,452 |
| Other | (11) | (274) |
| Changes in operating assets and liabilities: | | |
| Accounts receivable, net | (5,570) | 1,697 |
| Inventories | 434 | (580) |
| Vendor non-trade receivables | (9,660) | (375) |
| Other current and non-current assets | (197) | (1,446) |
| Accounts payable | 14,588 | 2,460 |
| Deferred revenue | 791 | 42 |
| Other current and non-current liabilities | 37,549 | 2,124 |
| Cash generated by operating activities | 28,293 | 27,234 |
| Investing activities: | | |
| Purchases of marketable securities | (41,272) | (54,272) |
| Proceeds from maturities of marketable securities | 14,048 | 6,525 |
| Proceeds from sales of marketable securities | 16,801 | 32,166 |
| Payments made in connection with business acquisitions, net | (173) | (17) |
| Payments for acquisition of property, plant and equipment | (2,810) | (3,334) |
| Payments for acquisition of intangible assets | (154) | (86) |
| Payments for strategic investments, net | (94) | - |
| Other | 64 | (104) |
| Cash used in investing activities | (13,590) | (19,122) |
| Financing activities: | | |
| Payments for taxes related to net share settlement of equity awards | (1,038) | (629) |
| Payments for dividends and dividend equivalents | (3,339) | (3,130) |
| Repurchases of common stock | (10,095) | (10,851) |
| Proceeds from issuance of term debt, net | 6,969 | - |
| Change in commercial paper, net | 2 | 2,385 |
| Cash used in financing activities | (7,501) | (12,225) |
| Increase/(Decrease) in cash and cash equivalents | 7,202 | (4,113) |
| Cash and cash equivalents, end of the period | $ 27,491 | $ 16,371 |
| Supplemental cash flow disclosure: | | |
| Cash paid for income taxes, net | $ 3,551 | $ 3,510 |
| Cash paid for interest | $ 623 | $ 497 |

**Exhibit 99.2**

**Apple Inc.**
**Q1 2018 Unaudited Summary Data**
(Units in thousands, Revenue in millions)

| | Q1 2018 | Q4 2017 | Q1 2017 | Sequential Change | Year/Year Change |
|---|---|---|---|---|---|
| | Revenue | Revenue | Revenue | Revenue | Revenue |
| **Reportable Segments** | | | | | |
| Americas | $35,193 | $23,099 | $31,968 | 52% | 10% |
| Europe | 21,054 | 13,009 | 18,521 | 62% | 14% |
| Greater China | 17,956 | 9,801 | 16,233 | 83% | 11% |
| Japan | 7,237 | 3,858 | 5,766 | 88% | 26% |
| Rest of Asia Pacific | 6,853 | 2,812 | 5,863 | 144% | 17% |
| **Total Apple** | **$88,293** | **$52,579** | **$78,351** | **68%** | **13%** |

| | Q1 2018 | | Q4 2017 | | Q1 2017 | | Sequential Change | | Year/Year Change | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Units | Revenue | Units | Revenue | Units | Revenue | Units | Revenue | Units | Revenue |
| **Product Summary** | | | | | | | | | | |
| iPhone [1] | 77,316 | $61,576 | 46,677 | $28,846 | 78,290 | $54,378 | 66% | 113% | -1% | 13% |
| iPad [1] | 13,170 | 5,862 | 10,326 | 4,831 | 13,081 | 5,533 | 28% | 21% | 1% | 6% |
| Mac [1] | 5,112 | 6,895 | 5,386 | 7,170 | 5,374 | 7,244 | -5% | -4% | -5% | -5% |
| Services [2] | | 8,471 | | 8,501 | | 7,172 | | 0% | | 18% |
| Other Products [1][3] | | 5,489 | | 3,231 | | 4,024 | | 70% | | 36% |
| **Total Apple** | | **$88,293** | | **$52,579** | | **$78,351** | | **68%** | | **13%** |

(1) Includes deferrals and amortization of related software upgrade rights and non-software services.

(2) Includes revenue from Digital Content and Services, AppleCare, Apple Pay, licensing and other services. Services revenue in the fourth quarter of 2017 included a favorable one-time adjustment of $640 million due to a change in estimate based on the availability of additional supporting information.

(3) Includes sales of Apple TV, Apple Watch, Beats products, iPod touch and Apple-branded and third-party accessories.

# EXHIBIT 7

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

# FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 OR 15(d) of The Securities Exchange Act of 1934**

**May 1, 2018**
Date of Report (Date of earliest event reported)



# Apple Inc.

(Exact name of Registrant as specified in its charter)

| **California** | **001-36743** | **94-2404110** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

**One Apple Park Way**
**Cupertino, California 95014**
(Address of principal executive offices) (Zip Code)

**(408) 996-1010**
(Registrant's telephone number, including area code)

**1 Infinite Loop**
**Cupertino, California 95014**
(Former name or former address, if changed since last report.)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the Registrant under any of the following provisions:

☐   Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the Registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the Registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02 Results of Operations and Financial Condition.**

On May 1, 2018, Apple Inc. ("Apple") issued a press release regarding Apple's financial results for its second fiscal quarter ended March 31, 2018 and a related data sheet. A copy of Apple's press release is attached hereto as Exhibit 99.1 and a copy of the related data sheet is attached hereto as Exhibit 99.2.

The information contained in this Current Report shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act, except as shall be expressly set forth by specific reference in such a filing.

**Item 9.01 Financial Statements and Exhibits.**

(d) Exhibits.

| Exhibit Number | Exhibit Description |
| --- | --- |
| 99.1 | Press release issued by Apple Inc. on May 1, 2018. |
| 99.2 | Data sheet issued by Apple Inc. on May 1, 2018. |

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date:   May 1, 2018

Apple Inc.

By:      /s/ Luca Maestri
_____
Luca Maestri
Senior Vice President,
Chief Financial Officer

**Exhibit 99.1**

# Apple Reports Second Quarter Results

**Revenue Grows 16 Percent and EPS Grows 30 Percent to New March Quarter Records**

**New $100 Billion Share Repurchase Authorization Announced, Dividend Raised by 16 Percent**

CUPERTINO, California - May 1, 2018 - Apple® today announced financial results for its fiscal 2018 second quarter ended March 31, 2018. The Company posted quarterly revenue of $61.1 billion, an increase of 16 percent from the year-ago quarter, and quarterly earnings per diluted share of $2.73, up 30 percent. International sales accounted for 65 percent of the quarter's revenue.

"We're thrilled to report our best March quarter ever, with strong revenue growth in iPhone, Services and Wearables," said Tim Cook, Apple's CEO. "Customers chose iPhone X more than any other iPhone each week in the March quarter, just as they did following its launch in the December quarter. We also grew revenue in all of our geographic segments, with over 20% growth in Greater China and Japan."

"Our business performed extremely well during the March quarter, as we grew earnings per share by 30 percent and generated over $15 billion in operating cash flow," said Luca Maestri, Apple's CFO. "With the greater flexibility we now have from access to our global cash, we can more efficiently invest in our US operations and work toward a more optimal capital structure. Given our confidence in Apple's future, we are very happy to announce that our Board has approved a new $100 billion share repurchase authorization and a 16 percent increase in our quarterly dividend."

The Company will complete the execution of the previous $210 billion share repurchase authorization during the third fiscal quarter.

Reflecting the approved increase, the Board has declared a cash dividend of $0.73 per share of Apple's common stock payable on May 17, 2018 to shareholders of record as of the close of business on May 14, 2018.

The Company also expects to continue to net-share-settle vesting restricted stock units.

From the inception of its capital return program in August 2012 through March 2018, Apple has returned $275 billion to shareholders, including $200 billion in share repurchases. The management team and the Board will continue to review each element of the capital return program regularly and plan to provide an update on the program on an annual basis.

Apple is providing the following guidance for its fiscal 2018 third quarter:

• revenue between $51.5 billion and $53.5 billion
• gross margin between 38 percent and 38.5 percent
• operating expenses between $7.7 billion and $7.8 billion
• other income/(expense) of $400 million
• tax rate of approximately 14.5 percent

Apple will provide live streaming of its Q2 2018 financial results conference call beginning at 2:00 p.m. PDT on May 1, 2018 at www.apple.com/investor/earnings-call/. This webcast will also be available for replay for approximately two weeks thereafter.

This press release contains forward-looking statements, within the meaning of the Private Securities Litigation Reform Act of 1995. These forward-looking statements include without limitation those about the Company's estimated revenue, gross margin, operating expenses, other income/(expense), tax rate, and plans for return of capital. These statements involve risks and uncertainties, and actual results may differ. Risks and uncertainties include without limitation: the effect of global and regional economic conditions on the Company's business, including effects on purchasing decisions by consumers and businesses; the ability of the Company to compete in markets that are highly competitive and subject to rapid technological change; the ability of the Company to manage frequent product introductions and transitions, including delivering to the marketplace, and stimulating customer demand for, new products, services and technological innovations on a timely basis; the effect that product introductions and transitions, changes in product pricing and product mix, and increases in component and other costs could have on the Company's gross margin; the dependency of the Company on the performance of distributors of the Company's products, including cellular network carriers and other resellers; the inventory and other asset risks associated with the Company's need to order, or commit to order, product components in advance of customer orders; the continued availability on acceptable terms, or at all, of certain components, services and new technologies essential to the Company's business, including components and technologies that may only be available from sole or limited sources; the dependency of the Company on manufacturing and logistics services provided by third parties, many of which are located outside of the US and which may affect the quality, quantity or cost of products manufactured or services rendered to the Company; the effect of product and service quality problems on the Company's financial performance and reputation; the dependency of the Company on third-party intellectual property and digital content, which may not be available to the Company on commercially reasonable terms or at all; the dependency of the Company on support from third-party software developers to develop and maintain software applications and services for the Company's products; the impact of unfavorable legal proceedings, such as a potential finding that the Company has infringed on the intellectual property rights of others; the impact of changes to laws and regulations that affect the Company's activities, including the Company's ability to offer products or services to customers in different regions; the ability of the Company to manage risks associated with its international activities, including complying with laws and regulations affecting the Company's international operations; the ability of the Company to manage risks associated with the Company's retail stores; the ability of the Company to manage risks associated with the Company's investments in new business strategies and acquisitions; the impact on the Company's business and reputation from information technology system failures, network disruptions or losses or unauthorized access to, or release of, confidential information; the ability of the Company to comply with laws and regulations regarding data protection; the continued service and availability of key executives and employees; war, terrorism, public health issues, natural disasters, and other business interruptions that could disrupt supply or delivery of, or demand for, the Company's products; financial risks, including risks relating to currency fluctuations, credit risks and fluctuations in the market value of the Company's investment portfolio; and changes in tax rates and exposure to additional tax liabilities. More information on these risks and other potential factors that could affect the Company's financial results is included in the Company's filings with the SEC, including in the "Risk Factors" and "Management's Discussion and Analysis of Financial Condition and Results of Operations" sections of the Company's most recently filed periodic reports on Form 10-K and Form 10-Q and subsequent filings. The Company assumes no obligation to update any forward-looking statements or information, which speak as of their respective dates.

Apple revolutionized personal technology with the introduction of the Macintosh in 1984. Today, Apple leads the world in innovation with iPhone, iPad, Mac, Apple Watch and Apple TV. Apple's four software platforms - iOS, macOS, watchOS and tvOS - provide seamless experiences across all Apple devices and empower people with breakthrough services including the App Store, Apple Music, Apple Pay and iCloud. Apple's more than 100,000 employees are dedicated to making the best products on earth, and to leaving the world better than we found it.

**Press Contact:**
Kristin Huguet
Apple
khuguet@apple.com
(408) 974-2414

**Investor Relations Contacts:**
Nancy Paxton
Apple
paxton1@apple.com
(408) 974-5420

Matt Blake
Apple
mattblake@apple.com
(408) 974-7406

NOTE TO EDITORS: For additional information visit Apple Newsroom (www.apple.com/newsroom), or call Apple's Media Helpline at (408) 974-2042.

© 2018 Apple Inc. All rights reserved. Apple and the Apple logo are trademarks of Apple. Other company and product names may be trademarks of their respective owners.

**Apple Inc.**

**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS (Unaudited)**

(In millions, except number of shares which are reflected in thousands and per share amounts)

|  | Three Months Ended | | Six Months Ended | |
|---|---|---|---|---|
|  | March 31, 2018 | April 1, 2017 | March 31, 2018 | April 1, 2017 |
| Net sales | $ 61,137 | $ 52,896 | $ 149,430 | $ 131,247 |
| Cost of sales [(1)] | 37,715 | 32,305 | 92,096 | 80,480 |
| Gross margin | 23,422 | 20,591 | 57,334 | 50,767 |
|  |  |  |  |  |
| Operating expenses: |  |  |  |  |
| Research and development [(1)] | 3,378 | 2,776 | 6,785 | 5,647 |
| Selling, general and administrative [(1)] | 4,150 | 3,718 | 8,381 | 7,664 |
| Total operating expenses | 7,528 | 6,494 | 15,166 | 13,311 |
|  |  |  |  |  |
| Operating income | 15,894 | 14,097 | 42,168 | 37,456 |
| Other income/(expense), net | 274 | 587 | 1,030 | 1,408 |
| Income before provision for income taxes | 16,168 | 14,684 | 43,198 | 38,864 |
| Provision for income taxes | 2,346 | 3,655 | 9,311 | 9,944 |
| Net income | $ 13,822 | $ 11,029 | $ 33,887 | $ 28,920 |
|  |  |  |  |  |
| Earnings per share: |  |  |  |  |
| Basic | $ 2.75 | $ 2.11 | $ 6.69 | $ 5.50 |
| Diluted | $ 2.73 | $ 2.10 | $ 6.63 | $ 5.46 |
|  |  |  |  |  |
| Shares used in computing earnings per share: |  |  |  |  |
| Basic | 5,024,877 | 5,225,791 | 5,068,877 | 5,262,226 |
| Diluted | 5,068,493 | 5,261,688 | 5,113,140 | 5,294,841 |
|  |  |  |  |  |
| Cash dividends declared per share | $ 0.63 | $ 0.57 | $ 1.26 | $ 1.14 |
|  |  |  |  |  |
| [(1)] Includes share-based compensation expense as follows: |  |  |  |  |
| Cost of sales | $ 257 | $ 217 | $ 509 | $ 446 |
| Research and development | $ 666 | $ 575 | $ 1,312 | $ 1,164 |
| Selling, general and administrative | $ 425 | $ 425 | $ 823 | $ 863 |

**Apple Inc.**

**CONDENSED CONSOLIDATED BALANCE SHEETS (Unaudited)**
(In millions, except number of shares which are reflected in thousands and par value)

|  | March 31, 2018 | | September 30, 2017 |
|---|---|---|---|
| **ASSETS:** | | | |
| Current assets: | | | |
| Cash and cash equivalents | $ | 45,059 | $ | 20,289 |
| Short-term marketable securities | | 42,881 | | 53,892 |
| Accounts receivable, less allowances of $60 and $58, respectively | | 14,324 | | 17,874 |
| Inventories | | 7,662 | | 4,855 |
| Vendor non-trade receivables | | 8,084 | | 17,799 |
| Other current assets | | 12,043 | | 13,936 |
| Total current assets | | 130,053 | | 128,645 |
| | | | | |
| Long-term marketable securities | | 179,286 | | 194,714 |
| Property, plant and equipment, net | | 35,077 | | 33,783 |
| Other non-current assets | | 23,086 | | 18,177 |
| Total assets | $ | 367,502 | $ | 375,319 |
| | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY:** | | | |
| Current liabilities: | | | |
| Accounts payable | $ | 34,311 | $ | 49,049 |
| Accrued expenses | | 26,756 | | 25,744 |
| Deferred revenue | | 7,775 | | 7,548 |
| Commercial paper | | 11,980 | | 11,977 |
| Current portion of long-term debt | | 8,498 | | 6,496 |
| Total current liabilities | | 89,320 | | 100,814 |
| | | | | |
| Deferred revenue, non-current | | 3,087 | | 2,836 |
| Long-term debt | | 101,362 | | 97,207 |
| Other non-current liabilities | | 46,855 | | 40,415 |
| Total liabilities | | 240,624 | | 241,272 |
| | | | | |
| Commitments and contingencies | | | |
| | | | | |
| Shareholders' equity: | | | |
| Common stock and additional paid-in capital, $0.00001 par value: 12,600,000 shares authorized; 4,943,282 and 5,126,201 shares issued and outstanding, respectively | | 38,044 | | 35,867 |
| Retained earnings | | 91,898 | | 98,330 |
| Accumulated other comprehensive income/(loss) | | (3,064) | | (150) |
| Total shareholders' equity | | 126,878 | | 134,047 |
| Total liabilities and shareholders' equity | $ | 367,502 | $ | 375,319 |

**Apple Inc.**

**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS (Unaudited)**

(In millions)

| | Six Months Ended | |
| --- | --- | --- |
| | March 31, 2018 | April 1, 2017 |
| Cash and cash equivalents, beginning of the period | $ 20,289 | $ 20,484 |
| Operating activities: | | |
| Net income | 33,887 | 28,920 |
| Adjustments to reconcile net income to cash generated by operating activities: | | |
| Depreciation and amortization | 5,484 | 5,319 |
| Share-based compensation expense | 2,644 | 2,473 |
| Deferred income tax expense/(benefit) | (34,235) | 2,822 |
| Other | (151) | (209) |
| Changes in operating assets and liabilities: | | |
| Accounts receivable, net | 3,523 | 4,183 |
| Inventories | (2,807) | (778) |
| Vendor non-trade receivables | 9,715 | 4,512 |
| Other current and non-current assets | (1,053) | (896) |
| Accounts payable | (13,220) | (6,862) |
| Deferred revenue | 478 | (221) |
| Other current and non-current liabilities | 39,158 | 541 |
| Cash generated by operating activities | 43,423 | 39,804 |
| Investing activities: | | |
| Purchases of marketable securities | (48,449) | (99,821) |
| Proceeds from maturities of marketable securities | 31,884 | 12,429 |
| Proceeds from sales of marketable securities | 38,942 | 60,454 |
| Payments for acquisition of property, plant and equipment | (7,005) | (6,309) |
| Payments made in connection with business acquisitions, net | (305) | (67) |
| Other | 53 | (10) |
| Cash generated by/(used in) investing activities | 15,120 | (33,324) |
| Financing activities: | | |
| Proceeds from issuance of common stock | 327 | 273 |
| Payments for taxes related to net share settlement of equity awards | (1,190) | (788) |
| Payments for dividends and dividend equivalents | (6,529) | (6,134) |
| Repurchases of common stock | (32,851) | (18,012) |
| Proceeds from issuance of term debt, net | 6,969 | 10,975 |
| Repayments of term debt | (500) | - |
| Change in commercial paper, net | 1 | 1,879 |
| Cash used in financing activities | (33,773) | (11,807) |
| Increase/(Decrease) in cash and cash equivalents | 24,770 | (5,327) |
| Cash and cash equivalents, end of the period | $ 45,059 | $ 15,157 |
| Supplemental cash flow disclosure: | | |
| Cash paid for income taxes, net | $ 6,340 | $ 6,878 |
| Cash paid for interest | $ 1,356 | $ 1,007 |

**Exhibit 99.2**

**Apple Inc.**
**Q2 2018 Unaudited Summary Data**
(Units in thousands, Revenue in millions)

| | Q2 2018 | Q1 2018 | Q2 2017 | Sequential Change | Year/Year Change |
|---|---|---|---|---|---|
| **Reportable Segments** | Revenue | Revenue | Revenue | Revenue | Revenue |
| Americas | $24,841 | $35,193 | $21,157 | -29% | 17% |
| Europe | 13,846 | 21,054 | 12,733 | -34% | 9% |
| Greater China | 13,024 | 17,956 | 10,726 | -27% | 21% |
| Japan | 5,468 | 7,237 | 4,485 | -24% | 22% |
| Rest of Asia Pacific | 3,958 | 6,853 | 3,795 | -42% | 4% |
| **Total Apple** | **$61,137** | **$88,293** | **$52,896** | **-31%** | **16%** |

| | Q2 2018 | | Q1 2018 | | Q2 2017 | | Sequential Change | | Year/Year Change | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Product Summary** | Units | Revenue | Units | Revenue | Units | Revenue | Units | Revenue | Units | Revenue |
| iPhone [1] | 52,217 | $38,032 | 77,316 | $61,576 | 50,763 | $33,249 | -32% | -38% | 3% | 14% |
| iPad [1] | 9,113 | 4,113 | 13,170 | 5,862 | 8,922 | 3,889 | -31% | -30% | 2% | 6% |
| Mac [1] | 4,078 | 5,848 | 5,112 | 6,895 | 4,199 | 5,844 | -20% | -15% | -3% | 0% |
| Services [2] | | 9,190 | | 8,471 | | 7,041 | | 8% | | 31% |
| Other Products [1][3] | | 3,954 | | 5,489 | | 2,873 | | -28% | | 38% |
| **Total Apple** | | **$61,137** | | **$88,293** | | **$52,896** | | **-31%** | | **16%** |

[1] Includes deferrals and amortization of related software upgrade rights and non-software services.

[2] Includes revenue from Digital Content and Services, AppleCare, Apple Pay, licensing and other services.

[3] Includes sales of AirPods, Apple TV, Apple Watch, Beats products, HomePod, iPod touch and other Apple-branded and third-party accessories.

# EXHIBIT 8

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 8-K

## CURRENT REPORT
### Pursuant to Section 13 OR 15(d) of The Securities Exchange Act of 1934

**July 31, 2018**

Date of Report (Date of earliest event reported)



# Apple Inc.

(Exact name of Registrant as specified in its charter)

| **California** | **001-36743** | **94-2404110** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

**One Apple Park Way**
**Cupertino, California 95014**
(Address of principal executive offices) (Zip Code)

**(408) 996-1010**
(Registrant's telephone number, including area code)

**Not applicable**
(Former name or former address, if changed since last report.)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the Registrant under any of the following provisions:

☐   Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the Registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the Registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02 Results of Operations and Financial Condition.**

On July 31, 2018, Apple Inc. ("Apple") issued a press release regarding Apple's financial results for its third fiscal quarter ended June 30, 2018 and a related data sheet. A copy of Apple's press release is attached hereto as Exhibit 99.1 and a copy of the related data sheet is attached hereto as Exhibit 99.2.

The information contained in this Current Report shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act, except as shall be expressly set forth by specific reference in such a filing.

**Item 9.01 Financial Statements and Exhibits.**

(d)  Exhibits.

| Exhibit Number | Exhibit Description |
| --- | --- |
| 99.1 | Press release issued by Apple Inc. on July 31, 2018. |
| 99.2 | Data sheet issued by Apple Inc. on July 31, 2018. |

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date:   July 31, 2018

Apple Inc.

By:      /s/ Luca Maestri
         _____
         Luca Maestri
         Senior Vice President,
         Chief Financial Officer

**Exhibit 99.2**

**Apple Inc.**
**Q3 2018 Unaudited Summary Data**
(Units in thousands, Revenue in millions)

| | Q3 2018 | | Q2 2018 | | Q3 2017 | | Sequential Change | | Year/Year Change | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Revenue | | Revenue | | Revenue | | Revenue | | Revenue |
| **Reportable Segments** | | | | | | | | | | |
| Americas | | $24,542 | | $24,841 | | $20,376 | | -1% | | 20% |
| Europe | | 12,138 | | 13,846 | | 10,675 | | -12% | | 14% |
| Greater China | | 9,551 | | 13,024 | | 8,004 | | -27% | | 19% |
| Japan | | 3,867 | | 5,468 | | 3,624 | | -29% | | 7% |
| Rest of Asia Pacific | | 3,167 | | 3,958 | | 2,729 | | -20% | | 16% |
| **Total Apple** | | **$53,265** | | **$61,137** | | **$45,408** | | **-13%** | | **17%** |

| | Q3 2018 | | Q2 2018 | | Q3 2017 | | Sequential Change | | Year/Year Change | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Units | Revenue | Units | Revenue | Units | Revenue | Units | Revenue | Units | Revenue |
| **Product Summary** | | | | | | | | | | |
| iPhone [1] | 41,300 | $29,906 | 52,217 | $38,032 | 41,026 | $24,846 | -21% | -21% | 1% | 20% |
| iPad [1] | 11,553 | 4,741 | 9,113 | 4,113 | 11,424 | 4,969 | 27% | 15% | 1% | -5% |
| Mac [1] | 3,720 | 5,330 | 4,078 | 5,848 | 4,292 | 5,592 | -9% | -9% | -13% | -5% |
| Services [2] | | 9,548 | | 9,190 | | 7,266 | | 4% | | 31% |
| Other Products [1][3] | | 3,740 | | 3,954 | | 2,735 | | -5% | | 37% |
| **Total Apple** | | **$53,265** | | **$61,137** | | **$45,408** | | **-13%** | | **17%** |

(1) Includes deferrals and amortization of related software upgrade rights and non-software services.

(2) Includes revenue from Digital Content and Services, AppleCare, Apple Pay, licensing and other services. Services revenue in the third quarter of 2018 included a favorable one-time item of $236 million in connection with the final resolution of various lawsuits.

(3) Includes sales of AirPods, Apple TV, Apple Watch, Beats products, HomePod, iPod touch and other Apple-branded and third-party accessories.

**Exhibit 99.1**

# Apple Reports Third Quarter Results

**Revenue Up 17 Percent and EPS Up 40 Percent to New June Quarter Records**

**Services Revenue Reaches New All-Time High**

CUPERTINO, California - July 31, 2018 - Apple® today announced financial results for its fiscal 2018 third quarter ended June 30, 2018. The Company posted quarterly revenue of $53.3 billion, an increase of 17 percent from the year-ago quarter, and quarterly earnings per diluted share of $2.34, up 40 percent. International sales accounted for 60 percent of the quarter's revenue.

"We're thrilled to report Apple's best June quarter ever, and our fourth consecutive quarter of double-digit revenue growth," said Tim Cook, Apple's CEO. "Our Q3 results were driven by continued strong sales of iPhone, Services and Wearables, and we are very excited about the products and services in our pipeline."

"Our strong business performance drove revenue growth in each of our geographic segments, net income of $11.5 billion, and operating cash flow of $14.5 billion," said Luca Maestri, Apple's CFO. "We returned almost $25 billion to investors through our capital return program during the quarter, including $20 billion in share repurchases."

Apple is providing the following guidance for its fiscal 2018 fourth quarter:

- revenue between $60 billion and $62 billion
- gross margin between 38 percent and 38.5 percent
- operating expenses between $7.95 billion and $8.05 billion
- other income/(expense) of $300 million
- tax rate of approximately 15 percent before discrete items

Apple's board of directors has declared a cash dividend of $0.73 per share of the Company's common stock. The dividend is payable on August 16, 2018 to shareholders of record as of the close of business on August 13, 2018.

Apple will provide live streaming of its Q3 2018 financial results conference call beginning at 2:00 p.m. PDT on July 31, 2018 at www.apple.com/investor/earnings-call/. This webcast will also be available for replay for approximately two weeks thereafter.

This press release contains forward-looking statements, within the meaning of the Private Securities Litigation Reform Act of 1995. These forward-looking statements include without limitation those about the Company's estimated revenue, gross margin, operating expenses, other income/(expense), tax rate, and plans for return of capital. These statements involve risks and uncertainties, and actual results may differ. Risks and uncertainties include without limitation: the effect of global and regional economic conditions on the Company's business, including effects on purchasing decisions by consumers and businesses; the ability of the Company to compete in markets that are highly competitive and subject to rapid technological change; the ability of the Company to manage frequent product introductions and transitions, including delivering to the marketplace, and stimulating customer demand for, new products, services and technological innovations on a timely basis; the effect that product introductions and transitions, changes in product pricing and product mix, and increases in component and other costs could have on the Company's gross margin; the dependency of the Company on the performance of distributors of the Company's products, including cellular network carriers and other resellers; the inventory and other asset risks associated with the Company's need to order, or commit to order, product components in advance of customer orders; the continued availability on acceptable terms, or at all, of certain components, services and new technologies essential to the Company's business, including components and technologies that may only be available from sole or limited sources; the dependency of the Company on manufacturing and logistics services provided by third parties, many of which are located outside of the US and which may affect the quality, quantity or cost of products manufactured or services rendered to the Company; the effect of product and services design and manufacturing defects on the Company's financial performance and reputation; the dependency of the Company on third-party intellectual property and digital content, which may not be available to the Company on commercially reasonable terms or at all; the dependency of the Company on support from third-party software developers to develop and maintain software applications and services for the Company's products; the impact of unfavorable legal proceedings, such as a potential finding that the Company has infringed on the intellectual property rights of others; the impact of changes to laws and regulations that affect the Company's activities, including the Company's ability to offer products or services to customers in different regions; the ability of the Company to manage risks associated with its international activities, including complying with laws and regulations affecting the Company's international operations; the ability of the Company to manage risks associated with the Company's retail stores; the ability of the Company to manage risks associated with the Company's investments in new business strategies and acquisitions; the impact on the Company's business and reputation from information technology system failures, network disruptions or losses or unauthorized access to, or release of, confidential information; the ability of the Company to comply with laws and regulations regarding data protection; the continued service and availability of key executives and employees; political events, international trade disputes, war, terrorism, public health issues, natural disasters, and other business interruptions that could disrupt supply or delivery of, or demand for, the Company's products; financial risks, including risks relating to currency fluctuations, credit risks and fluctuations in the market value of the Company's investment portfolio; and changes in tax rates and exposure to additional tax liabilities. More information on these risks and other potential factors that could affect the Company's financial results is included in the Company's filings with the SEC, including in the "Risk Factors" and "Management's Discussion and Analysis of Financial Condition and Results of Operations" sections of the Company's most recently filed periodic reports on Form 10-K and Form 10-Q and subsequent filings. The Company assumes no obligation to update any forward-looking statements or information, which speak as of their respective dates.

Apple revolutionized personal technology with the introduction of the Macintosh in 1984. Today, Apple leads the world in innovation with iPhone, iPad, Mac, Apple Watch and Apple TV. Apple's four software platforms - iOS, macOS, watchOS and tvOS - provide seamless experiences across all Apple devices and empower people with breakthrough services including the App Store, Apple Music, Apple Pay and iCloud. Apple's more than 100,000 employees are dedicated to making the best products on earth, and to leaving the world better than we found it.

**Press Contact:**
Josh Rosenstock
Apple
jrosenstock@apple.com
(408) 862-1142

**Investor Relations Contacts:**
Nancy Paxton
Apple
paxton1@apple.com
(408) 974-5420

Matt Blake
Apple
mattblake@apple.com
(408) 974-7406

NOTE TO EDITORS: For additional information visit Apple Newsroom (www.apple.com/newsroom), or call Apple's Media Helpline at (408) 974-2042.

© 2018 Apple Inc. All rights reserved. Apple and the Apple logo are trademarks of Apple Inc. Other company and product names may be trademarks of their respective owners.

**Apple Inc.**

**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS (Unaudited)**
(In millions, except number of shares which are reflected in thousands and per share amounts)

| | Three Months Ended | | Nine Months Ended | |
|---|---|---|---|---|
| | June 30, 2018 | July 1, 2017 | June 30, 2018 | July 1, 2017 |
| Net sales | $ 53,265 | $ 45,408 | $ 202,695 | $ 176,655 |
| Cost of sales [(1)] | 32,844 | 27,920 | 124,940 | 108,400 |
| Gross margin | 20,421 | 17,488 | 77,755 | 68,255 |
| | | | | |
| Operating expenses: | | | | |
| Research and development [(1)] | 3,701 | 2,937 | 10,486 | 8,584 |
| Selling, general and administrative [(1)] | 4,108 | 3,783 | 12,489 | 11,447 |
| Total operating expenses | 7,809 | 6,720 | 22,975 | 20,031 |
| | | | | |
| Operating income | 12,612 | 10,768 | 54,780 | 48,224 |
| Other income/(expense), net | 672 | 540 | 1,702 | 1,948 |
| Income before provision for income taxes | 13,284 | 11,308 | 56,482 | 50,172 |
| Provision for income taxes | 1,765 | 2,591 | 11,076 | 12,535 |
| Net income | $ 11,519 | $ 8,717 | $ 45,406 | $ 37,637 |
| | | | | |
| Earnings per share: | | | | |
| Basic | $ 2.36 | $ 1.68 | $ 9.07 | $ 7.18 |
| Diluted | $ 2.34 | $ 1.67 | $ 8.99 | $ 7.14 |
| | | | | |
| Shares used in computing earnings per share: | | | | |
| Basic | 4,882,167 | 5,195,088 | 5,006,640 | 5,239,847 |
| Diluted | 4,926,609 | 5,233,499 | 5,050,963 | 5,274,394 |
| | | | | |
| Cash dividends declared per share | $ 0.73 | $ 0.63 | $ 1.99 | $ 1.77 |
| | | | | |
| [(1)] Includes share-based compensation expense as follows: | | | | |
| Cost of sales | $ 250 | $ 216 | $ 759 | $ 662 |
| Research and development | $ 675 | $ 566 | $ 1,987 | $ 1,730 |
| Selling, general and administrative | $ 426 | $ 411 | $ 1,249 | $ 1,274 |

**Apple Inc.**

**CONDENSED CONSOLIDATED BALANCE SHEETS (Unaudited)**

(In millions, except number of shares which are reflected in thousands and par value)

| | | June 30, 2018 | | September 30, 2017 |
|---|---|---:|---|---:|
| **ASSETS:** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 31,971 | $ | 20,289 |
| Short-term marketable securities | | 38,999 | | 53,892 |
| Accounts receivable, net | | 14,104 | | 17,874 |
| Inventories | | 5,936 | | 4,855 |
| Vendor non-trade receivables | | 12,263 | | 17,799 |
| Other current assets | | 12,488 | | 13,936 |
| Total current assets | | 115,761 | | 128,645 |
| | | | | |
| Long-term marketable securities | | 172,773 | | 194,714 |
| Property, plant and equipment, net | | 38,117 | | 33,783 |
| Other non-current assets | | 22,546 | | 18,177 |
| Total assets | $ | 349,197 | $ | 375,319 |
| | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY:** | | | | |
| Current liabilities: | | | | |
| Accounts payable | $ | 38,489 | $ | 49,049 |
| Accrued expenses | | 25,184 | | 25,744 |
| Deferred revenue | | 7,403 | | 7,548 |
| Commercial paper | | 11,974 | | 11,977 |
| Current portion of long-term debt | | 5,498 | | 6,496 |
| Total current liabilities | | 88,548 | | 100,814 |
| | | | | |
| Deferred revenue, non-current | | 2,878 | | 2,836 |
| Long-term debt | | 97,128 | | 97,207 |
| Other non-current liabilities | | 45,694 | | 40,415 |
| Total liabilities | | 234,248 | | 241,272 |
| | | | | |
| Commitments and contingencies | | | | |
| | | | | |
| Shareholders' equity: | | | | |
| Common stock and additional paid-in capital, $0.0001 par value: 12,600,000 shares authorized; 4,842,917 and 5,126,201 shares issued and outstanding, respectively | | 38,624 | | 35,867 |
| Retained earnings | | 79,436 | | 98,330 |
| Accumulated other comprehensive income/(loss) | | (3,111) | | (150) |
| Total shareholders' equity | | 114,949 | | 134,047 |
| Total liabilities and shareholders' equity | $ | 349,197 | $ | 375,319 |

**Apple Inc.**

**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS (Unaudited)**
(In millions)

| | Nine Months Ended | |
|---|---|---|
| | June 30, 2018 | July 1, 2017 |
| Cash and cash equivalents, beginning of the period | $ 20,289 | $ 20,484 |
| Operating activities: | | |
| Net income | 45,406 | 37,637 |
| Adjustments to reconcile net income to cash generated by operating activities: | | |
| Depreciation and amortization | 8,149 | 7,673 |
| Share-based compensation expense | 3,995 | 3,666 |
| Deferred income tax expense/(benefit) | (33,109) | 4,764 |
| Other | (410) | (142) |
| Changes in operating assets and liabilities: | | |
| Accounts receivable, net | 3,756 | 3,381 |
| Inventories | (1,114) | (1,014) |
| Vendor non-trade receivables | 5,536 | 3,312 |
| Other current and non-current assets | (65) | (3,229) |
| Accounts payable | (11,139) | (5,212) |
| Deferred revenue | (103) | (418) |
| Other current and non-current liabilities | 37,009 | (1,942) |
| Cash generated by operating activities | 57,911 | 48,476 |
| Investing activities: | | |
| Purchases of marketable securities | (56,133) | (123,781) |
| Proceeds from maturities of marketable securities | 46,290 | 19,347 |
| Proceeds from sales of marketable securities | 41,614 | 76,747 |
| Payments for acquisition of property, plant and equipment | (10,272) | (8,586) |
| Payments made in connection with business acquisitions, net | (431) | (248) |
| Purchases of non-marketable securities | (1,788) | (213) |
| Proceeds from non-marketable securities | 310 | 126 |
| Other | (523) | 104 |
| Cash generated by/(used in) investing activities | 19,067 | (36,504) |
| Financing activities: | | |
| Proceeds from issuance of common stock | 328 | 274 |
| Payments for taxes related to net share settlement of equity awards | (2,267) | (1,646) |
| Payments for dividends and dividend equivalents | (10,182) | (9,499) |
| Repurchases of common stock | (53,634) | (25,105) |
| Proceeds from issuance of term debt, net | 6,969 | 21,725 |
| Repayments of term debt | (6,500) | (3,500) |
| Change in commercial paper, net | (10) | 3,866 |
| Cash used in financing activities | (65,296) | (13,885) |
| Increase/(Decrease) in cash and cash equivalents | 11,682 | (1,913) |
| Cash and cash equivalents, end of the period | $ 31,971 | $ 18,571 |
| Supplemental cash flow disclosure: | | |
| Cash paid for income taxes, net | $ 8,819 | $ 9,752 |
| Cash paid for interest | $ 2,120 | $ 1,456 |

# EXHIBIT 9

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 OR 15(d) of The Securities Exchange Act of 1934**

**November 1, 2018**
Date of Report (Date of earliest event reported)



# Apple Inc.

(Exact name of Registrant as specified in its charter)

| **California** | **001-36743** | **94-2404110** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

**One Apple Park Way**
**Cupertino, California 95014**
(Address of principal executive offices) (Zip Code)

**(408) 996-1010**
(Registrant's telephone number, including area code)

**Not applicable**
(Former name or former address, if changed since last report.)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the Registrant under any of the following provisions:

☐   Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the Registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the Registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02 Results of Operations and Financial Condition.**

On November 1, 2018, Apple Inc. ("Apple") issued a press release regarding Apple's financial results for its  fourth fiscal quarter ended September 29, 2018 and a related data sheet. A copy of Apple's press release is attached hereto as Exhibit 99.1 and a copy of the related data sheet is attached hereto as Exhibit 99.2.

The information contained in this Current Report shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act, except as shall be expressly set forth by specific reference in such a filing.

**Item 9.01 Financial Statements and Exhibits.**

(d)  Exhibits.

| Exhibit Number | Exhibit Description |
| --- | --- |
| 99.1 | Press release issued by Apple Inc. on November 1, 2018. |
| 99.2 | Data sheet issued by Apple Inc. on November 1, 2018. |

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date:   November 1, 2018                                          Apple Inc.

                                                                 By:     /s/ Luca Maestri
                                                                 _____
                                                                         Luca Maestri
                                                                         Senior Vice President,
                                                                         Chief Financial Officer

**Exhibit 99.1**

# Apple Reports Fourth Quarter Results

**Revenue Up 20 Percent and EPS Up 41 Percent to New September Quarter Records**

**Services Revenue of $10 Billion Reaches New All-Time High**

CUPERTINO, California - November 1, 2018 - Apple® today announced financial results for its fiscal 2018 fourth quarter ended September 29, 2018. The Company posted quarterly revenue of $62.9 billion, an increase of 20 percent from the year-ago quarter, and quarterly earnings per diluted share of $2.91, up 41 percent. International sales accounted for 61 percent of the quarter's revenue.

Services revenue reached an all-time high of $10 billion. Excluding a one-time favorable adjustment of $640 million recognized in the fourth quarter of fiscal 2017, Services revenue grew from $7.9 billion in the fourth quarter of fiscal 2017 to $10 billion in the fourth quarter of fiscal 2018, an increase of 27 percent.

"We're thrilled to report another record-breaking quarter that caps a tremendous fiscal 2018, the year in which we shipped our 2 billionth iOS device, celebrated the 10th anniversary of the App Store and achieved the strongest revenue and earnings in Apple's history," said Tim Cook, Apple's CEO. "Over the past two months, we've delivered huge advancements for our customers through new versions of iPhone, Apple Watch, iPad and Mac as well as our four operating systems, and we enter the holiday season with our strongest lineup of products and services ever."

"We concluded a record year with our best September quarter ever, growing double digits in every geographic segment. We set September quarter revenue records for iPhone and Wearables and all-time quarterly records for Services and Mac," said Luca Maestri, Apple's CFO. "We generated $19.5 billion in operating cash flow and returned over $23 billion to shareholders in dividends and share repurchases in the September quarter, bringing total capital returned in fiscal 2018 to almost $90 billion."

Apple is providing the following guidance for its fiscal 2019 first quarter:

- revenue between $89 billion and $93 billion
- gross margin between 38 percent and 38.5 percent
- operating expenses between $8.7 billion and $8.8 billion
- other income/(expense) of $300 million
- tax rate of approximately 16.5 percent before discrete items

Apple's board of directors has declared a cash dividend of $0.73 per share of the Company's common stock. The dividend is payable on November 15, 2018 to shareholders of record as of the close of business on November 12, 2018.

Apple will provide live streaming of its Q4 2018 financial results conference call beginning at 2:00 p.m. PDT on November 1, 2018 at www.apple.com/investor/earnings-call/. This webcast will also be available for replay for approximately two weeks thereafter.

Apple periodically provides information for investors on its corporate website, apple.com, and its investors relations website, investor.apple.com. This includes press releases and other information about financial performance, reports filed or furnished with the SEC, information on corporate governance and details related to its annual meeting of shareholders.

This press release contains forward-looking statements, within the meaning of the Private Securities Litigation Reform Act of 1995. These forward-looking statements include without limitation those about the Company's estimated revenue, gross margin, operating expenses, other income/(expense), tax rate, and plans for return of capital. These statements involve risks and uncertainties, and actual results may differ. Risks and uncertainties include without limitation: the effect of global and regional economic conditions on the Company's business, including effects on purchasing decisions by consumers and businesses; the ability of the Company to compete in markets that are highly competitive and subject to rapid technological change; the ability of the Company to manage frequent introductions and transitions of products and services, including delivering to the marketplace, and stimulating customer demand for, new products, services and technological innovations on a timely basis; the effect that shifts in the mix of products and services and in the geographic, currency or channel mix, component cost increases, price competition, or the introduction of new products, including new products with higher cost structures, could have on the Company's gross margin; the dependency of the Company on the performance of distributors of the Company's products, including cellular network carriers and other resellers; the inventory and other asset risks associated with the Company's need to order, or commit to order, product components in advance of customer orders; the continued availability on acceptable terms, or at all, of certain components, services and new technologies essential to the Company's business, including components and technologies that may only be available from single or limited sources; the dependency of the Company on manufacturing and logistics services provided by third parties, many of which are located outside of the US and which may affect the quality, quantity or cost of products manufactured or services rendered to the Company; the effect of product and services design and manufacturing defects on the Company's financial performance and reputation; the dependency of the Company on third-party intellectual property and digital content, which may not be available to the Company on commercially reasonable terms or at all; the dependency of the Company on support from third-party software developers to develop and maintain software applications and services for the Company's products; the impact of unfavorable legal proceedings, such as a potential finding that the Company has infringed on the intellectual property rights of others; the impact of changes to laws and regulations that affect the Company's activities, including the Company's ability to offer products or services to customers in different regions; the ability of the Company to manage risks associated with its international activities, including complying with laws and regulations affecting the Company's international operations; the ability of the Company to manage risks associated with the Company's retail stores; the ability of the Company to manage risks associated with the Company's investments in new business strategies and acquisitions; the impact on the Company's business and reputation from information technology system failures, network disruptions or losses or unauthorized access to, or release of, confidential information; the ability of the Company to comply with laws and regulations regarding data protection; the continued service and availability of key executives and employees; political events, international trade disputes, war, terrorism, natural disasters, public health issues, and other business interruptions that could disrupt supply or delivery of, or demand for, the Company's products; financial risks, including risks relating to currency fluctuations, credit risks and fluctuations in the market value of the Company's investment portfolio; and changes in tax rates and exposure to additional tax liabilities. More information on these risks and other potential factors that could affect the Company's financial results is included in the Company's filings with the SEC, including in the "Risk Factors" and "Management's Discussion and Analysis of Financial Condition and Results of Operations" sections of the Company's most recently filed periodic reports on Form 10-K and Form 10-Q and subsequent filings. The Company assumes no obligation to update any forward-looking statements or information, which speak as of their respective dates.

Apple revolutionized personal technology with the introduction of the Macintosh in 1984. Today, Apple leads the world in innovation with iPhone, iPad, Mac, Apple Watch and Apple TV. Apple's four software platforms - iOS, macOS, watchOS and tvOS - provide seamless experiences across all Apple devices and empower people with breakthrough services including the App Store, Apple Music, Apple Pay and iCloud. Apple's more than 100,000 employees are dedicated to making the best products on earth, and to leaving the world better than we found it.

**Press Contact:**
Kristin Huguet
Apple
khuguet@apple.com
(408) 974-2414

**Investor Relations Contacts:**
Nancy Paxton
Apple
paxton1@apple.com
(408) 974-5420

Matt Blake
Apple
mattblake@apple.com
(408) 974-7406

NOTE TO EDITORS: For additional information visit Apple Newsroom (www.apple.com/newsroom), or call Apple's Media Helpline at (408) 974-2042.

© 2018 Apple Inc. All rights reserved. Apple and the Apple logo are trademarks of Apple Inc. Other company and product names may be trademarks of their respective owners.

**Apple Inc.**

**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS (Unaudited)**
(In millions, except number of shares which are reflected in thousands and per share amounts)

| | Three Months Ended | | Twelve Months Ended | |
|---|---|---|---|---|
| | September 29, 2018 | September 30, 2017 | September 29, 2018 | September 30, 2017 |
| Net sales | $ 62,900 | $ 52,579 | $ 265,595 | $ 229,234 |
| Cost of sales [1] | 38,816 | 32,648 | 163,756 | 141,048 |
| Gross margin | 24,084 | 19,931 | 101,839 | 88,186 |
| | | | | |
| Operating expenses: | | | | |
| Research and development [1] | 3,750 | 2,997 | 14,236 | 11,581 |
| Selling, general and administrative [1] | 4,216 | 3,814 | 16,705 | 15,261 |
| Total operating expenses | 7,966 | 6,811 | 30,941 | 26,842 |
| | | | | |
| Operating income | 16,118 | 13,120 | 70,898 | 61,344 |
| Other income/(expense), net | 303 | 797 | 2,005 | 2,745 |
| Income before provision for income taxes | 16,421 | 13,917 | 72,903 | 64,089 |
| Provision for income taxes | 2,296 | 3,203 | 13,372 | 15,738 |
| Net income | $ 14,125 | $ 10,714 | $ 59,531 | $ 48,351 |
| | | | | |
| Earnings per share: | | | | |
| Basic | $ 2.94 | $ 2.08 | $ 12.01 | $ 9.27 |
| Diluted | $ 2.91 | $ 2.07 | $ 11.91 | $ 9.21 |
| | | | | |
| Shares used in computing earnings per share: | | | | |
| Basic | 4,801,589 | 5,149,428 | 4,955,377 | 5,217,242 |
| Diluted | 4,847,547 | 5,183,585 | 5,000,109 | 5,251,692 |
| | | | | |
| Cash dividends declared per share | $ 0.73 | $ 0.63 | $ 2.72 | $ 2.40 |
| | | | | |
| [1] Includes share-based compensation expense as follows: | | | | |
| Cost of sales | $ 251 | $ 215 | $ 1,010 | $ 877 |
| Research and development | $ 681 | $ 569 | $ 2,668 | $ 2,299 |
| Selling, general and administrative | $ 413 | $ 390 | $ 1,662 | $ 1,664 |

**Apple Inc.**

**CONDENSED CONSOLIDATED BALANCE SHEETS (Unaudited)**
(In millions, except number of shares which are reflected in thousands and par value)

|  | September 29, 2018 | September 30, 2017 |
|---|---|---|
| **ASSETS:** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 25,913 | $ 20,289 |
| Marketable securities | 40,388 | 53,892 |
| Accounts receivable, net | 23,186 | 17,874 |
| Inventories | 3,956 | 4,855 |
| Vendor non-trade receivables | 25,809 | 17,799 |
| Other current assets | 12,087 | 13,936 |
| Total current assets | 131,339 | 128,645 |
| | | |
| Non-current assets: | | |
| Marketable securities | 170,799 | 194,714 |
| Property, plant and equipment, net | 41,304 | 33,783 |
| Other non-current assets | 22,283 | 18,177 |
| Total non-current assets | 234,386 | 246,674 |
| Total assets | $ 365,725 | $ 375,319 |
| | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY:** | | |
| Current liabilities: | | |
| Accounts payable | $ 55,888 | $ 44,242 |
| Other current liabilities | 32,687 | 30,551 |
| Deferred revenue | 7,543 | 7,548 |
| Commercial paper | 11,964 | 11,977 |
| Term debt | 8,784 | 6,496 |
| Total current liabilities | 116,866 | 100,814 |
| | | |
| Non-current liabilities: | | |
| Deferred revenue | 2,797 | 2,836 |
| Term debt | 93,735 | 97,207 |
| Other non-current liabilities | 45,180 | 40,415 |
| Total non-current liabilities | 141,712 | 140,458 |
| Total liabilities | 258,578 | 241,272 |
| | | |
| Commitments and contingencies | | |
| | | |
| Shareholders' equity: | | |
| Common stock and additional paid-in capital, $0.00001 par value: 12,600,000 shares authorized; 4,754,986 and 5,126,201 shares issued and outstanding, respectively | 40,201 | 35,867 |
| Retained earnings | 70,400 | 98,330 |
| Accumulated other comprehensive income/(loss) | (3,454) | (150) |
| Total shareholders' equity | 107,147 | 134,047 |
| Total liabilities and shareholders' equity | $ 365,725 | $ 375,319 |

**Apple Inc.**

**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS (Unaudited)**
(In millions)

| | Twelve Months Ended | |
|---|---|---|
| | September 29, 2018 | September 30, 2017 |
| Cash and cash equivalents, beginning of the period | $ 20,289 | $ 20,484 |
| Operating activities: | | |
| Net income | 59,531 | 48,351 |
| Adjustments to reconcile net income to cash generated by operating activities: | | |
| Depreciation and amortization | 10,903 | 10,157 |
| Share-based compensation expense | 5,340 | 4,840 |
| Deferred income tax expense/(benefit) | (32,590) | 5,966 |
| Other | (444) | (166) |
| Changes in operating assets and liabilities: | | |
| Accounts receivable, net | (5,322) | (2,093) |
| Inventories | 828 | (2,723) |
| Vendor non-trade receivables | (8,010) | (4,254) |
| Other current and non-current assets | (423) | (5,318) |
| Accounts payable | 9,175 | 8,966 |
| Deferred revenue | (44) | (626) |
| Other current and non-current liabilities | 38,490 | 1,125 |
| Cash generated by operating activities | 77,434 | 64,225 |
| Investing activities: | | |
| Purchases of marketable securities | (71,356) | (159,486) |
| Proceeds from maturities of marketable securities | 55,881 | 31,775 |
| Proceeds from sales of marketable securities | 47,838 | 94,564 |
| Payments for acquisition of property, plant and equipment | (13,313) | (12,451) |
| Payments made in connection with business acquisitions, net | (721) | (329) |
| Purchases of non-marketable securities | (1,871) | (521) |
| Proceeds from non-marketable securities | 353 | 126 |
| Other | (745) | (124) |
| Cash generated by/(used in) investing activities | 16,066 | (46,446) |
| Financing activities: | | |
| Proceeds from issuance of common stock | 669 | 555 |
| Payments for taxes related to net share settlement of equity awards | (2,527) | (1,874) |
| Payments for dividends and dividend equivalents | (13,712) | (12,769) |
| Repurchases of common stock | (72,738) | (32,900) |
| Proceeds from issuance of term debt, net | 6,969 | 28,662 |
| Repayments of term debt | (6,500) | (3,500) |
| Change in commercial paper, net | (37) | 3,852 |
| Cash used in financing activities | (87,876) | (17,974) |
| Increase/(Decrease) in cash and cash equivalents | 5,624 | (195) |
| Cash and cash equivalents, end of the period | $ 25,913 | $ 20,289 |
| Supplemental cash flow disclosure: | | |
| Cash paid for income taxes, net | $ 10,417 | $ 11,591 |
| Cash paid for interest | $ 3,022 | $ 2,092 |

**Exhibit 99.2**

**Apple Inc.**
**Q4 2018 Unaudited Summary Data**
(Units in thousands, Revenue in millions)

| | Q4 2018 | Q3 2018 | Q4 2017 | Sequential Change | Year/Year Change |
|---|---|---|---|---|---|
| | Revenue | Revenue | Revenue | Revenue | Revenue |
| **Reportable Segments** | | | | | |
| Americas | $27,517 | $24,542 | $23,099 | 12% | 19% |
| Europe | 15,382 | 12,138 | 13,009 | 27% | 18% |
| Greater China | 11,411 | 9,551 | 9,801 | 19% | 16% |
| Japan | 5,161 | 3,867 | 3,858 | 33% | 34% |
| Rest of Asia Pacific | 3,429 | 3,167 | 2,812 | 8% | 22% |
| **Total Apple** | **$62,900** | **$53,265** | **$52,579** | **18%** | **20%** |

| | Q4 2018 | | Q3 2018 | | Q4 2017 | | Sequential Change | | Year/Year Change | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Units | Revenue | Units | Revenue | Units | Revenue | Units | Revenue | Units | Revenue |
| **Product Summary** | | | | | | | | | | |
| iPhone [1] | 46,889 | $37,185 | 41,300 | $29,906 | 46,677 | $28,846 | 14% | 24% | 0% | 29% |
| iPad [1] | 9,699 | 4,089 | 11,553 | 4,741 | 10,326 | 4,831 | -16% | -14% | -6% | -15% |
| Mac [1] | 5,299 | 7,411 | 3,720 | 5,330 | 5,386 | 7,170 | 42% | 39% | -2% | 3% |
| Services [2] | | 9,981 | | 9,548 | | 8,501 | | 5% | | 17% |
| Other Products [1][3] | | 4,234 | | 3,740 | | 3,231 | | 13% | | 31% |
| **Total Apple** | | **$62,900** | | **$53,265** | | **$52,579** | | **18%** | | **20%** |

(1) Includes deferrals and amortization of related software upgrade rights and non-software services.

(2) Includes revenue from Digital Content and Services, AppleCare, Apple Pay, licensing and other services. Services net sales in the third quarter of 2018 included a favorable one-time item of $236 million in connection with the final resolution of various lawsuits. Services net sales in the fourth quarter of 2017 included a favorable one-time adjustment of $640 million due to a change in estimate based on the availability of additional supporting information.

(3) Includes sales of AirPods, Apple TV, Apple Watch, Beats products, HomePod, iPod touch and other Apple-branded and third-party accessories.

# EXHIBIT 10

**S&P Global**
Market Intelligence

# Apple Inc. NasdaqGS:AAPL
# FQ3 2017 Earnings Call Transcripts

## Tuesday, August 01, 2017 9:00 PM GMT

### S&P Global Market Intelligence Estimates

|  | -FQ3 2017- | | | -FQ4 2017- | -FY 2017- | -FY 2018- |
|---|---|---|---|---|---|---|
|  | **CONSENSUS** | **ACTUAL** | **SURPRISE** | **CONSENSUS** | **CONSENSUS** | **CONSENSUS** |
| **EPS Normalized** | 1.57 | 1.67 | ▲6.37 | 1.82 | 8.89 | 10.64 |
| **Revenue  (mm)** | 44938.79 | 45408.00 | ▲1.04 | 49231.15 | 225478.27 | 256235.44 |

Currency: USD
Consensus as of  Jul-30-2017 11:56 PM GMT



| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ4 2016** | 1.66 | 1.67 | ▲① 0.60 % |
| **FQ1 2017** | 3.22 | 3.36 | ▲② 4.35 % |
| **FQ2 2017** | 2.02 | 2.10 | ▲③ 3.96 % |
| **FQ3 2017** | 1.57 | 1.67 | ▲④ 6.37 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | .................................................................................... | **3** |
| **Presentation** | .................................................................................... | **4** |
| **Question and Answer** | .................................................................................... | **9** |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Luca Maestri**
*CFO & Senior VP*

**Nancy Paxton**
*Senior Director of Investor
Relations and Treasury*

**Timothy D. Cook**
*CEO & Director*

**ANALYSTS**

**A.M. Sacconaghi**
*Sanford C. Bernstein & Co., LLC.,
Research Division*

**Amit Jawaharlaz Daryanani**
*RBC Capital Markets, LLC,
Research Division*

**Brian John White**
*Drexel Hamilton, LLC, Research
Division*

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

**Kulbinder S. Garcha**
*Crédit Suisse AG, Research
Division*

**Michael Joseph Olson**
*Piper Jaffray Companies, Research
Division*

**Shannon Siemsen Cross**
*Cross Research LLC*

**Steven Mark Milunovich**
*UBS Investment Bank, Research
Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good day, everyone, and welcome to this Apple Inc. Third Quarter Fiscal Year 2017 Earnings Release Conference Call. Today's call is being recorded.

At this time, for opening remarks and introductions, I would like to turn the call over to Nancy Paxton, Senior Director of Investor Relations. Please go ahead, ma'am.

**Nancy Paxton**
*Senior Director of Investor Relations and Treasury*

Thank you. Good afternoon, and thanks to everyone for joining us. Speaking first today is Apple's CEO, Tim Cook; and he'll be followed by CFO, Luca Maestri. After that, we'll open the call to questions from analysts.

Please note that some of the information you'll hear during our discussion today will consist of forward-looking statements, including, without limitation, those regarding revenue, gross margin, operating expenses, other income and expense, taxes and future business outlook. Actual results or trends could differ materially from our forecast. For more information, please refer to the risk factors discussed in Apple's Form 10-K for 2016, the Forms 10-Q for the first 2 quarters of fiscal 2017 and the Form 8-K filed with the SEC today, along with the associated press release.

Apple assumes no obligation to update any forward-looking statement or information which speak as of their respective dates.

I'd now like to turn the call over to Tim for introductory remarks.

**Timothy D. Cook**
*CEO & Director*

Thank you, Nancy, and good afternoon, and thanks, everyone, for joining us. Today, we're proud to announce very strong results for our fiscal third quarter, with unit and revenue growth in all of our product categories. We'll review our financial performance in detail, and I'd also like to talk about some of the major announcements we made in June at our Worldwide Developers Conference. It was our biggest and best WWDC ever, and the advances we introduced across hardware, software and services will help us delight our customers and extend our competitive lead this fall and well into the future.

For the quarter, total revenue was at the high end of our guidance range at $45.4 billion. That's an increase of 7% over last year, so our growth rate has accelerated in 3 successive quarters this fiscal year. Gross margin was also at the high end of our guidance, and we generated a 17% increase in earnings per share.

iPhone results were impressive with especially strong demand at the high end of our lineup. iPhone 7 was our most popular iPhone and sales of iPhone 7 Plus were up dramatically compared to 6s Plus in the June quarter last year. The combined iPhone 7 and 7 Plus family was up strong double digits year-over-year. One decade after the initial iPhone launch, we have now surpassed 1.2 billion cumulative iPhones sold.

Services revenue hit an all-time quarterly record of $7.3 billion, representing 22% growth over last year. We continue to see great performance all around the world with double-digit growth in each of our geographic segments. Over the last 12 months, our Services business has become the size of a Fortune 100 company, a milestone we've reached even sooner than we had expected.

We had very positive results for iPad, with broad-based growth in units, revenue and market share. iPad sales were up 15% year-over-year and grew across all of our geographic segments. We achieved our highest global market share in over 4 years based on IDC's latest estimate of tablet market results for the June quarter.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And in markets like China and Japan, over half of iPads sold were to people buying their very first iPad. Our iPad product lineup is stronger than ever. The new iPad we launched in March offers great value and performance, and the all-new 10.5-inch iPad Pro launched in June features the world's most advanced display with ProMotion technology and is more powerful than most PC desktops.

iPad is the perfect tool for teaching in new and compelling ways, and our iPad results were especially strong in the U.S. education market where sales were up 32% year-over-year to over 1 million units. We believe that coding is an essential skill that all students should learn. We're thrilled that over 1.2 million students of all ages are now using iPad and Swift Playgrounds to learn the fundamentals of coding, and over 1,000 K-12 schools across the United States plan to use Apple's Everyone Can Code in their curricula this fall.

And for high school and community college students who want to pursue careers in the fast-growing app economy, we announced App Development with Swift, an innovative full year curriculum designed by Apple engineers and educators and provided free to schools to teach students to code and design fully functional apps, gaining critical job skills in software development and information technology.

I'd like to turn now to Mac, which gained global unit market share and reached new June quarter unit sales records in Mainland China and Japan. Mac revenue grew 7% year-over-year, driven by the strength of the MacBook Pro and iMac despite IDC's latest estimate of a 4% unit contraction in the global PC market. And with the refresh of almost our entire Mac lineup in June, we're off to a great start for the back-to-school season.

Sales of Apple Watch were up over 50% in the June quarter, and it's the #1 selling smartwatch in the world by a very wide margin. Apple Watch is having a positive impact on people's health and daily lives and motivating them to sit less and move more. With features like built-in GPS and waterproofing, Apple Watch Series 2 is the perfect companion for hiking, running and swimming.

We're also seeing incredible enthusiasm for AirPods, with 98% customer satisfaction based on Creative Strategies' survey. We have increased production capacity for AirPods and are working very hard to get them to customers as quickly as we can, but we are still not able to meet the strong level of demand.

We made some big announcements during the June quarter that I'd like to quickly review. We launched a new investment in the future through our advanced manufacturing fund. We've earmarked at least $1 billion for this program aimed at helping our manufacturing partners develop innovative production capabilities and create high skill jobs in the United States. We believe this can lay the foundation for a new era of technology-driven manufacturing in the U.S.

The first $200 million from the fund has been committed to Corning to support R&D, capital equipment needs and state-of-the-art glass processing. And as we announced at WWDC, we have a very exciting fall ahead with stunning advances in iOS 11, macOS High Sierra and watchOS 4.

iOS 11 will make iPhone better than ever with Apple Pay peer-to-peer payments, an even more intelligent and natural Siri, new expressive Messages with full-screen effects, richer and more powerful Maps, enhanced live photos, Memories and portrait mode effects and much, much more. iOS 11 will also take the iPad experience to a whole new level, with features such as a customizable dock, Multi-Touch drag-and-drop, powerful new multitasking, more efficient QuickType and great new markup and scanning capabilities.

One of the most exciting and most promising announcements from WWDC was the introduction of ARKit, a new set of tools for developers to create augmented reality apps. It's still early in the beta period, but it's clear that ARKit has captured the imagination of our developer community. We think ARKit will help the most creative minds in the industry tap into the latest computer vision technologies to build engaging content.

We believe AR has broad mainstream applicability across education, entertainment, interactive gaming, enterprise and categories we probably haven't even thought of. With hundreds of millions of people actively using iPhone and iPad today, iOS will become the world's biggest augmented reality platform as soon as iOS 11 ships.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

With iOS 11, we're also bringing the power of machine learning to all Apple developers with Core ML, enabling capabilities like space detection, object tracking and natural language interpretation. Core ML lets developers incorporate machine learning technologies into their apps with all the processing done right on device so it respects our customers' data and privacy.

For Mac, we've provided a peek at the immersive gaming 3D and virtual reality experiences made possible with the upcoming release of macOS High Sierra and the amazingly powerful new iMac Pro. We're proud to make the best personal computers in the industry and are very excited to deliver even more innovation in the months to come.

Apple Watch will become more intelligent than ever this fall with watchOS 4, featuring a proactive Siri watch face, personalized activity coaching and an entirely new music experience. watchOS 4 also introduces GymKit, a groundbreaking technology platform to connect workouts with cardio equipment.

We also previewed HomePod, a breakthrough wireless speaker for the home that delivers amazing audio quality and uses spatial awareness to sense its location in the room and adjust the audio automatically. Visitors to our listening room at WWDC were blown away by the HomePod's incredible sound, which is unlike any other wireless home speaker on the market.

With deep knowledge of music, HomePod is designed to work with your Apple Music subscription to help you enjoy the music you already love as well as to discover great new music based on your personal preferences. As an intelligent home assistant, HomePod is a great way to send messages, set a timer, get updates on new sports and weather or control smart HomeKit devices by simply asking Siri to turn on the lights, close the shades or activate a theme. We can't wait to deliver all of these powerful innovations in the months to come, and we might even have some others to share with you later in the year.

Now for more details on the June quarter results, I'd like to turn the call over to Luca.

**Luca Maestri**
*CFO & Senior VP*

Thank you, Tim. Good afternoon, everyone. Revenue for the June quarter was $45.4 billion, up 7% over last year, an acceleration to the growth rate we recorded during the first half of our fiscal year. We achieved these results despite a 200 basis point negative impact from foreign exchange on a year-over-year basis as currency movements, especially in Europe and China, affected our reported results.

Our performance was very strong across the board, with growth in all our product categories and almost every market around the world. We achieved double-digit revenue growth in many developed markets, including the U.S., Canada, Germany, Spain, Australia and Korea, and emerging markets outside of Greater China grew 19% over a year ago.

Gross margin was 38.5%, at the high end of our guidance range. Operating margin was 23.7% of revenue and net income was $8.7 billion. Diluted earnings per share were $1.67, up 17% over last year, and cash flow from operations was $8.4 billion.

During the quarter, we sold 41 million iPhones and reduced iPhone channel inventory by 3.3 million units, leaving us with our lowest level of channel inventory in 2.5 years and well within our 5- to 7-week target inventory range. iPhone sales were up year-over-year in most markets we track, with many markets in Asia, Latin America and the Middle East growing unit sales by more than 25%. We are very pleased with these iPhone results, especially considering the tough comparison to the June quarter last year when we launched iPhone SE.

iPhone ASP was $606, up from $595 a year ago, thanks to strong demand for iPhone 7 Plus, which represented a higher percentage of the iPhone mix compared to the Plus model a year ago. The impact of the stronger mix on ASP was partially offset by negative foreign exchange year-over-year and the reduction in channel inventory, which took place entirely at the high end of the portfolio.

Customer interest and satisfaction with iPhone are very strong with both consumers and business users. In the U.S., the latest data from 451 Research on consumers indicates a 95% customer satisfaction rating

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

for iPhone 7 and 99% for iPhone 7 Plus. Among consumers planning to buy a smartphone, purchase intention for iPhone was nearly 3x the rate of our closest competitor. Among corporate smartphone buyers, iOS customer satisfaction was 94%. And of those planning to purchase smartphones in the September quarter, 78% plan to purchase an iPhone.

Turning to Services. We set an all-time quarterly record of $7.3 billion, up 22% year-over-year. The App Store was a major driver of this performance. And according to App Annie's latest report, it continues to be, by a wide margin, the preferred destination for customer purchases, generating nearly twice the revenue of Google Play.

Revenue from our Apple Music streaming service and from iCloud storage also grew very strongly. And across all our Services offerings, the number of paid subscriptions reached over 185 million, an increase of almost 20 million in the last 90 days alone.

The reach, usage and functionality of Apple Pay continue to grow. We launched Apple Pay in Italy in May, and the UAE, Denmark, Finland and Sweden are scheduled to go live before the end of this calendar year. Apple Pay is, by far, the #1 NFC payment service on mobile devices, with nearly 90% of all transactions globally. Momentum is strongest in international markets where the infrastructure for mobile payments has developed faster than in the U.S. In fact, 3 out of 4 Apple Pay transactions happen outside the U.S. And with the launch of iOS 11 this fall, our users in the U.S. will be able to make and receive person-to-person payments quickly, easily and securely.

Next, I'd like to talk about the Mac. Thanks to great performance from the new MacBook Pro, we generated 7% revenue growth over last year and gained share in the global PC market based on the latest data from IDC. Customer satisfaction for Mac is very strong at 97% in the most recent survey from 451 Research, and our active installed base of Macs has grown double digits over a year ago. We ended the quarter within our 4- to 5-week target range for Mac channel inventory, and we have a great lineup of Macs for our customers heading into the busy back-to-school season.

Turning to iPad. We sold 11.4 million units, up 15% over last year. We were happy to see iPad growth in each of our geographic segments, with strong double-digit increases in key markets such as the U.S., Japan, Germany, France and Greater China. We exited the quarter within our 5- to 7-week target range for iPad channel inventory.

NPD indicates that iPad had 55% share of the U.S. tablet market in the month of June, including 8 of the 10 best-selling tablets. That's up from 46% share a year ago. And among tablets priced over $200, iPad's share was 89%. In addition, the most recent survey from 451 Research measured business and consumer satisfaction rates ranging from 95% to 99% across iPad models. And among those planning to buy tablets, purchase intent for iPad was over 70%.

Our enterprise business continues to expand and our customers are transforming the way work gets done with iOS and iPad. Walmart will be deploying more than 19,000 iPads for employee training across 50 states, with projections of over 225,000 associates trained on iPad by the end of the year.

The initial response from businesses to iOS 11 and the new iPad Pro has been amazing. And companies, including Bank of America, Medtronic and Panera tell us that they will be rolling out the 10.5-inch iPad Pro throughout key areas of their organizations.

We're also seeing real traction with our enterprise partners. Just last month, we unveiled the next set of technology enhancements in our partnership with Cisco. This new wave adds a whole new category of security features designed to help enterprises and employees defend against growing cyber threats. We believe this investment in our joint security solutions for iOS will make cyber insurance even more attainable for businesses.

SAP is making great strides since launching the SAP Cloud Platform SDK for iOS in March, with a pipeline of hundreds of global opportunities. SAP has also released SuccessFactors Mobile, its first native iOS app for human resources, which will support 47 million iPhone and iPad users worldwide across multiple industries.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And our partnership with Deloitte has recently expanded to several more European countries. We're helping clients transform their businesses with iOS, with jointly developed programs such as the Connected Store, a pop-up version of a retail environment demonstrating iOS tools for sales and demand generation as well as tailored apps for safe associates, store management and customers.

We also had a tremendous quarter for iPad in education, up 32% year-over-year. Following the launch of our new iPad in March, an update to our popular Classroom app and continued enhancements to iOS that make managing iPads in the classroom even easier. The Saint Paul Public School district in Minnesota is renewing its 1:1 program by deploying over 40,000 iPads across every student and teacher in the district. iPad was chosen because of its power and durability, ease of use, multimedia and accessibility features and the extensive Catalog of iOS apps designed specifically for education.

The Shawnee Mission School District outside Kansas City recently purchased 19,000 iPads, extending its 1:1 program started in 2014, thanks to iPad's intuitive interface, superior reliability and expansive ecosystem of iOS tools for education.

It was a very busy quarter for our retail and online stores, which collectively welcomed over 300 million visitors. In addition to our spectacular new store at the Dubai Mall, we opened our first stores in Singapore and in Taiwan during the quarter, expanding our total store footprint to 497 stores.

In May, we kicked off Today at Apple, with new in-store programming from music to photography to art and coding and our stores collectively hosted 87,000 sessions during the quarter. As Tim mentioned last quarter, we have entered a new chapter in retail with unique and rewarding experience for our customers and some stunning new stores coming in the near future.

Let me now turn to our cash position. We ended the quarter with $261.5 billion in cash plus marketable securities, a sequential increase of $4.7 billion. $246 billion of this cash, 94% of the total, was outside the United States. We retired $3.5 billion of debt and issued the equivalent of $10.8 billion in new euro- and U.S. dollar-denominated debt during the quarter, including our second green bond, bringing us to $96.4 billion in term debt and $12 billion in commercial paper outstanding.

We also returned $11.7 billion to investors during the quarter. We paid $3.4 billion in dividends and equivalents and spent $4.5 billion on repurchases of 30.4 million Apple shares through open market transactions. We launched a new $3 billion ASR program, resulting in initial delivery and retirement of 15.6 million shares. And we retired 3.4 million shares upon the completion of our 10th ASR during the quarter. We have now completed $222.9 billion of our $300 billion capital return program, including $158.5 billion in share repurchases.

As we move ahead into the September quarter, I'd like to review our outlook, which includes the types of forward-looking information that Nancy referred to at the beginning of the call. We expect revenue to be between $49 billion and $52 billion. We expect gross margin to be between 37.5% and 38%. We expect OpEx to be between $6.7 billion and $6.8 billion. We expect OI&E to be about $500 million, and we expect the tax rate to be about 25.5%.

Also today, our Board of Directors has declared a cash dividend of $0.63 per share of common stock payable on August 17, 2017, to shareholders of record as of August 14, 2017.

With that, I'd like to open the call to questions.

**Nancy Paxton**
*Senior Director of Investor Relations and Treasury*
Thank you, Luca. [Operator Instructions] Rebecca, may we have the first question, please?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

And that question will come from Katy Huberty of Morgan Stanley.

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

Luca, first question for you. Gross margin guidance is strong, but it did tick down from your June quarter guidance. And you also narrowed the range to 50 basis points. I wonder if you could just address, what is the driver of the sequential downtick, and what gives you confidence that you have more visibility than you did 3 months ago?

**Luca Maestri**
*CFO & Senior VP*

Katy, sequentially from 38.5% that we just reported, typically, we have product transition costs during the September quarter. That's the primary driver. This happens fairly regularly for us. We also have a more difficult memory pricing environment this year than a year ago. And we think that we're going to be able to partially offset this with a positive leverage. As you've seen, we've guided up sequentially in revenue. So those are the major puts and takes. In terms of the range that we use for gross margins, we have a fairly good understanding on where we are with our hedging program, and that allows us to mitigate some of the volatility there. So we felt we could guide to a slightly narrowed range, which we've done occasionally in the past.

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

And maybe a question for both Tim and Luca. As you outlined on this call and at the developer conference in June, there is an unprecedented number of products that either ramped to volume or launched in the back half of this year. So appreciating you only formally guide a quarter out, I wonder if there's any qualitative commentary you can provide to help us think about the back half of this calendar year and how all those new products that come into the model could impact either revenue seasonality versus past years or could impact just the costs associated with ramping that many products all at once.

**Timothy D. Cook**
*CEO & Director*

Katy, as Luca mentioned, we did assume some transitional costs in our guidance for the quarter as is typically the case. And we're looking very much forward to the product rollouts.

**Operator**

We'll go to Shannon Cross with Cross Research.

**Shannon Siemsen Cross**
*Cross Research LLC*

Tim, could you talk a bit about what you're seeing in China? I think obviously, there's -- continues to be strong demand for smartphones but perhaps mix shift, I think you brought back the iPhone 6 this quarter to be a bit more price aggressive. And then can you just talk a bit about how you see that market developing with the growth of WeChat and some of the other developments that are happening there?

**Timothy D. Cook**
*CEO & Director*

Yes. Thanks, Shannon. We were very encouraged by the results this quarter. We improved, as we thought we would, from the previous quarters a little more than I thought we would. If you look underneath the

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

numbers, Mainland China was actually flat year-over-year during Q3. And in constant-currency terms, we were actually up 6% in Mainland China. And so we're very encouraged by that. iPad grew dramatically more than the market. The Mac grew much more than the market. iPhone was relatively flat year-on-year as the same sort of -- similar as the market was. And so we see all of those as very encouraging signs. On top of that, Services grew extremely strongly during the quarter. The -- Hong Kong continued to drag down the total Greater China segment. And -- but on a sequential basis, we're probably sort of at the trough of that, which is nice. With the peg to the dollar there, from a currency point of view and tourism being what it is, I don't really know when that market will come back. But what I -- what we see in the mainland is definitely much more encouraging. It's interesting to note that upgraders through -- both for the quarter and actually for the full fiscal year to date was our highest ever. And so that we felt very good about. In terms of WeChat, the way that I look at this is because our share -- because iOS share is not nearly a majority of the market in China, the fact that a lot of people use that, it makes the switching opportunity even greater. And I think that's more the case than the risk that a lot of folks have pointed out. And so I see Tencent as one of our biggest and best developers. They've done a great job of implementing a lot of iOS features in their apps. And we're looking forward to working with them even more to build even greater experiences for our mutual users in China.

**Shannon Siemsen Cross**
*Cross Research LLC*

Great. And then can you talk a bit about the composition of the installed base of iPhones at this point as obviously, we're getting close to a refresh? Just you brought in the iPhone SE. You've obviously had strength at the high end. I'm just trying to think about like what percent do you think have upgraded in the prior generation? Any color you can give us on that?

**Timothy D. Cook**
*CEO & Director*

The -- from an absolute quantity point of view, the upgrades for this fiscal year are the highest that we've seen and so we feel good about that. However, if you look at it from an upgrade rate point of view instead of the absolute number, the rate is similar to what we saw with the previous iPhones, except for iPhone 6, which as we've called out in the past, had an abnormally high upgrade rate. We do think that based on the amount of rumors and the volume of them, that there's some pause in our current numbers. And so where that affects us in the short term, even though we had great results, it probably bodes well later on.

**Operator**

Steve Milunovich of UBS.

**Steven Mark Milunovich**
*UBS Investment Bank, Research Division*

I wonder if you wanted to make any comments about switching this quarter.

**Timothy D. Cook**
*CEO & Director*

Sure. Switching outside of China was up year-on-year and so we're happy with that. We continue to see people moving over to iOS, and it helped with us making the results that Luca announced earlier, including the channel inventory reduction.

**Steven Mark Milunovich**
*UBS Investment Bank, Research Division*

Okay. And then a government question. First of all, the President suggested that you may build 3 big beautiful plants. I wonder if you'd comment on if that's a possibility, either directly or indirectly. And then in China, I think we all understand that you have to work within the regulations, but maybe you could comment a bit on how you feel your working relationship is with the government and if there's certain lines that you can't cross.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Timothy D. Cook**
*CEO & Director*

Sure. Starting with the U.S. -- and let me just take this question from what are we doing to increase jobs, which I think is probably where it's rooted. There's -- we've created 2 million jobs in the U.S. and we're incredibly proud of that. We do view that we have a responsibility in the U.S. to increase economic activity, including increasing jobs because Apple could have only been created here. And so as we look at that 2 million, there are 3 main categories of that, and we have actions going on in each of them to further build on that momentum. The first category is app development, about 3/4 of the 2 million are app developers. And we're doing an enormous amount of things to deliver curriculum to both K-12 with Swift Playgrounds and the K-6 area; other curriculum, as you proceed beyond Grade 6, under the Everyone Can Code area. And just a couple of months ago, we announced a new curriculum that's focused on community schools and community colleges, junior colleges, technical colleges for kids that did not have coding in their elementary and high school years. And so we're excited about that because we think it could increase the diversity of the developer community and the quantity. And I think this area, in general and all the things we do for the developer community, will be the largest contribution that Apple can make because this is the fastest-growing job segment in the country, and I think will be for quite some time. If you look at the second area, it's -- we have purchased or we purchased last year about $50 billion worth of goods and services from U.S.-based suppliers. Some significant portion of those are manufacturing-related, and so we've asked ourselves, what can we do to increase this? And you may have seen that at the beginning of the quarter, sometime in April, I believe, we announced a fund, an advanced manufacturing fund that we're initially placing $1 billion in. And we've already deployed $200 million of that. And the first recipient is Corning in Kentucky and they'll be using that money to expand the plant to make very innovative glass. And we purchase that glass and essentially export it to the world with iPhones and iPads. We think there's more of these that we can do. I think there's probably several plants that can benefit from having some investment to grow or expand or even maybe set up shop in the U.S. for the first time. So we're very excited about that. And then the third area is we have about 2/3 or so of our total employee base is in the U.S. despite only 1/3 of our revenues being here. And we'll have some things that we'll say about that later in the year. And so that's what we're doing from a job growth point of view and we're very, very proud of that. If you -- now turning to China. Let me sort of comment on what I assumed is at the root of your question about this VPN kind of issue. Let me just address that head on. The central government in China, back in 2015, started tightening the regulations associated with VPN apps. And we have a number of those on our store. The -- essentially, as a requirement to -- for someone to operate a VPN, they have to have a license from the government there. Earlier this year, they began a renewed effort to enforce that policy, and we were required by the government to remove some of the VPN apps from the App Store that don't meet these new regulations. We understand that those same requirements are on other app stores, and as we checked through that, that is the case. Today, there's actually still hundreds of VPN apps on the App Store, including hundreds by developers that are outside China. And so there continues to be VPN apps available. We would obviously rather not remove the apps, but we -- like we do in other countries, we follow the law wherever we do business. And we strongly believe that participating in markets and bringing benefits to customers is in the best interest of the folks there and in other countries as well. And so we believe in engaging with governments even when we disagree. And in this particular case, now back to commenting on this one, we're hopeful that over time, the restrictions that we're seeing are loosened because innovation really requires freedom to collaborate and communicate. And I know that, that is a major focus there. And so that's sort of what we're seeing from that point of view. Some folks have tried to link it to the U.S. situation last year and they're very different. In the case of the U.S., the law in the U.S. supported us. It was very clear. In the case of China, the law is also very clear there. And like we would if the U.S. changed the law here, we'd have to abide by them in both cases. That doesn't mean that we don't state our point of view in the appropriate way; we always do that. And so hopefully, that's a little bit probably more than you wanted to know but I wanted to tell you.

**Operator**

We'll hear from Kulbinder Garcha with Credit Suisse.

**Kulbinder S. Garcha**
*Crédit Suisse AG, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

A question for Tim maybe on the iPhone installed base. At various points in the past, you've told us the rate at which that was growing. At the end of the first half, what is that up year-on-year? What rate is it growing? Could you give us some sense of that? And on upgrade rates over the longer term, there's lots of moving parts and I get that there's, I guess, geographic mix shift on your base. There's any new phones that you may or may not bring out and how carriers promote your products. But do you think this rate of upgrade is sustainable? Do you think it gets faster over time? How should we think about the major drivers as you foresee see for it?

**Timothy D. Cook**
*CEO & Director*

I think the upgrade rate is a function of many, many different things, from the size of the installed base, the age of the installed base, the product that is new at the time, the regional distribution, the upgrade plans that are in various markets around the world. And so I think there's many, many factors in that it's not a simple thing that you can apply a set formula to -- or one variable or a couple of variable formula, in my opinion. And -- but I think in general, because our installed base is -- was up strong double digit once again, there's a lot of factors that are very positive for us. And between the upgraders and the switchers that we see and still -- the first-time buyer category is still out here, too, in several countries, including some that you may not think there is, there is still sizable base in some. Between those 3 areas, I think we have a lot of opportunity.

**Operator**

Toni Sacconaghi with Bernstein.

**A.M. Sacconaghi**
*Sanford C. Bernstein & Co., LLC., Research Division*

I have one for Luca and one for Tim, please. Luca, typically, in the fiscal Q4, Apple builds considerable iPhone channel inventory like 2 million or 3 million units. You're starting from a very low point at the end of fiscal Q3 as you mentioned on the call with the drawdown. As we think about what's embedded in your guidance for fiscal Q4 for channel inventory for iPhone, should we be expecting a sort of normal seasonal build? Or is it likely to be significantly higher, given the very low starting point?

**Luca Maestri**
*CFO & Senior VP*

As you know, Toni, we do not guide on channel inventory. We've never done that. We are providing a fairly wide range from a revenue standpoint, so obviously, that also has an impact on potential channel inventory levels. One thing that I would tell you is that we feel very good about the performance of the business right now. We think that our Services business will continue to grow well. We've got a lot of momentum on iPad and Mac because we refreshed the lineups of those products. Watch and AirPods are doing incredibly well. We're getting a lot of positive customer feedback. And I think in general, even the performance in China, Tim has mentioned it, we think that the performance will continue to improve. So those are the drivers of our guidance range for the quarter.

**A.M. Sacconaghi**
*Sanford C. Bernstein & Co., LLC., Research Division*

Okay. Tim, I was wondering if you could maybe talk a little bit about 2 things that you mentioned in public before. One is television, which you have described as an area of intense interest. But I don't even think there was an update on Apple TV on this call, so perhaps you can talk to us about how you're thinking about content. I know you're doing some original content creation and how that area is evolving and your thinking. And then recently, you talked about how Apple is focusing on autonomous systems for automobiles. And there's been press reports that Apple's been testing autonomous vehicles for potentially up to a year. I was wondering if you could talk a little bit more about Apple's interest in autonomous vehicles and whether self-driving is really likely to be Apple's principal focus in the near to medium term.

**Timothy D. Cook**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*CEO & Director*

On the first part of your question about original content, we have done some original content. It's focused on Apple Music. Currently, we have some more that's launching in a week or so that will be made available on Apple Music. The objective of this is really twofold. The one is for our own learning, given that we're new in the video space in terms of creation; and two is to give the Apple Music subscribers some exclusive content and hopefully grow our subscriber base. And we've recently hired 2 great folks with lots of experience in creating content like Breaking Bad and The Crown and some really top-notch content. And so we'll see how this area goes, but it's still an area of great interest. In terms of autonomous systems, what we've said is that we are very focused on autonomous systems from a core technology point of view. We do have a large project going and are making a big investment in this. From our point of view, autonomy is sort of the mother of all AI projects. And the autonomous systems can be used in a variety of ways, and a vehicle is only one, but there are many different areas of it. And I don't want to go any further with that. But thank you for the question.

**Operator**

That comes from Mike Olson with Piper Jaffray.

**Michael Joseph Olson**
*Piper Jaffray Companies, Research Division*

I just have one question for Tim. This may be a hard question to answer in a condensed way, but how would you describe what you expect the most near-term applications will be for developers to target using ARKit? Will it be consumer iPhone and iPad applications, enterprise applications or I guess some combination of the 2? And basically, how does this come to market in the most significant way in the next few quarters as Apple becomes the largest global platform for AR as you talked about?

**Timothy D. Cook**
*CEO & Director*

Mike, that is a great question. Since we -- and I could not be more excited about AR and what we're seeing with ARKit and the early going. And to answer a question about what category it starts in, just take a look at what's already on the web in terms of what people are doing and it is all over the place. From entertainment to gaming, I've seen what I would call more small business solutions. I've seen consumer solutions. I've seen enterprise solutions. I think AR is big and profound. And this is one of those huge things that we'll look back at and marvel on the start of it. So I think that customers are going to see it in a variety of ways. Enterprise, it takes a little longer sometimes to get going, but I can already tell you, there's lots of excitement in there, and I think we'll start to see some applications there as well. And it feels great to get this thing going at a level that can sort of get all of the developers behind it. So I couldn't be more excited about it.

**Operator**

We'll go to Amit Daryanani.

**Amit Jawaharlaz Daryanani**
*RBC Capital Markets, LLC, Research Division*

I guess to start off with, on your Services segment, your revenues actually, I think, accelerated by [ 400 ] basis points to worse than what you guys had in the first half this year. Could you just help us understand what's driving this? Is there a way to think about ARPU in the traditional manner within that Services business versus the installed base growing?

**Luca Maestri**
*CFO & Senior VP*

Amit, Luca. Our Services business is very broad. We got multiple categories in the Services business, so it's difficult to talk about ARPU in general. It doesn't make a lot of sense. The reason for the acceleration also here is multiple factors. One that is very, very important for us is the fact that the App Store, which

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

is the largest of our Services categories, is seeing an increasingly larger amount of paying accounts. On a year-over-year basis, the number of accounts that are actually transacting and paying on the App Store is growing very, very well. It is happening for a variety of reasons. One of them, for example, is the fact that we are making it easier for customers to pay on the App Store. Outside the United States, in many markets, not every form of payment is accepted. We're making it easier all the time. We launched on Alipay, for example, in China during the December quarter. That has obviously helped a lot with the growth in the number of paid accounts. And we continue to bring more and more forms of payment in the App Store around the world. That's a big reason for that. The other reason why the number of paying accounts is growing is the fact that the quality and the quantity of content continues to improve, and so there's many more ways of experiencing games and entertainment and other apps on the store. We have other businesses like the Apple Music streaming service, which is growing very fast because we just started it a couple of years ago, so we are getting a lot of new subscribers there. Our iCloud storage business continues to grow very, very fast. So it's multiple services. The number of people transacting on our stores continues to grow. In terms of ARPU, and maybe I can make a comment on ARPU specifically related to the App Store. What we're seeing and we've seen over a long period of time as we keep track of these cohorts of customers, we see that as customers get on the App Store and start spending on it, we see this profile, spending profile is very similar across generations of customers. People tend to spend more over time. Obviously, you have different spending profiles in different geographies around the world, but in general, you see that trend across the board.

**Amit Jawaharlaz Daryanani**
*RBC Capital Markets, LLC, Research Division*

Got it, that's really helpful. And if I could just follow up. On the iPhone side, there's been a large amount of discussion, I guess, in blogs and among your component suppliers that the timing this time may be somewhat different and delayed versus past. Your guide almost seems you're more excited about this iPhone launch versus historically if the sequential growth is better. So I guess beyond the fact we probably shouldn't read every blog and believe every blog, what do you think is different with this product launch or product availability through the cycle versus what you've seen historically?

**Timothy D. Cook**
*CEO & Director*

We have no comment on anything that's unannounced.

**Operator**

That'll come from Brian White with Drexel.

**Brian John White**
*Drexel Hamilton, LLC, Research Division*

Tim, growth in the smartphone market is now crawling along at about a low single-digit percentage. I know iPhone grew about 2% year-over-year this quarter, and it looks like you had about a mid-teens market share in units in 2016. So as we look forward, maybe 3 to 4 years, do you think Apple can expand its unit market share? And if so, what will the drivers be? And my second question is just about India, general thoughts around India in the quarter.

**Timothy D. Cook**
*CEO & Director*

The answer to your first question is yes, I do think that we can grow both in units and market share. We don't predict those things. But yes, if you ask me what I think, that's what I think. And so what are the drivers? The installed base is growing. It's still growing very strongly. That will generate more upgrades over time. I feel good about our ability to convince people to switch. And where the developed markets, the first-time buyer rates are down other than places like Japan perhaps. The emerging markets, we haven't even got started yet really. And from a revenue point of view, we had very strong growth there on emerging markets ex China, we're up like 18% year-on-year. It was a record for us. So we see a lot of opportunity in these markets. We are investing in India. As you mentioned in your second point,

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

we've already launched an app accelerator center, that's on top of working with the channel and looking at expanding our go-to-market in general. And we've began to produce the iPhone SE there during the quarter, and we're really happy with how that's going, and so we're bringing all of our energies to bear there. I see a lot of similarities where China was several years ago. And so I'm very, very bullish and very, very optimistic about India.

**Nancy Paxton**
*Senior Director of Investor Relations and Treasury*

Thanks very much, Brian. A replay of today's call will be available for 2 weeks as a podcast on the iTunes Store, as a webcast on apple.com/investor and via telephone. And the numbers for the telephone replay are (888) 203-1112 or (719) 457-0820. Please enter confirmation code 6376964. And these replays will be available by approximately 5 p.m. Pacific Time today. Members of the press with additional questions can contact Kristin Huguet at (408) 974-2414, and financial analysts can contact Joan Hoover or me with additional questions. Joan is at (408) 974-4570 and I'm at (408) 974-5420. Thanks again for joining us.

**Operator**
Ladies and gentlemen, that does conclude today's presentation. We do thank everyone for your participation.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

# EXHIBIT 11

**S&P Global**
Market Intelligence

# Apple Inc. NasdaqGS:AAPL
# FQ4 2017 Earnings Call Transcripts
## Thursday, November 02, 2017 9:00 PM GMT
### S&P Global Market Intelligence Estimates

| | -FQ4 2017- | | | -FQ1 2018- | -FY 2017- | | | -FY 2018- |
|---|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| EPS Normalized | 1.87 | 2.07 | ▲10.70 | 3.74 | 9.00 | 9.21 | ▲2.33 | 11.18 |
| Revenue (mm) | 50707.43 | 52579.00 | ▲3.69 | 84596.35 | 227288.43 | 229234.00 | ▲0.86 | 266791.63 |

Currency: USD
Consensus as of Nov-02-2017 11:40 AM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

| | - EPS NORMALIZED - | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| FQ1 2017 | 3.22 | 3.36 | ①4.35 % |
| FQ2 2017 | 2.02 | 2.10 | ②3.96 % |
| FQ3 2017 | 1.57 | 1.67 | ③6.37 % |
| FQ4 2017 | 1.87 | 2.07 | ④10.70 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | .................................................................... | **3** |
| **Presentation** | .................................................................... | **4** |
| **Question and Answer** | .................................................................... | **9** |

# Call Participants

## EXECUTIVES

**Luca Maestri**
*CFO & Senior VP*

**Nancy Paxton**
*Senior Director of Investor
Relations and Treasury*

**Timothy D. Cook**
*CEO & Director*

## ANALYSTS

**A.M. Sacconaghi**
*Sanford C. Bernstein & Co., LLC.,
Research Division*

**Amit Jawaharlaz Daryanani**
*RBC Capital Markets, LLC,
Research Division*

**Brian John White**
*Drexel Hamilton, LLC, Research
Division*

**Jim Suva**
*Citigroup Inc, Research Division*

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

**Michael Joseph Olson**
*Piper Jaffray Companies, Research
Division*

**Shannon Siemsen Cross**
*Cross Research LLC*

**Steven Mark Milunovich**
*UBS Investment Bank, Research
Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

## Operator

Good day, everyone, and welcome today's Apple Inc. Fourth Quarter Fiscal Year 2017 Earnings Release Conference Call. Today's call is being recorded. At this time, for opening remarks and introductions, I would like to turn the call over to Nancy Paxton, Senior Director of Investor Relations. Please go ahead, ma'am.

## Nancy Paxton
*Senior Director of Investor Relations and Treasury*

Thank you. Good afternoon, and thanks to everyone for joining us. Speaking first today is Apple's CEO, Tim Cook, and he'll be followed by CFO, Luca Maestri. And after that, we'll open the call to questions from analysts.

Please note that some of the information you'll hear during our discussion today will consist of forward-looking statements, including, without limitation, those regarding revenue, gross margin, operating expenses, other income and expense, taxes and future business outlook. Actual results or trends could differ materially from our forecast. For more information, please refer to the risk factors discussed in Apple's most recently filed periodic reports on Form 10-K and Form 10-Q and the Form 8-K filed with the SEC today, along with the associated press release.

Apple assumes no obligation to update any forward-looking statement or information, which speak as of their respective dates.

I'd now like to turn the call over to Tim for introductory remarks.

## Timothy D. Cook
*CEO & Director*

Good afternoon, and thanks to everyone for joining us. As we closed the books in 2017, I have to say I couldn't be more excited about Apple's future. This was our biggest year ever in most parts of the world with all-time record revenue in the United States, Western Europe, Japan, Korea, the Middle East, Africa, Central and Eastern Europe and Asia.

We had particularly strong finish this year, generating our highest September quarter revenue ever as year-over-year growth accelerated for the fourth consecutive quarter. Revenue was $52.6 billion, above the high end of our guidance range and up 12% over last year.

We generated revenue growth across all of our product categories and showed all-time record results for our Services business. As we expected, we returned to growth in Greater China with unit growth and market share gains for iPhone, iPad and Mac. In fact, it was an all-time record quarter for Mac sales in mainland China as well as an all-time high for Services revenue.

And revenue from emerging markets outside of Greater China was up 40% with great momentum in India, where revenue doubled year-over-year. We also had great results in enterprise and education with double-digit growth in worldwide customer purchases of iPad and Mac in both markets. Gross margin for the September quarter was at the high end of our guidance range, and thanks to exceptional work by our teams, we generated record fourth quarter earnings per share of $2.07, up 24% from a year ago.

iPhone sales exceeded our expectations. In the last 1.5 week of September, we began shipping iPhone 8 and iPhone 8 Plus to customers in more than 50 countries. They instantly became our 2 most popular iPhone models and have been every week since then.

As we speak, the launch of iPhone X is now underway as stores open across Australia and Asia. iPhone X is packed with innovative new technologies that chart our path for the next decade. Technologies like the

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

TrueDepth camera system, Super Retina display and A11 Bionic chip with neural engine, which has been in development for years with a focus on deep machine learning.

iPhone X enables totally new experiences, like unlocking your iPhone with Face ID, taking photos with studio-quality lighting effects or playing immersive augmented reality games. We can't wait for people to experience our vision of the future. Orders have already been very strong and we're working to get iPhone X into customers' hands as quickly as possible.

Turning to Services. Revenue reached an all-time quarterly record of $8.5 billion in the September quarter. A few quarters ago, we established a goal of doubling our fiscal 2016 Services revenue of $24 billion by the year 2020, and we are well on our way to meeting that goal.

In fiscal 2017, we reached $30 billion, making our Services business already the size of a Fortune 100 company. We're also delighted to report our second consecutive quarter of double-digit unit growth for iPad. Customers have responded very positively to the new iPad lineup. And with the launch of iOS 11, the iPad experience has become more powerful than ever with great new features for getting things done, like the new dock, files app, drag-and-drop, multitasking and more power than most PC notebooks.

The launch of iOS 11 also made iOS the world's largest platform for augmented reality. There are already over 1,000 apps with powerful AR features in our App Store today, with developers creating amazing new experiences in virtually every category of apps aimed at consumers, students and [ business ]users alike. Put simply, we believe AR is going to change the way we use technology forever.

We're already seeing things that will transform the way you work, play, connect and learn. For example, there are AR apps that let you interact with virtual models of everything you can imagine, from the human body to the solar system. And of course, you experience them like they're really there. Instantly, education becomes much more powerful when every subject comes to life in 3D. And imagine shopping, when you can place an object in your living room before you make a purchase, or attending live sporting events when you can see the stats on the field. AR is going to change everything.

iOS 11 is also allowing developers to integrate machine learning models into their apps with Core ML. Pinterest is already using Core ML to deliver fast and powerful visual search. PadMapper uses Core ML to provide intelligent features that make it easy to find or rent your apartment. And VisualDx is even pioneering new health diagnostics with Core ML, automating [ scanned ] image analysis to assist dermatologists with their diagnosis. These are just a few examples. There's so much more to come.

Next, I'd like to talk about the Mac, which had its best year ever, with the highest annual Mac revenue in Apple's history. It was also the best September quarter ever with Mac revenue growth of 25% driven by the notebook refreshes we launched in June and a strong back-to-school season.

The Mac experience has become even better since the September launch of macOS High Sierra with new technologies to make Mac more reliable, capable and responsive and lay the foundation for future innovation.

Moving on now to Apple Watch. With unit growth of over 50% for the third consecutive quarter, it continues to be the best selling and most loved smartwatch in the world. We began shipping Apple Watch Series 3 just 6 weeks ago and customers love the new freedom of cellular. The ability to go for a run with just your Apple Watch or go for a quick errand without your phone while staying connected is a game changer.

Now more than ever, Apple Watch is the ultimate device for healthy life and is already making a big difference in our customers' lives. We're very excited about the upcoming launch of the Apple Heart Study, which will use data from Apple Watch to identify irregular heart rhythms and notify users when unusual patterns are detected.

Earlier this week, we introduced watchOS 4.1, bringing 40 million songs to your wrist through Apple Music. The combination of music streaming on Apple Watch and AirPods is truly a magical experience for people on-the-go. We're thrilled with the momentum of these products. In fact, our entire wearables business was

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

up 75% year-over-year in the fourth quarter and, in fiscal 2017, already generated the annual revenue of a Fortune 400 company.

Late in the September quarter, we also launched Apple TV 4K, delivering a stunning cinematic experience at home. So now users around the world can watch movies and shows in 4K HDR quality and stream live sports and news on the Apple TV app. There's already a great selection of 4K HDR titles available through iTunes and other popular video services with many more movies and shows on the way.

We're also very excited about the opening of Apple Michigan Avenue 2 weeks ago on Chicago's riverfront. This is the first store that brings together our complete vision for the future of Apple retail, providing a welcoming place for everyone to experience our products, services and inspiring educational programs right in the heart of their city.

In addition to our very popular Today at Apple programming, which is available in all Apple stores around the world offering daily sessions in photography, music creation, art and design, coding and entrepreneurship, Apple Michigan Avenue is partnering with local nonprofits and creative organizations to make an ongoing positive impact in that community.

Also this quarter, we expanded our free app development with Swift curriculum to more than 30 community colleges across the country. We're very excited about this initiative and we're thrilled by the momentum we're seeing. The schools we've launched with this summer are just the beginning. Community colleges have a powerful reach into communities where education is the great equalizer, and the colleges adopting our curriculum this academic year are providing opportunity to millions of students to build apps that will prepare them for careers in software development and information technology and much more. We're incredibly enthusiastic about what our teams have accomplished this year and all the amazing products in our lineup.

As we approach the holiday season, we expect it to be our biggest quarter ever. I'd like to thank all of our teams, our partners and our customers for their passion, commitment and loyalty. You've helped us make 2017 a sensational year.

Now for more details on the September quarter results, I'd like to turn over the call to Luca.

**Luca Maestri**
*CFO & Senior VP*

Thank you, Tim. Good afternoon, everyone.

Revenue for the September quarter was a record $52.6 billion, up 12% over last year, and it has been a -- great to see our growth rate accelerate in every quarter of fiscal 2017.

Our terrific performance this quarter was very broad-based with revenue growth in all our product categories for the second quarter in a row and new September quarter revenue records in the Americas, in Europe and in the rest of Asia Pacific segments. We grew double digits in the U.S., Canada, Germany, France, Italy, Spain, Korea and several other developed markets.

We were especially happy to return to growth in Greater China, where revenue was up 12% from a year ago; and with our momentum in India, where revenue doubled year-over-year. We grew more than 30% in Mexico, the Middle East, Turkey and Central and Eastern Europe. These results helped fuel overall growth over the 20% from emerging markets.

Gross margin was 37.9% at the high end of our guidance range. Operating margin was 25% of revenue and net income was $10.7 billion. Diluted earnings per share were $2.07, up 24% over last year to a new September quarter record, and cash flow from operations was strong at $15.7 billion.

During the quarter, we sold 46.7 million iPhones, up 3% over last year. We were very pleased to see double-digit iPhone growth in many emerging markets, including mainland China, the Middle East, Central and Eastern Europe, India and Mexico. We gained share, not only in those markets, but also in Canada, Germany, France, Italy, Spain, Sweden and Singapore, based on the latest estimates from IDC.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

iPhone channel inventory increased by 1.3 million units sequentially to support the launch of iPhone 8 and 8 Plus, significantly less than the increase in the September quarter a year ago. Customer interest and satisfaction with iPhone are very strong with both consumers and business users.

In the U.S., the latest data from 451 Research on consumers indicates a customer satisfaction rating of 97% or higher across all iPhone models. Among consumers planning to buy a smartphone in the next 90 days, purchase intention for iPhone was 69%, more than 5x the rate of the closest competitor with a loyalty rate for current iPhone owners of 95% compared to 53% for the next highest brand.

For corporate smartphone buyers, iOS customer satisfaction was 95%. And of those planning to purchase smartphones in the December quarter, 80% plan to purchase iPhone. That is the highest score for iPhone in the history of the survey.

Turning to Services. We set an all-time quarterly record of $8.5 billion, up 34% year-over-year. Our results included a favorable onetime revenue adjustment of $640 million. On a run-rate basis, excluding this adjustment, services growth of 24% was terrific and the highest that we have experienced this year.

The App Store set a new all-time record. And according to App Annie's latest report, it continues to be the preferred destination for customer purchases by a wide and growing margin, generating nearly twice the revenue of Google Play. We're getting great response to the App Store's new design in iOS 11 from both customers and developers. We're seeing increases in the frequency of customer visits, the amount of time they spend in the store and the number of apps they download.

The success of Apple Music also continues to build, and we're seeing our highest conversion rates from customers trying the service. Revenue grew strongly once again in the September quarter and that number of paid subscribers was up over 75% year-over-year. We also saw great performance from our iCloud business, with very strong double-digit growth in both monthly average users and revenue.

Across all of our services offerings, the number of paid subscriptions reached over 210 million at the end of September quarter, an increase of 25 million in the last 90 days.

Apple Pay expanded to Denmark, Finland, Sweden and the UAE last month and continues to grow rapidly. Over the past year, active users have more than doubled and annual transactions are up 330%. In the U.S., 70% of leading groceries chains are now accepting Apple Pay with the recent launch of Safeway. And over 5 million U.S. merchant locations will be Apple Pay enabled by the end of this year.

Next, I'd like to talk about the Mac, which for fiscal '17 set a new all-time revenue record of $25.8 billion. We sold 5.4 million Macs during the September quarter, up 10% over last year, and gained significant market share as the global market contracted by 1% based on IDC's latest estimate. This performance was fueled primarily by great demand for MacBook Pro, and Mac revenue grew 25% to a new September quarter record. We had outstanding results all around the world with each of our geographic segments growing Mac revenue by 20% or more. We are also very happy with the success of Mac in the education market, where customer purchases grew double digits year-over-year.

It was also another great quarter for iPad. We sold 10.3 million units, up 11% over last year with strong demand for both iPad and iPad Pro, and revenue grew 14%. It was great to see iPad unit and revenue growth in all of our geographic segments and particularly strong results in emerging markets, including Greater China, where iPad unit sales were up 25% year-over-year; and India, which grew 39%.

NPD indicates that iPad has 54% share of the U.S. tablet market in the September quarter, including 7 of the 10 best-selling tablets. That's up from 47% share a year ago. Also, the most recent surveys from 451 Research measured customer satisfaction rates of 97% across iPad models. And among people planning to buy tablets, purchase intent for iPad was over 70% for both consumers and businesses.

We're seeing great momentum with our enterprise initiatives. During the September quarter, we announced a new partnership with Accenture, who is creating a dedicated iOS practice in select locations around the world. Experts from Apple are co-locating with this team, and together they'll be launching new tools and services that help enterprise clients transform how they engage with customers using iPhone and iPad. Examples include services to build new customer experiences and to facilitate iOS

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

integration with enterprise systems, to help businesses take greater advantage of data from Internet of Things platforms and to enable the smooth transfer of existing legacy applications and data to modern iOS apps.

And last month, we announced a partnership with GE to reinvent the way industrial companies work by bringing GE's industrial IoT platform to iOS. The Predix SDK for iOS will enable developers to build native apps to drive industrial operations with more efficiency and speed than ever before. GE is also standardizing on iPhone and iPad for its global workforce of more than 330,000 employees; and working with Apple, GE is developing iOS apps for both its internal and external audiences to bring predictive data and analytics to workers across a broad range of industries.

Beyond our iOS devices, we're also seeing great traction for Mac in the enterprise market with all-time record customer purchases in fiscal year 2017. The September quarter was very strong for our retail and online stores, which welcome 418 million visitors. Traffic was particularly heavy during the week of our new product announcements, up 19% over last year. Retail ran a very successful back-to-school promotion in the Americas, Europe, China and Singapore, with sales for Mac and iPad Pro up strong double digits compared to last year's program.

And around the world, our stores conducted over 200,000 Today at Apple sessions during the quarter. Let me now turn to our cash position.

We ended the quarter with $268.9 billion in cash plus marketable securities, a sequential increase of $7.4 billion. $252.3 billion of this cash, 94% of the total, was outside the United States. We issued $7 billion in new Canadian and U.S. dollar-denominated debt during the quarter, bringing us to $104 billion in term debt and $12 billion in commercial paper outstanding. We also returned $11 billion to investors during the quarter, and we paid $3.3 billion in dividends and equivalents and spent $4.5 billion on repurchases of 29.1 million Apple shares through open-market transactions. We also launched a new $3 billion ASR program, resulting in initial delivery and retirement of 15.1 million shares, and we retire 4.5 million shares upon the completion of our 11th ASR during the quarter. We have now completed almost $234 billion of our $300 billion capital return program, including $166 billion in share repurchases.

As we move ahead into December quarter, I'd like to review our outlook, which includes the types of forward-looking information that Nancy referred to at the beginning of the call.

As a reminder, the December quarter in fiscal '17 spans 14 weeks, whereas the December quarter this year will include the usual 13 weeks. We expect revenue to be between $84 billion and $87 billion. We expect gross margin to be between 38% and 38.5%. We expect OpEx to be between $7,650,000,000 and $7,750,000,000. We expect OI&E to be about $600 million, and we expect the tax rate to be about 25.5%.

Also today, our Board of Directors has declared a cash dividend of $0.63 per share of common stock payable on November 16, 2017 to shareholders of record as of November 13, 2017.

With that, I'd like to open the call to questions.

**Nancy Paxton**
*Senior Director of Investor Relations and Treasury*
[Operator Instructions] May we have the first question, please.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] First, we'll hear from Katy Huberty with Morgan Stanley.

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

Luca, when do you expect to catch up with iPhone X demand? And given it's likely to be not in the December quarter, should we think about March as a better-than-seasonal revenue quarter because of that iPhone X ramp? And then, I have a follow-up.

**Timothy D. Cook**
*CEO & Director*

I'll take that, Katy. It's Tim. The ramp for iPhone X is going well, especially considering that iPhone X is the most advanced iPhone we've ever created and it has lots of new technologies in it. And so we're really happy that we're able to increase week-by-week what we're outputting, and we're going to get as many of them as possible to the customers as soon as possible. And so it's -- I can't predict at this point when that balance will happen. We -- and on -- in terms of March, we obviously don't give -- we don't give guidance beyond the current quarter.

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

Okay. And in China, growth returned to strong double digits, 12% up. You've talked historically about that region being more sensitive than others to form factor changes and the new iPhone X form factor was not available in September. And so, should we assume that growth in that region only accelerates from here as that new product gets pushed into the market?

**Timothy D. Cook**
*CEO & Director*

Let me talk a little bit about Q4 in China to give you a little bit of color on the results. The -- we increased market share for iPhone, Mac and iPad during the quarter. We hit all-time revenue records for services and for Mac in the -- for the PRC during the quarter. We had very strong iPad revenue growth. We had double-digit unit growth in iPhone, and both the upgraders and Android switchers were both up on a year-over-year basis during the quarter. And so, the results were broad based. They were pretty much across the board, as I indicated. The other thing that happened is that the decline that we've been experiencing in Hong Kong moderated. And so it's still down year-over-year, but less so than it was. And part of that is the compare is an easier compare. And then, finally, in terms of another headwind that is a little less than it was, currency has been affecting us more significantly last quarter in China. It affected us 1 percentage point. And so the sum of all that, I feel great about the results. We don't obviously provide geographic-specific guidance, but you can see from our overall guidance, we think we're going to have a really strong quarter.

**Operator**

From Piper Jaffray, Mike Olson.

**Michael Joseph Olson**
*Piper Jaffray Companies, Research Division*

Is there any information you can provide on how iPhone X preorders compare to what you saw with iPhone 8 preorders? And then, I have a follow-up as well.

**Timothy D. Cook**
*CEO & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Michael, we never go through mix. But I would share with you that the iPhone X orders are very strong for both direct customers and for our channel partners, which as you know, are lots of carrier throughout the world. And we couldn't be more excited to get underway. And I think as of a few minutes ago, the first sales started in Australia. And I'm told we had several hundred people waiting at the store in Sydney and I'm getting similar reports from across that region.

**Michael Joseph Olson**
*Piper Jaffray Companies, Research Division*

And we're excited about augmented reality. And from your perspective and maybe from our perspective on the outside looking in, how do we gauge the success of AR? And what are some of the applications of the technology that you're most excited about today?

**Timothy D. Cook**
*CEO & Director*

Yes, it's a great question. The reason I'm so excited about AR is I view that it amplifies human performance instead of isolates humans. And so, as you know, it's the mix of the virtual and the physical world. And so it should be a help for humanity, not an isolation kind of thing for humanity. As I go through different countries, as I've been traveling lately and looking at things, some things in the market, other things that are coming, the very cool thing is they're all over the place. I see things that the consumer's going to love because it's going to change shopping. I see things that consumers will love on the gaming side and the entertainment side. I see business-related AR apps as well that are going to be great for productivity and between small and large business. And I see apps that makes me want to go back to K-12 again and repeat my schooling because I think it changes the game in the classroom a lot. And so the real beauty here is that it's mainstream. And of course, Apple is the only company that could have brought this, because it requires both hardware and software integration and it requires sort of making a lot of -- or giving the operating system update to many people at once. And we -- and the software team worked really hard to make that go back several versions of iPhone so that we sort of have hundreds of millions of enabled devices overnight. And so there's 1,000-plus in the App Store right now. I think this is very much like in 2008, when we fired the gun in the overall App Store. And so, that's what it feels like to me, and I think it will just get bigger from here.

**Operator**

From Cross Research, Shannon Cross.

**Shannon Siemsen Cross**
*Cross Research LLC*

A couple questions. The first, Tim, can you talk a bit about how you're thinking in terms of the lineup? You go from $340 -- and this is for iPhone. You go from $349 to above $1,000, and it appears that you probably sold a fair amount of the lower end, perhaps that was just some of the switchers in China and maybe drove some of the growth in China in terms of market share. But how are you sort of thinking about what went into the guidance for the December quarter? Are you seeing really strong demand at the low end? And obviously, expected benefit from the X at the high-end. I'm just trying to understand, because you have such a broader lineup than you've had in prior years.

**Timothy D. Cook**
*CEO & Director*

Yes, in terms of what we saw in Q4, you can probably tell from the ASP, we had good success, I would say, through the different iPhones. And we've tried hard to have an iPhone that is as affordable as possible for people that really want an iPhone that may have a more limited budget, and we've got some iPhones that are really great for that market. And then, we've got 3 new iPhones, and people will look at these and decide which one they want. And so we -- this is the first time we've ever been in the position that we've had 3 new iPhones at once like this at the top end of the line. And it's the first time we've had a staggered launch. And so, we're going to see what happens. But we've put our absolutely best thinking that we have here in the guidance that Luca presented. And you can tell from that, that we're bullish.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Shannon Siemsen Cross**
*Cross Research LLC*

Great. And then, in terms of services, $8.5 billion, up 34%. Can you talk about some of the portions of that, that outperformed? How sustainable? You mentioned China in terms of significant growth in services. But I'm just curious, it's a pretty remarkable number, so I'm curious what the drivers were.

**Luca Maestri**
*CFO & Senior VP*

Yes, Shannon, it's Luca. As I mentioned in the prepared remarks, there was a $640 million adjustment. There was a one-off change. And it's important to call it out because, of course, it's a one-off. And so, the underlying growth rate for services in the quarter was fantastic, was 24%, the highest growth rate that we've had for services during fiscal '17. So the business is going incredibly well. I would highlight maybe 3 of these businesses within services. The App Store set a new all-time record. It's growing incredibly well. The number of paying accounts continues to grow very strongly, and that's very, very important to us for the App Store business. Apple Music was up -- subscriptions were up 75% year-over-year. We're getting the highest conversion rates that we've had since the launch of the service. And so we turned the corner in music. You remember that a few years ago, we were actually declining in music; now with the streaming service in addition to the download business, the business is growing again. And that really helps the growth rate for the entire Services business. iCloud is a service that continues to grow very strong double digits, and that's also helping. So we already become the size of a Fortune 100 company. We set a goal for ourselves to double what we did in fiscal '16 and the trajectory is actually quite positive.

**Operator**

Steve Milunovich with UBS.

**Steven Mark Milunovich**
*UBS Investment Bank, Research Division*

I wanted to try to push a little bit more on the mix. Could you comment whether the 8 Plus outsold the 8 in the quarter? There seems to be some data that suggests that. And the 451 Research survey that you're alluding to also finds that over the next 90 days, those buying an iPhone, 43% are planning on buying the X. Could you comment upon your expectations in terms of the mix going forward? And if you won't do that, perhaps you could comment a bit about you're thinking in terms of pushing price elasticity. I think a couple of years ago, no one would have imagined selling a phone at this price. And obviously, you're pretty confident that you can do it.

**Timothy D. Cook**
*CEO & Director*

Obviously, I'm not going to talk about mix. It's not something that we've done in the past. If you look at the 8 and 8 Plus, when we launched them, they instantly became our top 2 selling products. If you look at 8 Plus in particular, to provide a little color there, 8 Plus for that -- for the period of time that we can measure to date, has gotten off to the fastest start of any Plus model. That, for us, was a bit of a surprise, and it's a positive surprise, obviously. And so we'll see what happens next. As I've mentioned before, we've never had 3 products, and it's only today that the first customers can certainly look at all 3 of those. And I'm sure there's been some people that wanted to do that before deciding even which one. And so we'll see what happens there. But in terms of price elasticity, I think it's important to remember that a large number of people pay for the phone by month. And so if you were to go out on the -- just the U.S., since that tends to be more the focus of this call. If you look at the U.S. carriers, I think you would find -- you could buy an iPhone X for $33 a month. And so if you think about that, that's a few coffees a week. It's less than a coffee a day at one of these nice coffee places. The other thing to keep in mind is that many people are now trading in their current iPhone on the next iPhone. And the residual value for iPhone tends to be the highest in the industry and many people pick up $300, $350 or so for their iPhone. And so that even reduces the monthly payment less. And then, obviously some carriers also have promotional things going on. And so I do think it's important to try to place it in that context. In terms of the way we price, we price to the sort of the value that we're providing. We're not trying to charge the highest price

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

we could get or anything like that. We're just trying to price it for what we're delivering. And iPhone X has a lot of great new technologies in there that are leading the industry, and it is a fabulous product and we can't wait for people to start getting it in their hands.

**Steven Mark Milunovich**
*UBS Investment Bank, Research Division*

And then, I wanted to ask. The Street historically has been a little skeptical about continued innovation, and you suggested there is more to grow. Historically, you weren't first to large screens. You weren't first to OLED. Now, though, you're leading in AR. You're leading with Face ID, which [the all-in a year ago, as some of your guys had suggested, was kind of very reminiscent of the aggressive Apple. Is it possible going forward that you could accelerate share gains from Android because you're now in a stronger competitive position?

**Timothy D. Cook**
*CEO & Director*

I think, Steve, we've been in a competitive position. And so, I probably -- maybe have a different view than you do or the folks that you're quoting. There's always doubting Thomases out there. I've been hearing those for the 20 years I've been here and suspect I'll hear about them until I retire. And so, I don't really listen to that too much. There's lots of fantastic people here and they're doing unbelievable things. And yes, I view AR as profound. Not today, not the apps that you'll see on the App Store today, but what it will be, what it can be, I think its profound and I think Apple is in a really unique position to lead in this area.

**Operator**

We'll go to Toni Sacconaghi with Bernstein.

**A.M. Sacconaghi**
*Sanford C. Bernstein & Co., LLC., Research Division*

Just following up a little bit on that question, Tim. You talked a bit about providing a lot of value and that Apple sets its prices according to value. And I think, given the uniqueness of the product you have with the iPhone X in particular, that makes a lot of sense. I guess, the question is, given the uniqueness of the value that you have in the marketplace, why shouldn't we -- should we or why shouldn't we expect gross margins to improve this cycle versus previous ones? And perhaps, you can talk a little bit about how you think about pricing in the context of gross margin. And I have a follow-up, please.

**Luca Maestri**
*CFO & Senior VP*

Toni, I'll take that one. When -- you said, we price our products for the value that we deliver. We also said that every time we launch new products, the cost structures of the new products tend to be higher than the products that they replace. It's inevitable. We are adding new technologies, new features. And therefore, the cost structures go up. We have a very good track record of taking those cost structures and, over the life cycle of the product, we are able to bring them down. There are a lot of elements in the gross margin line that we have good control over and we -- there are also elements that we don't control. Take for example, foreign exchange, which has been a significant headwind for the company for the last 3 years now. Also, the mix of products that we sell into the market tends to change over time. And that also has an impact on the overall gross margin for the company. There are situations where the commodities markets are in good shape. There are situations where commodity markets can be a bit out of balance. We have a case right now around memory pricing, which is a headwind for the time being. So there's many puts and takes. The fact that our Services business is growing should be a positive because our services margins tend to be accretive to company margin. So there's many puts and takes that we tend to think about maximizing gross margin dollars. And -- because we think that's the most important thing for investors at the end of the day. When we look at our track record over years, I think we found a good balance between unit growth and gross margins and revenue, and we will continue to do that as we go forward.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**A.M. Sacconaghi**
*Sanford C. Bernstein & Co., LLC., Research Division*

Okay. And then, I wanted to revisit this notion of supply and demand. And I realize it's very early and you can't make predictions. I think, a common investor question is the iPhone X was made available for sale; it quickly had pushed our availability levels to unprecedented levels versus history. And so I think the really significant question is, is that initial pushout really a function of uniquely strong demand versus history? Or is that pushout in availability really a function of much weaker supply versus history? So it would be really helpful. You have in the past commented on first 24-hour orders for which there were 4 million-plus for the iPhone 6 and 6 Plus. You have, very often on this call, talked about targeting when you think you could reach supply-demand balance. So it'd be really helpful if you could provide some context in terms of what you know either about initial orders or about the supplies versus history that can help investors try and better understand the little data points that they're seeing in terms of availability of the device.

**Timothy D. Cook**
*CEO & Director*

That truth is, we don't know. We've put our best estimate into the guidance. And you can see from the guidance that we're very bullish. And so, we feel really great about our -- about the product lineup. We're -- just sold the first units minutes ago. Until you get all of them out there, where customers have the ability to demo and so forth, I think it's -- I think any kind of mix discussion is very much estimating. And so we put our best estimates in but granted, we've never done this before. So there's no comparison here, with either the 3 iPhones nor the staggered launch. And so, we're going to learn something.

**Operator**

We go to Jim Suva with Citigroup.

**Jim Suva**
*Citigroup Inc, Research Division*

And I'll ask my original question and follow-up at the same time because they're slightly different topics. But you had mentioned great success in India, I believe, Tim. In your prepared comments, you mentioned, I think, India had doubled year-over-year. Based upon market analysis, it looks like Apple is still just a relatively small sliver of the pie there. So Tim, what would it take to be even more successful in India? Is it a manufacturing footprint there with your partners? Is it more physical stores? Is it lower price points? Is it the bandwidth that has now caught up to many other countries? Or how should we think about that? And then, the follow-up question is on the AR/VR, when will it really show up in your income statement? Are you hoping more for hardware sales or services to the apps or where the excitement will then be monetized within Apple?

**Timothy D. Cook**
*CEO & Director*

In terms of India, many of the things that you mentioned are correct. Growing a market like India is a result of all of those things and doing them all well. And so, it's analogous to the many years that we put into China. It's building stores. It's building channels. It's building markets. It's building the developer ecosystem. It's having the right product lineup for the market. And I feel like we're making good progress there and are gaining understanding of the market, but we still have a long way to go. I don't -- which I sort of see as an opportunity instead of a problem. And I do feel great about the growth rate. And so, that's India. I think it's all of those things. As you know, we -- as I've said, I think we talked about before, we started manufacturing the iPhone SE there 6, 9 months ago. So -- and the majority of iPhone SEs that we sold in the domestic market last quarter were manufactured there. And so we also have that going and are hoping that, that winds up saving some amount of money over time and avoiding some of the compounding of taxes, et cetera. The bandwidth issue has also been an issue, but as you point out, it is being addressed. And between the large carriers there with Bharti and now Jio investing the way they are, the service in India is materially better than it was just 12 months ago. So there's been a sea change there in a short period of time. So I feel good about all that, but we have a long way to go. In terms of

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

the monetization question on AR/VR, we tend to focus first and foremost on customer experience. And so we're all about making sure the experience is great. And we think that if we get the experience right, that revenues and profits will be a result of getting that right. And so we're much -- we're very much focused on the experience right now.

**Operator**

That will come from Amit Daryanani with RBC Capital Markets.

**Amit Jawaharlaz Daryanani**
*RBC Capital Markets, LLC, Research Division*

I have 2 as well. I guess, maybe to start with on gross margins. Luca, year-over-year, revenues are going to be up high single-digits at the midpoint, gross margins will be down a little. Could you just talk about what other puts and takes on that. And are yield and efficiencies broadly much more severe this time versus what you've seen historically?

**Luca Maestri**
*CFO & Senior VP*

Yes, Amit. So we're guiding 38% to 38.5%. That's up 35 bps sequentially. Obviously, we're getting the leverage from the larger volumes. As I mentioned, I think, to Toni, we have higher cost structures every time we launch new products. So that is going to be the offset. And I mentioned, particularly the impact from the memory pricing environment, which is a headwind at this point. Just to size it for you, the impact of memory on our gross margin is 40 bps sequentially and 110 bps on a year-over-year basis. So they are meaningful impacts. And I think that is what, I think, probably you're referring to.

**Amit Jawaharlaz Daryanani**
*RBC Capital Markets, LLC, Research Division*

Got it. That's really helpful. And I guess, if I could just follow up on the services line. You just talked about it a fair amount earlier, but even if I exclude the onetime gain, it looks like the back half of '17 accelerated by 500 basis points in fiscal '17 versus the first half of '17. Qualitatively or quantitatively, is there a way to think about how much of this is from expanding the installed base, which is 1 of the 3 things you mentioned, I think, versus more dollar per iOS device that you're seeing?

**Luca Maestri**
*CFO & Senior VP*

Yes, I think it's both. As I mentioned, particularly on the App Store, which is very important to us, the number of paying accounts has grown a lot. It's grown a lot because, as you said, the installed base has grown, but also because we have made a number of changes that have made it easier for our customers around the world to participate on the App Store and be able to transact on the Apps Store. We are accepting, for example, more forms of payment today than we were 12 months ago or even 6 months ago. So that's been very important. We also see that there is a typical spending curve for our customers when they start transacting on the store. They start at a certain level and they tend, over time, to get more familiar with the store and they start to spend more. We're also now very recently made some changes, as you probably have seen, to the design of the App Store. And I was mentioning during the prepared remarks that these changes have been received very favorably. And so, people now are spending more time on the store, they download more apps and then, over time, translates into monetization. But we also have other businesses that are growing very, very fast and actually accelerating. I mentioned Music; I mentioned iCloud. And so it all adds up. And as you correctly point out, our growth rate is accelerating.

**Operator**

From Drexel, we'll hear from Brian White.

**Brian John White**
*Drexel Hamilton, LLC, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Yes, Tim, wondering if we take a look at mainland China and we think about iPhone 8 and iPhone 8 Plus, they've been on sale for a while now. What has been the -- just general response to those 2 new iPhones? And also, preorders around the iPhone X in mainland China.

**Timothy D. Cook**
*CEO & Director*

Brian, I hate to repeat this, but we don't really disclose mix. We view it as competitive information that we want to hold tightly ourselves. In terms of the way the preorder process works in China in the channel, so not in our direct channel, but in the broader carrier channel and channel, they generally take indications of interest versus something that I would label a preorder. And so, I would hesitate to even quote a number for fear it could be misconstrued. And we'll find out what the demand and where the supply and demand meets sometime in the future. I don't know when yet. But we're really excited to get going to find out.

**Brian John White**
*Drexel Hamilton, LLC, Research Division*

And Tim, it's interesting that sales grew 16% sequentially. If you look at the past 5 years, sales were up 7% in the September quarter. So that's an average. Yet you didn't have all your iPhones in the market. So if you had to -- what would you attribute that to? It's a pretty big disconnect, 16% versus an average of 7%.

**Timothy D. Cook**
*CEO & Director*

Our emerging market performance during the quarter was very strong. Not -- and if you take China out, it's even stronger. But you can see the -- that China rebounded. And as I've indicated before, the China rebound was broad-based across the products. And so we just had a phenomenal quarter on iPad, on the Mac, on Services, on Apple Watch, on iPhone. I mean, we're literally, we're firing on all cylinders. And so that's what -- that and our new products give us great confidence headed into this holiday season that this is going to be the best holiday season yet.

**Nancy Paxton**
*Senior Director of Investor Relations and Treasury*

Thank you, Brian. A replay of today's call will be available for 2 weeks on Apple podcast as a webcast on apple.com/investor and via telephone. And the numbers for the telephone replay are (888) 203-1112 or (719) 457-0820, and please enter confirmation code 2484260. These replays will be available by approximately 5 p.m. Pacific Time today. Members of the press with additional questions can contact Kristin Huguet at (408) 974-2414, and financial analysts can contact Joan Hoover or me with additional questions. Joan is at (408) 974-4570 and I'm at (408) 974-5420. Thank you again for joining us.

**Operator**
Ladies and gentlemen, that does conclude today's presentation. We do thank everyone for your participation.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

# EXHIBIT 12

**S&P Global**
Market Intelligence

# Apple Inc. NasdaqGS:AAPL
# FQ1 2018 Earnings Call Transcripts

## Thursday, February 01, 2018 10:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ1 2018- | | | -FQ2 2018- | -FY 2018- | -FY 2019- |
|---|---|---|---|---|---|---|
| | **CONSENSUS** | **ACTUAL** | **SURPRISE** | **CONSENSUS** | **CONSENSUS** | **CONSENSUS** |
| **EPS Normalized** | 3.85 | 3.89 | ▲1.04 | 2.84 | 11.47 | 12.43 |
| **Revenue  (mm)** | 87616.77 | 88293.00 | ▲0.77 | 65621.92 | 269855.34 | 277968.23 |

Currency: USD
Consensus as of  Feb-01-2018 9:50 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

| | - EPS NORMALIZED - | | |
|---|---|---|---|
| | **CONSENSUS** | **ACTUAL** | **SURPRISE** |
| **FQ2 2017** | 2.02 | 2.10 | ① 3.96 % |
| **FQ3 2017** | 1.57 | 1.67 | ② 6.37 % |
| **FQ4 2017** | 1.87 | 2.07 | ③ 10.70 % |
| **FQ1 2018** | 3.85 | 3.89 | ④ 1.04 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ................................................................................... | **3** |
| **Presentation** | ................................................................................... | **4** |
| **Question and Answer** | ................................................................................... | **10** |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Call Participants

**EXECUTIVES**

**Luca Maestri**
*CFO & Senior VP*

**Nancy Paxton**
*Senior Director of Investor
Relations and Treasury*

**Timothy D. Cook**
*CEO & Director*

**ANALYSTS**

**A.M. Sacconaghi**
*Sanford C. Bernstein & Co., LLC.,
Research Division*

**Amit Jawaharlaz Daryanani**
*RBC Capital Markets, LLC,
Research Division*

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

**Laura Anne Martin**
*Needham & Company, LLC,
Research Division*

**Michael Joseph Olson**
*Piper Jaffray Companies, Research
Division*

**Shannon Siemsen Cross**
*Cross Research LLC*

**Steven Mark Milunovich**
*UBS Investment Bank, Research
Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

### Operator

Good day, and welcome to this Apple Inc. First Quarter Fiscal Year 2018 Earnings Release Conference Call. Today's call is being recorded.

At this time, for opening remarks and introductions, I would like to turn the call over to Nancy Paxton, Senior Director of Investor Relations. Please go ahead.

### Nancy Paxton
*Senior Director of Investor Relations and Treasury*

Thank you. Good afternoon, and thanks to everyone for joining us. Speaking first today is Apple's CEO, Tim Cook, and he'll be followed by CFO, Luca Maestri. After that, we'll open the call to questions from analysts.

Please note that some of the information you'll hear during our discussion today will consist of forward-looking statements, including, without limitation, those regarding revenue, gross margin, operating expenses, other income and expense, taxes, capital allocation and future business outlook. Actual results or trends could differ materially from our forecast. For more information, please refer to the risk factors discussed in Apple's most recently filed periodic reports on Form 10-K and Form 10-Q and the Form 8-K filed with the SEC today, along with the associated press release.

Apple assumes no obligation to update any forward-looking statements or information which speak as of their respective dates. And I'd like to remind you that the quarter we're reporting today included 13 weeks whereas the quarter we reported a year ago included 14 weeks.

And I'd now like to turn the call over to Tim for introductory remarks.

### Timothy D. Cook
*CEO & Director*

Thanks, Nancy, and thank you, everyone, on the call, and welcome to everyone today. Before we dive into the quarter, I'd like to take a moment to talk about a significant milestone we recently crossed.

Apple's active installed base reached 1.3 billion devices in January and is at an all-time high for all of our major products. 1.3 billion devices represents an astonishing 30% growth in just 2 years. It speaks to the strength and reliability of our products and our ecosystem as well as the loyalty, satisfaction and engagement of our customers. It's also fueling tremendous growth in our services business, which I'll talk about a little later in the call.

Turning to the December quarter. We're thrilled to report Apple's biggest quarter ever, which set new all-time records in both revenue and earnings. We generated revenue of $88.3 billion, which is above the high end of our guidance range, and it is up almost $10 billion or 13% over the previous all-time record we set a year ago.

It's also our fifth consecutive quarter of accelerating revenue growth, with double-digit growth in each of our geographic segments around the world. What makes this even more remarkable is that the quarter we're reporting today was 13 weeks long while the year-ago quarter was 14 weeks. When we look at the average revenue per week in the December quarter this year compared to last year, our growth was a stunning 21%.

Our growth was broad-based and a key driver was iPhone, which generated its highest revenue ever. iPhone X was the best-selling smartphone in the world in the December quarter according to Canalys, and it has been our top-selling phone every week since it launched. iPhone 8 and iPhone 8 Plus rounded out the top 3 iPhones in the quarter. In fact, revenue for our newly launched iPhones was the highest of any lineup in our history, driving total Apple revenue above our guidance range.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

I want to take a moment to recognize the tremendous amount of work that went into creating iPhone X. Our teams carried out an extremely complex launch from both an engineering and operations perspective, executing an outstanding product ramp that required years of research and development, one that introduced innovative features like an edge-to-edge Super Retina display and the TrueDepth camera, which enables Face ID. Our customers love these new features and the new gestures like simply swiping up from the bottom, which make using iPhone even more intuitive and enjoyable.

Our team has put the technology of tomorrow in our customers' hands today, set the standard for the next decade of smartphones, and we are very proud of their achievements.

It was another very strong quarter for services with revenue of $8.5 billion, up 18% over last year, and we're on pace to achieve our goal of doubling our 2016 services revenue by 2020. The number of paid subscriptions across our services offerings passed 240 million by the end of the December quarter. That's an increase of 30 million in the last 90 days alone, which is the largest quarterly growth ever.

We had an all-time record quarter for the App Store, with our best holiday season ever. We're seeing great excitement around augmented reality with customers now enjoying over 2,000 ARKit-enabled apps spanning every category in the App Store. In December, when Pokémon Go released its new augmented reality features built with ARKit, it jumped to the top of the App Store charts.

Last week on a stop in Toronto, I met developers who are hard at work on creative applications using ARKit from art appreciation to e-commerce, and I was very impressed with what I saw. Just 4 months after ARKit launched to the public, we've already released ARKit 1.5 in beta to developers around the world, and the response has been tremendous. Augmented reality is going to revolutionize many of the experiences we have with mobile devices. And with ARKit, we're giving developers the most advanced tools on the market to create apps for the most advanced operating system running on the most advanced hardware. This is something only Apple can do.

In addition to the App Store, several other services had the biggest quarter ever, including Apple Music, iCloud and Apple Pay, all of which saw growth in both active users and revenue. Apple Pay has reached an important milestone in the U.S. As a result of 50% year-over-year growth in merchant adoption, it's now accepted at more than half of all American retail locations, which includes more than 2/3 of the country's top 100 retailers. Now available in 20 markets, global Apple Pay purchase volume more than tripled year-over-year, and we're delighted to be expanding to Brazil in the coming months.

Today, you can use Apple Pay to take a subway in Guangzhou, China, see a concert at London's Wembley Stadium or buy a souvenir in Yosemite National Park. In the U.S., we launched Apple Pay Cash in December, and it's off to a terrific start. Millions of people are already using it to send and receive money with friends and family quickly, easily and securely, to split a bill, pay someone back or send a last-minute gift right from the Messages app.

It was our best quarter ever for the Apple Watch, with over 50% growth in revenue and units for the fourth quarter in a row and strong double-digit growth in every geographic segment. Sales of Apple Watch Series 3 models were also more than twice the volume of Series 2 a year ago. Apple Watch is the most popular smartwatch in the world and gained market share during the quarter based on the latest estimates from IDC.

It was the third consecutive quarter of growth for iPad revenue, thanks to the strength of both iPad and iPad Pro. Based on the latest data from IDC, we gained share in nearly every market we track with strong outperformance in emerging markets. Worldwide, almost half of our iPad sales were the first-time tablet buyers or those switching to Apple. And that's true in some of our most developed markets, including Japan and France. In China, new and switching users made up over 70% of all iPad sales.

For Mac, we launched the all new iMac Pro in mid-December. It's an entirely new product line designed for Pro users who love the all-in-one design of iMac and require workstation-class performance. It's the fastest, most powerful Mac ever, delivering incredible computational power for simulation and real-time 3D rendering, immersive VR and complex photography, audio and video projects. Worldwide, 60% of our Mac sales were the first-time buyers and switchers. And in China, that number was almost 90%.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

We're looking forward to getting HomePod in customers' hands beginning next week. HomePod is an innovative wireless speaker, which delivers stunning audio quality wherever it's placed in the home, thanks to the advanced Apple-engineered hardware and software. Together with Apple Music, HomePod gives you instant access to one of the world's largest music catalogs. And with the intelligence of Siri, it's a powerful assistant you control through natural voice interaction. We're very happy with the initial response from reviewers who've experienced HomePod ahead of its launch, and we think our customers are going to love this new product.

We believe one of the key issues of the 21st century is education. And because of that, we've strengthened our commitment and investment into initiatives like Everyone Can Code. To find the innovators of the future, we need to nurture the students of today. Our App Development with Swift curriculum, which is available free on iBooks, has been downloaded more than 1.2 million times worldwide, with almost half of those coming from here in the United States.

It's also being taught in dozens of community colleges across the country, putting practical skills in the hands of today's jobseekers. I was in London 2 weeks ago as we announced that the program was expanding to more than 70 colleges and universities in Europe. Millions of students around the world will have the opportunity to add Swift to their coding vocabulary and gain skills that are essential for today's economy.

This is an exciting time at Apple. And with the best lineup of products and services we've ever had and a set of initiatives that show how business can be a force for good in the world, we could not be more excited about our future.

Now for more details on the December quarter results, I'd like to turn over the call to Luca.

**Luca Maestri**
*CFO & Senior VP*

Thank you, Tim. Good afternoon, everyone. Our business and financial performance in the December quarter were exceptional as we set new all-time records for revenue, operating income, net income and earnings per share.

Starting with revenue, we're reporting an all-time record, $88.3 billion, up nearly $10 billion or 13% over the prior record set last year. It is our fifth consecutive quarter of accelerating revenue growth. As you know, the December quarter a year ago spanned 14 weeks compared to 13 weeks this year, which is important to consider as we assess the underlying performance of our business this year.

When we look at average revenue per week, our growth rate was even higher at 21%, with growth across all product categories for the third consecutive quarter. Our results were terrific all around the world, with double-digit revenue growth in all our geographic segments and all-time quarterly records in the vast majority of markets we track, including the U.S., Western Europe, Japan, Canada, Australia and Korea as well as Mainland China, Latin America, the Middle East, Central and Eastern Europe and India.

In Greater China, we were very happy to generate double-digit revenue growth for the second quarter in a row. And in emerging markets outside of Greater China, we saw 25% year-over-year growth.

Gross margin was 38.4%, at the high end of our guidance range. Operating margin was 29.8% of revenue. Our net income was $20.1 billion, an all-time record and up $2.2 billion over last year. Diluted earnings per share were $3.89, also an all-time record, and cash flow from operations was very strong at $28.3 billion.

During the quarter, we sold 77.3 million iPhones, the highest number ever for a 13-week quarter. Average weekly iPhone sales were up 6% compared to the December quarter last year, with growth in every region of the world despite the staggered launch of iPhone X. We established all-time iPhone revenue records in nearly every market we track with double-digit growth in all of our geographic segments.

iPhone ASP increased to $796 from $695 a year ago, driven primarily by the launch of iPhone X and the success of iPhone 8 and 8 Plus. We exited the December quarter towards the lower end of our target

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

range of 5 to 7 weeks of iPhone channel inventory, with less than 1 million more iPhones in the channel compared to the December quarter a year ago, in line with our growth in average weekly unit sales.

Customer interest and satisfaction with iPhone are very, very strong for both consumers and business users. The latest data from 451 Research indicates U.S. customer satisfaction ratings of 96% or higher across iPhone models. In fact, combining iPhone 8, iPhone 8 Plus and iPhone X, consumers reported an amazing 99% satisfaction rating. And among business customers planning to purchase smartphones in the next quarter, 77% plan to purchase iPhone. Our customers are also incredibly loyal, with Kantar's latest U.S. research reflecting a 96% iPhone loyalty rate, the highest ever measured.

Turning to services. We had a terrific quarter with revenue of $8.5 billion, up 18% year-over-year and up 27% in terms of average revenue per week. That is an acceleration to the 24% services growth run rate that we experienced in the September quarter.

The App Store set a new all-time revenue record. The store's all new design is off to a fantastic start, with quarterly store visitors, transacting accounts and paying accounts reaching new all-time highs. During the week beginning December 24, a record number of customers made purchases or downloaded apps from the App Store spending over $890 million in that 7-day period, followed by $300 million in purchases on New Year's Day alone. And according to App Annie's latest report, the App Store continues to be the preferred destination for customer purchases by a very wide margin, generating nearly twice the revenue of Google Play.

Across all our services offerings, paid subscriptions reached 240 million, with growth of 58% over last year, and they were a major contributor to the overall strong growth in services revenue.

As Tim mentioned, it was our best quarter ever for Apple Watch, and when we add the results from Beats and AirPods, our total revenue from wearables was up almost 70% year-over-year. In fact, wearables were the second largest contributor to revenue growth after iPhone, which is impressive for a business that started only 3 years ago. In total, our other products category set a new all-time record, with quarterly revenue exceeding $5 billion for the first time.

Next, I'd like to talk about the Mac. We sold 5.1 million Macs during the December quarter, which translates to a 2% year-over-year increase in average sales per week. Mac performance was particularly strong in emerging markets, with unit sales up 13% year-over-year and with all-time records in Latin America, in India, Turkey and Central and Eastern Europe. On a worldwide basis, the active installed base of Macs was up double digits year-over-year to a new record.

It was also another growth quarter for iPad. We sold 13.2 million units, with average iPad sales per week up 8% over last year's December quarter. iPad sales grew strong double digits in many emerging markets, including Latin America, the Middle East, Central and Eastern Europe and India, as well as developed markets, including Japan, Australia and Korea. The active installed base of iPad has grown every quarter since its launch in 2010. And it reached a new all-time high in December, thanks to extremely high customer loyalty and large numbers of first-time iPad users.

NPD indicates that iPad had 46% share of the U.S. tablet market in the December quarter, up from 36% share a year ago. And the most recent surveys from 451 Research found that among customers planning to purchase tablets within 90 days, 72% of consumers and 68% of business users plan to purchase iPads. Customer satisfaction is also very high, with businesses reporting a 99% satisfaction rating for iPad.

We're seeing great traction in enterprise as businesses across industries and around the world standardize on iOS. For example, Intesa Sanpaolo, one of Europe's leading banks, has chosen iOS as the mobile standard for its entire 70,000 employee base in Italy. Choosing iOS for its security, user interface, accessibility and reliability, Intesa Sanpaolo will deploy native apps to improve employee productivity in customer support, human resources and marketing across the company.

And LensCrafters, one of the largest optical retail brands in North America, will be using over 7,000 iPad Pros to enable digital eye exams and digital optical measurements in a personalized and interactive experience.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

We're also rolling out a new initiative called Apple at Work to help businesses implement employee choice programs more easily and offer Apple products company-wide. Resources from both Apple and our channel partners will enable enterprise IT and procurement teams to buy or lease Apple products more efficiently, streamline the setup of iPhone, iPad and Mac and deliver a seamless onboarding experience for employees. We launched the program with CDW in the U.S. last week, and we will be expanding to more channels and regions later this year.

The December quarter was extremely busy for our retail and online stores, which welcomed 538 million visitors. Traffic was particularly strong during the 4 weeks following the launch of iPhone X, up 46% over last year. And across the quarter, our stores conducted over 200,000 Today at Apple sessions covering topics including photography, music, gaming and app development and art and design.

Just last weekend, we opened our first store in Seoul, Korea, and we're looking forward to opening our first store in Austria in a few weeks. These newest openings will mark the expansion of our retail store presence to 21 countries.

Let me now turn to our cash position. We ended the quarter with $285.1 billion in cash plus marketable securities, a sequential increase of $16.2 billion. $269 billion of this cash or 94% of the total was outside the United States. We issued $7 billion in debt during the quarter, bringing us to $110 billion in term debt and $12 billion in commercial paper outstanding for a total net cash position of $163 billion at the end of the quarter.

We also returned $14.5 billion to investors during the quarter. We paid $3.3 billion in dividends and equivalents and spent $5.1 billion on repurchases of 30.2 million Apple shares through open market transactions. We launched a new $5 billion ASR program, resulting in initial delivery and retirement of 23.6 million shares, and we retired 3.8 million shares upon the completion of our 12th ASR during the quarter. We have now completed over $248 billion of our $300 billion capital return program, including $176 billion in share repurchases against our announced $210 billion buyback program with $34 billion remaining under our current authorization.

Turning to taxes. Due to the recently enacted legislation in the U.S., we estimate making a corporate income tax payment of approximately $38 billion to the U.S. government on our cumulative past foreign earnings. This amount is very similar to what we have been accruing on those earnings in our financial results through fiscal year 2017.

Including the $38 billion payment, we will have paid over $110 billion of corporate income tax on our total domestic and foreign earnings during the last 10 years for a cash tax rate of about 26%. Our tax rate of 25.8% for the December quarter was close to our guidance of 25.5% as the lower U.S. statutory rate from the new legislation was effectively offset by the remeasurement of deferred tax balances.

As we move ahead into the March quarter, I'd like to review our outlook, which includes the types of forward-looking information that Nancy referred to at the beginning of the call. We expect revenue to be between $60 billion and $62 billion. We expect gross margin to be between 38% and 38.5%. We expect OpEx to be between $7.6 billion and $7.7 billion. We expect OI&E to be about $300 million, and we expect the tax rate to be about 15%.

Tax reform will allow us to pursue a more optimal capital structure for our company. Our current net cash position is $163 billion, and given the increased financial and operational flexibility from the access to our foreign cash, we are targeting to become approximately net cash neutral over time. We will provide an update to our specific capital allocation plans when we report results for our second fiscal quarter, consistent with the timing of updates that we had provided in the past.

Finally, today, our Board of Directors has declared a cash dividend of $0.63 per share of common stock payable on February 15, 2018, to shareholders of record as of February 12, 2018.

With that, I'd like to open the call to questions.

**Nancy Paxton**
*Senior Director of Investor Relations and Treasury*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Thank you, Luca. [Operator Instructions]

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

Our first question will come from Shannon Cross with Cross Research.

**Shannon Siemsen Cross**
*Cross Research LLC*

Luca, wanted to talk a little bit about -- more about your comments on capital structure. I realize you don't want to give us any specifics about what you're actually going to return and the timing, but just maybe if you can talk about how much cash you -- I guess, you think you need to have to run the business. And then in terms of ongoing cash flow, since the overseas cash will no longer be encumbered, does that change sort of your thought process in general? And then I have a follow-up.

**Luca Maestri**
*CFO & Senior VP*

Sure, Shannon. Of course, we've been talking about the importance of tax reform over the years because we believe it's really beneficial to the U.S. economy. What it means to us as a company, of course, is that we have additional flexibility right now from the access to the foreign cash. And in the past, we've been addressing this issue by having to raise debt as the cash was overseas, the majority of the cash was overseas. And so we are now in a position where we have $285 billion of cash. We've got $122 billion of debt for a net cash of $163 billion. And we have now the flexibility to deploy this capital. We will do that over time because the amount is very large. As I said earlier, we will be discussing capital allocation plans when we review our March quarter results. And when you look at our track record of what we've done over the last several years, you've seen that effectively, we were returning to our investors essentially about 100% of our free cash flow. And so that is the approach that we're going to be taking. We're going to be very thoughtful and deliberate about it. Obviously, we want to make the right decisions in the best interest of our long-term shareholders.

**Shannon Siemsen Cross**
*Cross Research LLC*

Great. And then Tim, maybe could you talk a little bit more about what you're hearing from customers in terms of the iPhone demand? How you're thinking about the potential decay rate, for a lack of a better term, with the high-end phones and the over $1,000 phones versus balancing that with now your ability to [ shift ] phones down below $400 because you'd expanded the product line so much when you launched your phones in 2017?

**Timothy D. Cook**
*CEO & Director*

Yes, thank you, Shannon, for the question. The revenue growth from iPhone across all the geographic segments was in the double digits. And I think as Luca said earlier, when you change that to an average weekly sales basis, it's actually 22%, and so it was a stellar quarter for iPhone. The iPhone X was the most popular, and that's particularly noteworthy, given that we didn't start shipping until early November and were constrained for a while. The team did a great job of getting into supply-demand balance there in December. And -- but since the launch of iPhone X, it has been the most popular iPhone every week, every week since. And that is even through today -- actually, through January. And so we feel fantastic about the results. The most important thing for us isn't really the numbers though. It's customer satisfaction, and customer satisfaction is literally off the charts on iPhone X. You think about the advances in technology that were a part of the iPhone X from -- we went from Touch ID to Face ID. Face ID has been incredibly well received. The wireless charging, the edge-to-edge Super Retina display and totally new gestures, the user experience is different. And so it's great to get that kind of feedback. Now if you look at the sort of the overall iPhone line, which gets to the essence of the question I think, I looked -- I reviewed the top mini markets. I'll talk briefly about the top 4. In urban China and the U.S., the top 5 smartphones last

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

quarter were all iPhones. And in Japan and the U.K., 6 of the top 7 were iPhones. And so in a market that is as large as the smartphone market is, people want some level of choice, and they're deciding which ones to buy. But we feel fantastic particularly as it pertains to iPhone X.

**Operator**

Next, we'll go to Katy Huberty with Morgan Stanley.

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

Growing double digits off such a large revenue base is impressive in itself, but if I look at March quarter guidance, it does assume a slower average weekly growth in total revenue as well as, I think, on my math, iPhone shipments when you compare it to the December quarter. So just how should we read into a modest slowdown in average weekly growth as it relates to the last question around the decay of demand around the higher-priced products? Or any impact that you might be seeing from the lower-priced battery replacements or anything else in the market? Then I have a follow-up.

**Luca Maestri**
*CFO & Senior VP*

Katy, I'll take the question. We are guiding to $60 billion to $62 billion. It's strong double-digit growth, 13% to 17%. In context, it's $7 billion to $9 billion above last year. So when you put things in perspective and you add the $10 billion of growth that we had in the first quarter and the $7 billion to $9 billion that we're guiding to for the second quarter, you're talking about $17 billion to $19 billion of growth in 6 months. This is at the macro level. We typically don't go into this level of detail but I think it's important this quarter to give you additional color. And maybe the 2 most important messages are that we believe iPhone revenue will grow double digits as compared to last year during the March quarter, and also and importantly, that iPhone sell-through growth on a year-over-year basis will be actually accelerating during the March quarter as compared to the December quarter. Let me explain the factors that we took into consideration as we came up with our iPhone units and ASP that are embedded in our guidance. Historically, because of the channel fill and the holiday season, our sell-in volume during the December quarter is generally higher than sell-through. This year, the difference was further magnified because we shipped iPhone X in November rather than the September quarter. We had a very successful product ramp. We were able to reach supply-demand balance in December, which placed the entirety of our channel fill for iPhone X in Q1. And this will have an effect on both units and ASP in Q2. Now for units, there is a second point to consider. We typically reduce channel inventory for our newest iPhones in Q2 because they enjoy very large demand in the initial weeks of sales, which are compounded by the holiday season in Q1. So we anticipate doing that in Q2 this year as well. For ASPs, there's also another element that we need to consider. As you know, our newest products this year have higher ASPs than they had in the past. And so as a result, as we reduce inventories of these newest products, the overall ASPs for iPhone in Q2 will naturally decline sequentially by a higher percentage than we have experienced historically. So in summary, our guidance for iPhone, we got double-digit year-over-year growth and acceleration of sell-through growth on a year-over-year basis. For the balance of the company, in the aggregate, we expect to grow strong double digits year-over-year and particularly very strong performance in service and in wearables like we've seen during the December quarter. I hope this helps.

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

Yes, that's great color. Just a follow-up on gross margin. Guidance for flat gross margin in March is pretty seasonal, but you do have the tailwind from currency. And so if you can just comment on how you think that flows into the model over the next couple of quarters, the weaker dollar, and what your outlook might be around component costs in the near future.

**Luca Maestri**
*CFO & Senior VP*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes, let me walk you through the sequential first. So we're guiding about flat sequentially in spite of the loss of leverage, right? That is the largest element that we need to take into account because of our typical seasonality. And we expect to offset the seasonality impact with cost improvements and with mix. FX, on a sequential basis, is fairly muted because as you know, we got a hedging program that protects us from the volatility of currencies in the short term. Certainly, weaker dollar in the long term, if it holds, will be a positive, but it's not something that you're going to be seeing translate into gross margin tailwind quickly. And so I think we need to keep that in mind. We also need to keep in mind that we continue to experience a difficult memory pricing environment, which we think is going to start improving as we move into the second half of our fiscal year, but it still has a negative impact in the March quarter.

**Operator**

Mike Olson from Piper Jaffray has our next question.

**Michael Joseph Olson**
*Piper Jaffray Companies, Research Division*

I know you don't talk about future products, which is often a preface to questions about future products, and I'll give it a shot. When you think conceptually about the path for iPhone X style devices going forward, is there any reason the road map wouldn't consist of multiple devices as we've seen with past iPhone upgrades? In other words, the X was unique amongst recent iPhone launches because it's a singular device, potentially limiting the shots on goal for upgrades given limited options. How do you think about that going forward? And then I have a follow-up.

**Timothy D. Cook**
*CEO & Director*

Mike, you did a good job of answering your question, I think, at the beginning that we don't really comment on future products. But I would tell you that we're thrilled with the reception of iPhone X. And as we said when we launched it, we were setting up the next decade. And that is how we look at it, and so that's the reason it's chock-full of incredible innovation. And so you can bet that we're pulling that string.

**Michael Joseph Olson**
*Piper Jaffray Companies, Research Division*

All right. And then how do you think about AR beyond iPhone? You've created the world's largest AR platform. You got developers generating a wide variety of apps. I realize it's still early days, but do you see Apple as a provider of a larger ecosystem of AR-enabled device beyond iPhone and iPad in the coming years? Or should investors focus on the opportunity within your existing device portfolio for at least the foreseeable future?

**Timothy D. Cook**
*CEO & Director*

I see AR as being profound. I think it's -- AR has the ability to amplify human performance instead of isolating humans. And so I am a huge, huge believer in AR. We put a lot of energy on AR. We're moving very fast. We've gone from ARKit 1.0 to 1.5 in just a matter of months. I couldn't be happier with the rate and pace of the developer community, how fast they're developing new things. And I don't want to say what we may do, but I could not be happier with how things are going right now.

**Operator**

And next, we'll go to Toni Sacconaghi from Bernstein.

**A.M. Sacconaghi**
*Sanford C. Bernstein & Co., LLC., Research Division*

I have a question and a follow-up. You commented on how your installed base over the last couple of years has grown 30%. And iPhone is clearly the largest component of that. And so iPhone installed base is probably growing close to that number, perhaps less, call it 20% or 25%. Yet if we look at iPhone unit

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

growth for fiscal '18, sort of what's implied with your guidance, fiscal '17 and fiscal '16, it's been relatively flat. So you have an installed base that's 20-plus percent higher and a unit growth that's relatively flat, which would suggest that your upgrade rate is going down or your replacement cycle is elongating. And I'm wondering whether you agree with that and whether investors should be worried about that. And maybe if I could just add one other wrinkle to potentially get your response on is given consumers' heightened awareness of their ability to replace batteries going forward as opposed to upgrade, isn't that also something that investors should potentially be concerned about in terms of its impact on upgrade rate going forward? And then, believe it or not, I have a follow-up.

**Timothy D. Cook**
*CEO & Director*

I think it's up to investors as to what things they would like to focus on, so I don't want to put myself in a position of that. The way that I look at this, and I -- the numbers you quoted, I have a different view of them. But generally, what we see with iPhone is the reliability of iPhone is fantastic. The second -- or the previously owned market has expanded in units over the years. And you see, in many cases, carriers and retailers having very vibrant programs around trading an iPhone in. And because iPhone has the largest residual rate on it. It acts as a buffer for the customer to buy a new one, and it winds up with another customer somewhere else that is perfectly fine with having a previously owned iPhone. And so I view all of that to be incredibly positive. It's more people on iPhones, the better. I would like to point out that the -- every major product hit a high on the active installed base. And so that's iPads, it's Mac, and those are huge numbers as well. And so as we've always said, there's a large part of the -- or the vast majority of the services kind of are mapped to the installed base instead of the quarterly sales. And there's -- this quarter is no different on that. Toni -- on the battery, Toni, we did not consider in any way, shape or form what it would do to upgrade rates. We did it because we thought it was the right thing to do for our customers. And I -- sitting here today, I don't know what effect it will have. And again, it's not -- was not in our thought process of deciding to do what we've done.

**A.M. Sacconaghi**
*Sanford C. Bernstein & Co., LLC., Research Division*

Okay. And just a follow-up, maybe I could clarify 2 little things. One, Luca, on tax rate, you've talked about 15% for Q2. Is that how we should think about the tax rate on an ongoing basis? And then just back to you on your response, Tim. I guess, maybe you could just comment on whether you believe the upgrade rate has decreased over the last couple of years. Because again, just sort of mechanically, installed base is growing 20% and units are relatively flat over that period. Isn't that telling me the installed base is -- excuse me, upgrade rate is going down? Or am I not thinking about other considerations?

**Luca Maestri**
*CFO & Senior VP*

Toni, on the tax rate, I will make 2 comments. First of all, the new tax law in the United States is complex. And I think we, as many other companies, are really trying to absorb what this all means. And I think we're going to be receiving, over the next few months, implementation guidance. So we've taken some provisional estimates in coming up with our tax entries for the quarter. And we will have to do that as we go forward here during the year. So it may be a bit bumpy in the short term as we understand the law in full and it actually gets explained in full. But I would say that for the current fiscal year, the guidance that we provided for Q2 should be approximately what you should be seeing. As we get into a new fiscal year, so many things change, and we need to take that into account, the geographic mix of our products and so on. So -- but I would say for the remainder of the year, it's what we're guiding to.

**Timothy D. Cook**
*CEO & Director*

I think on the replacement cycle, Toni, the answers probably look different by geography. In those geographies that had -- in the early days of the smartphone market, had very traditional subsidies where you paid the $199 out the door, $99 or whatever, I think it's accurate to say those types of markets, the

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

replacement cycle is likely longer. Where that isn't the case, I'm not nearly as sure on that. I would point out that, that happened some time ago, and so it's very difficult currently to ever get a real-time handle on replacement rate because you're obviously not -- you don't know the replacement rate for the products you're currently selling. You only know that in a historical sense. So it's not something that we overly fixate on.

**Operator**

That question comes from Laura Martin from Needham.

**Laura Anne Martin**
*Needham & Company, LLC, Research Division*

I love the 1.3 billion devices you gave us, updating from 2 years ago. And I love the on-ramp as you spread out the pricing. Do you get the sense that we have more unique users in that 1.3 billion than we had unique users back there in 2016?

**Timothy D. Cook**
*CEO & Director*

Laura, I'm sorry. I missed the first part of that. You broke up on the phone.

**Laura Anne Martin**
*Needham & Company, LLC, Research Division*

Okay. So we have 1.3 billion [indiscernible] billion [indiscernible] unique users are getting fewer products so we have a higher percent of unique [ users ] in the 1.3 billion devices than more in the

[ Audio Gap ]

billion devices. Is it a

[ Audio Gap ]

Are they

[ Audio Gap ]

**Timothy D. Cook**
*CEO & Director*

Laura, you're cutting in and out, but I'm going to take a swing at what I think you're asking. I think you're asking, are there more active users today than there were 2 years ago when we had 1 billion active devices? And the answer is absolutely. There are many, many, many more.

**Laura Anne Martin**
*Needham & Company, LLC, Research Division*

Yes, I was asking as a percent, the ownership. It used to be 1.4 devices owned per person. Do you think it's now 1.2 or 1.6?

**Timothy D. Cook**
*CEO & Director*

Well, that 1.4, I don't know where that came from. It did not come from Apple. And so that's one of those things that kind of flowed out there, and I want to divorce Apple from that number. We're not releasing a user number because we think that the proper way to look at it is to look at active devices. It's also the one that is the most accurate for us to measure. And so that's our thinking behind that.

**Laura Anne Martin**
*Needham & Company, LLC, Research Division*

Okay. Switchers in the quarter? You often give us switchers.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Timothy D. Cook**
*CEO & Director*

It is so early on this product cycle, particularly with the iPhone X only starting in November that we do not feel we have data at this point that would be very meaningful to share. And so I'll punt that question until next time around.

**Operator**

Next, we'll go to Steve Milunovich from UBS.

**Steven Mark Milunovich**
*UBS Investment Bank, Research Division*

Tim, you said you don't want to tell investors what to do, but the first point you made was talking about the size of the installed base. Later, you talked about the importance of customer satisfaction. Given that this doesn't look like a super cycle in terms of unit growth, are you nudging us to focus on the size of the installed base, the annuity opportunity here? And do you have confidence that you can monetize that installed base through additional hardware and services?

**Timothy D. Cook**
*CEO & Director*

What I said on the investor part is I think every investor has to look at their own situation and conclude the things that they think are important. What I think is important, I think the active devices are hugely important. And that's the reason that we released the number 2 years ago and the reason that we're releasing that again today. That number speaks to the strength of the product, the loyalty of the customer, the strength of the ecosystem. And so I -- we do put a lot of weight behind that, and it obviously also fuels the services business. So I have long believed that a 90-day clock on unit sales is a very surface way to view Apple. I think that the far bigger thing is to look over a longer period of time. And customer satisfaction and engagement and number of active devices are all a part of that.

**Steven Mark Milunovich**
*UBS Investment Bank, Research Division*

And could you address the positioning of HomePod? What category is it in? Is it a music speaker? Is it a home assistance? Since people seem to be trying to position it versus Amazon and Google's offerings. And is the target market primarily Apple Music users?

**Timothy D. Cook**
*CEO & Director*

HomePod is an incredible product that gives an unbelievable audio experience in a very small form factor with a super assistant -- digital assistant in Siri that knows an enormous amount about music but also can handle requests to -- like home automation to close your garage door, open your door, turn the light on, turn the fireplace on, change the thermostat, all of the things that you would like to do on home automation, that takes it further because you can do it right from the Home app and set up scenes. So you can say, "Hey, Siri. I'm reading." And your room will change to the things you would like happening in that particular room for when you read. Maybe it's a particular light, maybe it's a type of light, maybe it's the fireplace, so on and so forth. It also -- obviously, you can also do things with HomePod like use it as a speakerphone. And so if you're talking to your parents or they're talking to their grandkids, it's unbelievable audio quality for speakerphone. You can also have Siri call for you. You can have -- you can send messages, you can get an Uber car or a Lyft car. And so there's just a whole variety of things. And so I think the use cases on this, much like our phones, will be broad-based. Some people will use it significantly for music and others may use it significantly for -- as a digital assistant. And I think the majority of people will likely use all of it and use all of the functionality of it.

**Operator**

Our next question will come from Amit Daryanani from RBC Capital Markets.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Amit Jawaharlaz Daryanani**
*RBC Capital Markets, LLC, Research Division*

I have 2 questions as well. I guess, first one, could you just touch on what you're seeing in China in terms of underlying trends right now? I think growth was up double-digit year-over-year but essentially in line with what you saw in September. I would have thought it would have accelerated a little bit with iPhone X. Just the puts and takes in China will be great.

**Timothy D. Cook**
*CEO & Director*

Yes, Amit, it's Tim. It's a good question. Keep in mind that this year had 13 weeks, last year had 14 weeks. And so even though we're recording a similar year-over-year growth for Greater China, if you change that reporting to an average weekly sales, which is probably a much better way to look at it, there was actually a really nice acceleration. And specifically, the numbers this quarter, as reported, are 11% increase for Greater China year-over-year. But on an average weekly revenue basis, it was -- we were up 19%. Also mainland China, we had an all-time record for revenue in mainland China. And of course, a key part of that was iPhone. And as I've mentioned before, Kantar reported that the top 5 selling smartphones in urban China were all iPhones. And so we could not be more pleased with how we're doing. And if you look at the other -- we obviously grew share on -- for iPhone in the quarter, but we also grew share in iPad and Mac during the quarter. And our -- and wearables were extremely strong there in the quarter. And so everywhere I look, I feel really good about how we're doing in China.

**Amit Jawaharlaz Daryanani**
*RBC Capital Markets, LLC, Research Division*

Got it. That's really helpful. I guess, Luca, maybe a question for you. When you talk about reducing your Apple's net cash levels to 0 effectively over time, I think that implies the number goes from $163 billion today to something like 0. I guess, what does "over time" mean for Apple? Is that 1 year, 3 years, 10 years? Just how do you define "over time"? And does this change your thoughts around M&A at all? And is that one reason, you get that number from $163 billion to 0? Does it change your M&A thought process?

**Luca Maestri**
*CFO & Senior VP*

Let me answer, Amit, starting with M&A. Our thought process around M&A has always been the same, and it really doesn't change. We've been acquiring companies over the years. During -- in calendar 2017, we've acquired 19 companies. And the thought process is always to acquire something that allows us to either accelerate our product road maps, filling a gap in our portfolio, providing a new experience to customers. So it's always the customer experience in mind, right, that we make acquisitions. We look at all sizes, and we will continue to do so. We have plenty of financial flexibility, of course. We had that even prior to tax reform. And as I said, we will talk about capital allocation plans when we report the March quarter, and that will include talking about time frames and pace and so on. And as I said, we'll try to be very thoughtful. As you said, $163 billion is a large amount, and there are even practical considerations around it. So we'll see.

**Timothy D. Cook**
*CEO & Director*

Just for clarity, let me add one thing. What Luca is saying is not cash equals 0. He's saying there's an equal amount of cash and debt, and that they balance to 0, just for clarity.

**Nancy Paxton**
*Senior Director of Investor Relations and Treasury*

Thank you, Amit. A replay of today's call will be available for 2 weeks on Apple podcast, as a webcast on apple.com/investor and via telephone. And the numbers for the telephone replay are (888) 203-1112 or (719) 457-0820. And please enter confirmation code 4783460. These replays will be available by approximately 5 p.m. Pacific Time today. Members of the press with additional questions can contact

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Kristin Huguet at (408) 974-2414, and financial analysts can contact Matt Blake or me with additional questions. Matt is at (408) 974-7406, and I'm at (408) 974-5420. And thanks again for joining us.

**Operator**
That does conclude our conference for today. Thank you for your participation.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

# EXHIBIT 13

**S&P Global**
Market Intelligence

# Apple Inc. NasdaqGS:AAPL
# FQ2 2018 Earnings Call Transcripts

## Tuesday, May 01, 2018 9:00 PM GMT
### S&P Global Market Intelligence Estimates

|  | -FQ2 2018- | | | -FQ3 2018- | -FY 2018- | -FY 2019- |
|---|---|---|---|---|---|---|
|  | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 2.67 | 2.73 | ▲2.25 | 2.11 | 11.36 | 12.84 |
| **Revenue  (mm)** | 60913.35 | 61137.00 | ▲0.37 | 51515.27 | 260274.39 | 270087.27 |

Currency: USD
Consensus as of  May-01-2018 5:12 AM GMT



**- EPS NORMALIZED -**

|  | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ3 2017** | 1.57 | 1.67 | ①6.37 % |
| **FQ4 2017** | 1.87 | 2.07 | ②10.70 % |
| **FQ1 2018** | 3.85 | 3.89 | ③1.04 % |
| **FQ2 2018** | 2.67 | 2.73 | ④2.25 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ................................................................... | **3** |
| **Presentation** | ................................................................... | **4** |
| **Question and Answer** | ................................................................... | **9** |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Luca Maestri**
*CFO & Senior VP*

**Nancy Paxton**
*Senior Director of Investor Relations and Treasury*

**Timothy D. Cook**
*CEO & Director*

**ANALYSTS**

**Amit Jawaharlaz Daryanani**
*RBC Capital Markets, LLC, Research Division*

**Brian John White**
*Monness, Crespi, Hardt & Co., Inc., Research Division*

**Jim Suva**
*Citigroup Inc, Research Division*

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

**Michael Joseph Olson**
*Piper Jaffray Companies, Research Division*

**Shannon Siemsen Cross**
*Cross Research LLC*

**Steven Mark Milunovich**
*UBS Investment Bank, Research Division*

**Wamsi Mohan**
*BofA Merrill Lynch, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

### Operator

Good day, everyone, and welcome to the Apple Inc. Second Quarter Fiscal Year 2018 Earnings Release Conference Call. Today's call is being recorded. At this time, for opening remarks and introductions, I would like to turn the call over to Nancy Paxton, Senior Director of Investor Relations. Please go ahead, ma'am.

### Nancy Paxton
*Senior Director of Investor Relations and Treasury*

[Audio Gap]

and he'll be followed by CFO, Luca Maestri. After that, we'll open the call to questions from analysts.

Please note that some of the information you'll hear during our discussion today will consist of forward-looking statements, including, without limitation, those regarding revenues, gross margins, operating expenses, other income and expense, taxes, capital allocation, share repurchases, dividends and future business outlook. Actual results or trends could differ materially from our forecast. For more information, please refer to the risk factors discussed in Apple's most recently filed periodic reports on Form 10-K and Form 10-Q and the Form 8-K filed with the SEC today, along with the associated press release. Apple assumes no obligation to update any forward-looking statements or information, which speak as of their respective dates.

I'd now like to turn the call over to Tim for introductory remarks.

### Timothy D. Cook
*CEO & Director*

Thank you, Nancy, and to everyone joining us, welcome. We're proud to announce the results of a very successful quarter today, setting new March quarter records for both revenue and earnings.

We generated $61.1 billion of revenue. That's up 16% from last year, making it our sixth consecutive quarter of accelerating revenue growth. Our performance was broad based with iPhone revenue up 14%, Services up 31% and Wearables up almost 50%. We grew in each of our geographic segments, and in Greater China and Japan, revenue was up more than 20%.

iPhone's second quarter performance capped a tremendous fiscal first half with $100 billion in iPhone revenue, an increase of $12 billion over last year, setting a new first half record and achieving our highest first half growth rate in 3 years. iPhone gained share during the quarter based on IDC's latest estimates for the global smartphone market. And customers chose iPhone X more than any other iPhone each week in the March quarter just as they did following its launch in the December quarter. Since we split the line with the launch of iPhone 6 and 6 Plus in 2014, this is the first cycle in which the top of the line iPhone model has also been the most popular.

Q2 was our best quarter ever for Services, and momentum there continues to be incredibly strong. Revenue topped $9 billion for the first time, up more than $2 billion over last year's March quarter. We had all-time record revenue from the App Store, from Apple Music, from iCloud, from Apple Pay and more, all of which are a powerful illustration of the importance of our huge active installed base of devices and the loyalty and engagement of our customers.

Across all our services, paid subscriptions surpassed 270 million, up over 100 million from a year ago and up 30 million in the last 90 days alone, contributing to the overall increase in Services revenue. Apple Pay continues its strong growth with active users more than doubling and transactions tripling year-over-year. We believe the availability of Apple Pay at major transit systems have been a key driver of adoption among commuters. And in March, we launched Express Transit with Apple Pay in Beijing and Shanghai, the second and third largest transit systems in the world. Apple Pay is already the most successful mobile

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights Reserved.

transit payment system in Tokyo, which has the busiest transit system of all. With the launch of Brazil in April, Apple Pay is now available in 21 markets, and we expect Norway, Poland and Ukraine to launch in the next several months.

This was another outstanding quarter for our Wearables business, which includes Apple Watch, Beats and AirPods with combined revenue of almost 50% year-over-year. Looking at its revenue over the last 4 quarters, our Wearables business is now the size of a Fortune 300 company.

Apple Watch had another great quarter with revenue growing by strong double digits year-over-year to a new March quarter record. Millions of customers are using Apple Watch to help them stay active, healthy and connected, and they have made it the top-selling watch in the world. We launched carrier support for Series 3 with cellular in mainland China, Hong Kong and Thailand during the quarter with more markets on the way.

And now with watchOS 4.2, there are more features than ever before. For example, in addition to tracking your workouts and heart rate, skiers and snowboarders can record runs, see vertical descent and calculate speed as well as contribute data directly to the Apple Watch Activity app.

AirPods are incredibly popular, and we're seeing them in more and more places: in the gym, in coffee shops, wherever people are enjoying music on their Apple devices. This product is a runaway hit, and we're working hard to meet the incredible demand.

We started shipping HomePod in February, and it's widely recognized as having the best audio quality for its size and class. HomePod is a breakthrough speaker that delivers amazing sound, and we believe it will change the way people listen to music at home. It's currently available in the United States, the United Kingdom and Australia, and we're looking forward to adding new features to HomePod and introducing it to more markets around the world soon.

In March, we announced new products for the education community, including updating our most popular iPad with support for Apple Pencil. It empowers students to be even more creative and productive from learning to code to sketching ideas and jotting down handwritten notes to making up screenshots -- marking up screenshots. And the new iPad's gorgeous Retina display, advanced chip and enhanced cameras and sensors are designed to support the next generation of apps for immersive augmented reality experiences in the classroom.

In addition to our successful Everyone Can Code initiative, we've launched Everyone Can Create. It's a new free curriculum that makes it fun and easy for teachers to integrate drawing, music, filmmaking or photography into their existing lesson plans for any subject. We believe education is the great equalizer, and whether it's through our coding programs, our unrivaled augmented reality platform or the creativity both can unleash, we're proud to help students everywhere reach new frontiers of learning with Apple technology.

In March, we also released iOS 11.3, a major update, offering new immersive augmented reality experiences, access to personal health records in the Health app and more. Apps can now deliver AR experiences that use vertical walls and doors in addition to tables and chairs and can make more accurately mapped irregular shaped surfaces. The update to ARKit that made this possible came just 6 months after we launched the world's largest AR platform.

Also in iOS 11.3, patients in nearly 40 health systems representing hundreds of hospitals and clinics can now consolidate their medical records from multiple sources and view them all in one place right from their iPhone. This data is encrypted and protected with the user's iPhone passcode, and it can help them better understand their health history, have informed conversations with doctors and family members and make future health care decisions.

Consistent with our long-term focus, privacy is a key element of these initiatives for education and personal health. We're relentless about making the best products and experiences in the world while fiercely protecting our users' privacy because we believe privacy is a fundamental human right.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APPLE INC. FQ2 2018 EARNINGS CALL | MAY 01, 2018

Our environmental initiatives recently passed an important milestone. All of our global facilities across 43 countries are now powered with 100% clean energy. We work with communities around the world to build clean power sources. Apple now has 25 renewable energy projects operational and 15 more under construction. We're also driving our supply chain to use clean energy. As of last month, 23 of our suppliers are committed to operating on 100% renewable energy.

We're now halfway through our fiscal 2018 with nearly $150 billion in revenues and double-digit growth in all of our geographic segments. We generated almost $34 billion in earnings in 6 months, and we're very bullish on Apple's future. We have the best pipeline of products and services we've ever had. We have a huge installed base of active devices that is growing across all products, and we have the highest customer loyalty and satisfaction in the industry.

Our Services business is growing dramatically. Our balance sheet and our cash flow generation are strong, and that allows us to invest significantly in our product road map and still return a very meaningful amount of capital to our shareholders.

Recent corporate tax reform enables us to deploy our global cash more efficiently. In the United States, we expect our direct investment in the economy to exceed $350 billion over the next 5 years, including $30 billion in capital expenditures, and we expect to create over 20,000 U.S. jobs at Apple over that time frame. We're narrowing the site selection for a new U.S. campus, and we look forward to sharing more information on that later this year.

Consistent with our annual cadence, today, we're providing an update on our capital return program. Tax reform makes it possible for us to execute our program more efficiently, both through share repurchases and payment of dividend to the tens of millions of investors who own Apple stock either directly or indirectly from large pension funds to individuals with retirement accounts.

So today, given our strong confidence in Apple's future, we're announcing a significant update to our capital return program. Our Board of Directors has approved a new $100 billion share repurchase authorization as well as a 16% increase in our quarterly dividend effective with our next dividend payable later this month.

Luca will provide more details about our program as well as a more in-depth discussion of the quarter's results. So I'll now turn the call over to him. Luca?

**Luca Maestri**
*CFO & Senior VP*

Thank you, Tim. Good afternoon, everyone. We're very pleased to report record financial results for our March quarter with revenue growth of 16%, EPS up 30%.

Starting with revenue. We generated $61.1 billion, our highest ever for a March quarter. Revenue grew in all of our geographic segments, setting new Q2 records in most countries we track. Performance was very strong in emerging markets where revenue was up 20%, and we were especially pleased to see 21% year-over-year growth in Greater China, our strongest growth rate from that segment in 10 quarters.

We also set Q2 revenue records in the Americas, in Europe and in Japan. Gross margin was 38.3%, essentially flat sequentially as we offset the seasonal loss of leverage with cost improvements and a shift in mix towards services. Operating margin was 26% of revenue. Net income was $13.8 billion, up $2.8 billion over last year and a March quarter record. Diluted earnings per share were $2.73, up 30% to a new record for Q2, and cash flow from operations was very strong at $15.1 billion.

iPhone revenue grew 14% year-over-year with iPhone ASP increasing to $728 from $655 a year ago, driven primarily by the performance of iPhone X, iPhone 8 and iPhone 8 Plus. During the quarter, we sold 52.2 million iPhones, up 3% over last year, and we grew iPhone units by double digits in several markets, including Japan, Canada, Switzerland, Turkey, Central and Eastern Europe, Mexico and Vietnam.

Our performance from a customer demand standpoint was even stronger than our reported results as we reduced iPhone channel inventory by 1.8 million units, 600,000 units more than the March quarter

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

reduction last year. We exited the March quarter within our target range of 5 to 7 weeks of iPhone channel inventory.

Our customers are extremely happy with their iPhones. The latest survey of U.S. consumers from 451 Research indicates that across all iPhone models, the customer satisfaction rating was 95%, and combining iPhone 8, 8 Plus and iPhone X, customer satisfaction was even higher at 99%. And among business buyers who plan to purchase smartphones in the June quarter, 78% plan to purchase iPhones.

Turning to Services. We had a sensational quarter with all-time record revenue of $9.2 billion, and that's up more than $2 billion from last year, an increase of 31% and double the Services revenue we generated in the March quarter just 4 years ago. Our Services business is growing at a very fast pace all around the world with revenue up more than 25% year-over-year in each of our 5 geographic segments. The App Store set a new all-time revenue record in the March quarter, and Apple Music reached a new record for both revenue and paid subscribers, which have now passed 40 million.

iCloud storage revenue was up by over 50% year-over-year to a new all-time record, and AppleCare revenue grew at its highest rate in 5 quarters, setting a new March quarter record. Our other product category also set a new record for the March quarter with revenue of almost $4 billion. We began shipping HomePod in February, and unit sales of both Apple Watch and AirPods reached a new high for the March quarter. When we combine all our wearables and home products, they accounted for over 90% of the total growth in the other products category.

Next, I'd like to talk about the Mac, which set a new March quarter revenue record, including new records in both the Americas and Greater China. We sold 4.1 million Macs, generating year-over-year growth in many emerging markets, including Latin America, the Middle East and Africa, Central and Eastern Europe and India. We were happy to see double-digit growth in our active installed base of Macs to a new all-time high with almost 60% of March quarter purchases coming from customers who are new to Mac.

iPad grew both units and revenue for the fourth consecutive quarter. We sold 9.1 million iPads, and about half of purchases were by customers new to iPad. Growth was particularly strong in Japan, in Latin America, Middle East and Africa and Central and Eastern Europe, all markets where iPad sales were up double digits compared to a year ago. We gained share of the global tablet market based on the latest estimates from IDC, and our active installed base of iPads reached an all-time high. NPD indicates that iPad has 53% of the U.S. tablet market in the March quarter, up from 40% share a year ago. And the most recent customer survey from 451 Research measured iPad customer satisfaction ratings of 95%. And among business customers who plan to purchase tablets in the June quarter, 73% plan to purchase iPads.

We continue to make great strides in the enterprise market. In February, we announced a new cyber risk management solution for businesses with Cisco, Aon and Allianz. This combined approach is an industry first that integrates the most secure technology from Apple and Cisco, cyber resilience evaluation services from Aon and options for enhanced cyber insurance coverage from Allianz. Organizations will now be able to better manage and protect themselves from cyber risks associated with ransomware and other malware-related threats. We are thrilled that insurance industry leaders recognize that Apple products provide superior security.

In March, we announced 2 new services with IBM to bring more dynamic and intelligent insights into apps. IBM Watson services for Core ML and IBM Cloud Developer Console for Apple will enable developers to more easily build native iOS apps that bring together machine learning with artificial intelligence and cloud services.

In health care, iPhones are being used across leading health systems, including Cedars-Sinai, the Mayo Clinic and HCA Healthcare with iOS apps to support clinical workflows, communications and care delivery. In fact, HCA Healthcare recently announced they plan to deploy 100,000 iPhones across their hospital sites within the next 3 years.

We had great performance from our retail and online stores, which produced their highest March quarter revenue ever. Year-over-year growth was led by iPhone as well as strong performance from AirPods

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

and introduction of HomePod. Our stores hosted more than 250,000 of our very popular Today at Apple sessions with a particular emphasis on coding and app design.

During the quarter, we opened beautiful new stores in South Korea and in Austria, our first in both countries. And 3 weeks ago, we opened our newest store in Tokyo, bringing us to 502 stores across the world today.

Let me now turn to our cash position. We ended the quarter with $267.2 billion in cash plus marketable securities, and we had $110 billion in term debt and $12 billion in commercial paper outstanding for a net cash position of $145 billion. We returned nearly $27 billion to investors during the quarter. We paid $3.2 billion in dividends and equivalents and spent $23.5 billion on repurchases of 137 million Apple shares through open market transactions. We also retired 5.7 million shares upon the completion of our 13 ASR during the quarter.

We have now completed over $275 billion of our current $300 billion capital return program, including $200 billion in share repurchases against our cumulative $210 billion buyback program. We will complete the $210 billion program during the June quarter, 3 full quarters sooner than initially planned.

The biggest priorities for our cash have not changed over the years. We want to maintain the cash we need to fund our day-to-day operations, to invest in our future and to provide flexibility so that we can respond effectively to the strategic opportunities we encounter along the way.

As we said 90 days ago, the new tax legislation enacted in December gives us increased financial and operational flexibility from the access to our global cash. It allows us to invest for growth in the United States more efficiently, and it also provides us the opportunity to work towards a more optimal capital structure. As we said in February, our goal is to become approximately net cash neutral over time.

Given our strong confidence in Apple's future and the value that we see in our stock, our board has authorized a new $100 billion share repurchase program, which we will start executing during the June quarter. Considering the unprecedented size of this new authorization, we want to be particularly thoughtful and flexible in our approach to repurchasing shares. Our intention is to execute our program efficiently and at a fast pace. As in the past, we will provide regular updates on our capital return activities at the end of every quarter.

We're also raising our dividend for the sixth time in less than 6 years. As we know, it is very important to our investors' who value income. The quarterly dividend will grow from $0.63 to $0.73 per share, an increase of 16%. This is effective with our next dividend, which the board has declared today payable on May 17, 2018, to shareholders of record as of May 14, 2018.

With over $13 billion in annual dividend payments, we are proud to be among the largest dividend payers in the world, and we continue to plan for annual dividend increases going forward. We will continue to review our capital allocation regularly, taking into account the needs of our business, our investment opportunities and our financial outlook. We will also continue to solicit input on our program from a broad base of shareholders. This approach will allow us to be flexible and thoughtful about the size, the mix and the pace of our program. We expect to provide a new update to our capital allocation plans approximately 12 months from now.

As we move ahead into the June quarter, I'd like to review our outlook, which includes the types of forward-looking information that Nancy referred to at the beginning of the call. We expect revenue to be between $51.5 billion and $53.5 billion. We expect gross margin to be between 38% and 38.5%. We expect OpEx to be between $7.7 billion and $7.8 billion. We expect OI&E to be about $400 million, and we expect our tax rate to be about 14.5%.

With that, I'd like to open the call to questions.

**Nancy Paxton**
*Senior Director of Investor Relations and Treasury*
Thank you, Luca. [Operator Instructions]

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Your first question will come from Shannon Cross of Cross Research.

**Shannon Siemsen Cross**
*Cross Research LLC*

I wanted to ask about your thoughts on sort of iPhone and positioning. Now that we're a couple of quarters out from the launch of the iPhone X, given the $1,000 price point, it's clearly selling, but there's been a lot of questions in the market about sustainability of that price point and how you're thinking about it as you go look out sort of holistically across your lineup. So if you could talk a bit about what you're hearing from your customers on that and then I have a follow-up.

**Timothy D. Cook**
*CEO & Director*

Sure. Shannon, it's Tim. As Luca mentioned earlier, our revenues are up 14% year-over-year on iPhone, and that's a combination of single-digit unit growth and ASP growth that is mainly driven by iPhone X. I think that our iPhone line shows that there's a variety of different customers in a market that is as large as the smartphone market, and so we're going to continue to provide different iPhones to -- for folks to meet their needs. On iPhone X specifically, I think it's important to maybe emphasize again one of the things I mentioned in my opening comments that customers chose iPhone X more than any other iPhone each and every week in the March quarter just as they did following the -- following its launch in the December quarter. Also, since we split the line with the launch of iPhone 6 and 6 Plus back in 2014, this is the first cycle that we've ever had where the top of the line iPhone model has also been the most popular. And so with the customer sat that Luca referenced as well, the 99%, the iPhone X is a beloved product, and so it's -- I think that it's one of those things where like a team wins the Super Bowl. Maybe you want them to win by a few more points, but it's a Super Bowl winner. And that's how we feel about it. I could not be prouder of the product.

**Shannon Siemsen Cross**
*Cross Research LLC*

And then, Luca, can you talk about working capital, specifically inventory, which went up pretty significantly quarter-over-quarter? What's driving that? And how are you thinking about -- I mean, it's one of the uses of cash obviously. So how are you thinking about inventory and maybe working capital in general as you're going forward?

**Luca Maestri**
*CFO & Senior VP*

Yes. Shannon, you know that we've always generated a significant amount of cash through working capital. We've got a negative cash conversion cycle, and we plan to continue to have that. Our inventory level has gone up. It's just a temporary event. We have decided to make some purchasing decision given current market conditions, and that should unwind over time.

**Shannon Siemsen Cross**
*Cross Research LLC*

So that was essentially component purchases?

**Luca Maestri**
*CFO & Senior VP*

Correct.

**Operator**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

From Morgan Stanley, Katy Huberty.

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

The Services growth acceleration is really the highlight this quarter in my mind. Can you talk about what the biggest driver is, whether it be products or regions that drove the acceleration? And do you think that we can continue to see growth north of 30%? Then, I have a follow-up.

**Timothy D. Cook**
*CEO & Director*

It's Tim. The -- Services grew 31%. We hit an all-time record at $9.2 billion, first time we cleared $9 billion. The great news about it is it's not a single geo or a single service. If you look at it, each of the geos, the minimum was at 25%. So each of the geos were -- had -- did extremely well, and we set records from the App Store to the Apple Music, to iCloud, to Apple Pay and more. And underneath that, if you look at the subscriptions, the number of subscriptions, I think I mentioned this in my comments, paid subscriptions have moved up over 100 million on a year-over-year basis to over 270 million by the end of the quarter. And so it's very broad based in terms of type of service and geographic region. It's sort of exactly what we would like to see. In terms of forecasting moving forward, we've obviously made assumption for our guidance that Luca provided earlier, and in terms of longer term, we're on target to our 2020 goal of doubling the Services revenue of '16 as we had talked about previously.

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

And it doesn't look like the threat of a trade war with China slowed down that business. In fact, growth accelerated. But anything anecdotally that you see in the business in recent weeks that would suggest that, that is having an impact on demand? And any actions that Apple is taking as a company to preempt any risk of tariffs going forward?

**Timothy D. Cook**
*CEO & Director*

Yes. I think my own view is that China and the U.S. have this unavoidable mutuality where China only wins if the U.S. wins and the U.S. only wins if China wins, and the world only wins if China and the U.S. win. And so I think there's lots of things that bind the countries together. And I'm actually very optimistic. I think history shows us that countries that embrace openness and diversity do much, much better than the ones that are closed. And so I'm a big believer that the 2 countries together can both win and grow the pie, not just allocate it differently. And so that's our focus, and I'm optimistic that -- I don't know every play by play that will happen, but over time, I think that view will prevail.

**Operator**

The next question will come from Mike Olson with Piper Jaffray.

**Michael Joseph Olson**
*Piper Jaffray Companies, Research Division*

Just following on the Services question. I'd be curious what the next drivers of Services revenue are? Will it be continued penetration of Music and Pay that you see as kind of the largest future categories of incremental growth? Or maybe when could augmented reality become a material part of Services? And then I have a follow-up.

**Timothy D. Cook**
*CEO & Director*

Well, Mike, it's Tim. The -- again, the great thing about Services is there are several services that make up the total that are growing nicely. And I think the other good news is that because our active installed base has -- is at such a level at -- last quarter, we said that we had exceeded $1.3 billion. This year, we're

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

-- we're not going to release this number every quarter, but we've obviously grown again. And it's growing at a double-digit number on a year-over-year basis. And so with that kind of change in the installed base and with the services that we have now and others that we are working on, I think that this is just a huge opportunity for us and feel very good about the track that we're on.

**Michael Joseph Olson**
*Piper Jaffray Companies, Research Division*

And then any potential tariff issues aside, what's working for Apple in China right now? You talked about it being the strongest year-over-year growth in 10 quarters. I guess, what's driving that? Is it iPhone X specifically or something else that's behind that improvement?

**Timothy D. Cook**
*CEO & Director*

A good question. IPhone X was the most popular smartphone in all of China last quarter. And so iPhone X has done well there. In order to hit a number like 21% on the growth that you see on your data sheet there, there has to be several things working well. And the things that have huge growth rates there are the other products category, which is our Wearables business in China and the Services business, which you and I just spoke about. The iPhone obviously had to do extremely well to get a 21% number, and we gained share in the market for the Mac as well. And so there's actually several vectors there that are working well for us. We also -- more broadly on the iPhone, the iPhone was the top 3 selling phones in China. And so it's iPhone X was #1, but we had several in the top.

**Operator**

From RBC Capital Markets, Amit Daryanani.

**Amit Jawaharlaz Daryanani**
*RBC Capital Markets, LLC, Research Division*

Two questions from me as well. I guess, first one, just touching on the gross margin dynamics. If I look at the guidance for June on a year-over-year basis, I think sales are up double digit, but gross margins are still flat at the high end, maybe down 20 basis points at the midpoint. Can you just talk about what's driving the lack of leverage on the gross margin basis on a year-over-year basis for June?

**Luca Maestri**
*CFO & Senior VP*

Yes. Amit, it's Luca. We tend to look at the -- our gross margin dynamics on a sequential basis, and essentially, we're guiding to about flat on a sequential basis. On a year-over-year basis, it's less relevant for our business, but in general, I would say that this year we are seeing a more difficult cost environment. Particularly, we're still dealing with about 70 basis points of the impact from the memory pricing environment that we're working through.

**Amit Jawaharlaz Daryanani**
*RBC Capital Markets, LLC, Research Division*

Got it. And if I could just follow up, Tim, you've been fairly vocal, I think, talking about the need for better privacy protection and well-crafted regulation over time. Could you just maybe help us understand how does Apple protect consumer data? And how does this ongoing debate around data protection translate into a positive for Apple over time?

**Timothy D. Cook**
*CEO & Director*

We protect it by encrypting it, and we keep the bulk of information or a significant amount of information on the device so that the user is in control of it. We also collect much less overall than others do because our -- if you look at our model, if we can convince you to buy an iPhone or an iPad, we'll make a little bit of money. You're not our product, and so that's how we look at that. In terms of benefit, we don't really

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

view it like that. We view that privacy is a fundamental human right and that it's an extremely complex situation if you're a user to understand a lot of the user agreements and so forth. And we've always viewed that part of our role was to sort of make things as simple as possible for the user and provide them a level of privacy and security. And so that's how we'd look at it.

**Operator**

We'll go to Steve Milunovich with UBS.

**Steven Mark Milunovich**
*UBS Investment Bank, Research Division*

Luca, could you talk a bit more about the capital allocation? The dividend increase of 16% was relatively low relative to what you could have done. So are you really thinking the stock price is attractive here? And you said you would execute the buyback at a fast pace. Can you give us any time frame of that $100 billion? And how much debt do you think about in terms of net cash 0?

**Luca Maestri**
*CFO & Senior VP*

Yes. Let's start with the dividend. We're increasing it by 16%. This is the largest increase that we've done since we've reintroduced the dividend back in August of 2012. So we think it's a very meaningful increase for all the investors that value income. Obviously, when we come down to capital allocation decisions, we obviously also keep in mind that -- the opportunity for us to do some M&A activities, which we do in an ongoing basis. But when it comes down between dividends and buyback, our view is that for a variety of reasons, the -- we see a lot of value in the stock. We believe the stock is undervalued, and so we have a bias towards the buyback. So the dividend is a very large component of capital return because we're going to be returning more than $13 billion a year to investors through dividends. But we believe that given where we are with the valuation of the stock, we think that we continue to do the buyback primarily. We are not giving an end date to the program this time because the amount is very, very large. And so we will -- we would try to execute it. As you've seen from our track record during the last 5 years, we will do that at a very fast pace. But we also want to do it efficiently. We want to make sure that we buy back the stock at the right time. And so with that in mind, we have done $23.5 billion of repurchases during the March quarter. We will give you an update to our activities at the end of every quarter. And then 12 months from now we will actually talk about an update to the entire program. So you will be able to keep track of our progress every 90 days.

**Steven Mark Milunovich**
*UBS Investment Bank, Research Division*

And Tim, could you talk a bit about your health care opportunity? Is it merely selling watches over time? Or do you think more broadly about? Is there a services play? You're doing some things for your employees. Could that potentially broaden out? How do you think about the opportunity there?

**Timothy D. Cook**
*CEO & Director*

We think about it very broadly, and you can tell that a bit by some of the things that we've had going with ResearchKit and CareKit and most recently, the health records that I had referenced in my initial comments. And those all came out of getting significantly engaged in the Apple Watch and sort of pulling the strings so to speak. And we also have a Heart Study that is going on currently. And so I don't want to give too much away, but it's an area of great interest where we think we can make a big difference. And so it's a major strategic thrust of ours.

**Operator**

We'll go to Brian White with Monness, Crespi.

**Brian John White**
*Monness, Crespi, Hardt & Co., Inc., Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. Tim, I think there's -- China numbers were actually phenomenal in the quarter and third consecutive quarter of growth. I think there's been a lot of concerns, just Apple in China and maybe misinformation out there. But what do you see as the drivers for Apple in both Mainland China and Greater China over the next few years? And also, if you could just give us an update on what you're seeing in India.

**Timothy D. Cook**
*CEO & Director*

Yes, good question. Let me start with India, and then I'll talk more about China. India, we set a new first half record. So we continue to put great energy there and try to -- our objective over time is to go in there with all of our different initiatives from retail and everything else. And so we're working toward those things. It's a huge market, and it's clear that many people will be moving into the middle class over time as we've seen in other countries. China, I continue to believe is a phenomenal country with lots of opportunity from a market point of view but also lots of opportunity from an app developer point of view. We have almost 2 million application developers in China that are writing apps for iOS and the App Store, and they're doing unbelievably creative work and innovative work. And so we sort of -- we look at China holistically, not only as a market. On the market side, we've seen iPhone X, as I had mentioned before, as being the top-selling smartphone during the quarter. We gained share during the quarter. And I read some notes here and there about the market itself not being good. I think on -- in any kind of -- on a 90-day clock, lots of different things can happen, but my own personal view of China is that it's a great market. And I would -- I'm -- we are certainly looking far beyond 90 days and feel very bullish on the opportunity and the environment there. I would say that the market for us is more than iPhone. The Mac gained share there as well. The Watch is getting some traction there. Services is doing extremely well. And so it has several catalysts, and I'm very pleased with the results that we were able to show during the quarter.

**Operator**

Next we'll hear from Wamsi Mohan with Bank of America Merrill Lynch.

**Wamsi Mohan**
*BofA Merrill Lynch, Research Division*

Tim, can you comment on the price elasticity of demand at the high end for iPhones, if that was in line with your expectations? Do you have a preference for unit growth versus ASP growth when it comes to maximizing the gross profit dollar growth? And I have a follow-up for Luca, please.

**Timothy D. Cook**
*CEO & Director*

We price for the value that we're delivering. And iPhone X is the most innovative product on the market, and as I've said a few times, we have -- they're sort of jam-packed with technologies that really set up the smartphone for the next decade. And so that's how we priced it. We were surprised somewhat that through all of this period of time that the iPhone X winds up at the most selling -- most popular for every week of the time since the launch, and so that's, I think, a powerful point. And it's #1 in China, which is another powerful point. And so obviously, at some point, if those technologies move to lower price points and that -- there's probably more unit demand. But the way we think about it is trying to price a reasonable price for the value that we deliver, and I feel that we did that.

**Wamsi Mohan**
*BofA Merrill Lynch, Research Division*

And Luca, your gross margins have been very robust despite the headwinds that you absorbed on commodities, which you quantified, and frankly, also from the FX hedges that are limiting some of the FX upside that a lot of other companies are seeing. So as you -- one, when do you expect these to turn into tailwinds? And when they do turn into tailwinds, do you -- would you consider reinvesting some of those into pricing? Or would you -- like should we think about you flowing those through to the bottom line?

**Luca Maestri**
*CFO & Senior VP*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Well, Wamsi, I think let me start with where we are right now. I think you're right. I think we've been able to navigate a difficult foreign exchange environment for a number of years. And now as you know, because we have this hedging program, as the dollar has weakened a bit in recent months, although during the last week, it actually started to turn the other way again, we've got the hedging program that works both ways. And also on the memory front, we feel that for NAND, we're going to be turning the corner very soon. For DRAM, we also think that we are near the peak, possibly at the end of this year. And so that should provide some level of stability. As I said earlier this year, I think we are experiencing in total a more difficult cost environment. And so hopefully, that can turn into a positive for us. At the same time, it's very difficult for me to give you an indication of what is going to happen in the future because every product cycle is different, and as you know, we don't provide guidance past the current quarter. There are some elements that we understand quite well and we tend to manage well over the course of the cycle, for example, our cost structures that we are able to manage during -- throughout the year. But there are also elements that are not entirely under our control like foreign exchange. And the mix of products and services that we sell to our customers also has an impact on the overall gross margin. Our primary consideration is always around maximizing gross margin dollars, and that is the approach that we take around, for example, pricing decisions.

**Operator**

From Citi, we'll hear from Jim Suva.

**Jim Suva**
*Citigroup Inc, Research Division*

And I'll ask actually both my questions at the same time, one for Tim and one for Luca. Tim, strategically, when we talk to investors, they often say, "Oh, iPhone market is saturated. There's not much room for growth." Yet when we do our analysis, we kind of still see emerging markets like India and all those still a growth. When you think about India and those markets, do you kind of believe that some of those markets could get to much higher or a more normalized market share that you have in some of the developing countries over time? And can you talk a little bit about some of those efforts you may be doing? And then, Luca, the question for you is about the gross margin. When we think about if component prices start to stabilize, seeing how Apple Services have been so successful and accretive to margins, should we start to look for some potential margin -- gross margin upside, again, should components stabilize?

**Timothy D. Cook**
*CEO & Director*

Yes. Jim, thanks for the question. In terms of the -- let me address the smartphone market a bit, and then I'll mention iPhone. In terms of the market in general, if you look at last year, which was the last data point we have on the full market, was -- there were still 0.5 billion feature phones sold in the world. Now many of those were sold into emerging markets, not all of them but many of them, and we still believe that, over time, every phone sold will be a smartphone. And so it seems to us that with that many feature phones being sold, that's a pretty big opportunity. In terms of the iPhone itself, even though we sell quite a few phones across the course of a year, our market share globally is low compared to the -- our sales are low compared to the full market of smartphones. And so the -- our task is to convince people that currently -- or have another type of phone to switch while really taking care of people that have an iPhone so that they choose, when they elect to buy another phone, that they buy another iPhone. And so we spend quite a bit of time on that as you might guess. I do think that India -- India is the third largest smartphone market in the world. There's obviously huge opportunities there for us, and we have extremely large share in that market overall. And so we're putting a lot of energy there and working with the carriers in that market. And they're investing enormously on the LTE networks, and the infrastructure has come quite a way since we began to put a lot of energy in there because of their leadership and so forth. And so I do think -- I don't buy the view that the market's saturated. I don't see that from a market point of view or -- and certainly not from an iPhone point of view. I think the smartphone market is sort of like the best market for a consumer product company in the history of the world. And so that's how I feel about it. It's a terrific market, and we're very happy to be a part of it.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Luca Maestri**
*CFO & Senior VP*

Jim, on the gross margin side, I think I'll repeat what I said earlier, but we -- you're right. Our Services business, and I've said it in the past, is accretive to company margins, and so as we're able to grow the Services business, that should provide a positive, a tailwind. At the same time, within the Services portfolio that we have, we have services that have different levels of profitability, so we also need to take into account the mix of services that we're going to be selling. At a macro level, because about 2/3 of our company is outside the United States, a weak dollar is a positive for our gross margins. A strong dollar, as it's been during the last 4 years, has been a bit of a headwind for the company. We try to make it more stable through the hedging program. And in general, when we look at our process to innovate our products, typically, when we launch a new product, that product tends to have a higher cost structure than the product it replaces. And so that is something that we need to work through every time we launch a new product, and we have a pretty good track record and history of taking those cost structures down over time. So we need to balance all these different elements. I think we've done a pretty remarkable job during the last several years at managing all these different variables and coming up with a level of gross margins that we think is really good for investors. And certainly, it is our plan to continue to manage them that way, but it's very difficult for me to give you a prediction of where gross margins are going to be 6 months or 12 months from now.

**Timothy D. Cook**
*CEO & Director*

Thank you.

**Nancy Paxton**
*Senior Director of Investor Relations and Treasury*

A replay of today's call will be available for 2 weeks on Apple podcast as a webcast on apple.com/investor and via telephone. And the numbers for the telephone replay are (888) 203-1112 or (719) 457-0820, and please enter confirmation code 5253762. These replays will be available by approximately 5 p.m. Pacific Time today.

Members of the press with additional questions can contact Kristin Huguet at (408) 974-2414. Financial analysts can contact Matt Blake or me with additional questions. Matt is at (408) 974-7406, and I'm at (408) 974-5420. Thanks again for joining us.

**Operator**
Ladies and gentlemen, that does conclude today's presentation. We do thank everyone for your participation, and you may now disconnect.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

# EXHIBIT 14

**S&P Global**
Market Intelligence

# Apple Inc. NasdaqGS:AAPL
# FQ3 2018 Earnings Call Transcripts
## Tuesday, July 31, 2018 9:00 PM GMT
### S&P Global Market Intelligence Estimates

|  | -FQ3 2018- | | | -FQ4 2018- | -FY 2018- | -FY 2019- |
|---|---|---|---|---|---|---|
|  | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 2.18 | 2.34 | ▲7.34 | 2.65 | 11.48 | 13.17 |
| **Revenue (mm)** | 52430.11 | 53265.00 | ▲1.59 | 59400.73 | 261141.90 | 272791.23 |

Currency: USD
Consensus as of  Jul-31-2018 4:20 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ4 2017** | 1.87 | 2.07 | ▲① 10.70 % |
| **FQ1 2018** | 3.85 | 3.89 | ▲② 1.04 % |
| **FQ2 2018** | 2.67 | 2.73 | ▲③ 2.25 % |
| **FQ3 2018** | 2.18 | 2.34 | ▲④ 7.34 % |

- EPS NORMALIZED -

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ..................................................................................... | **3** |
| **Presentation** | ..................................................................................... | **4** |
| **Question and Answer** | ..................................................................................... | **10** |

# Call Participants

**EXECUTIVES**

**Luca Maestri**
*CFO & Senior VP*

**Nancy Paxton**
*Senior Director of Investor
Relations and Treasury*

**Timothy D. Cook**
*CEO & Director*

**ANALYSTS**

**A.M. Sacconaghi**
*Sanford C. Bernstein & Co., LLC.,
Research Division*

**Brian John White**
*Monness, Crespi, Hardt & Co.,
Inc., Research Division*

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

**Laura Anne Martin**
*Needham & Company, LLC,
Research Division*

**Shannon Siemsen Cross**
*Cross Research LLC*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good day, and welcome to the Apple Inc. Third Quarter Fiscal Year 2018 Earnings Conference Call. Today's call is being recorded.

At this time, for opening remarks and introductions, I would like to turn the call over to Nancy Paxton, Senior Director of Investor Relations. Please go ahead.

**Nancy Paxton**
*Senior Director of Investor Relations and Treasury*

Thank you. Good afternoon, and thanks to everyone for joining us. Speaking first today is Apple's CEO, Tim Cook; and he'll be followed by CFO, Luca Maestri. After that, we'll open the call to questions from analysts.

Please note that some of the information you'll hear during our discussion today will consist of forward-looking statements, including, without limitation, those regarding revenue, gross margin, operating expenses, other income and expense, taxes, capital allocation, share repurchases, dividends and future business outlook. Actual results or trends could differ materially from our forecast. For more information, please refer to the risk factors discussed in Apple's most recently filed periodic reports on Form 10-K and Form 10-Q and the Form 8-K filed with the SEC today, along with the associated press release.

Apple assumes no obligation to update any forward-looking statements or information, which speak as of their respective dates.

I'd now like to turn the call over to Tim for introductory remarks.

**Timothy D. Cook**
*CEO & Director*

Thank you, Nancy, and thanks to everyone for joining us. Today, we're proud to report our best June quarter revenue and earnings ever, thanks to the strong performance of iPhone, Services and Wearables. We generated $53.3 billion in revenue, a new Q3 record. That's an increase of 17% over last year's results, making it our seventh consecutive quarter of accelerating growth, our fourth consecutive quarter of double-digit growth and our strongest rate of growth in the past 11 quarters.

Our team generated record Q3 earnings per share of $2.34, an increase of 40% over last year. We are extremely proud of these results, and I'd like to share some highlights with you.

First, iPhone had a very strong quarter. Revenue was up 20% year-over-year, and our active installed base grew by double digits, driven by switchers, first-time smartphone buyers and our existing customers whose loyalty we greatly appreciate. iPhone X was the most popular iPhone in the quarter once again with a customer satisfaction score of 98% according to 451 Research. Based on the latest data from IDC, iPhone grew faster than the global smartphone market, gaining share in many markets including the U.S., Greater China, Canada, Germany, Australia, Russia, Mexico and the Middle East and Africa.

Second, we had a stellar quarter in Services, which generated all-time record revenue of $9.5 billion fueled in part by double-digit growth in our overall active installed base. We feel great about the momentum of our Services business, and we're on target to reach our goal of doubling our fiscal 2016 Services revenue by 2020.

Our record Services results were driven by strong performance in a number of areas, and I'd like to briefly mention just some of these. Paid subscriptions from Apple and third parties have now surpassed 300 million, an increase of more than 60% in the past year alone. Revenue from subscriptions accounts for a significant and increasing percentage of our overall Services business.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

What's more, the number of apps offering subscriptions also continued to grow. There are almost 30,000 available in the App Store today. The App Store turned 10 years old this month, and we set a new June quarter revenue record. The App Store has exceeded our wildest expectations, igniting a cultural and economic phenomenon that has changed how people work, learn and play. Customers around the world are visiting the App Store more often and downloading more apps than ever before. And based on third-party research estimates, the App Store generated nearly twice the revenue of Google Play so far in 2018.

The app economy is thriving, and thanks to the App Store, it's generating jobs for tens of millions of people around the world. Our developers have earned over $100 billion from the App Store since its launch, and we couldn't be more proud of them and what they've accomplished. We're hearing lots of developer excitement around our upcoming OS releases, which I'll talk about more in a moment, and can't wait to see what they can come up with next.

We've experienced rapid growth in our App Store search ad service. And as we announced earlier this month, we are expanding our geographic coverage to Japan, South Korea, France, Germany, Italy and Spain.

We're also seeing strong growth in many of the other services as well. Just a few examples. Apple Music grew by over 50% on a year-over-year basis. AppleCare revenue grew at its highest rate in 18 quarters, partly due to our expanded distribution initiative. Cloud services revenue was also up over 50% year-over-year. Our communication services are experiencing record usage, which hit all-time highs for both the number of monthly active users of Messages and the number of FaceTime calls made, with growth accelerating from the March to June quarters. Siri requests have already exceeded 100 billion so far this fiscal year. And the number of articles read on Apple News more than doubled year-over-year.

Apple Pay continues to expand with well over 1 billion transactions last quarter, triple the amount from just a year ago, with growth accelerating from the March quarter. To put that tremendous growth into perspective, this past quarter, we completed more total transactions than great companies like Square and more mobile transactions than PayPal. Apple Pay is now live in 24 markets worldwide with over 4,900 bank partners, and we look forward to adding Germany later this year. We're excited to share that in the U.S., eBay is beginning to enable its sellers to accept Apple Pay, and CVS Pharmacy and 7-Eleven will roll out Apple Pay acceptance in locations nationwide this fall.

Transit is another important area of growth, and Apple Pay can be used with iPhone and Apple Watch to quickly and conveniently ride public transit in 12 metropolitan areas. Apple Pay Cash, our peer-to-peer payment service, is already serving millions of customers across the U.S. less than 8 months following its launch.

Our third highlight of the quarter is the outstanding results in Wearables, which comprises Apple Watch, AirPods and Beats and was up over 60% year-over-year, with growth accelerating from the March quarter. Our Wearables revenue exceeded $10 billion over the last 4 quarters, a truly remarkable accomplishment for a set of products that has only been in the market for a few years.

Apple Watch delivered record June quarter performance with growth in the mid-40% range. And we're thrilled to see so many customers enjoying AirPods. It reminds me of the early days of iPod when I started noticing white earbuds everywhere I went.

A number of other notable events in the quarter. We expanded distribution of HomePods, 3 additional markets, and we added new immersive listening features with support for HomePod stereo pairs and a new multiroom audio system.

In June, we hosted an extremely successful developers' conference that previewed many major advances coming this fall to our 4 operating systems: iOS, macOS, watchOS and tvOS. Developer and customer reaction has been very positive, and we have over 4 million users participating in our new OS beta programs.

Starting with iOS 12. Siri will take a major step forward with Siri Shortcuts, which deliver a new, much faster way to get things done and allow any app to work with Siri. We believe this will make Siri even more useful and significantly expand its adoption.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

We've also designed performance improvements across iOS 12 to make everyday tasks faster and more responsive. Camera launches up to 70% faster, the keyboard appears up to 50% faster and apps can launch up to twice as fast. It's always been about empowering users to get the most from our products but not about spending all of their time using them. And so we're adding tools to iOS 12 to help our customers understand and take control of the time both they and the family spend interacting with their iOS devices.

Activity Reports will provide information on the amount and nature of time spent on iPhones and iPads, and Screen Time will enable parents to monitor and limit their children's activity from their own iOS devices using Family Sharing in iCloud.

Developers will be able to build even more intelligent apps with just a few lines of code using the power of machine learning with Core ML 2 and Create ML. We've also included our third release of ARKit in only 1 year. With ARKit 2, iOS 12 will provide an even more powerful platform to make dynamic AR apps, integrating shared and persistent AR experiences, object detection and image tracking. We believe AR can enable profound experiences, and Apple is uniquely positioned to provide the best AR experience because of the seamless integration of our hardware and software.

The new capabilities of ARKit 2 will build on the potential of the thousands of AR apps already available in the App Store that are changing the way iPhone and iPad users see and experience the world.

Turning to Mac. We want to empower our developers to bring their innovative apps from the iOS ecosystem to the Mac with minimal effort. Though iOS and macOS are different, they've shared common foundations from the very beginning. So we've taken key frameworks from iOS and adapted them to specific Mac behaviors like using a mouse or trackpad, resizing windows, copy and paste and drag and drop. We started with some of our own apps. So this fall, News, Stocks, Voice Memos and Home will be available on the Mac for the first time with macOS Mojave, and we'll be bringing these great new tools to our developers next year. We believe this will dramatically broaden the ecosystem to benefit all Mac users, creating even more great reasons to choose Mac. Also this fall, the Mac App Store is getting a full redesign with rich editorial content to help customers discover great Mac apps from our developers.

We believe privacy is one of the most important issues of the 21st century, and we're always working to make our products more private and more secure for our users. As we announced at WWDC, beginning this fall, Safari will prevent share buttons and comment widgets on web pages from tracking users without their permission. Safari already protects personal data as users browse the web, so they won't be retargeted by ads.

For Apple Watch, users will see a significant expansion of features and functionality in watchOS 5. Apple Watch will become an even stronger companion for fitness, communication and quick access to information with features including new workouts, activity sharing competitions, auto workout detection, advanced running features, walkie-talkie, podcast and third-party apps on the Siri watch face.

For Apple TV, we've seen major growth in sales since the introduction of Apple TV 4K last fall as video providers around the world choose Apple TV 4K to deliver their subscription services. Later this year, Charter Communications will begin offering Apple TV 4K to its customers in nearly 50 million U.S. households, providing access to live channels and tens of thousands of on-demand programs via the Spectrum TV app on Apple TV 4K, iPhone and iPad.

In tvOS, we'll take the cinematic experience of Apple TV 4K to the next level this fall with support for Dolby Atmos audio and new features to easily find popular shows and movies. Apple TV 4K already offers customers the largest collection of 4K HDR movies. And this fall, iTunes will be the home to the largest collection of Dolby Atmos-supported movies anywhere.

I'm proud that our team's hard work has an impact even beyond these innovative industry-leading products and services. We are always working to leave the world better than we found it. And as part of our commitment to address climate change and increase the use of renewable energy in our supply chain, we recently announced a first-of-its-kind investment fund in China.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Initially, 10 suppliers will join us in investing nearly $300 million over the next 4 years into the China Clean Energy Fund. The fund will invest in and develop clean energy projects totaling more than 1 gigawatt of renewable energy in China, the equivalent of powering nearly 1 million homes.

We're seeing great momentum in our Everyone Can Code and Everyone Can Create initiatives. More than 5,000 schools and community colleges are now teaching Everyone Can Code, and more than 350 schools have committed to incorporating Everyone Can Create into their curricula for the upcoming school year. Coding skills are opening doors for students and job seekers around the world as tremendous growth in the app economy creates opportunity everywhere we look. We're also teaming up with leading educators for blind and deaf communities across the United States, who will start teaching Everyone Can Code this fall.

Looking ahead, we couldn't be more excited about the products and services in our pipeline as well as limitless applications for augmented reality and machine learning technology. We're working with key partners in the enterprise to change the way work gets done with iOS and Mac. We're welcoming communities and offering learning opportunities at our retail locations through hundreds of thousands of Today at Apple sessions each quarter. We're expanding our reach into emerging markets and seeing strong double-digit growth in revenue, and we're making great progress toward our goal of significantly expanding our Services business.

And now for more details on the record June quarter results, I'd like to turn the call over to Luca.

**Luca Maestri**
*CFO & Senior VP*

Thank you, Tim. Good afternoon, everyone. We are very pleased to report the financial results of our best June quarter ever. As we have done in every quarter this fiscal year, we set new quarterly records for both revenue and earnings per share with revenue up 17% year-over-year and EPS up 40%.

We generated $53.3 billion of revenue with year-over-year growth in all of our geographic segments and new June quarter records in the Americas, Europe, Japan and rest of Asia Pacific. We grew in each of our top 15 markets with especially strong performance in the U.S., Hong Kong, Russia, Mexico, the Middle East and Africa, all places where revenue was up by more than 20%.

Gross margin was 38.3%, flat sequentially, as cost improvements and foreign exchange offset the seasonal loss of leverage. Net income was $11.5 billion, up $2.8 billion or 32% over last year, and it was also a new June quarter record. Diluted earnings per share were $2.34, up 40%, and also a new record for the June quarter. And cash flow from operations was very strong at $14.5 billion.

iPhone revenue grew 20% year-over-year, with iPhone ASP increasing to $724 from $606 a year ago, driven by the strong performance of iPhone X, iPhone 8, iPhone 8 Plus across the world.

During the quarter, we sold 41.3 million iPhones, with double-digit unit growth in several markets including the U.S., Canada, Germany, Switzerland, Mexico, Hong Kong, Russia, the Middle East and Africa. Our performance from a customer demand standpoint was stronger than our reported results as we reduced iPhone channel inventory by 3.5 million units during the quarter. We exited the June quarter towards the lower end of our target range of 5 to 7 weeks of iPhone channel inventory.

Customer satisfaction with iPhone continues to be outstanding and is the highest in the industry. The latest survey of U.S. consumers from 451 Research indicates that across all the iPhone models, customer satisfaction was 96%, and combining iPhone 8, 8 Plus and iPhone X, it was even higher at 98%. And among business buyers who plan to purchase smartphones in the September quarter, 81% plan to purchase iPhones, up 3 points from the last survey.

Turning to Services. We had our best results ever with all-time record revenue of $9.5 billion. Services revenue included a favorable $236 million onetime item in connection with the final resolution of various lawsuits. Excluding this amount, Services revenue was still an all-time record, and the underlying growth rate of our Services business was a terrific 28% over last year. We generated double-digit Services growth

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

in all our geographic segments, and the App Store, AppleCare, Apple Music, cloud services and Apple Pay all set new June quarter records.

Our other product category also set a new record for the June quarter with revenue of over $3.7 billion. That's up 37% from last year with great sales momentum for both Apple Watch and AirPods. Apple Watch continues to be the best-selling smartwatch by a wide margin, and units and revenue grew dramatically during the quarter. AirPods continue to be a runaway success, and we've been selling them as fast as we can make them since their launch 1.5 years ago.

Next, I'd like to talk about the Mac. We were very happy to see double-digit year-over-year growth in our active installed base of Macs to a new all-time high, with nearly 60% of purchases during the quarter coming from customers who are new to Mac. Our year-over-year sales performance was impacted by the different timing of the MacBook Pro launch, which did not occur until early Q4 this year as opposed to June last year, with the subsequent channel fill during the June quarter. Even with the difficult launch comparison, we saw great momentum in many emerging markets with growth well into double digits, and we established new June quarter records for Mac sales in India, Turkey, Chile and Central and Eastern Europe.

iPad unit sales grew for the fifth consecutive quarter, and we gained significant share of the global tablet market based on the latest estimates from IDC. We recorded double-digit iPad unit growth in both our Greater China and rest of Asia Pacific segments with a new June quarter record for iPad sales in mainland China. Almost half of iPad purchases in the quarter were by customers new to iPad, and our active installed base of iPads reached a new all-time high. Our overall performance compared to last year was impacted by the introduction of new iPad Pro models in June of last year, which resulted in both a different mix with higher ASPs in channel sales a year ago.

NPD indicates that iPad has 60% share of the U.S. tablet market in the June quarter, up from 51% share a year ago. And the most recent consumer survey from 451 Research measured iPad customer satisfaction ratings of 94%. And among business customers who plan to purchase tablets in the September quarter, 75% plan to purchase iPads.

We continue to make great strides with enterprise customers across multiple industries. For example, financial services institutions are increasingly using iPads to deploy digital signature solutions for customer consent, compliance requirements, new account openings and services transactions. In the railway industry, businesses around the world are using iPhone and iPads to support operations, training, passenger engagement and maintenance activities.

And leading global automotive companies are deploying iPads in dealerships for sales enablement and end-to-end customer service management and are choosing iPhone as the standard mobile device for their employees around the world.

More and more companies are giving their teams a choice when it comes to the devices they use at work. And enterprises, including Salesforce and Capital One, are deploying Macs based on employee preference. In fact, at Salesforce, the majority of their 35,000 employees are using Macs. And companies tell us that Mac has been instrumental in helping them attract and retain talent while providing strong security, streamlined deployment workflow and significantly lower total cost of ownership.

We're also seeing great interest in Business Chat, our powerful new way for organizations to connect with customers. Business Chat lets customers get answers to questions, resolve issues and complete transactions directly from within Messages by starting a conversation on their iPhone or iPad and even continue that conversation on their Mac or Apple Watch.

Dish Network is making Business Chat available to customers across the U.S. to enhance the customer service experience for pay-TV. Customers can instantly reach a live agent with their questions, make account changes, schedule an appointment or order a pay-per-view movie or sporting event, all without leaving the Messages conversation.

And Citizens Bank Park, home of the Philadelphia Phillies, is testing Business Chat with Aramark to handle beverage orders during games. Fans simply use their iPhone camera to scan a QR code on the back of

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

their seats, taking them directly to a Business Chat conversation in Messages. From there, they can order drinks, pay quickly and securely with Apple Pay and have them delivered directly to their seats without missing a moment of on-field play.

Our retail and online stores had a great quarter, thanks to very strong growth from iPhone, AirPods and Apple Watch and the expansion of HomePod to Canada, France and Germany. Our stores hosted more than 250,000 of our very successful Today at Apple sessions. We continue to have content across all Today at Apple topics, including popular new sessions on music and photography. We opened our 50th retail store in Greater China during the quarter, and we just opened a beautiful new store in Milan this month, putting the number of stores located outside the U.S. to 46% of the total.

Let me now turn to our cash position. We ended the quarter with $243.7 billion in cash plus marketable securities. We retired $6 billion of debt during the quarter, leaving us with $102.6 billion in term debt and $12 billion in commercial paper outstanding for a net cash position of $129.1 billion. As we explained in February, we plan to reach a net cash neutral position over time.

We returned almost $25 billion to investors during the quarter, including $3.7 billion in dividends and equivalents. We repurchased $20 billion worth of Apple shares, of which $10 billion related to the completion of our previous $210 billion buyback program and $10 billion to the beginning of the new $100 billion authorization we announced 3 months ago for a total of 112.8 million shares repurchased through open market transactions during the quarter.

As we move ahead into the September quarter, I'd like to review our outlook, which includes the types of forward-looking information that Nancy referred to at the beginning of the call. We expect revenue to be between $60 billion and $62 billion. As you will recall, our September quarter results last year included a onetime favorable adjustment of $640 million to our Services revenue. Taking that adjustment into account, our revenue guidance implies year-over-year growth of about 16% to 19%.

We expect gross margin to be between 38% and 38.5%. We expect OpEx to be between $7,950,000,000 and $8,050,000,000. We expect OI&E to be about $300 million, and we expect the tax rate to be about 15% before discrete items.

Also today, our Board of Directors has declared a cash dividend of $0.73 per share of common stock payable on August 16, 2018, to shareholders of record as of August 13, 2018.

With that, I'd like to open the call to questions.

**Nancy Paxton**
*Senior Director of Investor Relations and Treasury*
Thank you, Luca. [Operator Instructions]

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

Our first question comes from Katy Huberty with Morgan Stanley.

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

I'll ask both my questions upfront. First, for Tim, you're on track to hit your Services revenue target even earlier than planned. So how are you thinking about the next legs of Services growth as you move into the next 3 to 5 years? And then for you Luca, NAND prices are falling this year. Services mix is rising. Those should both positively influence gross margins. And yet, we're seeing gross margin sort of hang out here at 38%. What are the offsetting headwinds? And is it possible that we could see the tailwinds start to overpower those headwinds in the next couple of quarters and see gross margins drift higher?

**Timothy D. Cook**
*CEO & Director*

Yes, Katy, thanks for your questions, it's Tim. On the Services side, we're thrilled with the results. They were very broad-based. We had double-digit Services growth in all of the geographic segments. And the App Store, AppleCare, Apple Music, cloud services, Apple Pay all set new June quarter records. And then, of course, subscriptions have now passed 300 million as I've mentioned before. And so we're -- we couldn't be happier with how things are going. In terms of the next leg of this, we're -- given the momentum that we're seeing across the board, we feel great about our current services. But obviously, we're also thrilled about our pipeline that have some new services in it as well. And so with the combination of these, we feel great about hitting our objectives and maybe even doing a little better.

**Luca Maestri**
*CFO & Senior VP*

Katy, for margins, let me tell you about the puts and takes for the June quarter, then I'll talk about the guidance for Q4 and make some general observations for the future. Starting with the June quarter, typically, we see a decline in gross margin going from the March quarter to the June quarter. Last year, we were down 40 bps, 2 years ago, we were down 140 bps. This year, we were able to keep GM flat sequentially. During the quarter, we always have some loss of leverage because of our typical seasonality. This year, we were able to offset that with some cost improvements, and also we had some favorability in foreign exchange on a sequential basis. Unfortunately, as you know, the U.S. dollar has already appreciated again recently, so we do not expect to see that favorability to repeat during the September quarter. But those are the puts and takes for June, and we're very happy to see gross margin sequentially flat for June. For September, we're also guiding about flat sequentially at the midpoint. As you know, we typically have what we call product transition costs during the September quarter. And this year, we also have about 30 bps of headwind from foreign exchange, again because the dollar has appreciated recently. We expect those 2 factors to be offset by positive leverage because we've seen the revenue guidance that we provided and the mix to Services that you've actually mentioned during your question. So we feel pretty good about most of the guidance for the fourth quarter. Looking forward, you know we don't provide guidance beyond the current quarter, but I think we have a pretty good record over the last several years to make good business decisions, balancing units, revenue and margins. As you know, foreign exchange has been a very significant headwind over the last 3-plus years, but we've been able to manage that. On the memory front, it is true that prices have started to decline. It has been a significant headwind for the last 12 to 18 months and still in the June quarter was negative. We believe that we're going to start seeing some improvement from here on.

**Operator**

Our next question will come from Shannon Cross with Cross Research.

**Shannon Siemsen Cross**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Cross Research LLC*

Tim, can you talk a bit about trends within your iPhone sales? ASPs were above expectations. And now that you've had -- and that was clearly better than some of the comments from some of your competitors. Now that you've had about 9 months of experience with the high-end fully featured phone, can you talk a bit about what you think customers want, what the elasticity of demand is and how you're sort of thinking about your competitive position? And then I have a follow-up.

**Timothy D. Cook**
*CEO & Director*

Yes. Shannon, we feel great about the results on iPhone, up 20%. And if you look for the cycle -- by the cycle, I mean Q1, Q2 and Q3, we've had, on an average weekly basis, growth in units of sort of mid-single-digit and ASP growth of double-digit. And so if you -- and look at iPhone X in particular, it's the most innovative smartphone on the market. We priced it at a level that represented the value of it, and we're really -- we could not be happier that it has been the top-selling iPhone since the launch, and so we feel terrific about iPhone X. If you look at the -- sort of the top of our line together, and by that I mean the iPhone X, the 8 and the 8 Plus, they are growing very nicely as you can probably tell from looking at the ASP, and we couldn't be happier with how that's gone. And so I think in this cycle, we've learned that customers want innovative products. And we sort of already knew that in other cycles and other points in times, but it just puts an exclamation point by that, I believe, with looking at the results. On the -- at the unit level, the iPhone SE had a difficult comp to the year-ago quarter, and so -- when we changed some of the configurations -- the memory configurations in the year-ago quarter. If you look at it on a geographic basis, the top 3 selling phones in urban China were iPhone, where iPhone X was #1 and has been for a couple of quarters. And iPhones make up 3 of the top 5 smartphones in the U.S., U.K. and Japan. And so it's difficult sometimes to get a read over exactly what's happening in the market. But given the industry numbers that we've seen, it's clear that we picked up global market share and picked up market share in several countries, not only iPhone but iPad as well.

**Shannon Siemsen Cross**
*Cross Research LLC*

Great. And then can you talk a bit about China, up 19% -- Greater China, up 19% year-over-year during the quarter, I believe? Obviously, iPhone doing well, but -- there was some concern that maybe some of what's going on in the trade world might have impacted, it doesn't seem like that. So I'm just curious as to what you're seeing in China and how you're thinking about it as you look forward.

**Timothy D. Cook**
*CEO & Director*

Yes, it's a good question. Thank you. This is the fourth consecutive quarter that we've had double-digit growth in Greater China. I mentioned how iPhone X and sort of the iPhones were selling. We did pick up share in iPhone and iPad. But if you look more holistically at our complete line, we had a double-digit growth from Services to iPad to iPhone and to our other product category, which the Watch did extremely well. And so there are lots of good things happening there. In terms of the tariffs themselves, maybe I could sort of take a step back because I'm sure that a lot -- some people have questions on this. And our view on tariffs is that they show up as a tax on the consumer and wind up resulting in lower economic growth and -- sometimes can bring about significant risk of unintended consequences. That said, the trade relationships and agreements that the U.S. has between -- between the U.S. and other major economies are very complex, and it's clear that several are in need of modernizing. But we think that in the vast majority of situations that tariffs are not the approach to doing that, and so we're sort of encouraging dialogue and so forth. In terms of the tariffs that have been imposed or have exited the comment period, I think that there's one that's exiting today, there have been 3 of those. And maybe I could walk through those briefly just to make sure everybody's on the same page. The first was the U.S. imposed a tariff on steel and aluminum that was -- many, many different countries, that started, I believe, at the beginning of June. There have been 2 other tariffs that have totaled about $50 billion of goods from China that have either been implemented or are exiting the comment period in this month. I think the latest one is today. If you look at those 3 tariffs, none of our products were directly affected by the tariffs. There

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

is a fourth tariff, which includes goods valued at $200 billion, also focused on goods that are imported from China. That one is out for public comment. Probably like everyone else, we're evaluating that one, and we'll be sharing our views of it with the administration and so forth before the comment period for that one ends. It's actually a tedious process in going through it because you not only have to analyze the revenue products, which are a bit more straightforward to analyze, but you also have to analyze the purchases that you're making through other companies that are not related to revenue. Maybe they're related to data centers and this sort of thing. And so we're going through that now, and we'll be sharing our results later on those and feeding back from the comment. Of course, the risk associated with more of a macroeconomic issue, such as an economic slowdown in one or more countries or currency fluctuations that are related to tariffs is very difficult to quantify. And so that -- and we're not even trying to quantify that, to be clear about it. All of this said, we're optimistic, as I've been the whole time, that this will get sorted out because there's an inescapable mutuality with -- between the U.S. and China that sort of serves as a magnet to bring both countries together. Each country can only prosper if the other does. And of course, the world needs both U.S. and China to prosper, for the world to do well. That said, I can't predict the future, but I am optimistic that the countries will get through this. And we are hoping that calm heads prevail.

**Operator**

And that will come from Brian White with Monness, Crespi.

**Brian John White**
*Monness, Crespi, Hardt & Co., Inc., Research Division*

Yes. Tim, I'm wondering if you could talk a little bit about the multiyear partnership with Oprah Winfrey and what that says about your original content strategy. And also Apple Music, if you can give us a little more color, sort of an update maybe around paid subscribers or total subscribers around Apple Music and how you feel that's rolled out.

**Timothy D. Cook**
*CEO & Director*

Yes, sure, Brian. Thanks for the question. We're very excited to work with Oprah. We think that her incomparable ability and talent to connect with audiences around the world are -- there's no match. And we think that we can do some great original content together, and so we could not be happier in working with Oprah. As you know, we hired 2 highly respected television executives last year, and they have been here now for several months and have been working on a project that we're not really ready to share the -- all the details about it yet. But I couldn't be more excited about what's going on there. And we've got great talent in the area that we've sourced from different places and feel really good about -- felt really good about what we will eventually offer. In terms of the sort of the key catalysts and the changes -- the cord-cutting, in our view, is only going to accelerate and probably accelerate at a much faster rate than is widely thought. We're seeing the things that we have on the periphery of this like Apple TV units and revenue grew by very strong double digits, very, very strong double digits in Q3. As I mentioned in my opening comments, we're seeing different providers pick up the Apple TV and use it as their box to go to market with their subscription service. There are -- within the 300 million-plus paid subscriptions, some of these are third-party video subscriptions, and we see the growth that is going on there. It's like 100% year-over-year. And so all the things from a -- all the forcing functions here from the outside all point to dramatic changes speeding up in the content industry. And so we're really happy to be working on something but just not ready to talk about it in, in depth today. In terms of Apple Music, we're well over 50 million listeners now when you add the -- our paid subscribers and the folks in the trial. And so we're moving along at a very, very good rate. It appears to us and what we've been told is that we took the leadership position in North America during the quarter, and we had leadership position in Japan. And so in some of the markets that we've been in for a long period of time, we're doing quite well. But really, the key thing in Music is not the competition between companies that are providing music, it's the -- the real challenge is to grow the market because if you add everyone up that's providing subscription music today or streaming music, it's -- outside of China, it's less than 200 million probably around the world. And so it does seem to me, there's an extraordinary opportunity in that business to grow the market

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

well. And I think if we put our emphasis there, which we're doing, that -- we'll be a beneficiary of that as other people will as well. But I like where we are. Our revenues on Apple Music grew over 50%, as I'd mentioned earlier, during the quarter. And so it's really, really strong, strong results. Thanks for the question.

## Operator

Toni Sacconaghi with Bernstein has our next question.

### A.M. Sacconaghi
*Sanford C. Bernstein & Co., LLC., Research Division*

I have one for Luca and one for Tim, please. Luca, I'm wondering, as we think about modeling Q4, iPhone ASPs are typically up sequentially about 2% to 4%, sort of low single digits. Perhaps you can help us think through how we should be thinking about Q4. I know you provided some commentary last quarter on how we should be thinking about Q3 ASPs.

### Luca Maestri
*CFO & Senior VP*

Toni, as you know, we do not provide guidance for either units or ASPs for any product category. But of course, we provide a guidance on revenue. And the guidance range implies growth of 16% to 19%. We expect the growth to come from strong growth from iPhone, from Services and from Wearables, which has been a bit of our pattern during the course of the year. On iPhone ASP, the only thing that I would point out is that, obviously, we're exiting the June quarter at a significantly higher level than in the past. And so that, I think it's important to keep in mind -- as we move into the September quarter, it's important to keep in mind the type of revenue growth that we've implied in our guidance.

### A.M. Sacconaghi
*Sanford C. Bernstein & Co., LLC., Research Division*

Okay. Tim, I was wondering if you could just comment a little bit about the health of the smartphone market. Apple's smartphone iPhone units have been relatively flat for 4 years. And I think you've probably been a share gainer during the period, which would suggest, at least at the high end of the market, that is perhaps flat to down. And I'm wondering if you can comment on, a, whether you believe that and what you think might be happening with replacement cycles and specifically also what impact, if any, you've seen from wider availability and less expensive replacement batteries for iPhones.

### Timothy D. Cook
*CEO & Director*

I think the smartphone market is very healthy. I think it's actually the best market in the world to be in for someone that is in the business that we're in. So it's an enormous-sized market and whether it grows -- from our point of view, whether it grows 1% or 2% or 5% or 6% or 10% or shrinks 1% or 2%, it's a great market because it's just huge. And so that's kind of the way that I view that. iPhone revenues are up 20% for the quarter over last year. We're really pleased with that. And if you look at the sort of this cycle, which I'll define as Q1, Q2, Q3 for ease, you'll see that we've grown like mid-single digits and -- on an average weekly sales point of view and, of course, double-digit on ASP. And so I think it's really healthy. In terms of replacement cycles, as I've mentioned I think on a previous call, some replacement cycles are lengthening. I think that the major catalyst for that was probably the subsidy plans becoming a much smaller percentage of total sales around the world than they were at one time. And so I think that some are lengthening and -- but I think for us, the thing that we always have to do is come out with a really great innovative product. And I think that iPhone X shows that when you deliver great innovative product, there's enough people there that would like that, and it can be a really good business. And so that's how I look at that. In terms of the -- our installed base, which is something very important for us as it is one of the key drivers of Services, our active installed base on iPhone grew double digits over last year during the quarter. And so we're thrilled with that. And you can see that carrying through to the Services line, in the -- and the growth that we have there. In terms of batteries, we have never done an analysis internally about how many people decided to get a lower-priced battery than buy another phone because it was

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

never about that for us. It was always about doing something great for the user. And I think if you treat the users and customers well, then you have a good business over time, and so that's how we look at that.

**Operator**

Next, we'll take a question from Laura Martin from Needham.

**Laura Anne Martin**
*Needham & Company, LLC, Research Division*

Yes, can you hear me okay?

**Nancy Paxton**
*Senior Director of Investor Relations and Treasury*

Yes.

**Timothy D. Cook**
*CEO & Director*

Yes.

**Laura Anne Martin**
*Needham & Company, LLC, Research Division*

Great, okay. Super. I'd like to focus on product road map and strategy. There is a war going on for the home, the connected home, over the Internet of Things. And with 2 products, the HomePod and Apple TV in the home, my question is, strategically, how do you feel about the importance of being in the home and whether it threatens your dominance outside the home, with your core business in the mobile devices, if you sort of lose that battle? I'm just trying to figure out strategically, when you think about where the puck's going, how important is it for you to have a beachhead in the home as well as out of home?

**Timothy D. Cook**
*CEO & Director*

I think the home business, Laura, is bigger than the HomePod and Apple TV. They're both important products clearly. But everybody has their iPhone at home as well and everybody has their Mac at home and everyone has their iPad at home. And so in terms of the -- Siri access points, there -- as you can tell from the 100 billion number I quoted in the script, there's an extraordinary amount of usage of these products that are used to perform home-related functions. I do that every day with controlling all my home automation and so on and so forth. Part of that is on HomePod, but part of it is with the Apple Watch and the iPhone and the iPad. And so I think home is important. Home is important. Work is important. The movement between the 2 are important. Health is important. So the smartphone has become the repository that goes across the whole of your life, not something that is just meant for a portion of it. And so I think all of those are important, and we're focused on all of them. Thanks for your question.

**Laura Anne Martin**
*Needham & Company, LLC, Research Division*

That's helpful actually. Yes, sort of. I mean, I'll watch your product road map and be able to tell what the answer is. The other thing, the thing I get in fights with investors about the most is this, and I'd love your insight on this. I love the expansion of the new products. The question I have is, are they actually on-ramped into the Apple ecosystem, the Beats, the Watch, the AirPods, subscriptions? Are they on-ramped into the ecosystem? Or is the on-ramp to the ecosystem the iPhone, and then these new products add revenue per member once you get somebody into the ecosystem via the iPhone?

**Timothy D. Cook**
*CEO & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

The -- a lot of people that buy Apple products buy for the whole ecosystem even though they might not currently use all the different products. And so the way that I think about those products are they're products within the ecosystem itself. And there's a -- the AirPods have really gone through the roof, and the Apple Watch has hit an air pocket and has gone to a whole different level, as I had mentioned earlier, with our overall Wearables revenue. And so in my view, this is a part of the -- they are a core part of the ecosystem.

**Laura Anne Martin**
*Needham & Company, LLC, Research Division*

And so they attract a new person to the ecosystem. Or does the person have to have an iPhone first?

**Timothy D. Cook**
*CEO & Director*

It is -- well, but on your point though, it is clear from communications that I've had with users that some of them were attracted to iPhone because of the Apple Watch. And so the Apple Watch led them to the iPhone. The reverse of that is also true is that somebody got the iPhone and then decided, "I really want something to coach me in fitness and to curate some of the communications and so forth like the Watch does so well." And so it's not always a linear path. I see these things as being somewhat fluid and different for each user.

**Laura Anne Martin**
*Needham & Company, LLC, Research Division*

So they're complementary and self-reinforcing. Okay, that makes sense. All right.

**Timothy D. Cook**
*CEO & Director*

Exactly right. Thank you for the questions.

**Nancy Paxton**
*Senior Director of Investor Relations and Treasury*

Thank you, Laura. A replay of today's call will be available for 2 weeks on Apple podcast, as a webcast on apple.com/investor and via telephone. And the numbers for the telephone replay are (888) 203-1112 or (719) 457-0820. Please enter confirmation code 5838188. And these replays will be available by approximately 5 p.m. Pacific Time today.

Members of the press with additional questions can contact Josh Rosenstock at (408) 862-1142. And financial analysts can contact Matt Blake or me with additional questions. Matt is at (408) 974-7406, and I'm at (408) 974-5420. Thanks again for joining us.

**Operator**
That does conclude our conference for today. Thank you for your participation.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

# EXHIBIT 15

**S&P Global**
Market Intelligence

# Apple Inc. NasdaqGS:AAPL
# FQ4 2018 Earnings Call Transcripts
## Thursday, November 01, 2018 9:00 PM GMT
S&P Global Market Intelligence Estimates

| | | -FQ4 2018- | | -FQ1 2019- | -FY 2018- | | | -FY 2019- |
|---|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| **EPS Normalized** | 2.78 | 2.91 | ▲4.68 | 4.88 | 11.76 | 11.91 | ▲1.28 | 13.77 |
| **Revenue (mm)** | 61579.72 | 62900.00 | ▲2.14 | 92878.48 | 264241.19 | 265595.00 | ▲0.51 | 281819.36 |

Currency: USD
Consensus as of  Nov-01-2018 12:04 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

| | - EPS NORMALIZED - | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| **FQ1 2018** | 3.85 | 3.89 | ▲1 1.04 % |
| **FQ2 2018** | 2.67 | 2.73 | ▲2 2.25 % |
| **FQ3 2018** | 2.18 | 2.34 | ▲3 7.34 % |
| **FQ4 2018** | 2.78 | 2.91 | ▲4 4.68 % |

COPYRIGHT © 2018 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Table of Contents

| | | |
|---|---|---|
| Call Participants | ..................................................................... | 3 |
| Presentation | ..................................................................... | 4 |
| Question and Answer | ..................................................................... | 10 |

# Call Participants

**EXECUTIVES**

**Luca Maestri**
*CFO & Senior VP*

**Nancy Paxton**
*Senior Director of Investor
Relations and Treasury*

**Timothy D. Cook**
*CEO & Director*

**ANALYSTS**

**Jim Suva**
*Citigroup Inc, Research Division*

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

**Michael Joseph Olson**
*Piper Jaffray Companies, Research
Division*

**Shannon Siemsen Cross**
*Cross Research LLC*

**Wamsi Mohan**
*BofA Merrill Lynch, Research
Division*

Copyright © 2018 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good day, and welcome to the Apple Inc. Fourth Quarter Fiscal Year 2018 Earnings Conference Call. Today's call is being recorded. At this time, for opening remarks and introductions, I would like to turn the call over to Nancy Paxton, Senior Director of Investor Relations. Please go ahead.

**Nancy Paxton**
*Senior Director of Investor Relations and Treasury*

Thank you. Good afternoon, and thanks to everyone for joining us. Speaking first today is Apple's CEO, Tim Cook; and he'll be followed by CFO, Luca Maestri. After that, we'll open the call to questions from analysts.

Please note that some of the information you'll hear during our discussion today will consist of forward-looking statements, including, without limitation, those regarding revenue, gross margin, operating expenses, other income and expense, taxes, capital allocation and future business outlook. Actual results or trends could differ materially from our forecast.

For more information, please refer to the risk factors discussed in Apple's most recently filed periodic reports on Form 10-K and Form 10-Q and the Form 8-K filed with the SEC today, along with the associated press release. Apple assumes no obligation to update any forward-looking statements or information which speak as of their respective dates.

I'd now like to turn the call over to Tim for introductory remarks.

**Timothy D. Cook**
*CEO & Director*

Thank you, Nancy. Good afternoon, everyone, and thanks for joining us. I just got back from Brooklyn, where we marked our fourth major launch at the end of the year. In addition to being a great time, it put an exclamation point at the end of a remarkable fiscal 2018.

This year, we shipped our 2 billionth iOS device, celebrated the 10th anniversary of the App Store and achieved the strongest revenue and earnings in Apple's history. In fiscal year '18, our revenue grew by $36.4 billion. That's the equivalent of a Fortune 100 company in a single year. And we're capping all that off with our best September quarter ever.

Revenue was $62.9 billion, ahead of our expectations. That's an increase of 20% over last year and our highest growth rate in 3 years. We also generated record Q4 earnings with 41% year-over-year growth in EPS. Record results from iPhone, Services and Wearables drove our momentum, and we produced strong double-digit revenue growth in all of our geographic segments.

It was a big year and a big quarter for iPhone. Q4 revenue was up 29% over last year, an increase of over $8 billion to a new September quarter record, fueled by continued momentum for iPhone 8, 8 Plus and X and the very successful launch of iPhone Xs and iPhone Xs Max. These latest devices are our most advanced iPhones ever with the industry's first 7-nanometer A12 Bionic chip with an Apple-designed 8-core Neural Engine capable of executing an astounding 5 trillion operations per second.

The A12 Bionic is many years in the making and a huge technological leap forward. It sets the iPhone experience far apart from the competition using real-time machine learning to transform the way we experience photo, gaming, augmented reality and more. It makes full use of the dual-camera system that shoots portrait mode photos with Smart HDR and dynamic depth of field, and Face ID is even faster.

The response has been powerful. As one reviewer put it, "iPhone Xs and Xs Max are the perfect blend of design and craftsmanship as well as seamlessly intuitive user experience." We're not done yet. Just last week, we began shipping iPhone XR, bringing the latest iPhone breakthroughs to even more users.

Copyright © 2018 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

With an all-screen glass and aluminum design and the most advanced LCD in a smartphone, the product reviews had been overwhelmingly positive.

iOS 12 has gotten off to an incredible start. It's been installed on more systems in its first month than any version of iOS ever. iOS 12 is delivering system-wide performance enhancements, Siri Shortcuts and new tools to help people reduce interruption and manage screen time for themselves and their kids.

Siri Shortcuts, in particular, is already deeply integrated with some of the most popular apps out there. Whether you're tracking your workouts or rushing to catch a flight, you can be sure all of your most relevant apps are working together with Siri in the driver seat.

iOS 12 also features ARKit 2, a major upgrade to our augmented reality engine. ARKit 2 makes possible simultaneous multi-user experiences and real-world object incorporation. Our developer community is really running with this technology. From gaming to shopping, we're seeing great new use cases emerge. iOS devices deliver the best AR experiences of any products in the market today, and with the announcement of our new iPad Pro this week, we've made that gap even wider.

More powerful than the vast majority of PC laptops, the new iPad Pro is unrivaled in its versatility and performance. And paired with the beautifully refined Apple Pencil and a new streamlined full-size smart keyboard, iPad Pro will extend its lead as the ultimate creativity and productivity device. And finally, just this week, we delivered the hotly anticipated group FaceTime functionality to all FaceTime-enabled devices.

For Services, it was our best quarter ever with revenue at $10 billion. Excluding the impact of a favorable onetime accounting adjustment of $640 million a year ago, our Services growth was 27%.

We set new Q4 records in all of our geographic segments and new all-time revenue records for the App Store, cloud services, AppleCare, Apple Music and Apple Pay. We also continued to see strong growth in paid subscriptions, reaching over 330 million in our ecosystem.

I want to spotlight the exceptional performance of Apple Pay, which is, by far, the #1 mobile contactless payment service worldwide. Transaction volume tripled year-over-year, and to put that into perspective, Apple Pay generated significantly more transactions than even PayPal mobile with over 4x the growth rate.

As a testament to accelerating U.S. growth, Costco completed the rollout of Apple Pay to over 500 U.S. warehouses last quarter, while Neiman Marcus is now accepting Apple Pay at over 40 stores across the country. With these additions, 71 of the top 100 merchants and 60% of all U.S. retail locations support Apple Pay.

We continue to invest in our strategy to replace the wallet with the recent launch of student ID passes at several major U.S. universities. And 10 months following its launch, Apple Pay Cash is the highest-rated mobile peer-to-peer service by Consumer Reports based on exceptional payment authentication and data privacy.

We set an all-time quarterly record for Mac revenue, thanks to strong performance in MacBook Pro and the impact of the back-to-school season. In September, we delivered macOS Mojave, bringing powerful new features to Mac like dark mode, stack and a completely redesigned Mac App Store. Considered alongside the release of iOS 12, watchOS 5 and a new tvOS, macOS Mojave tells a powerful story of the seamless integration of world-class hardware, software and services that define the Apple ecosystem.

As I mentioned at the beginning of the call, earlier this week, we announced exciting updates to the Mac lineup. The all-new MacBook Air brings a stunning Retina display, Touch ID, the latest processors and an even more portable design to the world's most beloved notebook. We also unveiled the biggest update ever to Mac mini, the small yet muscular desktop that powers everything from the music and sound effects of Broadway to the developers who build some of the most popular apps in the App Store. The new Mac mini boasts an amazing 5x faster performance than before.

With revenue growth over 50%, it was another record quarter for Wearables, which includes Apple Watch, AirPods and Beats products. With the highest customer satisfaction in the industry, Apple Watch has become an essential part of people's lives. The customer response to the Apple Watch Series 4 has been

Copyright © 2018 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

overwhelmingly positive, driven by its all-new design, larger display, faster performance, fall detection, enhanced cellular reception and electrical heart sensor.

Later this year, the ECG app will be available to Apple Watch Series 4 customers in the U.S., giving them the ability to take an electrocardiogram anytime right from their wrists. And for U.S. customers with Apple Watch Series 1 and later, watchOS will soon enable periodic checks for irregular heart rhythms that may be suggestive of AFib. These are unprecedented and potentially life changing features, showing how Apple Watch is not only an indispensable communication and fitness companion but also an intelligent guardian for your health. More broadly, we see this as just one further example of the kind of contribution we can make in the health space, and we look forward to making more in the future.

We are proud to bring HomePod to new customers. I was in Spain last week as HomePod became available there and in Mexico. HomePod delivers the highest fidelity audio quality, working together with an Apple Music subscription to stream over 50 million songs into any room in your home.

Our retail team posted record Q4 results to conclude their biggest year ever. They are transforming our stores into places where customers come to connect, learn and be inspired together with people from their community. Our Today at Apple sessions are a terrific example of what that looks like in practice. We hosted over 250,000 Today at Apple sessions this quarter, connecting aspiring creators with local photographers, illustrators and other experts who can help them get the most out of their devices. Apple Stores also hosted 74,000 kids at Apple Camp.

The relationship Apple has with our customers is about more than just making a purchase. With the recent addition of beautiful new stores in Italy, Japan, China and in just a few weeks, Thailand, we will have 506 stores where we can further those relationships, almost half of which are outside United States.

Before I turn the call over to Luca, I'd like to touch on 2 items that may not show up in our financial statement but are just as integral to Apple's mission and our commitment to making the world a better place.

First, education. More than 5,000 schools, community colleges and technical colleges worldwide are now using Everyone Can Code, our free coding curriculum. Ideas, creativity and passion for technology's potential aren't limited by ZIP code or country, and we don't think opportunity should be either. We're also excited that educators in more than 350 schools around the world have started working with Everyone Can Create, the free collection of tools and project guides we introduced this spring designed to help unleash kids' creativity throughout their school day with the help of iPad.

Next is the environment. This was a milestone year for Apple's commitment to our planet. In April, we announced that 100% of our global operations are powered by renewable energy. We also made progress in doing the same in our supply chain. And just this week, we announced that the enclosures of new products like MacBook Air and iPad Pro will be made from 100% recycled aluminum, a strong, durable and beautiful new alloy designed by Apple.

This is a great example of how a commitment to do right on the issues that matter can drive once unimaginable innovation, new ways of approaching old problems and beautiful solutions that set us apart. I'd like to thank all of our employees, customers, developers and business partners for helping us deliver outstanding results across our fiscal 2018. We are headed into the holidays with our strongest product lineup ever, and we could not be more bullish about Apple's future.

And now Luca has more details to share with you on the September quarter. Luca?

**Luca Maestri**
*CFO & Senior VP*

Thank you, Tim. Good afternoon, everyone. We are extremely pleased to report record results for our September quarter, which capped a tremendously successful fiscal 2018, a year in which we saw double-digit revenue growth in every geographic segment and established new revenue and earnings records in every single quarter.

Copyright © 2018 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Revenue in the fourth quarter was $62.9 billion, up 20% and more than $10 billion over last year with strong double-digit growth in each of our geographic segments and record Q4 revenue in the Americas, in Europe, Japan and rest of Asia Pacific. In fact, we set new revenue records in almost every market we track with especially strong growth in Germany, Italy, Sweden, Switzerland, Japan and Korea, all major markets where revenue growth was 25% or higher. We also set new fourth quarter revenue records for iPhone and Wearables and new all-time records for Services and Mac.

Gross margin was 38.3%, flat sequentially in line with our expectations as leverage from higher revenue offset seasonal transition costs. We set new September quarter records for net income, EPS and cash flow from operations. Net income was $14.1 billion, up $3.4 billion or 32% over last year. Diluted earnings per share were $2.91, up 41%. Cash flow from operations was $19.5 billion, up $3.8 billion from a year ago.

iPhone revenue grew 29% with growth of more than 20% in every geographic segment. iPhone ASP was $793 compared to $618 a year ago, driven by strong performance of iPhone X, 8 and 8 Plus as well as the successful launch of iPhone Xs and Xs Max in the September quarter this year, while we launched iPhone X in the December quarter last year.

We sold 46.9 million iPhones during the quarter with growth of 20% or more in several markets, including Japan, Australia, New Zealand, Sweden, Norway, Chile and Vietnam. Customer satisfaction with iPhone continues to be outstanding and is the highest in the industry. The latest survey of U.S. consumers from 451 Research indicates customer satisfaction of 98% for iPhone X, 8 and 8 Plus combined. And among business buyers who plan to purchase smartphones in the December quarter, 80% plan to purchase iPhones.

Turning to Services. It was our best quarter ever in total and virtually in every market around the world with revenue of $10 billion. A year ago, we had a onetime $640 million favorable impact to Services revenue due to an accounting adjustment, and taking that into account, our Services growth in Q4 this year was 27%. As Tim mentioned, we reached new all-time quarterly revenue records for many Services categories, and we are well on our way to achieve our goal to double our fiscal 2016 Services revenue by 2020.

We now have over 330 million paid subscriptions on our platform, an increase of over 50% versus a year ago. We are very pleased not only with the growth but also with the breadth of our subscription business. In fact, 30,000 third-party subscription apps are available in the App Store today, and the largest of them all represents less than 0.3% of our total Services revenue.

Next, I'd like to talk about the Mac. We saw great response to our new MacBook Pro models that we launched in July with strong double-digit revenue growth driving an all-time quarterly record for Mac revenue. We were especially pleased with Mac momentum in emerging markets with strong growth in Latin America, in India, the Middle East and Africa and Central and Eastern Europe. At over 100 million units, our active installed base of Macs is at an all-time high, and the majority of customer purchasing Macs in the September quarter were new to Mac.

We sold 9.7 million iPads during the quarter, gaining share in nearly every market we track based on the latest estimates from IDC. We generated iPad growth in a number of key regions around the world, including Latin America, Europe, Japan, India and South Asia. Among customers around the world purchasing iPads during the quarter, nearly half were new to iPad, and our active installed base of iPads reached a new all-time high.

NPD indicates that iPad had 58% share of the U.S. tablet market in the September quarter, up from 54% share a year ago. And the most recent consumer survey from 451 Research measured iPad customer satisfaction ratings of 96% for both iPad and iPad Pro. And among business customers who plan to purchase tablets in the December quarter, 74% plan to purchase iPads.

Other products revenue grew 31% to a new September quarter record with an increase of over $1 billion compared to a year ago, thanks to Wearables growth of over 50% and the strong performance of Apple TV in addition to the introduction of HomePod earlier this year.

Copyright © 2018 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

As we look back across fiscal 2018, we have made great progress in the enterprise market, where iOS is transforming how business gets done across multiple industries. In fact, over 450 airlines and 47 of the top 50 around the world have adopted iOS to help pilots fly safer, more efficient flights. And many airlines are also using iOS to support better customer experiences and improve maintenance operations.

We're also making great strides in the retail sector, where 9 of the top 10 global retailers use iOS devices to transform their customer and employee experiences. We are seeing industry-wide adoption of iOS at thousands of retailers from neighborhood boutiques to many of the best-known retailers in the world. Deployment of iOS devices is growing steadily as retailers replace their traditional point-of-sale systems and use custom iOS apps on iPhones and iPads to provide highly personalized shopping experiences.

Our success in enterprise is supported by our key partnerships. Since launching our first strategic partnership with IBM, 240 large customers have signed MobileFirst for iOS deals. Additionally, earlier in the year, we introduced 2 new technology offerings: IBM Watson services for Core ML and the IBM Cloud Developer Console for Apple that are enabling businesses to combine machine learning and cloud for a new generation of dynamic smart apps made for iOS. Over 60 new signings across numerous industries have been added since launching these new tools.

In our new partnership with Salesforce, we're excited to bring together the #1 customer relationship management platform and iOS. Together with Apple, Salesforce is redesigning its apps to embrace the native mobile platform with exclusive new features on iOS. The company can also provide tools and resources for millions of Salesforce developers to build their own native apps with a new Salesforce Mobile SDK for iOS.

And finally, we recently announced Apple business manager, a new way for IT teams to deploy Apple devices at scale. The response from companies around the world has been tremendous with over 40,000 companies currently enrolled.

Let me now turn to our cash position. We ended the quarter with $237.1 billion in cash plus marketable securities. We also had $102.5 billion in term debt and $12 billion in commercial paper outstanding for a net cash position of $122.6 billion. As explained earlier this year, it is our plan to reach a net cash neutral position over time. As part of this plan, we returned over $23 billion to investors during the quarter. We repurchased 92.5 million Apple shares for $19.4 billion through open market transactions, and we paid $3.5 billion in dividends and equivalents.

For our fiscal year 2018, revenue grew over $36 billion to $265.6 billion, an all-time record. Every geographic segment grew double digits with new records in the Americas, Europe, Japan and rest of Asia Pacific. We also set new all-time records for net income, up 23% versus last year and EPS, up 29%. And we returned a total of almost $90 billion to our investors during the year, including almost $14 billion in dividends and equivalents and over $73 billion in share repurchases.

Before we discuss our December quarter outlook, I'd like to describe a number of changes in our financial reporting that we're implementing as we enter our new fiscal year. First, given the increasing importance of our Services business and in order to provide additional transparency to our financial results, we will start reporting revenue as well as cost of sales for both total products and total services beginning this December quarter.

Second, also beginning this December quarter, we're adopting the FASB's new standard for revenue recognition. This will not result in any change to our total revenue, but it will impact the way we report the classification of revenue between products and services. In particular, the revenue corresponding to the amortization of the deferred value of bundled services such as Maps, Siri and free iCloud services was previously reported in product revenue. After adopting the new standards, this revenue will now be reported in Services revenue.

The change in classification between products and services will also apply to the costs that are associated with the delivery of such bundled services. After we file our 10-K, we will post a schedule to our Investor Relations website showing the reclassification of fiscal 2018 revenue from products to services in connection with the adoption of the new standard.

Copyright © 2018 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

The size of this reclassification amounts to less than 1% of total company revenues. And for clarity, this reclassification was not contemplated in our previously stated goal of doubling our fiscal '16 Services revenue by 2020. That goal remains unchanged and excludes the revenue that is now shifting from products to services over that time frame.

Third, starting with the December quarter, we will no longer be providing unit sales data for iPhone, iPad and Mac. As we have stated many times, our objective is to make great products and services that enrich people's lives and to provide an unparalleled customer experience so that our users are highly satisfied, loyal and engaged. As we accomplish these objectives, strong financial results follow.

As demonstrated by our financial performance in recent years, the number of units sold in any 90-day period is not necessarily representative of the underlying strength of our business. Furthermore, our unit of sale is less relevant for us today than it was in the past given the breadth of our portfolio and the wider sales price dispersion within any given product line.

Fourth, starting with the December quarter, we will be renaming the other products category to wearables, home and accessories to provide a more accurate description of the items that are included in this product category.

As we move ahead to the December quarter, I'd like to review our outlook, which includes the types of forward-looking information that Nancy referred to at the beginning of the call. We have the strongest lineup ever as we enter the holiday season, and we expect revenue to be between $89 billion and $93 billion, a new all-time record. This range reflects a number of factors to be considered: First, we consider the effect on Q4 and Q1 of the launch timing of our new iPhones this year versus last year; Second, we expect almost $2 billion of foreign exchange headwinds; Third, we had an unprecedented number of products ramping, and while our ramps are going fairly well, we have uncertainty around supply and demand balance; and fourth, we also face some macroeconomic uncertainty, particularly in emerging markets.

We expect gross margin to be between 38% and 38.5%. We expect OpEx to be between $8.7 billion and $8.8 billion. We expect OI&E to be about $300 million. And we expect the tax rate to be about 16.5% before discrete items. Also, today, our Board of Directors has declared a cash dividend of $0.73 per share of common stock payable on November 15, 2018, to shareholders of record as of November 12, 2018.

With that, I'd like to open the call to questions.

**Nancy Paxton**
*Senior Director of Investor Relations and Treasury*
Thank you, Luca. [Operator Instructions]

Copyright © 2018 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

Our first question will come from Wamsi Mohan with Bank of America Merrill Lynch.

**Wamsi Mohan**
*BofA Merrill Lynch, Research Division*

Tim, there has been some real deceleration in some of these emerging markets, partly driven by some concerns around some of the rules the administration is contemplating and partly driven by things that are more specific to China, for instance, like some of the regulations around gaming. So can you talk about how you see the trajectory there for the business and what you think of the initiatives of some companies like Netflix and Fortnite trying to bypass the App Store around subscriptions? And I have a follow-up.

**Timothy D. Cook**
*CEO & Director*

Sure. Great question. Starting with emerging markets. The emerging markets that we're seeing pressure in are markets like Turkey, India, Brazil, Russia, these are markets where currencies have weakened over the recent period. In some cases, that resulted in us raising prices, and those markets are not growing the way we would like to see. To give you a perspective in -- at some detail, our business at India in Q4 was flat. Obviously, we would like to see that be a huge growth. Brazil was down somewhat compared to the previous year. And so I think -- or at least the way that I see these is each one of the emerging markets has a bit of a different story. And I don't see it as some sort of issue that is common between those for the most part. In relation to China specifically, I would not put China in that category. Our business in China was very strong last quarter. We grew 16%, which we're very happy with. iPhone, in particular, was very strong double-digit growth there. Our other products category was also stronger, in fact, a bit stronger than even the company -- overall company number. The App Store in China, we have seen a slowdown or a moratorium to be more accurate on new game approvals. There is a new regulatory setup in China, and there's -- things are not moving the way they were moving previously. We did see a few games approved recently, but it's very far below the historic pace. And as you're probably seeing, some of the larger companies there that are public have talked about this as they've announced their earnings as well. We don't know exactly when this will -- the approvals will sort of return to a normal pace. So I would not want to predict that. I do not view, just to try -- for avoidance of doubt here, I don't view that, that issue has anything to do with the trade-related discussions between the countries. I think that is strictly a domestic issue in China. In terms of larger developers, if you sort of step back and look at the value proposition for people from the App Store, there are 2 key constituencies in that equation. There's the user, and there's the developer. If you start with the user, what the App Store provides people is sort of the best and safest place for users to get apps. And we put a -- we have a tremendous process and infrastructure around achieving that. And where it is not perfect, we wind up reviewing 100,000 -- over 100,000 apps a week between new apps and updates for existing apps and then work with developers quickly to fix the issues. And we also provide the user a one-payment model for purchasing apps and subscriptions and in-app purchases, et cetera, so that they are not in a position that they have to share their private information across many companies. And so that's sort of the proposition for the user. For the developer, we obviously provide developers a tremendous amount of developer tools, programs, compilers, languages, of course, the operating system APIs, SDKs and have a huge developer relations team. And we do a tremendous amount of marketing for developers, including the new Today editorial that we just started in the past few months, personal recommendations search, tools and so on and so forth. And so if -- there will be -- there's no doubt, in my mind, there have already been some large developers that concluded that they could do something on their own. We're fine with that. I think Luca mentioned in his comments that the largest -- if I look at the largest developer, they make up less than 0.3% of the Services revenue. So it's probably good to think about that in that context, and there are millions of apps on the store obviously and 30,000 or so subscription apps. And so the subscription business itself is nearly as broad as the App Store itself is. And so that's the value proposition, I think, that the vast majority of people are very happy with it and including the most important people of all, which is the user.

Copyright © 2018 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Wamsi Mohan**
*BofA Merrill Lynch, Research Division*

Appreciate that response. If I could just ask you really quick on Apple's role in health care. It's been growing significantly since the early introduction on the Watch and then the various kits for developers, including HealthKit, CareKit, et cetera. And when you combine that with your very staunch advocacy for privacy, I see Apple could become a really large disintermediating force in all the friction in the health care industry today in the way medical information is shared and distributed. Is this the way that you see the future for Apple in health care? And do you see a means to also grow your Services business through the health care offerings that could become subscriptions to your customers?

**Timothy D. Cook**
*CEO & Director*

I think Apple has a huge opportunity in the -- in health. And you can see from the -- our past several years that we have an intense interest in the space and are adding products and services, non-monetized services so far to that. And I don't want to talk about the future because I don't want to give away what we're doing. But this is an area of major interest to us.

**Operator**

Shannon Cross from Cross Research has the next question.

**Shannon Siemsen Cross**
*Cross Research LLC*

Given the $4 billion range in revenue that you're giving for the quarter and all of the -- all the things that are going on in the world right now, can you maybe give a little detail about the variables that you took into account when you were coming up with this, geopolitical trade, macro component costs, I don't know, if you can just give it some ideas as -- on what the puts and takes were?

**Luca Maestri**
*CFO & Senior VP*

Yes. Shannon, I'll take this one. And at the revenue level, we started from the fact that we are very, very excited about the lineup of products and services that we have getting into the holiday season. It's the strongest lineup that we've ever had. And our guidance range, by the way, represents a new all-time quarterly revenue record, right? As I explained in my prepared remarks, there are a number of things that need to be considered as part of this guidance range, right? The first one is the fact that the launch timing of the new iPhones this year is essentially in reverse order versus last year. And that has had an effect on Q1 -- on Q4 and will have an effect on Q1. Last year, we launched the top end of our iPhone lineup, which was iPhone X during Q1, and placed the entirety of the channel fill for iPhone X in Q1. This year, we launched the top end of the lineup, which is the Xs and the Xs Max during Q4. Obviously, this resulted in a more pronounced ASP growth in Q4 of '18 and obviously a tougher compare for Q1. So I think it's important to keep that in mind as you look at the revenue guidance that we provided. The second point that needs to be kept in mind, it is a fact of life and we've dealt with it for a number of years now, is the fact that when I look at currencies around the world, virtually every foreign currency has depreciated against the U.S. dollar in the last 12 months. And when we look at the impact of foreign exchange on our revenue for the December quarter, we're looking at 200 basis points of headwinds, which translate, given our -- the size of our business, to almost $2 billion of headwind to our revenue. The third point that I think is important to keep in mind, and Tim has talked about this, we are launching -- in the last 6 weeks, we've launched an unprecedented number of new products. They're all ramping right now. The ramps are going fairly well, but obviously, we have some uncertainty around supply-demand balance for some of these products. And then finally, the last point that we've taken into account is what Tim's talked about in terms of some level of uncertainty at the macroeconomic level in some emerging markets, where, clearly, consumer confidence is not as high as it was 12 months ago. So take that into account, and that's how we got to the range.

**Shannon Siemsen Cross**

Copyright © 2018 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Cross Research LLC*

Okay. And then I just want to talk a little bit about the pullback in terms of guidance from a unit perspective. I understand you don't want to give guidance because 90 days is a short period of time and can be -- fluctuate. But what kind of qualitative commentary do you think you'll be able to provide? Because it's -- obviously, investors have spent the last however many years going P times Q. So how should we think about what we can expect? And sort of how are you going to manage this process as we go through? I know it's all our job to forecast but...

**Luca Maestri**
*CFO & Senior VP*

Yes, let me walk you through the rationale that we've used, and then I'll talk about this qualitative commentary that you were mentioning. As I said, right, our objective is to make great products, provide the best customer experience and get our customers satisfied, engaged and loyal to our ecosystem. When you look at our financial performance in recent years, take the last 3 years, for example, the number of units sold during any quarter has not been necessarily representative of the underlying strength of our business. If you look at our revenue during the last 3 years, if you look at our net income during the last 3 years, if you look at our spot price during the last 3 years, there's no correlation to the units sold in any given period. As you know very well, in addition, our product ranges for all the major product categories have become wider over time, and therefore, a unit of sale is less relevant for us at this point compared to the past because we got this much wider sales price dispersion. So unit of sale per se becomes less relevant. As I know you're aware, by the way, our top competitors in smartphones, in tablets, in computers do not provide quarterly unit sales information either. But of course, we understand that this is something of interest. And when we believe that providing qualitative commentary on unit sales offers additional relevant information to investors, we will do so.

**Timothy D. Cook**
*CEO & Director*

Let me make one additional point there just for clarity, is that, Shannon, our intention is to continue to give revenue guidance at the company level and gross margin guidance in the other categories that we've been providing. And so the -- our guidance isn't changing. It's the actual report that changes.

**Operator**

Our next question comes from Mike Olson with Piper Jaffray.

**Michael Joseph Olson**
*Piper Jaffray Companies, Research Division*

With the staggered iPhone launch, were you able to discern any impact on the Xs and Xs Max from buyers potentially waiting for the XR? And what, if anything, can we take away from the December quarter guidance related to what you're seeing for early demand on the XR? And then I have a follow-up.

**Timothy D. Cook**
*CEO & Director*

Mike, it's Tim. The Xs and Xs Max got off to a really great start, and we've only been selling for a few weeks. The XR, we've only got out there for, I guess, 5 -- 5 days or so at this point and so that it's -- we have very, very little data there. Usually, there is some amount of wait until a product shows -- another product shows up in look, but in -- that -- in looking at the data, on the sales data for Xs and Xs Max, there's not obvious evidence of that in the data as I see it.

**Michael Joseph Olson**
*Piper Jaffray Companies, Research Division*

Got it. And you mentioned record levels for various components of the Services business. As we look forward, if growth of Services is to maintain something close to the recent pace, what are the components of Services that you're particularly excited about that could drive that and be the strongest drivers? And

Copyright © 2018 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

maybe an offshoot to that, it seems like the news flow around augmented reality slowed a little bit in recent months. Is that potentially materially contributor to services in the near future?

**Luca Maestri**
*CFO & Senior VP*

Like as we said, during the September quarter, we set new records for many, many Services categories, right, from Apple Music to cloud services to the App Store to AppleCare and Apple Pay really has an exponential trajectory right now. When we look at our Services business, we think about the fact that we have a very large and growing installed base. The installed base of all our major product categories is at an all-time high and has been growing over the last several quarters. So the opportunity for us to monetize our Services business continues to grow over time. Of course, we are also improving the quality of the services that we provide, and if you look back during the last 3 years, we've added new services to our portfolio. We added Apple Pay. We added Apple Music. We added this advertising business on our App Store. And clearly, we will want to continue to offer new services over time. So there are a number of vectors that allow us to continue to grow the business over time. We have stated that we want to double the size of the Services business from the level that we had in fiscal '16 by 2020. We are well on pace to achieve that, and we feel very, very confident about the future of -- and the opportunities that we have in the Services space.

**Timothy D. Cook**
*CEO & Director*

Mike, in terms of your question on AR, I have a different view than you do on this one. We -- just a year ago -- practically, a year ago, we came out with ARKit 1. 6 months or so after that, we came out with 1.5. We then recently came out with ARKit 2. The number of things that you can do are growing significantly. The number of developers that either have done something or even more the case that are working on things that I've seen are growing tremendously. There's a lot of interest out there. And the number of categories that I'm seeing from gaming to shopping to -- I was in China a few weeks ago and saw AR in the -- in an art sense, an art exhibit. I was in Berlin last week and saw it being used in a historical educational kind of sense. I'm seeing it sort of everywhere I go now. And so I think we are in the early days, and it'll keep getting better and better. But I'm really happy with where things are at the moment.

**Operator**

Next, we'll go to Katy Huberty with Morgan Stanley.

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

Tim, given the current trade negotiations and broader geopolitical risk, do you have any plans to consider diversifying the supply chain? And if you were to do that, either on your own or sort of forced, do you think it would have significant impact on the business or profitability?

**Timothy D. Cook**
*CEO & Director*

Katy, if you look at the products that we've created and are manufacturing, they're really manufactured everywhere. We have significant content from the U.S. market. We have content from Japan to Korea to many countries, and we have great content from China as well. And so there are many hands in the products. The vast majority or almost all of the R&D is in the United States as well as a lot of the support organization. And I -- so as -- I think that, that basic model where you look around the world and find the best in different areas, I don't expect that model to go out of style so to speak. I think there's a reason why things have developed in that way, and I think it's great for all countries and citizens of countries that are involved in that. And I'm still of the mindset that I feel very optimistic and positive that the discussions that are going will be fruitful. The -- these relationships, these trade relationships are big and complex, and they clearly do need a level of focus and a level of updating and modernization. And so I'm optimistic of -- that the countries, the U.S. and China and the U.S. and Europe and so forth can work these things out and work for the benefit of everyone.

Copyright © 2018 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

That's helpful color. And Luca, as a follow-up, NAND prices fell significantly during the September quarter. Why aren't we seeing that flow through to margin expansion to the overall company?

**Luca Maestri**
*CFO & Senior VP*

You're referring to the guidance that we provided for Q1, I imagine. And let me give you the puts and takes, Katy. You're correct, we are going to be getting some benefits from commodities in general and memory in particular. Memory, on a sequential basis, it's about 30 basis points favorable for us going into the December quarter. And obviously, we're going to be benefiting from the leverage, which is typical of our seasonality in the December quarter. On the other hand, as I mentioned before, currencies have weakened against the U.S. dollar. And the impact that we expect at the gross margin level from foreign exchange is a 90 basis points headwind sequentially. And of course, at this point in the cycle, we also have higher cost structures because, as I said, we've launched so many new products in the last 6 weeks. So those are the puts and takes, leverage and commodity savings on one side and FX and the new products on the other side.

**Operator**

Next, we'll go to Jim Suva with Citigroup.

**Jim Suva**
*Citigroup Inc, Research Division*

A question for Tim and a question for Luca, and I'll ask them at the same time, so you can decide to answer the first or second. But operationally, Tim, I think your company is at a disadvantage relative to others in India giving where items are produced versus shipped versus taxed versus installed as well as ability to own stores. So can you help us address that? Is India going to potentially be a big area as I think you've got about only 1% market share, but it sounded like things may be softened there? And then for Luca, there'd probably be a lot of pushback about not giving iPhone unit data. It sounds like you're still going to give revenue data if I heard that correctly. But some people may fear that this now means that the iPhone units are going to start going negative year-over-year because it's easy to talk about great things and not show the details of things that aren't so great.

**Timothy D. Cook**
*CEO & Director*

Okay. I'll start with India. We've had really great productive discussions with the Indian government, and I fully expect that, at some point, they will agree to allow us to bring our stores into the country. We've been in discussions with them, and the discussions are going quite well. There is -- as you point out, there are import duties in some or most of the product categories that we're in. In some cases, they compound. And this is an area that we're giving lots of feedback on. We do manufacture some of the entry iPhones in India, and that project has gone well. I am a big believer in India. I am very bullish on the country and the people and our ability to do well there. The currency weakness has been part of our challenge there as you can tell from just looking at the currency trend. But I sort of view these as speed bumps along a very long journey, though, in that the long term is -- I think is very, very strong there. There's a huge number of people that will move into the middle class. The government has really focused on reform in a major way and made some very bold moves, and I applaud them for doing that and sort of can't wait for the future there.

**Luca Maestri**
*CFO & Senior VP*

And Jim, let me take the question on units. First of all, as Tim said, our approach to guidance -- providing guidance doesn't change at all, and we continue to provide the same metrics that we were providing before. In terms of reporting results, one of the things that we are doing, and it's new and it's an

Copyright © 2018 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

addition to the information that we provide to investors because we've heard some significant level of interest around this, is starting with the December quarter, for the first time, we're going to be providing information on revenue and cost of sales and therefore, gross margins for both products and services. And this will be the first time that we're going to provide gross margin information for our Services business, which we believe it is an important metric for our investors to follow. Given the rationale on why we do not believe that providing unit sales is particularly relevant for our company at this point, I can reassure you that it is our objective to grow unit sales for every product category that we have. But as I said earlier, a unit of sale is less relevant today than it was in the past. To give you an example, the unit sales of iPhone at the top end of the line have been very strong during the September quarter. And that's very important because we are attracting customers to the most recent technologies and features and innovation that we bring into the lineup, but you don't necessarily see that in the number that is reported. And so therefore, we will -- as I said, we'll provide the qualitative commentary when it is important and relevant, but at the end of the day, we make our decisions to -- from a financial standpoint, to try and optimize our revenue and our gross margin dollars. And that, we think, is the focus that is in the best interest of our investors.

**Timothy D. Cook**
*CEO & Director*

Jim, let me just add a couple things to that for color. Our installed base is growing at double digit, and so there's no -- and that's probably a much more significant metric for us from an ecosystem point of view and customer loyalty, et cetera. The second thing is this is a little bit like if you go to the market and you push your cart up to the cashier and she says or he says, "How many units you have in there?", it sort of -- it doesn't matter a lot how many units there are in there in terms of the overall value of what's in the cart.

**Nancy Paxton**
*Senior Director of Investor Relations and Treasury*

A replay of today's call will be available for 2 weeks on Apple Podcasts, as a webcast on apple.com/investor and via telephone. And the numbers for the telephone replay are (888) 203-1112 or (719) 457-0820, and please enter confirmation code 3699080. These replays will be available by approximately 5 p.m. Pacific Time today.

Members of the press with additional questions can contact Kristin Huguet at (408) 974-2414, and financial analysts can contact Matt Blake or me with additional questions. Matt is at (408) 974-7406, and I'm at (408) 974-5420. Thanks again for joining us.

**Operator**
That does conclude our conference for today. Thank you for your participation.

Copyright © 2018 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2018 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2018 S&P Global Market Intelligence.

# EXHIBIT 16

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# FORM 10- Q

(Mark One)

**QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the quarterly period ended July 1, 2017
or
**TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the transition period from _____ to _____.
Commission File Number: **001- 36743**



# Apple Inc.

(Exact name of Registrant as specified in its charter)

| | |
|---|---|
| **California** | **94- 2404110** |
| (State or other jurisdiction | (I.R.S. Employer |
| of incorporation or organization) | Identification No.) |
| **1 Infinite Loop** | |
| **Cupertino, California** | **95014** |
| (Address of principal executive offices) | (Zip Code) |

**(408) 996- 1010**
(Registrant's telephone number, including area code)

Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.
Yes    No

Indicate by check mark whether the Registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S- T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the Registrant was required to submit and post such files).
Yes    No

Indicate by check mark whether the Registrant is a large accelerated filer, an accelerated filer, a non- accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b- 2 of the Exchange Act.

Large accelerated filer                                               Accelerated filer
Non- accelerated filer    (Do not check if a smaller reporting company)    Smaller reporting company
                                                                            Emerging growth company

If an emerging growth company, indicate by check mark if the Registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.

Indicate by check mark whether the Registrant is a shell company (as defined in Rule 12b- 2 of the Exchange Act).
Yes    No

5,165,228,000 shares of common stock, par value $0.00001 per share, issued and outstanding as of July 21, 2017

**PART II — OTHER INFORMATION**

**Item 1.    Legal**
           **Proceedings**

The Company is subject to legal proceedings and claims that have not been fully resolved and that have arisen in the ordinary course of business. In the opinion of management, there was not at least a reasonable possibility the Company may have incurred a material loss, or a material loss in excess of a recorded accrual, with respect to loss contingencies for asserted legal and other claims. However, the outcome of legal proceedings and claims brought against the Company is subject to significant uncertainty. Therefore, although management considers the likelihood of such an outcome to be remote, if one or more of these legal matters were resolved against the Company in a reporting period for amounts in excess of management's expectations, the Company's consolidated financial statements for that reporting period could be materially adversely affected. See the risk factor "The Company could be impacted by unfavorable results of legal proceedings, such as being found to have infringed on intellectual property rights" in Part II, Item 1A of this Form 10- Q under the heading "Risk Factors." The Company settled certain matters during the third quarter of 2017 that did not individually or in the aggregate have a material impact on the Company's financial condition or operating results.

**Item 1A. Risk Factors**

The following description of risk factors includes any material changes to, and supersedes the description of, risk factors associated with the Company's business previously disclosed in Part I, Item 1A of the 2016 Form 10- K and in Part II, Item 1A of the Forms 10- Q for the quarters ended December 31, 2016 and April 1, 2017, in each case under the heading "Risk Factors." The business, financial condition and operating results of the Company can be affected by a number of factors, whether currently known or unknown, including but not limited to those described below, any one or more of which could, directly or indirectly, cause the Company's actual financial condition and operating results to vary materially from past, or from anticipated future, financial condition and operating results. Any of these factors, in whole or in part, could materially and adversely affect the Company's business, financial condition, operating results and stock price.

The following discussion of risk factors contains forward- looking statements. These risk factors may be important to understanding other statements in this Form 10- Q. The following information should be read in conjunction with the condensed consolidated financial statements and related notes in Part I, Item 1, "Financial Statements" and Part I, Item 2, "Management's Discussion and Analysis of Financial Condition and Results of Operations" of this Form 10- Q.

Because of the following factors, as well as other factors affecting the Company's financial condition and operating results, past financial performance should not be considered to be a reliable indicator of future performance, and investors should not use historical trends to anticipate results or trends in future periods.

**Global and regional economic conditions could materially adversely affect the Company.**

The Company's operations and performance depend significantly on global and regional economic conditions. Uncertainty about global and regional economic conditions poses a risk as consumers and businesses may postpone spending in response to tighter credit, higher unemployment, financial market volatility, government austerity programs, negative financial news, declines in income or asset values and/or other factors. These worldwide and regional economic conditions could have a material adverse effect on demand for the Company's products and services. Demand also could differ materially from the Company's expectations as a result of currency fluctuations because the Company generally raises prices on goods and services sold outside the U.S. to correspond with the effect of a strengthening of the U.S. dollar. Other factors that could influence worldwide or regional demand include changes in fuel and other energy costs, conditions in the real estate and mortgage markets, unemployment, labor and healthcare costs, access to credit, consumer confidence and other macroeconomic factors affecting consumer spending behavior. These and other economic factors could materially adversely affect demand for the Company's products and services.

In the event of financial turmoil affecting the banking system and financial markets, additional consolidation of the financial services industry, or significant financial service institution failures, there could be tightening in the credit markets, low liquidity and extreme volatility in fixed income, credit, currency and equity markets. This could have a number of effects on the Company's business, including the insolvency or financial instability of outsourcing partners or suppliers or their inability to obtain credit to finance development and/or manufacture products, resulting in product delays; inability of customers, including channel partners, to obtain credit to finance purchases of the Company's products; failure of derivative counterparties and other financial institutions; and restrictions on the Company's ability to issue new debt. Other income and expense also could vary materially from expectations depending on gains or losses realized on the sale or exchange of financial instruments; impairment charges resulting from revaluations of debt and equity securities and other investments; changes in interest rates; increases or decreases in cash balances; volatility in foreign exchange rates; and changes in fair value of derivative instruments. Increased volatility in the financial markets and overall economic uncertainty would increase the risk of the actual amounts realized in the future on the Company's financial instruments differing significantly from the fair values currently assigned to them.

**Global markets for the Company's products and services are highly competitive and subject to rapid technological change, and the Company may be unable to compete effectively in these markets.**

The Company's products and services compete in highly competitive global markets characterized by aggressive price cutting and resulting downward pressure on gross margins, frequent introduction of new products, short product life cycles, evolving industry standards, continual improvement in product price/performance characteristics, rapid adoption of technological and product advancements by competitors and price sensitivity on the part of consumers.

The Company's ability to compete successfully depends heavily on its ability to ensure a continuing and timely introduction of innovative new products, services and technologies to the marketplace. The Company believes it is unique in that it designs and develops nearly the entire solution for its products, including the hardware, operating system, numerous software applications and related services. As a result, the Company must make significant investments in R&D. The Company currently holds a significant number of patents and copyrights and has registered and/or has applied to register numerous patents, trademarks and service marks. In contrast, many of the Company's competitors seek to compete primarily through aggressive pricing and very low cost structures, and emulating the Company's products and infringing on its intellectual property. If the Company is unable to continue to develop and sell innovative new products with attractive margins or if competitors infringe on the Company's intellectual property, the Company's ability to maintain a competitive advantage could be adversely affected.

The Company markets certain mobile communication and media devices based on the iOS mobile operating system and also markets related services, including third- party digital content and applications. The Company faces substantial competition in these markets from companies that have significant technical, marketing, distribution and other resources, as well as established hardware, software and digital content supplier relationships; and the Company has a minority market share in the global smartphone market. Additionally, the Company faces significant price competition as competitors reduce their selling prices and attempt to imitate the Company's product features and applications within their own products or, alternatively, collaborate with each other to offer solutions that are more competitive than those they currently offer. The Company competes with business models that provide content to users for free. The Company also competes with illegitimate means to obtain third- party digital content and applications. Some of the Company's competitors have greater experience, product breadth and distribution channels than the Company. Because some current and potential competitors have substantial resources and/or experience and a lower cost structure, they may be able to provide products and services at little or no profit or even at a loss. The Company also expects competition to intensify as competitors attempt to imitate the Company's approach to providing components seamlessly within their individual offerings or work collaboratively to offer integrated solutions. The Company's financial condition and operating results depend substantially on the Company's ability to continually improve iOS and iOS devices in order to maintain their functional and design advantages.

The Company is the only authorized maker of hardware using macOS, which has a minority market share in the personal computer market. This market has been contracting and is dominated by computer makers using competing operating systems, most notably Windows. In the market for personal computers and accessories, the Company faces a significant number of competitors, many of which have broader product lines, lower- priced products and a larger installed customer base. Historically, consolidation in this market has resulted in larger competitors. Price competition has been particularly intense as competitors have aggressively cut prices and lowered product margins. An increasing number of internet- enabled devices that include software applications and are smaller and simpler than traditional personal computers compete for market share with the Company's existing products. The Company's financial condition and operating results also depend on its ability to continually improve the Mac platform to maintain its functional and design advantages.

There can be no assurance the Company will be able to continue to provide products and services that compete effectively.

**To remain competitive and stimulate customer demand, the Company must successfully manage frequent product introductions and transitions.**

Due to the highly volatile and competitive nature of the industries in which the Company competes, the Company must continually introduce new products, services and technologies, enhance existing products and services, effectively stimulate customer demand for new and upgraded products and successfully manage the transition to these new and upgraded products. The success of new product introductions depends on a number of factors including, but not limited to, timely and successful product development, market acceptance, the Company's ability to manage the risks associated with new product production ramp- up issues, the availability of application software for new products, the effective management of purchase commitments and inventory levels in line with anticipated product demand, the availability of products in appropriate quantities and at expected costs to meet anticipated demand and the risk that new products may have quality or other defects or deficiencies in the early stages of introduction. Accordingly, the Company cannot determine in advance the ultimate effect of new product introductions and transitions.

**The Company depends on the performance of distributors, carriers and other resellers.**

The Company distributes its products through cellular network carriers, wholesalers, national and regional retailers and value- added resellers, many of whom distribute products from competing manufacturers. The Company also sells its products and third- party products in most of its major markets directly to education, enterprise and government customers and consumers and small and mid- sized businesses through its retail and online stores.

Some carriers providing cellular network service for iPhone subsidize users' purchases of the device. There is no assurance that such subsidies will be continued at all or in the same amounts upon renewal of the Company's agreements with these carriers or in agreements the Company enters into with new carriers.

The Company has invested and will continue to invest in programs to enhance reseller sales, including staffing selected resellers' stores with Company employees and contractors, and improving product placement displays. These programs could require a substantial investment while providing no assurance of return or incremental revenue. The financial condition of these resellers could weaken, these resellers could stop distributing the Company's products, or uncertainty regarding demand for some or all of the Company's products could cause resellers to reduce their ordering and marketing of the Company's products.

**The Company faces substantial inventory and other asset risk in addition to purchase commitment cancellation risk.**

The Company records a write- down for product and component inventories that have become obsolete or exceed anticipated demand or net realizable value and accrues necessary cancellation fee reserves for orders of excess products and components. The Company also reviews its long- lived assets, including capital assets held at its suppliers' facilities and inventory prepayments, for impairment whenever events or circumstances indicate the carrying amount of an asset may not be recoverable. If the Company determines that impairment has occurred, it records a write- down equal to the amount by which the carrying value of the asset exceeds its fair value. Although the Company believes its provisions related to inventory, capital assets, inventory prepayments and other assets and purchase commitments are currently adequate, no assurance can be given that the Company will not incur additional related charges given the rapid and unpredictable pace of product obsolescence in the industries in which the Company competes.

The Company must order components for its products and build inventory in advance of product announcements and shipments. Manufacturing purchase obligations typically cover forecasted component and manufacturing requirements for periods up to 150 days. Because the Company's markets are volatile, competitive and subject to rapid technology and price changes, there is a risk the Company will forecast incorrectly and order or produce excess or insufficient amounts of components or products, or not fully utilize firm purchase commitments.

**Future operating results depend upon the Company's ability to obtain components in sufficient quantities on commercially reasonable terms.**

Because the Company currently obtains components from single or limited sources, the Company is subject to significant supply and pricing risks. Many components, including those that are available from multiple sources, are at times subject to industry- wide shortages and significant commodity pricing fluctuations. While the Company has entered into agreements for the supply of many components, there can be no assurance that the Company will be able to extend or renew these agreements on similar terms, or at all. A number of suppliers of components may suffer from poor financial conditions, which can lead to business failure for the supplier or consolidation within a particular industry, further limiting the Company's ability to obtain sufficient quantities of components on commercially reasonable terms. The effects of global or regional economic conditions on the Company's suppliers, described in "Global and regional economic conditions could materially adversely affect the Company" above, also could affect the Company's ability to obtain components. Therefore, the Company remains subject to significant risks of supply shortages and price increases.

The Company's new products often utilize custom components available from only one source. When a component or product uses new technologies, initial capacity constraints may exist until the suppliers' yields have matured or manufacturing capacity has increased. Continued availability of these components at acceptable prices, or at all, may be affected for any number of reasons, including if those suppliers decide to concentrate on the production of common components instead of components customized to meet the Company's requirements. The supply of components for a new or existing product could be delayed or constrained, or a key manufacturing vendor could delay shipments of completed products to the Company.

**The Company depends on component and product manufacturing and logistical services provided by outsourcing partners, many of which are located outside of the U.S.**

Substantially all of the Company's manufacturing is performed in whole or in part by a few outsourcing partners located primarily in Asia. The Company has also outsourced much of its transportation and logistics management. While these arrangements may lower operating costs, they also reduce the Company's direct control over production and distribution. It is uncertain what effect such diminished control will have on the quality or quantity of products or services, or the Company's flexibility to respond to changing conditions. Although arrangements with these partners may contain provisions for warranty expense reimbursement, the Company may remain responsible to the consumer for warranty service in the event of product defects and could experience an unanticipated product defect or warranty liability. While the Company relies on its partners to adhere to its supplier code of conduct, material violations of the supplier code of conduct could occur.

The Company relies on sole- sourced outsourcing partners in the U.S., Asia and Europe to supply and manufacture many critical components, and on outsourcing partners primarily located in Asia, for final assembly of substantially all of the Company's hardware products. Any failure of these partners to perform may have a negative impact on the Company's cost or supply of components or finished goods. In addition, manufacturing or logistics in these locations or transit to final destinations may be disrupted for a variety of reasons including, but not limited to, natural and man- made disasters, information technology system failures, commercial disputes, military actions or economic, business, labor, environmental, public health, or political issues.

The Company has invested in manufacturing process equipment, much of which is held at certain of its outsourcing partners, and has made prepayments to certain of its suppliers associated with long- term supply agreements. While these arrangements help ensure the supply of components and finished goods, if these outsourcing partners or suppliers experience severe financial problems or other disruptions in their business, such continued supply could be reduced or terminated and the net realizable value of these assets could be negatively impacted.

**The Company's products and services may experience quality problems from time to time that can result in decreased sales and operating margin and harm to the Company's reputation.**

The Company sells complex hardware and software products and services that can contain design and manufacturing defects. Sophisticated operating system software and applications, such as those sold by the Company, often contain "bugs" that can unexpectedly interfere with the software's intended operation. The Company's online services may from time to time experience outages, service slowdowns or errors. Defects may also occur in components and products the Company purchases from third parties. There can be no assurance the Company will be able to detect and fix all defects in the hardware, software and services it sells. Failure to do so could result in lost revenue, significant warranty and other expenses and harm to the Company's reputation.

**The Company relies on access to third- party digital content, which may not be available to the Company on commercially reasonable terms or at all.**

The Company contracts with numerous third parties to offer their digital content to customers. This includes the right to sell currently available music, movies, TV shows and books. The licensing or other distribution arrangements with these third parties are for relatively short terms and do not guarantee the continuation or renewal of these arrangements on reasonable terms, if at all. Some third- party content providers and distributors currently or in the future may offer competing products and services, and could take action to make it more difficult or impossible for the Company to license or otherwise distribute their content in the future. Other content owners, providers or distributors may seek to limit the Company's access to, or increase the cost of, such content. The Company may be unable to continue to offer a wide variety of content at reasonable prices with acceptable usage rules, or continue to expand its geographic reach. Failure to obtain the right to make third- party digital content available, or to make such content available on commercially reasonable terms, could have a material adverse impact on the Company's financial condition and operating results.

Some third- party digital content providers require the Company to provide digital rights management and other security solutions. If requirements change, the Company may have to develop or license new technology to provide these solutions. There is no assurance the Company will be able to develop or license such solutions at a reasonable cost and in a timely manner. In addition, certain countries have passed or may propose and adopt legislation that would force the Company to license its digital rights management, which could lessen the protection of content and subject it to piracy and also could negatively affect arrangements with the Company's content providers.

**The Company's future performance depends in part on support from third- party software developers.**

The Company believes decisions by customers to purchase its hardware products depend in part on the availability of third- party software applications and services. There is no assurance that third- party developers will continue to develop and maintain software applications and services for the Company's products. If third- party software applications and services cease to be developed and maintained for the Company's products, customers may choose not to buy the Company's products.

With respect to its Mac products, the Company believes the availability of third- party software applications and services depends in part on the developers' perception and analysis of the relative benefits of developing, maintaining and upgrading such software for the Company's products compared to Windows- based products. This analysis may be based on factors such as the market position of the Company and its products, the anticipated revenue that may be generated, expected future growth of Mac sales and the costs of developing such applications and services. If the Company's minority share of the global personal computer market causes developers to question the Mac's prospects, developers could be less inclined to develop or upgrade software for the Company's Mac products and more inclined to devote their resources to developing and upgrading software for the larger Windows market.

With respect to iOS devices, the Company relies on the continued availability and development of compelling and innovative software applications, including applications distributed through the App Store. iOS devices are subject to rapid technological change, and, if third- party developers are unable to or choose not to keep up with this pace of change, third- party applications might not successfully operate and may result in dissatisfied customers. As with applications for the Company's Mac products, the availability and development of these applications also depend on developers' perceptions and analysis of the relative benefits of developing, maintaining or upgrading software for the Company's iOS devices rather than its competitors' platforms, such as Android. If developers focus their efforts on these competing platforms, the availability and quality of applications for the Company's iOS devices may suffer.

**The Company relies on access to third- party intellectual property, which may not be available to the Company on commercially reasonable terms or at all.**

Many of the Company's products include third- party intellectual property, which requires licenses from those third parties. Based on past experience and industry practice, the Company believes such licenses generally can be obtained on reasonable terms. There is, however, no assurance that the necessary licenses can be obtained on acceptable terms or at all. Failure to obtain the right to use third- party intellectual property, or to use such intellectual property on commercially reasonable terms, could preclude the Company from selling certain products or otherwise have a material adverse impact on the Company's financial condition and operating results.

**The Company could be impacted by unfavorable results of legal proceedings, such as being found to have infringed on intellectual property rights.**

The Company is subject to various legal proceedings and claims that have arisen in the ordinary course of business and have not yet been fully resolved, and new claims may arise in the future. In addition, agreements entered into by the Company sometimes include indemnification provisions which may subject the Company to costs and damages in the event of a claim against an indemnified third party.

Claims against the Company based on allegations of patent infringement or other violations of intellectual property rights have generally increased over time and may continue to increase. In particular, the Company has historically faced a significant number of patent claims relating to its cellular- enabled products, and new claims may arise in the future. For example, technology and other patent- holding companies frequently assert their patents and seek royalties and often enter into litigation based on allegations of patent infringement or other violations of intellectual property rights. The Company is vigorously defending infringement actions in courts in a number of U.S. jurisdictions and before the U.S. International Trade Commission, as well as internationally in various countries. The plaintiffs in these actions frequently seek injunctions and substantial damages.

Regardless of the merit of particular claims, litigation may be expensive, time- consuming, disruptive to the Company's operations and distracting to management. In recognition of these considerations, the Company may enter into licensing agreements or other arrangements to settle litigation and resolve such disputes. No assurance can be given that such agreements can be obtained on acceptable terms or that litigation will not occur. These agreements may also significantly increase the Company's operating expenses.

In management's opinion, there is not at least a reasonable possibility the Company may have incurred a material loss, or a material loss in excess of a recorded accrual, with respect to loss contingencies, including matters related to infringement of intellectual property rights. However, the outcome of litigation is inherently uncertain.

Although management considers the likelihood of such an outcome to be remote, if one or more legal matters were resolved against the Company or an indemnified third party in a reporting period for amounts in excess of management's expectations, the Company's consolidated financial statements for that reporting period could be materially adversely affected. Further, such an outcome could result in significant compensatory, punitive or trebled monetary damages, disgorgement of revenue or profits, remedial corporate measures or injunctive relief against the Company that could materially adversely affect its financial condition and operating results.

While the Company maintains insurance coverage for certain types of claims, such insurance coverage may be insufficient to cover all losses or all types of claims that may arise.

**The Company is subject to laws and regulations worldwide, changes to which could increase the Company's costs and individually or in the aggregate adversely affect the Company's business.**

The Company is subject to laws and regulations affecting its domestic and international operations in a number of areas. These U.S. and foreign laws and regulations affect the Company's activities including, but not limited to, in areas of labor, advertising, digital content, consumer protection, real estate, billing, e- commerce, promotions, quality of services, telecommunications, mobile communications and media, television, intellectual property ownership and infringement, tax, import and export requirements, anti- corruption, foreign exchange controls and cash repatriation restrictions, data privacy requirements, anti- competition, environmental, health and safety.

By way of example, laws and regulations related to mobile communications and media devices in the many jurisdictions in which the Company operates are extensive and subject to change. Such changes could include, among others, restrictions on the production, manufacture, distribution and use of devices, locking devices to a carrier's network, or mandating the use of devices on more than one carrier's network. These devices are also subject to certification and regulation by governmental and standardization bodies, as well as by cellular network carriers for use on their networks. These certification processes are extensive and time consuming, and could result in additional testing requirements, product modifications, or delays in product shipment dates, or could preclude the Company from selling certain products.

Compliance with these laws, regulations and similar requirements may be onerous and expensive, and they may be inconsistent from jurisdiction to jurisdiction, further increasing the cost of compliance and doing business. Any such costs, which may rise in the future as a result of changes in these laws and regulations or in their interpretation, could individually or in the aggregate make the Company's products and services less attractive to the Company's customers, delay the introduction of new products in one or more regions, or cause the Company to change or limit its business practices. The Company has implemented policies and procedures designed to ensure compliance with applicable laws and regulations, but there can be no assurance that the Company's employees, contractors, or agents will not violate such laws and regulations or the Company's policies and procedures.

**The Company's business is subject to the risks of international operations.**

The Company derives a significant portion of its revenue and earnings from its international operations. Compliance with applicable U.S. and foreign laws and regulations, such as import and export requirements, anti- corruption laws, tax laws, foreign exchange controls and cash repatriation restrictions, data privacy requirements, environmental laws, labor laws and anti- competition regulations, increases the costs of doing business in foreign jurisdictions. Although the Company has implemented policies and procedures to comply with these laws and regulations, a violation by the Company's employees, contractors or agents could nevertheless occur. In some cases, compliance with the laws and regulations of one country could violate the laws and regulations of another country. Violations of these laws and regulations could materially adversely affect the Company's brand, international growth efforts and business.

The Company also could be significantly affected by other risks associated with international activities including, but not limited to, economic and labor conditions, increased duties, taxes and other costs and political instability. Margins on sales of the Company's products in foreign countries, and on sales of products that include components obtained from foreign suppliers, could be materially adversely affected by international trade regulations, including duties, tariffs and antidumping penalties. The Company is also exposed to credit and collectability risk on its trade receivables with customers in certain international markets. There can be no assurance the Company can effectively limit its credit risk and avoid losses.

**The Company's retail stores have required and will continue to require a substantial investment and commitment of resources and are subject to numerous risks and uncertainties.**

The Company's retail stores have required substantial investment in equipment and leasehold improvements, information systems, inventory and personnel. The Company also has entered into substantial operating lease commitments for retail space. Certain stores have been designed and built to serve as high- profile venues to promote brand awareness and serve as vehicles for corporate sales and marketing activities. Because of their unique design elements, locations and size, these stores require substantially more investment than the Company's more typical retail stores. Due to the high cost structure associated with the Company's retail stores, a decline in sales or the closure or poor performance of individual or multiple stores could result in significant lease termination costs, write- offs of equipment and leasehold improvements and severance costs.

Many factors unique to retail operations, some of which are beyond the Company's control, pose risks and uncertainties. These risks and uncertainties include, but are not limited to, macro- economic factors that could have an adverse effect on general retail activity, as well as the Company's inability to manage costs associated with store construction and operation, the Company's failure to manage relationships with its existing retail partners, more challenging environments in managing retail operations outside the U.S., costs associated with unanticipated fluctuations in the value of retail inventory, and the Company's inability to obtain and renew leases in quality retail locations at a reasonable cost.

**Investment in new business strategies and acquisitions could disrupt the Company's ongoing business and present risks not originally contemplated.**

The Company has invested, and in the future may invest, in new business strategies or acquisitions. Such endeavors may involve significant risks and uncertainties, including distraction of management from current operations, greater than expected liabilities and expenses, inadequate return of capital and unidentified issues not discovered in the Company's due diligence. These new ventures are inherently risky and may not be successful.

**The Company's business and reputation may be impacted by information technology system failures or network disruptions.**

The Company may be subject to information technology system failures and network disruptions. These may be caused by natural disasters, accidents, power disruptions, telecommunications failures, acts of terrorism or war, computer viruses, physical or electronic break- ins, or other events or disruptions. System redundancy may be ineffective or inadequate, and the Company's disaster recovery planning may not be sufficient for all eventualities. Such failures or disruptions could, among other things, prevent access to the Company's online stores and services, preclude retail store transactions, compromise Company or customer data, and result in delayed or canceled orders. System failures and disruptions could also impede the manufacturing and shipping of products, delivery of online services, transactions processing and financial reporting.

**There may be breaches of the Company's information technology systems that materially damage business partner and customer relationships, curtail or otherwise adversely impact access to online stores and services, or subject the Company to significant reputational, financial, legal and operational consequences.**

The Company's business requires it to use and store customer, employee and business partner personally identifiable information ("PII"). This may include, among other information, names, addresses, phone numbers, email addresses, contact preferences, tax identification numbers and payment account information. Although malicious attacks to gain access to PII affect many companies across various industries, the Company is at a relatively greater risk of being targeted because of its high profile and the amount of PII it manages.

The Company requires user names and passwords in order to access its information technology systems. The Company also uses encryption and authentication technologies designed to secure the transmission and storage of data and prevent access to Company data or accounts. As with all companies, these security measures are subject to third- party security breaches, employee error, malfeasance, faulty password management or other irregularities. For example, third parties may attempt to fraudulently induce employees or customers into disclosing user names, passwords or other sensitive information, which may in turn be used to access the Company's information technology systems. To help protect customers and the Company, the Company monitors accounts and systems for unusual activity and may freeze accounts under suspicious circumstances, which may result in the delay or loss of customer orders.

The Company devotes significant resources to network security, data encryption and other security measures to protect its systems and data, but these security measures cannot provide absolute security. To the extent the Company was to experience a breach of its systems and was unable to protect sensitive data, such a breach could materially damage business partner and customer relationships, and curtail or otherwise adversely impact access to online stores and services. Moreover, if a computer security breach affects the Company's systems or results in the unauthorized release of PII, the Company's reputation and brand could be materially damaged, use of the Company's products and services could decrease, and the Company could be exposed to a risk of loss or litigation and possible liability. While the Company maintains insurance coverage that, subject to policy terms and conditions and subject to a significant self-insured retention, is designed to address certain aspects of cyber risks, such insurance coverage may be insufficient to cover all losses or all types of claims that may arise in the continually evolving area of cyber risk.

The Company is also subject to payment card association rules and obligations under its contracts with payment card processors. Under these rules and obligations, if information is compromised, the Company could be liable to payment card issuers for associated expenses and penalties. In addition, if the Company fails to follow payment card industry security standards, even if no customer information is compromised, the Company could incur significant fines or experience a significant increase in payment card transaction costs.

**The Company's business is subject to a variety of U.S. and international laws, rules, policies and other obligations regarding data protection.**

The Company is subject to federal, state and international laws relating to the collection, use, retention, security and transfer of PII. In many cases, these laws apply not only to third- party transactions, but also may restrict transfers of PII among the Company and its international subsidiaries. Several jurisdictions have passed laws in this area, and other jurisdictions are considering imposing additional restrictions. These laws continue to develop and may be inconsistent from jurisdiction to jurisdiction. Complying with emerging and changing international requirements may cause the Company to incur substantial costs or require the Company to change its business practices. Noncompliance could result in significant penalties or legal liability.

The Company makes statements about its use and disclosure of PII through its privacy policy, information provided on its website and press statements. Any failure by the Company to comply with these public statements or with other federal, state or international privacy-related or data protection laws and regulations could result in proceedings against the Company by governmental entities or others. In addition to reputational impacts, penalties could include ongoing audit requirements and significant legal liability.

**The Company's success depends largely on the continued service and availability of key personnel.**

Much of the Company's future success depends on the continued availability and service of key personnel, including its Chief Executive Officer, executive team and other highly skilled employees. Experienced personnel in the technology industry are in high demand and competition for their talents is intense, especially in Silicon Valley, where most of the Company's key personnel are located.

**The Company's business may be impacted by political events, war, terrorism, public health issues, natural disasters and other business interruptions.**

War, terrorism, geopolitical uncertainties, public health issues and other business interruptions have caused and could cause damage or disruption to international commerce and the global economy, and thus could have a material adverse effect on the Company, its suppliers, logistics providers, manufacturing vendors and customers, including channel partners. The Company's business operations are subject to interruption by, among others, natural disasters, whether as a result of climate change or otherwise, fire, power shortages, nuclear power plant accidents and other industrial accidents, terrorist attacks and other hostile acts, labor disputes, public health issues and other events beyond its control. Such events could decrease demand for the Company's products, make it difficult or impossible for the Company to make and deliver products to its customers, including channel partners, or to receive components from its suppliers, and create delays and inefficiencies in the Company's supply chain. While the Company's suppliers are required to maintain safe working environments and operations, an industrial accident could occur and could result in disruption to the Company's business and harm to the Company's reputation. Should major public health issues, including pandemics, arise, the Company could be adversely affected by more stringent employee travel restrictions, additional limitations in freight services, governmental actions limiting the movement of products between regions, delays in production ramps of new products and disruptions in the operations of the Company's manufacturing vendors and component suppliers. The majority of the Company's R&D activities, its corporate headquarters, information technology systems and other critical business operations, including certain component suppliers and manufacturing vendors, are in locations that could be affected by natural disasters. In the event of a natural disaster, the Company could incur significant losses, require substantial recovery time and experience significant expenditures in order to resume operations.

**The Company expects its quarterly revenue and operating results to fluctuate.**

The Company's profit margins vary across its products and distribution channels. The Company's software, accessories, and service and support contracts generally have higher gross margins than certain of the Company's other products. Gross margins on the Company's hardware products vary across product lines and can change over time as a result of product transitions, pricing and configuration changes, and component, warranty, and other cost fluctuations. The Company's direct sales generally have higher associated gross margins than its indirect sales through its channel partners. In addition, the Company's gross margin and operating margin percentages, as well as overall profitability, may be materially adversely impacted as a result of a shift in product, geographic or channel mix, component cost increases, the strengthening U.S. dollar, price competition, or the introduction of new products, including those that have higher cost structures with flat or reduced pricing.

The Company has typically experienced higher net sales in its first quarter compared to other quarters due in part to seasonal holiday demand. Additionally, new product introductions can significantly impact net sales, product costs and operating expenses. Further, the Company generates a majority of its net sales from a single product and a decline in demand for that product could significantly impact quarterly net sales. The Company could also be subject to unexpected developments late in a quarter, such as lower- than- anticipated demand for the Company's products, issues with new product introductions, an internal systems failure, or failure of one of the Company's logistics, components supply, or manufacturing partners.

**The Company's stock price is subject to volatility.**

The Company's stock price has experienced substantial price volatility in the past and may continue to do so in the future. Additionally, the Company, the technology industry and the stock market as a whole have experienced extreme stock price and volume fluctuations that have affected stock prices in ways that may have been unrelated to these companies' operating performance. Price volatility over a given period may cause the average price at which the Company repurchases its own stock to exceed the stock's price at a given point in time. The Company believes its stock price should reflect expectations of future growth and profitability. The Company also believes its stock price should reflect expectations that its cash dividend will continue at current levels or grow and that its current share repurchase program will be fully consummated. Future dividends are subject to declaration by the Company's Board of Directors, and the Company's share repurchase program does not obligate it to acquire any specific number of shares. If the Company fails to meet expectations related to future growth, profitability, dividends, share repurchases or other market expectations, its stock price may decline significantly, which could have a material adverse impact on investor confidence and employee retention.

**The Company's financial performance is subject to risks associated with changes in the value of the U.S. dollar versus local currencies.**

The Company's primary exposure to movements in foreign currency exchange rates relates to non- U.S. dollar- denominated sales and operating expenses worldwide. Weakening of foreign currencies relative to the U.S. dollar adversely affects the U.S. dollar value of the Company's foreign currency- denominated sales and earnings, and generally leads the Company to raise international pricing, potentially reducing demand for the Company's products. Margins on sales of the Company's products in foreign countries and on sales of products that include components obtained from foreign suppliers, could be materially adversely affected by foreign currency exchange rate fluctuations. In some circumstances, for competitive or other reasons, the Company may decide not to raise local prices to fully offset the dollar's strengthening, or at all, which would adversely affect the U.S. dollar value of the Company's foreign currency- denominated sales and earnings. Conversely, a strengthening of foreign currencies relative to the U.S. dollar, while generally beneficial to the Company's foreign currency- denominated sales and earnings, could cause the Company to reduce international pricing and incur losses on its foreign currency derivative instruments, thereby limiting the benefit. Additionally, strengthening of foreign currencies may also increase the Company's cost of product components denominated in those currencies, thus adversely affecting gross margins.

The Company uses derivative instruments, such as foreign currency forward and option contracts, to hedge certain exposures to fluctuations in foreign currency exchange rates. The use of such hedging activities may not offset any, or more than a portion, of the adverse financial effects of unfavorable movements in foreign exchange rates over the limited time the hedges are in place.

**The Company is exposed to credit risk and fluctuations in the market values of its investment portfolio.**

Given the global nature of its business, the Company has both domestic and international investments. Credit ratings and pricing of the Company's investments can be negatively affected by liquidity, credit deterioration, financial results, economic risk, political risk, sovereign risk or other factors. As a result, the value and liquidity of the Company's cash, cash equivalents and marketable securities may fluctuate substantially. Therefore, although the Company has not realized any significant losses on its cash, cash equivalents and marketable securities, future fluctuations in their value could result in significant realized losses.

**The Company is exposed to credit risk on its trade accounts receivable, vendor non- trade receivables and prepayments related to long- term supply agreements, and this risk is heightened during periods when economic conditions worsen.**

The Company distributes its products through third- party cellular network carriers, wholesalers, retailers and value- added resellers. The Company also sells its products directly to small and mid- sized businesses and education, enterprise and government customers. A substantial majority of the Company's outstanding trade receivables are not covered by collateral, third- party financing arrangements or credit insurance. The Company's exposure to credit and collectability risk on its trade receivables is higher in certain international markets and its ability to mitigate such risks may be limited. The Company also has unsecured vendor non- trade receivables resulting from purchases of components by outsourcing partners and other vendors that manufacture sub- assemblies or assemble final products for the Company. In addition, the Company has made prepayments associated with long- term supply agreements to secure supply of inventory components. As of July 1, 2017, a significant portion of the Company's trade receivables was concentrated within cellular network carriers, and its vendor non- trade receivables and prepayments related to long- term supply agreements were concentrated among a few individual vendors located primarily in Asia. While the Company has procedures to monitor and limit exposure to credit risk on its trade and vendor non- trade receivables, as well as long- term prepayments, there can be no assurance such procedures will effectively limit its credit risk and avoid losses.

**The Company could be subject to changes in its tax rates, the adoption of new U.S. or international tax legislation or exposure to additional tax liabilities.**

The Company is subject to taxes in the U.S. and numerous foreign jurisdictions, including Ireland, where a number of the Company's subsidiaries are organized. Due to economic and political conditions, tax rates in various jurisdictions may be subject to significant change. The Company's effective tax rates could be affected by changes in the mix of earnings in countries with differing statutory tax rates, changes in the valuation of deferred tax assets and liabilities, or changes in tax laws or their interpretation, including in the U.S. and Ireland.

The Company is also subject to the examination of its tax returns and other tax matters by the IRS and other tax authorities and governmental bodies. The Company regularly assesses the likelihood of an adverse outcome resulting from these examinations to determine the adequacy of its provision for taxes. There can be no assurance as to the outcome of these examinations. If the Company's effective tax rates were to increase, particularly in the U.S. or Ireland, or if the ultimate determination of the Company's taxes owed is for an amount in excess of amounts previously accrued, the Company's financial condition, operating results and cash flows could be adversely affected.

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

August 2, 2017     Apple Inc.

By:      /s/ Luca Maestri
_____
Luca Maestri
Senior Vice President, Chief Financial Officer

Apple Inc. | Q3 2017 Form 10- Q | 46

# EXHIBIT 17

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# FORM 10- Q

(Mark One)

**QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the quarterly period ended December 30, 2017

or

**TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the transition period from _____ to _____.
Commission File Number: **001- 36743**

# Apple Inc.

(Exact name of Registrant as specified in its charter)

| | |
|---|---|
| **California** | **94- 2404110** |
| (State or other jurisdiction | (I.R.S. Employer |
| of incorporation or organization) | Identification No.) |
| **1 Infinite Loop** | |
| **Cupertino, California** | **95014** |
| (Address of principal executive offices) | (Zip Code) |

**(408) 996- 1010**
(Registrant's telephone number, including area code)

Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

Yes     No

Indicate by check mark whether the Registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S- T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the Registrant was required to submit and post such files).

Yes     No

Indicate by check mark whether the Registrant is a large accelerated filer, an accelerated filer, a non- accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b- 2 of the Exchange Act.

Large accelerated filer                         Accelerated filer
Non- accelerated filer     (Do not check if a smaller reporting company)     Smaller reporting company
                                                Emerging growth company

If an emerging growth company, indicate by check mark if the Registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.

Indicate by check mark whether the Registrant is a shell company (as defined in Rule 12b- 2 of the Exchange Act).

Yes     No

5,074,013,000 shares of common stock, par value $0.00001 per share, issued and outstanding as of January 19, 2018

## PART II — OTHER INFORMATION

**Item 1.   L e g a l  Proceedings**

The Company is subject to legal proceedings and claims that have not been fully resolved and that have arisen in the ordinary course of business. In the opinion of management, there was not at least a reasonable possibility the Company may have incurred a material loss, or a material loss in excess of a recorded accrual, with respect to loss contingencies for asserted legal and other claims. However, the outcome of legal proceedings and claims brought against the Company is subject to significant uncertainty. Therefore, although management considers the likelihood of such an outcome to be remote, if one or more of these legal matters were resolved against the Company in a reporting period for amounts in excess of management's expectations, the Company's consolidated financial statements for that reporting period could be materially adversely affected. See the risk factor "The Company could be impacted by unfavorable results of legal proceedings, such as being found to have infringed on intellectual property rights" in Part II, Item 1A of this Form 10- Q under the heading "Risk Factors." The Company settled certain matters during the first quarter of 2018 that did not individually or in the aggregate have a material impact on the Company's financial condition or operating results.

**Item 1A. Risk Factors**

The following description of risk factors includes any material changes to, and supersedes the description of, risk factors associated with the Company's business previously disclosed in Part I, Item 1A of the 2017 Form 10- K under the heading "Risk Factors." The business, financial condition and operating results of the Company can be affected by a number of factors, whether currently known or unknown, including but not limited to those described below, any one or more of which could, directly or indirectly, cause the Company's actual financial condition and operating results to vary materially from past, or from anticipated future, financial condition and operating results. Any of these factors, in whole or in part, could materially and adversely affect the Company's business, financial condition, operating results and stock price.

The following discussion of risk factors contains forward- looking statements. These risk factors may be important to understanding other statements in this Form 10- Q. The following information should be read in conjunction with the condensed consolidated financial statements and related notes in Part I, Item 1, "Financial Statements" and Part I, Item 2, "Management's Discussion and Analysis of Financial Condition and Results of Operations" of this Form 10- Q.

Because of the following factors, as well as other factors affecting the Company's financial condition and operating results, past financial performance should not be considered to be a reliable indicator of future performance, and investors should not use historical trends to anticipate results or trends in future periods.

**Global and regional economic conditions could materially adversely affect the Company.**

The Company's operations and performance depend significantly on global and regional economic conditions. Uncertainty about global and regional economic conditions poses a risk as consumers and businesses may postpone spending in response to tighter credit, higher unemployment, financial market volatility, government austerity programs, negative financial news, declines in income or asset values and/or other factors. These worldwide and regional economic conditions could have a material adverse effect on demand for the Company's products and services. Demand also could differ materially from the Company's expectations as a result of currency fluctuations because the Company generally raises prices on goods and services sold outside the U.S. to correspond with the effect of a strengthening of the U.S. dollar. Other factors that could influence worldwide or regional demand include changes in fuel and other energy costs, conditions in the real estate and mortgage markets, unemployment, labor and healthcare costs, access to credit, consumer confidence and other macroeconomic factors affecting consumer spending behavior. These and other economic factors could materially adversely affect demand for the Company's products and services.

In the event of financial turmoil affecting the banking system and financial markets, additional consolidation of the financial services industry, or significant financial service institution failures, there could be tightening in the credit markets, low liquidity and extreme volatility in fixed income, credit, currency and equity markets. This could have a number of effects on the Company's business, including the insolvency or financial instability of outsourcing partners or suppliers or their inability to obtain credit to finance development and/or manufacture products, resulting in product delays; inability of customers, including channel partners, to obtain credit to finance purchases of the Company's products; failure of derivative counterparties and other financial institutions; and restrictions on the Company's ability to issue new debt. Other income and expense also could vary materially from expectations depending on gains or losses realized on the sale or exchange of financial instruments; impairment charges resulting from revaluations of debt and equity securities and other investments; changes in interest rates; increases or decreases in cash balances; volatility in foreign exchange rates; and changes in fair value of derivative instruments. Increased volatility in the financial markets and overall economic uncertainty would increase the risk of the actual amounts realized in the future on the Company's financial instruments differing significantly from the fair values currently assigned to them.

**Global markets for the Company's products and services are highly competitive and subject to rapid technological change, and the Company may be unable to compete effectively in these markets.**

The Company's products and services compete in highly competitive global markets characterized by aggressive price competition and resulting downward pressure on gross margins, frequent introduction of new products, short product life cycles, evolving industry standards, continual improvement in product price/performance characteristics, rapid adoption of technological and product advancements by competitors and price sensitivity on the part of consumers.

The Company's ability to compete successfully depends heavily on its ability to ensure a continuing and timely introduction of innovative new products, services and technologies to the marketplace. The Company believes it is unique in that it designs and develops nearly the entire solution for its products, including the hardware, operating system, numerous software applications and related services. As a result, the Company must make significant investments in R&D. The Company currently holds a significant number of patents and copyrights and has registered and/or has applied to register numerous patents, trademarks and service marks. In contrast, many of the Company's competitors seek to compete primarily through aggressive pricing and very low cost structures, and emulating the Company's products and infringing on its intellectual property. If the Company is unable to continue to develop and sell innovative new products with attractive margins or if competitors infringe on the Company's intellectual property, the Company's ability to maintain a competitive advantage could be adversely affected.

The Company markets certain mobile communication and media devices based on the iOS mobile operating system and also markets related services, including third- party digital content and applications. The Company faces substantial competition in these markets from companies that have significant technical, marketing, distribution and other resources, as well as established hardware, software and digital content supplier relationships; and the Company has a minority market share in the global smartphone market. Additionally, the Company faces significant competition as competitors reduce their selling prices and attempt to imitate the Company's product features and applications within their own products or, alternatively, collaborate with each other to offer solutions that are more competitive than those they currently offer. The Company competes with business models that provide content to users for free. The Company also competes with illegitimate means to obtain third- party digital content and applications. Some of the Company's competitors have greater experience, product breadth and distribution channels than the Company. Because some current and potential competitors have substantial resources and/or experience and a lower cost structure, they may be able to provide products and services at little or no profit or even at a loss. The Company also expects competition to intensify as competitors attempt to imitate the Company's approach to providing components seamlessly within their individual offerings or work collaboratively to offer integrated solutions. The Company's financial condition and operating results depend substantially on the Company's ability to continually improve iOS and iOS devices in order to maintain their functional and design advantages.

The Company is the only authorized maker of hardware using macOS, which has a minority market share in the personal computer market. This market has been contracting and is dominated by computer makers using competing operating systems, most notably Windows. In the market for personal computers and accessories, the Company faces a significant number of competitors, many of which have broader product lines, lower- priced products and a larger installed customer base. Historically, consolidation in this market has resulted in larger competitors. Competition has been particularly intense as competitors have aggressively cut prices and lowered product margins. An increasing number of internet- enabled devices that include software applications and are smaller and simpler than traditional personal computers compete for market share with the Company's existing products. The Company's financial condition and operating results also depend on its ability to continually improve the Mac platform to maintain its functional and design advantages.

There can be no assurance the Company will be able to continue to provide products and services that compete effectively.

**To remain competitive and stimulate customer demand, the Company must successfully manage frequent product introductions and transitions.**

Due to the highly volatile and competitive nature of the industries in which the Company competes, the Company must continually introduce new products, services and technologies, enhance existing products and services, effectively stimulate customer demand for new and upgraded products and successfully manage the transition to these new and upgraded products. The success of new product introductions depends on a number of factors including, but not limited to, timely and successful product development, market acceptance, the Company's ability to manage the risks associated with new product production ramp- up issues, the availability of application software for new products, the effective management of purchase commitments and inventory levels in line with anticipated product demand, the availability of products in appropriate quantities and at expected costs to meet anticipated demand and the risk that new products may have quality or other defects or deficiencies in the early stages of introduction. Accordingly, the Company cannot determine in advance the ultimate effect of new product introductions and transitions.

**The Company depends on the performance of distributors, carriers and other resellers.**

The Company distributes its products through cellular network carriers, wholesalers, national and regional retailers and resellers, many of whom distribute products from competing manufacturers. The Company also sells its products and third-party products in most of its major markets directly to education, enterprise and government customers and consumers and small and mid-sized businesses through its retail and online stores.

Some carriers providing cellular network service for iPhone subsidize users' purchases of the device. There is no assurance that such subsidies will be continued at all or in the same amounts upon renewal of the Company's agreements with these carriers or in agreements the Company enters into with new carriers.

The Company has invested and will continue to invest in programs to enhance reseller sales, including staffing selected resellers' stores with Company employees and contractors, and improving product placement displays. These programs could require a substantial investment while providing no assurance of return or incremental revenue. The financial condition of these resellers could weaken, these resellers could stop distributing the Company's products, or uncertainty regarding demand for some or all of the Company's products could cause resellers to reduce their ordering and marketing of the Company's products.

**The Company faces substantial inventory and other asset risk in addition to purchase commitment cancellation risk.**

The Company records a write-down for product and component inventories that have become obsolete or exceed anticipated demand or net realizable value and accrues necessary cancellation fee reserves for orders of excess products and components. The Company also reviews its long-lived assets, including capital assets held at its suppliers' facilities and inventory prepayments, for impairment whenever events or circumstances indicate the carrying amount of an asset may not be recoverable. If the Company determines that impairment has occurred, it records a write-down equal to the amount by which the carrying value of the asset exceeds its fair value. Although the Company believes its provisions related to inventory, capital assets, inventory prepayments and other assets and purchase commitments are currently adequate, no assurance can be given that the Company will not incur additional related charges given the rapid and unpredictable pace of product obsolescence in the industries in which the Company competes.

The Company must order components for its products and build inventory in advance of product announcements and shipments. Manufacturing purchase obligations typically cover forecasted component and manufacturing requirements for periods up to 150 days. Because the Company's markets are volatile, competitive and subject to rapid technology and price changes, there is a risk the Company will forecast incorrectly and order or produce excess or insufficient amounts of components or products, or not fully utilize firm purchase commitments.

**Future operating results depend upon the Company's ability to obtain components in sufficient quantities on commercially reasonable terms.**

Because the Company currently obtains components from single or limited sources, the Company is subject to significant supply and pricing risks. Many components, including those that are available from multiple sources, are at times subject to industry-wide shortages and significant commodity pricing fluctuations. While the Company has entered into agreements for the supply of many components, there can be no assurance that the Company will be able to extend or renew these agreements on similar terms, or at all. A number of suppliers of components may suffer from poor financial conditions, which can lead to business failure for the supplier or consolidation within a particular industry, further limiting the Company's ability to obtain sufficient quantities of components on commercially reasonable terms. The effects of global or regional economic conditions on the Company's suppliers, described in "Global and regional economic conditions could materially adversely affect the Company" above, also could affect the Company's ability to obtain components. Therefore, the Company remains subject to significant risks of supply shortages and price increases.

The Company's new products often utilize custom components available from only one source. When a component or product uses new technologies, initial capacity constraints may exist until the suppliers' yields have matured or manufacturing capacity has increased. Continued availability of these components at acceptable prices, or at all, may be affected for any number of reasons, including if those suppliers decide to concentrate on the production of common components instead of components customized to meet the Company's requirements. The supply of components for a new or existing product could be delayed or constrained, or a key manufacturing vendor could delay shipments of completed products to the Company.

**The Company depends on component and product manufacturing and logistical services provided by outsourcing partners, many of which are located outside of the U.S.**

Substantially all of the Company's manufacturing is performed in whole or in part by a few outsourcing partners located primarily in Asia. The Company has also outsourced much of its transportation and logistics management. While these arrangements may lower operating costs, they also reduce the Company's direct control over production and distribution. It is uncertain what effect such diminished control will have on the quality or quantity of products or services, or the Company's flexibility to respond to changing conditions. Although arrangements with these partners may contain provisions for warranty expense reimbursement, the Company may remain responsible to the consumer for warranty service in the event of product defects and could experience an unanticipated product defect or warranty liability. While the Company relies on its partners to adhere to its supplier code of conduct, material violations of the supplier code of conduct could occur.

The Company relies on sole- sourced outsourcing partners in the U.S., Asia and Europe to supply and manufacture many critical components, and on outsourcing partners primarily located in Asia, for final assembly of substantially all of the Company's hardware products. Any failure of these partners to perform may have a negative impact on the Company's cost or supply of components or finished goods. In addition, manufacturing or logistics in these locations or transit to final destinations may be disrupted for a variety of reasons including, but not limited to, natural and man- made disasters, information technology system failures, commercial disputes, military actions or economic, business, labor, environmental, public health, or political issues.

The Company has invested in manufacturing process equipment, much of which is held at certain of its outsourcing partners, and has made prepayments to certain of its suppliers associated with long- term supply agreements. While these arrangements help ensure the supply of components and finished goods, if these outsourcing partners or suppliers experience severe financial problems or other disruptions in their business, such continued supply could be reduced or terminated and the net realizable value of these assets could be negatively impacted.

**The Company's products and services may experience quality problems from time to time that can result in decreased sales and operating margin and harm to the Company's reputation.**

The Company sells complex hardware and software products and services that can contain design and manufacturing defects. Sophisticated operating system software and applications, such as those sold by the Company, often contain "bugs" that can unexpectedly interfere with the software's intended operation. The Company's online services may from time to time experience outages, service slowdowns or errors. Defects may also occur in components and products the Company purchases from third parties. There can be no assurance the Company will be able to detect and fix all defects in the hardware, software and services it sells. Failure to do so could result in lost revenue, significant warranty and other expenses and harm to the Company's reputation.

**The Company relies on access to third- party digital content, which may not be available to the Company on commercially reasonable terms or at all.**

The Company contracts with numerous third parties to offer their digital content to customers. This includes the right to sell currently available music, movies, TV shows and books. The licensing or other distribution arrangements with these third parties are for relatively short terms and do not guarantee the continuation or renewal of these arrangements on reasonable terms, if at all. Some third- party content providers and distributors currently or in the future may offer competing products and services, and could take action to make it more difficult or impossible for the Company to license or otherwise distribute their content in the future. Other content owners, providers or distributors may seek to limit the Company's access to, or increase the cost of, such content. The Company may be unable to continue to offer a wide variety of content at reasonable prices with acceptable usage rules, or continue to expand its geographic reach. Failure to obtain the right to make third- party digital content available, or to make such content available on commercially reasonable terms, could have a material adverse impact on the Company's financial condition and operating results.

Some third- party digital content providers require the Company to provide digital rights management and other security solutions. If requirements change, the Company may have to develop or license new technology to provide these solutions. There is no assurance the Company will be able to develop or license such solutions at a reasonable cost and in a timely manner. In addition, certain countries have passed or may propose and adopt legislation that would force the Company to license its digital rights management, which could lessen the protection of content and subject it to piracy and also could negatively affect arrangements with the Company's content providers.

**The Company's future performance depends in part on support from third- party software developers.**

The Company believes decisions by customers to purchase its hardware products depend in part on the availability of third- party software applications and services. There is no assurance that third- party developers will continue to develop and maintain software applications and services for the Company's products. If third- party software applications and services cease to be developed and maintained for the Company's products, customers may choose not to buy the Company's products.

With respect to its Mac products, the Company believes the availability of third- party software applications and services depends in part on the developers' perception and analysis of the relative benefits of developing, maintaining and upgrading such software for the Company's products compared to Windows- based products. This analysis may be based on factors such as the market position of the Company and its products, the anticipated revenue that may be generated, expected future growth of Mac sales and the costs of developing such applications and services. If the Company's minority share of the global personal computer market causes developers to question the Mac's prospects, developers could be less inclined to develop or upgrade software for the Company's Mac products and more inclined to devote their resources to developing and upgrading software for the larger Windows market.

With respect to iOS devices, the Company relies on the continued availability and development of compelling and innovative software applications, including applications distributed through the App Store. iOS devices are subject to rapid technological change, and, if third-party developers are unable to or choose not to keep up with this pace of change, third- party applications might not successfully operate and may result in dissatisfied customers. As with applications for the Company's Mac products, the availability and development of these applications also depend on developers' perceptions and analysis of the relative benefits of developing, maintaining or upgrading software for the Company's iOS devices rather than its competitors' platforms, such as Android. If developers focus their efforts on these competing platforms, the availability and quality of applications for the Company's iOS devices may suffer.

**The Company relies on access to third- party intellectual property, which may not be available to the Company on commercially reasonable terms or at all.**

Many of the Company's products include third- party intellectual property, which requires licenses from those third parties. Based on past experience and industry practice, the Company believes such licenses generally can be obtained on reasonable terms. There is, however, no assurance that the necessary licenses can be obtained on acceptable terms or at all. Failure to obtain the right to use third-party intellectual property, or to use such intellectual property on commercially reasonable terms, could preclude the Company from selling certain products or otherwise have a material adverse impact on the Company's financial condition and operating results.

**The Company could be impacted by unfavorable results of legal proceedings, such as being found to have infringed on intellectual property rights.**

The Company is subject to various legal proceedings and claims that have arisen in the ordinary course of business and have not yet been fully resolved, and new claims may arise in the future. In addition, agreements entered into by the Company sometimes include indemnification provisions which may subject the Company to costs and damages in the event of a claim against an indemnified third party.

Claims against the Company based on allegations of patent infringement or other violations of intellectual property rights have generally increased over time and may continue to increase. In particular, the Company has historically faced a significant number of patent claims relating to its cellular- enabled products, and new claims may arise in the future. For example, technology and other patent- holding companies frequently assert their patents and seek royalties and often enter into litigation based on allegations of patent infringement or other violations of intellectual property rights. The Company is vigorously defending infringement actions in courts in a number of U.S. jurisdictions and before the U.S. International Trade Commission, as well as internationally in various countries. The plaintiffs in these actions frequently seek injunctions and substantial damages.

Regardless of the merit of particular claims, litigation may be expensive, time- consuming, disruptive to the Company's operations and distracting to management. In recognition of these considerations, the Company may enter into licensing agreements or other arrangements to settle litigation and resolve such disputes. No assurance can be given that such agreements can be obtained on acceptable terms or that litigation will not occur. These agreements may also significantly increase the Company's operating expenses.

In management's opinion, there is not at least a reasonable possibility the Company may have incurred a material loss, or a material loss in excess of a recorded accrual, with respect to loss contingencies, including matters related to infringement of intellectual property rights. However, the outcome of litigation is inherently uncertain.

Although management considers the likelihood of such an outcome to be remote, if one or more legal matters were resolved against the Company or an indemnified third party in a reporting period for amounts in excess of management's expectations, the Company's consolidated financial statements for that reporting period could be materially adversely affected. Further, such an outcome could result in significant compensatory, punitive or trebled monetary damages, disgorgement of revenue or profits, remedial corporate measures or injunctive relief against the Company that could materially adversely affect its financial condition and operating results.

While the Company maintains insurance coverage for certain types of claims, such insurance coverage may be insufficient to cover all losses or all types of claims that may arise.

**The Company is subject to laws and regulations worldwide, changes to which could increase the Company's costs and individually or in the aggregate adversely affect the Company's business.**

The Company is subject to laws and regulations affecting its domestic and international operations in a number of areas. These U.S. and foreign laws and regulations affect the Company's activities including, but not limited to, in areas of labor, advertising, digital content, consumer protection, real estate, billing, e- commerce, promotions, quality of services, telecommunications, mobile communications and media, television, intellectual property ownership and infringement, tax, import and export requirements, anti- corruption, foreign exchange controls and cash repatriation restrictions, data privacy requirements, anti- competition, environmental, health and safety.

By way of example, laws and regulations related to mobile communications and media devices in the many jurisdictions in which the Company operates are extensive and subject to change. Such changes could include, among others, restrictions on the production, manufacture, distribution and use of devices, locking devices to a carrier's network, or mandating the use of devices on more than one carrier's network. These devices are also subject to certification and regulation by governmental and standardization bodies, as well as by cellular network carriers for use on their networks. These certification processes are extensive and time consuming, and could result in additional testing requirements, product modifications, or delays in product shipment dates, or could preclude the Company from selling certain products.

Compliance with these laws, regulations and similar requirements may be onerous and expensive, and they may be inconsistent from jurisdiction to jurisdiction, further increasing the cost of compliance and doing business. Any such costs, which may rise in the future as a result of changes in these laws and regulations or in their interpretation, could individually or in the aggregate make the Company's products and services less attractive to the Company's customers, delay the introduction of new products in one or more regions, or cause the Company to change or limit its business practices. The Company has implemented policies and procedures designed to ensure compliance with applicable laws and regulations, but there can be no assurance that the Company's employees, contractors, or agents will not violate such laws and regulations or the Company's policies and procedures.

**The Company's business is subject to the risks of international operations.**

The Company derives a significant portion of its revenue and earnings from its international operations. Compliance with applicable U.S. and foreign laws and regulations, such as import and export requirements, anti- corruption laws, tax laws, foreign exchange controls and cash repatriation restrictions, data privacy requirements, environmental laws, labor laws and anti- competition regulations, increases the costs of doing business in foreign jurisdictions. Although the Company has implemented policies and procedures to comply with these laws and regulations, a violation by the Company's employees, contractors or agents could nevertheless occur. In some cases, compliance with the laws and regulations of one country could violate the laws and regulations of another country. Violations of these laws and regulations could materially adversely affect the Company's brand, international growth efforts and business.

The Company also could be significantly affected by other risks associated with international activities including, but not limited to, economic and labor conditions, increased duties, taxes and other costs and political instability. Margins on sales of the Company's products in foreign countries, and on sales of products that include components obtained from foreign suppliers, could be materially adversely affected by international trade regulations, including duties, tariffs and antidumping penalties. The Company is also exposed to credit and collectibility risk on its trade receivables with customers in certain international markets. There can be no assurance the Company can effectively limit its credit risk and avoid losses.

**The Company's retail stores have required and will continue to require a substantial investment and commitment of resources and are subject to numerous risks and uncertainties.**

The Company's retail stores have required substantial investment in equipment and leasehold improvements, information systems, inventory and personnel. The Company also has entered into substantial operating lease commitments for retail space. Certain stores have been designed and built to serve as high- profile venues to promote brand awareness and serve as vehicles for corporate sales and marketing activities. Because of their unique design elements, locations and size, these stores require substantially more investment than the Company's more typical retail stores. Due to the high cost structure associated with the Company's retail stores, a decline in sales or the closure or poor performance of individual or multiple stores could result in significant lease termination costs, write- offs of equipment and leasehold improvements and severance costs.

Many factors unique to retail operations, some of which are beyond the Company's control, pose risks and uncertainties. These risks and uncertainties include, but are not limited to, macro- economic factors that could have an adverse effect on general retail activity, as well as the Company's inability to manage costs associated with store construction and operation, the Company's failure to manage relationships with its existing retail partners, more challenging environments in managing retail operations outside the U.S., costs associated with unanticipated fluctuations in the value of retail inventory, and the Company's inability to obtain and renew leases in quality retail locations at a reasonable cost.

**Investment in new business strategies and acquisitions could disrupt the Company's ongoing business and present risks not originally contemplated.**

The Company has invested, and in the future may invest, in new business strategies or acquisitions. Such endeavors may involve significant risks and uncertainties, including distraction of management from current operations, greater than expected liabilities and expenses, inadequate return of capital and unidentified issues not discovered in the Company's due diligence. These new ventures are inherently risky and may not be successful.

**The Company's business and reputation may be impacted by information technology system failures or network disruptions.**

The Company may be subject to information technology system failures or network disruptions caused by natural disasters, accidents, power disruptions, telecommunications failures, acts of terrorism or war, computer viruses, physical or electronic break- ins, or other events or disruptions. System redundancy and other continuity measures may be ineffective or inadequate, and the Company's business continuity and disaster recovery planning may not be sufficient for all eventualities. Such failures or disruptions could adversely impact the Company's business by, among other things, preventing access to the Company's online services, interfering with customer transactions or impeding the manufacturing and shipping of the Company's products. These events could materially adversely affect the Company's reputation, financial condition and operating results.

**There may be losses or unauthorized access to or releases of confidential information, including personally identifiable information, that could subject the Company to significant reputational, financial, legal and operational consequences.**

The Company's business requires it to use and store confidential information, including, among other things, personally identifiable information ("PII") with respect to the Company's customers and employees. The Company devotes significant resources to network and data security, including through the use of encryption and other security measures intended to protect its systems and data. But these measures cannot provide absolute security, and losses or unauthorized access to or releases of confidential information may still occur, which could materially adversely affect the Company's reputation, financial condition and operating results.

The Company's business also requires it to share confidential information with suppliers and other third parties. Although the Company takes steps to secure confidential information that is provided to third parties, such measures may not be effective and losses or unauthorized access to or releases of confidential information may still occur, which could materially adversely affect the Company's reputation, financial condition and operating results.

For example, the Company may experience a security breach impacting the Company's information technology systems that compromises the confidentiality, integrity or availability of confidential information. Such an incident could, among other things, impair the Company's ability to attract and retain customers for its products and services, impact the Company's stock price, materially damage supplier relationships, and expose the Company to litigation or government investigations, which could result in penalties, fines or judgments against the Company.

Although malicious attacks perpetrated to gain access to confidential information, including PII, affect many companies across various industries, the Company is at a relatively greater risk of being targeted because of its high profile and the value of the confidential information it creates, owns, manages, stores and processes.

The Company has implemented systems and processes intended to secure its information technology systems and prevent unauthorized access to or loss of sensitive data, including through the use of encryption and authentication technologies. As with all companies, these security measures may not be sufficient for all eventualities and may be vulnerable to hacking, employee error, malfeasance, system error, faulty password management or other irregularities. For example, third parties may attempt to fraudulently induce employees or customers into disclosing user names, passwords or other sensitive information, which may in turn be used to access the Company's information technology systems. To help protect customers and the Company, the Company monitors its services and systems for unusual activity and may freeze accounts under suspicious circumstances, which, among other things, may result in the delay or loss of customer orders or impede customer access to the Company's products and services.

In addition to the risks relating to general confidential information described above, the Company may also be subject to specific obligations relating to health data and payment card data. Health data may be subject to additional privacy, security and breach notification requirements, and the Company may be subject to audit by governmental authorities regarding the Company's compliance with these obligations. If the Company fails to adequately comply with these rules and requirements, or if health data is handled in a manner not permitted by law or under the Company's agreements with healthcare institutions, the Company could be subject to litigation or government investigations, may be liable for associated investigatory expenses, and could also incur significant fees or fines.

Under payment card rules and obligations, if cardholder information is potentially compromised, the Company could be liable for associated investigatory expenses and could also incur significant fees or fines if the Company fails to follow payment card industry data security standards. The Company could also experience a significant increase in payment card transaction costs or lose the ability to process payment cards if it fails to follow payment card industry data security standards, which would materially adversely affect the Company's reputation, financial condition and operating results.

While the Company maintains insurance coverage that is intended to address certain aspects of data security risks, such insurance coverage may be insufficient to cover all losses or all types of claims that may arise.

**The Company's business is subject to a variety of U.S. and international laws, rules, policies and other obligations regarding data protection.**

The Company is subject to federal, state and international laws relating to the collection, use, retention, security and transfer of PII. In many cases, these laws apply not only to third- party transactions, but also may restrict transfers of PII among the Company and its international subsidiaries. Several jurisdictions have passed laws in this area, and other jurisdictions are considering imposing additional restrictions. These laws continue to develop and may be inconsistent from jurisdiction to jurisdiction. Complying with emerging and changing international requirements may cause the Company to incur substantial costs or require the Company to change its business practices. Noncompliance could result in significant penalties or legal liability.

The Company makes statements about its use and disclosure of PII through its privacy policy, information provided on its website and press statements. Any failure by the Company to comply with these public statements or with other federal, state or international privacy-related or data protection laws and regulations could result in proceedings against the Company by governmental entities or others. In addition to reputational impacts, penalties could include ongoing audit requirements and significant legal liability.

**The Company's success depends largely on the continued service and availability of key personnel.**

Much of the Company's future success depends on the continued availability and service of key personnel, including its Chief Executive Officer, executive team and other highly skilled employees. Experienced personnel in the technology industry are in high demand and competition for their talents is intense, especially in Silicon Valley, where most of the Company's key personnel are located.

**The Company's business may be impacted by political events, war, terrorism, public health issues, natural disasters and other business interruptions.**

War, terrorism, geopolitical uncertainties, public health issues and other business interruptions have caused and could cause damage or disruption to international commerce and the global economy, and thus could have a material adverse effect on the Company, its suppliers, logistics providers, manufacturing vendors and customers, including channel partners. The Company's business operations are subject to interruption by, among others, natural disasters, whether as a result of climate change or otherwise, fire, power shortages, nuclear power plant accidents and other industrial accidents, terrorist attacks and other hostile acts, labor disputes, public health issues and other events beyond its control. Such events could decrease demand for the Company's products, make it difficult or impossible for the Company to make and deliver products to its customers, including channel partners, or to receive components from its suppliers, and create delays and inefficiencies in the Company's supply chain. While the Company's suppliers are required to maintain safe working environments and operations, an industrial accident could occur and could result in disruption to the Company's business and harm to the Company's reputation. Should major public health issues, including pandemics, arise, the Company could be adversely affected by more stringent employee travel restrictions, additional limitations in freight services, governmental actions limiting the movement of products between regions, delays in production ramps of new products and disruptions in the operations of the Company's manufacturing vendors and component suppliers. The majority of the Company's R&D activities, its corporate headquarters, information technology systems and other critical business operations, including certain component suppliers and manufacturing vendors, are in locations that could be affected by natural disasters. In the event of a natural disaster, the Company could incur significant losses, require substantial recovery time and experience significant expenditures in order to resume operations.

**The Company expects its quarterly revenue and operating results to fluctuate.**

The Company's profit margins vary across its products and distribution channels. The Company's software, accessories, and service and support contracts generally have higher gross margins than certain of the Company's other products. Gross margins on the Company's hardware products vary across product lines and can change over time as a result of product transitions, pricing and configuration changes, and component, warranty, and other cost fluctuations. The Company's direct sales generally have higher associated gross margins than its indirect sales through its channel partners. In addition, the Company's gross margin and operating margin percentages, as well as overall profitability, may be materially adversely impacted as a result of a shift in product, geographic or channel mix, component cost increases, the strengthening U.S. dollar, price competition, or the introduction of new products, including those that have higher cost structures with flat or reduced pricing.

The Company has typically experienced higher net sales in its first quarter compared to other quarters due in part to seasonal holiday demand. Additionally, new product introductions can significantly impact net sales, product costs and operating expenses. Further, the Company generates a majority of its net sales from a single product and a decline in demand for that product could significantly impact quarterly net sales. The Company could also be subject to unexpected developments late in a quarter, such as lower- than- anticipated demand for the Company's products, issues with new product introductions, an internal systems failure, or failure of one of the Company's logistics, components supply, or manufacturing partners.

**The Company's stock price is subject to volatility.**

The Company's stock price has experienced substantial price volatility in the past and may continue to do so in the future. Additionally, the Company, the technology industry and the stock market as a whole have experienced extreme stock price and volume fluctuations that have affected stock prices in ways that may have been unrelated to these companies' operating performance. Price volatility over a given period may cause the average price at which the Company repurchases its own stock to exceed the stock's price at a given point in time. The Company believes its stock price should reflect expectations of future growth and profitability. The Company also believes its stock price should reflect expectations that its cash dividend will continue at current levels or grow and that its current share repurchase program will be fully consummated. Future dividends are subject to declaration by the Company's Board of Directors, and the Company's share repurchase program does not obligate it to acquire any specific number of shares. If the Company fails to meet expectations related to future growth, profitability, dividends, share repurchases or other market expectations, its stock price may decline significantly, which could have a material adverse impact on investor confidence and employee retention.

**The Company's financial performance is subject to risks associated with changes in the value of the U.S. dollar versus local currencies.**

The Company's primary exposure to movements in foreign currency exchange rates relates to non- U.S. dollar- denominated sales and operating expenses worldwide. Weakening of foreign currencies relative to the U.S. dollar adversely affects the U.S. dollar value of the Company's foreign currency- denominated sales and earnings, and generally leads the Company to raise international pricing, potentially reducing demand for the Company's products. Margins on sales of the Company's products in foreign countries and on sales of products that include components obtained from foreign suppliers, could be materially adversely affected by foreign currency exchange rate fluctuations. In some circumstances, for competitive or other reasons, the Company may decide not to raise local prices to fully offset the dollar's strengthening, or at all, which would adversely affect the U.S. dollar value of the Company's foreign currency- denominated sales and earnings. Conversely, a strengthening of foreign currencies relative to the U.S. dollar, while generally beneficial to the Company's foreign currency- denominated sales and earnings, could cause the Company to reduce international pricing and incur losses on its foreign currency derivative instruments, thereby limiting the benefit. Additionally, strengthening of foreign currencies may increase the Company's cost of product components denominated in those currencies, thus adversely affecting gross margins.

The Company uses derivative instruments, such as foreign currency forward and option contracts, to hedge certain exposures to fluctuations in foreign currency exchange rates. The use of such hedging activities may not offset any, or more than a portion, of the adverse financial effects of unfavorable movements in foreign exchange rates over the limited time the hedges are in place.

**The Company is exposed to credit risk and fluctuations in the market values of its investment portfolio.**

Given the global nature of its business, the Company has both domestic and international investments. Credit ratings and pricing of the Company's investments can be negatively affected by liquidity, credit deterioration, financial results, economic risk, political risk, sovereign risk or other factors. As a result, the value and liquidity of the Company's cash, cash equivalents and marketable securities may fluctuate substantially. Therefore, although the Company has not realized any significant losses on its cash, cash equivalents and marketable securities, future fluctuations in their value could result in significant realized losses.

**The Company is exposed to credit risk on its trade accounts receivable, vendor non- trade receivables and prepayments related to long- term supply agreements, and this risk is heightened during periods when economic conditions worsen.**

The Company distributes its products through third- party cellular network carriers, wholesalers, retailers and resellers. The Company also sells its products directly to small and mid- sized businesses and education, enterprise and government customers. A substantial majority of the Company's outstanding trade receivables are not covered by collateral, third- party financing arrangements or credit insurance. The Company's exposure to credit and collectibility risk on its trade receivables is higher in certain international markets and its ability to mitigate such risks may be limited. The Company also has unsecured vendor non- trade receivables resulting from purchases of components by outsourcing partners and other vendors that manufacture sub- assemblies or assemble final products for the Company. In addition, the Company has made prepayments associated with long- term supply agreements to secure supply of inventory components. As of December 30, 2017, a significant portion of the Company's trade receivables was concentrated within cellular network carriers, and its vendor non- trade receivables and prepayments related to long- term supply agreements were concentrated among a few individual vendors located primarily in Asia. While the Company has procedures to monitor and limit exposure to credit risk on its trade and vendor non- trade receivables, as well as long- term prepayments, there can be no assurance such procedures will effectively limit its credit risk and avoid losses.

**The Company could be subject to changes in its tax rates, the adoption of new U.S. or international tax legislation or exposure to additional tax liabilities.**

The Company is subject to taxes in the U.S. and numerous foreign jurisdictions, including Ireland, where a number of the Company's subsidiaries are organized. Due to economic and political conditions, tax rates in various jurisdictions may be subject to significant change. The Company's effective tax rates could be affected by changes in the mix of earnings in countries with differing statutory tax rates, changes in the valuation of deferred tax assets and liabilities, or changes in tax laws or their interpretation, including in the U.S. and Ireland.

The Company is also subject to the examination of its tax returns and other tax matters by the U.S. Internal Revenue Service and other tax authorities and governmental bodies. The Company regularly assesses the likelihood of an adverse outcome resulting from these examinations to determine the adequacy of its provision for taxes. There can be no assurance as to the outcome of these examinations. If the Company's effective tax rates were to increase, particularly in the U.S. or Ireland, or if the ultimate determination of the Company's taxes owed is for an amount in excess of amounts previously accrued, the Company's financial condition, operating results and cash flows could be adversely affected.

**Item 2. Unregistered Sales of Equity Securities and Use of Proceeds**

**Purchases of Equity Securities by the Issuer and Affiliated Purchasers**

Share repurchase activity during the three months ended December 30, 2017 was as follows (in millions, except number of shares, which are reflected in thousands, and per share amounts):

| Periods | Total Number of Shares Purchased | Average Price Paid Per Share | Total Number of Shares Purchased as Part of Publicly Announced Plans or Programs | Approximate Dollar Value of Shares That May Yet Be Purchased Under the Plans or Programs [1] |
|---|---|---|---|---|
| October 1, 2017 to November 4, 2017: | | | | |
| Open market and privately negotiated purchases | 6,308 | $ 158.53 | 6,308 | |
| | | | | |
| November 5, 2017 to December 2, 2017: | | | | |
| August 2017 ASR | 3,818 | [2] | 3,818 | |
| November 2017 ASR | 23,602[3] | [3] | 23,602[3] | |
| Open market and privately negotiated purchases | 12,166 | $ 172.61 | 12,166 | |
| | | | | |
| December 3, 2017 to December 30, 2017: | | | | |
| Open market and privately negotiated purchases | 11,707 | $ 171.55 | 11,707 | |
| Total | 57,601 | | | $ 33,914 |

(1) In May 2017, the Company's Board of Directors increased the share repurchase authorization from $175 billion to $210 billion of the Company's common stock, of which $176 billion had been utilized as of December 30, 2017. The remaining $34 billion in the table represents the amount available to repurchase shares under the authorized repurchase program as of December 30, 2017. The Company's share repurchase program does not obligate it to acquire any specific number of shares. Under the program, shares may be repurchased in privately negotiated and/or open market transactions, including under plans complying with Rule 10b5- 1 under the Exchange Act.

(2)        In August 2017, the Company entered into an accelerated share repurchase arrangement ("ASR") to purchase up to $3.0 billion of the Company's common stock. In November 2017, the purchase period for this ASR ended and an additional 3.8 million shares were delivered and retired. In total, 18.9 million shares were delivered under this ASR at an average repurchase price of $158.84.

(3) In November 2017, the Company entered into a new ASR to purchase up to $5.0 billion of the Company's common stock. In exchange for up- front payments totaling $5.0 billion, the financial institutions that are party to the arrangement committed to deliver shares to the Company during the ASR's purchase period, which will end in February 2018. The total number of shares ultimately delivered, and therefore the average price paid per share, will be determined at the end of the applicable purchase period based on the volume- weighted average price of the Company's common stock during that period.

**Item 3. Defaults Upon Senior Securities**

None.

**Item 4. Mine Safety Disclosures**

Not applicable.

**Item 5. Other Information**

None.

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

February 2, 2018 Apple Inc.

By: /s/ Luca Maestri
     Luca Maestri
     Senior Vice President,
     Chief Financial Officer

# EXHIBIT 18

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# FORM 10- Q

(Mark One)

**QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the quarterly period ended March 31, 2018
or
**TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the transition period from _____ to _____.
Commission File Number: **001- 36743**



# Apple Inc.

(Exact name of Registrant as specified in its charter)

| **California** | **94- 2404110** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

| **One Apple Park Way** **Cupertino, California** | **95014** |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

**(408) 996- 1010**
(Registrant's telephone number, including area code)

Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.                                                         Yes     No

Indicate by check mark whether the Registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S- T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the Registrant was required to submit and post such files).                                                         Yes     No

Indicate by check mark whether the Registrant is a large accelerated filer, an accelerated filer, a non- accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b- 2 of the Exchange Act.

| Large accelerated filer | Accelerated filer |
|---|---|
| Non- accelerated filer     (Do not check if a smaller reporting company) | Smaller reporting company |
| | Emerging growth company |

If an emerging growth company, indicate by check mark if the Registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.

Indicate by check mark whether the Registrant is a shell company (as defined in Rule 12b- 2 of the Exchange Act).                                                         Yes     No

4,915,138,000 shares of common stock, par value $0.00001 per share, issued and outstanding as of April 20, 2018

**PART II — OTHER INFORMATION**

**Item 1.   L e g a l**
**Proceedings**

The Company is subject to legal proceedings and claims that have not been fully resolved and that have arisen in the ordinary course of business. Except as described in Part I, Item 1 of this Form 10- Q in the Notes to Condensed Consolidated Financial Statements in Note 9, "Commitments and Contingencies" under the heading "Contingencies," in the opinion of management, there was not at least a reasonable possibility the Company may have incurred a material loss, or a material loss in excess of a recorded accrual, with respect to loss contingencies for asserted legal and other claims.

The outcome of litigation is inherently uncertain. If one or more legal matters were resolved against the Company in a reporting period for amounts in excess of management's expectations, the Company's consolidated financial statements for that reporting period could be materially adversely affected. See the risk factor "The Company could be impacted by unfavorable results of legal proceedings, such as being found to have infringed on intellectual property rights" in Part II, Item 1A of this Form 10- Q under the heading "Risk Factors." The Company settled certain matters during the second quarter of 2018 that did not individually or in the aggregate have a material impact on the Company's financial condition or operating results.

**Item 1A. Risk Factors**

The following description of risk factors includes any material changes to, and supersedes the description of, risk factors associated with the Company's business previously disclosed in Part I, Item 1A of the 2017 Form 10- K and in Part II, Item 1A of the Form 10- Q for the quarter ended December 30, 2017, in each case under the heading "Risk Factors." The business, financial condition and operating results of the Company can be affected by a number of factors, whether currently known or unknown, including but not limited to those described below, any one or more of which could, directly or indirectly, cause the Company's actual financial condition and operating results to vary materially from past, or from anticipated future, financial condition and operating results. Any of these factors, in whole or in part, could materially and adversely affect the Company's business, financial condition, operating results and stock price.

The following discussion of risk factors contains forward- looking statements. These risk factors may be important to understanding other statements in this Form 10- Q. The following information should be read in conjunction with the condensed consolidated financial statements and related notes in Part I, Item 1, "Financial Statements" and Part I, Item 2, "Management's Discussion and Analysis of Financial Condition and Results of Operations" of this Form 10- Q.

Because of the following factors, as well as other factors affecting the Company's financial condition and operating results, past financial performance should not be considered to be a reliable indicator of future performance, and investors should not use historical trends to anticipate results or trends in future periods.

**Global and regional economic conditions could materially adversely affect the Company.**

The Company's operations and performance depend significantly on global and regional economic conditions. Uncertainty about global and regional economic conditions poses a risk as consumers and businesses may postpone spending in response to tighter credit, higher unemployment, financial market volatility, government austerity programs, negative financial news, declines in income or asset values and/or other factors. These worldwide and regional economic conditions could have a material adverse effect on demand for the Company's products and services. Demand also could differ materially from the Company's expectations as a result of currency fluctuations because the Company generally raises prices on goods and services sold outside the U.S. to correspond with the effect of a strengthening of the U.S. dollar. Other factors that could influence worldwide or regional demand include changes in fuel and other energy costs, conditions in the real estate and mortgage markets, unemployment, labor and healthcare costs, access to credit, consumer confidence and other macroeconomic factors affecting consumer spending behavior. These and other economic factors could materially adversely affect demand for the Company's products and services.

In the event of financial turmoil affecting the banking system and financial markets, additional consolidation of the financial services industry, or significant financial service institution failures, there could be tightening in the credit markets, low liquidity and extreme volatility in fixed income, credit, currency and equity markets. This could have a number of effects on the Company's business, including the insolvency or financial instability of outsourcing partners or suppliers or their inability to obtain credit to finance development and/or manufacture products, resulting in product delays; inability of customers, including channel partners, to obtain credit to finance purchases of the Company's products; failure of derivative counterparties and other financial institutions; and restrictions on the Company's ability to issue new debt. Other income and expense also could vary materially from expectations depending on gains or losses realized on the sale or exchange of financial instruments; impairment charges resulting from revaluations of debt and equity securities and other investments; changes in interest rates; increases or decreases in cash balances; volatility in foreign exchange rates; and changes in fair value of derivative instruments. Increased volatility in the financial markets and overall economic uncertainty would increase the risk of the actual amounts realized in the future on the Company's financial instruments differing significantly from the fair values currently assigned to them.

**Global markets for the Company's products and services are highly competitive and subject to rapid technological change, and the Company may be unable to compete effectively in these markets.**

The Company's products and services compete in highly competitive global markets characterized by aggressive price competition and resulting downward pressure on gross margins, frequent introduction of new products, short product life cycles, evolving industry standards, continual improvement in product price/performance characteristics, rapid adoption of technological and product advancements by competitors and price sensitivity on the part of consumers.

The Company's ability to compete successfully depends heavily on its ability to ensure a continuing and timely introduction of innovative new products, services and technologies to the marketplace. The Company believes it is unique in that it designs and develops nearly the entire solution for its products, including the hardware, operating system, numerous software applications and related services. As a result, the Company must make significant investments in R&D. The Company currently holds a significant number of patents and copyrights and has registered and/or has applied to register numerous patents, trademarks and service marks. In contrast, many of the Company's competitors seek to compete primarily through aggressive pricing and very low cost structures, and emulating the Company's products and infringing on its intellectual property. If the Company is unable to continue to develop and sell innovative new products with attractive margins or if competitors infringe on the Company's intellectual property, the Company's ability to maintain a competitive advantage could be adversely affected.

The Company markets certain mobile communication and media devices based on the iOS mobile operating system and also markets related services, including third- party digital content and applications. The Company faces substantial competition in these markets from companies that have significant technical, marketing, distribution and other resources, as well as established hardware, software and digital content supplier relationships; and the Company has a minority market share in the global smartphone market. Additionally, the Company faces significant competition as competitors reduce their selling prices and attempt to imitate the Company's product features and applications within their own products or, alternatively, collaborate with each other to offer solutions that are more competitive than those they currently offer. The Company competes with business models that provide content to users for free. The Company also competes with illegitimate means to obtain third- party digital content and applications. Some of the Company's competitors have greater experience, product breadth and distribution channels than the Company. Because some current and potential competitors have substantial resources and/or experience and a lower cost structure, they may be able to provide products and services at little or no profit or even at a loss. The Company also expects competition to intensify as competitors attempt to imitate the Company's approach to providing components seamlessly within their individual offerings or work collaboratively to offer integrated solutions. The Company's financial condition and operating results depend substantially on the Company's ability to continually improve iOS and iOS devices in order to maintain their functional and design advantages.

The Company is the only authorized maker of hardware using macOS, which has a minority market share in the personal computer market. This market has been contracting and is dominated by computer makers using competing operating systems, most notably Windows. In the market for personal computers and accessories, the Company faces a significant number of competitors, many of which have broader product lines, lower- priced products and a larger installed customer base. Historically, consolidation in this market has resulted in larger competitors. Competition has been particularly intense as competitors have aggressively cut prices and lowered product margins. An increasing number of internet- enabled devices that include software applications and are smaller and simpler than traditional personal computers compete for market share with the Company's existing products. The Company's financial condition and operating results also depend on its ability to continually improve the Mac platform to maintain its functional and design advantages.

There can be no assurance the Company will be able to continue to provide products and services that compete effectively.

**To remain competitive and stimulate customer demand, the Company must successfully manage frequent product introductions and transitions.**

Due to the highly volatile and competitive nature of the industries in which the Company competes, the Company must continually introduce new products, services and technologies, enhance existing products and services, effectively stimulate customer demand for new and upgraded products and successfully manage the transition to these new and upgraded products. The success of new product introductions depends on a number of factors including, but not limited to, timely and successful product development, market acceptance, the Company's ability to manage the risks associated with new product production ramp- up issues, the availability of application software for new products, the effective management of purchase commitments and inventory levels in line with anticipated product demand, the availability of products in appropriate quantities and at expected costs to meet anticipated demand and the risk that new products may have quality or other defects or deficiencies in the early stages of introduction. Accordingly, the Company cannot determine in advance the ultimate effect of new product introductions and transitions.

**The Company depends on the performance of distributors, carriers and other resellers.**

The Company distributes its products through cellular network carriers, wholesalers, national and regional retailers and resellers, many of whom distribute products from competing manufacturers. The Company also sells its products and third- party products in most of its major markets directly to education, enterprise and government customers and consumers and small and mid- sized businesses through its retail and online stores.

Some carriers providing cellular network service for iPhone subsidize users' purchases of the device. There is no assurance that such subsidies will be continued at all or in the same amounts upon renewal of the Company's agreements with these carriers or in agreements the Company enters into with new carriers.

The Company has invested and will continue to invest in programs to enhance reseller sales, including staffing selected resellers' stores with Company employees and contractors, and improving product placement displays. These programs could require a substantial investment while providing no assurance of return or incremental revenue. The financial condition of these resellers could weaken, these resellers could stop distributing the Company's products, or uncertainty regarding demand for some or all of the Company's products could cause resellers to reduce their ordering and marketing of the Company's products.

**The Company faces substantial inventory and other asset risk in addition to purchase commitment cancellation risk.**

The Company records a write- down for product and component inventories that have become obsolete or exceed anticipated demand or net realizable value and accrues necessary cancellation fee reserves for orders of excess products and components. The Company also reviews its long- lived assets, including capital assets held at its suppliers' facilities and inventory prepayments, for impairment whenever events or circumstances indicate the carrying amount of an asset may not be recoverable. If the Company determines that impairment has occurred, it records a write- down equal to the amount by which the carrying value of the asset exceeds its fair value. Although the Company believes its provisions related to inventory, capital assets, inventory prepayments and other assets and purchase commitments are currently adequate, no assurance can be given that the Company will not incur additional related charges given the rapid and unpredictable pace of product obsolescence in the industries in which the Company competes.

The Company must order components for its products and build inventory in advance of product announcements and shipments. Manufacturing purchase obligations typically cover forecasted component and manufacturing requirements for periods up to 150 days. Because the Company's markets are volatile, competitive and subject to rapid technology and price changes, there is a risk the Company will forecast incorrectly and order or produce excess or insufficient amounts of components or products, or not fully utilize firm purchase commitments.

**Future operating results depend upon the Company's ability to obtain components in sufficient quantities on commercially reasonable terms.**

Because the Company currently obtains components from single or limited sources, the Company is subject to significant supply and pricing risks. Many components, including those that are available from multiple sources, are at times subject to industry- wide shortages and significant commodity pricing fluctuations. While the Company has entered into agreements for the supply of many components, there can be no assurance that the Company will be able to extend or renew these agreements on similar terms, or at all. A number of suppliers of components may suffer from poor financial conditions, which can lead to business failure for the supplier or consolidation within a particular industry, further limiting the Company's ability to obtain sufficient quantities of components on commercially reasonable terms. The effects of global or regional economic conditions on the Company's suppliers, described in "Global and regional economic conditions could materially adversely affect the Company" above, also could affect the Company's ability to obtain components. Therefore, the Company remains subject to significant risks of supply shortages and price increases.

The Company's new products often utilize custom components available from only one source. When a component or product uses new technologies, initial capacity constraints may exist until the suppliers' yields have matured or manufacturing capacity has increased. Continued availability of these components at acceptable prices, or at all, may be affected for any number of reasons, including if those suppliers decide to concentrate on the production of common components instead of components customized to meet the Company's requirements. The supply of components for a new or existing product could be delayed or constrained, or a key manufacturing vendor could delay shipments of completed products to the Company.

**The Company depends on component and product manufacturing and logistical services provided by outsourcing partners, many of which are located outside of the U.S.**

Substantially all of the Company's manufacturing is performed in whole or in part by a few outsourcing partners located primarily in Asia. The Company has also outsourced much of its transportation and logistics management. While these arrangements may lower operating costs, they also reduce the Company's direct control over production and distribution. It is uncertain what effect such diminished control will have on the quality or quantity of products or services, or the Company's flexibility to respond to changing conditions. Although arrangements with these partners may contain provisions for warranty expense reimbursement, the Company may remain responsible to the consumer for warranty service in the event of product defects and could experience an unanticipated product defect or warranty liability. While the Company relies on its partners to adhere to its supplier code of conduct, material violations of the supplier code of conduct could occur.

The Company relies on sole- sourced outsourcing partners in the U.S., Asia and Europe to supply and manufacture many critical components, and on outsourcing partners primarily located in Asia, for final assembly of substantially all of the Company's hardware products. Any failure of these partners to perform may have a negative impact on the Company's cost or supply of components or finished goods. In addition, manufacturing or logistics in these locations or transit to final destinations may be disrupted for a variety of reasons including, but not limited to, natural and man- made disasters, information technology system failures, commercial disputes, military actions or economic, business, labor, environmental, public health, or political issues.

The Company has invested in manufacturing process equipment, much of which is held at certain of its outsourcing partners, and has made prepayments to certain of its suppliers associated with long- term supply agreements. While these arrangements help ensure the supply of components and finished goods, if these outsourcing partners or suppliers experience severe financial problems or other disruptions in their business, such continued supply could be reduced or terminated and the net realizable value of these assets could be negatively impacted.

**The Company's products and services may experience quality problems from time to time that can result in decreased sales and operating margin and harm to the Company's reputation.**

The Company sells complex hardware and software products and services that can contain design and manufacturing defects. Sophisticated operating system software and applications, such as those sold by the Company, often contain "bugs" that can unexpectedly interfere with the software's intended operation. The Company's online services may from time to time experience outages, service slowdowns or errors. Defects may also occur in components and products the Company purchases from third parties. There can be no assurance the Company will be able to detect and fix all defects in the hardware, software and services it sells. Failure to do so could result in lost revenue, significant warranty and other expenses and harm to the Company's reputation.

**The Company relies on access to third- party digital content, which may not be available to the Company on commercially reasonable terms or at all.**

The Company contracts with numerous third parties to offer their digital content to customers. This includes the right to sell currently available music, movies, TV shows and books. The licensing or other distribution arrangements with these third parties are for relatively short terms and do not guarantee the continuation or renewal of these arrangements on reasonable terms, if at all. Some third- party content providers and distributors currently or in the future may offer competing products and services, and could take action to make it more difficult or impossible for the Company to license or otherwise distribute their content in the future. Other content owners, providers or distributors may seek to limit the Company's access to, or increase the cost of, such content. The Company may be unable to continue to offer a wide variety of content at reasonable prices with acceptable usage rules, or continue to expand its geographic reach. Failure to obtain the right to make third- party digital content available, or to make such content available on commercially reasonable terms, could have a material adverse impact on the Company's financial condition and operating results.

Some third- party digital content providers require the Company to provide digital rights management and other security solutions. If requirements change, the Company may have to develop or license new technology to provide these solutions. There is no assurance the Company will be able to develop or license such solutions at a reasonable cost and in a timely manner. In addition, certain countries have passed or may propose and adopt legislation that would force the Company to license its digital rights management, which could lessen the protection of content and subject it to piracy and also could negatively affect arrangements with the Company's content providers.

**The Company's future performance depends in part on support from third- party software developers.**

The Company believes decisions by customers to purchase its hardware products depend in part on the availability of third- party software applications and services. There is no assurance that third- party developers will continue to develop and maintain software applications and services for the Company's products. If third- party software applications and services cease to be developed and maintained for the Company's products, customers may choose not to buy the Company's products.

With respect to its Mac products, the Company believes the availability of third- party software applications and services depends in part on the developers' perception and analysis of the relative benefits of developing, maintaining and upgrading such software for the Company's products compared to Windows- based products. This analysis may be based on factors such as the market position of the Company and its products, the anticipated revenue that may be generated, expected future growth of Mac sales and the costs of developing such applications and services. If the Company's minority share of the global personal computer market causes developers to question the Mac's prospects, developers could be less inclined to develop or upgrade software for the Company's Mac products and more inclined to devote their resources to developing and upgrading software for the larger Windows market.

With respect to iOS devices, the Company relies on the continued availability and development of compelling and innovative software applications, including applications distributed through the App Store. iOS devices are subject to rapid technological change, and, if third- party developers are unable to or choose not to keep up with this pace of change, third- party applications might not successfully operate and may result in dissatisfied customers. As with applications for the Company's Mac products, the availability and development of these applications also depend on developers' perceptions and analysis of the relative benefits of developing, maintaining or upgrading software for the Company's iOS devices rather than its competitors' platforms, such as Android. If developers focus their efforts on these competing platforms, the availability and quality of applications for the Company's iOS devices may suffer.

**The Company relies on access to third- party intellectual property, which may not be available to the Company on commercially reasonable terms or at all.**

Many of the Company's products include third- party intellectual property, which requires licenses from those third parties. Based on past experience and industry practice, the Company believes such licenses generally can be obtained on reasonable terms. There is, however, no assurance that the necessary licenses can be obtained on acceptable terms or at all. Failure to obtain the right to use third- party intellectual property, or to use such intellectual property on commercially reasonable terms, could preclude the Company from selling certain products or otherwise have a material adverse impact on the Company's financial condition and operating results.

**The Company could be impacted by unfavorable results of legal proceedings, such as being found to have infringed on intellectual property rights.**

The Company is subject to various legal proceedings and claims that have arisen in the ordinary course of business and have not yet been fully resolved, and new claims may arise in the future. In addition, agreements entered into by the Company sometimes include indemnification provisions which may subject the Company to costs and damages in the event of a claim against an indemnified third party.

Claims against the Company based on allegations of patent infringement or other violations of intellectual property rights have generally increased over time and may continue to increase. In particular, the Company has historically faced a significant number of patent claims relating to its cellular- enabled products, and new claims may arise in the future. For example, technology and other patent- holding companies frequently assert their patents and seek royalties and often enter into litigation based on allegations of patent infringement or other violations of intellectual property rights. The Company is vigorously defending infringement actions in courts in a number of U.S. jurisdictions and before the U.S. International Trade Commission, as well as internationally in various countries. The plaintiffs in these actions frequently seek injunctions and substantial damages.

Regardless of the merit of particular claims, litigation may be expensive, time- consuming, disruptive to the Company's operations and distracting to management. In recognition of these considerations, the Company may enter into licensing agreements or other arrangements to settle litigation and resolve such disputes. No assurance can be given that such agreements can be obtained on acceptable terms or that litigation will not occur. These agreements may also significantly increase the Company's operating expenses.

Except as described in Part I, Item 1 of this Form 10- Q in the Notes to Condensed Consolidated Financial Statements in Note 9, "Commitments and Contingencies" under the heading "Contingencies," in the opinion of management, there was not at least a reasonable possibility the Company may have incurred a material loss, or a material loss in excess of a recorded accrual, with respect to loss contingencies for asserted legal and other claims, including matters related to infringement of intellectual property rights.

The outcome of litigation is inherently uncertain. If one or more legal matters were resolved against the Company or an indemnified third party in a reporting period for amounts in excess of management's expectations, the Company's consolidated financial statements for that reporting period could be materially adversely affected. Further, such an outcome could result in significant compensatory, punitive or trebled monetary damages, disgorgement of revenue or profits, remedial corporate measures or injunctive relief against the Company that could materially adversely affect its financial condition and operating results.

While the Company maintains insurance coverage for certain types of claims, such insurance coverage may be insufficient to cover all losses or all types of claims that may arise.

**The Company is subject to laws and regulations worldwide, changes to which could increase the Company's costs and individually or in the aggregate adversely affect the Company's business.**

The Company is subject to laws and regulations affecting its domestic and international operations in a number of areas. These U.S. and foreign laws and regulations affect the Company's activities including, but not limited to, in areas of labor, advertising, digital content, consumer protection, real estate, billing, e- commerce, promotions, quality of services, telecommunications, mobile communications and media, television, intellectual property ownership and infringement, tax, import and export requirements, anti- corruption, foreign exchange controls and cash repatriation restrictions, data privacy requirements, anti- competition, environmental, health and safety.

By way of example, laws and regulations related to mobile communications and media devices in the many jurisdictions in which the Company operates are extensive and subject to change. Such changes could include, among others, restrictions on the production, manufacture, distribution and use of devices, locking devices to a carrier's network, or mandating the use of devices on more than one carrier's network. These devices are also subject to certification and regulation by governmental and standardization bodies, as well as by cellular network carriers for use on their networks. These certification processes are extensive and time consuming, and could result in additional testing requirements, product modifications, or delays in product shipment dates, or could preclude the Company from selling certain products.

Compliance with these laws, regulations and similar requirements may be onerous and expensive, and they may be inconsistent from jurisdiction to jurisdiction, further increasing the cost of compliance and doing business. Any such costs, which may rise in the future as a result of changes in these laws and regulations or in their interpretation, could individually or in the aggregate make the Company's products and services less attractive to the Company's customers, delay the introduction of new products in one or more regions, or cause the Company to change or limit its business practices. The Company has implemented policies and procedures designed to ensure compliance with applicable laws and regulations, but there can be no assurance that the Company's employees, contractors, or agents will not violate such laws and regulations or the Company's policies and procedures.

**The Company's business is subject to the risks of international operations.**

The Company derives a significant portion of its revenue and earnings from its international operations. Compliance with applicable U.S. and foreign laws and regulations, such as import and export requirements, anti- corruption laws, tax laws, foreign exchange controls and cash repatriation restrictions, data privacy requirements, environmental laws, labor laws and anti- competition regulations, increases the costs of doing business in foreign jurisdictions. Although the Company has implemented policies and procedures to comply with these laws and regulations, a violation by the Company's employees, contractors or agents could nevertheless occur. In some cases, compliance with the laws and regulations of one country could violate the laws and regulations of another country. Violations of these laws and regulations could materially adversely affect the Company's brand, international growth efforts and business.

The Company also could be significantly affected by other risks associated with international activities including, but not limited to, economic and labor conditions, increased duties, taxes and other costs and political instability. Margins on sales of the Company's products in foreign countries, and on sales of products that include components obtained from foreign suppliers, could be materially adversely affected by international trade regulations, including duties, tariffs and antidumping penalties. The Company is also exposed to credit and collectibility risk on its trade receivables with customers in certain international markets. There can be no assurance the Company can effectively limit its credit risk and avoid losses.

**The Company's retail stores have required and will continue to require a substantial investment and commitment of resources and are subject to numerous risks and uncertainties.**

The Company's retail stores have required substantial investment in equipment and leasehold improvements, information systems, inventory and personnel. The Company also has entered into substantial operating lease commitments for retail space. Certain stores have been designed and built to serve as high- profile venues to promote brand awareness and serve as vehicles for corporate sales and marketing activities. Because of their unique design elements, locations and size, these stores require substantially more investment than the Company's more typical retail stores. Due to the high cost structure associated with the Company's retail stores, a decline in sales or the closure or poor performance of individual or multiple stores could result in significant lease termination costs, write- offs of equipment and leasehold improvements and severance costs.

Many factors unique to retail operations, some of which are beyond the Company's control, pose risks and uncertainties. These risks and uncertainties include, but are not limited to, macro- economic factors that could have an adverse effect on general retail activity, as well as the Company's inability to manage costs associated with store construction and operation, the Company's failure to manage relationships with its existing retail partners, more challenging environments in managing retail operations outside the U.S., costs associated with unanticipated fluctuations in the value of retail inventory, and the Company's inability to obtain and renew leases in quality retail locations at a reasonable cost.

**Investment in new business strategies and acquisitions could disrupt the Company's ongoing business and present risks not originally contemplated.**

The Company has invested, and in the future may invest, in new business strategies or acquisitions. Such endeavors may involve significant risks and uncertainties, including distraction of management from current operations, greater than expected liabilities and expenses, inadequate return of capital and unidentified issues not discovered in the Company's due diligence. These new ventures are inherently risky and may not be successful.

**The Company's business and reputation may be impacted by information technology system failures or network disruptions.**

The Company may be subject to information technology system failures or network disruptions caused by natural disasters, accidents, power disruptions, telecommunications failures, acts of terrorism or war, computer viruses, physical or electronic break- ins, or other events or disruptions. System redundancy and other continuity measures may be ineffective or inadequate, and the Company's business continuity and disaster recovery planning may not be sufficient for all eventualities. Such failures or disruptions could adversely impact the Company's business by, among other things, preventing access to the Company's online services, interfering with customer transactions or impeding the manufacturing and shipping of the Company's products. These events could materially adversely affect the Company's reputation, financial condition and operating results.

**There may be losses or unauthorized access to or releases of confidential information, including personally identifiable information, that could subject the Company to significant reputational, financial, legal and operational consequences.**

The Company's business requires it to use and store confidential information, including, among other things, personally identifiable information ("PII") with respect to the Company's customers and employees. The Company devotes significant resources to network and data security, including through the use of encryption and other security measures intended to protect its systems and data. But these measures cannot provide absolute security, and losses or unauthorized access to or releases of confidential information may still occur, which could materially adversely affect the Company's reputation, financial condition and operating results.

The Company's business also requires it to share confidential information with suppliers and other third parties. Although the Company takes steps to secure confidential information that is provided to third parties, such measures may not be effective and losses or unauthorized access to or releases of confidential information may still occur, which could materially adversely affect the Company's reputation, financial condition and operating results.

For example, the Company may experience a security breach impacting the Company's information technology systems that compromises the confidentiality, integrity or availability of confidential information. Such an incident could, among other things, impair the Company's ability to attract and retain customers for its products and services, impact the Company's stock price, materially damage supplier relationships, and expose the Company to litigation or government investigations, which could result in penalties, fines or judgments against the Company.

Although malicious attacks perpetrated to gain access to confidential information, including PII, affect many companies across various industries, the Company is at a relatively greater risk of being targeted because of its high profile and the value of the confidential information it creates, owns, manages, stores and processes.

The Company has implemented systems and processes intended to secure its information technology systems and prevent unauthorized access to or loss of sensitive data, including through the use of encryption and authentication technologies. As with all companies, these security measures may not be sufficient for all eventualities and may be vulnerable to hacking, employee error, malfeasance, system error, faulty password management or other irregularities. For example, third parties may attempt to fraudulently induce employees or customers into disclosing user names, passwords or other sensitive information, which may in turn be used to access the Company's information technology systems. To help protect customers and the Company, the Company monitors its services and systems for unusual activity and may freeze accounts under suspicious circumstances, which, among other things, may result in the delay or loss of customer orders or impede customer access to the Company's products and services.

In addition to the risks relating to general confidential information described above, the Company may also be subject to specific obligations relating to health data and payment card data. Health data may be subject to additional privacy, security and breach notification requirements, and the Company may be subject to audit by governmental authorities regarding the Company's compliance with these obligations. If the Company fails to adequately comply with these rules and requirements, or if health data is handled in a manner not permitted by law or under the Company's agreements with healthcare institutions, the Company could be subject to litigation or government investigations, may be liable for associated investigatory expenses, and could also incur significant fees or fines.

Under payment card rules and obligations, if cardholder information is potentially compromised, the Company could be liable for associated investigatory expenses and could also incur significant fees or fines if the Company fails to follow payment card industry data security standards. The Company could also experience a significant increase in payment card transaction costs or lose the ability to process payment cards if it fails to follow payment card industry data security standards, which would materially adversely affect the Company's reputation, financial condition and operating results.

While the Company maintains insurance coverage that is intended to address certain aspects of data security risks, such insurance coverage may be insufficient to cover all losses or all types of claims that may arise.

**The Company's business is subject to a variety of U.S. and international laws, rules, policies and other obligations regarding data protection.**

The Company is subject to federal, state and international laws relating to the collection, use, retention, security and transfer of PII. In many cases, these laws apply not only to third- party transactions, but also may restrict transfers of PII among the Company and its international subsidiaries. Several jurisdictions have passed laws in this area, and other jurisdictions are considering imposing additional restrictions. These laws continue to develop and may be inconsistent from jurisdiction to jurisdiction. Complying with emerging and changing international requirements may cause the Company to incur substantial costs or require the Company to change its business practices. Noncompliance could result in significant penalties or legal liability.

The Company makes statements about its use and disclosure of PII through its privacy policy, information provided on its website and press statements. Any failure by the Company to comply with these public statements or with other federal, state or international privacy-related or data protection laws and regulations could result in proceedings against the Company by governmental entities or others. In addition to reputational impacts, penalties could include ongoing audit requirements and significant legal liability.

**The Company's success depends largely on the continued service and availability of key personnel.**

Much of the Company's future success depends on the continued availability and service of key personnel, including its Chief Executive Officer, executive team and other highly skilled employees. Experienced personnel in the technology industry are in high demand and competition for their talents is intense, especially in Silicon Valley, where most of the Company's key personnel are located.

**The Company's business may be impacted by political events, war, terrorism, public health issues, natural disasters and other business interruptions.**

War, terrorism, geopolitical uncertainties, public health issues and other business interruptions have caused and could cause damage or disruption to international commerce and the global economy, and thus could have a material adverse effect on the Company, its suppliers, logistics providers, manufacturing vendors and customers, including channel partners. The Company's business operations are subject to interruption by, among others, natural disasters, whether as a result of climate change or otherwise, fire, power shortages, nuclear power plant accidents and other industrial accidents, terrorist attacks and other hostile acts, labor disputes, public health issues and other events beyond its control. Such events could decrease demand for the Company's products, make it difficult or impossible for the Company to make and deliver products to its customers, including channel partners, or to receive components from its suppliers, and create delays and inefficiencies in the Company's supply chain. While the Company's suppliers are required to maintain safe working environments and operations, an industrial accident could occur and could result in disruption to the Company's business and harm to the Company's reputation. Should major public health issues, including pandemics, arise, the Company could be adversely affected by more stringent employee travel restrictions, additional limitations in freight services, governmental actions limiting the movement of products between regions, delays in production ramps of new products and disruptions in the operations of the Company's manufacturing vendors and component suppliers. The majority of the Company's R&D activities, its corporate headquarters, information technology systems and other critical business operations, including certain component suppliers and manufacturing vendors, are in locations that could be affected by natural disasters. In the event of a natural disaster, the Company could incur significant losses, require substantial recovery time and experience significant expenditures in order to resume operations.

**The Company expects its quarterly revenue and operating results to fluctuate.**

The Company's profit margins vary across its products and distribution channels. The Company's software, accessories, and service and support contracts generally have higher gross margins than certain of the Company's other products. Gross margins on the Company's hardware products vary across product lines and can change over time as a result of product transitions, pricing and configuration changes, and component, warranty, and other cost fluctuations. The Company's direct sales generally have higher associated gross margins than its indirect sales through its channel partners. In addition, the Company's gross margin and operating margin percentages, as well as overall profitability, may be materially adversely impacted as a result of a shift in product, geographic or channel mix, component cost increases, the strengthening U.S. dollar, price competition, or the introduction of new products, including those that have higher cost structures with flat or reduced pricing.

The Company has typically experienced higher net sales in its first quarter compared to other quarters due in part to seasonal holiday demand. Additionally, new product introductions can significantly impact net sales, product costs and operating expenses. Further, the Company generates a majority of its net sales from a single product and a decline in demand for that product could significantly impact quarterly net sales. The Company could also be subject to unexpected developments late in a quarter, such as lower- than- anticipated demand for the Company's products, issues with new product introductions, an internal systems failure, or failure of one of the Company's logistics, components supply, or manufacturing partners.

**The Company's stock price is subject to volatility.**

The Company's stock price has experienced substantial price volatility in the past and may continue to do so in the future. Additionally, the Company, the technology industry and the stock market as a whole have experienced extreme stock price and volume fluctuations that have affected stock prices in ways that may have been unrelated to these companies' operating performance. Price volatility over a given period may cause the average price at which the Company repurchases its own stock to exceed the stock's price at a given point in time. The Company believes its stock price should reflect expectations of future growth and profitability. The Company also believes its stock price should reflect expectations that its cash dividend will continue at current levels or grow and that its current share repurchase program will be fully consummated. Future dividends are subject to declaration by the Company's Board of Directors, and the Company's share repurchase program does not obligate it to acquire any specific number of shares. If the Company fails to meet expectations related to future growth, profitability, dividends, share repurchases or other market expectations, its stock price may decline significantly, which could have a material adverse impact on investor confidence and employee retention.

**The Company's financial performance is subject to risks associated with changes in the value of the U.S. dollar versus local currencies.**

The Company's primary exposure to movements in foreign currency exchange rates relates to non- U.S. dollar–denominated sales and operating expenses worldwide. Weakening of foreign currencies relative to the U.S. dollar adversely affects the U.S. dollar value of the Company's foreign currency–denominated sales and earnings, and generally leads the Company to raise international pricing, potentially reducing demand for the Company's products. Margins on sales of the Company's products in foreign countries and on sales of products that include components obtained from foreign suppliers, could be materially adversely affected by foreign currency exchange rate fluctuations. In some circumstances, for competitive or other reasons, the Company may decide not to raise local prices to fully offset the dollar's strengthening, or at all, which would adversely affect the U.S. dollar value of the Company's foreign currency–denominated sales and earnings. Conversely, a strengthening of foreign currencies relative to the U.S. dollar, while generally beneficial to the Company's foreign currency–denominated sales and earnings, could cause the Company to reduce international pricing and incur losses on its foreign currency derivative instruments, thereby limiting the benefit. Additionally, strengthening of foreign currencies may increase the Company's cost of product components denominated in those currencies, thus adversely affecting gross margins.

The Company uses derivative instruments, such as foreign currency forward and option contracts, to hedge certain exposures to fluctuations in foreign currency exchange rates. The use of such hedging activities may not offset any, or more than a portion, of the adverse financial effects of unfavorable movements in foreign exchange rates over the limited time the hedges are in place.

**The Company is exposed to credit risk and fluctuations in the market values of its investment portfolio.**

Given the global nature of its business, the Company has both domestic and international investments. Credit ratings and pricing of the Company's investments can be negatively affected by liquidity, credit deterioration, financial results, economic risk, political risk, sovereign risk or other factors. As a result, the value and liquidity of the Company's cash, cash equivalents and marketable securities may fluctuate substantially. Therefore, although the Company has not realized any significant losses on its cash, cash equivalents and marketable securities, future fluctuations in their value could result in significant realized losses.

**The Company is exposed to credit risk on its trade accounts receivable, vendor non- trade receivables and prepayments related to long- term supply agreements, and this risk is heightened during periods when economic conditions worsen.**

The Company distributes its products through third- party cellular network carriers, wholesalers, retailers and resellers. The Company also sells its products directly to small and mid- sized businesses and education, enterprise and government customers. A substantial majority of the Company's outstanding trade receivables are not covered by collateral, third- party bank support or financing arrangements, or credit insurance. The Company's exposure to credit and collectibility risk on its trade receivables is higher in certain international markets and its ability to mitigate such risks may be limited. The Company also has unsecured vendor non- trade receivables resulting from purchases of components by outsourcing partners and other vendors that manufacture sub- assemblies or assemble final products for the Company. In addition, the Company has made prepayments associated with long- term supply agreements to secure supply of inventory components. As of March 31, 2018, a significant portion of the Company's trade receivables was concentrated within cellular network carriers, and its vendor non- trade receivables and prepayments related to long- term supply agreements were concentrated among a few individual vendors located primarily in Asia. While the Company has procedures to monitor and limit exposure to credit risk on its trade and vendor non- trade receivables, as well as long- term prepayments, there can be no assurance such procedures will effectively limit its credit risk and avoid losses.

**The Company could be subject to changes in its tax rates, the adoption of new U.S. or international tax legislation or exposure to additional tax liabilities.**

The Company is subject to taxes in the U.S. and numerous foreign jurisdictions, including Ireland, where a number of the Company's subsidiaries are organized. Due to economic and political conditions, tax rates in various jurisdictions may be subject to significant change. The Company's effective tax rates could be affected by changes in the mix of earnings in countries with differing statutory tax rates, changes in the valuation of deferred tax assets and liabilities, or changes in tax laws or their interpretation, including in the U.S. and Ireland.

The Company is also subject to the examination of its tax returns and other tax matters by the U.S. Internal Revenue Service and other tax authorities and governmental bodies. The Company regularly assesses the likelihood of an adverse outcome resulting from these examinations to determine the adequacy of its provision for taxes. There can be no assurance as to the outcome of these examinations. If the Company's effective tax rates were to increase, particularly in the U.S. or Ireland, or if the ultimate determination of the Company's taxes owed is for an amount in excess of amounts previously accrued, the Company's financial condition, operating results and cash flows could be adversely affected.

**Item 2. Unregistered Sales of Equity Securities and Use of Proceeds**

**Purchases of Equity Securities by the Issuer and Affiliated Purchasers**

Share repurchase activity during the three months ended March 31, 2018 was as follows (in millions, except number of shares, which are reflected in thousands, and per share amounts):

| Periods | Total Number of Shares Purchased | Average Price Paid Per Share | Total Number of Shares Purchased as Part of Publicly Announced Plans or Programs | Approximate Dollar Value of Shares That May Yet Be Purchased Under the Plans or Programs (1) |
|---|---|---|---|---|
| December 31, 2017 to February 3, 2018: | | | | |
| Open market and privately negotiated purchases | 20,323 | $ 172.22 | 20,323 | |
| February 4, 2018 to March 3, 2018: | | | | |
| November 2017 ASR | 5,667 | (2) | 5,667 | |
| Open market and privately negotiated purchases | 62,421 | $ 168.21 | 62,421 | |
| March 4, 2018 to March 31, 2018: | | | | |
| Open market and privately negotiated purchases | 54,296 | $ 174.97 | 54,296 | |
| Total | 142,707 | | | $ 10,414 |

(1)     As of March 31, 2018, the Company had an authorized share repurchase program of up to $210 billion of the Company's common stock, of which $199.6 billion had been utilized. The remaining $10.4 billion in the table represents the amount available to repurchase shares under the authorized repurchase program as of March 31, 2018. On May 1, 2018, the Company announced that the Board of Directors had authorized a new program to repurchase up to $100 billion of the Company's common stock. The Company's share repurchase program does not obligate it to acquire any specific number of shares. Under the program, shares may be repurchased in privately negotiated and/or open market transactions, including under plans complying with Rule 10b5- 1 under the Exchange Act.

(2)     In November 2017, the Company entered into an accelerated share repurchase arrangement ("ASR") to purchase up to $5.0 billion of the Company's common stock. In February 2018, the purchase period for this ASR ended and an additional 5.7 million shares were delivered and retired. In total, 29.3 million shares were delivered under this ASR at an average repurchase price of $170.84.

**Item 3. Defaults Upon Senior Securities**

None.

**Item 4. Mine Safety Disclosures**

Not applicable.

**Item 5. Other Information**

None.

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

May 2, 2018 Apple Inc.

By: /s/ Luca Maestri
      Luca Maestri
      Senior Vice President,
      Chief Financial Officer

# EXHIBIT 19

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# FORM 10- Q

(Mark One)

**QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the quarterly period ended June 30, 2018
or
**TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the transition period from _____ to _____.
Commission File Number: **001- 36743**



# Apple Inc.

(Exact name of Registrant as specified in its charter)

| **California** | **94- 2404110** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

| **One Apple Park Way** **Cupertino, California** | **95014** |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

**(408) 996- 1010**
(Registrant's telephone number, including area code)

Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.
Yes    No

Indicate by check mark whether the Registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S- T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the Registrant was required to submit and post such files).
Yes    No

Indicate by check mark whether the Registrant is a large accelerated filer, an accelerated filer, a non- accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b- 2 of the Exchange Act.

Large accelerated filer                                      Accelerated filer
Non- accelerated filer      (Do not check if a smaller reporting company)      Smaller reporting company
                                                            Emerging growth company

If an emerging growth company, indicate by check mark if the Registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.

Indicate by check mark whether the Registrant is a shell company (as defined in Rule 12b- 2 of the Exchange Act).
Yes    No

4,829,926,000 shares of common stock, par value $0.00001 per share, issued and outstanding as of July 20, 2018

**PART II — OTHER INFORMATION**

**Item 1.   L e g a l**
            **Proceedings**

The Company is subject to legal proceedings and claims that have not been fully resolved and that have arisen in the ordinary course of business. Except as described in Part I, Item 1 of this Form 10- Q in the Notes to Condensed Consolidated Financial Statements in Note 9, "Commitments and Contingencies" under the heading "Contingencies," in the opinion of management, there was not at least a reasonable possibility the Company may have incurred a material loss, or a material loss in excess of a recorded accrual, with respect to loss contingencies for asserted legal and other claims.

The outcome of litigation is inherently uncertain. If one or more legal matters were resolved against the Company in a reporting period for amounts in excess of management's expectations, the Company's consolidated financial statements for that reporting period could be materially adversely affected. See the risk factor "The Company could be impacted by unfavorable results of legal proceedings, such as being found to have infringed on intellectual property rights" in Part II, Item 1A of this Form 10- Q under the heading "Risk Factors." The Company settled certain matters during the third quarter of 2018 that did not individually or in the aggregate have a material impact on the Company's financial condition or operating results.

**Item 1A. Risk Factors**

The following description of risk factors includes any material changes to, and supersedes the description of, risk factors associated with the Company's business previously disclosed in Part I, Item 1A of the 2017 Form 10- K and in Part II, Item 1A of the Forms 10- Q for the quarters ended December 30, 2017 and March 31, 2018, in each case under the heading "Risk Factors." The business, financial condition and operating results of the Company can be affected by a number of factors, whether currently known or unknown, including but not limited to those described below, any one or more of which could, directly or indirectly, cause the Company's actual financial condition and operating results to vary materially from past, or from anticipated future, financial condition and operating results. Any of these factors, in whole or in part, could materially and adversely affect the Company's business, financial condition, operating results and stock price.

The following discussion of risk factors contains forward- looking statements. These risk factors may be important to understanding other statements in this Form 10- Q. The following information should be read in conjunction with the condensed consolidated financial statements and related notes in Part I, Item 1, "Financial Statements" and Part I, Item 2, "Management's Discussion and Analysis of Financial Condition and Results of Operations" of this Form 10- Q.

Because of the following factors, as well as other factors affecting the Company's financial condition and operating results, past financial performance should not be considered to be a reliable indicator of future performance, and investors should not use historical trends to anticipate results or trends in future periods.

**Global and regional economic conditions could materially adversely affect the Company's business, results of operations, financial condition and growth.**

The Company has international operations with sales outside the U.S. representing a majority of the Company's total net sales. In addition, a majority of the Company's supply chain, and its manufacturing and assembly activities, are located outside the U.S. As a result, the Company's operations and performance depend significantly on global and regional economic conditions.

Adverse macroeconomic conditions, including inflation, slower growth or recession, new or increased tariffs, changes to fiscal and monetary policy, tighter credit, higher interest rates, high unemployment and currency fluctuations could materially adversely affect demand for the Company's products and services. In addition, consumer confidence and spending could be adversely affected in response to financial market volatility, negative financial news, conditions in the real estate and mortgage markets, declines in income or asset values, changes to fuel and other energy costs, labor and healthcare costs and other economic factors.

In addition to an adverse impact on demand for the Company's products, uncertainty about, or a decline in, global or regional economic conditions could have a significant impact on the Company's suppliers, contract manufacturers, logistics providers, distributors, cellular network carriers and other channel partners. Potential effects include financial instability; inability to obtain credit to finance operations and purchases of the Company's products; and insolvency.

A downturn in the economic environment could also lead to increased credit and collectibility risk on the Company's trade receivables; the failure of derivative counterparties and other financial institutions; limitations on the Company's ability to issue new debt; reduced liquidity; and declines in the fair value of the Company's financial instruments. These and other economic factors could materially adversely affect the Company's business, results of operations, financial condition and growth.

**Global markets for the Company's products and services are highly competitive and subject to rapid technological change, and the Company may be unable to compete effectively in these markets.**

The Company's products and services compete in highly competitive global markets characterized by aggressive price competition and resulting downward pressure on gross margins, frequent introduction of new products, short product life cycles, evolving industry standards, continual improvement in product price/performance characteristics, rapid adoption of technological and product advancements by competitors and price sensitivity on the part of consumers.

The Company's ability to compete successfully depends heavily on its ability to ensure a continuing and timely introduction of innovative new products, services and technologies to the marketplace. The Company believes it is unique in that it designs and develops nearly the entire solution for its products, including the hardware, operating system, numerous software applications and related services. As a result, the Company must make significant investments in R&D. The Company currently holds a significant number of patents and copyrights and has registered and/or has applied to register numerous patents, trademarks and service marks. In contrast, many of the Company's competitors seek to compete primarily through aggressive pricing and very low cost structures, and emulating the Company's products and infringing on its intellectual property. If the Company is unable to continue to develop and sell innovative new products with attractive margins or if competitors infringe on the Company's intellectual property, the Company's ability to maintain a competitive advantage could be adversely affected.

The Company markets certain mobile communication and media devices based on the iOS mobile operating system and also markets related services, including third- party digital content and applications. The Company faces substantial competition in these markets from companies that have significant technical, marketing, distribution and other resources, as well as established hardware, software and digital content supplier relationships; and the Company has a minority market share in the global smartphone market. Additionally, the Company faces significant competition as competitors reduce their selling prices and attempt to imitate the Company's product features and applications within their own products or, alternatively, collaborate with each other to offer solutions that are more competitive than those they currently offer. The Company competes with business models that provide content to users for free. The Company also competes with illegitimate means to obtain third- party digital content and applications. Some of the Company's competitors have greater experience, product breadth and distribution channels than the Company. Because some current and potential competitors have substantial resources and/or experience and a lower cost structure, they may be able to provide products and services at little or no profit or even at a loss. The Company also expects competition to intensify as competitors attempt to imitate the Company's approach to providing components seamlessly within their individual offerings or work collaboratively to offer integrated solutions. The Company's financial condition and operating results depend substantially on the Company's ability to continually improve iOS and iOS devices in order to maintain their functional and design advantages.

The Company is the only authorized maker of hardware using macOS, which has a minority market share in the personal computer market. This market has been contracting and is dominated by computer makers using competing operating systems, most notably Windows. In the market for personal computers and accessories, the Company faces a significant number of competitors, many of which have broader product lines, lower- priced products and a larger installed customer base. Historically, consolidation in this market has resulted in larger competitors. Competition has been particularly intense as competitors have aggressively cut prices and lowered product margins. An increasing number of internet- enabled devices that include software applications and are smaller and simpler than traditional personal computers compete for market share with the Company's existing products. The Company's financial condition and operating results also depend on its ability to continually improve the Mac platform to maintain its functional and design advantages.

There can be no assurance the Company will be able to continue to provide products and services that compete effectively.

**To remain competitive and stimulate customer demand, the Company must successfully manage frequent product introductions and transitions.**

Due to the highly volatile and competitive nature of the industries in which the Company competes, the Company must continually introduce new products, services and technologies, enhance existing products and services, effectively stimulate customer demand for new and upgraded products and successfully manage the transition to these new and upgraded products. The success of new product introductions depends on a number of factors including, but not limited to, timely and successful product development, market acceptance, the Company's ability to manage the risks associated with new product production ramp- up issues, the availability of application software for new products, the effective management of purchase commitments and inventory levels in line with anticipated product demand, the availability of products in appropriate quantities and at expected costs to meet anticipated demand and the risk that new products may have quality or other defects or deficiencies in the early stages of introduction. Accordingly, the Company cannot determine in advance the ultimate effect of new product introductions and transitions.

**The Company depends on the performance of distributors, carriers and other resellers.**

The Company distributes its products through cellular network carriers, wholesalers, national and regional retailers and resellers, many of whom distribute products from competing manufacturers. The Company also sells its products and third- party products in most of its major markets directly to education, enterprise and government customers and consumers and small and mid- sized businesses through its retail and online stores.

Some carriers providing cellular network service for iPhone subsidize users' purchases of the device. There is no assurance that such subsidies will be continued at all or in the same amounts upon renewal of the Company's agreements with these carriers or in agreements the Company enters into with new carriers.

The Company has invested and will continue to invest in programs to enhance reseller sales, including staffing selected resellers' stores with Company employees and contractors, and improving product placement displays. These programs could require a substantial investment while providing no assurance of return or incremental revenue. The financial condition of these resellers could weaken, these resellers could stop distributing the Company's products, or uncertainty regarding demand for some or all of the Company's products could cause resellers to reduce their ordering and marketing of the Company's products.

**The Company faces substantial inventory and other asset risk in addition to purchase commitment cancellation risk.**

The Company records a write- down for product and component inventories that have become obsolete or exceed anticipated demand or net realizable value and accrues necessary cancellation fee reserves for orders of excess products and components. The Company also reviews its long- lived assets, including capital assets held at its suppliers' facilities and inventory prepayments, for impairment whenever events or circumstances indicate the carrying amount of an asset may not be recoverable. If the Company determines that impairment has occurred, it records a write- down equal to the amount by which the carrying value of the asset exceeds its fair value. Although the Company believes its provisions related to inventory, capital assets, inventory prepayments and other assets and purchase commitments are currently adequate, no assurance can be given that the Company will not incur additional related charges given the rapid and unpredictable pace of product obsolescence in the industries in which the Company competes.

The Company must order components for its products and build inventory in advance of product announcements and shipments. Manufacturing purchase obligations typically cover forecasted component and manufacturing requirements for periods up to 150 days. Because the Company's markets are volatile, competitive and subject to rapid technology and price changes, there is a risk the Company will forecast incorrectly and order or produce excess or insufficient amounts of components or products, or not fully utilize firm purchase commitments.

**Future operating results depend upon the Company's ability to obtain components in sufficient quantities on commercially reasonable terms.**

Because the Company currently obtains components from single or limited sources, the Company is subject to significant supply and pricing risks. Many components, including those that are available from multiple sources, are at times subject to industry- wide shortages and significant commodity pricing fluctuations. While the Company has entered into agreements for the supply of many components, there can be no assurance that the Company will be able to extend or renew these agreements on similar terms, or at all. A number of suppliers of components may suffer from poor financial conditions, which can lead to business failure for the supplier or consolidation within a particular industry, further limiting the Company's ability to obtain sufficient quantities of components on commercially reasonable terms. The effects of global or regional economic conditions on the Company's suppliers, described in "Global and regional economic conditions could materially adversely affect the Company's business, results of operations, financial condition and growth" above, also could affect the Company's ability to obtain components. Therefore, the Company remains subject to significant risks of supply shortages and price increases.

The Company's new products often utilize custom components available from only one source. When a component or product uses new technologies, initial capacity constraints may exist until the suppliers' yields have matured or manufacturing capacity has increased. Continued availability of these components at acceptable prices, or at all, may be affected for any number of reasons, including if those suppliers decide to concentrate on the production of common components instead of components customized to meet the Company's requirements. The supply of components for a new or existing product could be delayed or constrained, or a key manufacturing vendor could delay shipments of completed products to the Company.

**The Company depends on component and product manufacturing and logistical services provided by outsourcing partners, many of which are located outside of the U.S.**

Substantially all of the Company's manufacturing is performed in whole or in part by a few outsourcing partners located primarily in Asia. The Company has also outsourced much of its transportation and logistics management. While these arrangements may lower operating costs, they also reduce the Company's direct control over production and distribution. It is uncertain what effect such diminished control will have on the quality or quantity of products or services, or the Company's flexibility to respond to changing conditions. Although arrangements with these partners may contain provisions for warranty expense reimbursement, the Company may remain responsible to the consumer for warranty service in the event of product defects and could experience an unanticipated product defect or warranty liability. While the Company relies on its partners to adhere to its supplier code of conduct, material violations of the supplier code of conduct could occur.

The Company relies on sole- sourced outsourcing partners in the U.S., Asia and Europe to supply and manufacture many critical components, and on outsourcing partners primarily located in Asia, for final assembly of substantially all of the Company's hardware products. Any failure of these partners to perform may have a negative impact on the Company's cost or supply of components or finished goods. In addition, manufacturing or logistics in these locations or transit to final destinations may be disrupted for a variety of reasons including, but not limited to, natural and man- made disasters, information technology system failures, commercial disputes, military actions, economic, business, labor, environmental, public health or political issues, or international trade disputes.

The Company has invested in manufacturing process equipment, much of which is held at certain of its outsourcing partners, and has made prepayments to certain of its suppliers associated with long- term supply agreements. While these arrangements help ensure the supply of components and finished goods, if these outsourcing partners or suppliers experience severe financial problems or other disruptions in their business, such continued supply could be reduced or terminated and the net realizable value of these assets could be negatively impacted.

**The Company's products and services may be affected from time to time by design and manufacturing defects that could materially adversely affect the Company's business and result in harm to the Company's reputation.**

The Company offers complex hardware and software products and services that can be affected by design and manufacturing defects. Sophisticated operating system software and applications, such as those offered by the Company, often have issues that can unexpectedly interfere with the intended operation of hardware or software products. Defects may also exist in components and products the Company purchases from third parties. Component defects could make the Company's products unsafe and create a risk of environmental or property damage and personal injury. These risks may increase as the Company's products are introduced into specialized applications, including healthcare. In addition, the Company's service offerings may have quality issues and from time to time experience outages, service slowdowns or errors. As a result, the Company's services may not perform as anticipated and may not meet customer expectations. There can be no assurance the Company will be able to detect and fix all issues and defects in the hardware, software and services it offers. Failure to do so could result in widespread technical and performance issues affecting the Company's products and services. In addition, the Company may be exposed to product liability claims, recalls, product replacements or modifications, write- offs of inventory, property, plant and equipment, and/or intangible assets, and significant warranty and other expenses, including litigation costs and regulatory fines. Quality problems could also adversely affect the experience for users of the Company's products and services, and result in harm to the Company's reputation, loss of competitive advantage, poor market acceptance, reduced demand for products and services, delay in new product and services introductions and lost revenue.

**The Company relies on access to third- party digital content, which may not be available to the Company on commercially reasonable terms or at all.**

The Company contracts with numerous third parties to offer their digital content to customers. This includes the right to sell currently available music, movies, TV shows and books. The licensing or other distribution arrangements with these third parties are for relatively short terms and do not guarantee the continuation or renewal of these arrangements on reasonable terms, if at all. Some third- party content providers and distributors currently or in the future may offer competing products and services, and could take action to make it more difficult or impossible for the Company to license or otherwise distribute their content in the future. Other content owners, providers or distributors may seek to limit the Company's access to, or increase the cost of, such content. The Company may be unable to continue to offer a wide variety of content at reasonable prices with acceptable usage rules, or continue to expand its geographic reach. Failure to obtain the right to make third- party digital content available, or to make such content available on commercially reasonable terms, could have a material adverse impact on the Company's financial condition and operating results.

Some third- party digital content providers require the Company to provide digital rights management and other security solutions. If requirements change, the Company may have to develop or license new technology to provide these solutions. There is no assurance the Company will be able to develop or license such solutions at a reasonable cost and in a timely manner. In addition, certain countries have passed or may propose and adopt legislation that would force the Company to license its digital rights management, which could lessen the protection of content and subject it to piracy and also could negatively affect arrangements with the Company's content providers.

**The Company's future performance depends in part on support from third- party software developers.**

The Company believes decisions by customers to purchase its hardware products depend in part on the availability of third- party software applications and services. There is no assurance that third- party developers will continue to develop and maintain software applications and services for the Company's products. If third- party software applications and services cease to be developed and maintained for the Company's products, customers may choose not to buy the Company's products.

With respect to its Mac products, the Company believes the availability of third- party software applications and services depends in part on the developers' perception and analysis of the relative benefits of developing, maintaining and upgrading such software for the Company's products compared to Windows- based products. This analysis may be based on factors such as the market position of the Company and its products, the anticipated revenue that may be generated, expected future growth of Mac sales and the costs of developing such applications and services. If the Company's minority share of the global personal computer market causes developers to question the Mac's prospects, developers could be less inclined to develop or upgrade software for the Company's Mac products and more inclined to devote their resources to developing and upgrading software for the larger Windows market.

With respect to iOS devices, the Company relies on the continued availability and development of compelling and innovative software applications, including applications distributed through the App Store. iOS devices are subject to rapid technological change, and, if third-party developers are unable to or choose not to keep up with this pace of change, third- party applications might not successfully operate and may result in dissatisfied customers. As with applications for the Company's Mac products, the availability and development of these applications also depend on developers' perceptions and analysis of the relative benefits of developing, maintaining or upgrading software for the Company's iOS devices rather than its competitors' platforms, such as Android. If developers focus their efforts on these competing platforms, the availability and quality of applications for the Company's iOS devices may suffer.

**The Company relies on access to third- party intellectual property, which may not be available to the Company on commercially reasonable terms or at all.**

Many of the Company's products include third- party intellectual property, which requires licenses from those third parties. Based on past experience and industry practice, the Company believes such licenses generally can be obtained on reasonable terms. There is, however, no assurance that the necessary licenses can be obtained on acceptable terms or at all. Failure to obtain the right to use third-party intellectual property, or to use such intellectual property on commercially reasonable terms, could preclude the Company from selling certain products or otherwise have a material adverse impact on the Company's financial condition and operating results.

**The Company could be impacted by unfavorable results of legal proceedings, such as being found to have infringed on intellectual property rights.**

The Company is subject to various legal proceedings and claims that have arisen in the ordinary course of business and have not yet been fully resolved, and new claims may arise in the future. In addition, agreements entered into by the Company sometimes include indemnification provisions which may subject the Company to costs and damages in the event of a claim against an indemnified third party.

Claims against the Company based on allegations of patent infringement or other violations of intellectual property rights have generally increased over time and may continue to increase. In particular, the Company has historically faced a significant number of patent claims relating to its cellular- enabled products, and new claims may arise in the future. For example, technology and other patent- holding companies frequently assert their patents and seek royalties and often enter into litigation based on allegations of patent infringement or other violations of intellectual property rights. The Company is vigorously defending infringement actions in courts in a number of U.S. jurisdictions and before the U.S. International Trade Commission, as well as internationally in various countries. The plaintiffs in these actions frequently seek injunctions and substantial damages.

Regardless of the merit of particular claims, litigation may be expensive, time- consuming, disruptive to the Company's operations and distracting to management. In recognition of these considerations, the Company may enter into licensing agreements or other arrangements to settle litigation and resolve such disputes. No assurance can be given that such agreements can be obtained on acceptable terms or that litigation will not occur. These agreements may also significantly increase the Company's operating expenses.

Except as described in Part I, Item 1 of this Form 10- Q in the Notes to Condensed Consolidated Financial Statements in Note 9, "Commitments and Contingencies" under the heading "Contingencies," in the opinion of management, there was not at least a reasonable possibility the Company may have incurred a material loss, or a material loss in excess of a recorded accrual, with respect to loss contingencies for asserted legal and other claims, including matters related to infringement of intellectual property rights.

The outcome of litigation is inherently uncertain. If one or more legal matters were resolved against the Company or an indemnified third party in a reporting period for amounts in excess of management's expectations, the Company's consolidated financial statements for that reporting period could be materially adversely affected. Further, such an outcome could result in significant compensatory, punitive or trebled monetary damages, disgorgement of revenue or profits, remedial corporate measures or injunctive relief against the Company that could materially adversely affect its financial condition and operating results.

While the Company maintains insurance coverage for certain types of claims, such insurance coverage may be insufficient to cover all losses or all types of claims that may arise.

**The Company is subject to laws and regulations worldwide, changes to which could increase the Company's costs and individually or in the aggregate adversely affect the Company's business.**

The Company is subject to laws and regulations affecting its domestic and international operations in a number of areas. These U.S. and foreign laws and regulations affect the Company's activities including, but not limited to, in areas of labor, advertising, digital content, consumer protection, real estate, billing, e- commerce, promotions, quality of services, telecommunications, mobile communications and media, television, intellectual property ownership and infringement, tax, import and export requirements, anti- corruption, foreign exchange controls and cash repatriation restrictions, data privacy requirements, anti- competition, environmental, health and safety.

By way of example, laws and regulations related to mobile communications and media devices in the many jurisdictions in which the Company operates are extensive and subject to change. Such changes could include, among others, restrictions on the production, manufacture, distribution and use of devices, locking devices to a carrier's network, or mandating the use of devices on more than one carrier's network. These devices are also subject to certification and regulation by governmental and standardization bodies, as well as by cellular network carriers for use on their networks. These certification processes are extensive and time consuming, and could result in additional testing requirements, product modifications, or delays in product shipment dates, or could preclude the Company from selling certain products.

Compliance with these laws, regulations and similar requirements may be onerous and expensive, and they may be inconsistent from jurisdiction to jurisdiction, further increasing the cost of compliance and doing business. Any such costs, which may rise in the future as a result of changes in these laws and regulations or in their interpretation, could individually or in the aggregate make the Company's products and services less attractive to the Company's customers, delay the introduction of new products in one or more regions, or cause the Company to change or limit its business practices. The Company has implemented policies and procedures designed to ensure compliance with applicable laws and regulations, but there can be no assurance that the Company's employees, contractors, or agents will not violate such laws and regulations or the Company's policies and procedures.

**The Company's business is subject to the risks of international operations.**

The Company derives a significant portion of its revenue and earnings from its international operations. Compliance with applicable U.S. and foreign laws and regulations, such as import and export requirements, anti- corruption laws, tax laws, foreign exchange controls and cash repatriation restrictions, data privacy requirements, environmental laws, labor laws and anti- competition regulations, increases the costs of doing business in foreign jurisdictions. Although the Company has implemented policies and procedures to comply with these laws and regulations, a violation by the Company's employees, contractors or agents could nevertheless occur. In some cases, compliance with the laws and regulations of one country could violate the laws and regulations of another country. Violations of these laws and regulations could materially adversely affect the Company's brand, international growth efforts and business.

The Company also could be significantly affected by other risks associated with international activities including, but not limited to, economic and labor conditions, increased duties, taxes and other costs, political instability and international trade disputes. Margins on sales of the Company's products in foreign countries, and on sales of products that include components obtained from foreign suppliers, could be materially adversely affected by international trade regulations, including duties, tariffs and antidumping penalties. The Company is also exposed to credit and collectibility risk on its trade receivables with customers in certain international markets. There can be no assurance the Company can effectively limit its credit risk and avoid losses.

**The Company's retail stores have required and will continue to require a substantial investment and commitment of resources and are subject to numerous risks and uncertainties.**

The Company's retail stores have required substantial investment in equipment and leasehold improvements, information systems, inventory and personnel. The Company also has entered into substantial operating lease commitments for retail space. Certain stores have been designed and built to serve as high- profile venues to promote brand awareness and serve as vehicles for corporate sales and marketing activities. Because of their unique design elements, locations and size, these stores require substantially more investment than the Company's more typical retail stores. Due to the high cost structure associated with the Company's retail stores, a decline in sales or the closure or poor performance of individual or multiple stores could result in significant lease termination costs, write- offs of equipment and leasehold improvements and severance costs.

Many factors unique to retail operations, some of which are beyond the Company's control, pose risks and uncertainties. These risks and uncertainties include, but are not limited to, macro- economic factors that could have an adverse effect on general retail activity, as well as the Company's inability to manage costs associated with store construction and operation, the Company's failure to manage relationships with its existing retail partners, more challenging environments in managing retail operations outside the U.S., costs associated with unanticipated fluctuations in the value of retail inventory, and the Company's inability to obtain and renew leases in quality retail locations at a reasonable cost.

**Investment in new business strategies and acquisitions could disrupt the Company's ongoing business and present risks not originally contemplated.**

The Company has invested, and in the future may invest, in new business strategies or acquisitions. Such endeavors may involve significant risks and uncertainties, including distraction of management from current operations, greater than expected liabilities and expenses, inadequate return of capital and unidentified issues not discovered in the Company's due diligence. These new ventures are inherently risky and may not be successful.

**The Company's business and reputation may be impacted by information technology system failures or network disruptions.**

The Company may be subject to information technology system failures or network disruptions caused by natural disasters, accidents, power disruptions, telecommunications failures, acts of terrorism or war, computer viruses, physical or electronic break- ins, or other events or disruptions. System redundancy and other continuity measures may be ineffective or inadequate, and the Company's business continuity and disaster recovery planning may not be sufficient for all eventualities. Such failures or disruptions could adversely impact the Company's business by, among other things, preventing access to the Company's online services, interfering with customer transactions or impeding the manufacturing and shipping of the Company's products. These events could materially adversely affect the Company's reputation, financial condition and operating results.

**There may be losses or unauthorized access to or releases of confidential information, including personally identifiable information, that could subject the Company to significant reputational, financial, legal and operational consequences.**

The Company's business requires it to use and store confidential information, including, among other things, personally identifiable information ("PII") with respect to the Company's customers and employees. The Company devotes significant resources to network and data security, including through the use of encryption and other security measures intended to protect its systems and data. But these measures cannot provide absolute security, and losses or unauthorized access to or releases of confidential information may still occur, which could materially adversely affect the Company's reputation, financial condition and operating results.

The Company's business also requires it to share confidential information with suppliers and other third parties. Although the Company takes steps to secure confidential information that is provided to third parties, such measures may not be effective and losses or unauthorized access to or releases of confidential information may still occur, which could materially adversely affect the Company's reputation, financial condition and operating results.

For example, the Company may experience a security breach impacting the Company's information technology systems that compromises the confidentiality, integrity or availability of confidential information. Such an incident could, among other things, impair the Company's ability to attract and retain customers for its products and services, impact the Company's stock price, materially damage supplier relationships, and expose the Company to litigation or government investigations, which could result in penalties, fines or judgments against the Company.

Although malicious attacks perpetrated to gain access to confidential information, including PII, affect many companies across various industries, the Company is at a relatively greater risk of being targeted because of its high profile and the value of the confidential information it creates, owns, manages, stores and processes.

The Company has implemented systems and processes intended to secure its information technology systems and prevent unauthorized access to or loss of sensitive data, including through the use of encryption and authentication technologies. As with all companies, these security measures may not be sufficient for all eventualities and may be vulnerable to hacking, employee error, malfeasance, system error, faulty password management or other irregularities. For example, third parties may attempt to fraudulently induce employees or customers into disclosing user names, passwords or other sensitive information, which may in turn be used to access the Company's information technology systems. To help protect customers and the Company, the Company monitors its services and systems for unusual activity and may freeze accounts under suspicious circumstances, which, among other things, may result in the delay or loss of customer orders or impede customer access to the Company's products and services.

In addition to the risks relating to general confidential information described above, the Company may also be subject to specific obligations relating to health data and payment card data. Health data may be subject to additional privacy, security and breach notification requirements, and the Company may be subject to audit by governmental authorities regarding the Company's compliance with these obligations. If the Company fails to adequately comply with these rules and requirements, or if health data is handled in a manner not permitted by law or under the Company's agreements with healthcare institutions, the Company could be subject to litigation or government investigations, may be liable for associated investigatory expenses, and could also incur significant fees or fines.

Under payment card rules and obligations, if cardholder information is potentially compromised, the Company could be liable for associated investigatory expenses and could also incur significant fees or fines if the Company fails to follow payment card industry data security standards. The Company could also experience a significant increase in payment card transaction costs or lose the ability to process payment cards if it fails to follow payment card industry data security standards, which would materially adversely affect the Company's reputation, financial condition and operating results.

While the Company maintains insurance coverage that is intended to address certain aspects of data security risks, such insurance coverage may be insufficient to cover all losses or all types of claims that may arise.

**The Company's business is subject to a variety of U.S. and international laws, rules, policies and other obligations regarding data protection.**

The Company is subject to federal, state and international laws relating to the collection, use, retention, security and transfer of PII. In many cases, these laws apply not only to third- party transactions, but also may restrict transfers of PII among the Company and its international subsidiaries. Several jurisdictions have passed laws in this area, and other jurisdictions are considering imposing additional restrictions. These laws continue to develop and may be inconsistent from jurisdiction to jurisdiction. Complying with emerging and changing international requirements may cause the Company to incur substantial costs or require the Company to change its business practices. Noncompliance could result in significant penalties or legal liability.

The Company makes statements about its use and disclosure of PII through its privacy policy, information provided on its website and press statements. Any failure by the Company to comply with these public statements or with other federal, state or international privacy-related or data protection laws and regulations could result in proceedings against the Company by governmental entities or others. In addition to reputational impacts, penalties could include ongoing audit requirements and significant legal liability.

**The Company's success depends largely on the continued service and availability of key personnel.**

Much of the Company's future success depends on the continued availability and service of key personnel, including its Chief Executive Officer, executive team and other highly skilled employees. Experienced personnel in the technology industry are in high demand and competition for their talents is intense, especially in Silicon Valley, where most of the Company's key personnel are located.

**The Company's business may be impacted by political events, international trade disputes, war, terrorism, natural disasters, public health issues, industrial accidents and other business interruptions.**

Political events, international trade disputes, war, terrorism, natural disasters, public health issues, industrial accidents and other business interruptions could harm or disrupt international commerce and the global economy, and could have a material adverse effect on the Company and its customers, suppliers, contract manufacturers, logistics providers, distributors, cellular network carriers and other channel partners.

International trade disputes could result in tariffs and other protectionist measures that could adversely affect the Company's business. Tariffs could increase the cost of the Company's products and the components and raw materials that go into making them. These increased costs could adversely impact the gross margin that the Company earns on sales of its products. Tariffs could also make the Company's products more expensive for customers, which could make the Company's products less competitive and reduce consumer demand. Countries may also adopt other protectionist measures that could limit the Company's ability to offer its products and services. Political uncertainty surrounding international trade disputes and protectionist measures could also have a negative effect on consumer confidence and spending, which could adversely affect the Company's business.

Many of the Company's operations and facilities as well as critical business operations of the Company's suppliers and contract manufacturers are in locations that are prone to earthquakes and other natural disasters. In addition, such operations and facilities are subject to the risk of interruption by fire, power shortages, nuclear power plant accidents and other industrial accidents, terrorist attacks and other hostile acts, labor disputes, public health issues and other events beyond the Company's control. Global climate change could result in certain types of natural disasters occurring more frequently or with more intense effects. Such events could make it difficult or impossible for the Company to manufacture and deliver products to its customers, create delays and inefficiencies in the Company's supply and manufacturing chain, and result in slowdowns and outages to the Company's service offerings. Following an interruption to its business, the Company could require substantial recovery time, experience significant expenditures in order to resume operations, and lose significant revenue. Because the Company relies on sole or limited sources for the supply and manufacture of many critical components, a business interruption affecting such sources would exacerbate any negative consequences to the Company.

The Company's operations are also subject to the risks of industrial accidents at its suppliers and contract manufacturers. While the Company's suppliers are required to maintain safe working environments and operations, an industrial accident could occur and could result in disruption to the Company's business and harm to the Company's reputation. Should major public health issues, including pandemics, arise, the Company could be adversely affected by more stringent employee travel restrictions, additional limitations in freight services, governmental actions limiting the movement of products between regions, delays in production ramps of new products and disruptions in the operations of the Company's suppliers and contract manufacturers.

**The Company expects its quarterly revenue and operating results to fluctuate.**

The Company's profit margins vary across its products and distribution channels. The Company's software, accessories, and service and support contracts generally have higher gross margins than certain of the Company's other products. Gross margins on the Company's hardware products vary across product lines and can change over time as a result of product transitions, pricing and configuration changes, and component, warranty, and other cost fluctuations. The Company's direct sales generally have higher associated gross margins than its indirect sales through its channel partners. In addition, the Company's gross margin and operating margin percentages, as well as overall profitability, may be materially adversely impacted as a result of a shift in product, geographic or channel mix, component cost increases, the strengthening U.S. dollar, price competition, or the introduction of new products, including those that have higher cost structures with flat or reduced pricing.

The Company has typically experienced higher net sales in its first quarter compared to other quarters due in part to seasonal holiday demand. Additionally, new product introductions can significantly impact net sales, product costs and operating expenses. Further, the Company generates a majority of its net sales from a single product and a decline in demand for that product could significantly impact quarterly net sales. The Company could also be subject to unexpected developments late in a quarter, such as lower- than- anticipated demand for the Company's products, issues with new product introductions, an internal systems failure, or failure of one of the Company's logistics, components supply, or manufacturing partners.

**The Company's stock price is subject to volatility.**

The Company's stock price has experienced substantial price volatility in the past and may continue to do so in the future. Additionally, the Company, the technology industry and the stock market as a whole have experienced extreme stock price and volume fluctuations that have affected stock prices in ways that may have been unrelated to these companies' operating performance. Price volatility over a given period may cause the average price at which the Company repurchases its own stock to exceed the stock's price at a given point in time. The Company believes its stock price should reflect expectations of future growth and profitability. The Company also believes its stock price should reflect expectations that its cash dividend will continue at current levels or grow and that its current share repurchase program will be fully consummated. Future dividends are subject to declaration by the Company's Board of Directors, and the Company's share repurchase program does not obligate it to acquire any specific number of shares. If the Company fails to meet expectations related to future growth, profitability, dividends, share repurchases or other market expectations, its stock price may decline significantly, which could have a material adverse impact on investor confidence and employee retention.

**The Company's financial performance is subject to risks associated with changes in the value of the U.S. dollar versus local currencies.**

The Company's primary exposure to movements in foreign currency exchange rates relates to non- U.S. dollar–denominated sales and operating expenses worldwide. Weakening of foreign currencies relative to the U.S. dollar adversely affects the U.S. dollar value of the Company's foreign currency–denominated sales and earnings, and generally leads the Company to raise international pricing, potentially reducing demand for the Company's products. Margins on sales of the Company's products in foreign countries and on sales of products that include components obtained from foreign suppliers, could be materially adversely affected by foreign currency exchange rate fluctuations. In some circumstances, for competitive or other reasons, the Company may decide not to raise local prices to fully offset the dollar's strengthening, or at all, which would adversely affect the U.S. dollar value of the Company's foreign currency–denominated sales and earnings. Conversely, a strengthening of foreign currencies relative to the U.S. dollar, while generally beneficial to the Company's foreign currency–denominated sales and earnings, could cause the Company to reduce international pricing and incur losses on its foreign currency derivative instruments, thereby limiting the benefit. Additionally, strengthening of foreign currencies may increase the Company's cost of product components denominated in those currencies, thus adversely affecting gross margins.

The Company uses derivative instruments, such as foreign currency forward and option contracts, to hedge certain exposures to fluctuations in foreign currency exchange rates. The use of such hedging activities may not offset any, or more than a portion, of the adverse financial effects of unfavorable movements in foreign exchange rates over the limited time the hedges are in place.

**The Company is exposed to credit risk and fluctuations in the market values of its investment portfolio.**

Given the global nature of its business, the Company has both domestic and international investments. Credit ratings and pricing of the Company's investments can be negatively affected by liquidity, credit deterioration, financial results, economic risk, political risk, sovereign risk or other factors. As a result, the value and liquidity of the Company's cash, cash equivalents and marketable securities may fluctuate substantially. Therefore, although the Company has not realized any significant losses on its cash, cash equivalents and marketable securities, future fluctuations in their value could result in significant realized losses.

**The Company is exposed to credit risk on its trade accounts receivable, vendor non- trade receivables and prepayments related to long- term supply agreements, and this risk is heightened during periods when economic conditions worsen.**

The Company distributes its products through third- party cellular network carriers, wholesalers, retailers and resellers. The Company also sells its products directly to small and mid- sized businesses and education, enterprise and government customers. A substantial majority of the Company's outstanding trade receivables are not covered by collateral, third- party bank support or financing arrangements, or credit insurance. The Company's exposure to credit and collectibility risk on its trade receivables is higher in certain international markets and its ability to mitigate such risks may be limited. The Company also has unsecured vendor non- trade receivables resulting from purchases of components by outsourcing partners and other vendors that manufacture sub- assemblies or assemble final products for the Company. In addition, the Company has made prepayments associated with long- term supply agreements to secure supply of inventory components. As of June 30, 2018, a significant portion of the Company's trade receivables was concentrated within cellular network carriers, and its vendor non- trade receivables and prepayments related to long- term supply agreements were concentrated among a few individual vendors located primarily in Asia. While the Company has procedures to monitor and limit exposure to credit risk on its trade and vendor non- trade receivables, as well as long- term prepayments, there can be no assurance such procedures will effectively limit its credit risk and avoid losses.

**The Company could be subject to changes in its tax rates, the adoption of new U.S. or international tax legislation or exposure to additional tax liabilities.**

The Company is subject to taxes in the U.S. and numerous foreign jurisdictions, including Ireland, where a number of the Company's subsidiaries are organized. Due to economic and political conditions, tax rates in various jurisdictions may be subject to significant change. The Company's effective tax rates could be affected by changes in the mix of earnings in countries with differing statutory tax rates, changes in the valuation of deferred tax assets and liabilities, or changes in tax laws or their interpretation, including in the U.S. and Ireland.

The Company is also subject to the examination of its tax returns and other tax matters by the IRS and other tax authorities and governmental bodies. The Company regularly assesses the likelihood of an adverse outcome resulting from these examinations to determine the adequacy of its provision for taxes. There can be no assurance as to the outcome of these examinations. If the Company's effective tax rates were to increase, particularly in the U.S. or Ireland, or if the ultimate determination of the Company's taxes owed is for an amount in excess of amounts previously accrued, the Company's financial condition, operating results and cash flows could be adversely affected.

**Item 2. Unregistered Sales of Equity Securities and Use of Proceeds**
**Purchases of Equity Securities by the Issuer and Affiliated Purchasers**

Share repurchase activity during the three months ended June 30, 2018 was as follows (in millions, except number of shares, which are reflected in thousands, and per share amounts):

| Periods | Total Number of Shares Purchased | Average Price Paid Per Share | Total Number of Shares Purchased as Part of Publicly Announced Plans or Programs | Approximate Dollar Value of Shares That May Yet Be Purchased Under the Plans or Programs [1] |
|---|---|---|---|---|
| April 1, 2018 to May 5, 2018: | | | | |
| Open market and privately negotiated purchases [1][2] | 67,707 | $ 170.46 | 67,707 | |
| May 6, 2018 to June 2, 2018: | | | | |
| Open market and privately negotiated purchases [1] | 22,026 | $ 187.56 | 22,026 | |
| June 3, 2018 to June 30, 2018: | | | | |
| Open market and privately negotiated purchases [1] | 23,045 | $ 187.78 | 23,045 | |
| Total | 112,778 | | | $ 90,417 |

(1) On May 1, 2018, the Company announced that the Board of Directors had authorized a new program to repurchase up to $100 billion of the Company's common stock, of which $9.6 billion had been utilized as of June 30, 2018. The remaining $90.4 billion in the table represents the amount available to repurchase shares under the new authorized repurchase program as of June 30, 2018. The Company's new share repurchase program does not obligate it to acquire any specific number of shares. Under this program, shares may be repurchased in privately negotiated and/or open market transactions, including under plans complying with Rule 10b5- 1 under the Exchange Act.

(2) During the third quarter of 2018, the Company repurchased $10.4 billion of its common stock under its previous share repurchase program of up to $210 billion, thereby completing that program.

**Item 3. Defaults Upon Senior Securities**
None.

**Item 4. Mine Safety Disclosures**
Not applicable.

**Item 5. Other Information**
None.

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

August 1, 2018    Apple Inc.

By:     /s/ Luca Maestri
          Luca Maestri
          Senior Vice President, Chief Financial Officer

# EXHIBIT 20

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# FORM 10- K

(Mark One)

**ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the fiscal year ended September 30, 2017
or
**TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the transition period from _____ to _____
Commission File Number: **001- 36743**



# Apple Inc.

(Exact name of Registrant as specified in its charter)

| | |
|---|---|
| **California** | **94- 2404110** |
| (State or other jurisdiction | (I.R.S. Employer |
| of incorporation or organization) | Identification No.) |
| **1 Infinite Loop** | |
| **Cupertino, California** | **95014** |
| (Address of principal executive offices) | (Zip Code) |

**(408) 996- 1010**
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| | |
|---|---|
| **Common Stock, $0.00001 par value per share** | **The Nasdaq Stock Market LLC** |
| **1.000% Notes due 2022** | **New York Stock Exchange LLC** |
| **1.375% Notes due 2024** | **New York Stock Exchange LLC** |
| **0.875% Notes due 2025** | **New York Stock Exchange LLC** |
| **1.625% Notes due 2026** | **New York Stock Exchange LLC** |
| **2.000% Notes due 2027** | **New York Stock Exchange LLC** |
| **1.375% Notes due 2029** | **New York Stock Exchange LLC** |
| **3.050% Notes due 2029** | **New York Stock Exchange LLC** |
| **3.600% Notes due 2042** | **New York Stock Exchange LLC** |
| (Title of each class) | (Name of each exchange on which registered) |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark if the Registrant is a well- known seasoned issuer, as defined in Rule 405 of the Securities Act.
Yes      No

Indicate by check mark if the Registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.
Yes      No

Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.
Yes      No

Indicate by check mark whether the Registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S- T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the Registrant was required to submit and post such files).
Yes      No

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S- K (§229.405 of this chapter) is not contained herein, and will not be contained, to the best of the Registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10- K or any amendment to this Form 10- K.

Indicate by check mark whether the Registrant is a large accelerated filer, an accelerated filer, a non- accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b- 2 of the Exchange Act.

| | |
|---|---|
| Large accelerated filer | Accelerated filer |
| Non- accelerated filer      (Do not check if a smaller reporting company) | Smaller reporting company |
| | Emerging growth company |

If an emerging growth company, indicate by check mark if the Registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.

Indicate by check mark whether the Registrant is a shell company (as defined in Rule 12b- 2 of the Act).

Yes  No

The aggregate market value of the voting and non- voting stock held by non- affiliates of the Registrant, as of March 31, 2017, the last business day of the Registrant's most recently completed second fiscal quarter, was approximately $747,509,000,000. Solely for purposes of this disclosure, shares of common stock held by executive officers and directors of the Registrant as of such date have been excluded because such persons may be deemed to be affiliates. This determination of executive officers and directors as affiliates is not necessarily a conclusive determination for any other purposes.

5,134,312,000 shares of common stock were issued and outstanding as of October 20, 2017.

## DOCUMENTS INCORPORATED BY REFERENCE

Portions of the Registrant's definitive proxy statement relating to its 2018 annual meeting of shareholders (the "2018 Proxy Statement") are incorporated by reference into Part III of this Annual Report on Form 10- K where indicated. The 2018 Proxy Statement will be filed with the U.S. Securities and Exchange Commission within 120 days after the end of the fiscal year to which this report relates.

**Item 1A. Risk Factors**

The following discussion of risk factors contains forward- looking statements. These risk factors may be important to understanding other statements in this Form 10- K. The following information should be read in conjunction with Part II, Item 7, "Management's Discussion and Analysis of Financial Condition and Results of Operations" and the consolidated financial statements and related notes in Part II, Item 8, "Financial Statements and Supplementary Data" of this Form 10- K.

The business, financial condition and operating results of the Company can be affected by a number of factors, whether currently known or unknown, including but not limited to those described below, any one or more of which could, directly or indirectly, cause the Company's actual financial condition and operating results to vary materially from past, or from anticipated future, financial condition and operating results. Any of these factors, in whole or in part, could materially and adversely affect the Company's business, financial condition, operating results and stock price.

Because of the following factors, as well as other factors affecting the Company's financial condition and operating results, past financial performance should not be considered to be a reliable indicator of future performance, and investors should not use historical trends to anticipate results or trends in future periods.

**Global and regional economic conditions could materially adversely affect the Company.**

The Company's operations and performance depend significantly on global and regional economic conditions. Uncertainty about global and regional economic conditions poses a risk as consumers and businesses may postpone spending in response to tighter credit, higher unemployment, financial market volatility, government austerity programs, negative financial news, declines in income or asset values and/or other factors. These worldwide and regional economic conditions could have a material adverse effect on demand for the Company's products and services. Demand also could differ materially from the Company's expectations as a result of currency fluctuations because the Company generally raises prices on goods and services sold outside the U.S. to correspond with the effect of a strengthening of the U.S. dollar. Other factors that could influence worldwide or regional demand include changes in fuel and other energy costs, conditions in the real estate and mortgage markets, unemployment, labor and healthcare costs, access to credit, consumer confidence and other macroeconomic factors affecting consumer spending behavior. These and other economic factors could materially adversely affect demand for the Company's products and services.

In the event of financial turmoil affecting the banking system and financial markets, additional consolidation of the financial services industry, or significant financial service institution failures, there could be tightening in the credit markets, low liquidity and extreme volatility in fixed income, credit, currency and equity markets. This could have a number of effects on the Company's business, including the insolvency or financial instability of outsourcing partners or suppliers or their inability to obtain credit to finance development and/or manufacture products, resulting in product delays; inability of customers, including channel partners, to obtain credit to finance purchases of the Company's products; failure of derivative counterparties and other financial institutions; and restrictions on the Company's ability to issue new debt. Other income and expense also could vary materially from expectations depending on gains or losses realized on the sale or exchange of financial instruments; impairment charges resulting from revaluations of debt and equity securities and other investments; changes in interest rates; increases or decreases in cash balances; volatility in foreign exchange rates; and changes in fair value of derivative instruments. Increased volatility in the financial markets and overall economic uncertainty would increase the risk of the actual amounts realized in the future on the Company's financial instruments differing significantly from the fair values currently assigned to them.

**Global markets for the Company's products and services are highly competitive and subject to rapid technological change, and the Company may be unable to compete effectively in these markets.**

The Company's products and services compete in highly competitive global markets characterized by aggressive price competition and resulting downward pressure on gross margins, frequent introduction of new products, short product life cycles, evolving industry standards, continual improvement in product price/performance characteristics, rapid adoption of technological and product advancements by competitors and price sensitivity on the part of consumers.

The Company's ability to compete successfully depends heavily on its ability to ensure a continuing and timely introduction of innovative new products, services and technologies to the marketplace. The Company believes it is unique in that it designs and develops nearly the entire solution for its products, including the hardware, operating system, numerous software applications and related services. As a result, the Company must make significant investments in R&D. The Company currently holds a significant number of patents and copyrights and has registered and/or has applied to register numerous patents, trademarks and service marks. In contrast, many of the Company's competitors seek to compete primarily through aggressive pricing and very low cost structures, and emulating the Company's products and infringing on its intellectual property. If the Company is unable to continue to develop and sell innovative new products with attractive margins or if competitors infringe on the Company's intellectual property, the Company's ability to maintain a competitive advantage could be adversely affected.

The Company markets certain mobile communication and media devices based on the iOS mobile operating system and also markets related services, including third- party digital content and applications. The Company faces substantial competition in these markets from companies that have significant technical, marketing, distribution and other resources, as well as established hardware, software and digital content supplier relationships; and the Company has a minority market share in the global smartphone market. Additionally, the Company faces significant competition as competitors reduce their selling prices and attempt to imitate the Company's product features and applications within their own products or, alternatively, collaborate with each other to offer solutions that are more competitive than those they currently offer. The Company competes with business models that provide content to users for free. The Company also competes with illegitimate means to obtain third- party digital content and applications. Some of the Company's competitors have greater experience, product breadth and distribution channels than the Company. Because some current and potential competitors have substantial resources and/or experience and a lower cost structure, they may be able to provide products and services at little or no profit or even at a loss. The Company also expects competition to intensify as competitors attempt to imitate the Company's approach to providing components seamlessly within their individual offerings or work collaboratively to offer integrated solutions. The Company's financial condition and operating results depend substantially on the Company's ability to continually improve iOS and iOS devices in order to maintain their functional and design advantages.

The Company is the only authorized maker of hardware using macOS, which has a minority market share in the personal computer market. This market has been contracting and is dominated by computer makers using competing operating systems, most notably Windows. In the market for personal computers and accessories, the Company faces a significant number of competitors, many of which have broader product lines, lower- priced products and a larger installed customer base. Historically, consolidation in this market has resulted in larger competitors. Competition has been particularly intense as competitors have aggressively cut prices and lowered product margins. An increasing number of internet- enabled devices that include software applications and are smaller and simpler than traditional personal computers compete for market share with the Company's existing products. The Company's financial condition and operating results also depend on its ability to continually improve the Mac platform to maintain its functional and design advantages.

There can be no assurance the Company will be able to continue to provide products and services that compete effectively.

**To remain competitive and stimulate customer demand, the Company must successfully manage frequent product introductions and transitions.**

Due to the highly volatile and competitive nature of the industries in which the Company competes, the Company must continually introduce new products, services and technologies, enhance existing products and services, effectively stimulate customer demand for new and upgraded products and successfully manage the transition to these new and upgraded products. The success of new product introductions depends on a number of factors including, but not limited to, timely and successful product development, market acceptance, the Company's ability to manage the risks associated with new product production ramp- up issues, the availability of application software for new products, the effective management of purchase commitments and inventory levels in line with anticipated product demand, the availability of products in appropriate quantities and at expected costs to meet anticipated demand and the risk that new products may have quality or other defects or deficiencies in the early stages of introduction. Accordingly, the Company cannot determine in advance the ultimate effect of new product introductions and transitions.

**The Company depends on the performance of distributors, carriers and other resellers.**

The Company distributes its products through cellular network carriers, wholesalers, national and regional retailers and value- added resellers, many of whom distribute products from competing manufacturers. The Company also sells its products and third- party products in most of its major markets directly to education, enterprise and government customers and consumers and small and mid- sized businesses through its retail and online stores.

Some carriers providing cellular network service for iPhone subsidize users' purchases of the device. There is no assurance that such subsidies will be continued at all or in the same amounts upon renewal of the Company's agreements with these carriers or in agreements the Company enters into with new carriers.

The Company has invested and will continue to invest in programs to enhance reseller sales, including staffing selected resellers' stores with Company employees and contractors, and improving product placement displays. These programs could require a substantial investment while providing no assurance of return or incremental revenue. The financial condition of these resellers could weaken, these resellers could stop distributing the Company's products, or uncertainty regarding demand for some or all of the Company's products could cause resellers to reduce their ordering and marketing of the Company's products.

**The Company faces substantial inventory and other asset risk in addition to purchase commitment cancellation risk.**

The Company records a write- down for product and component inventories that have become obsolete or exceed anticipated demand or net realizable value and accrues necessary cancellation fee reserves for orders of excess products and components. The Company also reviews its long- lived assets, including capital assets held at its suppliers' facilities and inventory prepayments, for impairment whenever events or circumstances indicate the carrying amount of an asset may not be recoverable. If the Company determines that impairment has occurred, it records a write- down equal to the amount by which the carrying value of the asset exceeds its fair value. Although the Company believes its provisions related to inventory, capital assets, inventory prepayments and other assets and purchase commitments are currently adequate, no assurance can be given that the Company will not incur additional related charges given the rapid and unpredictable pace of product obsolescence in the industries in which the Company competes.

The Company must order components for its products and build inventory in advance of product announcements and shipments. Manufacturing purchase obligations typically cover forecasted component and manufacturing requirements for periods up to 150 days. Because the Company's markets are volatile, competitive and subject to rapid technology and price changes, there is a risk the Company will forecast incorrectly and order or produce excess or insufficient amounts of components or products, or not fully utilize firm purchase commitments.

**Future operating results depend upon the Company's ability to obtain components in sufficient quantities on commercially reasonable terms.**

Because the Company currently obtains components from single or limited sources, the Company is subject to significant supply and pricing risks. Many components, including those that are available from multiple sources, are at times subject to industry- wide shortages and significant commodity pricing fluctuations. While the Company has entered into agreements for the supply of many components, there can be no assurance that the Company will be able to extend or renew these agreements on similar terms, or at all. A number of suppliers of components may suffer from poor financial conditions, which can lead to business failure for the supplier or consolidation within a particular industry, further limiting the Company's ability to obtain sufficient quantities of components on commercially reasonable terms. The effects of global or regional economic conditions on the Company's suppliers, described in "Global and regional economic conditions could materially adversely affect the Company" above, also could affect the Company's ability to obtain components. Therefore, the Company remains subject to significant risks of supply shortages and price increases.

The Company's new products often utilize custom components available from only one source. When a component or product uses new technologies, initial capacity constraints may exist until the suppliers' yields have matured or manufacturing capacity has increased. Continued availability of these components at acceptable prices, or at all, may be affected for any number of reasons, including if those suppliers decide to concentrate on the production of common components instead of components customized to meet the Company's requirements. The supply of components for a new or existing product could be delayed or constrained, or a key manufacturing vendor could delay shipments of completed products to the Company.

**The Company depends on component and product manufacturing and logistical services provided by outsourcing partners, many of which are located outside of the U.S.**

Substantially all of the Company's manufacturing is performed in whole or in part by a few outsourcing partners located primarily in Asia. The Company has also outsourced much of its transportation and logistics management. While these arrangements may lower operating costs, they also reduce the Company's direct control over production and distribution. It is uncertain what effect such diminished control will have on the quality or quantity of products or services, or the Company's flexibility to respond to changing conditions. Although arrangements with these partners may contain provisions for warranty expense reimbursement, the Company may remain responsible to the consumer for warranty service in the event of product defects and could experience an unanticipated product defect or warranty liability. While the Company relies on its partners to adhere to its supplier code of conduct, material violations of the supplier code of conduct could occur.

The Company relies on sole- sourced outsourcing partners in the U.S., Asia and Europe to supply and manufacture many critical components, and on outsourcing partners primarily located in Asia, for final assembly of substantially all of the Company's hardware products. Any failure of these partners to perform may have a negative impact on the Company's cost or supply of components or finished goods. In addition, manufacturing or logistics in these locations or transit to final destinations may be disrupted for a variety of reasons including, but not limited to, natural and man- made disasters, information technology system failures, commercial disputes, military actions or economic, business, labor, environmental, public health, or political issues.

The Company has invested in manufacturing process equipment, much of which is held at certain of its outsourcing partners, and has made prepayments to certain of its suppliers associated with long- term supply agreements. While these arrangements help ensure the supply of components and finished goods, if these outsourcing partners or suppliers experience severe financial problems or other disruptions in their business, such continued supply could be reduced or terminated and the net realizable value of these assets could be negatively impacted.

**The Company's products and services may experience quality problems from time to time that can result in decreased sales and operating margin and harm to the Company's reputation.**

The Company sells complex hardware and software products and services that can contain design and manufacturing defects. Sophisticated operating system software and applications, such as those sold by the Company, often contain "bugs" that can unexpectedly interfere with the software's intended operation. The Company's online services may from time to time experience outages, service slowdowns or errors. Defects may also occur in components and products the Company purchases from third parties. There can be no assurance the Company will be able to detect and fix all defects in the hardware, software and services it sells. Failure to do so could result in lost revenue, significant warranty and other expenses and harm to the Company's reputation.

**The Company relies on access to third- party digital content, which may not be available to the Company on commercially reasonable terms or at all.**

The Company contracts with numerous third parties to offer their digital content to customers. This includes the right to sell currently available music, movies, TV shows and books. The licensing or other distribution arrangements with these third parties are for relatively short terms and do not guarantee the continuation or renewal of these arrangements on reasonable terms, if at all. Some third- party content providers and distributors currently or in the future may offer competing products and services, and could take action to make it more difficult or impossible for the Company to license or otherwise distribute their content in the future. Other content owners, providers or distributors may seek to limit the Company's access to, or increase the cost of, such content. The Company may be unable to continue to offer a wide variety of content at reasonable prices with acceptable usage rules, or continue to expand its geographic reach. Failure to obtain the right to make third- party digital content available, or to make such content available on commercially reasonable terms, could have a material adverse impact on the Company's financial condition and operating results.

Some third- party digital content providers require the Company to provide digital rights management and other security solutions. If requirements change, the Company may have to develop or license new technology to provide these solutions. There is no assurance the Company will be able to develop or license such solutions at a reasonable cost and in a timely manner. In addition, certain countries have passed or may propose and adopt legislation that would force the Company to license its digital rights management, which could lessen the protection of content and subject it to piracy and also could negatively affect arrangements with the Company's content providers.

**The Company's future performance depends in part on support from third- party software developers.**

The Company believes decisions by customers to purchase its hardware products depend in part on the availability of third- party software applications and services. There is no assurance that third- party developers will continue to develop and maintain software applications and services for the Company's products. If third- party software applications and services cease to be developed and maintained for the Company's products, customers may choose not to buy the Company's products.

With respect to its Mac products, the Company believes the availability of third- party software applications and services depends in part on the developers' perception and analysis of the relative benefits of developing, maintaining and upgrading such software for the Company's products compared to Windows- based products. This analysis may be based on factors such as the market position of the Company and its products, the anticipated revenue that may be generated, expected future growth of Mac sales and the costs of developing such applications and services. If the Company's minority share of the global personal computer market causes developers to question the Mac's prospects, developers could be less inclined to develop or upgrade software for the Company's Mac products and more inclined to devote their resources to developing and upgrading software for the larger Windows market.

With respect to iOS devices, the Company relies on the continued availability and development of compelling and innovative software applications, including applications distributed through the App Store. iOS devices are subject to rapid technological change, and, if third-party developers are unable to or choose not to keep up with this pace of change, third- party applications might not successfully operate and may result in dissatisfied customers. As with applications for the Company's Mac products, the availability and development of these applications also depend on developers' perceptions and analysis of the relative benefits of developing, maintaining or upgrading software for the Company's iOS devices rather than its competitors' platforms, such as Android. If developers focus their efforts on these competing platforms, the availability and quality of applications for the Company's iOS devices may suffer.

**The Company relies on access to third- party intellectual property, which may not be available to the Company on commercially reasonable terms or at all.**

Many of the Company's products include third- party intellectual property, which requires licenses from those third parties. Based on past experience and industry practice, the Company believes such licenses generally can be obtained on reasonable terms. There is, however, no assurance that the necessary licenses can be obtained on acceptable terms or at all. Failure to obtain the right to use third-party intellectual property, or to use such intellectual property on commercially reasonable terms, could preclude the Company from selling certain products or otherwise have a material adverse impact on the Company's financial condition and operating results.

**The Company could be impacted by unfavorable results of legal proceedings, such as being found to have infringed on intellectual property rights.**

The Company is subject to various legal proceedings and claims that have arisen in the ordinary course of business and have not yet been fully resolved, and new claims may arise in the future. In addition, agreements entered into by the Company sometimes include indemnification provisions which may subject the Company to costs and damages in the event of a claim against an indemnified third party.

Claims against the Company based on allegations of patent infringement or other violations of intellectual property rights have generally increased over time and may continue to increase. In particular, the Company has historically faced a significant number of patent claims relating to its cellular- enabled products, and new claims may arise in the future. For example, technology and other patent- holding companies frequently assert their patents and seek royalties and often enter into litigation based on allegations of patent infringement or other violations of intellectual property rights. The Company is vigorously defending infringement actions in courts in a number of U.S. jurisdictions and before the U.S. International Trade Commission, as well as internationally in various countries. The plaintiffs in these actions frequently seek injunctions and substantial damages.

Regardless of the merit of particular claims, litigation may be expensive, time- consuming, disruptive to the Company's operations and distracting to management. In recognition of these considerations, the Company may enter into licensing agreements or other arrangements to settle litigation and resolve such disputes. No assurance can be given that such agreements can be obtained on acceptable terms or that litigation will not occur. These agreements may also significantly increase the Company's operating expenses.

In management's opinion, there is not at least a reasonable possibility the Company may have incurred a material loss, or a material loss in excess of a recorded accrual, with respect to loss contingencies, including matters related to infringement of intellectual property rights. However, the outcome of litigation is inherently uncertain.

Although management considers the likelihood of such an outcome to be remote, if one or more legal matters were resolved against the Company or an indemnified third party in a reporting period for amounts in excess of management's expectations, the Company's consolidated financial statements for that reporting period could be materially adversely affected. Further, such an outcome could result in significant compensatory, punitive or trebled monetary damages, disgorgement of revenue or profits, remedial corporate measures or injunctive relief against the Company that could materially adversely affect its financial condition and operating results.

While the Company maintains insurance coverage for certain types of claims, such insurance coverage may be insufficient to cover all losses or all types of claims that may arise.

**The Company is subject to laws and regulations worldwide, changes to which could increase the Company's costs and individually or in the aggregate adversely affect the Company's business.**

The Company is subject to laws and regulations affecting its domestic and international operations in a number of areas. These U.S. and foreign laws and regulations affect the Company's activities including, but not limited to, in areas of labor, advertising, digital content, consumer protection, real estate, billing, e- commerce, promotions, quality of services, telecommunications, mobile communications and media, television, intellectual property ownership and infringement, tax, import and export requirements, anti- corruption, foreign exchange controls and cash repatriation restrictions, data privacy requirements, anti- competition, environmental, health and safety.

By way of example, laws and regulations related to mobile communications and media devices in the many jurisdictions in which the Company operates are extensive and subject to change. Such changes could include, among others, restrictions on the production, manufacture, distribution and use of devices, locking devices to a carrier's network, or mandating the use of devices on more than one carrier's network. These devices are also subject to certification and regulation by governmental and standardization bodies, as well as by cellular network carriers for use on their networks. These certification processes are extensive and time consuming, and could result in additional testing requirements, product modifications, or delays in product shipment dates, or could preclude the Company from selling certain products.

Compliance with these laws, regulations and similar requirements may be onerous and expensive, and they may be inconsistent from jurisdiction to jurisdiction, further increasing the cost of compliance and doing business. Any such costs, which may rise in the future as a result of changes in these laws and regulations or in their interpretation, could individually or in the aggregate make the Company's products and services less attractive to the Company's customers, delay the introduction of new products in one or more regions, or cause the Company to change or limit its business practices. The Company has implemented policies and procedures designed to ensure compliance with applicable laws and regulations, but there can be no assurance that the Company's employees, contractors, or agents will not violate such laws and regulations or the Company's policies and procedures.

**The Company's business is subject to the risks of international operations.**

The Company derives a significant portion of its revenue and earnings from its international operations. Compliance with applicable U.S. and foreign laws and regulations, such as import and export requirements, anti- corruption laws, tax laws, foreign exchange controls and cash repatriation restrictions, data privacy requirements, environmental laws, labor laws and anti- competition regulations, increases the costs of doing business in foreign jurisdictions. Although the Company has implemented policies and procedures to comply with these laws and regulations, a violation by the Company's employees, contractors or agents could nevertheless occur. In some cases, compliance with the laws and regulations of one country could violate the laws and regulations of another country. Violations of these laws and regulations could materially adversely affect the Company's brand, international growth efforts and business.

The Company also could be significantly affected by other risks associated with international activities including, but not limited to, economic and labor conditions, increased duties, taxes and other costs and political instability. Margins on sales of the Company's products in foreign countries, and on sales of products that include components obtained from foreign suppliers, could be materially adversely affected by international trade regulations, including duties, tariffs and antidumping penalties. The Company is also exposed to credit and collectability risk on its trade receivables with customers in certain international markets. There can be no assurance the Company can effectively limit its credit risk and avoid losses.

**The Company's retail stores have required and will continue to require a substantial investment and commitment of resources and are subject to numerous risks and uncertainties.**

The Company's retail stores have required substantial investment in equipment and leasehold improvements, information systems, inventory and personnel. The Company also has entered into substantial operating lease commitments for retail space. Certain stores have been designed and built to serve as high- profile venues to promote brand awareness and serve as vehicles for corporate sales and marketing activities. Because of their unique design elements, locations and size, these stores require substantially more investment than the Company's more typical retail stores. Due to the high cost structure associated with the Company's retail stores, a decline in sales or the closure or poor performance of individual or multiple stores could result in significant lease termination costs, write- offs of equipment and leasehold improvements and severance costs.

Many factors unique to retail operations, some of which are beyond the Company's control, pose risks and uncertainties. These risks and uncertainties include, but are not limited to, macro- economic factors that could have an adverse effect on general retail activity, as well as the Company's inability to manage costs associated with store construction and operation, the Company's failure to manage relationships with its existing retail partners, more challenging environments in managing retail operations outside the U.S., costs associated with unanticipated fluctuations in the value of retail inventory, and the Company's inability to obtain and renew leases in quality retail locations at a reasonable cost.

**Investment in new business strategies and acquisitions could disrupt the Company's ongoing business and present risks not originally contemplated.**

The Company has invested, and in the future may invest, in new business strategies or acquisitions. Such endeavors may involve significant risks and uncertainties, including distraction of management from current operations, greater than expected liabilities and expenses, inadequate return of capital and unidentified issues not discovered in the Company's due diligence. These new ventures are inherently risky and may not be successful.

**The Company's business and reputation may be impacted by information technology system failures or network disruptions.**

The Company may be subject to information technology system failures or network disruptions caused by natural disasters, accidents, power disruptions, telecommunications failures, acts of terrorism or war, computer viruses, physical or electronic break- ins, or other events or disruptions. System redundancy and other continuity measures may be ineffective or inadequate, and the Company's business continuity and disaster recovery planning may not be sufficient for all eventualities. Such failures or disruptions could adversely impact the Company's business by, among other things, preventing access to the Company's online services, interfering with customer transactions or impeding the manufacturing and shipping of the Company's products. These events could materially adversely affect the Company's reputation, financial condition and operating results.

**There may be losses or unauthorized access to or releases of confidential information, including personally identifiable information, that could subject the Company to significant reputational, financial, legal and operational consequences.**

The Company's business requires it to use and store confidential information, including, among other things, personally identifiable information ("PII") with respect to the Company's customers and employees. The Company devotes significant resources to network and data security, including through the use of encryption and other security measures intended to protect its systems and data. But these measures cannot provide absolute security, and losses or unauthorized access to or releases of confidential information may still occur, which could materially adversely affect the Company's reputation, financial condition and operating results.

The Company's business also requires it to share confidential information with suppliers and other third parties. Although the Company takes steps to secure confidential information that is provided to third parties, such measures may not be effective and losses or unauthorized access to or releases of confidential information may still occur, which could materially adversely affect the Company's reputation, financial condition and operating results.

For example, the Company may experience a security breach impacting the Company's information technology systems that compromises the confidentiality, integrity or availability of confidential information. Such an incident could, among other things, impair the Company's ability to attract and retain customers for its products and services, impact the Company's stock price, materially damage supplier relationships, and expose the Company to litigation or government investigations, which could result in penalties, fines or judgments against the Company.

Although malicious attacks perpetrated to gain access to confidential information, including PII, affect many companies across various industries, the Company is at a relatively greater risk of being targeted because of its high profile and the value of the confidential information it creates, owns, manages, stores and processes.

The Company has implemented systems and processes intended to secure its information technology systems and prevent unauthorized access to or loss of sensitive data, including through the use of encryption and authentication technologies. As with all companies, these security measures may not be sufficient for all eventualities and may be vulnerable to hacking, employee error, malfeasance, system error, faulty password management or other irregularities. For example, third parties may attempt to fraudulently induce employees or customers into disclosing user names, passwords or other sensitive information, which may in turn be used to access the Company's information technology systems. To help protect customers and the Company, the Company monitors its services and systems for unusual activity and may freeze accounts under suspicious circumstances, which, among other things, may result in the delay or loss of customer orders or impede customer access to the Company's products and services.

In addition to the risks relating to general confidential information described above, the Company may also be subject to specific obligations relating to health data and payment card data. Health data may be subject to additional privacy, security and breach notification requirements, and the Company may be subject to audit by governmental authorities regarding the Company's compliance with these obligations. If the Company fails to adequately comply with these rules and requirements, or if health data is handled in a manner not permitted by law or under the Company's agreements with healthcare institutions, the Company could be subject to litigation or government investigations, may be liable for associated investigatory expenses, and could also incur significant fees or fines.

Under payment card rules and obligations, if cardholder information is potentially compromised, the Company could be liable for associated investigatory expenses and could also incur significant fees or fines if the Company fails to follow payment card industry data security standards. The Company could also experience a significant increase in payment card transaction costs or lose the ability to process payment cards if it fails to follow payment card industry data security standards, which would materially adversely affect the Company's reputation, financial condition and operating results.

While the Company maintains insurance coverage that is intended to address certain aspects of data security risks, such insurance coverage may be insufficient to cover all losses or all types of claims that may arise.

**The Company's business is subject to a variety of U.S. and international laws, rules, policies and other obligations regarding data protection.**

The Company is subject to federal, state and international laws relating to the collection, use, retention, security and transfer of PII. In many cases, these laws apply not only to third- party transactions, but also may restrict transfers of PII among the Company and its international subsidiaries. Several jurisdictions have passed laws in this area, and other jurisdictions are considering imposing additional restrictions. These laws continue to develop and may be inconsistent from jurisdiction to jurisdiction. Complying with emerging and changing international requirements may cause the Company to incur substantial costs or require the Company to change its business practices. Noncompliance could result in significant penalties or legal liability.

The Company makes statements about its use and disclosure of PII through its privacy policy, information provided on its website and press statements. Any failure by the Company to comply with these public statements or with other federal, state or international privacy-related or data protection laws and regulations could result in proceedings against the Company by governmental entities or others. In addition to reputational impacts, penalties could include ongoing audit requirements and significant legal liability.

**The Company's success depends largely on the continued service and availability of key personnel.**

Much of the Company's future success depends on the continued availability and service of key personnel, including its Chief Executive Officer, executive team and other highly skilled employees. Experienced personnel in the technology industry are in high demand and competition for their talents is intense, especially in Silicon Valley, where most of the Company's key personnel are located.

**The Company's business may be impacted by political events, war, terrorism, public health issues, natural disasters and other business interruptions.**

War, terrorism, geopolitical uncertainties, public health issues and other business interruptions have caused and could cause damage or disruption to international commerce and the global economy, and thus could have a material adverse effect on the Company, its suppliers, logistics providers, manufacturing vendors and customers, including channel partners. The Company's business operations are subject to interruption by, among others, natural disasters, whether as a result of climate change or otherwise, fire, power shortages, nuclear power plant accidents and other industrial accidents, terrorist attacks and other hostile acts, labor disputes, public health issues and other events beyond its control. Such events could decrease demand for the Company's products, make it difficult or impossible for the Company to make and deliver products to its customers, including channel partners, or to receive components from its suppliers, and create delays and inefficiencies in the Company's supply chain. While the Company's suppliers are required to maintain safe working environments and operations, an industrial accident could occur and could result in disruption to the Company's business and harm to the Company's reputation. Should major public health issues, including pandemics, arise, the Company could be adversely affected by more stringent employee travel restrictions, additional limitations in freight services, governmental actions limiting the movement of products between regions, delays in production ramps of new products and disruptions in the operations of the Company's manufacturing vendors and component suppliers. The majority of the Company's R&D activities, its corporate headquarters, information technology systems and other critical business operations, including certain component suppliers and manufacturing vendors, are in locations that could be affected by natural disasters. In the event of a natural disaster, the Company could incur significant losses, require substantial recovery time and experience significant expenditures in order to resume operations.

**The Company expects its quarterly revenue and operating results to fluctuate.**

The Company's profit margins vary across its products and distribution channels. The Company's software, accessories, and service and support contracts generally have higher gross margins than certain of the Company's other products. Gross margins on the Company's hardware products vary across product lines and can change over time as a result of product transitions, pricing and configuration changes, and component, warranty, and other cost fluctuations. The Company's direct sales generally have higher associated gross margins than its indirect sales through its channel partners. In addition, the Company's gross margin and operating margin percentages, as well as overall profitability, may be materially adversely impacted as a result of a shift in product, geographic or channel mix, component cost increases, the strengthening U.S. dollar, price competition, or the introduction of new products, including those that have higher cost structures with flat or reduced pricing.

The Company has typically experienced higher net sales in its first quarter compared to other quarters due in part to seasonal holiday demand. Additionally, new product introductions can significantly impact net sales, product costs and operating expenses. Further, the Company generates a majority of its net sales from a single product and a decline in demand for that product could significantly impact quarterly net sales. The Company could also be subject to unexpected developments late in a quarter, such as lower- than- anticipated demand for the Company's products, issues with new product introductions, an internal systems failure, or failure of one of the Company's logistics, components supply, or manufacturing partners.

**The Company's stock price is subject to volatility.**

The Company's stock price has experienced substantial price volatility in the past and may continue to do so in the future. Additionally, the Company, the technology industry and the stock market as a whole have experienced extreme stock price and volume fluctuations that have affected stock prices in ways that may have been unrelated to these companies' operating performance. Price volatility over a given period may cause the average price at which the Company repurchases its own stock to exceed the stock's price at a given point in time. The Company believes its stock price should reflect expectations of future growth and profitability. The Company also believes its stock price should reflect expectations that its cash dividend will continue at current levels or grow and that its current share repurchase program will be fully consummated. Future dividends are subject to declaration by the Company's Board of Directors, and the Company's share repurchase program does not obligate it to acquire any specific number of shares. If the Company fails to meet expectations related to future growth, profitability, dividends, share repurchases or other market expectations, its stock price may decline significantly, which could have a material adverse impact on investor confidence and employee retention.

**The Company's financial performance is subject to risks associated with changes in the value of the U.S. dollar versus local currencies.**

The Company's primary exposure to movements in foreign currency exchange rates relates to non- U.S. dollar- denominated sales and operating expenses worldwide. Weakening of foreign currencies relative to the U.S. dollar adversely affects the U.S. dollar value of the Company's foreign currency- denominated sales and earnings, and generally leads the Company to raise international pricing, potentially reducing demand for the Company's products. Margins on sales of the Company's products in foreign countries and on sales of products that include components obtained from foreign suppliers, could be materially adversely affected by foreign currency exchange rate fluctuations. In some circumstances, for competitive or other reasons, the Company may decide not to raise local prices to fully offset the dollar's strengthening, or at all, which would adversely affect the U.S. dollar value of the Company's foreign currency- denominated sales and earnings. Conversely, a strengthening of foreign currencies relative to the U.S. dollar, while generally beneficial to the Company's foreign currency- denominated sales and earnings, could cause the Company to reduce international pricing and incur losses on its foreign currency derivative instruments, thereby limiting the benefit. Additionally, strengthening of foreign currencies may increase the Company's cost of product components denominated in those currencies, thus adversely affecting gross margins.

The Company uses derivative instruments, such as foreign currency forward and option contracts, to hedge certain exposures to fluctuations in foreign currency exchange rates. The use of such hedging activities may not offset any, or more than a portion, of the adverse financial effects of unfavorable movements in foreign exchange rates over the limited time the hedges are in place.

**The Company is exposed to credit risk and fluctuations in the market values of its investment portfolio.**

Given the global nature of its business, the Company has both domestic and international investments. Credit ratings and pricing of the Company's investments can be negatively affected by liquidity, credit deterioration, financial results, economic risk, political risk, sovereign risk or other factors. As a result, the value and liquidity of the Company's cash, cash equivalents and marketable securities may fluctuate substantially. Therefore, although the Company has not realized any significant losses on its cash, cash equivalents and marketable securities, future fluctuations in their value could result in significant realized losses.

**The Company is exposed to credit risk on its trade accounts receivable, vendor non- trade receivables and prepayments related to long- term supply agreements, and this risk is heightened during periods when economic conditions worsen.**

The Company distributes its products through third- party cellular network carriers, wholesalers, retailers and value- added resellers. The Company also sells its products directly to small and mid- sized businesses and education, enterprise and government customers. A substantial majority of the Company's outstanding trade receivables are not covered by collateral, third- party financing arrangements or credit insurance. The Company's exposure to credit and collectability risk on its trade receivables is higher in certain international markets and its ability to mitigate such risks may be limited. The Company also has unsecured vendor non- trade receivables resulting from purchases of components by outsourcing partners and other vendors that manufacture sub- assemblies or assemble final products for the Company. In addition, the Company has made prepayments associated with long- term supply agreements to secure supply of inventory components. As of September 30, 2017, a significant portion of the Company's trade receivables was concentrated within cellular network carriers, and its vendor non- trade receivables and prepayments related to long- term supply agreements were concentrated among a few individual vendors located primarily in Asia. While the Company has procedures to monitor and limit exposure to credit risk on its trade and vendor non- trade receivables, as well as long- term prepayments, there can be no assurance such procedures will effectively limit its credit risk and avoid losses.

**The Company could be subject to changes in its tax rates, the adoption of new U.S. or international tax legislation or exposure to additional tax liabilities.**

The Company is subject to taxes in the U.S. and numerous foreign jurisdictions, including Ireland, where a number of the Company's subsidiaries are organized. Due to economic and political conditions, tax rates in various jurisdictions may be subject to significant change. The Company's effective tax rates could be affected by changes in the mix of earnings in countries with differing statutory tax rates, changes in the valuation of deferred tax assets and liabilities, or changes in tax laws or their interpretation, including in the U.S. and Ireland.

The Company is also subject to the examination of its tax returns and other tax matters by the U.S. Internal Revenue Service (the "IRS") and other tax authorities and governmental bodies. The Company regularly assesses the likelihood of an adverse outcome resulting from these examinations to determine the adequacy of its provision for taxes. There can be no assurance as to the outcome of these examinations. If the Company's effective tax rates were to increase, particularly in the U.S. or Ireland, or if the ultimate determination of the Company's taxes owed is for an amount in excess of amounts previously accrued, the Company's financial condition, operating results and cash flows could be adversely affected.

**Item 1B. Unresolved Staff Comments**

None.

**Purchases of Equity Securities by the Issuer and Affiliated Purchasers**

Share repurchase activity during the three months ended September 30, 2017 was as follows (in millions, except number of shares, which are reflected in thousands, and per share amounts):

| Periods | Total Number of Shares Purchased | Average Price Paid Per Share | Total Number of Shares Purchased as Part of Publicly Announced Plans or Programs | Approximate Dollar Value of Shares That May Yet Be Purchased Under the Plans or Programs [1] |
|---|---|---|---|---|
| July 2, 2017 to August 5, 2017: | | | | |
| Open market and privately negotiated purchases | 10,076 | $ 148.87 | 10,076 | |
| | | | | |
| August 6, 2017 to September 2, 2017: | | | | |
| May 2017 ASR | 4,510 | [2] | 4,510 | |
| August 2017 ASR | 15,069[3] | [3] | 15,069[3] | |
| Open market and privately negotiated purchases | 9,684 | $ 160.06 | 9,684 | |
| | | | | |
| September 3, 2017 to September 30, 2017: | | | | |
| Open market and privately negotiated purchases | 9,313 | $ 155.69 | 9,313 | |
| Total | 48,652 | | | $ 44,023 |

(1)     In May 2017, the Company's Board of Directors increased the Company's share repurchase authorization from $175 billion to $210 billion of the Company's common stock, of which $166 billion had been utilized as of September 30, 2017. The remaining $44 billion in the table represents the amount available to repurchase shares under the authorized repurchase program as of September 30, 2017. The Company's share repurchase program does not obligate it to acquire any specific number of shares. Under the program, shares may be repurchased in privately negotiated and/or open market transactions, including under plans complying with Rule 10b5- 1 under the Exchange Act.

(2)     In May 2017, the Company entered into an accelerated share repurchase arrangement ("ASR") to purchase up to $3.0 billion of the Company's common stock. In August 2017, the purchase period for this ASR ended and an additional 4.5 million shares were delivered and retired. In total, 20.1 million shares were delivered under this ASR at an average repurchase price of $149.20.

(3) In August 2017, the Company entered into a new ASR to purchase up to $3.0 billion of the Company's common stock. In exchange for an up- front payment of $3.0 billion, the financial institution party to the arrangement committed to deliver shares to the Company during the ASR's purchase period, which will end in November 2017. The total number of shares ultimately delivered, and therefore the average price paid per share, will be determined at the end of the applicable purchase period based on the volume- weighted average price of the Company's common stock during that period.

Apple Inc. | 2017 Form 10- K | 19

**Item 7A. Quantitative and Qualitative Disclosures About Market Risk**

**Interest Rate and Foreign Currency Risk Management**

The Company regularly reviews its foreign exchange forward and option positions and interest rate swaps, both on a stand- alone basis and in conjunction with its underlying foreign currency and interest rate exposures. Given the effective horizons of the Company's risk management activities and the anticipatory nature of the exposures, there can be no assurance these positions will offset more than a portion of the financial impact resulting from movements in either foreign exchange or interest rates. Further, the recognition of the gains and losses related to these instruments may not coincide with the timing of gains and losses related to the underlying economic exposures and, therefore, may adversely affect the Company's financial condition and operating results.

**Interest Rate Risk**

The Company's exposure to changes in interest rates relates primarily to the Company's investment portfolio and outstanding debt. While the Company is exposed to global interest rate fluctuations, the Company's interest income and expense are most sensitive to fluctuations in U.S. interest rates. Changes in U.S. interest rates affect the interest earned on the Company's cash, cash equivalents and marketable securities and the fair value of those securities, as well as costs associated with hedging and interest paid on the Company's debt.

The Company's investment policy and strategy are focused on preservation of capital and supporting the Company's liquidity requirements. The Company uses a combination of internal and external management to execute its investment strategy and achieve its investment objectives. The Company typically invests in highly- rated securities, and its investment policy generally limits the amount of credit exposure to any one issuer. The policy generally requires investments to be investment grade, with the primary objective of minimizing the potential risk of principal loss. To provide a meaningful assessment of the interest rate risk associated with the Company's investment portfolio, the Company performed a sensitivity analysis to determine the impact a change in interest rates would have on the value of the investment portfolio assuming a 100 basis point parallel shift in the yield curve. Based on investment positions as of September 30, 2017 and September 24, 2016, a hypothetical 100 basis point increase in interest rates across all maturities would result in a $6.0 billion and $4.9 billion incremental decline in the fair market value of the portfolio, respectively. Such losses would only be realized if the Company sold the investments prior to maturity.

As of September 30, 2017 and September 24, 2016, the Company had outstanding floating- and fixed- rate notes with varying maturities for an aggregate carrying amount of $103.7 billion and $78.9 billion, respectively. The Company has entered, and in the future may enter, into interest rate swaps to manage interest rate risk on its outstanding term debt. Interest rate swaps allow the Company to effectively convert fixed- rate payments into floating- rate payments or floating- rate payments into fixed- rate payments. Gains and losses on term debt are generally offset by the corresponding losses and gains on the related hedging instrument. A 100 basis point increase in market interest rates would cause interest expense on the Company's debt as of September 30, 2017 and September 24, 2016 to increase by $376 million and $271 million on an annualized basis, respectively.

Further details regarding the Company's debt is provided in Part II, Item 8 of this Form 10- K in the Notes to Consolidated Financial Statements in Note 6, "Debt."

**Foreign Currency Risk**

In general, the Company is a net receiver of currencies other than the U.S. dollar. Accordingly, changes in exchange rates, and in particular a strengthening of the U.S. dollar, will negatively affect the Company's net sales and gross margins as expressed in U.S. dollars. There is a risk that the Company will have to adjust local currency product pricing due to competitive pressures when there has been significant volatility in foreign currency exchange rates.

The Company may enter into foreign currency forward and option contracts with financial institutions to protect against foreign exchange risks associated with certain existing assets and liabilities, certain firmly committed transactions, forecasted future cash flows and net investments in foreign subsidiaries. In addition, the Company has entered, and in the future may enter, into foreign currency contracts to partially offset the foreign currency exchange gains and losses on its foreign- denominated debt issuances. The Company typically hedges portions of its forecasted foreign currency exposure associated with revenue and inventory purchases, typically for up to 12 months. However, the Company may choose not to hedge certain foreign exchange exposures for a variety of reasons, including but not limited to accounting considerations and the prohibitive economic cost of hedging particular exposures.

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

Date: November 3, 2017

Apple Inc.

By: /s/ Luca Maestri
        Luca Maestri
        Senior Vice President,
        Chief Financial Officer

**Power of Attorney**

KNOW ALL PERSONS BY THESE PRESENTS, that each person whose signature appears below constitutes and appoints Timothy D. Cook and Luca Maestri, jointly and severally, his or her attorneys- in- fact, each with the power of substitution, for him or her in any and all capacities, to sign any amendments to this Annual Report on Form 10- K, and to file the same, with exhibits thereto and other documents in connection therewith, with the Securities and Exchange Commission, hereby ratifying and confirming all that each of said attorneys- in-fact, or his substitute or substitutes, may do or cause to be done by virtue hereof.

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the Registrant and in the capacities and on the dates indicated:

| Name | Title | Date |
|---|---|---|
| /s/ Timothy D. Cook<br>TIMOTHY D. COOK | Chief Executive Officer and Director<br>(Principal Executive Officer) | November 3, 2017 |
| /s/ Luca Maestri<br>LUCA MAESTRI | Senior Vice President, Chief Financial Officer<br>(Principal Financial Officer) | November 3, 2017 |
| /s/ Chris Kondo<br>CHRIS KONDO | Senior Director of Corporate Accounting<br>(Principal Accounting Officer) | November 3, 2017 |
| /s/ James A. Bell<br>JAMES A. BELL | Director | November 3, 2017 |
| /s/ Al Gore<br>AL GORE | Director | November 3, 2017 |
| /s/ Robert A. Iger<br>ROBERT A. IGER | Director | November 3, 2017 |
| /s/ Andrea Jung<br>ANDREA JUNG | Director | November 3, 2017 |
| /s/ Arthur D. Levinson<br>ARTHUR D. LEVINSON | Director | November 3, 2017 |
| /s/ Ronald D. Sugar<br>RONALD D. SUGAR | Director | November 3, 2017 |
| /s/ Susan L. Wagner<br>SUSAN L. WAGNER | Director | November 3, 2017 |

# EXHIBIT 21

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# FORM 10- K

(Mark One)

**ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the fiscal year ended September 29, 2018
or
**TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the transition period from _____ to _____
Commission File Number: 001- 36743



# Apple Inc.

(Exact name of Registrant as specified in its charter)

| | |
|---|---|
| **California** | **94- 2404110** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **One Apple Park Way** **Cupertino, California** | **95014** |
| (Address of principal executive offices) | (Zip Code) |

**(408) 996- 1010**
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| | |
|---|---|
| **Common Stock, $0.00001 par value per share** | **The Nasdaq Stock Market LLC** |
| **1.000% Notes due 2022** | **New York Stock Exchange LLC** |
| **1.375% Notes due 2024** | **New York Stock Exchange LLC** |
| **0.875% Notes due 2025** | **New York Stock Exchange LLC** |
| **1.625% Notes due 2026** | **New York Stock Exchange LLC** |
| **2.000% Notes due 2027** | **New York Stock Exchange LLC** |
| **1.375% Notes due 2029** | **New York Stock Exchange LLC** |
| **3.050% Notes due 2029** | **New York Stock Exchange LLC** |
| **3.600% Notes due 2042** | **New York Stock Exchange LLC** |
| (Title of each class) | (Name of each exchange on which registered) |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark if the Registrant is a well- known seasoned issuer, as defined in Rule 405 of the Securities Act.
Yes    No

Indicate by check mark if the Registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.
Yes    No

Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.
Yes    No

Indicate by check mark whether the Registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S- T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the Registrant was required to submit and post such files).
Yes    No

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S- K (§229.405 of this chapter) is not contained herein, and will not be contained, to the best of the Registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10- K or any amendment to this Form 10- K.

Indicate by check mark whether the Registrant is a large accelerated filer, an accelerated filer, a non- accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b- 2 of the Exchange Act.

Large accelerated filer    Accelerated filer
Non- accelerated filer    Smaller reporting company
Emerging growth company

If an emerging growth company, indicate by check mark if the Registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.

Indicate by check mark whether the Registrant is a shell company (as defined in Rule 12b-2 of the Act).

                                    Yes      No

The aggregate market value of the voting and non-voting stock held by non-affiliates of the Registrant, as of March 30, 2018, the last business day of the Registrant's most recently completed second fiscal quarter, was approximately $828,880,000,000. Solely for purposes of this disclosure, shares of common stock held by executive officers and directors of the Registrant as of such date have been excluded because such persons may be deemed to be affiliates. This determination of executive officers and directors as affiliates is not necessarily a conclusive determination for any other purposes.

4,745,398,000 shares of common stock were issued and outstanding as of October 26, 2018.

## DOCUMENTS INCORPORATED BY REFERENCE

Portions of the Registrant's definitive proxy statement relating to its 2019 annual meeting of shareholders (the "2019 Proxy Statement") are incorporated by reference into Part III of this Annual Report on Form 10-K where indicated. The 2019 Proxy Statement will be filed with the U.S. Securities and Exchange Commission within 120 days after the end of the fiscal year to which this report relates.

**Item 1A. Risk Factors**

The following discussion of risk factors contains forward- looking statements. These risk factors may be important to understanding other statements in this Form 10- K. The following information should be read in conjunction with Part II, Item 7, "Management's Discussion and Analysis of Financial Condition and Results of Operations" and the consolidated financial statements and related notes in Part II, Item 8, "Financial Statements and Supplementary Data" of this Form 10- K.

The business, financial condition and operating results of the Company can be affected by a number of factors, whether currently known or unknown, including but not limited to those described below, any one or more of which could, directly or indirectly, cause the Company's actual financial condition and operating results to vary materially from past, or from anticipated future, financial condition and operating results. Any of these factors, in whole or in part, could materially and adversely affect the Company's business, financial condition, operating results and stock price.

Because of the following factors, as well as other factors affecting the Company's financial condition and operating results, past financial performance should not be considered to be a reliable indicator of future performance, and investors should not use historical trends to anticipate results or trends in future periods.

**Global and regional economic conditions could materially adversely affect the Company's business, results of operations, financial condition and growth.**

The Company has international operations with sales outside the U.S. representing a majority of the Company's total net sales. In addition, a majority of the Company's supply chain, and its manufacturing and assembly activities, are located outside the U.S. As a result, the Company's operations and performance depend significantly on global and regional economic conditions.

Adverse macroeconomic conditions, including inflation, slower growth or recession, new or increased tariffs, changes to fiscal and monetary policy, tighter credit, higher interest rates, high unemployment and currency fluctuations could materially adversely affect demand for the Company's products and services. In addition, consumer confidence and spending could be adversely affected in response to financial market volatility, negative financial news, conditions in the real estate and mortgage markets, declines in income or asset values, changes to fuel and other energy costs, labor and healthcare costs and other economic factors.

In addition to an adverse impact on demand for the Company's products, uncertainty about, or a decline in, global or regional economic conditions could have a significant impact on the Company's suppliers, contract manufacturers, logistics providers, distributors, cellular network carriers and other channel partners. Potential effects include financial instability; inability to obtain credit to finance operations and purchases of the Company's products; and insolvency.

A downturn in the economic environment could also lead to increased credit and collectibility risk on the Company's trade receivables; the failure of derivative counterparties and other financial institutions; limitations on the Company's ability to issue new debt; reduced liquidity; and declines in the fair value of the Company's financial instruments. These and other economic factors could materially adversely affect the Company's business, results of operations, financial condition and growth.

**Global markets for the Company's products and services are highly competitive and subject to rapid technological change, and the Company may be unable to compete effectively in these markets.**

The Company's products and services are offered in highly competitive global markets characterized by aggressive price competition and resulting downward pressure on gross margins, frequent introduction of new products and services, short product life cycles, evolving industry standards, continual improvement in product price/performance characteristics, rapid adoption of technological advancements by competitors and price sensitivity on the part of consumers and businesses.

The Company's ability to compete successfully depends heavily on its ability to ensure a continuing and timely introduction of innovative new products, services and technologies to the marketplace. The Company believes it is unique in that it designs and develops nearly the entire solution for its products, including the hardware, operating system, numerous software applications and related services. As a result, the Company must make significant investments in R&D. There can be no assurance that these investments will achieve expected returns, and the Company may not be able to develop and market new products and services successfully.

The Company currently holds a significant number of patents and copyrights and has registered, and applied to register, numerous patents, trademarks and service marks. In contrast, many of the Company's competitors seek to compete primarily through aggressive pricing and very low cost structures, and emulating the Company's products and infringing on its intellectual property. If the Company is unable to continue to develop and sell innovative new products with attractive margins or if competitors infringe on the Company's intellectual property, the Company's ability to maintain a competitive advantage could be adversely affected.

The Company has a minority market share in the global smartphone, tablet and personal computer markets. The Company faces substantial competition in these markets from companies that have significant technical, marketing, distribution and other resources, as well as established hardware, software and digital content supplier relationships. In addition, some of the Company's competitors have broader product lines, lower- priced products and a larger installed base of active devices. Competition has been particularly intense as competitors have aggressively cut prices and lowered product margins. Certain competitors may have the resources, experience or cost structures to provide products at little or no profit or even at a loss.

Additionally, the Company faces significant competition as competitors attempt to imitate the Company's product features and applications within their own products or, alternatively, collaborate with each other to offer solutions that are more competitive than those they currently offer. The Company also expects competition to intensify as competitors attempt to imitate the Company's approach to providing components seamlessly within their individual offerings or work collaboratively to offer integrated solutions.

Some of the markets in which the Company competes, including the market for personal computers, have from time to time experienced little to no growth or contracted. In addition, an increasing number of internet- enabled devices that include software applications and are smaller, simpler and cheaper than traditional personal computers compete with some of the Company's existing products.

The Company's services also face substantial competition, including from companies that have significant resources and experience and have established service offerings with large customer bases. The Company competes with business models that provide content to users for free. The Company also competes with illegitimate means to obtain third- party digital content and applications.

The Company's financial condition and operating results depend substantially on the Company's ability to continually improve its products and services in order to maintain their functional and design advantages. There can be no assurance the Company will be able to continue to provide products and services that compete effectively.

**To remain competitive and stimulate customer demand, the Company must successfully manage frequent introductions and transitions of products and services.**

Due to the highly volatile and competitive nature of the industries in which the Company competes, the Company must continually introduce new products, services and technologies, enhance existing products and services, effectively stimulate customer demand for new and upgraded products and services and successfully manage the transition to these new and upgraded products and services. The success of new product and service introductions depends on a number of factors including, but not limited to, timely and successful development, market acceptance, the Company's ability to manage the risks associated with new product production ramp- up issues, the availability of application software for new products, the effective management of purchase commitments and inventory levels in line with anticipated product demand, the availability of products in appropriate quantities and at expected costs to meet anticipated demand and the risk that new products and services may have quality or other defects or deficiencies. Accordingly, the Company cannot determine in advance the ultimate effect of new product and service introductions and transitions.

**The Company depends on the performance of carriers, wholesalers, retailers and other resellers.**

The Company distributes its products through cellular network carriers, wholesalers, retailers and resellers, many of whom distribute products from competing manufacturers. The Company also sells its products and third- party products in most of its major markets directly to education, enterprise and government customers and consumers and small and mid- sized businesses through its retail and online stores.

Some carriers providing cellular network service for iPhone offer financing, installment payment plans or subsidies for users' purchases of the device. There is no assurance that such offers will be continued at all or in the same amounts upon renewal of the Company's agreements with these carriers or in agreements the Company enters into with new carriers.

The Company has invested and will continue to invest in programs to enhance reseller sales, including staffing selected resellers' stores with Company employees and contractors, and improving product placement displays. These programs could require a substantial investment while providing no assurance of return or incremental revenue. The financial condition of these resellers could weaken, these resellers could stop distributing the Company's products, or uncertainty regarding demand for some or all of the Company's products could cause resellers to reduce their ordering and marketing of the Company's products.

**The Company faces substantial inventory and other asset risk in addition to purchase commitment cancellation risk.**

The Company records a write- down for product and component inventories that have become obsolete or exceed anticipated demand, or for which cost exceeds net realizable value. The Company also accrues necessary cancellation fee reserves for orders of excess products and components. The Company reviews long- lived assets, including capital assets held at its suppliers' facilities and inventory prepayments, for impairment whenever events or circumstances indicate the assets may not be recoverable. If the Company determines that an impairment has occurred, it records a write- down equal to the amount by which the carrying value of the asset exceeds its fair value. Although the Company believes its inventory, capital assets, inventory prepayments and other assets and purchase commitments are currently recoverable, no assurance can be given that the Company will not incur write- downs, fees, impairments and other charges given the rapid and unpredictable pace of product obsolescence in the industries in which the Company competes.

The Company orders components for its products and builds inventory in advance of product announcements and shipments. Manufacturing purchase obligations cover the Company's forecasted component and manufacturing requirements, typically for periods up to 150 days. Because the Company's markets are volatile, competitive and subject to rapid technology and price changes, there is a risk the Company will forecast incorrectly and order or produce excess or insufficient amounts of components or products, or not fully utilize firm purchase commitments.

**Future operating results depend upon the Company's ability to obtain components in sufficient quantities on commercially reasonable terms.**

Because the Company currently obtains certain components from single or limited sources, the Company is subject to significant supply and pricing risks. Many components, including those that are available from multiple sources, are at times subject to industry- wide shortages and significant commodity pricing fluctuations that could materially adversely affect the Company's financial condition and operating results. While the Company has entered into agreements for the supply of many components, there can be no assurance that the Company will be able to extend or renew these agreements on similar terms, or at all. Component suppliers may suffer from poor financial conditions, which can lead to business failure for the supplier or consolidation within a particular industry, further limiting the Company's ability to obtain sufficient quantities of components on commercially reasonable terms. The effects of global or regional economic conditions on the Company's suppliers, described in "Global and regional economic conditions could materially adversely affect the Company's business, results of operations, financial condition and growth" above, also could affect the Company's ability to obtain components. Therefore, the Company remains subject to significant risks of supply shortages and price increases that could materially adversely affect its financial condition and operating results.

The Company's new products often utilize custom components available from only one source. When a component or product uses new technologies, initial capacity constraints may exist until the suppliers' yields have matured or manufacturing capacity has increased. Continued availability of these components at acceptable prices, or at all, may be affected for any number of reasons, including if suppliers decide to concentrate on the production of common components instead of components customized to meet the Company's requirements. If the Company's supply of components for a new or existing product were delayed or constrained, or if an outsourcing partner delayed shipments of completed products to the Company, the Company's financial condition and operating results could be materially adversely affected. The Company's business and financial performance could also be materially adversely affected depending on the time required to obtain sufficient quantities from the original source, or to identify and obtain sufficient quantities from an alternative source.

**The Company depends on component and product manufacturing and logistical services provided by outsourcing partners, many of which are located outside of the U.S.**

Substantially all of the Company's manufacturing is performed in whole or in part by outsourcing partners located primarily in Asia. A significant concentration of this manufacturing is currently performed by a small number of outsourcing partners, often in single locations. The Company has also outsourced much of its transportation and logistics management. While these arrangements may lower operating costs, they also reduce the Company's direct control over production and distribution. Such diminished control may have an adverse effect on the quality or quantity of products or services, or the Company's flexibility to respond to changing conditions. Although arrangements with these partners may contain provisions for warranty expense reimbursement, the Company may remain responsible to the consumer for warranty service in the event of product defects and could experience an unanticipated product defect or warranty liability. While the Company relies on its partners to adhere to its supplier code of conduct, material violations of the supplier code of conduct could occur.

The Company relies on single- sourced outsourcing partners in the U.S., Asia and Europe to supply and manufacture many components, and on outsourcing partners primarily located in Asia, for final assembly of substantially all of the Company's hardware products. Any failure of these partners to perform may have a negative impact on the Company's cost or supply of components or finished goods. In addition, manufacturing or logistics in these locations or transit to final destinations may be disrupted for a variety of reasons including, but not limited to, natural and man- made disasters, information technology system failures, commercial disputes, military actions, economic, business, labor, environmental, public health or political issues, or international trade disputes.

The Company has invested in manufacturing process equipment, much of which is held at certain of its outsourcing partners, and has made prepayments to certain of its suppliers associated with long- term supply agreements. While these arrangements help ensure the supply of components and finished goods, if these outsourcing partners or suppliers experience severe financial problems or other disruptions in their business, such continued supply could be reduced or terminated and the recoverability of manufacturing process equipment or prepayments could be negatively impacted.

**The Company's products and services may be affected from time to time by design and manufacturing defects that could materially adversely affect the Company's business and result in harm to the Company's reputation.**

The Company offers complex hardware and software products and services that can be affected by design and manufacturing defects. Sophisticated operating system software and applications, such as those offered by the Company, often have issues that can unexpectedly interfere with the intended operation of hardware or software products. Defects may also exist in components and products the Company purchases from third parties. Component defects could make the Company's products unsafe and create a risk of environmental or property damage and personal injury. These risks may increase as the Company's products are introduced into specialized applications, including healthcare. In addition, the Company's service offerings may have quality issues and from time to time experience outages, service slowdowns or errors. As a result, the Company's services may not perform as anticipated and may not meet customer expectations. There can be no assurance the Company will be able to detect and fix all issues and defects in the hardware, software and services it offers. Failure to do so could result in widespread technical and performance issues affecting the Company's products and services. In addition, the Company may be exposed to product liability claims, recalls, product replacements or modifications, write- offs of inventory, property, plant and equipment, and/or intangible assets, and significant warranty and other expenses, including litigation costs and regulatory fines. Quality problems could also adversely affect the experience for users of the Company's products and services, and result in harm to the Company's reputation, loss of competitive advantage, poor market acceptance, reduced demand for products and services, delay in new product and services introductions and lost revenue.

**The Company relies on access to third- party digital content, which may not be available to the Company on commercially reasonable terms or at all.**

The Company contracts with numerous third parties to offer their digital content to customers. This includes the right to sell currently available music, movies, TV shows and books. The licensing or other distribution arrangements with these third parties are for relatively short terms and do not guarantee the continuation or renewal of these arrangements on reasonable terms, if at all. Some third- party content providers and distributors currently or in the future may offer competing products and services, and could take action to make it more difficult or impossible for the Company to license or otherwise distribute their content in the future. Other content owners, providers or distributors may seek to limit the Company's access to, or increase the cost of, such content. The Company may be unable to continue to offer a wide variety of content at reasonable prices with acceptable usage rules, or continue to expand its geographic reach. Failure to obtain the right to make third- party digital content available, or to make such content available on commercially reasonable terms, could have a material adverse impact on the Company's financial condition and operating results.

Some third- party digital content providers require the Company to provide digital rights management and other security solutions. If requirements change, the Company may have to develop or license new technology to provide these solutions. There is no assurance the Company will be able to develop or license such solutions at a reasonable cost and in a timely manner. In addition, certain countries have passed or may propose and adopt legislation that would force the Company to license its digital rights management, which could lessen the protection of content and subject it to piracy and also could negatively affect arrangements with the Company's content providers.

**The Company's future performance depends in part on support from third- party software developers.**

The Company believes decisions by customers to purchase its hardware products depend in part on the availability of third- party software applications and services. There is no assurance that third- party developers will continue to develop and maintain software applications and services for the Company's products. If third- party software applications and services cease to be developed and maintained for the Company's products, customers may choose not to buy the Company's products.

The Company believes the availability of third- party software applications and services for its products depends in part on the developers' perception and analysis of the relative benefits of developing, maintaining and upgrading such software and services for the Company's products compared to competitors' platforms, such as Android for smartphones and tablets and Windows for personal computers. This analysis may be based on factors such as the market position of the Company and its products, the anticipated revenue that may be generated, expected future growth of product sales and the costs of developing such applications and services.

The Company's minority market share in the global smartphone, tablet and personal computer markets could make developers less inclined to develop or upgrade software for the Company's products and more inclined to devote their resources to developing and upgrading software for competitors' products with larger market share. If developers focus their efforts on these competing platforms, the availability and quality of applications for the Company's devices may suffer.

The Company relies on the continued availability and development of compelling and innovative software applications for its products. The Company's products and operating systems are subject to rapid technological change, and if third- party developers are unable to or choose not to keep up with this pace of change, third- party applications might not take advantage of these changes to deliver improved customer experiences or might not operate correctly and may result in dissatisfied customers.

The Company sells and delivers third- party applications for its products through the App Store, Mac App Store and TV App Store. The Company retains a commission from sales through these platforms. If developers reduce their use of these platforms to distribute their applications and offer in- app purchases to customers, then the volume of sales, and the commission that the Company earns on those sales, would decrease.

**The Company relies on access to third- party intellectual property, which may not be available to the Company on commercially reasonable terms or at all.**

Many of the Company's products include third- party intellectual property, which requires licenses from those third parties. Based on past experience and industry practice, the Company believes such licenses generally can be obtained on reasonable terms. There is, however, no assurance that the necessary licenses can be obtained on acceptable terms or at all. Failure to obtain the right to use third- party intellectual property, or to use such intellectual property on commercially reasonable terms, could preclude the Company from selling certain products or services, or otherwise have a material adverse impact on the Company's financial condition and operating results.

**The Company could be impacted by unfavorable results of legal proceedings, such as being found to have infringed on intellectual property rights.**

The Company is subject to various legal proceedings and claims that have arisen in the ordinary course of business and have not yet been fully resolved, and new claims may arise in the future. In addition, agreements entered into by the Company sometimes include indemnification provisions which may subject the Company to costs and damages in the event of a claim against an indemnified third party.

Claims against the Company based on allegations of patent infringement or other violations of intellectual property rights have generally increased over time and may continue to increase. In particular, the Company has historically faced a significant number of patent claims relating to its cellular- enabled products, and new claims may arise in the future. For example, technology and other patent- holding companies frequently assert their patents and seek royalties and often enter into litigation based on allegations of patent infringement or other violations of intellectual property rights. The Company is vigorously defending infringement actions in courts in a number of U.S. jurisdictions and before the U.S. International Trade Commission, as well as internationally in various countries. The plaintiffs in these actions frequently seek injunctions and substantial damages.

Regardless of the merit of particular claims, litigation may be expensive, time consuming, disruptive to the Company's operations and distracting to management. In recognition of these considerations, the Company may enter into licensing agreements or other arrangements to settle litigation and resolve such disputes. No assurance can be given that such agreements can be obtained on acceptable terms or that litigation will not occur. These agreements may also significantly increase the Company's operating expenses.

Except as described in Part II, Item 8 of this Form 10- K in the Notes to Consolidated Financial Statements in Note 9, "Commitments and Contingencies" under the heading "Contingencies," in the opinion of management, there was not at least a reasonable possibility the Company may have incurred a material loss, or a material loss in excess of a recorded accrual, with respect to loss contingencies for asserted legal and other claims, including matters related to infringement of intellectual property rights.

The outcome of litigation is inherently uncertain. If one or more legal matters were resolved against the Company or an indemnified third party in a reporting period for amounts in excess of management's expectations, the Company's financial condition and operating results for that reporting period could be materially adversely affected. Further, such an outcome could result in significant compensatory, punitive or trebled monetary damages, disgorgement of revenue or profits, remedial corporate measures or injunctive relief against the Company that could materially adversely affect its financial condition and operating results.

While the Company maintains insurance coverage for certain types of claims, such insurance coverage may be insufficient to cover all losses or all types of claims that may arise.

**The Company is subject to laws and regulations worldwide, changes to which could increase the Company's costs and individually or in the aggregate adversely affect the Company's business.**

The Company is subject to laws and regulations affecting its domestic and international operations in a number of areas. These U.S. and foreign laws and regulations affect the Company's activities in areas including, but not limited to, labor, advertising, digital content, consumer protection, real estate, billing, e- commerce, promotions, quality of services, telecommunications, mobile communications and media, television, intellectual property ownership and infringement, tax, import and export requirements, anti- corruption, foreign exchange controls and cash repatriation restrictions, data privacy and data localization requirements, anti- competition, environmental, health and safety.

By way of example, laws and regulations related to mobile communications and media devices in the many jurisdictions in which the Company operates are extensive and subject to change. Such changes could include, among others, restrictions on the production, manufacture, distribution and use of devices, locking devices to a carrier's network, or mandating the use of devices on more than one carrier's network. These devices are also subject to certification and regulation by governmental and standardization bodies, as well as by cellular network carriers for use on their networks. These certification processes are extensive and time consuming, and could result in additional testing requirements, product modifications, or delays in product shipment dates, or could preclude the Company from selling certain products.

Compliance with these laws, regulations and similar requirements may be onerous and expensive, and they may be inconsistent from jurisdiction to jurisdiction, further increasing the cost of compliance and doing business. Any such costs, which may rise in the future as a result of changes in these laws and regulations or in their interpretation, could individually or in the aggregate make the Company's products and services less attractive to the Company's customers, delay the introduction of new products in one or more regions, or cause the Company to change or limit its business practices. The Company has implemented policies and procedures designed to ensure compliance with applicable laws and regulations, but there can be no assurance that the Company's employees, contractors, or agents will not violate such laws and regulations or the Company's policies and procedures.

**The Company's business is subject to the risks of international operations.**

The Company derives a majority of its revenue and earnings from its international operations. Compliance with applicable U.S. and foreign laws and regulations, such as import and export requirements, anti- corruption laws, tax laws, foreign exchange controls and cash repatriation restrictions, data privacy and data localization requirements, environmental laws and anti- competition regulations, increases the costs of doing business in foreign jurisdictions. Although the Company has implemented policies and procedures to comply with these laws and regulations, a violation by the Company's employees, contractors or agents could nevertheless occur. In some cases, compliance with the laws and regulations of one country could violate the laws and regulations of another country. Violations of these laws and regulations could materially adversely affect the Company's brand, international growth efforts and business.

The Company also could be significantly affected by other risks associated with international activities including, but not limited to, economic and labor conditions, increased duties, taxes and other costs, political instability and international trade disputes. Gross margins on the Company's products in foreign countries, and on products that include components obtained from foreign suppliers, could be materially adversely affected by international trade regulations, including duties, tariffs and antidumping penalties. The Company is also exposed to credit and collectibility risk on its trade receivables with customers in certain international markets. There can be no assurance the Company can effectively limit its credit risk and avoid losses.

**The Company's retail stores have required and will continue to require a substantial investment and commitment of resources and are subject to numerous risks and uncertainties.**

The Company's retail stores have required substantial investment in equipment and leasehold improvements, information systems, inventory and personnel. The Company also has entered into substantial operating lease commitments for retail space. Certain stores have been designed and built to serve as high- profile venues to promote brand awareness. Because of their unique design elements, locations and size, these stores require substantially more investment than the Company's more typical retail stores. Due to the high cost structure associated with the Company's retail stores, a decline in sales or the closure or poor performance of individual or multiple stores could result in significant lease termination costs, write- offs of equipment and leasehold improvements and severance costs.

The Company's retail operations are subject to many factors that pose risks and uncertainties and could adversely impact the Company's financial condition and operating results, including macro- economic factors that could have an adverse effect on general retail activity. Other factors include, but are not limited to, the Company's ability to manage costs associated with retail store construction and operation; manage relationships with existing retail partners; manage costs associated with fluctuations in the value of retail inventory; and obtain and renew leases in quality retail locations at a reasonable cost.

**Investment in new business strategies and acquisitions could disrupt the Company's ongoing business and present risks not originally contemplated.**

The Company has invested, and in the future may invest, in new business strategies or acquisitions. Such endeavors may involve significant risks and uncertainties, including distraction of management from current operations, greater than expected liabilities and expenses, inadequate return of capital and unidentified issues not discovered in the Company's due diligence. These new ventures are inherently risky and may not be successful.

**The Company's business and reputation may be impacted by information technology system failures or network disruptions.**

The Company may be subject to information technology system failures or network disruptions caused by natural disasters, accidents, power disruptions, telecommunications failures, acts of terrorism or war, computer viruses, physical or electronic break- ins, or other events or disruptions. System redundancy and other continuity measures may be ineffective or inadequate, and the Company's business continuity and disaster recovery planning may not be sufficient for all eventualities. Such failures or disruptions could adversely impact the Company's business by, among other things, preventing access to the Company's online services, interfering with customer transactions or impeding the manufacturing and shipping of the Company's products. These events could materially adversely affect the Company's reputation, financial condition and operating results.

**There may be losses or unauthorized access to or releases of confidential information, including personally identifiable information, that could subject the Company to significant reputational, financial, legal and operational consequences.**

The Company's business requires it to use and store confidential information including, among other things, personally identifiable information ("PII") with respect to the Company's customers and employees. The Company devotes significant resources to network and data security, including through the use of encryption and other security measures intended to protect its systems and data. But these measures cannot provide absolute security, and losses or unauthorized access to or releases of confidential information occur and could materially adversely affect the Company's reputation, financial condition and operating results.

The Company's business also requires it to share confidential information with suppliers and other third parties. Although the Company takes steps to secure confidential information that is provided to third parties, such measures are not always effective and losses or unauthorized access to or releases of confidential information occur and could materially adversely affect the Company's reputation, financial condition and operating results.

For example, the Company may experience a security breach impacting the Company's information technology systems that compromises the confidentiality, integrity or availability of confidential information. Such an incident could, among other things, impair the Company's ability to attract and retain customers for its products and services, impact the Company's stock price, materially damage supplier relationships, and expose the Company to litigation or government investigations, which could result in penalties, fines or judgments against the Company.

Although malicious attacks perpetrated to gain access to confidential information, including PII, affect many companies across various industries, the Company is at a relatively greater risk of being targeted because of its high profile and the value of the confidential information it creates, owns, manages, stores and processes.

The Company has implemented systems and processes intended to secure its information technology systems and prevent unauthorized access to or loss of sensitive data, including through the use of encryption and authentication technologies. As with all companies, these security measures may not be sufficient for all eventualities and may be vulnerable to hacking, employee error, malfeasance, system error, faulty password management or other irregularities. For example, third parties attempt to fraudulently induce employees or customers into disclosing user names, passwords or other sensitive information, which may in turn be used to access the Company's information technology systems. To help protect customers and the Company, the Company monitors its services and systems for unusual activity and may freeze accounts under suspicious circumstances, which, among other things, may result in the delay or loss of customer orders or impede customer access to the Company's products and services.

In addition to the risks relating to general confidential information described above, the Company may also be subject to specific obligations relating to health data and payment card data. Health data may be subject to additional privacy, security and breach notification requirements, and the Company may be subject to audit by governmental authorities regarding the Company's compliance with these obligations. If the Company fails to adequately comply with these rules and requirements, or if health data is handled in a manner not permitted by law or under the Company's agreements with healthcare institutions, the Company could be subject to litigation or government investigations, may be liable for associated investigatory expenses, and could also incur significant fees or fines.

Under payment card rules and obligations, if cardholder information is potentially compromised, the Company could be liable for associated investigatory expenses and could also incur significant fees or fines if the Company fails to follow payment card industry data security standards. The Company could also experience a significant increase in payment card transaction costs or lose the ability to process payment cards if it fails to follow payment card industry data security standards, which would materially adversely affect the Company's reputation, financial condition and operating results.

While the Company maintains insurance coverage that is intended to address certain aspects of data security risks, such insurance coverage may be insufficient to cover all losses or all types of claims that may arise.

**The Company's business is subject to a variety of U.S. and international laws, rules, policies and other obligations regarding data protection.**

The Company is subject to federal, state and international laws relating to the collection, use, retention, security and transfer of PII. In many cases, these laws apply not only to third- party transactions, but also may restrict transfers of PII among the Company and its international subsidiaries. Several jurisdictions have passed laws in this area, and other jurisdictions are considering imposing additional restrictions. These laws continue to develop and may be inconsistent from jurisdiction to jurisdiction. Complying with emerging and changing international requirements may cause the Company to incur substantial costs or require the Company to change its business practices. Noncompliance could result in significant penalties or legal liability.

The Company makes statements about its use and disclosure of PII through its privacy policy, information provided on its website and press statements. Any failure by the Company to comply with these public statements or with other federal, state or international privacy-related or data protection laws and regulations could result in proceedings against the Company by governmental entities or others. In addition to reputational impacts, penalties could include ongoing audit requirements and significant legal liability.

**The Company's success depends largely on the continued service and availability of key personnel.**

Much of the Company's future success depends on the continued availability and service of key personnel, including its Chief Executive Officer, executive team and other highly skilled employees. Experienced personnel in the technology industry are in high demand and competition for their talents is intense, especially in Silicon Valley, where most of the Company's key personnel are located.

**The Company's business may be impacted by political events, international trade disputes, war, terrorism, natural disasters, public health issues, industrial accidents and other business interruptions.**

Political events, international trade disputes, war, terrorism, natural disasters, public health issues, industrial accidents and other business interruptions could harm or disrupt international commerce and the global economy, and could have a material adverse effect on the Company and its customers, suppliers, contract manufacturers, logistics providers, distributors, cellular network carriers and other channel partners.

International trade disputes could result in tariffs and other protectionist measures that could adversely affect the Company's business. Tariffs could increase the cost of the Company's products and the components and raw materials that go into making them. These increased costs could adversely impact the gross margin that the Company earns on its products. Tariffs could also make the Company's products more expensive for customers, which could make the Company's products less competitive and reduce consumer demand. Countries may also adopt other protectionist measures that could limit the Company's ability to offer its products and services. Political uncertainty surrounding international trade disputes and protectionist measures could also have a negative effect on consumer confidence and spending, which could adversely affect the Company's business.

Many of the Company's operations and facilities as well as critical business operations of the Company's suppliers and contract manufacturers are in locations that are prone to earthquakes and other natural disasters. In addition, such operations and facilities are subject to the risk of interruption by fire, power shortages, nuclear power plant accidents and other industrial accidents, terrorist attacks and other hostile acts, labor disputes, public health issues and other events beyond the Company's control. Global climate change could result in certain types of natural disasters occurring more frequently or with more intense effects. Such events could make it difficult or impossible for the Company to manufacture and deliver products to its customers, create delays and inefficiencies in the Company's supply and manufacturing chain, and result in slowdowns and outages to the Company's service offerings. Following an interruption to its business, the Company could require substantial recovery time, experience significant expenditures in order to resume operations, and lose significant revenue. Because the Company relies on single or limited sources for the supply and manufacture of many critical components, a business interruption affecting such sources would exacerbate any negative consequences to the Company.

The Company's operations are also subject to the risks of industrial accidents at its suppliers and contract manufacturers. While the Company's suppliers are required to maintain safe working environments and operations, an industrial accident could occur and could result in disruption to the Company's business and harm to the Company's reputation. Should major public health issues, including pandemics, arise, the Company could be adversely affected by more stringent employee travel restrictions, additional limitations in freight services, governmental actions limiting the movement of products between regions, delays in production ramps of new products and disruptions in the operations of the Company's suppliers and contract manufacturers.

**The Company expects its quarterly revenue and operating results to fluctuate.**

The Company's profit margins vary across its products, services, geographic segments and distribution channels. For example, gross margins on the Company's hardware products vary across product lines and can change over time as a result of product transitions, pricing and configuration changes, and component, warranty and other cost fluctuations. The Company's financial results may be materially adversely impacted as a result of shifts in the mix of products and services that the Company sells; shifts in the geographic, currency or channel mix of the Company's sales; component cost increases; price competition; or the introduction of new products, including new products with higher cost structures.

The Company has typically experienced higher net sales in its first quarter compared to other quarters due in part to seasonal holiday demand. Additionally, new product introductions can significantly impact net sales, product costs and operating expenses. Further, the Company generates a majority of its net sales from a single product and a decline in demand for that product could significantly impact quarterly net sales. The Company could also be subject to unexpected developments, such as lower- than- anticipated demand for the Company's products, issues with new product introductions, information technology system failures or network disruptions, or failure of one of the Company's logistics, components supply, or manufacturing partners.

**The Company's stock price is subject to volatility.**

The Company's stock price has experienced substantial price volatility in the past and may continue to do so in the future. Additionally, the Company, the technology industry and the stock market as a whole have experienced extreme stock price and volume fluctuations that have affected stock prices in ways that may have been unrelated to these companies' operating performance. Price volatility over a given period may cause the average price at which the Company repurchases its own stock to exceed the stock's price at a given point in time. The Company believes its stock price should reflect expectations of future growth and profitability. The Company also believes its stock price should reflect expectations that its cash dividend will continue at current levels or grow and that its current share repurchase program will be fully consummated. Future dividends are subject to declaration by the Company's Board of Directors, and the Company's share repurchase program does not obligate it to acquire any specific number of shares. If the Company fails to meet expectations related to future growth, profitability, dividends, share repurchases or other market expectations, its stock price may decline significantly, which could have a material adverse impact on investor confidence and employee retention.

**The Company's financial performance is subject to risks associated with changes in the value of the U.S. dollar relative to local currencies.**

The Company's primary exposure to movements in foreign currency exchange rates relates to non–U.S. dollar–denominated sales and operating expenses worldwide. Gross margins on the Company's products in foreign countries and on products that include components obtained from foreign suppliers could be materially adversely affected by foreign currency exchange rate fluctuations.

Weakening of foreign currencies relative to the U.S. dollar adversely affects the U.S. dollar value of the Company's foreign currency–denominated sales and earnings, and generally leads the Company to raise international pricing, potentially reducing demand for the Company's products. In some circumstances, for competitive or other reasons, the Company may decide not to raise international pricing to offset the U.S. dollar's strengthening, which would adversely affect the U.S. dollar value of the gross margins the Company earns on foreign currency–denominated sales.

Conversely, a strengthening of foreign currencies relative to the U.S. dollar, while generally beneficial to the Company's foreign currency–denominated sales and earnings, could cause the Company to reduce international pricing and incur losses on its foreign currency derivative instruments, thereby limiting the benefit. Additionally, strengthening of foreign currencies may increase the Company's cost of product components denominated in those currencies, thus adversely affecting gross margins.

The Company uses derivative instruments, such as foreign currency forward and option contracts, to hedge certain exposures to fluctuations in foreign currency exchange rates. The use of such hedging activities may not be effective to offset any, or more than a portion, of the adverse financial effects of unfavorable movements in foreign exchange rates over the limited time the hedges are in place.

**The Company is exposed to credit risk and fluctuations in the market values of its investment portfolio.**

The Company's investments can be negatively affected by liquidity, credit deterioration, financial results, market and economic conditions, political risk, sovereign risk, interest rate fluctuations or other factors. As a result, the value and liquidity of the Company's cash, cash equivalents and marketable securities may fluctuate substantially. Therefore, although the Company has not realized any significant losses on its cash, cash equivalents and marketable securities, future fluctuations in their value could result in significant realized losses and could have a material adverse impact on the Company's financial condition and operating results.

**The Company is exposed to credit risk on its trade accounts receivable, vendor non- trade receivables and prepayments related to long- term supply agreements, and this risk is heightened during periods when economic conditions worsen.**

The Company distributes its products through third- party cellular network carriers, wholesalers, retailers and resellers. The Company also sells its products directly to small and mid- sized businesses and education, enterprise and government customers. A substantial majority of the Company's outstanding trade receivables are not covered by collateral, third- party bank support or financing arrangements, or credit insurance. The Company's exposure to credit and collectibility risk on its trade receivables is higher in certain international markets and its ability to mitigate such risks may be limited. The Company also has unsecured vendor non- trade receivables resulting from purchases of components by outsourcing partners and other vendors that manufacture sub- assemblies or assemble final products for the Company. In addition, the Company has made prepayments associated with long- term supply agreements to secure supply of inventory components. As of September 29, 2018, a significant portion of the Company's trade receivables was concentrated within cellular network carriers, and its vendor non- trade receivables and prepayments related to long- term supply agreements were concentrated among a few individual vendors located primarily in Asia. While the Company has procedures to monitor and limit exposure to credit risk on its trade and vendor non- trade receivables, as well as long- term prepayments, there can be no assurance such procedures will effectively limit its credit risk and avoid losses.

**The Company could be subject to changes in its tax rates, the adoption of new U.S. or international tax legislation or exposure to additional tax liabilities.**

The Company is subject to taxes in the U.S. and numerous foreign jurisdictions, including Ireland, where a number of the Company's subsidiaries are organized. Due to economic and political conditions, tax rates in various jurisdictions may be subject to significant change. The Company's effective tax rates could be affected by changes in the mix of earnings in countries with differing statutory tax rates, changes in the valuation of deferred tax assets and liabilities, or changes in tax laws or their interpretation, including in the U.S. and Ireland.

The Company is also subject to the examination of its tax returns and other tax matters by the U.S. Internal Revenue Service (the "IRS") and other tax authorities and governmental bodies. The Company regularly assesses the likelihood of an adverse outcome resulting from these examinations to determine the adequacy of its provision for taxes. There can be no assurance as to the outcome of these examinations. If the Company's effective tax rates were to increase, particularly in the U.S. or Ireland, or if the ultimate determination of the Company's taxes owed is for an amount in excess of amounts previously accrued, the Company's financial condition, operating results and cash flows could be materially adversely affected.

**Item 1B. Unresolved Staff Comments**

None.

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

Date: November 5, 2018

 Apple Inc.


 By: /s/ Luca Maestri
        Luca Maestri
        Senior Vice President,
        Chief Financial Officer

**Power of Attorney**

KNOW ALL PERSONS BY THESE PRESENTS, that each person whose signature appears below constitutes and appoints Timothy D. Cook and Luca Maestri, jointly and severally, his or her attorneys- in- fact, each with the power of substitution, for him or her in any and all capacities, to sign any amendments to this Annual Report on Form 10- K, and to file the same, with exhibits thereto and other documents in connection therewith, with the Securities and Exchange Commission, hereby ratifying and confirming all that each of said attorneys- in-fact, or his substitute or substitutes, may do or cause to be done by virtue hereof.

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the Registrant and in the capacities and on the dates indicated:

| Name | Title | Date |
|---|---|---|
| /s/ Timothy D. Cook<br>TIMOTHY D. COOK | Chief Executive Officer and Director (Principal Executive Officer) | November 5, 2018 |
| /s/ Luca Maestri<br>LUCA MAESTRI | Senior Vice President, Chief Financial Officer (Principal Financial Officer) | November 5, 2018 |
| /s/ Chris Kondo<br>CHRIS KONDO | Senior Director of Corporate Accounting (Principal Accounting Officer) | November 5, 2018 |
| /s/ James A. Bell<br>JAMES A. BELL | Director | November 5, 2018 |
| /s/ Al Gore<br>AL GORE | Director | November 5, 2018 |
| /s/ Robert A. Iger<br>ROBERT A. IGER | Director | November 5, 2018 |
| /s/ Andrea Jung<br>ANDREA JUNG | Director | November 5, 2018 |
| /s/ Arthur D. Levinson<br>ARTHUR D. LEVINSON | Director | November 5, 2018 |
| /s/ Ronald D. Sugar<br>RONALD D. SUGAR | Director | November 5, 2018 |
| /s/ Susan L. Wagner<br>SUSAN L. WAGNER | Director | November 5, 2018 |

# EXHIBIT 22

February 2, 2018



Chairman John Thune
United States Senate
Committee on Commerce, Science, and Transportation
Washington, D.C. 20510

Dear Chairman Thune,

Thank you for your inquiry regarding iPhones, batteries, and performance. We welcome this opportunity to provide additional information and clarity on this issue and to answer your questions.

Apple's recent actions related to performance of iPhones with older batteries were based on providing our customers with the best experience. In this case, that meant preventing iPhone 6 or later models from unexpectedly shutting down under certain circumstances. As we said publicly, we have never — and would never — do anything to intentionally shorten the life of any Apple product or degrade the user experience to drive customer upgrades. Our goal has always been to create products that our customers love, and making iPhones last as long as possible is an important part of that.

We want to provide a timeline of key events that led to where we are today, as well as some technical background that we hope you will find helpful, in addition to the answers to your questions.

Timeline

In fall 2016, we received reports from a few iPhone customers whose devices were experiencing unexpected shutdowns. We found that a small number of iPhone 6s devices had batteries that contained a battery component that was exposed to controlled ambient air longer than it should have been before being assembled into battery packs. We set up a program to replace those batteries for affected iPhone 6s owners. We also discovered that other iPhones, under certain circumstances, were experiencing unexpected shutdowns.

To learn more, we did a software update that included diagnostics to help us understand whether we needed to improve the algorithms used to manage battery performance and shutdowns. An iPhone is actually designed to shut down automatically under certain conditions, such as extremely cold temperature. To an iPhone user, some of those shutdowns might seem unexpected, but they are designed to protect the device's electronics from low voltage.

After gathering and analyzing data, we issued the iOS 10.2.1 software update in January, 2017, for iPhone 6, iPhone 6 Plus, iPhone 6s, iPhone 6s Plus, and iPhone SE.



Then we looked at the diagnostic data made available by the update, and it indicated that the rate of unexpected shutdowns was greatly reduced for iPhone 6 and iPhone 6s owners. In February, 2017, we updated our iOS 10.2.1 ReadMe notes to let customers know the update "improves power management during peak workloads to avoid unexpected shutdowns." We also provided a statement to several press outlets and said that we were seeing positive results from the software update. We extended the same support for iPhone 7 and iPhone 7 Plus through iOS 11.2 in December, 2017.

Technical Background

As lithium-ion batteries chemically age, their ability to hold a charge diminishes. This may result in shorter amounts of time before a device needs to be recharged. In addition, a battery's ability to provide power quickly may decrease. In order for a phone to function properly, the electronics must be able to draw on instantaneous power from the battery. One attribute that affects this instantaneous power delivery is the battery's impedance. A battery with a high impedance is unable to provide power quickly enough to the system that needs it. A battery's impedance can increase if a battery has a higher chemical age. A battery's impedance will temporarily increase at a low state of charge and in a cold temperature environment. When coupled with a higher chemical age, the impedance increase will be more significant. These are characteristics of battery chemistry that are common to all lithium-ion batteries in the industry.

We do not want our customers to experience interruptions in the use of their iPhones, whether that is making an emergency phone call, taking a picture, sharing a post, or watching the end of a close game. To address the issue of unexpected shutdowns, we are constantly working to improve battery performance. We also have developed software that dynamically manages power usage when, and only when, an iPhone is at risk of an unexpected shutdown. This power management software helps keep iPhones on when they otherwise might turn off, by balancing the demand for power with the available supply of it.

While our intention has been to give our customers the best products and the best experiences, we have apologized to our customers and, as described here, have taken a number of steps to address the complaints.

Your questions and our answers are below.

*1. Did Apple notify its customers before it released this software update feature to throttle back processing performance for its iPhone 6, iPhone 6S, iPhone SE, and iPhone 7 with iOS 11.2? If so, when and how did Apple notify its customers?*

As explained above, we first delivered this power management feature to iPhone 6, iPhone 6 Plus, iPhone 6s, iPhone 6s Plus, and iPhone SE as part of iOS 10.2.1, in



January, 2017. Once we verified that the feature was effective in avoiding unexpected shutdowns, we updated the iOS 10.2.1 ReadMe notes in February, 2017. Specifically, the iOS 10.2.1 ReadMe notes said that this update "also improves power management during peak workloads to avoid unexpected shutdowns on iPhone."

We also made this statement to Fortune, TechCrunch, and several other media outlets on February 23, 2017:

> With iOS 10.2.1, Apple made improvements to reduce occurrences of unexpected shutdowns that a small number of users were experiencing with their iPhone. iOS 10.2.1 already has over 50% of active iOS devices upgraded and the diagnostic data we've received from upgraders shows that for this small percentage of users experiencing the issue, we're seeing a more than 80% reduction in iPhone 6s and over 70% reduction on iPhone 6 of devices unexpectedly shutting down.

> We also added the ability for the phone to restart without needing to connect to power, if a user still encounters an unexpected shutdown. It is important to note that these unexpected shutdowns are not a safety issue, but we understand it can be an inconvenience and wanted to fix the issue as quickly as possible. If a customer has any issues with their device they can contact AppleCare.

As noted, the software update successfully reduced the incidence of unexpected shutdowns and that customers' experience with it was positive. We deployed the same software update to iPhone 7 and iPhone 7 Plus through iOS 11.2 in December, 2017.

*2. Did Apple offer its customers the option of declining the software update feature to throttle back processing performance? If so, how? If not, why not?*

Our software updates are designed to provide new features and capabilities as well as fixes in order to improve the customer experience. All of our software updates are optional and the customer decides whether to update or not. We do not provide customers the option to install some features but not others. However, as we recently announced, iOS 11.3 will add new features to give customers greater visibility into the health of their iPhone's battery. The new software update will recommend if a battery needs to be serviced. It also will allow customers to see whether the power management feature that dynamically manages maximum performance to prevent unexpected shutdowns is on, and they can choose to turn it off.

*3. Did Apple release a similar software update feature to throttle back processing performance for earlier models, such as the iPhone 4, iPhone 5, and iPhone 5S? If so,*



*when? Did Apple notify its customers before doing so? If so, when and how did Apple notify its customers?*

Older iPhone models such as iPhone 5s have different system power demands than newer iPhone models and so did not experience the same issue.

*4. Does Apple plan to release a similar software update feature to throttle back processing performance for newer phone models? What notice does it plan to provide to customers before doing so?*

All iPhone models have basic performance management to ensure that the battery and overall system operates as designed and internal components are protected. And, in the case of hot temperature, the performance management ensures that the device stays within safety limits. Such basic performance management is required for safety and expected function, and it cannot be turned off.

iPhone 8, iPhone 8 Plus, and iPhone X models include hardware updates that allow a more advanced performance management system that more precisely allows iOS to anticipate and avoid an unexpected shutdown.

*5. Has Apple tracked consumer complaints about processing performance that are likely to be attributable to this software update throttling feature? If so, how many such complaints has Apple received and how has Apple addressed such complaints?*

Apple always monitors customer feedback on a constant basis.

*6. How did Apple notify its customers regarding the option of replacing the iPhone battery?*

We notified the public of this offer through a December 28, 2017, message to our customers right on the front page of the Apple website, and the offer also has been widely reported in the press. We are offering out-of-warranty replacement batteries for $29 to anyone with an iPhone 6 or later, regardless of whether they have experienced performance issues.

*7. Apple is reducing the price of an out-of-warranty iPhone battery replacement to $29 for anyone with an iPhone 6 or later. In addition, Apple has issued an apology to consumers for the way it handled performance for iPhones with older batteries and how Apple communicated that process. How did Apple arrive at the $29 battery replacement figure? Did the company consider alternative plans to address the issue, such as providing a replacement battery free of charge to affected consumers?*



We wanted the battery replacement offer to be far below the cost of our regular price for an out-of-warranty replacement. And we are seeing strong demand for it. Anyone who has an iPhone 6 or later can make arrangements for a battery replacement at an Apple Store or an Apple Authorized Service Provider by using the Apple Customer Apple Support page. This offer is available through end end of December, 2018, so customers have plenty of time to take advantage of it.

*8. Has Apple explored whether consumers who paid the full, non-discounted price for a replacement battery in an effort to restore performance should be allowed to seek a rebate for some of the purchase price?*

Yes, we are exploring this and will update you accordingly.

We appreciate your attention to this issue and the opportunity to address your questions.

Sincerely,

Cynthia C. Hogan
Vice President for Public Policy, Americas
Apple

# EXHIBIT 23

SEC Form 4

## FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| COOK TIMOTHY D | APPLE INC [ AAPL ] | X   Director                    10% Owner |
| | 3. Date of Earliest Transaction (Month/Day/Year) | X   Officer (give title below)   Other (specify below) |
| (Last)        (First)        (Middle) | 08/24/2016 | Chief Executive Officer |
| 1 INFINITE LOOP | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| (Street) | | X   Form filed by One Reporting Person |
| CUPERTINO      CA      95014 | | Form filed by More than One Reporting Person |
| (City)        (State)      (Zip) | | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 08/24/2016 | | M | | 1,260,000[1][2][3] | A | [4] | 2,299,809[5] | D[6] | |
| Common Stock[7] | 08/24/2016 | | F | | 656,117 | D | $108.03 | 1,643,692 | D[6] | |
| Common Stock | 08/25/2016 | | S | | 207,807[8] | D | $107.21[9] | 1,435,885 | D[6] | |
| Common Stock | 08/25/2016 | | S | | 16,193[8] | D | $107.73[10] | 1,419,692 | D[6] | |
| Common Stock | 08/26/2016 | | S | | 86,300[8] | D | $107.07[11] | 1,333,392 | D[6] | |
| Common Stock | 08/26/2016 | | S | | 23,700[8] | D | $107.69[12] | 1,309,692 | D[6] | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Restricted Stock Unit | [4] | 08/24/2016 | | M | | | 1,260,000 | [13] | [13] | Common Stock | 1,260,000 | [4] | 3,500,000 | D | |

**Explanation of Responses:**

1. The number of restricted stock units (RSUs) includes 980,000 time-based RSUs and 280,000 performance-based RSUs.

2. The number of performance-based RSUs that vested was determined based on Apple's total shareholder return (TSR), relative to the other companies in the S&P 500 over a three-year period from August 25, 2013 through August 24, 2016. TSR is calculated based on the change in a company's stock price during the three-year period, taking into account any dividends paid during that period, which are assumed to be reinvested in the stock. In accordance with the terms of the award, the beginning value used for calculating TSR is the average closing stock price for the 20 trading days prior to August 25, 2013. Apple's beginning value was calculated to be $68.56 (adjusted for dividends and Apple's 7:1 stock split in June 2014). Similarly, the ending value used for calculating TSR is the average closing price for the 20 trading days ending on August 24, 2016. Apple's ending value was calculated to be $114.86 (adjusted for

dividends).

3. Mr. Cook's award provides that if Apple's relative TSR performance is within the top third of the companies that remain in the S&P 500 for the entire performance period, the 280,000 performance-based RSUs vest in full. If Apple's performance is in the middle third, the RSUs will be reduced by 50%, and if Apple's performance is in the bottom third, the RSUs will be reduced to zero. Apple needed to achieve a TSR of at least 55.68% to outperform the middle third of the companies in the S&P 500 for the performance period, and at least 19.71% to outperform the bottom third of the companies. Apple's TSR for the three-year period was 67.55%, which ranked 95th of the 430 companies that were included in the S&P 500 for the entire period and placed Apple in the 78th percentile. Therefore, all 280,000 of the RSUs subject to performance requirements vested.

4. Each RSU represents the right to receive, at settlement, one share of common stock. This transaction represents the settlement of RSUs in shares of common stock on their scheduled vesting date.

5. The number of securities reported reflects the acquisition on January 31, 2016 of 211 shares of Apple Inc.'s common stock pursuant to the Apple Inc. Amended Employee Stock Purchase Plan ("ESPP") for the ESPP purchase period of August 1, 2015 through January 31, 2016.

6. These shares are held through Mr. Cook's trust.

7. 656,117 shares (52.1% of the total number of shares released) were withheld by Apple to satisfy the minimum statutory tax withholding requirements on vesting of RSUs.

8. This transaction was made pursuant to a Rule 10b5-1 trading plan adopted on May 16, 2016.

9. This transaction was executed in multiple trades at prices ranging from $106.693 to $107.685; the price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide full information regarding the number of shares and prices at which the transactions were effected upon request to to SEC staff, the Registrant, or a security holder of the Registrant.

10. This transaction was executed in multiple trades at prices ranging from $107.69 to $107.87; the price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide full information regarding the number of shares and prices at which the transactions were effected upon request to to SEC staff, the Registrant, or a security holder of the Registrant.

11. This transaction was executed in multiple trades at prices ranging from $106.5407 to $107.53; the price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide full information regarding the number of shares and prices at which the transactions were effected upon request to to SEC staff, the Registrant, or a security holder of the Registrant.

12. This transaction was executed in multiple trades at prices ranging from $107.5307 to $107.92; the price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide full information regarding the number of shares and prices at which the transactions were effected upon request to to SEC staff, the Registrant, or a security holder of the Registrant.

13. The remaining 3,500,000 restricted stock units in this award are scheduled to vest as follows: 700,000 restricted stock units vest on August 24, 2021; the balance of 2,800,000 restricted stock units vests in five equal annual installments commencing August 24, 2017, assuming continued employment through the applicable vesting date and, with respect to a portion of each annual installment, satisfaction of the applicable performance requirements.

**Remarks:**

/s/ Sam Whittington, Attorney-in-Fact for Timothy D. Cook    08/26/2016

\*\* Signature of Reporting Person                Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

# EXHIBIT 24

SEC Form 4

## FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See Instruction 1(b).*

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| COOK TIMOTHY D | APPLE INC [ AAPL ] | X Director  ☐ 10% Owner |
| (Last)  (First)  (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | X Officer (give title below)  ☐ Other (specify below) |
| 1 INFINITE LOOP | 08/29/2016 | Chief Executive Officer |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| CUPERTINO  CA  95014 | | X Form filed by One Reporting Person |
| (City)  (State)  (Zip) | | ☐ Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 08/29/2016 | | S | | 106,700[1] | D | $106.82[2] | 1,202,992 | D[3] | |
| Common Stock | 08/29/2016 | | S | | 3,300[1] | D | $107.37[4] | 1,199,692 | D[3] | |
| Common Stock | 08/30/2016 | | S | | 110,000[1] | D | $105.95[5] | 1,089,692 | D[3] | |
| Common Stock | 08/31/2016 | | S | | 49,883[1] | D | $106.19[6] | 1,039,809 | D[3] | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. This transaction was made pursuant to a Rule 10b5-1 trading plan adopted on May 16, 2016.

2. This transaction was executed in multiple trades at prices ranging from $106.35 to $107.34; the price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide full information regarding the number of shares and prices at which the transactions were effected upon request to the SEC staff, the Registrant, or a security holder of the Registrant.

3. These shares are held through Mr. Cook's trust.

4. This transaction was executed in multiple trades at prices ranging from $107.35 to $107.42; the price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide full information regarding the number of shares and prices at which the transactions were effected upon request to the SEC staff, the Registrant, or a security holder of the Registrant.

5. This transaction was executed in multiple trades at prices ranging from $105.53 to $106.48; the price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide full information regarding the number of shares and prices at which the transactions were effected upon request to the SEC staff, the Registrant, or a security holder of the Registrant.

6. This transaction was executed in multiple trades at prices ranging from $105.67 to $106.54; the price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide full information regarding the number of shares and prices at which the transactions were effected upon

request to te SEC staff, the Registrant, or a security holder of the Registrant.

**Remarks:**

| | |
|---|---|
| /s/ Sam Whittington, Attorney-in-Fact for Timothy D. Cook | 08/31/2016 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

# EXHIBIT 25

SEC Form 4

## FORM 4

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| COOK TIMOTHY D | APPLE INC [ AAPL ] | X Director ___ 10% Owner |
| | 3. Date of Earliest Transaction (Month/Day/Year) | X Officer (give title below) ___ Other (specify below) |
| (Last) (First) (Middle) | 01/17/2017 | Chief Executive Officer |
| 1 INFINITE LOOP | | |

2. Name and Address continued:

| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
|---|---|---|
| CUPERTINO CA 95014 | | X Form filed by One Reporting Person |
| (City) (State) (Zip) | | ___ Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 01/17/2017 | | S | | 10,000(1) | D | $120 | 1,029,809 | D(2) | |
| Common Stock | 01/18/2017 | | S | | 10,000(1) | D | $120 | 1,019,809 | D(2) | |
| Common Stock | 01/19/2017 | | S | | 10,000(1) | D | $120 | 1,009,809 | D(2) | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. This transaction was made pursuant to a Rule 10b5-1 trading plan adopted on August 26, 2015.
2. These shares are held through Mr. Cook's trust.

**Remarks:**

/s/ Sam Whittington, Attorney-in-Fact for Timothy D. Cook          01/19/2017
\*\* Signature of Reporting Person          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

# EXHIBIT 26

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See Instruction 1(b).*

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| COOK TIMOTHY D | APPLE INC [ AAPL ] | X Director  ☐ 10% Owner |
| (Last)  (First)  (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | X Officer (give title below)  ☐ Other (specify below) |
| 1 INFINITE LOOP | 01/20/2017 | Chief Executive Officer |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| CUPERTINO  CA  95014 | | X Form filed by One Reporting Person |
| (City)  (State)  (Zip) | | ☐ Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 01/20/2017 | | S | | 10,000(1) | D | $120.41 | 999,809 | D(2) | |
| Common Stock | 01/23/2017 | | S | | 10,000(1) | D | $120 | 989,809 | D(2) | |
| Common Stock | 01/24/2017 | | S | | 10,000(1) | D | $120 | 979,809 | D(2) | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. This transaction was made pursuant to a Rule 10b5-1 trading plan adopted on August 26, 2015.
2. These shares are held through Mr. Cook's trust.

**Remarks:**

/s/ Sam Whittington, Attorney-in-Fact for Timothy D. Cook    01/24/2017

** Signature of Reporting Person        Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

# EXHIBIT 27

SEC Form 4

## FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| COOK TIMOTHY D | APPLE INC [ AAPL ] | X Director  10% Owner |
| | 3. Date of Earliest Transaction (Month/Day/Year) | X Officer (give title below)  Other (specify below) |
| (Last)   (First)   (Middle) | 01/25/2017 | Chief Executive Officer |
| 1 INFINITE LOOP | | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| CUPERTINO   CA   95014 | | X Form filed by One Reporting Person |
| (City)   (State)   (Zip) | |  Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 01/25/2017 | | S | | 10,000(1) | D | $120.28 | 969,809 | D(2) | |
| Common Stock | 01/26/2017 | | S | | 10,000(1) | D | $121.7 | 959,809 | D(2) | |
| Common Stock | 01/27/2017 | | S | | 10,000(1) | D | $122.14 | 949,809 | D(2) | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. This transaction was made pursuant to a Rule 10b5-1 trading plan adopted on August 26, 2015.
2. These shares are held through Mr. Cook's trust.

**Remarks:**

| | |
|---|---|
| /s/ Sam Whittington, Attorney-in-Fact for Timothy D. Cook | 01/27/2017 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

# EXHIBIT 28

SEC Form 4

**FORM 4**

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See Instruction 1(b).*

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* COOK TIMOTHY D | 2. Issuer Name and Ticker or Trading Symbol APPLE INC [ AAPL ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|

| (Last) (First) (Middle) 1 INFINITE LOOP | 3. Date of Earliest Transaction (Month/Day/Year) 01/30/2017 | X Director     10% Owner X Officer (give title below)   Other (specify below) Chief Executive Officer |

| (Street) CUPERTINO   CA   95014 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person   Form filed by More than One Reporting Person |

| (City) (State) (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 01/30/2017 | | S | | 10,000[1] | D | $120.93 | 939,809 | D [2] | |
| Common Stock | 01/31/2017 | | S | | 10,000[1] | D | $121.03 | 930,045[3] | D [2] | |
| Common Stock | 02/01/2017 | | S | | 15,000[1] | D | $127.1 | 915,045 | D [2] | |
| Common Stock | 02/01/2017 | | S | | 5,000[1] | D | $130 | 910,045 | D [2] | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. This transaction was made pursuant to a Rule 10b5-1 trading plan adopted on August 26, 2015.
2. These shares are held through Mr. Cook's trust.
3. The number of securities reported reflects the acquisition on January 31, 2017 of 236 shares of Apple Inc.'s common stock pursuant to the Apple Inc. Amended Employee Stock Purchase Plan ("ESPP") for the ESPP purchase period of August 1, 2016 through January 31, 2017.

**Remarks:**

/s/ Sam Whittington, Attorney-in-Fact for Timothy D. Cook        02/01/2017

** Signature of Reporting Person        Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

# EXHIBIT 29

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| COOK TIMOTHY D | APPLE INC [ AAPL ] | X  Director              10% Owner |
| (Last)       (First)       (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | X  Officer (give title below)   Other (specify below) |
| 1 INFINITE LOOP | 02/02/2017 | Chief Executive Officer |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| CUPERTINO    CA        95014 | | X  Form filed by One Reporting Person |
| (City)     (State)    (Zip) | | Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 02/02/2017 | | S | | 8,571[1] | D | $127.99 | 901,474 | D[2] | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. This transaction was made pursuant to a Rule 10b5-1 trading plan adopted on August 26, 2015.

2. These shares are held through Mr. Cook's trust.

**Remarks:**

| /s/ Sam Whittington, Attorney-in-Fact for Timothy D. Cook | 02/03/2017 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

# EXHIBIT 30

SEC Form 4

## FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See Instruction 1(b).*

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| COOK TIMOTHY D | APPLE INC [ AAPL ] | X Director        10% Owner |
| (Last) (First) (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 08/24/2017 | X Officer (give title below)   Other (specify below) |
| 1 INFINITE LOOP | | Chief Executive Officer |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| CUPERTINO   CA   95014 | | X Form filed by One Reporting Person |
| (City) (State) (Zip) | | Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 08/24/2017 | | M | | 560,000[1][2][3] | A | [4] | 1,461,474 | D[5] | |
| Common Stock[6] | 08/24/2017 | | F | | 291,377 | D | $159.27 | 1,170,097 | D[5] | |
| Common Stock | 08/25/2017 | | S | | 125,321[7] | D | $159.96[8] | 1,044,776 | D[5] | |
| Common Stock | 08/25/2017 | | S | | 9,406[7] | D | $160.45[9] | 1,035,370 | D[5] | |
| Common Stock | 08/28/2017 | | S | | 23,304[7] | D | $160.51[10] | 1,012,066 | D[5] | |
| Common Stock | 08/28/2017 | | S | | 110,592[7] | D | $161.43[11] | 901,474 | D[5] | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Restricted Stock Unit | [4] | 08/24/2017 | | M | | | 560,000 | [12] | [12] | Common Stock | 560,000 | [4] | 2,940,000 | D | |

**Explanation of Responses:**

1. The number of restricted stock units (RSUs) includes 280,000 time-based RSUs and 280,000 performance-based RSUs.

2. The number of performance-based RSUs that vested was determined based on Apple's total shareholder return (TSR), relative to the other companies in the S&P 500 over a three-year period from August 25, 2014 through August 24, 2017. TSR is calculated based on the change in a company's stock price during the three-year period, taking into account any dividends paid during that period, which are assumed to be reinvested in the stock. In accordance with the terms of the award, the beginning value used for calculating TSR is the average closing stock price for the 20 trading days prior to August 25, 2014. Apple's beginning value was calculated to be $97.74 (adjusted for dividends). Similarly, the ending value used for calculating TSR is the average closing price for the 20 trading days ending on August 24, 2017. Apple's ending value was calculated to be $166.72 (adjusted for dividends).

3. Mr. Cook's award provides that if Apple's relative TSR performance is within the top third of the companies that remain in the S&P 500 for the entire performance period, the 280,000 performance-based RSUs vest in full. If Apple's performance is in the middle third, the RSUs will be reduced by 50%, and if Apple's performance is in the bottom third, the RSUs will be reduced to zero. Apple needed to achieve a TSR of at least 52.31% to outperform the middle third of the companies in the S&P 500 for the performance period, and at least 16.99% to outperform the bottom third of the companies. Apple's TSR for the three-year period was 70.57%, which ranked 80th of the 420 companies that were included in the S&P 500 for the entire period and placed Apple in the 81st percentile. Therefore, all 280,000 of the RSUs subject to performance requirements vested.

4. Each RSU represents the right to receive, at settlement, one share of common stock. This transaction represents the settlement of RSUs in shares of common stock on their scheduled vesting date.

5. These shares are held through Mr. Cook's trust.

6. 291,377 shares (52% of the total number of shares released) were withheld by Apple to satisfy the minimum statutory tax withholding requirements on vesting of RSUs.

7. This transaction was made pursuant to a Rule 10b5-1 trading plan adopted on May 5, 2017.

8. This transaction was executed in multiple trades at prices ranging from $159.40 to $160.39; the price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide full information regarding the number of shares and prices at which the transactions were effected upon request to the SEC staff, Apple, or a security holder of Apple.

9. This transaction was executed in multiple trades at prices ranging from $160.40 to $160.53; the price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide full information regarding the number of shares and prices at which the transactions were effected upon request to the SEC staff, Apple, or a security holder of Apple.

10. This transaction was executed in multiple trades at prices ranging from $160.035 to $161.03; the price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide full information regarding the number of shares and prices at which the transactions were effected upon request to the SEC staff, Apple, or a security holder of Apple.

11. This transaction was executed in multiple trades at prices ranging from $161.035 to $161.99; the price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide full information regarding the number of shares and prices at which the transactions were effected upon request to the SEC staff, Apple, or a security holder of Apple.

12. The remaining 2,940,000 restricted stock units in this award are scheduled to vest as follows: 700,000 restricted stock units vest on August 24, 2021; the balance of 2,240,000 restricted stock units vests in four equal annual installments commencing August 24, 2018, assuming continued employment through the applicable vesting date and, with respect to a portion of each annual installment, satisfaction of the applicable performance requirements.

**Remarks:**

| | |
|---|---|
| /s/ Sam Whittington, Attorney-in-Fact for Timothy D. Cook | 08/28/2017 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

# EXHIBIT 31

SEC Form 4

## FORM 4

| | |
|---|---|
| ☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b). | |

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* COOK TIMOTHY D | 2. Issuer Name and Ticker or Trading Symbol APPLE INC [ AAPL ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)      (First)      (Middle) ONE APPLE PARK WAY | 3. Date of Earliest Transaction (Month/Day/Year) 08/24/2018 | X Director     10% Owner  X Officer (give title below)   Other (specify below)  Chief Executive Officer |
| (Street) CUPERTINO      CA      95014 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person   Form filed by More than One Reporting Person |
| (City)      (State)      (Zip) | | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 08/24/2018 | | M | | 560,000[1][2][3] | A | [4] | 1,438,425 | D[5] | |
| Common Stock | 08/24/2018 | | F | | 294,840[6] | D | $216.16 | 1,143,585 | D[5] | |
| Common Stock | 08/27/2018 | | S | | 56,324[7] | D | $216.96[8] | 1,087,261 | D[5] | |
| Common Stock | 08/27/2018 | | S | | 190,746[7] | D | $217.96[9] | 896,515 | D[5] | |
| Common Stock | 08/27/2018 | | S | | 18,090[7] | D | $218.54[10] | 878,425 | D[5] | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Restricted Stock Unit | [4] | 08/24/2018 | | M | | | 560,000 | [11] | [11] | Common Stock | 560,000 | [4] | 2,380,000 | D | |

**Explanation of Responses:**

1. The number of restricted stock units (RSUs) includes 280,000 time-based RSUs and 280,000 performance-based RSUs.

2. The number of performance-based RSUs that vested was determined based on Apple's total shareholder return (TSR), relative to the other companies in the S&P 500 over a three-year period from August 25, 2015 through August 24, 2018. TSR is calculated based on the change in a company's stock price during the three-year period, taking into account any dividends paid during that period, which are assumed to be reinvested in the stock. In accordance with the terms of the award, the beginning value used for calculating TSR is the average closing stock price for the 20 trading days prior to August 25, 2015. Apple's beginning value was calculated to be $116.28 (adjusted for dividends). Similarly, the ending value used for calculating TSR is the average closing price for the 20 trading days ending on August 24, 2018. Apple's ending value was calculated to be $220.87 (adjusted for dividends).

3. Mr. Cook's award provides that if Apple's relative TSR performance is within the top third of the companies that remain in the S&P 500 for the entire performance period, the 280,000 performance-based RSUs vest in full. If Apple's performance is in the middle third, the RSUs will be reduced by 50%, and if

Apple's performance is in the bottom third, the RSUs will be reduced to zero. Apple needed to achieve a TSR of at least 56.23% to outperform the middle third of the companies in the S&P 500 for the performance period, and at least 19.94% to outperform the bottom third of the companies. Apple's TSR for the three-year period was 89.94%, which ranked 50th of the 423 companies that were included in the S&P 500 for the entire period and placed Apple in the 88th percentile. Therefore, all 280,000 of the RSUs subject to performance requirements vested.

4. Each RSU represents the right to receive, at settlement, one share of common stock. This transaction represents the settlement of RSUs in shares of common stock on their scheduled vesting date.

5. These shares are held through Mr. Cook's trust.

6. 294,840 shares (52.65% of the total number of shares released) were withheld by Apple to satisfy tax withholding on vesting of RSUs.

7. This transaction was made pursuant to a Rule 10b5-1 trading plan adopted on May 4, 2018.

8. This transaction was executed in multiple trades at prices ranging from $216.47 to $217.46; the price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide full information regarding the number of shares and prices at which the transactions were effected upon request to the SEC staff, Apple, or a security holder of Apple.

9. This transaction was executed in multiple trades at prices ranging from $217.465 to $218.45; the price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide full information regarding the number of shares and prices at which the transactions were effected upon request to the SEC staff, Apple, or a security holder of Apple.

10. This transaction was executed in multiple trades at prices ranging from $218.46 to $218.68; the price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide full information regarding the number of shares and prices at which the transactions were effected upon request to the SEC staff, Apple, or a security holder of Apple.

11. The remaining 2,380,000 restricted stock units in this award are scheduled to vest as follows: 700,000 restricted stock units vest on August 24, 2021; the balance of 1,680,000 restricted stock units vests in three equal annual installments commencing August 24, 2019, assuming continued employment through the applicable vesting date and, with respect to a portion of each annual installment, satisfaction of the applicable performance requirements.

**Remarks:**

/s/ Sam Whittington, Attorney-in-Fact for Timothy D. Cook                    08/28/2018

** Signature of Reporting Person                    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

# EXHIBIT 32

SEC Form 4

## FORM 4

| | OMB APPROVAL | |
|---|---|---|
| OMB Number: | | 3235-0287 |
| Expires: | | December 31, 2014 |
| Estimated average burden | | |
| hours per response: | | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* <br> Maestri Luca | 2. Issuer Name **and** Ticker or Trading Symbol <br> APPLE INC  [ AAPL ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)          (First)          (Middle) <br> 1 INFINITE LOOP | 3. Date of Earliest Transaction (Month/Day/Year) <br> 03/15/2016 | Director       10% Owner <br> X   Officer (give title below)    Other (specify below) <br> Senior Vice President, CFO |
| (Street) <br> CUPERTINO          CA          95014 <br> (City)          (State)          (Zip) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) <br> X   Form filed by One Reporting Person <br>    Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/15/2016 | | S | | 18,241[1] | D | $103.92[2] | 421 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. This transaction was made pursuant to a Rule 10b5-1 trading plan adopted by the reporting person on May 21, 2015.

2. This transaction was executed in multiple trades at prices ranging from $103.85 to $103.99; the price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide full information regarding the number of shares and prices at which the transactions were effected upon request to the SEC staff, the Registrant, or a security holder of the Registrant.

**Remarks:**

/s/ Sam Whittington, Attorney-in-Fact for Luca Maestri    03/17/2016

** Signature of Reporting Person      Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

# EXHIBIT 33

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* Maestri Luca | 2. Issuer Name **and** Ticker or Trading Symbol APPLE INC [ AAPL ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)   (First)   (Middle) 1 INFINITE LOOP | 3. Date of Earliest Transaction (Month/Day/Year) 08/17/2016 | Director _____ 10% Owner _____ X Officer (give title below) _____ Other (specify below) _____ Senior Vice President, CFO |
| (Street) CUPERTINO   CA   95014 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person _____ Form filed by More than One Reporting Person |
| (City)   (State)   (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 08/17/2016 | | S | | 11,021 | D | $108.93[1] | 422[2] | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. This transaction was executed in multiple trades at prices ranging from $108.505 to $109.35; the price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide full information regarding the number of shares and prices at which the transactions were effected upon request to the SEC staff, the Registrant, or a security holder of the Registrant.

2. The number of securities reported reflects the acquisition on July 31, 2016 of 1 share of Apple Inc.'s common stock pursuant to the Apple Inc. Amended Employee Stock Purchase Plan ("ESPP") for the ESPP purchase period of February 1, 2016 through July 31, 2016.

**Remarks:**

/s/ Sam Whittington, Attorney-in-Fact for Luca Maestri          08/18/2016

** Signature of Reporting Person                                        Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

# EXHIBIT 34

SEC Form 4

## FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Maestri Luca | APPLE INC [ AAPL ] | Director     10% Owner |
| (Last)    (First)    (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | X Officer (give title below)    Other (specify below) |
| 1 INFINITE LOOP | 11/07/2016 | Senior Vice President, CFO |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| CUPERTINO    CA    95014 | | X Form filed by One Reporting Person |
| (City)    (State)    (Zip) | | Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock[1] | 11/07/2016 | | S | | 16,950 | D | $110.03[2] | 12,055 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. This transaction was made pursuant to a Rule 10b5-1 trading plan adopted by the reporting person on August 23, 2016.

2. This transaction was executed in multiple trades at prices ranging from $109.50 to $110.455; the price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide full information regarding the number of shares and prices at which the transactions were effected upon request to the SEC staff, Apple, or a security holder of Apple.

**Remarks:**

/s/ Sam Whittington, Attorney-in-Fact for Luca Maestri     11/09/2016

** Signature of Reporting Person          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

# EXHIBIT 35

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | |
|---|---|---|---|
| Maestri Luca | APPLE INC [ AAPL ] | | Director | 10% Owner |
| (Last)     (First)     (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | X | Officer (give title below) | Other (specify below) |
| 1 INFINITE LOOP | 12/09/2016 | Senior Vice President, CFO | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) | |
| CUPERTINO     CA     95014 | | X | Form filed by One Reporting Person | |
| (City)     (State)     (Zip) | | | Form filed by More than One Reporting Person | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock[1] | 12/09/2016 | | S | | 4,423 | D | $113.92[2] | 7,632 | D | |
| Common Stock[1] | 12/09/2016 | | S | | 900 | D | $114.3[3] | 6,732 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. This transaction was made pursuant to a Rule 10b5-1 trading plan adopted by the reporting person on August 23, 2016.
2. This transaction was executed in multiple trades at prices ranging from $113.21 to $114.17; the price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide full information regarding the number of shares and prices at which the transactions were effected upon request to the SEC staff, Apple, or a security holder of Apple.
3. This transaction was executed in multiple trades at prices ranging from $114.23 to $114.47; the price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide full information regarding the number of shares and prices at which the transactions were effected upon request to the SEC staff, Apple, or a security holder of Apple.

**Remarks:**

| /s/ Sam Whittington, Attorney-in-Fact for Luca Maestri | 12/13/2016 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

# EXHIBIT 36

SEC Form 4

## FORM 4

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See Instruction 1(b).*

### UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Maestri Luca | APPLE INC [ AAPL ] | |

| | | |
|---|---|---|
| (Last)   (First)   (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | Director _____ 10% Owner |
| 1 INFINITE LOOP | 12/27/2016 | X Officer (give title below) _____ Other (specify below) |
| | | Senior Vice President, CFO |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| CUPERTINO   CA   95014 | | X Form filed by One Reporting Person |
| (City)   (State)   (Zip) | | _____ Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock(1) | 12/27/2016 | | S | | 2,100 | D | $117.66(2) | 4,632 | D | |
| Common Stock(1) | 12/28/2016 | | S | | 200 | D | $117.83(3) | 4,432 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. This transaction was made pursuant to a Rule 10b5-1 trading plan adopted by the reporting person on August 23, 2016.
2. This transaction was executed in multiple trades at prices ranging from $117.65 to $117.74; the price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide full information regarding the number of shares and prices at which the transactions were effected upon request to the SEC staff, Apple, or a security holder of Apple.
3. This transaction was executed in multiple trades at prices ranging from $117.76 to $117.90; the price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide full information regarding the number of shares and prices at which the transactions were effected upon request to the SEC staff, Apple, or a security holder of Apple.

**Remarks:**

| | |
|---|---|
| /s/ Sam Whittington, Attorney-in-Fact for Luca Maestri | 12/29/2016 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

# EXHIBIT 37

SEC Form 4

## FORM 4

| | |
|---|---|
| OMB APPROVAL | |
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Maestri Luca | APPLE INC [ AAPL ] | Director ___ 10% Owner ___ |
| (Last)     (First)     (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | X Officer (give title below) ___ Other (specify below) ___ |
| 1 INFINITE LOOP | 01/06/2017 | Senior Vice President, CFO |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| CUPERTINO     CA     95014 | | X Form filed by One Reporting Person |
| (City)     (State)     (Zip) | | ___ Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock[1] | 01/06/2017 | | S | | 4,010 | D | $117.88[2] | 422 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. This transaction was made pursuant to a Rule 10b5-1 trading plan adopted by the reporting person on August 23, 2016.

2. This transaction was executed in multiple trades at prices ranging from $117.65 to $118.13; the price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide full information regarding the number of shares and prices at which the transactions were effected upon request to the SEC staff, Apple, or a security holder of Apple.

**Remarks:**

/s/ Sam Whittington, Attorney-in-Fact for Luca Maestri                01/10/2017
** Signature of Reporting Person                                           Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

# EXHIBIT 38

SEC Form 4

**FORM 4**

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Maestri Luca | APPLE INC [ AAPL ] | |

3. Date of Earliest Transaction (Month/Day/Year)
03/15/2017

| (Last) | (First) | (Middle) |
|---|---|---|

1 INFINITE LOOP

(Street)

CUPERTINO       CA         95014

| (City) | (State) | (Zip) |
|---|---|---|

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)

|  | Director |  | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) |  | Other (specify below) |

Senior Vice President, CFO

4. If Amendment, Date of Original Filed (Month/Day/Year)

6. Individual or Joint/Group Filing (Check Applicable Line)

X   Form filed by One Reporting Person

Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock[1] | 03/15/2017 | | S | | 17,897 | D | $140.18[2] | 657 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. This transaction was made pursuant to a Rule 10b5-1 trading plan adopted by the reporting person on August 23, 2016.

2. This transaction was executed in multiple trades at prices ranging from $139.83 to $140.74; the price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide full information regarding the number of shares and prices at which the transactions were effected upon request to the SEC staff, Apple, or a security holder of Apple.

**Remarks:**

/s/ Gene Levoff, Attorney-in-fact for Luca Maestri

03/17/2017

** Signature of Reporting Person                    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

# EXHIBIT 39

SEC Form 4

## FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* Maestri Luca | 2. Issuer Name **and** Ticker or Trading Symbol APPLE INC [ AAPL ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|

| (Last)          (First)          (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 04/05/2017 |
|---|---|

1 INFINITE LOOP

(Street)

CUPERTINO        CA        95014

(City)        (State)        (Zip)

| | Director | 10% Owner |
|---|---|---|
| X | Officer (give title below) | Other (specify below) |
| | Senior Vice President, CFO | |

| 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
|---|---|
| | X  Form filed by One Reporting Person |
| | Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock[1] | 04/05/2017 | | S | | 6,574 | D | $144.63[2] | 14,390 | D | |
| Common Stock[1] | 04/05/2017 | | S | | 13,733 | D | $145.25[3] | 657 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. This transaction was made pursuant to a Rule 10b5-1 trading plan adopted by the reporting person on August 23, 2016.
2. This transaction was executed in multiple trades at prices ranging from $144.00 to $144.99; the price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide full information regarding the number of shares and prices at which the transactions were effected upon request to the SEC staff, Apple, or a security holder of Apple.
3. This transaction was executed in multiple trades at prices ranging from $144.995 to $145.44; the price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide full information regarding the number of shares and prices at which the transactions were effected upon request to the SEC staff, Apple, or a security holder of Apple.

**Remarks:**

| /s/ Gene Levoff, Attorney-in-fact for Luca Maestri | 04/07/2017 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

# EXHIBIT 40

SEC Form 4

**FORM 4**

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Maestri Luca | APPLE INC [ AAPL ] | |

| | | | Director | 10% Owner |
|---|---|---|---|---|
| (Last) | (First) | (Middle) | X Officer (give title below) | Other (specify below) |
| 1 INFINITE LOOP | | | Senior Vice President, CFO | |

3. Date of Earliest Transaction (Month/Day/Year)
04/19/2017

(Street)

4. If Amendment, Date of Original Filed (Month/Day/Year)

6. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
Form filed by More than One Reporting Person

| (City) CUPERTINO | (State) CA | (Zip) 95014 |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock[1] | 04/19/2017 | | S | | 4,300 | D | $141.56[2] | 2,665 | D | |
| Common Stock[1] | 04/20/2017 | | S | | 1,300 | D | $142.19[3] | 1,365 | D | |
| Common Stock[1] | 04/20/2017 | | S | | 708 | D | $142.77[4] | 657 | D | |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. This transaction was made pursuant to a Rule 10b5-1 trading plan adopted by the reporting person on August 23, 2016.

2. This transaction was executed in multiple trades at prices ranging from $141.07 to $141.91; the price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide full information regarding the number of shares and prices at which the transactions were effected upon request to the SEC staff, Apple, or a security holder of Apple.

3. This transaction was executed in multiple trades at prices ranging from $141.72 to $142.70; the price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide full information regarding the number of shares and prices at which the transactions were effected upon request to the SEC staff, Apple, or a security holder of Apple.

4. This transaction was executed in multiple trades at prices ranging from $142.73 to $142.84; the price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide full information regarding the number of shares and prices at which the transactions were effected upon request to the SEC staff, Apple, or a security holder of Apple.

**Remarks:**

/s/ Gene Levoff, Attorney-in-fact for Luca Maestri     04/21/2017

** Signature of Reporting Person                    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

# EXHIBIT 41

SEC Form 4

## FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See Instruction 1(b).*

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Maestri Luca | APPLE INC [ AAPL ] | |

| (Last) | (First) | (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | | Director | 10% Owner |
|---|---|---|---|---|---|---|
| 1 INFINITE LOOP | | | 06/02/2017 | X | Officer (give title below) | Other (specify below) |

Senior Vice President, CFO

| (Street) | | | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
|---|---|---|---|---|
| CUPERTINO | CA | 95014 | | X  Form filed by One Reporting Person |
| (City) | (State) | (Zip) | | Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock[1] | 06/02/2017 | | S | | 2,000 | D | $154.13[2] | 3,414 | D | |
| Common Stock[1] | 06/02/2017 | | S | | 2,757 | D | $155.11[3] | 657 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. This transaction was made pursuant to a Rule 10b5-1 trading plan adopted by the reporting person on August 23, 2016.
2. This transaction was executed in multiple trades at prices ranging from $153.70 to $154.66; the price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide full information regarding the number of shares and prices at which the transactions were effected upon request to the SEC staff, Apple, or a security holder of Apple.
3. This transaction was executed in multiple trades at prices ranging from $154.78 to $155.33; the price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide full information regarding the number of shares and prices at which the transactions were effected upon request to the SEC staff, Apple, or a security holder of Apple.

**Remarks:**

| /s/ Sam Whittington, Attorney-in-Fact for Luca Maestri | 06/06/2017 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

# EXHIBIT 42

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* Maestri Luca | 2. Issuer Name and Ticker or Trading Symbol APPLE INC [ AAPL ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|

1. Name and Address of Reporting Person*

Maestri Luca

(Last)          (First)          (Middle)

ONE APPLE PARK WAY

(Street)

CUPERTINO          CA          95014

(City)          (State)          (Zip)

2. Issuer Name and Ticker or Trading Symbol

APPLE INC [ AAPL ]

3. Date of Earliest Transaction (Month/Day/Year)

04/12/2018

4. If Amendment, Date of Original Filed (Month/Day/Year)

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)

| | Director | | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

Senior Vice President, CFO

6. Individual or Joint/Group Filing (Check Applicable Line)

X Form filed by One Reporting Person

☐ Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock(1) | 04/12/2018 | | S | | 38,022 | D | $174.65(2) | 64,475 | D | |
| Common Stock(1) | 04/13/2018 | | S | | 1,100 | D | $174.9(3) | 63,375 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. This transaction was made pursuant to a Rule 10b5-1 trading plan adopted by the reporting person on November 27, 2017.

2. This transaction was executed in multiple trades at prices ranging from $174.47 to $174.97; the price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide full information regarding the number of shares and prices at which the transactions were effected upon request to the SEC staff, Apple, or a security holder of Apple.

3. This transaction was executed in multiple trades at prices ranging from $174.57 to $175.30; the price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide full information regarding the number of shares and prices at which the transactions were effected upon request to the SEC staff, Apple, or a security holder of Apple.

**Remarks:**

| /s/ Sam Whittington, Attorney-in-Fact for Luca Maestri | 04/16/2018 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

# EXHIBIT 43

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Maestri Luca | **APPLE INC** [ AAPL ] | |
| (Last)      (First)      (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | Director ___ 10% Owner ___ |
| ONE APPLE PARK WAY | 05/31/2018 | X  Officer (give title below) ___ Other (specify below) ___ |
| (Street) | | Senior Vice President, CFO |
| CUPERTINO      CA      95014 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| (City)      (State)      (Zip) | | X  Form filed by One Reporting Person |
| | | ___ Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock[1] | 05/31/2018 | | S | | 100 | D | $188.01 | 68,044 | D | |
| Common Stock[1] | 06/01/2018 | | S | | 1,278 | D | $188.82[2] | 66,766 | D | |
| Common Stock[1] | 06/01/2018 | | S | | 3,391 | D | $189.86[3] | 63,375 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. This transaction was made pursuant to a Rule 10b5-1 trading plan adopted by the reporting person on November 27, 2017.

2. This transaction was executed in multiple trades at prices ranging from $188.47 to $189.35; the price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide full information regarding the number of shares and prices at which the transactions were effected upon request to the SEC staff, Apple, or a security holder of Apple.

3. This transaction was executed in multiple trades at prices ranging from $189.48 to $190.08; the price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide full information regarding the number of shares and prices at which the transactions were effected upon request to the SEC staff, Apple, or a security holder of Apple.

**Remarks:**

/s/ Sam Whittington, Attorney-in-Fact for Luca Maestri   06/04/2018

** Signature of Reporting Person                    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

# EXHIBIT 44

SEC Form 4

## FORM 4

| | OMB APPROVAL |
|---|---|
| | OMB Number: 3235-0287 |
| | Estimated average burden |
| | hours per response: 0.5 |

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

### UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* <br> Maestri Luca | 2. Issuer Name and Ticker or Trading Symbol <br> APPLE INC [ AAPL ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)       (First)       (Middle) <br> ONE APPLE PARK WAY | 3. Date of Earliest Transaction (Month/Day/Year) <br> 10/04/2018 | Director _____  10% Owner _____ <br> X Officer (give title below) _____ Other (specify below) _____ <br> Senior Vice President, CFO |
| (Street) <br> CUPERTINO      CA      95014 <br> (City)       (State)       (Zip) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) <br> X Form filed by One Reporting Person <br> _____ Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock[1] | 10/04/2018 | | S | | 35,904 | D | $227.69[2] | 91,665 | D | |
| Common Stock[1] | 10/04/2018 | | S | | 31,747 | D | $228.28[3] | 59,918 | D | |
| Common Stock[1] | 10/04/2018 | | S | | 25,509 | D | $229.6[4] | 34,409 | D | |
| Common Stock[1] | 10/04/2018 | | S | | 5,485 | D | $230.22[5] | 28,924 | D | |
| Common Stock[1] | 10/04/2018 | | S | | 1,600 | D | $231.48[6] | 27,324 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. This transaction was made pursuant to Rule 10b5-1 trading plans adopted by the reporting person on November 27, 2017 and May 23, 2018.

2. This transaction was executed in multiple trades at prices ranging from $226.98 to $227.97; the price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide full information regarding the number of shares and prices at which the transactions were effected upon request to the SEC staff, Apple, or a security holder of Apple.

3. This transaction was executed in multiple trades at prices ranging from $227.98 to $228.96; the price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide full information regarding the number of shares and prices at which the transactions were effected upon request to the SEC staff, Apple, or a security holder of Apple.

4. This transaction was executed in multiple trades at prices ranging from $228.99 to $229.98; the price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide full information regarding the number of shares and prices at which the transactions were effected upon request to the SEC staff, Apple, or a security holder of Apple.

5. This transaction was executed in multiple trades at prices ranging from $229.99 to $230.83; the price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide full information regarding the number of shares and prices at which the transactions were effected upon request to the SEC staff, Apple, or a security holder of Apple.

6. This transaction was executed in multiple trades at prices ranging from $231.05 to $232.03; the price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide full information regarding the number of shares and prices at which the transactions were effected upon request to the SEC staff, Apple, or a security holder of Apple.

**Remarks:**

| | |
|---|---|
| /s/ Sam Whittington, Attorney-in-Fact for Luca Maestri | 10/05/2018 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

# EXHIBIT 45

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# FORM 10- Q

(Mark One)

**QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the quarterly period ended December 31, 2016
or
**TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the transition period from _____ to _____.
Commission File Number: **001- 36743**



# Apple Inc.

(Exact name of Registrant as specified in its charter)

| **California** | **94- 2404110** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **1 Infinite Loop** | |
| **Cupertino, California** | **95014** |
| (Address of principal executive offices) | (Zip Code) |

**(408) 996- 1010**
(Registrant's telephone number, including area code)

Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

Yes     No

Indicate by check mark whether the Registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S- T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the Registrant was required to submit and post such files).

Yes     No

Indicate by check mark whether the Registrant is a large accelerated filer, an accelerated filer, a non- accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b- 2 of the Exchange Act.

Large accelerated filer                                                  Accelerated filer
Non- accelerated filer     (Do not check if a smaller reporting company)     Smaller reporting company

Indicate by check mark whether the Registrant is a shell company (as defined in Rule 12b- 2 of the Exchange Act).

Yes     No

5,246,540,000 shares of common stock, par value $0.00001 per share, issued and outstanding as of January 20, 2017

**PART II — OTHER INFORMATION**

**Item 1.    Legal Proceedings**

The Company is subject to legal proceedings and claims that have not been fully resolved and that have arisen in the ordinary course of business. In the opinion of management, there was not at least a reasonable possibility the Company may have incurred a material loss, or a material loss in excess of a recorded accrual, with respect to loss contingencies for asserted legal and other claims. However, the outcome of legal proceedings and claims brought against the Company is subject to significant uncertainty. Therefore, although management considers the likelihood of such an outcome to be remote, if one or more of these legal matters were resolved against the Company in a reporting period for amounts in excess of management's expectations, the Company's consolidated financial statements for that reporting period could be materially adversely affected. See the risk factor "The Company could be impacted by unfavorable results of legal proceedings, such as being found to have infringed on intellectual property rights" in Part II, Item 1A of this Form 10- Q under the heading "Risk Factors." The Company settled certain matters during the first quarter of 2017 that did not individually or in the aggregate have a material impact on the Company's financial condition or operating results.

**Item 1A. Risk Factors**

The following description of risk factors includes any material changes to, and supersedes the description of, risk factors associated with the Company's business previously disclosed in Part I, Item 1A of the 2016 Form 10- K under the heading "Risk Factors." The business, financial condition and operating results of the Company can be affected by a number of factors, whether currently known or unknown, including but not limited to those described below, any one or more of which could, directly or indirectly, cause the Company's actual financial condition and operating results to vary materially from past, or from anticipated future, financial condition and operating results. Any of these factors, in whole or in part, could materially and adversely affect the Company's business, financial condition, operating results and stock price.

The following discussion of risk factors contains forward- looking statements. These risk factors may be important to understanding other statements in this Form 10- Q. The following information should be read in conjunction with the condensed consolidated financial statements and related notes in Part I, Item 1, "Financial Statements" and Part I, Item 2, "Management's Discussion and Analysis of Financial Condition and Results of Operations" of this Form 10- Q.

Because of the following factors, as well as other factors affecting the Company's financial condition and operating results, past financial performance should not be considered to be a reliable indicator of future performance, and investors should not use historical trends to anticipate results or trends in future periods.

**Global and regional economic conditions could materially adversely affect the Company.**

The Company's operations and performance depend significantly on global and regional economic conditions. Uncertainty about global and regional economic conditions poses a risk as consumers and businesses may postpone spending in response to tighter credit, higher unemployment, financial market volatility, government austerity programs, negative financial news, declines in income or asset values and/or other factors. These worldwide and regional economic conditions could have a material adverse effect on demand for the Company's products and services. Demand also could differ materially from the Company's expectations as a result of currency fluctuations because the Company generally raises prices on goods and services sold outside the U.S. to correspond with the effect of a strengthening of the U.S. dollar. Other factors that could influence worldwide or regional demand include changes in fuel and other energy costs, conditions in the real estate and mortgage markets, unemployment, labor and healthcare costs, access to credit, consumer confidence and other macroeconomic factors affecting consumer spending behavior. These and other economic factors could materially adversely affect demand for the Company's products and services.

In the event of financial turmoil affecting the banking system and financial markets, additional consolidation of the financial services industry, or significant financial service institution failures, there could be tightening in the credit markets, low liquidity and extreme volatility in fixed income, credit, currency and equity markets. This could have a number of effects on the Company's business, including the insolvency or financial instability of outsourcing partners or suppliers or their inability to obtain credit to finance development and/or manufacture products resulting in product delays; inability of customers, including channel partners, to obtain credit to finance purchases of the Company's products; failure of derivative counterparties and other financial institutions; and restrictions on the Company's ability to issue new debt. Other income and expense also could vary materially from expectations depending on gains or losses realized on the sale or exchange of financial instruments; impairment charges resulting from revaluations of debt and equity securities and other investments; changes in interest rates; increases or decreases in cash balances; volatility in foreign exchange rates; and changes in fair value of derivative instruments. Increased volatility in the financial markets and overall economic uncertainty would increase the risk of the actual amounts realized in the future on the Company's financial instruments differing significantly from the fair values currently assigned to them.

33

**Global markets for the Company's products and services are highly competitive and subject to rapid technological change, and the Company may be unable to compete effectively in these markets.**

The Company's products and services compete in highly competitive global markets characterized by aggressive price cutting and resulting downward pressure on gross margins, frequent introduction of new products, short product life cycles, evolving industry standards, continual improvement in product price/performance characteristics, rapid adoption of technological and product advancements by competitors and price sensitivity on the part of consumers.

The Company's ability to compete successfully depends heavily on its ability to ensure a continuing and timely introduction of innovative new products, services and technologies to the marketplace. The Company believes it is unique in that it designs and develops nearly the entire solution for its products, including the hardware, operating system, numerous software applications and related services. As a result, the Company must make significant investments in R&D. The Company currently holds a significant number of patents and copyrights and has registered and/or has applied to register numerous patents, trademarks and service marks. In contrast, many of the Company's competitors seek to compete primarily through aggressive pricing and very low cost structures, and emulating the Company's products and infringing on its intellectual property. If the Company is unable to continue to develop and sell innovative new products with attractive margins or if competitors infringe on the Company's intellectual property, the Company's ability to maintain a competitive advantage could be adversely affected.

The Company markets certain mobile communication and media devices based on the iOS mobile operating system and also markets related services, including third- party digital content and applications. The Company faces substantial competition in these markets from companies that have significant technical, marketing, distribution and other resources, as well as established hardware, software and digital content supplier relationships; and the Company has a minority market share in the global smartphone market. Additionally, the Company faces significant price competition as competitors reduce their selling prices and attempt to imitate the Company's product features and applications within their own products or, alternatively, collaborate with each other to offer solutions that are more competitive than those they currently offer. The Company competes with business models that provide content to users for free. The Company also competes with illegitimate means to obtain third- party digital content and applications. Some of the Company's competitors have greater experience, product breadth and distribution channels than the Company. Because some current and potential competitors have substantial resources and/or experience and a lower cost structure, they may be able to provide products and services at little or no profit or even at a loss. The Company also expects competition to intensify as competitors attempt to imitate the Company's approach to providing components seamlessly within their individual offerings or work collaboratively to offer integrated solutions. The Company's financial condition and operating results depend substantially on the Company's ability to continually improve iOS and iOS devices in order to maintain their functional and design advantages.

The Company is the only authorized maker of hardware using macOS, which has a minority market share in the personal computer market. This market has been contracting and is dominated by computer makers using competing operating systems, most notably Windows. In the market for personal computers and accessories, the Company faces a significant number of competitors, many of which have broader product lines, lower priced products and a larger installed customer base. Historically, consolidation in this market has resulted in larger competitors. Price competition has been particularly intense as competitors have aggressively cut prices and lowered product margins. An increasing number of internet- enabled devices that include software applications and are smaller and simpler than traditional personal computers compete for market share with the Company's existing products. The Company's financial condition and operating results also depend on its ability to continually improve the Mac platform to maintain its functional and design advantages.

There can be no assurance the Company will be able to continue to provide products and services that compete effectively.

**To remain competitive and stimulate customer demand, the Company must successfully manage frequent product introductions and transitions.**

Due to the highly volatile and competitive nature of the industries in which the Company competes, the Company must continually introduce new products, services and technologies, enhance existing products and services, effectively stimulate customer demand for new and upgraded products and successfully manage the transition to these new and upgraded products. The success of new product introductions depends on a number of factors including, but not limited to, timely and successful product development, market acceptance, the Company's ability to manage the risks associated with new product production ramp- up issues, the availability of application software for new products, the effective management of purchase commitments and inventory levels in line with anticipated product demand, the availability of products in appropriate quantities and at expected costs to meet anticipated demand and the risk that new products may have quality or other defects or deficiencies in the early stages of introduction. Accordingly, the Company cannot determine in advance the ultimate effect of new product introductions and transitions.

**The Company depends on the performance of distributors, carriers and other resellers.**

The Company distributes its products through cellular network carriers, wholesalers, national and regional retailers and value- added resellers, many of whom distribute products from competing manufacturers. The Company also sells its products and third- party products in most of its major markets directly to education, enterprise and government customers and consumers and small and mid- sized businesses through its retail and online stores.

Some carriers providing cellular network service for iPhone subsidize users' purchases of the device. There is no assurance that such subsidies will be continued at all or in the same amounts upon renewal of the Company's agreements with these carriers or in agreements the Company enters into with new carriers.

The Company has invested and will continue to invest in programs to enhance reseller sales, including staffing selected resellers' stores with Company employees and contractors, and improving product placement displays. These programs could require a substantial investment while providing no assurance of return or incremental revenue. The financial condition of these resellers could weaken, these resellers could stop distributing the Company's products, or uncertainty regarding demand for some or all of the Company's products could cause resellers to reduce their ordering and marketing of the Company's products.

**The Company faces substantial inventory and other asset risk in addition to purchase commitment cancellation risk.**

The Company records a write- down for product and component inventories that have become obsolete or exceed anticipated demand or net realizable value and accrues necessary cancellation fee reserves for orders of excess products and components. The Company also reviews its long- lived assets, including capital assets held at its suppliers' facilities and inventory prepayments, for impairment whenever events or circumstances indicate the carrying amount of an asset may not be recoverable. If the Company determines that impairment has occurred, it records a write- down equal to the amount by which the carrying value of the assets exceeds its fair value. Although the Company believes its provisions related to inventory, capital assets, inventory prepayments and other assets and purchase commitments are currently adequate, no assurance can be given that the Company will not incur additional related charges given the rapid and unpredictable pace of product obsolescence in the industries in which the Company competes.

The Company must order components for its products and build inventory in advance of product announcements and shipments. Consistent with industry practice, components are normally acquired through a combination of purchase orders, supplier contracts and open orders, in each case based on projected demand. Manufacturing purchase obligations typically cover forecasted component and manufacturing requirements for periods up to 150 days. Because the Company's markets are volatile, competitive and subject to rapid technology and price changes, there is a risk the Company will forecast incorrectly and order or produce excess or insufficient amounts of components or products, or not fully utilize firm purchase commitments.

**Future operating results depend upon the Company's ability to obtain components in sufficient quantities on commercially reasonable terms.**

Because the Company currently obtains components from single or limited sources, the Company is subject to significant supply and pricing risks. Many components, including those that are available from multiple sources, are at times subject to industry- wide shortages and significant commodity pricing fluctuations. While the Company has entered into agreements for the supply of many components, there can be no assurance that the Company will be able to extend or renew these agreements on similar terms, or at all. A number of suppliers of components may suffer from poor financial conditions, which can lead to business failure for the supplier or consolidation within a particular industry, further limiting the Company's ability to obtain sufficient quantities of components on commercially reasonable terms. The effects of global or regional economic conditions on the Company's suppliers, described in "Global and regional economic conditions could materially adversely affect the Company" above, also could affect the Company's ability to obtain components. Therefore, the Company remains subject to significant risks of supply shortages and price increases.

The Company's new products often utilize custom components available from only one source. When a component or product uses new technologies, initial capacity constraints may exist until the suppliers' yields have matured or manufacturing capacity has increased. Continued availability of these components at acceptable prices, or at all, may be affected for any number of reasons, including if those suppliers decide to concentrate on the production of common components instead of components customized to meet the Company's requirements. The supply of components for a new or existing product could be delayed or constrained, or a key manufacturing vendor could delay shipments of completed products to the Company.

**The Company depends on component and product manufacturing and logistical services provided by outsourcing partners, many of which are located outside of the U.S.**

Substantially all of the Company's manufacturing is performed in whole or in part by a few outsourcing partners located primarily in Asia. The Company has also outsourced much of its transportation and logistics management. While these arrangements may lower operating costs, they also reduce the Company's direct control over production and distribution. It is uncertain what effect such diminished control will have on the quality or quantity of products or services, or the Company's flexibility to respond to changing conditions. Although arrangements with these partners may contain provisions for warranty expense reimbursement, the Company may remain responsible to the consumer for warranty service in the event of product defects and could experience an unanticipated product defect or warranty liability. While the Company relies on its partners to adhere to its supplier code of conduct, material violations of the supplier code of conduct could occur.

The Company relies on sole- sourced outsourcing partners in the U.S., Asia and Europe to supply and manufacture many critical components, and on outsourcing partners primarily located in Asia, for final assembly of substantially all of the Company's hardware products. Any failure of these partners to perform may have a negative impact on the Company's cost or supply of components or finished goods. In addition, manufacturing or logistics in these locations or transit to final destinations may be disrupted for a variety of reasons including, but not limited to, natural and man- made disasters, information technology system failures, commercial disputes, military actions or economic, business, labor, environmental, public health, or political issues.

The Company has invested in manufacturing process equipment, much of which is held at certain of its outsourcing partners, and has made prepayments to certain of its suppliers associated with long- term supply agreements. While these arrangements help ensure the supply of components and finished goods, if these outsourcing partners or suppliers experience severe financial problems or other disruptions in their business, such continued supply could be reduced or terminated and the net realizable value of these assets could be negatively impacted.

**The Company's products and services may experience quality problems from time to time that can result in decreased sales and operating margin and harm to the Company's reputation.**

The Company sells complex hardware and software products and services that can contain design and manufacturing defects. Sophisticated operating system software and applications, such as those sold by the Company, often contain "bugs" that can unexpectedly interfere with the software's intended operation. The Company's online services may from time to time experience outages, service slowdowns, or errors. Defects may also occur in components and products the Company purchases from third parties. There can be no assurance the Company will be able to detect and fix all defects in the hardware, software and services it sells. Failure to do so could result in lost revenue, significant warranty and other expenses and harm to the Company's reputation.

**The Company relies on access to third- party digital content, which may not be available to the Company on commercially reasonable terms or at all.**

The Company contracts with numerous third parties to offer their digital content to customers. This includes the right to sell currently available music, movies, TV shows and books. The licensing or other distribution arrangements with these third parties are for relatively short terms and do not guarantee the continuation or renewal of these arrangements on reasonable terms, if at all. Some third- party content providers and distributors currently or in the future may offer competing products and services, and could take action to make it more difficult or impossible for the Company to license or otherwise distribute their content in the future. Other content owners, providers or distributors may seek to limit the Company's access to, or increase the cost of, such content. The Company may be unable to continue to offer a wide variety of content at reasonable prices with acceptable usage rules, or continue to expand its geographic reach. Failure to obtain the right to make available third- party digital content, or to make available such content on commercially reasonable terms, could have a material adverse impact on the Company's financial condition and operating results.

Some third- party digital content providers require the Company to provide digital rights management and other security solutions. If requirements change, the Company may have to develop or license new technology to provide these solutions. There is no assurance the Company will be able to develop or license such solutions at a reasonable cost and in a timely manner. In addition, certain countries have passed or may propose and adopt legislation that would force the Company to license its digital rights management, which could lessen the protection of content and subject it to piracy and also could negatively affect arrangements with the Company's content providers.

**The Company's future performance depends in part on support from third- party software developers.**

The Company believes decisions by customers to purchase its hardware products depend in part on the availability of thirdparty software applications and services. There is no assurance that third- party developers will continue to develop and maintain software applications and services for the Company's products. If third- party software applications and services cease to be developed and maintained for the Company's products, customers may choose not to buy the Company's products.

With respect to its Mac products, the Company believes the availability of thirdparty software applications and services depends in part on the developers' perception and analysis of the relative benefits of developing, maintaining and upgrading such software for the Company's products compared to Windows- based products. This analysis may be based on factors such as the market position of the Company and its products, the anticipated revenue that may be generated, expected future growth of Mac sales and the costs of developing such applications and services. If the Company's minority share of the global personal computer market causes developers to question the Mac's prospects, developers could be less inclined to develop or upgrade software for the Company's Mac products and more inclined to devote their resources to developing and upgrading software for the larger Windows market.

With respect to iOS devices, the Company relies on the continued availability and development of compelling and innovative software applications, including applications distributed through the App Store. iOS devices are subject to rapid technological change, and, if third-party developers are unable to or choose not to keep up with this pace of change, third- party applications might not successfully operate and may result in dissatisfied customers. As with applications for the Company's Mac products, the availability and development of these applications also depend on developers' perceptions and analysis of the relative benefits of developing, maintaining or upgrading software for the Company's iOS devices rather than its competitors' platforms, such as Android. If developers focus their efforts on these competing platforms, the availability and quality of applications for the Company's iOS devices may suffer.

**The Company relies on access to third- party intellectual property, which may not be available to the Company on commercially reasonable terms or at all.**

Many of the Company's products include third- party intellectual property, which requires licenses from those third parties. Based on past experience and industry practice, the Company believes such licenses generally can be obtained on reasonable terms. There is, however, no assurance that the necessary licenses can be obtained on acceptable terms or at all. Failure to obtain the right to use third-party intellectual property, or to use such intellectual property on commercially reasonable terms, could preclude the Company from selling certain products or otherwise have a material adverse impact on the Company's financial condition and operating results.

**The Company could be impacted by unfavorable results of legal proceedings, such as being found to have infringed on intellectual property rights.**

The Company is subject to various legal proceedings and claims that have not yet been fully resolved and that have arisen in the ordinary course of business, and additional claims may arise in the future.

For example, technology companies, including many of the Company's competitors, frequently enter into litigation based on allegations of patent infringement or other violations of intellectual property rights. In addition, patent holding companies seek to monetize patents they have purchased or otherwise obtained. The intellectual property rights claims against the Company have generally increased over time and may continue to increase. In particular, the Company's cellular enabled products compete with products from mobile communication and media device companies that hold significant patent portfolios, and the Company has faced a significant number of patent claims against it. The Company is vigorously defending infringement actions in courts in a number of U.S. jurisdictions and before the U.S. International Trade Commission, as well as internationally in various countries. The plaintiffs in these actions frequently seek injunctions and substantial damages.

Regardless of the scope or validity of such patents or other intellectual property rights, or the merits of any claims by potential or actual litigants, the Company may have to engage in protracted litigation. If the Company is found to infringe one or more patents or other intellectual property rights, regardless of whether it can develop non- infringing technology, it may be required to pay substantial damages or royalties to a third- party, or it may be subject to a temporary or permanent injunction prohibiting the Company from marketing or selling certain products.

In certain cases, the Company may consider the desirability of entering into licensing agreements, although no assurance can be given that such licenses can be obtained on acceptable terms or that litigation will not occur. These licenses may also significantly increase the Company's operating expenses.

37

Regardless of the merit of particular claims, litigation may be expensive, time- consuming, disruptive to the Company's operations and distracting to management. In recognition of these considerations, the Company may enter into arrangements to settle litigation.

In management's opinion, there is not at least a reasonable possibility the Company may have incurred a material loss, or a material loss in excess of a recorded accrual, with respect to loss contingencies, including matters related to infringement of intellectual property rights. However, the outcome of litigation is inherently uncertain.

Although management considers the likelihood of such an outcome to be remote, if one or more legal matters were resolved against the Company in a reporting period for amounts in excess of management's expectations, the Company's consolidated financial statements for that reporting period could be materially adversely affected. Further, such an outcome could result in significant compensatory, punitive or trebled monetary damages, disgorgement of revenue or profits, remedial corporate measures or injunctive relief against the Company that could materially adversely affect its financial condition and operating results.

**The Company is subject to laws and regulations worldwide, changes to which could increase the Company's costs and individually or in the aggregate adversely affect the Company's business.**

The Company is subject to laws and regulations affecting its domestic and international operations in a number of areas. These U.S. and foreign laws and regulations affect the Company's activities including, but not limited to, in areas of labor, advertising, digital content, consumer protection, real estate, billing, e- commerce, promotions, quality of services, telecommunications, mobile communications and media, television, intellectual property ownership and infringement, tax, import and export requirements, anti- corruption, foreign exchange controls and cash repatriation restrictions, data privacy requirements, anti- competition, environmental, health and safety.

By way of example, laws and regulations related to mobile communications and media devices in the many jurisdictions in which the Company operates are extensive and subject to change. Such changes could include, among others, restrictions on the production, manufacture, distribution and use of devices, locking devices to a carrier's network, or mandating the use of devices on more than one carrier's network. These devices are also subject to certification and regulation by governmental and standardization bodies, as well as by cellular network carriers for use on their networks. These certification processes are extensive and time consuming, and could result in additional testing requirements, product modifications, or delays in product shipment dates, or could preclude the Company from selling certain products.

Compliance with these laws, regulations and similar requirements may be onerous and expensive, and they may be inconsistent from jurisdiction to jurisdiction, further increasing the cost of compliance and doing business. Any such costs, which may rise in the future as a result of changes in these laws and regulations or in their interpretation, could individually or in the aggregate make the Company's products and services less attractive to the Company's customers, delay the introduction of new products in one or more regions, or cause the Company to change or limit its business practices. The Company has implemented policies and procedures designed to ensure compliance with applicable laws and regulations, but there can be no assurance that the Company's employees, contractors, or agents will not violate such laws and regulations or the Company's policies and procedures.

**The Company's business is subject to the risks of international operations.**

The Company derives a significant portion of its revenue and earnings from its international operations. Compliance with applicable U.S. and foreign laws and regulations, such as import and export requirements, anti- corruption laws, tax laws, foreign exchange controls and cash repatriation restrictions, data privacy requirements, environmental laws, labor laws and anti- competition regulations, increases the costs of doing business in foreign jurisdictions. Although the Company has implemented policies and procedures to comply with these laws and regulations, a violation by the Company's employees, contractors, or agents could nevertheless occur. In some cases, compliance with the laws and regulations of one country could violate the laws and regulations of another country. Violations of these laws and regulations could materially adversely affect the Company's brand, international growth efforts and business.

The Company also could be significantly affected by other risks associated with international activities including, but not limited to, economic and labor conditions, increased duties, taxes and other costs and political instability. Margins on sales of the Company's products in foreign countries, and on sales of products that include components obtained from foreign suppliers, could be materially adversely affected by international trade regulations, including duties, tariffs and antidumping penalties. The Company is also exposed to credit and collectability risk on its trade receivables with customers in certain international markets. There can be no assurance the Company can effectively limit its credit risk and avoid losses.

38

**The Company's retail stores have required and will continue to require a substantial investment and commitment of resources and are subject to numerous risks and uncertainties.**

The Company's retail stores have required substantial investment in equipment and leasehold improvements, information systems, inventory and personnel. The Company also has entered into substantial operating lease commitments for retail space. Certain stores have been designed and built to serve as high- profile venues to promote brand awareness and serve as vehicles for corporate sales and marketing activities. Because of their unique design elements, locations and size, these stores require substantially more investment than the Company's more typical retail stores. Due to the high cost structure associated with the Company's retail stores, a decline in sales or the closure or poor performance of individual or multiple stores could result in significant lease termination costs, write- offs of equipment and leasehold improvements and severance costs.

Many factors unique to retail operations, some of which are beyond the Company's control, pose risks and uncertainties. These risks and uncertainties include, but are not limited to, macro- economic factors that could have an adverse effect on general retail activity, as well as the Company's inability to manage costs associated with store construction and operation, the Company's failure to manage relationships with its existing retail partners, more challenging environments in managing retail operations outside the U.S., costs associated with unanticipated fluctuations in the value of retail inventory, and the Company's inability to obtain and renew leases in quality retail locations at a reasonable cost.

**Investment in new business strategies and acquisitions could disrupt the Company's ongoing business and present risks not originally contemplated.**

The Company has invested, and in the future may invest, in new business strategies or acquisitions. Such endeavors may involve significant risks and uncertainties, including distraction of management from current operations, greater than expected liabilities and expenses, inadequate return of capital and unidentified issues not discovered in the Company's due diligence. These new ventures are inherently risky and may not be successful.

**The Company's business and reputation may be impacted by information technology system failures or network disruptions.**

The Company may be subject to information technology system failures and network disruptions. These may be caused by natural disasters, accidents, power disruptions, telecommunications failures, acts of terrorism or war, computer viruses, physical or electronic break- ins, or other events or disruptions. System redundancy may be ineffective or inadequate, and the Company's disaster recovery planning may not be sufficient for all eventualities. Such failures or disruptions could, among other things, prevent access to the Company's online stores and services, preclude retail store transactions, compromise Company or customer data, and result in delayed or cancelled orders. System failures and disruptions could also impede the manufacturing and shipping of products, delivery of online services, transactions processing and financial reporting.

**There may be breaches of the Company's information technology systems that materially damage business partner and customer relationships, curtail or otherwise adversely impact access to online stores and services, or subject the Company to significant reputational, financial, legal and operational consequences.**

The Company's business requires it to use and store customer, employee and business partner personally identifiable information ("PII"). This may include, among other information, names, addresses, phone numbers, email addresses, contact preferences, tax identification numbers and payment account information. Although malicious attacks to gain access to PII affect many companies across various industries, the Company is at a relatively greater risk of being targeted because of its high profile and the amount of PII it manages.

The Company requires user names and passwords in order to access its information technology systems. The Company also uses encryption and authentication technologies designed to secure the transmission and storage of data and prevent access to Company data or accounts. As with all companies, these security measures are subject to third- party security breaches, employee error, malfeasance, faulty password management, or other irregularities. For example, third parties may attempt to fraudulently induce employees or customers into disclosing user names, passwords or other sensitive information, which may in turn be used to access the Company's information technology systems. To help protect customers and the Company, the Company monitors accounts and systems for unusual activity and may freeze accounts under suspicious circumstances, which may result in the delay or loss of customer orders.

The Company devotes significant resources to network security, data encryption and other security measures to protect its systems and data, but these security measures cannot provide absolute security. To the extent the Company was to experience a breach of its systems and was unable to protect sensitive data, such a breach could materially damage business partner and customer relationships, and curtail or otherwise adversely impact access to online stores and services. Moreover, if a computer security breach affects the Company's systems or results in the unauthorized release of PII, the Company's reputation and brand could be materially damaged, use of the Company's products and services could decrease, and the Company could be exposed to a risk of loss or litigation and possible liability. While the Company maintains insurance coverage that, subject to policy terms and conditions and subject to a significant self-insured retention, is designed to address certain aspects of cyber risks, such insurance coverage may be insufficient to cover all losses or all types of claims that may arise in the continually evolving area of cyber risk.

The Company is also subject to payment card association rules and obligations under its contracts with payment card processors. Under these rules and obligations, if information is compromised, the Company could be liable to payment card issuers for associated expenses and penalties. In addition, if the Company fails to follow payment card industry security standards, even if no customer information is compromised, the Company could incur significant fines or experience a significant increase in payment card transaction costs.

**The Company's business is subject to a variety of U.S. and international laws, rules, policies and other obligations regarding data protection.**

The Company is subject to federal, state and international laws relating to the collection, use, retention, security and transfer of PII. In many cases, these laws apply not only to third-party transactions, but also may restrict transfers of PII among the Company and its international subsidiaries. Several jurisdictions have passed laws in this area, and other jurisdictions are considering imposing additional restrictions. These laws continue to develop and may be inconsistent from jurisdiction to jurisdiction. Complying with emerging and changing international requirements may cause the Company to incur substantial costs or require the Company to change its business practices. Noncompliance could result in significant penalties or legal liability.

The Company makes statements about its use and disclosure of PII through its privacy policy, information provided on its website and press statements. Any failure by the Company to comply with these public statements or with other federal, state or international privacy-related or data protection laws and regulations could result in proceedings against the Company by governmental entities or others. Penalties could include ongoing audit requirements or significant legal liability.

**The Company's success depends largely on the continued service and availability of key personnel.**

Much of the Company's future success depends on the continued availability and service of key personnel, including its Chief Executive Officer, executive team and other highly skilled employees. Experienced personnel in the technology industry are in high demand and competition for their talents is intense, especially in Silicon Valley, where most of the Company's key personnel are located.

**The Company's business may be impacted by political events, war, terrorism, public health issues, natural disasters and other business interruptions.**

War, terrorism, geopolitical uncertainties, public health issues and other business interruptions have caused and could cause damage or disruption to international commerce and the global economy, and thus could have a material adverse effect on the Company, its suppliers, logistics providers, manufacturing vendors and customers, including channel partners. The Company's business operations are subject to interruption by, among others, natural disasters, whether as a result of climate change or otherwise, fire, power shortages, nuclear power plant accidents and other industrial accidents, terrorist attacks and other hostile acts, labor disputes, public health issues and other events beyond its control. Such events could decrease demand for the Company's products, make it difficult or impossible for the Company to make and deliver products to its customers, including channel partners, or to receive components from its suppliers, and create delays and inefficiencies in the Company's supply chain. While the Company's suppliers are required to maintain safe working environments and operations, an industrial accident could occur and could result in disruption to the Company's business and harm to the Company's reputation. Should major public health issues, including pandemics, arise, the Company could be adversely affected by more stringent employee travel restrictions, additional limitations in freight services, governmental actions limiting the movement of products between regions, delays in production ramps of new products and disruptions in the operations of the Company's manufacturing vendors and component suppliers. The majority of the Company's R&D activities, its corporate headquarters, information technology systems and other critical business operations, including certain component suppliers and manufacturing vendors, are in locations that could be affected by natural disasters. In the event of a natural disaster, the Company could incur significant losses, require substantial recovery time and experience significant expenditures in order to resume operations.

40

**The Company expects its quarterly revenue and operating results to fluctuate.**

The Company's profit margins vary across its products and distribution channels. The Company's software, accessories, and service and support contracts generally have higher gross margins than certain of the Company's other products. Gross margins on the Company's hardware products vary across product lines and can change over time as a result of product transitions, pricing and configuration changes, and component, warranty, and other cost fluctuations. The Company's direct sales generally have higher associated gross margins than its indirect sales through its channel partners. In addition, the Company's gross margin and operating margin percentages, as well as overall profitability, may be materially adversely impacted as a result of a shift in product, geographic or channel mix, component cost increases, the strengthening U.S. dollar, price competition, or the introduction of new products, including those that have higher cost structures with flat or reduced pricing.

The Company has typically experienced higher net sales in its first quarter compared to other quarters due in part to seasonal holiday demand. Additionally, new product introductions can significantly impact net sales, product costs and operating expenses. Further, the Company generates a majority of its net sales from a single product and a decline in demand for that product could significantly impact quarterly net sales. The Company could also be subject to unexpected developments late in a quarter, such as lower- than- anticipated demand for the Company's products, issues with new product introductions, an internal systems failure, or failure of one of the Company's logistics, components supply, or manufacturing partners.

**The Company's stock price is subject to volatility.**

The Company's stock price has experienced substantial price volatility in the past and may continue to do so in the future. Additionally, the Company, the technology industry and the stock market as a whole have experienced extreme stock price and volume fluctuations that have affected stock prices in ways that may have been unrelated to these companies' operating performance. Price volatility over a given period may cause the average price at which the Company repurchases its own stock to exceed the stock's price at a given point in time. The Company believes its stock price should reflect expectations of future growth and profitability. The Company also believes its stock price should reflect expectations that its cash dividend will continue at current levels or grow and that its current share repurchase program will be fully consummated. Future dividends are subject to declaration by the Company's Board of Directors, and the Company's share repurchase program does not obligate it to acquire any specific number of shares. If the Company fails to meet expectations related to future growth, profitability, dividends, share repurchases or other market expectations, its stock price may decline significantly, which could have a material adverse impact on investor confidence and employee retention.

**The Company's financial performance is subject to risks associated with changes in the value of the U.S. dollar versus local currencies.**

The Company's primary exposure to movements in foreign currency exchange rates relates to non- U.S. dollar- denominated sales and operating expenses worldwide. Weakening of foreign currencies relative to the U.S. dollar adversely affects the U.S. dollar value of the Company's foreign currency- denominated sales and earnings, and generally leads the Company to raise international pricing, potentially reducing demand for the Company's products. Margins on sales of the Company's products in foreign countries and on sales of products that include components obtained from foreign suppliers, could be materially adversely affected by foreign currency exchange rate fluctuations. In some circumstances, for competitive or other reasons, the Company may decide not to raise local prices to fully offset the dollar's strengthening, or at all, which would adversely affect the U.S. dollar value of the Company's foreign currency- denominated sales and earnings. Conversely, a strengthening of foreign currencies relative to the U.S. dollar, while generally beneficial to the Company's foreign currency- denominated sales and earnings, could cause the Company to reduce international pricing and incur losses on its foreign currency derivative instruments, thereby limiting the benefit. Additionally, strengthening of foreign currencies may also increase the Company's cost of product components denominated in those currencies, thus adversely affecting gross margins.

The Company uses derivative instruments, such as foreign currency forward and option contracts, to hedge certain exposures to fluctuations in foreign currency exchange rates. The use of such hedging activities may not offset any, or more than a portion, of the adverse financial effects of unfavorable movements in foreign exchange rates over the limited time the hedges are in place.

**The Company is exposed to credit risk and fluctuations in the market values of its investment portfolio.**

Given the global nature of its business, the Company has both domestic and international investments. Credit ratings and pricing of the Company's investments can be negatively affected by liquidity, credit deterioration, financial results, economic risk, political risk, sovereign risk or other factors. As a result, the value and liquidity of the Company's cash, cash equivalents and marketable securities may fluctuate substantially. Therefore, although the Company has not realized any significant losses on its cash, cash equivalents and marketable securities, future fluctuations in their value could result in a significant realized loss.

**The Company is exposed to credit risk on its trade accounts receivable, vendor non- trade receivables and prepayments related to long- term supply agreements, and this risk is heightened during periods when economic conditions worsen.**

The Company distributes its products through third- party cellular network carriers, wholesalers, retailers and value- added resellers. The Company also sells its products directly to small and mid- sized businesses and education, enterprise and government customers. A substantial majority of the Company's outstanding trade receivables are not covered by collateral, third- party financing arrangements or credit insurance. The Company's exposure to credit and collectability risk on its trade receivables is higher in certain international markets and its ability to mitigate such risks may be limited. The Company also has unsecured vendor non- trade receivables resulting from purchases of components by outsourcing partners and other vendors that manufacture sub- assemblies or assemble final products for the Company. In addition, the Company has made prepayments associated with long- term supply agreements to secure supply of inventory components. As of December 31, 2016, a significant portion of the Company's trade receivables was concentrated within cellular network carriers, and its vendor non- trade receivables and prepayments related to long- term supply agreements were concentrated among a few individual vendors located primarily in Asia. While the Company has procedures to monitor and limit exposure to credit risk on its trade and vendor non- trade receivables, as well as long- term prepayments, there can be no assurance such procedures will effectively limit its credit risk and avoid losses.

**The Company could be subject to changes in its tax rates, the adoption of new U.S. or international tax legislation or exposure to additional tax liabilities.**

The Company is subject to taxes in the U.S. and numerous foreign jurisdictions, including Ireland, where a number of the Company's subsidiaries are organized. Due to economic and political conditions, tax rates in various jurisdictions may be subject to significant change. The Company's effective tax rates could be affected by changes in the mix of earnings in countries with differing statutory tax rates, changes in the valuation of deferred tax assets and liabilities, or changes in tax laws or their interpretation, including in the U.S. and Ireland.

The Company is also subject to the examination of its tax returns and other tax matters by the U.S. Internal Revenue Service and other tax authorities and governmental bodies. The Company regularly assesses the likelihood of an adverse outcome resulting from these examinations to determine the adequacy of its provision for taxes. There can be no assurance as to the outcome of these examinations. If the Company's effective tax rates were to increase, particularly in the U.S. or Ireland, or if the ultimate determination of the Company's taxes owed is for an amount in excess of amounts previously accrued, the Company's financial condition, operating results and cash flows could be adversely affected.

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

February 1, 2017      Apple Inc.

By:          /s/ Luca
             Maestri
             _____
             Luca Maestri
             Senior Vice
             President,
             Chief
             Financial
             Officer

45

# EXHIBIT 46

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# FORM 10- Q

(Mark One)

**QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the quarterly period ended April 1, 2017
or
**TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the transition period from _____ to _____.
Commission File Number: **001- 36743**



# Apple Inc.

(Exact name of Registrant as specified in its charter)

| **California** | **94- 2404110** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **1 Infinite Loop** | |
| **Cupertino, California** | **95014** |
| (Address of principal executive offices) | (Zip Code) |

**(408) 996- 1010**
(Registrant's telephone number, including area code)

Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

Yes    No

Indicate by check mark whether the Registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S- T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the Registrant was required to submit and post such files).

Yes    No

Indicate by check mark whether the Registrant is a large accelerated filer, an accelerated filer, a non- accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b- 2 of the Exchange Act.

Large accelerated filer                              Accelerated filer
Non- accelerated filer     (Do not check if a smaller reporting company)     Smaller reporting company
                                                     Emerging growth company

If an emerging growth company, indicate by check mark if the Registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.

Indicate by check mark whether the Registrant is a shell company (as defined in Rule 12b- 2 of the Exchange Act).

Yes    No

5,213,840,000 shares of common stock, par value $0.00001 per share, issued and outstanding as of April 21, 2017

**PART II — OTHER INFORMATION**

**Item 1.     Legal**
**            Proceedings**

The Company is subject to legal proceedings and claims that have not been fully resolved and that have arisen in the ordinary course of business. In the opinion of management, there was not at least a reasonable possibility the Company may have incurred a material loss, or a material loss in excess of a recorded accrual, with respect to loss contingencies for asserted legal and other claims. However, the outcome of legal proceedings and claims brought against the Company is subject to significant uncertainty. Therefore, although management considers the likelihood of such an outcome to be remote, if one or more of these legal matters were resolved against the Company in a reporting period for amounts in excess of management's expectations, the Company's consolidated financial statements for that reporting period could be materially adversely affected. See the risk factor "The Company could be impacted by unfavorable results of legal proceedings, such as being found to have infringed on intellectual property rights" in Part II, Item 1A of this Form 10- Q under the heading "Risk Factors." The Company settled certain matters during the second quarter of 2017 that did not individually or in the aggregate have a material impact on the Company's financial condition or operating results.

**Item 1A. Risk Factors**

The following description of risk factors includes any material changes to, and supersedes the description of, risk factors associated with the Company's business previously disclosed in Part I, Item 1A of the 2016 Form 10- K and in Part II, Item 1A of the Form 10- Q for the quarter ended December 31, 2016, in each case under the heading "Risk Factors." The business, financial condition and operating results of the Company can be affected by a number of factors, whether currently known or unknown, including but not limited to those described below, any one or more of which could, directly or indirectly, cause the Company's actual financial condition and operating results to vary materially from past, or from anticipated future, financial condition and operating results. Any of these factors, in whole or in part, could materially and adversely affect the Company's business, financial condition, operating results and stock price.

The following discussion of risk factors contains forward- looking statements. These risk factors may be important to understanding other statements in this Form 10- Q. The following information should be read in conjunction with the condensed consolidated financial statements and related notes in Part I, Item 1, "Financial Statements" and Part I, Item 2, "Management's Discussion and Analysis of Financial Condition and Results of Operations" of this Form 10- Q.

Because of the following factors, as well as other factors affecting the Company's financial condition and operating results, past financial performance should not be considered to be a reliable indicator of future performance, and investors should not use historical trends to anticipate results or trends in future periods.

**Global and regional economic conditions could materially adversely affect the Company.**

The Company's operations and performance depend significantly on global and regional economic conditions. Uncertainty about global and regional economic conditions poses a risk as consumers and businesses may postpone spending in response to tighter credit, higher unemployment, financial market volatility, government austerity programs, negative financial news, declines in income or asset values and/or other factors. These worldwide and regional economic conditions could have a material adverse effect on demand for the Company's products and services. Demand also could differ materially from the Company's expectations as a result of currency fluctuations because the Company generally raises prices on goods and services sold outside the U.S. to correspond with the effect of a strengthening of the U.S. dollar. Other factors that could influence worldwide or regional demand include changes in fuel and other energy costs, conditions in the real estate and mortgage markets, unemployment, labor and healthcare costs, access to credit, consumer confidence and other macroeconomic factors affecting consumer spending behavior. These and other economic factors could materially adversely affect demand for the Company's products and services.

In the event of financial turmoil affecting the banking system and financial markets, additional consolidation of the financial services industry, or significant financial service institution failures, there could be tightening in the credit markets, low liquidity and extreme volatility in fixed income, credit, currency and equity markets. This could have a number of effects on the Company's business, including the insolvency or financial instability of outsourcing partners or suppliers or their inability to obtain credit to finance development and/or manufacture products resulting in product delays; inability of customers, including channel partners, to obtain credit to finance purchases of the Company's products; failure of derivative counterparties and other financial institutions; and restrictions on the Company's ability to issue new debt. Other income and expense also could vary materially from expectations depending on gains or losses realized on the sale or exchange of financial instruments; impairment charges resulting from revaluations of debt and equity securities and other investments; changes in interest rates; increases or decreases in cash balances; volatility in foreign exchange rates; and changes in fair value of derivative instruments. Increased volatility in the financial markets and overall economic uncertainty would increase the risk of the actual amounts realized in the future on the Company's financial instruments differing significantly from the fair values currently assigned to them.

33

**Global markets for the Company's products and services are highly competitive and subject to rapid technological change, and the Company may be unable to compete effectively in these markets.**

The Company's products and services compete in highly competitive global markets characterized by aggressive price cutting and resulting downward pressure on gross margins, frequent introduction of new products, short product life cycles, evolving industry standards, continual improvement in product price/performance characteristics, rapid adoption of technological and product advancements by competitors and price sensitivity on the part of consumers.

The Company's ability to compete successfully depends heavily on its ability to ensure a continuing and timely introduction of innovative new products, services and technologies to the marketplace. The Company believes it is unique in that it designs and develops nearly the entire solution for its products, including the hardware, operating system, numerous software applications and related services. As a result, the Company must make significant investments in R&D. The Company currently holds a significant number of patents and copyrights and has registered and/or has applied to register numerous patents, trademarks and service marks. In contrast, many of the Company's competitors seek to compete primarily through aggressive pricing and very low cost structures, and emulating the Company's products and infringing on its intellectual property. If the Company is unable to continue to develop and sell innovative new products with attractive margins or if competitors infringe on the Company's intellectual property, the Company's ability to maintain a competitive advantage could be adversely affected.

The Company markets certain mobile communication and media devices based on the iOS mobile operating system and also markets related services, including third- party digital content and applications. The Company faces substantial competition in these markets from companies that have significant technical, marketing, distribution and other resources, as well as established hardware, software and digital content supplier relationships; and the Company has a minority market share in the global smartphone market. Additionally, the Company faces significant price competition as competitors reduce their selling prices and attempt to imitate the Company's product features and applications within their own products or, alternatively, collaborate with each other to offer solutions that are more competitive than those they currently offer. The Company competes with business models that provide content to users for free. The Company also competes with illegitimate means to obtain third- party digital content and applications. Some of the Company's competitors have greater experience, product breadth and distribution channels than the Company. Because some current and potential competitors have substantial resources and/or experience and a lower cost structure, they may be able to provide products and services at little or no profit or even at a loss. The Company also expects competition to intensify as competitors attempt to imitate the Company's approach to providing components seamlessly within their individual offerings or work collaboratively to offer integrated solutions. The Company's financial condition and operating results depend substantially on the Company's ability to continually improve iOS and iOS devices in order to maintain their functional and design advantages.

The Company is the only authorized maker of hardware using macOS, which has a minority market share in the personal computer market. This market has been contracting and is dominated by computer makers using competing operating systems, most notably Windows. In the market for personal computers and accessories, the Company faces a significant number of competitors, many of which have broader product lines, lower- priced products and a larger installed customer base. Historically, consolidation in this market has resulted in larger competitors. Price competition has been particularly intense as competitors have aggressively cut prices and lowered product margins. An increasing number of internet- enabled devices that include software applications and are smaller and simpler than traditional personal computers compete for market share with the Company's existing products. The Company's financial condition and operating results also depend on its ability to continually improve the Mac platform to maintain its functional and design advantages.

There can be no assurance the Company will be able to continue to provide products and services that compete effectively.

**To remain competitive and stimulate customer demand, the Company must successfully manage frequent product introductions and transitions.**

Due to the highly volatile and competitive nature of the industries in which the Company competes, the Company must continually introduce new products, services and technologies, enhance existing products and services, effectively stimulate customer demand for new and upgraded products and successfully manage the transition to these new and upgraded products. The success of new product introductions depends on a number of factors including, but not limited to, timely and successful product development, market acceptance, the Company's ability to manage the risks associated with new product production ramp- up issues, the availability of application software for new products, the effective management of purchase commitments and inventory levels in line with anticipated product demand, the availability of products in appropriate quantities and at expected costs to meet anticipated demand and the risk that new products may have quality or other defects or deficiencies in the early stages of introduction. Accordingly, the Company cannot determine in advance the ultimate effect of new product introductions and transitions.

**The Company depends on the performance of distributors, carriers and other resellers.**

The Company distributes its products through cellular network carriers, wholesalers, national and regional retailers and value- added resellers, many of whom distribute products from competing manufacturers. The Company also sells its products and third- party products in most of its major markets directly to education, enterprise and government customers and consumers and small and mid- sized businesses through its retail and online stores.

Some carriers providing cellular network service for iPhone subsidize users' purchases of the device. There is no assurance that such subsidies will be continued at all or in the same amounts upon renewal of the Company's agreements with these carriers or in agreements the Company enters into with new carriers.

The Company has invested and will continue to invest in programs to enhance reseller sales, including staffing selected resellers' stores with Company employees and contractors, and improving product placement displays. These programs could require a substantial investment while providing no assurance of return or incremental revenue. The financial condition of these resellers could weaken, these resellers could stop distributing the Company's products, or uncertainty regarding demand for some or all of the Company's products could cause resellers to reduce their ordering and marketing of the Company's products.

**The Company faces substantial inventory and other asset risk in addition to purchase commitment cancellation risk.**

The Company records a write- down for product and component inventories that have become obsolete or exceed anticipated demand or net realizable value and accrues necessary cancellation fee reserves for orders of excess products and components. The Company also reviews its long- lived assets, including capital assets held at its suppliers' facilities and inventory prepayments, for impairment whenever events or circumstances indicate the carrying amount of an asset may not be recoverable. If the Company determines that impairment has occurred, it records a write- down equal to the amount by which the carrying value of the assets exceeds its fair value. Although the Company believes its provisions related to inventory, capital assets, inventory prepayments and other assets and purchase commitments are currently adequate, no assurance can be given that the Company will not incur additional related charges given the rapid and unpredictable pace of product obsolescence in the industries in which the Company competes.

The Company must order components for its products and build inventory in advance of product announcements and shipments. Consistent with industry practice, components are normally acquired through a combination of purchase orders, supplier contracts and open orders, in each case based on projected demand. Manufacturing purchase obligations typically cover forecasted component and manufacturing requirements for periods up to 150 days. Because the Company's markets are volatile, competitive and subject to rapid technology and price changes, there is a risk the Company will forecast incorrectly and order or produce excess or insufficient amounts of components or products, or not fully utilize firm purchase commitments.

**Future operating results depend upon the Company's ability to obtain components in sufficient quantities on commercially reasonable terms.**

Because the Company currently obtains components from single or limited sources, the Company is subject to significant supply and pricing risks. Many components, including those that are available from multiple sources, are at times subject to industry- wide shortages and significant commodity pricing fluctuations. While the Company has entered into agreements for the supply of many components, there can be no assurance that the Company will be able to extend or renew these agreements on similar terms, or at all. A number of suppliers of components may suffer from poor financial conditions, which can lead to business failure for the supplier or consolidation within a particular industry, further limiting the Company's ability to obtain sufficient quantities of components on commercially reasonable terms. The effects of global or regional economic conditions on the Company's suppliers, described in "Global and regional economic conditions could materially adversely affect the Company" above, also could affect the Company's ability to obtain components. Therefore, the Company remains subject to significant risks of supply shortages and price increases.

The Company's new products often utilize custom components available from only one source. When a component or product uses new technologies, initial capacity constraints may exist until the suppliers' yields have matured or manufacturing capacity has increased. Continued availability of these components at acceptable prices, or at all, may be affected for any number of reasons, including if those suppliers decide to concentrate on the production of common components instead of components customized to meet the Company's requirements. The supply of components for a new or existing product could be delayed or constrained, or a key manufacturing vendor could delay shipments of completed products to the Company.

**The Company depends on component and product manufacturing and logistical services provided by outsourcing partners, many of which are located outside of the U.S.**

Substantially all of the Company's manufacturing is performed in whole or in part by a few outsourcing partners located primarily in Asia. The Company has also outsourced much of its transportation and logistics management. While these arrangements may lower operating costs, they also reduce the Company's direct control over production and distribution. It is uncertain what effect such diminished control will have on the quality or quantity of products or services, or the Company's flexibility to respond to changing conditions. Although arrangements with these partners may contain provisions for warranty expense reimbursement, the Company may remain responsible to the consumer for warranty service in the event of product defects and could experience an unanticipated product defect or warranty liability. While the Company relies on its partners to adhere to its supplier code of conduct, material violations of the supplier code of conduct could occur.

The Company relies on sole- sourced outsourcing partners in the U.S., Asia and Europe to supply and manufacture many critical components, and on outsourcing partners primarily located in Asia, for final assembly of substantially all of the Company's hardware products. Any failure of these partners to perform may have a negative impact on the Company's cost or supply of components or finished goods. In addition, manufacturing or logistics in these locations or transit to final destinations may be disrupted for a variety of reasons including, but not limited to, natural and man- made disasters, information technology system failures, commercial disputes, military actions or economic, business, labor, environmental, public health, or political issues.

The Company has invested in manufacturing process equipment, much of which is held at certain of its outsourcing partners, and has made prepayments to certain of its suppliers associated with long- term supply agreements. While these arrangements help ensure the supply of components and finished goods, if these outsourcing partners or suppliers experience severe financial problems or other disruptions in their business, such continued supply could be reduced or terminated and the net realizable value of these assets could be negatively impacted.

**The Company's products and services may experience quality problems from time to time that can result in decreased sales and operating margin and harm to the Company's reputation.**

The Company sells complex hardware and software products and services that can contain design and manufacturing defects. Sophisticated operating system software and applications, such as those sold by the Company, often contain "bugs" that can unexpectedly interfere with the software's intended operation. The Company's online services may from time to time experience outages, service slowdowns, or errors. Defects may also occur in components and products the Company purchases from third parties. There can be no assurance the Company will be able to detect and fix all defects in the hardware, software and services it sells. Failure to do so could result in lost revenue, significant warranty and other expenses and harm to the Company's reputation.

**The Company relies on access to third- party digital content, which may not be available to the Company on commercially reasonable terms or at all.**

The Company contracts with numerous third parties to offer their digital content to customers. This includes the right to sell currently available music, movies, TV shows and books. The licensing or other distribution arrangements with these third parties are for relatively short terms and do not guarantee the continuation or renewal of these arrangements on reasonable terms, if at all. Some third- party content providers and distributors currently or in the future may offer competing products and services, and could take action to make it more difficult or impossible for the Company to license or otherwise distribute their content in the future. Other content owners, providers or distributors may seek to limit the Company's access to, or increase the cost of, such content. The Company may be unable to continue to offer a wide variety of content at reasonable prices with acceptable usage rules, or continue to expand its geographic reach. Failure to obtain the right to make available third- party digital content, or to make available such content on commercially reasonable terms, could have a material adverse impact on the Company's financial condition and operating results.

Some third- party digital content providers require the Company to provide digital rights management and other security solutions. If requirements change, the Company may have to develop or license new technology to provide these solutions. There is no assurance the Company will be able to develop or license such solutions at a reasonable cost and in a timely manner. In addition, certain countries have passed or may propose and adopt legislation that would force the Company to license its digital rights management, which could lessen the protection of content and subject it to piracy and also could negatively affect arrangements with the Company's content providers.

**The Company's future performance depends in part on support from third- party software developers.**

The Company believes decisions by customers to purchase its hardware products depend in part on the availability of thirdparty software applications and services. There is no assurance that third- party developers will continue to develop and maintain software applications and services for the Company's products. If third- party software applications and services cease to be developed and maintained for the Company's products, customers may choose not to buy the Company's products.

With respect to its Mac products, the Company believes the availability of thirdparty software applications and services depends in part on the developers' perception and analysis of the relative benefits of developing, maintaining and upgrading such software for the Company's products compared to Windows- based products. This analysis may be based on factors such as the market position of the Company and its products, the anticipated revenue that may be generated, expected future growth of Mac sales and the costs of developing such applications and services. If the Company's minority share of the global personal computer market causes developers to question the Mac's prospects, developers could be less inclined to develop or upgrade software for the Company's Mac products and more inclined to devote their resources to developing and upgrading software for the larger Windows market.

With respect to iOS devices, the Company relies on the continued availability and development of compelling and innovative software applications, including applications distributed through the App Store. iOS devices are subject to rapid technological change, and, if third-party developers are unable to or choose not to keep up with this pace of change, third- party applications might not successfully operate and may result in dissatisfied customers. As with applications for the Company's Mac products, the availability and development of these applications also depend on developers' perceptions and analysis of the relative benefits of developing, maintaining or upgrading software for the Company's iOS devices rather than its competitors' platforms, such as Android. If developers focus their efforts on these competing platforms, the availability and quality of applications for the Company's iOS devices may suffer.

**The Company relies on access to third- party intellectual property, which may not be available to the Company on commercially reasonable terms or at all.**

Many of the Company's products include third- party intellectual property, which requires licenses from those third parties. Based on past experience and industry practice, the Company believes such licenses generally can be obtained on reasonable terms. There is, however, no assurance that the necessary licenses can be obtained on acceptable terms or at all. Failure to obtain the right to use third-party intellectual property, or to use such intellectual property on commercially reasonable terms, could preclude the Company from selling certain products or otherwise have a material adverse impact on the Company's financial condition and operating results.

**The Company could be impacted by unfavorable results of legal proceedings, such as being found to have infringed on intellectual property rights.**

The Company is subject to various legal proceedings and claims that have not yet been fully resolved and that have arisen in the ordinary course of business, and additional claims may arise in the future.

For example, technology companies, including many of the Company's competitors, frequently enter into litigation based on allegations of patent infringement or other violations of intellectual property rights. In addition, patent holding companies seek to monetize patents they have purchased or otherwise obtained. The intellectual property rights claims against the Company have generally increased over time and may continue to increase. In particular, the Company's cellular- enabled products compete with products from mobile communication and media device companies that hold significant patent portfolios, and the Company has faced a significant number of patent claims against it. The Company is vigorously defending infringement actions in courts in a number of U.S. jurisdictions and before the U.S. International Trade Commission, as well as internationally in various countries. The plaintiffs in these actions frequently seek injunctions and substantial damages.

Regardless of the scope or validity of such patents or other intellectual property rights, or the merits of any claims by potential or actual litigants, the Company may have to engage in protracted litigation. If the Company is found to infringe one or more patents or other intellectual property rights, regardless of whether it can develop non- infringing technology, it may be required to pay substantial damages or royalties to a third party, or it may be subject to a temporary or permanent injunction prohibiting the Company from marketing or selling certain products.

In certain cases, the Company may consider the desirability of entering into licensing agreements, although no assurance can be given that such licenses can be obtained on acceptable terms or that litigation will not occur. These licenses may also significantly increase the Company's operating expenses.

Regardless of the merit of particular claims, litigation may be expensive, time-consuming, disruptive to the Company's operations and distracting to management. In recognition of these considerations, the Company may enter into arrangements to settle litigation.

In management's opinion, there is not at least a reasonable possibility the Company may have incurred a material loss, or a material loss in excess of a recorded accrual, with respect to loss contingencies, including matters related to infringement of intellectual property rights. However, the outcome of litigation is inherently uncertain.

Although management considers the likelihood of such an outcome to be remote, if one or more legal matters were resolved against the Company in a reporting period for amounts in excess of management's expectations, the Company's consolidated financial statements for that reporting period could be materially adversely affected. Further, such an outcome could result in significant compensatory, punitive or trebled monetary damages, disgorgement of revenue or profits, remedial corporate measures or injunctive relief against the Company that could materially adversely affect its financial condition and operating results.

**The Company is subject to laws and regulations worldwide, changes to which could increase the Company's costs and individually or in the aggregate adversely affect the Company's business.**

The Company is subject to laws and regulations affecting its domestic and international operations in a number of areas. These U.S. and foreign laws and regulations affect the Company's activities including, but not limited to, in areas of labor, advertising, digital content, consumer protection, real estate, billing, e-commerce, promotions, quality of services, telecommunications, mobile communications and media, television, intellectual property ownership and infringement, tax, import and export requirements, anti-corruption, foreign exchange controls and cash repatriation restrictions, data privacy requirements, anti-competition, environmental, health and safety.

By way of example, laws and regulations related to mobile communications and media devices in the many jurisdictions in which the Company operates are extensive and subject to change. Such changes could include, among others, restrictions on the production, manufacture, distribution and use of devices, locking devices to a carrier's network, or mandating the use of devices on more than one carrier's network. These devices are also subject to certification and regulation by governmental and standardization bodies, as well as by cellular network carriers for use on their networks. These certification processes are extensive and time consuming, and could result in additional testing requirements, product modifications, or delays in product shipment dates, or could preclude the Company from selling certain products.

Compliance with these laws, regulations and similar requirements may be onerous and expensive, and they may be inconsistent from jurisdiction to jurisdiction, further increasing the cost of compliance and doing business. Any such costs, which may rise in the future as a result of changes in these laws and regulations or in their interpretation, could individually or in the aggregate make the Company's products and services less attractive to the Company's customers, delay the introduction of new products in one or more regions, or cause the Company to change or limit its business practices. The Company has implemented policies and procedures designed to ensure compliance with applicable laws and regulations, but there can be no assurance that the Company's employees, contractors, or agents will not violate such laws and regulations or the Company's policies and procedures.

**The Company's business is subject to the risks of international operations.**

The Company derives a significant portion of its revenue and earnings from its international operations. Compliance with applicable U.S. and foreign laws and regulations, such as import and export requirements, anti-corruption laws, tax laws, foreign exchange controls and cash repatriation restrictions, data privacy requirements, environmental laws, labor laws and anti-competition regulations, increases the costs of doing business in foreign jurisdictions. Although the Company has implemented policies and procedures to comply with these laws and regulations, a violation by the Company's employees, contractors, or agents could nevertheless occur. In some cases, compliance with the laws and regulations of one country could violate the laws and regulations of another country. Violations of these laws and regulations could materially adversely affect the Company's brand, international growth efforts and business.

The Company also could be significantly affected by other risks associated with international activities including, but not limited to, economic and labor conditions, increased duties, taxes and other costs and political instability. Margins on sales of the Company's products in foreign countries, and on sales of products that include components obtained from foreign suppliers, could be materially adversely affected by international trade regulations, including duties, tariffs and antidumping penalties. The Company is also exposed to credit and collectability risk on its trade receivables with customers in certain international markets. There can be no assurance the Company can effectively limit its credit risk and avoid losses.

**The Company's retail stores have required and will continue to require a substantial investment and commitment of resources and are subject to numerous risks and uncertainties.**

The Company's retail stores have required substantial investment in equipment and leasehold improvements, information systems, inventory and personnel. The Company also has entered into substantial operating lease commitments for retail space. Certain stores have been designed and built to serve as high- profile venues to promote brand awareness and serve as vehicles for corporate sales and marketing activities. Because of their unique design elements, locations and size, these stores require substantially more investment than the Company's more typical retail stores. Due to the high cost structure associated with the Company's retail stores, a decline in sales or the closure or poor performance of individual or multiple stores could result in significant lease termination costs, write- offs of equipment and leasehold improvements and severance costs.

Many factors unique to retail operations, some of which are beyond the Company's control, pose risks and uncertainties. These risks and uncertainties include, but are not limited to, macro- economic factors that could have an adverse effect on general retail activity, as well as the Company's inability to manage costs associated with store construction and operation, the Company's failure to manage relationships with its existing retail partners, more challenging environments in managing retail operations outside the U.S., costs associated with unanticipated fluctuations in the value of retail inventory, and the Company's inability to obtain and renew leases in quality retail locations at a reasonable cost.

**Investment in new business strategies and acquisitions could disrupt the Company's ongoing business and present risks not originally contemplated.**

The Company has invested, and in the future may invest, in new business strategies or acquisitions. Such endeavors may involve significant risks and uncertainties, including distraction of management from current operations, greater than expected liabilities and expenses, inadequate return of capital and unidentified issues not discovered in the Company's due diligence. These new ventures are inherently risky and may not be successful.

**The Company's business and reputation may be impacted by information technology system failures or network disruptions.**

The Company may be subject to information technology system failures and network disruptions. These may be caused by natural disasters, accidents, power disruptions, telecommunications failures, acts of terrorism or war, computer viruses, physical or electronic break- ins, or other events or disruptions. System redundancy may be ineffective or inadequate, and the Company's disaster recovery planning may not be sufficient for all eventualities. Such failures or disruptions could, among other things, prevent access to the Company's online stores and services, preclude retail store transactions, compromise Company or customer data, and result in delayed or cancelled orders. System failures and disruptions could also impede the manufacturing and shipping of products, delivery of online services, transactions processing and financial reporting.

**There may be breaches of the Company's information technology systems that materially damage business partner and customer relationships, curtail or otherwise adversely impact access to online stores and services, or subject the Company to significant reputational, financial, legal and operational consequences.**

The Company's business requires it to use and store customer, employee and business partner personally identifiable information ("PII"). This may include, among other information, names, addresses, phone numbers, email addresses, contact preferences, tax identification numbers and payment account information. Although malicious attacks to gain access to PII affect many companies across various industries, the Company is at a relatively greater risk of being targeted because of its high profile and the amount of PII it manages.

The Company requires user names and passwords in order to access its information technology systems. The Company also uses encryption and authentication technologies designed to secure the transmission and storage of data and prevent access to Company data or accounts. As with all companies, these security measures are subject to third- party security breaches, employee error, malfeasance, faulty password management or other irregularities. For example, third parties may attempt to fraudulently induce employees or customers into disclosing user names, passwords or other sensitive information, which may in turn be used to access the Company's information technology systems. To help protect customers and the Company, the Company monitors accounts and systems for unusual activity and may freeze accounts under suspicious circumstances, which may result in the delay or loss of customer orders.

The Company devotes significant resources to network security, data encryption and other security measures to protect its systems and data, but these security measures cannot provide absolute security. To the extent the Company was to experience a breach of its systems and was unable to protect sensitive data, such a breach could materially damage business partner and customer relationships, and curtail or otherwise adversely impact access to online stores and services. Moreover, if a computer security breach affects the Company's systems or results in the unauthorized release of PII, the Company's reputation and brand could be materially damaged, use of the Company's products and services could decrease, and the Company could be exposed to a risk of loss or litigation and possible liability. While the Company maintains insurance coverage that, subject to policy terms and conditions and subject to a significant self-insured retention, is designed to address certain aspects of cyber risks, such insurance coverage may be insufficient to cover all losses or all types of claims that may arise in the continually evolving area of cyber risk.

The Company is also subject to payment card association rules and obligations under its contracts with payment card processors. Under these rules and obligations, if information is compromised, the Company could be liable to payment card issuers for associated expenses and penalties. In addition, if the Company fails to follow payment card industry security standards, even if no customer information is compromised, the Company could incur significant fines or experience a significant increase in payment card transaction costs.

**The Company's business is subject to a variety of U.S. and international laws, rules, policies and other obligations regarding data protection.**

The Company is subject to federal, state and international laws relating to the collection, use, retention, security and transfer of PII. In many cases, these laws apply not only to third- party transactions, but also may restrict transfers of PII among the Company and its international subsidiaries. Several jurisdictions have passed laws in this area, and other jurisdictions are considering imposing additional restrictions. These laws continue to develop and may be inconsistent from jurisdiction to jurisdiction. Complying with emerging and changing international requirements may cause the Company to incur substantial costs or require the Company to change its business practices. Noncompliance could result in significant penalties or legal liability.

The Company makes statements about its use and disclosure of PII through its privacy policy, information provided on its website and press statements. Any failure by the Company to comply with these public statements or with other federal, state or international privacy-related or data protection laws and regulations could result in proceedings against the Company by governmental entities or others. Penalties could include ongoing audit requirements or significant legal liability.

**The Company's success depends largely on the continued service and availability of key personnel.**

Much of the Company's future success depends on the continued availability and service of key personnel, including its Chief Executive Officer, executive team and other highly skilled employees. Experienced personnel in the technology industry are in high demand and competition for their talents is intense, especially in Silicon Valley, where most of the Company's key personnel are located.

**The Company's business may be impacted by political events, war, terrorism, public health issues, natural disasters and other business interruptions.**

War, terrorism, geopolitical uncertainties, public health issues and other business interruptions have caused and could cause damage or disruption to international commerce and the global economy, and thus could have a material adverse effect on the Company, its suppliers, logistics providers, manufacturing vendors and customers, including channel partners. The Company's business operations are subject to interruption by, among others, natural disasters, whether as a result of climate change or otherwise, fire, power shortages, nuclear power plant accidents and other industrial accidents, terrorist attacks and other hostile acts, labor disputes, public health issues and other events beyond its control. Such events could decrease demand for the Company's products, make it difficult or impossible for the Company to make and deliver products to its customers, including channel partners, or to receive components from its suppliers, and create delays and inefficiencies in the Company's supply chain. While the Company's suppliers are required to maintain safe working environments and operations, an industrial accident could occur and could result in disruption to the Company's business and harm to the Company's reputation. Should major public health issues, including pandemics, arise, the Company could be adversely affected by more stringent employee travel restrictions, additional limitations in freight services, governmental actions limiting the movement of products between regions, delays in production ramps of new products and disruptions in the operations of the Company's manufacturing vendors and component suppliers. The majority of the Company's R&D activities, its corporate headquarters, information technology systems and other critical business operations, including certain component suppliers and manufacturing vendors, are in locations that could be affected by natural disasters. In the event of a natural disaster, the Company could incur significant losses, require substantial recovery time and experience significant expenditures in order to resume operations.

40

**The Company expects its quarterly revenue and operating results to fluctuate.**

The Company's profit margins vary across its products and distribution channels. The Company's software, accessories, and service and support contracts generally have higher gross margins than certain of the Company's other products. Gross margins on the Company's hardware products vary across product lines and can change over time as a result of product transitions, pricing and configuration changes, and component, warranty, and other cost fluctuations. The Company's direct sales generally have higher associated gross margins than its indirect sales through its channel partners. In addition, the Company's gross margin and operating margin percentages, as well as overall profitability, may be materially adversely impacted as a result of a shift in product, geographic or channel mix, component cost increases, the strengthening U.S. dollar, price competition, or the introduction of new products, including those that have higher cost structures with flat or reduced pricing.

The Company has typically experienced higher net sales in its first quarter compared to other quarters due in part to seasonal holiday demand. Additionally, new product introductions can significantly impact net sales, product costs and operating expenses. Further, the Company generates a majority of its net sales from a single product and a decline in demand for that product could significantly impact quarterly net sales. The Company could also be subject to unexpected developments late in a quarter, such as lower- than- anticipated demand for the Company's products, issues with new product introductions, an internal systems failure, or failure of one of the Company's logistics, components supply, or manufacturing partners.

**The Company's stock price is subject to volatility.**

The Company's stock price has experienced substantial price volatility in the past and may continue to do so in the future. Additionally, the Company, the technology industry and the stock market as a whole have experienced extreme stock price and volume fluctuations that have affected stock prices in ways that may have been unrelated to these companies' operating performance. Price volatility over a given period may cause the average price at which the Company repurchases its own stock to exceed the stock's price at a given point in time. The Company believes its stock price should reflect expectations of future growth and profitability. The Company also believes its stock price should reflect expectations that its cash dividend will continue at current levels or grow and that its current share repurchase program will be fully consummated. Future dividends are subject to declaration by the Company's Board of Directors, and the Company's share repurchase program does not obligate it to acquire any specific number of shares. If the Company fails to meet expectations related to future growth, profitability, dividends, share repurchases or other market expectations, its stock price may decline significantly, which could have a material adverse impact on investor confidence and employee retention.

**The Company's financial performance is subject to risks associated with changes in the value of the U.S. dollar versus local currencies.**

The Company's primary exposure to movements in foreign currency exchange rates relates to non- U.S. dollar- denominated sales and operating expenses worldwide. Weakening of foreign currencies relative to the U.S. dollar adversely affects the U.S. dollar value of the Company's foreign currency- denominated sales and earnings, and generally leads the Company to raise international pricing, potentially reducing demand for the Company's products. Margins on sales of the Company's products in foreign countries and on sales of products that include components obtained from foreign suppliers, could be materially adversely affected by foreign currency exchange rate fluctuations. In some circumstances, for competitive or other reasons, the Company may decide not to raise local prices to fully offset the dollar's strengthening, or at all, which would adversely affect the U.S. dollar value of the Company's foreign currency- denominated sales and earnings. Conversely, a strengthening of foreign currencies relative to the U.S. dollar, while generally beneficial to the Company's foreign currency- denominated sales and earnings, could cause the Company to reduce international pricing and incur losses on its foreign currency derivative instruments, thereby limiting the benefit. Additionally, strengthening of foreign currencies may also increase the Company's cost of product components denominated in those currencies, thus adversely affecting gross margins.

The Company uses derivative instruments, such as foreign currency forward and option contracts, to hedge certain exposures to fluctuations in foreign currency exchange rates. The use of such hedging activities may not offset any, or more than a portion, of the adverse financial effects of unfavorable movements in foreign exchange rates over the limited time the hedges are in place.

**The Company is exposed to credit risk and fluctuations in the market values of its investment portfolio.**

Given the global nature of its business, the Company has both domestic and international investments. Credit ratings and pricing of the Company's investments can be negatively affected by liquidity, credit deterioration, financial results, economic risk, political risk, sovereign risk or other factors. As a result, the value and liquidity of the Company's cash, cash equivalents and marketable securities may fluctuate substantially. Therefore, although the Company has not realized any significant losses on its cash, cash equivalents and marketable securities, future fluctuations in their value could result in a significant realized loss.

**The Company is exposed to credit risk on its trade accounts receivable, vendor non- trade receivables and prepayments related to long- term supply agreements, and this risk is heightened during periods when economic conditions worsen.**

The Company distributes its products through third- party cellular network carriers, wholesalers, retailers and value- added resellers. The Company also sells its products directly to small and mid- sized businesses and education, enterprise and government customers. A substantial majority of the Company's outstanding trade receivables are not covered by collateral, third- party financing arrangements or credit insurance. The Company's exposure to credit and collectability risk on its trade receivables is higher in certain international markets and its ability to mitigate such risks may be limited. The Company also has unsecured vendor non- trade receivables resulting from purchases of components by outsourcing partners and other vendors that manufacture sub- assemblies or assemble final products for the Company. In addition, the Company has made prepayments associated with long- term supply agreements to secure supply of inventory components. As of April 1, 2017, a significant portion of the Company's trade receivables was concentrated within cellular network carriers, and its vendor non- trade receivables and prepayments related to long- term supply agreements were concentrated among a few individual vendors located primarily in Asia. While the Company has procedures to monitor and limit exposure to credit risk on its trade and vendor non- trade receivables, as well as long- term prepayments, there can be no assurance such procedures will effectively limit its credit risk and avoid losses.

**The Company could be subject to changes in its tax rates, the adoption of new U.S. or international tax legislation or exposure to additional tax liabilities.**

The Company is subject to taxes in the U.S. and numerous foreign jurisdictions, including Ireland, where a number of the Company's subsidiaries are organized. Due to economic and political conditions, tax rates in various jurisdictions may be subject to significant change. The Company's effective tax rates could be affected by changes in the mix of earnings in countries with differing statutory tax rates, changes in the valuation of deferred tax assets and liabilities, or changes in tax laws or their interpretation, including in the U.S. and Ireland.

The Company is also subject to the examination of its tax returns and other tax matters by the U.S. Internal Revenue Service and other tax authorities and governmental bodies. The Company regularly assesses the likelihood of an adverse outcome resulting from these examinations to determine the adequacy of its provision for taxes. There can be no assurance as to the outcome of these examinations. If the Company's effective tax rates were to increase, particularly in the U.S. or Ireland, or if the ultimate determination of the Company's taxes owed is for an amount in excess of amounts previously accrued, the Company's financial condition, operating results and cash flows could be adversely affected.

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

May 3, 2017 Apple Inc.

By:  /s/ Luca Maestri
   Luca Maestri
   Senior Vice President,
   Chief Financial Officer

45

# EXHIBIT 47

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# FORM 10- Q

(Mark One)

**QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the quarterly period ended December 29, 2018

or

**TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the transition period from _____ to _____.
Commission File Number: **001- 36743**

# Apple Inc.

(Exact name of Registrant as specified in its charter)

| **California** | **94- 2404110** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

| **One Apple Park Way** **Cupertino, California** | **95014** |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

**(408) 996- 1010**
(Registrant's telephone number, including area code)

Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

Yes    No

Indicate by check mark whether the Registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S- T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the Registrant was required to submit such files).

Yes    No

Indicate by check mark whether the Registrant is a large accelerated filer, an accelerated filer, a non- accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b- 2 of the Exchange Act.

Large accelerated filer    Accelerated filer
Non- accelerated filer    Smaller reporting company
Emerging growth company

If an emerging growth company, indicate by check mark if the Registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.

Indicate by check mark whether the Registrant is a shell company (as defined in Rule 12b- 2 of the Exchange Act).

Yes    No

4,715,280,000 shares of common stock, par value $0.00001 per share, issued and outstanding as of January 18, 2019

**PART II — OTHER INFORMATION**
**Item 1.   L e g a l**
                    **Proceedings**

The Company is subject to legal proceedings and claims that have not been fully resolved and that have arisen in the ordinary course of business. Except as described in Part I, Item 1 of this Form 10- Q in the Notes to Condensed Consolidated Financial Statements in Note 10, "Commitments and Contingencies" under the heading "Contingencies," in the opinion of management, there was not at least a reasonable possibility the Company may have incurred a material loss, or a material loss in excess of a recorded accrual, with respect to loss contingencies for asserted legal and other claims.

The outcome of litigation is inherently uncertain. If one or more legal matters were resolved against the Company in a reporting period for amounts in excess of management's expectations, the Company's financial condition and operating results for that reporting period could be materially adversely affected. Refer to the risk factor "The Company could be impacted by unfavorable results of legal proceedings, such as being found to have infringed on intellectual property rights" in Part II, Item 1A of this Form 10- Q under the heading "Risk Factors." The Company settled certain matters during the first quarter of 2019 that did not individually or in the aggregate have a material impact on the Company's financial condition or operating results.

**Item 1A. Risk Factors**

The following description of risk factors includes any material changes to, and supersedes the description of, risk factors associated with the Company's business previously disclosed in Part I, Item 1A of the 2018 Form 10- K under the heading "Risk Factors." The business, financial condition and operating results of the Company can be affected by a number of factors, whether currently known or unknown, including but not limited to those described below, any one or more of which could, directly or indirectly, cause the Company's actual financial condition and operating results to vary materially from past, or from anticipated future, financial condition and operating results. Any of these factors, in whole or in part, could materially and adversely affect the Company's business, financial condition, operating results and stock price.

The following discussion of risk factors contains forward- looking statements. These risk factors may be important to understanding other statements in this Form 10- Q. The following information should be read in conjunction with the condensed consolidated financial statements and related notes in Part I, Item 1, "Financial Statements" and Part I, Item 2, "Management's Discussion and Analysis of Financial Condition and Results of Operations" of this Form 10- Q.

Because of the following factors, as well as other factors affecting the Company's financial condition and operating results, past financial performance should not be considered to be a reliable indicator of future performance, and investors should not use historical trends to anticipate results or trends in future periods.

**Global and regional economic conditions could materially adversely affect the Company's business, results of operations, financial condition and growth.**

The Company has international operations with sales outside the U.S. representing a majority of the Company's total net sales. In addition, a majority of the Company's supply chain, and its manufacturing and assembly activities, are located outside the U.S. As a result, the Company's operations and performance depend significantly on global and regional economic conditions.

Adverse macroeconomic conditions, including inflation, slower growth or recession, new or increased tariffs, changes to fiscal and monetary policy, tighter credit, higher interest rates, high unemployment and currency fluctuations could materially adversely affect demand for the Company's products and services. In addition, consumer confidence and spending could be adversely affected in response to financial market volatility, negative financial news, conditions in the real estate and mortgage markets, declines in income or asset values, changes to fuel and other energy costs, labor and healthcare costs and other economic factors.

In addition to an adverse impact on demand for the Company's products, uncertainty about, or a decline in, global or regional economic conditions could have a significant impact on the Company's suppliers, contract manufacturers, logistics providers, distributors, cellular network carriers and other channel partners. Potential effects include financial instability; inability to obtain credit to finance operations and purchases of the Company's products; and insolvency.

A downturn in the economic environment could also lead to increased credit and collectibility risk on the Company's trade receivables; the failure of derivative counterparties and other financial institutions; limitations on the Company's ability to issue new debt; reduced liquidity; and declines in the fair value of the Company's financial instruments. These and other economic factors could materially adversely affect the Company's business, results of operations, financial condition and growth.

**Global markets for the Company's products and services are highly competitive and subject to rapid technological change, and the Company may be unable to compete effectively in these markets.**

The Company's products and services are offered in highly competitive global markets characterized by aggressive price competition and resulting downward pressure on gross margins, frequent introduction of new products and services, short product life cycles, evolving industry standards, continual improvement in product price/performance characteristics, rapid adoption of technological advancements by competitors and price sensitivity on the part of consumers and businesses.

The Company's ability to compete successfully depends heavily on its ability to ensure a continuing and timely introduction of innovative new products, services and technologies to the marketplace. The Company believes it is unique in that it designs and develops nearly the entire solution for its products, including the hardware, operating system, numerous software applications and related services. As a result, the Company must make significant investments in R&D. There can be no assurance that these investments will achieve expected returns, and the Company may not be able to develop and market new products and services successfully.

The Company currently holds a significant number of patents, trademarks and copyrights and has registered, and applied to register, numerous patents, trademarks and copyrights. In contrast, many of the Company's competitors seek to compete primarily through aggressive pricing and very low cost structures, and emulating the Company's products and infringing on its intellectual property. If the Company is unable to continue to develop and sell innovative new products with attractive margins or if competitors infringe on the Company's intellectual property, the Company's ability to maintain a competitive advantage could be adversely affected.

The Company has a minority market share in the global smartphone, tablet and personal computer markets. The Company faces substantial competition in these markets from companies that have significant technical, marketing, distribution and other resources, as well as established hardware, software and digital content supplier relationships. In addition, some of the Company's competitors have broader product lines, lower- priced products and a larger installed base of active devices. Competition has been particularly intense as competitors have aggressively cut prices and lowered product margins. Certain competitors may have the resources, experience or cost structures to provide products at little or no profit or even at a loss.

Additionally, the Company faces significant competition as competitors attempt to imitate the Company's product features and applications within their own products or, alternatively, collaborate with each other to offer solutions that are more competitive than those they currently offer. The Company also expects competition to intensify as competitors attempt to imitate the Company's approach to providing components seamlessly within their individual offerings or work collaboratively to offer integrated solutions.

Some of the markets in which the Company competes, including the market for personal computers, have from time to time experienced little to no growth or contracted. In addition, an increasing number of internet- enabled devices that include software applications and are smaller, simpler and cheaper than traditional personal computers compete with some of the Company's existing products.

The Company's services also face substantial competition, including from companies that have significant resources and experience and have established service offerings with large customer bases. The Company competes with business models that provide content to users for free. The Company also competes with illegitimate means to obtain third- party digital content and applications.

The Company's financial condition and operating results depend substantially on the Company's ability to continually improve its products and services in order to maintain their functional and design advantages. There can be no assurance the Company will be able to continue to provide products and services that compete effectively.

**To remain competitive and stimulate customer demand, the Company must successfully manage frequent introductions and transitions of products and services.**

Due to the highly volatile and competitive nature of the industries in which the Company competes, the Company must continually introduce new products, services and technologies, enhance existing products and services, effectively stimulate customer demand for new and upgraded products and services and successfully manage the transition to these new and upgraded products and services. The success of new product and service introductions depends on a number of factors including, but not limited to, timely and successful development, market acceptance, the Company's ability to manage the risks associated with new product production ramp- up issues, the availability of application software for new products, the effective management of purchase commitments and inventory levels in line with anticipated product demand, the availability of products in appropriate quantities and at expected costs to meet anticipated demand and the risk that new products and services may have quality or other defects or deficiencies. Accordingly, the Company cannot determine in advance the ultimate effect of new product and service introductions and transitions.

**The Company depends on the performance of carriers, wholesalers, retailers and other resellers.**

The Company distributes its products through cellular network carriers, wholesalers, retailers and resellers, many of whom distribute products from competing manufacturers. The Company also sells its products and third- party products in most of its major markets directly to education, enterprise and government customers and consumers and small and mid- sized businesses through its retail and online stores.

Some carriers providing cellular network service for iPhone offer financing, installment payment plans or subsidies for users' purchases of the device. There is no assurance that such offers will be continued at all or in the same amounts upon renewal of the Company's agreements with these carriers or in agreements the Company enters into with new carriers.

The Company has invested and will continue to invest in programs to enhance reseller sales, including staffing selected resellers' stores with Company employees and contractors, and improving product placement displays. These programs could require a substantial investment while providing no assurance of return or incremental sales. The financial condition of these resellers could weaken, these resellers could stop distributing the Company's products, or uncertainty regarding demand for some or all of the Company's products could cause resellers to reduce their ordering and marketing of the Company's products.

**The Company faces substantial inventory and other asset risk in addition to purchase commitment cancellation risk.**

The Company records a write- down for product and component inventories that have become obsolete or exceed anticipated demand, or for which cost exceeds net realizable value. The Company also accrues necessary cancellation fee reserves for orders of excess products and components. The Company reviews long- lived assets, including capital assets held at its suppliers' facilities and inventory prepayments, for impairment whenever events or circumstances indicate the assets may not be recoverable. If the Company determines that an impairment has occurred, it records a write- down equal to the amount by which the carrying value of the asset exceeds its fair value. Although the Company believes its inventory, capital assets, inventory prepayments and other assets and purchase commitments are currently recoverable, no assurance can be given that the Company will not incur write- downs, fees, impairments and other charges given the rapid and unpredictable pace of product obsolescence in the industries in which the Company competes.

The Company orders components for its products and builds inventory in advance of product announcements and shipments. Manufacturing purchase obligations cover the Company's forecasted component and manufacturing requirements, typically for periods up to 150 days. Because the Company's markets are volatile, competitive and subject to rapid technology and price changes, there is a risk the Company will forecast incorrectly and order or produce excess or insufficient amounts of components or products, or not fully utilize firm purchase commitments.

**Future operating results depend upon the Company's ability to obtain components in sufficient quantities on commercially reasonable terms.**

Because the Company currently obtains certain components from single or limited sources, the Company is subject to significant supply and pricing risks. Many components, including those that are available from multiple sources, are at times subject to industry- wide shortages and significant commodity pricing fluctuations that could materially adversely affect the Company's financial condition and operating results. While the Company has entered into agreements for the supply of many components, there can be no assurance that the Company will be able to extend or renew these agreements on similar terms, or at all. Component suppliers may suffer from poor financial conditions, which can lead to business failure for the supplier or consolidation within a particular industry, further limiting the Company's ability to obtain sufficient quantities of components on commercially reasonable terms. The effects of global or regional economic conditions on the Company's suppliers, described in "Global and regional economic conditions could materially adversely affect the Company's business, results of operations, financial condition and growth" above, also could affect the Company's ability to obtain components. Therefore, the Company remains subject to significant risks of supply shortages and price increases that could materially adversely affect its financial condition and operating results.

The Company's new products often utilize custom components available from only one source. When a component or product uses new technologies, initial capacity constraints may exist until the suppliers' yields have matured or manufacturing capacity has increased. Continued availability of these components at acceptable prices, or at all, may be affected for any number of reasons, including if suppliers decide to concentrate on the production of common components instead of components customized to meet the Company's requirements. If the Company's supply of components for a new or existing product were delayed or constrained, or if an outsourcing partner delayed shipments of completed products to the Company, the Company's financial condition and operating results could be materially adversely affected. The Company's business and financial performance could also be materially adversely affected depending on the time required to obtain sufficient quantities from the original source, or to identify and obtain sufficient quantities from an alternative source.

**The Company depends on component and product manufacturing and logistical services provided by outsourcing partners, many of which are located outside of the U.S.**

Substantially all of the Company's manufacturing is performed in whole or in part by outsourcing partners located primarily in Asia. A significant concentration of this manufacturing is currently performed by a small number of outsourcing partners, often in single locations. The Company has also outsourced much of its transportation and logistics management. While these arrangements may lower operating costs, they also reduce the Company's direct control over production and distribution. Such diminished control may have an adverse effect on the quality or quantity of products or services, or the Company's flexibility to respond to changing conditions. Although arrangements with these partners may contain provisions for warranty expense reimbursement, the Company may remain responsible to the consumer for warranty service in the event of product defects and could experience an unanticipated product defect or warranty liability. While the Company relies on its partners to adhere to its supplier code of conduct, material violations of the supplier code of conduct could occur.

The Company relies on single- sourced outsourcing partners in the U.S., Asia and Europe to supply and manufacture many components, and on outsourcing partners primarily located in Asia, for final assembly of substantially all of the Company's hardware products. Any failure of these partners to perform may have a negative impact on the Company's cost or supply of components or finished goods. In addition, manufacturing or logistics in these locations or transit to final destinations may be disrupted for a variety of reasons including, but not limited to, natural and man- made disasters, information technology system failures, commercial disputes, military actions, economic, business, labor, environmental, public health or political issues, or international trade disputes.

The Company has invested in manufacturing process equipment, much of which is held at certain of its outsourcing partners, and has made prepayments to certain of its suppliers associated with long- term supply agreements. While these arrangements help ensure the supply of components and finished goods, if these outsourcing partners or suppliers experience severe financial problems or other disruptions in their business, such continued supply could be reduced or terminated and the recoverability of manufacturing process equipment or prepayments could be negatively impacted.

**The Company's products and services may be affected from time to time by design and manufacturing defects that could materially adversely affect the Company's business and result in harm to the Company's reputation.**

The Company offers complex hardware and software products and services that can be affected by design and manufacturing defects. Sophisticated operating system software and applications, such as those offered by the Company, often have issues that can unexpectedly interfere with the intended operation of hardware or software products. Defects may also exist in components and products the Company purchases from third parties. Component defects could make the Company's products unsafe and create a risk of environmental or property damage and personal injury. These risks may increase as the Company's products are introduced into specialized applications, including healthcare. In addition, the Company's service offerings may have quality issues and from time to time experience outages, service slowdowns or errors. As a result, the Company's services may not perform as anticipated and may not meet customer expectations. There can be no assurance the Company will be able to detect and fix all issues and defects in the hardware, software and services it offers. Failure to do so could result in widespread technical and performance issues affecting the Company's products and services. In addition, the Company may be exposed to product liability claims, recalls, product replacements or modifications, write- offs of inventory, property, plant and equipment, and/or intangible assets, and significant warranty and other expenses, including litigation costs and regulatory fines. Quality problems could also adversely affect the experience for users of the Company's products and services, and result in harm to the Company's reputation, loss of competitive advantage, poor market acceptance, reduced demand for products and services, delay in new product and services introductions and lost sales.

**The Company relies on access to third- party digital content, which may not be available to the Company on commercially reasonable terms or at all.**

The Company contracts with numerous third parties to offer their digital content to customers. This includes the right to sell currently available music, movies, TV shows and books. The licensing or other distribution arrangements with these third parties are for relatively short terms and do not guarantee the continuation or renewal of these arrangements on reasonable terms, if at all. Some third- party content providers and distributors currently or in the future may offer competing products and services, and could take action to make it more difficult or impossible for the Company to license or otherwise distribute their content in the future. Other content owners, providers or distributors may seek to limit the Company's access to, or increase the cost of, such content. The Company may be unable to continue to offer a wide variety of content at reasonable prices with acceptable usage rules, or continue to expand its geographic reach. Failure to obtain the right to make third- party digital content available, or to make such content available on commercially reasonable terms, could have a material adverse impact on the Company's financial condition and operating results.

Some third- party digital content providers require the Company to provide digital rights management and other security solutions. If requirements change, the Company may have to develop or license new technology to provide these solutions. There is no assurance the Company will be able to develop or license such solutions at a reasonable cost and in a timely manner. In addition, certain countries have passed or may propose and adopt legislation that would force the Company to license its digital rights management, which could lessen the protection of content and subject it to piracy and also could negatively affect arrangements with the Company's content providers.

**The Company's future performance depends in part on support from third- party software developers.**

The Company believes decisions by customers to purchase its hardware products depend in part on the availability of third- party software applications and services. There is no assurance that third- party developers will continue to develop and maintain software applications and services for the Company's products. If third- party software applications and services cease to be developed and maintained for the Company's products, customers may choose not to buy the Company's products.

The Company believes the availability of third- party software applications and services for its products depends in part on the developers' perception and analysis of the relative benefits of developing, maintaining and upgrading such software and services for the Company's products compared to competitors' platforms, such as Android for smartphones and tablets and Windows for personal computers. This analysis may be based on factors such as the market position of the Company and its products, the anticipated revenue that may be generated, expected future growth of product sales and the costs of developing such applications and services.

The Company's minority market share in the global smartphone, tablet and personal computer markets could make developers less inclined to develop or upgrade software for the Company's products and more inclined to devote their resources to developing and upgrading software for competitors' products with larger market share. If developers focus their efforts on these competing platforms, the availability and quality of applications for the Company's devices may suffer.

The Company relies on the continued availability and development of compelling and innovative software applications for its products. The Company's products and operating systems are subject to rapid technological change, and if third- party developers are unable to or choose not to keep up with this pace of change, third- party applications might not take advantage of these changes to deliver improved customer experiences or might not operate correctly and may result in dissatisfied customers.

The Company sells and delivers third- party applications for its products through the App Store, Mac App Store and TV App Store. The Company retains a commission from sales through these platforms. If developers reduce their use of these platforms to distribute their applications and offer in- app purchases to customers, then the volume of sales, and the commission that the Company earns on those sales, would decrease.

**The Company relies on access to third- party intellectual property, which may not be available to the Company on commercially reasonable terms or at all.**

Many of the Company's products include third- party intellectual property, which requires licenses from those third parties. Based on past experience and industry practice, the Company believes such licenses generally can be obtained on reasonable terms. There is, however, no assurance that the necessary licenses can be obtained on acceptable terms or at all. Failure to obtain the right to use third- party intellectual property, or to use such intellectual property on commercially reasonable terms, could preclude the Company from selling certain products or services, or otherwise have a material adverse impact on the Company's financial condition and operating results.

**The Company could be impacted by unfavorable results of legal proceedings, such as being found to have infringed on intellectual property rights.**

The Company is subject to various legal proceedings and claims that have arisen in the ordinary course of business and have not yet been fully resolved, and new claims may arise in the future. In addition, agreements entered into by the Company sometimes include indemnification provisions which may subject the Company to costs and damages in the event of a claim against an indemnified third party.

Claims against the Company based on allegations of patent infringement or other violations of intellectual property rights have generally increased over time and may continue to increase. In particular, the Company has historically faced a significant number of patent claims relating to its cellular- enabled products, and new claims may arise in the future. For example, technology and other patent- holding companies frequently assert their patents and seek royalties and often enter into litigation based on allegations of patent infringement or other violations of intellectual property rights. The Company is vigorously defending infringement actions in courts in a number of U.S. jurisdictions and before the U.S. International Trade Commission, as well as internationally in various countries. The plaintiffs in these actions frequently seek injunctions and substantial damages.

Regardless of the merit of particular claims, litigation may be expensive, time consuming, disruptive to the Company's operations and distracting to management. In recognition of these considerations, the Company may enter into licensing agreements or other arrangements to settle litigation and resolve such disputes. No assurance can be given that such agreements can be obtained on acceptable terms or that litigation will not occur. These agreements may also significantly increase the Company's cost of sales and operating expenses.

Except as described in Part I, Item 1 of this Form 10- Q in the Notes to Condensed Consolidated Financial Statements in Note 10, "Commitments and Contingencies" under the heading "Contingencies," in the opinion of management, there was not at least a reasonable possibility the Company may have incurred a material loss, or a material loss in excess of a recorded accrual, with respect to loss contingencies for asserted legal and other claims, including matters related to infringement of intellectual property rights.

The outcome of litigation is inherently uncertain. If one or more legal matters were resolved against the Company or an indemnified third party in a reporting period for amounts in excess of management's expectations, the Company's financial condition and operating results for that reporting period could be materially adversely affected. Further, such an outcome could result in significant compensatory, punitive or trebled monetary damages, disgorgement of revenue or profits, remedial corporate measures or injunctive relief against the Company that could materially adversely affect its financial condition and operating results.

While the Company maintains insurance coverage for certain types of claims, such insurance coverage may be insufficient to cover all losses or all types of claims that may arise.

**The Company is subject to laws and regulations worldwide, changes to which could increase the Company's costs and individually or in the aggregate adversely affect the Company's business.**

The Company is subject to laws and regulations affecting its domestic and international operations in a number of areas. These U.S. and foreign laws and regulations affect the Company's activities in areas including, but not limited to, labor, advertising, digital content, consumer protection, real estate, billing, e- commerce, promotions, quality of services, telecommunications, mobile communications and media, television, intellectual property ownership and infringement, tax, import and export requirements, anti- corruption, foreign exchange controls and cash repatriation restrictions, data privacy and data localization requirements, anti- competition, environmental, health and safety.

By way of example, laws and regulations related to mobile communications and media devices in the many jurisdictions in which the Company operates are extensive and subject to change. Such changes could include, among others, restrictions on the production, manufacture, distribution and use of devices, locking devices to a carrier's network, or mandating the use of devices on more than one carrier's network. These devices are also subject to certification and regulation by governmental and standardization bodies, as well as by cellular network carriers for use on their networks. These certification processes are extensive and time consuming, and could result in additional testing requirements, product modifications, or delays in product shipment dates, or could preclude the Company from selling certain products.

Compliance with these laws, regulations and similar requirements may be onerous and expensive, and they may be inconsistent from jurisdiction to jurisdiction, further increasing the cost of compliance and doing business. Any such costs, which may rise in the future as a result of changes in these laws and regulations or in their interpretation, could individually or in the aggregate make the Company's products and services less attractive to the Company's customers, delay the introduction of new products in one or more regions, or cause the Company to change or limit its business practices. The Company has implemented policies and procedures designed to ensure compliance with applicable laws and regulations, but there can be no assurance that the Company's employees, contractors, or agents will not violate such laws and regulations or the Company's policies and procedures.

**The Company's business is subject to the risks of international operations.**

The Company derives a majority of its net sales and earnings from its international operations. Compliance with applicable U.S. and foreign laws and regulations, such as import and export requirements, anti- corruption laws, tax laws, foreign exchange controls and cash repatriation restrictions, data privacy and data localization requirements, environmental laws, labor laws and anti- competition regulations, increases the costs of doing business in foreign jurisdictions. Although the Company has implemented policies and procedures to comply with these laws and regulations, a violation by the Company's employees, contractors or agents could nevertheless occur. In some cases, compliance with the laws and regulations of one country could violate the laws and regulations of another country. Violations of these laws and regulations could materially adversely affect the Company's brand, international growth efforts and business.

The Company also could be significantly affected by other risks associated with international activities including, but not limited to, economic and labor conditions, increased duties, taxes and other costs, political instability and international trade disputes. Gross margins on the Company's products in foreign countries, and on products that include components obtained from foreign suppliers, could be materially adversely affected by international trade regulations, including duties, tariffs and antidumping penalties. The Company is also exposed to credit and collectibility risk on its trade receivables with customers in certain international markets. There can be no assurance the Company can effectively limit its credit risk and avoid losses.

**The Company's retail stores have required and will continue to require a substantial investment and commitment of resources and are subject to numerous risks and uncertainties.**

The Company's retail stores have required substantial investment in equipment and leasehold improvements, information systems, inventory and personnel. The Company also has entered into substantial operating lease commitments for retail space. Certain stores have been designed and built to serve as high- profile venues to promote brand awareness. Because of their unique design elements, locations and size, these stores require substantially more investment than the Company's more typical retail stores. Due to the high cost structure associated with the Company's retail stores, a decline in sales or the closure or poor performance of individual or multiple stores could result in significant lease termination costs, write- offs of equipment and leasehold improvements and severance costs.

The Company's retail operations are subject to many factors that pose risks and uncertainties and could adversely impact the Company's financial condition and operating results, including macro- economic factors that could have an adverse effect on general retail activity. Other factors include, but are not limited to, the Company's ability to manage costs associated with retail store construction and operation; manage relationships with existing retail partners; manage costs associated with fluctuations in the value of retail inventory; and obtain and renew leases in quality retail locations at a reasonable cost.

**Investment in new business strategies and acquisitions could disrupt the Company's ongoing business and present risks not originally contemplated.**

The Company has invested, and in the future may invest, in new business strategies or acquisitions. Such endeavors may involve significant risks and uncertainties, including distraction of management from current operations, greater than expected liabilities and expenses, inadequate return of capital and unidentified issues not discovered in the Company's due diligence. These new ventures are inherently risky and may not be successful.

**The Company's business and reputation may be impacted by information technology system failures or network disruptions.**

The Company may be subject to information technology system failures or network disruptions caused by natural disasters, accidents, power disruptions, telecommunications failures, acts of terrorism or war, computer viruses, physical or electronic break- ins, or other events or disruptions. System redundancy and other continuity measures may be ineffective or inadequate, and the Company's business continuity and disaster recovery planning may not be sufficient for all eventualities. Such failures or disruptions could adversely impact the Company's business by, among other things, preventing access to the Company's online services, interfering with customer transactions or impeding the manufacturing and shipping of the Company's products. These events could materially adversely affect the Company's reputation, financial condition and operating results.

**There may be losses or unauthorized access to or releases of confidential information, including personally identifiable information, that could subject the Company to significant reputational, financial, legal and operational consequences.**

The Company's business requires it to use and store confidential information including, among other things, personally identifiable information ("PII") with respect to the Company's customers and employees. The Company devotes significant resources to network and data security, including through the use of encryption and other security measures intended to protect its systems and data. But these measures cannot provide absolute security, and losses or unauthorized access to or releases of confidential information occur and could materially adversely affect the Company's reputation, financial condition and operating results.

The Company's business also requires it to share confidential information with suppliers and other third parties. Although the Company takes steps to secure confidential information that is provided to third parties, such measures are not always effective and losses or unauthorized access to or releases of confidential information occur and could materially adversely affect the Company's reputation, financial condition and operating results.

For example, the Company may experience a security breach impacting the Company's information technology systems that compromises the confidentiality, integrity or availability of confidential information. Such an incident could, among other things, impair the Company's ability to attract and retain customers for its products and services, impact the Company's stock price, materially damage supplier relationships, and expose the Company to litigation or government investigations, which could result in penalties, fines or judgments against the Company.

Although malicious attacks perpetrated to gain access to confidential information, including PII, affect many companies across various industries, the Company is at a relatively greater risk of being targeted because of its high profile and the value of the confidential information it creates, owns, manages, stores and processes.

The Company has implemented systems and processes intended to secure its information technology systems and prevent unauthorized access to or loss of sensitive data, including through the use of encryption and authentication technologies. As with all companies, these security measures may not be sufficient for all eventualities and may be vulnerable to hacking, employee error, malfeasance, system error, faulty password management or other irregularities. For example, third parties attempt to fraudulently induce employees or customers into disclosing user names, passwords or other sensitive information, which may in turn be used to access the Company's information technology systems. To help protect customers and the Company, the Company monitors its services and systems for unusual activity and may freeze accounts under suspicious circumstances, which, among other things, may result in the delay or loss of customer orders or impede customer access to the Company's products and services.

In addition to the risks relating to general confidential information described above, the Company may also be subject to specific obligations relating to health data and payment card data. Health data may be subject to additional privacy, security and breach notification requirements, and the Company may be subject to audit by governmental authorities regarding the Company's compliance with these obligations. If the Company fails to adequately comply with these rules and requirements, or if health data is handled in a manner not permitted by law or under the Company's agreements with healthcare institutions, the Company could be subject to litigation or government investigations, may be liable for associated investigatory expenses, and could also incur significant fees or fines.

Under payment card rules and obligations, if cardholder information is potentially compromised, the Company could be liable for associated investigatory expenses and could also incur significant fees or fines if the Company fails to follow payment card industry data security standards. The Company could also experience a significant increase in payment card transaction costs or lose the ability to process payment cards if it fails to follow payment card industry data security standards, which would materially adversely affect the Company's reputation, financial condition and operating results.

While the Company maintains insurance coverage that is intended to address certain aspects of data security risks, such insurance coverage may be insufficient to cover all losses or all types of claims that may arise.

**The Company's business is subject to a variety of U.S. and international laws, rules, policies and other obligations regarding data protection.**

The Company is subject to federal, state and international laws relating to the collection, use, retention, security and transfer of PII. In many cases, these laws apply not only to third- party transactions, but also may restrict transfers of PII among the Company and its international subsidiaries. Several jurisdictions have passed laws in this area, and other jurisdictions are considering imposing additional restrictions. These laws continue to develop and may be inconsistent from jurisdiction to jurisdiction. Complying with emerging and changing international requirements may cause the Company to incur substantial costs or require the Company to change its business practices. Noncompliance could result in significant penalties or legal liability.

The Company makes statements about its use and disclosure of PII through its privacy policy, information provided on its website and press statements. Any failure by the Company to comply with these public statements or with other federal, state or international privacy-related or data protection laws and regulations could result in proceedings against the Company by governmental entities or others. In addition to reputational impacts, penalties could include ongoing audit requirements and significant legal liability.

**The Company's success depends largely on the continued service and availability of key personnel.**

Much of the Company's future success depends on the continued availability and service of key personnel, including its Chief Executive Officer, executive team and other highly skilled employees. Experienced personnel in the technology industry are in high demand and competition for their talents is intense, especially in Silicon Valley, where most of the Company's key personnel are located.

**The Company's business may be impacted by political events, international trade disputes, war, terrorism, natural disasters, public health issues, industrial accidents and other business interruptions.**

Political events, international trade disputes, war, terrorism, natural disasters, public health issues, industrial accidents and other business interruptions could harm or disrupt international commerce and the global economy, and could have a material adverse effect on the Company and its customers, suppliers, contract manufacturers, logistics providers, distributors, cellular network carriers and other channel partners.

International trade disputes could result in tariffs and other protectionist measures that could adversely affect the Company's business. Tariffs could increase the cost of the Company's products and the components and raw materials that go into making them. These increased costs could adversely impact the gross margin that the Company earns on its products. Tariffs could also make the Company's products more expensive for customers, which could make the Company's products less competitive and reduce consumer demand. Countries may also adopt other protectionist measures that could limit the Company's ability to offer its products and services. Political uncertainty surrounding international trade disputes and protectionist measures could also have a negative effect on consumer confidence and spending, which could adversely affect the Company's business.

Many of the Company's operations and facilities as well as critical business operations of the Company's suppliers and contract manufacturers are in locations that are prone to earthquakes and other natural disasters. In addition, such operations and facilities are subject to the risk of interruption by fire, power shortages, nuclear power plant accidents and other industrial accidents, terrorist attacks and other hostile acts, labor disputes, public health issues and other events beyond the Company's control. Global climate change could result in certain types of natural disasters occurring more frequently or with more intense effects. Such events could make it difficult or impossible for the Company to manufacture and deliver products to its customers, create delays and inefficiencies in the Company's supply and manufacturing chain, and result in slowdowns and outages to the Company's service offerings. Following an interruption to its business, the Company could require substantial recovery time, experience significant expenditures in order to resume operations, and lose significant sales. Because the Company relies on single or limited sources for the supply and manufacture of many critical components, a business interruption affecting such sources would exacerbate any negative consequences to the Company.

The Company's operations are also subject to the risks of industrial accidents at its suppliers and contract manufacturers. While the Company's suppliers are required to maintain safe working environments and operations, an industrial accident could occur and could result in disruption to the Company's business and harm to the Company's reputation. Should major public health issues, including pandemics, arise, the Company could be adversely affected by more stringent employee travel restrictions, additional limitations in freight services, governmental actions limiting the movement of products between regions, delays in production ramps of new products and disruptions in the operations of the Company's suppliers and contract manufacturers.

**The Company expects its quarterly net sales and operating results to fluctuate.**

The Company's profit margins vary across its products, services, geographic segments and distribution channels. For example, gross margins on the Company's hardware products vary across product lines and can change over time as a result of product transitions, pricing and configuration changes, and component, warranty and other cost fluctuations. The Company's financial results may be materially adversely impacted as a result of shifts in the mix of products and services that the Company sells; shifts in the geographic, currency or channel mix of the Company's sales; component cost increases; price competition; or the introduction of new products, including new products with higher cost structures.

The Company has typically experienced higher net sales in its first quarter compared to other quarters due in part to seasonal holiday demand. Additionally, new product introductions can significantly impact net sales, product costs and operating expenses. Further, the Company generates a majority of its net sales from a single product and a decline in demand for that product could significantly impact quarterly net sales. The Company could also be subject to unexpected developments, such as lower- than- anticipated demand for the Company's products, issues with new product introductions, information technology system failures or network disruptions, or failure of one of the Company's logistics, components supply, or manufacturing partners.

**The Company's stock price is subject to volatility.**

The Company's stock price has experienced substantial price volatility in the past and may continue to do so in the future. Additionally, the Company, the technology industry and the stock market as a whole have experienced extreme stock price and volume fluctuations that have affected stock prices in ways that may have been unrelated to these companies' operating performance. Price volatility over a given period may cause the average price at which the Company repurchases its own stock to exceed the stock's price at a given point in time. The Company believes its stock price should reflect expectations of future growth and profitability. The Company also believes its stock price should reflect expectations that its cash dividend will continue at current levels or grow, and that its current share repurchase program will be fully consummated. Future dividends are subject to declaration by the Company's Board of Directors, and the Company's share repurchase program does not obligate it to acquire any specific number of shares. If the Company fails to meet expectations related to future growth, profitability, dividends, share repurchases or other market expectations, its stock price may decline significantly, which could have a material adverse impact on investor confidence and employee retention.

**The Company's financial performance is subject to risks associated with changes in the value of the U.S. dollar relative to local currencies.**

The Company's primary exposure to movements in foreign currency exchange rates relates to non–U.S. dollar–denominated sales, cost of sales and operating expenses worldwide. Gross margins on the Company's products in foreign countries and on products that include components obtained from foreign suppliers could be materially adversely affected by foreign currency exchange rate fluctuations.

Weakening of foreign currencies relative to the U.S. dollar adversely affects the U.S. dollar value of the Company's foreign currency–denominated sales and earnings, and generally leads the Company to raise international pricing, potentially reducing demand for the Company's products. In some circumstances, for competitive or other reasons, the Company may decide not to raise international pricing to offset the U.S. dollar's strengthening, which would adversely affect the U.S. dollar value of the gross margins the Company earns on foreign currency–denominated sales.

Conversely, a strengthening of foreign currencies relative to the U.S. dollar, while generally beneficial to the Company's foreign currency–denominated sales and earnings, could cause the Company to reduce international pricing and incur losses on its foreign currency derivative instruments, thereby limiting the benefit. Additionally, strengthening of foreign currencies may increase the Company's cost of product components denominated in those currencies, thus adversely affecting gross margins.

The Company uses derivative instruments, such as foreign currency forward and option contracts, to hedge certain exposures to fluctuations in foreign currency exchange rates. The use of such hedging activities may not be effective to offset any, or more than a portion, of the adverse financial effects of unfavorable movements in foreign exchange rates over the limited time the hedges are in place.

**The Company is exposed to credit risk and fluctuations in the values of its investment portfolio.**

The Company's investments can be negatively affected by liquidity, credit deterioration, financial results, market and economic conditions, political risk, sovereign risk, interest rate fluctuations or other factors. As a result, the value and liquidity of the Company's cash, cash equivalents, and marketable and non- marketable securities may fluctuate substantially. Therefore, although the Company has not realized any significant losses on its cash, cash equivalents, and marketable and non- marketable securities, future fluctuations in their value could result in significant losses and could have a material adverse impact on the Company's financial condition and operating results.

**The Company is exposed to credit risk on its trade accounts receivable, vendor non- trade receivables and prepayments related to long- term supply agreements, and this risk is heightened during periods when economic conditions worsen.**

The Company distributes its products through third- party cellular network carriers, wholesalers, retailers and resellers. The Company also sells its products directly to small and mid- sized businesses and education, enterprise and government customers. A substantial majority of the Company's outstanding trade receivables are not covered by collateral, third- party bank support or financing arrangements, or credit insurance. The Company's exposure to credit and collectibility risk on its trade receivables is higher in certain international markets and its ability to mitigate such risks may be limited. The Company also has unsecured vendor non- trade receivables resulting from purchases of components by outsourcing partners and other vendors that manufacture sub- assemblies or assemble final products for the Company. In addition, the Company has made prepayments associated with long- term supply agreements to secure supply of inventory components. As of December 29, 2018, a significant portion of the Company's trade receivables was concentrated within cellular network carriers, and its vendor non- trade receivables and prepayments related to long- term supply agreements were concentrated among a few individual vendors located primarily in Asia. While the Company has procedures to monitor and limit exposure to credit risk on its trade and vendor non- trade receivables, as well as long- term prepayments, there can be no assurance such procedures will effectively limit its credit risk and avoid losses.

**The Company could be subject to changes in its tax rates, the adoption of new U.S. or international tax legislation or exposure to additional tax liabilities.**

The Company is subject to taxes in the U.S. and numerous foreign jurisdictions, including Ireland, where a number of the Company's subsidiaries are organized. Due to economic and political conditions, tax rates in various jurisdictions may be subject to significant change. The Company's effective tax rates could be affected by changes in the mix of earnings in countries with differing statutory tax rates, changes in the valuation of deferred tax assets and liabilities, or changes in tax laws or their interpretation, including in the U.S. and Ireland.

The Company is also subject to the examination of its tax returns and other tax matters by the U.S. Internal Revenue Service and other tax authorities and governmental bodies. The Company regularly assesses the likelihood of an adverse outcome resulting from these examinations to determine the adequacy of its provision for taxes. There can be no assurance as to the outcome of these examinations. If the Company's effective tax rates were to increase, particularly in the U.S. or Ireland, or if the ultimate determination of the Company's taxes owed is for an amount in excess of amounts previously accrued, the Company's financial condition, operating results and cash flows could be materially adversely affected.

**Item 2. Unregistered Sales of Equity Securities and Use of Proceeds**

**Purchases of Equity Securities by the Issuer and Affiliated Purchasers**

Share repurchase activity during the three months ended December 29, 2018 was as follows (in millions, except number of shares, which are reflected in thousands, and per share amounts):

| Periods | Total Number of Shares Purchased | Average Price Paid Per Share | Total Number of Shares Purchased as Part of Publicly Announced Plans or Programs | Approximate Dollar Value of Shares That May Yet Be Purchased Under the Plans or Programs [1] |
|---|---|---|---|---|
| September 30, 2018 to November 3, 2018: | | | | |
| Open market and privately negotiated purchases | 31,343 | $ 219.71 | 31,343 | |
| November 4, 2018 to December 1, 2018: | | | | |
| Open market and privately negotiated purchases | 6,681 | $ 202.07 | 6,681 | |
| December 2, 2018 to December 29, 2018: | | | | |
| Open market and privately negotiated purchases | — | $ — | — | |
| Total | 38,024 | | | $ 62,734 |

[1] On May 1, 2018, the Company announced the Board of Directors had authorized a program to repurchase up to $100 billion of the Company's common stock, of which $37.3 billion had been utilized as of December 29, 2018. The remaining $62.7 billion in the table represents the amount available to repurchase shares under the authorized repurchase program as of December 29, 2018. The Company's share repurchase program does not obligate it to acquire any specific number of shares. Under this program, shares may be repurchased in privately negotiated and/or open market transactions, including under plans complying with Rule 10b5-1 under the Exchange Act.

**Item 3. Defaults Upon Senior Securities**

None.

**Item 4. Mine Safety Disclosures**

Not applicable.

**Item 5. Other Information**

None.

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

January 30, 2019 Apple Inc.

By: /s/ Luca Maestri
      Luca Maestri
      Senior Vice President,
      Chief Financial Officer

Apple Inc. | Q1 2019 Form 10- Q | 46

# EXHIBIT 48



Equity Research | Instant Insights

3 January 2018

| Mark Moskowitz | +1 415 263 4456 | mark.moskowitz@barclays.com | BCI, US |
| Daniel Gaide | +1 212 526 2912 | daniel.gaide@barclays.com | BCI, US |
| Chang Liu, CFA | +1 212 526 2806 | chang.liu@barclays.com | BCI, US |
| Kevin Feeney | +1 212 526 7952 | kevin.feeney@barclays.com | BCI, US |

Completed: 03-Jan-18, 14:40 GMT

Released: 03-Jan-18, 14:40 GMT

## Apple, Inc.

# $29 Battery Replacement: Good PR Move, Might Not Be So Good for Units

**Stock Rating/Industry View:** Equal Weight/Neutral
**Price Target:** USD 162.00
**Price (02-Jan-2018):** USD 172.26
**Potential Upside/Downside:** -6%
**Tickers:** AAPL

---

### Apple's Apology

**$29 to replace one's old iPhone battery.** Amidst public criticism and lawsuits over slowing down older iPhones, Apple recently decided to offer battery replacement for $29, reduced from $79 cost previously, starting Jan 2nd and throughout 2018. While this is a good PR move for Apple to resolve the issue, we are concerned it could be a mild headwind for iPhone unit sales if more iPhone users decide to take the offer instead of upgrading to a new device. Our base case scenario analysis suggests that around 16M iPhone units could be at risk in C2018 due to the battery replacement offer, creating 4% downside risk to our current C2018 revenue estimate.

**Why this offer could be significant:** We believe the $29 offer could be significant for several reasons: 1) This incident has caused significantly higher public awareness of Apple's behavior, and thereby, the $29 offer. 2) $29 is affordable, and it will provide a significant boost in speed (from 600MHz to 1400MHz for an iPhone 6). 3) Our August Wireless survey (Technology: Wireless Subscriber Survey, 8/9/17) suggests battery drain is No.1 reason for users to upgrade to new device – therefore, a new battery may deter some upgrade intention. 4) Apple allows for replacement regardless of the diagnostic test result. Given the same form factor from IP6 to IP8, some customers may prefer the battery swap over upgrading.

**Our math behind the base case -** According to iPhone adoption data from Mixpanel (a data analytics vendor), as of Jan 2nd, 77% of iPhone users are using iPhone 6, 6 Plus, 6s, 6s Plus, 7, 7 Plus, and SE. Based on a conservative estimate of 675M total iPhone installed base as of Dec-Q, this implies 519M users are subject to or mostly "eligible" for this offer. Due to the large base, even a small percentage opting for battery replacement over upgrade could have meaningful impact on iPhone sales. In our base case scenario, 10% of those 519M users take the $29 offer, and around 30% of them decide not to buy a new iPhone this year. This means around 16M iPhone sales could be at risk, creating ~4% downside to our current revenue estimate for C2018. We also provide scenario analysis tables on units and revenue impact with a wider range of assumptions on percentage that takes the offer and those that choose not to upgrade in C2018.

**"Battery-gate" recap:** Since late December, Apple admitted that it slowed down older iPhone performance after iOS update to prevent shut-down from aging batteries. Users have reported their iPhone 6 CPU speed has been reduced to 600MHz from 1400MHz after iOS update, and it goes back to 1400MHz after battery replacement. Although the slowdown is not designed to force users to buy new iPhones, many customers are angry and over 16 have filed lawsuits against Apple for failure to inform consumers before they update their iOS. Last week on December 28th, Apple issued a public apology and offered $29 battery replacement for out-of-warranty devices.

**Our view on stock:** We maintain our neutral stance on AAPL stock for several reasons. On positive side, tax reform and steady services growth continue to support Apple's high multiples. On negative side, we are concerned Street remains too optimistic about iPhone X super cycle. Now with the $29 battery replacement offer, more users may choose to stick with their old iPhone for a little longer. For iPhone units, we model 77M and 56M for Dec-Q and Mar-Q, vs. consensus of 79M and 62M.

**Topic "iPhone Slowdown" spiked recently on Google Trends**

Search Interest Level



Source: Google Trends, Barclays Research

**iPhone installed base breakdown estimate**

| | 675 | % of total |
|---|---|---|
| Current iPhone installed base estimate (M) | 675 | |
| - iPhone 6 | 97 | 14% |
| - iPhone 6 Plus | 25 | 4% |
| - iPhone 6s | 115 | 17% |
| - iPhone 6s Plus | 37 | 6% |
| - iPhone 7 | 127 | 19% |
| - iPhone 7 Plus | 85 | 13% |
| - iPhone SE | 34 | 5% |
| **Total units eligible for battery offer (M)** | **519** | **77%** |

Source: Barclays Research, Mixpanel

**Calculation on iPhone customers with $29 battery replacement**

| % that takes $29 battery offer | Base | Bull | Bear |
|---|---|---|---|
| - iPhone 6 | 10% | 20% | 5% |
| - iPhone 6 Plus | 10% | 20% | 5% |
| - iPhone 6s | 14% | 24% | 7% |
| - iPhone 6s Plus | 14% | 24% | 7% |
| - iPhone 7 | 8% | 18% | 4% |
| - iPhone 7 Plus | 9% | 19% | 5% |
| - iPhone SE | 9% | 19% | 4% |
| **Overall** | **10%** | **20%** | **5%** |

| Units with battery replacement (M) | Base | Bull | Bear |
|---|---|---|---|
| - iPhone 6 | 10 | 19 | 5 |
| - iPhone 6 Plus | 2 | 5 | 1 |
| - iPhone 6s | 16 | 28 | 8 |
| - iPhone 6s Plus | 5 | 9 | 3 |
| - iPhone 7 | 10 | 23 | 5 |
| - iPhone 7 Plus | 8 | 16 | 4 |
| - iPhone SE | 3 | 6 | 1 |
| **Total** | **54** | **106** | **27** |
| Revenue from battery replacement ($M) | 1,568 | 3,072 | 784 |

Source: Barclays Research

**Analysis on unit and revenue impact from $29 battery offer**

| Analysis on $29 battery replacement offer | |
|---|---|
| Total eligible iPhone base (M) | 519 |
| % that takes $29 battery offer | 10% |
| Total units with battery replacement (M) | 54 |
| % opt for not to buy new iPhone | 30% |
| **Impact on upgrade units (M)** | **16** |
| Revenue from battery replacement ($M) | 1,568 |
| Impact on iPhone revenue ($M) | 11,858 |
| **Net revenue impact ($M)** | **10,290** |
| C2018 revenue currently modeled ($M) | 272,856 |
| % of annual revenue | 4% |

Source: Barclays Research

**Scenario analysis: Unit impact from $29 battery offer**

| % of legacy iPhone users that take the $29 battery swap offer | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 4% | 6% | 8% | 10% | 12% | 14% | 16% | 18% |
| 10% | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 15% | 3 | 5 | 7 | 8 | 10 | 11 | 13 | 14 |
| % that opt 20% | 5 | 7 | 9 | 11 | 13 | 15 | 17 | 19 |
| for battery 25% | 6 | 8 | 11 | 13 | 16 | 19 | 21 | 24 |
| swap and 30% | 7 | 10 | 13 | 16 | 19 | 22 | 25 | 29 |
| not 35% | 8 | 12 | 15 | 19 | 22 | 26 | 30 | 33 |
| upgrading 40% | 9 | 13 | 17 | 22 | 26 | 30 | 34 | 38 |
| 45% | 10 | 15 | 20 | 24 | 29 | 34 | 38 | 43 |
| 50% | 11 | 17 | 22 | 27 | 32 | 37 | 43 | 48 |

Source: Barclays Research

**Scenario analysis: Revenue impact from $29 battery offer**

| % of legacy iPhone users that take the $29 battery swap offer | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 4% | 6% | 8% | 10% | 12% | 14% | 16% | 18% |
| 10% | 1,002 | 1,455 | 1,908 | 2,362 | 2,815 | 3,268 | 3,722 | 4,175 |
| 15% | 1,843 | 2,676 | 3,510 | 4,344 | 5,178 | 6,011 | 6,845 | 7,679 |
| % that opt 20% | 2,684 | 3,898 | 5,112 | 6,326 | 7,540 | 8,754 | 9,968 | 11,183 |
| for battery 25% | 3,524 | 5,119 | 6,714 | 8,308 | 9,903 | 11,497 | 13,092 | 14,686 |
| swap and 30% | 4,365 | 6,340 | 8,315 | 10,290 | 12,265 | 14,240 | 16,215 | 18,190 |
| not 35% | 5,206 | 7,561 | 9,917 | 12,272 | 14,628 | 16,983 | 19,338 | 21,694 |
| upgrading 40% | 6,047 | 8,783 | 11,519 | 14,254 | 16,990 | 19,726 | 22,462 | 25,198 |
| 45% | 6,888 | 10,004 | 13,120 | 16,236 | 19,353 | 22,469 | 25,585 | 28,701 |
| 50% | 7,729 | 11,225 | 14,722 | 18,219 | 21,715 | 25,212 | 28,709 | 32,205 |

Source: Barclays Research

**Analyst(s) Certification(s):**

I, Mark Moskowitz, hereby certify (1) that the views expressed in this research report accurately reflect my personal views about any or all of the subject securities or issuers referred to in this research report and (2) no part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this research report.

**Important Disclosures:**

Barclays Capital Inc. and/or one of its affiliates does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Barclays Research is produced by the Investment Bank of Barclays Bank PLC and its affiliates (collectively and each individually, "Barclays").

**Availability of Disclosures:**

Where any companies are the subject of this research report, for current important disclosures regarding those companies please refer to https://publicresearch.barclays.com or alternatively send a written request to: Barclays Research Compliance, 745 Seventh Avenue, 13th Floor, New York, NY 10019 or call +1-212-526-1072.

The analysts responsible for preparing this research report have received compensation based upon various factors including the firm's total revenues, a portion of which is generated by investment banking activities, the profitability and revenues of the Markets business and the potential interest of the firm's investing clients in research with respect to the asset class covered by the analyst.

All authors contributing to this research report are Research Analysts unless otherwise indicated.

The publication date at the top of the report reflects the local time where the report was produced and may differ from the release date provided in GMT.

Analysts regularly conduct site visits to view the material operations of covered companies, but Barclays policy prohibits them from accepting payment or reimbursement by any covered company of their travel expenses for such visits.

In order to access Barclays Statement regarding Research Dissemination Policies and Procedures, please refer to https://publicresearch.barcap.com/static/S_ResearchDissemination.html. In order to access Barclays Research Conflict Management Policy Statement, please refer to: https://publicresearch.barcap.com/static/S_ConflictManagement.html.

Barclays Research Department produces various types of research including, but not limited to, fundamental analysis, equity-

linked analysis, quantitative analysis, and trade ideas. Recommendations contained in one type of Barclays Research may differ from those contained in other types of Barclays Research, whether as a result of differing time horizons, methodologies, or otherwise. The Barclays Research Department operates independently from the Absa Research Department. Absa Research is produced by Absa Bank Limited acting through its Corporate and Investment Bank division, which is a part of Barclays Africa Group Limited and affiliated with the Investment Bank of Barclays Bank PLC. Eligible clients may receive research reports from both research departments, which may reach different conclusions and may contain different and conflicting forecasts, recommendations, or trade ideas.

**Risk Disclosure(s)**

Master limited partnerships (MLPs) are pass-through entities structured as publicly listed partnerships. For tax purposes, distributions to MLP unit holders may be treated as a return of principal. Investors should consult their own tax advisors before investing in MLP units.

**Mentioned Stocks (Ticker, Date, Price)**

**Apple, Inc.** (AAPL, 02-Jan-2018, USD 172.26), Equal Weight/Neutral, A/CD/CE/D/E/J/K/L/M/N

**Valuation Methodology:** Our $162 price target is based on 7.5x and 13.5x our C2018 EBITDA and EPS estimates of $87 billion and $11.66, respectively.
**Risks which May Impede the Achievement of the Barclays Research Valuation and Price Target:** Potential factors that could drive the upside scenario include iPhone unit growth rebounds meaningfully (i.e., 10%-plus Y/Y), gross margin and ASP do not deteriorate, or the company introduces "what's next" opportunity that could emerge as a needle mover.

Potential factors that could drive the downside scenario include iPhone unit growth worsens due to elongating replacement cycles, gross margin and ASP deteriorate, or the company does not introduce "what's next" opportunity that could emerge as a needle mover.

**Ratings and Price Target History:**
Apple, Inc.
Currency=USD



Source: IDC, Barclays Research

| Publication Date | Closing Price | Rating | Adjusted Price Target |
|---|---|---|---|
| 02-Nov-2017 | 168.11 | | 162.00 |
| 13-Oct-2017 | 156.99 | | 161.00 |
| 01-Aug-2017 | 150.05 | | 146.00 |
| 31-Jan-2017 | 121.35 | | 123.00 |
| 24-Jan-2017 | 119.97 | Equal Weight | 117.00 |
| 26-Oct-2016 | 115.59 | | 119.00 |
| 29-Sep-2016 | 112.18 | | 114.00 |
| 15-Jul-2016 | 98.78 | | 115.00 |
| 27-Apr-2016 | 97.82 | | 121.00 |
| 20-Apr-2016 | 107.13 | | 131.00 |
| 27-Jan-2016 | 93.42 | | 142.00 |
| 14-Dec-2015 | 112.48 | | 150.00 |
| 28-Oct-2015 | 119.27 | | 155.00 |
| 14-Oct-2015 | 110.21 | Overweight | 150.00 |
| 27-Mar-2015 | 123.25 | Coverage Dropped | |
| 27-Jan-2015 | 109.14 | | 150.00 |

On 03-Jan-2015, prior to any intra-day change that may have been published, the rating for this security was Overweight, and the adjusted price target was 140.00.

Source: Thomson Reuters, Barclays Research

Historical stock prices and price targets may have been adjusted for stock splits and dividends.

**Disclosure Legend:**
**A:** Barclays Bank PLC and/or an affiliate has been lead manager or co-lead manager of a publicly disclosed offer of securities of the issuer in the previous 12 months.
**B:** An employee or non-executive director of Barclays Bank PLC and/or an affiliate is a director of this issuer.
**CD:** Barclays Bank PLC and/or an affiliate is a market-maker in debt securities issued by this issuer.
**CE:** Barclays Bank PLC and/or an affiliate is a market-maker in equity securities issued by this issuer.
**D:** Barclays Bank PLC and/or an affiliate has received compensation for investment banking services from this issuer in the past 12 months.
**E:** Barclays Bank PLC and/or an affiliate expects to receive or intends to seek compensation for investment banking services from this issuer within the next 3 months.
**FA:** Barclays Bank PLC and/or an affiliate beneficially owns 1% or more of a class of equity securities of this issuer, as calculated in accordance with US regulations.
**FB:** Barclays Bank PLC and/or an affiliate beneficially owns a long position of more than 0.5% of a class of equity securities of this issuer, as calculated in accordance with EU regulations.
**FC:** Barclays Bank PLC and/or an affiliate beneficially owns a short position of more than 0.5% of a class of equity securities of this issuer, as calculated in accordance with EU regulations.
**GD:** One of the analysts on the fundamental credit coverage team (or a member of his or her household) has a financial interest in the debt or equity securities of this issuer.
**GE:** One of the analysts on the fundamental equity coverage team (or a member of his or her household) has a financial interest in the debt or equity securities of this issuer.
**H:** This issuer beneficially owns more than 5% of any class of common equity securities of Barclays PLC.
**I:** Barclays Bank PLC and/or an affiliate is party to an agreement with this issuer for the provision of financial services to Barclays Bank PLC and/or an affiliate.
**J:** Barclays Bank PLC and/or an affiliate is a liquidity provider and/or trades regularly in the securities of this issuer and/or in any related derivatives.
**K:** Barclays Bank PLC and/or an affiliate has received non-investment banking related compensation (including compensation for brokerage services, if applicable) from this issuer within the past 12 months.
**L:** This issuer is, or during the past 12 months has been, an investment banking client of Barclays Bank PLC and/or an affiliate.
**M:** This issuer is, or during the past 12 months has been, a non-investment banking client (securities related services) of Barclays Bank PLC and/or an affiliate.
**N:** This issuer is, or during the past 12 months has been, a non-investment banking client (non-securities related services) of Barclays Bank PLC and/or an affiliate.
**O:** Not in use.
**P:** A partner, director or officer of Barclays Capital Canada Inc. has, during the preceding 12 months, provided services to the subject company for remuneration, other than normal course investment advisory or trade execution services.
**Q:** Barclays Bank PLC and/or an affiliate is a Corporate Broker to this issuer.
**R:** Barclays Capital Canada Inc. and/or an affiliate has received compensation for investment banking services from this issuer in the past 12 months.
**S:** This issuer is a Corporate Broker to Barclays PLC.
**T:** Barclays Bank PLC and/or an affiliate is providing equity advisory services to this issuer.
**U:** The equity securities of this Canadian issuer include subordinate voting restricted shares.
**V:** The equity securities of this Canadian issuer include non-voting restricted shares.

**Guide to the Barclays Fundamental Equity Research Rating System:**

Our coverage analysts use a relative rating system in which they rate stocks as Overweight, Equal Weight or Underweight (see definitions below) relative to other companies covered by the analyst or a team of analysts that are deemed to be in the same industry ("the industry coverage universe"). To see a list of companies that comprise a particular industry coverage universe, please go to https://publicresearch.barclays.com.

In addition to the stock rating, we provide industry views which rate the outlook for the industry coverage universe as Positive, Neutral or Negative (see definitions below). A rating system using terms such as buy, hold and sell is not the equivalent of our rating system. Investors should carefully read the entire research report including the definitions of all ratings and not infer its contents from ratings alone.

**Stock Rating**
**Overweight** - The stock is expected to outperform the unweighted expected total return of the industry coverage universe over a 12-month investment horizon.

**Equal Weight** - The stock is expected to perform in line with the unweighted expected total return of the industry coverage universe over a 12-month investment horizon.

**Underweight** - The stock is expected to underperform the unweighted expected total return of the industry coverage universe over a 12-month investment horizon.

**Rating Suspended** - The rating and target price have been suspended temporarily due to market events that made coverage impracticable or to comply with applicable regulations and/or firm policies in certain circumstances including where the Investment Bank of Barclays Bank PLC is acting in an advisory capacity in a merger or strategic transaction involving the company.

**Industry View**
**Positive** - industry coverage universe fundamentals/valuations are improving.

**Neutral** - industry coverage universe fundamentals/valuations are steady, neither improving nor deteriorating.

**Negative** - industry coverage universe fundamentals/valuations are deteriorating.

**Distribution of Ratings:**
Barclays Equity Research has 1632 companies under coverage.

42% have been assigned an Overweight rating which, for purposes of mandatory regulatory disclosures, is classified as a Buy rating; 58% of companies with this rating are investment banking clients of the Firm; 76% of the issuers with this rating have

received financial services from the Firm.

40% have been assigned an Equal Weight rating which, for purposes of mandatory regulatory disclosures, is classified as a Hold rating; 49% of companies with this rating are investment banking clients of the Firm; 70% of the issuers with this rating have received financial services from the Firm.

16% have been assigned an Underweight rating which, for purposes of mandatory regulatory disclosures, is classified as a Sell rating; 39% of companies with this rating are investment banking clients of the Firm; 65% of the issuers with this rating have received financial services from the Firm.

**Guide to the Barclays Research Price Target:**

Each analyst has a single price target on the stocks that they cover. The price target represents that analyst's expectation of where the stock will trade in the next 12 months. Upside/downside scenarios, where provided, represent potential upside/potential downside to each analyst's price target over the same 12-month period.

**Top Picks:**

Barclays Equity Research's "Top Picks" represent the single best alpha-generating investment idea within each industry (as defined by the relevant "industry coverage universe"), taken from among the Overweight-rated stocks within that industry. Barclays Equity Research publishes "Top Picks" reports every quarter and analysts may also publish intra-quarter changes to their Top Picks, as necessary. While analysts may highlight other Overweight-rated stocks in their published research in addition to their Top Pick, there can only be one "Top Pick" for each industry. To view the current list of Top Picks, go to the Top Picks page on Barclays Live (https://live.barcap.com/go/keyword/TopPicks).

To see a list of companies that comprise a particular industry coverage universe, please go to https://publicresearch.barclays.com.

**Explanation of other types of investment recommendations produced by Barclays Equity Research:**

Trade ideas, thematic screens or portfolio recommendations contained herein that have been produced by analysts within Equity Research shall remain open until they are subsequently amended or closed in a future research report.

**Disclosure of previous investment recommendations produced by Barclays Equity Research:**

Barclays Equity Research may have published other investment recommendations in respect of the same securities/instruments recommended in this research report during the preceding 12 months. To view previous investment recommendations published by Barclays Equity Research in the preceding 12 months please refer to
https://live.barcap.com/go/research/ResearchInvestmentRecommendations.

**Legal entities involved in producing Barclays Research:**

Barclays Bank PLC (Barclays, UK)

Barclays Capital Inc. (BCI, US)

Barclays Securities Japan Limited (BSJL, Japan)

Barclays Bank PLC, Hong Kong branch (Barclays Bank, Hong Kong)

Barclays Capital Canada Inc. (BCCI, Canada)

Barclays Bank Mexico, S.A. (BBMX, Mexico)

Barclays Securities (India) Private Limited (BSIPL, India)

Barclays Bank PLC, India branch (Barclays Bank, India)

Barclays Bank PLC, Singapore branch (Barclays Bank, Singapore)

**Disclaimer:**

This publication has been produced by Barclays Research Department in the Investment Bank of Barclays Bank PLC and/or one or more of its affiliates (collectively and each individually, "Barclays"). It has been distributed by one or more Barclays affiliated legal entities listed below. It is provided to our clients for information purposes only, and Barclays makes no express or implied warranties, and expressly disclaims all warranties of merchantability or fitness for a particular purpose or use with respect to any data included in this publication. To the extent that this publication states on the front page that it is intended for institutional investors and is not subject to all of the independence and disclosure standards applicable to debt research reports prepared for retail investors under U.S. FINRA Rule 2242, it is an "institutional debt research report" and distribution to retail investors is strictly prohibited. Barclays also distributes such institutional debt research reports to various issuers, regulatory and academic organisations for informational purposes and not for the purpose of making investment decisions regarding any debt securities. Any such recipients that do not want to continue receiving Barclays institutional debt research reports should contact debtresearch@barclays.com. Barclays will not treat unauthorized recipients of this report as its clients and accepts no liability for use by them of the contents which may not be suitable for their personal use. Prices shown are indicative and Barclays is not offering to buy or sell or soliciting offers to buy or sell any financial instrument.

Without limiting any of the foregoing and to the extent permitted by law, in no event shall Barclays, nor any affiliate, nor any of their respective officers, directors, partners, or employees have any liability for (a) any special, punitive, indirect, or consequential damages; or (b) any lost profits, lost revenue, loss of anticipated savings or loss of opportunity or other financial loss, even if notified of the possibility of such damages, arising from any use of this publication or its contents.

Other than disclosures relating to Barclays, the information contained in this publication has been obtained from sources that Barclays Research believes to be reliable, but Barclays does not represent or warrant that it is accurate or complete. Barclays is not responsible for, and makes no warranties whatsoever as to, the information or opinions contained in any written, electronic, audio or video presentations of third parties that are accessible via a direct hyperlink in this publication or via a hyperlink to a third-party web site ('Third-Party Content'). Any such Third-Party Content has not been adopted or endorsed by Barclays, does not represent the views or opinions of Barclays, and is not incorporated by reference into this publication. Third-Party Content is provided for information purposes only and Barclays has not independently verified its accuracy or completeness.

The views in this publication are solely and exclusively those of the authoring analyst(s) and are subject to change, and Barclays

Research has no obligation to update its opinions or the information in this publication. If this publication contains recommendations, they are general recommendations that were prepared independently of any other interests, including those of Barclays and/or its affiliates. This publication does not contain personal investment recommendations or investment advice or take into account the individual financial circumstances or investment objectives of the clients who receive it. The securities and other investments discussed herein may not be suitable for all investors. Barclays is not a fiduciary to any recipient of this publication. Investors must independently evaluate the merits and risks of the investments discussed herein, consult any independent advisors they believe necessary, and exercise independent judgment with regard to any investment decision. The value of and income from any investment may fluctuate from day to day as a result of changes in relevant economic markets (including changes in market liquidity). The information herein is not intended to predict actual results, which may differ substantially from those reflected. Past performance is not necessarily indicative of future results.

This document is being distributed (1) only by or with the approval of an authorised person (Barclays Bank PLC) or (2) to, and is directed at (a) persons in the United Kingdom having professional experience in matters relating to investments and who fall within the definition of "investment professionals" in Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "Order"); or (b) high net worth companies, unincorporated associations and partnerships and trustees of high value trusts as described in Article 49(2) of the Order; or (c) other persons to whom it may otherwise lawfully be communicated (all such persons being "Relevant Persons"). Any investment or investment activity to which this communication relates is only available to and will only be engaged in with Relevant Persons. Any other persons who receive this communication should not rely on or act upon it. Barclays Bank PLC is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority and is a member of the London Stock Exchange.

The Investment Bank of Barclays Bank PLC undertakes U.S. securities business in the name of its wholly owned subsidiary Barclays Capital Inc., a FINRA and SIPC member. Barclays Capital Inc., a U.S. registered broker/dealer, is distributing this material in the United States and, in connection therewith accepts responsibility for its contents. Any U.S. person wishing to effect a transaction in any security discussed herein should do so only by contacting a representative of Barclays Capital Inc. in the U.S. at 745 Seventh Avenue, New York, New York 10019.

Non-U.S. persons should contact and execute transactions through a Barclays Bank PLC branch or affiliate in their home jurisdiction unless local regulations permit otherwise.

Barclays Bank PLC, Paris Branch (registered in France under Paris RCS number 381 066 281) is regulated by the Autorité des marchés financiers and the Autorité de contrôle prudentiel. Registered office 34/36 Avenue de Friedland 75008 Paris.

This material is distributed in Canada by Barclays Capital Canada Inc., a registered investment dealer, a Dealer Member of IIROC (www.iiroc.ca), and a Member of the Canadian Investor Protection Fund (CIPF).

Subject to the conditions of this publication as set out above, Absa Bank Limited, acting through its Corporate and Investment Bank division, which is a part of Barclays Africa Group Limited and affiliated with the Investment Bank of Barclays Bank PLC, an authorised financial services provider (Registration No.: 1986/004794/06. Registered Credit Provider Reg No NCRCP7), is distributing this material in South Africa. Absa Bank Limited is regulated by the South African Reserve Bank. This publication is not, nor is it intended to be, advice as defined and/or contemplated in the (South African) Financial Advisory and Intermediary Services Act, 37 of 2002, or any other financial, investment, trading, tax, legal, accounting, retirement, actuarial or other professional advice or service whatsoever. Any South African person or entity wishing to effect a transaction in any security discussed herein should do so only by contacting a representative of Absa Bank Limited acting through its Corporate and Investment Bank division in South Africa, 7th Floor, Barclays Towers West, 15 Troye Street, Johannesburg. Absa Bank Limited is an affiliate of the Barclays group.

All Barclays research reports are distributed to institutional investors in Japan by Barclays Securities Japan Limited. Barclays Securities Japan Limited is a joint-stock company incorporated in Japan with registered office of 6-10-1 Roppongi, Minato-ku, Tokyo 106-6131, Japan. It is a subsidiary of Barclays Bank PLC and a registered financial instruments firm regulated by the Financial Services Agency of Japan. Registered Number: Kanto Zaimukyokucho (kinsho) No. 143.

Barclays Bank PLC, Hong Kong Branch is distributing this material in Hong Kong as an authorised institution regulated by the Hong Kong Monetary Authority. Registered Office: 41/F, Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

All Indian securities-related research and other equity research produced by Barclays' Investment Bank are distributed in India by Barclays Securities (India) Private Limited (BSIPL). BSIPL is a company incorporated under the Companies Act, 1956 having CIN U67120MH2006PTC161063. BSIPL is registered and regulated by the Securities and Exchange Board of India (SEBI) as a Research Analyst: INH000001519; Portfolio Manager INP000002585; Stock Broker/Trading and Clearing Member: National Stock Exchange of India Limited (NSE) Capital Market INB231292732, NSE Futures & Options INF231292732, NSE Currency derivatives INE231450334, Bombay Stock Exchange Limited (BSE) Capital Market INB011292738, BSE Futures & Options INF011292738; Depository Participant (DP) with the National Securities & Depositories Limited (NSDL): DP ID: IN-DP-NSDL-299-2008; Investment Adviser: INA000000391. The registered office of BSIPL is at 208, Ceejay House, Shivsagar Estate, Dr. A. Besant Road, Worli, Mumbai – 400 018, India. Telephone No: +91 2267196000. Fax number: +91 22 67196100. Any other reports produced by Barclays' Investment Bank are distributed in India by Barclays Bank PLC, India Branch, an associate of BSIPL in India that is registered with Reserve Bank of India (RBI) as a Banking Company under the provisions of The Banking Regulation Act, 1949 (Regn No BOM43) and registered with SEBI as Merchant Banker (Regn No INM000002129) and also as Banker to the Issue (Regn No INBI00000950). Barclays Investments and Loans (India) Limited, registered with RBI as Non Banking Financial Company (Regn No RBI CoR-07-00258), and Barclays Wealth Trustees (India) Private Limited, registered with Registrar of Companies (CIN U93000MH2008PTC188438), are associates of BSIPL in India that are not authorised to distribute any reports produced by Barclays' Investment Bank.

Barclays Bank PLC Frankfurt Branch distributes this material in Germany under the supervision of Bundesanstalt für Finanzdienstleistungsaufsicht (BaFin).

This material is distributed in Mexico by Barclays Bank Mexico, S.A.

Nothing herein should be considered investment advice as defined in the Israeli Regulation of Investment Advisory, Investment Marketing and Portfolio Management Law, 1995 ("Advisory Law"). This document is being made to eligible clients (as defined under the Advisory Law) only. Barclays Israeli branch previously held an investment marketing license with the Israel Securities Authority but it cancelled such license on 30/11/2014 as it solely provides its services to eligible clients pursuant to available

exemptions under the Advisory Law, therefore a license with the Israel Securities Authority is not required. Accordingly, Barclays does not maintain an insurance coverage pursuant to the Advisory Law.

Barclays Bank PLC in the Dubai International Financial Centre (Registered No. 0060) is regulated by the Dubai Financial Services Authority (DFSA). Principal place of business in the Dubai International Financial Centre: The Gate Village, Building 4, Level 4, PO Box 506504, Dubai, United Arab Emirates. Barclays Bank PLC-DIFC Branch, may only undertake the financial services activities that fall within the scope of its existing DFSA licence. Related financial products or services are only available to Professional Clients, as defined by the Dubai Financial Services Authority.

Barclays Bank PLC in the UAE is regulated by the Central Bank of the UAE and is licensed to conduct business activities as a branch of a commercial bank incorporated outside the UAE in Dubai (Licence No.: 13/1844/2008, Registered Office: Building No. 6, Burj Dubai Business Hub, Sheikh Zayed Road, Dubai City) and Abu Dhabi (Licence No.: 13/952/2008, Registered Office: Al Jazira Towers, Hamdan Street, PO Box 2734, Abu Dhabi).

Barclays Bank PLC in the Qatar Financial Centre (Registered No. 00018) is authorised by the Qatar Financial Centre Regulatory Authority (QFCRA). Barclays Bank PLC-QFC Branch may only undertake the regulated activities that fall within the scope of its existing QFCRA licence. Principal place of business in Qatar: Qatar Financial Centre, Office 1002, 10th Floor, QFC Tower, Diplomatic Area, West Bay, PO Box 15891, Doha, Qatar. Related financial products or services are only available to Business Customers as defined by the Qatar Financial Centre Regulatory Authority.

This material is distributed in the UAE (including the Dubai International Financial Centre) and Qatar by Barclays Bank PLC.

This material is not intended for investors who are not Qualified Investors according to the laws of the Russian Federation as it might contain information about or description of the features of financial instruments not admitted for public offering and/or circulation in the Russian Federation and thus not eligible for non-Qualified Investors. If you are not a Qualified Investor according to the laws of the Russian Federation, please dispose of any copy of this material in your possession.

This material is distributed in Singapore by the Singapore branch of Barclays Bank PLC, a bank licensed in Singapore by the Monetary Authority of Singapore. For matters in connection with this report, recipients in Singapore may contact the Singapore branch of Barclays Bank PLC, whose registered address is 10 Marina Boulevard, #23-01 Marina Bay Financial Centre Tower 2, Singapore 018983.

This material is distributed to persons in Australia by either Barclays Bank plc, Barclays Capital Inc., Barclays Capital Securities Limited or Barclays Capital Asia Limited. None of Barclays Bank plc, nor any of the other referenced Barclays group entities, hold an Australian financial services licence and instead they each rely on an exemption from the requirement to hold such a licence. This material is intended to only be distributed to "wholesale clients" as defined by the Australian Corporations Act 2001.

IRS Circular 230 Prepared Materials Disclaimer: Barclays does not provide tax advice and nothing contained herein should be construed to be tax advice. Please be advised that any discussion of U.S. tax matters contained herein (including any attachments) (i) is not intended or written to be used, and cannot be used, by you for the purpose of avoiding U.S. tax-related penalties; and (ii) was written to support the promotion or marketing of the transactions or other matters addressed herein. Accordingly, you should seek advice based on your particular circumstances from an independent tax advisor.

© Copyright Barclays Bank PLC (2018). All rights reserved. No part of this publication may be reproduced or redistributed in any manner without the prior written permission of Barclays. Barclays Bank PLC is registered in England No. 1026167. Registered office 1 Churchill Place, London, E14 5HP. Additional information regarding this publication will be furnished upon request.

# EXHIBIT 49

# APPLE INC.'S 1/3/17 THROUGH 10/15/19 HISTORICAL STOCK PRICE

## [Source Yahoo Finance]

| Date | Open | High | Low | Close | Adj Close | Volume |
|------|------|------|-----|-------|-----------|--------|
| 1/3/2017 | 115.800003 | 116.330002 | 114.760002 | 116.150002 | 111.286987 | 28781900 |
| 1/4/2017 | 115.849998 | 116.510002 | 115.75 | 116.019997 | 111.162437 | 21118100 |
| 1/5/2017 | 115.919998 | 116.860001 | 115.809998 | 116.610001 | 111.727715 | 22193600 |
| 1/6/2017 | 116.779999 | 118.160004 | 116.470001 | 117.910004 | 112.973305 | 31751900 |
| 1/9/2017 | 117.949997 | 119.43 | 117.940002 | 118.989998 | 114.00808 | 33561900 |
| 1/10/2017 | 118.769997 | 119.379997 | 118.300003 | 119.110001 | 114.123047 | 24462100 |
| 1/11/2017 | 118.739998 | 119.93 | 118.599998 | 119.75 | 114.736275 | 27588600 |
| 1/12/2017 | 118.900002 | 119.300003 | 118.209999 | 119.25 | 114.257195 | 27086200 |
| 1/13/2017 | 119.110001 | 119.620003 | 118.809998 | 119.040001 | 114.055984 | 26111900 |
| 1/17/2017 | 118.339996 | 120.239998 | 118.220001 | 120 | 114.975792 | 34439800 |
| 1/18/2017 | 120 | 120.5 | 119.709999 | 119.989998 | 114.966225 | 23713000 |
| 1/19/2017 | 119.400002 | 120.089996 | 119.370003 | 119.779999 | 114.765007 | 25597300 |
| 1/20/2017 | 120.449997 | 120.449997 | 119.730003 | 120 | 114.975792 | 32597900 |
| 1/23/2017 | 120 | 120.809998 | 119.769997 | 120.080002 | 115.052444 | 22050200 |
| 1/24/2017 | 119.550003 | 120.099998 | 119.5 | 119.970001 | 114.94706 | 23211000 |
| 1/25/2017 | 120.419998 | 122.099998 | 120.279999 | 121.879997 | 116.777084 | 32377600 |
| 1/26/2017 | 121.669998 | 122.440002 | 121.599998 | 121.940002 | 116.834564 | 26337600 |
| 1/27/2017 | 122.139999 | 122.349998 | 121.599998 | 121.949997 | 116.844154 | 20562900 |
| 1/30/2017 | 120.93 | 121.629997 | 120.660004 | 121.629997 | 116.53756 | 30377500 |
| 1/31/2017 | 121.150002 | 121.389999 | 120.620003 | 121.349998 | 116.269257 | 49201000 |
| 2/1/2017 | 127.029999 | 130.490005 | 127.010002 | 128.75 | 123.359444 | 111985000 |
| 2/2/2017 | 127.980003 | 129.389999 | 127.779999 | 128.529999 | 123.148666 | 33710400 |
| 2/3/2017 | 128.309998 | 129.190002 | 128.160004 | 129.080002 | 123.675636 | 24507300 |
| 2/6/2017 | 129.130005 | 130.5 | 128.899994 | 130.289993 | 124.834976 | 26845900 |
| 2/7/2017 | 130.539993 | 132.089996 | 130.449997 | 131.529999 | 126.023041 | 38183800 |
| 2/8/2017 | 131.350006 | 132.220001 | 131.220001 | 132.039993 | 126.511688 | 23004100 |
| 2/9/2017 | 131.649994 | 132.449997 | 131.119995 | 132.419998 | 127.425858 | 28349900 |
| 2/10/2017 | 132.460007 | 132.940002 | 132.050003 | 132.119995 | 127.137177 | 20065500 |
| 2/13/2017 | 133.080002 | 133.820007 | 132.75 | 133.289993 | 128.263062 | 23035400 |
| 2/14/2017 | 133.470001 | 135.089996 | 133.25 | 135.020004 | 129.927811 | 33226200 |
| 2/15/2017 | 135.520004 | 136.270004 | 134.619995 | 135.509995 | 130.399323 | 35623100 |
| 2/16/2017 | 135.669998 | 135.899994 | 134.839996 | 135.350006 | 130.245407 | 22584600 |
| 2/17/2017 | 135.100006 | 135.830002 | 135.100006 | 135.720001 | 130.601425 | 22198200 |
| 2/21/2017 | 136.229996 | 136.75 | 135.979996 | 136.699997 | 131.544464 | 24507200 |
| 2/22/2017 | 136.429993 | 137.119995 | 136.110001 | 137.110001 | 131.938995 | 20836900 |
| 2/23/2017 | 137.380005 | 137.479996 | 136.300003 | 136.529999 | 131.380859 | 20788200 |
| 2/24/2017 | 135.910004 | 136.660004 | 135.279999 | 136.660004 | 131.505997 | 21776600 |
| 2/27/2017 | 137.139999 | 137.440002 | 136.279999 | 136.929993 | 131.765778 | 20257400 |
| 2/28/2017 | 137.080002 | 137.440002 | 136.699997 | 136.990005 | 131.823517 | 23482900 |
| 3/1/2017 | 137.889999 | 140.149994 | 137.600006 | 139.789993 | 134.517914 | 36414600 |
| 3/2/2017 | 140 | 140.279999 | 138.759995 | 138.960007 | 133.719223 | 26211000 |
| 3/3/2017 | 138.779999 | 139.830002 | 138.589996 | 139.779999 | 134.508286 | 21108100 |
| 3/6/2017 | 139.369995 | 139.770004 | 138.600006 | 139.339996 | 134.084869 | 21750000 |
| 3/7/2017 | 139.059998 | 139.979996 | 138.789993 | 139.520004 | 134.258087 | 17446300 |
| 3/8/2017 | 138.949997 | 139.800003 | 138.820007 | 139 | 133.757706 | 18707200 |
| 3/9/2017 | 138.740005 | 138.789993 | 137.050003 | 138.679993 | 133.449783 | 22155900 |
| 3/10/2017 | 139.25 | 139.360001 | 138.639999 | 139.139999 | 133.892441 | 19612800 |
| 3/13/2017 | 138.850006 | 139.429993 | 138.820007 | 139.199997 | 133.950165 | 17421700 |
| 3/14/2017 | 139.300003 | 139.649994 | 138.839996 | 138.990005 | 133.748077 | 15309100 |
| 3/15/2017 | 139.410004 | 140.75 | 139.029999 | 140.460007 | 135.162674 | 25691800 |
| 3/16/2017 | 140.720001 | 141.020004 | 140.259995 | 140.690002 | 135.383972 | 19232000 |
| 3/17/2017 | 141 | 141 | 139.889999 | 139.990005 | 134.710419 | 43885000 |
| 3/20/2017 | 140.399994 | 141.5 | 140.229996 | 141.460007 | 136.124954 | 21542000 |
| 3/21/2017 | 142.110001 | 142.800003 | 139.729996 | 139.839996 | 134.56601 | 39529900 |
| 3/22/2017 | 139.850006 | 141.600006 | 139.759995 | 141.419998 | 136.086441 | 25860200 |
| 3/23/2017 | 141.259995 | 141.580002 | 140.610001 | 140.919998 | 135.605301 | 20346300 |
| 3/24/2017 | 141.5 | 141.740005 | 140.350006 | 140.639999 | 135.335861 | 22395600 |
| 3/27/2017 | 139.389999 | 141.220001 | 138.619995 | 140.880005 | 135.566818 | 23575100 |

# APPLE INC.'S 1/3/17 THROUGH 10/15/19 HISTORICAL STOCK PRICE

## [Source Yahoo Finance]

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 3/28/2017 | 140.910004 | 144.039993 | 140.619995 | 143.800003 | 138.376663 | 33374800 |
| 3/29/2017 | 143.679993 | 144.490005 | 143.190002 | 144.119995 | 138.684631 | 29190000 |
| 3/30/2017 | 144.190002 | 144.5 | 143.5 | 143.929993 | 138.50177 | 21207300 |
| 3/31/2017 | 143.720001 | 144.270004 | 143.009995 | 143.660004 | 138.241959 | 19661700 |
| 4/3/2017 | 143.710007 | 144.119995 | 143.050003 | 143.699997 | 138.280457 | 19985700 |
| 4/4/2017 | 143.25 | 144.889999 | 143.169998 | 144.770004 | 139.310104 | 19891400 |
| 4/5/2017 | 144.220001 | 145.460007 | 143.809998 | 144.020004 | 138.588394 | 27717900 |
| 4/6/2017 | 144.289993 | 144.520004 | 143.449997 | 143.660004 | 138.241959 | 21149000 |
| 4/7/2017 | 143.729996 | 144.179993 | 143.270004 | 143.339996 | 137.934021 | 16672200 |
| 4/10/2017 | 143.600006 | 143.880005 | 142.899994 | 143.169998 | 137.770447 | 18933400 |
| 4/11/2017 | 142.940002 | 143.350006 | 140.059998 | 141.630005 | 136.288544 | 30379400 |
| 4/12/2017 | 141.600006 | 142.149994 | 141.009995 | 141.800003 | 136.452087 | 20350000 |
| 4/13/2017 | 141.910004 | 142.380005 | 141.050003 | 141.050003 | 135.730423 | 17822900 |
| 4/17/2017 | 141.479996 | 141.880005 | 140.869995 | 141.830002 | 136.480972 | 16582100 |
| 4/18/2017 | 141.410004 | 142.039993 | 141.110001 | 141.199997 | 135.874741 | 14697500 |
| 4/19/2017 | 141.880005 | 142 | 140.449997 | 140.679993 | 135.374344 | 17328400 |
| 4/20/2017 | 141.220001 | 142.919998 | 141.160004 | 142.440002 | 137.067993 | 23319600 |
| 4/21/2017 | 142.440002 | 142.679993 | 141.850006 | 142.270004 | 136.904373 | 17320900 |
| 4/24/2017 | 143.5 | 143.949997 | 143.179993 | 143.639999 | 138.222687 | 17134300 |
| 4/25/2017 | 143.910004 | 144.899994 | 143.869995 | 144.529999 | 139.079147 | 18871500 |
| 4/26/2017 | 144.470001 | 144.600006 | 143.380005 | 143.679993 | 138.261185 | 20041200 |
| 4/27/2017 | 143.919998 | 144.160004 | 143.309998 | 143.789993 | 138.367081 | 14246300 |
| 4/28/2017 | 144.089996 | 144.300003 | 143.270004 | 143.649994 | 138.23233 | 20860400 |
| 5/1/2017 | 145.100006 | 147.199997 | 144.960007 | 146.580002 | 141.051834 | 33602900 |
| 5/2/2017 | 147.539993 | 148.089996 | 146.839996 | 147.509995 | 141.946762 | 45352200 |
| 5/3/2017 | 145.589996 | 147.490005 | 144.270004 | 147.059998 | 141.513748 | 45697000 |
| 5/4/2017 | 146.520004 | 147.139999 | 145.809998 | 146.529999 | 141.003723 | 23371900 |
| 5/5/2017 | 146.759995 | 148.979996 | 146.759995 | 148.960007 | 143.342072 | 27327700 |
| 5/8/2017 | 149.029999 | 153.699997 | 149.029999 | 153.009995 | 147.239334 | 48752400 |
| 5/9/2017 | 153.869995 | 154.880005 | 153.449997 | 153.990005 | 148.182373 | 39130400 |
| 5/10/2017 | 153.630005 | 153.940002 | 152.110001 | 153.259995 | 147.479904 | 25805700 |
| 5/11/2017 | 152.449997 | 154.070007 | 152.309998 | 153.949997 | 148.755341 | 27255100 |
| 5/12/2017 | 154.699997 | 156.419998 | 154.669998 | 156.100006 | 150.83284 | 32527000 |
| 5/15/2017 | 156.009995 | 156.649994 | 155.050003 | 155.699997 | 150.44632 | 26009700 |
| 5/16/2017 | 155.940002 | 156.059998 | 154.720001 | 155.470001 | 150.224075 | 20048500 |
| 5/17/2017 | 153.600006 | 154.570007 | 149.710007 | 150.25 | 145.180206 | 50767700 |
| 5/18/2017 | 151.270004 | 153.339996 | 151.130005 | 152.539993 | 147.392944 | 33568200 |
| 5/19/2017 | 153.380005 | 153.979996 | 152.630005 | 153.059998 | 147.895401 | 26960800 |
| 5/22/2017 | 154 | 154.580002 | 152.910004 | 153.990005 | 148.794006 | 22966400 |
| 5/23/2017 | 154.899994 | 154.899994 | 153.309998 | 153.800003 | 148.610413 | 19918900 |
| 5/24/2017 | 153.839996 | 154.169998 | 152.669998 | 153.339996 | 148.165939 | 19178000 |
| 5/25/2017 | 153.729996 | 154.350006 | 153.029999 | 153.869995 | 148.678024 | 19235600 |
| 5/26/2017 | 154 | 154.240005 | 153.309998 | 153.610001 | 148.426834 | 21927600 |
| 5/30/2017 | 153.419998 | 154.429993 | 153.330002 | 153.669998 | 148.484787 | 20126900 |
| 5/31/2017 | 153.970001 | 154.169998 | 152.380005 | 152.759995 | 147.605515 | 24451200 |
| 6/1/2017 | 153.169998 | 153.330002 | 152.220001 | 153.179993 | 148.011337 | 16404100 |
| 6/2/2017 | 153.580002 | 155.449997 | 152.889999 | 155.449997 | 150.204742 | 27770700 |
| 6/5/2017 | 154.339996 | 154.449997 | 153.460007 | 153.929993 | 148.736038 | 25331700 |
| 6/6/2017 | 153.899994 | 155.809998 | 153.779999 | 154.449997 | 149.238495 | 26624900 |
| 6/7/2017 | 155.020004 | 155.979996 | 154.479996 | 155.369995 | 150.127441 | 21069600 |
| 6/8/2017 | 155.25 | 155.539993 | 154.399994 | 154.990005 | 149.760284 | 21250800 |
| 6/9/2017 | 155.190002 | 155.190002 | 146.020004 | 148.979996 | 143.953049 | 64882700 |
| 6/12/2017 | 145.740005 | 146.089996 | 142.509995 | 145.419998 | 140.513168 | 72307300 |
| 6/13/2017 | 147.160004 | 147.449997 | 145.149994 | 146.589996 | 141.643692 | 34165400 |
| 6/14/2017 | 147.5 | 147.5 | 143.839996 | 145.160004 | 140.261932 | 31531200 |
| 6/15/2017 | 143.320007 | 144.479996 | 142.210007 | 144.289993 | 139.421295 | 32165400 |
| 6/16/2017 | 143.779999 | 144.5 | 142.199997 | 142.270004 | 137.469467 | 50361100 |
| 6/19/2017 | 143.660004 | 146.740005 | 143.660004 | 146.339996 | 141.402145 | 32541400 |

# APPLE INC.'S 1/3/17 THROUGH 10/15/19 HISTORICAL STOCK PRICE

## [Source Yahoo Finance]

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 6/20/2017 | 146.869995 | 146.869995 | 144.940002 | 145.009995 | 140.117035 | 24900100 |
| 6/21/2017 | 145.520004 | 146.070007 | 144.610001 | 145.869995 | 140.947998 | 21265800 |
| 6/22/2017 | 145.770004 | 146.699997 | 145.119995 | 145.630005 | 140.71611 | 19106300 |
| 6/23/2017 | 145.130005 | 147.160004 | 145.110001 | 146.279999 | 141.344177 | 35439400 |
| 6/26/2017 | 147.169998 | 148.279999 | 145.380005 | 145.820007 | 140.899689 | 25692400 |
| 6/27/2017 | 145.009995 | 146.160004 | 143.619995 | 143.729996 | 138.880173 | 24761900 |
| 6/28/2017 | 144.490005 | 146.110001 | 143.160004 | 145.830002 | 140.909348 | 22082400 |
| 6/29/2017 | 144.710007 | 145.130005 | 142.279999 | 143.679993 | 138.831879 | 31499400 |
| 6/30/2017 | 144.449997 | 144.960007 | 143.779999 | 144.020004 | 139.160446 | 23024100 |
| 7/3/2017 | 144.880005 | 145.300003 | 143.100006 | 143.5 | 138.657959 | 14277800 |
| 7/5/2017 | 143.690002 | 144.789993 | 142.720001 | 144.089996 | 139.228058 | 21569600 |
| 7/6/2017 | 143.020004 | 143.5 | 142.410004 | 142.729996 | 137.913971 | 24128800 |
| 7/7/2017 | 142.899994 | 144.75 | 142.899994 | 144.179993 | 139.315018 | 19201700 |
| 7/10/2017 | 144.110001 | 145.949997 | 143.369995 | 145.059998 | 140.165329 | 21090600 |
| 7/11/2017 | 144.729996 | 145.850006 | 144.380005 | 145.529999 | 140.619492 | 19781800 |
| 7/12/2017 | 145.869995 | 146.179993 | 144.820007 | 145.740005 | 140.822388 | 24884500 |
| 7/13/2017 | 145.5 | 148.490005 | 145.440002 | 147.770004 | 142.783875 | 25199400 |
| 7/14/2017 | 147.970001 | 149.330002 | 147.330002 | 149.039993 | 144.011017 | 20132100 |
| 7/17/2017 | 148.820007 | 150.899994 | 148.570007 | 149.559998 | 144.513474 | 23793500 |
| 7/18/2017 | 149.199997 | 150.130005 | 148.669998 | 150.080002 | 145.015961 | 17868800 |
| 7/19/2017 | 150.479996 | 151.419998 | 149.949997 | 151.020004 | 145.92421 | 20923000 |
| 7/20/2017 | 151.5 | 151.740005 | 150.190002 | 150.339996 | 145.267151 | 17243700 |
| 7/21/2017 | 149.990005 | 150.440002 | 148.880005 | 150.270004 | 145.199524 | 26252600 |
| 7/24/2017 | 150.580002 | 152.440002 | 149.899994 | 152.089996 | 146.95813 | 21493200 |
| 7/25/2017 | 151.800003 | 153.839996 | 151.800003 | 152.740005 | 147.586212 | 18853900 |
| 7/26/2017 | 153.350006 | 153.929993 | 153.059998 | 153.460007 | 148.281906 | 15781000 |
| 7/27/2017 | 153.75 | 153.990005 | 147.300003 | 150.559998 | 145.479767 | 32476300 |
| 7/28/2017 | 149.889999 | 150.229996 | 149.190002 | 149.5 | 144.455536 | 17213700 |
| 7/31/2017 | 149.899994 | 150.330002 | 148.130005 | 148.729996 | 143.711487 | 19845900 |
| 8/1/2017 | 149.100006 | 150.220001 | 148.410004 | 150.050003 | 144.986969 | 35368600 |
| 8/2/2017 | 159.279999 | 159.75 | 156.160004 | 157.139999 | 151.837723 | 69936800 |
| 8/3/2017 | 157.050003 | 157.210007 | 155.020004 | 155.570007 | 150.320694 | 27097300 |
| 8/4/2017 | 156.070007 | 157.399994 | 155.690002 | 156.389999 | 151.113022 | 20559900 |
| 8/7/2017 | 157.059998 | 158.919998 | 156.669998 | 158.809998 | 153.45137 | 21870300 |
| 8/8/2017 | 158.600006 | 161.830002 | 158.270004 | 160.080002 | 154.678513 | 36205900 |
| 8/9/2017 | 159.259995 | 161.270004 | 159.110001 | 161.059998 | 155.625443 | 26131500 |
| 8/10/2017 | 159.899994 | 160 | 154.630005 | 155.320007 | 150.668503 | 40804300 |
| 8/11/2017 | 156.600006 | 158.570007 | 156.070007 | 157.479996 | 152.763809 | 26257100 |
| 8/14/2017 | 159.320007 | 160.210007 | 158.75 | 159.850006 | 155.06282 | 22122700 |
| 8/15/2017 | 160.660004 | 162.199997 | 160.139999 | 161.600006 | 156.760422 | 29465500 |
| 8/16/2017 | 161.940002 | 162.509995 | 160.149994 | 160.949997 | 156.129883 | 27671600 |
| 8/17/2017 | 160.520004 | 160.710007 | 157.839996 | 157.860001 | 153.132416 | 27940600 |
| 8/18/2017 | 157.860001 | 159.5 | 156.720001 | 157.5 | 152.783203 | 27428100 |
| 8/21/2017 | 157.5 | 157.889999 | 155.110001 | 157.210007 | 152.501923 | 26368500 |
| 8/22/2017 | 158.229996 | 160 | 158.020004 | 159.779999 | 154.994904 | 21604600 |
| 8/23/2017 | 159.070007 | 160.470001 | 158.880005 | 159.979996 | 155.188934 | 19399100 |
| 8/24/2017 | 160.429993 | 160.740005 | 158.550003 | 159.270004 | 154.500198 | 19818900 |
| 8/25/2017 | 159.649994 | 160.559998 | 159.270004 | 159.860001 | 155.072525 | 25480100 |
| 8/28/2017 | 160.139999 | 162 | 159.929993 | 161.470001 | 156.634308 | 25966000 |
| 8/29/2017 | 160.100006 | 163.119995 | 160 | 162.910004 | 158.031204 | 29516900 |
| 8/30/2017 | 163.800003 | 163.889999 | 162.610001 | 163.350006 | 158.458023 | 27269600 |
| 8/31/2017 | 163.639999 | 164.520004 | 163.479996 | 164 | 159.088562 | 26785100 |
| 9/1/2017 | 164.800003 | 164.940002 | 163.630005 | 164.050003 | 159.137039 | 16591100 |
| 9/5/2017 | 163.75 | 164.25 | 160.559998 | 162.080002 | 157.226044 | 29468500 |
| 9/6/2017 | 162.710007 | 162.990005 | 160.520004 | 161.910004 | 157.061127 | 21651700 |
| 9/7/2017 | 162.089996 | 162.240005 | 160.360001 | 161.259995 | 156.430603 | 21928500 |
| 9/8/2017 | 160.860001 | 161.149994 | 158.529999 | 158.630005 | 153.879349 | 28611500 |
| 9/11/2017 | 160.5 | 162.050003 | 159.889999 | 161.5 | 156.663422 | 31580800 |

**APPLE INC.'S 1/3/17 THROUGH 10/15/19 HISTORICAL STOCK PRICE**

**[Source Yahoo Finance]**

| Date | Open | High | Low | Close | Adj Close | Volume |
|------|------|------|-----|-------|-----------|--------|
| 9/12/2017 | 162.610001 | 163.960007 | 158.770004 | 160.860001 | 156.042587 | 71714000 |
| 9/13/2017 | 159.869995 | 159.960007 | 157.910004 | 159.649994 | 154.86879 | 44907400 |
| 9/14/2017 | 158.990005 | 159.399994 | 158.089996 | 158.279999 | 153.539841 | 23760700 |
| 9/15/2017 | 158.470001 | 160.970001 | 158 | 159.880005 | 155.091934 | 49114600 |
| 9/18/2017 | 160.110001 | 160.5 | 158 | 158.669998 | 153.918137 | 28269400 |
| 9/19/2017 | 159.509995 | 159.770004 | 158.440002 | 158.729996 | 153.976364 | 20810600 |
| 9/20/2017 | 157.899994 | 158.259995 | 153.830002 | 156.070007 | 151.396042 | 52951400 |
| 9/21/2017 | 155.800003 | 155.800003 | 152.75 | 153.389999 | 148.796295 | 37511700 |
| 9/22/2017 | 151.539993 | 152.270004 | 150.559998 | 151.889999 | 147.341217 | 46645400 |
| 9/25/2017 | 149.990005 | 151.830002 | 149.160004 | 150.550003 | 146.041321 | 44387300 |
| 9/26/2017 | 151.779999 | 153.919998 | 151.690002 | 153.139999 | 148.553772 | 36660000 |
| 9/27/2017 | 153.800003 | 154.720001 | 153.539993 | 154.229996 | 149.61113 | 25504200 |
| 9/28/2017 | 153.889999 | 154.279999 | 152.699997 | 153.279999 | 148.689575 | 22005500 |
| 9/29/2017 | 153.210007 | 154.130005 | 152 | 154.119995 | 149.50444 | 26299800 |
| 10/2/2017 | 154.259995 | 154.449997 | 152.720001 | 153.809998 | 149.20372 | 18698800 |
| 10/3/2017 | 154.009995 | 155.089996 | 153.910004 | 154.479996 | 149.853638 | 16230300 |
| 10/4/2017 | 153.630005 | 153.860001 | 152.460007 | 153.479996 | 148.883591 | 20163800 |
| 10/5/2017 | 154.179993 | 155.440002 | 154.050003 | 155.389999 | 150.736404 | 21283800 |
| 10/6/2017 | 154.970001 | 155.490005 | 154.559998 | 155.300003 | 150.649063 | 17407600 |
| 10/9/2017 | 155.809998 | 156.729996 | 155.490005 | 155.839996 | 151.172897 | 16262900 |
| 10/10/2017 | 156.059998 | 158 | 155.100006 | 155.899994 | 151.231125 | 15617000 |
| 10/11/2017 | 155.970001 | 156.979996 | 155.75 | 156.550003 | 151.861649 | 16905600 |
| 10/12/2017 | 156.350006 | 157.369995 | 155.729996 | 156 | 151.32814 | 16125100 |
| 10/13/2017 | 156.729996 | 157.279999 | 156.410004 | 156.990005 | 152.288498 | 16394200 |
| 10/16/2017 | 157.899994 | 160 | 157.649994 | 159.880005 | 155.091934 | 24121500 |
| 10/17/2017 | 159.779999 | 160.869995 | 159.229996 | 160.470001 | 155.664261 | 18997300 |
| 10/18/2017 | 160.419998 | 160.710007 | 159.600006 | 159.759995 | 154.975525 | 16374200 |
| 10/19/2017 | 156.75 | 157.080002 | 155.020004 | 155.979996 | 151.308716 | 42584200 |
| 10/20/2017 | 156.610001 | 157.75 | 155.960007 | 156.25 | 151.570633 | 23974100 |
| 10/23/2017 | 156.889999 | 157.690002 | 155.5 | 156.169998 | 151.493027 | 21984300 |
| 10/24/2017 | 156.289993 | 157.419998 | 156.199997 | 157.100006 | 152.395187 | 17757200 |
| 10/25/2017 | 156.910004 | 157.550003 | 155.270004 | 156.410004 | 151.725845 | 21207100 |
| 10/26/2017 | 157.229996 | 157.830002 | 156.779999 | 157.410004 | 152.695908 | 17000500 |
| 10/27/2017 | 159.289993 | 163.600006 | 158.699997 | 163.050003 | 158.166992 | 44454200 |
| 10/30/2017 | 163.889999 | 168.070007 | 163.720001 | 166.720001 | 161.727112 | 44700800 |
| 10/31/2017 | 167.899994 | 169.649994 | 166.940002 | 169.039993 | 163.977585 | 36046800 |
| 11/1/2017 | 169.869995 | 169.940002 | 165.610001 | 166.889999 | 161.892014 | 33637800 |
| 11/2/2017 | 166.600006 | 168.5 | 165.279999 | 168.110001 | 163.07547 | 41393400 |
| 11/3/2017 | 174 | 174.259995 | 171.119995 | 172.5 | 167.333984 | 59398600 |
| 11/6/2017 | 172.369995 | 174.990005 | 171.720001 | 174.25 | 169.031586 | 35026300 |
| 11/7/2017 | 173.910004 | 175.25 | 173.600006 | 174.809998 | 169.574799 | 24361500 |
| 11/8/2017 | 174.660004 | 176.240005 | 174.330002 | 176.240005 | 170.961975 | 24409500 |
| 11/9/2017 | 175.110001 | 176.100006 | 173.139999 | 175.880005 | 170.612793 | 29482600 |
| 11/10/2017 | 175.110001 | 175.380005 | 174.270004 | 174.669998 | 170.048096 | 25145500 |
| 11/13/2017 | 173.5 | 174.5 | 173.399994 | 173.970001 | 169.366638 | 16982100 |
| 11/14/2017 | 173.039993 | 173.479996 | 171.179993 | 171.339996 | 166.806213 | 24782500 |
| 11/15/2017 | 169.970001 | 170.320007 | 168.380005 | 169.080002 | 164.606018 | 29158100 |
| 11/16/2017 | 171.179993 | 171.869995 | 170.300003 | 171.100006 | 166.572571 | 23637500 |
| 11/17/2017 | 171.039993 | 171.389999 | 169.639999 | 170.149994 | 165.64769 | 21899500 |
| 11/20/2017 | 170.289993 | 170.559998 | 169.559998 | 169.979996 | 165.482208 | 16262400 |
| 11/21/2017 | 170.779999 | 173.699997 | 170.779999 | 173.139999 | 168.558578 | 25131300 |
| 11/22/2017 | 173.360001 | 175 | 173.050003 | 174.960007 | 170.330444 | 25588900 |
| 11/24/2017 | 175.100006 | 175.5 | 174.649994 | 174.970001 | 170.340179 | 14026700 |
| 11/27/2017 | 175.050003 | 175.080002 | 173.339996 | 174.089996 | 169.483444 | 20716800 |
| 11/28/2017 | 174.300003 | 174.869995 | 171.860001 | 173.070007 | 168.490463 | 26428800 |
| 11/29/2017 | 172.630005 | 172.919998 | 167.160004 | 169.479996 | 164.995453 | 41666400 |
| 11/30/2017 | 170.429993 | 172.139999 | 168.440002 | 171.850006 | 167.302734 | 41527200 |
| 12/1/2017 | 169.949997 | 171.669998 | 168.5 | 171.050003 | 166.523895 | 39759300 |

# APPLE INC.'S 1/3/17 THROUGH 10/15/19 HISTORICAL STOCK PRICE

## [Source Yahoo Finance]

| Date | Open | High | Low | Close | Adj Close | Volume |
|------|------|------|-----|-------|-----------|--------|
| 12/4/2017 | 172.479996 | 172.619995 | 169.630005 | 169.800003 | 165.306976 | 32542400 |
| 12/5/2017 | 169.059998 | 171.520004 | 168.399994 | 169.639999 | 165.151184 | 27350200 |
| 12/6/2017 | 167.5 | 170.199997 | 166.460007 | 169.009995 | 164.537888 | 28560000 |
| 12/7/2017 | 169.029999 | 170.440002 | 168.910004 | 169.320007 | 164.839676 | 25673300 |
| 12/8/2017 | 170.490005 | 171 | 168.820007 | 169.369995 | 164.888367 | 23355200 |
| 12/11/2017 | 169.199997 | 172.889999 | 168.789993 | 172.669998 | 168.101028 | 35273800 |
| 12/12/2017 | 172.149994 | 172.389999 | 171.460007 | 171.699997 | 167.156677 | 19409200 |
| 12/13/2017 | 172.5 | 173.539993 | 172 | 172.270004 | 167.711624 | 23818400 |
| 12/14/2017 | 172.399994 | 173.130005 | 171.649994 | 172.220001 | 167.662949 | 20476500 |
| 12/15/2017 | 173.630005 | 174.169998 | 172.460007 | 173.970001 | 169.366638 | 40169300 |
| 12/18/2017 | 174.880005 | 177.199997 | 174.860001 | 176.419998 | 171.751816 | 29421100 |
| 12/19/2017 | 175.029999 | 175.389999 | 174.089996 | 174.539993 | 169.921539 | 27436400 |
| 12/20/2017 | 174.869995 | 175.419998 | 173.25 | 174.350006 | 169.736588 | 23475600 |
| 12/21/2017 | 174.169998 | 176.020004 | 174.100006 | 175.009995 | 170.37912 | 20949900 |
| 12/22/2017 | 174.679993 | 175.419998 | 174.5 | 175.009995 | 170.37912 | 16349400 |
| 12/26/2017 | 170.800003 | 171.470001 | 169.679993 | 170.570007 | 166.056595 | 33185500 |
| 12/27/2017 | 170.100006 | 170.779999 | 169.710007 | 170.600006 | 166.085815 | 21498200 |
| 12/28/2017 | 171 | 171.850006 | 170.479996 | 171.080002 | 166.553101 | 16480200 |
| 12/29/2017 | 170.520004 | 170.589996 | 169.220001 | 169.229996 | 164.75206 | 25999900 |
| 1/2/2018 | 170.160004 | 172.300003 | 169.259995 | 172.259995 | 167.701889 | 25555900 |
| 1/3/2018 | 172.529999 | 174.550003 | 171.960007 | 172.229996 | 167.672668 | 29517900 |
| 1/4/2018 | 172.539993 | 173.470001 | 172.080002 | 173.029999 | 168.451508 | 22434600 |
| 1/5/2018 | 173.440002 | 175.369995 | 173.050003 | 175 | 170.369385 | 23660000 |
| 1/8/2018 | 174.350006 | 175.610001 | 173.929993 | 174.350006 | 169.736588 | 20567800 |
| 1/9/2018 | 174.550003 | 175.059998 | 173.410004 | 174.330002 | 169.717117 | 21584000 |
| 1/10/2018 | 173.160004 | 174.300003 | 173 | 174.289993 | 169.678162 | 23959900 |
| 1/11/2018 | 174.589996 | 175.490005 | 174.490005 | 175.279999 | 170.641968 | 18667700 |
| 1/12/2018 | 176.179993 | 177.360001 | 175.649994 | 177.089996 | 172.404099 | 25418100 |
| 1/16/2018 | 177.899994 | 179.389999 | 176.139999 | 176.190002 | 171.527893 | 29565900 |
| 1/17/2018 | 176.149994 | 179.25 | 175.070007 | 179.100006 | 174.360886 | 34386800 |
| 1/18/2018 | 179.369995 | 180.100006 | 178.25 | 179.259995 | 174.516632 | 31193400 |
| 1/19/2018 | 178.610001 | 179.580002 | 177.410004 | 178.460007 | 173.737839 | 32425100 |
| 1/22/2018 | 177.300003 | 177.779999 | 176.600006 | 177 | 172.316452 | 27108600 |
| 1/23/2018 | 177.300003 | 179.440002 | 176.820007 | 177.039993 | 172.355392 | 32689100 |
| 1/24/2018 | 177.25 | 177.300003 | 173.199997 | 174.220001 | 169.610016 | 51105100 |
| 1/25/2018 | 174.509995 | 174.949997 | 170.529999 | 171.110001 | 166.582321 | 41529000 |
| 1/26/2018 | 172 | 172 | 170.059998 | 171.509995 | 166.971725 | 39143000 |
| 1/29/2018 | 170.160004 | 170.160004 | 167.070007 | 167.960007 | 163.515671 | 50640400 |
| 1/30/2018 | 165.529999 | 167.369995 | 164.699997 | 166.970001 | 162.551865 | 46048200 |
| 1/31/2018 | 166.869995 | 168.440002 | 166.5 | 167.429993 | 162.999695 | 32478900 |
| 2/1/2018 | 167.169998 | 168.619995 | 166.759995 | 167.779999 | 163.340424 | 47230800 |
| 2/2/2018 | 166 | 166.800003 | 160.100006 | 160.5 | 156.253067 | 86593800 |
| 2/5/2018 | 159.100006 | 163.880005 | 156 | 156.490005 | 152.349167 | 72738500 |
| 2/6/2018 | 154.830002 | 163.720001 | 154 | 163.029999 | 158.71611 | 68243800 |
| 2/7/2018 | 163.089996 | 163.399994 | 159.070007 | 159.539993 | 155.318436 | 51608600 |
| 2/8/2018 | 160.289993 | 161 | 155.029999 | 155.149994 | 151.044632 | 54390500 |
| 2/9/2018 | 157.070007 | 157.889999 | 150.240005 | 156.410004 | 152.892105 | 70672600 |
| 2/12/2018 | 158.5 | 163.889999 | 157.509995 | 162.710007 | 159.050415 | 60819500 |
| 2/13/2018 | 161.949997 | 164.75 | 161.649994 | 164.339996 | 160.643784 | 32549200 |
| 2/14/2018 | 163.039993 | 167.539993 | 162.880005 | 167.369995 | 163.605591 | 40644900 |
| 2/15/2018 | 169.789993 | 173.089996 | 169 | 172.990005 | 169.099213 | 51147200 |
| 2/16/2018 | 172.360001 | 174.820007 | 171.770004 | 172.429993 | 168.551804 | 40176100 |
| 2/20/2018 | 172.050003 | 174.259995 | 171.419998 | 171.850006 | 167.984848 | 33930500 |
| 2/21/2018 | 172.830002 | 174.119995 | 171.009995 | 171.070007 | 167.222412 | 37471600 |
| 2/22/2018 | 171.800003 | 173.949997 | 171.710007 | 172.5 | 168.620224 | 30991900 |
| 2/23/2018 | 173.669998 | 175.649994 | 173.539993 | 175.5 | 171.552734 | 33812400 |
| 2/26/2018 | 176.350006 | 179.389999 | 176.210007 | 178.970001 | 174.944702 | 38162200 |
| 2/27/2018 | 179.100006 | 180.479996 | 178.160004 | 178.389999 | 174.377747 | 38928100 |

# APPLE INC.'S 1/3/17 THROUGH 10/15/19 HISTORICAL STOCK PRICE

## [Source Yahoo Finance]

| Date | Open | High | Low | Close | Adj Close | Volume |
|------|------|------|-----|-------|-----------|--------|
| 2/28/2018 | 179.259995 | 180.619995 | 178.050003 | 178.119995 | 174.113831 | 37782100 |
| 3/1/2018 | 178.539993 | 179.779999 | 172.660004 | 175 | 171.063995 | 48802000 |
| 3/2/2018 | 172.800003 | 176.300003 | 172.449997 | 176.210007 | 172.24678 | 38454000 |
| 3/5/2018 | 175.210007 | 177.740005 | 174.520004 | 176.820007 | 172.843079 | 28401400 |
| 3/6/2018 | 177.910004 | 178.25 | 176.130005 | 176.669998 | 172.696442 | 23788500 |
| 3/7/2018 | 174.940002 | 175.850006 | 174.270004 | 175.029999 | 171.093338 | 31703500 |
| 3/8/2018 | 175.479996 | 177.119995 | 175.070007 | 176.940002 | 172.960373 | 23774100 |
| 3/9/2018 | 177.960007 | 180 | 177.389999 | 179.979996 | 175.931992 | 32185200 |
| 3/12/2018 | 180.289993 | 182.389999 | 180.210007 | 181.720001 | 177.632843 | 32207100 |
| 3/13/2018 | 182.589996 | 183.5 | 179.240005 | 179.970001 | 175.922211 | 31693500 |
| 3/14/2018 | 180.320007 | 180.520004 | 177.809998 | 178.440002 | 174.42662 | 29368400 |
| 3/15/2018 | 178.5 | 180.240005 | 178.070007 | 178.649994 | 174.631882 | 22743800 |
| 3/16/2018 | 178.649994 | 179.119995 | 177.619995 | 178.020004 | 174.016083 | 39404700 |
| 3/19/2018 | 177.320007 | 177.470001 | 173.660004 | 175.300003 | 171.357239 | 33446800 |
| 3/20/2018 | 175.240005 | 176.800003 | 174.940002 | 175.240005 | 171.298615 | 19649400 |
| 3/21/2018 | 175.039993 | 175.089996 | 171.259995 | 171.270004 | 167.417892 | 37054900 |
| 3/22/2018 | 170 | 172.679993 | 168.600006 | 168.850006 | 165.052322 | 41490800 |
| 3/23/2018 | 168.389999 | 169.919998 | 164.940002 | 164.940002 | 161.23027 | 41028800 |
| 3/26/2018 | 168.070007 | 173.100006 | 166.440002 | 172.770004 | 168.884155 | 37541200 |
| 3/27/2018 | 173.679993 | 175.149994 | 166.919998 | 168.339996 | 164.553802 | 40922600 |
| 3/28/2018 | 167.25 | 170.020004 | 165.190002 | 166.479996 | 162.735626 | 41668500 |
| 3/29/2018 | 167.809998 | 171.75 | 166.899994 | 167.779999 | 164.006378 | 38398500 |
| 4/2/2018 | 166.639999 | 168.940002 | 164.470001 | 166.679993 | 162.931122 | 37586800 |
| 4/3/2018 | 167.639999 | 168.75 | 164.880005 | 168.389999 | 164.602676 | 30278000 |
| 4/4/2018 | 164.880005 | 172.009995 | 164.770004 | 171.610001 | 167.750244 | 34605500 |
| 4/5/2018 | 172.580002 | 174.229996 | 172.080002 | 172.800003 | 168.913483 | 26933200 |
| 4/6/2018 | 170.970001 | 172.479996 | 168.199997 | 168.380005 | 164.592911 | 35005300 |
| 4/9/2018 | 169.880005 | 173.089996 | 169.850006 | 170.050003 | 166.225342 | 29017700 |
| 4/10/2018 | 173 | 174 | 171.529999 | 173.25 | 169.353378 | 28408600 |
| 4/11/2018 | 172.229996 | 173.919998 | 171.699997 | 172.440002 | 168.561569 | 22431600 |
| 4/12/2018 | 173.410004 | 175 | 173.039993 | 174.139999 | 170.223358 | 22889300 |
| 4/13/2018 | 174.779999 | 175.839996 | 173.850006 | 174.729996 | 170.800049 | 25124300 |
| 4/16/2018 | 175.029999 | 176.190002 | 174.830002 | 175.820007 | 171.865585 | 21578400 |
| 4/17/2018 | 176.490005 | 178.940002 | 176.410004 | 178.240005 | 174.231125 | 26605400 |
| 4/18/2018 | 177.809998 | 178.820007 | 176.880005 | 177.839996 | 173.840134 | 20754500 |
| 4/19/2018 | 173.759995 | 175.389999 | 172.660004 | 172.800003 | 168.913483 | 34808800 |
| 4/20/2018 | 170.600006 | 171.220001 | 165.429993 | 165.720001 | 161.992706 | 65491100 |
| 4/23/2018 | 166.830002 | 166.919998 | 164.089996 | 165.240005 | 161.523514 | 36515500 |
| 4/24/2018 | 165.669998 | 166.330002 | 161.220001 | 162.940002 | 159.275253 | 33692000 |
| 4/25/2018 | 162.619995 | 165.419998 | 162.410004 | 163.649994 | 159.969269 | 28382100 |
| 4/26/2018 | 164.119995 | 165.729996 | 163.369995 | 164.220001 | 160.526474 | 27963000 |
| 4/27/2018 | 164 | 164.330002 | 160.630005 | 162.320007 | 158.669205 | 35655800 |
| 4/30/2018 | 162.130005 | 167.259995 | 161.839996 | 165.259995 | 161.543045 | 42427400 |
| 5/1/2018 | 166.410004 | 169.199997 | 165.270004 | 169.100006 | 165.296692 | 53569400 |
| 5/2/2018 | 175.229996 | 177.75 | 173.800003 | 176.570007 | 172.598679 | 66539400 |
| 5/3/2018 | 175.880005 | 177.5 | 174.440002 | 176.889999 | 172.911484 | 34068200 |
| 5/4/2018 | 178.25 | 184.25 | 178.169998 | 183.830002 | 179.695419 | 56201300 |
| 5/7/2018 | 185.179993 | 187.669998 | 184.75 | 185.160004 | 180.995468 | 42451400 |
| 5/8/2018 | 184.990005 | 186.220001 | 183.669998 | 186.050003 | 181.865463 | 28402800 |
| 5/9/2018 | 186.550003 | 187.399994 | 185.220001 | 187.360001 | 183.145996 | 23211200 |
| 5/10/2018 | 187.740005 | 190.369995 | 187.649994 | 190.039993 | 185.765717 | 27989300 |
| 5/11/2018 | 189.490005 | 190.059998 | 187.449997 | 188.589996 | 185.059204 | 26212200 |
| 5/14/2018 | 189.009995 | 189.529999 | 187.860001 | 188.149994 | 184.627441 | 20778800 |
| 5/15/2018 | 186.779999 | 187.070007 | 185.100006 | 186.440002 | 182.949463 | 23695200 |
| 5/16/2018 | 186.070007 | 188.460007 | 186 | 188.179993 | 184.65686 | 19183100 |
| 5/17/2018 | 188 | 188.910004 | 186.360001 | 186.990005 | 183.489166 | 17294000 |
| 5/18/2018 | 187.190002 | 187.809998 | 186.130005 | 186.309998 | 182.821884 | 18297700 |
| 5/21/2018 | 188 | 189.270004 | 186.910004 | 187.630005 | 184.117172 | 18400800 |

## APPLE INC.'S 1/3/17 THROUGH 10/15/19 HISTORICAL STOCK PRICE

### [Source Yahoo Finance]

| Date | Open | High | Low | Close | Adj Close | Volume |
|------|------|------|-----|-------|-----------|--------|
| 5/22/2018 | 188.380005 | 188.880005 | 186.779999 | 187.160004 | 183.655975 | 15240700 |
| 5/23/2018 | 186.350006 | 188.5 | 185.759995 | 188.360001 | 184.833527 | 20058400 |
| 5/24/2018 | 188.770004 | 188.839996 | 186.210007 | 188.149994 | 184.627441 | 23234000 |
| 5/25/2018 | 188.229996 | 189.649994 | 187.649994 | 188.580002 | 185.049393 | 17461000 |
| 5/29/2018 | 187.600006 | 188.75 | 186.869995 | 187.899994 | 184.382111 | 22514100 |
| 5/30/2018 | 187.720001 | 188 | 186.779999 | 187.5 | 183.989609 | 18690500 |
| 5/31/2018 | 187.220001 | 188.229996 | 186.139999 | 186.869995 | 183.371399 | 27482800 |
| 6/1/2018 | 187.990005 | 190.259995 | 187.75 | 190.240005 | 186.678314 | 23442500 |
| 6/4/2018 | 191.639999 | 193.419998 | 191.350006 | 191.830002 | 188.238571 | 26266200 |
| 6/5/2018 | 193.070007 | 193.940002 | 192.360001 | 193.309998 | 189.690826 | 21566000 |
| 6/6/2018 | 193.630005 | 194.080002 | 191.919998 | 193.979996 | 190.348297 | 20933600 |
| 6/7/2018 | 194.139999 | 194.199997 | 192.339996 | 193.460007 | 189.838028 | 21347200 |
| 6/8/2018 | 191.169998 | 192 | 189.770004 | 191.699997 | 188.110962 | 26656800 |
| 6/11/2018 | 191.350006 | 191.970001 | 190.210007 | 191.229996 | 187.64978 | 18308500 |
| 6/12/2018 | 191.389999 | 192.610001 | 191.149994 | 192.279999 | 188.680099 | 16911100 |
| 6/13/2018 | 192.419998 | 192.880005 | 190.440002 | 190.699997 | 187.129684 | 21638400 |
| 6/14/2018 | 191.550003 | 191.570007 | 190.220001 | 190.800003 | 187.227844 | 21610100 |
| 6/15/2018 | 190.029999 | 190.160004 | 188.259995 | 188.839996 | 185.304504 | 61719200 |
| 6/18/2018 | 187.880005 | 189.220001 | 187.199997 | 188.740005 | 185.20639 | 18484900 |
| 6/19/2018 | 185.139999 | 186.330002 | 183.449997 | 185.690002 | 182.213486 | 33578500 |
| 6/20/2018 | 186.350006 | 187.199997 | 185.729996 | 186.5 | 183.008331 | 20628700 |
| 6/21/2018 | 187.25 | 188.350006 | 184.940002 | 185.460007 | 181.987808 | 25711900 |
| 6/22/2018 | 186.119995 | 186.149994 | 184.699997 | 184.919998 | 181.457901 | 27200400 |
| 6/25/2018 | 183.399994 | 184.919998 | 180.729996 | 182.169998 | 178.759384 | 31663100 |
| 6/26/2018 | 182.990005 | 186.529999 | 182.539993 | 184.429993 | 180.977097 | 24569200 |
| 6/27/2018 | 185.229996 | 187.279999 | 184.029999 | 184.160004 | 180.712158 | 25285300 |
| 6/28/2018 | 184.100006 | 186.210007 | 183.800003 | 185.5 | 182.027039 | 17365200 |
| 6/29/2018 | 186.289993 | 187.190002 | 182.910004 | 185.110001 | 181.644363 | 22737700 |
| 7/2/2018 | 183.820007 | 187.300003 | 183.419998 | 187.179993 | 183.675583 | 17731300 |
| 7/3/2018 | 187.789993 | 187.949997 | 183.539993 | 183.919998 | 180.476639 | 13954800 |
| 7/5/2018 | 185.259995 | 186.410004 | 184.279999 | 185.399994 | 181.928925 | 16604200 |
| 7/6/2018 | 185.419998 | 188.429993 | 185.199997 | 187.970001 | 184.45079 | 17485200 |
| 7/9/2018 | 189.5 | 190.679993 | 189.300003 | 190.580002 | 187.011948 | 19756600 |
| 7/10/2018 | 190.710007 | 191.279999 | 190.179993 | 190.350006 | 186.786255 | 15939100 |
| 7/11/2018 | 188.5 | 189.779999 | 187.610001 | 187.880005 | 184.362503 | 18831500 |
| 7/12/2018 | 189.529999 | 191.410004 | 189.309998 | 191.029999 | 187.453506 | 18041100 |
| 7/13/2018 | 191.080002 | 191.839996 | 190.899994 | 191.330002 | 187.747894 | 12513900 |
| 7/16/2018 | 191.520004 | 192.649994 | 190.419998 | 190.910004 | 187.33577 | 15043100 |
| 7/17/2018 | 189.75 | 191.869995 | 189.199997 | 191.449997 | 187.865646 | 15534500 |
| 7/18/2018 | 191.779999 | 191.800003 | 189.929993 | 190.399994 | 186.835327 | 16393400 |
| 7/19/2018 | 189.690002 | 192.550003 | 189.690002 | 191.880005 | 188.287613 | 20286800 |
| 7/20/2018 | 191.779999 | 192.429993 | 190.169998 | 191.440002 | 187.855835 | 20676200 |
| 7/23/2018 | 190.679993 | 191.960007 | 189.559998 | 191.610001 | 188.022659 | 15989400 |
| 7/24/2018 | 192.449997 | 193.660004 | 192.050003 | 193 | 189.386642 | 18697900 |
| 7/25/2018 | 193.059998 | 194.850006 | 192.429993 | 194.820007 | 191.172577 | 16709900 |
| 7/26/2018 | 194.610001 | 195.960007 | 193.610001 | 194.210007 | 190.57399 | 19076000 |
| 7/27/2018 | 194.990005 | 195.190002 | 190.100006 | 190.979996 | 187.404449 | 24024000 |
| 7/30/2018 | 191.899994 | 192.199997 | 189.070007 | 189.910004 | 186.354477 | 21029500 |
| 7/31/2018 | 190.300003 | 192.139999 | 189.339996 | 190.289993 | 186.727371 | 39373000 |
| 8/1/2018 | 199.130005 | 201.759995 | 197.309998 | 201.5 | 197.727493 | 67935700 |
| 8/2/2018 | 200.580002 | 208.380005 | 200.350006 | 207.389999 | 203.507217 | 62404000 |
| 8/3/2018 | 207.029999 | 208.740005 | 205.479996 | 207.990005 | 204.095993 | 33447400 |
| 8/6/2018 | 208 | 209.25 | 207.070007 | 209.070007 | 205.155792 | 25425400 |
| 8/7/2018 | 209.320007 | 209.5 | 206.759995 | 207.110001 | 203.232483 | 25587400 |
| 8/8/2018 | 206.050003 | 207.809998 | 204.520004 | 207.25 | 203.369858 | 22525500 |
| 8/9/2018 | 209.529999 | 209.779999 | 207.199997 | 208.880005 | 204.96933 | 23492600 |
| 8/10/2018 | 207.360001 | 209.100006 | 206.669998 | 207.529999 | 204.35881 | 24611200 |
| 8/13/2018 | 209.309998 | 210.949997 | 207.699997 | 208.869995 | 205.678345 | 25890900 |

# APPLE INC.'S 1/3/17 THROUGH 10/15/19 HISTORICAL STOCK PRICE

## [Source Yahoo Finance]

| Date | Open | High | Low | Close | Adj Close | Volume |
|------|------|------|-----|-------|-----------|--------|
| 8/14/2018 | 210.160004 | 210.559998 | 208.259995 | 209.75 | 206.544891 | 20748000 |
| 8/15/2018 | 209.220001 | 210.740005 | 208.330002 | 210.240005 | 207.02742 | 28807600 |
| 8/16/2018 | 211.75 | 213.809998 | 211.470001 | 213.320007 | 210.060333 | 28500400 |
| 8/17/2018 | 213.440002 | 217.949997 | 213.160004 | 217.580002 | 214.255234 | 35427000 |
| 8/20/2018 | 218.100006 | 219.179993 | 215.110001 | 215.460007 | 212.167633 | 30287700 |
| 8/21/2018 | 216.800003 | 217.190002 | 214.029999 | 215.039993 | 211.754028 | 26159800 |
| 8/22/2018 | 214.100006 | 216.360001 | 213.839996 | 215.050003 | 211.763901 | 19018100 |
| 8/23/2018 | 214.649994 | 217.050003 | 214.600006 | 215.490005 | 212.197189 | 18883200 |
| 8/24/2018 | 216.600006 | 216.899994 | 215.110001 | 216.160004 | 212.856949 | 18476400 |
| 8/27/2018 | 217.149994 | 218.740005 | 216.330002 | 217.940002 | 214.609741 | 20525100 |
| 8/28/2018 | 219.009995 | 220.539993 | 218.919998 | 219.699997 | 216.34285 | 22776800 |
| 8/29/2018 | 220.149994 | 223.490005 | 219.410004 | 222.979996 | 219.572723 | 27254800 |
| 8/30/2018 | 223.25 | 228.259995 | 222.399994 | 225.029999 | 221.591385 | 48793800 |
| 8/31/2018 | 226.509995 | 228.869995 | 226 | 227.630005 | 224.151657 | 43340100 |
| 9/4/2018 | 228.410004 | 229.179993 | 226.630005 | 228.360001 | 224.870499 | 27390100 |
| 9/5/2018 | 228.990005 | 229.669998 | 225.100006 | 226.869995 | 223.403275 | 33333000 |
| 9/6/2018 | 226.229996 | 227.350006 | 221.300003 | 223.100006 | 219.690903 | 34290000 |
| 9/7/2018 | 221.850006 | 225.369995 | 220.710007 | 221.300003 | 217.918411 | 37619800 |
| 9/10/2018 | 220.949997 | 221.850006 | 216.470001 | 218.330002 | 214.993759 | 39516500 |
| 9/11/2018 | 218.009995 | 224.300003 | 216.559998 | 223.850006 | 220.429443 | 35749000 |
| 9/12/2018 | 224.940002 | 225 | 219.839996 | 221.070007 | 217.691925 | 49278700 |
| 9/13/2018 | 223.520004 | 228.350006 | 222.570007 | 226.410004 | 222.950317 | 41706400 |
| 9/14/2018 | 225.75 | 226.839996 | 222.520004 | 223.839996 | 220.419571 | 31999300 |
| 9/17/2018 | 222.149994 | 222.949997 | 217.270004 | 217.880005 | 214.550659 | 37195100 |
| 9/18/2018 | 217.789993 | 221.850006 | 217.119995 | 218.240005 | 214.905167 | 31571700 |
| 9/19/2018 | 218.5 | 219.619995 | 215.300003 | 218.369995 | 215.033142 | 27123800 |
| 9/20/2018 | 220.240005 | 222.279999 | 219.149994 | 220.029999 | 216.667816 | 26608800 |
| 9/21/2018 | 220.779999 | 221.360001 | 217.289993 | 217.660004 | 214.33403 | 96246700 |
| 9/24/2018 | 216.820007 | 221.259995 | 216.630005 | 220.789993 | 217.416183 | 27693400 |
| 9/25/2018 | 219.75 | 222.820007 | 219.699997 | 222.190002 | 218.7948 | 24554400 |
| 9/26/2018 | 221 | 223.75 | 219.759995 | 220.419998 | 217.051849 | 23984700 |
| 9/27/2018 | 223.820007 | 226.440002 | 223.539993 | 224.949997 | 221.512604 | 30181200 |
| 9/28/2018 | 224.789994 | 225.839996 | 224.020004 | 225.740005 | 222.290543 | 22929400 |
| 10/1/2018 | 227.949997 | 229.419998 | 226.350006 | 227.259995 | 223.787323 | 23600800 |
| 10/2/2018 | 227.25 | 230 | 226.630005 | 229.279999 | 225.776459 | 24788200 |
| 10/3/2018 | 230.050003 | 233.470001 | 229.779999 | 232.070007 | 228.523819 | 28654800 |
| 10/4/2018 | 230.779999 | 232.350006 | 226.729996 | 227.990005 | 224.50618 | 32042000 |
| 10/5/2018 | 227.960007 | 228.410004 | 220.580002 | 224.289993 | 220.862717 | 33580500 |
| 10/8/2018 | 222.210007 | 224.800003 | 220.199997 | 223.770004 | 220.350662 | 29663900 |
| 10/9/2018 | 223.639999 | 227.270004 | 222.25 | 226.869995 | 223.403275 | 26891000 |
| 10/10/2018 | 225.460007 | 226.350006 | 216.050003 | 216.360001 | 213.053894 | 41990600 |
| 10/11/2018 | 214.520004 | 219.5 | 212.320007 | 214.449997 | 211.173065 | 53124400 |
| 10/12/2018 | 220.419998 | 222.880005 | 216.839996 | 222.110001 | 218.716034 | 40337900 |
| 10/15/2018 | 221.160004 | 221.830002 | 217.270004 | 217.360001 | 214.038605 | 30791000 |
| 10/16/2018 | 218.929993 | 222.990005 | 216.759995 | 222.149994 | 218.755417 | 29184000 |
| 10/17/2018 | 222.300003 | 222.639999 | 219.339996 | 221.190002 | 217.810089 | 22885400 |
| 10/18/2018 | 217.860001 | 219.740005 | 213 | 216.020004 | 212.719086 | 32581300 |
| 10/19/2018 | 218.059998 | 221.259995 | 217.429993 | 219.309998 | 215.958801 | 33078700 |
| 10/22/2018 | 219.789993 | 223.360001 | 218.940002 | 220.649994 | 217.27832 | 28792100 |
| 10/23/2018 | 215.830002 | 223.25 | 214.699997 | 222.729996 | 219.326538 | 38767800 |
| 10/24/2018 | 222.600006 | 224.229996 | 214.539993 | 215.089996 | 211.803284 | 40925500 |
| 10/25/2018 | 217.710007 | 221.380005 | 216.75 | 219.800003 | 216.44133 | 29855800 |
| 10/26/2018 | 215.899994 | 220.190002 | 212.669998 | 216.300003 | 212.994797 | 47258400 |
| 10/29/2018 | 219.190002 | 219.690002 | 206.089996 | 212.240005 | 208.996857 | 45935500 |
| 10/30/2018 | 211.149994 | 215.179993 | 209.270004 | 213.300003 | 210.040649 | 36660000 |
| 10/31/2018 | 216.880005 | 220.449997 | 216.619995 | 218.860001 | 215.515686 | 38358900 |
| 11/1/2018 | 219.050003 | 222.360001 | 216.809998 | 222.220001 | 218.824341 | 58323200 |
| 11/2/2018 | 209.550003 | 213.649994 | 205.429993 | 207.479996 | 204.30957 | 91328700 |

# APPLE INC.'S 1/3/17 THROUGH 10/15/19 HISTORICAL STOCK PRICE

## [Source Yahoo Finance]

| Date | Open | High | Low | Close | Adj Close | Volume |
|------|------|------|-----|-------|-----------|--------|
| 11/5/2018 | 204.300003 | 204.389999 | 198.169998 | 201.589996 | 198.509583 | 66163700 |
| 11/6/2018 | 201.919998 | 204.720001 | 201.690002 | 203.770004 | 200.656265 | 31882900 |
| 11/7/2018 | 205.970001 | 210.059998 | 204.130005 | 209.949997 | 206.741821 | 33424400 |
| 11/8/2018 | 209.979996 | 210.119995 | 206.75 | 208.490005 | 206.020493 | 25362600 |
| 11/9/2018 | 205.550003 | 206.009995 | 202.25 | 204.470001 | 202.048096 | 34365800 |
| 11/12/2018 | 199 | 199.850006 | 193.789993 | 194.169998 | 191.870087 | 51135500 |
| 11/13/2018 | 191.630005 | 197.179993 | 191.449997 | 192.229996 | 189.953079 | 46882900 |
| 11/14/2018 | 193.899994 | 194.479996 | 185.929993 | 186.800003 | 184.587402 | 60801000 |
| 11/15/2018 | 188.389999 | 191.970001 | 186.899994 | 191.410004 | 189.142792 | 46478800 |
| 11/16/2018 | 190.5 | 194.970001 | 189.460007 | 193.529999 | 191.237686 | 36928300 |
| 11/19/2018 | 190 | 190.699997 | 184.990005 | 185.860001 | 183.658539 | 41925300 |
| 11/20/2018 | 178.369995 | 181.470001 | 175.509995 | 176.979996 | 174.883713 | 67825200 |
| 11/21/2018 | 179.729996 | 180.270004 | 176.550003 | 176.779999 | 174.686081 | 31124200 |
| 11/23/2018 | 174.940002 | 176.600006 | 172.100006 | 172.289993 | 170.249252 | 23624000 |
| 11/26/2018 | 174.240005 | 174.949997 | 170.259995 | 174.619995 | 172.551666 | 44998500 |
| 11/27/2018 | 171.509995 | 174.770004 | 170.880005 | 174.240005 | 172.176163 | 41387400 |
| 11/28/2018 | 176.729996 | 181.289993 | 174.929993 | 180.940002 | 178.796799 | 46062500 |
| 11/29/2018 | 182.660004 | 182.800003 | 177.699997 | 179.550003 | 177.423264 | 41770000 |
| 11/30/2018 | 180.289993 | 180.330002 | 177.029999 | 178.580002 | 176.464767 | 39531500 |
| 12/3/2018 | 184.460007 | 184.940002 | 181.210007 | 184.820007 | 182.630859 | 40802500 |
| 12/4/2018 | 180.949997 | 182.389999 | 176.270004 | 176.690002 | 174.597153 | 41344300 |
| 12/6/2018 | 171.759995 | 174.779999 | 170.419998 | 174.720001 | 172.650482 | 43098400 |
| 12/7/2018 | 173.490005 | 174.490005 | 168.300003 | 168.490005 | 166.494278 | 42281600 |
| 12/10/2018 | 165 | 170.089996 | 163.330002 | 169.600006 | 167.591125 | 62026000 |
| 12/11/2018 | 171.660004 | 171.789993 | 167 | 168.630005 | 166.632614 | 47281700 |
| 12/12/2018 | 170.399994 | 171.919998 | 169.020004 | 169.100006 | 167.097046 | 35627700 |
| 12/13/2018 | 170.490005 | 172.570007 | 169.550003 | 170.949997 | 168.925125 | 31898600 |
| 12/14/2018 | 169 | 169.080002 | 165.279999 | 165.479996 | 163.519913 | 40703700 |
| 12/17/2018 | 165.449997 | 168.350006 | 162.729996 | 163.940002 | 161.998169 | 44287900 |
| 12/18/2018 | 165.380005 | 167.529999 | 164.389999 | 166.070007 | 164.102936 | 33841500 |
| 12/19/2018 | 166 | 167.449997 | 159.089996 | 160.889999 | 158.984299 | 49047300 |
| 12/20/2018 | 160.399994 | 162.110001 | 155.300003 | 156.830002 | 154.972397 | 64773000 |
| 12/21/2018 | 156.860001 | 158.160004 | 149.630005 | 150.729996 | 148.944626 | 95744600 |
| 12/24/2018 | 148.149994 | 151.550003 | 146.589996 | 146.830002 | 145.090836 | 37169200 |
| 12/26/2018 | 148.300003 | 157.229996 | 146.720001 | 157.169998 | 155.30835 | 58582500 |
| 12/27/2018 | 155.839996 | 156.770004 | 150.070007 | 156.149994 | 154.300446 | 53117100 |
| 12/28/2018 | 157.5 | 158.520004 | 154.550003 | 156.229996 | 154.379486 | 42291400 |
| 12/31/2018 | 158.529999 | 159.360001 | 156.479996 | 157.740005 | 155.871613 | 35003500 |
| 1/2/2019 | 154.889999 | 158.850006 | 154.229996 | 157.919998 | 156.049484 | 37039700 |
| 1/3/2019 | 143.979996 | 145.720001 | 142 | 142.190002 | 140.505798 | 91312200 |
| 1/4/2019 | 144.529999 | 148.550003 | 143.800003 | 148.259995 | 146.503891 | 58607100 |
| 1/7/2019 | 148.699997 | 148.830002 | 145.899994 | 147.929993 | 146.177811 | 54777800 |
| 1/8/2019 | 149.559998 | 151.820007 | 148.520004 | 150.75 | 148.964386 | 41025300 |
| 1/9/2019 | 151.289993 | 154.529999 | 149.630005 | 153.309998 | 151.494064 | 45099100 |
| 1/10/2019 | 152.5 | 153.970001 | 150.860001 | 153.800003 | 151.978271 | 35780700 |
| 1/11/2019 | 152.880005 | 153.699997 | 151.509995 | 152.289993 | 150.48616 | 27023200 |
| 1/14/2019 | 150.850006 | 151.270004 | 149.220001 | 150 | 148.223282 | 32439200 |
| 1/15/2019 | 150.270004 | 153.389999 | 150.050003 | 153.070007 | 151.256927 | 28710900 |
| 1/16/2019 | 153.080002 | 155.880005 | 153 | 154.940002 | 153.104782 | 30569700 |
| 1/17/2019 | 154.199997 | 157.660004 | 153.259995 | 155.860001 | 154.013885 | 29821200 |
| 1/18/2019 | 157.5 | 157.880005 | 155.979996 | 156.820007 | 154.962494 | 33751000 |
| 1/22/2019 | 156.410004 | 156.729996 | 152.619995 | 153.300003 | 151.484207 | 30394000 |
| 1/23/2019 | 154.149994 | 155.139999 | 151.699997 | 153.919998 | 152.096848 | 23130600 |
| 1/24/2019 | 154.110001 | 154.479996 | 151.740005 | 152.699997 | 150.891296 | 25441500 |
| 1/25/2019 | 155.479996 | 158.130005 | 154.320007 | 157.759995 | 155.891357 | 33535500 |
| 1/28/2019 | 155.789993 | 156.330002 | 153.660004 | 156.300003 | 154.448654 | 26192100 |
| 1/29/2019 | 156.25 | 158.130005 | 154.110001 | 154.679993 | 152.847839 | 41587200 |
| 1/30/2019 | 163.25 | 166.149994 | 160.229996 | 165.25 | 163.292648 | 61109800 |

# APPLE INC.'S 1/3/17 THROUGH 10/15/19 HISTORICAL STOCK PRICE

## [Source Yahoo Finance]

| Date | Open | High | Low | Close | Adj Close | Volume |
|------|------|------|-----|-------|-----------|--------|
| 1/31/2019 | 166.110001 | 169 | 164.559998 | 166.440002 | 164.468567 | 40739600 |
| 2/1/2019 | 166.960007 | 168.979996 | 165.929993 | 166.520004 | 164.547607 | 32668100 |
| 2/4/2019 | 167.410004 | 171.660004 | 167.279999 | 171.25 | 169.221588 | 31495500 |
| 2/5/2019 | 172.860001 | 175.080002 | 172.350006 | 174.179993 | 172.116867 | 36101600 |
| 2/6/2019 | 174.649994 | 175.570007 | 172.850006 | 174.240005 | 172.176163 | 28239600 |
| 2/7/2019 | 172.399994 | 173.940002 | 170.339996 | 170.940002 | 168.915268 | 31741700 |
| 2/8/2019 | 168.990005 | 170.660004 | 168.419998 | 170.410004 | 169.113724 | 23820000 |
| 2/11/2019 | 171.050003 | 171.210007 | 169.25 | 169.429993 | 168.141174 | 20993400 |
| 2/12/2019 | 170.100006 | 171 | 169.699997 | 170.889999 | 169.590073 | 22283500 |
| 2/13/2019 | 171.389999 | 172.479996 | 169.919998 | 170.179993 | 168.885468 | 22490200 |
| 2/14/2019 | 169.710007 | 171.259995 | 169.380005 | 170.800003 | 169.500778 | 21835700 |
| 2/15/2019 | 171.25 | 171.699997 | 169.75 | 170.419998 | 169.123657 | 24626800 |
| 2/19/2019 | 169.710007 | 171.440002 | 169.490005 | 170.929993 | 169.629761 | 18972800 |
| 2/20/2019 | 171.190002 | 173.320007 | 170.990005 | 172.029999 | 170.721405 | 26114400 |
| 2/21/2019 | 171.800003 | 172.369995 | 170.300003 | 171.059998 | 169.758789 | 17249700 |
| 2/22/2019 | 171.580002 | 173 | 171.380005 | 172.970001 | 171.654251 | 18913200 |
| 2/25/2019 | 174.160004 | 175.869995 | 173.949997 | 174.229996 | 172.904678 | 21873400 |
| 2/26/2019 | 173.710007 | 175.300003 | 173.169998 | 174.330002 | 173.003922 | 17070200 |
| 2/27/2019 | 173.210007 | 175 | 172.729996 | 174.869995 | 173.539795 | 27835400 |
| 2/28/2019 | 174.320007 | 174.910004 | 172.919998 | 173.149994 | 171.832886 | 28215400 |
| 3/1/2019 | 174.279999 | 175.149994 | 172.889999 | 174.970001 | 173.639038 | 25886200 |
| 3/4/2019 | 175.690002 | 177.75 | 173.970001 | 175.850006 | 174.51236 | 27436200 |
| 3/5/2019 | 175.940002 | 176 | 174.539993 | 175.529999 | 174.194778 | 19737400 |
| 3/6/2019 | 174.669998 | 175.490005 | 173.940002 | 174.520004 | 173.192474 | 20810400 |
| 3/7/2019 | 173.869995 | 174.440002 | 172.020004 | 172.5 | 171.187836 | 24796400 |
| 3/8/2019 | 170.320007 | 173.070007 | 169.5 | 172.910004 | 171.594711 | 23999400 |
| 3/11/2019 | 175.490005 | 179.119995 | 175.350006 | 178.899994 | 177.539139 | 32011000 |
| 3/12/2019 | 180 | 182.669998 | 179.369995 | 180.910004 | 179.533875 | 32467600 |
| 3/13/2019 | 182.25 | 183.300003 | 180.919998 | 181.710007 | 180.327774 | 31032500 |
| 3/14/2019 | 183.899994 | 184.100006 | 182.559998 | 183.729996 | 182.332397 | 23579500 |
| 3/15/2019 | 184.850006 | 187.330002 | 183.740005 | 186.119995 | 184.704224 | 39042900 |
| 3/18/2019 | 185.800003 | 188.389999 | 185.789993 | 188.020004 | 186.589783 | 26219800 |
| 3/19/2019 | 188.350006 | 188.990005 | 185.919998 | 186.529999 | 185.111115 | 31646400 |
| 3/20/2019 | 186.229996 | 189.490005 | 184.729996 | 188.160004 | 186.728714 | 31035200 |
| 3/21/2019 | 190.020004 | 196.330022 | 189.809998 | 195.089996 | 193.605988 | 51034200 |
| 3/22/2019 | 195.339996 | 197.690002 | 190.779999 | 191.050003 | 189.596725 | 42407700 |
| 3/25/2019 | 191.509995 | 191.979996 | 186.600006 | 188.740005 | 187.304291 | 43845300 |
| 3/26/2019 | 191.660004 | 192.880005 | 184.580002 | 186.789993 | 185.369125 | 49800500 |
| 3/27/2019 | 188.75 | 189.759995 | 186.550003 | 188.470001 | 187.036346 | 29848400 |
| 3/28/2019 | 188.949997 | 189.559998 | 187.529999 | 188.720001 | 187.284439 | 20780400 |
| 3/29/2019 | 189.830002 | 190.080002 | 188.539993 | 189.949997 | 188.505081 | 23564000 |
| 4/1/2019 | 191.639999 | 191.679993 | 188.380005 | 191.240005 | 189.785278 | 27862000 |
| 4/2/2019 | 191.089996 | 194.460007 | 191.050003 | 194.020004 | 192.544144 | 22765700 |
| 4/3/2019 | 193.25 | 196.5 | 193.149994 | 195.350006 | 193.864029 | 23271800 |
| 4/4/2019 | 194.789993 | 196.369995 | 193.139999 | 195.690002 | 194.201431 | 19114300 |
| 4/5/2019 | 196.449997 | 197.100006 | 195.929993 | 197 | 195.501465 | 18526600 |
| 4/8/2019 | 196.419998 | 200.229996 | 196.339996 | 200.100006 | 198.577881 | 25881700 |
| 4/9/2019 | 200.320007 | 202.850006 | 199.229996 | 199.5 | 197.982452 | 35768200 |
| 4/10/2019 | 198.679993 | 200.740005 | 198.179993 | 200.619995 | 199.093918 | 21695300 |
| 4/11/2019 | 200.850006 | 201 | 198.440002 | 198.949997 | 197.43663 | 20900800 |
| 4/12/2019 | 199.199997 | 200.139999 | 196.210007 | 198.869995 | 197.357239 | 27760700 |
| 4/15/2019 | 198.580002 | 199.850006 | 198.009995 | 199.229996 | 197.714493 | 17536600 |
| 4/16/2019 | 199.460007 | 201.369995 | 198.559998 | 199.25 | 197.734344 | 25696400 |
| 4/17/2019 | 199.539993 | 203.380005 | 198.610001 | 203.130005 | 201.584839 | 28906800 |
| 4/18/2019 | 203.119995 | 204.149994 | 202.520014 | 203.860001 | 202.309296 | 24195800 |
| 4/22/2019 | 202.830002 | 204.940002 | 202.339996 | 204.529999 | 202.974197 | 19439500 |
| 4/23/2019 | 204.429993 | 207.75 | 203.899994 | 207.479996 | 205.901749 | 23323000 |
| 4/24/2019 | 207.360001 | 208.479996 | 207.050003 | 207.160004 | 205.584183 | 17540600 |

# APPLE INC.'S 1/3/17 THROUGH 10/15/19 HISTORICAL STOCK PRICE

## [Source Yahoo Finance]

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 4/25/2019 | 206.830002 | 207.759995 | 205.119995 | 205.279999 | 203.718491 | 18543200 |
| 4/26/2019 | 204.899994 | 205 | 202.119995 | 204.300003 | 202.745941 | 18649100 |
| 4/29/2019 | 204.399994 | 205.970001 | 203.860001 | 204.610001 | 203.053589 | 22204700 |
| 4/30/2019 | 203.059998 | 203.399994 | 199.110001 | 200.669998 | 199.143539 | 46534900 |
| 5/1/2019 | 209.880005 | 215.309998 | 209.229996 | 210.520004 | 208.918625 | 64827300 |
| 5/2/2019 | 209.839996 | 212.649994 | 208.130005 | 209.149994 | 207.559052 | 31996300 |
| 5/3/2019 | 210.889999 | 211.839996 | 210.229996 | 211.75 | 210.139267 | 20892400 |
| 5/6/2019 | 204.289993 | 208.839996 | 203.5 | 208.479996 | 206.894135 | 32443100 |
| 5/7/2019 | 205.880005 | 207.419998 | 200.830002 | 202.860001 | 201.316895 | 38763700 |
| 5/8/2019 | 201.899994 | 205.339996 | 201.75 | 202.899994 | 201.356583 | 26339500 |
| 5/9/2019 | 200.399994 | 201.679993 | 196.660004 | 200.720001 | 199.193176 | 34908600 |
| 5/10/2019 | 197.419998 | 198.850006 | 192.770004 | 197.179993 | 196.433655 | 41208700 |
| 5/13/2019 | 187.710007 | 189.479996 | 182.850006 | 185.720001 | 185.017044 | 57430600 |
| 5/14/2019 | 186.410004 | 189.699997 | 185.410004 | 188.660004 | 187.945908 | 36529700 |
| 5/15/2019 | 186.270004 | 191.75 | 186.020004 | 190.919998 | 190.197357 | 26544700 |
| 5/16/2019 | 189.910004 | 192.470001 | 188.839996 | 190.080002 | 189.360535 | 33031400 |
| 5/17/2019 | 186.929993 | 190.899994 | 186.759995 | 189 | 188.284622 | 32879100 |
| 5/20/2019 | 183.520004 | 184.350006 | 180.279999 | 183.089996 | 182.396988 | 38612300 |
| 5/21/2019 | 185.220001 | 188 | 184.699997 | 186.600006 | 185.893707 | 28364800 |
| 5/22/2019 | 184.660004 | 185.710007 | 182.550003 | 182.779999 | 182.088165 | 29748600 |
| 5/23/2019 | 179.800003 | 180.539993 | 177.809998 | 179.660004 | 178.97798 | 36529700 |
| 5/24/2019 | 180.199997 | 182.139999 | 178.619995 | 178.970001 | 178.292587 | 23714700 |
| 5/28/2019 | 178.919998 | 180.589996 | 177.910004 | 178.229996 | 177.555389 | 27948200 |
| 5/29/2019 | 176.419998 | 179.350006 | 176 | 177.380005 | 176.708603 | 28481200 |
| 5/30/2019 | 177.949997 | 179.229996 | 176.669998 | 178.300003 | 177.625122 | 21218400 |
| 5/31/2019 | 176.229996 | 177.990005 | 174.990005 | 175.070007 | 174.407349 | 27043600 |
| 6/3/2019 | 175.600006 | 177.919998 | 170.270004 | 173.300003 | 172.644043 | 40396100 |
| 6/4/2019 | 175.440002 | 179.830002 | 174.520004 | 179.639999 | 178.960052 | 30968000 |
| 6/5/2019 | 184.279999 | 184.990005 | 181.139999 | 182.539993 | 181.84906 | 29773400 |
| 6/6/2019 | 183.080002 | 185.470001 | 182.149994 | 185.220001 | 184.518936 | 22526300 |
| 6/7/2019 | 186.509995 | 191.919998 | 185.770004 | 190.149994 | 189.430267 | 30684400 |
| 6/10/2019 | 191.809998 | 195.369995 | 191.619995 | 192.580002 | 191.851074 | 26220900 |
| 6/11/2019 | 194.860001 | 196 | 193.600006 | 194.809998 | 194.072632 | 26932900 |
| 6/12/2019 | 193.949997 | 195.970001 | 193.389999 | 194.190002 | 193.454987 | 18253200 |
| 6/13/2019 | 194.699997 | 196.789993 | 193.600006 | 194.149994 | 193.415115 | 21674600 |
| 6/14/2019 | 191.550003 | 193.589996 | 190.300003 | 192.740005 | 192.010468 | 18761500 |
| 6/17/2019 | 192.899994 | 194.960007 | 192.169998 | 193.889999 | 193.156113 | 14669100 |
| 6/18/2019 | 196.050003 | 200.289993 | 195.210007 | 198.449997 | 197.698853 | 26551000 |
| 6/19/2019 | 199.679993 | 199.880005 | 197.309998 | 197.869995 | 197.121048 | 21124200 |
| 6/20/2019 | 200.369995 | 200.610001 | 198.029999 | 199.460007 | 198.705032 | 21514000 |
| 6/21/2019 | 198.800003 | 200.850006 | 198.149994 | 198.779999 | 198.027603 | 47800600 |
| 6/24/2019 | 198.539993 | 200.160004 | 198.169998 | 198.580002 | 197.828369 | 18220400 |
| 6/25/2019 | 198.429993 | 199.259995 | 195.289993 | 195.570007 | 194.829758 | 21070300 |
| 6/26/2019 | 197.770004 | 200.990005 | 197.350006 | 199.800003 | 199.043747 | 26067500 |
| 6/27/2019 | 200.289993 | 201.570007 | 199.570007 | 199.740005 | 198.983978 | 20899700 |
| 6/28/2019 | 198.679993 | 199.5 | 197.050003 | 197.919998 | 197.170853 | 31110600 |
| 7/1/2019 | 203.169998 | 204.490005 | 200.649994 | 201.550003 | 200.787125 | 27253000 |
| 7/2/2019 | 201.410004 | 203.130005 | 201.360001 | 202.729996 | 201.962646 | 16935200 |
| 7/3/2019 | 203.279999 | 204.440002 | 202.690002 | 204.410004 | 203.636292 | 11362000 |
| 7/5/2019 | 203.350006 | 205.080002 | 202.899994 | 204.229996 | 203.45697 | 17265500 |
| 7/8/2019 | 200.809998 | 201.399994 | 198.410004 | 200.020004 | 199.262909 | 25338600 |
| 7/9/2019 | 199.199997 | 201.509995 | 198.809998 | 201.240005 | 200.478302 | 20578000 |
| 7/10/2019 | 201.850006 | 203.729996 | 201.559998 | 203.229996 | 202.460754 | 17897100 |
| 7/11/2019 | 203.309998 | 204.389999 | 201.710007 | 201.75 | 200.986359 | 20191800 |
| 7/12/2019 | 202.449997 | 204 | 202.199997 | 203.300003 | 202.530502 | 17595200 |
| 7/15/2019 | 204.089996 | 205.869995 | 204 | 205.210007 | 204.433273 | 16947400 |
| 7/16/2019 | 204.589996 | 206.110001 | 203.5 | 204.5 | 203.725952 | 16866800 |
| 7/17/2019 | 204.050003 | 205.089996 | 203.270004 | 203.350006 | 202.580307 | 14107500 |

# APPLE INC.'S 1/3/17 THROUGH 10/15/19 HISTORICAL STOCK PRICE

## [Source Yahoo Finance]

| Date | Open | High | Low | Close | Adj Close | Volume |
|------|------|------|-----|-------|-----------|--------|
| 7/18/2019 | 204 | 205.880005 | 203.699997 | 205.660004 | 204.881561 | 18540600 |
| 7/19/2019 | 205.789993 | 206.5 | 202.360001 | 202.589996 | 201.823181 | 20929300 |
| 7/22/2019 | 203.649994 | 207.229996 | 203.610001 | 207.220001 | 206.435654 | 22277900 |
| 7/23/2019 | 208.460007 | 208.910004 | 207.289993 | 208.839996 | 208.049515 | 18355200 |
| 7/24/2019 | 207.669998 | 209.149994 | 207.169998 | 208.669998 | 207.880173 | 14991600 |
| 7/25/2019 | 208.889999 | 209.240005 | 206.729996 | 207.020004 | 206.23642 | 13909600 |
| 7/26/2019 | 207.479996 | 209.729996 | 207.139999 | 207.740005 | 206.95369 | 17618900 |
| 7/29/2019 | 208.460007 | 210.639999 | 208.440002 | 209.679993 | 208.886337 | 21673400 |
| 7/30/2019 | 208.759995 | 210.160004 | 207.309998 | 208.779999 | 207.989746 | 33935700 |
| 7/31/2019 | 216.419998 | 221.369995 | 211.300003 | 213.039993 | 212.233627 | 69281400 |
| 8/1/2019 | 213.899994 | 218.029999 | 206.740005 | 208.429993 | 207.641068 | 54017900 |
| 8/2/2019 | 205.529999 | 206.429993 | 201.630005 | 204.020004 | 203.247772 | 40862100 |
| 8/5/2019 | 197.990005 | 198.649994 | 192.580002 | 193.339996 | 192.608185 | 52393000 |
| 8/6/2019 | 196.309998 | 198.070007 | 194.039993 | 197 | 196.254353 | 35824800 |
| 8/7/2019 | 195.410004 | 199.559998 | 193.820007 | 199.039993 | 198.286606 | 33364400 |
| 8/8/2019 | 200.199997 | 203.529999 | 199.389999 | 203.429993 | 202.659988 | 27009500 |
| 8/9/2019 | 201.300003 | 202.759995 | 199.289993 | 200.990005 | 200.990005 | 24619700 |
| 8/12/2019 | 199.619995 | 202.050003 | 199.149994 | 200.479996 | 200.479996 | 22481900 |
| 8/13/2019 | 201.020004 | 212.139999 | 200.479996 | 208.970001 | 208.970001 | 47218500 |
| 8/14/2019 | 203.160004 | 206.440002 | 202.589996 | 202.75 | 202.75 | 36547400 |
| 8/15/2019 | 203.460007 | 205.139999 | 199.669998 | 201.740005 | 201.740005 | 27227400 |
| 8/16/2019 | 204.279999 | 207.160004 | 203.839996 | 206.5 | 206.5 | 27620400 |
| 8/19/2019 | 210.619995 | 212.729996 | 210.029999 | 210.350006 | 210.350006 | 24413600 |
| 8/20/2019 | 210.880005 | 213.350006 | 210.320007 | 210.360001 | 210.360001 | 26884300 |
| 8/21/2019 | 212.990005 | 213.649994 | 211.600006 | 212.639999 | 212.639999 | 21535400 |
| 8/22/2019 | 213.190002 | 214.440002 | 210.75 | 212.460007 | 212.460007 | 22253700 |
| 8/23/2019 | 209.429993 | 212.050003 | 201 | 202.639999 | 202.639999 | 46818000 |
| 8/26/2019 | 205.860001 | 207.190002 | 205.059998 | 206.490005 | 206.490005 | 26043600 |
| 8/27/2019 | 207.860001 | 208.550003 | 203.529999 | 204.160004 | 204.160004 | 25873300 |
| 8/28/2019 | 204.100006 | 205.720001 | 203.320007 | 205.529999 | 205.529999 | 15938800 |
| 8/29/2019 | 208.5 | 209.320007 | 206.660004 | 209.009995 | 209.009995 | 20990500 |
| 8/30/2019 | 210.160004 | 210.449997 | 207.199997 | 208.740005 | 208.740005 | 21143400 |
| 9/3/2019 | 206.429993 | 206.979996 | 204.220001 | 205.699997 | 205.699997 | 20023000 |
| 9/4/2019 | 208.389999 | 209.479996 | 207.320007 | 209.190002 | 209.190002 | 19188100 |
| 9/5/2019 | 212 | 213.970001 | 211.509995 | 213.279999 | 213.279999 | 23913700 |
| 9/6/2019 | 214.050003 | 214.419998 | 212.509995 | 213.259995 | 213.259995 | 19362300 |
| 9/9/2019 | 214.839996 | 216.440002 | 211.070007 | 214.169998 | 214.169998 | 27309400 |
| 9/10/2019 | 213.860001 | 216.779999 | 211.710007 | 216.699997 | 216.699997 | 31777900 |
| 9/11/2019 | 218.070007 | 223.710007 | 217.729996 | 223.589996 | 223.589996 | 44289600 |
| 9/12/2019 | 224.800003 | 226.419998 | 222.860001 | 223.089996 | 223.089996 | 32226700 |
| 9/13/2019 | 220 | 220.789993 | 217.020004 | 218.75 | 218.75 | 39763300 |
| 9/16/2019 | 217.729996 | 220.130005 | 217.559998 | 219.899994 | 219.899994 | 21158100 |
| 9/17/2019 | 219.960007 | 220.820007 | 219.119995 | 220.699997 | 220.699997 | 18318700 |
| 9/18/2019 | 221.059998 | 222.850006 | 219.440002 | 222.770004 | 222.770004 | 25340000 |
| 9/19/2019 | 222.009995 | 223.759995 | 220.369995 | 220.960007 | 220.960007 | 22060600 |
| 9/20/2019 | 221.380005 | 222.559998 | 217.470001 | 217.729996 | 217.729996 | 55413100 |
| 9/23/2019 | 218.949997 | 219.839996 | 217.649994 | 218.720001 | 218.720001 | 19165500 |
| 9/24/2019 | 221.029999 | 222.490005 | 217.190002 | 217.679993 | 217.679993 | 31190800 |
| 9/25/2019 | 218.550003 | 221.5 | 217.139999 | 221.029999 | 221.029999 | 21903400 |
| 9/26/2019 | 220 | 220.940002 | 218.830002 | 219.889999 | 219.889999 | 18833500 |
| 9/27/2019 | 220.539993 | 220.960007 | 217.279999 | 218.820007 | 218.820007 | 25352000 |
| 9/30/2019 | 220.899994 | 224.580002 | 220.789993 | 223.970001 | 223.970001 | 25977400 |
| 10/1/2019 | 225.070007 | 228.220001 | 224.199997 | 224.589996 | 224.589996 | 34805800 |
| 10/2/2019 | 223.059998 | 223.580002 | 217.929993 | 218.960007 | 218.960007 | 34612300 |
| 10/3/2019 | 218.429993 | 220.960007 | 215.130005 | 220.820007 | 220.820007 | 28606500 |
| 10/4/2019 | 225.639999 | 227.490005 | 223.889999 | 227.009995 | 227.009995 | 34619700 |
| 10/7/2019 | 226.270004 | 229.929993 | 225.839996 | 227.059998 | 227.059998 | 30576500 |
| 10/8/2019 | 225.820007 | 228.059998 | 224.330002 | 224.399994 | 224.399994 | 27955000 |

**APPLE INC.'S 1/3/17 THROUGH 10/15/19 HISTORICAL STOCK PRICE**

**[Source Yahoo Finance]**

| Date | Open | High | Low | Close | Adj Close | Volume |
|------|------|------|-----|-------|-----------|--------|
| 10/9/2019 | 227.029999 | 227.789993 | 225.639999 | 227.029999 | 227.029999 | 18692600 |
| 10/10/2019 | 227.929993 | 230.440002 | 227.300003 | 230.089996 | 230.089996 | 28253400 |
| 10/11/2019 | 232.949997 | 237.639999 | 232.309998 | 236.210007 | 236.210007 | 41698900 |
| 10/14/2019 | 234.899994 | 238.130005 | 234.669998 | 235.869995 | 235.869995 | 24106900 |
| 10/15/2019 | 236.389999 | 237.649994 | 234.880005 | 235.320007 | 235.320007 | 21840000 |

# EXHIBIT 50

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

———————————

# FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 OR 15(d) of The Securities Exchange Act of 1934**

**October 25, 2016**
Date of Report (Date of earliest event reported)

———————————



# Apple Inc.
(Exact name of Registrant as specified in its charter)

| **California** | **001-36743** | **94-2404110** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS. Employer Identification No.) |

**1 Infinite Loop**
**Cupertino, California 95014**
(Address of principal executive offices) (Zip Code)

**(408) 996-1010**
(Registrant's telephone number, including area code)

**Not applicable**
(Former name or former address, if changed since last report.)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the Registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Item 2.02      Results of Operations and Financial Condition.**

On October 25, 2016, Apple Inc. ("Apple") issued a press release regarding Apple's financial results for its fourth fiscal quarter ended September 24, 2016 and a related data sheet. A copy of Apple's press release is attached hereto as Exhibit 99.1 and a copy of the related data sheet is attached hereto as Exhibit 99.2.

The information contained in this Current Report shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act, except as shall be expressly set forth by specific reference in such a filing.

**Item 9.01      Financial Statements and Exhibits.**

(d)  Exhibits.

| Exhibit Number | Exhibit Description |
| --- | --- |
| 99.1 | Press release issued by Apple Inc. on October 25, 2016. |
| 99.2 | Data sheet issued by Apple Inc. on October 25, 2016. |

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date:   October 25, 2016                                          Apple Inc.

                                                                 By:   /s/ Luca Maestri
                                                                       Luca Maestri
                                                                       Senior Vice President,
                                                                       Chief Financial Officer

**Exhibit Index**

| Exhibit Number | Exhibit Description |
| --- | --- |
| 99.1 | Press release issued by Apple Inc. on October 25, 2016. |
| 99.2 | Data sheet issued by Apple Inc. on October 25, 2016. |

**Exhibit 99.1**

# Apple Reports Fourth Quarter Results

Services Revenue Grows 24% to All-Time Quarterly Record of $6.3 Billion

CUPERTINO, California - October 25, 2016 - Apple® today announced financial results for its fiscal 2016 fourth quarter ended September 24, 2016. The Company posted quarterly revenue of $46.9 billion and quarterly net income of $9 billion, or $1.67 per diluted share. These results compare to revenue of $51.5 billion and net income of $11.1 billion, or $1.96 per diluted share, in the year-ago quarter. Gross margin was 38 percent compared to 39.9 percent in the year-ago quarter. International sales accounted for 62 percent of the quarter's revenue.

"Our strong September quarter results cap a very successful fiscal 2016 for Apple," said Tim Cook, Apple's CEO. "We're thrilled with the customer response to iPhone 7, iPhone 7 Plus and Apple Watch Series 2, as well as the incredible momentum of our Services business, where revenue grew 24 percent to set another all-time record."

"We are pleased to have generated $16.1 billion in operating cash flow, a new record for the September quarter," said Luca Maestri, Apple's CFO. "We also returned $9.3 billion to investors through dividends and share repurchases during the quarter and have now completed over $186 billion of our capital return program."

Apple is providing the following guidance for its fiscal 2017 first quarter:
• revenue between $76 billion and $78 billion
• gross margin between 38 percent and 38.5 percent
• operating expenses between $6.9 billion and $7 billion
• other income/(expense) of $400 million
• tax rate of 26 percent

Apple's board of directors has declared a cash dividend of $0.57 per share of the Company's common stock. The dividend is payable on November 10, 2016 to shareholders of record as of the close of business on November 7, 2016.

Apple will provide live streaming of its Q4 2016 financial results conference call beginning at 2:00 p.m. PDT on October 25, 2016 at www.apple.com/investor/earnings-call/. This webcast will also be available for replay for approximately two weeks thereafter.

This press release contains forward-looking statements including without limitation those about the Company's estimated revenue, gross margin, operating expenses, other income/(expense), and tax rate. These statements involve risks and uncertainties, and actual results may differ. Risks and uncertainties include without limitation the effect of competitive and economic factors, and the Company's reaction to those factors, on consumer and business buying decisions with respect to the Company's products; continued competitive pressures in the marketplace; the ability of the Company to deliver to the marketplace and stimulate customer demand for new programs, products, and technological innovations on a timely basis; the effect that product introductions and transitions, changes in product pricing or mix, and/or increases in component costs could have on the Company's gross margin; the inventory risk associated with the Company's need to order or commit to order product components in advance of customer orders; the continued availability on acceptable terms, or at all, of certain components and services essential to the Company's business currently obtained by the Company from sole or limited sources; the effect that the Company's dependency on manufacturing and logistics services provided by third parties may have on the quality, quantity or cost of products manufactured or services rendered; risks associated with the Company's international operations; the Company's reliance on third-party intellectual property and digital content; the potential impact of a finding that the Company has infringed on the intellectual property rights of others; the Company's dependency on the performance of distributors, carriers and other resellers of the Company's products; the effect that product and service quality problems could have on the Company's sales and operating profits; the continued service and availability of key executives and employees; war, terrorism, public health issues, natural disasters, and other circumstances that could disrupt supply, delivery, or demand of products; and unfavorable results of legal proceedings. More information on potential factors that could affect the Company's financial results is included from time to time in the "Risk Factors" and "Management's Discussion and Analysis of Financial Condition and Results of Operations" sections of the Company's public reports filed with the SEC, including the Company's Form 10-K for the fiscal year ended September 26, 2015, its Form 10-Q for the fiscal quarter ended December 26, 2015, its Form 10-Q for the fiscal quarter ended March 26, 2016, its Form 10-Q for the fiscal quarter ended June 25, 2016, and its Form 10-K for the fiscal year ended September 24, 2016 to be filed with the SEC. The Company assumes no obligation to update any forward-looking statements or information, which speak as of their respective dates.

Apple revolutionized personal technology with the introduction of the Macintosh in 1984. Today, Apple leads the world in innovation with iPhone, iPad, Mac, Apple Watch and Apple TV. Apple's four software platforms - iOS, macOS, watchOS and tvOS - provide seamless experiences across all Apple devices and empower people with breakthrough services including the App Store, Apple Music, Apple Pay and iCloud. Apple's more than 100,000 employees are dedicated to making the best products on earth, and to leaving the world better than we found it.

Press Contact:
Kristin Huguet
Apple
khuguet@apple.com
(408) 974-2414

Investor Relations Contacts:
Nancy Paxton
Apple
paxton1@apple.com
(408) 974-5420

Joan Hoover
Apple
hoover1@apple.com
(408) 974-4570

NOTE TO EDITORS: For additional information visit Apple's PR website (www.apple.com/pr), or call Apple's Media Helpline at (408) 974-2042.

© 2016 Apple Inc. All rights reserved. Apple and the Apple logo are trademarks of Apple. Other company and product names may be trademarks of their respective owners.

**Apple Inc.**
**UNAUDITED CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
(In millions, except number of shares which are reflected in thousands and per share amounts)

| | Three Months Ended | | Twelve Months Ended | |
| --- | --- | --- | --- | --- |
| | September 24, 2016 | September 26, 2015 | September 24, 2016 | September 26, 2015 |
| Net sales | $ 46,852 | $ 51,501 | $ 215,639 | $ 233,715 |
| Cost of sales [1] | 29,039 | 30,953 | 131,376 | 140,089 |
| Gross margin | 17,813 | 20,548 | 84,263 | 93,626 |
| | | | | |
| Operating expenses: | | | | |
| Research and development [1] | 2,570 | 2,220 | 10,045 | 8,067 |
| Selling, general and administrative [1] | 3,482 | 3,705 | 14,194 | 14,329 |
| Total operating expenses | 6,052 | 5,925 | 24,239 | 22,396 |
| | | | | |
| Operating income | 11,761 | 14,623 | 60,024 | 71,230 |
| Other income/(expense), net | 427 | 439 | 1,348 | 1,285 |
| Income before provision for income taxes | 12,188 | 15,062 | 61,372 | 72,515 |
| Provision for income taxes | 3,174 | 3,938 | 15,685 | 19,121 |
| Net income | $ 9,014 | $ 11,124 | $ 45,687 | $ 53,394 |
| | | | | |
| Earnings per share: | | | | |
| Basic | $ 1.68 | $ 1.97 | $ 8.35 | $ 9.28 |
| Diluted | $ 1.67 | $ 1.96 | $ 8.31 | $ 9.22 |
| | | | | |
| Shares used in computing earnings per share: | | | | |
| Basic | 5,366,912 | 5,646,916 | 5,470,820 | 5,753,421 |
| Diluted | 5,393,333 | 5,682,519 | 5,500,281 | 5,793,069 |
| | | | | |
| Cash dividends declared per share | $ 0.57 | $ 0.52 | $ 2.18 | $ 1.98 |
| | | | | |
| [1] Includes share-based compensation expense as follows: | | | | |
| Cost of sales | $ 186 | $ 145 | $ 769 | $ 575 |
| Research and development | $ 476 | $ 390 | $ 1,889 | $ 1,536 |
| Selling, general and administrative | $ 368 | $ 380 | $ 1,552 | $ 1,475 |

**Apple Inc.**
**UNAUDITED CONDENSED CONSOLIDATED BALANCE SHEETS**
(In millions, except number of shares which are reflected in thousands and par value)

| | | September 24, 2016 | | September 26, 2015 |
|---|---|---:|---|---:|
| **ASSETS:** | | | | |
| **Current assets:** | | | | |
| Cash and cash equivalents | $ | 20,484 | $ | 21,120 |
| Short-term marketable securities | | 46,671 | | 20,481 |
| Accounts receivable, less allowances of $53 and $63, respectively | | 15,754 | | 16,849 |
| Inventories | | 2,132 | | 2,349 |
| Vendor non-trade receivables | | 13,545 | | 13,494 |
| Other current assets | | 8,283 | | 15,085 |
| Total current assets | | 106,869 | | 89,378 |
| | | | | |
| Long-term marketable securities | | 170,430 | | 164,065 |
| Property, plant and equipment, net | | 27,010 | | 22,471 |
| Goodwill | | 5,414 | | 5,116 |
| Acquired intangible assets, net | | 3,206 | | 3,893 |
| Other non-current assets | | 8,757 | | 5,422 |
| Total assets | $ | 321,686 | $ | 290,345 |
| | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY:** | | | | |
| **Current liabilities:** | | | | |
| Accounts payable | $ | 37,294 | $ | 35,490 |
| Accrued expenses | | 22,027 | | 25,181 |
| Deferred revenue | | 8,080 | | 8,940 |
| Commercial paper | | 8,105 | | 8,499 |
| Current portion of long-term debt | | 3,500 | | 2,500 |
| Total current liabilities | | 79,006 | | 80,610 |
| | | | | |
| Deferred revenue, non-current | | 2,930 | | 3,624 |
| Long-term debt | | 75,427 | | 53,329 |
| Other non-current liabilities | | 36,074 | | 33,427 |
| Total liabilities | | 193,437 | | 170,990 |
| | | | | |
| Commitments and contingencies | | | | |
| | | | | |
| **Shareholders' equity:** | | | | |
| Common stock and additional paid-in capital, $0.00001 par value: 12,600,000 shares authorized; 5,336,166 and 5,578,753 shares issued and outstanding, respectively | | 31,251 | | 27,416 |
| Retained earnings | | 96,364 | | 92,284 |
| Accumulated other comprehensive income/(loss) | | 634 | | (345) |
| Total shareholders' equity | | 128,249 | | 119,355 |
| Total liabilities and shareholders' equity | $ | 321,686 | $ | 290,345 |

**Apple Inc.**
**UNAUDITED CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
(In millions)

| | Twelve Months Ended | |
| --- | --- | --- |
| | September 24, 2016 | September 26, 2015 |
| Cash and cash equivalents, beginning of the period | $ 21,120 | $ 13,844 |
| Operating activities: | | |
| Net income | 45,687 | 53,394 |
| Adjustments to reconcile net income to cash generated by operating activities: | | |
| Depreciation and amortization | 10,505 | 11,257 |
| Share-based compensation expense | 4,210 | 3,586 |
| Deferred income tax expense | 4,938 | 1,382 |
| Changes in operating assets and liabilities: | | |
| Accounts receivable, net | 1,095 | 611 |
| Inventories | 217 | (238) |
| Vendor non-trade receivables | (51) | (3,735) |
| Other current and non-current assets | 1,090 | (179) |
| Accounts payable | 1,791 | 5,400 |
| Deferred revenue | (1,554) | 1,042 |
| Other current and non-current liabilities | (2,104) | 8,746 |
| Cash generated by operating activities | 65,824 | 81,266 |
| Investing activities: | | |
| Purchases of marketable securities | (142,428) | (166,402) |
| Proceeds from maturities of marketable securities | 21,258 | 14,538 |
| Proceeds from sales of marketable securities | 90,536 | 107,447 |
| Payments made in connection with business acquisitions, net | (297) | (343) |
| Payments for acquisition of property, plant and equipment | (12,734) | (11,247) |
| Payments for acquisition of intangible assets | (814) | (241) |
| Payments for strategic investments | (1,388) | - |
| Other | (110) | (26) |
| Cash used in investing activities | (45,977) | (56,274) |
| Financing activities: | | |
| Proceeds from issuance of common stock | 495 | 543 |
| Excess tax benefits from equity awards | 407 | 749 |
| Payments for taxes related to net share settlement of equity awards | (1,570) | (1,499) |
| Payments for dividends and dividend equivalents | (12,150) | (11,561) |
| Repurchases of common stock | (29,722) | (35,253) |
| Proceeds from issuance of term debt, net | 24,954 | 27,114 |
| Repayments of term debt | (2,500) | - |
| Change in commercial paper, net | (397) | 2,191 |
| Cash used in financing activities | (20,483) | (17,716) |
| Increase/(Decrease) in cash and cash equivalents | (636) | 7,276 |
| Cash and cash equivalents, end of the period | $ 20,484 | $ 21,120 |
| Supplemental cash flow disclosure: | | |
| Cash paid for income taxes, net | $ 10,444 | $ 13,252 |
| Cash paid for interest | $ 1,316 | $ 514 |

**Exhibit 99.2**

**Apple Inc.**
**Q4 2016 Unaudited Summary Data**
(Units in thousands, Revenue in millions)

| | Q4 2016 | Q3 2016 | Q4 2015 | Sequential Change | Year/Year Change |
|---|---|---|---|---|---|
| | Revenue | Revenue | Revenue | Revenue | Revenue |
| **Operating Segments** | | | | | |
| Americas | $20,229 | $17,963 | $21,773 | 13% | -7% |
| Europe | 10,842 | 9,643 | 10,577 | 12% | 3% |
| Greater China | 8,785 | 8,848 | 12,518 | -1% | -30% |
| Japan | 4,324 | 3,529 | 3,929 | 23% | 10% |
| Rest of Asia Pacific | 2,672 | 2,375 | 2,704 | 13% | -1% |
| **Total Apple** | **$46,852** | **$42,358** | **$51,501** | **11%** | **-9%** |

| | Q4 2016 | | Q3 2016 | | Q4 2015 | | Sequential Change | | Year/Year Change | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Units | Revenue | Units | Revenue | Units | Revenue | Units | Revenue | Units | Revenue |
| **Product Summary** | | | | | | | | | | |
| iPhone [1] | 45,513 | $28,160 | 40,399 | $24,048 | 48,046 | $32,209 | 13% | 17% | -5% | -13% |
| iPad [1] | 9,267 | 4,255 | 9,950 | 4,876 | 9,883 | 4,276 | -7% | -13% | -6% | 0% |
| Mac [1] | 4,886 | 5,739 | 4,252 | 5,239 | 5,709 | 6,882 | 15% | 10% | -14% | -17% |
| Services [2] | | 6,325 | | 5,976 | | 5,086 | | 6% | | 24% |
| Other Products [1][3] | | 2,373 | | 2,219 | | 3,048 | | 7% | | -22% |
| **Total Apple** | | **$46,852** | | **$42,358** | | **$51,501** | | **11%** | | **-9%** |

[1] Includes deferrals and amortization of related software upgrade rights and non-software services.

[2] Includes revenue from Internet Services, AppleCare, Apple Pay, licensing and other services.

[3] Includes sales of Apple TV, Apple Watch, Beats products, iPod and Apple-branded and third-party accessories.

# EXHIBIT 51

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

---

# FORM 8-K

### CURRENT REPORT
**Pursuant to Section 13 OR 15(d) of The Securities Exchange Act of 1934**

**January 31, 2017**
Date of Report (Date of earliest event reported)

---



# Apple Inc.
(Exact name of Registrant as specified in its charter)

| | | |
|---|---|---|
| **California** | **001-36743** | **94-2404110** |
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS. Employer Identification No.) |

**1 Infinite Loop
Cupertino, California 95014**
(Address of principal executive offices) (Zip Code)

**(408) 996-1010**
(Registrant's telephone number, including area code)

**Not applicable**
(Former name or former address, if changed since last report.)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the Registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Item 2.02**        **Results of Operations and Financial Condition.**

On January 31, 2017, Apple Inc. ("Apple") issued a press release regarding Apple's financial results for its first fiscal quarter ended December 31, 2016 and a related data sheet. A copy of Apple's press release is attached hereto as Exhibit 99.1 and a copy of the related data sheet is attached hereto as Exhibit 99.2.

The information contained in this Current Report shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act, except as shall be expressly set forth by specific reference in such a filing.

**Item 9.01**        **Financial Statements and Exhibits.**

(d)  Exhibits.

| Exhibit Number | Exhibit Description |
| --- | --- |
| 99.1 | Press release issued by Apple Inc. on January 31, 2017. |
| 99.2 | Data sheet issued by Apple Inc. on January 31, 2017. |

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date:    January 31, 2017                                    Apple Inc.

                                                             By:    /s/ Luca Maestri
                                                                    Luca Maestri
                                                                    Senior Vice President,
                                                                    Chief Financial Officer

**Exhibit Index**

| Exhibit Number | Exhibit Description |
|---|---|
| 99.1 | Press release issued by Apple Inc. on January 31, 2017. |
| 99.2 | Data sheet issued by Apple Inc. on January 31, 2017. |

**Exhibit 99.1**

# Apple Reports Record First Quarter Results

iPhone, Services, Mac and Apple Watch Set All-Time Records

CUPERTINO, California - January 31, 2017 - Apple® today announced financial results for its fiscal 2017 first quarter ended December 31, 2016. The Company posted all-time record quarterly revenue of $78.4 billion and all-time record quarterly earnings per diluted share of $3.36. These results compare to revenue of $75.9 billion and earnings per diluted share of $3.28 in the year-ago quarter. International sales accounted for 64 percent of the quarter's revenue.

"We're thrilled to report that our holiday quarter results generated Apple's highest quarterly revenue ever, and broke multiple records along the way. We sold more iPhones than ever before and set all-time revenue records for iPhone, Services, Mac and Apple Watch," said Tim Cook, Apple's CEO. "Revenue from Services grew strongly over last year, led by record customer activity on the App Store, and we are very excited about the products in our pipeline."

"Our outstanding business performance resulted in a new all-time record for earnings per share, and over $27 billion in operating cash flow," said Luca Maestri, Apple's CFO. "We returned nearly $15 billion to investors through share repurchases and dividends during the quarter, bringing cumulative payments through our capital return program to over $200 billion."

Apple is providing the following guidance for its fiscal 2017 second quarter:
 • revenue between $51.5 billion and $53.5 billion
 • gross margin between 38 percent and 39 percent
 • operating expenses between $6.5 billion and $6.6 billion
 • other income/(expense) of $400 million
 • tax rate of 26 percent

Apple's board of directors has declared a cash dividend of $0.57 per share of the Company's common stock. The dividend is payable on February 16, 2017 to shareholders of record as of the close of business on February 13, 2017.

Apple will provide live streaming of its Q1 2017 financial results conference call beginning at 2:00 p.m. PST on January 31, 2017 at www.apple.com/investor/earnings-call/. This webcast will also be available for replay for approximately two weeks thereafter.

This press release contains forward-looking statements including without limitation those about the Company's estimated revenue, gross margin, operating expenses, other income/(expense), and tax rate. These statements involve risks and uncertainties, and actual results may differ. Risks and uncertainties include without limitation the effect of competitive and economic factors, and the Company's reaction to those factors, on consumer and business buying decisions with respect to the Company's products; continued competitive pressures in the marketplace; the ability of the Company to deliver to the marketplace and stimulate customer demand for new programs, products, and technological innovations on a timely basis; the effect that product introductions and transitions, changes in product pricing or mix, and/or increases in component costs could have on the Company's gross margin; the inventory risk associated with the Company's need to order or commit to order product components in advance of customer orders; the continued availability on acceptable terms, or at all, of certain components and services essential to the Company's business currently obtained by the Company from sole or limited sources; the effect that the Company's dependency on manufacturing and logistics services provided by third parties may have on the quality, quantity or cost of products manufactured or services rendered; risks associated with the Company's international operations; the Company's reliance on third-party intellectual property and digital content; the potential impact of a finding that the Company has infringed on the intellectual property rights of others; the Company's dependency on the performance of distributors, carriers and other resellers of the Company's products; the effect that product and service quality problems could have on the Company's sales and operating profits; the continued service and availability of key executives and employees; war, terrorism, public health issues, natural disasters, and other circumstances that could disrupt supply, delivery, or demand of products; and unfavorable results of legal proceedings. More information on potential factors that could affect the Company's financial results is included from time to time in the "Risk Factors" and "Management's Discussion and Analysis of Financial Condition and Results of Operations" sections of the Company's public reports filed with the SEC, including the Company's Form 10-K for the fiscal year ended September 24, 2016 and its Form 10-Q for the fiscal quarter ended December 31, 2016 to be filed with the SEC. The Company assumes no obligation to update any forward-looking statements or information, which speak as of their respective dates.

Apple revolutionized personal technology with the introduction of the Macintosh in 1984. Today, Apple leads the world in innovation with iPhone, iPad, Mac, Apple Watch and Apple TV. Apple's four software platforms - iOS, macOS, watchOS and tvOS - provide seamless experiences across all Apple devices and empower people with breakthrough services including the App Store, Apple Music, Apple Pay and iCloud. Apple's more than 100,000 employees are dedicated to making the best products on earth, and to leaving the world better than we found it.

**Press Contact:**
Kristin Huguet
Apple
khuguet@apple.com
(408) 974-2414

**Investor Relations Contacts:**
Nancy Paxton
Apple
paxton1@apple.com
(408) 974-5420

Joan Hoover
Apple
hoover1@apple.com
(408) 974-4570

NOTE TO EDITORS: For additional information visit Apple's PR website (www.apple.com/pr), or call Apple's Media Helpline at (408) 974-2042.

© 2017 Apple Inc. All rights reserved. Apple and the Apple logo are trademarks of Apple. Other company and product names may be trademarks of their respective owners.

**Apple Inc.**
**UNAUDITED CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
(In millions, except number of shares which are reflected in thousands and per share amounts)

| | Three Months Ended | | | |
| --- | --- | --- | --- | --- |
| | December 31, 2016 | | December 26, 2015 | |
| Net sales | $ | 78,351 | $ | 75,872 |
| Cost of sales [1] | | 48,175 | | 45,449 |
| Gross margin | | 30,176 | | 30,423 |
| | | | | |
| Operating expenses: | | | | |
| Research and development [1] | | 2,871 | | 2,404 |
| Selling, general and administrative [1] | | 3,946 | | 3,848 |
| Total operating expenses | | 6,817 | | 6,252 |
| | | | | |
| Operating income | | 23,359 | | 24,171 |
| Other income/(expense), net | | 821 | | 402 |
| Income before provision for income taxes | | 24,180 | | 24,573 |
| Provision for income taxes | | 6,289 | | 6,212 |
| Net income | $ | 17,891 | $ | 18,361 |
| | | | | |
| Earnings per share: | | | | |
| Basic | $ | 3.38 | $ | 3.30 |
| Diluted | $ | 3.36 | $ | 3.28 |
| | | | | |
| Shares used in computing earnings per share: | | | | |
| Basic | | 5,298,661 | | 5,558,930 |
| Diluted | | 5,327,995 | | 5,594,127 |
| | | | | |
| Cash dividends declared per share | $ | 0.57 | $ | 0.52 |
| | | | | |
| [1] Includes share-based compensation expense as follows: | | | | |
| Cost of sales | $ | 229 | $ | 204 |
| Research and development | $ | 589 | $ | 466 |
| Selling, general and administrative | $ | 438 | $ | 408 |

**Apple Inc.**
**UNAUDITED CONDENSED CONSOLIDATED BALANCE SHEETS**
(In millions, except number of shares which are reflected in thousands and par value)

| | December 31, 2016 | September 24, 2016 |
|---|---|---|
| **ASSETS:** | | |
| **Current assets:** | | |
| Cash and cash equivalents | $ 16,371 | $ 20,484 |
| Short-term marketable securities | 44,081 | 46,671 |
| Accounts receivable, less an allowance of $53 in each period | 14,057 | 15,754 |
| Inventories | 2,712 | 2,132 |
| Vendor non-trade receivables | 13,920 | 13,545 |
| Other current assets | 12,191 | 8,283 |
| Total current assets | 103,332 | 106,869 |
| | | |
| Long-term marketable securities | 185,638 | 170,430 |
| Property, plant and equipment, net | 26,510 | 27,010 |
| Goodwill | 5,423 | 5,414 |
| Acquired intangible assets, net | 2,848 | 3,206 |
| Other non-current assets | 7,390 | 8,757 |
| Total assets | $ 331,141 | $ 321,686 |
| | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY:** | | |
| **Current liabilities:** | | |
| Accounts payable | $ 38,510 | $ 37,294 |
| Accrued expenses | 23,739 | 22,027 |
| Deferred revenue | 7,889 | 8,080 |
| Commercial paper | 10,493 | 8,105 |
| Current portion of long-term debt | 3,499 | 3,500 |
| Total current liabilities | 84,130 | 79,006 |
| | | |
| Deferred revenue, non-current | 3,163 | 2,930 |
| Long-term debt | 73,557 | 75,427 |
| Other non-current liabilities | 37,901 | 36,074 |
| Total liabilities | 198,751 | 193,437 |
| | | |
| Commitments and contingencies | | |
| | | |
| **Shareholders' equity:** | | |
| Common stock and additional paid-in capital, $0.00001 par value: 12,600,000 shares authorized; 5,255,423 and 5,336,166 shares issued and outstanding, respectively | 32,144 | 31,251 |
| Retained earnings | 100,001 | 96,364 |
| Accumulated other comprehensive income/(loss) | 245 | 634 |
| Total shareholders' equity | 132,390 | 128,249 |
| Total liabilities and shareholders' equity | $ 331,141 | $ 321,686 |

**Apple Inc.**
**UNAUDITED CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
(In millions)

| | Three Months Ended | |
| --- | --- | --- |
| | December 31, 2016 | December 26, 2015 |
| Cash and cash equivalents, beginning of the period | $ 20,484 | $ 21,120 |
| Operating activities: | | |
| Net income | 17,891 | 18,361 |
| Adjustments to reconcile net income to cash generated by operating activities: | | |
| Depreciation and amortization | 2,987 | 2,954 |
| Share-based compensation expense | 1,256 | 1,078 |
| Deferred income tax expense | 1,452 | 1,592 |
| Other | (274) | 110 |
| Changes in operating assets and liabilities: | | |
| Accounts receivable, net | 1,697 | 3,896 |
| Inventories | (580) | (102) |
| Vendor non-trade receivables | (375) | 1,826 |
| Other current and non-current assets | (1,446) | (1,058) |
| Accounts payable | 2,460 | (852) |
| Deferred revenue | 42 | (29) |
| Other current and non-current liabilities | 1,946 | (313) |
| Cash generated by operating activities | 27,056 | 27,463 |
| Investing activities: | | |
| Purchases of marketable securities | (54,272) | (47,836) |
| Proceeds from maturities of marketable securities | 6,525 | 3,514 |
| Proceeds from sales of marketable securities | 32,166 | 28,262 |
| Payments made in connection with business acquisitions, net | (17) | (86) |
| Payments for acquisition of property, plant and equipment | (3,334) | (3,612) |
| Payments for acquisition of intangible assets | (86) | (394) |
| Payments for strategic investments | - | (126) |
| Other | (104) | (172) |
| Cash used in investing activities | (19,122) | (20,450) |
| Financing activities: | | |
| Proceeds from issuance of common stock | - | 1 |
| Excess tax benefits from equity awards | 178 | 224 |
| Payments for taxes related to net share settlement of equity awards | (629) | (597) |
| Payments for dividends and dividend equivalents | (3,130) | (2,969) |
| Repurchases of common stock | (10,851) | (6,863) |
| Change in commercial paper, net | 2,385 | (1,240) |
| Cash used in financing activities | (12,047) | (11,444) |
| Increase/(Decrease) in cash and cash equivalents | (4,113) | (4,431) |
| Cash and cash equivalents, end of the period | $ 16,371 | $ 16,689 |
| Supplemental cash flow disclosure: | | |
| Cash paid for income taxes, net | $ 3,510 | $ 3,398 |
| Cash paid for interest | $ 497 | $ 396 |

**Exhibit 99.2**

**Apple Inc.**
**Q1 2017 Unaudited Summary Data**
(Units in thousands, Revenue in millions)

| | Q1 2017 | Q4 2016 | Q1 2016 | Sequential Change | Year/Year Change |
|---|---|---|---|---|---|
| | Revenue | Revenue | Revenue | Revenue | Revenue |
| **Operating Segments** | | | | | |
| Americas | $31,968 | $20,229 | $29,325 | 58% | 9% |
| Europe | 18,521 | 10,842 | 17,932 | 71% | 3% |
| Greater China | 16,233 | 8,785 | 18,373 | 85% | -12% |
| Japan | 5,766 | 4,324 | 4,794 | 33% | 20% |
| Rest of Asia Pacific | 5,863 | 2,672 | 5,448 | 119% | 8% |
| **Total Apple** | **$78,351** | **$46,852** | **$75,872** | **67%** | **3%** |

| | Q1 2017 | | Q4 2016 | | Q1 2016 | | Sequential Change | | Year/Year Change | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Units | Revenue | Units | Revenue | Units | Revenue | Units | Revenue | Units | Revenue |
| **Product Summary** | | | | | | | | | | |
| iPhone [1] | 78,290 | $54,378 | 45,513 | $28,160 | 74,779 | $51,635 | 72% | 93% | 5% | 5% |
| iPad [1] | 13,081 | 5,533 | 9,267 | 4,255 | 16,122 | 7,084 | 41% | 30% | -19% | -22% |
| Mac [1] | 5,374 | 7,244 | 4,886 | 5,739 | 5,312 | 6,746 | 10% | 26% | 1% | 7% |
| Services [2] | | 7,172 | | 6,325 | | 6,056 | | 13% | | 18% |
| Other Products [1][3] | | 4,024 | | 2,373 | | 4,351 | | 70% | | -8% |
| **Total Apple** | | **$78,351** | | **$46,852** | | **$75,872** | | **67%** | | **3%** |

Includes deferrals and amortization of related software upgrade rights and non-software
(1)  services.

Includes revenue from Digital Content and Services, AppleCare, Apple Pay, licensing and other
(2)  services.

Includes sales of Apple TV, Apple Watch, Beats products, iPod and Apple-branded and third-
(3)  party accessories.

# EXHIBIT 52

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
#### Washington, D.C. 20549

---

# FORM 8-K

### CURRENT REPORT
### Pursuant to Section 13 OR 15(d) of The Securities Exchange Act of 1934

#### May 2, 2017
Date of Report (Date of earliest event reported)

---



# Apple Inc.
(Exact name of Registrant as specified in its charter)

| **California** | **001-36743** | **94-2404110** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS. Employer Identification No.) |

**1 Infinite Loop**
**Cupertino, California 95014**
(Address of principal executive offices) (Zip Code)

**(408) 996-1010**
(Registrant's telephone number, including area code)

**Not applicable**
(Former name or former address, if changed since last report.)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the Registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the Registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the Registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02        Results of Operations and Financial Condition.**

On May 2, 2017, Apple Inc. ("Apple") issued a press release regarding Apple's financial results for its second fiscal quarter ended April 1, 2017 and a related data sheet. A copy of Apple's press release is attached hereto as Exhibit 99.1 and a copy of the related data sheet is attached hereto as Exhibit 99.2.

The information contained in this Current Report shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act, except as shall be expressly set forth by specific reference in such a filing.

**Item 9.01        Financial Statements and Exhibits.**

(d)  Exhibits.

| Exhibit Number | Exhibit Description |
| --- | --- |
| 99.1 | Press release issued by Apple Inc. on May 2, 2017. |
| 99.2 | Data sheet issued by Apple Inc. on May 2, 2017. |

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date:   May 2, 2017

Apple Inc.

By:   /s/ Luca Maestri

Luca Maestri
Senior Vice President,
Chief Financial Officer

**Exhibit Index**

| Exhibit Number | Exhibit Description |
| --- | --- |
| 99.1 | Press release issued by Apple Inc. on May 2, 2017. |
| 99.2 | Data sheet issued by Apple Inc. on May 2, 2017. |

**Exhibit 99.1**

# Apple Reports Second Quarter Results

Capital Return Program Expanding to $300 Billion

CUPERTINO, California - May 2, 2017 - Apple® today announced financial results for its fiscal 2017 second quarter ended April 1, 2017. The Company posted quarterly revenue of $52.9 billion and quarterly earnings per diluted share of $2.10. These results compare to revenue of $50.6 billion and earnings per diluted share of $1.90 in the year-ago quarter. International sales accounted for 65 percent of the quarter's revenue.

"We are proud to report a strong March quarter, with revenue growth accelerating from the December quarter and continued robust demand for iPhone 7 Plus," said Tim Cook, Apple's CEO. "We've seen great customer response to both models of the new iPhone 7 (PRODUCT)RED Special Edition and we're thrilled with the strong momentum of our Services business, with our highest revenue ever for a 13-week quarter. Looking ahead, we are excited to welcome attendees from around the world to our annual Worldwide Developers Conference next month in San Jose."

Apple also announced that its Board of Directors has authorized an increase of $50 billion to the Company's program to return capital to shareholders and is extending the program timeframe by four quarters. Under the expanded program, Apple plans to spend a cumulative total of $300 billion by the end of March 2019.

"We generated strong operating cash flow of $12.5 billion and returned over $10 billion to our investors in the March quarter," said Luca Maestri, Apple's CFO. "Given the strength of our business and our confidence in our future, we are happy to announce another $50 billion increase to our capital return program today."

As part of the latest update to the program, the Board has increased its share repurchase authorization to $210 billion from the $175 billion level announced a year ago. The Company also expects to continue to net-share-settle vesting restricted stock units.

The Board has approved a 10.5% increase to the Company's quarterly dividend, and has declared a dividend of $0.63 per share of the Company's common stock, payable on May 18, 2017 to shareholders of record as of the close of business on May 15, 2017.

From the inception of its capital return program in August 2012 through March 2017, Apple has returned over $211 billion to shareholders, including $151 billion in share repurchases.

The Company plans to continue to access the domestic and international debt markets to assist in funding the program. The management team and the Board will continue to review each element of the capital return program regularly and plan to provide an update on the program on an annual basis.

Apple is providing the following guidance for its fiscal 2017 third quarter:
• revenue between $43.5 billion and $45.5 billion
• gross margin between 37.5 percent and 38.5 percent
• operating expenses between $6.6 billion and $6.7 billion
• other income/(expense) of $450 million
• tax rate of 25.5 percent

Apple will provide live streaming of its Q2 2017 financial results conference call beginning at 2:00 p.m. PDT on May 2, 2017 at www.apple.com/investor/earnings-call/. This webcast will also be available for replay for approximately two weeks thereafter.

This press release contains forward-looking statements including without limitation those about the Company's estimated revenue, gross margin, operating expenses, other income/(expense), tax rate, and plans for return of capital. These statements involve risks and uncertainties, and actual results may differ. Risks and uncertainties include without limitation the effect of competitive and economic factors, and the Company's reaction to those factors, on consumer and business buying decisions with respect to the Company's products; continued competitive pressures in the marketplace; the ability of the Company to deliver to the marketplace and stimulate customer demand for new programs, products, and technological innovations on a timely basis; the effect that product introductions and transitions, changes in product pricing or mix, and/or increases in component costs could have on the Company's gross margin; the inventory risk associated with the Company's need to order or commit to order product components in advance of customer orders; the continued availability on acceptable terms, or at all, of certain components and services essential to the Company's business currently obtained by the Company from sole or limited sources; the effect that the Company's dependency on manufacturing and logistics services provided by third parties may have on the quality, quantity or cost of products manufactured or services rendered; risks associated with the Company's international operations; the Company's reliance on third-party intellectual property and digital content; the potential impact of a finding that the Company has infringed on the intellectual property rights of others; the Company's dependency on the performance of distributors, carriers and other resellers of the Company's products; the effect that product and service quality problems could have on the Company's sales and operating profits; the continued service and availability of key executives and employees; war, terrorism, public health issues, natural disasters, and other circumstances that could disrupt supply, delivery, or demand of products; and unfavorable results of legal proceedings. More information on potential factors that could affect the Company's financial results is included from time to time in the "Risk Factors" and "Management's Discussion and Analysis of Financial Condition and Results of Operations" sections of the Company's public reports filed with the SEC, including the Company's Form 10-K for the fiscal year ended September 24, 2016, its Form 10-Q for the fiscal quarter ended December 31, 2016, and its Form 10-Q for the fiscal quarter ended April 1, 2017 to be filed with the SEC. The Company assumes no obligation to update any forward-looking statements or information, which speak as of their respective dates.

Apple revolutionized personal technology with the introduction of the Macintosh in 1984. Today, Apple leads the world in innovation with iPhone, iPad, Mac, Apple Watch and Apple TV. Apple's four software platforms - iOS, macOS, watchOS and tvOS - provide seamless experiences across all Apple devices and empower people with breakthrough services including the App Store, Apple Music, Apple Pay and iCloud. Apple's more than 100,000 employees are dedicated to making the best products on earth, and to leaving the world better than we found it.

**Press Contact:**
Kristin Huguet
Apple
khuguet@apple.com
(408) 974-2414

**Investor Relations Contacts:**
Nancy Paxton
Apple
paxton1@apple.com
(408) 974-5420

Joan Hoover
Apple
hoover1@apple.com
(408) 974-4570

NOTE TO EDITORS: For additional information visit Apple's PR website (www.apple.com/pr), or call Apple's Media Helpline at (408) 974-2042.

© 2017 Apple Inc. All rights reserved. Apple and the Apple logo are trademarks of Apple. Other company and product names may be trademarks of their respective owners.

**Apple Inc.**

**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS (Unaudited)**
(In millions, except number of shares which are reflected in thousands and per share amounts)

| | Three Months Ended | | Six Months Ended | |
|---|---|---|---|---|
| | April 1, 2017 | March 26, 2016 | April 1, 2017 | March 26, 2016 |
| Net sales | $ 52,896 | $ 50,557 | $ 131,247 | $ 126,429 |
| Cost of sales [1] | 32,305 | 30,636 | 80,480 | 76,085 |
| Gross margin | 20,591 | 19,921 | 50,767 | 50,344 |
| | | | | |
| Operating expenses: | | | | |
| Research and development [1] | 2,776 | 2,511 | 5,647 | 4,915 |
| Selling, general and administrative [1] | 3,718 | 3,423 | 7,664 | 7,271 |
| Total operating expenses | 6,494 | 5,934 | 13,311 | 12,186 |
| | | | | |
| Operating income | 14,097 | 13,987 | 37,456 | 38,158 |
| Other income/(expense), net | 587 | 155 | 1,408 | 557 |
| Income before provision for income taxes | 14,684 | 14,142 | 38,864 | 38,715 |
| Provision for income taxes | 3,655 | 3,626 | 9,944 | 9,838 |
| Net income | $ 11,029 | $ 10,516 | $ 28,920 | $ 28,877 |
| | | | | |
| Earnings per share: | | | | |
| Basic | $ 2.11 | $ 1.91 | $ 5.50 | $ 5.22 |
| Diluted | $ 2.10 | $ 1.90 | $ 5.46 | $ 5.19 |
| | | | | |
| Shares used in computing earnings per share: | | | | |
| Basic | 5,225,791 | 5,514,381 | 5,262,226 | 5,536,656 |
| Diluted | 5,261,688 | 5,540,886 | 5,294,841 | 5,567,506 |
| | | | | |
| Cash dividends declared per share | $ 0.57 | $ 0.52 | $ 1.14 | $ 1.04 |
| | | | | |
| [1] Includes share-based compensation expense as follows: | | | | |
| Cost of sales | $ 217 | $ 191 | $ 446 | $ 395 |
| Research and development | $ 575 | $ 468 | $ 1,164 | $ 934 |
| Selling, general and administrative | $ 425 | $ 389 | $ 863 | $ 797 |

**Apple Inc.**

**CONDENSED CONSOLIDATED BALANCE SHEETS (Unaudited)**

(In millions, except number of shares which are reflected in thousands and par value)

| | April 1, 2017 | September 24, 2016 |
|---|---|---|
| **ASSETS:** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 15,157 | $ 20,484 |
| Short-term marketable securities | 51,944 | 46,671 |
| Accounts receivable, less an allowance of $53 at each period end | 11,579 | 15,754 |
| Inventories | 2,910 | 2,132 |
| Vendor non-trade receivables | 9,033 | 13,545 |
| Other current assets | 11,367 | 8,283 |
| Total current assets | 101,990 | 106,869 |
| | | |
| Long-term marketable securities | 189,740 | 170,430 |
| Property, plant and equipment, net | 27,163 | 27,010 |
| Goodwill | 5,473 | 5,414 |
| Acquired intangible assets, net | 2,617 | 3,206 |
| Other non-current assets | 7,549 | 8,757 |
| Total assets | $ 334,532 | $ 321,686 |
| | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY:** | | |
| Current liabilities: | | |
| Accounts payable | $ 28,573 | $ 37,294 |
| Accrued expenses | 23,096 | 22,027 |
| Deferred revenue | 7,682 | 8,080 |
| Commercial paper | 9,992 | 8,105 |
| Current portion of long-term debt | 3,999 | 3,500 |
| Total current liabilities | 73,342 | 79,006 |
| | | |
| Deferred revenue, non-current | 3,107 | 2,930 |
| Long-term debt | 84,531 | 75,427 |
| Other non-current liabilities | 39,470 | 36,074 |
| Total liabilities | 200,450 | 193,437 |
| | | |
| Commitments and contingencies | | |
| | | |
| Shareholders' equity: | | |
| Common stock and additional paid-in capital, $0.00001 par value: 12,600,000 shares authorized; 5,205,815 and 5,336,166 shares issued and outstanding, respectively | 33,579 | 31,251 |
| Retained earnings | 100,925 | 96,364 |
| Accumulated other comprehensive income/(loss) | (422) | 634 |
| Total shareholders' equity | 134,082 | 128,249 |
| Total liabilities and shareholders' equity | $ 334,532 | $ 321,686 |

**Apple Inc.**

**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS (Unaudited)**
(In millions)

| | Six Months Ended | |
| --- | --- | --- |
| | April 1, 2017 | March 26, 2016 |
| Cash and cash equivalents, beginning of the period | $ 20,484 | $ 21,120 |
| Operating activities: | | |
| Net income | 28,920 | 28,877 |
| Adjustments to reconcile net income to cash generated by operating activities: | | |
| Depreciation and amortization | 5,319 | 5,431 |
| Share-based compensation expense | 2,473 | 2,126 |
| Deferred income tax expense | 2,822 | 3,092 |
| Other | (209) | 308 |
| Changes in operating assets and liabilities: | | |
| Accounts receivable, net | 4,183 | 4,538 |
| Inventories | (778) | 68 |
| Vendor non-trade receivables | 4,512 | 5,899 |
| Other current and non-current assets | (896) | 186 |
| Accounts payable | (6,862) | (9,388) |
| Deferred revenue | (221) | 219 |
| Other current and non-current liabilities | 316 | (2,292) |
| Cash generated by operating activities | 39,579 | 39,064 |
| Investing activities: | | |
| Purchases of marketable securities | (99,821) | (86,242) |
| Proceeds from maturities of marketable securities | 12,429 | 9,148 |
| Proceeds from sales of marketable securities | 60,454 | 50,051 |
| Payments made in connection with business acquisitions, net | (67) | (140) |
| Payments for acquisition of property, plant and equipment | (6,309) | (5,948) |
| Payments for acquisition of intangible assets | (126) | (657) |
| Payments for strategic investments | - | (126) |
| Other | 116 | (196) |
| Cash used in investing activities | (33,324) | (34,110) |
| Financing activities: | | |
| Proceeds from issuance of common stock | 273 | 247 |
| Excess tax benefits from equity awards | 225 | 264 |
| Payments for taxes related to net share settlement of equity awards | (788) | (751) |
| Payments for dividends and dividend equivalents | (6,134) | (5,871) |
| Repurchases of common stock | (18,012) | (13,530) |
| Proceeds from issuance of term debt, net | 10,975 | 15,584 |
| Change in commercial paper, net | 1,879 | (503) |
| Cash used in financing activities | (11,582) | (4,560) |
| Increase/(Decrease) in cash and cash equivalents | (5,327) | 394 |
| Cash and cash equivalents, end of the period | $ 15,157 | $ 21,514 |
| Supplemental cash flow disclosure: | | |
| Cash paid for income taxes, net | $ 6,878 | $ 6,630 |
| Cash paid for interest | $ 1,007 | $ 565 |

**Exhibit 99.2**

**Apple Inc.**
**Q2 2017 Unaudited Summary Data**
(Units in thousands, Revenue in millions)

| | Q2 2017 | Q1 2017 | Q2 2016 | Sequential Change | Year/Year Change |
|---|---|---|---|---|---|
| | Revenue | Revenue | Revenue | Revenue | Revenue |
| **Operating Segments** | | | | | |
| Americas | $21,157 | $31,968 | $19,096 | -34% | 11% |
| Europe | 12,733 | 18,521 | 11,535 | -31% | 10% |
| Greater China | 10,726 | 16,233 | 12,486 | -34% | -14% |
| Japan | 4,485 | 5,766 | 4,281 | -22% | 5% |
| Rest of Asia Pacific | 3,795 | 5,863 | 3,159 | -35% | 20% |
| **Total Apple** | **$52,896** | **$78,351** | **$50,557** | **-32%** | **5%** |

| | Q2 2017 | | Q1 2017 | | Q2 2016 | | Sequential Change | | Year/Year Change | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Units | Revenue | Units | Revenue | Units | Revenue | Units | Revenue | Units | Revenue |
| **Product Summary** | | | | | | | | | | |
| iPhone [1] | 50,763 | $33,249 | 78,290 | $54,378 | 51,193 | $32,857 | -35% | -39% | -1% | 1% |
| iPad [1] | 8,922 | 3,889 | 13,081 | 5,533 | 10,251 | 4,413 | -32% | -30% | -13% | -12% |
| Mac [1] | 4,199 | 5,844 | 5,374 | 7,244 | 4,034 | 5,107 | -22% | -19% | 4% | 14% |
| Services [2] | | 7,041 | | 7,172 | | 5,991 | | -2% | | 18% |
| Other Products [1][3] | | 2,873 | | 4,024 | | 2,189 | | -29% | | 31% |
| **Total Apple** | | **$52,896** | | **$78,351** | | **$50,557** | | **-32%** | | **5%** |

[1]  Includes deferrals and amortization of related software upgrade rights and non-software services.

[2]  Includes revenue from Digital Content and Services, AppleCare, Apple Pay, licensing and other services.

[3]  Includes sales of Apple TV, Apple Watch, Beats products, iPod and Apple-branded and third-party accessories.

# EXHIBIT 53

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

---

# FORM 8-K

### CURRENT REPORT
### Pursuant to Section 13 OR 15(d) of The Securities Exchange Act of 1934

**January 29, 2019**
Date of Report (Date of earliest event reported)

---



# Apple Inc.
(Exact name of Registrant as specified in its charter)

| **California** | **001-36743** | **94-2404110** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

**One Apple Park Way**
**Cupertino, California 95014**
(Address of principal executive offices) (Zip Code)

**(408) 996-1010**
(Registrant's telephone number, including area code)

**Not applicable**
(Former name or former address, if changed since last report.)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the Registrant under any of the following provisions:

☐  Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐  Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐  Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐  Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the Registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the Registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02 Results of Operations and Financial Condition.**

On January 29, 2019, Apple Inc. ("Apple") issued a press release regarding Apple's financial results for its first fiscal quarter ended December 29, 2018. A copy of Apple's press release is attached hereto as Exhibit 99.1.

The information contained in this Current Report shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act, except as shall be expressly set forth by specific reference in such a filing.

**Item 9.01 Financial Statements and Exhibits.**

(d) Exhibits.

| Exhibit Number | Exhibit Description |
| --- | --- |
| 99.1 | Press release issued by Apple Inc. on January 29, 2019. |

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date:    January 29, 2019                                                       Apple Inc.

                                                                                By:      /s/ Luca Maestri
                                                                                         _____
                                                                                         Luca Maestri
                                                                                         Senior Vice President,
                                                                                         Chief Financial Officer

**Exhibit 99.1**

# Apple Reports First Quarter Results

### Services, Mac and Wearables Set New All-Time Revenue Records

### EPS Reaches All-Time High at $4.18

CUPERTINO, California - January 29, 2019 - Apple® today announced financial results for its fiscal 2019 first quarter ended December 29, 2018. The Company posted quarterly revenue of $84.3 billion, a decline of 5 percent from the year-ago quarter, and quarterly earnings per diluted share of $4.18, up 7.5 percent.

Revenue from iPhone® declined 15 percent from the prior year, while total revenue from all other products and services grew 19 percent. Services revenue reached an all-time high of $10.9 billion, up 19 percent over the prior year. Revenue from Mac® and Wearables, Home and Accessories also reached all-time highs, growing 9 percent and 33 percent, respectively, and revenue from iPad® grew 17 percent. International sales accounted for 62 percent of the quarter's revenue.

"While it was disappointing to miss our revenue guidance, we manage Apple for the long term, and this quarter's results demonstrate that the underlying strength of our business runs deep and wide," said Tim Cook, Apple's CEO. "Our active installed base of devices reached an all-time high of 1.4 billion in the first quarter, growing in each of our geographic segments. That's a great testament to the satisfaction and loyalty of our customers, and it's driving our Services business to new records thanks to our large and fast-growing ecosystem."

"We generated very strong operating cash flow of $26.7 billion during the December quarter and set an all-time EPS record of $4.18," said Luca Maestri, Apple's CFO. "We returned over $13 billion to our investors during the quarter through dividends and share repurchases. Our net cash balance was $130 billion at the end of the quarter, and we continue to target a net cash neutral position over time."

Apple is providing the following guidance for its fiscal 2019 second quarter:

- revenue between $55 billion and $59 billion
- gross margin between 37 percent and 38 percent
- operating expenses between $8.5 billion and $8.6 billion
- other income/(expense) of $300 million
- tax rate of approximately 17 percent

Apple's board of directors has declared a cash dividend of $0.73 per share of the Company's common stock. The dividend is payable on February 14, 2019 to shareholders of record as of the close of business on February 11, 2019.

Apple will provide live streaming of its Q1 2019 financial results conference call beginning at 2:00 p.m. PST on January 29, 2019 at www.apple.com/investor/earnings-call/. This webcast will also be available for replay for approximately two weeks thereafter.

Apple periodically provides information for investors on its corporate website, apple.com, and its investors relations website, investor.apple.com. This includes press releases and other information about financial performance, reports filed or furnished with the SEC, information on corporate governance and details related to its annual meeting of shareholders.

This press release contains forward-looking statements, within the meaning of the Private Securities Litigation Reform Act of 1995. These forward-looking statements include without limitation those about the Company's estimated revenue, gross margin, operating expenses, other income/(expense), tax rate, and plans for return of capital. These statements involve risks and uncertainties, and actual results may differ. Risks and uncertainties include without limitation: the effect of global and regional economic conditions on the Company's business, including effects on purchasing decisions by consumers and businesses; the ability of the Company to compete in markets that are highly competitive and subject to rapid technological change; the ability of the Company to manage frequent introductions and transitions of products and services, including delivering to the marketplace, and stimulating customer demand for, new products, services and technological innovations on a timely basis; the effect that shifts in the mix of products and services and in the geographic, currency or channel mix, component cost increases, price competition, or the introduction of new products, including new products with higher cost structures, could have on the Company's gross margin; the dependency of the Company on the performance of distributors of the Company's products, including cellular network carriers and other resellers; the inventory and other asset risks associated with the Company's need to order, or commit to order, product components in advance of customer orders; the continued availability on acceptable terms, or at all, of certain components, services and new technologies essential to the Company's business, including components and technologies that may only be available from single or limited sources; the dependency of the Company on manufacturing and logistics services provided by third parties, many of which are located outside of the US and which may affect the quality, quantity or cost of products manufactured or services rendered to the Company; the effect of product and services design and manufacturing defects on the Company's financial performance and reputation; the dependency of the Company on third-party intellectual property and digital content, which may not be available to the Company on commercially reasonable terms or at all; the dependency of the Company on support from third-party software developers to develop and maintain software applications and services for the Company's products; the impact of unfavorable legal proceedings, such as a potential finding that the Company has infringed on the intellectual property rights of others; the impact of changes to laws and regulations that affect the Company's activities, including the Company's ability to offer products or services to customers in different regions; the ability of the Company to manage risks associated with its international activities, including complying with laws and regulations affecting the Company's international operations; the ability of the Company to manage risks associated with the Company's retail stores; the ability of the Company to manage risks associated with the Company's investments in new business strategies and acquisitions; the impact on the Company's business and reputation from information technology system failures, network disruptions or losses or unauthorized access to, or release of, confidential information; the ability of the Company to comply with laws and regulations regarding data protection; the continued service and availability of key executives and employees; political events, international trade disputes, war, terrorism, natural disasters, public health issues, and other business interruptions that could disrupt supply or delivery of, or demand for, the Company's products; financial risks, including risks relating to currency fluctuations, credit risks and fluctuations in the market value of the Company's investment portfolio; and changes in tax rates and exposure to additional tax liabilities. More information on these risks and other potential factors that could affect the Company's financial results is included in the Company's filings with the SEC, including in the "Risk Factors" and "Management's Discussion and Analysis of Financial Condition and Results of Operations" sections of the Company's most recently filed periodic reports on Form 10-K and Form 10-Q and subsequent filings. The Company assumes no obligation to update any forward-looking statements or information, which speak as of their respective dates.

Apple revolutionized personal technology with the introduction of the Macintosh in 1984. Today, Apple leads the world in innovation with iPhone, iPad, Mac, Apple Watch and Apple TV. Apple's four software platforms - iOS, macOS, watchOS and tvOS - provide seamless experiences across all Apple devices and empower people with breakthrough services including the App Store, Apple Music, Apple Pay and iCloud. Apple's more than 100,000 employees are dedicated to making the best products on earth, and to leaving the world better than we found it.

**Press Contact:**
Kristin Huguet
Apple
khuguet@apple.com
(408) 974-2414

**Investor Relations Contacts:**
Nancy Paxton
Apple
paxton1@apple.com
(408) 974-5420

Matt Blake
Apple
mattblake@apple.com
(408) 974-7406

NOTE TO EDITORS: For additional information visit Apple Newsroom (www.apple.com/newsroom), or call Apple's Media Helpline at (408) 974-2042.

© 2019 Apple Inc. All rights reserved. Apple, the Apple logo, iPhone, Mac and iPad are trademarks of Apple Inc. Other company and product names may be trademarks of their respective owners.

**Apple Inc.**

**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS (Unaudited)**
(In millions, except number of shares which are reflected in thousands and per share amounts)

| | Three Months Ended | |
| --- | --- | --- |
| | December 29, 2018 | December 30, 2017 |
| Net sales: | | |
| Products | $ 73,435 | $ 79,164 |
| Services | 10,875 | 9,129 |
| Total net sales [1] | 84,310 | 88,293 |
| Cost of sales: | | |
| Products | 48,238 | 50,575 |
| Services | 4,041 | 3,806 |
| Total cost of sales | 52,279 | 54,381 |
| Gross margin | 32,031 | 33,912 |
| | | |
| Operating expenses: | | |
| Research and development | 3,902 | 3,407 |
| Selling, general and administrative | 4,783 | 4,231 |
| Total operating expenses | 8,685 | 7,638 |
| | | |
| Operating income | 23,346 | 26,274 |
| Other income/(expense), net | 560 | 756 |
| Income before provision for income taxes | 23,906 | 27,030 |
| Provision for income taxes | 3,941 | 6,965 |
| Net income | $ 19,965 | $ 20,065 |
| | | |
| Earnings per share: | | |
| Basic | $ 4.22 | $ 3.92 |
| Diluted | $ 4.18 | $ 3.89 |
| Shares used in computing earnings per share: | | |
| Basic | 4,735,820 | 5,112,877 |
| Diluted | 4,773,252 | 5,157,787 |
| | | |
| [1] Net sales by reportable segment: | | |
| Americas | $ 36,940 | $ 35,193 |
| Europe | 20,363 | 21,054 |
| Greater China | 13,169 | 17,956 |
| Japan | 6,910 | 7,237 |
| Rest of Asia Pacific | 6,928 | 6,853 |
| Total net sales | $ 84,310 | $ 88,293 |
| | | |
| [1] Net sales by category: | | |
| iPhone | $ 51,982 | $ 61,104 |
| Mac | 7,416 | 6,824 |
| iPad | 6,729 | 5,755 |
| Wearables, Home and Accessories | 7,308 | 5,481 |
| Services | 10,875 | 9,129 |
| Total net sales | $ 84,310 | $ 88,293 |

**Apple Inc.**

**CONDENSED CONSOLIDATED BALANCE SHEETS (Unaudited)**

(In millions, except number of shares which are reflected in thousands and par value)

| | | December 29, 2018 | | September 29, 2018 |
|---|---|---|---|---|
| **ASSETS:** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 44,771 | $ | 25,913 |
| Marketable securities | | 41,656 | | 40,388 |
| Accounts receivable, net | | 18,077 | | 23,186 |
| Inventories | | 4,988 | | 3,956 |
| Vendor non-trade receivables | | 18,904 | | 25,809 |
| Other current assets | | 12,432 | | 12,087 |
| Total current assets | | 140,828 | | 131,339 |
| | | | | |
| Non-current assets: | | | | |
| Marketable securities | | 158,608 | | 170,799 |
| Property, plant and equipment, net | | 39,597 | | 41,304 |
| Other non-current assets | | 34,686 | | 22,283 |
| Total non-current assets | | 232,891 | | 234,386 |
| Total assets | $ | 373,719 | $ | 365,725 |
| | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY:** | | | | |
| Current liabilities: | | | | |
| Accounts payable | $ | 44,293 | $ | 55,888 |
| Other current liabilities | | 36,703 | | 33,327 |
| Deferred revenue | | 5,546 | | 5,966 |
| Commercial paper | | 11,969 | | 11,964 |
| Term debt | | 9,772 | | 8,784 |
| Total current liabilities | | 108,283 | | 115,929 |
| | | | | |
| Non-current liabilities: | | | | |
| Term debt | | 92,989 | | 93,735 |
| Other non-current liabilities | | 54,555 | | 48,914 |
| Total non-current liabilities | | 147,544 | | 142,649 |
| Total liabilities | | 255,827 | | 258,578 |
| | | | | |
| Commitments and contingencies | | | | |
| | | | | |
| Shareholders' equity: | | | | |
| Common stock and additional paid-in capital, $0.00001 par value: 12,600,000 shares authorized; 4,729,803 and 4,754,986 shares issued and outstanding, respectively | | 40,970 | | 40,201 |
| Retained earnings | | 80,510 | | 70,400 |
| Accumulated other comprehensive income/(loss) | | (3,588) | | (3,454) |
| Total shareholders' equity | | 117,892 | | 107,147 |
| Total liabilities and shareholders' equity | $ | 373,719 | $ | 365,725 |

**Apple Inc.**

**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS (Unaudited)**
(In millions)

| | Three Months Ended | |
|---|---|---|
| | December 29, 2018 | December 30, 2017 |
| Cash and cash equivalents, beginning balances | $ 25,913 | $ 20,289 |
| Operating activities: | | |
| Net income | 19,965 | 20,065 |
| Adjustments to reconcile net income to cash generated by operating activities: | | |
| Depreciation and amortization | 3,395 | 2,745 |
| Share-based compensation expense | 1,559 | 1,296 |
| Deferred income tax expense/(benefit) | 53 | (33,737) |
| Other | (54) | (11) |
| Changes in operating assets and liabilities: | | |
| Accounts receivable, net | 5,130 | (5,570) |
| Inventories | (1,076) | 434 |
| Vendor non-trade receivables | 6,905 | (9,660) |
| Other current and non-current assets | (886) | (197) |
| Accounts payable | (8,501) | 12,602 |
| Deferred revenue | (370) | 569 |
| Other current and non-current liabilities | 570 | 39,757 |
| Cash generated by operating activities | 26,690 | 28,293 |
| Investing activities: | | |
| Purchases of marketable securities | (7,077) | (41,272) |
| Proceeds from maturities of marketable securities | 7,203 | 14,048 |
| Proceeds from sales of marketable securities | 9,723 | 16,801 |
| Payments for acquisition of property, plant and equipment | (3,355) | (2,810) |
| Payments made in connection with business acquisitions, net | (167) | (173) |
| Purchases of non-marketable securities | (427) | (141) |
| Other | (56) | (43) |
| Cash generated by/(used in) investing activities | 5,844 | (13,590) |
| Financing activities: | | |
| Payments for taxes related to net share settlement of equity awards | (1,318) | (1,038) |
| Payments for dividends and dividend equivalents | (3,568) | (3,339) |
| Repurchases of common stock | (8,796) | (10,095) |
| Proceeds from issuance of term debt, net | - | 6,969 |
| Change in commercial paper, net | 6 | 2 |
| Cash used in financing activities | (13,676) | (7,501) |
| Increase/(Decrease) in cash and cash equivalents | 18,858 | 7,202 |
| Cash and cash equivalents, ending balances | $ 44,771 | $ 27,491 |
| Supplemental cash flow disclosure: | | |
| Cash paid for income taxes, net | $ 4,916 | $ 3,551 |
| Cash paid for interest | $ 836 | $ 623 |

# EXHIBIT 54

# Apple Says It Slows Older iPhones To Save Their Battery Life

**npr.org**/sections/thetwo-way/2017/12/21/572538593/apple-says-it-slows-older-iphones-to-save-their-battery-

Bill Chappell



Apple says that it slows the processors in some of its older phones, such as its iPhone 6s Plus, to match their aging, less powerful batteries.

Cole Bennetts/Getty Images

Confirming iPhone owners' suspicions that Apple purposefully slows the operation of older phones, Apple says that it does just that — and that slowing down processors makes it easier for old batteries to perform after they've begun to lose capacity.

Apple is responding to owners of older phones who have increasingly said they notice slower performance after they upgrade their devices' software. The difference was highlighted in a recent Reddit post — and it was quantified in a blog post at Geekbench, the processor bench-marking company.

Older phones operate more quickly if they're using older versions of Apple's iOS operating system, Geekbench found.

The slowdown affects a range of Apple phones, including the iPhone 7 and iPhone 6S, models that came out in 2016 and 2015, respectively. The company says it plans to apply the same strategy to "other products in the future."

Smartphones' lithium-ion batteries lose their pep as they age, but processors remain hungry for quick bursts of power. So, Apple used software to throttle the demand — effectively governing the speed at which the phones can operate.

Catch up on the latest headlines and unique NPR stories, sent every weekday.

The situation is prickly: More than 10 years after Apple introduced its first iPhone, the company says it's trying to deliver the "best experience" to customers by preventing unexpected power-related shutdowns. In addition to addressing aging batteries, the company said it tries to "smooth out" power demand in phones that are operating in cold conditions or that have a low battery charge.

But some customers say the company's strategy of dealing with the power demand pushes them to replace their older iPhones with newer models.

In the Reddit post that generated intense interest in Apple's battery strategy earlier this month, a user named TeckFire reported that after noticing that different versions of the iPhone 6 series were running at vastly different speeds, they saw speeds pick up again once the battery on an iPhone 6S was replaced.

That post triggered responses in which other Apple customers wondered whether the battery ploy was also to blame for their older Macbook laptops not working as well as they once had.

Explaining how Apple's approach could feed suspicions of "planned obsolescence," John Poole, founder of Geekbench parent Primate Labs, writes, "users may believe that the slow down is due to [central processing unit] performance, instead of battery performance."

Despite the battery being the reason that Apple is slowing the phones, Poole adds, "This fix will also cause users to think, 'My phone is slow so I should replace it' not, 'My phone is slow so I should replace its battery.' "

The discrepancy between processors and batteries runs deep — and it's increasingly being highlighted, as lithium-ion batteries are recognized as not having much room for improvement. As Kristin Persson, a professor of materials and engineering at University of California, Berkeley, told Marketplace on Thursday morning, lithium-ion batteries are "highly optimized," and researchers have been working on creating a better battery.

Persson told Marketplace's Molly Wood:

> "So if you compare batteries to, for example, computers, the difference is really that in batteries you have to invent new materials to make them better, whereas in semiconductors, you're inherently, most of the time, using the same materials and you're just making them smaller, which is easier."

Here is Apple's statement on the battery/CPU issue:

"Our goal is to deliver the best experience for customers, which includes overall performance and prolonging the life of their devices. Lithium-ion batteries become less capable of supplying peak current demands when in cold conditions, have a low battery charge or as they age over time, which can result in the device unexpectedly shutting down to protect its electronic components.

"Last year we released a feature for iPhone 6, iPhone 6s and iPhone SE to smooth out the instantaneous peaks only when needed to prevent the device from unexpectedly shutting down during these conditions. We've now extended that feature to iPhone 7 with iOS 11.2, and plan to add support for other products in the future."

# EXHIBIT 55

# Apple's iPhones slowed to tackle ageing batteries

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

🅱🅱🅲 bbc.com/news/technology-42438745

By Chris Foxx, Technology reporter, Dave Lee, North America technology reporter



## Image copyright Getty Images

Apple has confirmed the suspicions of many iPhone owners by revealing it does deliberately slow down some models of the iPhone as they age.

Many customers have long suspected that Apple slows down older iPhones to encourage people to upgrade.

The company has now said it does slow down some models as they age, but only because the phones' battery performance diminishes over time.

Apple said it wanted to "prolong the life" of customers' devices.

The practice was confirmed after a customer shared performance tests on Reddit, suggesting their iPhone 6S had slowed down considerably as it had aged but had suddenly sped up again after the battery had been replaced.

"I used my brother's iPhone 6 Plus, and his was faster than mine? This is when I knew something was wrong," wrote TeckFire.

Technology website Geekbench then analysed several iPhones running different versions of the iOS operating system and found some of them did indeed appear to have been deliberately slowed down.

## What was Apple's response?

Apple has now confirmed that it made changes to iOS to manage ageing lithium-ion batteries in some devices, since the batteries' performance diminishes over time.

ADVERTISEMENT

inRead invented by Teads



Image copyright IFixit
Image caption Apple charges £79 to replace iPhone batteries, and also covers the work under its AppleCare policies, but other companies also offer solutions

"Lithium-ion batteries become less capable of supplying peak current demands when in cold conditions, [when they] have a low battery charge or as they age over time, which can result in the device unexpectedly shutting down to protect its electronic components," the company said.

"Last year, we released a feature for iPhone 6, iPhone 6s and iPhone SE to smooth out the instantaneous peaks only when needed to prevent the device from unexpectedly shutting down during these conditions.

"We've now extended that feature to iPhone 7 with iOS 11.2, and plan to add support for other products in the future.

"Our goal is to deliver the best experience for customers."

## Why do lithium-ion batteries degrade?

Lithium batteries degrade over time because of what happens during the charging and discharging cycle.

During both those events, lithium ions migrate through the material forming the battery.



Image copyright Getty Images
Image caption Lithium-ion batteries degrade with use

Studies using electron microscopes have shown that each time the ions do this they make tiny changes to the physical structure of that electrolyte.

The effect is like "rust creeping unevenly across steel", according to one scientist who has studied the phenomenon.

The changes effectively erode the material so it can hold less of a charge and can hamper its ability to provide a steady power supply.

Higher voltages make the erosion happen more quickly, as do higher temperatures.

## Should Apple have told customers?

"By choosing to implement this quietly, it appears more nefarious than it really is. That doesn't engender trust," wrote developer and blogger Nick Heer.

"Apple has long been very good about managing expectations… this is an instance where they blew it. Needlessly, I think."

Replacing an old battery in one of the affected models should return the phone to its former speed. Doing so costs £79 in the UK and $79 (£59) in the US.

"They should be more transparent about it," said Chris Green from the tech consultancy Bright Bee.

"You're taking away performance that somebody has paid for. If you're going to slow down the phone over time, you should explain why it is happening, so people understand it is ultimately for their benefit.

"But I do see where they're coming from. By slowing the phone, it does help mitigate the problem of the diminishing battery."

---

## You might also be interested in:

---

## Analysis by Rory Cellan-Jones, technology correspondent

It is a combination of urban myth and conspiracy theory - the idea that Apple builds planned obsolescence into the iPhone, slowing down older models to make you splash out on an upgrade.

Now it turns out to be true - the slowing down part, if not the motive behind it.

Apple's explanation that it is all about managing the performance of ageing batteries seems quite reasonable. After all, the fact that the lithium-ion batteries that power mobile phones degrade over time is well known and owners of other leading smartphones also complain of poor battery life after a few years.

But what will frustrate and anger many iPhone users is Apple's lack of transparency. The software tweak at the heart of this story happened last year and rumours about the deliberate downgrading of performance have been bubbling for weeks. But it was only a couple of days after a software developer showed exactly what was happening that Apple finally came out and explained.

Here is a company that is - as any journalist can attest - fanatical about controlling the message about its products. It has also benefitted from the devotion over the years of customers who are more like fans. But maybe it is time for Apple to show a bit more honesty in that relationship.

# EXHIBIT 56

# Apple sued after it admits to slowing down older iPhones

cnbc.com/2017/12/22/apple-sued-after-it-admits-to-slowing-down-older-iphones.html

December 22, 2017

- Apple is being sued after it admitted to slowing down older iPhone models to keep them running longer
- Stefan Bogdanovich and Dakota Speas brought the class action lawsuit in California, claiming they didn't give Apple consent to affect their iPhone performance
- Both plaintiffs are claiming damages



watch now

Apple is being sued after it admitted to slowing down older iPhone models to keep them running longer.

On Wednesday, the U.S. technology giant said that it has algorithms in place to help keep an iPhone running at optimal performance if there is an older battery inside that can't keep up with the required power. The aim is to stop unexpected shutdowns of older iPhones and keep them running to the best possible standard.

However, Stefan Bogdanovich and Dakota Speas brought a class action lawsuit in California — where they are residents — against Apple, an official filing revealed Thursday.

They claim that Apple never requested consent from them to "slow down their iPhones."

Both plaintiffs are owners of an iPhone 7. Bogdanovich and Speas claim they "suffered interferences to their iPhone usage due to the intentional slowdowns."

VIDEO02:36

Henry Blodget on iPhone slowdown news: Problem is around the secrecy at Apple

Both people are also claiming damages from Apple because they said the company's actions caused them to suffer "economic damages and other harm for which they are entitled to compensation."

Apple was not immediately available for comment when contacted by CNBC.

Bogdanovich and Speas are trying to get the case certified to cover all people in the United States who owned an Apple phone older than the iPhone 8.

Apple explained on Wednesday why users may notice that some older iPhone models slow down.

"Our goal is to deliver the best experience for customers, which includes overall performance and prolonging the life of their devices," Apple told CNBC. "Lithium-ion batteries become less capable of supplying peak current demands when in cold conditions, have a low battery charge or as they age over time, which can result in the device unexpectedly shutting down to protect its electronic components."

# EXHIBIT 57

# Apple faces lawsuits after saying it slows down aging iPhones

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

reuters.com/article/us-apple-batteries-lawsuits/apple-faces-lawsuits-after-saying-it-slows-down-aging-iphones-

SAN FRANCISCO (Reuters) - Apple Inc (AAPL.O) defrauded iPhone users by slowing devices without warning to compensate for poor battery performance, according to eight lawsuits filed in various federal courts in the week since the company opened up about the year-old software change.

The tweak may have led iPhone owners to misguided attempts to resolve issues over the last year, the lawsuits contend.

All the lawsuits - filed in U.S. District Courts in California, New York and Illinois - seek class-action to represent potentially millions of iPhone owners nationwide.

A similar case was lodged in an Israeli court on Monday, the newspaper Haaretz reported.

Apple did not respond to an email seeking comment on the filings.

The company acknowledged last week for the first time in detail that operating system updates released since "last year" for the iPhone 6, iPhone 6s, iPhone SE and iPhone 7 included a feature "to smooth out" power supply from batteries that are cold, old or low on charge.

Phones without the adjustment would shut down abruptly because of a precaution designed to prevent components from getting fried, Apple said.

The disclosure followed a Dec. 18 analysis by Primate Labs, which develops an iPhone performance measuring app, that identified blips in processing speed and concluded that a software change had to be behind them.

One of the lawsuits, filed Thursday in San Francisco, said that "the batteries' inability to handle the demand created by processor speeds" without the software patch was a defect.

"Rather than curing the battery defect by providing a free battery replacement for all affected iPhones, Apple sought to mask the battery defect," according to the complaint.

The plaintiff in that case is represented by attorney Jeffrey Fazio, who represented plaintiffs in a $53-million settlement with Apple in 2013 over its handling of iPhone warranty claims.

The problem now seen is that users over the last year could have blamed an aging computer processor for app crashes and sluggish performance - and chose to buy a new phone - when the true cause may have been a weak battery that could have been replaced

for a fraction of the cost, some of the lawsuits state.

"If it turns out that consumers would have replaced their battery instead of buying new iPhones had they known the true nature of Apple's upgrades, you might start to have a better case for some sort of misrepresentation or fraud," said Rory Van Loo, a Boston University professor specializing in consumer technology law.

↗
↙

FILE PHOTO - A salesman checks a customer's iPhone at a mobile phone store in New Delhi, India, July 27, 2016. REUTERS/Adnan Abidi/File photo

But Chris Hoofnagle, faculty director for the Berkeley Center for Law & Technology, said in an email that Apple may not have done wrong.

"We still haven't come to consumer protection norms" around aging products, Hoofnagle said. Pointing to a device with a security flaw as an example, he said, "the ethical approach could include degrading or even disabling functionality."

The lawsuits seek unspecified damages in addition to, in some cases, reimbursement. A couple of the complaints seek court orders barring Apple from throttling iPhone computer speeds or requiring notification in future instances.

Reporting by Paresh Dave; Editing by Leslie Adler

Our Standards:The Thomson Reuters Trust Principles.

# EXHIBIT 58

## Apple faces class-action lawsuits over slowed-down iPhones

latimes.com/business/technology/la-fi-tn-apple-iphone-lawsuit-20171227-story.html

December 27, 2017



IPhone owners from several states have filed at least nine class-action lawsuits against Apple Inc. for not disclosing sooner that its software updates deliberately slowed down older-model phones so batteries would last longer.

The lawsuits — filed in U.S. district courts in California, New York and Illinois — allege that Apple's silence led the iPhone owners to wrongly conclude that they had to buy newer, pricier iPhones instead of simply replacing the battery.

Three of the lawsuits were filed by Los Angeles-area residents. One accuses Apple of fraud through concealment and unfair business practices. Another accuses Apple of breaching an implied contract — that is, it argues that when people buy iPhones, they do so with the assumption that Apple won't "purposefully interfere with" the phones' "usage or value." The lawsuit says Apple did not get iPhone owners' consent before meddling with the phones' speed. The third alleges a slew of misdeeds, including fraud, false advertising and unjust enrichment.

And in Israel, iPhone owners filed a class-action suit against Apple on Monday, accusing the company of a breach of duty toward customers by failing to disclose that software updates would slow the performance of older phones, local news outlets reported.

1/4

The lawsuits came after Apple confirmed last week what high-tech sleuths outside the company had already observed: The company deployed software to slow some phones. Apple said the software was intended as a fix to deal with degraded lithium-ion batteries that could otherwise suddenly die.

"Our goal is to deliver the best experience for customers, which includes overall performance and prolonging the life of their devices," Apple said in a statement. The Cupertino, Calif., company said it released the fix for iPhone 6, iPhone 6s and iPhone SE and later extended it to iPhone 7.

Apple did not respond to a message Wednesday seeking additional comment.

The Illinois lawsuit suggests Apple's motive may have been sinister, though it offers no evidence in the filing.



Sponsored Content

## How a UCLA doctor set a new standard for cancer therapy

By UCLA Health
Not only has development of the drug Herceptin saved the lives of an untold number of women with a particularly aggressive form of breast cancer, but it also opened new avenues of research that have led to multiple other targeted therapies that...

Advertisement

"Apple's decision to purposefully … throttle down these devices," it says, "was undertaken to fraudulently induce consumers to purchase the latest" iPhone.

Kirk Pedelty, a North Carolina resident who is a plaintiff in the Illinois lawsuit, contacted Apple as his frustration grew. However, the lawsuit says: "Nobody from Apple customer support suggested that he replace his battery to improve the performance of his iPhone. … Frustrated by slowdowns and intermittent shutdowns of his iPhone 7, Pedelty purchased an iPhone 8."

James Vlahakis, an attorney representing the plaintiffs in the Illinois lawsuit, said he has been contacted by more iPhone users who say they suffered the same problem and is considering amending the lawsuit to include a request for Apple to provide battery replacements or offer refunds to consumers who bought devices unnecessarily.

"A lot of people are upset, because phones aren't cheap," Vlahakis said. He said he thinks Apple should have disclosed that a software update could affect the phone's performance so consumers would have known replacing the battery was a possible solution.

"We think they could have extended the phones' life if [Apple] had been more honest," he said.

Attorneys representing Los Angeles residents Stefan Bogdanovich and Dakota Speas said Apple, as a global tech giant, should have been savvy enough to alert customers about their phones' diminished performance.

"We bought Apple's smartphones in part because they were able to run applications quickly," Bogdanovich and Speas said in a joint statement. "That is part of what we bargained for. When Apple admitted to this secret practice, it was clear we needed to take legal action."

Karl Manheim, a professor of law at Loyola Law School, said the lawsuits could have merit under state consumer protection or unfair business practice laws.

Advertisement

"This could be like the modern version of planned obsolescence," Manheim said.

News of the throttling has led to surging interest in battery replacements, said Kyle Wiens, co-founder and chief executive of iFixit, a seller of repair parts and publisher of repair guides. Three times as many customers have inquired about iPhone 7 battery replacements, he said.

"We've been flat out busy since Apple's admission," Wiens said. "Replacing batteries in phones is like replacing tires. The difference is car manufacturers say you should be replacing your tires."

***The Associated Press was used in compiling this report. Chicago Tribune staff writer Lauren Zumbach contributed to this report.***

***tracey.lien@latimes.com***

***Twitter: @traceylien***

---

**UPDATES:**

**3:45 p.m.:** This article was updated to include comment from Karl Manheim, a professor of law at Loyola Law School, and Kyle Wiens, co-founder and chief executive of iFixit.

Advertisement

**1:50 p.m.:** This article was updated with a statement from plaintiffs Stefan Bogdanovich and Dakota Speas.

*This article was originally published at 11 a.m.*

# EXHIBIT 59

# Apple's battery replacement offer to reduce 2018 iPhone sales: Barclays

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

reuters.com/article/us-apple-batteries-sales/apples-battery-replacement-offer-to-reduce-2018-iphone-sales-

FILE PHOTO: Apple CEO Tim Cook stands in front of a screen displaying the IPhone 6 during a presentation at Apple headquarters in Cupertino, California October 16, 2014. REUTERS/Robert Galbraith/File Photo

(Reuters) - Apple Inc's (AAPL.O) offer to replace flagging batteries at a slashed rate could be a hurdle for iPhone unit sales in 2018 if more users take the deal over upgrading to a new device, Barclays analysts write in a note.

Advertisement

Apple's customers have not been very pleased since the company said last month it intentionally slowed down older iPhones with weakening batteries to prevent the handset from shutting off abruptly.

Advertisement

Following consumer outrage, Apple apologized and slashed the price of out-of-warranty replacement batteries to $29 from $79 for iPhone 6 or later models.

Barclays analyst Mark Moskowitz says 77 percent of iPhone customers are using iPhone 6, 6 Plus, 6s, 6s Plus, 7, 7 Plus, and SE, which means even a small percentage opting for battery replacement over upgrade could have meaningful impact on iPhone sales.

The company faces eight lawsuits filed in California, New York and Illinois over the issue.

Reporting by Nikhil Subba in Bengaluru

Our Standards:The Thomson Reuters Trust Principles.
More From Reuters

# EXHIBIT 60

# Why the $29 iPhone Battery Replacement Deal Could Hurt Apple's Stock

🌐 **fortune.com**/2018/01/03/apple-stock-iphone-battery-replacement

After years of <u>conspiracy theories</u> that <u>Apple</u> was purposely slowing older iPhones to prompt upgrade purchases, the opposite effect may be in play now, according to one Wall Street analyst.

Apple last month <u>admitted</u> that in recent years its iOS software intentionally slow the performance of older iPhones when the batteries degraded. Without the slowdown, the iPhones would suddenly shutdown when the aged batteries couldn't provide enough power for peak performance. Along with an apology, Apple said it would <u>replace</u> the battery on any model of the iPhone 6 or later for just $29.

The offer, and the resulting improvement in performance for older iPhones, may prompt millions of people to forgo an upgrade to a new phone this year, Barclays analyst Mark Moskowitz says. "Our August Wireless survey suggests battery drain is No. 1 reason for users to upgrade to new device – therefore, a new battery may deter some upgrade intention," Moskowitz writes in a research note on Wednesday. The analyst, who says he is worried Wall Street is "too optimistic" about iPhone sales, rates Apple's stock "neutral."

About three-quarters of the 675 million iPhones currently in use would be eligible and potentially in need of the battery upgrade, Moskowitz estimates. "Due to the large base, even a small percentage opting for battery replacement over upgrade could have meaningful impact on iPhone sales," the analyst writes.

*<u>Get Data Sheet</u>, Fortune's technology newsletter.*

Assuming just 10% of those eligible take the offer, and about one-third of the battery seekers would have otherwise bought a new iPhone this year, then Apple will lose out on sales of 16 million devices and $10.3 billion of annual revenue, the Barclays analyst forecasts. If half the battery swaps would have otherwise upgraded, Apple loses out on 27 million sales and $18.2 billion in revenue.

For context, Wall Street assumes Apple will bring in $274 billion of revenue in its 2018 fiscal year, according to FactSet Research, including sales of 241 million iPhones.

Shares of Apple (AAPL) were up 1% to $173.94 in midday trading on Wednesday.

# EXHIBIT 61

# Apple's battery controversy could cost the company over $10 billion in lost iPhone sales

**BI** **businessinsider.com**/apple-battery-controversy-10-billion-lost-iphone-sales-2018-1

Kif Leswing Jan 3, 2018, 9:08 AM



- **Apple is now offering $29 battery replacements for old iPhones.**
- **The battery replacement should improve both performance and battery life.**
- **Barclays analysts believe that millions of Apple customers could opt for a battery replacement over a new iPhone.**

Apple started offering <u>$29 in-store battery replacements</u> last week in an apologetic move after the company revealed that an older battery could actually make an iPhone run slower.

It's a win for customers who can now extend the life of their iPhone at a lower price, increasing both its battery life and its performance.

But it may be bad for Apple's bottom line, analysts at Barclays wrote in a note on Wednesday.

"While this is a good PR move for Apple to resolve the issue, we are concerned it could be a mild headwind for iPhone unit sales if more iPhone users decide to take the offer instead of upgrading to a new device," the analyst Mark Moskowitz and team wrote.

They model that as many as 16 million fewer iPhones could be sold in the coming year thanks to the offer. That comes out to as much as $10.29 billion in lost revenue, according to the Barclays model.

ADVERTISING

There are four reasons battery replacements could affect iPhone sales. From Barclays' note:

1. This incident has caused significantly higher public awareness of Apple's behavior, and thereby, the $29 offer.
2. $29 is affordable, and it will provide a significant boost in speed (from 600MHz to 1400MHz for an iPhone 6).
3. Our August Wireless survey suggests battery drain is No.1 reason for users to upgrade to new device — therefore, a new battery may deter some upgrade intention.

4. Apple allows for replacement regardless of the diagnostic test result. Given the same form factor from IP6 to IP8, some customers may prefer the battery swap over upgrading.

To recap the battery story: iPhones used to have an issue in which they shut down seemingly at random. It was because older batteries — the batteries you find in 2-year-old phones — couldn't provide enough power at certain times, and the phone would then shut down to protect its components.

Apple's fix for this problem was to limit the peak power draw that an older iPhone was capable of through software updates. After it revealed the fix in December, people were furious to receive confirmation from Apple that older iPhones could take longer to launch apps, may display choppy scrolling, and could have dimmer screens and quieter speakers.

ADVERTISING

To smooth over this issue, Apple announced that it would offer $29 iPhone battery replacements in 2018 — a significant discount from the normal $79 price, which Apple says will improve the performance of an older phone.

Apple now has to hope that iPhone users don't decide to take a $29 battery over a $999 iPhone X.

"Even a small percentage opting for battery replacement over upgrade could have meaningful impact on iPhone sales," the Barclays analysts warn. They give Apple a neutral rating and a $162 price target.

# EXHIBIT 62

TECH TRADER DAILY

# Apple's Battery-Gate Fix Good PR Move, May Hurt iPhone Sales, Says Barclays

By Tiernan Ray   Jan. 3, 2018 10:42 am ET

Order Reprints     Print Article

**Apple**'s (AAPL) recent "**battery-gate**" fiasco with **iPhones** is probably a "good PR move," writes **Barclays** analyst **Mark Moskowitz** this morning, but could be not so good for its sales of the iPhone.

To recap, Apple last week said that it would replace batteries in older iPhones, after confessing the week before that it had in some cases limited the peak speeds of the processor in the phones to mitigate a situation where batteries would be taxed and would spontaneously shut down the phone.

The cost of the battery upgrade is $29 for a customer. Apple on Tuesday said it was speeding up the battery program, providing replacements immediately rather than its original intention to roll out the program later this month.

Moskowitz, who has a Neutral rating on Apple stock, and a $162 price target, thinks the program may have a "significant" impact on iPhone sales. That's because there are almost $700 million iPhones in the wild, and the vast majority may fall within the parameters of needing a new battery:

*According to iPhone adoption data from Mixpanel (a data analytics vendor), as of Jan 2nd, 77% of iPhone users are using iPhone 6, 6 Plus, 6s, 6s Plus, 7, 7 Plus, and SE. Based on a conservative estimate of 675M total iPhone installed base as of Dec-Q, this implies 519M users are subject to or mostly "eligible" for this offer. Due to the large base, even a small percentage opting for battery replacement over upgrade could have meaningful impact on iPhone sales. In our base case scenario, 10% of those 519M users take the $29 offer, and around 30% of them decide not to buy a new iPhone this year. This means around 16M iPhone sales could be at risk, creating ~4% downside to our current revenue estimate for C2018. We also provide scenario analysis tables on units and revenue impact with a wider range of assumptions on percentage that takes the offer and those that choose not to upgrade in C2018.*

Apple shares today are up $2.18, or 1.3%, at $174.42.

# EXHIBIT 63

# Apple battery discount may mean 16 million fewer iPhones sold: Barclays

bnnbloomberg.ca/apple-battery-replacement-may-mean-16-million-fewer-iphones-sold-1.957943

January 3, 2018

- <u>Technology</u>
- <u>Company News</u>

Jan 3, 2018

Julie Verhage, Bloomberg News

## Apple Inc. (AAPL:UW)

270.77 2.29 (0.85%)

**As of:** 12/11/19 11:34:22 pm
(delayed at least 15 minutes)

Chart Type - 6month

<u>See Full Stock Page »</u>

Apple Inc.'s offer to replace iPhone batteries cheaply may cut sales of new handsets by millions of units this year, according to Barclays analyst Mark Moskowitz.

"Even a small percentage [of customers] opting for battery replacement over upgrade could have meaningful impact on iPhone sales," he wrote in a note on Wednesday.

Apple (AAPL.O) recently said it intentionally slows iPhones with older batteries to prevent the handsets abruptly shutting down. The Cupertino, California-based company stressed that it hadn't intentionally slowed the devices to encourage users to purchase newer models. In response to customer complaints, Apple apologized and cut the price of replacement batteries from US$79 to US$29 for many older iPhones.

While analysts agree this was a good public-relations move, some are concerned it will dent future sales of iPhones, a product that accounts for roughly two-thirds of Apple's revenue. The company's stock rose almost 50 per cent last year, largely on hopes for a "super cycle" with the new iPhone X and 8, where a large number of users upgrade.

Moskowitz estimates around 519 million users are eligible for the battery offer, and that in the most likely scenario 10 per cent take the US$29 offer, and about 30 per cent of those people decide not to buy a new iPhone this year. This means Apple could miss out on 16 million iPhone upgrades in 2018, the analyst said.

Apple shares rose 0.6 per cent to US$173.28 in early afternoon trading in New York. The stock was up as much as 1.3 per cent earlier in the day.

The battery program will only be in effect through the end of the year, and there are also other reasons for iPhone users to upgrade. An Apple spokeswoman declined to comment.

# EXHIBIT 64

# Apple To Lose $10 Billion In iPhone Sales Due To $29 Battery Replacement Program

**T** techtimes.com/articles/217991/20180105/apple-to-lose-10-billion-in-iphone-sales-due-to-29-battery-

Aaron Mamiit

January 5, 2018

Current Time 0:00

Duration Time 0:15

Loaded: 0%

Progress: 0%

Apple will be significantly affected by its decision to offer $29 battery replacements to address the iPhone battery controversy, as the company stands to lose iPhone sales worth over $10 billion.

Making matters worse is that despite the cheaper battery replacements and the potential lost sales, the controversy will likely not end there.

## The iPhone Battery Controversy

In mid-December, a Reddit thread exploded into a full-blown investigation on whether Apple purposely slows down the performance of older iPhones to make degraded batteries last longer.

advertisement

Apple later confirmed that it was indeed throttling iPhones. However, the company explained that it was doing so to prevent random shutdowns caused by old batteries, and not to force customers to upgrade to the latest iPhone models.

To apologize for the issue, Apple reduced the cost of out-of-warranty iPhone battery replacements to only $29, from the original price of $79. Customers across the world with iPhone 6 and later models will be able to avail the offer throughout 2018.

## Apple To Lose $10 Billion In iPhone Sales

The replacement program for only $29 can be considered a win for customers, as they will be able to improve the battery lives and performance of their older iPhones.

However, according to Barclays, the decision will be a costly one for Apple.

"While this is a good PR move for Apple to resolve the issue, we are concerned it could be a mild headwind for iPhone unit sales if more iPhone users decide to take the offer instead of upgrading to a new device," wrote analyst Mark Moskowitz and his team.

According to Barclays' model, Apple may sell as many as 16 million fewer iPhone units due to the $29 battery replacement program, which translates to lost revenue of $10.29 billion. Apple will be able to generate about $1.56 billion in revenue from the estimated 54 million battery replacements, but that will not be enough to offset the potential lost sales.

According to Barclays, there are four reasons for the massive impact on iPhone sales. First, the public is generally aware of the replacement program due to the popularity of the controversy, and second, the $29 is an affordable price for a boost in iPhone performance and battery life. Barclays also noted that battery performance is the top reason for upgrading to new iPhone models, and lastly, because the replacement is offered to all iPhone 6 to iPhone 8 owners, customers might prefer to replace batteries instead of an upgrade.

## iPhone Throttling Issue Not Yet Over

Customers may now avail the $29 battery replacement for their iPhones through Apple's support page, but this likely not the end for the iPhone throttling controversy.

Apple is still facing class action lawsuits over the issue, and it remains to be seen how the legal action goes.

TAG

ⓒ 2018 TECHTIMES.com All rights reserved. Do not reproduce without permission.