# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE APPLE SECURITIES LITIGATION** | CASE NO. 19-cv-02033-YGR<br><br>**ORDER RE: ADMINISTRATIVE MOTION FOR RELIEF TO AMENDED COMPLAINT**<br><br>Re: Dkt. No. 90 |

The Court has received lead plaintiff's motion for administrative relief pursuant to Civil Local Rule 7-11 to file a corrected consolidated and amended class action complaint. (Dkt. No. 90.) In its administrative motion, lead plaintiff seeks to correct certain errors in the operative complaint, which purportedly would not affect the amended complaint substantively or impact the briefing schedule in effect. Lead plaintiff represents that defendants are unwilling to stipulate to the filing of a corrected amended complaint but take no position as to the administrative motion.

Since the filing of the administrative motion, and pursuant to the briefing schedule in effect in this case, defendants have filed a motion to dismiss the operative complaint. (Dkt. No. 91.) As such, the parties are hereby **ORDERED** to submit a joint statement addressing any procedural issues that may arise from this Court granting the administrative motion subsequent to the filing of the motion to dismiss. Specifically, the parties shall address whether defendants will need to substantively amend their motion to dismiss if the administrative motion is granted, and if so, any effect this may have on the current briefing schedule. The parties shall file their statement no later than **Friday, January 10, 2020**.

**IT IS SO ORDERED.**

Dated: December 23, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**