1  **LABATON SUCHAROW LLP**
   Carol C. Villegas (admitted *pro hac vice*)
2  Christine M. Fox (admitted *pro hac vice*)
   140 Broadway
3  New York, NY 10005
   Telephone: (212) 907-0700
4  Facsimile: (212) 818-0477
   cvillegas@labaton.com
5  cfox@labaton.com

6  *Counsel for Lead Plaintiff Employees'*
   *Retirement System of the State of Rhode Island*
7  *and the Proposed Class*

8  **WAGSTAFFE, VON LOEWENFELDT,**
   **BUSCH & RADWICK LLP**
9  James M. Wagstaffe (SBN 95535)
   Frank Busch (SBN 258288)
10 100 Pine Street, Suite 725
   San Francisco, CA 94111
11 Telephone: (415) 357-8900
   Facsimile: (415) 357-8910
12 wagstaffe@wvbrlaw.com
   busch@wvbrlaw.com
13
   *Liaison Counsel for Lead Plaintiff Employees'*
14 *Retirement System of the State of Rhode Island*
   *and the Proposed Class*

   **ORRICK, HERRINGTON**
   **& SUTCLIFFE LLP**
   Melinda L. Haag (SBN 132612)
   James N. Kramer (SBN 154709)
   Alexander K. Talarides (SBN 268068)
   The Orrick Building
   405 Howard Street
   San Francisco, CA 94105
   Telephone: (415) 773-5700
   Facsimile: (415) 773-5957
   mhaag@orrick.com
   jkramer@orrick.com
   atalarides@orrick.com

   *Counsel for Defendants Apple Inc.,*
   *Timothy D. Cook, and Luca Maestri*

15
                    **UNITED STATES DISTRICT COURT**
16                  **NORTHERN DISTRICT OF CALIFORNIA**
                           **OAKLAND DIVISION**
17

18  |                                    | )                                                                   |
    |                                    | )                                                                   |
19  |                                    | ) Civil Action No. 4:19-cv-02033-YGR                                |
    |                                    | )                                                                   |
20  | IN RE APPLE INC. SECURITIES        | ) **JOINT STATEMENT ON LEAD**                                       |
    | LITIGATION                         | ) **PLAINTIFF'S MOTION FOR**                                        |
21  |                                    | ) **ADMINISTRATIVE RELIEF PURSUANT**                                |
    |                                    | ) **TO L.R. 7-11 TO FILE A CORRECTED**                              |
22  |                                    | ) **CONSOLIDATED AND AMENDED**                                      |
    |                                    | ) **CLASS ACTION COMPLAINT**                                        |
23  |                                    | )                                                                   |
    |                                    | )                                                                   |
24  |                                    | )                                                                   |
    |                                    | )                                                                   |
25  |                                    | )                                                                   |

26
27
28

1   Lead Plaintiff Employees' Retirement System of the State of Rhode Island ("Lead
2   Plaintiff") and Defendants Apple Inc., Timothy D. Cook, and Luca Maestri ("Defendants" and
3   collectively with Lead Plaintiff, the "Parties"), by and through their undersigned counsel, in
4   accordance with the Court's December 23, 2019 order (Dkt. No. 93), hereby provide the Court
5   with the Parties' Joint Statement on Lead Plaintiffs' Administrative Motion to File a Corrected
6   Consolidated and Amended Class Action Complaint.

7   As detailed below, the Parties disagree on the nature of some of the changes to the
8   Amended Complaint that Lead Plaintiff seeks to make, and whether an Administrative Motion is
9   the appropriate vehicle to make such changes.  However, the Parties agree that Defendants will
10  not have to amend their motion to dismiss, nor will the subsequent briefing schedule be affected
11  if the Court grants Lead Plaintiff's Administrative Motion.  (Dkt. No. 90).

12  Lead Plaintiff's Position

13  It is Lead Plaintiff's position that the proposed corrections to the Amended Complaint
14  will not substantively affect Defendants' pending motion to dismiss, nor should it have any
15  effect on the current briefing schedule.  Lead Plaintiff seeks to correct errors in eleven
16  paragraphs, all but one of which contain scrivener's errors.  While Lead Plaintiff does seek to
17  add a reason why a statement was false and misleading, that reason appears elsewhere in the
18  Amended Complaint for similar statements.  *See* Proposed Corrected Complaint (Dkt. No. 90-1)
19  ¶¶ 338, 348.  Further, Lead Plaintiff reached out to Defendants on the morning of December 10,
20  2019, six days prior to the due date for Defendants' motion to dismiss, informing them of each of
21  the errors Lead Plaintiff seeks to correct.  Lead Plaintiff agrees with Defendants that the briefing
22  schedule will not need to be modified, and that they will have the opportunity to address any
23  corrections to the Amended Complaint in their reply briefing.

24  Defendants' Position

25  Contrary to Plaintiff's representation that its proposed Corrected Complaint "does not
26  affect the Amended Complaint substantively" (Dkt. No. 90 at 2), the proposed Corrected
27  Complaint makes substantive changes to Plaintiff's allegations.  For instance, one of Plaintiff's
28

1  proposed "corrections" purports to add an entirely new reason why a number of alleged
2  misstatements by Defendant Cook were allegedly false when made.  *See* Proposed Corrected
3  Complaint (Dkt. No. 90-1) ¶ 348(a); *see also* Proposed Corrected Supplemental Chart (Dkt. No.
4  90-2) at Entry 40A (making same "correction").  Defendants question whether an administrative
5  motion to file a "corrected" complaint is the appropriate vehicle to make these kinds of
6  substantive changes to a pleading—particularly where Plaintiff already has been given ample
7  opportunity to articulate its allegations.  For that reason, Defendants did not stipulate to
8  Plaintiff's filing of the proposed Corrected Complaint.
9        However, in the event that the Court grants Plaintiff's administrative motion, Defendants
10 do not believe that it will be necessary to amend their pending motion to dismiss, or that any
11 modifications to the current briefing schedule will be required.  To the extent Plaintiff's
12 proposed amendments are relevant to the issues addressed in the pending motion to dismiss,
13 Defendants are prepared to briefly discuss the amendments in their reply in support of their
14 motion to dismiss.

[signatures on following page]

JOINT STATEMENT ON LEAD PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF PURSUANT
TO L.R. 7-11 TO FILE A CORRECTED CONSOLIDATED AND AMENDED CLASS ACTION COMPLAINT
CASE NO. 4:19-cv-02033-YGR

2

1  DATED: January 10, 2020

2                                                         Respectfully submitted,

3  */s/ Carol C. Villegas*                              */s/ Alexander K. Talarides*
   **LABATON SUCHAROW LLP**                             **ORRICK, HERRINGTON**
4  Carol C. Villegas (admitted *pro hac vice*)          **& SUTCLIFFE LLP**
   Christine M. Fox (admitted *pro hac vice*)           Melinda L. Haag (SBN 132612)
5  140 Broadway                                         James N. Kramer (SBN 154709)
   New York, NY 10005                                   Alexander K. Talarides (SBN 268068)
6  Telephone: (212) 907-0700                            The Orrick Building
   Facsimile: (212) 818-0477                            405 Howard Street
7  cvillegas@labaton.com                                San Francisco, CA 94105
   cfox@labaton.com                                     Telephone: (415) 773-5700
8                                                       Facsimile: (415) 773-5957
   *Counsel for Lead Plaintiff Employees'*              mhaag@orrick.com
9  *Retirement System of the State of Rhode Island*    jkramer@orrick.com
   *and the Proposed Class*                             atalarides@orrick.com
10
   */s/ James M. Wagstaffe*                             *Counsel for Defendants Apple Inc.,*
11 **WAGSTAFFE, VON LOEWENFELDT,**                      *Timothy D. Cook, and Luca Maestri*
   **BUSCH & RADWICK LLP**
12 James M. Wagstaffe (SBN 95535)
   Frank Busch (SBN 258288)
13 100 Pine Street, Suite 725
   San Francisco, CA 94111
14 Telephone: (415) 357-8900
   Facsimile: (415) 357-8910
15 wagstaffe@wvbrlaw.com
   busch@wvbrlaw.com
16
   *Liaison Counsel for Lead Plaintiff Employees'*
17 *Retirement System of the State of Rhode Island*
   *and the Proposed Class*

18

19

20

21

22

23

24

25

26

27

28

## ATTESTATION

I, Carol C. Villegas, am the ECF user whose identification and password are being used to file this Joint Statement on Lead Plaintiff's Motion for Administrative Relief Pursuant to L.R. 7-11 to File a Corrected Consolidated and Amended Class Action Complaint. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

*/s/ Carol C. Villegas*
Carol C. Villegas