MELINDA L. HAAG (SBN 132612)
mhaag@orrick.com
JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5957

Attorneys for Defendant Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Case No. 19-cv-02033-YGR<br><br>**UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**<br><br>Judge:  Yvonne Gonzalez Rogers |
| JOHN VOTTO, Derivatively on behalf of APPLE INC.,<br><br>            Plaintiff,<br><br>     v.<br><br>TIMOTHY D. COOK, ARTHUR D. LEVINSON, JAMES A. BELL, ALBERT GORE, JR., ANDREA JUNG, RONALD D. SUGAR, SUSAN L. WAGNER, ROBERT A. IGER, and LUCA MAESTRI,<br><br>            Defendants.<br><br>     -and-<br><br>APPLE INC., a California Corporation,<br><br>            Nominal Defendant. | Case No. 19-cv-08246-EJD<br><br>Judge:  Edward J. Davila |

UNOPPOSED ADMINISTRATIVE MOTION TO RELATE CASES –
CASE NO. 19-CV-02033-YGR

4138-3103-2865.1

Defendant Apple Inc. ("Apple") submits this Unopposed Administrative Motion to Consider Whether Cases Should be Related pursuant to Civ. L.R. 3-12 and 7-11 (the "Motion").

**ACTION REQUESTED**

Pursuant to Civ. L.R. 3-12(b), Apple informs the Court that the following cases are related:

1. This consolidated putative securities class action captioned *In re Apple Inc. Securities Litigation*, Case No. 19-cv-02033-YGR ("*Securities Litigation*"); and

2. The putative shareholder derivative action captioned *Votto v. v. Cook,* Case No. 19-cv-08246-EJD ("*Votto* Action"), filed on December 18, 2019.

Pursuant to Civ. L.R. 7-11(a), Apple informs the Court that the Lead Plaintiff in the *Securities Litigation* and the plaintiff in the *Votto* Action do not oppose this Motion. *See* Declaration of Alexander K. Talarides in Support of Motion ("Talarides Decl.") ¶¶ 3-4.

**MEMORANDUM**

Civ. L.R. 3-12(b) directs a party to file an administrative motion to consider whether an action filed in this District may be related to another action pending in this District. The *Votto* Action is related to the *Securities Litigation* within the meaning of Civ. L.R. 3-12(a), because the two actions concern substantially the same parties and underlying transactions or events, and there would likely be an unduly burdensome duplication of labor and expense or conflicting results of the cases are conducted before different judges.

The Court has already ordered three other putative shareholder derivative actions related to the *Securities Litigation* pursuant to Civ. L.R. 3-12. *See Securities Litigation*, ECF No. 84, Order Relating *Fine v. Cook*, Case No. 19-cv-5863-LKH ("*Fine* Action") to *Securities Litigation; id.,* ECF No. 79, Order Relating *Zehrer v. Cook*, Case No. 19-cv-95153 ("*Zehrer* Action") to *Securities Litigation*; *id.*, ECF No. 82, Order Relating *Bankhalter v. Cook*, Case No. 19-cv-05881 ("*Bankhalter* Action") to *Securities Litigation*. The *Votto* Action is substantively identical to the *Fine, Zehrer* and *Bankhalter* Actions. *Compare* Talarides Decl., Ex. A, *with Fine* Action, ECF No. 1, *Zehrer* Action, ECF No. 1 & *Bankhalter* Action, ECF No. 1. The Court should likewise order the *Votto* Action related to the *Securities Litigation*.

\*   \*   \*

A Proposed Order accompanies this Motion.

Dated: January 10, 2020

Respectfully submitted,
ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Alexander K. Talarides*
ALEXANDER K. TALARIDES

Attorneys for Defendant Apple Inc.