1  MELINDA L. HAAG (SBN 132612)
   mhaag@orrick.com
2  JAMES N. KRAMER (SBN 154709)
   jkramer@orrick.com
3  ALEXANDER K. TALARIDES (SBN 268068)
   atalarides@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone: (415) 773-5700
   Facsimile: (415) 773-5957
7
   Attorneys for Defendant Apple Inc.
8
                   UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Case No. 19-cv-02033-YGR<br><br>**DECLARATION OF ALEXANDER K. TALARIDES IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**<br><br>Judge:  Yvonne Gonzalez Rogers |
| JOHN VOTTO, Derivatively on behalf of APPLE INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>TIMOTHY D. COOK, ARTHUR D. LEVINSON, JAMES A. BELL, ALBERT GORE, JR., ANDREA JUNG, RONALD D. SUGAR, SUSAN L. WAGNER, ROBERT A. IGER, and LUCA MAESTRI,<br><br>    Defendants.<br><br>    -and-<br><br>APPLE INC., a California Corporation,<br><br>    Nominal Defendant. | Case No. 19-cv-08246-EJD<br><br>Judge:  Edward J. Davila |

I, Alexander K. Talarides, declare as follows:

1. I am a partner at Orrick, Herrington, & Sutcliffe LLP, counsel for nominal defendant Apple Inc. ("Apple") in *Votto v. Cook,* Case No. 19-cv-08246-EJD ("*Votto* Action"); and counsel for defendants Apple, Timothy Cook and Luca Maestri in the consolidated putative securities class action captioned *In re Apple Inc. Securities Litigation*, Case No. 19-cv-02033-YGR ("*Securities Litigation*").  I submit this declaration in support of Apple's Unopposed Administrative Motion to consider whether the *Votto* Action should be deemed related to the *Securities Litigation* pursuant to Civil Local Rule 3-12 (the "Motion").  I have personal knowledge of the matters set forth in this declaration, and if called upon to do so I could and would testify thereto.

2. Attached as Exhibit A is a true and correct copy of the complaint in the *Votto* Action.

3. I conferred via email with Carol Villegas of Labaton Sucharow LLP, counsel for the Lead Plaintiff in the *Securities Litigation*, regarding the Motion.  Ms. Villegas advised me that the Lead Plaintiff in the *Securities Litigation* does not oppose the Motion.

4. I conferred via email with Evan J. Smith of Brodsky & Smith LLP, counsel for the plaintiff in the *Votto* Action, regarding the Motion.  Mr. Smith advised me that the plaintiff in the *Votto* Action do not oppose the Motion.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct, and that I have signed this declaration on January 10, 2020 in San Francisco, California.

*/s/ Alexander K. Talarides*
ALEXANDER K. TALARIDES