1  MELINDA L. HAAG (SBN 132612)
   mhaag@orrick.com
2  JAMES N. KRAMER (SBN 154709)
   jkramer@orrick.com
3  ALEXANDER K. TALARIDES (SBN 268068)
   atalarides@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone: (415) 773-5700
   Facsimile: (415) 773-5957
7
   Attorneys for Defendant Apple Inc.
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

| 12 | IN RE APPLE INC. SECURITIES LITIGATION | Case No. 19-cv-02033-YGR |
|---|---|---|
| 13 |  | **[PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RLATED PURSUANT TO CIVIL LOCAL RULE 3-12** |
| 14 |  |  |
| 15 |  |  |
| 16 |  | Judge:  Yvonne Gonzalez Rogers |
| 17 |  |  |
| 18 | JOHN VOTTO, Derivatively on behalf of APPLE INC., | Case No. 19-cv-08246-EJD |
| 19 | Plaintiff, | Judge:  Edward J. Davila |
| 20 | v. |  |
| 21 | TIMOTHY D. COOK, ARTHUR D. LEVINSON, JAMES A. BELL, ALBERT GORE, JR., ANDREA JUNG, RONALD D. SUGAR, SUSAN L. WAGNER, ROBERT A. IGER, and LUCA MAESTRI, |  |
| 22 |  |  |
| 23 |  |  |
| 24 | Defendants. |  |
| 25 | -and- |  |
| 26 | APPLE INC., a California Corporation, |  |
| 27 | Nominal Defendant. |  |
| 28 |  |  |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION
TO RELATE CASES – CASE NO. 19-CV-02033-YGR

4125-5589-8913.1

Before the Court is the Unopposed Administrative Motion to Consider Whether Cases Should be Related filed by Defendant Apple Inc. ("Apple") on January 10, 2020 pursuant to Civ. L.R. 3-12 (the "Motion"). The Court, having fully considered the papers and pleadings on file and submitted herewith, and good cause appearing, HEREBY ORDERS as follows:

1. The Motion is GRANTED;

2. Pursuant to Civ. L.R. 3-12, the action captioned *Votto v. Cook,* Case 5:19-cv-08246-EJD (the "*Votto* Action") is deemed related to the consolidated action captioned *In re Apple Inc. Securities Litigation*, Case No. 4:19-cv-02033-YGR (the "*Securities Litigation*").

Accordingly, the *Votto* Action is hereby reassigned to the Honorable Yvonne Gonzalez Rogers, who is assigned to the *Securities Litigation*.

Dated: January ___, 2020

HONORABLE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE