1  MELINDA L. HAAG (SBN 132612)
   mhaag@orrick.com
2  JAMES N. KRAMER (SBN 154709)
   jkramer@orrick.com
3  ALEXANDER K. TALARIDES (SBN 268068)
   atalarides@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone:     (415) 773-5700
   Facsimile:     (415) 773-5957
7
   Attorneys for Defendant Apple Inc.
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Case No. 19-cv-02033-YGR<br><br>**PROOF OF SERVICE BY ELECTRONIC MAIL AND HAND DELIVERY**<br><br>Judge:  Yvonne Gonzalez Rogers |
| JOHN VOTTO, Derivatively on behalf of APPLE INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>TIMOTHY D. COOK, ARTHUR D. LEVINSON, JAMES A. BELL, ALBERT GORE, JR., ANDREA JUNG, RONALD D. SUGAR, SUSAN L. WAGNER, ROBERT A. IGER, and LUCA MAESTRI,<br><br>          Defendants.<br><br>     -and-<br><br>APPLE INC., a California Corporation,<br><br>          Nominal Defendant. | Case No. 19-cv-08246-EJD<br><br>Judge:  Edward J. Davila |

4147-5397-6353.1

1

## CERTIFICATE OF SERVICE

2      I, Alexander K. Talarides, certify that on the 10th of January 2020, I caused the

3  foregoing documents: **UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER**

4  **WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE**

5  **3-12; DECLARATION OF ALEXANDER K. TALARIDES IN SUPPORT THEREOF,**

6  **AND EXHIBIT A; [PROPOSED] ORDER GRANTING MOTION** to be electronically

7  transmitted to the Clerk of the Court using the ECF System for filing and transmittal of a

8  Notice of Electronic Filing to the following ECF registrants and attorneys of records:

9  - Adam Marc Apton:  aapton@zlk.com

10 - Carol C. Villegas: cvillegas@labaton.com, 5739893420@filings.docketbird.com,
   acarpio@labaton.com, acoquin@labaton.com, electroniccasefiling@labaton.com,
11   fmalonzo@labaton.com, jchristie@labaton.com, lpina@labaton.com

12 - Danielle Suzanne Myers: dmyers@rgrdlaw.com, dmyers@ecf.courtdrive.com,
   e_file_sd@rgrdlaw.com
13

14 - Francis P McConville: fmcconville@labaton.com,
   9849246420@filings.docketbird.com, electroniccasefiling@labaton.com,
15   HChang@labaton.com, lpina@labaton.com

16 - James Matthew Wagstaffe: wagstaffe@wvbrlaw.com

17 - Jennifer Pafiti: jpafiti@pomlaw.com, abarbosa@pomlaw.com,
   cgarcia@pomlaw.com, disaacson@pomlaw.com

18 - Juan Carlos Sanchez:  jsanchez@rgrdlaw.com

19 - Mark Solomon:  marks@rgrdlaw.com, e_file_sd@rgrdlaw.com,
   e_file_sf@rgrdlaw.com
20

21 - Mary K. Blasy:  mblasy@rgrdlaw.com

22 - Samuel H. Rudman:  srudman@rgrdlaw.com

23 - Shawn A. Williams: shawnw@rgrdlaw.com,
   1101510420@filings.docketbird.com, e_file_sd@rgrdlaw.com,
24   smorris@rgrdlaw.com

25

26

27

28

- 1 -

1 | **Notice has been sent via Hand Delivery to the following Presiding Judge in** *Votto v.*
*Cook, et al.,* **Case No. 19-cv-08246-EJD action:**

2

3 | Honorable Judge Edward J. Davila
United States District Court of the Northern District
San Jose Courthouse, Courtroom 4 - 5th Floor

4 | 280 South 1st Street, San Jose, CA 95113

5

6 | **Notice has been sent via E-Mail to the following Attorneys of Record in** *Votto v. Cook, et*
*al.,* **Case No. 19-cv-08246-EJD action:**

7 | Evan Jason Smith
esmith@brodskysmith.com

8 | Ryan Paul Cardona
rcardona@brodsky-smith.com

9 | **BRODSKY & SMITH, LLC**
9595 Wilshire Boulevard, Suite 900

10 | Beverly Hills, CA 90212

11

12 | _/s/ Alexander K. Talarides_

13 | ALEXANDER K. TALARIDES

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

4147-5397-6353.1