1  **LABATON SUCHAROW LLP**
   Carol C. Villegas (admitted *pro hac vice*)
2  Christine M. Fox (admitted *pro hac vice*)
   140 Broadway
3  New York, New York 10005
   Telephone: (212) 907-0700
4  Facsimile: (212) 818-0477
   cvillegas@labaton.com
5  cfox@labaton.com

6  *Counsel for Lead Plaintiff Employees'*
   *Retirement System of the State of Rhode Island*
7  *and the Proposed Class*

8  **WAGSTAFFE, VON LOEWENFELDT,**
   **BUSCH & RADWICK LLP**
9  James M. Wagstaffe (SBN 95535)
   Frank Busch (SBN 258288)
10 100 Pine Street, Suite 725
   San Francisco, California 94111
11 Telephone: (415) 357-8900
   Facsimile: (415) 357-8910
12 wagstaffe@wvbrlaw.com
   busch@wvbrlaw.com
13
   *Liaison Counsel for Lead Plaintiff Employees'*
14 *Retirement System of the State of Rhode Island*
   *and the Proposed Class*
15

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Civil Action No. 4:19-cv-02033-YGR<br><br>[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO L.R. 7-11 TO FILE A CORRECTED CONSOLIDATED AND AMENDED CLASS ACTION COMPLAINT |

## [PROPOSED] ORDER

Based on good cause appearing, IT IS HEREBY ORDERED that Lead Plaintiff may file a corrected Amended and Consolidated Class Action Complaint and corrected Supplemental Chart Required by the Court's November 22, 2019 Order.

**It is so ORDERED.**

DATED: January 14, 2020

_____
HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE