1

**LABATON SUCHAROW LLP**
Carol C. Villegas (admitted *pro hac vice*)
Christine M. Fox (admitted *pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
cvillegas@labaton.com
cfox@labaton.com

2

3

4

5

6

*Counsel for Lead Plaintiff Employees' Retirement
System of the State of Rhode Island
and the Proposed Class*

7

8

**WAGSTAFFE, VON LOEWENFELDT,
BUSCH & RADWICK LLP**
James M. Wagstaffe (SBN 95535)
Frank Busch (SBN 258288)
100 Pine Street, Suite 725
San Francisco, California 94111
Telephone: (415) 357-8900
Facsimile: (415) 357-8910
wagstaffe@wvbrlaw.com
busch@wvbrlaw.com

9

10

11

12

13

*Liaison Counsel for Lead Plaintiff Employees'
Retirement System of the State of Rhode Island
and the Proposed Class*

14

15

16

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

17

18

19

20

21

22

23

IN RE APPLE INC. SECURITIES
LITIGATION

_____

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Civil Action No. 4:19-cv-02033-YGR**

**<u>CLASS ACTION</u>**

**CORRECTED CONSOLIDATED AND
AMENDED CLASS ACTION
COMPLAINT FOR VIOLATION OF THE
FEDERAL SECURITIES LAWS**

**DEMAND FOR JURY TRIAL**

24

25

26

27

28

1

**TABLE OF CONTENTS**

2  I.     INTRODUCTION ......................................................................................................... 1

3  II.    NATURE OF THE ACTION ..................................................................................... 1

4  III.   JURISDICTION AND VENUE ................................................................................ 19

5  IV.    PARTIES ................................................................................................................... 20

6  V.     SUBSTANTIVE ALLEGATIONS .......................................................................... 21

7         A.    Company Background ................................................................................... 21

8               1.    Apple's Flagship Product, the iPhone ................................................ 21

9               2.    Importance of Chinese Market to Apple ............................................ 23

10        B.    An Elongating Smartphone Upgrade Cycle Has Negatively Affected
11              iPhone Upgrades .......................................................................................... 24

12              1.    The mobile device upgrade cycle has been steadily increasing over
                      the past several years ......................................................................... 24

13              2.    The phasing out of carrier subsidies has contributed to: (i) the
                      elongation of the upgrade cycle for high-end smartphones; and (ii)
14                    the success of more budget-friendly smartphones ............................. 26

15              3.    The lack of significant feature differentiation in next generation
                      smartphone models often does not justify their high cost ................. 28

16                    (a)    New generation iPhones do not offer significant enough
17                           feature differentiation to warrant upgrades .............................. 28

18              4.    The secondary market for smartphones also has contributed to the
                      elongation of the upgrade cycle for high-end smartphones such as
19                    the iPhone ........................................................................................... 29

20                    (a)    Tim Cook Acknowledges the Robust Secondary Market for
                             iPhones ...................................................................................... 30
21
22        C.    Apple Experiences a Slow Down in iPhone Sales Growth in 2016 .................. 31

23        D.    Apple Faces Increased Competition in the Smartphone Market in Greater
                China, its Most Important Growth Market ....................................................... 35

24        E.    Apple's Throttling of its iPhones ...................................................................... 40

25              1.    Apple iPhones Start to Experience Unexpected Shutdowns in 2016 ....... 40

26              2.    Apple Issues iOS Update in January 2017 Purportedly to Fix Bugs
                      and Enhance Device Security, But Instead the Update Throttled the
27                    Performance of Older iPhones ............................................................ 42

28

3.  Consumers Accelerate Purchases of New iPhone Models in 2017 Believing Their Existing, Older iPhones Are Obsolete, Leading to Record Revenues and "Double Digit" iPhone Growth in the Second Half of Calendar 2017 ................................................................ 44

4.  Throttling of iPhone Performance is Linked to Aging Battery Life Limitations By Independent Research and Social Media Posts in December 2017 ................................................................ 46

5.  Apple Finally Admits that Aging Batteries and iOS Updates Were the Cause of iPhone Throttling ................................................................ 47

6.  Apple Offers $29 Battery Replacements In an Effort to Win Back Customer Goodwill ................................................................ 49

7.  Apple's Offer of Discounted Battery Replacements in 2018 Leads to Reduced Demand for iPhone Upgrades as Consumers Delay Purchasing Next Generation of iPhones ................................................................ 49

8.  Apple's Surreptitious Throttling Causes Consumers in China to Flock to Competitors ................................................................ 51

9.  Regulatory Proceedings, Consumer Litigation, and Other Investigations into Batterygate ................................................................ 54

10. Despite Statements to the Contrary, Apple Continues to Throttle its iPhones Throughout 2018 and 2019 ................................................................ 55

    (a)  Apple Tells Congress in February 2018, It Won't Throttle its Newest Model iPhones ................................................................ 57

    (b)  In Reaction to Negative Publicity, Apple Releases a Software Update to Allow Users to Disable Throttling in Older iPhones ................................................................ 58

    (c)  In October 2018, Apple Releases a Software Update that Throttles iPhone 8, 8 Plus, and iPhone X ................................................................ 59

    (d)  The Chinese Market's Response to Apple's Continued Throttling ................................................................ 63

    (e)  Effect of Throttling on iPhone Demand ................................................................ 67

F.  China's Economy Worsens in 2018 ................................................................ 67

G.  Statements By Former Apple Employees and Others With Knowledge Confirm that During the Class Period, Defendants Meticulously Tracked: (i) iPhone Sales Data (including in China); (ii) Lengthening iPhone Upgrade Cycles; and (iii) how the $29 Battery Replacement Program Would Affect iPhone Upgrade Cycles ................................................................ 73

    1.  Confidential Witnesses ................................................................ 73

    2.  Apple tracked "unbricking" of new iPhones ................................................................ 75

3.   Apple experienced declining iPhone demand in Greater China starting in 2017 ................................................................................. 76

4.   Apple Suppliers in China Experienced Decreased Orders and Slashed Forecasts for the iPhone during the Class Period ...................... 80

5.   Apple tracked lengthening smartphone and iPhone upgrade cycles ......... 82

6.   Defendants failed to disclose that the January 2017 software update would throttle iPhone battery performance and the risk this posed to the Company's future iPhone revenues ..................................... 82

7.   Apple tracked how its battery replacement program would affect iPhone upgrade cycles ......................................................................... 83

8.   Apple's finance department tracked point of sales data for the iPhones (including in China) on a daily and weekly basis; Apple leadership received weekly sales reports .................................................. 85

VI.   DEFENDANTS' MATERIALLY FALSE AND MISLEADING STATEMENTS AND OMISSIONS DURING THE CLASS PERIOD .................................................... 89

   A.   Overview of Defendants' Fraudulent Conduct .................................................. 89

      1.   Third Quarter Fiscal 2017 Results  – August 1, 2017 ............................... 89

      2.   Fourth Quarter Fiscal 2017 Results  – November 2, 2017 ....................... 96

   B.   Materialization of the Risk and Continued Materially False and Misleading Statements and Omissions ................................................................. 99

      1.   First Quarter Fiscal 2018 Results  – February 1, 2018 ............................ 99

      2.   Apple's Letter to Congress ...................................................................... 108

      3.   Apple Supplier Lowers Guidance – April 2018 ..................................... 109

      4.   Second Quarter Fiscal 2018 Results  – May 1, 2018 ............................. 110

      5.   June 2018 ................................................................................................. 118

      6.   Third Quarter Fiscal 2018 Results  – July 31, 2018 .............................. 119

      7.   Apple Introduces the iPhone XS, XS Max, and XR - September and October 2018 ................................................................................... 128

      8.   Apple Discounts New Release iPhones in Order to Increase Sales and Reduce Inventory ............................................................................. 130

      9.   Apple Throttles the Latest Generation of iPhones ................................. 130

      10.   Fourth Quarter Fiscal 2018 Results  –  November 1, 2018 ................... 133

CORRECTED CONSOLIDATED AND AMENDED CLASS ACTION COMPLAINT
FOR VIOLATION OF THE FEDERAL SECURITIES LAWS [CASE NO. 19-CV-02033-YGR]

iii

1          11.   Apple Tells Its Top Smartphone Assemblers To Halt Plans For
                 Additional Production Lines for new iPhone XR  - November 5,
2                2018.................................................................................................. 142

3    VII.   THE TRUTH IS REVEALED.......................................................................... 145

4    VIII.  THE MARKET REACTS TO APPLE'S JANUARY 2, 2019 DISCLOSURE ............. 147

5    IX.    POST-CLASS PERIOD REVELATIONS ....................................................... 156

6    X.     ADDITIONAL SCIENTER ALLEGATIONS................................................. 159

7           A.   The Individual Defendants' Stock Sales During the Class Period Were
                 Highly Unusual and Suspicious ......................................................... 161
8
9                1.    The Value and Amount of Trading by the Individual Defendants
                       Was Highly Unusual ............................................................. 161

10               2.    The Proceeds of Apple Stock Sold During the Class Period by the
                       Individual Defendants Were Extremely Large .................................. 164
11
12               3.    The Individual Defendants' Class Period Stock Sales Were
                       Inconsistent With Prior Trading Practices ................................. 165

13               4.    The Timing of the Individual Defendants' Stock Sales Was
                       Suspicious ........................................................................ 165
14
15               5.    The Presence of 10b5-1 Trading Plans Adopted by the Individual
                       Defendants Does Not Absolve Them of Liability ................................. 166

16          B.   The Importance of Greater China to Apple's Business and Growth
                 Strategy ......................................................................................... 167
17
18          C.   Senior Management, including the Individual Defendants, Closely
                 Tracked iPhone Sales and Apple's Business in Greater China.......................... 168

19          D.   The Individual Defendants Knew, or at Least Recklessly Disregarded, that
                 Apple's iOS Software Updates Were Being Used by the Company to
20               Throttle its iPhones and Were Aware of the Public's Negative Reaction to
                 the Throttling, Especially in Greater China ...................................... 169
21
22          E.   Defendants Possessed the Motive and Opportunity to Artificially
                 Accelerate the iPhone Upgrade Cycle Once Sales for Apple's Flagship
23               Product Peaked in 2016 and Threatened to Derail the Company's Business ..... 170

24          F.   Statements By Former Apple Employees and Others With Knowledge
                 Corroborate that Defendants Tracked: (i) iPhone Sales Data (including in
                 Greater China); (ii) Lengthening iPhone Upgrade Cycles; and (iii) how the
25               Company's $29 battery replacement offer would elongate the iPhone
                 upgrade cycle ................................................................................ 171
26
27          G.   Apple's Attempt to Obscure Declining iPhone Sales Growth by No
                 Longer Reporting Unit Sales for its Products ................................. 174

28   XI.    LOSS CAUSATION/ECONOMIC LOSS ................................................... 176

XII.   CLASS ACTION ALLEGATIONS ................................................................ 181

XIII.  APPLICATION OF PRESUMPTION OF RELIANCE: FRAUD ON THE
       MARKET .................................................................................................... 182

XIV.  NO SAFE HARBOR ................................................................................... 184

XV.   CAUSES OF ACTION ................................................................................ 185

       COUNT I For Violation of § 10(b) of the Exchange Act and Rule
       10b-5 Against All Defendants .................................................... 185

       COUNT II For Violation of § 20(a) of the Exchange Act Against
       Defendants Cook & Maestri ...................................................... 187

PRAYER FOR RELIEF ......................................................................................... 188

JURY DEMAND .................................................................................................... 189

I.   **INTRODUCTION**

Lead Plaintiff Employees' Retirement System of the State of Rhode Island ("Rhode Island" or "Lead Plaintiff"), individually and on behalf of all others similarly situated, by its undersigned counsel, hereby brings this Consolidated and Amended Class Action Complaint (the "Complaint") against Apple Inc. ("Apple" or the "Company"), Timothy D. Cook, and Luca Maestri (collectively, "Defendants").[1]  The allegations herein are based on Lead Plaintiff's personal knowledge as to its own acts and on information and belief as to all other matters, such information and belief having been informed by the investigation conducted by and under the supervision of Lead Counsel, which includes a review of: U.S. Securities and Exchange Commission ("SEC") filings by Apple; securities analysts' reports and advisories about the Company; press releases and other public statements issued by the Company; media reports about the Company; interviews of former employees of Apple and others with knowledge of the matters alleged herein; and consultation with experts in the areas of: (1) smartphone product cycles; and (2) loss causation and damages.[2]  Lead Counsel's investigation into the matters alleged herein is ongoing and many relevant facts are known only to, or are exclusively within the custody or control of, the Defendants.  Lead Plaintiff believes that substantial additional evidentiary support exists for the allegations set forth herein after a reasonable opportunity for discovery.  On behalf of itself and the class it seeks to represent, Lead Plaintiff alleges as follows:

II.   **NATURE OF THE ACTION**

1.      This is a federal securities class action on behalf of all persons and entities who purchased or otherwise acquired the publicly traded securities of Apple during the period from August 2, 2017 through January 2, 2019, inclusive (the "Class Period"), who were damaged thereby (the "Class"). The action is brought against Apple and certain of its officers for

---

[1] Cook and Maestri are referred to herein as the "Individual Defendants."

[2] Confidential witnesses ("CWs") will be identified herein by number (CW-1, CW-2, etc.). All CWs will be described in the masculine to protect their identities.

1    violations of the Securities Exchange Act of 1934 (the "Exchange Act") and SEC Rule 10b-5

2    promulgated thereunder.

3    　　　　2.　　Apple is a multinational technology company headquartered in Cupertino,

4    California that designs, develops, and sells consumer electronics, computer software, and online

5    services.   Apple is the world's largest information technology company by revenue and the

6    world's third-largest mobile phone developer by units sold. There are currently over one billion

7    Apple products in active use worldwide.

8    　　　　3.　　Apple's iPhones have served as the Company's flagship products, utilizing

9    Apple's iOS operating system, powering applications including Siri, an intelligent assistant, and

10   Apple Pay, Touch ID, and Face ID on qualifying devices. Sales of iPhones generated more than

11   60% of Apple's 2018 revenue.[3]   Since its original launch in 2007 through 2015, the Company

12   released, on average, one new iPhone model per year, typically to great fanfare and high

13   demand. Apple also aggressively increased the pricing of its iPhones from the $99-$399 range

14   maintained through 2013, to a top offering price of $1,449 for the Apple XS Max in September

15   2018.

16   　　　　4.　　The Company and its products enjoy significant geographic reach, including in

17   emerging markets. Greater China, a region that includes mainland China, Hong Kong, and

18   Taiwan, is Apple's third-largest market after the United States and Europe, and the Company's

19   most important growth market.  Greater China accounted for $52 billion in sales in Apple's fiscal

20   year 2018 ("FY18"), ended September 29, 2018 – nearly 20% of Apple's total annual sales for

21   fiscal 2018.[4]

22   　　　　5.　　While China represents the Company's highest growth market, China is also

23   among its most competitive markets. Chinese upstart brands such as Huawei, Xiaomi and Oppo

24   offer similar looking all-screen smartphones for a wider range of prices, including many lower

25

26   　　　[3] Apple's fiscal year ends in September of each calendar year. Apple's 2018 fiscal year began
on September 31, 2017 and ended on September 29, 2018.

27   　　　[4] Throughout the Complaint, references to both Greater China and China refer to the region
Apple identifies as Greater China in its SEC filings, which, unless otherwise noted, includes

28   Hong Kong, Taiwan, and mainland China.

CORRECTED CONSOLIDATED AND AMENDED CLASS ACTION COMPLAINT
FOR VIOLATION OF THE FEDERAL SECURITIES LAWS [CASE NO. 19-CV-02033-YGR]

2

1    priced models. At the same time that Apple's iPhone sales revenues were growing in China due

2    to Apple's outsized price increases, Chinese smartphone manufacturers were launching scores of

3    much lower priced smartphones with greater technological advancements and more in-demand

4    features for the Chinese market, thus competing with Apple's iPhone offerings and diminishing

5    Apple's pricing power.

6            6.      After experiencing significant year-over-year growth each year since 2010,

7    beginning in 2016, the smartphone industry as a whole was hit by stagnating growth. In the first

8    quarter of calendar year 2016, the smartphone market starting declining due, in large part, to

9    "slowing product innovation."  Notably, Apple "had the largest fall in growth of all the major

10   vendors" due to its inability to duplicate the innovation of the iPhone 6. Thus, by 2016, an

11   increasing number of consumers were holding on to their smartphones longer and waiting longer

12   to upgrade those devices. Compounding this problem for Apple, in particular, was the fact that

13   what meager growth was forecasted for the smartphone market was expected to come primarily

14   from international and emerging markets, which favored lower priced devices from Android

15   vendors, as opposed to the premium prices commanded by Apple's iPhones.

16           7.      Apple's loss of market share to Android devices and declining demand for

17   iPhones in 2016 had a dual effect on the Company.  During this time, Apple was becoming

18   increasingly reliant on sources of revenue other than, but still linked to, the sale of iPhones,

19   including AirPods, Apple Watches, and Apple Services.  As the Company lost market share in

20   the smartphone market and growth slowed, not only was Apple losing revenue from sales of

21   iPhones themselves, but revenue derived from those products was at risk.  The faltering growth

22   in iPhone sales threatened the long term health of the Company as Apple's customer base for its

23   flagship product stalled and the potential universe of customers for its services and other

24   products stagnated.  By mid-2016, as growth in the smartphone industry became sluggish,

25   upgrade cycles were lengthening, and Apple was losing market share to competitors, particularly

26   in China, Apple found itself in dire need of ways to increase its iPhone sales.

27

28

8.     It was against this backdrop that reports surfaced, in late 2016, of older model iPhones experiencing sudden unexplained shutdown issues.  In an action purportedly meant to remediate the problem, in January 2017, Apple released a software update for those iPhones, iOS 10.2.1, with the intention of secretly slowing down, or "throttling" the iPhone models 6 and later to force consumers into early upgrades.  Undisclosed to the market, but known to Defendants, was that the shutdowns were caused by aging iPhone batteries as opposed to the age of the iPhone itself (a problem its competitors' smartphones were not experiencing), and simply replacing the iPhone's battery would solve the shutdown and throttling problems.

9.     Defendants' undisclosed practice of slowing down iPhones with older batteries came with a substantial benefit for the Company.  Frustrated with iPhones operating in diminished capacity and falsely believing their devices to be obsolete, consumers opted to purchase brand new iPhones on accelerated timetables.  These "premature" upgrades artificially inflated iPhone sales in 2017 and early 2018, and provided the appearance of a reversal of declining iPhone sales growth, reinvigorating market interest in the Company.

10.     In December 2017, an independent investigation revealed that Apple's software updates were, in fact, the cause of the slowdown in older iPhones models.  More importantly, the investigation revealed that the slowdowns were not device-related, but *battery-related*.  Therefore, simply replacing the iPhone's battery, then only $79, could rectify the issue.

11.     On December 20, 2017, Apple admitted that it had deliberately throttled performance on some iPhones purportedly to save on battery life and avoid unexpected shutdowns. Apple explained that new batteries would solve this problem. Less than two weeks later, in an effort to retain customer goodwill, Apple announced that throughout calendar year 2018, it would offer a discount for its replacement iPhone batteries, charging $29, down from $79.  Despite the discounted battery offer, the damage to the Company's reputation and goodwill, especially in the protectionist Chinese market, was done.

12.     The first negative financial effects of the market learning the truth about the Company's throttling came in February 2018 when Apple announced lowered guidance for Q2

1    FY18.  The lowered guidance signaled declining iPhone demand for two reasons. First, instead

2    of upgrading for nearly $1,000 a phone (as consumers had been doing for the past two quarters),

3    consumers were instead taking advantage of Apple's $29 battery replacement.  Second,

4    consumers also were upset with Apple's tactics and turned away from the iPhone to competitors

5    when it came time to upgrade or purchase a new phone.  This led to a marked decline in market

6    share throughout the Class Period, particularly in China, one of Apple's most important markets.

7         13.     In order to conceal Apple's declining share of the smartphone market, throughout

8    the Class Period, Defendants misled investors by making materially false and misleading

9    statements related to the Company's revenues and demand for iPhones that artificially inflated

10   and/or artificially maintained Apple's stock price.  However, Defendants' statements during the

11   Class Period were materially false and misleading because Defendants knew and failed to

12   disclose or deliberately disregarded that:

13         (a)     higher iPhone demand in 2017 and early 2018, including in Greater China,

14   was driven by artificially accelerated upgrade rates as a result of Apple intentionally throttling

15   older-model iPhones during 2017 (i.e., a segment of customers upgraded their iPhones early

16   believing their phones to be obsolete − artificially inflating iPhone revenues in 2017, at the

17   expense of iPhone revenues in 2018);

18         (b)     contrary to Defendants' representations to investors, Apple was tracking

19   the number of consumers taking advantage of iPhone battery replacements and the expected

20   effect of those battery replacements on iPhone upgrade rates for 2018;

21         (c)     the rate at which Apple customers were replacing their batteries in older

22   iPhones, under Apple's $29 battery replacement program was negatively impacting demand for

23   the newer model iPhones (inlcudign the XS, XS Max, and XR, released in September and

24   October 2018);

25         (d)     a confluence of factors including: (i) macroeconomic and geopolitical

26   issues in China, as well as trade tensions and a worsening economy in 2018, (ii) Apple's

27   continued throttling of recent models of iPhones which negatively affected the perception of the

28

Company in Greater China, and (iii) severe competition in the Chinese smartphone market, together were negatively impacting demand for iPhones and decimating Apple's pricing power in the smartphone market in Greater China, one of Apple's most important growth markets;

(e)     iPhone demand in Greater China was expected to continue to deteriorate long term due to competitive forces (despite demand in Greater China being temporarily artificially inflated, through Q1 2019, by the effects of Apple's throttling of older model iPhones);

(f)     the fact that WeChat's core features competed directly with many of the core features of Apple's iOS operating system, such as Apple Pay and iMessage, negatively (not positively) impacted the appeal of the iPhone to consumers in Greater China, and Defendant Cook's representations during the Class Period that WeChat would encourage users in China switch to Apple was flawed;

(g)     the effect that Apple's practice of continuing to throttle iPhones throughout the Class Period would have on the Company's business;

(h)     as a result of slowing demand, Apple had decided to slash production orders from suppliers for the new 2018 iPhone models;

(i)     as a result of slowing demand and in an effort to reduce excess inventory, Apple had cut prices of its latest generation iPhones starting in October 2018 (described by Company insiders as a "fire-drill");

(j)     the decision to withhold iPhone unit sales, announced on November 1, 2018, was intentionally designed to conceal declining iPhone sales; and

(k)     as a result of the foregoing, Defendants lacked a reasonable basis in fact when making the related statements concerning demand and growth for its iPhones, as Apple's business metrics and financial prospects were not as strong as Defendants had led the market to believe.

14.     The statements of former employees of Apple and others with knowledge of certain facts alleged herein, confirm that during the Class Period, Defendants meticulously

1    tracked point of sales data for the iPhone (including in Greater China) and knew that sales

2    growth was stalling, especially in Greater China, where lower-priced competitors' smartphones

3    with better features were proliferating.  Moreover, former employees confirm that Apple also

4    tracked: (i) lengthening smartphone and iPhone upgrade cycles; and (ii) how the Company's

5    battery replacement offer would affect iPhone upgrade cycles and knew that accelerated upgrade

6    rates in 2017 would negatively affect iPhone revenues later in 2018. For example, confidential

7    witnesses ("CWs") reported that:

8           (a)     Since at least the end of 2017, Greater China experienced a decrease in

9    sales of iPhones which was widely known within Apple as the Company did a significant

10   amount of analysis between sales cycles wherein the decline of iPhone sales and Apple's loss of

11   market share to competitors were clearly showcased.  Apple's loss of market share in Greater

12   China was attributed, at least in part, to the fact that competitor phones possessed the features

13   that Chinese consumers demanded at a variety of price points. ¶¶ 219, 221-23, 225-26, 230-32,

14   & 235.

15          (b)     After the launch of the iPhone 8 in September 2017, there was "a fair

16   amount of negativity going around" about the prospects of the iPhone 8 launch and anxiety

17   among employees in Asia operations. Consumers in Asia did not think the iPhone 8 was much of

18   an innovation over previous generation iPhones. ¶ 218.  Apple did not seem to activate any

19   response to the slowing Chinese economy in 2017 and 2018, despite the fact that it was well

20   known that iPhone sales were decreasing in China. ¶ 219.

21          (c)     The iPhone X suffered poor sales due to its high price compared to similar

22   smartphones released by competitors in China. ¶ 221.

23          (d)     There were internal discussions at Apple in late 2017, prior to the public

24   disclosure, about how Apple had intentionally throttled its older iPhones because the phones

25   could not keep up with the new releases of iOS software. ¶ 248.

26

27

28

1    (e)  There were internal conversations at Apple regarding elongated sales

2 cycles and how the disclosure of the throttling (known as Battery-gate) would impact demand for

3 new iPhones and elongate the iPhone upgrade cycle going forward. ¶¶ 248-49.

4    (f)  Apple was tracking battery replacements at the store and corporate level.

5 ¶¶ 251 & 254.

6    (g)  When the new iPhones launched in September 2018, internally there were

7 discussions about the impact of the battery replacement on the upgrade cycle. ¶ 252.

8    (h)  A couple of weeks after the battery throttling announcement, at an all-

9 hands "state of the union" meeting within the Supply and Demand department at Apple, the

10 extent to which Apple was going to update its forecasts due to consumers replacing their

11 batteries at a discounted rate, instead of buying new phones was specifically brought up. ¶ 253.

12    (i)  Apple's battery replacement program impacted Apple's upgrade cycles

13 because one of the main reasons consumers were upgrading their phones in 2017 was because

14 their batteries were slowing down or shutting down. Consumers were not upgrading their phones

15 every year like they had in the past because "incremental technological improvements" on

16 Apple's new phones were not significant enough to motivate consumers to upgrade.  Instead,

17 Apple's failing battery and system slowdown was really the only thing motivating consumers to

18 upgrade their phones in late 2017-2018. ¶ 245.

19    (j)  Defendants Cook, Maestri and COO Jeff Williams would have been

20 informed by Apple's Sales & Marketing group about the elongating iPhone sales cycle. ¶ 259.

21    (k)  Defendants Cook, Maestri and COO Williams received reports on Supply

22 and Demand.  Defendant Cook also met with leadership from Supply and Demand (senior

23 directors and above) every Friday to discuss a weekly "snapshot" of the state of the business –

24 which was a 100 page slide deck. The weekly snapshot detailed metrics such as run rates, sales,

25 forecasts, comps and trends. At those weekly meetings with Cook, senior leadership also would

26 discuss product lifetimes and volumes. ¶ 259.

27

28

1        (l)    Nick Severino, Apple's VP of Finance (who reported to Defendant

2 Maestri) attended quarterly meetings with the iPhone retail finance team during which the

3 quarterly sales data and its trends and comparisons to other quarters were reviewed. ¶ 265.

4        (m)    The decrease in iPhone sales in China became more pronounced in June

5 2018 . ¶ 221.

6        (n)    Reports generated domestically at Apple contained global sales numbers

7 from the Company's headquarters which showed that iPhones were suffering year-on-year sales

8 losses in Greater China. ¶ 229.

9        (o)    Prior to the launch of Apple's new iPhones in September 2018 (iPhone

10 XS, XS Max, and XR), pre-sales/intent to purchase numbers in China for the new iPhones were

11 low and not many clients were inquiring about the new iPhones. ¶ 227.

12        (p)    Senior management at Apple knew China demand was soft going into Q1

13 FY 19.  Internally at Apple there were discussions amongst everyone who had access to China

14 sales data about how "super soft" sales numbers were from China in Q1 FY19.  ¶ 259.

15        15.    The Class Period starts on August 1, 2017, when Apple released its financial

16 results for its third quarter of fiscal 2017 ended July 1, 2017 announcing earnings and revenue

17 above analyst estimates.   Defendant Cook touted strong consumer demand for the iPhone 7,

18 released in September 2016, as well as favorable consumer upgrade rates, stating: "iPhone

19 results were impressive, with especially strong demand at the high end of our lineup. *iPhone 7*

20 *was our most popular iPhone, and sales of iPhone 7 Plus were up dramatically compared to 6s*

21 *Plus in the June quarter of last year*. The combined iPhone 7 and 7 Plus family was up strong

22 double digits year over year."  Cook also noted that "*upgraders through both for the quarter*

23 *and actually for the full fiscal year to date was our highest ever*." As a result of Defendants'

24 misrepresentations and omissions, Apple's stock price increased from a close on August 1, 2017

25 of $150.05 per share, to a close on August 2, 2017 of $157.14, an increase of $7.09 per share, or

26 4.7 percent.  Undisclosed to consumers and investors, however, was that the "record" upgrades

27 were driven by the concealed slowdown of older iPhones and customers prematurely being

28

1  forced to upgrade to the latest series of iPhones when their existing iPhone's performance

2  deteriorated, and the risk that this posed to Apple's revenues and demand for iPhones if

3  customers found out about this.

4       16.     Between September 22, 2017 and November 3, 2017, Apple released its next

5  generation of iPhones: the iPhone 8 and 8 Plus and the iPhone X.  Upon release, the iPhone 8

6  ranged in price from $699 − $849 and iPhone 8 Plus ranged in price from $799-$949.  Apple's

7  tenth-anniversary iPhone X, released to much fanfare, featured an all-screen design with an

8  organic light-emitting diode ("OLED") display, polished stainless steel, a six-core A11

9  processor, and more storage and RAM and started at $999.[5]

10       17.     On November 2, 2017, Apple released its results for its fourth quarter of fiscal

11  2017 ended September 30, 2017, announcing earnings and revenue above analyst estimates.

12  Defendant Maestri lauded the results: "Apple's year-over-year revenue growth rate accelerated

13  for the fourth consecutive quarter and drove EPS growth of 24 percent in the September quarter."

14  In connection with the results, Defendant Cook stated: "***This was our biggest year ever in most***

15  ***parts of the world with all-time record revenue . . .We had particularly strong finish this year,***

16  ***generating our highest September quarter revenue ever as year-over-year growth accelerated***

17  ***for the fourth consecutive quarter***."  With respect to China, Apple reported increased market

18  share for iPhone.  Cook reported, "***We had double digit unit growth in iPhone and both the***

19  ***upgraders and Android switchers were both up on a year over year basis during the quarter.***

20  ***And so the results were broad based.*** Defendant Maestri boasted: "***During the quarter, we sold***

21  ***46.7 million iPhones, up 3% over last year.*** We were very pleased to see double digit iPhone

22  growth in many emerging markets including mainland China." As a result of Defendants'

23  misrepresentations and omissions, Apple's stock price increased from a close on November 2,

24  2017 of $168.11 per share to a close on November 3, 2017 of $172.50, an increase of $4.39 per

25  share, or 2.6 percent. Undisclosed to consumers and investors, however, these "***all-time record***"

26  revenues and "***double-digit***" growth in upgrades were driven by the concealed slowdown of

27

28  [5] The iPhone X experienced supplier issues in connection with the OLED display and was released more than one month after the iPhone 8 and 8 Plus.

1  older iPhones and customers prematurely being forced to upgrade to the latest series of iPhones

2  when their existing phone's performance deteriorated, and the risk that this posed to Apple's

3  revenues and demand for iPhones if customers found out about this.

4    18.    As mentioned above, in December 2017, Apple admitted that it had been

5  intentionally degrading, or "throttling," the performance of older iPhones via software "updates."

6  This "throttling" had surreptitiously created (dubbed "Batterygate" by the media) artificial

7  demand for newer premium priced iPhones (including the iPhone 8, 8 Plus, and X) from

8  consumers who believed their poorly performing iPhones were outdated and needed to be

9  replaced.

10    19.    In order to assuage customer outrage over its conduct, starting in January 2018,

11  Apple dramatically cut the price of iPhone battery replacements from $79 to $29 for anyone with

12  an iPhone 6 or later whose battery needed to be replaced and offered the battery replacements

13  worldwide through the end of December 2018.  Customers with the affected older iPhone models

14  could then benefit from a phone operating at peak performance (for another two years) that felt

15  like a "new" iPhone.  Accordingly, as set forth herein, the 2018 battery replacement program

16  worked to cannibalize Apple's sales of newer model iPhones in 2018.  Specifically, customers

17  could now simply purchase a discounted replacement battery in lieu of buying a costly new

18  iPhone that would cost up to 30 times more than the battery.

19    20.    In Greater China, Apple's surreptitious throttling, the Company's subsequent poor

20  attempt at an apology, and then offer of battery replacements available only through authorized

21  Apple stores or resellers with waits up to six weeks, caused customers to flock to rival Chinese

22  phone manufacturers such as Huawei, Oppo, and Xiaomi.

23    21.    On February 1, 2018, Apple released its financial results for its first quarter of

24  fiscal 2018 ended December 30, 2017, the final reporting period before its battery replacement

25  program would go into effect.  On that date, the Company again reported record results, with

26  Defendant Cook touting it as the "***biggest quarter in Apple's history***."  In addition, Defendant

27  Maestri lauded the "***all-time record profitability during the quarter***."  The Company reported

28

1    sequential iPhone unit sales growth of **66 percent**—likely the final throttling-induced sales

2    growth.  Notwithstanding these supposed record results for the first quarter of fiscal 2018,

3    Defendants gave disappointingly flat revenue guidance of $60 to $62 billion for the upcoming

4    quarter (Q2 FY18) likely due to an expected decrease in sales for iPhones as customers

5    worldwide took advantage of the $29 battery replacement program.  Analysts at Barclays

6    speculated that $29 battery replacement program would impact iPhone unit sales, but Apple

7    would not admit that was the case during the Class Period even though analysts questioned them

8    about this on several occasions, including during the February 1, 2018 earnings call when

9    Defendants falsely stated that Apple "***did not consider in any way, shape, or form, what [battery***

10   ***replacements] would do to upgrade rates***." This news, which was a partial materialization of the

11   risk concealed by Defendants' alleged misrepresentations and omissions, caused Apple's stock

12   price to fall $7.28 per share on February 2, 2018, **or 4.34 percent.**  Apple's stock continued to

13   fall another $4.01 per share on the following trading day, closing at $156.49 on February 5,

14   2018, representing a total decline of approximately 7 percent.

15       22.    On May 1, 2018, the Company released its financial results for its second quarter

16   of fiscal 2018 ended March 31, 2018.  Apple reported quarterly revenue of $61.1 billion, in line

17   with its reduced guidance of $60-62 billion. Defendant Cook lauded the quarter as the

18   Company's "***best March quarter ever, with strong revenue growth in iPhone*** . . . ."

19   Notwithstanding Defendants' positive outlook, however, iPhone sequential sales growth was

20   down **32 percent**. The Company also issued revenue guidance for Q3 FY18 of between $51.5

21   billion and $53.5 billion. However, what Defendants failed to inform the market was that the

22   "***strong revenue growth in iPhone"*** concealed a drop in iPhone unit sales worldwide which was

23   masked, in part, by the significantly higher average selling prices ("ASPs") for Apple's latest

24   iPhone models. The statements that reassured the market about iPhone demand introduced

25   additional artificial inflation into Apple's stock price by providing a falsely positive picture that

26   concealed how the following factors would severely impact demand for iPhones later in 2018:

27   (1) the artificially accelerated upgrade rates for iPhones in 2017 caused by Apple's throttling of

28

1   older iPhones; (2) the battery replacement program offered in reaction to the public learning

2   about the throttling of older iPhones; and (3) the competitive pressures in China where rival

3   phones were better positioned and better priced for that market and consumers were more likely

4   to churn following the disclosure of Apple's practice of throttling phones.

5         23.   On July 31, 2018, Apple released its financial results for its third quarter of fiscal

6   2018 ended June 30, 2018.  Apple reported quarterly revenue of $53.3 billion, in line with its

7   weak guidance. In response to a question from an analyst about the effect of Batterygate on

8   Apple's upgrade sales cycle, Defendant Cook falsely represented that Apple had "***never done an***

9   ***analysis internally about how many people decided to get a lower-priced battery than buy***

10  ***another phone***."  Unknown to investors, however, was that Defendants either knew, or at the

11  very least severely recklessly disregarded, that the battery replacement program was negatively

12  impacting iPhone sales growth including in Greater China where Apple's battery slowdown *mea*

13  *culpa* caused customers to flock to rival phone companies such as Huawei, Oppo, and Xiaomi, a

14  trend that would continue throughout 2018. Defendants' statements that reassured the market

15  about iPhone demand introduced additional artificial inflation into Apple's stock price by

16  providing a falsely positive picture that concealed how the following factors would severely

17  impact demand for iPhones later in 2018: (1) the artificially accelerated upgrade rates for

18  iPhones in 2017 caused by Apple's throttling of older iPhones; (2) the battery replacement

19  program offered in reaction to the public learning about the throttling of older iPhones; and (3)

20  the competitive pressures in China where rival phones were better positioned and better priced

21  for that market and consumers were more likely to churn following the disclosure of Apple's

22  practice of throttling phones.

23        24.   On September 21, 2018, Apple introduced two new phones: the iPhone XS

24  (priced at $999/$1149) and the iPhone XS Max (priced at $1099/$1249/$1449).  The iPhone XR

25  (priced at $749/$799/$899) was released one month later on October 26, 2018. Unlike the prior

26  iPhone releases, the 2018 iPhones were not viewed as having significant technological

27  improvements over the prior model, the iPhone X released in late 2017 (priced at $999/$1149).

28

1   The strength of the U.S. dollar and the high price of the newer models of iPhones, combined with

2   a declining Chinese economy, placed the iPhone out of reach of many Chinese consumers who

3   might otherwise have upgraded – at the same time that many less expensive Chinese

4   smartphones were flooding the market.

5       25.     On November 1, 2018, after the market closed, Apple released its financial results

6   for its fourth quarter of fiscal 2018 ended September 29, 2018.  Notwithstanding the impact of

7   slowing economic growth and unrivaled competition in China, and the Company's ongoing

8   battery replacement program (lasting through December 2018), Defendants continued to issue

9   materially false and misleading statements and omissions concerning demand for iPhones and

10  Apple's pricing power for its new iPhones launched in September and October 2018 (the XS, XS

11  Max, and XR), stating that the new phones "***got off to a really great start***."  The Company also

12  boasted that "'***[o]ver the past two months, [it had] delivered huge advancements for [its]***

13  ***customers through new versions of iPhone***, Apple Watch, iPad and Mac as well as [its] four

14  operating systems,'" and that as a result, it had "'***enter[ed] the holiday season with [its]***

15  ***strongest lineup of products and services ever***.'"

16      26.     Also on November 1, 2018 – more than one-third of the way through the

17  Company's Q1 FY19 – Apple set revenue expectations for the quarter at a range of $89 billion to

18  $93 billion—a range that was well below what analysts were expecting. Defendant Maestri

19  attributed the lower than expected revenue guidance to a number of factors including: (1) the

20  launch timing of its new top-end iPhone model, *i.e.*, releasing the top-end iPhone XS in the

21  fourth fiscal quarter 2018, and the more affordable iPhone XR in the first fiscal quarter 2019; (2)

22  the impact of foreign exchange rates due to the strength of the U.S. dollar; (3) supply and

23  demand uncertainty related to the ramp-up of new products; and (4) macroeconomic uncertainty

24  in the Company's emerging markets (**specifically excluding China**). When asked whether the

25  trade tariff threats were having any impact on demand for iPhones in China, Defendant Cook

26  assured investors that the only "emerging markets that [Apple was] seeing pressure in [were]

27  markets like Turkey, India, Brazil, [and] Russia . . . where currencies ha[d] weakened." Cook

28

1    added, however, "[*i*]*n relation to China specifically, I would not put China in that category*.

2    *Our business in China was very strong last quarter. We grew 16%, which we're very happy*

3    *with. iPhone, in particular, was very strong double-digit growth there*."  However, Defendants

4    failed to disclose a sales decline in iPhones due to the battery replacement program and severe

5    competition in China from Huawei, Oppo, and Xiaomi, among others.  The Company also

6    shocked investors by announcing that Apple would no longer disclose unit sales for iPhones and

7    other hardware, asserting that such data was no longer relevant for investors to evaluate the

8    Company's financial performance, all the while assuring investors that despite the decision to

9    withhold unit sales data, as in the past, the Company would still experience strong performance.

10    The news of the lower-than-expected revenue guidance for the first quarter of fiscal 2019, which

11    was a partial materialization of the risk concealed by Defendants' alleged misrepresentations and

12    omissions, caused Apple's stock price to fall by $14.74 per share, **or 6.6 percent**, to close at

13    $207.48 on November 2, 2018.  However, Apple's stock price remained artificially inflated until

14    the final revelation just eight weeks later.

15          27.    On November 5, 2018, before the market opened, the *Nikkei Asian Review*

16    ("Nikkei Report") reported that Apple had instructed its top smartphone assemblers, Foxconn

17    and Pegtron, to "halt plans for additional production lines" for the recently released iPhone XR.

18    Following the Nikkei Report, *RBC Capital Market*, indicated "that could indicate muted unit

19    demand."  Multiple news outlets reported that the Nikkei Report was causing the price of Apple

20    stock to decline. The news of falling demand for Apple's latest release iPhone, which was a

21    partial materialization of the risk concealed by Defendants' alleged misrepresentations and

22    omissions, caused Apple's stock price to fall $5.89 per share, **or almost 3 percent,** closing at

23    $201.59 on November 5, 2018.  Still, the market failed to appreciate the full extent of declining

24    demand for Apple's iPhones.

25          28.    On January 2, 2019, after the close of trading, Apple disclosed the true state of its

26    declining iPhone demand.  For the first time in 15 years, Apple slashed its prior quarterly

27    revenue forecast for the already completed Q1 FY19 amid falling iPhone sales.  In a "Letter from

28

Tim Cook to Apple Investors," Apple disclosed that revenues for Q1 FY19 were expected to be $84 billion, far below the already-disappointing guidance range of $89 billion to $93 billion the Company had announced just eight weeks earlier on November 1, 2018.  Discussing why Apple had experienced what Apple characterized as "fewer iPhone upgrades than [it] had anticipated," Defendant Cook blamed the discounted battery replacement program, as well as well as emerging market issues, "primarily in Greater China." This shocking news, which was the final materialization of the risk concealed by Defendants' alleged misrepresentations and omissions, caused Apple's stock price to fall by more than $15 per share, **or approximately 10 percent**, closing at $142.19 on January 3, 2019 on unusually heavy trading volume.

29.     In the wake of Apple's stunning revenue miss, media outlets reported on the Company's iPhone problems and the intensity of the deceleration in Apple's business which truly shocked many analysts and financial journalists.  For example:

(a)     On January 2, 2019, *The Verge* reported that, "Apple just revealed it's expecting a $9 billion loss in revenue due to weak iPhone demand that's partly caused by more people replacing their batteries, according to a letter issued by CEO Tim Cook addressed to investors. . . . The lower fee coupled with the greater transparency meant that more people in 2018 ended up swapping their batteries — instead of upgrading to the latest iPhone models, it turns out. . . . And once Apple admitted it was throttling older iPhone models, users became more informed on how to turn the feature off."

(b)     On January 2, 2019, *TechSpot* published an article titled, "Tim Cook points out cheaper replacement batteries equals fewer iPhone upgrades" which noted that: "After the whole throttling controversy, it is very telling why Apple hid that fact from consumers for as long as possible. Cook himself has now indicated that allowing customers to get affordable replacement batteries reduces the rate of upgrades."

(c)     On January 2, 2019, *Bloomberg* published an article titled, "Apple's iPhone Warning Comes Years Too Late - The company has reached the end of its denial phase," in which it reported: **"Apple failed in the No. 1 mission of being a public company: being**

**honest with investors about its business.** The company simply denied the reality that was staring it in the face, until denial was no longer an option."

      (d)    On January 3, 2019, *Yahoo Finance* published an article, titled "Apple's mind-blowing warning means CEO Tim Cook now has a major credibility problem." The article highlighted how Apple's investors were duped, stating in pertinent part: "**They failed to keep it real with investors on what they were seeing in iPhone demand data late in 2018. Simply no longer providing unit sales data wasn't enough of a signal to investors that something was wrong, bottom line.**"

      (e)    On January 3, 2019, *CNBC* published an article by Evelyn Cheng titled "It's more than just the trade war.  Apple's China business has been under pressure **for a while**," which quoted Junheng Li, founder of China-focused equity research firm *JL Warren Capital,* as saying that for Chinese consumer, "**the trend [away from Apple] has been ongoing for a long time**."  Ms. Li also noted Apple's difficulties in China were likely to continue into 2019, and that in China "professionals, government workers and the male population prefer Huawei phones since the company's specialty in back-end equipment results in better connectivity."

      (f)    In a January 4, 2019 report, titled "This is why Apple doesn't want you fixing your smartphone," ZDNet's Adrian Kingsley-Hughes surmised *ZDNet*'s Adrian Kingsley-Hughes surmised that "**[a]midst all the finger-pointing associated [with] the sudden and unexpected profits warning from Apple was a revelation about how much the company relies on premature obsolescence to drive sales.**"  Mr. Kingsley-Hughes' report further stated that: "First, and perhaps most significant is this – How many iPhones does Apple sell to people simply because the battery in their existing iPhone is worn?  Over the years there's been a great deal of chatter around the subject of 'planned obsolescence,' and here **we have Apple essentially confirming that this is indeed part of the business model.**"  His report concluded: "At this point, it's worth pointing out that if indeed the battery replacement program was a significant factor in the profits warning, **Apple only has itself to blame for throttling iPhones in the first place.**"

1          (g)      On January 6, 2019, *The Guardian* published an article titled "To woo

2    China, Apple must learn that it's not in California anymore."  In that article, *The Guardian* noted

3    the myriad issues Apple faced in China throughout the Class Period, including a lack of

4    innovation relative to its competitors, high prices compared to its competitors, and an elongated

5    upgrade cycle.  Despite these difficulties, Apple continually assured the market that all was well.

6    Further, that article discussed the fact that Apple's service revenues were "overwhelmingly

7    reli[ant] on the  iPhone as the conduit," and that Apple "must seek to extend sales as much as

8    possible."  The article also noted that iPhone sales were "critical for [Apple] to maintain its

9    current 1.3 billion-plus user base if services are to become the main driver of revenue."

10         (h)      On January 15, 2019, *The Motley Fool* published an article titled "Here's

11   How Much Apple's Battery-Replacement Program Hurt Sales," by Evan Niu.  In that article, Mr.

12   Niu stated that the "**revenue lost to battery replacements would have been spread out**

13   **throughout the entire year" so it was "perplexing" that Apple was not able to provide**

14   **accurate guidance for the quarter**.

15         30.      On January 29, 2019, Apple released its results for its first quarter of fiscal 2019

16   ended December 29, 2018 (for which it had preannounced on January 2, 2019). During a

17   conference call with analysts, Defendant Cook again attributed the decline in iPhone sales, in

18   part, to the Company's battery replacement program which reduced iPhone upgrades,

19   compounded by poor iPhones sales in China and an elongated smartphone upgrade cycle.  As

20   detailed herein, several analysts again pointed to the Company's battery replacement program as

21   a major factor in reduced iPhone upgrades and difficulties in the quarter.

22         31.      Moreover, during the Class Period, Defendants Cook and Maestri had been

23   heavily selling Apple stock in unusual and suspicious amounts totaling more than $131.5 million

24   while in possession of material non-public information regarding Apple's declining iPhone sales

25   growth, and the effects of the Company's battery replacement program, and increased

26   competition and a weakening economy in China would have on iPhone sales.

27

28

1      (a)      CEO Tim Cook sold 533,783 shares of Apple stock during the Class

2  Period for **proceeds of more than $100 million.**  In addition, Apple stock worth $110 million was

3  withheld to pay Cook's personal taxes in connection with Company-issued stock.  Through these

4  transactions, Cook disposed of approximately 30.3% of the total shares, including stock units, he

5  had available for sale during the Class Period.

6      (b)      **CFO Luca Maestri sold 144,136 shares of Apple stock during the Class**

7  **Period for proceeds of $30,649,038.**  In addition, Apple stock worth $10.7 million was withheld

8  to pay Maestri's personal taxes in connection with Company-issued stock. Through these

9  transactions, Maestri disposed of approximately 92.3%  of the total shares, including stock units,

10  he had available for sale during the Class Period.

11      (c)      Tellingly, Defendants Cook and Maestri's stock sales during the Class

12  Period, when measured in amount and dollars, were significantly higher than their Apple stock

13  sales during the comparatively same length period preceding the Class Period (the "Control

14  Period").  **Defendant Maestri's proceeds from Apple sales increased by 130 % during the Class**

15  **Period** – from approximately $13.4 million during the Control Period to $30.6 million during the

16  Class Period. **Defendant Cook's trading proceeds also increased by approximately 24% during**

17  **the Class Period** – from $81.4 million during the Control Period to approximately $100.9 million

18  during the Class Period.

19      32.      As a result of Defendants' false and misleading statements and omissions, the

20  precipitous decline in the price of the Company's securities and Lead Plaintiff's and other Class

21  members' significant losses were foreseeable to Defendants.

22  **III.      JURISDICTION AND VENUE**

23      33.      The claims asserted herein arise under Sections 10(b) and 20(a) of the Exchange

24  Act (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC, 17

25  C.F.R. § 240.10b-5.

26      34.      This Court has jurisdiction over the subject matter of this action pursuant to 28

27  U.S.C. §§ 1331 and 1337, and Section 27 of the Exchange Act, 15 U.S.C. § 78aa.

28

35.     Venue is proper in this District pursuant to Section 27 of the Exchange Act, 15 U.S.C. § 78aa and 28 U.S.C. § 1391(b).  Substantial acts in furtherance of the alleged fraud or the effects of the fraud have occurred in this Judicial District.

36.     In connection with the acts alleged in this complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including, but not limited to, the mails, interstate telephone communications, and the facilities of the national securities markets.

## IV.     PARTIES

37.     Court-appointed Lead Plaintiff Rhode Island provides retirement, disability, and survivor benefits to state employees, teachers, the Municipal Employees' Retirement System (MERS), MERS police and fire, correctional officers, BHDDH nurses, state police, and judges. It is a sophisticated institutional investor that had approximately $8 billion in total pension assets under management.  As set forth in the Certification previously submitted to the Court (ECF No. 27-1), Lead Plaintiff purchased or otherwise acquired Apple securities at artificially inflated prices during the Class Period and suffered damages upon the materialization of the concealed risks.

38.     Defendant Apple is a Cupertino, California-based tech company.  Apple common stock is listed and trades on the NASDAQ, an efficient market, under the ticker symbol "AAPL." As of April 22, 2019, the Company had approximately 4.6 billion shares issued and outstanding.

39.     Defendant Timothy D. Cook ("Cook") is, and was at all relevant times, CEO of Apple and a member of its Board of Directors.

40.     Defendant Luca Maestri ("Maestri") is, and was at all relevant times, Senior Vice President and Chief Financial Officer ("CFO") of Apple.

41.     The Individual Defendants, because of their positions with the Company, possessed the power and authority to control the contents of Apple's quarterly reports, shareholder letters, press releases and presentations to securities analysts, money and portfolio managers and institutional investors, *i.e.*, the market.  They were provided with copies of the

1    Company's reports and press releases alleged herein to be misleading prior to or shortly after

2    their issuance and had the ability and opportunity to prevent their issuance or cause them to be

3    corrected.  Additionally, the Individual Defendants were identified as Executive Officers in

4    Apple's 2017 and 2018 Annual Proxies.  Because of their positions with the Company and their

5    access to material non-public information available to them but not to the public, the Individual

6    Defendants knew that the adverse facts specified herein had not been disclosed to and were being

7    concealed from the public and that the positive representations being made were then materially

8    false and misleading.  The Individual Defendants are liable for the false and misleading

9    statements pleaded herein.

10   **V.      SUBSTANTIVE ALLEGATIONS**

11           **A.      Company Background**

12           42.     Apple is a multinational technology company that designs, develops, and sells

13   consumer electronics, computer software, and online services. Apple is the world's largest

14   information technology company by revenue. There are currently over one billion Apple

15   products in active use worldwide.

16           43.     The Company's best known products include its iPhone smartphones, the iPad

17   tablet computer, the Mac personal computer, the iPod portable media player, and the Apple

18   Watch smartwatch.

19           44.     Almost all of Apple's Research & Development is conducted in the United States,

20   while components for its products are manufactured around the world. The Company's iPhones

21   are assembled predominantly in China.

22           **1.      Apple's Flagship Product, the iPhone**

23           45.     After the launch of the first iPhone in 2007, it took less than three years for it to

24   become Apple's most important product in terms of revenue.  Since then, the iPhone has served

25   as the Company's flagship product and the Company's most profitable offering, utilizing

26   Apple's iOS operating system and powering applications including Siri, an intelligent assistant,

27   as well as Apple Pay, Touch ID, and Face ID on qualifying devices.

28

1    46.    For the past five years, the iPhone has accounted for more than 60 percent of the

2    Apple's net sales, generating approximately 62 percent of Apple's net sales in its fiscal year

3    2017 and 63 percent of Apple's net sales in its fiscal year 2018.

4    47.    From its original launch in 2007 through 2015, the Company has released, on

5    average, one new iPhone model per year, typically to great fanfare and high demand.  Over the

6    last five years, Apple has aggressively increased the pricing of its iPhones from the $99-$399

7    range maintained through 2013, to a top offering price of $1,449 for the Apple XS Max in

8    September 2018.

9    48.    The following chart shows Apple's recent iPhone models, the release dates, and

10   each phone's respective price points:

| iPhone Model | Release Date | Pricing |
|---|---|---|
| iPhone 6S / 6S Plus | 9/25/15 | $649/$749/$849 ($749/$849/$949) |
| iPhone SE | 3/31/16 | $399/$499 |
| iPhone 7 / 7 Plus | 9/16/16 | $649/$749/$849 ($769/$869/$969) |
| iPhone 8 / 8 Plus | 9/22/17 | $699/$849 ($799/$949) |
| iPhone X | 11/3/17 | $999/$1149 |
| iPhone XS / XS Max | 9/21/18 | $999/$1149/$1349 ($1099/$1249/$1449) |
| iPhone XR | 10/26/18 | $749/$799/$899 |

22   49.    In the third quarter of fiscal 2019 ended June 30, 2019, as iPhone sales dropped

23   from $29.47 billion to $25.99 billion and Apple's other segments all performed strongly, the

24   iPhone's share of total revenue dropped below 50 percent for the first time since 2012.

25   50.    As iPhone sales have plateaued, Apple has pivoted toward Services in an effort to

26   better monetize all of the iPhones already in the market.  Indeed, Apple's Services business —

27   which encompasses everything from the App Store to licensing deals — is being positioned by

the Company as its next frontier for revenue growth.  Apple Services have expanded to include Apple Music, iTunes, App Store, iCloud, Apple Pay, AppleCare+, Maps, Siri, and iMessage.

### 2.     Importance of Chinese Market to Apple

51.     Greater China is Apple's third-largest market by sales after the United States and Europe, accounting for $52 billion in revenue in Apple's fiscal year 2018, ended September 29, 2018—nearly 20 percent of Apple's total fiscal year 2018 annual sales.  Greater China's share of Apple's revenues has grown steadily over the past five years, as Apple has sold more iPhones in China and the massive market has made up an ever-growing piece of Apple's revenue pie.

52.     As set forth herein, as the global smartphone market has stagnated, Apple has looked outside the U.S. for growth, and China has been the largest and fastest growing market by far.  Indeed, between Q4 FY14 and Q4 FY15, Apple's revenue from China grew to $12.5 billion, up from $5.7 billion year-over-year, **a 99 percent jump**.

53.     For years, analysts were concerned about Apple being unable to keep up its record-breaking iPhone sales, which have been largely dominated by The Americas and Europe. According to an October 27, 2015 article titled, "China is becoming Apple's most important market":

> But with its rapidly growing middle class, Chinese carriers continued investment into LTE penetration — which is at 10 percent and growing — and Apple's continued retail expansion in the country, China [was] becoming the key to sustaining the iPhone's remarkable growth. Apple brought in $58.7 billion in revenue in China alone in fiscal 2015, a 96 percent increase from $29.8 billion in fiscal 2014. Given the fact that just about half of China's population has reliable access to the internet, the potential for sustained long-term iPhone growth lies directly within China's borders.[6]

Part of this focus on China is simply the sheer size of the smartphone market there: "[T]he China smartphone market is one of the largest in the world. In 2017, there were approximately 660 million smartphone users in China, about one-third of the two billion users worldwide. In that

---

[6] Singleton, Micah, *China is becoming Apple's most important market,* The Verge (Oct. 27, 2015), https://www.theverge.com/2015/10/27/9622578/china-is-becoming-apples-most-important-market.

year, there were 454.4 million smartphones shipped in the country. . ."[7] In addition, "China represents an attractive growth opportunity for both active iOS devices and revenue."[8]

54.     China remains one of the most profitable regions for Apple despite volatility over the past three years. In addition to China representing nearly 20 percent of Apple's total revenue (hardware + services) in fiscal 2018, China is also a high-margin market (38%) for Apple, second only to Japan (44%).

55.     However, prior to and during the Class Period, several factors threatened Apple's ability to maintain sales growth in Greater China.  First, emerging Chinese companies began to offer comparable smartphones at substantially lower prices and comparably priced phones with much better features.  Second, Apple's business in China was more susceptible to geopolitical trade maneuvers by the United States and China, including the import tariffs arising from the brewing U.S. China trade war, which resulted in not only fiscal consequences for Chinese consumers, but also led to nationalistic sentiment and distaste towards American products. Finally, throughout 2018, China experienced its slowest economic growth in nearly three decades.  These issues, coupled with the strength of the U.S. dollar and the ever-increasing prices of newer model iPhones jeopardized the Company's iPhone sales in its most important market for growth.

**B.     An Elongating Smartphone Upgrade Cycle Has Negatively Affected iPhone Upgrades**

**1.     The mobile device upgrade cycle has been steadily increasing over the past several years**

56.     The mobile phone market has evolved significantly over the years.  A mobile phone from 2002 or even 2010 pales in comparison to the newest smartphones.  From how phones are purchased (payment structures, service contracts) to how they are used (photos, music streaming, storage needs, how long a device is kept) — almost everything has changed.

---

[7] Perkowski, Jack, *Is Apple's Problem In China The Economy, Or Simply A Loss Of Market Share?* Forbes (Jan. 14, 2019).

[8] Hollander, Rayna, *As Apple's third largest market by  sales, China is an attractive growth opportunity,* Business Insider (Dec. 5, 2017).

57.     Not only has smartphone financing evolved from an outright purchase to a monthly payment structure, the phones themselves have evolved quickly. The latest models boast larger screens, longer battery life and powerful cameras, but all the new technology has driven up retail prices, creating a larger financial hit as phones depreciate. As a result, consumers tend to wait longer to upgrade their smartphone.

58.     By 2016, an increasing number of consumers were "holding onto their smartphones longer," and waiting longer to upgrade the devices.  According to a study by advertising technology firm Fluent, by June 2016 a "strong majority of smartphone users" were waiting "two years or longer" to upgrade their smartphones and over 40% of those users waited more than three years to upgrade. [9]

59.     According to data from market research firm Kantar Worldpanel, American users held on to their smartphones for an average of 22.7 months before upgrading in 2016, an increase of nearly two months from 2014.



---

[9] *72% Smartphone Users Are Not Willint to Upgrade Before 2 Years,* DazeInfo (June 30, 2016), https://dazeinfo.com/2016/06/30/smartphone-upgrade-cycle-apple-android-us/.

60.     Just two years later, studies showed that consumers were waiting even longer to upgrade their smartphones. A recent study by Hyla Mobile, a mobile-device trade-in company that works with carriers and big-box stores, noted that consumers wait an average of 2.83 years to upgrade their smartphones, up from 2.39 years two years earlier. According to an article by the *Wall Street Journal,* from October 29, 2018, citing Hyla Mobile's recent study, the lengthening of the smartphone upgrade cycle is due, in part to pricier devices, fewer subsidies from carriers, and the end of the two-year cellphone contract:

> Smartphone makers have launched increasingly pricey phones in recent years, with some premium devices costing more than $1,000. Apple's highest-end phone, the iPhone XS Max [starts at] $1,099.
>
> That has meant that some buyers try to make their phones last longer. Many families pass down to their children smartphones that are fully paid for or hand them to other relatives on their plans.
>
> Changes to the structure of wireless phone contracts have forced more customers to pay full price for devices that were once subsidized by big carriers like Verizon Communications Inc. and AT&T Inc. Carriers in recent years have offered less-generous promotions and separated the cost of a phone from a customer's monthly service fees, leading to the demise of the two-year ritual of upgrading devices and service contracts simultaneously.
>
> "Once you've paid the phone off, you realize that you're getting a considerable sum knocked off your bill every month. When you get a new phone you lose that financial advantage," said Jeffrey Moore, a telecom-industry analyst and principal of Wave7 Research. Smartphones are also less differentiated today, he said, making some consumers less eager to upgrade.[10]

**2.      The phasing out of carrier subsidies has contributed to: (i) the elongation of the upgrade cycle for high-end smartphones; and (ii) the success of more budget-friendly smartphones**

61.     By August 2012, industry sources were reporting that all US carriers were ready to end subsidies and this would have most significant impact on Apple.  T-Mobile began to reduce the sale of subsidized smartphone plans in 2012.  In March 2013, T-Mobile began an aggressive marketing campaign, named "The Un-Carrier," to distinguish its brand from AT&T,

---

[10] Krouse, Sarah, *Upgrade? No Thanks. Americans Are Sticking With Their Old Phones,* The Wall Street Journal (Oct. 29, 2018).

1    Sprint, and Verizon. Among other features, the program eliminated all subsidies for devices.

2    The program coincided with T-Mobile's agreement to begin retail sales of the iPhone.

3         62.     On April 14, 2014, the *Wall Street Journal* highlighted the potential effect of

4    shifting customers away from subsidized smartphone plans, and singled out Apple as the vendor

5    most likely to be negatively affected.[11]

6         63.     It took several years for carriers to phase-out smartphone subsidies, and the

7    effects of this trend became particularly pronounced in late 2016 and early 2017.  In January

8    2017, Verizon became the last of the four major U.S. carriers to end subsidies to existing

9    customers, after ending subsidies for new customers in 2015.

10        64.     The elimination of subsidized plans meant consumers were confronted with, and

11   had to accept paying, the full retail cost of the phone when purchasing a service contract. It

12   created a more transparent financial relationship between consumer and carrier, with a monthly

13   bill explicitly identifying the consumer's monthly cost of ownership of a smartphone or requiring

14   the consumer to pay full retail price of the smartphone at the start of the contract.  Under

15   extended payment plans, new purchase agreements typically include a two-year payment plan,

16   with the full retail cost of phone divided by 12-24 months, as the monthly device cost.

17        65.     Carriers have also created "device installment plans" to allow consumers to pay

18   off the phone's cost over a 12-30 month period.  However, the consumer is essentially renting

19   the phone and the carrier expects the consumer to turn the phone in after that time elapses.  At

20   the end of the cycle, the phone can be traded in for a newer model if it is in good condition, or

21   the consumer can purchase the phone. This strategy caused consumers to believe that they had to

22   upgrade their smartphones often, which is not necessarily the case, and which consumers did not

23   fully realize until confronted with the full cost of the smartphone.

24        66.     Phone carriers are still offering smartphone purchasing deals, but there are fewer

25   than before, and they are mostly rebates (as opposed to discounts at the time of purchase) with

26   many restrictions.

27   _____

28   [11] Gryta, Thomas, *As Phone Subsidies Fade, Apple Could Be Hurt,* Wall Street Journal (Apr. 14, 2014).

67.     The phasing out of carrier, and third party, smartphone subsidies over the last several years has contributed to the elongation of the upgrade cycle for high-end smartphones and the success of more budget-friendly smartphones as consumers were forced to pay the full retail price for their smartphones at the same time as high-end smartphone such as the iPhone X broke the $1000 barrier.

> **3.     The lack of significant feature differentiation in next generation smartphone models often does not justify their high cost**

68.     Now that consumers must bear the full price of their smartphones, they demand significant feature differentiation before investing in the cost to upgrade. According to Ranjit Atwal, Research Director in Gartner's Quantitative Innovation team, "If mobile phones don't provide significant new utility, efficiency or experiences, users won't upgrade them, and will consequently increase these devices' lifespans."   Given how the pace of innovations in smartphone hardware have slowed over the past few years, there's less reason than ever to upgrade every time a new phone arrives.  With smartphone prices increasing and people having to pay the full price for the devices, more and more consumers opt to stick with their current phones rather than spend more money on phones with no major innovations.

69.     Moreover, with better water resistance and sturdier screens, iPhones are more physically resilient than they used to be, contributing to consumers holding on to older phones for a longer period of time.

70.     Besides device durability, the standardization of smartphones and stagnating software features are the two primary contributors to prolonged upgrade cycles. The processing chips are getting quicker and smarter, and the screens brighter and bigger, but in terms of user experience, smartphones seem to have hit the point of diminishing returns as they achieve near-ubiquitous adoption.

> **(a)     New generation iPhones do not offer significant enough feature differentiation to warrant upgrades**

71.     The difference between Apple's iPhone 7 (released in September 2016) and iPhone 8 (released in September 2017) did not offer consumers significant enough feature

differentiation to warrant upgrading.  Indeed, the new features of the iPhone 8 were, to most consumers, negligible. The iPhone 8 is fractionally larger than the iPhone 7 and the back of the iPhone 8 is glass (not aluminum like the iPhone 7). In addition, the iPhone 8 shipped with an updated iOS (iOS 11). However, iPhone 7 owners could easily upgrade to Apple's latest platform and receive all the same benefits, making a upgrade, for all but early adopters or technophiles, a tough sell.

72.     According to DigitalTrends.com, "The iPhone 8 really isn't enough of a jump to make it a worthwhile upgrade. The most notable improvement is the processor, and while it does offer faster performance, most people won't feel much of a difference. The rest of the improvements are simply too minor to merit the extra expense."[12]

73.     Daniel Ives from Wedbush also noted the lack of innovation in the generation of iPhones released by Apple in the fall of 2018, stating"  "lack of hardware innovation has kept customers on the sideline during this latest XS/XR cycle."[13]

**4.     The secondary market for smartphones also has contributed to the elongation of the upgrade cycle for high-end smartphones such as the iPhone**

74.     Refurbished and preowned smartphones are more easily available contributing to reduced sales of the newer generation smartphones, and to a slowdown in the smartphone upgrade cycle.  Indeed, the practice of 'trading in' used smartphones has had a profound effect on the U.S. smartphone market with some estimating the market opportunity in the billions.

75.     Recently, the market for preowned smartphones has been growing faster than the market for new smartphones.  Refurbished, or preowned smartphones, are now close to 10 percent of the total global smartphone market.

---

[12] Hill, Simon, *Apple iPhone 8 vs. iPhone 7*, Digital Trends (Jan. 23, 2019), https://www.digitaltrends.com/mobile/iphone-8-vs-iphone-7/.

[13] *Apple: Price Cuts in China and Content M&A Will Lay the Groundwork for Apple's Future*, Wedbush, Jan. 14, 2019, at 3.

1

2

               (a)       **Tim Cook Acknowledges the Robust Secondary Market for iPhones**

3

      76.     For several years, Apple has participated in a device trade-in program in an effort

4

to get in on the second-hand business related to buying used iPhones. The secondary, or trade-in,

5

market for iPhones purportedly encourages consumers to buy higher-end iPhones models with

6

the assurance that they will be able to resell their older iPhones in the future with the residual

7

value applied to buying the newer iPhones.

8

      77.     Apple's entry into the third-party resale market also provided it with a supply of

9

devices it could refurbish and sell in developing countries, such as India and part of China,

10

where a sizable portion of the market lacks the ability to pay for brand new iPhones.

11

      78.     On November 2, 2017, on Apple's Q4 FY 17 Earnings Call, Tim Cook

12

acknowledged the robust secondary market for iPhones:

13

> The other thing to keep in mind is that many people are now
> trading in their current iPhone on the next iPhone. And the residual

14

> value for iPhone tends to be the highest in the industry and many
> people pick up $300, $350 or so for their iPhone. And so that even

15

> reduces the monthly payment less. And then, obviously some
> carriers also have promotional things going on. And so I do think

16

> it's important to try to place it in that context.

17

      79.     On February 1, 2018, on Apple Q1 FY 2018 Earnings Call, Tim Cook again

18

pointed to the "vibrant" secondary market for iPhones:

19

> [T]he previously owned market has expanded in units over the
> years. And you see, in many cases, carriers and retailers having

20

> very vibrant programs around trading an iPhone in. And because
> iPhone has the largest residual rate on it, it acts as a buffer for the

21

> customer to buy a new one, and it winds up with another customer
> somewhere else that is perfectly fine with having a previously

22

> owned iPhone. And so I view all of that to be incredibly positive.
> It's more people on iPhones, the better.

23

      80.     In March 2018, Counterpoint Research Director Tom Kang stated, "with 13

24

percent growth, refurbished smartphones are now close to 10 percent of the total global

25

26

27

28

smartphone market," and added, "the mid low-end market for new smartphones is being
cannibalized by refurbished high-end phones, mostly Apple iPhones."[14]

### C.   Apple Experiences a Slow Down in iPhone Sales Growth in 2016

81.   After experiencing significant year-over-year growth each year since 2010,
beginning in 2016, the smartphone industry as a whole was hit by stagnating growth.  In the first
quarter of calendar 2016, the smartphone market began declining due, in large part, to "slowing
product innovation" in the new phones companies were offering.  Notably, Apple "had the
largest fall in growth of all the major vendors" due to its inability to duplicate the innovation of
the iPhone 6.[15]  Indeed, between 2015 and 2018, Apple's iPhone unit sales were relatively flat.



---

[14] Kang, Tom, *The Surprising Growth of Used Smartphones,* Counterpoint Research (Mar. 7, 2018), https://www.counterpointresearch.com/surprising-growth-used-smartphones/ and https://www.bgr.in/news/global-refurbished-smartphone-market-grew-13-percent-in-2017/.
[15] *Smart phone shipments fall as Apple struggles*, Canalys (Apr. 29, 2016), https://www.canalys.com/newsroom/smart-phone-shipments-fall-apple-struggles.

82.     Compounding this problem for Apple was the fact that the meager growth that was expected in the smartphone market was expected to come primarily from international and emerging markets favoring lower priced devices from Android vendors, as opposed to the premium prices commanded by Apple's iPhones.

83.     In a July 26, 2016 article titled "Smart phone shipments returned to growth in Q2 2016," an analyst at Shanghai-based analyst research firm Canalys noted, "modest[]" growth returned to the smartphone industry as a whole in Q2 2016, but that it was driven by consumers that decided to forego purchasing an iPhone and "opted for local vendors, whose build quality and specifications are a better value alternative."[16]  As shown in the chart below, Apple continued to lose market share to smartphones running on Android operating systems.



84.     Apple's loss of market share to Android devices and declining iPhone sales in 2016 had a dual effect on the Company.  During this time, Apple was becoming increasingly

---

[16] *Media alert: Smart phone shipments returned to growth in Q2 2016,* Canalys (July 26, 2016), https://www.canalys.com/newsroom/media-alert-smart-phone-shipments-returned-growth-q2-2016.

1 reliant on sources of revenue other than, but still linked to, the sales of iPhones such as AirPods,

2 Apple Watches, and Apple Services.  As the Company lost market share in the smartphone

3 market and growth slowed, not only was Apple losing revenue from sales of iPhones themselves,

4 but revenue derived through those products was at serious risk.

5      85.    The faltering growth in iPhone sales threatened the long term health of the

6 Company as Apple's customer base for its flagship product stalled and the potential universe of

7 customers for its services and other products stagnated.

8      86.    In a May 6, 2016 article for *Fortune* titled "Why Apple's Shares Just Hit a Two

9 Year Low," Aaron Pressman noted that "all [] service revenue [was] still dependent on declining

10 iPhone sales" and that Cook's recent emphasis on Service revenue over revenue from hardware

11 sales was not a positive indicator for Apple.[17]

| 2016 Quarterly iPhone Revenue | |
|---|---|
| Quarter | % Y-on-Y Change |
| 1Q | 1 |
| 2Q | (18) |
| 3Q | (23) |
| 4Q | (13) |

16      87.    During this time, Apple was experiencing increased competition on multiple

17 fronts, including the evolution of existing competition and the emergence of new competitors.

18      88.    On October 25, 2016, Ruper Neate published an article for *The Guardian* titled

19 "Apple's annual profits fall for the first time in 15 years as iPhones sales decline," which

20 highlighted that in addition to Google's Pixel, Apple was also competing with "upstart rivals

21 offering much cheaper smartphone devices in key markets such as China."  The article also

22 stated that "some analysts are concerned that the world may have reached 'peak Apple,' meaning

23 nearly everyone who wants (and can afford) an iPhone or other products already has one."[18]

---

[17] Pressman, Aaron, *Why Apple Shares Just Hit a Near Two-Year Low*, Fortune (May 6, 2016).

[18] *See* Neate, Rupert, *Apple's annual profits fall for first time in 15 years as iPhone sales decline,* The Guardian (Oct. 25, 2016).

1    Indeed, during 2016, Apple dropped from the third largest smartphone manufacturer in China to

2    the fifth largest smartphone manufacturer in China.

3           89.    Growth in the smartphone industry was stagnant, upgrade cycles were

4    lengthening, and Apple was losing significant market share to competitors, particularly in China,

5    An article published by the *Los Angeles Times* on October 25, 2016, noted that "Apple has been

6    struggling with shrinking demand for its signature products."[19]

7           90.    It was against this backdrop that reports surfaced, in late 2016, of older model

8    iPhones experiencing sudden unexplained shutdown issues.  In an effort to respond to the

9    shutdowns and prevent further market share deterioration, Apple released a series of iPhone

10   "updates," including iOS 10.2.1 (released in January 2017), with the intention of secretly

11   slowing down, or "throttling" the iPhone models 6 and later, in order to artificially stoke sales,

12   essentially pulling in sales from future quarters by forcing premature upgrades on consumers.

13          91.    On October 30, 2017, *Canalys* published a report titled "Apple grows by 40%

14   after 6 consecutive quarters of decline in China," which noted that the Company's smartphone

15   shipments in China grew by approximately 40% **after declining for each quarter of 2016** and

16   the first two quarters of 2017.[20]

17

18

19

20

21

22

23

24

25

26   [19] *Sales of iPhones decline, but Apple predicts a better-than-expected holiday season*, Los
     Angeles Times (Oct. 25, 2016).

27   [20] *Apple grows by 40% after six consecutive quarters of decline in China*, Canalys (Oct. 30,
     2017), https:// www.canalys.com/newsroom/apple-grows-40-after-six-consecutive-quarters-

28   decline-china.



92.     This growth was misleading, however, as it was the result of Apple's intentional throttling of older iPhones including the 6S and 6S Plus which surreptitiously created artificial demand for new premium priced iPhones (including the iPhone 8, 8 Plus and X).

**D.     Apple Faces Increased Competition in the Smartphone Market in Greater China, its Most Important Growth Market**

93.     Apple's share of the Chinese smartphone market has been steadily decreasing over the past number of years as a result of the increased market share by its Chinese competitors.  As set forth herein, prior to and during the Class Period, Apple faced increased competition in Greater China from Chinese smartphone manufacturers, who sold products that, unlike the iPhone, were designed specifically to address the needs and preferences of Chinese consumers.

94.     Apple's main competitors in China throughout the Class Period were, and still are: (a) Huawei Technologies Co., Ltd. ("Huawei"), headquartered in Shenzhen, China; (b) Vivo Communication Technology Co. Ltd ("Vivo"), headquartered in Dongguan, China; (c) Guangdong OPPO Mobile Telecommunications Corp. Ltd ("Oppo"), headquartered in Dongguan, China, and (d) Xiaomi Corporation ("Xiaomi"), headquartered in Beijing, China.

95.     During the first quarter of 2016, Apple's share of the Chinese smartphone market was 12%, trailing only Huawei and Xiaomi, by a small margin. Just one year later, however,

Apple's share of the Chinese smartphone market dropped significantly, while its competitors' market share largely continued to rise:

| Company | China Smartphone Market Share (1Q16) | China Smartphone Market Share (1Q17) |
|---------|---------|---------|
| Huawei | 15.9% | 19.6% |
| Xiaomi | 12.3% | 8.0% |
| Apple | 12.0% | 10.0% |
| Vivo | 10.8% | 17.0% |
| Oppo | 9.8% | 17.4% |

96.     In a December 31, 2016 article for Tech Times titled "Best Huawei Products of 2016: Huawei P9 Plus, Mate 9, Honor 8, and More," Maricris Francisco noted that Huawei "start[ed] out as a phone switch manufacturer," but as of 2016, "now finds itself competing with top consumer brands with its top-of-the-line smartphone products."  The article also noted the variety of features and price points for Huawei's most popular products, such as "Huawei's answer to Apple's 3D Touch technology" in the P9 Plus or the "attractive price tag" of the Honor 5C.[21]  Additionally, in October 2016 Google launched its smartphone known as the "Pixel."

97.     By the second quarter of 2017, Apple dropped to fifth place in terms of its share of the Chinese smartphone market—a position it has occupied ever since, with the exception of one quarter.  At the same time, the market share of its competitors, specifically Huawei, increased significantly:

| Company | 2Q17 | 3Q17 | 4Q17 | 1Q18 | 2Q18 | 3Q18 | 4Q18 | 1Q19 |
|---------|------|------|------|------|------|------|------|------|
| Huawei | 20% | 19% | 20% | 22% | 26% | 23% | 28% | 34% |
| Oppo | 19% | 19% | 17% | 18% | 19% | 21% | 20% | 18% |
| Vivo | 17% | 19% | 15% | 16% | 18% | 21% | 19% | 19% |
| Xiaomi | 13% | 14% | 15% | 13% | 13% | 13% | 9% | 12% |
| Apple | 8% | 10% | 15% | 13% | 8% | 9% | 12% | 9% |

---

[21] Francisco, Maricris, *Best Huawei Products of 2016: Huawei P9 Plus, Mate 9, Honor 8 and More,* Tech Times (Dec. 31, 2016), https://www.techtimes.com/articles/190915/20161231/best-huawei-products-2016.htm.

1

2        98.     Indeed, Apple faced a number of quarters of negative growth on a year-over-year

3   basis in Greater China from Q2 FY16 to Q3 FY17. In particular, during this time, Hong Kong

4   was dragging down revenue for all of Greater China.

5        99.     One main reason for Apple's loss of market share during the period was that the

6   iPhone lacked many features that Chinese consumers wanted in a smartphone—features Apple's

7   competitors in China were quicker to offer.

8        100.    For example, phones with multiple SIM cards (i.e., subscriber identity modules)

9   are popular in China, because certain wireless phone providers in the region offer lower rates

10  when a customer makes calls to other customers of the same carrier. A phone with two SIM-card

11  slots allows a consumer to use more than one mobile network on the same phone and therefore

12  take advantage of these cost-saving offerings. Apple did not provide dual SIM card capabilities

13  in its phones until September 2018, when the iPhone XS and XS Max were released, whereas

14  Apple's competitors in China had been offering this feature by as early as 2016.

15       101.    Another problem Apple has faced in the Chinese smartphone market relates to the

16  prominence of WeChat, a do-it-all smartphone app that serves as a de facto operating system in

17  China. WeChat offers users a number of convenient features, such as cashless and credit-card-

18  free payments, one-stop shopping for taxis, takeout, tickets, vacations, doctor's visits, and a chat

19  feature similar to Facebook's WhatsApp.[22] According to one market commentator, "every aspect

20  of a typical Chinese person's life, not just online but also offline, is conducted through [this]

21  single app," which explains why WeChat had more than 700 million monthly active users by

22  April 2016"[23] and nearly 1 billion monthly active users by August 2017.[24]

23

24

---

25  [22] Philbrick, Ian Prasad, *iPhone Sales Hit a Big Roadblock in China Because of an App Does Just About Everything*, Slate (May 3, 2017), https://slate.com/business/2017/05/iphone-sales-hit-a-roadblock-in-china-because-of-wechat-which-does-basically-everything.html.

26  [23] *Id.*

27  [24] Kharpal, Arjun, *Apple's China revenues fall 10% as analyst claims iPhone has 'gone out of fashion*, CNBC (Aug. 2, 2017), https://www.cnbc.com/2017/08/02/apples-china-revenues-fall-q3-earnings.html.

28

1    102.    Although WeChat can be used on an iPhone, WeChat's core features compete

2  directly with many of the core features of Apple's iOS operating system, such as Apple Pay and

3  iMessage. Because WeChat has become so popular in China—and because it can be used on

4  smartphone operating systems other than Apple iOS—Chinese consumers have had less of a

5  need to buy an iPhone specifically for its operating system, as they could instead be part of the

6  region's popular smartphone ecosystem (i.e., WeChat) regardless of the smartphone they

7  purchase. This has negatively impacted the appeal of the iPhone in China.  As one market

8  commentator observed, the rise of WeChat has caused Apple's iPhone to "go[] out of fashion in

9  China."[25]  For this reason, when rumors circulated in April 2017 that WeChat might be removed

10  from the Apple App store, reports revealed that many in China would "throw away their iPhones

11  immediately" if this became the case.[26]

12    103.    In addition, Apple's Chinese competitors offered other features that Chinese

13  consumers prized, specifically with respect to the phone's camera. For example, Oppo touted the

14  "beautification" features of its smartphones' cameras, which relied on artificial intelligence

15  technology that smoothed and brightened a users' selfies, emulating the "skills" of professional

16  photographers and make-up artists to "help selfies look more attractive."[27]  Huawei also invested

17  heavily in its camera technology, taking steps in early 2016 to take on Apple by "reinventing

18  smartphone photography."[28] Indeed, Huawei has partnered with renowned camera maker Leica

19  to "co-engineer[]" the camera in its recent phones, and has also partnered with companies to

20  develop appealing color shades.[29] As Tim Cook himself acknowledged during an interview on

21

22  [25] *Id.*

23  [26] Jiayun Feng, *Many Chinese Will 'Throw Away' Their iPhones If WeChat Stops Working*, supchina (June 6, 2017), https://supchina.com/2017/06/06/many-chinese-will-throw-away-iphones-wechat-stops-working-chinas-latest-society-culture-news/.

24  [27] Reigh, Brian, *Hate bezels but love selfies? Check out the all-new OPPO F5*, Android Authority (Oct. 26, 2017), https://www.androidauthority.com/hate-bezels-love-selfies-oppo-f5-810504/; *see also* Liza Lin and Dan Strumpf, *Two SIM Cards and Better Selfies: How China's*

25  *Smartphones Are Taking On Apple*, The Wall Street Journal (June 8, 2017).

26  [28] Stu Woo, *Phone Camera Shootout: Huawei P9 Dual-Lens vs. Samsung Galaxy S7 vs. Apple iPhone 6s Plus*, Wall Street Journal (Apr. 14, 2016).

27  [29] Alex Frew McMillan, *Apple iPhone X is Being Stalked By This Chinese 'Killer'*, The Street (Sept. 19, 2017), https://www.thestreet.com/story/14303727/1/chinese-competition-challenge-apple-iphone-8-iphone-x.html.

28

1  September 12, 2018, "Chinese consumers have a variety of needs for smartphones" and some of

2  "their favorite features" are "photo features."[30]

3      104.    Before the release of the iPhone X in November 2017, iPhone sales in China were

4  anemic as the Chinese market effectively rejected the two prior generations of iPhones that

5  looked roughly the same as the year's previous models.

6      105.    Worse yet, Apple's competitors sell phones that are far less expensive than the

7  iPhone, which has become significantly more expensive in recent years. Whereas all iPhone

8  models introduced since September 2016 cost more than $600—and some as much as $1300—

9  Apple's competitors offered a wide range of less expensive phones and phones at a comparable

10  priced with much better features. Relatedly, whereas Apple introduces just two-to-three phones

11  per year (and releases them just once a year), Apple's competitors in China regularly release new

12  phones throughout the year.

13      106.    In 2018 alone, Huawei introduced 26 new phones, 17 of which cost less than

14  $400. Likewise, Oppo released 19 phones in 2018, 11 of which cost less than $400. Vivo and

15  Xiaomi offered a similar number of new products at similar price points in 2018.

16      107.    As a result, market growth in China's smartphone market has become highly

17  concentrated in mid-range phones that cost roughly $300 to $450 dollars, rather than in the more

18  expensive range where Apple lies. This has added to the competitive pressure on Apple in China,

19  because Chinese consumers have lower average disposable income than those in the United

20  States and other western countries, and also because, beginning in 2014, at the direction of the

21  government in an effort to aid domestic manufacturers, Chinese telecom companies significantly

22  cut the subsidies offered on iPhones.  Chinese consumers are therefore less eager to splurge (or

23  capable of splurging) on an expensive new phone that has incremental improvements from the

24  prior model.

25

26

_____

27  [30] *Tim Cook Reveals in Interview that the Chinese Consumer is Different because they don't carry the burden of the Desktop Era*, Patently Apple (Sept. 16, 2018),

28  https://www.patentlyapple.com/patently-apple/2018/09/tim-cook-reveals-in-interview-that-the-chinese-consumer-is-different-because-they-dont-carry-the-burden-of-the-desktop-era.html.

108.    In short, and as demonstrated in the chart below published after the Class Period, on January 22, 2019, Chinese consumers, faced with a large number of less expensive phones that offer more desired features not available on the iPhone, turned to Apple's competitors in growing numbers prior to and during the Class Period.



E.     **Apple's Throttling of its iPhones**

1.     **Apple iPhones Start to Experience Unexpected Shutdowns in 2016**

109.    As set forth above, in 2016, certain older model iPhones began to shut down without warning.  Unbeknownst to consumers and investors at the time, the shutdowns were caused by the iPhone's aging batteries, as opposed to the age of the phones.  Specifically, the aging batteries delivered power unevenly, and upon over-exertion caused device-crashing power spikes.

110.    Starting in February 2016, iPhone users worldwide, including in China, started reporting battery problems on Apple's official Support Communities forum.  In what has amounted to discussion threads of up to 62 pages long, users described their iPhones, including the 6, 6 Plus, 6S, and 6S Plus, running either iOS 9 or 10, as unexpectedly shutting down with approximately 30% battery life left and not turning on until plugged into a power source, in

1   which the phone turned back on with 30% battery life. Some users described their phones

2   shutting down with battery life as high as 50-60%.  Moreover, iPhones users reported that when

3   shutting down their phone at night with a full charge, the phone would not reboot the next

4   morning because it purportedly had no battery life.

5        111.   Notwithstanding that iPhone users repeatedly reported these battery problems on

6   Apple's official discussion boards and visited Apple stores demanding solutions, as well as

7   consistent and widespread media coverage of the shutdown issue, Apple waited until November

8   20, 2016 to release a statement regarding the shutdown problems, and even then, failed to

9   acknowledge the full breadth the issues.[31]  That day, the Company reported that it had

10  "determined that a very small number of iPhone 6s devices may unexpectedly shut down," and

11  that the shutdowns "only affects devices within a limited serial number range that were

12  manufactured between September and October 2015."[32]  At that time, Apple offered a "battery

13  replacement, free of charge" for phones manufactured within the eligible range.[33]  However,

14  many believed the shutdown problems covered models well beyond those acknowledged by

15  Apple, including the Chinese Consumer Association ("CCA"), which demanded answers and

16  actions from Apple for the discovery of "the shutdown malfunction [that] also exists in the

17  iPhone 6, iPhone 6 Plus, iPhone 6s Plus."[34]

18       112.   Contrary to Apple's admission, and consistent with the CCA's accusations, the

19  shutdown problem affected iPhones outside of those identified by Apple.  For example. an Apple

20  Store Genius employee in Manhattan said that 80% of the store's cases were a result of the

21  battery shutdown issue, and that he had "personally dealt with the issue on not just the 6S, but

22  the 6S Plus, which is not part of the [replacement] program," and dealt with "batteries outside of

23

24

25

---

26  [31] *iPhone 6s Program for Unexpected Shutdown Issues*, APPLE,
    https://support.apple.com/iphone6s-unexpectedshutdown.

27  [32] *Id.*

    [33] *Id.*

28  [34] Gordon, Kelly, *Apple Warned iPhones Have A Serious Problem*, Forbes (Dec. 2, 2016).

1  the manufacturing date."[35]  Other technicians and Apple Store employees also claimed that the

2  "issue is very common, and that it seems to affect more models than just the 6S."[36]

3       113.   In December 2016, Apple finally conceded that the iPhone shutdowns were more

4  widespread than previously reported.[37]  In a statement, interestingly available only in Mandarin

5  on Apple's Chinese Support page starting on or about December 1, 2016, the Company said that

6  a "small number of customers with phones outside of the affected range have also reported an

7  unexpected shutdown," and that "these shutdown conditions may be normal."[38]

8       **2.    Apple Issues iOS Update in January 2017 Purportedly to Fix Bugs
            and Enhance Device Security, But Instead the Update Throttled the
9            Performance of Older iPhones**

10      114.   On January 23, 2017, Apple released iOS 10.2.1, a seemingly routine update of its

11  operating system purportedly to fix bugs and improve device security.  In fact, the iOS 10.2.1

12  update was designed to secretly fix the widely reported shutdown issues in older model iPhones.

13  In order to "fix" the shutdowns, the iOS 10.2.1 update drastically throttled, *i.e.*, slowed down the

14  performance of iPhones with older batteries (which by default, were older model iPhones), in

15  order to address the unexpected shutdown issue.  By slowing down the iPhones, the battery-

16  related power issues were supposedly ameliorated.

17      115.   In February 2017, Apple added to its "Read Me" notes the following

18  statement to be displayed on users' iPhones with the software upgrade: iOS 10.2.1 "also

19  improves power management during peak workloads to avoid unexpected shutdowns on

20

21

22      [35] *Id.*

23      [36] Price, Kovach, Heath, Leswing, *Apple Store workers are getting frustrated with the
    rampant iPhone battery flaw*, Business Insider (Dec. 2, 2016),
24  https://www.businessinsider.com/iphone-battery-shutdown-bug-6s-apple-store-complaints-
    employees-2016-12.

25      [37] *Information about the iPhone and unexpected shutdown*, APPLE,
    https://support.apple.com/zh-cn/HT207414.

26      [38] *Id.; See also* Leswing, Kif, *Apple just addressed the flaw that's been randomly shutting off
    iPhones with 30% battery,* Business Insider (Dec. 2, 2016),
27  https://www.businessinsider.com/apple-statement-on-iphone-shutdown-issue-2016-12; *Apple
    Addresses iPhone 6S Battery Issue For China Customers,* FirstPost (Dec. 5, 2016),
28  https://www.firstpost.com/tech/news-analysis/apple-addresses-iphone-6s-battery-issue-for-china-
    customers-3693655.html.

1    iPhone." On February 23, 2017, Apple issued a statement that "[w]ith iOS 10.2.1, Apple made

2    improvements to reduce occurrences of unexpected shutdowns that a small number of users were

3    experiencing with their iPhone."[39]   Apple claimed that, after releasing iOS 10.2.1, it was "seeing

4    a more than 80% reduction in iPhone 6s and over 70% reduction on iPhone 6 of devices

5    unexpectedly shutting down."[40]  Notably, Apple waited a full month to connect the iOS 10.2.1

6    Update to the phone shutdowns.

7        116.    Throughout 2017, however, Apple failed to inform customers that the "fix" to

8    the shutdown problem in iOS 10.2.1 came with a significant – and undisclosed – tradeoff: the

9    update artificially slowed down the processors in Apple's iPhones. The software change Apple

10   introduced with iOS 10.2.1 concerned the "powerd" system, short for "power daemon," which

11   controls CPU and GPU speed and power.  In computer science parlance, Apple concealed within

12   the iOS updates secret commands which "underclocked" the processors in the affected phones,

13   causing them to perform calculations across the board at a slower rate than the hardware was

14   capable of supporting, and slower than they had operated before the update.[41]

15       117.    Running at a slower rate after the update, the processors in Apple's iPhones

16   would demand less power during peak operation.[42] This diminished requirement for peak power

17   would reduce and eliminate instances where the processor would outpace its battery, meaning

18   that even in their weakened condition, the older batteries could supply enough peak power to

19   meet the now reduced demands of the processors. Although this "fix" would prevent outright

20   shutdowns, it slowed down the customers' phones and would scale, meaning as the batteries

21   continued to grow weaker, the fix would continue to slow the processors so that demand never

22   outpaced available power.

23

24   _____

25   [39] Panzarino, Matthew, *Apple says iOS 10.2.1 has reduced unexpected iPhone 6s shutdown issues by 80%*, TECHCRUNCH, Feb. 23, 2017, https://techcrunch.com/2017/02/23/apple-says-ios-10-2-1-has-reduced-unexpected-iphone-6s-shutdown-issues-by-80/.

26   [40] *Id.*

27   [41] Spence, Ewan, *Apple Confirms It Degrades Your Old iPhone's Performance,* Forbes (Dec. 20, 2017).

28   [42] Users reported their iPhone 6 CPU speed was reduced to 600 MHz from 1400 MHz after the Update.

118.    Neither the iOS 10.2.1 update nor the Release Notes made any mention of this throttling effect. iPhone users began reporting reduced functionality, but there was no way for ordinary consumers to know the source of the performance degradation.

119.    Defendants' undisclosed practice of slowing down iPhones with older batteries came with an undisclosed "benefit" for the Company.  Consumers, frustrated with their weakened iPhones and falsely believing their devices to be obsolete, upgraded to newer iPhone models from late 2016 to early 2018.  These premature upgrades artificially inflated iPhone sales and provided the appearance of consistent iPhone sales growth and even a reversal of peaking iPhone sales.  In fact, by artificially shortening iPhone upgrade cycles, Apple enjoyed a record year in iPhone sales during 2017.

120.    Apple continued to release the "throttling" software in later versions of its iOS as new iPhones were introduced. On September 19, 2017, Apple released iOS 11. Immediately upon downloading iOS 11, existing Apple iPhone users began to experience a marked decrease in performance of their older iPhones.

121.    Between September 2017 (when Apple released the iPhone 8) until early November 2017 (when it released the iPhone X), Google searches for the keywords "iPhone slow" jumped approximately 50 percent as Apple Updates caused significantly reduced iPhone performance.

122.    On December 2, 2017, Apple released iOS 11.2.  Similar to the Company's iOS 10.2.1—and unbeknownst to consumers and investors—this update was also designed to throttle the performance of older model phones.  iOS 11.2 affected not only the iPhone 6S and iPhone 6S Plus, but also the iPhone 7 and iPhone 7S, which had only been on the market for one year.

**3.    Consumers Accelerate Purchases of New iPhone Models in 2017 Believing Their Existing, Older iPhones Are Obsolete, Leading to Record Revenues and "Double Digit" iPhone Growth in the Second Half of Calendar 2017**

123.    Before Apple admitted to the throttling in December 2017, iPhone consumers who had downloaded the Updates were left with iPhones with degraded performance running at what appeared to be slower speeds.  With no straight answers from the Company, many

1    consumers assumed their older iPhones had become obsolete and flocked to Apple stores to get

2    newer models.  But this was not sustainable demand.  Instead, it was driven by the concealed

3    slowdown of older iPhones, a practice Apple continues to this day, and customers prematurely

4    being forced to upgrade to the latest series of iPhones when their existing phone's performance

5    deteriorated.

6         124.    As a result of Defendants' fraudulent scheme, during 2017, Apple reported record

7    upgrade rates, strong demand, and all-time record revenue for the iPhone.  For example, on

8    August 1, 2017, Apple released its financial results for its third quarter of fiscal 2017 ended June

9    30, 2017 announcing earnings and revenue above analyst estimates.   Defendant Cook

10   highlighted strong consumer demand for the iPhone 7 released in September 2016, as well as

11   favorable consumer upgrade rates, stating: "*iPhone results were impressive with especially*

12   *strong demand at the high end of our lineup*. *iPhone 7 was our most popular iPhone and sales*

13   *of iPhone 7 Plus were up dramatically compared to 6s Plus in the June quarter last year*. *The*

14   *combined iPhone 7 and 7 Plus family was up strong double digits year over year.*"  Cook also

15   noted that "*upgraders through both for the quarter and actually for the full fiscal year to date*

16   *was our highest ever*."  Undisclosed to consumers and investors, however, was that: (1) these

17   "record" upgrades were driven by the concealed slowdown of older iPhones and customers

18   prematurely being forced to upgrade to the latest series of iPhones when their existing iPhone's

19   performance deteriorated; and (2) the risk that this posed to Apple's revenues and demand for

20   iPhones if customers found out about Apple's practice of throttling phones.

21        125.    On November 2, 2017, Apple released its results for its fourth quarter of fiscal

22   2017 ended September 30, 2017, announcing earnings and revenue above analysts' estimates.

23   Apple also reported sequential iPhone unit sales growth of *14 percent*. Defendant Maestri was

24   quoted lauding the results: "Apple's year-over-year revenue growth rate accelerated for the

25   fourth consecutive quarter and drove EPS growth of 24 percent in the September quarter."

26   Defendant Cook stated:

27              *This was our biggest year ever in most parts of the world with all-*
               *time record revenue in the United States, Western Europe,*
28             *Japan, Korea, the Middle East, Africa, Central and Eastern*

1
2
3
4

*Europe and Asia. We had particularly strong finish this year, generating our highest September quarter revenue ever as year-over-year growth accelerated for the fourth consecutive quarter*. Revenue was $52.6 billion, above the high end of our guidance range, and up 12% over last year. We generated revenue growth across all of our product categories and showed all-time record results for our Services business.

5   126.    Undisclosed to consumers and investors, however, was that: (1) these "*all-time*

6   *record*" revenues and "*double-digit*" growth in upgrades were driven by the concealed slowdown

7   of older iPhones and customers prematurely being forced to upgrade to the latest series of

8   iPhones when their existing phone's performance deteriorated; and (2) the risk that this posed to

9   Apple's revenues and demand for iPhones if customers found out about Apple's practice of

10   throttling phones.

11
12

    **4.    Throttling of iPhone Performance is Linked to Aging Battery Life Limitations By Independent Research and Social Media Posts in December 2017**

13   127.    On December 9, 2017, an independent investigation revealed that Apple's

14   software updates were, in fact, the cause of the slowdown in older model iPhones.  More

15   importantly, the investigation revealed that the slowdowns were not device-related, but *battery-*

16   *related*.  Therefore, simply replacing the iPhone's battery would rectify the issue, regardless of

17   whether it was an older model iPhone.

18   128.    On December 9, 2017, a Reddit user by the handle "TeckFire" posted online

19   benchmarks (measurements of the speed with which a phone's processor performs its

20   computations) of his iPhone 6 operating on its old battery, and again after he had replaced it with

21   a new battery. The iPhone's processor's speed increased more than 50%. This was incongruous:

22   a new battery alone should not have had any impact on the processor speed.[43]

23   129.    On December 18, 2017, spurred by the ensuing discussion from TeckFire's post,

24   John Poole, a software engineer at Primate Labs in Canada, published a report based on an

25   analysis of 100,000 iPhones and concluded that the decrease in performance of the affected

26

27
28

---

[43] Reddit Thread, PSA: iPhone slow? Try replacing your battery!, https://www.reddit.com/r/iphone/comments/7inu45/psa_iphone_slow_try_replacing_your_battery/.

CORRECTED CONSOLIDATED AND AMENDED CLASS ACTION COMPLAINT
FOR VIOLATION OF THE FEDERAL SECURITIES LAWS [CASE NO. 19-CV-02033-YGR]

46

iPhones was caused by the iOS 10.2.1 and iOS 11.2 updates, and not the normal decreased function that would be caused by an aging battery.[44]  As Poole explained, "where the peaks happen represents the cluster of phones running at that particular performance level. And the height of the peaks (in blue) represents the relative frequency of benchmarks being performed at that performance level."[45] This translates to a real loss of performance. For example, "the iPhone 6s is slowed down by nearly 60%." This "effectively turns the device's performance into that of a device 1-2 generations older."[46]

### 5. Apple Finally Admits that Aging Batteries and iOS Updates Were the Cause of iPhone Throttling

130.    On December 20, 2017, in light of the emerging consumer outrage at the revelation that Apple had intentionally throttled the performance of older iPhones, the Company publicly admitted that it had deliberately throttled the performance on some iPhones purportedly to save on battery life and avoid unexpected shutdowns.  But the Company continued to deny it had ever done anything to intentionally shorten the life of its iPhones.  Apple explained that new batteries would solve this problem.  Attempting to deflect attention from its misdeed and in connection with its December 2017 "revelations," it also asserted: "We now believe that another contributor to these user experiences is the continued chemical aging of the batteries in older iPhone 6 and iPhone 6s devices, many of which are still running on their original batteries."[47]

131.    Apple competitors, including HTC and Motorola, quickly came out with statements boasting that, unlike Apple, they did not throttle their phones' processor speeds as their batteries age.

---

[44] Poole, John, *iPhone Performance and Battery Age,* Primate Labs (Dec. 18, 2017), https://www.geekbench.com/blog/2017/12/iphone-performance-and-battery-age/. *See also* Testimony of John Poole to House of Commons Standing Committee on Industry, Science, and Technology (Mar. 1, 2018).

[45] Santos, Paulo, *Apple: All You Wanted to Know on the iPhone Throttling Scandal,* Seeking Alpha (Dec. 26, 2017), https://seekingalpha.com/article/4133931-apple-wanted-knowiphone-throttling-scandal.

[46] *Id.*

[47] MacDailyNews, *Apple apologizes for poor communication about iPhone batteries and performance; slashes battery replacement cost from $79 to $29,* MacDailyNews (Dec. 28, 2017), https://macdailynews.com/2017/12/28/apple-apologizes-for-poor-communication-about-iphone-batteries-and-performance-slashes-battery-replacement-cost-from-79-to-29/.

1    132.    Following the admission by Apple, customers became angry that the Company

2    had not disclosed, when it first released the update, that to prevent the shutdown issue, it would

3    instead throttle (or slow down) the phone when too much demand was placed on the battery.

4    133.    This has led to a loss of credibility and trust in Apple by otherwise loyal

5    consumers, despite Apple's efforts to spins its throttling actions as pro-consumer in its public

6    statements since the admission of throttling.

7    134.    Until Apple disclosed its battery throttling in December 2017, the market was not

8    aware that Apple had been essentially slowing down its iPhones, through routine software

9    updates, in order to encourage consumers to upgrade to new iPhones believing that their older,

10   slower iPhones were obsolete.

11   135.    While this phenomenon, known in the industry as "planned obsolescence," had

12   been whispered about for years, Apple's admission in December 2017 blatantly exposed the

13   practice whereby companies design products only to last a certain amount of time in order to sell

14   newer models to those same consumers, thereby encouraging customers to upgrade their

15   products sooner than necessary.

16   136.    Indeed, undisclosed to consumers was the fact that Apple's iPhone batteries

17   deteriorated well before the phone's hardware became obsolete, and that each battery had a

18   limited number of charges (supposedly, somewhere between 400 to 500 charges) before phone

19   performance was significantly affected. Consumers, not knowing all they needed to do was

20   replace their iPhone batteries, flocked to upgrade their iPhones in 2017, when the batteries'

21   performance became less than optimal.

22   137.    Once exposed, Apple promised investors and Congress in early 2018 that it would

23   not need to throttle later-generation iPhone models (the iPhone 8, 8 Plus, and X) due to a

24   different performance management system in those models that supposedly allowed iOS to

25   anticipate and avoid unexpected shutdowns.

26

27

28

1

2

    **6.**  **Apple Offers $29 Battery Replacements In an Effort to Win Back Customer Goodwill**

3

   138.  On December 28, 2017, in an effort to retain customer goodwill, Apple

4

announced that starting in late January 2018, the Company would offer a $50 discount for out-of-

5

warranty iPhone battery replacements, charging $29, down from $79, for anyone with an iPhone

6

6 or later whose battery needed to be replaced.  This discount was available worldwide through

7

the end of December 2018.  Media outlets questioned whether this last ditch effort by Apple

8

could "fully undo the reputational damage Apple has suffered following the discovery that its

9

software slowed the performance of phones with aging batteries."[48]

10

   139.  On May 24, 2018, after customers who paid full price for a battery expressed

11

outrage, Apple announced it would offer a $50 credit to customers who paid full price for an out-

12

of-warranty battery replacement for iPhone 6 or later iPhone completed at an Apple authorized

13

service location — Apple Store, Apple Repair Center, or an Apple Authorized Service Provider

14

between January 1, 2017 and December 28, 2017 (which is when the battery replacement

15

discount was announced).

16

    **7.**  **Apple's Offer of Discounted Battery Replacements in 2018 Leads to Reduced Demand for iPhone Upgrades as Consumers Delay Purchasing Next Generation of iPhones**

17

   140.  In January 2018, *The Washington Post* advised consumers to "run, don't walk" to

18

19

an Apple Store to replace the battery in a 2016-era iPhone 6, 6s, SE, or 7. It reported long lines

20

of consumers in stores waiting for battery upgrades for these models.[49]

21

   141.  Unfortunately for battery-depleted consumers, Apple initial supplies of

22

replacement batteries at Apple Stores and Resellers were limited and customers faced long wait

23

times and even wait-lists.  Moreover, Apple invalidated its warranties, and refused to honor the

24

$29 replacement offer, if iPhone owners had already installed third party replacement batteries in

25

the interim, or used non-Apple-authorized vendors for an immediate fix.

26

27

  [48] Morris, David, *Apple, Responding to iPhone Battery Controversy, Cuts Replacement Cost to $29,* Fortune (Dec. 30, 2017).

28

  [49] Fowler, Geoffrey, *Run, don't walk, to replace your iPhone battery for $29,* The Washington Post (Jan. 4, 2018).

142.     Indeed, media reports indicated that Apple sent internal communications to Apple Stores informing them that battery replacements would be extremely limited until late March or early April 2018.

143.     On April 15, 2018, in a Deutsche Bank report titled, "A weekly take on Apple news" Deutsche Bank stated:

> 9to5Mac reports that unprecedented demand for iPhone battery replacements is forcing the company to shift AppleCare staff and external contractors into retail store locations. The surge in replacement battery demand follows the price cut in the service in December, in the wake of the report Apple deliberately slowed the performance of older iPhones.

144.     Indeed, until approximately May 2018, Apple Stores and Apple Authorized Service Providers faced extended shipping delays for replacement batteries, leaving many iPhone customers waiting months for a replacement battery.

145.     Once the extended shipping delays were relieved, many iPhone customers continued to participate in the battery replacement offer and thus, were less inclined to upgrade to a new iPhone, especially with some new models costing up to $1,449.  Once Apple made iPhone batteries cheaper and easier to replace, fewer people were willing to upgrade to the new iPhones in 2018.

146.     Moreover, Apple's battery replacement program got customers thinking of their smartphones less as a disposable good to be replaced every two years, and more as an investment that can be repaired and restored to extend its useful life:

> Smartphone technology has plateaued, and the trend is for us to hang on to our phones longer. This means repairs and replacements are going to become increasingly worthwhile. Apple should be more upfront in telling its customers what they can do to keep their current handset alive, rather than only pushing them toward an upgrade. . . .Changes to how Apple advertises battery replacements would encourage us to think about our smartphones differently. Not as disposable items (an approach that's causing huge environmental damage) but as something closer to a car: a useful object that can and should be maintained. [50]

---

[50] Vincent, James, *I got my iPhone's battery replaced, and I'm angry Apple didn't tell me to sooner,* The Verge (Mar. 1, 2018), https://www.theverge.com/2018/3/1/17066242/iphone-battery-replacement-slowing-old-phones-waste-repair.

147.    Notwithstanding long waits and shipping delays, consumers took advantage of Apple's one time $29 battery replacement offer.  John Gruber, writing for Daring Fireball reported in January 2019 (after the Class Period), that, based on information from Apple insiders, the Company ultimately replaced 11 million batteries under its $29 battery replacement program, compared to its normal replacement rate of 1-2 million battery replacements per year.[51] According to analysts, this was the equivalent of approximately 5% of total iPhone unit volume in 2018.

### 8.    Apple's Surreptitious Throttling Causes Consumers in China to Flock to Competitors

148.    Beginning in 2016, Chinese consumers complained about a multitude of problems with Apple iPhones, most notably, the battery. Chinese consumer agencies brought concerns about the iPhone's battery to the direct attention of Apple.  For example, in November 2016, the China Consumer Association ("CCA") requested that Apple investigate the reported problems related to the abnormal automatic shutdown of the iPhone 6 and iPhone 6s series phones.  Apple responded by "telling the state-run ThePaper.cn news site that it was working to help a small number of consumers and said it was in contact with government agencies— presumably the CCA—to assist customers."[52]  Soon after, the CCA met with Apple "to discuss the iPhone's mysterious battery drain problem."[53]

149.    As set forth above, in a statement available only in Mandarin on Apple's Chinese Support page starting on or about December 1, 2016, the Company said that a "small number of

---

[51] Gruber, John, *On Apple's $29 iPhone Batttery Replacement Program And Its Role In Their Earnings Miss,* Daring Fireball (Jan. 14, 2019), https://daringfireball.net/linked/2019/01/14/iphone-batteries-and-apples-quarterly-miss.

[52] Cendrowski, Scott, *Apple Faces a Tough Chinese Consumer Agency Over iPhone Battery Fail,* Fortune (Nov. 17, 2016).

[53] Horwitz, Josh, *Apple met with Chinese regulators to discuss the iPhone's mysterious battery drain problem*, Quartz (Feb. 10, 2017), https://qz.com/907453/apple-met-with-chinese-regulators-to-discuss-the-iphones-mysterious-battery-problem/.  In October of 2018, the China Consumers Association again contacted Apple, urging them "not to shirk responsibility and play down its security loopholes in digital payment following reported financial loss by users. China media reported some 700 Chinese users claim their Apple IDs were hacked by third parties who made unauthorized payments." Hong'e, Mo, *China Consumers Association urges Apple to face security complaints*, ECNS (Oct. 19, 2018), http://www.ecns.cn/news/cns-wire/2018-10-19/detail-ifyyzeyv7660194.shtml.

1   customers" with phones outside of the affected range have also "reported an unexpected

2   shutdown," and that "these shutdown conditions may be normal." Apple also mentioned that "to

3   gather more information, we'll add an additional diagnostic feature to the iOS software update

4   released next week. This feature collects information over the next few weeks that may help us

5   improve the algorithms used to manage battery performance and shutdown operations."[54]

6        150.   In December 2017, Apple began offering, in China and Hong Kong, battery

7   replacements at a 60% discount.  This came as a result of Chinese "public outcry over iPhone

8   slowdowns. . . . Apple users have been complaining that a software update of iPhone 6 and

9   following models caused their phones to slow down, and many believe it was deliberately done

10  by the company to drive new sales."[55]

11       151.   Moreover, consumers were not satisfied with a replacement fix.  Chen Jian,

12  director of CCA's legal and theoretical research department, stated that Apple should give

13  consumers a more comprehensive solution, instead of a stopgap measure like the battery

14  replacement. Jian "stressed that if defects in a product are caused by the manufacturer, then the

15  company should provide a holistic solution."[56]  He went on to describe that the Chinese public

16  had lost faith in Apple, and emphasized that "in the absence of prior notification of the

17  weakening batteries, consumers would inevitably question Apple's motives."[57]

18       152.   In a January 15, 2018 article titled "China Consumer Group Seeks Answers From

19  Apple About Slowing iPhones," *CNBC* stated, "The Shanghai Consumer Council, a non-

20  government organization approved by the Chinese authorities, said [in 2017 that] it had received

21  2,615 complaints about Apple products and services."[58]

22

23     [54] *Apple addresses iPhone 6s battery issue for China customers,* Tech2 (Dec. 5, 2016),
    https://www.firstpost.com/tech/news-analysis/apple-addresses-iphone-6s-battery-issue-for-china-
24  customers-3693655.html.
       [55] Xinhua, *Apple drops battery replacement prices in 2018*, China.org.cn (Dec. 29, 2017),
25  http://www.china.org.cn/business/2017-12/29/content_50176806.htm.
       [56] *Apple breached good faith: consumer group head*, People's Daily (Jan. 5, 2018),
26  http://en.people.cn/n3/2018/0105/c90000-9312067.html.
       [57] *Id.*
27     [58] *China consumer group seeks answers from Apple about slowing iPhones*, CNBC (Jan. 15
    2018), https://www.cnbc.com/2018/01/15/apple-iphone-software-updates-will-slow-down-older-
28  iphones.html.

153.    An editor at the state-run *People's Daily* further discussed consumer dissatisfaction stemming from the iPhone's battery issues and failed solutions, stating that "Apple has become wilier and more arrogant now.  It should rethink what it should protect – user experience or commercial profits.  Excellent user experience is the biggest reason for Chinese consumers to trust Apple."[59]  As a result of the iPhone shutdowns, the battery throttling, and the ineffective replacement program, Chinese consumers lost faith in Apple, and Apple consequently lost market share to Chinese competition—getting displaced as a top-two market share leader by Huawei.[60]



154.    In 2018, the Shanghai Consumer Council demanded answers from Apple regarding slowing phones after it received "consumer feedback that old iPhones became sluggish after upgrading the software to iOS 10.2.1"[61]

155.    Additionally, throughout 2017 and 2018 competitors in China (and elsewhere) took advantage of Apple's disclosure that it had been throttling older iPhones.

---

[59] Chen, Celia, *Apple offers battery replacement discounts in China and Hong Kong after admitting to slowing down older iPhones*, South China Morning Post (Dec. 29, 2017), https://www.scmp.com/tech/social-gadgets/article/2126142/apple-offers-battery-replacement-discounts-china-and-hong-kong.

[60] Rapoza, Kenneth, *Huawei Has Taken Over Apple's Market Share In China; It Will Get Worse*, Forbes (May 2, 2019).

[61] *China consumer group seeks answers from Apple about slowing iPhones*, CNBC (Jan. 15 2018), https://www.cnbc.com/2018/01/15/apple-iphone-software-updates-will-slow-down-older-iphones.html.

(a)     For example, Huawei tweeted on Oct 25, 2018: "We would never slow our phones down to force an upgrade. We're proud our new #HuaweiMate20Pro is #BornFastStaysFast - just like every other phone in our range.  #NeverSlowDown."

(b)     Other companies like HTC and Motorola, respectively, said in response to questions about throttling, that it "is not something we do," and  "[w]e do not throttle CPU performance based on older batteries."[62]

(c)     In response to questions regarding throttling, an LG spokesperson stated, "Never have, never will! We care what our customers think."[63]

(d)     Samsung also denied throttling: "Product quality has been and will always be Samsung Mobile's top priority. . . . We ensure an extended battery life of Samsung mobile devices through multi-layer safety measures, which include software algorithms that govern the battery charging current and charging duration. We do not reduce CPU performance through software updates over the lifecycles of the phone."[64]

### 9.     Regulatory Proceedings, Consumer Litigation, and Other Investigations into Batterygate

156.    Shortly after Apple's December 2017 disclosure that it had intentionally throttled iPhones, regulators in Brazil, Canada, Israel, China, Italy, France, and South Korea, announced they had launched independent investigations into whether Apple's conduct was fraudulent.

157.    Additionally, on January 30, 2018, *Bloomberg* reported that both the Securities and Exchange Commission and the Department of Justice were independently investigating Apple for how it disclosed information related to its software update.  The DOJ was reportedly looking into whether Apple violated the securities laws by not disclosing that it was slowing older iPhone models.[65]  In connection with the announcement of those investigations, Apple

---

[62] Tracy, Phillip, *No, Samsung and LG don't throttle their devices like Apple,* The Daily Dot (Dec. 29, 2017), https://www.dailydot.com/debug/android-slow-down-phones/.

[63] *Id.*

[64] *Id.*

[65] Winkelman, Steven, et al., *Performance dip on your iPhone? Here's everything you need to know,* Digital Trends (May 9, 2018), https://www.digitaltrends.com/mobile/apple-iphone-battery-performance-dip/.

1    represented:  "*As we told our customers in December, we have never -- and would never -- do*

2    *anything to intentionally shorten the life of any Apple product, or degrade the user experience*

3    *to drive customer upgrades.*"  Apple claimed the throttling updates were intended to help

4    prevent iPhones with older batteries from shutting down unexpectedly.[66]

5         158.    The Company also faced Congressional and Senate Proceedings and is still facing

6    Consumer Litigation relating to Batterygate.[67]

7         159.    On October 24, 2018, Italian regulators, who had been investigating Apple, fined

8    the Company €5 million, finding that Apple had "implemented dishonest commercial practices"

9    by implementing the iPhone slowdowns, which ultimately pressured consumers to prematurely

10   replace their devices.  Apple was fined an additional €5 million for failing to give consumers

11   basic information about the batteries in the iPhones, such as the average lifespan and

12   replacement procedures.

13        **10.    Despite Statements to the Contrary, Apple Continues to Throttle its**
               **iPhones Throughout 2018 and 2019**

14

15        160.    Since 2013, Apple has routinely released its new generation of iPhones during its

16   first fiscal quarter. For this reason, iPhone revenues are markedly higher during the first fiscal

17   quarter versus the Company's other three quarters.

---

[66] Carson, Erin, *Apple responds to US probes of iPhone slowdown,* CNET (Jan. 31, 2018), https://www.cnet.com/news/apple-iphone-battery-slowdown-doj-sec/.

[67] A multi-district class action litigation against Apple is currently pending in this District, captioned *In re: Apple Inc. Device Performance Litigation*, No. 18-md-02827.

1
2
3
4
5
6
7
8
9
10
11
12



13      161.    Although Apple's practice of throttling older iPhones and its $29 battery

14  replacement program were both revealed at the end of Q1 FY18 (in December 2017), it wasn't

15  until the next upgrade cycle, in Q1 2019 (ended December 31, 2018), that Apple really felt the

16  impact, in the form of drastically reduced iPhone revenues, especially in China, of its

    surreptitious throttling during 2017.[68]

17      162.    Following the disclosure of the throttling of older iPhones and the announcement

18  of the $29 battery replacement program, Apple led the market to believe it had only throttled

19  certain older iPhone models with degraded batteries. When specifically asked if Apple engaged

20  in "planned obsolescence" of older iPhones, the Company adamantly denied that throttling was

21  part of its product cycle, and never indicated that it planned to continue throttling all models of

22  iPhones.

23
24
25
26
27
28

---

[68] In February 2018, in connection with the Company's release of its financial results for Q1 FY 18, Apple provided lower than expected revenue guidance for Q2 FY18, attributable, in part, to lower unit sales for iPhones. For the second through fourth quarters of fiscal 2018, iPhone unit sales were consistently lower than analysts projected.

1

2

         (a)       **Apple Tells Congress in February 2018, It Won't Throttle its Newest Model iPhones**

3

       163.    Following the disclosure of its throttling, on January 9, 2018, U.S. Senator John

4

Thune (R-S.D.), the Chair of the Commerce, Science, and Transportation Committee, sent Apple

5

a letter seeking transparency from the Company regarding the details of Apple's decision to

6

throttle the iPhone 6 and SE.  In an article for *Tech Crunch* titled, "Senator John Thune has some

7

questions for Apple," Jordan Crook noted that, "Apple wasn't completely transparent with users

8

and is now dealing with the consequences," and that "Senator Thune wants answers from Apple

9

by January 23."  One of the answers Senator Thune sought from Apple in his bid for

10

transparency was whether Apple planned to throttle the latest generation of iPhones – the iPhone

11

8 and iPhone X, which had just been released a few months prior.

12

       164.    On February 6, 2018, Apple released the Company's response (dated February 2,

13

2018) and rather than provide Senator Thune, or the market, with a transparent answer about its

14

need or desire to continue throttling its iPhones, Apple continued to mislead the market

15

regarding the Company's practice of deliberately throttling iPhones. In the letter, Apple

16

represented that the iPhone 8, 8 Plus, and X "include hardware updates that allow a more

17

advanced performance management system that more precisely allows iOS to anticipate and

18

avoid an unexpected shutdown."  While Apple did not detail what exactly those "hardware

19

updates" were, it explained that they would help prevent battery shutdowns, which purportedly

20

was the reason why Apple had throttled iPhone speeds in the first place. A Company support

21

page doubled down, suggesting a "different performance management system that more

22

precisely allows iOS to anticipate and avoid an unexpected shutdown" for the recent iPhone

23

models.  This led the market to believe that Apple would not continue to throttle its iPhones, and

24

certainly would not throttle the newly released iPhone 8 and iPhone X.

25

       165.    On February 6, 2018, 9to5Mac published an article by Chance Miller titled

26

"Apple: iPhone 8 & iPhone X include 'hardware updates' to handle battery & throttling issues."

27

In that article, Miller noted that Apple's Letter to Senator Thune represented a "change in tone

28

from Apple's original announcement that it slows down iPhones in correlation with battery

1   wear." When Apple first addressed the throttling controversy, the Company noted that the

2   iPhone 7 was already being throttled and that the Company planned to throttle other products in

3   the future. However, according to Miller, Apple's response to Senator Thune "implie[d] that the

4   newer iPhones have improved power management hardware" and would not require throttling.[69]

5       166.    On February 8, 2018, *Forbes* published an article by Gordon Kelly titled "Apple

6   'Confirms' New iPhones Have a Great Secret Feature." In that article, Kelly noted that in an

7   Apple support document, "Apple has stated that the headline-grabbing battery and performance

8   problems which have seen it face numerous class action lawsuits and enquiries from

9   governments around the world, will not affect the iPhone X, iPhone 8 and iPhone 8 Plus." Kelly

10  described Apple's attempt to convince the market that the iPhone 8 and X models would not be

11  throttled as "an essential promotional message for Apple to get across to those who may be

12  questioning the long-term value of such a significant investment." Somewhat prophetically,

13  Kelly concluded that, "**if Apple is playing a trick here, it would only come back to hurt the**

14  **company long term. And with three flagship iPhone X models arriving in 2018 at even**

15  **higher prices, blowing its reputation for short-term gain is the last thing Apple needs**."

16          **(b)    In Reaction to Negative Publicity, Apple Releases a Software**
                **Update to Allow Users to Disable Throttling in Older iPhones**
17

18      167.    On or about March 29, 2018, Apple released iOS 11.3 for iPhone 5S and later

19  models, which provided, among other things, the ability to disable performance throttling on

20  older iPhones whose batteries have degraded. According to media reports, this feature was the

21  result of heavy criticism and bad press that Apple faced when it was discovered that the prior

22  iOS updates automatically slowed down peak processor performance in some iPhones to prevent

23  unexpected shutdowns. With the new software update, customers were given the option to

24  disable all throttling no matter the age of their iPhone's battery. According to Apple, the

25  performance management feature is disabled until the phone first experiences an unexpected

26  shutdown.

27  ───────────────
    [69] Miller, Chance, *Apple: iPhone 8 & iPhone X include 'hardware updates' to handle battery*
28  *& throttling issues,* 9to5Mac (Feb. 6, 2018) https://9to5mac.com/2018/02/06/iphone-8-iphone-x-throttling/.

**(c)      In October 2018, Apple Releases a Software Update that Throttles iPhone 8, 8 Plus, and iPhone X**

168.      Within a month of the release of the iPhone XS and XS Max, consumers learned that throttling was, in fact, a part of Apple's normal practice.

169.      On or about October 30, 2018, Apple released its iOS 12.1 software update which, contrary to prior representations, included code designed to slow down the iPhone 8, 8 Plus, and iPhone X smartphones.[70]  This change, again unannounced and previously unknown to the market, was silently included in the 12.1 update to iOS 12, putting the iPhone X, iPhone 8, and iPhone 8 Plus on the same footing as older iPhones.

170.      Tucked away in the release notes of the iOS 12.1 update, in a section marked "Other improvements and fixes," Apple noted that the addition to the code:

> Adds a performance management feature to prevent the device from unexpectedly shutting down, including the option to disable this feature if an unexpected shutdown occurs, for iPhone X, iPhone 8 and iPhone 8 Plus.

As set forth herein, "performance management feature," is a euphemism for throttling or slowing down the phone.

171.      Since the December 2017 admission, the Company has maintained that all of its products include "fundamental performance management" functionality to protect its components. An Apple support page explaining the feature said the following about the iPhone 8 and later devices:

> iPhone 8 and later use a more advanced hardware and software design that provides a more accurate estimation of both power needs and the battery's power capability to maximize overall system performance. This allows a different performance management system that more precisely allows iOS to anticipate and avoid an unexpected shutdown. As a result, the impacts of performance management may be less noticeable on iPhone 8 and later. Over time, the rechargeable batteries in all iPhone models will diminish in their capacity and peak performance and will eventually need to be replaced.

---

[70] Spence, Ewan, *Apple Adds Performance Management To Throttle iPhone X Battery,* Forbes (Oct. 31, 2018).

172.    However, with the release of iOS 12.1 on October 30, 2018, this same Apple support page was quietly updated with the following (with emphasis added to show the new devices):

> Additionally, users can see if the performance management feature that dynamically manages maximum performance to prevent unexpected shutdowns is on and can choose to turn it off … This feature applies to iPhone 6, iPhone 6 Plus, iPhone 6s, iPhone 6s Plus, iPhone SE, iPhone 7, and iPhone 7 Plus. **Starting with iOS 12.1, iPhone 8, iPhone 8 Plus, and iPhone X include this feature, but performance management may be less noticeable due to their more advanced hardware and software design.** [71]

173.    When the update was released on October 30, 2018, and the public learned about it over the next few days, the market became aware that Apple could not be trusted to provide fulsome and truthful disclosures about the iPhone's hardware, battery, or operating system. Further, while there had been negative reaction worldwide to Apple's disclosure of throttling, Chinese consumers were particularly vulnerable to churn as they had an unprecedented number of better priced smartphone options available to them.  Had Defendants actually thought throttling was a positive thing for consumers, they would have told Senator Thune that the iPhone 8 and X (and all subsequent iPhones models) would be throttled for the benefit of consumers. Instead, Defendants deliberately misled Congress and the market on this issue.

174.    According to media reports, while battery degradation is inevitable, it was Apple's lack of transparency and silent addition to its software code, in January 2017, and again, on October 30, 2018 that made consumers wary. "If *The Verge* and eagle-eyed users didn't catch the change in Apple's support page, few might have noticed."[72]

175.    According to an October 31, 2018 article in *Forbes* titled, "Apple Adds Performance Management To Throttle iPhone X Battery":

> We've been here before. This is Batterygate cut and pasted for the 2017 iPhone family. . .

_____

[71] Porter, Jon, *Last year's iPhones get controversial processor throttling feature after all,* The Verge (Oct. 31, 2018), https://www.theverge.com/circuitbreaker/2018/10/31/18047174/iphone-x-8-plus-performance-throttling-battery-management-ios-12-1-update.

[72] Torres, JC, *iPhone X, 8, and 8 Plus get throttling "feature" in iOS 12.1,* Slash Gear (Nov. 1, 2018), https://www.slashgear.com/iphone-x-8-and-8-plus-get-throttling-feature-in-ios-12-1-01552300/.

1

2

3

4

5

6

7

> Curiously, Apple has previously stated that the 2017 handsets (the iPhone 8, 8 Plus, and iPhone X) would not need this feature. Macworld's Michael Simon: 'At the time, Apple told Senator John Thune that its newest phones didn't need the same performance management feature because "iPhone 8, iPhone 8 Plus, and iPhone X models include hardware updates that allow a more advanced performance management system that more precisely allows iOS to anticipate and avoid an unexpected shutdown.'
>
> Yet here we are. So is this redundancy to protect the circuitry with an extra fail-safe mode, are the more advanced systems not working correctly, or does Apple still have a problem with ageing batteries? Apple is not commenting.

8

9

10

11

12

13

14

15

176.    On October 31, 2018, *The Verge* published an article by Jon Porter titled "Last year's iPhones get controversial processor throttling feature after all."  In that article, Porter noted that Apple "previously said 'hardware updates' made [the iPhone 8 and X] less prone to battery degradation."  Porter discussed the effect of the throttling on the iPhone 8 and X and noted that the update would "dynamically throttle[] the phone's processor as its battery degrades over time to stop the handset from randomly shutting down," though the feature can be turned off.  Porter noted that the update was contrary to what "Apple has told US senators [in] that 'hardware updates' meant that the [throttling] feature isn't as necessary on its newest phones."[73]

16

17

18

19

20

21

22

23

177.    On November 1, 2018, the *Daily Mail* published an article by Annie Palmer titled "Outrage as Apple reveals it could slow down iPhones bought just a YEAR ago because of 'degrading batteries.'"  In that article, Palmer noted that some users had already begun to complain of iOS 12.1 impacting their phone battery.  She also noted that  it was "unclear how users can turn off the performance management feature" and even a writer for *Gizmodo* was not able to find the find option in the Battery menu.  Palmer also quoted several Twitter users expressing their displeasure with Apple and the update.  Notably, Palmer stated: "As many have noted, the latest update proves that Apple isn't going to stop throttling iPhones anytime soon."

24

25

26

27

28

---

[73] Porter, Jon, *Last year's iPhones get controversial processor throttling feature after all,* The Verge (Oct. 31, 2018), https://www.theverge.com/circuitbreaker/2018/10/31/18047174/iphone-x-8-plus-performance-throttling-battery-management-ios-12-1-update.

1   Further, she noted that "Apple will likely extend the feature to the iPhone XS, iPhone XS Max
2   and iPhone XR."[74]

3       178.    On November 1, 2018, *The Inquirer* published an article by Roland Moore-Colyer
4   titled "iOS 12.1 brings Apple's CPU throttling 'feature' to the iPhone 8 and iPhone X."  In that
5   article, Moore-Colyer pointed out that the iPhone 8 and iPhone X received the throttling update
6   "despite Apple's earlier claims that its previous-gen phones wouldn't need the deliberate
7   processor down-clocking."  He also noted that "[f]or people who have a problem with such
8   performance throttling, [the throttling] will feel like a slap in the chops," and that even if the
9   throttling were not viewed as a net negative, "Apple had kept the feature under wraps which
10  landed it in hot water for seemingly lying to its users."[75]

11      179.    On November 3, 2018, *Wired* published an article by Brian Barrett titled "Apple
12  Will Keep Throttling iPhones With Old Batteries. Here's How to Stop It."  In that article, Barrett
13  noted that "controversy stirred as Apple acknowledged that it had, in fact, purposefully inhibited
14  iPhone performance when the battery neared the end of its useful life" and that Apple was
15  continuing the practice.  Barrett stated that when Apple released the iOS 10.2.1 throttling update,
16  that Apple "forgot the important step of making it extremely clear to tens of millions of iPhone
17  owners that an invisible boot would slam on the brakes as the battery aged."  Barrett also noted
18  that current iPhone users could still take advantage of the discounted battery replacement rather
19  than buy a new phone.

20      180.    While not all customers were upset with Apple for throttling, many were and still
21  more did not understand the implications for iPhones currently being throttled or iPhones that
22  might be throttled in the future.  In addressing the throttling of the iPhone 6 and SE by iOS
23  10.2.1, and iPhone 7 by iOS 12.1 in December 2017, Apple falsely gave the public the

24  _____

25  [74] Palmer, Annie, *Outrage as Apple reveals it could slow down iPhones bought just a YEAR ago because of 'degrading batteries,'* Daily Mail (Nov. 6, 2018),
26  https://www.dailymail.co.uk/sciencetech/article-6342945/Apple-throttle-phones-degrading-batteries-turn-feature-off.html.
27  [75] Moore-Coyler, Roland, *iOS 12.1 brings Apple's CPU throttling 'feature' to the iPhone 8 and iPhone X,* The Inquirer (Nov. 1, 2018),
28  https://www.theinquirer.net/inquirer/news/3065512/apple-adds-cpu-throttling-feature-to-iphone-8-and-iphone-x-with-ios-121.

1   impression that throttling was a practice limited to older phones, and a practice that would not

2   continue in the future.

3   181.   But continue it did.  As recently as September 2019, when Apple released iOS

4   13.1, Apple updated its iPhone Battery and Performance support page to inform users that the

5   iPhone XS, XS Max and XR also would be throttled, noting: "iPhone XS, iPhone XS Max and

6   iPhone XR include (the power management feature) starting with iOS 13.1" which launched on

7   September 24, 2019.[76]

8          **(d)    The Chinese Market's Response to Apple's Continued
                     Throttling**

9

10   182.   Consumers in China were acutely aware of Apple's failure to provide adequate

11   disclosure regarding the throttling updates.  For example, between November of 2017 and

12   January 8, 2018, the Shanghai Consumer Council received more than 300 consumer complaints

13   regarding Apple's throttling of iPhones.  Additionally, some Chinese consumers even went so far

14   as to form an "Anti-Apple Alliance," which criticized Apple for slowing down iPhones and

15   called on fellow Chinese consumers to boycott Apple products and services.

16   183.   On November 15, 2018, Euromonitor International, a market research blog, noted

17   that recent consumer trends in China are driven by millennials and generation Z.  In summarizing

18   a whitepaper, that blog noted that those groups of consumers expect transparency and

19   accountability from companies in regards to their environmental and social impact.  Further,

20   these younger consumers, "have a stronger sense of China pride, requiring brands to take this

21   into account in their marketing strategy."

22   184.   Further complicating matters in China was that Apple's already stiff competition

23   smelled blood in the water.  During the calendar year 2018, Huawei released 26 smartphones

24   ranging in price from just over $100 to $2,000.  Huawei regularly touted the battery life of its

25   new offerings, as well as the features of the various phones, including the dual SIM card.

26   Additionally, Vivo released 24 smartphones during 2018, Xiaomi released 21 smartphones, and

27
28   [76] Peterson, Mike, *iOS 13.1 May Throttle iPhone XS, XS Max and XR Performance,*
     iDropNews (Sept. 23, 2019), https://www.idropnews.com/news/ios-13-1-may-throttle-iphone-xs-
     xs-max-and-xr-performance/118284/.

Oppo released 19 smartphones.  Similar to Huawei's offerings, these smartphones provided Chinese consumers with a variety of feature options and price points not found with Apple and the iPhone.

185.    On June 27, 2018, *PC Mag* published an article by Rob Marvin titled "4 Tech Giants Are Eating Up China's Smartphone Market."  Notably, Apple was not one of those "giants."  In fact, the article referred to Apple as a smaller vendor in China, and noted that "China's smartphone market is increasingly dominated by four big players: Huawei, Oppo, Vivo, and Xiaomi."  While the Chinese smartphone market as a whole was shrinking, Apple saw an even more pronounced decline in the market as Xiaomi "leapfrogged" over Apple into fourth place based on the strength of its Q1 2018 shipments.  Marvin also noted that the remaining market share for smartphone for manufacturers outside the top four had "declined by a steep 15 percent year over year, from 42 percent in Q1 2017 to 27 percent in Q1 2018.[77]



186.    Apple had essentially been relegated to an also-ran in the Chinese market heading into Q1 2019.  The Company needed to keep the throttling update under wraps for as long as

[77] Marvin, Rob, *4 Tech Giants Are Eating Up China's Smartphone Market,* PCMag (June 27, 2018), https://www.pcmag.com/news/362084/four-tech-giants-are-eating-up-chinas-smartphone-market.

1    possible as it knew the Chinese market would have a particularly negative reaction to learning

2    that Apple was throttling yet another year's worth of smartphones.

3        187.    Apple's regular practice of deliberately throttling the phones released the prior

4    year was fully exposed in Q1 FY19 when iPhone users, and Android users considering a switch

5    to Apple, decided not to purchase new iPhones during the upgrade cycle.  While Apple captured

6    sales from some early adopters prior to the revelation, within four days of the iPhone XR's

7    release, consumers understood that iPhones would always be throttled.  While Apple lost out on

8    prospective purchasers of the most recently released iPhones, it also lost customers that might

9    have purchased an iPhone 8 or X if the iPhone XS, XS Max, or XR were not innovative enough,

10   which by nearly all accounts they were not.

11       188.    The realization that Apple was not being honest with consumers and would

12   continue to throttle phones, despite purported innovations in hardware that were supposed to aid

13   in the phone's performance, turned off a significant number of customers.  Additionally,

14   considering the lack of innovation from the iPhone X to the XS and XR, consumers had little

15   reason to believe that the iPhone XS and XR would not be throttled when it was time to

16   introduce Q1 2020's iPhones.

17       189.    In China, various media outlets reported on consumer displeasure with Apple's

18   throttling of the iPhone 8 and X.  For example, on November 1, 2018, when *PingWest*, a Bejing-

19   based media outlet, reported that Apple's latest software update would throttle the iPhone 8 and

20   X, hundreds of Chinese consumers left comments.  For example, one consumer from Jinan noted

21   that they "already kn[ew] how disgusting Apple is," and that they would "never buy another

22   iPhone."[78]  Also on November 1, 2018, a blog published to the *Bubble Network* noted that

23   Apple's explanation on throttling did not "satisfy" them as it was "inconsistent with Apple's

24   letter to Congress in February this year, when Apple said that new devices such as the iPhone

25   X/8/8P did not slow down."  The post prompted a consumer from Bejing to comment that

26   Apple's software updates were "intended to slow down old iPhones," and were a "scam."  The

27

28   ───────────────────────────
     [78] *Apple admits that iOS 12.1 starts iPhone X and CPU speed limit,* Ping West (Nov. 1, 2018),
     http://dy.163.com/v2/article/detail/DVH84TST0511844G.html.

1    consumer continued by stating: "All users have the right to sue Apple and ask for a full

2    refund!!"[79]

3            190.    On November 2, 2018, *Foresight Network* published an article titled "Got

4    Cheated! The iPhone X, which was just bought a year ago, was exposed to a 'speed-down gate'

5    after the system was updated."  In that article, *Foresight Network* noted that after the iOS 12.1

6    update released on October 30, 2018, "the debate over Apple's decision to reduce the

7    performance of the iPhone has surfaced again."  The article noted that Apple had "previously

8    said that there is no need to add 'performance management capabilities' to the latest phones,"

9    and that the "controversy has led many to accuse Apple of 'deliberately aging phones,' forcing

10   users to buy new phones." The article also noted: "As many have pointed out, the latest update

11   proves that Apple will not stop limiting iPhones in a short period of time."  The article also laid

12   out a timeline of what *Foresight Network* dubbed the "Battery Gate" event:

13           December 2017: Apple was forced to apologize because users
             found that Apple's phones have been throttling due to battery
14           power drops. The company began offering discounts on battery
             replacement.
15
             January 2018: Apple faces several class actions for "batterygates".
16
             February 2018: Apple claims it does not need to limit the
17           performance of the iPhone 8 and iPhone X.

18           March 2018: iOS 11.3 has the option to turn off performance
             management.
19
             October 2018: Apple was fined $5.7 million by the Italian antitrust
20           agency for this restriction.

21           November 2018: The new version of iOS 12.1 was found to have
             throttling capabilities.[80]
22

23

24

25

26   [79] *Real hammer! Apple admits that it has been negatively optimized for iPhone X/*. *Netizen:
     Is it speed limit?,* Bubble Network (Nov. 1, 2018),
27   https://t.cj.sina.com.cn/articles/view/1662223823/631385cf00100coe0.
     [80] Got Cheated! The iPhone X, which was just bought a year ago, was exposed to a "speed-
28   down gate" after the system was updated., Foresight Network (Nov. 2, 2018),
     http://dy.163.com/v2/article/detail/DVK1UBBI051480KF.html.

(e)        **Effect of Throttling on iPhone Demand**

191.    Apple showed an awareness that there would be some reaction to its misleading practices by giving guidance well below market expectations on November 1, 2018.  What Apple knew in giving that guidance that the rest of the market failed to appreciate due to Apple's obfuscation, however, was that its sales would not be able to meet the already lowered guidance as consumers absorbed the news of the throttling and either purchased a phone from a competitor or simply replaced their battery (the $29 battery replacements were available through the end of December 2018).  The risk that Apple's biggest quarter of the year would fall flat due to the Company's continued practice of throttling phones was known to Apple, but not fully appreciated by the market until Apple's downward revision for Q1 FY19 revenue on January 2, 2019.

192.    The market was not in a position to immediately appreciate the full effect that the throttling update , iOS 12.1, would have on sales.  Defendants had repeated opportunities during the Class Period to provide the market with sufficient information to appreciate that Apple iPhones would be throttled *ad infinitum*, but failed to timely provide the market with such information while deliberately misleading investors.

F.      **China's Economy Worsens in 2018**

193.    Beginning in mid-2018, China's economy began to slow, driven in part by the country's rising debt levels and the escalating trade war with the United States. Nevertheless, Defendants concealed the true impact this slowdown would have on sales of iPhones in China, where, as detailed above, Apple has, for years, faced increased competition from local smartphone manufacturers who sell more affordable smartphones and offer comparably priced phones with much better features. These more reasonably-priced smartphones became especially appealing to Chinese consumers as the Chinese economy slowed and consumer confidence waned which caused consumers to become more price-sensitive.

194.    On June 14, 2018, the *New York Times* reported that "the Chinese economy show[s] signs of slowing," in part driven by China's "ever-rising debt." These concerns were

1    echoed on June 20, 2018, when *CNN Business* reported that "[i]n recent weeks, concerns have

2    been mounting that growth in the world's second-biggest economy is cooling faster than

3    previously expected," explaining further that "[o]fficial economic data for last month showed

4    that growth in important areas like exports, investments by companies and consumer spending all

5    declined compared with the same month a year ago."[81]  The article also reported analysts as

6    stating that "[e]conomic growth [in China] appears likely to weaken further over the second half

7    of the year," attributing the slowdown to the "Chinese government's push to rein in the huge

8    levels of debt in the country, which have risen sharply since the global financial crisis a decade

9    ago."

10          195.    This slowdown had a demonstrable impact on consumer spending. For example,

11   on August 8, 2018, *Bloomberg* reported that "Chinese car sales slumped for a second consecutive

12   month as a slowing economy and a tit-for-tat trade war with the U.S. kept consumers away from

13   showrooms."

14          196.    Likewise, on August 22, 2018, the *New York Time*s published an article titled

15   "China's Consumption Downgrade: Skip Avocados, Cocktails and Kids," which highlighted a

16   growing cultural trend in China amidst its slowing economy whereby consumers began to cut

17   back on spending: "Welcome to China's 'consumption downgrade' culture, a potentially

18   worrisome development for Beijing and the world. . . . China's consumer culture has by no

19   means ground to a halt. But in the streets and on the Chinese internet, the talk is about cutting

20   back in ways big and small." The article continued:

21               A Chinese consumption downgrade could be felt around the world.
               Chinese spenders have been a key driver of their country's
22               economic growth in recent years. China, in turn, has played a
               major role in global growth. Chinese consumers help global
23               companies like Apple, General Motors, Volkswagen and many
               others. A consumption downgrade could also embolden Mr. Trump
24               in his trade fight with China, as he gambles that Beijing can't take
               much more economic damage.
25

26

27

28   ───────────────
     [81] Shane, Daniel, *China's economy shows signs of slowing. A trade war won't help*, CNN
     Business (June 20, 2018).

1
2
3

> On paper, the Chinese economy looks strong. Look closer, and the cracks begin to show. Retail sales this year have grown at their slowest pace in more than a decade. Wages in the private sector are growing at their slowest pace since the global financial crisis. The stock market has fallen by one-fifth.

4
5
6
7
8

197.   *The Wall Street Journal* also reported on the Chinese "consumption downgrade," stating as follows in a September 24, 2018 article: "[L]ocal chat rooms are alight with talk of a Chinese 'consumption downgrade.' After years of analyst enthusiasm for the country's rising consumer class and the companies that serve it, should investors be worried? In short, yes—although less than "downgrade" implies."[82]

9
10
11
12
13

198.   On September 24, 2018, *CNBC s*imilarly reported about the slowdown of China's economy and the impact on consumer retail spending.[83] The article highlighted "slowing investment [and] mounting debt" in the Chinese economy and revealed that "China has been trying to move toward economic growth that's led by consumers, but data on consumption has been mixed," with monthly retail sales slowing.

14
15
16
17
18
19
20
21
22
23
24

199.   News reports revealed that luxury companies (and the analysts covering them) grew concerned about the impact that weakened Chinese consumption would have on these companies' financial results. For example, *the Financial Times* reported on October 10, 2018, that "concerns about the Chinese consumer in the wake of results from LVMH weighed on the luxury sector," quoting an analyst at Citi who stated that "[s]ector related concerns on the sustainability of Chinese consumption are unlikely to fade away quickly."[84]  This same article also revealed that these concerns began to arise as early as the summer of 2018: "Luxury stocks have lagged behind the wider market during the summer, as fears have built not only over the resilience of Chinese demand for luxury goods in an era of trade wars and foreign exchange volatility, but also over another crackdown by Beijing on 'parallel markets.'" Apple—which, as

25
26
27
28

---

[82] Taplin, Nathaniel, *Are China's Consumers in Trouble?*, Wall Street Journal (Sept. 24, 2018).

[83] Xin En Lee, *Trump's tariffs threaten China's economy. It already has cracks*, CNBC (Sept. 24, 2018), https://www.cnbc.com/2018/09/24/trumps-trade-war-threatens-chinese-economy-china-already-has-cracks.html.

[84] Rutter Pooley, Cat, *Chinese consumption concerns weigh on luxury groups*, Financial Times (Oct. 10, 2018).

Case 4:19-cv-02033-YGR   Document 98   Filed 01/15/20   Page 76 of 196

detailed herein, has slowly increased the price of its iPhones to more than $1,000—has been frequently described as a company "transforming itself into a luxury brand"—a transformation that became even more pronounced with the release of its most expensive iPhones in September 2018.[85]

200.    On November 29, 2018, *Bloomberg* reported continued weakness in consumer confidence amidst China's slowing economy, stating: "Companies that depend on China's consumers have for months had to contend with a notable slowdown in spending. The latest earnings season has uncovered another big worry."[86] The article highlighted that waning consumer confidence caused consumers to become more price sensitive, quoting Wang Zeuha, an analyst at *Horizon Insights* in Shanghai, who stated: "Consumers are now more sensitive to price increases than they were, and are really taking a more pragmatic 'more bang for buck' approach to spending, as the outlook for the economy becomes less optimistic." In addition, Bloomberg noted that increased competition in China had also put pressure on companies targeting Chinese consumers:

> "Not only is the outlook for household consumption pressured, but companies targeting the Chinese consumer are being faced with an ever-growing wall of competition," said Eleanor Creagh, a strategist for Saxo Capital Markets who predicts China's economic slowdown will roll into next year. That "will continue to dent margins," she predicted.

201.    Notwithstanding the reported news of China's worsening economy, throughout 2018, Apple repeatedly dismissed analysts' concerns about its iPhone business in China and failed to disclose, among other things, that iPhone demand in Greater China was declining and was expected to continue to deteriorate long term due to a confluence of factors including: (i) macroeconomic and geopolitical issues in China as well as trade tensions and a worsening economy, (ii) Apple's disclosure of throttling of iPhones during the Class Period more negatively

---

[85] Wolverton, Troy, *Apple's $1000 iPhones are turning it into a luxury brand—and it could lose a whole generation of customers*, Yahoo! Finance (Sept. 16, 2018), https://finance.yahoo.com/news/apple-apos-1-000-iphones-120000035.html.

[86] Sofia Horta e Costa, *China's Frugal Consumer Squeeze Margins, Hammering Stocks*, Bloomberg (Nov. 29, 2018), https://www.bloomberg.com/news/articles/2018-11-29/the-battle-to-attract-chinese-consumers-is-hammering-stocks.

CORRECTED CONSOLIDATED AND AMENDED CLASS ACTION COMPLAINT                    70
FOR VIOLATION OF THE FEDERAL SECURITIES LAWS [CASE NO. 19-CV-02033-YGR]

affected the perception of the Company in Greater China, and (iii) severe competition in the Chinese smartphone market which was negatively impacting demand for iPhones and decimating Apple's pricing power in the smartphone market in Greater China, one of Apple's most important growth markets.  For example:

(a)      On May 1, 2018, Defendant Cook represented that the iPhone X was **"the most popular smartphone in all of China last quarter**," and boasted that he was not "**buy[ing] the view that the [smartphone] market's saturated. I don't see that from a market point of view or -- and certainly not from an iPhone point of view**." (¶ 328).

(b)      On May 1, 2018, during an interview with CNBC's Josh Lipton and Jim Cramer, Lipton asked Defendant Cook: "You talked about Greater China, can you walk us through demand trends in mainland China?" In response, Cook stated: "Yes, iPhone X was the most popular smartphone in all of China last quarter. **So that is a powerful statement I think when we have the very top phone being the most popular smartphone there. The demand trends are 21 percent revenue there is powered by three main areas — iPhone, of course, is growing. In order to grow 21 percent at the country level in Greater China you have to grow really well at the iPhone level.**"  (¶ 332).

(c)      In June and July 2018, when discussing the effects on Apple of the US-China trade war, Cook never once mentioned that Apple would be indirectly affected by China's worsening economy and the trade war, and instead (i) boasted about Apple's "**double-digit growth in Greater China**," due, in part to increased iPhone market share, and (ii) boasted how Apple had escaped the first three tariffs imposed in 2018.  (¶¶ 346-47 & 354).

(d)      In response to a question on November 1, 2018 from Wamsi Mohan about "deceleration in some of these emerging markets," which the Company mentioned as affecting the quarter, Defendant Cook maintained that the issues were in other emerging countries, **not China**, and that Apple was somehow immune from that trend:

> *In relation to China specifically, I would not put China in that category. Our business in China was very strong last quarter.* We grew 16%, which we're very happy with*. iPhone, in particular, was very strong double-digit growth there.* Our other products

1    category was also stronger, in fact, a bit stronger than even the . . .
2    overall company number.  (¶ 386).

3    202.    However, as demonstrated by the Company's disclosure on January 2, 2019, a
4    slowing economy in China and weakened consumer confidence had a pronounced impact on
5    sales of the new, high-priced iPhones that Apple released in September and October 2018
6    (iPhone XS, MS Max and XR). Indeed, post-Class Period reporting specifically tied Apple's
7    weak results for 1Q FY19 to these issues (as well as others detailed herein).

8    203.    For example, on January 3, 2019, the *Financial Times* published an article by
9    Yuan Yang titled "Why Apple is struggling in China," which noted that Apple had positioned
10   itself in China as "an aspirational, luxury brand" and faced difficulties in the country on several
11   fronts.  First, consumer confidence in China was shaken, and the economic slowdown hit the
12   smartphone market particularly hard.  Second, Chinese competitors, "led by Huawei and Xiaomi,
13   have eaten into Apple's market share" with Huawei surpassing Apple to become the second
14   largest smartphone maker behind Samsung.  Ms. Yang discussed the advantage that Apple's
15   Chinese competitors have established on both price and in innovation, two important factors for
16   Chinese consumers.  Third, some analysts believed that the tensions between China and the
17   United States had an outsized effect on Apple based in part on a "surge in patriotism since the
18   beginning of the trade battle." [87]

19   204.    These general economic pressures exacerbated Apple's issues in the country and
20   the effect of the battery issues.  On January 3, 2019, John Lim published an article for *Mashable*
21   *SE Asia* titled "Apple: Cheap battery replacements are to blame for poor iPhone sales."  In the
22   article, Lim discussed the decreased demand for iPhones in China and noted that in 2017 "Apple
23   was caught red-handed intentionally throttling older iPhone models to compensate for batteries
24   that caused the phones to unexpectedly shut down."  While Lim mentioned other contributing
25   factors for the lagging demand, he also singled out the throttling and subsequent battery

---

[87] In addition, at least one employer banned employee use of new Apple iPhones.

1  replacement program as potential reasons for the dwindling of iPhone sales in the Chinese

2  market.[88]

3        205.    On January 5, 2019, the *New York Times* published a piece by Yuan Ren titled

4  "Why My Chinese Dad Switched from an iPhone to a Huawei."  Ren noted that Apple was

5  losing the upscale market in China and that the Company's attempt to lure high end customers

6  with "feature[s] focused not on user experience but on aesthetics" was no longer working.  She

7  also noted that Huawei's "popularity among the wealthy and business class [in China] has shot

8  up in recent years" leading many to switch from Apple to Huawei.

9        **G.    Statements By Former Apple Employees and Others With Knowledge**
         **Confirm that During the Class Period, Defendants Meticulously Tracked: (i)**
10       **iPhone Sales Data (including in China); (ii) Lengthening iPhone Upgrade**
         **Cycles; and (iii) how the $29 Battery Replacement Program Would Affect**
11       **iPhone Upgrade Cycles**

12             **1.    Confidential Witnesses**

13       206.    CW-1 was in Supply and Demand Management at Apple from July 2017 to

14  October 2018. CW-1 worked out of the Company's corporate headquarters on the iPhone team

15  working on new product introductions. CW-1 advised that Apple's Supply and Demand

16  Management team that he was a part of covered new products worldwide.  CW-1 stated that

17  when he began in July 2017, Apple was working on the launch of the iPhone 8, 8 Plus and X.

18  After the launch of those phones, his team shifted to the 2018 launches.

19       207.    CW-2 worked in Apple's Worldwide New Product Introduction ("NPI") Product

20  Launch Readiness from January 2017 until-April 2019.  CW-2 worked in another product

21  development position prior to that.  As a member of Worldwide NPI Product Launch Readiness,

22  CW-2 was responsible for overseeing readiness with all Apple products including the iPhone.

23  CW-2 was part of Apple's "SOS" (Sales and Operations Support) department, and more

24  specifically a team called "Readiness" within SOS.  CW-2 advised that his boss (name not

25  provided) reported first to Deidre O'Brien, Current SVP of Retail and People, but then in the

26

27        [88] Lim, John, *Apple: Cheap battery replacements are to blame for poor iPhone sales,*
28  Mashable (Jan. 3, 2019), https://sea.mashable.com/tech/1729/apple-cheap-battery-replacements-
    are-to-blame-for-poor-iphone-sales.

summer of 2018, O'Brien was promoted and then his boss reported to Donal Conroy, Current Vice President of Finance who reported ultimately to COO Jeff Williams.  According to CW-2, Operations is run by Williams and that SOS (initially run by O'Brien and then Conroy) falls under operations and then Sales Demand Management ("SDM") and Product Launch Readiness ("PLR") fall under the SOS organization.  CW-2 further advised that SDM is in charge of forecasting and PLR made sure that the product was ready.  CW-2 also explained that SDM tracked the China sales numbers as a part of forecasting and that Apple had a department within SDM called Reseller Ops, or "RO."

208.    CW-3 was a Senior Manager, Pacific Retailer Operations at Apple from March 2016 to April 2018, based in Singapore.  CW-3's responsibilities included preparing communications for the launch of iPhones with Apple's resellers (retailers) in Asia, including its stores in China.  Through his position, CW-3 had access to data Apple used to gauge the Asian market.

209.    CW-4 worked in Strategic Deals at Apple from July 2017 to March 2019.  Prior to that position, CW-4 worked as a Financial Analyst in iPhone retail sales from 2014 to July 2017, and before that, in tooling operations from August 2012 to 2014.  During his time in Strategic Deals, CW-4 reported to Aseem Gupta, Manager Strategic Deals and Software Licensing.  As part of his job as a Financial Analyst in iPhone retail sales, CW-4 analyzed different iPhone sales programs, including Apple's financing plan for iPhone purchases.  According to CW-4, Apple's financing plan was implemented to replace financing by customers' phone carriers. CW-4 worked on the cost-benefit analysis of the Apple financing plan, comparing Apple's costs to offer the plan with the profit generated from iPhone sales through the plan.

210.    CW-5 was involved with Apple's "B2B Solution Direct Sales" in Shanghai between January 2014 and February 2018. According to CW-5, the B2B Solution Direct Sales group generated between 13% - 45% of Apple's total sales in Greater China depending upon the time frame.

211.    CW-6 was a former Apple employee in Shanghai between July 2015 and August 2018. His last role at Apple was as a Client Manager. As a member of Apple's Marketing Department in China, CW-6 had access to sales information including preorder data.

212.    CW-7 was a former employee of Apple in Jiangsu, China from before the Class Period starts through August 2018. His last role at Apple was as a Regional Operations Manager.

213.    CW-8 was a former employee of Huawei in Shenzhen, Guangdong between August 2017 and February 2019. CW-8's last role at Huawei was as a Marketing Strategy Manager.

214.    CW-9 was a former resourcing planning leader at Foxconn Shenzhen facility from September 2016 to March 2019.  During the Class Period, Foxconn was a large manufacturer and the biggest assembler of Apple's products, including its iPhones, with at least five factories in China.

215.    CW-10 was a former automation specialist at Foxconn's Zhengzhou Facility between December 2014 and April 2019.   During the Class Period, Foxconn was a large manufacturer and the biggest assembler of Apple's products, including its iPhones, with at least five factories in China.[89]

### 2.    Apple tracked "unbricking" of new iPhones

216.    CW-3 explained that when a new iPhone is turned on for the first time, it transmits a signal to Apple alerting the Company that the phone has been "unbricked."  CW-3 confirmed that Apple tracked the unbricking process to gauge the rate at which phones  were selling. According to CW-3, "We can get a sense of if phones are being purchased and activated" and "selling or not selling."  CW-3 stated that Apple also tracked the unbricking data for demo iPhones sent to resellers for display in their stores to track to what degree resellers were pushing the iPhone products to sell.  According to CW-3, a low percentage or slow progression of unbricking would indicate that the demo phones were not being placed out for display.  Thus, according to CW-3, Apple would know "if resellers didn't want to put [the iPhones] out on the

---

[89] According to media reports, Foxconn's Zhengzhou facilities, dubbed Apple's "iPhone City," is the biggest iPhone factory in the world.

shelves" for sale. ("If they are not out on shelves, who's going to buy them?").  CW-3 added, "If the unbrickings were going slowly, that would be a poor omen for our launch."

217.    According to CW-3, in the weeks after the launch of a new iPhone, the unbricking data was sent back to headquarters in Cupertino on a daily basis for high-level executives to review.  CW-3 was informed that the reports his group was preparing, including unbricking data from Asia, went all the way up to Deirdre O'Brien, Apple's VP of Worldwide Sales and Operations at the time.  CW-3 did not know if O'Brien received his group's daily reports, but he confirmed that, at a minimum, O'Brien received the weekly reports on Asia.

### 3.    Apple experienced declining iPhone demand in Greater China starting in 2017

218.    According to CW-3, after the launch of the iPhone 8 in September 2017, the unbrickings and unbricking data in Asia was slow.  CW-3's group discussed the slow unbrickings,  concerns about that unbricking data, and what Apple could do to enable more unbrickings.  CW-3 recalled there was "a fair amount of negativity going around" about the prospects of the iPhone 8 launch and anxiety among employees in Asia operations. According to CW-3, people did not think the iPhone 8 was as much of a change as previous new generation iPhones.  Indeed, CW-3 remembered there being a "lack of excitement" about the iPhone 8.

219.    CW-3 stated that to his surprise, Apple did not seem to activate any response to the slowing Chinese economy in 2017 and 2018, despite the fact that it was pretty well known that things were slowing down in China ("There was no effort in my view to close the gap.").

220.    CW-7 also confirmed a decrease of sales in iPhones since at least the end of 2017. CW-7 reported that this decline in iPhone sales was widely known within Apple as the Company did a significant amount of analysis between sales cycles where the decline of iPhone sales and Apple's competitiveness were clearly showcased.

221.    CW-7 stated that the release of the iPhone X suffered poor sales due to its high price compared to similar products released by competitors in China. According to CW-7, Apple's loss of market share increased in recent years, with Apple losing ground to competitors

1    such as Huawei and Vivo.  CW-7 noted that the decrease in iPhone sales intensified in June

2    2018.

3           222.    According to CW-7, competitor phones possessed the features the Chinese

4    consumers wanted.  For example, the iPhone XR which supported dual-sim cards was not done

5    well enough compared to competitors. CW-7 reported that competitors' phones in China such as

6    those made by Huawei and Vivo (which both supported dual-sim cards for their phones) had the

7    capability of accessing WeChat accounts in either sim card, while Apple iPhone XR was unable

8    to do this. CW-7 explained that a lot of people who wanted this dual-WeChat account feature did

9    not choose Apple's iPhones.

10          223.    During his tenure, CW-5 received reports illustrating sales figures for iPhones

11   including year-on-year sales growth or loss, "relationship revenue" (revenue made through

12   established clients and existing relationships), and other sales metrics. According to CW-5, these

13   reports (also called "recaps"), which he received weekly, were prepared by an internal team

14   within Apple which analyzed market and sales information.  CW-5 confirmed that according to

15   these reports, by December 2017, year-on-year loss for the Greater China region in "relationship

16   revenue" was at 16%, losses in Hong Kong were at 13%, losses in the Northern market in

17   Greater China were at 30%, and losses in the Southern market in Greater China were at 10%.

18   CW-5 reported that Apple's B2B Solution Direct Sales never hit any of the sales targets set by

19   the Company.

20          224.    According to CW-5, revenue forecasts for newly opened retail stores in Greater

21   China were all missed from September 2017 to January 2018. CW-5 stated that according to a

22   "Greater China 2018 Q1 score card," sales dropped across the board in Greater China for January

23   and February 2018, around the time when the iPhone X was newly available. CW-5 confirmed

24   that the "Greater China 2018 Q1 score card" showed year-on-year sales were all down, usually at

25   more than 30%; the lowest loss incurred by a store was 30%, while the largest loss for a store

26   was at 51%.

27

28

225.    According to CW-5, the B2B sales team did not care about iPhone unit sales, only about selling accessories and getting clients to sign on to Apple Care.

226.    CW-5 heard from a former Apple co-worker, in November 2018, that after he left, iPhone sales had continued to decline because, according to the colleague, Apple's product quality was declining. CW-5 also reported that many clients chose Huawei over Apple because Huawei was much faster and more flexible with product delivery and services.

227.    CW-6 reported that, prior to the launch of Apple's new iPhones in September 2018 (iPhone XS, XS Max, and XR), he noticed that, from his own personal experiences, pre-sale/intent to purchase numbers were low and not many clients were inquiring about the new iPhones. CW-6 stated that many times, his team had to make cold calls to existing and potential clients to try to solicit interest for the new iPhones.

228.    CW-6 confirmed that the Marketing Department in Shanghai held weekly meetings to discuss sales figures. According to CW-6, the weekly meetings were usually hosted by the sales managers who provided updated sales figures for their own teams, and would sometimes be attended by Apple's local Sales Director. CW-6 reported that at the weekly meetings, they had discussions regarding the decline in iPhone sales and why Apple was losing out to competitors in China. CW-6 stated before the weekly meetings, he would receive reports of both individual sales within the teams and region, as well as sales figures covering entire regions, including sales figures for Greater China.

229.    CW-6 confirmed that through retail store reports, company meetings called "town halls" and the retail store's daily download (a form of meeting), he believed he witnessed a decline in sales in Greater China. According to CW-6, the reports were generated domestically and contained global sales numbers from Apple's headquarters.

230.    According to CW-6, Apple was much more interested in building its "ecosystem," which meant selling Apple accessories, such as the Apple Watch, and Apple Care over promoting the iPhone.

231.     According to CW-6, there was a decline in iPhone sales because the new iPhone products (including the iPhone X) did not meet customer expectations. For example, the iPhone X did a poor job with facial recognition which Apple promoted as a huge feature. CW-6 also stated that there were a lot of people switching from iPhone to Huawei, simply because Huawei had a better camera. CW-6 stated that, in his opinion, Isabel Ge was hired by Apple to improve localization in China.  For example, it was Ge's idea to introduce the dual-sim card function in the iPhone XS.

232.     CW-6 confirmed that compared to its competitors, Apple was losing its market advantage. CW-6 observed this market share loss in internal reports published by Apple, as well as the Marketing Department's own analyses which showed that Apple had been losing market share to competitors such as Huawei. According to CW-6, the market share losses were also reported by Chinese managers to people at Apple headquarters.  CW-6 explained that some of the sales reports which illustrated a decrease in iPhone business in Greater China came directly from Apple's headquarters in California and that the figures illustrating declining iPhone sales and market share were available to absolutely everyone within Apple.  CW-6 noted that his team received reports regarding Apple's overall revenue in Greater China.  CW-6 stated that the Retail Department in Apple generated reports on the sale of individual types of products and both reports were visible to all employees in Apple.

233.     CW-2 advised that competitors such as Oppo and Huawei were getting significant market share over Apple in China and Asia Pacific because the Chinese were "trying to support their own [companies]"  and that this "nationalist spirit" contributed towards a decline in sales in China.  According to CW-2, another issue in China was that Apple's iPhones lacked the features that were desired by Chinese customers, such as the Dual SIM card.  CW-2 advised that internally Apple "knew demand [in China was] soft," and specifically about the iPhones lacking "differentiation," which was what the Chinese customers wanted.

234.     According to CW-8, Huawei had been Apple's primary competitor in China and had begun chipping away at Apple's market share several years prior to 2018. Other domestic

1   smartphone brands, such as Oppo and Vivo, aimed at a lower-tier market; their phones would

2   rarely be priced more than CNY 3,000 (USD $400).

3        235.    According to CW-8, it was widely known within Huawei that Apple's iPhone

4   sales were declining. CW-8 stated that at Huawei, they would analyze Huawei's outgoing

5   inventory each month, and CW-8 observed a consistent increase in these inventory. According to

6   CW-8, Huawei also would procure reports from third-party market analysts which primarily

7   focused on competitor data. CW-8 confirmed that in November 2018, Huawei could clearly see

8   from these market reports that Apple's iPhone sales had been significantly decreasing starting in

9   2018. According to CW-8, that was no surprise to Huawei because when Apple debuted their

10   new iPhones in September 2018, the new iPhones were almost the same as the prior iPhones

11   with close to no new innovation.  CW-8 confirmed that Huawei's phones sold very well starting

12   in September 2018, while Apple's iPhones sold poorly. According to CW-8, one reason Huawei

13   was more competitive was because its' phones had a better camera.

14        236.    According to CW-2, senior management at Apple knew China demand was soft

15   going into the first quarter of fiscal 2019.  CW-2 reported that internally at Apple there were

16   discussions amongst "everyone who had access to see China" sales, including himself, about

17   how "super soft" sales numbers were from China in the first quarter of fiscal 2019.

18           **4.**    **Apple Suppliers in China Experienced Decreased Orders and Slashed**
     **Forecasts for the iPhone during the Class Period**

19

20        237.    According to CW-9, Foxconn shut down iPhone production lines, and the

21   numbers of workers manufacturing iPhones at Foxconn, decreased in 2017 and 2018. CW-9

22   confirmed that the number of workers manufacturing iPhones decreased from 300,000 in 2017 to

23   230,000 in 2018, and he believed the number of workers would continue to drop in 2019. CW-9

24   reported that the Foxconn factory in Wuhan suffered the most, as all four production lines for

25   iPhones were shut down.  CW-9 opined that it was because the smartphone market was

26   saturated, and people were becoming more rational when purchasing smartphones.

27        238.    CW-9 confirmed that Apple launches two or three products every year and sets

28   sales forecasts one year before, and that such data normally would be released to Foxconn's sales

1    department for budgeting resources. CW-9 explained Foxconn can easily observe a drop in
2    iPhone sales.

3           239.    CW-9 added that in China, consumers no longer needed to queue up for Apple's
4    new iPhone, and an increasing number of consumers switched to Huawei in light of its excellent
5    functionalities and good pricing.

6           240.    CW-10 stated that iPhones reached record high sales in early 2016, after which
7    iPhone sales have been declining as reflected in the orders Foxconn received from Apple. CW-
8    10 corroborated that in 2017, based on reduced iPhone orders from Apple, one iPhone
9    production line was shut down in Foxconn's Zhengzhou facility, which led to a loss of over three
10   million iPhone orders, and more than 30,000 Foxconn employees were terminated.

11          241.    According to CW-10, the Marketing Business Department at Foxconn was in
12   charge of handling Apple orders and Foxconn budgeted its resources in advance based on pre-
13   orders received from Apple. CW-10 stated that employees at Foxconn were aware of the iPhone
14   order situation even though there were no official Foxconn announcements regarding the decline
15   in iPhone orders.

16          242.    According to CW-10, Foxconn received its fewest iPhone orders in 2018 and shut
17   down 2.5 iPhone production lines in Zhengzhou. CW-10 stated that he believed additional
18   Foxconn facilities in China were expected to lay off more workers in 2019 as a result of
19   additional iPhone order reductions from Apple. CW-10 explained that even though Foxconn
20   received orders from other customers in addition to Apple, losing orders from Apple had a
21   significant impact on Foxconn.

22          243.    According to CW-10, consumers were choosing domestic brands' smartphones
23   over Apple iPhone due to patriotism and the excellent functionalities of Huawei smartphones.

24          244.    CW-10 explained that peak season for smartphone sales in China usually occurs
25   in September or October when new products were released.

26

27

28

1

### 5.    Apple tracked lengthening smartphone and iPhone upgrade cycles

2    245.    According to CW-1, throughout his tenure at Apple, "forecasts were pulled back"

3    on new iPhones due to a slowdown in the global economy, lengthening upgrade cycles, and other

4    factors.  CW-1 advised that iPhone upgrade cycles at Apple had been lengthening during his

5    tenure as people were not upgrading their phones as quickly.  CW-1 confirmed that Apple's

6    battery replacement program impacted Apple's upgrade cycles because the main reason people

7    were upgrading their phones at the time was because their batteries were slowing down or

8    shutting down.  According to CW-1, "people are just not changing their phones every year like

9    they used to," and that a failing battery or system slowdown is the "only thing" that really causes

10    people to change their phone.  CW-1 also stated that "incremental technological improvements"

11    on Apple's new phones were not significant enough to motivate consumers to upgrade when the

12    only feature really improving on each new iPhone generation was the camera.

13    246.    CW-1 went on to say that in reference to the lengthening of the sales cycle, they

14    were able to see at Apple how sales were trending compared to the previous weeks as well as

15    compared to historical data, and that it was easy to see year-over-year comparisons, making

16    trends easy to see due to Apple's "rigid history."

17
18
### 6.    Defendants failed to disclose that the January 2017 software update would throttle iPhone battery performance and the risk this posed to the Company's future iPhone revenues

19    247.    In the fall of 2017, while in Strategic Deals, CW-4 worked on a software licensing

20    agreements relating to the source code for a benchmarking app that measured the speed at which

21    Apple products, including the iPhone, operated.  According to CW-4, the owner of the source

22    code for the benchmarking app (John Poole, the owner of Geekbench) subsequently put out a

23    public statement in December 2017 with speed measurements showing that Apple was slowing

24    down older iPhones and that the problem could be fixed by replacing the aging batteries. CW-4

25    reported that this statement prompted Apple to issue a public response and to initiate a battery

26    replacement discount program.

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### 7. Apple tracked how its battery replacement program would affect iPhone upgrade cycles

248.    CW-2 recounted internal discussions at Apple in late 2017, prior to the public disclosure, about how Apple had intentionally slowed down/throttled its iPhones. CW-2 reported that internally people knew that the throttling was being done, as the older phones could not keep up with the new releases of iOS software and could not keep up in general, and slowed down. CW-2 added that personnel in the Engineering and Product Development departments with Apple were even more familiar with the throttling. CW-2 recounted how there were "numerous conversations" within sales demand management about the disclosure of the throttling (aka "Battery-gate") and how it would impact demand for new iPhones and elongate the upgrade cycle going forward.

249.    CW-2 confirmed that there were "absolutely" internal conversations at the Company regarding elongated sales cycles and concerns about upgrade cycles being impacted by Apple's offer of discounted battery replacements.  CW-2 stated that the biggest reason that most people upgrade their phones is because of battery life, so the battery replacement program elongated the iPhone upgrade cycle. CW-2 reiterated how he was involved in many conversations about the elongated upgrade cycle or "super cycle" which he defined as "3 or maybe even 4 years" due to the lack of "feature jumps," storage on the phones getting bigger, and then the battery replacement option.

250.    CW-2 reported that Apple knew the battery replacement program hurt sales. CW-2 added that sales numbers around the world were not meeting goals and that the gap between the battery replacement numbers and missed sales was practically one-for-one.

251.    CW-2 also confirmed that Apple was "absolutely" tracking every single battery replacement.  CW-2 advised that battery replacements were tracked at the store level and he believed there was a tool built for corporate also to track the battery replacements.  CW-2 reiterated that at the store level, the battery replacement program was "absolutely tracking" every battery.  CW-2 explained that because of how many people came in to get their batteries replaced, Apple had to hire significantly more personnel at the stores to handle the battery

1   replacements. According to CW-2, Apple's personnel numbers increased to "holiday" levels

2   (referring to the Christmas holiday season) in an effort to manage how many people wanted to

3   take advantage of the discounted battery replacement program.

4          252.    CW-2 added that when the subsequent iPhone launch occurred in September

5   2018, internally it was a "talking point" about the impact of the battery replacement on the

6   upgrade cycle and part of the analysis of the sales numbers when they came in.  CW-2 explained

7   that the battery replacement program "threw a wrench" in Sales Demand Management's

8   forecasts.  CW-2 went on to say that he believes that the SDM team had access to the battery

9   replacement numbers given how they needed it to perform accurate forecasting for Q1'19 and

10  the launches.  CW-2 recalled how the replacements "spiked" as soon as Apple announced the

11  discounted program, and lasted for a while due to supply issues.

12         253.    CW-1 reported that a couple of weeks after the battery throttling announcement,

13  he attended an all-hands "state of the union" meeting with the Company's Supply and Demand

14  leadership where he specifically asked if the plan was to update Apple's forecasts since so many

15  people likely would be replacing their batteries "instead of buying new phones."  CW-1 stated

16  that in response, he was advised, in typical corporate speak, that "we will be alright."

17         254.    CW-1 confirmed that battery replacements were "definitely" being tracked in

18  2018.  According to CW-1, Apple "knew exactly how many batteries they replaced" and that

19  more customers replaced their batteries during this time.  CW-1 did not have access to the exact

20  battery replacement numbers as Apple is extremely siloed and the battery replacements were

21  being tracked by the Company's AppleCare division, in their logistics side of the business.  CW-

22  1 reported that the AppleCare department had an "army of people" tracking components and

23  managing the "logistics part of the business."  In terms of the Apple Care team, CW-1 reiterated

24  that they were responsible for logistics related to repairs and warranties so the battery

25  replacement program fell under their domain.  CW-1 explained that Apple tracked the battery

26  replacements at different levels, like store, city, and country, and you could "roll up" that data to

27  get the total batteries replaced.

28

255.     CW-4 stated that he believes the battery replacement program fell under the purview of the AppleCare team which handles technical problems with Apple products. According to CW-4, AppleCare transactions have designated codes to track detailed data about product repairs including the reason for the repair, such as water damage, a screen replacement or a full overhaul of a product.  During repair, Apple would also track information about the phone, how old it was, where it was purchased, where it was submitted for repair.  CW-4 believes that is how Apple tracked the number of battery replacements being handled. CW-4 also stated that it was unlikely Apple did not analyze how the battery replacement program was impacting sales. ("Something like this would absolutely be tracked and tried to be quantified around the impact of it.").

8.     **Apple's finance department tracked point of sales data for the iPhones (including in China) on a daily and weekly basis; Apple leadership received weekly sales reports**

256.     CW-1 reported that, in his experience, when new products were launched, Apple's forecasting was updated weekly and "borderline daily" during new product launches. CW-1 explained that when Apple opened "the flood gates," the Company was tracking sales hourly in "war room," which included various Apple department representatives like marketing, security, sales, operations, and demand planning. In the war room, you could see orders refreshing every couple of seconds so "you get a pulse of the excitement level."  CW-1 confirmed that Apple also tracks benchmarks relative to previous years' launches.  CW-1 added that Apple's internal systems that track iPhone sales during launches are built in-house for privacy and security reasons.

257.     According to CW-1, the Apple Supply and Demand team he was a part of, managed the Company's channels throughout the world, including China, and worked with Apple's regional teams. CW-1 explained that the worldwide team informs the regional team how many units they have available, and then the regional team allocates those units to their local partners and channels in their particular regions.  CW-1 advised that from a production standpoint, his team would look weekly to see if run rates in China were dropping off, so they

1    had a "pretty good pulse rather early." CW-1 explained that Apple was able to do a lot of things

2    internally from a production standpoint to control what was happening in each of its regions,

3    including China. For example, according to CW-1, Apple could hold more inventory and halt

4    production if they saw any slowdowns.

5         258.    CW-1 reported that when Apple is in the new product phase it tends to be very

6    ambitious on its forecasts, it secures high volumes, and then lowers production as demand comes

7    in. CW-1 had access to forecasts based on current run rates that allowed him to determine how

8    much stock was needed and if there was a need to produce more units. CW-1 recounted how if

9    he questioned anyone at Apple as to why a forecast was lowered, he would get "cryptic

10   answers."  CW-1 also advised that given that iPhones were such a big part of Apple, he would hit

11   "brick walls everywhere" when trying to get answers to questions such as declines in sales or

12   changing forecasts.

13        259.    CW-1 confirmed that CEO Tim Cook, CFO Luca Maestri and COO Jeff Williams

14   were "absolutely" receiving reports on Supply and Demand.  CW-1 recounted how he and his

15   colleagues "constantly" prepared reviews and trading summaries that went "straight to the top."

16   CW-1 confirmed that leadership from Supply and Demand (senior directors and above) met

17   every Friday with Defendant Cook to discuss a weekly "snapshot" of the state of the business –

18   which was 100 page slide deck.  The weekly snapshot detailed metrics such as run rates, sales,

19   forecasts, comps and trends. At those weekly meetings with Cook, senior leadership also would

20   discuss product lifetimes and volumes.  According to CW-1, Cook, Maestri and Williams also

21   would have been informed by Apple's Sales & Marketing group about the elongating iPhone

22   sales cycle.

23        260.    CW-2 confirmed that Apple tracked iPhone preorders and that as soon as

24   customers could preorder they assembled in a war room where they watched numbers tick on

25   individual SKUs and they could see which iPhones were selling well.  CW-2 advised the

26   customers could preorder after the products were announced and then Apple began shipping in

27   the third week of September.  CW-2 reported that the war room had people from many of

28

1    Apple's various departments including SOS, SDM, IT and BPR, as well as many of the senior

2    executives, including Angela Ahrendts (Former SVP of Retail Sales), COO Williams and CW-

3    2's boss.  CW-2 stated that Apple was getting hourly reports and non-stop emails and texts

4    regarding "how we are trending" and "real time updates."  CW-2 added the executives (including

5    Cook, Maestri and Williams) also received email updates.

6        261.    CW-2 went on to say that when the iPhone XS and XS Max launched in 2018, it

7    was clear that the numbers were softer then years past.  CW-2 recounted how everyone knew

8    that the upgrade cycles were elongating, customers were taking advantage of the battery

9    replacement program and customers were unimpressed with the new features offered on those

10   phones.  CW-2 advised that the 2018 iPhone launch definitely did not "break" any records for

11   Apple.

12       262.    CW-4 confirmed that Apple tracked specific data about iPhone sales and he

13   provided Apple leadership with guidance on how the program was doing.  One of the data points

14   CW-4 tracked was information about when customers returned their existing iPhone phones for

15   new ones.  According to CW-4, the Company looked at: a) how many people were upgrading; b)

16   when they were upgrading; c) which carrier the customers were with; d) whether customers were

17   making minimum payments on the financing plan, and e) the condition of the phones customers

18   returned when purchasing a new one.  CW-4 explained that Apple tracked carrier information to

19   ascertain whether one carrier's customers held on to their iPhones longer than others and also

20   looked at the "take rate" for Apple's financing plan compared to other ways that customers could

21   purchase their IPhones.

22       263.    According to CW-4, Apple tracked numerous data points about iPhone sales to be

23   used for financial analysis of different aspects of its business. CW-4 confirmed that sales data

24   was compiled and reviewed on a weekly basis. CW-4 stated that among other things, Apple

25   looked at total overall sales, how people were buying their phones, breakdown of customer

26   phone carriers, retail store sales versus online sales, comparisons of different regional markets,

27

28

1  sales in tax free stores versus taxed stores, and measured week over week, month over month,

2  and quarter over quarter sales trends.

3      264.    CW-4 explained that all of this data "gets rolled up into a weekly report that

4  would go to all the necessary decision makers" including managers, directors and VPs in finance,

5  sales, marketing and operations, and anyone else "who had involvement in the iPhone sales

6  process." CW-4 also reported that the sales team had weekly meetings to go over the sales data

7  with leadership, but CW-4 did not attend those meetings.

8      265.    CW-4 attended quarterly meetings for the iPhone retail finance team, during

9  which the quarterly sales data, its trends and comparisons to other quarters were reviewed. CW-4

10  confirmed that Nick Severino, Apple's VP of Finance (who reported to CFO Luca Maestri) also

11  attended those meetings.

12      266.    According to CW-4, Apple's finance team analyzed sales data in an effort to

13  provide leadership with a better understanding of how different stores, regions, marketing plans,

14  and promotional programs, among other aspects of the business, were doing. CW-4 noted that

15  Apple had a SAP system that maintained all the sales data and which company leadership could

16  access at any time. CW-4 reported that when putting together a forecast, financial analysts

17  migrated sales data from Apple's SAP system into a forecast modeling software system which

18  could also factor in other market data.  CW-4 confirmed that all sales reports and forecasts were

19  generated from data collected and tracked in the SAP system.

20      267.    CW-4 reported that Apple's finance team used the sales data to put together sales

21  forecasts for upcoming weeks, months, quarters and the year.  According to CW-4, demand

22  forecasting for the production of Apple products was handled by the Company's operations

23  department, but sales forecasting for "finished goods" was under the purview of the finance

24  department.   CW-4 confirmed that the weekly forecasts from finance would include adjustments

25  due to market changes or other issues identified during the weekly meetings and quarterly

26  reviews. CW-4 explained that the weekly forecast went up to senior Apple leadership, which

27  usually included Nick Severino.

28

1

2

## VI.   DEFENDANTS' MATERIALLY FALSE AND MISLEADING STATEMENTS AND OMISSIONS DURING THE CLASS PERIOD

3

### A.   Overview of Defendants' Fraudulent Conduct

4

268.   Lead Plaintiff alleges that the statements highlighted in ***bold and italics*** within

5

this section were materially false and misleading because, among other reasons, they omitted to

6

disclose material information of which Defendants were aware or were severely reckless in not

7

knowing.  As alleged herein, such statements artificially inflated or artificially maintained the

8

price of Apple publicly traded securities and operated as a fraud or deceit on all persons and

9

entities who purchased or otherwise acquired those securities during the Class Period. Because

10

Defendants chose to speak on the issues described below, it was important that they not mislead

11

investors or withhold material information.  As described below, Defendants created an

12

impression of a state of affairs at Apple that differed in a material way from the one that actually

13

existed.

### 1.   Third Quarter Fiscal 2017 Results  – August 1, 2017

14

269.   On August 1, 2017, after the market closed, Apple filed an 8-K containing a press

15

release and the Company's financial results for its third quarter of fiscal 2017 ended July 1,

16

2017, announcing earnings and revenue above analyst estimates.  Apple also provided revenue

17

guidance for the Q4 FY 17 of $49 to $52 billion.

18

270.   During the conference call held with analysts and investors that same day,

19

Defendant Cook trumpted consumer demand for the iPhone 7, as well as favorable consumer

20

upgrade rates, stating in pertinent part:

21

> iPhone results were impressive, with especially strong demand at the high end of our lineup. ***iPhone 7 was our most popular iPhone, and sales of iPhone 7 Plus were up dramatically compared to 6s Plus in the June quarter of last year***. The combined iPhone 7 and 7 Plus family was up strong double digits year over year. One decade after the initial iPhone launch, we have now surpassed 1.2 billion cumulative iPhones sold.

22

23

24

25

\*   \*   \*

26

> [F]rom an absolute quantity point of view, ***the upgrades for this fiscal year are the highest that we've seen*** and so we feel good about that.

27

28

CORRECTED CONSOLIDATED AND AMENDED CLASS ACTION COMPLAINT
FOR VIOLATION OF THE FEDERAL SECURITIES LAWS [CASE NO. 19-CV-02033-YGR]

89

1

* * *

2

> *I think the upgrade rate is a function of many, many different things*, from the size of the installed base, the age of the installed base, the product that is new at the time, the regional distribution, the upgrade plans that are in various markets around the world.

3

4

271.     Defendant Maestri also discussed the demand and sales growth of the iPhone,

5

stating in pertinent part:

6

> *iPhone sales were up year-over-year in most markets we track*, with many markets in Asia, Latin America, and the Middle East growing unit sales by more than 25%. We are very pleased with these iPhone results, especially considering the tough comparison to the June quarter last year when we launched iPhone SE.

7

8

9

> iPhone ASP was $606, up from $595 a year ago, thanks to *strong demand for iPhone 7 Plus*, which represented a higher percentage of the iPhone mix compared to the Plus model a year ago. . . .

10

11

272.     In response to a question from Shannon Siemsen Cross of Cross Research LLC

12

about Apple's business in China and the growth of Chinese app WeChat, Defendant Cook

13

addressed demand for the iPhone, and in China in particular:

14

> **Analyst:**

15

16

> Tim, could you talk a bit about what you're seeing in China? I think obviously, there's -- continues to be strong demand for smartphones but perhaps mix shift, I think you brought back the iPhone 6 this quarter to be a bit more price aggressive. And then can you just talk a bit about how you see that market developing with the growth of WeChat and some of the other developments that are happening there?

17

18

19

> **Defendant Cook:**

20

21

> If you look underneath the numbers, Mainland China was actually flat year-over-year during Q3. *And in constant-currency terms, we were actually up 6% in Mainland China. And so we're very encouraged by that* . . . iPhone was relatively flat year-on-year as the same sort of -- similar as the market was. *And so we see all of those as very encouraging signs*. . . . But what I *-- what we see in the mainland is definitely much more encouraging. It's interesting to note that upgraders through -- both for the quarter and actually for the full fiscal year to date was our highest ever. And so that we felt very good about.*

22

23

24

25

26

> *In terms of WeChat, the way that I look at this is because our share -- because iOS share is not nearly a majority of the market in China, the fact that a lot of people use that, it makes the switching opportunity even greater. And I think that's more the case than the risk that a lot of folks have pointed out.*

27

28

273.    In response to a question from Shannon Siemsen Cross of Cross Research about the installed base for iPhones, Defendant Cook boasted about Apple's upgrade rates as compared to the prior year:

> **Analyst:**
>
> Great. And then can you talk a bit about the composition of the installed base of iPhones at this point as obviously, we're coming close to a refresh? Just you brought in the iPhone SE. You've obviously had strength at the high end. I'm just trying to think about like what percent do you think have upgraded in the prior generation? Any color you can give us on that?
>
> **Defendant Cook:**
>
> *[F]rom an absolute quantity point of view, the upgrades for this fiscal year are the highest that we've seen* and so we feel good about that. *However, if you look at it from an upgrade rate point of view instead of the absolute number, the rate is similar to what we saw with the previous iPhones, except for iPhone 6, which as we called out in the past had an abnormally high upgrade rate.* We do think that based on the amount of rumors and the volume of them, that there's some pause in our current numbers. *And so where that affects us in the short term, even though we had great results, it probably bodes well later on*.

274.    In response to a question from Kulbinder S. Garcha of Credit Suisse about the sustainability of Apple's upgrade rate for iPhones, Defendant Cook pointed to the strength of demand for iPhones:

> *I think the upgrade rate is a function of many, many different things, from the size of the installed base, the age of the installed base, the product that is new at the time, the regional distribution, the upgrade plans that are in various markets around the world.* And so I think there's many, many factors in that it's not a simple thing that you can apply a set formula to -- or one variable or a couple of variable formula, in my opinion. And – but I think in general, because our installed base is -- was up strong double digit once again, there's a lot of factors that are very positive for us. *And between the upgraders and the switchers that we see and still -- the first-time buyer category is still out here, too, in several countries, including some that you may not think there is, there is still sizable base in some. Between those 3 areas, I think we have a lot of opportunity.*

275.    In response to a question from A.M. Sacconaghi of *Sanford C. Bernstein & Co.* about iPhone channel inventory, Defendant Maestri hailed the Company's performance in China:

"*I think in general, even the performance in China, Tim has mentioned it, we think that the*

1   *performance will continue to improve. So those are the drivers of our guidance range for the*

2   *quarter*."

3       276.   In response to a question from Brian John White from *Drexel Hamilton, LLC*

4   about the lack of real growth in the smartphone market and whether Apple could expand its unit

5   market share, Defendant Cook again highlighted demand for the iPhone:

6           *The answer to your first question is yes, I do think that we can*
7           *grow both in units and market share*. We don't predict those
        things. But yes, if you ask me what I think, that's what I think. And
8           so what are the drivers*? The installed base is growing. It's still*
        *growing very strongly. That will generate more upgrades over*
9           *time. I feel good about our ability to convince people to switch.*

10       277.   As a result of Defendants' misrepresentations and omissions, Apple's stock price

11   was artificially inflated and/or artificially maintained.  Indeed, following Defendants'

12   misstatements, Apple's stock price increased from a close on August 1, 2017 of $150.05 per

13   share to a close on August 2, 2017 of $157.14, an increase of $7.09 per share, or 4.7 percent.

14       278.   On August 2, 2017, Defendants filed Apple's Report on Form 10-Q for the third

15   quarter of fiscal 2017 ended June 30, 2017 ("Q3 FY17 10-Q"). Defendants Cook and Maestri

16   certified this filing.

17       279.   In the Q3 FY17 10-Q, Apple identified the following relevant risk factors:

18       **Global and regional economic conditions could materially adversely affect the Company.** The Company's operations and performance depend significantly on global and regional economic conditions. Uncertainty about global and regional economic conditions poses a risk as consumers and businesses may postpone spending in response to tighter credit, higher unemployment, financial market volatility, government austerity programs, negative financial news, declines in income or asset values and/or other factors. These worldwide and regional economic conditions could have a material adverse effect on demand for the Company's products and services. Demand also could differ materially from the Company's expectations as a result of currency fluctuations because the Company generally raises prices on goods and services sold outside the U.S. to correspond with the effect of a strengthening of the U.S. dollar. Other factors that could influence worldwide or regional demand include changes in fuel and other energy costs, conditions in the real estate and mortgage markets, unemployment, labor and healthcare costs, access to credit, consumer confidence and other macroeconomic factors affecting

consumer spending behavior. These and other economic factors could materially adversely affect demand for the Company's products and services.

* * *

**Global markets for the Company's products and services are highly competitive and subject to rapid technological change, and the Company may be unable to compete effectively in these markets.** The Company's products and services compete in highly competitive global markets characterized by aggressive price competition and resulting downward pressure on gross margins, frequent introduction of new products, short product life cycles, evolving industry standards, continual improvement in product price/performance characteristics, rapid adoption of technological and product advancements by competitors and price sensitivity on the part of consumers.

* * *

*The Company markets certain mobile communication and media devices based on the iOS mobile operating system and also markets related services, including third-party digital content and applications.* The Company faces substantial competition in these markets from companies that have significant technical, marketing, distribution and other resources, as well as established hardware, software and digital content supplier relationships; and the Company has a minority market share in the global smartphone market. Additionally, the Company faces significant competition as competitors reduce their selling prices and attempt to imitate the Company's product features and applications within their own products or, alternatively, collaborate with each other to offer solutions that are more competitive than those they currently offer. The Company competes with business models that provide content to users for free. The Company also competes with illegitimate means to obtain third-party digital content and applications. Some of the Company's competitors have greater experience, product breadth and distribution channels than the Company. Because some current and potential competitors have substantial resources and/or experience and a lower cost structure, they may be able to provide products and services at little or no profit or even at a loss. *The Company also expects competition to intensify as competitors attempt to imitate the Company's approach to providing components seamlessly within their individual offerings or work collaboratively to offer integrated solutions.* The Company's financial condition and operating results depend substantially on the Company's ability to continually improve iOS and iOS devices in order to maintain their functional and design advantages. . . . There can be no assurance the Company will be

1  able to continue to provide products and services that compete
2  effectively.

3                              *   *   *

4  ***The Company also could be significantly affected by other risks
5  associated with international activities including, but not limited
   to, economic and labor conditions, increased duties, taxes and
6  other costs and political instability.*** Margins on sales of the
   Company's products in foreign countries, and on sales of products
7  that include components obtained from foreign suppliers, could be
   materially adversely affected by international trade regulations,
8  including duties, tariffs and antidumping penalties. The Company
   is also exposed to credit and collectibility risk on its trade
9  receivables with customers in certain international markets. There
   can be no assurance the Company can effectively limit its credit
10 risk and avoid losses.

11      280.   Defendants' statements about iPhone sales, demand for iPhones, and upgrade

12 rates for iPhones, set forth at ¶¶ 270-76, were materially false and misleading because

13 Defendants knew and failed to disclose or deliberately disregarded that:

14      (a)    higher iPhone demand in 2017 and early 2018, including in Greater China,

15 was driven by artificially accelerated upgrade rates as a result of Apple intentionally throttling

16 older-model iPhones during 2017 (i.e., a segment of customers upgraded their iPhones early

17 believing their phones to be obsolete − artificially inflating iPhone revenues in 2017, at the

18 expense of iPhone revenues in 2018);

19      (b)    revenue growth in Greater China was negative year-over-year with iPhone

20 demand expected to continue to deteriorate long term due to competitive forces (despite demand

21 in Greater China being temporarily, artificially inflated by the effects of Apple's throttling of

22 older model iPhones);

23      (c)    the fact that WeChat's core features competed directly with many of the

24 core features of Apple's iOS operating system, such as Apple Pay and iMessage, negatively (not

25 positively) impacted the appeal of the iPhone to consumers in Greater China and Defendant

26 Cook's statements that WeChat would encourage users in China switch to Apple was flawed;

27 and

28

1          (d)       as a result of the foregoing, Defendants lacked a reasonable basis in fact

2  when making the related statements concerning demand and growth for the Company's iPhones,

3  as Apple's business metrics and financial prospects were not as strong as Defendants had led the

4  market to believe.

5          281.    Similarly, Apple's risk disclosures at ¶ 279 were insufficient because Defendants

6  knew, or recklessly disregarded, and failed to disclose that Apple artificially inflated demand for

7  its iPhones during the quarter and was effectively pulling sales from 2018 into 2017 by forcing

8  premature upgrades with the Company's practice of intentionally throttling iPhones without

9  informing consumers. Moreover, Apple was warning of potential risks that had already

10  materialized.

11         282.    On August 1, 2017, Robert Cihra of *Guggenheim Partners* issued an analyst

12  report on Apple titled, "AAPL - Strong Qtr + Guide Heading into What We Expect to Be Apple's

13  Biggest iPhone Cycle in 3Yrs; Raise PT to $190."  In his report, Cihra reported that the guidance

14  the Company provided for the upcoming quarter was "MUCH further above what we think many

15  feared given challenges ramping its new high-end iPhone 8."  Cihra also noted that Guggenheim

16  "continue[s] to see Apple now shaping up for its biggest iPhone cycle in 3yrs," driven by pent up

17  demand, a multi-year upgrade cycle, and the addition of  "higher-end" phone in the iPhone 8 or

18  iPhone X.

19         283.    Also on August 1, 2017, Amit Daryanani, of *RBC Capital Markets*, issued an

20  analyst report on Apple titled, "How I Learned To Stop Worrying & Love The SuperCycle."  In

21  the report, Daryanani described Apple's guidance for the upcoming quarter as a "material

22  surprise" and noted that the strength of that guidance "effectively implies NO iPhone launch

23  delay despite myriad of blog and supplier commentary to the contrary.  Further, Daryanani noted

24  that the guidance Apple provided implied quarter-on-quarter growth versus the five year average

25  and that the guidance was an encouraging sign for the launch of the new iPhones either due to

26  either higher sales volume or higher ASPs.  Daryanani also noted that while revenues in China

27

28

1   were down, there was reason to be optimistic.  Finally, Daryanani stated that Apple "should

2   sustain an upside bias through and potentially beyond iPhone product launch this September."

3           **2.**       **Fourth Quarter Fiscal 2017 Results  – November 2, 2017**

4          284.    On November 2, 2017, after the market closed, Apple filed an 8-K containing a

5   press release and the Company's financial results for its fourth quarter of fiscal 2017 ended

6   September 30, 2017, announcing earnings and revenue above analyst estimates.  Apple also

7   reported sequential iPhone unit sales growth of 14 percent.  In the accompanying press release,

8   Defendant Maestri lauded the results, including the Company's growth rate. Defendants also

9   gave revenue guidance for Q1 FY18 of between $84 billion and $87 billion.

10          285.    In Apple's press release, Defendant Maestri stated: "***Apple's year-over-year***

11   ***revenue growth rate accelerated for the fourth consecutive quarter and drove EPS growth of***

12   ***24 percent in the September quarter***."

13          286.    During the conference call held with analysts and investors that same day,

14   Defendant Cook stated in pertinent part:

15            As we closed the books on 2017, I have to say I couldn't be more
            excited about Apple's future. ***This was our biggest year ever in***
16            ***most parts of the world with all-time record revenue in the United***
            ***States, Western Europe, Japan, Korea, the Middle East, Africa,***
17            ***Central and Eastern Europe and Asia.***

18            ***We had particularly strong finish this year, generating our***
            ***highest September quarter revenue ever as year-over-year growth***
19            ***accelerated for the fourth consecutive quarter***. Revenue was
            $52.6 billion, above the high end of our guidance range, and up
20            12% over last year.

21            We generated revenue growth across all of our product categories
            and showed all-time record results for our Services business. ***As we***
22            ***expected, we returned to growth in Greater China with unit***
            ***growth and market share gains for iPhone,*** iPad and Mac.
23

24                         *   *   *

            ***iPhone sales exceeded our expectations.***
25
                         *   *   *
26
            Let me talk a little bit about Q4 in China to give you a little bit of
27            color on the results. The – ***We increased market share for iPhone,***
            Mac and iPad during the quarter. . . .***We had double digit unit***
28            ***growth in iPhone and both the upgraders and Android switchers***

1   *were both up on a year over year basis during the quarter. And
2   so the results were broad based.* They were pretty much across the
    board, as I indicated.

3                                    * * *

4   Our emerging market performance during the quarter was very
    strong. Not -- and if you take China out, it's even stronger. *But you
5   can see the -- that China rebounded. And as I've indicated
    before, the China rebound was broad-based across the products*.
6   And so we just had a phenomenal quarter on iPad, on the Mac, on
    Services, on Apple Watch, on iPhone. I mean, we're literally, we're
7   firing on all cylinders.

8   287.    Defendant Maestri added:

9   Revenue for the September quarter was a record $52.6 billion, up
    12% over last year, and it has been a -- *great to see our growth
10  rate accelerate in every quarter of fiscal 2017.*

11                                   * * *

12  *During the quarter, we sold 46.7 million iPhones, up 3% over
    last year. We were very pleased to see double digit iPhone growth
13  in many emerging markets including mainland China,* the
    Middle East, Central and Eastern Europe, India and Mexico. We
14  gained share not only in those markets but also in Canada,
    Germany, France, Italy, Spain, Sweden and Singapore, based on
15  the latest estimates from IDC.

16  288.    In response to a question from Michael Joseph Olson of *Piper Jaffray* about

17  preorders for iPhone X compared to iPhone 8, Defendant Cook again praised demand for

18  iPhones:

19          **Analyst:**

20  Is there any information you can provide on how iPhone X
    preorders compare to what you saw with iPhone 8 preorders? And
21  then, I have a follow-up as well.

22          **Defendant Cook:**

23  Michael, we never go through mix. But I would share with you that
    the *iPhone X orders are very strong for both direct customers and
24  for our channel partners,* which as you know, are lots of carrier
    throughout the world. And we couldn't be more excited to get
25  underway. And I think as of a few minutes ago, the first sales
    started in Australia. And I'm told we had several hundred people
26  waiting at the store in Sydney and I'm getting similar reports from
    across that region.

27

28

1    289.    As a result of Defendants' misrepresentations and omissions, Apple's stock price

2    was artificially inflated and/or maintained.  Indeed, on these results, Apple's stock price

3    increased from a close on November 2, 2017 of $168.11 per share to a close on November 3,

4    2017 of $172.50, an increase of $4.39 per share, or 2.6 percent.

5    290.    On November 3, 2017, before markets opened, Defendants filed Apple's Report

6    on Form 10-K for fiscal 2017 ended September 30, 2017 ("2017 10-K"). Defendants Cook and

7    Maestri certified this filing.

8    291.    In the 2017 10-K, Apple identified the same risk factors regarding global

9    economic conditions, competition in its global markets, competition from other mobile operating

10    systems, and risks associated with international activities as it had identified in its Q3 FY17 10-Q

11    (¶ 279).  As set forth below, these risk disclosures were false and misleading.

12    292.    Defendants' statements about Apple's revenue growth, iPhone sales, iPhone

13    demand, and iPhone revenue growth, set forth at ¶¶ 285-88, were materially false and misleading

14    because Defendants knew and failed to disclose or deliberately disregarded that:

15         (a)    higher iPhone demand in 2017 and early 2018, including in Greater China,

16    was driven by artificially accelerated upgrade rates as a result of Apple intentionally throttling

17    older-model iPhones during 2017 (i.e., a segment of customers upgraded their iPhones early

18    believing their phones to be obsolete - artificially inflating iPhone revenues in 2017, at the

19    expense of iPhone revenues in 2018);

20         (b)    revenue growth in Greater China was negative year-over-year with iPhone

21    demand expected to continue to deteriorate long term due to competitive forces (despite demand

22    in Greater China being temporarily, artificially inflated by the effects of Apple's throttling of

23    older model iPhones); and

24         (c)    as a result of the foregoing, Defendants lacked a reasonable basis in fact

25    when making the related statements concerning demand and growth for its iPhones, as Apple's

26    business metrics and financial prospects were not as strong as Defendants had led the market to

27    believe.

28

1    293.  Similarly, Apple's risk disclosures at ¶ 291 were insufficient because Defendants

2    knew, or recklessly disregarded, and failed to disclose that Apple artificially inflated demand for

3    its iPhones during the second half of fiscal 2017 and was effectively pulling iPhone sales from

4    2018 into 2017 by forcing premature upgrades with the Company's practice of intentionally

5    throttling iPhones without informing consumers. Moreover, Apple was warning of potential risks

6    that had already materialized.

7        294.    On November 2, 2017, Robert Cihra of *Guggenheim Partners* issued an analyst

8    report on Apple titled, "AAPL – Strong Qtr with CY18E Still the Main Event; Raise PT to $215

9    from $200."  Cihra reported that Guggenheim was reiterating its "buy" recommendation and

10   raising its price target on Apple from $200 to $215 as the analyst firm "continue[d] to see Apple

11   setting up for its biggest iPhone cycle in 3 years" driven by pent-up demand, a multi-year rollout,

12   and higher ASPs.  Cihra also noted that Apple guided for "better than seasonal" revenue growth

13   for 1Q FY18, Guggenheim forecasted "a big jump in blended iPhone ASP," and the higher price

14   tag would not have any effect on demand because Apple's customers had proven willing to pay

15   high prices in the past.

16       295.    Also on November 2, 2017, Amit Daryanani of *RBC Capital Markets, LLC* issued

17   an analyst report on Apple titled, "I Don't Know How, Don't Know When, but It Should Be

18   Great."  In the report, Daryanani noted that Apple "reported an impressive beat and raise driven

19   by steady iPhone demand post launch, impressive rebound in China revenues and acceleration in

20   services revenues."  Daryanani reported that the more important part of Apple's release was the

21   "better-than-expected Dec-qtr guide that shows iPhone momentum should sustain into Dec-qtr

22   and potentially beyond."

23   **B.      Materialization of the Risk and Continued Materially False and Misleading
              Statements and Omissions**

24

25   **1.      First Quarter Fiscal 2018 Results  – February 1, 2018**

26       296.    On February 1, 2018, after the market closed, Apple filed an 8-K containing a

27   press release and the Company's financial results for its first quarter of fiscal 2018 ended

28   December 30, 2017, the final reporting period before its battery replacement program would go

1     into full effect.  The Company reported record results, with Defendant Cook touting it as the

2     "***biggest quarter in Apple's history***." Defendant Maestri lauded the "all-time record profitability

3     during the quarter" and sequential iPhone unit sales growth of ***6 percent***—likely the final

4     throttling-induced sales growth.  Notwithstanding these record results, however, **<u>Defendants</u>**

5     **<u>gave disappointingly flat revenue guidance of $60 to $62 billion for the upcoming quarter</u>**

6     **<u>(Q2 FY18)</u>**.[90]

7           In the Company's press release, Defendant Cook stated:

8           ***We're thrilled to report the biggest quarter in Apple's history,***
9           ***with broad-based growth that included the highest revenue ever***
           ***from a new iPhone lineup.*** iPhone X surpassed our expectations
10          and has been our top-selling iPhone every week since it shipped in
           November. We've also achieved a significant milestone with our
11          active installed base of devices reaching 1.3 billion in January.
           That's an increase of 30 percent in just two years, which is a
12          testament to the popularity of our products and the loyalty and
           satisfaction of our customers.

13         297.    During the conference call held with analysts and investors that same day,

14    Defendant Cook boasted:

15           We're thrilled to report Apple's biggest quarter ever, ***which set***
16           ***new all-time records in both revenue and earnings***. ***We generated***
           ***revenue of $88.3 billion, which is above the high end of our***
17          ***guidance range, and it is up almost $10 billion or 13% over the***
           ***previous all-time record we set a year ago.***

18                         \*   \*   \*

19           Our growth was broad-based and a key driver was iPhone, which
20           generated its highest revenue ever. iPhone X was the best-selling
           smartphone in the world in the December quarter according to
21          Canalys, and it has been our top-selling phone every week since it
           launched. iPhone 8 and iPhone 8 Plus rounded out the top 3
22          iPhones in the quarter. ***In fact, revenue for our newly launched***
           ***iPhones was the highest of any lineup in our history, driving***
23          ***total Apple revenue above our guidance range.***

24

25         298.    Defendant Maestri also touted Apple's record quarterly results without disclosing

26    to investors that the Company's record level of iPhone upgrades had been prematurely

27

28

---

[90] Text which is **<u>bolded and underlined</u>** indicates the materialization of previously undisclosed risks. Text highlighted in ***bold and italics*** continues to indicate statements alleged to be materially false and misleading.

1   accelerated by the Company's throttling and that the Company's battery replacement program

2   would further negatively affect iPhone upgrades later in the year:

> Our business and financial performance in the December quarter were exceptional as we set new all-time records for revenue, operating income, net income and earnings per share. ***Starting with revenue, we're reporting an all-time record, $88.3 billion, up nearly $10 billion or 13% over the prior record set last year. It is our fifth consecutive quarter of accelerating revenue growth***.

> \*   \*   \*

> ***In Greater China, we were very happy to generate double-digit revenue growth for the second quarter in a row.*** And in emerging markets outside of Greater China, we saw 25% year-over-year growth.

> \*   \*   \*

> ***During the quarter, we sold 77.3 million iPhones, the highest number ever for a 13-week quarter. Average weekly iPhone sales were up 6% compared to the December quarter last year, with growth in every region of the world despite the staggered launch of iPhone X. We established all-time iPhone revenue records in nearly every market we track with double-digit growth in all of our geographic segments***.

15       299.    In response to a question from Shannon Siemsen Cross of Cross Research about

16   the "potential decay rate" for iPhone demand, Defendant Cook highlighted demand for the

17   iPhone, specifically in the U.S. and China:

> **Analyst:**

> Tim, maybe could you talk a little bit more about what you're hearing from customers in terms of the iPhone demand? How you're thinking about the potential decay rate, for a lack of a better term, with the high-end phones and the over $1,000 phones versus balancing that with now your ability to [shift] phones down below $400 because you'd expanded the product line so much when you launched your phones in 2017?

> **Defendant Cook:**

> ***The revenue growth from iPhone across all the geographic segments was in the double digits.*** And I think as Luca said earlier, when you change that to an average weekly sales basis, it's actually 22%, and so ***it was a stellar quarter for iPhone.*** The iPhone X was the most popular, and that's particularly noteworthy, given that we didn't start shipping until early November and were constrained for a while. The team did a great job of getting into supply-demand balance there in December. And -- but since the launch of iPhone X, it has been the most popular iPhone every

week, every week since. And that is even through today -- actually, through January. And so we feel fantastic about the results. . .
Now if you look at the sort of the overall iPhone line, which gets to the essence of the question I think, I looked -- I reviewed the top mini markets. I'll talk briefly about the top 4. **In urban China and the U.S., the top 5 smartphones last quarter were all iPhones**. . . .
But we feel fantastic particularly as it pertains to iPhone X.

300.    In response to a question from Anthony M. Sacconaghi from *Sanford C. Bernstein & Co.* about whether the relatively flat guidance for the upcoming quarter was due to Apple's discounted replacement batteries elongating iPhone upgrade cycles, Defendant Cook failed to give a straight answer, responding first by stating that active iPhone users was a more important metric than unit sales and then falsely representing that Apple was not tracking the potential impact of the battery replacement program on iPhone upgrades:

**Analyst:**

**[G]iven consumers' heightened awareness of their ability to replace batteries going forward as opposed to upgrades. Isn't that also something that investors should potentially be concerned about in terms of its impact on upgrade rate going forward?** And believe it or not, I have a follow-up.

**Defendant Cook:**

*I think it's up to investors as to what things they would like to focus on, so I don't want to put myself in the position of that. The way that I look at this and I – the numbers you've quoted, I have a different view of them. But generally what we see with iPhone is the reliability of iPhone is fantastic.*. . .

Toni – On the battery, Toni, *we did not consider in any way, shape, or form, what it would do to upgrade rates. We did it because we thought it was the right thing to do for our customers*. *And I – sitting here today, I don't know what effect it will have.* And again, it's not – was not in our thought process of deciding to do what we've done.

301.    Sacconaghi further questioned Defendants as to whether the iPhone upgrade rate had decreased given that iPhone unit sales were relatively flat.  However, Defendant Cook failed to give a clear answer on the Company's expected upgrade (or replacement) rate:

1

**Defendant Cook:**

2

I think on the replacement cycle, Toni, the answers probably look
different by geography. In those geographies that had -- in the
early days of the smartphone market, had very traditional subsidies
where you paid the $199 out the door, $99 or whatever, I think it's
accurate to say those types of markets, the replacement cycle is
likely longer. Where that isn't the case, I'm not nearly as sure on
that. I would point out that, that happened some time ago, ***and so
it's very difficult currently to ever get a real-time handle on
replacement rate because you're obviously not -- you don't know
the replacement rate for the products you're currently selling.***
You only know that in a historical sense. So it's not something that
we overly fixate on.

3

4

5

6

7

8

9

302. Kathryn Lynn Huberty of *Morgan Stanley* inquired about whether Apple's Q2

10

FY18 reduced guidance implied a slowdown in demand, and Defendant Maestri highlighted a

11

few factors Apple "embedded in its guidance," including product launch timing, channel

12

inventory, and seasonality. Defendant Maestri didn't disclose that what was actually affecting the

13

Company's lower than expected guidance for Q2 FY 18 was a slowdown in demand due to

14

consumers taking advantage of Apple's recently-offered $29 battery replacement.  Instead,

15

Defendant Maestri blamed launch timing, channel fill and product ramp up on the Company's

16

lower than expected guidance for Q2 FY 18:

17

**Defendant Maestri:**

18

***We are guiding to $60 billion to $62 billion.*** It's strong double-
digit growth, 13% to 17%. In context, it's $7 billion to $9 billion
above last year. ***So when you put things in perspective and you
add the $10 billion of growth that we had in the first quarter and
the $7 billion to $9 billion that we're guiding to for the second
quarter, you're talking about $17 billion to $19 billion of growth
in 6 months.*** . . . .***we believe iPhone revenue will grow double
digits as compared to last year during the March quarter, and
also and importantly, that iPhone sell-through growth on a year-
over-year basis will be actually accelerating during the March
quarter as compared to the December quarter.*** Let me explain the
factors that we took into consideration as we came up with our
iPhone units and ASP that are embedded in our guidance.
Historically, because of the channel fill and the holiday season, our
sell-in volume during the December quarter is generally higher
than sell-through. This year, the difference was further magnified
because we shipped iPhone X in November rather than the
September quarter. We had a very successful product ramp. We
were able to reach supply-demand balance in December, which
placed the entirety of our channel fill for iPhone X in Q1. And this
will have an effect on both units and ASP in Q2.

19

20

21

22

23

24

25

26

27

28

CORRECTED CONSOLIDATED AND AMENDED CLASS ACTION COMPLAINT
FOR VIOLATION OF THE FEDERAL SECURITIES LAWS [CASE NO. 19-CV-02033-YGR]

103

Now for units, there is a second point to consider. We typically reduce channel inventory for our newest iPhones in Q2 because they enjoy very large demand in the initial weeks of sales, which are compounded by the holiday season in Q1. So we anticipate doing that in Q2 this year as well. For ASPs, there's also another element that we need to consider. As you know, our newest products this year have higher ASPs than they had in the past. And so as a result, as we reduce inventories of these newest products, the overall ASPs for iPhone in Q2 will naturally decline sequentially by a higher percentage than we have experienced historically. ***So in summary, our guidance for iPhone, we got double-digit year-over-year growth and acceleration of sell-through growth on a year-over-year basis. For the balance of the company, in the aggregate, we expect to grow strong double digits year-over-year*** and particularly very strong performance in service and in wearables like we've seen during the December quarter.

303. Amit Daryanani, an *RBC Capital Markets* analyst, asked for comment on the underlying trends in China given that sales were roughly "in line with what [Apple] saw in September":

[C]ould you just touch on what you're seeing in China in terms of underlying trends right now? I think growth was up double-digit year-over-year but essentially in line with what you saw in September. I would have thought it would have accelerated a little bit with iPhone X. Just the puts and takes in China will be great.

304. In response, Defendant Cook falsely assured the market that there was a "***nice acceleration***" based on average weekly sales given the shortened fiscal quarter and gave no indication of concern for Apple's sales in China:

***Also mainland China, we had an all-time record for revenue in mainland China. And of course, a key part of that was iPhone.*** And as I've mentioned before, Kantar reported that the top 5 selling smartphones in urban China were all iPhones. ***And so we could not be more pleased with how we're doing. And if you look at the other -- we obviously grew share on -- for iPhone in the quarter. . . . And so everywhere I look, I feel really good about how we're doing in China.***

305. Despite the strong quarterly results, the lower-than-expected iPhone guidance for Q2 FY18, which was a partial materialization of the risk concealed by Defendants' alleged misrepresentations and omissions, caused Apple's stock price to fall by $7.28 per share on February 2, 2018, or 4.34 percent.  Apple's stock price continued to fall another $4.01 per share

1    on the following trading day, closing at $156.49 on February 5, 2018, representing a total two

2    day decline of **approximately 7 percent**.

3          306.   On February 1, 2018, Shebly Seyrafi of *FBN Securities* issued an analyst report

4    on Apple titled, "AAPL: Yes, iPhone Outlook for Mar. Q is Weak, but Capital Return is

5    Aggressive, and Services Growing Well – Raising PT to $210" in which Seyafi reported: "Some

6    of our peers have downgraded shares of AAPL recently over concerns about weaker than

7    expected sales of the iPhone X, but we believe that those calls are wrong and recommend

8    purchase at the current level . . . ."

9          307.   On February 1, 2018, Amit Daryanani of *RBC Capital Markets* issued a report on

10   Apple titled, "Apple Inc. (iPhone)X files: The Truth Is Out There," in which Daryanani reported:

11          AAPL reported modest upside to Dec-qtr and guided March-qtr
12          below Street, but inline to buyside models & importantly *iPhone
             unit guide came in better than feared (especially on sell thru basis
13          for March)*. AAPL continues to execute impressively & its
             print/guide shows more than just iPhone units can drive sustainable
14          revenue and EPS upside as current performance is driven by
             *impressive growth in services (18% y/y, 27% adjusted for extra
15          week), strong acceleration in 'other' driven by Watch & AirPod
             (36% y/y, ~42%E adjusted for extra week) and 15% y/y uptick in
16          iPhone ASPs* . . .O*ur positive bias remains intact as we believe
             AAPL remains positioned to potentially achieve, if not surpass,
17          $14+ EPS by FY19. Maintain OP and adjusting our target to $205
             (from $200) reflecting higher FTM EPS driven by lower tax rate
18          (15% vs. prior 25%)*. (emphasis in original).

19                                    *   *   *

20
           **iPhone:** AAPL reported total units of 77.3M and ASPs increased
21          to $796, (up 28.9% q/q). AAPL increased Dec-qtr channel
             inventory by ~1.0M units, which is broadly in line relative to Dec-
22          qtr increase in 2016. **AAPL did not provide iPhone X unit
             numbers but noted demand was stronger than its expectations**.
23          Avg unit weekly sales were up 6% y/y and revenue grew double
             digit in every market.
24

25         308.   In a February 1, 2018 report titled "Apple, Inc. No Super Cycle, but Uncle Sam

26   Helps," analysts at *Barclays* speculated, without providing evidence, that the $29 battery

27   replacement program would negatively impact iPhone unit sales, but Apple would not admit that

28

1  was the case during the February 1, 2018 earnings call when Defendant Cook falsely stated that

2  Apple "*did not consider in any way, shape, or form, what [battery replacements] would do to*

3  *upgrade rates*."

4      309.    On February 2, 2018, Arjun Bhatia of *William Blair* issued an analyst report titled

5  "It's All About the ASPs: Strong Quarter as iPhone Sales Top Estimates."  In the report, Bhatia

6  noted that Apple's reported revenues of $88.3 billion, which was "**above consensus estimates of**

7  **$87.5 billion, and was mainly driven by stronger-than-expected iPhone revenue**."  He also

8  noted that the reported revenues "provided some vindication for Apple's pricing strategy as the

9  increase in ASPs . . . more than offset the decline in unit volumes this quarter."  The report noted

10 that the growth in iPhone revenue year-over-year was "particularly impressive considering the

11 quarter was just 13 weeks long, compared to a 14-week December quarter last year."  Based on

12 Apple's reported results, *William Blair* believed there was a "healthy demand environment" for

13 the iPhone both domestically and abroad.  Further, Bhatia stated that the $61 billion midpoint for

14 Apple's guidance was "below the consensus estimate of $65.4 billion entering the quarter."

15     310.    On February 2, 2018, Defendants filed Apple's Report on 10-Q for its first quarter

16 of fiscal 2018 ended December 30, 2017 ("Q1 FY18 10-Q"). Defendants Cook and Maestri

17 certified this filing.

18     311.    In the Q1 FY18 10-Q, Apple identified the same risk factors regarding global

19 economic conditions, competition in its global markets, competition from other mobile operating

20 systems and risks associated with international activities as it had identified in its Q3 FY17 10-Q

21 (¶ 279).  As set forth below, these risk disclosures were false and misleading.

22     312.    In the Q1 FY18 10-Q, Apple also noted that:

23          ***There have been no material changes to the Company's market
            risk during the first three months of 2018.*** For a discussion of the
24          Company's exposure to market risk, refer to the Company's
            market risk disclosures set forth in Part II, Item 7A, "Quantitative
25          and Qualitative Disclosures About Market Risk" of the 2017 Form
            10-K.
26

27     313.    Defendants' statements about Apple's revenue, iPhone sales, iPhone upgrades,

28 iPhone sales growth, and Apple's performance in China, set forth at ¶¶ 296-302 & 304,  were

1   materially false and misleading because Defendants knew and failed to disclose or deliberately

2   disregarded that:

3           (a)     higher iPhone demand in 2017 and early 2018, including in Greater China,

4   was driven by artificially accelerated upgrade rates as a result of Apple intentionally throttling

5   older-model iPhones during 2017 (i.e., a segment of customers upgraded their iPhones early

6   believing their phones to be obsolete – artificially inflating iPhone revenues in 2017, at the

7   expense of iPhone revenues in 2018);

8           (b)     Apple was, in fact, tracking the number of consumers taking advantage of

9   iPhone battery replacements and the expected negative effect of those battery replacements on

10  iPhone upgrade rates for 2018;

11          (c)     the rate at which Apple customers were replacing their batteries in older

12  iPhones, under Apple's $29 battery replacement program would negatively impact demand for

13  the next generation of iPhones (typically released between September to November);

14          (d)     iPhone demand in Greater China was declining and expected to continue

15  to deteriorate long term due to a confluence of factors including: (i) macroeconomic, geopolitical

16  issues and a worsening economy in China, and (ii) severe competition in the Chinese smartphone

17  market which, together were negatively impacting demand for iPhones and decimating Apple's

18  pricing power in the smartphone market in Greater China, one of Apple's most important growth

19  markets; and

20          (e)     as a result of the foregoing, Defendants lacked a reasonable basis in fact

21  when making the related statements concerning demand and growth for its iPhones, as Apple's

22  business metrics and financial prospects were not as strong as Defendants had led the market to

23  believe.

24          314.    Moreover, Defendant Cook downplayed the effects of Apple's $29 battery

25  replacement program on future iPhone upgrade rates, falsely representing that Apple was not

26  tracking or otherwise able to quantify for the market the effect of the battery replacement

27  program on future iPhone upgrades.

28

1    315.   Similarly, Apple's risk disclosures (¶ 311) were insufficient because Defendants

2  knew, or recklessly disregarded, and failed to disclose that sales of iPhones in 2018 would be

3  cannibalized by the combined effect of the premature upgrades in 2017 (which upgrades

4  otherwise would have been made in 2018), and the 2018 battery replacement program which

5  would lead customers to postpone iPhone upgrades in 2018.  Further, the Company's risk

6  disclosures regarding Apple's competition in the smartphone market in China were insufficient

7  because Defendants knew, or recklessly disregarded, and failed to disclose that Chinese

8  smartphone competitors were already taking smartphone market share from Apple in China and

9  that the risks disclosed as "potential risks" had already materialized.

10    316.   Further, Apple's representation that there had been no material change to Apple's

11  market risk during Q1 FY18 (¶ 312) was materially false and misleading when made because

12  Apple's practice of intentionally throttling phones was exposed during the quarter and the

13  Company had already decided to offer discounted $29 battery replacements in an effort to

14  appease consumers. Defendants knew, or were at least deliberately reckless in not knowing, that

15  the battery replacement program would, at the very least, pose a risk to sales of Apple's most

16  important product, and, therefore Defendants misled the market by stating there had been no

17  material changes to market risk during the quarter.

18    **2.    Apple's Letter to Congress**

19    317.   On February 6, 2018, Apple responded to the questions posed by Senator Thune,

20  Chair of the Commerce, Science and Transportation Committee regarding the throttling of older

21  model iPhones.  In a letter dated February 2, 2018, in response to Senator Thune's direct

22  question about whether Apple intended to throttle the iPhone 8 and X, Apple stated that "***iPhone***

23  ***8, iPhone 8 Plus, and iPhone X models include hardware updates that allow a more advanced***

24  ***performance management system that more precisely allows iOS to anticipate and avoid an***

25  ***unexpected shutdown***."

26    318.   This statement was false and misleading when made because it led the market to

27  believe that these hardware innovations would mean that Apple was able to fix the battery issue

28

1   with iPhones and would no longer need to throttle the iPhone's performance to prevent

2   unexpected shutdowns.  In reality, throttling the previous year's iPhones was a part of Apple's

3   regular practice − a practice which they deliberately withheld from the market. Withholding this

4   information had a material impact on iPhone sales because consumers became less willing to

5   purchase iPhones once it was finally disclosed that Apple continued to engage in throttling.

6   ### 3.    Apple Supplier Lowers Guidance – April 2018

7   319.    On April 19, 2018, before the marker opened, Taiwan Semiconductor

8   Manufacturing ("TSMC"), the world's largest contract chipmaker, released its first quarter fiscal

9   2018 earnings results and provided guidance for the following quarter. TSMC's revenue was

10  already known to the market because TSMC reports its sales figures monthly, however, its Q2

11  guidance was new information. TSMC's 2Q18 revenue guidance was substantially below the

12  market's expectations and it missed on margin estimates as well, citing "weak demand from [its]

13  mobile sector."[91] Specifically, TSMC lowered its full-year revenue growth forecast to 10% from

14  a range of 10% to 15%, blaming a "slowdown in demand from smartphone vendors as developed

15  markets get saturated and replacement cycles lengthen."[92] An analyst from *Sinolink Securities*

16  specially called out Apple for the TSMC's weak outlook, stating "**lukewarm demand from**

17  **Apple smartphones led to weakness in Q2 guidance.**"[93]

18  320.    Apple makes up approximately 20 percent of TSMC's revenue by supplying

19  Apple with its A-series system-on-chip (SoCs) and various other chips.[94] When asked if TSMC

20  still expected 10% of its sales for 2018 to come from A-series chips, it stated that the A-series

21  7nm's chip share could be "one point off" due to smartphone weakness.[95]  This commentary was

22  consistent with supply chain reports of limited expectations for iPhones in the fall 2018 release,

23

24  [91] Johnsa, Eric, *Should Apple Cut iPhone X Prices? Taiwan Semi Results Provide Another Argument,* The Street, April 20, 2018, 10:31 AM ET.

25  [92] Wu, Debby, *TSMC's Outlook Misses Estimates as Smartphone Market Falters,* Bloomberg

26  News, April 19, 2018, 08:11 AM ET.

    [93] *Id.*

27  [94] *Id.*

28  [95] Johnsa, Eric, *Should Apple Cut iPhone X Prices? Taiwan Semi Results Provide Another Argument,* The Street, April 20, 2018, 10:31 AM ET.

1  according to Amit Daryanani, an *RBC Capital Markets* analyst who opined that Apple would not

2  produce as many units for its upcoming iPhones as it did for the iPhone 8 and X during the

3  second half of 2017.[96]

4          321.    In response to TSMC's lowered guidance, Apple's stock began to decline.

5  Reuters reported that "a raft of analysts read a prediction of softer smartphone sales from

6  [TSMC] as driven chiefly by concern about demand for iPhones."  Reuters also reported that

7  analysts estimated that Apple's iPhones sales for the first three months of 2018 were "down by

8  more than a third from the previous quarter."[97]

9          322.    Additionally, *Reuters,* reported that:

10             Weak smartphone sales and fizzling demand for special chips used
               for crypto-currency mining clearly weighed on performance.
11             Analysts at Morgan Stanley estimate Apple, TSMC's most
               important customer, sold just 52 million iPhones in the first three
12             months of 2018 - down by more than a third from the previous
               quarter.

13          323.    On TSMC's reduced guidance and its implications for demand for Apple's

14  iPhones, the price of Apple stock fell $7.08 per share, **or 4 percent,** to close at $165.72 on April

15  20, 2018. Indeed, the market started to appreciate the decreased demand facing Apple's iPhones.

16          **4.      Second Quarter Fiscal 2018 Results  – May 1, 2018**

17          324.    On May 1, 2018, after the market closed, Apple filed an 8-K containing a press

18  release and the Company's financial results for its second quarter of fiscal 2018 ended March 31,

19  2018. The Company reported quarterly revenue of $61.1 billion which was in-line with the lower

20  than expected estimate announced in February 2018.  Regarding the quarter, Defendant Cook

21  stated that "customers chose iPhone X more than any other iPhone each week in the March

22  quarter, just as they did following its launch in the December quarter."  Additionally, the

23  Company provided revenue guidance for the upcoming quarter ended June 30, 2018 ("Q3

24  FY18") of between $51.5 and $53.5 billion. Notwithstanding Apple's strong revenues for the

25

26

27          [96] *Id.*

28          [97] Rai, Sonam, *TSMC's smartphone warning points squarely at Apple: analysts,* Reuters,
        April 19, 2018, 12:02 PM ET.

1   quarter, iPhone sequential sales growth was down 32 percent and reported iPhone unit sales were

2   below consensus estimates.

3       325.    In the Company's press release, Defendant Cook stated:

4           We're thrilled to report our **best March quarter ever, with strong
            revenue growth in iPhone**, Services and Wearables. Customers

5           chose iPhone X more than any other iPhone each week in the
            March quarter, just as they did following its launch in the

6           December quarter. **We also grew revenue in all of our geographic
            segments, with over 20% growth in Greater China** and Japan.

7

8       326.    During the conference call held with analysts and investors that same day,

    Defendant Cook praised the Company's performance:

9

10          **iPhone's second quarter performance capped a tremendous
            fiscal first half with $100 billion in iPhone revenue, an increase
            of $12 billion over last year, setting a new first half record and**

11          **achieving our highest first half growth rate in 3 years.** iPhone
            gained share during the quarter based on IDC's latest estimates for

12          the global smartphone market. And customers chose iPhone X
            more than any other iPhone each week in the March quarter just as

13          they did following its launch in the December quarter. Since we
            split the line with the launch of iPhone 6 and 6 Plus in 2014, this is

14          the first cycle in which the top of the line iPhone model has also
            been the most popular.

15

16      327.    Defendant Maestri touted iPhone revenues and sales growth, stating in pertinent

17  part:

18          Starting with revenue. We generated $61.1 billion, our highest ever
            for a March quarter. Revenue grew in all of our geographic

19          segments, setting new Q2 records in most countries we track.
            Performance was very strong in emerging markets where revenue

20          was up 20%, **and we were especially pleased to see 21% year-
            over-year growth in Greater China, our strongest growth rate**

21          **from that quarter in 10 quarters**. . . .iPhone revenue grew 14%
            year-over-year, with iPhone ASP increasing to $728 from $655 a

22          year ago, driven primarily by the performance of iPhone X, iPhone
            8 and iPhone 8 Plus. . . .**Our performance from a customer**

23          **demand standpoint was even stronger than our reported results,**
            as we reduced iPhone channel inventory by 1.8 million units,

24          600,000 units more than the March quarter reduction last year.

25      328.    Defendant Cook also lauded the iPhone X as "**the most popular smartphone in**

26  **all of China last quarter**," and boasted that he was not "**buy[ing] the view that the [smartphone]**

27  **market's saturated. I don't see that from a market point of view or -- and certainly not from an**

28  **iPhone point of view.** I think the smartphone market is sort of like the best market for a

1   consumer product company in the history of the world. And so that's how I feel about it. It's a

2   terrific market, and we're very happy to be a part of it."

3       329.    In response to a question from an analyst about the price elasticity of demand for

4   iPhones and how that fits with Apple's expectations for the quarter, Defendant Cook responded

5   by misleadingly touting demand for iPhone X without informing the market of declining demand

6   for iPhones, especially in Greater China:

7           **Analyst:**

8           Tim, can you comment on the price elasticity of demand at the

9           high end for iPhones, if that was in line with your expectations?
        Do you have a preference for unit growth versus ASP growth when

10           it comes to maximizing the gross profit dollar growth? And I have

11           a follow-up for Luca, please.

12           **Defendant Cook:**

13           We price for the value that we're delivering. And iPhone X is the

14           most innovative product on the market, and as I've said a few
        times, we have -- they're sort of jam-packed with technologies that

15           really set up the smartphone for the next decade. And so that's how
        we priced it. ***We were surprised somewhat that through all of this***

16           ***period of time that the iPhone X winds up at the most selling --***
        ***most popular for every week of the time since the launch, and so***

17           ***that's, I think, a powerful point. And it's #1 in China, which is***
        ***another powerful point. And so obviously, at some point, if those***

18           ***technologies move to lower price points and that -- there's***
        ***probably more unit demand. But the way we think about it is***

19           ***trying to price a reasonable price for the value that we deliver,***
        ***and I feel that we did that.***

20

21       330.    Similarly, in response to a question from Michael Joseph Olson of *Piper Jaffray*

22   about what was working for Apple in China, Defendant Cook misleadingly touted demand for

23   iPhone X without informing the market of declining demand for iPhones, especially in Greater

24   China:

25           ***IPhone X was the most popular smartphone in all of China last***
        ***quarter. And so iPhone X has done well there***. In order to hit a

26           number like 21% on the growth that you see on your data sheet
        there, there has to be several things working well. And the things

27           that have huge growth rates there are the other products category,
        which is our Wearables business in China and the Services

28           business, which you and I just spoke about. ***The iPhone obviously***
        ***had to do extremely well to get a 21% number***, and we gained

1     share in the market for the Mac as well. And so there's actually
2     several vectors there that are working well for us. *We also -- more
      broadly on the iPhone, the iPhone was the top 3 selling phones in
      China. And so it's iPhone X was #1, but we had several in the*
3     *top*.

4     331.   Although Apple reported sales growth in China of 21% year-over-year, this figure

5     was in comparison to a weak quarter in Q2 FY17, when Apple reported sales in Greater China

6     that declined by 14% as compared to Q2 FY 16.

7     332.   On May 1, 2018, CNBC's Josh Lipton and Jim Cramer interviewed Tim Cook.

8     During the interview, Josh Lipton asked: "You talked about Greater China, can you walk us

9     through demand trends in mainland China?" In response, Cook stated:

10         *Yes, iPhone X was the most popular smartphone in all of China*
           *last quarter. So that is a powerful statement I think when we*
11         *have the very top phone being the most popular smartphone*
           *there. The demand trends are 21 percent revenue there is*
12         *powered by three main areas — iPhone, of course, is growing. In*
           *order to grow 21 percent at the country level in Greater China*
13         *you have to grow really well at the iPhone level.*"

14     333.   Due to Defendants' failure to disclose that iPhone customers had prematurely

15     accelerated iPhone upgrades in 2017 (due to Apple's battery throttling), that the battery

16     replacement program had begun to cannibalize iPhones unit sales, and that iPhone sales in China

17     would be particularly hit hard once it became known to Chinese consumers that Apple continued

18     to throttle iPhones.  Defendants were able to assuage potential investor concern and buoy the

19     price of Apple stock with their misrepresentations and omissions. Specifically, on May 1, 2018,

20     by touting continued demand for the iPhone, Defendants were able to artificially inflate the price

21     of Apple stock by $7.47 per share, or 4.4 percent, with the Company's stock closing at $176.57

22     on May 2, 2018.

23     334.   On May 2, 2018, Defendants filed Apple's Report on Form 10-Q for its second

24     fiscal quarter of 2018 ended March 31, 2018 ("Q2 FY18 10-Q"). Defendants Cook and Maestri

25     certified this filing.

26     335.   In the Q2 FY18 10-Q, Apple identified the same risk factors regarding global

27     economic conditions, competition in its global markets, competition from other mobile operating

28

systems and risks associated with international activities as it had identified in its Q3 FY17 10-Q (¶ 279).  As set forth below, these risk disclosures were false and misleading.

336.    In the Q2 FY18 10-Q, Apple reported that: "***Greater China net sales increased during the second quarter and first six months of 2018 compared to the same periods in 2017 due primarily to higher net sales of iPhone*** and the strength in foreign currencies relative to the U.S. dollar."

337.    In the Q2 FY18 10-Q, Apple again noted that:

> ***There have been no material changes to the Company's market risk during the first six months of 2018.*** For a discussion of the Company's exposure to market risk, refer to the Company's market risk disclosures set forth in Part II, Item 7A, 'Quantitative and Qualitative Disclosures About Market Risk' of the 2017 Form 10-K.

338.    Defendants' statements about iPhone sales, iPhone upgrades, iPhone sales growth, and Apple's performance in China, set forth at ¶¶ 325-30 332, & 336 were materially false and misleading because Defendants knew and failed to disclose or deliberately disregarded that:

(a)     higher iPhone demand in 2017 and early 2018, including in Greater China, was driven by artificially accelerated upgrade rates as a result of Apple intentionally throttling older-model iPhones during 2017 (i.e., a segment of customers upgraded their iPhones early believing their phones to be obsolete – artificially inflating iPhone revenues in 2017, at the expense of iPhone revenues in 2018);

(b)     the rate at which Apple customers were replacing their batteries in older iPhones, under Apple's $29 battery replacement program was negatively impacting demand for the next generation of iPhones (typically released between September to November);

(c)     iPhone demand in Greater China was declining and expected to continue to deteriorate long term due to a confluence of factors including: (i) macroeconomic and geopolitical issues and a worsening economy in China, and (ii) severe competition in the Chinese smartphone market, which together were negatively impacting demand for iPhones and decimating Apple's pricing power in the smartphone market in Greater China, one of Apple's most important growth markets;

1   (d) as a result of slowing demand, Apple had slashed production orders from

2 suppliers for the new 2018 iPhone models; and

3   (e) as a result of the foregoing, Defendants lacked a reasonable basis in fact

4 when making the related statements concerning demand and growth for its iPhones, as Apple's

5 business metrics and financial prospects were not as strong as Defendants had led the market to

6 believe.

7   339. Defendants' statements at ¶¶ 329-30, 332, & 336 about sales of the iPhone X

8 were false and misleading when made because, as detailed in the chart below, Apple was a

9 distant fifth in smartphone market share in China for the quarter ended March 31, 2018, with less

10 than one third of first place Huawei's market share.  It is not reasonable to believe that Apple

11 could have the top three selling smartphones in China for the quarter while trailing four other

12 smartphone manufacturers in market share by sales.



23   340. Similarly, Apple's risk disclosures (¶ 335) were insufficient because Defendants

24 knew, or recklessly disregarded, and failed to disclose: (i) that sales of iPhones in 2018 would be

25 cannibalized by the combined effect of the premature upgrades in 2017 (which upgrades

26 otherwise would have been made in 2018), and the 2018 battery replacement program which led

27 customers to postpone upgrades in 2018; and (ii) that increased competition and worsening

1  economic conditions in China had already negatively affected iPhone demand in Greater China

2  and would continue to negatively affect the Company's business in the short-term. In fact, Apple

3  was warning of potential risks that had already materialized.

4      341.    Further, Apple's representation that there had been no material change to Apple's

5  market risk during the first six months of the fiscal year (¶ 337) was materially false and

6  misleading when made because Defendants knew, or were at least deliberately reckless in not

7  knowing, that iPhone demand was declining throughout fiscal 2018, which Defendants informed

8  its suppliers of, but kept from the market. Additionally, Defendants knew, or were at least

9  deliberately reckless in not knowing, that Apple had already replaced millions more batteries

10  than usual during fiscal 2018 which would have an adverse effect on sales in the next upgrade

11  cycle in Q1 FY19.

12     342.    On May 1, 2018, *Wells Fargo* issued an analyst report noting that it viewed

13  Apple's earnings results as better than feared, stating:  "Apple shares justifiably rallied (+3.5%

14  post close) after the company reported better-than-feared F2Q18 results."[98]

15     343.    Although analysts were pleased with Apple's quarterly earnings, many noted that

16  iPhone unit sales came in lower than expected.  For example:

17         (a)    On May 1, 2018, Amit Daryanani issued an analyst report for *RBC Capital*

18  *Markets* titled "Proving Skeptics Wrong…Again."  In the report, Daryanani noted that while

19  iPhone revenues had met RBC's expectations for the quarter, unit sales came in below market

20  expectations.  Apple was only able to meet revenue expectations for iPhone because of an 11%

21  year-on-year increase in ASP.[99]

22         (b)    On May 2, 2018, analysts at *Credit Suisse* emphasized the reassuring

23  nature of Apple's earnings announcement stating:  "Summary: Apple released 2Q FY18 (Jan-

24  Mar) results and 3Q FY18 (Apr-Jun) guidance after the US market close on 1 May. The stock

25

26  [98] *AAPL: iPhone Resiliency + Services Momentum; In-Line Cap Return & Guide*, Wells
     Fargo, May 1, 2018.

27  [99] Notably, the iPhone X was not released until more than a month into Q1 2018 which helps
     explain the increase in ASP for Q2 2018 covering for missing market expectations for iPhone

28  unit sales. As noted by Seyrafi in the FBN Securities analyst report cited in ¶ 341, "iPhone X
     outsold other iPhone models in FQ2."

1    gained roughly 3.7% in after-hours trading, with 3Q revenue guidance beating the Bloomberg

2    consensus, easing investor concerns about iPhone volumes."[100]

3            (c)    On May 2, 2018, Michael J. Olson issued an analyst report for *Piper*

4    *Jaffray* titled "iPhone Holds Strong in March; Jun Guide Better Than Feared; Reit OW, PT

5    $214."  In that report, Olson notes that Apple fell just short of market expectations on iPhone

6    revenue, just missed Piper Jaffray's ASP estimate for iPhones but missed market expectations by

7    considerably more, and also missed market expectations on iPhone units shipped.  Olson also

8    noted that *Piper Jaffray*'s positive outlook for the iPhone relied on expectations that Apple

9    would release "three 'X-gen' models . . . providing more 'shots on goal' for potential upgrades."

10           (d)    On May 2, 2018, Shebly Seyrafi issued an analyst report for *FBN*

11   *Securities* titled "AAPL: Mixed FQ2, but FQ3 Guide Better than Consensus – Lowering PT to

12   $200 but Retain Outperform."  In that report, Seyrafi noted that iPhone revenue, iPhone units

13   shipped, and iPhone ASP each fell short of the market's consensus estimates for Q2 2018.

14           (e)    In a report dated May 2, 2018, analysts from *Macquarie Research*

15   discussed the complicated nature of the announced guidance which was "much better than

16   expected."[101] *Macquarie* mentioned that Apple's announcement regarding growth in China of

17   21% "should alleviate concerns about AAPL's position in China."[102] Investors were concerned

18   about growth in emerging markets, but reassurances from Defendant Cook, as well as the

19   announced growth, misled investors as to the true condition of the Company's iPhone business.

20   However, despite "iPhone revs [being] up 14%," year-over-year, "iPhone units missed [their]

21   estimate."[103]  Mixed in with Defendants' reassurances about Apple's business, the price of the

22   Company's stock did not react negatively to the reduced iPhone unit sales. Thus, the announced

23   results were a mixed bag, but according to analysts, "much better than expected."

24

25

26

27   ───────────────

[100] *Apple 2Q results: Implications for Japanese tech stocks,* Credit Suisse, May 2, 2018.
[101] *F2Q'18: Services, Services, Services, & China,* Macquarie Research, May 2, 2018.
[102] *Id.*
28   [103] *Id.*

344.     Indeed, Defendant Cook's reassurances about the strength of the iPhone market were repeated by news outlets, with *The Telegraph* reporting that "Apple…brushed off suggestions that the iPhone party was coming to an end as it reported increasing sales" [104] and *CNN* reminding readers that "Cook pushed against concerns that the global smartphone market is saturated, pointing out that…phones that don't offer smartphone features are still being sold worldwide."[105]

### 5.     June 2018

345.     In a June 1, 2018, analyst report titled "Apple Inc. UBS Evidence Lab Survey: Units Continue to Look Soft but ASP Strong; Increase Target Price to $210," UBS reported, based on information from the Company that: "***Apple says the battery replacement program is having little impact on shipments***."

346.     On June 4, 2018, *CNNMoney* Senior Tech Correspondent, Laurie Segall, interviewed Tim Cook.  During the interview, Ms. Segall asked: "I know that there is this fear of the impact on consumers and will iPhone prices go up if there is an escalating trade war. I would be curious to know—I know you said you are optimistic before—are you still optimistic."   In response, Cook stated: "I am, I am very optimistic because, uh, no one will win from that. It will be a lose-lose, and uh, I think that, when the facts are so clear like that, I think that both parties will see that and be able to work things out." Ms. Segall followed up and asked: "Do you think that if that were to occur that iPhone prices will go up?"  Cook responded: ***"I don't think that iPhone will get a tariff on it, is my belief, based on what I've been told and what I see. Uh, I just don't see that***."

347.     On June 4, 2018, *NPR*'s Steve Inskeep also interviewed Tim Cook. During the interview, Mr. Inskeep asked: "Well just tell me, does a trade war with China cost Apple jobs?" In response, Cook stated:

> ***I don't think that Apple is going to get caught up in a tariff there.***
> ***But I don't know this, but I don't think so because if we were it***

---

[104] Titcomb, James, *Apple reveals $100bn share buyback as it dispels doubts over iPhone demand,* The Telegraph, May 1, 2018, 6:50 PM ET.

[105] Fiegerman, Seth, *Apple sold only 3% more iPhones last quarter, but profit soared,* CNN, May 1, 2018, 6:36 PM ET.

*would hurt the U.S. And so it doesn't make sense to do, from that point of view.*

348.    Defendant Cook's statements about Apple's iPhone business in China, set forth at ¶ 345-47, were materially false and misleading because Defendants knew and failed to disclose or deliberately disregarded that:

(a)    the rate at which Apple customers were replacing their batteries in older iPhones, under Apple's $29 battery replacement program was negatively impacting demand for the next generation of iPhones (typically released between September to November)

(b)    while none of Apple's products or component parts were directly affected by the tariffs as of  June 4, 2018, the Company was feeling the indirect effects of a confluence of factors including: (i) macroeconomic and geopolitical issues in China as well as trade tensions and a worsening economy, and (ii) severe competition in the Chinese smartphone market which, together were negatively impacting demand for iPhones and decimating Apple's pricing power in the smartphone market in Greater China, one of Apple's most important growth markets;

(c)    as a result of the foregoing, Defendants lacked a reasonable basis in fact when making the related statements concerning demand for its products, as Apple's business metrics and financial prospects were not as strong as Defendants had led the market to believe.

**6.    Third Quarter Fiscal 2018 Results  –  July 31, 2018**

349.    On July 31, 2018, after the market closed, Apple filed an 8-K containing a press release and the Company's financial results for its third quarter of fiscal 2018 ended June 30, 2018.  In the accompanying press release, the Company reported quarterly revenue of $53.3 billion and earnings per share of $2.34, consistent with the Company's revenue guidance from the prior quarter, and higher than EPS consensus estimates of $2.16 per share.  Notwithstanding these results, Apple again reported sequential declines in iPhone sales, this time by *21 percent*. In addition, Apple provided revenue guidance for the upcoming fourth quarter of fiscal 2018 ended September 29, 2018 ("Q4 FY18") of between $60 and $62 billion.

350.    In that press release, in discussing the Company's revenues for the quarter, Defendant Cook stated:

> *We're thrilled to report Apple's best June quarter ever, and our fourth consecutive quarter of double-digit revenue growth. Our Q3 results were driven by continued strong sales of iPhone*, Services and Wearables, and we are very excited about the products and services in our pipeline.

351.    During the conference call held with analysts and investors that same day, Defendant Cook boasted that the "*iPhone had a very strong quarter*" with revenue being "*up 20% year-over-year, and [their] active installed base grew by double digits, driven by switchers, first-time smartphone buyers and our existing customers.*"  Cook also noted that the top 3 selling phones in urban China were iPhone, "where iPhone X was #1 and has been for a couple of quarters."

352.    Defendant Maestri reiterated to investors that while Apple was not providing guidance for iPhone units, nor ASP (average selling price), the Company was providing quarterly revenue guidance for Q4 FY18:

> And the guidance range implies growth of 16% to 19*%. We expect the growth to come from strong growth from iPhone*, from Services and from Wearables, which has been a bit of our pattern during the course of the year. On iPhone ASP, the only thing that I would point out is that, obviously, we're exiting the June quarter at a significantly higher level than in the past. And so that, I think it's important to keep in mind -- as we move into the September quarter, it's important to keep in mind the type of revenue growth that we've implied in our guidance.

353.    In response to a question from A.M. Sacconaghi of Sanford C. Bernstein about the health of the smartphone market and the effect of Apple's battery replacement program on sales, Defendant Cook downplayed the effect of elongated upgrade cycles on Apple and again falsely represented that Apple was not analyzing any potential impact related to its battery replacement program:

**Analyst:**

Okay. Tim, I was wondering if you could just comment a little bit about the health of the smartphone market. Apple's smartphone iPhone units have been relatively flat for 4 years and I think you've probably been a share gainer during the period, which would suggest at least at the high end of the market, that it's perhaps flat-to-down. And I'm wondering if you can comment on, whether you believe that and what you think might be happening with replacement cycles, and specifically, also what impact, if any, you've seen from wider availability and less expensive replacement batteries for iPhones.

**Defendant Cook:**

***I think the smartphone market is very healthy.*** I think it's actually the best market in the world to be in for someone that is in the business that we're in. So it's an enormous-sized market and whether it grows -- from our point of view, whether it grows 1% or 2% or 5% or 6% or 10% or shrinks 1% or 2%, it's a great market because it's just huge. And so that's kind of the way that I view that. iPhone revenues are up 20% for the quarter over last year. We're really pleased with that. And if you look at the sort of this cycle, which I'll define as Q1, Q2, Q3 for ease, you'll see that we've grown like mid-single digits and -- on an average weekly sales point of view and, of course, double-digit on ASP. And so I think it's really healthy.

In terms of replacement cycles, as I've mentioned I think on a previous call, some replacement cycles are lengthening. I think that the major catalyst for that was probably the subsidy plans becoming a much smaller percentage of total sales around the world than they were at one time. And so I think that some are lengthening and -- but I think for us, the thing that we always have to do is come out with a really great innovative product. And I think that iPhone X shows that when you deliver great innovative product, there's enough people there that would like that, and it can be a really good business. And so that's how I look at that.  In terms of the -- our installed base, which is something very important for us as it is one of the key drivers of Services, our active installed base on iPhone grew double digits over last year during the quarter. And so we're thrilled with that. And you can see that carrying through to the Services line, in the -- and the growth that we have there.

***In terms of batteries, we have never done an analysis internally about how many people decided to get a lower-priced battery than buy another phone because it was never about that for us. It was always about doing something great for the user. And I think if you treat the users and customers well, then you have a good business over time, and so that's how we look at that.***

354.     In response to a question from Shannon Siemsen Cross of Cross Research to Defendant Cook "as to what [he was] seeing in China and how [he was] thinking about it as [he] look[ed] forward," Cook stated that to date, "***none of [Apple's] products were directly affected by the tariffs.***"  However, Defendants utterly failed to discuss the other significant issues affecting Apple's iPhone upgrades and new iPhone sales in China, including the worsening economy in China and stiff competition from more budget-friendly phones made by Chinese smartphone companies.  Instead, Cook touted the growth of the iPhone and otherwise limited his response to the first few rounds of US-China tariffs which had not directly affected Apple's iPhones:

**Defendant Cook:**

***This is the fourth consecutive quarter that we've had double-digit growth in Greater China. I mentioned how iPhone X and sort of the iPhones were selling. We did pick up share in iPhone and iPad.*** But if you look more holistically at our complete line, we had a double-digit growth from Services to iPad to iPhone and to our other product category, which the Watch did extremely well. And so there are lots of good things happening there…. . . In terms of the tariffs themselves, maybe I could sort of take a step back because I'm sure that a lot – some people have questions on this. And our view on tariffs is that they show up as a tax on the consumer and wind up resulting in lower economic growth and -- sometimes can bring about significant risk of unintended consequences. That said, the trade relationships and agreements that the U.S. has between -- between the U.S. and other major economies are very complex, and it's clear that several are in need of modernizing. But we think that in the vast majority of situations that tariffs are not the approach to doing that, and so we're sort of encouraging dialogue and so forth. In terms of the tariffs that have been imposed or have exited the comment period, I think that there's one that's exiting today, there have been 3 of those. And maybe I could walk through those briefly just to make sure everybody's on the same page. The first was the U.S. imposed a tariff on steel and aluminum that was -- many, many different countries, that started, I believe, at the beginning of June. There have been 2 other tariffs that have totaled about $50 billion of goods from China that have either been implemented or are exiting the comment period in this month. I think the latest one is today.

***If you look at those 3 tariffs, none of our products were directly affected by the tariffs. There is a fourth tariff, which includes goods valued at $200 billion, also focused on goods that are imported from China. That one is out for public comment. Probably like everyone else, we're evaluating that one, and we'll be sharing our views of it with the administration and so forth before the comment period for that one ends. . . .*** That said, I can't

predict the future, but I am optimistic that the countries will get through this. And we are hoping that calm heads prevail.

355.     Due to Defendants' failure to disclose that iPhone customers had prematurely accelerated iPhone upgrades in 2017 (due to Apple's battery throttling), that the battery replacement program had begun to cannibalize iPhones unit sales, and that iPhone sales in China would be particularly hit hard once it became known to Chinese consumers that Apple continued to throttle iPhones.  Defendants were able to assuage potential investor concern and buoy the price of Apple stock with their misrepresentations and omissions. Specifically, based on Defendants' omission of these adverse materials facts, on August 1, 2018, the price of Apple stock increased by $11.21 per share, or **approximately 5.9 percent**, from a close on July 31, 2018 of $190.29, to a close on August 1, 2018 of $201.50.  Apple' stock price continued to increase the next day, August 2, 2018, closing up an additional 2.9% to close at $207.39.

356.     On August 1, 2018, Defendants filed Apple's Report on 10-Q for its third fiscal quarter of 2018 ended June 30, 2018 ("Q3 FY18 10-Q"). Defendants Cook and Maestri certified this filing.

357.     In the Q3 FY18 10-Q, Apple identified the same risk factors regarding global economic conditions, competition in its global markets, competition from other mobile operating systems and risks associated with international activities as it had identified in its Q3 FY17 10-Q (¶ 279).  As set forth below, these risk disclosures were false and misleading.

358.     In addition, the Q3 FY18 10-Q included a new disclosure regarding tariffs and the risks of doing business abroad:

> ***The Company's business may be impacted by political events, international trade disputes,*** war, terrorism, natural disasters, public health issues, industrial accidents and other business interruptions. ***Political events, international trade disputes,*** war, terrorism, natural disasters, public health issues, industrial accidents and other business interruptions ***could harm or disrupt international commerce and the global economy, and could have a material adverse effect on the Company and its customers, suppliers, contract manufacturers, logistics providers, distributors, cellular network carriers and other channel partners***.
>
> ***International trade disputes could result in tariffs and other protectionist measures that could adversely affect the Company's***

1  ***business. Tariffs could increase the cost of the Company's
   products and the components and raw materials that go into***

2  ***making them. These increased costs could adversely impact the
   gross margin that the Company earns on sales of its products.***

3  ***Tariffs could also make the Company's products more expensive
   for customers, which could make the Company's products less***

4  ***competitive and reduce consumer demand. Countries may also
   adopt other protectionist measures that could limit the***

5  ***Company's ability to offer its products and services***. Political
   uncertainty surrounding international trade disputes and

6  protectionist measures could also have a negative effect on
   consumer confidence and spending, which could adversely affect

7  the Company's business.

8  359.   In the 3Q FY18 10-Q, Apple again noted that:

9  ***There have been no material changes to the Company's market
   risk during the first nine months of 2018***. For a discussion of the

10  Company's exposure to market risk, refer to the Company's
    market risk disclosures set forth in Part II, Item 7A, "Quantitative

11  and Qualitative Disclosures About Market Risk" of the 2017 Form

12  10-K.

13  360.   Defendants' statements about iPhone sales revenue, iPhone upgrades, iPhone

14  sales growth, and Apple's performance in China, set forth at ¶¶ 350-54, were materially false and

15  misleading because Defendants knew and failed to disclose or deliberately disregarded that:

16  (a)   higher iPhone demand in 2017 and early 2018, including in Greater China,

17  was driven by artificially accelerated upgrade rates as a result of Apple intentionally throttling

18  older-model iPhones during 2017 (i.e., a segment of customers upgraded their iPhones early

19  believing their phones to be obsolete – artificially inflating iPhone revenues in 2017, at the

20  expense of iPhone revenues in 2018);

21  (b)   Apple was, in fact, tracking the number of consumers taking advantage of

22  iPhone battery replacements and the expected effect of those battery replacements on iPhone's

23  upgrade rates for 2018;

24  (c)   the rate at which Apple customers were replacing their batteries in older

25  iPhones, under Apple's $29 battery replacement program was negatively impacting demand for

26  the newer model iPhones (including the XS, XS Max, and XR, released in September and

27  October 2018);

28

1            (d)      while none of Apple's products or components were directly affected by

2    the tariffs as of July 31, 2018, the Company was feeling the indirect effects of a confluence of

3    factors including: (i) macroeconomic and geopolitical issues in China as well as trade tensions

4    and a worsening economy, and (ii) severe competition in the Chinese smartphone market which,

5    together, were negatively impacting demand for iPhones and decimating Apple's pricing power

6    in the smartphone market in Greater China, one of Apple's most important growth markets;

7            (e)      as a result of slowing demand, Apple had slashed production orders from

8    suppliers for the new 2018 iPhone models; and

9            (f)      as a result of the foregoing, Defendants lacked a reasonable basis in fact

10   when making the related statements concerning demand for its products, as Apple's business

11   metrics and financial prospects were not as strong as Defendants had led the market to believe.

12         361.    Moreover, during the conference call held with investors and analysts that same

13   day, Defendant Cook again downplayed the effects of Apple's $29 battery replacement program

14   on future iPhone upgrade rates, falsely representing that Apple had not analyzed the effects of

15   Apple's $29 battery replacement program on future iPhone upgrade rates, and was not able to

16   quantify for the market the effect of the battery replacement program on future iPhone upgrades.

17         362.    Similarly, Apple's risk disclosures (¶ 357-58) were insufficient because

18   Defendants  knew, or recklessly disregarded, and failed to disclose ongoing conditions then

19   existing at the Company including that (i) sales of iPhones in 2018 would be cannibalized by the

20   combined effect of the premature upgrades in 2017 (which upgrades otherwise would have been

21   made in 2018), and the 2018 battery replacement program which led customers to postpone

22   upgrades in 2018; and (ii) increased competition and worsening economic conditions in China,

23   including the indirect negative effects from trade tensions between the US and China, which had

24   already negatively affected iPhone demand in China and would continue to negatively affect the

25   Company's business in the short-term. Moreover, Apple was warning of potential risks that had

26   already materialized.

27

28

1    363.    Further, Apple's representation in ¶ 359 that there had been no material change to

2   Apple's market risk during the first nine months of the fiscal year was materially false and

3   misleading when made because Defendants knew, or were at least deliberately reckless in not

4   knowing, that iPhone demand was declining throughout fiscal 2018, which Defendants informed

5   its suppliers of, but kept from the market.  Additionally, Defendants knew, or were are least

6   deliberately reckless in not knowing, that Apple had already replaced millions more batteries

7   than usual during fiscal 2018 which would have an adverse effect on sales in the next upgrade

8   cycle in Q1 FY19.

9    364.    Overall, analysts responded favorably to Apple's Q3 FY18 earnings

10  announcement. Defendants' reassurances were parroted by several analysts, with reference to

11  continued increasing iPhone revenues, **as well as growth in China**, both of which were

12  emphasized by the Company. For example, in a report dated July 31, 2018, *Wells Fargo* analysts

13  increased their price target based on Apple's earnings guidance for iPhone revenues in Q4 FY18:

> We think investor will be focused on: (1) Continue iPhone ASP
> strength ($724 vs. our $705 and street $697 estimates) with
> ongoing demand for premium models (iPhone X & 8/+) ahead of
> an upcoming iPhone refresh.
>
> \* \* \*
>
> Apple highlighted a double digit y/y increase in its iPhone installed
> base despite iPhone ship +1% y/y – i.e., driving services growth
> sustainability + base for forward upgrades.
>
> \* \* \*
>
> F4Q18 Guide: Apple is guiding F4Q18 revenue at $60-$62B,
> GM% of 38.0%-38.5%, and opex of $7.95-$8.05B. We slightly
> increase our iPhone unit estimate to 49.1M (vs. prior 47.02M;
> street: 47.1M) and increase our blended ASP ($/unit) estimate by
> $10 to $735.[106]

24    365.    In a report dated July 31, 2018, *RBC Capital Markets* discussed the "heightened

25  concerns around large-cap tech and ongoing US/China tariff issues," and stated that they

26  believed the discussion surrounding China "was a positive print vs. expectations" and "while

---

[106] "AAPL: iPhone ASP Upside, Con't Services Momentum, & Share Repo," *Wells Fargo,*
July 31, 2018.

1 US/China tariffs are a concern, they don't seem to impact AAPL's guide."[107]  Ultimately, *RBC*

2 *Capital Markets* analysts "remain[ed] positive on Apple's international penetration opportunity,"

3 despite customer awareness of Apple's launch cycle for new products as they "await updated and

4 fully remade iPhones."[108] The positive guidance, or "better than expected iPhone revenues,"

5 allowed *RBC Capital Markets* to "believe the bullish thesis more accurately reflects [their]

6 opinions."[109]

7 366.    In a July 31, 2018 report, *Guggenheim* also reported on the positive guidance

8 reported in the iPhone segment of Apple revenue, attributing the positive guidance as "once

9 again driven by upside in iPhone ASPs and Services growth, with the first being key to offsetting

10 mature smartphone unit growth and the second to expending its P/E. Sep-qtr guide looks strong

11 into an upcoming iPhone refresh that we continue to see coming on time."[110] In response to

12 Apple's announcement, *Guggenheim* raised their estimates to $235 as "Apple [was] tracking to

13 its best iPhone revenue growth since FY15."

14 367.    In a report dated August 1, 2018, *Macquarie Research* analysts discussed overall

15 positive results reported, including mention of China – reporting that Q4 FY18 "guidance was

16 better than we were expecting":

> Apple posted another quarter of solid, and most importantly,
> diversified growth, with overall revs up 17%. iPhone grew 20%,
> Services grew 28% (adj), and Other (driven by Wearables) grew
> 37% (iPad and Mac were down). China remained strong [up 19%
> y/y]. iPhone growth is due primarily to 20% ASP growth, with
> units up just 1%. . . .
>
> *    *    *
>
> China – Greater China revenue grew 19% to $9.6B, the fourth
> straight quarter of double-digit growth. AAPL noted that iPad units
> grew double-digit in both Greater China and rest of Asia Pacific
> segments with a new June quarter record for iPad sales in
> Mainland China. Services, iPhone, and Other Products, driven by
> the growth in Apple Watch, also grew double-digit. AAPL noted

[107] "Hit Snooze For 90 Days. Path to Trillion Intact," *RBC Capital Markets*, July 31, 2018.
[108] *Id.*
[109] *Id.*
[110] "AAPL – Cutting Through the Noise with Upside in ASPs and Services; PT +$10 to $235;
Reiterate BUY," *Guggenheim*, July 31, 2018.

that the iPhone X was the top selling smartphone for the last two quarters, gaining share.[111]

368. Although analysts were pleased with Apple's quarterly earnings, many noted that iPhone unit sales came in lower than expected. For example:

(a) On August 1, 2018, Shebly Seyrafi issued an analyst report for *FBN Securities* titled "AAPL: Strong for a FQ3 as Strong iPhone ASP, Services, and Wearables Drive Growth." In the report, Seyrafi noted that Apple again missed consensus market estimates for iPhones units shipped in the quarter, but iPhone revenue was saved by an increase in ASP driven by iPhone X sales.

(b) On August 1, 2018, Andrew Uerkwitz issued an analyst report for *Oppenheimer* titled "Apple Defines Current Generation Platform Dominance With Share Gain and Impressive Segments Growth." In the report, similar to the report from FBN Securities, Uerkwitz noted that iPhone unit sales came in below market expectations but that revenues were bolstered by an increase in ASP. Notably, Uerkwitz also reported that one of the key drivers in iPhone sales in China was a "temporary vacuum in the high-end flagship category" in the first half of 2018. However, as discussed herein, Huawei and Apple's other competitors in China soon filled this vacuum, with Oppo releasing its high-end flagship phone in July 2018 and Huawei releasing four phones priced at over $900 in November 2018.

### 7. Apple Introduces the iPhone XS, XS Max, and XR - September and October 2018

369. On September 21, 2018, Apple introduced two new phones: the iPhone XS (priced at $999/$1149) and the iPhone XS Max (priced at $1099/$1249/$1449).[112] The iPhone XR (priced at $749/$799/$899) was released one month later on October 26, 2018.[113]

---

[111] "F3Q'18: Broad Growth," *Macquarie Research*, August 1, 2018.

[112] The iPhone XS and XS Max became available for pre-order on Friday, September 14 at 12:01 a.m. Pacific Time.

[113] Apple's one month delay of its cheaper iPhone (the iPhone XR) was the opposite of its launch cycle in 2017 when it released its more affordable phones, the iPhone 8 and iPhone 8 Plus on September 22, 2017, while the much higher priced iPhone X wasn't available until November 3, 2007. The delay in the X release was due to OLED supply issues and iPhone X sales initially suffered from the delay.

1    Reportedly, supply issues with software related to the iPhone XR's Liquid Retina LCD display

2    led to the later release of the iPhone XR.  Unlike the prior iPhone releases, the 2018 iPhones

3    were not viewed as having significant technological advances beyond the iPhone X released in

4    late 2017 (priced at $999/$1149).

5        370.    The 2018 iPhones featured a Super Retina OLED display, an all-screen stainless

6    steel and glass design, faster processors and enhanced cameras. The highest gigabyte version of

7    the iPhone XS Max launched at a price of $1,449 – $300 more than the 2017 highest gigabyte

8    version of the iPhone X.

9        371.    Meanwhile, Chinese manufacturers like Huawei, Oppo, and Xiaomi had since

10   captured part of Apple's Chinese market share (¶¶ 93-108) by offering arguably more innovative

11   features for hundreds of dollars less per phone. For instance, in 2018, Huawei's P20 Pro retailed

12   for approximately $800 in China and Xiaomi's MIX 2S retailed for approximately $500 in

13   China. The strength of the U.S. dollar and the high price of iPhones, combined with a declining

14   Chinese economy, placed the iPhone out of reach of many Chinese consumers who might

15   otherwise have upgraded – at the same time that many less expensive Chinese smartphones were

16   flooding the market.

17       372.    Following the release of the iPhone XS and XS Max in September 2018, Apple

18   officially stopped selling its: (a) iPhone X (released 10 months prior in November 2017); (b)

19   iPhone SE (released in March 2016 as iPhone's more reasonably priced model at $399-$499),

20   and (c) iPhone 6S models (released in September 2015).

21       373.    On September 17, 2018, Ashraf Eassa published an article for *The Motley Fool*

22   titled "Here's Why Apple Discontinued the iPhone X."  In the article, Eassa reported that Apple

23   put itself in a position where it had little choice but to discontinue the iPhone X less than a year

24   after its release. Eassa stated: "To be quite blunt, the iPhone XR is simply a more advanced

25   device than the older iPhone X, so it'd be pretty tough for Apple to keep selling the iPhone X at

26   the traditional discount."  Eassa also noted that discounting the iPhone X more than usual "would

27   arguably create bigger problems."  Eassa pointed out that if Apple discounted the iPhone X

28

enough for it to sell, "not only would Apple's average selling prices suffer, but its profit margins could take an even bigger beating."  Further, he stated that Apple applying too large a discount to the iPhone X "could potentially take away sales from the iPhone XS and XS Max (which are now the only options available to buyers looking for an iPhone X-like premium product), exacerbating the potential degradation in average selling price and profit."

### 8. Apple Discounts New Release iPhones in Order to Increase Sales and Reduce Inventory

374.    In October 2018, Apple began offering discount promotions via generous device buyback terms or trade-ins to help spur sales of its new generation iPhones.  According to media reports, Apple marketing staff from other projects were ordered to work on bolstering sales of the latest iPhones, about one month after the iPhone XS went on sale and in the days around the launch of the iPhone XR.  Company insiders described the sale efforts as a "fire drill," and a possible admission that the devices may have been selling below expectations.[114]

375.    In December 2018, it was reported that Apple was offering a 40% discount on the iPhone XR presumably to get rid of excess inventory.  According to a December 6, 2018 *Forbes* article, a new banner at the top of Apple's website at the time advertised the iPhone XR for $449, $300 less than its official sticker price. The deal, noted with an asterisk and described at the bottom of the page, required customers to trade in an iPhone 7 Plus, a high-end handset from two years ago.[115]

### 9. Apple Throttles the Latest Generation of iPhones

376.    On October 30, 2018, Apple released its iOS 12.1 update which, contrary to prior representations, included code designed to slow down the iPhone 8, 8 Plus, and iPhone X smartphones in a bid to extend the battery life of those devices.[116]  Tucked away in the release

---

[114] Gurman, Mark, *Apple Resorts to Promo Deals, Trade-Ins to Boost iPhone Sales,* Bloomberg (Dec. 4, 2018), https://www.bloomberg.com/news/articles/2018-12-04/apple-is-said-to-reassign-marketing-staff-to-boost-iphone-sales.

[115] Cohan, Peter, *Why 40% iPhone Discount Is Bad For Apple,* Forbes (Dec. 6, 2018).

[116] Spence, Ewan, *Apple Adds Performance Management To Throttle iPhone X Battery,* Forbes (Oct. 31, 2018).

notes of the iOS 12.1 update, in a section marked "Other improvements and fixes," Apple noted

that the addition to the code:

> Adds a performance management feature to prevent the device
> from unexpectedly shutting down, including the option to disable
> this feature if an unexpected shutdown occurs, for iPhone X,
> iPhone 8 and iPhone 8 Plus.

377.    According to an October 31, 2018 article in *Forbes* titled, "Apple Adds

Performance Management To Throttle iPhone X Battery":

> We've been here before. This is Batterygate cut and pasted for the
> 2017 iPhone family.

> Curiously, Apple has previously stated that the 2017 handsets (the
> iPhone 8, 8 Plus, and iPhone X) would not need this feature.
> Macworld's Michael Simon: 'At the time, Apple told Senator John
> Thune that its newest phones didn't need the same performance
> management feature because "iPhone 8, iPhone 8 Plus, and iPhone
> X models include hardware updates that allow a more advanced
> performance management system that more precisely allows iOS
> to anticipate and avoid an unexpected shutdown.'

> Yet here we are. So is this redundancy to protect the circuitry with
> an extra fail-safe mode, are the more advanced systems not
> working correctly, or does Apple still have a problem with ageing
> batteries? Apple is not commenting.

378.    On October 31, 2018, *The Verge* published an article by Jon Porter titled "Last

year's iPhones get controversial processor throttling feature after all."  In that article, Porter

noted that Apple "previously said 'hardware updates' made [the iPhone 8 and X] less prone to

battery degradation."  Porter discussed the effect of the throttling on the iPhone 8 and X and

noted that the update would "dynamically throttle[] the phone's processor as its battery degrades

over time to stop the handset from randomly shutting down," though the feature can be turned

off.  Porter noted that the update was contrary to what "Apple has told US senators [in] that

'hardware updates' meant that the [throttling] feature isn't as necessary on its newest phones."[117]

379.    On November 1, 2018, the *Daily Mail* published an article by Annie Palmer titled

"Outrage as Apple reveals it could slow down iPhones bought just a YEAR ago because of

---

[117] Porter, Jon, *Last year's iPhones get controversial processor throttling feature after all,*
The Verge (Oct. 31, 2018),
https://www.theverge.com/circuitbreaker/2018/10/31/18047174/iphone-x-8-plus-performance-throttling-battery-management-ios-12-1-update.

1   'degrading batteries.'"  In that article, Palmer noted that some users had already begun to

2   complain of iOS 12.1 impacting their phone battery.  She also noted that  it was "unclear how

3   users can turn off the performance management feature" and even a writer for Gizmodo was not

4   able to find the option in the Battery menu.  Palmer also quoted several Twitter users expressing

5   their displeasure with Apple and the update.  Notably, Palmer stated: "As many have noted, the

6   latest update proves that Apple isn't going to stop throttling iPhones anytime soon."  Further, she

7   noted that "Apple will likely extend the feature to the iPhone XS, iPhone XS Max and iPhone

8   XR."[118]

9         380.    On November 1, 2018, *The Inquirer* published an article by Roland Moore-Colyer

10  titled "iOS 12.1 brings Apple's CPU throttling 'feature' to the iPhone 8 and iPhone X."  In that

11  article, Moore-Colyer pointed out that the iPhone 8 and iPhone X received the throttling update

12  "despite Apple's earlier claims that its previous-gen phones wouldn't need the deliberate

13  processor down-clocking."  He also noted that "[f]or people who have a problem with such

14  performance throttling, [the throttling] will feel like a slap in the chops," and that even if the

15  throttling were not viewed as a net negative, "Apple had kept the feature under wraps which

16  landed it in hot water for seemingly lying to its users."

17        381.    Defendants led the market to believe Apple could continue its unsustainable

18  business model of masking falling unit sales by continuing to drive up ASPs.  However, when

19  the market reacted negatively to Apple's lack of innovation in phones, continued throttling in its

20  phones, and increased competition in Q1 2019, the Company could no longer conceal its

21  disappointing unit sales for iPhones.  As of October 30, 2018, consumers were aware that Apple

22  had failed to provide innovation in the iPhone XS, XS Max, or XR, and that those phones would

23  almost certainly be throttled when Apple released its next generation of iPhones.  Consumers

24  predictably voiced their displeasure with yet another throttling update, with many consumers,

25  including those in China, going so far as to say they were turning to Apple's competitors as a

26  result.

27

28  _____

[118] Palmer, Annie, *Outrage as Apple reveals it could slow down iPhones bought just a YEAR ago because of 'degrading batteries,'* Daily Mail (Nov. 6, 2018).

1

10.     **Fourth Quarter Fiscal 2018 Results – November 1, 2018**

2      382.    On November 1, 2018, after the market closed, Apple filed an 8-K containing a

3  press release and the Company's financial results for its fourth quarter of fiscal 2018 ended

4  September 29, 2018.  iPhone units were well below consensus estimates (46.9m vs 49m), but

5  ASPs were higher ($793 vs $729).  In the accompanying press release, Defendant Cook

6  emphasized that "[o]ver the past two months, [Apple had] delivered huge advancements for [its]

7  customers through new versions of iPhone, Apple Watch, iPad and Mac as well as [its] four

8  operating systems, and [that it was] enter[ing] the holiday season with [its] strongest lineup of

9  products and services ever." **However, Apple, then already more than one-third of the way**

10  **into the first quarter of fiscal 2019 (ended December 31, 2018), provided revenue guidance**

11  **of $89 billion to $93 billion for the upcoming and all-important holiday quarter—a range**

12  **that was well below what analysts were expecting.**

13      383.    During the conference call held with analysts and investors that same day, in

14  giving guidance for the upcoming 1Q FY 2019,  Defendant Maestri stated:

15          As we move ahead to the December quarter, I'd like to review our
            outlook, which includes the types of forward-looking information
16          that Nancy referred to at the beginning of the call. We have the
            strongest lineup ever as we enter the holiday season, and **we**
17          **expect revenue to be between $89 billion and $93 billion**, a new
            all-time record. This range reflects a number of factors to be
18          considered: First, we consider the effect on Q4 and Q1 of the
            launch timing of our new iPhones this year versus last year;
19          Second, we expect almost $2 billion of foreign exchange
            headwinds; Third, we had an unprecedented number of products
20          ramping, and while our ramps are going fairly well, we have
            uncertainty around supply and demand balance; and **fourth, we**
21          **also face some macroeconomic uncertainty, particularly in**
            **emerging markets.**

22

23      384.    In response to a question from Shannon Siemsen Cross of Cross Research about

    the variables affecting the revenue guidance for the first fiscal quarter 2019 (including

24

25  geopolitical trade and macro issues) , Defendant Maestri responded that the following would

    affect Q1 FY19 revenues: 1) the launch timing of the new iPhones in 2018 would make for a

26

27  tough Q1 FY19 comparison; 2) the impact of foreign exchange; 3) an unprecedented number of

    new products and some uncertainty around supply-demand balance for some of these products;

28

1   and 4) "some level of uncertainty at the macroeconomic level in some emerging markets, where,

2   clearly, consumer confidence is not as high as it was 12 months ago."  Specifically, Defendant

3   Maestri stated, in pertinent part:

4          [I]n the last 6 weeks, we've launched an unprecedented number of
           new products. They're all ramping right now. The ramps are going
5          fairly well, but obviously, we have some uncertainty around
           supply-demand balance for some of these products. And then
6          finally, the last point that we've taken into account is what Tim's
           talked about in terms of *some level of uncertainty at the*
7          *macroeconomic level in some emerging markets, where, clearly,*
           *consumer confidence is not as high as it was 12 months ago*. So
8          take that into account, and that's how we got to the range.

9          385.    In response to a question from Michael Joseph Olson of Piper Jaffray about how

10  demand was strong for the iPhone XS and XS Max given the staggered launch and whether

11  customers were waiting for the cheaper iPhone XR to upgrade,  Defendant Cook responded:

12         *The XS and XS Max got off to a really great start*, and we've only
           been selling for a few weeks. The XR, we've only got out there
13         for, I guess, 5–5 days or so at this point and so that it's—we have
           very, very little data there. Usually, there is some amount of wait
14         until a product shows—another product shows up in look, but in—
           that—*in looking at the data, on the sales data for XS and XS*
15         *Max, there's not obvious evidence of that in the data as I see it.*

16         386.    In response to a question from Wamsi Mohan about "deceleration in some of

17  these emerging markets," which the Company mentioned as affecting the quarter, Defendant

18  Cook maintained that the issues were in other emerging countries, not China, and that Apple was

19  somehow immune from that trend:

20         **Defendant Cook:**

21         To give you a perspective in – at some detail, our business at India
           in Q4 was flat. Obviously, we would like to see that be a huge
22         growth. Brazil was down somewhat compared to the previous year.
           And so I think – or at least the way that I see these is each one of
23         the emerging markets has a bit of a different story. And I don't see
           it as some sort of issue that is common between those for the most
24         part. *In relation to China specifically, I would not put China in*
           *that category. Our business in China was very strong last*
25         *quarter.* We grew 16%, which we're very happy with. *iPhone, in*
           *particular, was very strong double-digit growth there.* Our other
26         products category was also stronger, in fact, a bit stronger than
           even the . . . overall company number.

27

28

387.    Additionally, Defendant Maestri shocked analysts and investors by announcing that Apple would no longer report unit sales moving forward:[119]

> **[S]tarting with the December quarter, we will no longer be providing unit sales data for iPhone**, iPad and Mac. As we have stated many times, our objective is to make great products and services that enrich people's lives and to provide an unparalleled customer experience so that our users are highly satisfied, loyal and engaged. As we accomplish these objectives, strong financial results follow.
>
> *As demonstrated by our financial performance in recent years*, the number of units sold in any 90-day period is not necessarily representative of the underlying strength of our business. *Furthermore, our unit of sale is less relevant for us today than it was in the past given the breadth of our portfolio and the wider sales price dispersion within any given product line.*

388.    In response to a question from Jim Suva of Citigroup about Apple's rationale for suddenly withholding iPhone unit data and whether it was because unit sales were "going to start going negative," the Individual Defendants tried to justify the Company's decision to withhold iPhone unit sales, and downplay the importance of the metric:

> **Analyst:**
>
> [A]nd then for Luca, there'd probably be a lot of pushback about not giving iPhone unit data. It sounds like you're still going to give revenue data if I heard that correctly. But some people may fear that this now means that the iPhone units are going to start going negative year-over-year because it's easy to talk about great things and not show the details of things that aren't so great.
>
> **Defendant Maestri:**
>
> Given the rationale on why *we do not believe that providing unit sales is particularly relevant for our company at this point, I can reassure you that it is our objective to grow unit sales for every product category that we have*. But as I said earlier, a unit of sale is less relevant today than it was in the past. To give you an example, the unit sales of iPhone at the top end of the line have been very strong during the September quarter. And that's very important because we are attracting customers to the most recent technologies and features and innovation that we bring into the lineup, but you don't necessarily see that in the number that is reported. And so therefore, we will – as I said, *we'll provide the qualitative commentary when it is important and relevant, but at the end of the day, we make our decisions to – from a financial*

---

[119] Unit sales represent total sales earned on a per-unit basis, *e.g.*, specific iPhone models. Therefore, unit sales are an important metric used in determining ASP over a period of time to analyze sales performance.

1    *standpoint, to try and optimize our revenue and our gross margin*
2    *dollars. And that, we think, is the focus that is in the best interest*
     *of our investors*.

3    **Defendant Cook:**

4    Jim, let me just add a couple things to that for color. ***Our installed***
5    ***base is growing at double digit, and so there's no – and that's***
     ***probably a much more significant metric for us from an***
     ***ecosystem point of view and customer loyalty, et cetera.*** The
6    second thing is this is a little bit like if you go to the market and
     you push your cart up to the cashier and she says or he says, "How
7    many units you have in there?," it sort of – ***it doesn't matter a lot***
     ***how many units there are in there in terms of the overall value of***
8    ***what's in the cart***.

9         389.    On this news of reduced revenue guidance of $89 billion to $93 billion for the

10   upcoming and all-important holiday quarter, which was a partial materialization of the risk

11   concealed by Defendants' alleged misrepresentations and omissions, Apple's stock price plunged

12   by $14.74 per share or 6.6 percent, to close at $207.48 on November 2, 2018.

13        390.    While Apple's mid-point revenue guidance range for the first quarter of fiscal

14   2019, provided on November 1, 2018, was $1.9 billion below what the market expected,

15   Defendants' materially false and misleading statements and omissions issued that day served to

16   prop up the market price of Apple stock which continued to trade at artificially inflated prices

17   until the end the Class Period.

18        391.    In an interview with *Reuters* that same day, Defendant Cook reiterated the four

19   factors which led Defendants to issue disappointing revenue guidance for the first fiscal quarter

20   2019 discussed above.   Defendant Cook falsely reassured *Reuters*, however, that the Company

21   was happy with its performance in China.

22        392.    Following the Company's November 1, 2018 earning release and conference call,

23   several securities analysts issued reports indicating that the information had been favorably

24   received by the market and that the market believed Apple was still experiencing strong demand,

25   with analysts accepting Apple's reasoning for withholding unit sales and expecting the Company

26   to meet or beat the 1Q19 financial guidance provided that day.   For example:

27        (a)    Analysts at *Canaccord Genuity LLC* wrote:

28

We believe Apple continues to grow its leading market share of the premium-tier smartphone market with double-digit growth of its installed base and believe the iPhone installed base of new iPhone consumers will exceed 700M exiting C2018. **This impressive installed base should drive strong iPhone replacement sales and earnings**, as well as cash flow generation to fund strong long-term capital returns. We maintain our BUY rating and $250 price target. . . **We believe demand trends are solid for the three new iPhone models and anticipate strong ASPs and margin trends for the iPhone franchise going forward**.

(b)     Analysts at *Wedbush* also reported on the Company's Q4 FY 18 earnings:

Last night Apple delivered FY4Q (Sept.) results which beat the Street from a headline number but slightly missed iPhone unit shipments which was the focus of investors. However the quarter itself took a back seat to the modestly softer December guidance that Cook & Co. gave on the heels of its much anticipated XS/XR iPhone product cycle which remains the linchpin of the Apple story for FY19. That said, the "jaw dropper" last night was when Apple announced it will stop providing units/ASPs for iPhones, Macs and its other product lines. The Street will find this a tough pill to swallow this morning as the transparency of the Cupertino story takes a major dent given that tracking iPhone units has become habitual to any investor that has closely followed the Apple story for the last decade+ and is critical to the thesis.

**As explained on the conference call we understand the logic of not providing these metrics anymore given that ASPs are all over the map and a slew of new smartphone releases has catalyzed Apple to focus more on overall segment revenue rather than myopic quarterly unit sales.** However, the skeptics will point to Apple doing this right at the critical juncture where higher ASPs are making up for slower unit sales which remains the worry and the stock will get hit accordingly this morning. That said, while it's frustrating how Apple (with no warning) decided to pull the plug on unit metrics, **our core bull thesis does not change on the story and to some extent is emboldened by the ~$800 ASP story** and a robust services business poised to hit $50 billion+ in FY20. . . . While last night's "Houdini-like metrics move" was a stunner, our core bullish thesis on Apple remains unchanged despite the noise this morning. **We maintain our OUTPERFORM rating and $310 price target**.

393.     Similar to the two previous quarters, disappointing iPhone unit sales were masked by another increase in iPhone ASP.

(a)     On November 2, 2018, Shebly Seyrafi issued an analyst report for *FBN Securities* titled "AAPL: Buy on Pullback as Somewhat Weak FQ1 Guidance Partly Caused by

1  Timing of New iPhones," in which Seyrafi noted that year-on-year growth for iPhones was

2  "flat."

3          (b)      On November 2, 2018, Andrew Uerkwitz issued an analyst report for

4  *Oppenheimer* titled "Attention Shifting to Experience from Hardware, Apple Changing the

5  Game for Itself and Analysts."  In that report, Uerkwitz noted Apple experienced a 4% year-on-

6  year decline in unit sales.

7          (c)      On November 2, 2018, Michael J. Olson issued an analyst report for *Piper*

8  *Jaffray* titled "Solid Sept Qtr, But Outlook & Less Disclosure Disappoint; Maintain OW & $250

9  PT," which noted that estimates of iPhone unit sales were short of consensus estimates by

10  approximately 600,000 phones.

11          (d)      On November 2, 2018, Daniel Ives issued an analyst report for *Wedbush*

12  titled "Cook Pulls the Plug on Metrics in a Houdini Like Move; Bullish Thesis Unchanged."  In

13  that report, Ives noted that Apple "slightly missed iPhone unit shipments which was the focus of

14  investors," and that the iPhone XS and XR product cycle "remain[ed] the linchpin of the Apple

15  story for FY19."

16          (e)      On November, 2, 2018, Benjamin Schachter issued an analyst report for

17  *Macquarie Research* titled "F4Q'18: Increased Uncertainty; Services Key."  In that report,

18  Schachter noted that Apple's 4Q 2018 results meant "more uncertainty for the stock," and that

19  iPhone shipments were "well below" estimates.

20          394.    On November 5, 2018, Defendants filed Apple's Report on 10-K for fiscal 2018

21  ended September 29, 2018 ("2018 10-K"). Defendants Cook and Maestri certified this filing.

22          395.    In the 2018 10-K, Apple identified the same risk factors regarding global

23  economic conditions, competition in its global markets, competition from other mobile operating

24  systems and risks associated with international activities as it had identified in its Q3 FY17 10-Q

25  (¶ 279), but modified the following relevant risk factors:

26                  ***Global markets for the Company's products and services are***
                    ***highly competitive and subject to rapid technological change,***
27                  ***and the Company may be unable to compete effectively in these***
                    ***markets****. The Company's products and services are offered in
28                  highly competitive global markets characterized by aggressive

price competition and resulting downward pressure on gross margins, frequent introduction of new products and services, short product life cycles, evolving industry standards, continual improvement in product price/performance characteristics, rapid adoption of technological advancements by competitors and price sensitivity on the part of consumers and businesses. The Company's ability to compete successfully depends heavily on its ability to ensure a continuing and timely introduction of innovative new products, services and technologies to the marketplace. The Company believes it is unique in that it designs and develops nearly the entire solution for its products, including the hardware, operating system, numerous software applications and related services. As a result, the Company must make significant investments in R&D. There can be no assurance that these investments will achieve expected returns, and the Company may not be able to develop and market new products and services successfully.

* * *

The Company has a minority market share in the global smartphone, tablet and personal computer markets. ***The Company faces substantial competition in these markets from companies that have significant technical, marketing, distribution and other resources, as well as established hardware, software and digital content supplier relationships***. In addition, some of the Company's competitors have broader product lines, lower-priced products and a larger installed base of active devices. Competition has been particularly intense as competitors have aggressively cut prices and lowered product margins. Certain competitors may have the resources, experience or cost structures to provide products at little or no profit or even at a loss. Additionally, the Company faces significant competition as competitors attempt to imitate the Company's product features and applications within their own products or, alternatively, collaborate with each other to offer solutions that are more competitive than those they currently offer. The Company also expects competition to intensify as competitors attempt to imitate the Company's approach to providing components seamlessly within their individual offerings or work collaboratively to offer integrated solutions. Some of the markets in which the Company competes, including the market for personal computers, have from time to time experienced little to no growth or contracted. In addition, an increasing number of internet-enabled devices that include software applications and are smaller, simpler and cheaper than traditional personal computers compete with some of the Company's existing products.

***The Company's services also face substantial competition, including from companies that have significant resources and experience and have established service offerings with large customer bases.*** The Company competes with business models that provide content to users for free. The Company also competes with illegitimate means to obtain third-party digital content and applications.

1
2
3
4

> The Company's financial condition and operating results depend substantially on the Company's ability to continually improve its products and services in order to maintain their functional and design advantages. There can be no assurance the Company will be able to continue to provide products and services that compete effectively.

5       396.    Defendants' statements about  iPhone sales, iPhone upgrades, iPhone growth, and

6   Apple's performance in China, set forth at ¶¶ 383-88, was materially false and misleading

7   because Defendants knew and failed to disclose or deliberately disregarded that:

8               (a)     higher iPhone demand in 2017 and early 2018, including in Greater China,

9   was driven by artificially accelerated upgrade rates as a result of Apple intentionally throttling

10  older-model iPhones during 2017 (i.e., a segment of customers upgraded their iPhones early

11  believing their phones to be obsolete - artificially inflating iPhone revenues in 2017, at the

12  expense of iPhone revenues in 2018);

13              (b)     the rate at which Apple customers were replacing their batteries in older

14  iPhones, under Apple's $29 battery replacement program was negatively impacting demand for

15  the newer model iPhones (including the XS, XS Max, and XR, released in September and

16  October 2018);

17              (c)     iPhone demand in Greater China was declining and expected to continue

18  to deteriorate long term due to a confluence of factors including: (i) macroeconomic and

19  geopolitical issues in China as well as trade tensions and a worsening economy, (ii) Apple's

20  throttling of recent models of iPhones which negatively affected the perception of the Company

21  in Greater China, and (iii) severe competition in the Chinese smartphone market which, together,

22  were negatively impacting demand for iPhones and decimating Apple's pricing power in the

23  smartphone market in Greater China, one of Apple's most important growth markets;

24              (d)     as a result of slowing demand, Apple had slashed production orders from

25  suppliers for the latest generation iPhone models;

26
27
28

1          (e)      as a result of slowing demand, Apple had cut prices on the latest

2   generation iPhone models starting in October 2018 (described by Company insiders as a "fire-

3   drill") to reduce inventory;[120]

4          (f)      the decision to withhold iPhone unit sales was intentionally designed to

5   conceal declining iPhone sales; and

6          (g)      as a result of the foregoing, Defendants lacked a reasonable basis in fact

7   when making the related statements concerning demand and growth for its iPhones, as Apple's

8   business metrics and financial prospects were not as strong as Defendants had led the market to

9   believe.

10          397.     Moreover, Defendant Cook's statement that the "XS and XS Max got off to a

11   really great start" (¶ 383) was materially false and misleading for the following reasons:

12          (a)      The iPhone XS and iPhone XS Max preorders appeared to be weaker

13   compared to the iPhone X preorders from the generation before.

14          (b)      Just days after the release, one analyst found iPhone XS and XS Max sales

15   to be "weak." He wrote that, "We continue to believe total iPhone XS and iPhone XS Max sales

16   will be lower than total iPhone X sales over a two-month period."[121]

17          (c)      Apple iPhone XS and XS Max sales continued to remain slow at the start

18   of the holiday season, confirming what Defendants knew, or were at least deliberately reckless in

19   not knowing, about the low demand for those phones.

20

21

22

23

24

25

---

26   [120] Gurman, Mark, *Apple Resorts to Promo Deals, Trade-Ins to Boost iPhone Sales,*
Bloomberg (Dec. 4, 2018), https://www.bloomberg.com/news/articles/2018-12-04/apple-is-said-to-reassign-marketing-staff-to-boost-iphone-sales.

27   [121] Silver, Stephen, *iPhone XS and XS Max sales are 'weak' says historically bearish Apple
analyst*, Apple Insider (Sept. 24, 2018), https://appleinsider.com/articles/18/09/24/iphone-xs-

28   and-xs-max-sales-are-weak-says-historically-bearish-apple-analyst.



398.    Similarly, Apple's risk disclosures (¶ 395) were insufficient because Defendants knew, or recklessly disregarded, and failed to disclose that (i) sales of iPhones in 2018 would be cannibalized by the combined effect of the premature upgrades in 2017 (which upgrades otherwise would have been made in 2018), together with the 2018 battery replacement program which led customers to postpone upgrades in 2018; and (ii) increased competition and worsening economic conditions in China,  including indirect negative effects from tariffs on other products, had already negatively affected iPhone sales growth in China and would continue to negatively affect the Company's business in the short-term. Moreover, Apple was warning of potential risks that had already materialized.

399.    Throughout late November 2018 and into December 218, Apple's stock price began to decline as the previously concealed adverse information about weakening demand and production cuts continued to leak into the market.

**11.    Apple Tells Its Top Smartphone Assemblers To Halt Plans For Additional Production Lines for new iPhone XR  - November 5, 2018**

400.    On November 5, 2018, before the market opened, the *Nikkei Asian Review* reported that Apple told its top smartphone assemblers, **Foxconn and Pegtron, to "halt plans for additional production lines" for the iPhone XR (the "Nikkei Report")**.[122] Specifically, the article stated:

> For the Foxconn side, it first prepared nearly 60 assembly lines for Apple's XR model, but recently uses only around 45 production

---

[122] Li, Lauly, et al., *Apple cancels production boost for budget iPhone XR: sources*, Nikkei Asian Review, Nov. 5, 2018, 4:27 AM ET.

lines as its top customer said it does not need to manufacture that many by now,' a source familiar with the situation said. That means Foxconn, the Taiwanese company traded as Hon Hai Precision Industry, would **produce around 100,000 fewer units daily to reflect the new demand outlook -- down 20% to 25% from the original optimistic outlook,** this person said.

Fellow Taiwanese manufacturer Pegatron faces a similar situation, suspending plans to ramp up production and awaiting further instructions from Apple, a supply chain source said. **'The utilization for the XR production is not reaching its maximum capacity now,'** the source added. Apple also had asked smaller iPhone assembler Wistron to stand by for rush orders, but supply chain sources say the company will receive no orders for the iPhone XR this holiday season.[123]

401.   Following the Nikkei Report, *RBC Capital Markets* stated:

News Reports of Supply Chain Cuts: An unconfirmed Nikkei report stated that AAPL has asked supply chain partners Foxconn and Pegatron to stop preparing additional production lines for iPhone XR. While **this could indicate muted unit demand,** we note that similar reports have been seen in past product cycles and AAPL has managed to navigate those relatively well, partially through ASP uplift. However, **investors are likely to remain cautious about supply chain data points intra-quarter.**[124]

402.   Multiple news outlets reported that the Nikkei Report was causing the price of Apple Common Stock to decline. For example, *Dow Jones* stated: "Apple's (ticker: AAPL) stock is dropping after a report the tech giant is telling its suppliers to cancel plans for additional iPhone XR production lines."[125]

403.   *Barron's* also reported that Apple's stock price was "tanking" following the Nikkei Report:

The Nikkei Asian Review, citing an unnamed person familiar with the matter, reported on Monday that Foxconn initially prepared to have almost 60 assembly lines for the iPhone XR, but is now using only about 45 lines because Apple said it didn't need the extra production. The new outlook for demand for the iPhone XR is down 20% to 25% from the original, more optimistic level, according to Nikkei Asian Review. **Apple stock was down almost 4% in Monday morning trading, to about $199 per share, representing a loss in market capitalization of about $40**

---

[123] *Id.*

[124] *10-K Review: High Off-balance Sheet Commitments Indicating Multiple Ramps*, RBC Capital Markets, Nov. 5, 2018.

[125] Kim, Tae, *Apple Stock Falls as Report Casts Doubt on iPhone Demand -- Barrons.com, Dow Jones,* Nov. 5, 2018, 10:09 AM ET.

**billion.** Apple didn't immediately respond to an email request for comment.[126]

404.    *Reuters* similarly reported:

> Apple falls on report of iPhone XR production stand down...The iPhone maker's shares fell 3.7 percent to a 3-month low after a Nikkei report that the company had told its smartphone assemblers to halt plans for additional production lines dedicated to the iPhone XR. The stock is on track to post its worst two-day loss since January 2013, after the company's disappointing holiday-quarter forecast sent its shares down about 7 percent on Friday.[127]

405.    *RTT News* commented:

> Shares of Apple Inc. (AAPL) have climbed off their worst levels of the day but remain firmly in negative territory in afternoon trading on Monday. After hitting a three-month intraday low, Apple is currently down by 3 percent. **Apple initially extended the sell-off seen in the previous session after a report from Japan's Nikkei newspaper said demand for the company's iPhone XR appears to be disappointing.** Last Friday, Apple plummeted by 6.6 percent after the tech giant reported fiscal fourth quarter earnings and revenues that exceeded estimates but weaker than expected iPhone shipments. Apple also forecast fiscal first quarter revenues of $89 to $93 billion, with the midpoint below the consensus estimate of $93 billion.[128]

406.    The news of falling demand for Apple's latest release iPhone, which was a partial materialization of the risk concealed by Defendants' alleged misrepresentations and omissions, caused Apple's stock price to fall by $5.89 per share, or 3 percent, closing at $201.59 per share on November 5, 2018.

407.    On November 12, 2018, Wells Fargo issued an analyst report on Apple following a negative preannouncement made by one of Apple's key suppliers.[129] The Wells Fargo report noted:

> News: Apple shares are under pressure this morning (11/12) following a negative preannouncement by key supplier, Lumentum (LITE). Lumentum is a provider of 3D sensing solutions (VCSELs and edge emitting lasers) for mobile devices – most notably

---

[126] Kim, Tae, *Apple Stock Is Tanking Amid Questions About Demand for the iPhone XR,* Barron's, Nov. 5, 2018, 10:22 AM ET.

[127] Shankar, Sruti, *US STOCKS-Oil stocks lift S&P 500; Apple pushes Nasdaq lower,* Reuters, Nov. 5, 2018, 1:38 PM ET.

[128] *Apple Climbs Off Worst Levels But Remains Notably Lower, RTT News,* Nov. 5, 2018.

[129] *AAPL: Lumentum Cuts Revenue Outlook by 17%+ (Midpoint) on Apple Order Cuts*, Well Fargo Securities, Nov. 12, 2018.

1

2

3

4

5

6

7

8

9

10

Apple's iPhone. Lumentum has disclosed that Apple accounted for ~30% of total revenue in the company's recent FY ending June 2018. We would also note that Lumentum's 10-Q disclosures highlight that Customer A (presumably Apple) accounted for 30.5% of total revenue in the September quarter – compared to 19.4% and 16.3% of total revenue in the prior and year ago quarters, respectively. Customer A accounted for 49.8% of Lumentum's December 2017 quarter revenue.

Lumentum's preannouncement notes that the company has "…recently received a request from one of our largest Industrial and Consumer customers for laser diodes for 3D sensing to materially reduce shipments to them during our fiscal second quarter for previously placed orders that were originally scheduled for delivery during the quarter." The company has updated its F2Q19 revenue guide from $405-$430M to $335-$355M – a 17%+_ reduction at the guide midpoint. We think investors could consider Lumentum's updated guide as reflecting as much as a 30% cut in Apple orders.

11    408.    On November 14, 2018, it was reported that an analyst at Guggenheim

12  downgraded Apple stock from "buy" to "neutral" under the belief that iPhone unit sales would

13  drop substantially in the Company's fiscal year 2019.  That analyst stated, in pertinent part:

14

15

16

Over the past 10 years, Apple's iPhone ASP has increased a dramatic + $220, or 40%, reflecting its growing value to both consumer and business markets, but nearly HALF of all that just came in FY18 alone, making a period of digestion now likely.

17                              *   *   *

18

19

[W]e now estimate iPhone units (down) 5% Y/Y in FY19 vs. flat Y/Y in FY18, BUT unlike last year, do NOT see ASP increases providing enough offset, with our forecast that blended iPhone ASPs increase only 3% Y/Y.

20    409.    On this news, the price of Apple stock fell $5.43 or 2.82 percent, to close at

21  $186.80 per share on November 14, 2018.

22  **VII.    THE TRUTH IS REVEALED**

23    410.    On January 2, 2019, after the close of trading, Apple disclosed the true state of its

24  declining iPhone demand.  For the first time in 15 years, Apple slashed its quarterly revenue

25  forecast for the already complete first quarter of fiscal 2019 ended December 29, 2018 amid

26  falling iPhone sales.  In a "Letter from Tim Cook to Apple Investors," released after the close of

27  trading that night, Apple disclosed that its revenues for its first fiscal quarter 2019 were only $84

28

1  billion, far below the already-disappointing guidance range of $89 billion to $93 billion the

2  Company had announced just eight weeks earlier on November 1, 2018.  Discussing why Apple

3  had experienced what was characterized as "fewer iPhone upgrades than [it] had anticipated," the

4  Letter blamed the discounted battery replacement program as well as sales in China, stating in

5  pertinent part as follows:

**Emerging Market Challenges**

While we anticipated some challenges in key emerging markets, **we did not foresee the magnitude of the economic deceleration, particularly in Greater China. In fact, most of our revenue shortfall to our guidance, and over 100 percent of our year-over-year worldwide revenue decline, occurred in Greater China** across iPhone, Mac and iPad.

**China's economy began to slow in the second half of 2018.** The government-reported GDP growth during the September quarter was the second lowest in the last 25 years. We believe the economic environment in China has been further impacted by rising trade tensions with the United States. As the climate of mounting uncertainty weighed on financial markets, the effects appeared to reach consumers as well, with traffic to our retail stores and our channel partners in China declining as the quarter progressed. And **market data has shown that the contraction in Greater China's smartphone market has been particularly sharp**.

\*  \*  \*

**iPhone**

Lower than anticipated iPhone revenue, **primarily in Greater China**, accounts for all of our revenue shortfall to our guidance and for much more than our entire year-over-year revenue decline. In fact, categories outside of iPhone (Services, Mac, iPad, Wearables/Home/Accessories) combined to grow almost 19 percent year-over-year.

While Greater China and other emerging markets accounted for the vast majority of the year-over-year iPhone revenue decline, **in some developed markets, iPhone upgrades also were not as strong as we thought they would be.** While macroeconomic challenges in some markets were a key contributor to this trend, **we believe there are other factors broadly impacting our iPhone performance, including** consumers adapting to a world with fewer carrier subsidies, US dollar strength-related price increases, and **some customers taking advantage of significantly reduced pricing for iPhone battery replacements.**

411.    Though Apple did not conduct a conference call on January 2, 2019, Defendant Cook appeared on CNBC.  Discussing the reference to "rising trade tensions" in the Letter, Defendant Cook expressly stated in pertinent part that:

> [A]s we look at what's going on in China – it's clear that the economy begins to slow there for the second half. And what I believe to be the case is the trade tensions between the United States and China put additional pressure on their economy. And so we saw, as the quarter went on, things like traffic in our retail stores, traffic in our channel partner stores, the reports of the smartphone industry contracting, particularly bad in November—I haven't seen the December number yet, but I would guess that would not be good either. And so that's what we've seen.

> *   *   *

> **[M]y sense is the much larger issue is the slowing of the economy and then this – the trade tension that's further pressured.**

412.    Defendant Cook also emphasized the negative impact the battery replacement program had had on the pace of phone replacements during 1Q19, stating in pertinent part:

> [S]ort of in addition to those two things, we've started a program worldwide where we dramatically lowered the battery replacement price. And so we have sort of a collection of items going on, some that are macroeconomic and some that are Apple specific . . . .

413.    On this news, which was a final materialization of the risk concealed by Defendants' alleged misrepresentations and omissions, Apple's stock price fell precipitously by more than $15 per share, or **approximately 10 percent**, closing at $142.19 per share on January 3, 2019, on unusually high volume of more than 91.1 million shares traded, the highest one-day trading volume experienced by the Company in nearly two years.

## VIII.   THE MARKET REACTS TO APPLE'S JANUARY 2, 2019 DISCLOSURE

414.    In the wake of Apple's shocking disclosure, media outlets opined on the cause of the Company's iPhone problems and the intensity of the deceleration in Apple's business which surprised many analysts and investors.

415.    On January 2, 2019, *The Verge* reported on Cook's Letter and how the battery replacement program had contributed to lower iPhone sales in 2018:

> Apple just revealed it's expecting a $9 billion loss in revenue due to **weak iPhone demand that's partly caused by more people**

CORRECTED CONSOLIDATED AND AMENDED CLASS ACTION COMPLAINT
FOR VIOLATION OF THE FEDERAL SECURITIES LAWS [CASE NO. 19-CV-02033-YGR]

147

1    **replacing their batteries**, according to a letter issued by CEO Tim
     Cook addressed to investors.

2
     Last year, Apple admitted it was throttling older iPhone models to
3    compensate for degrading batteries that caused the phones to
     sometimes shut down. It offered to cut its $79 battery replacement
4    fee down to $29 as a way of apologizing.

5                                    *   *   *

6    The lower fee coupled with the greater transparency meant that
     more people in 2018 ended up swapping their batteries — instead
7    of upgrading to the latest iPhone models, it turns out. Now that
     iPhone batteries are cheaper and easier to replace, fewer people are
8    shelling out for new iPhones that can now cost up to $1,449. And
     once Apple admitted it was throttling older iPhone models, users
9    became more informed on how to turn the feature off. Also,
     anyone who struggled with degrading battery life could simply
10   replace it for a $29 fee instead of having to remember to turn on
     Low Battery Power mode or reach for an external battery pack. In
11   2018, many of the less pleasant quality of life issues for older
     iPhone models disappeared, and that may have meant people's
12   main reasons for upgrading to a new phone also vanished.

13   Today's letter is simply guidance, though, not concrete sales
     numbers. But you shouldn't expect to see any real numbers even if
14   you wait. As of November 1st last year, Apple announced during
     its quarterly earnings call that it would no longer disclose how
15   many units of iPhones, iPads, and Macs it had sold, effectively
     obfuscating how the company is doing in terms of demand. That's
16   another reason today's admission by Apple is particularly
     significant. [130]

17
         416.    On January 2, 2019, *TechSpot* published an article titled, "Tim Cook points out

18
     cheaper replacement batteries equals fewer iPhone upgrades" which noted that: "**After the**

19
     **whole throttling controversy, it is very telling why Apple hid that fact from consumers for**

20
     **as long as possible. Cook himself has now indicated that allowing customers to get**

21
     **affordable replacement batteries reduces the rate of upgrades**."[131]

22

23

24

25
     _____

26   [130] Liao, Shannon, *Apple says cheap battery replacements hurt iPhone sales,* The Verge (Jan.
     2, 2019), https://www.theverge.com/2019/1/2/18165866/apple-iphone-sales-cheap-battery-
27   replacement.
     [131] Synek, Greg, *Tim Cook points out cheaper replacement batteries equals fewer iPhone*
28   *upgrades,* TechSpot (Jan. 2, 2019), https://www.techspot.com/news/78087-tim-cook-points-out-
     cheaper-replacement-batteries-equals.html.

417.     On January 2, 2019, *Bloomberg* published an article titled, "Apple's iPhone Warning Comes Years Too Late - The company has reached the end of its denial phase," in which it reported:

> In an extraordinary letter to Apple investors, CEO Tim Cook also told stockholders what he should have been saying for years: The company's iPhone business has shifted into a lower gear because of changes in the smartphone market and consumer behavior. This should have been absolutely predictable to anyone who was able to peer outside of Apple's bubble. **Executives have failed in their duty to warn investors ahead of time about all this, and reality is finally and all at once catching up to Apple.**  In his letter, Cook said in some established markets outside of China, iPhone "upgrades also were not as strong as we thought they would be." (Upgrades are people with older-model iPhones opting to buy new models.) The company attributed that to economic weakness in some countries but also other factors, including people holding onto smartphones longer as mobile phone companies halt subsidies, the climbing prices of Apple's devices, and users taking advantage of  lower-cost battery swaps rather than purchasing the latest and greatest iPhones.
>
> *   *   *
>
> Cook said two months ago that Apple's China business was "very strong," even amid signs of an economic slowdown and months of headlines about trade tensions with the U.S. **He consistently told investors that he thought the U.S. and China would resolve their trade dispute amicably and didn't give any indications that consumers were on edge or reluctant to shop because of the geopolitical fracas.** It's possible that the last couple of months of economic circumstances in China, Taiwan and Hong Kong caught Apple by surprise, but executives failed to give any hints of red flags in the region.
>
> It's possible conditions in China changed quickly, but the broader trends in smartphone activity are not new. Why didn't Cook make any of these admissions before now?
>
> Phone companies in the U.S. and some other big smartphone markets have for years sought to stop offering people iPhones at an artificially low price of $200 as they did in the iPhone's earlier days. That factor — plus less drastic changes to each year's model of iPhone or other smartphones and the rising prices of some new devices — has led people in the U.S. to keep their smartphones for more than three years on average, up from about two years in 2014, according to mobile industry consultant Chetan Sharma. Apple sells by far the majority of new iPhones  to people who already owned one of the devices, which means sales are dinged if someone wraps electric tape around her three-year-old iPhone and soldiers on.

1   This is a trend years in the making. But at each and every
2   opportunity, Cook has dismissed questions about whether changes
    in upgrade behavior will hurt Apple's revenue.

3   In an August conference call with stock analysts, one of them
4   asked Cook whether the company could continue to sell more
    iPhones in a few years in light of the smartphone market's
5   stagnation. Cook said he thought Apple could sell more phones to
    people who already owned iPhones, to those who had competing
6   devices and to people who had never owned a smartphone. It was
    an answer straight out of 2015, when everything Cook said was
7   true. It's not true anymore, and Cook should have known that. . . .
    This isn't to say that Apple's business is falling apart. It is still
8   generating levels of revenue and cash flow that are the envy of the
    corporate world. **But Apple failed in the No. 1 mission of being a**
9   **public company: being honest with investors about its business.**
    The company simply denied the reality that was staring it in the
10  face, until denial was no longer an option.[132]

11      418.    On January 3, 2019, Samik Chatterjee of *JP Morgan* issued an analyst report on

12  Apple titled, "Phone Volume Woes Continue on Cyclical Headwinds; Remain OW on Services

13  Transformation & Leverage of Installed Base" in which Chatterjee reported:

14      Apple's iPhone shipment volumes continued to be challenged by
        the worsening macro weakness in emerging markets (particularly
15      China), and by elongating replacement cycles in developed
        markets, the combination of which led to a substantial -8%
16      revision to F1Q19 (Dec-end) revenue guidance. The guidance
        revision follows an already disappointing F1Q19 revenue guide
17      issued in early November. While most other headwinds (namely
        FX, tougher comps based on product launch timing, and supply
18      chain constraints) contemplated by management already in the
        guide tracked in line with expectation, F1Q19 preliminary results
19      tracked substantially lower than guidance led by greater economic
        weakness in EMs and fewer phone upgrades in DMs. . . . the
20      challenged iPhone shipment outlook is driving our lower earnings
        estimates given the firm's outsized reliance on iPhone revenue and
21      profitability at this time . . . . [H]eadwinds from the economic
        weakness in EMs drove incremental cyclical weakness, **in**
22      **addition to a structural driver in elongating replacement cycle**
        **for iPhones in the developed markets — led in our view by**
23      **robustness of the product and success of the battery**
        **replacement plan,** both of which are positive for the firm long-
        term, while proving painful near-term.

24      419.    On January 3, 2019, *Yahoo Finance* published an article, titled "Apple's mind-
25
26  blowing warning means CEO Tim Cook now has a major credibility problem," stating that

27  _____
    [132] Ovide, Shira, *Apple's iPhone Warning Comes Years Too Late,* Bloomberg (Jan. 2, 2019),
28  https://www.bloomberg.com/opinion/articles/2019-01-02/apple-s-iphone-warning-comes-years-too-late.

"Apple CEO Tim Cook and his management team should read the coverage of their mind-blowing warning to every investor on the planet on Apple News and then ask: 'Should investors trust us right now? And, how can we regain that trust.'" The article highlighted how Apple's investors were duped, stating in pertinent part:

> **They failed to keep it real with investors on what they were seeing in iPhone demand data late in 2018. Simply no longer providing unit sales data wasn't enough of a signal to investors that something was wrong, bottom line.**
>
> As a result, Apple's stock could be "broken" until credibility is restored. "Apple's stock is now at a crossroads. Some investors will consider the stock broken and never reward it with a "proper" multiple, but we've followed the company long enough to know there is cyclicality in the market's relationship with Apple," cautions long-time Apple analyst Gene Munster of Loup Ventures.
>
> **A poor job done with guidance.**
>
> Apple said in a filing released after market close Wednesday that it now sees first quarter revenue of about $84 billion. It previously anticipated $89 billion to $91 billion. In the filing, Cook attributed the reduced guidance to weakness in emerging markets and in Greater China as well as supply constraints on new products. Cook also hinted strongly that Apple felt resistance from consumers to the new $1,000 plus iPhone XS line.

420.    On January 3, 2019, *CNBC* published an article by Evelyn Cheng titled "It's more than just the trade war.  Apple's China business has been under pressure for a while," which discussed the Company's disclosure of the issues it was having with sales in China.  The article quoted Junheng Li, founder of China-focused equity research firm *JL Warren Capital,* as saying that for Chinese consumer, "**the trend [away from Apple] has been ongoing for a long time**." Ms. Li also noted Apple's difficulties in China were likely to continue into 2019, and that in China "professionals, government workers and the male population prefer Huawei phones since the company's specialty in back-end equipment results in better connectivity."

421.    On January 3, 2019, Larry Elliott and Mark Sweney published an article for *The Guardian* titled "Apple's shock downgrade rattles global stock markets" discussing the fallout from Apple's surprising revelation.  The article noted that *Goldman Sachs*, in a note to its clients, "raised the possibility that [Apple] could be heading the same way as Nokia, which went from

1   having the biggest share of the mobile phone market for most of the 2000s to selling its loss-

2   making handset division in 2013."  The article also noted that on January 3, 2019, Apple was

3   overtaken as the world's third-largest listed company by Google's parent, Alphabet.[133]  Also on

4   January 3, 2019, *The Guardian* published another article on Apple's disclosure and the

5   Company's recent difficulties titled "Apple's woes go far beyond the slowdown in the Chinese

6   economy" in which Samuel Gibbs discussed some of the challenges Apple's sales faced in China

7   alone.  Mr. Gibbs noted that Apple's lagging sales in China were attributable to: (1) the

8   slowdown in the Chinese economy; (2) the high price of iPhones; (3) cultural differences

9   between China and the Company's other markets; (4) fierce competition; and (5) elongated

10   upgrade cycles.

11        422.    On January 3, 2019, the *Wall Street Journal* published an article by Yoko Kubota

12   titled "Apple iPhone Loses Ground to China's Homegrown Rivals," in which Ms. Kubota stated

13   that Apple was "sputtering" in China.  The article noted that Apple's Chinese competitors had

14   been able to "win over consumers by offering similar designs and features at far lower prices."  It

15   also discussed the fact that Apple was once a top-seller in China, but had slipped in recent years

16   and was then just the fifth-largest smartphone seller in China.  The article reported that Apple

17   was losing ground to its competitors in China due to both features and price.  Further, Ms.

18   Kubota noted a trend in declining smartphone shipments into China in the prior seven

19   consecutive quarters, while Apple in particular was down nearly 12% for the nine months ended

20   September the prior year.  The article pointed out that Apple had overestimated demand in China

21   for the iPhone XR in particular and wound up with excess inventory, also noting that a

22   comparable phone from Huawei was approximately two-thirds the price.

23        423.    On January 3, 2019, the *Financial Times* published an article by Yuan Yang titled

24   "Why Apple is struggling in China," which noted that Apple had positioned itself in China as

25   "an aspirational, luxury brand" and faced difficulties in the country on several fronts.  First,

26   consumer confidence in China was shaken, and the economic slowdown hit the smartphone

27

28        [133] Elliott, Larry, et al., *Apple's shock downgrade rattles global stock markets,* The Guardian
         (Jan. 3, 2019).

market particularly hard.  Second, Chinese competitors, "led by Huawei and Xiaomi, have eaten into Apple's market share," with Huawei surpassing Apple to become the second largest smartphone maker behind Samsung.  Ms. Yang discussed the advantage that Apple's Chinese competitors have established on both price and in innovation, two important factors for Chinese consumers.  Third, some analysts believed that the tensions between China and the United States had an outsized effect on Apple based in part on a "surge in patriotism since the beginning of the trade battle."



424.    On January 3, 2019, *BBC News* published an article by Virginia Harrison titled "Apple's China warning 'deflects deeper problems' for firm," which noted that Apple had been buoying revenues in China in recent years by raising prices.  However, given the general downward macroeconomic trend in China, that practice "has become more difficult as consumers curb spending."[134]

425.    On January 4, 2019, *Forbes* published an article by Yue Wang titled "Why Apple's Troubles in China Seem Likely to Worsen." According to Ms. Wang, because iPhones are assembled in China and sold globally, Apple was vulnerable to tariffs imposed not only by the U.S. government, but by the Chinese government as well.  However, "analysts say Apple's

---

[134] Harrison, Virginia, *Apple's China warning 'deflects deeper problems' for firm,* BBC News (Jan. 3, 2019), https://www.bbc.com/news/business-46743472.

1    rivals pose the bigger challenge," and that Apple's "aura is being eroded as Chinese brands move

2    up the value chain and launch equally good but cheaper devices."  Ms. Wang also noted that

3    Apple was lagging behind its Chinese competitors not only in the features currently offered, but

4    was also behind the curve on developing foldable screen and 5G-capable technology.[135]

5           426.    In a January 4, 2019 report titled "This is why Apple doesn't want you fixing your

6    smartphone," *ZDNet*'s Adrian Kingsley-Hughes surmised that **"[a]midst all the finger-pointing**

7    **associated [with] the sudden and unexpected profits warning from Apple was a revelation**

8    **about how much the company relies on premature obsolescence to drive sales."**  The *ZDNet*

9    report further stated that: "First, and perhaps most significant is this – How many iPhones does

10   Apple sell to people simply because the battery in their existing iPhone is worn?  Over the years

11   there's been a great deal of chatter around the subject of 'planned obsolescence,' and here **we**

12   **have Apple essentially confirming that this is indeed part of the business model.**"  The

13   report concluded: "**At this point, it's worth pointing out that if indeed the battery**

14   **replacement program was a significant factor in the profits warning, Apple only has itself**

15   **to blame for throttling iPhones in the first place.**"

16          427.    On January 6, 2019, *The Guardian* published an article titled "To woo China,

17   Apple must learn that it's not in California anymore."  In that article, The Guardian noted the

18   myriad issues Apple faced in China throughout the Class Period, including a lack of innovation

19   relative to its competitors, high prices compared to its competitors, and an elongated upgrade

20   cycle.  Despite these difficulties, Apple continually assured the market that all was well.

21   **Further, that article discussed the fact that Apple's service revenues were "overwhelmingly**

22   **reli[ant] on the iPhone as the conduit,"** and that Apple "must seek to extend sales as much as

23   possible."  The article also noted that iPhone sales were "critical for [Apple] to maintain its

24   current 1.3 billion-plus user base if services are to become the main driver of revenue."

25          428.    On January 8, 2019, *HSBC* issued an analyst report on Apple titled, "China bites

26   even more; cutting TP 20%," which noted that Apple's battery replacement offer, which ended

27

28   _____
     [135] Yue Wang, *Why Apple's Troubles In China Seem Likely To Worsen,* Forbes (Jan. 4, 2019).

1    on December 31, 2018, "de facto expanded the lifespan of many handsets, resulting in lower

2    shipments eventually."[136]

3    429.    On January 14, 2019, Daniel Ives of *Wedbush* issued an analyst report on Apple

4    titled, "Apple: Price Cuts in China and Content M&A Will Lay the Groundwork for Apple's

5    Future" in which Ives opined that, "The next trifecta of smartphones coming out of Apple slated

6    for September 2019 will be another attempt to catalyze pent-up upgrades worldwide and

7    especially in China, **with many customers approaching 32-33 months since their last iPhone**

8    **upgrade as high price points, battery replacements, and a lack of hardware innovation has**

9    **kept customers on the sideline during this latest XS/XR cycle**."

10    430.    On January 15, 2019, *The Motley Fool* published an article titled "Here's How

11    Much Apple's Battery-Replacement Program Hurt Sales," by Evan Niu.  In that article, Mr. Niu

12    detailed some of the challenges Apple was facing to its revenues.  Throughout the Class Period,

13    Apple dealt with consumer sentiment that the Company was engaging in planned obsolescence

14    in an effort to drive sales.  Additionally, the upgrade cycle for iPhones was lengthening

15    throughout the Class Period, a trend Apple directly contributed to in offering the battery

16    replacement program.  Further, Mr. Niu stated that the "**revenue lost to battery replacements**

17    **would have been spread out throughout the entire year" so it was "perplexing" that Apple**

18    **was not able to provide accurate guidance for the quarter**.  The article also directly linked the

19    disappointing upgrades to the iPhone XR to the battery replacement program offered throughout

20    2018.[137]

21    431.    On January 15, 2019, in an article for the *Daily Mail* titled "Is this why Apple

22    REALLY struggled to sell new iPhones in 2018? Tim Cook admits 'batterygate' forced the firm

23    to replace 11 million batteries in older handsets," Mark Prigg noted that "'Batterygate' may have

24    had a far bigger impact on Apple's iPhone sales tha[n] the tech giant admitted."  Mr. Prigg also

25    reported that Apple replaced around 11 million batteries during the battery replacement program,

26    _____

27    [136] *Apple Hold: China bites even more; cutting TP 20%,* HSBC, Jan. 8, 2019, at p. 8.
[137] Niu, Evan, *Here's How Much Apple's Battery-Replacement Program Hurt Sales,* The

28    Motley Fool (Apr. 18, 2019), https://www.fool.com/investing/2019/01/15/heres-how-much-apples-battery-replacement-program.aspx.

1   significantly higher than the one to two million batteries the Company normally replaces

2   annually.

3       432.    On January 15, 2019, *The Verge* published an article titled "Apple reportedly

4   replaced 10 times as many batteries as expected in 2018," in which Jon Porter discussed the

5   effect of Apple's battery replacement program on the Company's revenues.  Mr. Porter reasoned

6   that the potential loss in revenue attributable to the battery replacement program was $11 billion.

7   That article also highlighted Apple's need to keep users on Apple's operating system in order to

8   generate services revenue.[138]

9   **IX.    POST-CLASS PERIOD REVELATIONS**

10      433.    On January 29, 2019, Apple released its results for its first quarter of fiscal 2019

11  ended December 29, 2018. During the conference call held with analysts and investors that same

12  day, Defendant Cook again attributed the drop off in iPhone sales, in part, to the Company's

13  battery replacement program and lower iPhone sales in Greater China, stating in pertinent part:

> As you know, our December quarter revenue was below our
> original expectations coming in at $84.3 billion. That's down 5%
> from a year ago or down 3% adjusting for foreign exchange. We
> noted 4 factors that would impact our results when we provided
> guidance in November: different iPhone launch timing from a year
> ago, FX headwinds, supply constraints on certain products and
> macroeconomic conditions in emerging markets.
>
> **One of those factors, weak macro conditions in some emerging
> markets, was significantly more severe than we originally
> foresaw, especially in Greater China. As our letter noted, that
> challenge was compounded by quarterly iPhone upgrades that
> were lower than we anticipated. We'll return to upgrades in a
> moment, but I first want to say a bit more about our business
> in Greater China. Our revenue there was down by $4.8 billion
> from last year with declines across iPhone, Mac and iPad. Most
> of the shortfall relative to our original guidance and over 100%
> of our worldwide year-over-year revenue decline was driven by
> our performance in Greater China**.
>
>                          *  *  *
>
> **Now our customers are holding on to their older iPhones a bit
> longer than in the past. When you pair this with the
> macroeconomic factors, particularly in emerging markets, it**

---

[138] Porter, Jon, *Apple reportedly replaced 10 times as many batteries as expected in 2018,* The Verge (Jan. 15, 2019), https://www.theverge.com/2019/1/15/18183406/apple-11-million-battery-replacement-revised-earnings.

**resulted in iPhone revenue that was down 15% from last year.** Our iPhone results accounted for significantly more than our entire year-over-year revenue decline. In fact, outside of iPhone, our business grew strongly by 19%. . . .

\* \* \*

Third, our battery replacement program. **For millions of customers, we made it inexpensive and efficient to replace the battery and hold onto their existing iPhones a bit longer**. Some people have suggested that we shouldn't have done this because of the potential impact on upgrades, but we strongly believe it was the right thing to do for our customers.

\* \* \*

The cycles -- the average cycle has extended. There's no doubt about that. We've said several times, I think, on this call and before that the upgrades for the quarter were less than we anticipated due to the -- all the reasons that we had mentioned. So where it goes in the future, I don't know. . . .

434.    Defendant Maestri noted that iPhone revenues declined 15% year-on-year and were not expected to rebound in the second quarter of fiscal 2019.  Maestri stated, in pertinent part:

iPhone revenue was $52 billion. **On a geographic basis, most of the decline from last year came from Greater China** and other emerging markets, where difficult macro and foreign exchange conditions affected our results. **We also believe that the reduction of carrier subsidies and our battery replacement program had an impact in a number of countries around the world.  And as Tim mentioned, we had a lower number of upgrades than we had anticipated at the beginning of the quarter**.

\* \* \*

[W]e expect that the key factors that Tim mentioned during the call affecting iPhone performance in Q1 will also have an effect on Q2 starting with the strong U.S. dollar environment. On a year-over-year basis, the negative impact from currency is going to be about $1.3 billion, so that's about -- a bit more than 2 points versus last year's revenue. And so that obviously plays a role. And the macroeconomic environment, particularly in emerging markets, will continue to be there. On the positive side, we expect that we will continue to grow revenue nicely from the rest of the business, which is not iPhone.

435.    On January 29, 2019, *HSBC* issued an analyst report on Apple titled, "Apple, Hold: First bite after the Q1 results call," which reported:

1

2

3

4

> From the call: Apple is willing to take into account issues of positioning in emerging markets by no longer referencing USD prices**, acknowledging that, with subsidies less common and battery replacement extending iPhone life, there are fewer upgrades.** Apple also now discloses the installed base (900m iPhones, up 75m in 12 months, and total active devices at 1.4bn, up 100m in 12 months).

5

6

7

436.    On January 29, 2019, Aaron Rakers of *Wells Fargo* issued an analyst report on Apple titled, "AAPL: Expect Persistent iPhone Weakness; Driving The Services Narrative."  In the report, Rakers noted:

8

9

10

11

12

> Shares of Apple are rallying post close on what we view as better-than-feared F2Q19 (March) guide – revenue at $55B-$59B (including -$1.3B from FX) / GM%: 37%-38% / opex: $8.5B-$8.6B vs. our prior $58.6B / 38.0% / $8.3B estimates (street: $59.0B / 38.2% / ~$8.1B). **Apple expects continued iPhone weakness in F2Q19, driven by ongoing impacts from FX (-$1.3B y/y rev. impact), slowing upgrades / lack of carrier subsidies, and battery replacement program .** . .

13

14

15

16

17

437.    On January 30, 2019, Akinori Kanemoto of *Credit Suisse* issued an analyst report on Apple titled, "Implications of Apple's results for Japanese stocks," in which Kanemoto reiterated the Company's announcement on the earnings call, that for Q1 FY 19: "**The  sales slump reflected a stronger dollar, reduced subsidies from carriers, and a drop-off in demand driven by battery replacement programs**."

18

19

438.    On January 30, 2019, Benjamin Schachter issued an analyst report for *Macquarie Research* titled "F1Q'10: iPhone a problem; Services Slowing."  In the report, Schachter noted:

20

21

22

23

24

> iPhone is still the biggest issue. Mgmt. highlighted a few reasonable reasons for weakness (**China, longer upgrade cycle, FX, subsidies, battery replacement program), but we worry that limited innovation is also a meaningful factor**. . . .Upgrades were lower than expected, with AAPL describing the largest factors inhibiting upgrades as FX making prices higher internationally, particularly in emerging markets, where iPhone was weakest, subsidies becoming increasingly less common globally, and the **recent battery replacement program causing customers to hold onto their older phones for longer.**

25

26

27

439.    iPhone revenues have continued to fall from Q1 FY 18 to Q3 FY 18.  Indeed, in Q2 FY 18 and Q3 FY18, Apple's iPhone revenues dropped by 17% and 12%, respectively, compared to the same period a year earlier.

28

440.    On May 22, 2019, Apple finally formally agreed to inform consumers when it intended to throttle older iPhones, more than two years after the practice started and nearly 18 months after the Company's routine practice was first revealed. Notably, Apple only formally agreed to inform its customers when it was throttling their iPhones as a result of an investigation by and settlement with the UK's consumer protection agency, the Competition and Markets Authority ("CMA").  The CMA found that "people were not able to easily find information about the health of their phone's battery, which can degrade over time."  The agreement with the CMA requires Apple "to notify people when issuing a planned software update if it is expected to materially change the impact of performance management on their phones" and "provide easily accessible information about battery health and unexpected shutdowns, along with guidance on how iPhone users can maximize the health of their phone's battery."[139]

441.    Once consumers learned they could replace the batteries in their iPhones versus upgrading to new costly iPhones with limited technological innovations, consumers continued to avail themselves of this opportunity even long after the $29 battery replacement program ended in December 2018.  Indeed, on July 29, 2019, Timothy Arcuri issued an analyst report for *UBS* titled "Investors Looking Past the Next iPhone Cycle to 5G in 2020; Maintain Buy."  In that report, Arcuri noted that the availability of battery replacements continued to elongate the iPhone replacement cycle two quarters after the end of the Class Period (in Q3 FY 19 ended June 30, 2019).

X.    **ADDITIONAL SCIENTER ALLEGATIONS**

442.    As alleged herein, Defendants acted with scienter in that Defendants knew, or recklessly disregarded, that the public documents and statements issued or disseminated in the name of the Company, or in their own name, were materially false and misleading; knew or recklessly disregarded that such statements or documents would be issued or disseminated to the investing public; and knowingly and substantially participated or acquiesced in the issuance or

---

[139] *Apple pledges clearer information on iPhone performance,* Competition and Markets Authority (May 22, 2019), https://www.gov.uk/government/news/apple-pledges-clearer-information-on-iphone-performance.

1   dissemination of such statements or documents as primary violations of the federal securities

2   laws. Defendants, by virtue of their receipt or access to information reflecting the true facts

3   regarding Apple, their control over, or receipt, or modification of Apple's allegedly materially

4   misleading misstatements, were active and culpable participants in the fraudulent scheme alleged

5   herein.

6       443.   Defendants knew or recklessly disregarded the false and misleading nature of the

7   information which they caused to be disseminated to the investing public. The ongoing

8   fraudulent scheme described herein could not have been perpetrated during the Class Period

9   without the knowledge and complicity, or at least the reckless disregard, of Apple personnel at

10  the highest levels of the Company.

11      444.   The following allegations all support a strong inference of scienter:

12          (a)   The Individual Defendants' stock sales during the Class Period were

13  highly unusual and suspicious;

14          (b)   The importance of Greater China to Apple's business and growth strategy;

15          (c)   Senior management, including the Individual Defendants, closely tracked

16  iPhone sales, and Apple's business in Greater China;

17          (d)   The Individual Defendants knew, or at least recklessly disregarded, that

18  Apple's iOS software updates were being used by the Company to throttle its iPhones and were

19  aware of the public's negative reaction to the throttling, especially in Greater China;

20          (e)   Defendants possessed the motive and opportunity to artificially accelerate

21  the iPhone upgrade cycle once sales for the iPhone peaked in 2016 and threatened to derail the

22  Company's business;

23          (f)   Statements by former Apple employees and others with knowledge

24  corroborate that Defendants tracked iPhone sales, including in Greater China and knew that

25  iPhone demand was stalling, and that the Company's $29 battery replacement offer would

26  elongate the iPhone upgrade cycle; and

27

28

(g)     Apple's attempt to obscure declining iPhone sales growth by no longer reporting unit sales for its products.

### A. The Individual Defendants' Stock Sales During the Class Period Were Highly Unusual and Suspicious

445.    Defendants Cook and Maestri engaged in stock sales during the Class Period that were suspiciously timed and dramatically out of line with their prior trading practices.  As a result of these Class Period trades, these Defendants profited from the artificial inflation embedded in the trading price of Apple stock caused by their false and misleading statements and omissions to investors during the Class Period.

### 1. The Value and Amount of Trading by the Individual Defendants Was Highly Unusual

446.    The Class Period sales of Apple stock by Defendants Cook and Maestri were highly unusual and suspicious as measured by: (i) the total amount of shares sold; (ii) the percentage of shares sold compared to the number of total shares available for sale during the Class Period; (iii) the contrast with these Individual Defendants' own prior trading history; and (iv) the timing of the sales.  Such sales therefore raise a strong inference of scienter.

447.    To evaluate the Individual Defendants' selling activity, Lead Plaintiff used the publicly-available trading data that the Individual Defendants are required to report to the SEC on Form 4.  Lead Plaintiff analyzed the trading by the Individual Defendants during the Class Period and during the equal-length period immediately preceding the Class Period beginning March 1, 2016 through August 1, 2017 (the "Control Period").  The Forms 4 filed during the Class Period and Control Period are hereby incorporated by reference, and a summary of the relevant transactions are set forth below..

448.    To analyze the Individual Defendants' sales, Lead Plaintiff calculated the total sales by each of the Individual Defendants, together with the cash proceeds from such sales, during the Control and Class Periods.  Those totals were then compared to identify whether Individual Defendants' sales during the Class Period were consistent with their sales during the Control Period.  The Individual Defendants' specific trading dates also were evaluated compared

CORRECTED CONSOLIDATED AND AMENDED CLASS ACTION COMPLAINT
FOR VIOLATION OF THE FEDERAL SECURITIES LAWS [CASE NO. 19-CV-02033-YGR]

161

to the disclosure dates.  These analyses reveal that Defendants Cook and Maestri's Class Period sales were extremely large, highly unusual, and suspicious.

## CLASS PERIOD TRADING BY COOK AND MAESTRI
(8/2/17 – 1/2/19)

| Name | Number of Shares Sold | Price Per Share | Proceeds | Date |
|---|---|---|---|---|
| | | | | |
| Tim Cook | 9,406 | $160.45 | $1,509,192.70 | 25-Aug-17 |
| Tim Cook | 125,321 | $159.96 | $20,046,347.16 | 25-Aug-17 |
| Tim Cook | 23,304 | $160.51 | $3,740,525.04 | 28-Aug-17 |
| Tim Cook | 110,592 | $161.43 | $17,852,866.56 | 28-Aug-17 |
| Tim Cook | 190,746 | $217.96 | $41,574,998.16 | 27-Aug-18 |
| Tim Cook | 18,090 | $218.54 | $3,953,388.60 | 27-Aug-18 |
| Tim Cook | 56,324 | $216.96 | $12,220,055.04 | 27-Aug-18 |
| **Total Shares Sold and Proceeds** | **533,783** | | **$100,897,373.26** | |
| | | | | |
| Luca Maestri | 38,022 | $174.65 | $6,640,542.30 | 12-Apr-18 |
| Luca Maestri | 1,100 | $174.90 | $192,390.00 | 13-Apr-18 |
| Luca Maestri | 100 | $188.01 | $18,801.00 | 31-May-18 |
| Luca Maestri | 3,391 | $189.86 | $643,815.26 | 1-Jun-18 |
| Luca Maestri | 1,278 | $188.82 | $241,311.96 | 1-Jun-18 |
| Luca Maestri | 5,485 | $230.22 | $1,262,756.70 | 4-Oct-18 |
| Luca Maestri | 1,600 | $231.48 | $370,368.00 | 4-Oct-18 |
| Luca Maestri | 35,904 | $227.69 | $8,174,981.76 | 4-Oct-18 |
| Luca Maestri | 31,747 | $228.28 | $7,247,205.16 | 4-Oct-18 |
| Luca Maestri | 25,509 | $229.60 | $5,856,866.40 | 4-Oct-18 |
| **Total Shares Sold and Proceeds** | **144,136** | | **$30,649,038.54** | |

## CONTROL PERIOD TRADING BY COOK AND MAESTRI
### (3/1/16 – 8/1/17)

| Name | Number of Shares Sold | Price Per Share | Proceeds | Trade Date |
|------|----------------------:|----------------:|---------:|-----------:|
| | | | | |
| Tim Cook | 16,193 | $107.73 | $1,744,471.89 | 25-Aug-16 |
| Tim Cook | 207,807 | $107.21 | $22,278,988.47 | 25-Aug-16 |
| Tim Cook | 86,300 | $107.07 | $9,240,141.00 | 26-Aug-16 |
| Tim Cook | 23,700 | $107.69 | $2,552,253.00 | 26-Aug-16 |
| Tim Cook | 3,300 | $107.37 | $354,321.00 | 29-Aug-16 |
| Tim Cook | 106,700 | $106.82 | $11,397,694.00 | 29-Aug-16 |
| Tim Cook | 110,000 | $105.95 | $11,654,500.00 | 30-Aug-16 |
| Tim Cook | 49,883 | $106.19 | $5,297,075.77 | 31-Aug-16 |
| Tim Cook | 10,000 | $120.00 | $1,200,000.00 | 17-Jan-17 |
| Tim Cook | 10,000 | $120.00 | $1,200,000.00 | 18-Jan-17 |
| Tim Cook | 10,000 | $120.00 | $1,200,000.00 | 19-Jan-17 |
| Tim Cook | 10,000 | $120.41 | $1,204,100.00 | 20-Jan-17 |
| Tim Cook | 10,000 | $120.00 | $1,200,000.00 | 23-Jan-17 |
| Tim Cook | 10,000 | $120.00 | $1,200,000.00 | 24-Jan-17 |
| Tim Cook | 10,000 | $120.28 | $1,202,800.00 | 25-Jan-17 |
| Tim Cook | 10,000 | $121.70 | $1,217,000.00 | 26-Jan-17 |
| Tim Cook | 10,000 | $122.14 | $1,221,400.00 | 27-Jan-17 |
| Tim Cook | 10,000 | $120.93 | $1,209,300.00 | 30-Jan-17 |
| Tim Cook | 10,000 | $121.03 | $1,210,300.00 | 31-Jan-17 |
| Tim Cook | 15,000 | $127.10 | $1,906,500.00 | 1-Feb-17 |
| Tim Cook | 5,000 | $130.00 | $650,000.00 | 1-Feb-17 |
| Tim Cook | 8,571 | $127.99 | $1,097,002.29 | 2-Feb-17 |
| **Total Shares Sold and Proceeds** | **742,454** | | **$81,437,847.42** | |
| Luca Maestri | 18,241 | $103.92 | $1,895,604.72 | 15-Mar-16 |
| Luca Maestri | 11,021 | $108.93 | $1,200,517.53 | 17-Aug-16 |
| Luca Maestri | 16,950 | $110.03 | $1,865,008.50 | 7-Nov-16 |
| Luca Maestri | 900 | $114.30 | $102,870.00 | 9-Dec-16 |
| Luca Maestri | 4,423 | $113.92 | $503,868.16 | 9-Dec-16 |
| Luca Maestri | 2,100 | $117.66 | $247,086.00 | 27-Dec-16 |
| Luca Maestri | 200 | $117.83 | $23,566.00 | 28-Dec-16 |
| Luca Maestri | 4,010 | $117.88 | $472,698.80 | 6-Jan-17 |
| Luca Maestri | 17,897 | $140.18 | $2,508,801.46 | 15-Mar-17 |
| Luca Maestri | 13,733 | $145.25 | $1,994,718.25 | 5-Apr-17 |

CORRECTED CONSOLIDATED AND AMENDED CLASS ACTION COMPLAINT
FOR VIOLATION OF THE FEDERAL SECURITIES LAWS [CASE NO. 19-CV-02033-YGR]

163

| Luca Maestri | 6,574 | $144.63 | $950,797.62 | 5-Apr-17 |
| Luca Maestri | 4,300 | $141.56 | $608,708.00 | 19-Apr-17 |
| Luca Maestri | 708 | $142.77 | $101,081.16 | 20-Apr-17 |
| Luca Maestri | 1,300 | $142.19 | $184,847.00 | 20-Apr-17 |
| Luca Maestri | 2,000 | $154.13 | $308,260.00 | 2-Jun-17 |
| Luca Maestri | 2,757 | $155.11 | $427,638.27 | 2-Jun-17 |
| **Total Shares Sold and Proceeds** | **107,114** | | **$13,396,071.47** | |

**2.    The Proceeds of Apple Stock Sold During the Class Period by the Individual Defendants Were Extremely Large**

449.    The proceeds from shares sold during the Class Period by Defendants Cook and Maestri were extremely large.

450.    CEO Tim Cook sold 533,783 shares of Apple stock during the Class Period for proceeds of **$100,897,373.**[140]  In addition, during the Class Period, **586,217** shares of Cook's Company stock worth **$110,140,229** were withheld by the Company to pay for his personal taxes in connection with Company-issued stock.  *Through these transactions, Cook disposed of approximately 30.3% of the total shares, including stock units, he had available for sale during the Class Period*.

451.    CFO Luca Maestri sold 144,136 shares of Apple stock during the Class Period for proceeds of **$30,649,038.**   In addition, during the Class Period, **184,556** shares of Maestri's Apple's Company stock worth **$10,744,097** were withheld by the Company to pay for his personal taxes in connection with Company-issued stock. *Through these transactions, Maestri disposed of approximately 92.3% of the total shares, including stock units, he had available for sale during the Class Period.*

---

[140] A substantial portion of the Apple shares that Defendants Cook and Maestri sold during the Class Period were restricted stock units ("RSUs") which vested at no cost. Thus, their Class Period sales derived mostly profits.

### 3. The Individual Defendants' Class Period Stock Sales Were Inconsistent With Prior Trading Practices

452. Defendants Cook and Maestri's Class Period stock sales were not only large in terms of proceeds, but also inconsistent with the Individual Defendants' own prior selling activity during the Control Period.

453. ***Collectively, Defendants Cook and Maestri made approximately 40% more in insider trading proceeds during the Class Period ($131,546,411)*** as compared to their collective insider trading proceeds during the Control Period ($94,833,918).

454. Individually, Defendant Cook and Maestri's sales, as measured in dollars, also increased dramatically during the Class Period. ***Defendant Maestri's proceeds from Apple sales increased by approximately 130% during the Class Period*** – from approximately $13.4 million during the Control Period to $30.6 million during the Class Period. ***Defendant Cook's trading proceeds increased by approximately 24% during the Class Period*** – from $81.4 million during the Control Period to approximately $100.9 million during the Class Period.

455. Moreover, during the Class Period, Defendant Maestri substantially increased the number of Apple shares he sold from 107,114 during the Control Period to 144,136 shares during the Class Period. Defendant Cook sold fewer Apple shares during the Class Period versus the Control Period, but as a result of the artificial inflation of Apple stock during the Class Period, Defendant Cook made more significantly money on his Class Period insider trading.

### 4. The Timing of the Individual Defendants' Stock Sales Was Suspicious

456. Defendants Cook and Maestri's sales of Apple stock during the Class Period were suspiciously timed in that the Individual Defendants sold a vast number of shares while in a unique position to appreciate all of the factors affecting iPhone demand.  The Individual Defendants sold their Apple stock before the market fully appreciated the effects of: (1) the battery replacement program on demand; (2) worsening macroeconomic conditions, consumer reaction to throttling, and increased competition in China; and (3) the reliance on unsustainable practices to significantly drive up iPhone revenues.  The market was not able to appreciate the

true impact of all these factors until Apple announced the downward revision to already reduced guidance on January 2, 2019.

### 5. The Presence of 10b5-1 Trading Plans Adopted by the Individual Defendants Does Not Absolve Them of Liability

457. Rule 10b5-1, 17 C.F.R. § 240.10b5-1, provides that a person will be deemed to have traded "on the basis of" material nonpublic information if the person engaging in the transaction was "aware of" that information at the time of the trade. To provide a safe harbor under the "aware of" standard, the SEC created an affirmative defense to insider trading claims for trades made pursuant to a binding agreement or plan ("10b5-1 Plans" or "Plans"). *See Selective Disclosure and Insider Trading,* 65 Fed. Reg. 51,716, at 51,727-28 (Aug. 24, 2000). Pursuant to SEC Rule 10b5-1(c), a 10b5-1 Plan is a defense to insider trading liability **only** if it is entered into by an insider "**[b]efore becoming aware**" of inside information, and was established "in good faith and not as part of a plan or scheme to evade the prohibitions" against insider trading.

458. Because of this, insiders are advised to "design a trading plan with the intention that it will not be modified or amended frequently, since changes to the plan will raise issues as to a person's good faith." Thomson Reuters, *Corporate Counsel's Guide to Insider Trading and Reporting,* Ch. 12:26 (2019). Conversely, the adoption and/or modification of these Plans while in possession of material non-public information is highly suspicious and supports a strong inference of scienter.

459. Although the Individual Defendants' stock sales may have been made pursuant to 10b5-1 Plans, the circumstances of those sales are sufficiently suspicious to overwhelm any exculpatory inference that might otherwise have been available to pre-planned sales based on such Plans. Indeed, even if the Individual Defendants had entered into 10b5-1 Plans prior to the Class Period and traded within those same plans throughout the Class Period, such plans are under heavy SEC scrutiny in light of a *Wall Street Journal* investigation that found that insiders who were trading pursuant to 10b5-1 Plans were still trading at opportune times and reaping better-than-expected results. According to the November 27, 2012 *Wall Street Journal* article

1    titled "Executives' Good Luck in Trading Own Stock," executives trading pursuant to 10b5-1

2    Plans are still able to time their trades to avoid losses and increase earnings because trading plans

3    are not public and can be canceled or amended at any time without disclosure.  Accordingly,

4    Cook and Maestri's trading behavior during the Class Period raises a strong inference of

5    suspicious and unusual trading activity and their trading plans do not provide these Defendants

6    with a safe harbor.

7         **B.    The Importance of Greater China to Apple's Business and Growth Strategy**

8         460.    As set forth herein, as the smartphone market became saturated in the U.S. and

9    Europe, growth was expected to come primarily from international and emerging markets such

10   as China.

11        461.    Between Q4 FY14 and Q4 FY15, Apple's revenue from China grew **99 percent**

12   **from $12.5 billion, up from $5.7 billion year-over-year.**  According to an October 27, 2015

13   article titled, "China is becoming Apple's most important market":

> [W]ith its rapidly growing middle class, Chinese carriers continued
> investment into LTE penetration — which is at 10 percent and
> growing — and Apple's continued retail expansion in the country,
> **China [was] becoming the key to sustaining the iPhone's
> remarkable growth.  Indeed, Apple brought in $58.7 billion in
> revenue in China alone in fiscal 2015, a 96 percent increase
> from $29.8 billion in fiscal 2014. Given the fact that just about
> half of China's population has reliable access to the internet,
> the potential for sustained long-term iPhone growth lies
> directly within China's borders.**[141]

         462.    By the end of Apple's fiscal year 2018, ended September 29, 2018, Greater China

made up almost 20 percent of Apple's total fiscal year 2018 annual sales and the Company

remained reliant on revenue growth in China moving forward.

---

[141] Singleton, Micah, *China is becoming Apple's most important market,* The Verge (Oct. 27, 2015), https://www.theverge.com/2015/10/27/9622578/china-is-becoming-apples-most-important-market.

1

### C.   Senior Management, including the Individual Defendants, Closely Tracked iPhone Sales and Apple's Business in Greater China

2

3        463.    Defendants Cook and Maestri closely monitored the Chinese smartphone market

4   and Apple's iPhone business there.

5        464.    In July 2017, Apple named Isabel Ge Mahe as its first-ever managing director of

6   Greater China, with Ge Mahe reporting directly to Defendant Cook and COO Jeff Williams.

7   According to Apple's July 18, 2017 announcement of her appointment, Ge Mahe would "provide

8   leadership and coordination across Apple's China-based team" and would work closely with

9   Apple's R&D team and carrier partners to develop new China-specific features for the iPhone.

10  The announcement quoted Cook as stating:

11            Apple is strongly committed to invest and grow in China, and we
              are thrilled that Isabel will be bringing her experience and
12            leadership to our China team . . . .She has dedicated a great deal of
              her time in recent years to delivering innovation for the benefit of
13            Apple customers in China, and we look forward to making even
              greater contributions under her leadership.[142]

14       465.    Moreover, Defendant Cook frequently traveled to China and closely tracked

15  Apple's business there. For example, Cook was in China at the end of March 2018, a few months

16  into the Company's battery replacement program, and again in early October 2018, right before

17  the Company provided lower than expected revenue guidance for Q1 FY 19, the all-important

18  holiday quarter in which Apple was selling its recently released 2018 model iPhones.

19       466.    One article characterizes him as "a frequent flyer to China to both monitor a

20  market that is critical to the U.S. tech giant's success and to undertake board director duties at

21  Tsinghua University School of Economics and Management."[143]

22

23

24

25

---

26  [142] *Isabel Ge Mahe named Apple's managing director of Greater China,* Apple Newsroom (July 18, 2017), https://www.apple.com/newsroom/2017/07/isabel-ge-mahe-named-apple-managing-director-of-greater-china/.

27  [143] Tan, Jason, *Apple Boss Tim Cook Stays Low-Key in Busy Visit to China,* Caixin Global (Oct. 11, 2018), https://www.caixinglobal.com/2018-10-11/apple-boss-tim-cook-stays-low-key-in-busy-visit-to-china-101333843.html.

28

1

2

        **D.**    **The Individual Defendants Knew, or at Least Recklessly Disregarded, that Apple's iOS Software Updates Were Being Used by the Company to Throttle its iPhones and Were Aware of the Public's Negative Reaction to the Throttling, Especially in Greater China**

3

4

467.    As set forth herein, iOS is the mobile operating system created and developed by

5

Apple exclusively for its hardware.  iOs is at the center of Apple's business, powering many of

6

the Company's devices, including the iPhone. During the Class Period, the Individual

7

Defendants were keenly aware of the importance of iOS to both the market and consumers, and

8

were increasingly dependent on Services revenues (also reliant on the iOS operating system) to

9

grow the Company's business.

10

468.    For example, in analyst reports for *RBC Capital Markets* throughout the Class

11

Period, Amit Daryanani noted that Apple's true differentiation was its unique computing

12

ecosystem, iOS, which "provides users with an integrated, scalable, and seamless experience

13

across multiple devices, which we believe will be difficult for competitors to replicate in

14

scale."[144]  In a *RBC Capital Markets* report dated October 8, 2018, titled "Data Download –

15

Upside Ahead," Daryanani noted that RBC based its Apple price target, in part, on "a growing

16

iOS install base that generates sustained Services growth."

17

469.    Indeed, growing Services revenue was vital to Apple's business going forward.

18

As noted by Defendant Maestri on the Company's November 1, 2018 earnings call, Apple had a

19

goal of doubling Services revenue from fiscal year 2016 to 2020.  Defendant Maestri also touted

20

the "increasing importance of [Apple's] Services business" as a reason why the Company

21

stopped reporting unit sales.

22

470.    Thus, the very negative consumer reaction in the U.S. and Greater China to the

23

disclosure of Apple's throttling of older iPhones through routine iOS software updates threatened

24

iPhone demand, the core of the Company's business, its cultivated ecosystem, and its goodwill.

25

¶¶ 173-78 & 188-89.

26

27

---

[144] *See, e.g., Apple Inc.: 10-Q Review: Warranty Accruals, Off balance sheet commitments & more,* RBC Capital Markets (Aug. 3, 2017), and *Apple Inc.: From China With Love,* RBC Capital Markets, (Jan. 2, 2019).

28

471.     Consumer reaction to the throttling was particularly severe in Greater China where consumers fled to competitor smartphone companies in droves upon learning that Apple intentionally slowed down older model iPhones with routine software updates. ¶¶ 149-53.

472.     Given that iOS is at the center of Apple's business and with smartphone sales continuing to lag and Apple pivoting towards Services as a more significant driver of revenue, the Individual Defendants knew, or at least recklessly disregarded, that using Apple's iOS software updates to continue to throttle its iPhones would jeopardize its consumer base and its iPhone and Services revenues.

**E.     Defendants Possessed the Motive and Opportunity to Artificially Accelerate the iPhone Upgrade Cycle Once Sales for Apple's Flagship Product Peaked in 2016 and Threatened to Derail the Company's Business**

473.     Apple's loss of market share to Android devices and stagnating iPhone sales in 2016 had a dual effect on the Company.  During this time, Apple was becoming increasingly reliant on sources of revenue other than, but still linked to, the sales of iPhones including AirPods, Apple Watches, and Apple Services.  As the Company lost market share and growth slowed, not only was Apple losing revenue from sales of iPhones themselves, but revenue derived through those products from iPhone owners.  The faltering growth in iPhone sales threatened the long term health of the Company as Apple's customer base for its flagship product faltered and the potential universe of customers for its services and other products failed to grow at an adequate rate.

474.     By mid-2016, as growth in the smartphone industry was stagnating, upgrade cycles were lengthening, and Apple was losing significant market share to competitors, particularly in China, Apple was in dire need of ways to increase its iPhone sales.

475.     It was against this backdrop, that when reports surfaced, in late 2016, of older model iPhones experiencing sudden unexplained shutdown issues, Apple developed and released a series of iPhone "updates," including iOS 10.2.1 (released in January 2017), with the intention of secretly slowing down, or "throttling" the iPhone models 6 and later, in order to purportedly remediate the problem.  But known to Defendants, and undisclosed to the market, was that the

1   shutdowns were caused by aging iPhone batteries, as opposed to the age of the iPhone itself, and

2   simply replacing the iPhone's battery would ameliorate the shutdown and throttling problems.

3   476.   Defendants' undisclosed practice of slowing down iPhones with older batteries

4   came with an undisclosed "benefit" for the Company.  Frustrated with iPhones operating in

5   diminished capacity and falsely believing their devices to be obsolete, consumers opted to

6   purchase brand new iPhones on accelerated timetables.  These premature upgrades artificially

7   inflated iPhone sales, resulted in record iPhones sales in 2017 and early 2018 and provided the

8   appearance of a reversal in declining iPhone sales growth – reinvigorating market interest in the

9   Company.

10   **F.   Statements By Former Apple Employees and Others With Knowledge Corroborate that Defendants Tracked: (i) iPhone Sales Data (including in Greater China); (ii) Lengthening iPhone Upgrade Cycles; and (iii) how the Company's $29 battery replacement offer would elongate the iPhone upgrade cycle**

13   477.   The CWs make clear that Defendants' false and misleading statements were not

14   simply a mistake or mismanagement; but rather that the Defendants knew or recklessly

15   disregarded that during the Class Period, Defendants meticulously tracked sales data for the

16   iPhone (including in Greater China) and knew that sales growth was stalling, especially in

17   Greater China, where lower-priced competitors' smartphones with better features were

18   proliferating.  Moreover, former employees confirm that Apple also tracked: (i) lengthening

19   smartphone and iPhone upgrade cycles; and (ii) how the Company's $29 battery replacement

20   offer would lengthen the iPhone upgrade cycles.

21   478.   For example, CWs reported that:

22   (a)   Since at least the end of 2017, Greater China experienced a decrease in

23   sales of iPhones which was widely known within Apple as the Company did a significant

24   amount of analysis between sales cycles wherein the decline of iPhone sales and Apple's loss of

25   market share to competitors were clearly showcased.  Apple's loss of market share in Greater

26   China was attributed, at least in part, to the fact that competitor phones possessed the features

27

28

1   that Chinese consumers demanded at a variety of price points. ¶¶ 219, 221-23, 225-26, 230-32,
2   & 235.

3          (b)     After the launch of the iPhone 8 in September 2017, there was "a fair
4   amount of negativity going around" about the prospects of the iPhone 8 launch and anxiety
5   among employees in Asia operations. Consumers in Asia did not think the iPhone 8 was much of
6   an innovation over previous generation iPhones. ¶ 218.  Apple did not seem to activate any
7   response to the slowing Chinese economy in 2017 and 2018, despite the fact that it was well
8   known that iPhone sales were decreasing in China. ¶ 219.

9          (c)     The iPhone X suffered poor sales due to its high price compared to similar
10  smartphones released by competitors in China. ¶ 221.

11         (d)     There were internal discussions at Apple in late 2017, prior to the public
12  disclosure, about how Apple had intentionally throttled its older iPhones because the phones
13  could not keep up with the new releases of iOS software. ¶ 248.

14         (e)     There were internal conversations at Apple regarding elongated sales
15  cycles and how the disclosure of the throttling (known as Battery-gate) would impact demand for
16  new iPhones and elongate the iPhone upgrade cycle going forward. ¶¶ 248-49.

17         (f)     Apple was tracking battery replacements at the store and corporate level.
18  ¶¶ 251 & 254.

19         (g)     When the new iPhones launched in September 2018, internally there were
20  discussions about the impact of the battery replacement on the upgrade cycle. ¶ 252.

21         (h)     A couple of weeks after the battery throttling announcement, at an all-
22  hands "state of the union" meeting within the Supply and Demand department at Apple, the
23  extent to which Apple was going to update its forecasts due to consumers replacing their
24  batteries at a discounted rate, instead of buying new phones was specifically brought up. ¶ 253.

25         (i)     Apple's battery replacement program impacted Apple's upgrade cycles
26  because one of the main reasons consumers were upgrading their phones in 2017 was because
27  their batteries were slowing down or shutting down. Consumers were not upgrading their phones

28

1   every year like they had in the past because "incremental technological improvements" on

2   Apple's new phones were not significant enough to motivate consumers to upgrade.  Instead,

3   Apple's failing battery and system slowdown was really the only thing motivating consumers to

4   upgrade their phones in late 2017-2018. ¶ 245.

5           (j)    Defendants Cook, Maestri and COO Jeff Williams would have been

6   informed by Apple's Sales & Marketing group about the elongating iPhone sales cycle. ¶ 259.

7           (k)    Defendants Cook, Maestri and COO Williams received reports on Supply

8   and Demand.  Defendant Cook also met with leadership from Supply and Demand (senior

9   directors and above) every Friday to discuss a weekly "snapshot" of the state of the business –

10   which was a 100 page slide deck. The weekly snapshot detailed metrics such as run rates, sales,

11   forecasts, comps and trends. At those weekly meetings with Cook, senior leadership also would

12   discuss product lifetimes and volumes. ¶ 259.

13           (l)    Nick Severino, Apple's VP of Finance (who reported to Defendant

14   Maestri) attended quarterly meetings with the iPhone retail finance team during which the

15   quarterly sales data and its trends and comparisons to other quarters were reviewed. ¶ 265.

16           (m)    The decrease in iPhone sales in China became more pronounced in June

17   2018 . ¶ 221.

18           (n)    Reports generated domestically at Apple contained global sales numbers

19   from the Company's headquarters which showed that iPhones were suffering year-on-year sales

20   losses in Greater China. ¶ 229.

21           (o)    Prior to the launch of Apple's new iPhones in September 2018 (iPhone

22   XS, XS Max, and XR), pre-sales/intent to purchase numbers in China for the new iPhones were

23   low and not many clients were inquiring about the new iPhones. ¶ 227.

24           (p)    Senior management at Apple knew China demand was soft going into Q1

25   FY 19.  Internally at Apple there were discussions amongst everyone who had access to

26   Defendants Cook, Maestri and COO Jeff Williams would have been informed by Apple's Sales

27   & Marketing group about the elongating iPhone sales cycle. ¶ 259.

28

## G.   Apple's Attempt to Obscure Declining iPhone Sales Growth by No Longer Reporting Unit Sales for its Products

479.   On November 1, 2018, Apple shocked analysts and investors by announcing that Apple would no longer report unit sales data for its products, including iPhones, on future earnings calls:

> **[S]tarting with the December quarter, we will no longer be providing unit sales data for iPhone**, iPad and Mac. As we have stated many times, our objective is to make great products and services that enrich people's lives and to provide an unparalleled customer experience so that our users are highly satisfied, loyal and engaged. As we accomplish these objectives, strong financial results follow.
>
> As demonstrated by our financial performance in recent years, the number of units sold in any 90-day period is not necessarily representative of the underlying strength of our business. Furthermore, our unit of sale is less relevant for us today than it was in the past given the breadth of our portfolio and the wider sales price dispersion within any given product line.

480.   Defendants tried to justify the Company's decision to withhold iPhone unit sales, rejecting the proposition raised by analysts that the reason for withholding iPhone unit data was because iPhone unit sales were declining. Instead, Defendants Maestri and Cook each insisted that the revenue and profit margin guidance being provided that day was all investors should focus on—maintaining that demand was still strong for Apple's more expensive iPhone offerings. *See* ¶¶ 387-88.

481.   The announcement came after the iPhone unit sales percentage was unchanged year over year from fiscal 2017.  Analysts and journalists have used unit sales numbers to calculate  iPhone's average selling price and "provide insight into how well different iPhone models are selling, as newer iPhones like the XS, XS Max, and XR are priced higher than older models like the now-discontinued SE, 6S, and 6."[145]

482.   The move was interpreted by some analysts negatively – that if the iPhone was entering a decline, then not reporting its sales numbers might help avoid the negative publicity.

---

[145] Garun, Natt, *Apple will no longer reveal how many iPhones, iPads, and Macs it sells,* The Verge.com (Nov. 1, 2018), https://www.theverge.com/2018/11/1/18053782/apple-earnings-q4-2018-stop-ipad-iphone-mac-unit-sales-disclosure.

483.    The next day, on November 2, 2018, many analysts were openly concerned that the move was an indicator that iPhone growth was over and that negative unit sales growth lay ahead.  For example, Citi analyst Jim Suva said, "Some people may fear that this now means that the iPhone units are going to start going negative year over year because it's easier to talk about great things and not show the details of things that aren't so great."  In a later note to clients, Suva said that the move "left investors speechless" and that "some investors will view this as a negative that the company is trying to hide information that in the past was so important to assess the company's strength."[146]

484.    Other analysts agreed:

(a)    On November 2, 2018, Walt Piecyk, tech analyst at *BTIG Research,* told the Financial Times, "It's certainly not a good look for Apple in the eyes of consumers when analysts are quoting ASPs . . . that are rising by double digits."  "By not reporting units," he added, "it effectively removes the discussion of rising prices from mainstream media stories."[147]

(b)    On November 2, 2018, *Wedbush* analysts Daniel Ives and Strecker Backe called the pullback a "jaw dropper" and "frustrating."  "The Street will find this a tough pill to swallow this morning as the transparency of the Cupertino story takes a major dent," they said, adding, "The skeptics will point to Apple doing this right at the critical juncture where higher ASPs are making up for slower unit sales."

(c)    Similarly, *Nomura*'s Jeffrey Kvaal stated:  "We do not find Apple's rationale for the reduced disclosure well considered . . . . We disagree with Apple's view that a unit of sale is less relevant; on the contrary, we consider it an indicator of the health and growth of the ecosystem."  Kvaal added: "Consumers are not choosing a range of different iPhones at different price points like items in a shopping cart.  Consumers are choosing only one iPhone; we care how much they pay."

---

[146] Edwards, Jim, *Apple will no longer report iPhone numbers after growth went to 0%, and analysts are now worried iPhone sales may decline,* Business Insider (Nov. 2, 2018), https://www.businessinsider.com/apple-will-no-longer-report-iphone-sales-unit-numbers-2018-11.

[147] *Id.*

(d)      *Guggenheim*'s Robert Cihra and Amil Patel said, "We think investors will dislike it as it could foreshadow trying to hide unit declines."

(e)      Ben Schachter of *Macquarie Research* added, "Long time AAPL watchers will clearly be disappointed by this and the assumption is that units are very likely to turn negative for the near-mid-term and that is why AAPL is making the disclosure change."

485.      In fact, that's exactly what happened.  iPhones revenues continued to fall from Q1 FY 18 to Q3 FY 18.  In Q2 FY 18 and Q3 FY18, Apple's iPhone revenues dropped by 17% and 12%, respectively, compared with the same period a year earlier.



## XI.      LOSS CAUSATION/ECONOMIC LOSS

486.      During the Class Period, as detailed herein, Apple and the Individual Defendants engaged in a course of conduct that artificially inflated or artificially maintained the price of Apple's securities and operated as a fraud or deceit on all persons and entities who purchased or otherwise acquired Apple's securities during the Class Period.

487.      The misstatements and omissions regarding Apple's iPhone business concealed risks related to the deteriorating condition of that segment and it was foreseeable that the value of Apple's securities would be adversely affected when the concealed risks materialized.

CORRECTED CONSOLIDATED AND AMENDED CLASS ACTION COMPLAINT
FOR VIOLATION OF THE FEDERAL SECURITIES LAWS [CASE NO. 19-CV-02033-YGR]

176

488.    When the hidden risks materialized and became known to the market, the price of Apple's securities declined precipitously as the prior artificial inflation was removed from the price of the stock. As a result of their purchases and acquisitions of Apple's securities at artificially inflated prices during the Class Period, Lead Plaintiff and other members of the Class suffered a substantial economic loss (i.e., damages under the federal securities laws). The price decline in Apple's securities was a foreseeable and direct result of the nature and extent of the materially false and misleading statements and omissions. Thus, the Defendants' wrongful conduct, as alleged herein, directly and proximately caused the damages suffered by Lead Plaintiff and the Class.

489.    The truth regarding demand for the iPhone was disclosed through a series of disclosures beginning on February 1, 2018, after the market closed, when Defendants gave disappointingly flat revenue guidance of $60 to $62 billion for Apple's second quarter of fiscal 2018 due, at least in part, to an expected decrease in sales for iPhones as customers worldwide took advantage of the $29 battery replacement program and concluding on January 2, 2019, after the market closed, with the announcement that Apple slashed its prior quarterly revenue forecast for the already complete 1Q19 amid falling iPhone sales in China and fewer iPhone upgrades due to utilization of the Company's $29 battery replacement program in 2018. In a "Letter from Tim Cook to Apple Investors," released after the close of trading that night, Apple disclosed that its 1Q19 revenues were only $84 billion, far below the already disappointing range of $89 billion to $93 billion the Company had announced just eight weeks earlier on November 1, 2018.

490.    ***February 1, 2018 – First Partial Disclosure/Materialization of the Risk***

(a)    On February 1, 2018, in connection with Apple's release of its financial results for its first fiscal quarter of 2018 ended December 30, 2017, Defendants gave disappointingly flat revenue guidance of $60 to $62 billion for the second quarter of fiscal 2018 due, at least in part, to an expected decrease in sales for iPhones as customers worldwide took advantage of the $29 battery replacement program.  When questioned by an analyst as to whether the battery replacement program was causing the flattened sales guidance by elongating iPhone

1    upgrade cycles, Defendants continued to partially conceal the risk when they failed to provide a

2    straight answer and falsely stated that they "did not consider in any way, shape, or form, what

3    [battery replacements] would do to upgrade rates."

4              (b)       This lower-than-expected guidance, which was a partial materialization of

5    the risk concealed by Defendants' alleged misrepresentations and omissions, caused Apple's

6    stock price to fall by $7.28 on February 2, 2018, or **_4.34 percent_**.  Apple's stock price continued

7    to fall another $4.01 per share on the following trading day, closing at $156.49 on February 5,

8    2018, representing a total two day decline of approximately 7 percent.

9              (c)       However, the Company's stock price remained artificially inflated after

10   this announcement as Defendants knew and failed to disclose or deliberately disregarded: (1) that

11   higher iPhone demand in late 2017 and early 2018 was driven substantially by accelerated

12   upgrade rates as a result of Apple intentionally throttling older-model iPhones during 2017; (2)

13   that the Company's battery replacement program during 2018 (enacted as a direct and primary

14   response to the Company's intentional phone throttling during 2017) would dramatically and

15   negatively impact demand for iPhones (contrary to Apple's specific statements that it had not

16   considered such impacts); and (3) that Apple faced far greater competitive pressures in China

17   than Defendants conveyed to the market.

18         491.   ***November 1, 2018 – Second Partial Disclosure/Materialization of the Risk***

19             (a)       On November 1, 2018, after the market closed, Apple released its financial

20   results for its fourth quarter of fiscal 2018 ended September 29, 2018.  In connection with the

21   announcement of those results, and more than one-third of the way through Apple's first quarter

22   of 2019 ("1Q19"), Apple provided revenue guidance of $89 billion to $93 billion for the

23   upcoming and all-important holiday quarter—a range that was well below what analysts were

24   expecting. Defendant Maestri attributed the reduced revenue guidance to a number of factors

25   including (1) reversed launch timing of its new top-end iPhone model, *i.e.*, releasing the top-end

26   iPhone XS in the fourth fiscal quarter 2018, and the more affordable iPhone XR in the first fiscal

27   quarter 2019; (2) the impact of foreign exchange due to the strength of the U.S. dollar; (3) supply

28

and demand uncertainty related to the ramp up of new products; and (4) macroeconomic uncertainty in the Company's emerging markets (specifically excluding China). The Company also surprised investors by announcing that Apple would no longer disclose unit sales for iPhones and other hardware, asserting that such data was no longer relevant for investors to evaluate the Company's financial performance, all the while assuring investors that despite the decision to withhold unit sales data, the Company would still experience strong performance.

(b)      This news, which was a partial materialization of the risk concealed by the Defendants' alleged misrepresentations and omissions, caused Apple's stock price to fall $14.74 per share, *or 6.6 percent,* to close at $207.48 per share on November 2, 2018.

(c)      Following the disclosure of a disappointing sales forecast for the holiday season, the market reacted negatively.  For example, on that date an analyst at *Bank of America Merrill Lynch* downgraded Apple from "buy" to "neutral" and lowered the price target of Apple stock.  Of the reasons cited for the downgrade, the analyst included slower revenue growth in China, guidance reflecting weaker-than-expected iPhone revenues, weaker growth in emerging markets, as well as the Company's decision to withhold unit sales.

(d)      However, the Company's stock price remained artificially inflated after this announcement as Defendants failed to disclose: (1) that the Company's battery replacement program during 2018 (enacted as a direct and primary response to the Company's intentional phone throttling during 2017) and the intentionally accelerated upgrade cycle in 2017 would dramatically and negatively impact demand for iPhones (contrary to Apple's specific statements that it had not considered such impacts); and (2) that Apple faced far greater competitive pressures in China than Defendants conveyed to the market.

492.      ***November 5, 2018 – Third Partial Disclosure/Materialization of the Risk***

(a)      On November 5, 2018, before the market opened, the *Nikkei Asian Review* reported that Apple told its top smartphone assemblers, Foxconn and Pegatron, to "halt plans for additional production lines" for the iPhone XR. Following the Nikkei Report, *RBC Capital Market*, indicated "this could indicate muted unit demand."  Multiple news outlets reported that

1   the Nikkei Report was causing the price of Apple stock to decline. For example, *Dow Jones*

2   stated: "Apple's (ticker: AAPL) stock is dropping after a report the tech giant is telling its

3   suppliers to cancel plans for additional iPhone XR production lines."[148]

4         (b)     This news, which was a partial materialization of the risk concealed by the

5   Defendants' alleged misrepresentations and omissions caused Apple's stock price to fall $5.89

6   per share, ***or 3 percent***, closing at $201.59 per share on November 5, 2018.

7         (c)     However, the Company's stock price remained artificially inflated after

8   this announcement as Defendants failed to disclose: (1) that the Company's battery replacement

9   program during 2018 (enacted as a direct and primary response to the Company's intentional

10   phone throttling during 2017) and the intentionally accelerated upgrade cycle in 2017 would

11   dramatically and negatively impact demand for iPhones (contrary to Apple's specific statements

12   that it had not considered such impacts); and (2) that Apple faced far greater competitive

13   pressures in China than Defendants conveyed to the market.

14   493.   ***January 2, 2019 – Final Disclosure/Materialization of the Risk***

15         (a)     On January 2, 2019 after the close of trading, Apple disclosed the true

16   state of its declining iPhone sales.  For the first time in 15 years, Apple slashed its prior quarterly

17   revenue forecast for the already complete first fiscal quarter 2019 ended December 29, 2018

18   amid falling iPhone sales.  In a "Letter from Tim Cook to Apple Investors," released after the

19   close of trading that night, Apple disclosed that its revenues for its first fiscal quarter 2019 were

20   only $84 billion, far below the already-disappointing guidance range of $89 billion to $93 billion

21   that the Company had announced just eight weeks earlier on November 1, 2018.  Discussing why

22   Apple had experienced what was characterized as "fewer iPhone upgrades than [it] had

23   anticipated," the Letter blamed the discounted battery replacement program as well as sales in

24   China.

25         (b)     On this shocking news, which was the final materialization of the risk

26   concealed by Defendants' alleged misrepresentations and omissions, the price of Apple stock fell

27

28   _____
    [148] Kim, Tae, *Apple Stock Falls as Report Casts Doubt on iPhone Demand -- Barrons.com,*
    *Dow Jones,* Nov. 5, 2018, 10:09 AM ET.

1    precipitously by more than $15 per share, ***or approximately 10 percent***, closing at $142.19 per

2    share on January 3, 2019, on unusually high volume of more than 91.1 million shares traded, the

3    highest one-day trading volume experienced by the Company in nearly two years.

4    **XII.    CLASS ACTION ALLEGATIONS**

5         494.    Lead Plaintiff brings this action as a class action pursuant to Rule 23 of the

6    Federal Rules of Civil Procedure on behalf of all persons and entities who purchased or

7    otherwise acquired the publicly traded securities of Apple during the Class Period and were

8    damaged thereby (the "Class"). Excluded from the Class are: (i) Defendants; (ii) members of the

9    immediate family of any Defendant who is an individual; (iii) any person who was an officer or

10   director of Apple during the Class Period; (iv) any firm, trust, corporation, or other entity in

11   which any Defendant has or had a controlling interest; (v) Apple's employee retirement and

12   benefit plan(s) and their participants or beneficiaries, to the extent they made purchases through

13   such plan(s); and (vi) the legal representatives, affiliates, heirs, successors-in-interest, or assigns

14   of any such excluded person.

15        495.    The members of the Class are so numerous that joinder of all members is

16   impracticable.  Throughout the Class Period, Apple securities were actively traded on the

17   NASDAQ.  While the exact number of Class members is unknown to Lead Plaintiff at this time

18   and can only be ascertained through appropriate discovery, Lead Plaintiff believes that there are

19   hundreds of thousands of members in the proposed Class.  Record owners and other members of

20   the Class may be identified from records maintained by Apple and/or its transfer agent and may

21   be notified of the pendency of this action by mail, using the form of notice similar to that

22   customarily used in securities class actions.

23        496.    Lead Plaintiff's claims are typical of the claims of the members of the Class as all

24   members of the Class are similarly affected by defendants' wrongful conduct in violation of

25   federal law that is complained of herein.

26        497.    Lead Plaintiff will fairly and adequately protect the interests of the members of

27   the Class and has retained counsel competent and experienced in class and securities litigation.

28

498.    Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class.  Among the questions of law and fact common to the Class are:

        (a)    whether the Exchange Act was violated by defendants as alleged herein;

        (b)    whether statements made by defendants misrepresented material facts about the business and prospects of Apple; and

        (c)    to what extent the members of the Class have sustained damages and the proper measure of damages.

499.    A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable.  Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them.  There will be no difficulty in the management of this action as a class action.

## XIII.   APPLICATION OF PRESUMPTION OF RELIANCE: FRAUD ON THE MARKET

500.    Lead Plaintiff alleges that throughout the Class Period, Defendants omitted to disclose material information of which Defendants were aware or were reckless in not knowing. Such omissions artificially inflated or artificially maintained the price of Apple's publicly traded securities and operated as a fraud or deceit on all persons and entities who purchased or otherwise acquired those securities during the Class Period. Because Defendants chose to speak on the issues described herein, it was important that Defendants not mislead investors or withhold material information. To the extent that the Defendants concealed or improperly failed to disclose material facts with respect to Apple's business, Lead Plaintiff  is entitled to a presumption of reliance in accordance with *Affiliated Ute Citizens of Utah v. United States*, 406 U.S. 128, 153 (1972).

501.     To the extent that Lead Plaintiff alleges that Defendants made affirmative misstatements, Lead Plaintiff will rely upon the presumption of reliance established by the fraud-on-the-market doctrine in that, among other things:

(a)     Defendants made public misrepresentations or failed to disclose material facts during the Class Period;

(b)     the omissions and misrepresentations were material;

(c)     the Company's securities traded in an efficient market;

(d)     the misrepresentations alleged would tend to induce a reasonable investor to misjudge the value of the Company's securities; and

(e)     Lead Plaintiff and other members of the Class purchased Apple's securities between the time Defendants misrepresented or failed to disclose material facts and the time the true facts were disclosed, without knowledge of the misrepresented or omitted facts.

502.     At all relevant times, the market for Apple stock was an efficient market for the following reasons:

(a)     Apple stock met the requirements for listing and were listed and actively traded on the NYSE, a highly efficient and automated market;

(b)     As a regulated issuer, Apple filed periodic public reports with the SEC and the NYSE;

(c)     Apple regularly communicated with public investors via established market communication mechanisms, including regular dissemination of press releases on the national circuits of major newswire services and other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services; and

(d)     Apple was followed by numerous securities analysts employed by major brokerage firms including, but not limited to, RBC Capital Markets, Sanford Bernstein, Wells Fargo, Macquarie Research, Wedbush, Credit Suisse, Oppenheimer, Guggenheim Partners, UBS, FBN Securities, Deutsche Bank, J.P. Morgan, FBN Securities, Piper Jaffray, HSBC Global Research, William Blair, Barclays, and Rosenblatt Securities, all which wrote reports that were

1    distributed to the sales force and certain customers of their respective brokerage firm(s) and that

2    were publicly available and entered the public marketplace;

3                    (e)      As a result of the foregoing, the market for Apple's securities promptly

4    digested current information regarding Apple from publicly available sources and reflected such

5    information in Apple's securities price(s).  Under these circumstances, all persons and entities

6    who purchased or otherwise acquired Apple's securities during the Class Period suffered similar

7    injuries through their purchase of Apple at artificially inflated prices and thus, the presumption

8    of reliance applies.

9    **XIV.   NO SAFE HARBOR**

10           503.    The statutory safe harbor provided for forward-looking statements under certain

11   circumstances does not apply to any of the allegedly false statements pleaded in this Complaint.

12   The statements alleged to be false and misleading herein all relate to then-existing facts and

13   conditions.  To the extent certain statements alleged to be false or misleading are determined to

14   be mixed statements of historical or present information and future information, such statements

15   are not entitled to the safe harbor with respect to the part of the statement that refers to historical

16   or present conditions.

17           504.    To the extent certain of the statements alleged to be false or misleading may be

18   characterized as forward looking, they were not identified as "forward-looking statements" when

19   made and there were no meaningful cautionary statements identifying important factors that

20   could cause actual results to differ materially from those in the purportedly forward-looking

21   statements.

22           505.    In the alternative, to the extent that the statutory safe harbor is determined to

23   apply to any forward-looking statements pleaded herein, Defendants are liable for those false

24   forward-looking statements because at the time each of those forward-looking statements were

25   made, the speaker had actual knowledge that the forward-looking statement was materially false

26   or misleading, or the forward-looking statement was authorized or approved by an executive

27   officer of Apple who knew that the statement was false when made.

28

XV.    **CAUSES OF ACTION**

**COUNT I**

**For Violation of § 10(b) of the Exchange Act and Rule 10b-5
Against All Defendants**

506.    Lead Plaintiff repeats and realleges each and every allegation contained in the foregoing paragraphs as if fully set forth herein.

507.    This Count is asserted against Apple and the Individual Defendants and is based upon Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder by the SEC.

508.    During the Class Period, Apple and the Individual Defendants engaged in a plan, scheme, conspiracy and course of conduct, pursuant to which they knowingly or recklessly engaged in acts, transactions, practices and courses of business which operated as a fraud and deceit upon Lead Plaintiff and the other members of the Class; made various untrue statements of material facts and omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; and employed devices, schemes and artifices to defraud in connection with the purchase and sale of securities.

509.    Such scheme was intended to, and, throughout the Class Period, did: (i) deceive the investing public, including Lead Plaintiff and other Class members, as alleged herein; (ii) artificially inflate and artificially maintain the market price of Apple publicly traded securities; and (iii) cause Lead Plaintiff and other members of the Class to purchase or otherwise acquire Apple publicly traded securities at artificially inflated prices.  In furtherance of this unlawful scheme, plan, and course of conduct, Defendants took the actions set forth herein.

510.    Pursuant to the above plan, scheme, conspiracy and course of conduct, and by the use of means or instrumentalities of interstate commerce and/or of the mails, each of the Defendants made statements in quarterly and annual reports, SEC filings, press releases and other statements and documents described above, including statements made to securities analysts and the media that were designed to influence the market for Apple publicly traded securities.  Such reports, filings, releases and statements were materially false and misleading in

1   that they failed to disclose material adverse information and misrepresented the truth about

2   Apple's business, including declining demand for its iPhones, especially in Greater China.

3          511.    As described above, Apple and the Individual Defendants acted with scienter

4   throughout the Class Period, in that they either had actual knowledge of the misrepresentations

5   and omissions of material facts set forth herein, or acted with reckless disregard for the truth in

6   that they failed to ascertain and to disclose the true facts, even though such facts were available

7   to them.

8          512.    The Individual Defendants are liable both directly and indirectly for the wrongs

9   complained of herein.  Because of their positions of control and authority, the Individual

10  Defendants were able to and did, directly or indirectly, control the content of the statements of

11  Apple.  As officers and/or directors of a publicly-held company, the Individual Defendants had a

12  duty to disseminate timely, accurate, and truthful information with respect to Apple's businesses,

13  operations, financial condition and prospects.

14         513.    As a result of the dissemination of the aforementioned false and misleading

15  reports, releases, and public statements, the market price of Apple publicly traded securities was

16  artificially inflated throughout the Class Period.  In ignorance of the adverse facts concerning

17  Apple's business and financial condition which were concealed by Defendants, Lead Plaintiff

18  and the other members of the Class purchased Apple publicly traded securities at artificially

19  inflated prices and relied upon the price of the securities, the integrity of the market for the

20  securities and/or upon statements disseminated by Apple and the Individual Defendants, and

21  were damaged thereby.

22         514.    During the Class Period, Apple securities were traded on an active and efficient

23  market.  Lead Plaintiff and the other members of the Class, relying on the materially false and

24  misleading statements described herein, which Apple and the Individual Defendants made,

25  issued or caused to be disseminated, or relying upon the integrity of the market, purchased or

26  otherwise acquired Apple publicly traded securities at prices artificially inflated and/or

27  artificially maintained by Defendants' wrongful conduct.

28

515.    Had Lead Plaintiff and the other members of the Class known the truth, they would not have purchased or otherwise acquired those securities, or would not have purchased or otherwise acquired them at the inflated prices that were paid.  At the time of the purchases and/or acquisitions by Lead Plaintiff and the Class, the true value of Apple securities was substantially lower than the prices paid by Lead Plaintiff and the other members of the Class.  The market price of Apple stock declined sharply upon the materialization of the risks alleged herein to the injury of Lead Plaintiff and Class members.

516.    By reason of the conduct alleged herein, Apple and the Individual Defendants knowingly or recklessly, directly or indirectly, violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

517.    As a direct and proximate result of the wrongful conduct of Apple and the Individual Defendants, Lead Plaintiff and the other members of the Class suffered damages in connection with their purchases and sales of Apple's publicly traded securities during the Class Period.

### COUNT II

**For Violation of § 20(a) of the Exchange Act**
**Against Defendants Cook & Maestri**

518.    Lead Plaintiff repeats and realleges each and every allegation contained in the foregoing paragraphs as if fully set forth herein.

519.    During the Class Period, the Individual Defendants participated in the operation and management of Apple, and conducted and participated, directly and indirectly, in the conduct of Apple's business affairs.  Because of their senior positions, they knew the adverse non-public information about Apple's business, including declining demand for the Company's iPhones, especially in Greater China.

520.    As officers and/or directors of a publicly traded company, the Individual Defendants had a duty to disseminate accurate and truthful information with respect to Apple's financial condition and results of operations, and to correct promptly any public statements issued by Apple which had become materially false or misleading.

1        521.    Because of their positions of control and authority as senior officers of Apple, the

2    Individual Defendants were able to, and did, control the contents of the various reports, press

3    releases, public filings, and other statements which Apple made and disseminated in the

4    marketplace during the Class Period concerning the Company's results of operations.  In their

5    capacities as senior officers of Apple, the Individual Defendants had direct involvement in the

6    day-to-day operations of the Company and reviewing and approving the Company's public

7    statements.

8        522.    Throughout the Class Period, the Individual Defendants exercised their power and

9    authority to cause Apple to engage in the wrongful acts complained of herein.  The Individual

10   Defendants therefore, were "controlling persons" of Apple within the meaning of Section 20(a)

11   of the Exchange Act.  In this capacity, they participated in the unlawful conduct alleged which

12   artificially inflated and/or artificially maintained the market price of Apple securities.

13       523.    Each of the Individual Defendants, therefore, acted as a controlling person of

14   Apple.  By reason of their senior management positions and/or being directors of Apple, each of

15   the Individual Defendants had the power to direct the actions of, and exercised the same to cause,

16   Apple to engage in the unlawful acts and conduct complained of herein.  Each of the Individual

17   Defendants exercised control over the general operations of Apple and possessed the power to

18   control the specific activities which comprise the primary violations about which Lead Plaintiff

19   and the other members of the Class complain.

20       524.     By reason of the above conduct, the Individual Defendants are liable pursuant to

21   Section 20(a) of the Exchange Act.

22                                **PRAYER FOR RELIEF**

23       WHEREFORE, Lead Plaintiff prays for relief and judgment as follows:

24       A.      Determining that this action is a proper class action, designating plaintiff as Lead

25   Plaintiff and certifying Lead Plaintiff as a Class representative under Rule 23 of the Federal

26   Rules of Civil Procedure and Lead Plaintiff's counsel as Lead Counsel;

27

28

B.      Awarding compensatory damages in favor of Lead Plaintiff and the other Class members against all Defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

C.      Awarding Lead Plaintiff and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

D.      Awarding such equitable/injunctive or other relief as deemed appropriate by the Court.

### JURY DEMAND

Lead Plaintiff demands a trial by jury.

DATED:  January 15, 2020                 Respectfully submitted,

/s/ Carol C. Villegas
**LABATON SUCHAROW LLP**
Carol C. Villegas (admitted *pro hac vice*)
Christine M. Fox (admitted *pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
cvillegas@labaton.com
cfox@labaton.com

*Counsel for Lead Plaintiff Employees' Retirement
System of the State of Rhode Island
and the Proposed Class*

James M. Wagstaffe (#95535)
Frank Busch (#258288)
**WAGSTAFFE, VON LOEWENFELDT,
BUSCH & RADWICK LLP**
100 Pine Street, Suite 725
San Francisco, California 94111
Telephone: (415) 357-8900
Facsimile: (415) 357-8910
wagstaffe@wvbrlaw.com
busch@wvbrlaw.com

*Liaison Counsel for Lead Plaintiff Employees'
Retirement System of the State of Rhode Island
and the Proposed Class*

1

**CERTIFICATE OF SERVICE**

2          I HEREBY CERTIFY that on January 15, 2020, I was authorized to electronically file the

3 foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of

4 Electronic Filing to all counsel of record.

5                                                          /s/ Christine M. Fox_____
                                                          Christine M. Fox
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28