UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 3/11/2020 | **Time:** 2:03pm-3:22pm | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 19-cv-02033-YGR | **Case Name:** City of Roseville Employees' Retirement Syste v. Apple Inc. | |

**Attorney for Plaintiff:** Shawn A. Williams for Norfolk Pension Fund
**Attorney for Defendant:** Stephanie Fine ; James Kramer, Alex Talarides and Ariel Winawer
**Attorney for Lead Plaintiff: Employees' Retirement System of State of Rhode Island: Carol Villegas and Christine Fox**

**Deputy Clerk:** Frances Stone          **Court Reporter:** Pam Hebel

### PROCEEDINGS
Defendants' Motion to Dismiss [Dkt. 91]- HELD and SUBMITTED

**Order to be prepared by: Court**