1  MELINDA L. HAAG (SBN 132612)
   mhaag@orrick.com
2  JAMES N. KRAMER (SBN 154709)
   jkramer@orrick.com
3  ALEXANDER K. TALARIDES (SBN 268068)
   atalarides@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone:    (415) 773-5700
   Facsimile:    (415) 773-5759
7
   Attorneys for Defendants Apple Inc.,
8  Timothy Cook, and Luca Maestri

9
                       UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                              OAKLAND DIVISION
12

13

14  IN RE APPLE INC. SECURITIES            Civil Action No. 4:19-cv-02033-YGR
    LITIGATION
15                                         **[PROPOSED] ORDER GRANTING
                                           DEFENDANTS' MOTION FOR LEAVE
16                                         TO FILE A MOTION TO DISMISS THE
                                           SECOND AMENDED COMPLAINT**
17
                                           Date:   July 21, 2020
18                                         Time:   2:00 p.m.
                                           Judge:  Honorable Yvonne Gonzalez Rogers
19                                         Ctrm:   1, 4th Floor

20

21

22

23

24

25

26

27

28

1    Defendants Apple Inc., Timothy Cook, and Luca Maestri brought a Motion for Leave to File a Motion to Dismiss the Second Amended Complaint (the "Motion") before this Court on July 21, 2020.  After considering the pleadings, the papers submitted by the parties, and the oral argument of counsel, and good cause appearing therefore, the Court hereby orders that Defendants' Motion is GRANTED.  Defendants may file a motion to dismiss the Second Amended Complaint.

**IT IS SO ORDERED.**

Dated: _____   _____
HON. YVONNE GONZALEZ ROGERS
United States District Judge