1  ROBBINS GELLER RUDMAN
   & DOWD LLP
2  SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
3  KENNETH J. BLACK (248631)
Post Montgomery Center
4  One Montgomery Street, Suite 1800
San Francisco, CA  94104
5  Telephone:  415/288-4545
415/288-4534 (fax)
6  shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
7  kennyb@rgrdlaw.com
   – and –
8  MARK SOLOMON (151949)
DANIELLE S. MYERS (259916)
9  JUAN CARLOS SANCHEZ (301834)
655 West Broadway, Suite 1900
10  San Diego, CA  92101
Telephone:  619/231-1058
11  619/231-7423 (fax)
marks@rgrdlaw.com
12  dmyers@rgrdlaw.com
jsanchez@rgrdlaw.com
13

14  Counsel to Lead Plaintiff Norfolk County Council
as Administering Authority of the Norfolk Pension Fund

15  Additional Counsel Appear on Signature Page

16  UNITED STATES DISTRICT COURT

17  NORTHERN DISTRICT OF CALIFORNIA

18  OAKLAND DIVISION

19  In re APPLE INC. SECURITIES
  LITIGATION

20

21  This Document Relates To:

22     ALL ACTIONS.

23

| | |
|---|---|
| ) | Case No. 4:19-cv-02033-YGR |
| ) | |
| ) | <u>CLASS ACTION</u> |
| ) | |
| ) | REVISED CONSOLIDATED CLASS |
| ) | ACTION COMPLAINT FOR VIOLATION |
| ) | OF THE FEDERAL SECURITIES LAWS |
| ) | |
| ) | <u>DEMAND FOR JURY TRIAL</u> |

24

25

26

27

28

# TABLE OF CONTENTS

**Page**

I. INTRODUCTION ...................................................................................................1

II. BACKGROUND AND SUMMARY ......................................................................2

    A. The iPhone Is Apple's Most Important Product .......................................3

    B. Greater China Is a Significant Geographic Revenue and Growth Region.............3

    C. Prior to the Class Period, Trade Tensions Build Between the United States and China as Economic Conditions Deteriorate .......................................4

    D. Apple Announces a New Iteration of Very Expensive iPhones ...........................6

    E. The Start of the Class Period: Defendants Misrepresent Business Conditions in China, Demand for New iPhone Offerings .......................................7

    F. Just Four Days After the November 1, 2018 Financial Results, Reports Emerged from China that Apple Reduced iPhone Production at Its Largest Manufacturers by Up to 100,000 Units per Day.......................................10

    G. For the First Time in More Than 15 Years, Apple Preannounces Massive Earnings Shortfall; Blames Poor Performance in China.......................................11

III. JURISDICTION AND VENUE ...........................................................................13

IV. PARTIES TO THE ACTION ...............................................................................13

V. THE INDIVIDUAL DEFENDANTS CONTROLLED APPLE ...........................14

VI. DEFENDANTS' MATERIALLY FALSE AND MISLEADING STATEMENTS AND OMISSIONS DURING THE CLASS PERIOD .......................................15

    A. Material Misrepresentations and Omissions in Connection with the Reporting of 4Q18 and FY18 Financial Results.......................................15

    B. Reports Emerge from China that Apple Slashed iPhone Production by 100,000 Units per Day .......................................21

    C. Apple Discloses True Financial Condition, Pre-Announces Huge Quarterly Earnings Miss .......................................26

    D. Post Class Period, Further Details of the iPhone's Poor China Performance Emerge .......................................30

VII. LOSS CAUSATION/ECONOMIC LOSS .......................................................32

VIII. APPLICABILITY OF THE FRAUD ON THE MARKET AND *AFFILIATED UTE* PRESUMPTIONS OF RELIANCE .......................................37

IX. CLASS ACTION ALLEGATIONS .......................................................37

Page

X.      COUNT I ...........................................................................................................39

        A.      For Violation of §10(b) of the Exchange Act and Rule 10b-5 Promulgated
                Thereunder Against Defendants Apple and Cook ..................................39

XI.     COUNT II ..........................................................................................................39

        A.      For Violation of §20(a) of the Exchange Act Against All Defendants.................39

XII.    PRAYER FOR RELIEF ....................................................................................40

XIII.   JURY DEMAND ...............................................................................................40

## I.    INTRODUCTION

1.     This is a federal securities class action on behalf of all persons and entities who purchased or otherwise acquired the publicly traded securities of Apple Inc. ("Apple" or the "Company") during the period from November 2, 2018 through January 2, 2019, inclusive (the "Class Period"), who suffered damages as a result of the conduct alleged herein.[1]  The action is brought against Apple and certain of its executive officers for violations of the Securities Exchange Act of 1934 (the "Exchange Act") and SEC Rule 10b-5 promulgated thereunder.

2.     Pursuant to the Court's June 2, 2020 Order Granting in Part and Denying in Part Defendant's Motion to Dismiss (ECF No. 110) ("June 2, 2020 Order"), Plaintiff Norfolk County Council as Administering Authority of the Norfolk Pension Fund ("Lead Plaintiff") submits this Revised Consolidated Class Action Complaint for Violation of the Federal Securities Laws which, as directed, is consistent with the Court's June 2, 2020 Order.[2]  The Court previously analyzed in detail the allegations in the Corrected Consolidated and Amended Class Action Complaint for Violation of the Federal Securities Laws (ECF No. 98) ("Corrected Consolidated Complaint") and found the following two statements made by Defendant Timothy D. Cook ("Cook"), on behalf of Apple, to be actionable under the Exchange Act and the Private Securities Litigation Reform Act of 1995:

- The XS and XS Max got off to a really great start, and we've only been selling for a few weeks.  The XR, we've only got out there for, I guess, 5 – 5 days or so at this point and so that it's – we have very, very little data there.  Usually, there is some amount of wait until a product shows – another product shows up in look, but in – that – in looking at the data, on the sales data for XS and XS Max, there's not obvious evidence of that in the data as I see it.

- In relation to China specifically, I would not put China in that category.  Our business in China was very strong last quarter.  We grew 16%, which we're very happy with.  iPhone, in particular, was very strong double-digit growth there.[3]

---

[1]    Apple's fiscal year ends in September of each calendar year.  Apple's 2018 fiscal year began on October 1, 2017 and ended on September 29, 2018 ("FY18").

[2]    On June 19, 2020, the Court issued an Order Regarding Transition of Leadership and Appointment of Lead Plaintiff and Lead Counsel (ECF No. 113) appointing Norfolk County Council as Administering Authority of the Norfolk Pension Fund as Lead Plaintiff in this action.

[3]    *See* June 2, 2020 Order.

3.      Accordingly, pursuant to directive that Lead Plaintiff file a revised complaint consistent with the June 2, 2020 Order, this Revised Consolidated Complaint asserts as actionable only those material misrepresentations and omissions which the Court previously found adequately pleaded, and those facts and allegations which support each element of Lead Plaintiff's claim under the Exchange Act including falsity, materiality, scienter, and loss causation.[4] Pursuant to the Court's June 2, 2020 Order, Lead Plaintiff has not re-alleged certain statements or omissions made prior to November 1, 2018, which the Court found to be false and misleading but inactionable.  In the event that discovery reveals new facts supporting the actionability of these misrepresentations or omissions, Lead Plaintiff may seek leave to amend, accordingly.

4.      Lead Plaintiff individually, and on behalf of all others similarly situated, by Lead Plaintiff's undersigned counsel, alleges the following based upon personal knowledge as to Lead Plaintiff and Lead Plaintiff's own acts, and upon information and belief as to all other matters based on the investigation conducted by and through Lead Plaintiff's counsel, which included, among other things, a review of United States Securities and Exchange Commission ("SEC") filings by Apple, as well as media and analyst reports about the Company.  Lead Plaintiff believes that substantial additional evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

## II.      BACKGROUND AND SUMMARY

5.      Apple is a multinational technology company headquartered in Cupertino, California that designs, develops, and sells consumer electronics, computer software, and online services. Apple is the world's largest information technology company by revenue and the world's third-largest mobile phone developer by units sold.  The Company's best known products include its

---

[4]      Because the two alleged false statements found to be actionable by this Court were both made by Defendant Cook, on behalf of Defendant Apple, Lead Plaintiff no longer asserts that Defendant Luca Maestri ("Maestri") is primarily liable under §10(b) of the Exchange Act.  To the extent Lead Plaintiff later discovers facts to support claims of primary liability against Maestri, Lead Plaintiff may seek leave to amend, accordingly.  Lead Plaintiff continues to assert claims under §20(a) of the Exchange Act against Maestri which the Court found to be sufficiently alleged.  June 2, 2020 Order at 46.

iPhone smartphones, iPad tablet computers, Mac personal computers, iPod portable media players, and Apple Watch smartwatches.

### A. The iPhone Is Apple's Most Important Product

6. During the Class Period, the iPhone served as the Company's flagship product, utilizing Apple's iOS operating system, powering applications including Siri (an intelligent assistant), Apple Pay, Touch ID, and Face ID on qualifying devices, generating more revenue and profit than any other Apple hardware product. For the past five years, the iPhone has accounted for more than 60% of Apple's net sales, generating approximately 62% of net sales in FY17 and 63% of net sales in FY18. Since its launch in 2007, generally the Company released new and updated iPhone models once a year, typically to great fanfare and strong demand. With each new release, Apple aggressively increased the price of its iPhones from the $99-$399 range maintained through 2013, to a top offering price of $1,449 for the Apple XS Max in September 2018.

7. The following is a chart of Apple's recent iPhone models, their release dates, and each iPhone's respective price point:

| iPhone Model | Release Date | Pricing |
|---|---|---|
| iPhone 6S / 6S Plus | September 25, 2015 | $649/$749/$849 (Plus: $749/$849/$949) |
| iPhone SE | March 31, 2016 | $399/$499 |
| iPhone 7 / 7 Plus | September 16, 2016 | $649/$749/$849 (Plus: $769/$869/$969) |
| iPhone 8 / 8 Plus | September 22, 2017 | $699/$849 (Plus: $799/$949) |
| iPhone X | November 3, 2017 | $999/$1149 |
| iPhone XS / XS Max | September 21, 2018 | $999/$1149/$1349 (Max: $1099/$1249/$1449) |
| iPhone XR | October 26, 2018 | $749/$799/$899 |

### B. Greater China Is a Significant Geographic Revenue and Growth Region

8. Greater China, a region that includes mainland China, Hong Kong, and Taiwan, is Apple's third-largest market after the United States and Europe, and the Company's most important growth market.[5] For example, from 4Q14 to 4Q15, Apple's revenue from China grew 99% from

---

[5] Throughout the Revised Consolidated Complaint, references to both Greater China and China refer to the region Apple identifies as Greater China in its SEC filings, which, unless otherwise noted, includes Hong Kong, Taiwan, and mainland China.

$5.7 billion to $12.5 billion year-over-year.  On October 27, 2015, *The Verge* published an article titled "China is becoming Apple's most important market" reporting as follows:

> [W]ith its rapidly growing middle class, Chinese carriers continued investment into LTE penetration – which is at 10 percent and growing – and Apple's continued retail expansion in the country, China [was] becoming the key to sustaining the iPhone's remarkable growth.
>
> Apple brought in $58.7 billion in revenue in China alone in fiscal 2015, a 96 percent increase from $29.8 billion in fiscal 2014.  Given the fact that just about half of China's population has reliable access to the internet, the potential for sustained long-term iPhone growth lies directly within China's borders.

9.     In FY18, ended September 29, 2018, Greater China accounted for $52 billion in sales – nearly 20% of Apple's total annual sales of $266 billion.[6]  In addition to representing nearly 20% of Apple's total revenue in FY18 (hardware and services), China is also a high-margin market (38%) for Apple, second only to Japan (44%).

10.     While China represents the Company's highest growth market, China is also among its most competitive.  At the same time Apple's iPhone sales revenues were growing in China (in part due to Apple's significant price increases), Chinese manufacturers including Huawei, Xiaomi, and Oppo were launching scores of lower-priced smartphones more technologically advanced with in-demand features tailored for the Chinese market, thus competing with Apple's iPhone offerings and diminishing Apple's pricing power.

**C.     Prior to the Class Period, Trade Tensions Build Between the United States and China as Economic Conditions Deteriorate**

11.     Apple's business in China is susceptible to geopolitical trade maneuvers, and in the summer of 2018, tariffs imposed by the United States threatened Apple's sales in Greater China.  On April 3, 2018, the Trump Administration published a $50 billion list of Chinese products under consideration for a 25% tariff and, on July 6, 2018, the Administration implemented $34 billion of those import tariffs.  On July 10, 2018, the Trump Administration announced another $200 billion list of Chinese products that would be subject to a 10% tariff.  On July 20, 2018, President Trump announced that his Administration was prepared to impose tariffs on all United States imports from

---

[6]     Almost all of Apple's Research & Development is conducted in the United States, while components for its products are manufactured around the world.  The Company's iPhones are assembled predominantly in China.

1   China, totaling $504 billion in products in 2017.  On August 7, 2018, the Trump Administration

2   subjected the remaining $16 billion of the original $50 billion list of Chinese products to the 25%

3   tariff, effective August 23, 2018.  On September 17, 2018, the Trump Administration published

4   another $200 billion list of Chinese products that would be subject to a 10% tariff, which went into

5   effect on September 24, 2018.

6        12.    On June 14, 2018, *The New York Times* published an article titled "As China Curbs

7   Borrowing Growth Shows Signs of Faltering" reporting that "the Chinese economy show[s] signs of

8   slowing," in part driven by China's "ever-rising debt."  On June 20, 2018, these general concerns

9   were echoed when *CNN Business* published an article titled "China's economy shows signs of

10   slowing.  A trade war won't help," which stated that "[i]n recent weeks, concerns have been

11   mounting that growth in the world's second-biggest economy is cooling faster than previously

12   expected."  The article explained further: "Official economic data for last month showed that growth

13   in important areas like exports, investments by companies and consumer spending all declined

14   compared with the same month a year ago."  The article also reported analysts believed: "'Economic

15   growth [in China] appears likely to weaken further over the second half of the year,'" attributing the

16   slowdown to the "Chinese government's push to rein in the huge levels of debt in the country, which

17   have risen sharply since the global financial crisis a decade ago."

18        13.    On August 22, 2018, *The New York Times* published an article titled "China's

19   Consumption Downgrade: Skip Avocados, Cocktails and Kids," which highlighted a growing

20   cultural trend in China whereby consumers began to cut back on spending: "Welcome to China's

21   'consumption downgrade' culture, a potentially worrisome development for Beijing and the

22   world. . . .  China's consumer culture has by no means ground to a halt.  But in the streets and on the

23   Chinese internet, the talk is about cutting back in ways big and small."  The article continued:

24            A Chinese consumption downgrade could be felt around the world.  Chinese
    spenders have been a key driver of their country's economic growth in recent years.

25    China, in turn, has played a major role in global growth.  Chinese consumers help
    global companies like Apple, General Motors, Volkswagen and many others.  A

26    consumption downgrade could also embolden Mr. Trump in his trade fight with
    China, as he gambles that Beijing can't take much more economic damage.

27

            On paper, the Chinese economy looks strong.  Look closer, and the cracks

28    begin to show.  Retail sales this year have grown at their slowest pace in more than a

decade.  Wages in the private sector are growing at their slowest pace since the global financial crisis.  The stock market has fallen by one-fifth.[7]

**D.      Apple Announces a New Iteration of Very Expensive iPhones**

14.      On September 12, 2018, in the midst of the ongoing trade war between the United States and China, Apple introduced three new iPhones which updated the prior year's models, but were not considered new or revolutionary in design: the iPhone XR (priced at $749/$799/$899); the iPhone XS (priced at $999/$1149/$1349); and the iPhone XS Max (priced at $1099/$1249/$1449).  Unlike the prior year's iPhone X release in late 2017 (priced at $999/$1149), the 2018 iPhones were, at least relative to previous iterations, not significant technological advancements.  The more budget-friendly iPhone XR came in multiple bright colors, utilized a less-advanced LCD display and camera, and had a slower processor.  The premium iPhone XS and XS Max featured a Super Retina OLED display, an all-screen stainless steel and glass design, faster processors, and enhanced cameras.  The most expensive version in the 2018 line-up (the iPhone XS Max (512GB)), launched at $1,449 – $300 more than the most expensive 2017 offering (the iPhone X (256GB) at $1,149).  While all three iPhones were announced on the same day, pre-orders for the XS and XS Max went live on September 14, 2018, and on sale on September 21, 2018.  Pre-orders for the XR went live on October 19, 2018, and on sale on October 26, 2018.

15.      At the same time Apple announced its 2018 iPhones, Chinese manufacturers like Huawei, Oppo, and Xiaomi, were offering arguably more innovative features for hundreds of dollars less per phone.  For instance, Huawei's P20 Pro sold for approximately $800 in China, and Xiaomi's MIX 2S sold for approximately $500 in China.  Huawei, Oppo, and Xiaomi had commandeered 24.6%, 20.5%, and 13.6% of the Chinese market, respectively, and were reportedly slashing Apple's Chinese market share to 7.5%.[8]

---

[7]    On September 24, 2018, *The Wall Street Journal* published an article titled "Are China's Consumers in Trouble?" highlighting that disappointing retail sales have analysts debating whether consumption is heading for a bigger slowdown.

[8]    In 2018 alone, Huawei reportedly introduced 26 new phones, many of which cost less than $400. Likewise in 2018, Oppo reportedly released 19 new phones, many of which cost less than $400.  In 2018, Vivo and Xiaomi also offered a number of new products at similar and competitive price points.

REVISED CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS - 4:19-cv-02033-YGR

4839-0622-0480.v1-6/23/20

16.     Some analysts were bearish on the launch of the XS and XS Max.  For example, on September 24, 2018, *AppleInsider* posted an article titled "iPhone XS and XS Max sales are 'weak' says historically bearish Apple analyst" which stated that Rosenblatt Securities issued a report concluding that: "'Overall, we believe iPhone XS and iPhone XS Max weekend sales were weak.'"  According to the report:

> "[O]ur research suggests the iPhone XS order pipeline is very weak, resulting in leftover inventory of the iPhone XS.  We continue to believe total iPhone XS and iPhone XS Max sales will be lower than total iPhone X sales over a two-month period."

**E.     The Start of the Class Period: Defendants Misrepresent Business Conditions in China, Demand for New iPhone Offerings**

17.     On November 1, 2018, Apple issued a press release announcing its financial results for its 4Q18 and FY18, the period ended September 29, 2018, which boasted: "'Over the past two months, [Apple had] delivered huge advancements for [its] customers through new versions of iPhone, Apple Watch, iPad and Mac as well as [its] four operating systems,'" and that as a result, the Company had "'enter[ed] the holiday season with [its] strongest lineup of products and services ever.'"  Already one-third of the way through the current quarter (1Q19), and purportedly based on the strength of its "ramping" product lineup, Apple set its 1Q19 revenue expectations in a range of $89 billion to $93 billion – "a new all-time record" – and its gross profit margins between 38% and 38.5%.

18.     Later that evening, during a conference call for analysts and investors, Apple issued a series of materially false and misleading statements and omissions about the current condition of its business, in particular, demand for the Company's new iPhone XS, XS Max, and XR, and the strength of its business conditions in China.  When asked whether the U.S.-China trade tariffs and trade tariff threats were having any impact on demand for the iPhones in China, Cook assured investors that the only "emerging markets that [Apple was] seeing pressure in [were] markets like Turkey, India, Brazil, [and] Russia . . . where currencies ha[d] weakened." Cook explicitly excluded China from the category of emerging markets experiencing these negative economic pressures and emphasized growth in the prior quarter (4Q18):

> [Cook:] *[I]n relation to China specifically, I would not put China in that category. Our business in China was very strong last quarter. We grew 16%, which we're very happy with. iPhone, in particular, was very strong double-digit growth there.*

19.     Asked about the strength of demand for the two new iPhones that started shipping in September 2018 – the more expensive iPhone XS and XS Max – and specifically whether Apple had seen purchasers hold off pending the rollout of the cheaper iPhone XR in October 2018, Cook falsely stated that to date the XS and XS Max had, in fact, gotten off to a really great start, but that the Company lacked data on the performance of the XR:

> [Cook:] *The Xs and Xs Max got off to a really great start*, and we've only been selling for a few weeks. *The XR, we've only got out there for, I guess, 5 – 5 days or so at this point and so that it's – we have very, very little data there*. Usually, there is some amount of wait until a product shows – another product shows up in look, but in – that – *in looking at the data, on the sales data for Xs and Xs Max, there's not obvious evidence of that in the data as I see it.*

20.     During the call, the Company also surprised investors by announcing that Apple would no longer disclose unit sales for iPhones and other hardware, asserting that such data was no longer relevant for investors to evaluate the Company's financial performance, all the while assuring investors that despite the decision to withhold unit sales data, as in the past, the Company would still experience strong performance:

> [Maestri:] [S]tarting with the December quarter, we will no longer be providing unit sales data for iPhone, iPad and Mac. . . .  As we accomplish these objectives, strong financial results follow.
>
> As demonstrated by our financial performance in recent years, the number of units sold in any 90-day period is not necessarily representative of the underlying strength of our business.

21.     On November 1, 2018, Canaccord Genuity issued a report stating that its "long-term positive thesis [remained] intact" and emphasized that solid demand trends existed for the iPhone XS, XS Max, and XR and Apple's installed base would drive earnings.

> *We believe demand trends are solid for the three new iPhone models and anticipate strong ASPs and margin trends for the iPhone franchise going forward.*

22.     On November 2, 2018, investment analysts reiterated Defendants' statements concerning the Company's performance, in particular referencing continuing growth in China, and that China was not being affected by issues impacting performance in emerging markets.  For example, J.P. Morgan issued a report stating as follows:

1
2
3

*Apple cited pressures in emerging markets including Turkey, Brazil, India and Russia* and challenges in growth following price increases. *Separately, while Apple continues to see solid growth in EM countries like China (+16% y/y in F4Q)*, it is facing regulatory hurdles relative to growth for the App Store.

4
5

23.   On November 2, 2018, Argus also issued a report stating that the Company's business in China was driven by "high-end appetite" for the XS, XS Max and XR iPhones:

6

*Despite mounting concerns over tariffs, Apple's China business continues to recover, based on high-end appetite for the new phones; China revenue rose 16%.*

7

\*      \*      \*

8
9

Based on new features, we believe the new phones could prompt a strong upgrade cycle worldwide.  We also believe the wide range of price points *enhances Apple's ability to compete in emerging and frontier markets and in China* . . . .

10

24.   Each of Defendants' statements set forth in ¶¶18-19 concerning: (i) the purported

11

successful launch of, and status of demand for, the newly released iPhone XS, XS Max, and XR; and

12

(ii) the current state of Apple's business in Greater China and the impact of macroeconomic trends

13

on the Company's sales in Greater China, was materially false and misleading when made as

14

Defendants knew or deliberately disregarded and failed to disclose the following true facts:

15

(a)   that the U.S.-China trade tensions and economic conditions in China were

16

negatively impacting sales and demand for Apple products, particularly iPhones;

17

(b)   the Company had already begun to see declining traffic in Apple's retail stores

18

and those of its channel partner stores in Greater China, and reports of an overall contraction of the

19

smartphone industry; and

20

(c)   the Company had already, or was preparing to, cut iPhone production at

21

multiple manufacturers and reduce orders from its largest suppliers of iPhone components for the

22

current quarter and holiday season.

23

25.   In addition to the undisclosed facts stated above, the Company knew or deliberately

24

disregarded that unit sales for iPhones and other hardware was relevant to investors and the

25

Company's financial performance, and withholding such unit sales would mask declines in unit sales

26

of the Company's flagship product.

27

26.   Following the Company's November 1, 2018 financial results and conference call,

28

Apple's stock price traded at artificially inflated prices as high as $213.65 on November 2, 2018.

**F.     Just Four Days After the November 1, 2018 Financial Results, Reports Emerged from China that Apple Reduced iPhone Production at Its Largest Manufacturers by Up to 100,000 Units per Day**

27.     On November 5, 2018, before the market opened, the *Nikkei Asian Review* published an article titled "Apple cancels Production boost for budget iPhone XR: sources," (the "Nikkei Article") reporting that Apple had instructed its top smartphone assemblers, Chinese manufacturers Foxconn and Pegatron, to "halt plans for additional production lines" for the recently released iPhone XR – which indicated a reduction in expected sales by 20-25%:

> That means Foxconn . . . would ***produce around 100,000 fewer units daily to reflect the new demand outlook – down 20% to 25% from the original optimistic outlook***, this person said.
>
> Fellow Taiwanese manufacturer Pegatron faces a similar situation, ***suspending plans to ramp up production and awaiting further instructions from Apple*** . . . .
>
> *             *             *
>
> Apple also had asked smaller iPhone assembler Wistron to stand by for rush orders, but supply chain sources say the company will receive ***no orders*** for the iPhone XR this holiday season.

28.     On the same day, RBC Capital Market issued a report indicating that the production suspensions at Foxconn and Pegatron noted in the Nikkei Article "could indicate muted unit demand."   The news of production slowdown and falling demand for Apple's latest iPhone, published only four days after the November 1, 2018 earnings release and positive demand statements, caused a $5.89 decline in Apple's stock price, from a close of $207.48 per share on November 2, 2018, to a close of $201.59 per share on November 5, 2018, but it continued to trade at artificially inflated prices.

29.     On November 12, 2018, Wells Fargo issued a report titled "AAPL: Lumentum Cuts Revenue Outlook by 17%+ (Midpoint) on Apple Order Cuts" estimating that Apple had reduced iPhone production by "as much as . . . 30%" and the stock price was under pressure as a result.   The report was based on the negative earnings preannouncement by a key supplier of iPhone components, Lumentum, which disclosed one of its largest customers (presumed to be Apple) told it to materially reduce shipments:

> ***Apple shares are under pressure this morning (11/12) following a negative preannouncement by key supplier, Lumentum (LITE)***.

REVISED CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS - 4:19-cv-02033-YGR
4839-0622-0480.v1-6/23/20

- 10 -

\*      \*      \*

Lumentum's preannouncement notes that the company has ". . . *[r]ecently received a request from one of our largest Industrial and Consumer customers for laser diodes for 3D sensing to materially reduce shipments to them during our fiscal second quarter for previously placed orders* that were originally scheduled for delivery during the quarter." . . . *We think investors could consider Lumentum's updated guide as reflecting as much as a 30% cut in Apple orders*.

30.     Following the disclosures on Monday, November 12, 2018, Apple's stock price declined from a close of $204.47 per share on Friday, November 9, 2018, to a close of $194.17 per share on Monday, November 12, 2018, but continued to trade at artificially inflated prices.

31.     On December 4, 2018, *Bloomberg* published an article titled "Apple Resorts to Promo Deals, Trade-Ins to Boost iPhone Sales" which revealed that in October 2018, Apple shifted marketing staff and increased trade-in discounts to boost sales of the iPhone XS, XS Max, and XR in what was described as a "'fire drill'" response to poor iPhone sales:

> *Company executives moved some marketing staff from other projects to work on bolstering sales of the latest handsets in October, about a month after the iPhone XS went on sale and in the days around the launch of the iPhone XR, according to a person familiar with the situation.  This person described it as a "fire drill," and a possible admission that the devices may have been selling below some expectations*.

32.     On December 4, 2018, Apple's stock price declined from a close of $184.82 per share on December 3, 2018, to a close of $176.69 per share on December 4, 2018, but still continued to trade at artificially inflated prices.

**G.     For the First Time in More Than 15 Years, Apple Preannounces Massive Earnings Shortfall; Blames Poor Performance in China**

33.     Then, on January 2, 2019, after the close of trading, Apple disclosed the true condition of its business, including the impact of deteriorating economic conditions in China, among its largest growth markets, and demand for the iPhone.  For the first time in more than 15 years, Apple preannounced that its financial results would miss public revenue projections, and the miss would be by a wide margin – up to $9 billion.

34.     In a "Letter from Tim Cook to Apple Investors," Defendants reported revenue for 1Q19 was expected to be $84 billion, far below the guidance range of $89 to $93 billion the Company had announced on November 1, 2018, just eight weeks earlier.  Contrary to the

Company's prior assurances regarding the strength of its business in Greater China, the Company put the blame squarely on poor performance in Greater China:

- *"Most" of the revenue shortfall to guidance occurred in Greater China*.

- *"Over 100%" of the quarter-over-quarter worldwide revenue decline occurred in Greater China*.

- *iPhone revenue accounted for all of the revenue shortfall and was "primarily" due to poor sales in Greater China*.

35. The "Letter from Tim Cook to Apple Investors" stated in relevant part:

**Emerging Market Challenges**

While we anticipated some challenges in key emerging markets, ***we did not foresee the magnitude of the economic deceleration, particularly in Greater China. In fact, most of our revenue shortfall to our guidance, and over 100 percent of our year-over-year worldwide revenue decline, occurred in Greater China*** across iPhone, Mac and iPad.

***China's economy began to slow in the second half of 2018***.   The government-reported GDP growth during the September quarter was the second lowest in the last 25 years.  We believe the economic environment in China has been further impacted by rising trade tensions with the United States.

*      *      *

**iPhone**

Lower than anticipated iPhone revenue, ***primarily in Greater China, accounts for all of our revenue shortfall to our guidance and for much more than our entire year-over-year revenue decline***.

36. Following the publication of the "Letter from Tim Cook to Apple Investors," Cook appeared on CNBC for an interview.  Cook explained the impact that the slowing economy in China had on the Company's 1Q19 sales and admitted facts indicating that the Company had, in fact, been seeing declines in and before November 2018, including in traffic in the Company's retail stores, its channel partner stores, and reports of the contraction in the smartphone industry:

[A]s we look at what's going on in China – ***it's clear that the economy begins to slow there for the second half***.  And what I believe to be the case is the trade tensions between the United States and China put additional pressure on their economy.

And so ***we saw, as the quarter went on, things like traffic in our retail stores, traffic in our channel partner stores, the reports of the smartphone industry contracting, particularly bad in November*** – I haven't seen the December number yet, but I would guess that would not be good either.  And so that's what we've seen.

37.     These disclosures from the Company were in stark contrast to the assurances Defendants made to investors on November 1, 2018, and caused Apple's stock price to decline from a close of $157.92 per share on January 2, 2019, to a close of $142.19 per share on January 3, 2019, on unusually heavy trading volume.

## III.     JURISDICTION AND VENUE

38.     The claims asserted herein arise under §§10(b) and 20(a) of the Exchange Act, 15 U.S.C. §§78j(b) and 78t(a), and Rule 10b-5 promulgated thereunder, 17 C.F.R. §240.10b-5.

39.     Jurisdiction is conferred by 28 U.S.C. §§1331 and 1337, and §27 of the Exchange Act, 15 U.S.C. §78aa.

40.     Venue is proper in this district pursuant to 28 U.S.C. §1391(b) and §27 of the Exchange Act, 15 U.S.C. §78aa.  Substantial acts in furtherance of the alleged fraud or the effects of the fraud have occurred in this district.

41.     In connection with the acts alleged in this Revised Consolidated Complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including, but not limited to, the mails, interstate telephone communications, and the facilities of the national securities markets.

## IV.     PARTIES TO THE ACTION

42.     Lead Plaintiff Norfolk County Council as Administering Authority of the Norfolk Pension Fund purchased or otherwise acquired Apple common stock during the Class Period and suffered damages as a result of the conduct alleged herein.

43.     Plaintiff City of Roseville Employees' Retirement System purchased or otherwise acquired Apple common stock during the Class Period and suffered damages as a result of the conduct alleged herein.

44.     Plaintiff Employees' Retirement System of the State of Rhode Island purchased or acquired Apple common stock during the Class Period and suffered damages as a result of the conduct alleged herein.

45.     Defendant Apple, Inc. is a tech company based in Cupertino, California.  Apple common stock is listed and trades on the NASDAQ, an efficient market, under the ticker symbol

"AAPL."  As of January 2, 2019, the Company had approximately 4.73 billion shares issued and outstanding.

46.    Defendant Timothy D. Cook is, and was at all relevant times, Chief Executive Officer ("CEO") of Apple and a member of Apple's Board of Directors.

47.    Defendant Luca Maestri is, and was at all relevant times, Senior Vice President and Chief Financial Officer ("CFO") of Apple.

48.    Defendants Cook and Maestri are referred to herein as the "Individual Defendants." Apple and the Individual Defendants are collectively referred to herein as "Defendants."

## V.    THE INDIVIDUAL DEFENDANTS CONTROLLED APPLE

49.    As officers and/or directors and controlling persons of a publicly held company whose common stock is traded on the NASDAQ and governed by the provisions of the federal securities laws, the Defendants had a duty to promptly disseminate accurate and truthful information with respect to the Company's financial condition, performance, growth, operations, financial statements, business, markets, management, earnings, and present and future business prospects; not to make material misrepresentations with respect thereto or to omit material facts necessary to make the statements contained therein not misleading; and to correct any previously issued statements that had become materially misleading or untrue so that the market price of the Company's common stock would be based upon truthful and accurate information.  The Individual Defendants' misrepresentations and omissions during the Class Period violated these specific requirements and obligations.

50.    Defendants participated in the drafting, preparation, and/or approval of the various public shareholder and investor reports, and other communications complained of herein, and were aware of, or deliberately disregarded, the misstatements contained therein and omissions therefrom and their materially false and misleading nature.  Because of their membership(s) on Apple's Board of Directors and/or executive and managerial positions within Apple, the Individual Defendants had access to the adverse undisclosed information about the Company's financial condition and performance as particularized herein, and knew (or deliberately disregarded), that these adverse facts

1  rendered the positive representations made by or about Apple and its business, or adopted by the

2  Company, materially false and misleading.[9]

3       51.    The Individual Defendants, because of their positions of control and authority as

4  officers and/or directors of the Company, were able to and did control the content of the various SEC

5  filings, press releases, and other public statements pertaining to the Company during the Class

6  Period.  Defendants were provided with copies of the documents or scripts of statements alleged

7  herein to be misleading prior to or shortly after issuance, and/or had the ability and/or opportunity to

8  prevent issuance of those statements, or cause them to be corrected.  Accordingly, Defendants are

9  responsible for the accuracy of the public reports and releases detailed herein.

10       52.    The Company and the Individual Defendants, by disseminating materially false and

11  misleading statements and/or concealing material adverse facts, are liable as participants in a

12  fraudulent scheme and course of business that operated as a fraud or deceit on purchasers of Apple

13  common stock.  The scheme: (i) deceived the investing public regarding Apple's business,

14  operations, management, and the intrinsic value of Apple common stock; and (ii) caused Lead

15  Plaintiff and other members of the Class (as defined below) to purchase Apple common stock at

16  artificially inflated prices.

17  **VI.**    **DEFENDANTS' MATERIALLY FALSE AND MISLEADING**
             **STATEMENTS AND OMISSIONS DURING THE CLASS PERIOD**

18

19      **A.**    **Material Misrepresentations and Omissions in Connection with the**
          **Reporting of 4Q18 and FY18 Financial Results**

20       53.    On November 1, 2018, after the market closed, and more than one-third of the way

21  through 1Q19 (ended December 29, 2018), Apple filed a Form 8-K attaching a press release

22  containing the Company's financial results for FY18 (ended September 29, 2018).  iPhone unit sales

23  fell below consensus estimates, however, average selling prices ("ASPs") were higher.  In the

24

25  ───────────────
[9]    Cook and Maestri closely monitored and publicly discussed the Chinese smartphone market and
Apple's iPhone business there.  Moreover, Cook frequently traveled to China and closely tracked

26  Apple's business there.  One article characterizes him as "a frequent flyer to China to both monitor a
market that is critical to the U.S. tech giant's success and to undertake board director duties at

27  Tsinghua University School of Economics and Management."  Jason Tars, *Apple Boss Tim Cook
Stays Low-Key in Busy Visit to China*, Caixin Global (Oct. 11, 2018 5:33 PM),

28  https://tinyurl.com/y89c7k9v.

accompanying press release, Cook emphasized that "'[o]ver the past two months, [Apple had] delivered huge advancements for [its] customers through new versions of iPhone, Apple Watch, iPad and Mac as well as [its] four operating systems, and [that it was] enter[ing] the holiday season with [its] strongest lineup of products and services ever.'" Defendants also provided revenue guidance of $89 billion to $93 billion for 1Q19, the upcoming and all-important holiday quarter – a revenue range below what analysts were expecting.

54.     Following the November 1, 2018 press release, Apple held a conference call for analysts and investors to discuss the results and financial guidance for 1Q19. The call was hosted by Cook and Maestri. During the call, Defendants boasted of the strength of its business, including what they called the strongest lineup of products heading into the holiday season and the Company's "all-time record" revenue guidance:

> [Maestri:] We have the strongest lineup ever as we enter the holiday season, and we expect revenue to be between $89 billion and $93 billion, a new all-time record. This range reflects a number of factors to be considered: First, we consider the effect on Q4 and Q1 of the launch timing of our new iPhones this year versus last year; Second, we expect almost $2 billion of foreign exchange headwinds; Third, we had an unprecedented number of products ramping, and while our ramps are going fairly well, we have uncertainty around supply and demand balance; and fourth, we also face some macroeconomic uncertainty, particularly in emerging markets.

55.     In response to a question from an analyst about the variables affecting revenue guidance for 1Q19, including geopolitical trade and macroeconomic issues, Maestri responded as follows:

> [Maestri:] [I]n the last 6 weeks, we've launched an unprecedented number of new products. They're all ramping right now. The ramps are going fairly well, but obviously, we have some uncertainty around supply-demand balance for some of these products. And then finally, the last point that we've taken into account is what Tim's talked about in terms of some level of uncertainty at the macroeconomic level in some emerging markets, where, clearly, consumer confidence is not as high as it was 12 months ago. So take that into account, and that's how we got to the range.

56.     In addition, analysts concerned about economic conditions in emerging markets and issues related to China asked about "deceleration in some of these emerging markets." Cook falsely maintained that, to the extent there were risks of volatility and deceleration effecting emerging market countries, they were not affecting the Company's current performance or outlook in China, emphasizing directly that China – and particularly iPhone sales in China – were very strong:

[Cook:]  To give you a perspective in – at some detail, our business at India in Q4 was flat.  Obviously, we would like to see that be a huge growth.  Brazil was down somewhat compared to the previous year.  And so I think – or at least the way that I see these is each one of the emerging markets has a bit of a different story.  And I don't see it as some sort of issue that is common between those for the most part.

***In relation to China specifically, I would not put China in that category.  Our business in China was very strong last quarter.  We grew 16%, which we're very happy with.  iPhone, in particular, was very strong double-digit growth there.  Our other products category was also stronger, in fact, a bit stronger than even the . . . overall company number***.

57.    During the call, Defendants were also asked about the strength of demand for the new iPhones that started shipping in September 2018 – the premium iPhone XS and XS Max – and specifically whether Apple had seen buyers hold off on XS or XS Max purchases for the rollout of the cheaper iPhone XR in October.  Cook falsely indicated that to date, XS and XS Max demand was strong based on a really good start to sales but claimed that Defendants lacked sufficient data to judge the performance of the XR, which went live for pre-orders on October 19, 2018, and officially on sale on October 26, 2018:

[Analyst:]  With the staggered iPhone launch, were you able to discern any impact on the Xs and Xs Max from buyers potentially waiting for the XR?  And what, if anything, can we take away from the December quarter guidance related to what you're seeing for early demand on the XR? . . .

. . . [Cook:]  ***The Xs and Xs Max got off to a really great start***, and we've only been selling for a few weeks.  ***The XR, we've only got out there for, I guess, 5 – 5 days or so at this point and so that it's – we have very, very little data there***.  ***Usually, there is some amount of wait until a product shows – another product shows up in look, but in – that – in looking at the data, on the sales data for Xs and Xs Max, there's not obvious evidence of that in the data as I see it***.

58.    Finally, the Company surprised investors with the announcement that, going forward, Apple would no longer report iPhone unit sales, purportedly on the basis that unit sales were no longer relevant as ASPs increased.[10]  Calling on the Company's historical financial performance, Maestri added that the Company would nevertheless achieve strong results because it was focused on products that customers wanted:

---

[10]  Analysts and journalists have used unit sales numbers to calculate iPhone's average selling price and "provide insight into how well different iPhone models are selling, as newer iPhones like the XS, XS Max, and XR are priced higher than older models like the now-discontinued SE, 6S, and 6."  *See* Natt Garun, *Apple will no longer reveal how many iPhones, iPads, and Macs it sells*, The Verge.com (Nov. 1, 2018 5:54 PM), https://tinyurl.com/y7unwykf.

1
2
3

[Maestri:]  [S]tarting with the December quarter, we will no longer be providing unit sales data for iPhone, iPad and Mac.  As we have stated many times, our objective is to make great products and services that enrich people's lives and to provide an unparalleled customer experience so that our users are highly satisfied, loyal and engaged.  As we accomplish these objectives, strong financial results follow.

4
5
6

As demonstrated by our financial performance in recent years, the number of units sold in any 90-day period is not necessarily representative of the underlying strength of our business.  Furthermore, our unit of sale is less relevant for us today than it was in the past given the breadth of our portfolio and the wider sales price dispersion within any given product line.

7      59.      Questioned by one analyst whether the reason for withholding iPhone unit data was

8   because "iPhone units are going to start going negative" and Defendants would prefer to "not show

9   the details of things that are not going so great," both Maestri and Cook rejected the suggestion of

10  such motivation and insisted that the 1Q19 revenue and profit margin guidance being provided was

11  all investors should focus on, and that demand was still strong for Apple's more expensive iPhone

12  offerings.  Defendants stated in pertinent part:

13
14
15

[Analyst]:  [A]nd then for Luca, there'd probably be a lot of pushback about not giving iPhone unit data.  It sounds like you're still going to give revenue data if I heard that correctly.  But some people may fear that this now means that the iPhone units are going to start going negative year-over-year because it's easy to talk about great things and not show the details of things that aren't so great.

16                          *        *        *

17
18
19
20
21
22

[Maestri:]  Given the rationale on why we do not believe that providing unit sales is particularly relevant for our company at this point, I can reassure you that it is our objective to grow unit sales for every product category that we have.  But as I said earlier, a unit of sale is less relevant today than it was in the past.  To give you an example, the unit sales of iPhone at the top end of the line have been very strong during the September quarter.  And that's very important because we are attracting customers to the most recent technologies and features and innovation that we bring into the lineup, but you don't necessarily see that in the number that is reported.  And so therefore, we will – as I said, we'll provide the qualitative commentary when it is important and relevant, but at the end of the day, we make our decisions to – from a financial standpoint, to try and optimize our revenue and our gross margin dollars. And that, we think, is the focus that is in the best interest of our investors.

23
24
25
26

[Cook:]  Jim, let me just add a couple things to that for color.  Our installed base is growing at double digit, and so there's no – and that's probably a much more significant metric for us from an ecosystem point of view and customer loyalty, et cetera.  The second thing is this is a little bit like if you go to the market and you push your cart up to the cashier and she says or he says, "How many units you have in there?", it sort of – it doesn't matter a lot how many units there are in there in terms of the overall value of what's in the cart.

27

28

60.     Following the Company's November 1, 2018 earnings release and conference call, several securities analysts issued reports indicating that the 4Q18 financial results and Defendants' commentary had been favorably received by investors.  Despite the reported slowing and uncertain economic conditions, analysts reported that Apple was continuing to experience strong demand trends in Greater China – particularly for the iPhones – and the uncertainty in emerging markets was not affecting Greater China.  Analysts also appeared to accept Apple's reasoning for withholding unit sales.

61.     On November 1, 2018, Canaccord Genuity issued a report titled "Solid Q4/F18; long-term positive thesis intact – reiterate BUY and $250 PT" emphasizing that solid demand trends existed for the iPhone XS, XS Max, and XR and Apple's installed base would drive earnings:

> We believe Apple continues to grow its leading market share of the premium-tier smartphone market with double-digit growth of its installed base and believe the iPhone installed base of new iPhone consumers will exceed 700M exiting C2018. ***This impressive installed base should drive strong iPhone replacement sales and earnings***, as well as cash flow generation to fund strong long-term capital returns. We maintain our BUY rating and $250 price target.
>
> . . . ***We believe demand trends are solid for the three new iPhone models and anticipate strong ASPs and margin trends for the iPhone franchise going forward***.

62.     On November 2, 2018, Argus issued a report titled "Analyst's Notes," consistent with Defendants' statements that the Company's performance in China was strong, and that Apple's business in China was being driven by "high-end appetite" for the iPhones:

> Geographically, Apple delivered double-digit annual revenue growth in every region. The best growth came in Japan (8% of revenue) where sales grew over 30%. Americas revenue (44% of total) was up 19% annually.  Revenue in Europe (25% of total) grew at an 18% rate.  Despite mounting concerns over tariffs, ***Apple's China business continues to recover, based on high-end appetite for the new phones; China revenue rose 16%***.
>
> *          *          *
>
> We also believe the ***wide range of price points enhances Apple's ability to compete in emerging and frontier markets and in China***, where the iPhone in recent years has lost ground to high-quality, low-price rivals such as Xiaomi and Oppo.

63.     On November 2, 2018, J.P. Morgan issued a report titled "Growth Fundamentals Intact, Despite Softer Revenue Guide on FX Headwind and Conservatism Related to Macro Risks" reflecting Defendants' representations that in China, Apple was not seeing the negative effects

occurring in emerging markets.  Rather, analysts reported, consistent with the impressions given by the Company, that Apple continued to see solid growth in China:

> While we believe that there is not much of a shortfall relative to guidance when it comes to F1Q, it is important to remember that the firm has to navigate and execute amidst higher macro risks, particularly as relates to a softer outlook for emerging market growth, weakening EM currencies necessitating price increases, as well as softening consumer confidence in that backdrop.  For example, **Apple cited pressures in emerging markets including Turkey, Brazil, India and Russia** and challenges in growth following price increases.
>
> **Separately, while Apple continues to see solid growth in EM countries like China (+16% y/y in F4Q)**, it is facing regulatory hurdles relative to growth for the App Store.

64.    On November 2, 2018, *Wedbush* issued a report titled "Cook Pulls the Plug on Metrics in a Houdini Like Move; Bullish Thesis Unchanged" noting that Apple beat street estimates, but "slightly missed iPhone unit shipments."  The report stated that the iPhone XS and XR product cycle was "the linchpin of the Apple story for FY19."

> Last night Apple delivered FY4Q (Sept.) results which beat the Street from a headline number but slightly missed iPhone unit shipments which was the focus of investors.  However the quarter itself took a back seat to the modestly softer December guidance that Cook & Co. gave on the heels of its **much anticipated XS/XR iPhone product cycle which remains the linchpin of the Apple story for FY19**.  That said, the "jaw dropper" last night was when Apple announced it will stop providing units/ASPs for iPhones, Macs and its other product lines. . . .
>
> **As explained on the conference call we understand the logic of not providing these metrics anymore given that ASPs are all over the map and a slew of new smartphone releases has catalyzed Apple to focus more on overall segment revenue rather than myopic quarterly unit sales**.  However, the skeptics will point to Apple doing this right at the critical juncture where higher ASPs are making up for slower unit sales which remains the worry and the stock will get hit accordingly this morning.  That said, . . . **our core bull thesis does not change on the story and to some extent is emboldened by the ~$800 ASP story** and a robust services business poised to hit $50 billion+ in FY20. . . .  While last night's "Houdini-like metrics move" was a stunner, our core bullish thesis on Apple remains unchanged despite the noise this morning.  **We maintain our OUTPERFORM rating and $310 price target**.

65.    While Apple's revenue guidance range for 1Q19 provided on November 1, 2018, was below what the market expected, Defendants' materially false and misleading statements and omissions served to prop up the market price of Apple stock which continued to trade at artificially inflated levels as high as $213.65 on November 2, 2018.

REVISED CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS - 4:19-cv-02033-YGR
4839-0622-0480.v1-6/23/20

- 20 -

66.     Each of Defendants' statements set forth in ¶¶56-57 concerning: (i) the purported successful launch of, and status of demand for, the newly released iPhone XS, XS Max, and XR; and (ii) the current state of Apple's business in Greater China and the impact of macroeconomic trends on the Company's sales in Greater China, was materially false and misleading when made as Defendants knew or deliberately disregarded and failed to disclose the following true facts:

(a)     that the U.S.-China trade tensions and economic conditions in China were negatively impacting sales and demand for Apple products, particularly iPhones;

(b)     the Company had already begun to see declining traffic in Apple's retail stores and those of its channel partner stores in Greater China, and reports of an overall contraction of the smartphone industry; and

(c)     the Company had already, or was preparing to, cut iPhone production at multiple manufacturers and reduce orders from its largest suppliers of iPhone components for the current quarter and holiday season.[11]

67.     In addition to the undisclosed facts stated above, the Company knew or deliberately disregarded that unit sales for iPhones and other hardware was relevant to investors and the Company's financial performance, and withholding such unit sales would mask declines in unit sales of the Company's flagship product.

**B.     Reports Emerge from China that Apple Slashed iPhone Production by 100,000 Units per Day**

68.     On November 5, 2018, before the market opened, the *Nikkei Asian Review* published the Nikkei Article reporting that Apple told its top smartphone manufacturers, Foxconn and Pegatron, to "halt plans for additional production lines" reducing daily iPhone production by

---

[11]   In addition to: (i) the critical importance of sales in China; (ii) the temporal proximity of the relevant disclosures to the November 1, 2018 misrepresentations; (iii) the abrupt stoppage of reporting iPhone unit sales; and (iv) Defendants' admissions on January 2-3, 2019, the June 2, 2020 Order referenced in a footnote, news reports and confidential witness ("CW") accounts, both indicating that iPhone sales and preorders were weaker than expected. *Id.* at 41 n.15. However, the June 2, 2020 Order did not cite any CW allegations when assessing the falsity of the November 1, 2018 statements (*Id.* at 24), and specifically concluded that the CW allegations did not support scienter (*Id.* at 37). Accordingly, consistent with the June 2, 2020 Order, the Revised Consolidated Complaint does not rely on the accounts of the CWs.

100,000 units, and standby producer Wistron was informed it would receive no orders for the holiday season.  Specifically, the article stated:

> *Apple has signaled disappointing demand for the new iPhone XR, telling its top smartphone assemblers Foxconn and Pegatron to halt plans for additional production lines* dedicated to the relatively cost-effective model that hit shelves in late October, sources say.
>
> "For the Foxconn side, it first prepared nearly 60 assembly lines for Apple's XR model, but recently uses only around 45 production lines as its top customer said it does not need to manufacture that many by now," a source familiar with the situation said.
>
> That means Foxconn, the Taiwanese company traded as Hon Hai Precision Industry, would *produce around 100,000 fewer units daily to reflect the new demand outlook – down 20% to 25% from the original optimistic outlook*, this person said.
>
> Fellow Taiwanese manufacturer Pegatron faces a similar situation, suspending plans to ramp up production and awaiting further instructions from Apple, a supply chain source said.
>
>         \*      \*      \*
>
> Apple also had asked smaller iPhone assembler Wistron to stand by for rush orders, *but supply chain sources say the company will receive no orders for the iPhone XR this holiday season*.

69.     On the same day, RBC Capital Market issued a report titled "10-K Review: High Off-balance Sheet Commitments Indicating Multiple Ramps" stating Apple's production suspensions described in the Nikkei Article could indicate "muted" iPhone demand:

> *News Reports of Supply Chain Cuts*: An unconfirmed Nikkei [Article] stated that AAPL has asked supply chain partners Foxconn and Pegatron to stop preparing additional production lines for iPhone XR.  While *this could indicate muted unit demand*, we note that similar reports have been seen in past product cycles and AAPL has managed to navigate those relatively well, partially through ASP uplift.  However, *investors are likely to remain cautious about supply chain data points intra-quarter*.

70.     Also on the same day, November 5, 2018, *Barron's* published an article titled "Apple Stock Is Tanking Amid Questions About Demand for the iPhone XR" discussing the impact of the Nikkei Article and reiterated the expected reduction in demand by 20-25%:

> The Nikkei Asian Review, citing an unnamed person familiar with the matter, reported on Monday that Foxconn initially prepared to have almost 60 assembly lines for the iPhone XR, but is now using only about 45 lines because Apple said it didn't need the extra production.  The new outlook for demand for the iPhone XR is down 20% to 25% from the original, more optimistic level, according to Nikkei Asian Review.

*Apple stock was down almost 4% in Monday morning trading, to about $199 per share, representing a loss in market capitalization of about $40 billion.*

71.     Similarly on the same day, November 5, 2018, *Reuters* published an article titled "US STOCKS-Oil stocks lift S&P 500; Apple pushes Nasdaq lower" which reported that:

*\*Apple falls on report of iPhone XR production stand down.*

\*       \*       \*

The iPhone maker's shares fell 3.7 percent to a 3-month low after a Nikkei report that the company had told its smartphone assemblers to halt plans for additional production lines dedicated to the iPhone XR.

72.     In addition on the same day, November 5, 2018, *RTT News* published an article titled "Apple Climbs Off Worst Levels But Remains Notably Lower" reporting that:

Shares of Apple Inc. (AAPL) have climbed off their worst levels of the day but remain firmly in negative territory in afternoon trading on Monday. After hitting a three-month intraday low, Apple is currently down by 3 percent.

*Apple initially extended the sell-off seen in the previous session after a report from Japan's Nikkei newspaper said demand for the company's iPhone XR appears to be disappointing.*

73.     In response to the news concerning production cuts at Apple's supply chain partners and the potential negative implications for iPhone demand, Apple's stock price declined $5.89 from a close of $207.48 per share on November 2, 2019, to a close of $201.59 per share on November 5, 2018, but continued to trade at artificially inflated prices.

74.     On November 12, 2018, Wells Fargo issued a report titled "AAPL: Lumentum Cuts Revenue Outlook by 17%+ (Midpoint) on Apple Order Cuts" following a negative preannouncement made by one of Apple's key iPhone suppliers, Lumentum.  The Wells Fargo report stated that Lumentum had received a request from one of its largest customers – presumed to be Apple, which accounted for 30% of Lumentum's revenues – to materially reduce shipments during the quarter. The report concluded that investors could infer *as much as a 30% reduction* in orders by Apple:

News: *Apple shares are under pressure this morning* (11/12) following a negative preannouncement by key supplier, Lumentum (LITE).  Lumentum is a provider of 3D sensing solutions (VCSELs and edge emitting lasers) for mobile devices – most notably Apple's iPhone. *Lumentum has disclosed that Apple accounted for ~30% of total revenue in the company's recent FY ending June 2018.*  We would also note that Lumentum's 10-Q disclosures highlight that *Customer A* (presumably Apple) accounted for 30.5% of total revenue in the September quarter – compared to 19.4% and 16.3% of total revenue in the prior and

REVISED CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS - 4:19-cv-02033-YGR
4839-0622-0480.v1-6/23/20

- 23 -

year ago quarters, respectively.  *Customer A* accounted for 49.8% of Lumentum's December 2017 quarter revenue.

Lumentum's preannouncement notes that the company has ". . . ***recently received a request from one of our largest Industrial and Consumer customers for laser diodes for 3D sensing to materially reduce shipments to them during our fiscal second quarter for previously placed orders that were originally scheduled for delivery during the quarter***."  The company has updated its F2Q19 revenue guide from $405-$430M to $335-$355M – a 17%+ reduction at the guide midpoint.  ***We think investors could consider Lumentum's updated guide as reflecting as much as a 30% cut in Apple orders***.

75.     Following the November 12, 2018 disclosures, Apple's stock price declined $9.83 from a close of $204.47 per share on Friday, November 9, 2018, to a close of $194.17 per share on Monday, November 12, 2018, on high trading volume, but Apple's stock price continued to trade at artificially inflated prices.

76.     On November 14, 2108, Guggenheim issued a report titled "AAPL – Downgrade to NEUTRAL as ASPs No Longer Enough" which downgraded Apple stock from "Buy" to "Neutral" under the view that iPhone unit sales would drop substantially in FY19, in part based upon the negative earnings and order reductions announced by suppliers like Lumentum.  The report stated, in pertinent part:

Following early supply-chain cuts, exemplified by Corning's (GLW) softer Q4E Gorilla Glass guide back in Oct, ***and now 3D sensing laser supplier Lumentum (LITE)*** and LCD supplier Japan Display (6740-TKS) ***both warning just this week***, we now estimate iPhone units -5%Y/Y in FY19E vs. flat Y/Y in FY18, BUT unlike last year do NOT see ASP increases providing enough offset, with our forecast that blended iPhone ASPs increase only +3%Y/Y, leaving iPhone revenues -2%Y/Y.  ***Moreover, we see growing risk of even softer iPhone unit demand, with downside in China***, India and other emerging markets, where Apple may need to start considering lower price points.

77.     As the negative news continued to enter the market, Apple's stock price declined from a close of $192.23 per share on November 13, 2018, to a close of $186.80 per share on November 14, 2018, a decline of $5.43 on more than 60.8 million shares traded.

78.     On December 4, 2018, at approximately 1:00 a.m. PST, *Bloomberg* published an article titled "Apple Resorts to Promo Deals, Trade-Ins to Boost iPhone Sales."  The article reported that in ***October 2018***, shortly after the iPhone XS and XS Max went on sale and again around the launch of the iPhone XR, Apple shifted marketing staff to "work on bolstering sales of the latest handsets," in what was described as a "'fire drill'" response to poor iPhone sales.  The report also

identified Greg Joswiak, an Apple executive, as speaking with CNET and specifically stating that the iPhone XR was the Company's best-selling iPhone, hoping to quell investor concerns about weak sales:

> Apple Inc. is experimenting with iPhone marketing strategies it rarely uses – such as discount promotions via generous device buyback terms – to help goose sales of its flagship product.
>
> ***Company executives moved some marketing staff from other projects to work on bolstering sales of the latest handsets in October, about a month after the iPhone XS went on sale and in the days around the launch of the iPhone XR, according to a person familiar with the situation. This person described it as a "fire drill," and a possible admission that the devices may have been selling below some expectations***. The person asked not to be identified discussing private strategy changes.
>
> Since then, Apple has embarked on a series of aggressive trade-in offers that have temporarily reduced the cost of some of its latest iPhones, a rare step for a company that's been raising device prices in recent years to lift revenue and profit. Apple spokeswoman Trudy Muller declined to comment.
>
> On Sunday evening, Apple kicked these efforts into high gear, adding a new banner to the top of its website advertising the iPhone XR for $449, $300 less than its official sticker price. The deal, noted with an asterisk and described at the bottom of the page, requires customers to trade in an iPhone 7 Plus, a high-end handset from two years ago.
>
> \*       \*       \*
>
> Apple marketing executive Greg Joswiak tried to quell concern about sales by telling CNET last week that the iPhone XR has been the company's best seller since it went on sale at the end of October.

79.     On December 4, 2018, Apple's stock price declined from a close of $184.82 per share on December 3, 2018, to a close of $176.69 per share on December 4, 2018, but continued to trade at artificially inflated prices.

80.     On December 6, 2018, *Forbes* published an article titled "Why 40% iPhone Discount is Bad For Apple" reiterating many of the points in the December 4, 2018 *Bloomberg* article, and adding that the price reduction would have substantial impact on the Company's gross margin, concluding that slashing hardware costs was "strategic suicide" for the Company:

> Apple's iPhone X[R] bill of materials cost is $390, according to IHS Markit – so reducing the price from $749 to $449 sends its gross margin plummeting from 48% to 13%.
>
> \*       \*       \*

*In the meantime, taking 40% of [sic] the iPhone price is strategic suicide for a company that has defined its strategy for its entire history as the high-priced spread*.

81.     On December 6, 2018, Apple's stock price declined from a close of $176.69 per share on December 4, 2018, to a close of $174.72 per share on December 6, 2018, but continued to trade at artificially inflated prices.

### C.     Apple Discloses True Financial Condition, Pre-Announces Huge Quarterly Earnings Miss

82.     On January 2, 2019, after the close of trading, Apple disclosed its true financial condition.  For the first time in more than 15 years, Apple pre-announced its earnings results, slashing quarterly revenue forecast for 1Q19, ended December 29, 2018, due to plummeting iPhone demand, particularly in China.  In a "Letter from Tim Cook to Apple Investors," Apple reported that its revenue for 1Q19 was approximately $84 billion, far below the guidance range of $89 billion to $93 billion the Company had announced on November 1, 2018, just eight weeks earlier.  In contrast to the November 1, 2018 assurances that business in China remained strong and was not experiencing economic uncertainty or deterioration like certain emerging markets, Cook's letter admitted that the Company's guidance miss was due almost entirely to slowing iPhone sales in China.  In fact, "*most*" of the total revenue shortfall occurred in China, "*over 100 percent*" of the quarter-over-quarter worldwide revenue decline occurred in China, and iPhone revenue "*primarily*" in China accounted for *all* of the Company's iPhone revenue shortfall against guidance:

**Emerging Market Challenges**

While we anticipated some challenges in key emerging markets, *we did not foresee the magnitude of the economic deceleration, particularly in Greater China. In fact, most of our revenue shortfall to our guidance, and over 100 percent of our year-over-year worldwide revenue decline, occurred in Greater China* across iPhone, Mac and iPad.

*China's economy began to slow in the second half of 2018.*  The government-reported GDP growth during the September quarter was the second lowest in the last 25 years.  We believe the economic environment in China has been further impacted by rising trade tensions with the United States.  As the climate of mounting uncertainty weighed on financial markets, the effects appeared to reach consumers as well, with traffic to our retail stores and our channel partners in China declining as the quarter progressed. And *market data has shown that the contraction in Greater China's smartphone market has been particularly sharp*.

*               *               *

REVISED CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS - 4:19-cv-02033-YGR
4839-0622-0480.v1-6/23/20

- 26 -

**iPhone**

Lower than anticipated iPhone revenue, ***primarily in Greater China, accounts for all of our revenue shortfall to our guidance and for much more than our entire year-over-year revenue decline***. In fact, categories outside of iPhone (Services, Mac, iPad, Wearables/Home/Accessories) combined to grow almost 19 percent year-over-year.

***While Greater China and other emerging markets accounted for the vast majority of the year-over-year iPhone revenue decline***, in some developed markets, iPhone upgrades also were not as strong as we thought they would be. While macroeconomic challenges in some markets were a key contributor to this trend, we believe there are other factors broadly impacting our iPhone performance, including consumers adapting to a world with fewer carrier subsidies, US dollar strength-related price increases, and some customers taking advantage of significantly reduced pricing for iPhone battery replacements.

83.     Though Apple did not conduct a conference call on January 2, 2019, Cook appeared on CNBC that evening for an interview. In the context of "rising trade tensions," Cook discussed the impact that the slowing economy had on the Company's FY19 sales. Cook admitted Defendants' contemporaneous knowledge of facts directly contradicting their November 1, 2018 statement that China was not experiencing the macroeconomic issues plaguing other emerging markets. In fact, according to Cook, it was clear during the second half of 2018, that China's slowing economy was impacting the Company and prior to, and during the Class Period, Defendants "***saw***" declines in the Company's retail store traffic and its channel partner store traffic, and reports of contraction in the smartphone industry:

[A]s we look at what's going on in China – ***it's clear that the economy begins to slow there for the second half***. And what I believe to be the case is the trade tensions between the United States and China put additional pressure on their economy. . . .

***[W]e saw, as the quarter went on, things like traffic in our retail stores, traffic in our channel partner stores, the reports of the smartphone industry contracting, particularly bad in November*** – I haven't seen the December number yet, but I would guess that would not be good either. And so that's what we've seen.

                    *       *       *

***[M]y sense is the much larger issue is the slowing of the economy and then this – the trade tension that's further pressured***.

84.     In the wake of Apple's earnings preannouncement, a slew of analysts and media outlets expressed shock at the magnitude and severity of the Company's negative performance in

China – which accounted for the entire guidance miss – and commented that Defendants had failed to be honest with investors, damaging their credibility.

85.     On January 2, 2019, Wells Fargo issued a report titled "AAPL: Neg. F1Q19 Prean[nouncement] – iPhone Rev[enue] -15%+ Y/Y; A Multi-Quarter Challenge" which reiterated Defendants' statements that poor performance in China was the driver of the earnings miss:

> APPLE <u>NEGATIVELY</u> PREANNOUCNES [sic] F1Q19 RESULTS; MORE THAN A ONE QUARTER ISSUE: Apple has preannounced negative F1Q19 results – revenue now estimated at ~$84B vs. initial $89-$93B guide. . . .
>
> ***Apple's greater-than-expected weakness in emerging markets, most notably driven by weakness in Greater China***.
>
> ***Apple notes that over 100% of Apple's y/y revenue decline was generated by weakness in Greater China across iPhone, iPad, and Mac (leaving us / investors to question the impact of the US-China trade situation)***.

86.     The same day, *Bloomberg* published an article titled, "Apple's iPhone Warning Comes Years Too Late – The company has reached the end of its denial phase."  The article emphasized that Apple and Cook had consistently assured investors business in China was strong and did not give any hints of red flags in the region:

> In an extraordinary letter to Apple investors, CEO Tim Cook also told stockholders what he should have been saying for years: The company's iPhone business has shifted into a lower gear because of changes in the smartphone market and consumer behavior.  This should have been absolutely predictable to anyone who was able to peer outside of Apple's bubble.  ***Executives have failed in their duty to warn investors ahead of time about all this, and reality is finally and all at once catching up to Apple***.
>
> In his letter, Cook said in some established markets ***outside of China***, iPhone "upgrades also were not as strong as we thought they would be."  (Upgrades are people with older-model iPhones opting to buy new models.)
>
> *            *            *
>
> ***Cook said two months ago that Apple's China business was "very strong," even amid signs of an economic slowdown and months of headlines about trade tensions with the U.S.***  He consistently told investors that he thought the U.S. and China would resolve their trade dispute amicably and didn't give any indications that consumers were on edge or reluctant to shop because of the geopolitical fracas.  It's possible that the last couple of months of economic circumstances in China, Taiwan and Hong Kong caught Apple by surprise, ***but executives failed to give any hints of red flags in the region***.
>
> It's possible conditions in China changed quickly, but the broader trends in smartphone activity are not new.  Why didn't Cook make any of these admissions before now?

1                                      *       *       *

2          ***Apple failed in the No. 1 mission of being a public company: being honest
   with investors about its business***.  The company simply denied the reality that was
3   staring it in the face, until denial was no longer an option.

4          87.    On January 3, 2019, Wedbush issued a report titled "Apple's Darkest Day in the

5   iPhone Era; Massive Negative Dec Results on China" in which it referred to the preannouncement

6   variously as "Apple's Darkest Day," a "bombshell," a "'black eye,'" and a "defining moment for

7   Cook & Co."  The report stated in relevant part:

8                 Last night Apple delivered a ***bombshell negative preannouncement that will
          be a defining moment for Cook & Co. for years to come***.  While the Street had been
9          anticipating softness in the December quarter and around March guidance given a
          slew of negative iPhone XS/XR data points coming out of the Asia supply chain over
10         the past few months, ***the magnitude of the top-line miss (~8%) with China demand
          the culprit was jaw dropping in our opinion and will heavily weigh on shares
11         accordingly***. . . .

12                While emerging markets and US/Europe remain softer than expected, ***China remains
          Apple's Achilles heel*** as with roughly 20% of all iPhones in a window of an upgrade
13         opportunity out of the China region it appears of the 60 million to 70 million in the
          region less than 20 million have upgraded to an X/XS/XR to date.
14
15         88.    On January 3, 2019, Morgan Stanley issued a report titled "Weak China More than

16  Offsets Revenue Strength Outside of iPhone; Lowering Estimates" which stated that this was the

17  Company's first negative preannouncement in 15 years and reduced FY19 iPhone sales estimates by

18  17%:

19                ***Weak Greater China iPhone sales largely to blame for Apple's first
          negative preannouncement in 15 years***.  As we highlighted in early December,
20         China is following in the footsteps of the US market with lengthening smartphone
          replacement   cycles   slowing   overall   market   growth.    A weakening economy
21         combined with improved smartphone product quality (i.e. higher quality components
          and assembly leading to longer useful lives), smartphone ASPs that are up 22% over
22         the past two years (per IDC) and a lack of carrier subsidies contributed to weaker
          China iPhone sales in the December quarter.

23         89.    On January 3, 2019, *Yahoo! Finance* published an article titled "Apple's mind-

24  blowing warning means CEO Tim Cook now has a major credibility problem," stating that Apple

25  did a "poor job" with 1Q19 guidance and investors would be questioning whether to trust Apple

26  management.  The article reported in relevant part:

27                ***They failed to keep it real with investors on what they were seeing in iPhone
          demand data late in 2018.  Simply no longer providing unit sales data wasn't
28         enough of a signal to investors that something was wrong, bottom line***.

REVISED CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL
SECURITIES LAWS - 4:19-cv-02033-YGR                                                    - 29 -
4839-0622-0480.v1-6/23/20

*As a result, Apple's stock could be "broken" until credibility is restored.*

\*        \*        \*

**A poor job done with guidance**.

Apple said in a filing released after market close Wednesday that it now sees first quarter revenue of about $84 billion. It previously anticipated $89 billion to $91 billion. In the filing, ***Cook attributed the reduced guidance to weakness in emerging markets and in Greater China as well as supply constraints on new products***. Cook also hinted strongly that Apple felt resistance from consumers to the new $1,000 plus iPhone XS line.

90. On January 3, 2019, *The Wall Street Journal* published an article titled "Apple iPhone Loses Ground to China's Homegrown Rivals" which stated that Apple was "sputtering" in China and noted that Apple's Chinese competitors had been able to "win over consumers by offering similar designs and features at far lower prices." The article reported that Apple had overestimated demand in China for the iPhone XR in particular, winding up with excess inventory, noting that a comparable phone from Huawei was approximately two-thirds the price.

91. On January 3, 2019, *BBC News* published an article titled "Apple's China warning 'deflects deeper problems' for firm," which reported that Apple had been buoying revenues in China in recent years by raising prices. However, given the general downward macroeconomic trend in China, that practice "has become more difficult as consumers curb spending."

92. On this news, Apple's stock price declined precipitously by more than $15 per share, or approximately 10%, from a close of $157.92 per share on January 2, 2019, to a close of $142.19 per share on January 3, 2019, on unusually high volume of more than 91.1 million shares traded, the highest one-day trading volume experienced by the Company in nearly two years.

**D.     Post Class Period, Further Details of the iPhone's Poor China Performance Emerge**

93. On January 6, 2019, *The Guardian* published an article titled "To woo China, Apple must learn that it's not in California anymore," noting the myriad issues Apple faced in China throughout the Class Period, including a lack of innovation and high prices relative to its competitors. Despite these difficulties, Apple continually assured the market that all was well. Further, the article discussed that Apple's service revenues were "overwhelmingly reli[ant] on the iPhone as the conduit," and that Apple "must seek to extend sales as much as possible," noting that

iPhone sales were "critical for [Apple] to maintain its current 1.3-billion-plus user base if services are to become the main driver of revenue."

94.    On January 14, 2019, Wedbush issued a report titled "Price Cuts in China and Content M&A Will Lay the Groundwork for Apple's Future" which discussed the reasons for the poor performance of the iPhone XS, XS Max, and XR in China:

> **China installed base is key for success going forward**.  However if the installed base declines in China, Apple will face an uphill battle in the region for years and thus speaks to challenges worldwide around this latest upgrade cycle with the main culprit being weak China demand. . . .  The next trifecta of smartphones coming out of Apple slated for September 2019 will be another attempt to catalyze pent-up upgrades worldwide and especially in China, with many customers approaching 32-33 months since their last iPhone upgrade as high price points, battery replacements, and a lack of hardware innovation has kept customers on the sideline during this latest XS/XR cycle.

95.    On January 29, 2019, Apple released its results for 1Q19, ended December 29, 2018. That same day, during the conference call held with analysts and investors, Cook again attributed the drop in iPhone sales to weak macroeconomic conditions, especially in China.  Specifically, 100% of the Company's worldwide year-over-year revenue decline was driven by poor performance in Greater China.  Cook stated in pertinent part:

> [Cook:] As you know, our December quarter revenue was below our original expectations coming in at $84.3 billion.  That's down 5% from a year ago or down 3% adjusting for foreign exchange.  We noted 4 factors that would impact our results when we provided guidance in November: different iPhone launch timing from a year ago, FX headwinds, supply constraints on certain products and macroeconomic conditions in emerging markets.
>
> One of those factors, ***weak macro conditions in some emerging markets, was significantly more severe than we originally foresaw, especially in Greater China***.  As our letter noted, that challenge was compounded by quarterly iPhone upgrades that were lower than we anticipated.  We'll return to upgrades in a moment, but ***I first want to say a bit more about our business in Greater China.  Our revenue there was down by $4.8 billion from last year with declines across iPhone, Mac and iPad.  Most of the shortfall relative to our original guidance and over 100% of our worldwide year-over-year revenue decline was driven by our performance in Greater China***.
>
> *        *        *
>
> Now our customers are holding on to their older iPhones a bit longer than in the past.  When you pair this with the macroeconomic factors, particularly in emerging markets, it resulted in iPhone revenue that was down 15% from last year.  Our iPhone results accounted for significantly more than our entire year-over-year revenue decline. In fact, outside of iPhone, our business grew strongly by 19%.

96. Maestri noted that iPhone revenues declined 15% year-over-year and were not expected to rebound in the 2Q19. Maestri stated, in pertinent part:

> [Maestri:] iPhone revenue was $52 billion. On a geographic basis, most of the decline from last year came from Greater China and other emerging markets, where difficult macro and foreign exchange conditions affected our results. We also believe that the reduction of carrier subsidies and our battery replacement program had an impact in a number of countries around the world. And as Tim mentioned, we had a lower number of upgrades than we had anticipated at the beginning of the quarter.
>
>        *  *  *
>
> [W]e expect that the key factors that Tim mentioned during the call affecting iPhone performance in Q1 will also have an effect on Q2 starting with the strong U.S. dollar environment. On a year-over- year basis, the negative impact from currency is going to be about $1.3 billion, so that's about – a bit more than 2 points versus last year's revenue. And so that obviously plays a role. And the macroeconomic environment, particularly in emerging markets, will continue to be there. On the positive side, we expect that we will continue to grow revenue nicely from the rest of the business, which is not iPhone.

## VII. LOSS CAUSATION/ECONOMIC LOSS

97. As detailed herein, the Company issued materially false and misleading statements and omissions concerning positive sales of the latest iPhone models and the strength of the Company's business in China. *See* ¶¶56-57. These material misrepresentations and omissions caused Apple's stock price to trade at artificially inflated prices throughout the Class Period, including a Class Period high of $213.65 per share on November 2, 2018. When the truth regarding Defendants' misrepresentations and omissions became generally known, the price declined as the artificial inflation dissipated and Lead Plaintiff and other members of the Class suffered economic loss, *i.e.*, damages, under the federal securities laws. These disclosures of the truth include, but are not limited to, the following:

98. On November 5, 2018, at 4:27 a.m. ET, before the market opened, the *Nikkei Asian Review* published the Nikkei Article reporting that Apple told its top smartphone assemblers, Foxconn and Pegatron, to reduce iPhone XR production, and that Wistron, previously on standby for rush orders, would receive none, indicating a reduction in demand by 20-25%:

> "For the Foxconn side, it first prepared nearly 60 assembly lines for Apple's XR model, but recently uses only around 45 production lines as its top customer said it does not need to manufacture that many by now," a source familiar with the situation said.

> That means Foxconn . . . would **produce around 100,000 fewer units daily to reflect the new demand outlook – down 20% to 25% from the original optimistic outlook**, this person said.
>
> Fellow Taiwanese manufacturer Pegatron faces a similar situation, **suspending plans to ramp up production and awaiting further instructions from Apple**, a supply chain source said.
>
> \*        \*        \*
>
> Apple also had asked smaller iPhone assembler Wistron to stand by for rush orders, but supply chain sources say the company will receive **no orders** for the iPhone XR this holiday season.

*See* ¶68.

99.     On the same day, RBC Capital Market issued a report titled "10-K Review: High Off-balance Sheet Commitments Indicating Multiple Ramps" stating Apple's production suspensions could indicate "muted" iPhone demand:

> **News Reports of Supply Chain Cuts**: An unconfirmed Nikkei [Article] stated that AAPL has asked supply chain partners Foxconn and Pegatron to stop preparing additional production lines for iPhone XR. **While this could indicate muted unit demand** . . . .

*See* ¶69.

100.     On November 5, 2018, *Barron's* published an article at 10:09 a.m. ET titled "Apple Stock Is Tanking Amid Questions About Demand for the iPhone XR" discussing the impact of the Nikkei Article which reiterated the expected reduction in demand by 20-25%:

> The new outlook for demand for the iPhone XR is down 20% to 25% from the original, more optimistic level, according to Nikkei Asian Review.
>
> **Apple stock was down almost 4% in Monday morning trading, to about $199 per share, representing a loss in market capitalization of about $40 billion**. Apple didn't immediately respond to an email request for comment.

*See* ¶70.

101.     On November 5, 2018, *Reuters* published an article titled "US STOCKS-Oil stocks lift S&P 500; Apple pushes Nasdaq lower" reporting that the Company's stock price was declining because of disclosures in the Nikkei Article:

> **\*Apple falls on report of iPhone XR production stand down**.
>
> The iPhone maker's shares fell 3.7 percent to a 3-month low after a Nikkei report that the company had told its smartphone assemblers to halt plans for additional production lines dedicated to the iPhone XR.

1   *See* ¶71.

2        102.   As a result of this new information concerning production cuts at Apple

3   manufacturers, and reports reiterating the news, Apple's stock price declined from a close of $207.48

4   per share on November 2, 2018, to a close of $201.59 per share on November 5, 2018, a decline of

5   $5.89 on more than 66.1 million shares traded.  However, the Company's stock price continued to

6   trade at artificially inflated prices as the truth concerning the Company's financial condition was yet

7   to be fully revealed.

8        103.   On November 12, 2018, Wells Fargo issued a report titled "AAPL: Lumentum Cuts

9   Revenue Outlook by 17%+ (Midpoint) on Apple Order Cuts."  Lumentum, a supplier of iPhone

10  components, issued a negative preannouncement due to a reduction by one of its largest customers –

11  identified as Apple.  The report inferred that the reduction in Lumentum earnings indicated a 30%

12  reduction in Apple orders and Apple's stock price would be "under pressure" – *i.e.*, decline – as a

13  result:

14       ***Apple shares are under pressure this morning (11/12) following a negative***
         ***preannouncement by key supplier, Lumentum (LITE)***.

15                              *      *      *

16

17       Lumentum's preannouncement notes that the company has ". . . recently
         received a request from one of our largest Industrial and Consumer customers for
18       laser diodes for 3D sensing to ***materially reduce shipments to them during our***
         ***fiscal second quarter for previously placed orders that were originally scheduled***
         ***for delivery during the quarter***." . . . We think investors could consider Lumentum's
19       updated guide as reflecting ***as much as a 30% cut in Apple orders***.

20  *See* ¶74.

21       104.   As a result of this new information, Apple's stock price declined from a close of

22  $204.47 per share on November 9, 2018, to a close of $194.17 per share on November 12, 2018, a

23  decline of $10.30 on more than 51.1 million shares traded.  However, the Company's stock price

24  continued to trade at artificially inflated prices as the truth concerning the Company's financial

25  condition was yet to be fully revealed.

26       105.   On January 2, 2019, after the close of trading, Apple disclosed the true state of its

27  declining iPhone sales.  In a "Letter from Tim Cook to Apple Investors" Apple reported that its

28  revenue for 1Q19 was approximately $84 billion, far below the guidance range of $89 billion to $93

1    billion the Company had provided on November 1, 2018, just eight weeks earlier.  Cook's letter

2    attributed the miss almost entirely to slowing iPhone sales in China, noting that most of the revenue

3    shortfall occurred in Greater China, that 100% of the year-over-year worldwide revenue decline

4    occurred in Greater China, and iPhone revenue missed primarily due to Greater China.  ¶82.

5         106.    During an interview with CNBC that evening, Cook admitted it was clear that

6    China's economy began to slow in the second half of 2018 and had been further impacted by rising

7    trade tensions with the United States, including Cook's statements indicating that, prior to and

8    during the Class Period, Defendants saw declines in traffic in the Company's retail stores and its

9    channel partner stores, and reports of the contraction of the smartphone industry:

10        [A]s we look at what's going on in China – *it's clear that the economy begins to
          slow there for the second half*.  And what I believe to be the case is the trade
11        tensions between the United States and China put additional pressure on their
          economy. . . .  *[W]e saw, as the quarter went on, things like traffic in our retail
12        stores, traffic in our channel partner stores, the reports of the smartphone industry
          contracting*, particularly bad in November – I haven't seen the December number
13        yet, but I would guess that would not be good either.  And so that's what we've seen.

14   ¶83.

15        107.    On January 2, 2019, Wells Fargo issued a report titled "AAPL: Neg. F1Q19

16   Prean[nouncement] – iPhone Rev[enue] -15%+ Y/Y; A Multi-Quarter Challenge" which attributed

17   the earnings miss to the poor performance in China:

18        Apple has preannounced negative F1Q19 results – revenue now estimated at ~$84B
          vs. initial $89-$93B guide.  We would expect investors to most notably focus on: (1)
19        Apple's implied iPhone revenue at ~$52-$53B given the company's disclosure that
          non-iPhone revenue in total grew ~19% y/y in F1Q19. With a blended ASP ($/unit)
20        at ~$795 (vs. $793 in F4Q18), we would arrive at a low/mid-teens y/y iPhone unit
          ship decline. *(2) Apple's greater-than-expected weakness in emerging markets,
21        most notably driven by weakness in Greater China. Apple notes that over 100% of
          Apple's y/y revenue decline was generated by weakness in Greater China across
22        iPhone, iPad, and Mac (leaving us / investors to question the impact of the US-
          China trade situation)*.

23   *See* ¶85.

24
25        108.    On January 2, 2019, *Bloomberg* published an article titled "Apple's iPhone Warning

26   Comes Years Too Late – The company has reached the end of its denial phase" reporting that just

27   "two months ago" Cook had been calling performance in China "very strong" and it was unlikely

28   that there had been any sudden change which caused the earnings miss:

Cook said two months ago that Apple's China business was "very strong," even amid signs of an economic slowdown and months of headlines about trade tensions with the U.S. ***He consistently told investors that he thought the U.S. and China would resolve their trade dispute amicably and didn't give any indications that consumers were on edge or reluctant to shop because of the geopolitical fracas***. It's possible that the last couple of months of economic circumstances in China, Taiwan and Hong Kong caught Apple by surprise, ***but executives failed to give any hints of red flags in the region***.

It's possible conditions in China changed quickly, but the broader trends in smartphone activity are not new. Why didn't Cook make any of these admissions before now?

*See* ¶86.

109.    On January 3, 2019, Wedbush issued a report titled "Apple's Darkest Day in the iPhone Era; Massive Negative Dec Results on China" in which it referred to the pre-announcement variously as "Apple's Darkest Day," a "bombshell," a "'black eye,'" and a "defining moment for Cook & Co." The report stated in relevant part:

Last night Apple delivered a ***bombshell negative preannouncement that will be a defining moment for Cook & Co. for years to come***. While the Street had been anticipating softness in the December quarter and around March guidance given a slew of negative iPhone XS/XR data points coming out of the Asia supply chain over the past few months, ***the magnitude of the top-line miss (~8%) with China demand the culprit was jaw dropping in our opinion and will heavily weigh on shares accordingly***.

*See* ¶87.

110.    On January 3, 2019, Morgan Stanley issued a report titled "Weak China More than Offsets Revenue Strength Outside of iPhone; Lowering Estimates" stating this was the Company's first negative preannouncement in 15 years:

**Weak Greater China iPhone sales largely to blame for Apple's first negative preannouncement in 15 years**. As we highlighted in early December, China is following in the footsteps of the US market with lengthening smartphone replacement cycles slowing overall market growth. A weakening economy combined with improved smartphone product quality (i.e. higher quality components and assembly leading to longer useful lives), smartphone ASPs that are up 22% over the past two years (per IDC) and a lack of carrier subsidies contributed to weaker China iPhone sales in the December quarter.

*See* ¶88.

111.    On the shocking news of January 2, 2019, when the true financial condition of the Company was disclosed, Apple's stock price declined precipitously by more than $15.00 per share, or approximately 10%, to a close of $142.19 per share on January 3, 2019, on unusually high volume

of more than 91.1 million shares traded, the highest one-day trading volume experienced by the Company in nearly two years.

## VIII.    APPLICABILITY OF THE FRAUD ON THE MARKET AND *AFFILIATED UTE* PRESUMPTIONS OF RELIANCE

112.    Lead Plaintiff will rely upon the presumption of reliance established by the fraud-on-the-market doctrine in that, among other things:

(a)    Defendants made public misrepresentations or failed to disclose material facts during the Class Period;

(b)    the omissions and misrepresentations were material;

(c)    the Company's common stock traded in an efficient market;

(d)    the misrepresentations alleged would tend to induce a reasonable investor to misjudge the value of the Company's common stock; and

(e)    Lead Plaintiff and other members of the Class purchased Apple common stock between the time Defendants misrepresented or failed to disclose material facts and the time the true facts were disclosed, without knowledge of the misrepresented or omitted facts.

113.    At all relevant times, the market for Apple common stock was efficient for the following reasons, among others:

(a)    as a regulated issuer, Apple filed periodic public reports with the SEC; and

(b)    Apple regularly communicated with public investors via established market communication mechanisms, including through the regular dissemination of press releases on major news wire services and through other wide-ranging public disclosures, such as communications with the financial press, securities analysts, and other similar reporting services.

114.    Lead Plaintiff will also rely upon the presumption of reliance under *Affiliated Ute Citizens v. United States*, 406 U.S. 128 (1972), because the claims asserted herein against Defendants are predicated upon omissions of material fact for which there was a duty to disclose.

## IX.    CLASS ACTION ALLEGATIONS

115.    Lead Plaintiff brings this action as a Class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a Class consisting of all purchasers of Apple common stock

1   during the Class Period (the "Class").  Excluded from the Class are Defendants and their families,

2   the officers and directors of the Company, at all relevant times, members of their immediate families

3   and their legal representatives, heirs, successors, or assigns, and any entity in which Defendants have

4   or had a controlling interest.

5        116.   The members of the Class are so numerous that joinder of all members is

6   impracticable.  Throughout the Class Period, Apple common stock was actively traded on the

7   NASDAQ.  While the exact number of Class members is unknown to Lead Plaintiff at this time and

8   can only be ascertained through appropriate discovery, Lead Plaintiff believes that there are

9   hundreds of thousands of members in the proposed Class.  Record owners and other members of the

10  Class may be identified from records maintained by Apple and/or its transfer agent and may be

11  notified of the pendency of this action by mail, using the form of notice similar to that customarily

12  used in securities class actions.

13       117.   Lead Plaintiff's claims are typical of the claims of the members of the Class as all

14  members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal

15  law that is complained of herein.

16       118.   Lead Plaintiff will fairly and adequately protect the interests of the members of the

17  Class and has retained counsel competent and experienced in class and securities litigation.

18       119.   Common questions of law and fact exist as to all members of the Class and

19  predominate over any questions solely affecting individual members of the Class.  Among the

20  questions of law and fact common to the Class are:

21            (a)    whether the Exchange Act was violated by Defendants as alleged herein;

22            (b)    whether statements made by Defendants misrepresented material facts about

23  the business and prospects of Apple; and

24            (c)    to what extent the members of the Class have sustained damages and the

25  proper measure of damages.

26       120.   A class action is superior to all other available methods for the fair and efficient

27  adjudication of this controversy since joinder of all Class members is impracticable.  Furthermore, as

28  the damages suffered by individual Class members may be relatively small, the expense and burden

of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them.  There will be no difficulty in the management of this action as a Class action.

## X.      COUNT I

### A.      For Violation of §10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder Against Defendants Apple and Cook

121.    Lead Plaintiff incorporates ¶¶1-120 by reference.

122.    During the Class Period, Defendants disseminated or approved the false statements specified above, which they knew or deliberately disregarded were misleading in that they contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

123.    Defendants violated §10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder in that they: (a) employed devices, schemes, and artifices to defraud; (b) made untrue statements of material fact or omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or (c) engaged in acts, practices, and a course of business that operated as a fraud or deceit upon Lead Plaintiff and others similarly situated in connection with their purchases of Apple common stock during the Class Period.

124.    Lead Plaintiff and the Class have suffered damages in that, in reliance on the integrity of the market, they paid artificially inflated prices for Apple common stock.  Lead Plaintiff and the Class would not have purchased Apple common stock at the prices they paid, or at all, if they had been aware that the market prices had been artificially and falsely inflated by Defendants' misleading statements.

## XI.     COUNT II

### A.      For Violation of §20(a) of the Exchange Act Against All Defendants

125.    Lead Plaintiff incorporates ¶¶1-124 by reference.

126.    The Individual Defendants acted as controlling persons of Apple within the meaning of §20(a) of the Exchange Act.  By reason of their positions with the Company, and their ownership of Apple common stock, the Individual Defendants had the power and authority to cause Apple to

1   engage in the wrongful conduct complained of herein.  Apple controlled the Individual Defendants

2   and all of its employees.  By reason of such conduct, Defendants are liable pursuant to §20(a) of the

3   Exchange Act.

4   **XII.    PRAYER FOR RELIEF**

5          WHEREFORE, Lead Plaintiff prays for relief and judgment as follows:

6                 (i)     determining that this action is a proper Class action, having designated

7   plaintiff as Lead Plaintiff and certifying Lead Plaintiff as a Class representative under Rule 23 of the

8   Federal Rules of Civil Procedure and Lead Plaintiff's counsel as Lead Counsel;

9                 (ii)    awarding compensatory damages in favor of Lead Plaintiff and the

10  other Class members against all Defendants, jointly and severally, for all damages sustained as a

11  result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

12                (iii)   awarding Lead Plaintiff and the Class their reasonable costs and

13  expenses incurred in this action, including counsel fees and expert fees; and

14                (iv)    awarding such equitable/injunctive or other relief as deemed

15  appropriate by the Court.

16  **XIII.   JURY DEMAND**

17         Plaintiff demands a trial by jury.

18  DATED:  June 23, 2020                ROBBINS GELLER RUDMAN
                                            & DOWD LLP
19                                       SHAWN A. WILLIAMS
                                         DANIEL J. PFEFFERBAUM
20                                       KENNETH J. BLACK

21

22                                             s/ Shawn A. Williams
                                         SHAWN A. WILLIAMS
23
                                         Post Montgomery Center
24                                       One Montgomery Street, Suite 1800
                                         San Francisco, CA  94104
25                                       Telephone:  415/288-4545
                                         415/288-4534 (fax)
26                                       shawnw@rgrdlaw.com
                                         dpfefferbaum@rgrdlaw.com
27                                       kennyb@rgrdlaw.com

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ROBBINS GELLER RUDMAN
  & DOWD LLP
MARK SOLOMON
DANIELLE S. MYERS
JUAN CARLOS SANCHEZ
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
dmyers@rgrdlaw.com
isanchez@rgrdlaw.com

Counsel to Lead Plaintiff Norfolk County Council
as Administering Authority of the Norfolk
Pension Fund

LABATON SUCHAROW
CAROL C. VILLEGAS
140 Broadway
New York, NY 10005
Telephone:  212/907-0700
212/883-7524 (fax)
cvillegas@labaton.com

Counsel to Employees' Retirement System of the
State of Rhode Island

REVISED CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL
SECURITIES LAWS - 4:19-cv-02033-YGR
4839-0622-0480.v1-6/23/20

- 41 -

1

<u>CERTIFICATE OF SERVICE</u>

2    I hereby certify under penalty of perjury that on June 23, 2020, I authorized the electronic

3 filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send

4 notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I

5 hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the

6 non-CM/ECF participants indicated on the attached Manual Notice List.

7                    s/ Shawn A. Williams

8                    SHAWN A. WILLIAMS

ROBBINS GELLER RUDMAN

                      & DOWD LLP

9                    Post Montgomery Center

One Montgomery Street, Suite 1800

10                   San Francisco, CA  94104

Telephone:  415/288-4545

11                   415/288-4534 (fax)

E-mail:  shawnw@rgrdlaw.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## Mailing Information for a Case 4:19-cv-02033-YGR IN RE APPLE INC. SECURITIES LITIGATION

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Adam Marc Apton**
  aapton@zlk.com

- **Mary K. Blasy**
  mblasy@rgrdlaw.com

- **Frank H. Busch**
  busch@wvbrlaw.com,pallister@wvbrlaw.com,barnes@wvbrlaw.com

- **Christine M. Fox**
  cfox@labaton.com,ndonlon@labaton.com,lpina@labaton.com,electroniccasefilings@labaton.com,fmalonzo@labaton.com,6312349420@filings.docketbird.com

- **Melinda Haag**
  mhaag@orrick.com

- **J Alexander Hood , II**
  ahood@pomlaw.com,tcrockett@pomlaw.com,abarbosa@pomlaw.com

- **James Neil Kramer**
  jkramer@orrick.com,lpatts@orrick.com,mwatkins@orrick.com,vmorse@orrick.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,tcrockett@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com,lpvega@pomlaw.com

- **Francis P. McConville**
  fmcconville@labaton.com,HChang@labaton.com,lpina@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,jalieberman@pomlaw.com,ahood@pomlaw.com,egoodman@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Samuel H. Rudman**
  srudman@rgrdlaw.com

- **Juan Carlos Sanchez**
  jsanchez@rgrdlaw.com

- **Mark Solomon**
  marks@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Alexander K. Talarides**
  atalarides@orrick.com,lpatts@orrick.com,casestream@ecf.courtdrive.com

- **Carol C. Villegas**
  cvillegas@labaton.com,ndonlon@labaton.com,5739893420@filings.docketbird.com,lpina@labaton.com,jchristie@labaton.com,acoquin@labaton.com,fmalonzo@laba

- **James Matthew Wagstaffe**
  wagstaffe@wvbrlaw.com

- **Steven Ray Wedeking , II**
  swedeking@robbinsllp.com,notice@robbinsllp.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,ShawnW@ecf.courtdrive.com,smorris@rgrdlaw.com,kennyb@rgrdlaw.com,e_file_sd@rgrdlaw.com,smorris@ecf.courtdrive.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)