MELINDA L. HAAG (SBN 132612)
mhaag@orrick.com
JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   (415) 773-5700
Facsimile:    (415) 773-5759

Attorneys for Defendants Apple Inc.,
Timothy Cook, and Luca Maestri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Case No. 4:19-cv-02033-YGR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS REVISED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Judge:   Honorable Yvonne Gonzalez Rogers<br>Ctrm:    1, 4th Floor |

1  Defendants Apple Inc., Timothy Cook, and Luca Maestri have filed a Motion to Dismiss,
2 Dkt. No. 118 (the "Motion to Dismiss"), Lead Plaintiff's Revised Consolidated Class Action
3 Complaint for Violation of the Federal Securities Laws, Dkt. No. 114 (the "Complaint").  After
4 considering the pleadings and the papers submitted by the parties, and good cause appearing
5 therefore, the Court hereby orders that Defendants' Motion to Dismiss is GRANTED, and the
6 Complaint is dismissed in its entirety.

7  **IT IS SO ORDERED.**

9  Dated: _____          _____
                                       HON. YVONNE GONZALEZ ROGERS
10                                      United States District Judge