1  MELINDA L. HAAG (SBN 132612)
   mhaag@orrick.com
2  JAMES N. KRAMER (SBN 154709)
   jkramer@orrick.com
3  ALEXANDER K. TALARIDES (SBN 268068)
   atalarides@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone:     (415) 773-5700
   Facsimile:     (415) 773-5759
7
   Attorneys for Defendants Apple Inc.,
8  Timothy Cook, and Luca Maestri

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        OAKLAND DIVISION

12

13

14
   IN RE APPLE INC. SECURITIES          Case No. 4:19-cv-02033-YGR
15 LITIGATION
                                        **REQUEST FOR JUDICIAL NOTICE IN**
16                                      **SUPPORT OF DEFENDANTS'**
                                        **MOTION TO DISMISS THE REVISED**
17                                      **CONSOLIDATED CLASS ACTION**
                                        **COMPLAINT**
18
                                        Judge:  Honorable Yvonne Gonzalez Rogers
19                                      Ctrm:   1, 4th Floor

20

21

22

23

24

25

26

27

28

Defendants Apple Inc., Timothy Cook, and Luca Maestri (collectively, "Defendants") respectfully request that the Court take judicial notice of the documents described below and attached hereto pursuant to Federal Rule of Evidence 201, the incorporation by reference doctrine, and other applicable law.  This Request for Judicial Notice is made in support of Defendants' Motion to Dismiss Plaintiff's Revised Consolidated Class Action Complaint for Violation of the Federal Securities Laws (the "Complaint").

## DISCUSSION

On a motion to dismiss pursuant to Fed. R. Civ. P 12(b)(6), "courts must consider the complaint in its entirety, as well as other sources courts ordinarily examine when ruling on Rule 12(b)(6) motions to dismiss, in particular, documents incorporated into the complaint by reference, and matters of which a court may take judicial notice." *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007).  As detailed below, each of the documents described below and attached hereto is properly considered in connection with Defendants' Motion to Dismiss under (a) the incorporation by reference doctrine, (b) Fed. R. Evid. 201, which permits the Court to consider information subject to judicial notice, or (c) both of these doctrines.

### I. DOCUMENTS INCORPORATED BY REFERENCE INTO THE COMPLAINT ARE APPROPRIATELY CONSIDERED ON A MOTION TO DISMISS

In setting forth its allegations, Plaintiff expressly references and quotes from various documents.  "[I]ncorporation by reference is a judicial doctrine that prevents plaintiffs from selecting only portions of documents that support their claims, while omitting portions of those very documents that weaken or extinguish their claims." *In re Intel Corp. Sec. Litig.*, 2019 WL 1427660, at *6 (N.D. Cal. Mar. 29, 2019) (Rogers, J.) (citing *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 1002 (9th Cir. 2018)).  "A defendant may seek to incorporate a document into the complaint if the plaintiff refers extensively to the document or the document forms the basis of the plaintiff's claim." *Id.*

In accordance with this doctrine, Defendants request that the Court consider the following documents, true and correct copies of which are attached hereto:

| DOCUMENT | EXHIBIT NO. | COMPLAINT PARAGRAPH |
|---|---|---|
| Transcript of Apple's November 1, 2018 Shareholder/Analyst Call | 1 | ¶¶ 18-20, 24, 26, 54-60, 66, 97 |
| *Apple cancels production boost for budget iPhone XR: sources*, published by the *Nikkei Asian Review* on November 5, 2018, and *available at* https://asia.nikkei.com/Business/Companies/Apple-cancels-production-boost-for-budget-iPhone-XR-sources | 2 | ¶¶ 27-28, 68-72, 98-101 |
| Letter from Tim Cook to Apple Investors, attached as Exhibit 99.1 to Apple's Form 8-K filed with the SEC on January 2, 2019 | 3 | ¶¶ 34-36, 82, 86, 95, 105 |

Each of these documents is extensively referenced in the Complaint (as shown above) and/or forms the basis of Plaintiff's claims.  Thus, the Court may consider these documents under the incorporation by reference doctrine.

**II.   THE COURT MAY TAKE JUDICIAL NOTICE OF SEC FILINGS**

Pursuant to Fed. R. Evid. 201, "[p]ublic records, such as SEC filings, are properly the subject of judicial notice, and routinely considered in deciding a motion to dismiss in a securities case."  *In re Extreme Networks, Inc. S'holder Derivative Litig.*, 573 F. Supp. 2d 1228, 1231 n.2 (N.D. Cal. 2008) (citations omitted); *In re Intel*, 2019 WL 1427660, at *7 ("SEC filings are routinely subject to judicial notice."); *see, e.g.*, *In re Violin Memory Sec. Litig.* 2014 WL 5525946, at *6 (N.D. Cal. Oct. 31, 2014) (Rogers, J.) (taking judicial notice of SEC filing that was not referred to in the complaint); *Dreiling v. Am. Express Co.*, 458 F.3d 942, 946 n.2 (9th Cir. 2006) (on motion to dismiss, courts may consider "any matter subject to judicial notice, such as SEC filings").

In accordance with this rule, Defendants request that the Court take judicial notice of excerpts of Apple's Form 10-Q filed with the SEC on January 30, 2019, a true and correct copy of which is attached hereto as Exhibit 4.

**CONCLUSION**

For the foregoing reasons, Defendants respectfully request that the Court take judicial notice of, and/or consider pursuant to the incorporation by reference doctrine and the legal

authorities cited herein, Exhibits 1 through 4 attached hereto, and consider them in connection with its adjudication of Defendants' contemporaneously filed Motion to Dismiss.

Dated: July 13, 2020                    ORRICK, HERRINGTON & SUTCLIFFE LLP


                                        _____
                                               */s/ James N. Kramer*
                                               James N. Kramer

                                        Attorneys for Defendants
                                        Apple Inc., Timothy Cook, and Luca Maestri

REQUEST FOR JUDICIAL NOTICE
C.A. No. 4:19-cv-02033-YGR