ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
KENNETH J. BLACK (291871)
HADIYA K. DESHMUKH (328118)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
        – and –
MARK SOLOMON (151949)
TOR GRONBORG (179109)
DANIELLE S. MYERS (259916)
JUAN CARLOS SANCHEZ (301834)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
torg@rgrdlaw.com
dmyers@rgrdlaw.com
jsanchez@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION | ) Case No. 4:19-cv-02033-YGR |
| | ) |
| | ) <u>CLASS ACTION</u> |
| | ) |
| This Document Relates To: | ) [PROPOSED] ORDER DENYING |
| | ) DEFENDANTS' MOTION TO DISMISS |
| ALL ACTIONS. | ) THE REVISED CONSOLIDATED CLASS |
| | ) ACTION COMPLAINT |

4824-1418-9509.v1

1  Defendants' Motion to Dismiss the Revised Consolidated Class Action Complaint (ECF No.
2  118) (the "Motion") came up on hearing on _____. All parties were represented by
3  counsel. This Court, having considered the papers submitted, and the oral arguments presented by
4  counsel, HEREBY ORDERS THAT:

5  For the reasons set forth in Lead Plaintiff's Opposition to Defendants' Motion to Dismiss the
6  Revised Consolidated Class Action Complaint, the Motion is DENIED.

7  IT IS SO ORDERED.

8  DATED: _____   _____
                                   HON. YVONNE GONZALEZ ROGERS
9                                  UNITED STATES DISTRICT JUDGE

[[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS THE REVISED
CONSOLIDATED CLASS ACTION COMPLAINT - 4:19-cv-02033-YGR                              - 1 -
4824-1418-9509.v1