UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION ⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺ This Document Relates To:     ALL ACTIONS. ⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺ | ) ) ) ) ) ) ) ) ) |  Case No. 4:19-cv-02033-YGR <u>CLASS ACTION</u>  [~~PROPOSE~~D] CASE MANAGEMENT ORDER |

4817-5058-8884.v1

On December 14, 2020, counsel for Lead Plaintiff Norfolk County Council as Administering Authority of the Norfolk Pension Fund and Defendants Apple Inc., Timothy D. Cook and Luca Maestri (collectively, the "Parties"), appeared before the Court for a Case Management Conference. Having considered the Parties' Joint Case Management Conference Statement (ECF No. 126) and discussion with the Parties' counsel at the Case Management Conference, the Court orders as follows:

| EVENT | DEADLINES |
|---|---|
| Rule 26(a)(1) Initial Disclosures | December 18, 2020 |
| Plaintiff's Motion for Class Certification | May 5, 2021 |
| Defendants' Opposition to Plaintiff's Motion for Class Certification | June 30, 2021 |
| Plaintiff's Reply in Support of Motion for Class Certification | August 13, 2021 |
| Hearing on Motion for Class Certification | September 14, 2021 (2:00 p.m.) |
| Substantial Completion of Document Discovery | January 14, 2022 |
| Fact Discovery Deadline | March 16, 2022 |
| Last Day to File a Motion to Amend Pleadings | May 5, 2021 |
| Rule 26(a)(2) Expert Disclosures | April 27, 2022 |
| Rebuttal Expert Disclosures | June 10, 2022 |
| Expert Depositions | June 24, 2022-July 22, 2022 |
| Last Day to File Request for Pre-filing Conference in Connection with Summary Judgment Motions | July 29, 2022 |
| Last Day to File Summary Judgment and *Daubert* Motions | September 9, 2022 |

\* \* \*

**O R D E R**

IT IS SO ORDERED.

DATED: December 22, 2022

_____
THE HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

4817-5058-8884.v1