UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

| **Date:** 12/14/2020 | **Time:** 2:00pm-2:20pm | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 19-cv-02033-YGR | **Case Name:** IN RE APPLE INC. SECURITIES LITIGATION | |

**Attorney for Plaintiff:** Shawn Williams
**Attorney for Defendant:** Alexander Talarides; James Kramer; Ariel Winawer and Carol Villegas

**Deputy Clerk:** Frances Stone                **Court Reporter:** Diane Skillman

PROCEEDINGS

INITIAL CMC- HELD

**Join Parties or Amend Pleadings:** 5/5/2021; after that date for good cause by Motions under FRCP Rule 16(b)(4)

**Plaintiff's Motion for Class Certification filed 5/5/2021**
**Defendant's Opposition filed 6/30/2021**
**Plaintiff's Reply filed 8/13/2021.**
**Hearing on Motion for Class Certification set 9/14/2021 at 2:00 PM.**

**Document Discovery Deadline 1/14/2022**
**Non-Expert Discovery Cutoff: 3/16/2022**
**Disclosure of Experts: All Experts, Retained and Non-Retained Must Provide Written Reports Compliant with FRCP 26(a)(2)(B):**
          Opening: 4/27/2022
           Rebuttal: 6/10/2022
**Expert Discovery Cutoff: 7/22/2022**
**Dispositive/Daubert Motions heard on 35 day notice ; filed by 9/9/2022**
**Last day to file request for Pre-filing Conference 7/29/2022.**
**The Court will provide a schedule for Cross-Motions at the Pre-filing Conference.**

**Notes:** Counsel to submit the proposed schedule in the "chart format" with dates given by the Court only up to the 9/9/2022 date on the chart.