JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     (415) 773-5700
Facsimile:      (415) 773-5759

Attorneys for Defendants
Apple Inc., Timothy D. Cook and Luca Maestri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION<br><br>_____<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | Lead Case No. 4:19-cv-02033-YGR<br><br>**NOTICE OF WITHDRAWAL AS COUNSEL OF MELINDA HAAG**<br><br>Judge: Yvonne Gonzalez Rogers |

1  PLEASE TAKE NOTICE, pursuant to Civil Local Rule 11-5(a), that Melinda Haag, counsel
2  for Defendants Apple Inc., Timothy D. Cook and Luca Maestri (collectively "Defendants"), hereby
3  requests to be withdrawn as counsel of record in the above-captioned matter due to an impending change
4  of law firm.
5  All other counsel from the law offices of Orrick, Herrington & Sutcliffe LLP who have
6  appeared in this matter will continue to represent Defendants.  Accordingly, the withdrawal of Ms. Haag
7  from this matter will impose no delay of the case nor will it prejudice any party.
8
9  Dated: January 21, 2021                                   ORRICK, HERRINGTON & SUTCLIFFE LLP
10
11                                                            */s/ James N. Kramer*
                                                              JAMES N. KRAMER
12
                                                              Attorneys for Defendants Apple Inc.,
13                                                            Timothy D. Cook and Luca Maestri

- 1 -

NOTICE OF WITHDRAWAL AS COUNSEL OF MELINDA HAAG