ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
KENNETH J. BLACK (291871)
HADIYA K. DESHMUKH (328118)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com

Lead Counsel for Lead Plaintiff

ORRICK, HERRINGTON & SUTCLIFFE LLP
JAMES N. KRAMER
ALEXANDER K. TALARIDES
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:  415/773-5700
jkramer@orrick.com
atalarides@orrick.com

Counsel for Defendants

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION | Case No. 4:19-cv-02033-YGR |
| | CLASS ACTION |
| This Document Relates To: | NOTICE OF [PROPOSED] STIPULATED PROTECTIVE ORDER |
| ALL ACTIONS. | |

4827-1322-2108.v1

1   PLEASE TAKE NOTICE that the parties hereby submit, subject to the Court's approval, this agreed upon [Proposed] Stipulated Protective Order ("Protective Order"), filed herewith as Attachment 1, governing the confidentiality of documents and information exchanged in the above referenced action.  The parties have agreed to its terms in order to facilitate the timely production of documents between the parties and from non-parties.

Pursuant to ¶12.1 of the Protective Order, the parties reserve the right to jointly or individually seek modification of the Protective Order to the extent they believe that any of its provisions improperly prevent the appropriate exchange and review of information designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" by any party or non-party to the action. The parties likewise reserve the right to oppose any such request to modify the Protective Order.

DATED:  February 12, 2021

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
DANIEL J. PFEFFERBAUM
KENNETH J. BLACK
HADIYA K. DESHMUKH


            s/ Shawn A. Williams
           SHAWN A. WILLIAMS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com

|   |   |
|---|---|
| 1 | |
| 2 | ROBBINS GELLER RUDMAN <br>   & DOWD LLP <br> MARK SOLOMON <br> TOR GRONBORG <br> DANIELLE S. MYERS <br> JUAN CARLOS SANCHEZ <br> 655 West Broadway, Suite 1900 <br> San Diego, CA  92101 <br> Telephone:  619/231-1058 <br> 619/231-7423 (fax) <br> marks@rgrdlaw.com <br> torg@rgrdlaw.com <br> dmyers@rgrdlaw.com <br> jsanchez@rgrdlaw.com <br><br> Lead Counsel for Lead Plaintiff <br><br> LABATON SUCHAROW <br> CAROL C. VILLEGAS <br> 140 Broadway <br> New York, NY 10005 <br> Telephone: 212/907-0700 <br> 212/883-7524 (fax) <br> cvillegas@labaton.com <br><br> Counsel to Employees' Retirement System of the State of Rhode Island |
| DATED:  February 12, 2021 | ORRICK, HERRINGTON & SUTCLIFFE LLP <br> JAMES N. KRAMER <br> ALEXANDER K. TALARIDES <br><br>       s/ James N. Kramer <br>       JAMES N. KRAMER <br><br> The Orrick Building <br> 405 Howard Street <br> San Francisco, CA 94105 <br> Telephone:  415/773-5700 <br> jkramer@orrick.com <br> atalarides@orrick.com <br><br> Counsel for Defendants |

NOTICE OF [PROPOSED] STIPULATED PROTECTIVE ORDER - 4:19-cv-02033-YGR   - 2 -
4827-1322-2108.v1

CERTIFICATE PURSUANT TO LOCAL RULE 5-1(i)(3)

I, Shawn A. Williams, am the ECF user whose identification and password are being used to file the Notice of [Proposed] Stipulated Protective Order. In compliance with Local Rule 5-1(i)(3), I hereby attest that James N. Kramer has concurred in this filing.

s/ Shawn A. Williams<br>
SHAWN A. WILLIAMS

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on February 12, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

       s/ Shawn A. Williams
SHAWN A. WILLIAMS
ROBBINS GELLER RUDMAN
    & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:  shawnw@rgrdlaw.com

4827-1322-2108.v1

# Mailing Information for a Case 4:19-cv-02033-YGR IN RE APPLE INC. SECURITIES LITIGATION

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Adam Marc Apton**
  aapton@zlk.com,Files@zlk.com

- **Kenneth Joseph Black**
  KennyB@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Mary K. Blasy**
  mblasy@rgrdlaw.com

- **Frank H. Busch**
  busch@wvbrlaw.com,johnson@wvbrlaw.com,pallister@wvbrlaw.com

- **Hadiya Khan Deshmukh**
  hdeshmukh@rgrdlaw.com

- **Christine M. Fox**
  cfox@labaton.com,ndonlon@labaton.com,lpina@labaton.com,electroniccasefilings@labaton.com,fmalonzo@labaton.com,6312349420@filings.docketbird.com

- **Tor Gronborg**
  torg@rgrdlaw.com

- **J Alexander Hood , II**
  ahood@pomlaw.com,tcrockett@pomlaw.com,abarbosa@pomlaw.com

- **James Neil Kramer**
  jkramer@orrick.com,lpatts@orrick.com,mwatkins@orrick.com,vmorse@orrick.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,tcrockett@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com,lpvega@pomlaw.com

- **Francis P. McConville**
  fmcconville@labaton.com,HChang@labaton.com,lpina@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,jalieberman@pomlaw.com,ahood@pomlaw.com,tcrockett@pomlaw.com,egoodman@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomla

- **Daniel Jacob Pfefferbaum**
  DPfefferbaum@rgrdlaw.com,dpfefferbaumRGRD@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Samuel H. Rudman**
  srudman@rgrdlaw.com

- **Juan Carlos Sanchez**
  jsanchez@rgrdlaw.com,e_file_SD@rgrdlaw.com

- **Mark Solomon**
  marks@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Alexander K. Talarides**
  atalarides@orrick.com,lpatts@orrick.com,casestream@ecf.courtdrive.com

- **Carol C. Villegas**
  cvillegas@labaton.com,ndonlon@labaton.com,5739893420@filings.docketbird.com,lpina@labaton.com,jchristie@labaton.com,acoquin@labaton.com,fmalonzo@laba

- **James Matthew Wagstaffe**
  wagstaffe@wvbrlaw.com,johnson@wvbrlaw.com

- **Steven Ray Wedeking , II**
  swedeking@robbinsllp.com,notice@robbinsllp.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,cbarrett@rgrdlaw.com,ShawnW@ecf.courtdrive.com,smorris@rgrdlaw.com,kennyb@rgrdlaw.com,e_file_sd@rgrdlaw.com,smorris@ecf.courtd

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`