UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Case No.: 19-CV-02033- YGR |
| | **ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR DISCOVERY** |

Pursuant to Local Rule 72-1 this matter is **REFERRED** to a magistrate judge for all discovery matters, including the pending discovery letter (Dkt. No. 131).  Hereafter, all further discovery matters shall be filed pursuant to the assigned Magistrate Judge's procedures.  The parties shall contact the courtroom deputy of the assigned Magistrate Judge for information about those procedures.  Information may also be available on the Court's website.

**IT IS SO ORDERED**.

Dated: February 12, 2021

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

cc: MagRef Email