

**Orrick, Herrington & Sutcliffe LLP**

The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669

+1 415 773 5700

**orrick.com**

**James N. Kramer**

E  jkramer@orrick.com
D  +1 415 773 5923
F  +1 415 773 5759

February 17, 2021

Hon. Joseph C. Spero
United States Magistrate Judge
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:     *In re Apple Inc. Securities Litigation*, No. 4:19-cv-02033-YGR-JCS

Dear Judge Spero:

I write on behalf of Defendants Apple Inc., Timothy Cook and Luca Maestri to respond to certain matters addressed in Plaintiff's February 10, 2021 letter to Judge Gonzalez Rogers concerning a discovery dispute between Plaintiff and non-party Hon Hai Precision Industry Co., Ltd. a/k/a Foxconn Technology Group's ("Foxconn"). *See* Dkt. No. 132.[1]

Plaintiff's letter suggests that Foxconn has refused to produce documents in response to a subpoena from Plaintiff on the purported basis that "Apple has not given 'permission' for Foxconn to produce anything." *Id.* at 1.  Apple submits this letter to make clear that, contrary to Plaintiff's suggestion, it has not asked, and is not asking, Foxconn to obtain Apple's "permission" to produce responsive materials.[2]  While Plaintiff quotes a portion of Foxconn's objections stating that Foxconn "will first need to obtain permission from Apple" before producing certain documents, *id.* at 2, Plaintiff's letter omits the preceding sentence, which makes clear that Foxconn's objection relates specifically to the production of "confidential, proprietary, commercial and/or competitive information, as well as trade secret information of Hon Hai and/or third parties, including but not limited to Apple."  The entry of the Stipulated Protective Order recently submitted by the parties (Dkt. No. 133) is sufficient to address any of Apple's concerns about the production of its confidential information by Foxconn.

As Apple conveyed to Plaintiff's counsel before they filed their letter, Apple has in no way sought to interfere with Plaintiff's attempts to obtain discovery from Foxconn or from any of the other 24 non-parties from whom Plaintiff has sought discovery to date.

Respectfully submitted,

*/s/ James N. Kramer*

James N. Kramer

---

[1] On February 12, 2021, this action was referred to Your Honor for all discovery matters.

[2] Foxconn declined to join Plaintiff's letter, taking the position that Judge Gonzalez Rogers's standing order regarding discovery disputes did not apply to Foxconn as a non-party.  *See* Dkt. No. 132 at 3.