UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM,<br><br>        Plaintiff,<br><br>    v.<br><br>APPLE INC., et al.,<br><br>        Defendants. | Case No.  19-cv-02033-YGR   (JCS)<br><br>**ORDER FOR BRIEFING AND CONTINUING MOTION HEARING** |

The Court finds that full briefing is necessary to resolve the disputes addressed in the February 1, 2021 joint discovery letter (dkt. no. 131).  Accordingly, the parties are requested to supply briefing as follows:  Plaintiff's motion to compel and supporting materials shall be filed by **March 5, 2021**.  Pegatron's Opposition papers shall be filed by **March 10, 2021**. Plaintiff's reply shall be filed by **March 15, 2021.**  The motion hearing currently set for **March 12, 2021** is continued to **March 26, 2021 at 9:30 a.m.**

   **IT IS SO ORDERED.**

Dated: February 26, 2021

JOSEPH C. SPERO
Chief Magistrate Judge