UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE APPLE INC. SECURITIES LITIGATION | Case No. 19-cv-02033-YGR   (JCS) **ORDER DENYING WITHOUT PREJUDICE MOTION TO EXPAND DEPOSITION LIMITS** Re: Dkt. No. 138 |
|---|---|

On March 3, 2021, the parties filed a joint letter in which plaintiff seeks to increase the deposition limit from ten (10) to twenty (20) (the "Motion").

The Motion is **denied without prejudice**. Plaintiff has not yet obtained defendant's documents, and has only taken only one (1) deposition. This is not a criticism. The Court only makes this point to emphasize that the Motion is premature. While it is likely that some expansion of the deposition limit will be appropriate, the plaintiff must make a showing that this specific discovery is proportionate to the needs of the case. Without documents, and with only one (1) deposition, plaintiff is not in a position to make that showing. Once document production has substantially begun, and some of the current limit of ten (10) depositions has been exhausted, the parties are **ORDERED** to meet and confer by Zoom video to agree on an appropriate expansion of the deposition limit.

**IT IS SO ORDERED.**

Dated: March 5, 2021

JOSEPH C. SPERO
Chief Magistrate Judge