ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
KENNETH J. BLACK (291871)
HADIYA K. DESHMUKH (328118)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
         – and –
MARK SOLOMON (151949)
TOR GRONBORG (179109)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
torg@rgrdlaw.com

Lead Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No. 4:19-cv-02033-YGR<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF DANIEL J. PFEFFERBAUM IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA *DUCES TECUM* TO PEGATRON CORPORATION<br><br>DATE:  March 26, 2021<br>TIME:  9:30 a.m.<br>CTRM:  F, 15th Floor<br>JUDGE: Hon. Joseph C. Spero |

4821-2104-4959.v1

1  I, DANIEL J. PFEFFERBAUM, declare as follows:

2  1.  I am an attorney duly licensed to practice before all of the courts of the State of California and before this District Court. I am a member of the law firm Robbins Geller Rudman & Dowd LLP, Lead Counsel for Lead Plaintiff in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto. This Declaration is made in support of Lead Plaintiff's Motion to Compel Compliance with Subpoena *Duces Tecum* to Pegatron Corporation.

2.  Attached are true and correct copies of the following exhibits:

Exhibit 1: *Pegatron Tech. Serv., Inc. v. Zurich Am. Ins. Co.*, No. 5:18-cv-01477-LHK, Plaintiff Pegatron Technology Service, Inc.'s Notice of Motion and Memorandum of Points and Authorities in Support of Partial Summary Judgment (N.D. Cal. Aug. 23, 2019);

Exhibit 2: *AFTG-TG, L.L.C. v. Nuvoton Technology Corporation*, No. 2:10-cv-00227-NDF, Brief in Support of Motion to Transfer (D. Wyo. Jan. 18, 2011);

Exhibit 3: *Nikkei Asia* article "Pegatron looks to cure its Apple smartphone dependency," dated June 24, 2019;

Exhibit 4: *Bloomberg* article "Inside One of the World's Most Secretive iPhone Factories," dated April 24, 2016;

Exhibit 5: Pegatron 2019 Annual Report, dated March 12, 2020;

Exhibit 6: *Business Insider* article "An Apple facility that repairs iPhones in California called 911 over 2,000 times in 4 months - and nobody knows how to stop it," dated March 27, 2018;

Exhibit 7: LinkedIn.com, Sabrina Guinn, Director of Security at Pegatron;

Exhibit 8: *Business Insider* article "These companies have most to lose in Apple's strategic 'insourcing' drive - ranked by revenues," dated April 17, 2017;

Exhibit 9: Capital Investment Management analyst report of Pegatron, dated August 15, 2018;

Exhibit 10: Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action with Schedule A to Pegatron Corporation, dated December 11, 2020;

Exhibit 11: Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action with Schedule A to Pegatron Corporation d/b/a Pegatron USA, Inc., dated December 11, 2020;

Exhibit 12: Proof of Service, Pegatron Corporation, dated December 14, 2020;

4821-2104-4959.v1

| | | |
|---|---|---|
| Exhibit 13: | Google Maps image of Pegatron Corporation location, 2811 Laguna Blvd., Elk Grove, CA 95758; |
| Exhibit 14: | *East Bay Times* article "Apple eyes big expansion in Elk Grove," dated September 8, 2015; |
| Exhibit 15: | Secretary of State, State of California Form SI-550 for Pegatron USA, Inc., dated January 30, 2019; |
| Exhibit 16: | Proof of Service, Pegatron Corporation c/o Pegatron USA, Inc., dated December 17, 2020; |
| Exhibit 17: | Objections and Responses to Subpoena to Non-Parties Pegatron Corporation, a Taiwanese Corporation and Pegatron USA, Inc., dated December 29, 2020; |
| Exhibit 18: | Apple Supplier Responsibility 2019 "Supplier List," dated 2019; |
| Exhibit 19: | Indeed.com "Pegatron Employee Reviews in Elk Grove, CA"; |
| Exhibit 20: | LinkedIn.com, Rebecca Chen, Accounting Manager at Pegatron; |
| Exhibit 21: | *Pegatron Corp. v. Otto LLC*, No. 18CIV02981, Judgment (Cal. Super. Ct. San Mateo Cnty. Sept. 20, 2018); |
| Exhibit 22: | *Pegatron Corp. v. Westinghouse Digit., LLC*, No. 30-2015-00786289-CU-BC-CJC, Minute Order (Cal. Super. Ct. Orange Cnty. Aug. 6, 2015); |
| Exhibit 23: | *In re: Lithium Ion Batteries Antitrust Litig.*, No. 4:13-md-02420-YGR, Transcript of Proceedings of the Official Electronic Sound Recording (N.D. Cal. Oct. 5, 2017); |
| Exhibit 24: | *Qualcomm Inc. v. Compal Elec., Inc.*, No. 3:17-cv-01010-GPC-MDD, Third-Party Complaint of Defendant Pegatron Corporation for Contractual Indemnity (S.D. Cal. July 17, 2017); |
| Exhibit 25: | *Via Licensing Corp. v. Pegatron Corp.*, No. 4:15-cv-04086-JSW, Notice and Acknowledgment of Receipt of Summons and Complaint (N.D. Cal. Oct. 27, 2015); |
| Exhibit 26: | *Via Licensing Corp. v. Pegatron Corp.*, No. 4:15-cv-04086-JSW, Defendants Pegatron Corporation, Pegatron Technology Service Inc. and Unihan Corporation's Notice of Motion and Motion to Dismiss Count III of the Complaint; Memorandum of Points and Authorities (N.D. Cal. Dec. 15, 2015); |
| Exhibit 27: | *National Union Fire Ins. Co. of Pittsburgh, Pa. v. Pegatron Corp.*, No. 1:18-cv-03701-ELR, Answer (N.D. Ga. Dec. 3, 2018); |
| Exhibit 28: | *National Union Fire Ins. Co. of Pittsburgh, Pa. v. Pegatron Corp.*, No. 1:18-cv-03701-ELR, Joint Preliminary Report and Discovery Plan (N.D. Ga. Dec. 27, 2018); and |
| Exhibit 29: | *Pegatron Tech. Serv. Inc. v. Am. Guarantee & Liab. Co.*, No. 5:18-cv-01477-LHK (VKD), Order re May 28, 2019 Joint Discovery Dispute Letter (N.D. Cal. June 3, 2019). |

4821-2104-4959.v1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 5th day of March, 2021, at San Francisco, California.

                                                      s/ Daniel J. Pfefferbaum
                                                     DANIEL J. PFEFFERBAUM

4821-2104-4959.v1