# EXHIBIT 7



Join now    Sign in



## Sabrina Guinn

Director Of Security at Pegatron

Sacramento, California Area · 351 connections

Pegatron 

Join to Connect

## About

Corporate Security

## Activity



We owe them a great debt of gratitude. They are on the front line in this war against the Corona Virus. Next time you see a nurse, please say thank...

Liked by Sabrina Guinn



Orderful nabs $10M from A16Z to modernise the B2B supply chain network

Liked by Sabrina Guinn



culture, warm....

Liked by **Sabrina Guinn**

Join now to see all activity

## Experience



**Director Of Security**

Pegatron

Jul 2016 - Present · 4 years 9 months

Elk Grove, California

Responsible for insuring Pegatron Corporation a direct supplier of Apple, appropriately manages all security risks, including zero loss and zero disclosure, to include physical and intellectual property. Responsible for the safety and security of over 1000 employees to include managing and scheduling a security team that is comprised of over 60 individuals. Responsible for training and implementing the security guidelines, procedures and post orders for each position. Responsible for budgeting and billing of $2.5 million dollar security contract for Pegatron/Apple's security needs. Assist and direct the security staff with building emergencies and all evacuation compliance drills. Responsible for all investigations, including video investigations, investigative employee interviews, working with local law enforcement and other corporate security investigators.

Show less ⌃



**Licensed Real Estate Agent**

Interwest Brokerage Group

Dec 1998 - Dec 2018 · 20 years 1 month

Sacramento, California Area

As a professional Realtor, I have managed more than 190 REO listings and sales for one of Sacramento's top agents. Represented buyers and sellers in all capacities from listing to closing. Facilitated contracts and negotiations between buyers, sellers, and financial institutions. I currently have my License with Interwest Brokerage Group.

**President/CEO**



Join now   Sign in

Citrus Heights, CA

Overall management of private security firm to include: contract acquisition, staffing, training, development of emergency preparedness plan, budgeting, financial management, scheduling, and record keeping. I was responsible for planning and coordinating security services for all entities under contract. This was conducted at a high-security facility operated by the Joint Powers Authority and the Northern California Regional Public Safety Training Authority, which consists of The Sacramento…

Show more

### Insurance Agent

Farmers Insurance Agent Producer

2014 - Oct 2015 · 1 year

Sacramento, California Area

specializing in Auto, Home, and Commercial insurance. Dedicated to give you great service, to match you to the right level of insurance at the right cost.

### Security Sergeant

Trinity Protection Services

Dec 2007 - Jun 2012 · 4 years 7 months

McClellan, CA

Northern California Regional Public Safety Training Authority and Homeland Security as a Security Guard. My duties include . Monitoring the traffic coming in and out of the building. Maintaining the safety and security of the staff which consists of 11 departments. Managing the needs of the tenants ie. HVAC problems, maintenance of the building and making sure we notify the proper maintenance contractors for immediate service to all facets of the facility.

### Correctional Officer

Cailfornia Department of Corrections and Rehabilitations

Jan 1993 - Jan 2000 · 7 years 1 month

Vacaville

My duties included managing inmate traffic and overseeing inmate workers. I was a culinary officer for 2 years with 125 inmate workers and 25 free staff employees. I was

    Join now    Sign in

inmate counts, key and equipment control and in charge of directing all staff to the proper areas for emergencies. I was and Search and Escape Detail Officer for…

Show more

---

## Volunteer Experience

### Certified Master Food Preserver

University of California Cooperative Extension

Apr 2014

Health

---

## Languages

**English**

-

---

## Groups

**Homeland Security**

-

**Insurance Agents Questions and Answers**

-

---

## Recommendations

A preview of what LinkedIn members have to say about Sabrina:

> I worked with Sabrina as a buyers agent on one of her properties. I found her to be very easy to work with, cooperative and hard working. She excels at problem solving and communication. I really enjoyed working with her and hope to do so in the future.

 Join now | Sign in

Join now to view

## View Sabrina's full profile

- See who you know in common
- Get introduced
- Contact Sabrina directly

Join to view full profile

## People also viewed


**Iran Chen**
Manager
Elk Grove, CA


**Chronilyn Erespe**
Industrial Engineer
Greater Sacramento


**Aqsa Majid**
Industrial Engineer at Pegatron Corp
Sacramento, CA


**Nhan Trinh**
Mechanical Engineer at Pegatron
Sacramento, CA


**Stephen Hill**
Test Engineering Team Lead at Pegatron
Davis, CA


**Kambiz Eqbal**
Industrial Engineer at Pegatron Corp; Space Exploration Advocate, and member of 'The Mars Society'
Elk Grove, CA



Greater Sacramento


**anudeep gurram**
Operations Test Engineer at Pegatron
Greater Sacramento


**Nicholas Alexander**
Test Engineer at Pegatron
Sacramento, CA


**Sean Lai, MBA**
Passion, Focus, and Duty.
Sacramento, CA

Show more profiles ⌄

## Others named **Sabrina Guinn**


**Sabrina Guinn**
-
Citrus Heights, CA


**Sabrina Guinn**
Realtor at IBG Asset Management Inc.
Citrus Heights, CA


**Sabrina Guinn**
--
United States


**Sabrina Guinn**
Special Education Substitute Teacher at WCDE
Telford, TN

4 others named Sabrina Guinn are on LinkedIn

See others named **Sabrina Guinn**

## Add new skills with these courses

 Join now  Sign in

CCSP Cert Prep: 5 Cloud Security Operations Audio Review

Cybersecurity Foundations

See all courses

## Sabrina's public profile badge

Include this LinkedIn profile on other websites

**Sabrina Guinn**
Director Of Security at Pegatron

Director Of Security at Pegatron

View profile

View profile badges

© 2021                                About
Accessibility                         User Agreement
Privacy Policy                        Cookie Policy
Copyright Policy                      Brand Policy
Guest Controls                        Community Guidelines
Language