# EXHIBIT 9



Company Report

| Aug 15 2018 | |
|---|---|
| Close (NTD) | 67.20 |
| 3M target price (NTD) | - - |
| 12M target price (NTD) | - - |
| **Last report date, rating, previous close** | |
| 05/16/2018    NEUTRAL    66.60 | |

| Company information | |
|---|---|
| Paid-in capital (NTD mn) | 26,132 |
| Market cap (NTD bn) | 175.6 |
| BVPS (NTD) | 56.36 |
| FINI holding (%) | 42.55 |
| Local fund holding (%) | 1.30 |
| Major shareholders (%) | 3.83 |
| Margin buying ('000 shrs) | 14,558 |
| Cash Div. Payout Ratio (%) | 70.70 |

**Product mix**



Others 9%
IT 12%
Consumer 14%
Communications 65%

**Share performance relative to TAIEX**

# Pegatron (4938 TT)                    **NEUTRAL**

### Catalyzed by the assembly business of new LCD iPhone in 3Q18

■ **Key takeaways:**

(1) <u>**Recommendation**</u>: Pegatron's 2Q18 earnings exceeded our forecast. However, 2Q18 earnings were mainly catalyzed by non-operating FX gains. 2Q18 GM remained weak, implying that Pegatron's core business missed expectation. We expect 2H18 revenue/earnings to notably recover on the contribution from the assembly business of new LCD iPhone. Nevertheless, as negative factors related to GM may persist in 2H18, we revise down 2H18 GM/earnings estimates and maintain NEUTRAL.

(2) <u>**2Q18 GM remained under notable pressure**</u>: Due to the typical low season, 2Q18 revenue edged down QoQ to NTD271.2bn (+12.84% YoY; -3.43% QoQ), meeting expectation. In particular, the communications segment posted the largest decline (-12% QoQ) due to iPhone transition and the market's relatively weak demand in 2Q18. 2Q18 GM dropped again to 3.23%, which was significantly below our prior forecast of 3.47% and the market estimate of ~3.50%. Lower GM indicated the following negative factors: (a) intensified competition among peers; (b) price hikes of key components; (c) Pegatron's subsidiary **Casetek-KY (5264 TT)** posted sluggish profitability as its losses widened again in 2Q18. Consequently, 2Q18 operating profit slumped to NTD1.638bn (-63% YoY; -24% QoQ). Although its core business underperformed, Pegatron was catalyzed by the depreciation of NTD, which contributed substantial FX gains of NTD1.011bn in 2Q18 and notably boosted Pegatron's earnings. 2Q18 EPS reached NTD1.12, exceeding our/market forecasts.

(3) <u>**Catalyzed by the launch of a new iPhone model, 2H18 earnings are forecasted to increase notably**</u>: Regarding 3Q18 outlook, Pegatron's shipment of NB is estimated to grow 15~20% QoQ due to the launch of new models. 3Q18 non-IT applications are also forecasted to recover and grow QoQ. Apple is expected to launch two OLED models and one LCD model of iPhone in 2H18. The market widely expects Pegatron to become one of the major assemblers of the new 6.1-inch LCD model. As Pegatron's iPhone shipment is forecasted to increase starting from 3Q18 on its rising OEM proportion, its 3Q18 communications revenue and overall revenue are forecasted to surge accordingly. Furthermore, 2H18 GM is estimated to rebound significantly on Pegatron's notably higher capacity utilization rate. Hence, 2H18 earnings are forecasted to surge HoH. FY18 revenue is estimated at NTD1.34trn (+12.58% YoY) with EPS of NTD6.01.



Company Report

| (Unit: NTD mn) | 2016 | 2017 | 2018F | 1Q17 | 2Q17 | 3Q17 | 4Q17 | 1Q18 | 2Q18F | 3Q18F | 4Q18F | 1Q19F |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | 1,157,710 | 1,193,809 | 1,344,039 | 238,999 | 240,380 | 336,868 | 377,561 | 280,893 | 271,256 | 361,399 | 430,490 | 328,819 |
| Gross profit | 63,067 | 46,670 | 47,449 | 11,961 | 11,104 | 11,557 | 12,047 | 9,201 | 8,773 | 13,303 | 16,172 | 11,732 |
| Operating profit | 32,414 | 18,999 | 17,928 | 5,577 | 4,386 | 4,388 | 4,648 | 2,150 | 1,638 | 5,956 | 8,184 | 4,235 |
| Net profit | 19,340 | 14,683 | 15,714 | 3,882 | 3,437 | 3,639 | 3,725 | 2,079 | 2,933 | 4,602 | 6,100 | 3,271 |
| EPS (NTD) | 7.40 | 5.62 | 6.01 | 1.49 | 1.32 | 1.39 | 1.43 | 0.80 | 1.12 | 1.76 | 2.33 | 1.25 |
| Gross margin (%) | 5.45% | 3.91% | 3.53% | 5.00% | 4.62% | 3.43% | 3.19% | 3.28% | 3.23% | 3.68% | 3.76% | 3.57% |
| Operating margin (%) | 2.80% | 1.59% | 1.33% | 2.33% | 1.82% | 1.30% | 1.23% | 0.77% | 0.60% | 1.65% | 1.90% | 1.29% |
| Net margin (%) | 1.67% | 1.23% | 1.17% | 1.62% | 1.43% | 1.08% | 0.99% | 0.74% | 1.08% | 1.27% | 1.42% | 0.99% |
| Sales YoY/QoQ (%) | -4.61% | 3.12% | 12.58% | -33.70% | 0.58% | 40.14% | 12.08% | -25.60% | -3.43% | 33.23% | 19.12% | -23.62% |
| Net profit YoY/QoQ (%) | -18.78% | -24.08% | 7.03% | -33.83% | -11.44% | 5.88% | 2.34% | -44.18% | 41.06% | 56.91% | 32.55% | -46.38% |

Source: CMoney; Capital Securities          Note: EPS estimate is based on paid-in capital of NTD26.132bn

■ **Pegatron serves as a major OEM of iPhone**

Pegatron is one of Taiwan's top five NB ODM and one of **APPLE's (AAPL US)** major iPhone OEM. Pegatron also provides comprehensive assembly services for IT, communications and consumer products. Its IT products include NB, DT and MB with **Asustek (2357 TT), Acer (2353 TT),** etc. as major clients. In particular, Asustek is Pegatron's largest client. Pegatron's communications products focus on iPhone, which accounts for 50~60% of total revenue. Pegatron also penetrates into non-Apple handsets and networking products like STB. At the moment, Pegatron's revenue mainly comes from the communications segment. The consumer segment focuses on tablet and game console with products like **Microsoft's (MSFT US)** Surface-series 2-in-1 tablet and Xbox. FY17 revenue breakdown was as follows: IT 13.4%; communications 66.4%; consumer 12.0%; others 8.2%. 1Q18 revenue breakdown was as follows: IT 12%; communications 71%; consumer 9%; others 8%. 2Q18 revenue breakdown was as follows: IT 12%; communications 65%; consumer 14%; others 9%.

**Exhibit 1: Pegatron's revenue breakdown**



Source: Pegatron



Company Report

- **GM started to decline notably since 2H17; negative factors related to GM persisted in 1H18**

(1) Pegatron's FY17 revenue continued growing. However, FY17 earnings notably declined YoY as Pegatron's GM plunged YoY from ~5.45% in FY16 to 3.91% in FY17. Accordingly, FY17 operating margin and net margin both declined YoY. FY17 EPS was merely NTD5.62 (vs. FY16 EPS of NTD7.40). FY17 GM fell due to the following: (a) the competition among peers remained fierce; although the handset market's growth rate gradually decelerated, Pegatron's peers continued expanding capacity; hence, Pegatron's overall capacity utilization rate could not improve effectively; (b) NTD continued to appreciate since FY17, weighing on Pegatron's revenue and gross profit; NTD appreciation also led to FX loss of around NTD1.56bn; (c) the prices of key components like memory and passive components continued to rise since FY16, leading to higher production costs; (d) Pegatron's production costs increased as China's labor costs have steadily increased every year; (e) investee companies' earnings declined notably; FY17 GM/earnings of **Kinsus Interconnect (3189 TT)** and Casetek-KY, which are Pegatron's major subsidiaries, substantially declined YoY, significantly weighing on Pegatron's consolidated earnings.

(2) Catalyzed by new products, Pegatron's MVA (manufacturing value added) increased somewhat in recent years. However, higher MVA could not offset Pegatron's higher production costs. Therefore, Pegatron's GM fell substantially in 3Q17 (GM of 3.43%) and 4Q17 (GM of 3.19%). Negative factors related GM also persisted in 1H18. Although the YoY growth of 1H18 revenue remained robust, 1H18 GM remained weak.

**Exhibit 2: Pegatron's revenue and GM in recent quarters**



Source: Pegatron



- **2Q18 GM remained under notable pressure**

  Due to the typical low season, 2Q18 revenue edged down QoQ to NTD271.2bn (+12.84% YoY; -3.43% QoQ), meeting expectation. In particular, the communications segment posted the largest decline (-12% QoQ) due to iPhone transition and the market's relatively weak demand in 2Q18. 2Q18 GM dropped again to 3.23%, which was significantly below our prior forecast of 3.47% and the market estimate of ~3.50%. Lower GM indicated the following negative factors: (a) intensified competition among peers; (b) price hikes of key components; (c) Pegatron's subsidiary Casetek-KY (5264 TT) posted sluggish profitability as its losses widened again in 2Q18. Consequently, 2Q18 operating profit slumped to NTD1.638bn (-63% YoY; -24% QoQ). Although its core business underperformed, Pegatron was catalyzed by the depreciation of NTD, which contributed substantial FX gains of NTD1.011bn in 2Q18 and notably boosted Pegatron's earnings. 2Q18 EPS reached NTD1.12, exceeding our/market forecasts.

- **Due to Pegatron's rising supply proportion to a new iPhone model, its 2H18 earnings are forecasted to notably increase**

  Apple launched an OLED smartphone (iPhone X) for the first time in 2017. However, Pegatron did not tap into the supply chain of iPhone X. Apple is expected to launch two OLED models and one LCD model of iPhone in 2H18. The market widely expects Pegatron to become one of the major assemblers of the new 6.1-inch LCD model. As Pegatron's iPhone shipment is forecasted to increase starting from 3Q18 on its rising OEM proportion, its 3Q18 communications revenue and overall revenue are forecasted to surge accordingly. Furthermore, 2H18 GM is estimated to rebound significantly on Pegatron's notably higher capacity utilization rate. 3Q18 and 4Q18 GM are estimated at 3.68% and 3.76%, respectively. Hence, 2H18 earnings are forecasted to surge HoH. FY18 revenue is estimated at NTD1.34trn (+12.58% YoY) with EPS of NTD6.01.

- **Casetek-KY, which is Pegatron's investee company and a casing maker, may post lower earnings in FY18, weighing on Pegatron's overall revenue/earnings**

  Pegatron's FY18 capex (including that of its subsidiaries) is estimated at around USD1.0bn. Among Pegatron's own capex of USD350mn~400mn, around USD110mn is forecasted to be spent on the following: (a) around USD75.00mn for the procurement of its Xindian plant; (b) around USD35.00mn for the construction of a R&D building. The balance of USD600mn~650mn is allocated as its subsidiaries' capex. Regarding its subsidiary Casetek-KY, as Casetek-KY has actively competed for the US client's orders recently, it continues expanding its capex. However, its GM has declined since 4Q17 due to the following: (a) the



price-cutting pressure on NB/tablet casing; (b) rising costs of new product development. GM of Casetek-KY dropped QoQ from 17.48% in 3Q17 to 11.11% in 4Q17. Its 1Q18 GM dropped further to 1.54%. Casetek-KY turned from profit to loss with 1Q18 LPS of NTD1.18. Its 2Q18 performance deteriorated further with GM dropping to -5.82%, leading to persistently larger losses (2Q18 LPS was NTD2.20). As Casetek-KY is expected to penetrate into the supply chain of iPhone casing, its 2H18 revenue may increase accordingly. However, the GM improvement still requires observation as 2H18 GM may be affected by yield rates of new products. We and the market forecast FY18 earnings of Casetek-KY to notably decline YoY. Therefore, Casetek-KY may negatively affect Pegatron's FY18 earnings. Thus, Casetek-KY may cast uncertainty over Pegatron in FY18.

**Exhibit 3: Revenue/earnings summary of Casetek-KY in recent quarters**

| Quarter | Revenue (NTD mn) | GM | Operating profit (NTD mn) | Operating margin | Net profit (NTD mn) | EPS (NTD) |
|---------|------------------|--------|---------------------------|------------------|---------------------|-----------|
| 1Q17 | 6,339 | 16.03% | 328 | 5.18% | 342 | 1.01 |
| 2Q17 | 7,872 | 13.90% | 491 | 6.24% | 374 | 1.10 |
| 3Q17 | 9,152 | 17.48% | 885 | 9.67% | 655 | 1.93 |
| 4Q17 | 9,891 | 11.11% | 334 | 3.37% | 286 | 0.84 |
| 1Q18 | 6,540 | 1.54% | -692 | -10.59% | -496 | -1.28 |
| 2Q18 | 6,088 | -5.82% | -1,120 | -18.40% | -924 | -2.20 |

Source: Casetek-KY

■ **Recommendation**

Pegatron's 2Q18 earnings exceeded our forecast. However, 2Q18 earnings were mainly catalyzed by non-operating FX gains. 2Q18 GM remained weak, implying that Pegatron's core business missed expectation. We expect 2H18 revenue/earnings to notably recover on the contribution from the assembly business of new LCD iPhone. Nevertheless, as negative factors related to GM may persist in 2H18, we revise down 2H18 GM/earnings estimates and maintain NEUTRAL.



Company Report

**Exhibit 4: Forward PE Band**



Source: CMoney; Capital Securities

**Exhibit 5: Forward PB Band**



Source: CMoney; Capital Securities



Company Report

## Balance sheet

| (NTD mn) | 2014 | 2015 | 2016 | 2017 | 2018F |
|---|---|---|---|---|---|
| **Assets** | **457,093** | **476,087** | **443,945** | **488,236** | **502,495** |
| Current assets | 369,603 | 390,403 | 364,226 | 395,399 | 404,624 |
| Cash & cash equivalents | 107,689 | 102,561 | 108,713 | 107,444 | 115,139 |
| Accounts receivable | 129,863 | 120,030 | 93,316 | 149,414 | 152,534 |
| Inventories | 95,630 | 118,165 | 107,319 | 123,875 | 128,338 |
| Investments in equity method | 490 | 424 | 363 | 504 | 521 |
| Property, plant and equipment | 72,898 | 71,038 | 66,861 | 78,075 | 82,575 |
| **Liabilities** | **282,222** | **283,748** | **261,923** | **308,512** | **316,385** |
| Current liabilities | 264,997 | 267,707 | 254,237 | 291,327 | 295,346 |
| Accounts payable | 174,768 | 161,147 | 171,266 | 186,896 | 189,648 |
| Non-current liabilities | 17,224 | 16,041 | 7,686 | 17,185 | 18,288 |
| **Shareholders' equity** | **174,871** | **192,339** | **182,022** | **179,724** | **186,109** |
| Ordinary share capital | 23,679 | 26,030 | 25,752 | 26,141 | 26,141 |
| Retained earnings | 29,325 | 42,655 | 48,105 | 49,976 | 56,362 |
| Equity attributable to equity holders of the parent | 133,671 | 150,380 | 148,270 | 145,976 | 151,233 |
| **Liabilities & shareholders' equity** | **457,093** | **476,087** | **443,945** | **488,236** | **502,495** |

## Income statement

| (NTD mn) | 2014 | 2015 | 2016 | 2017 | 2018F |
|---|---|---|---|---|---|
| **Revenue** | 1,019,739 | 1,213,713 | 1,157,710 | 1,193,809 | 1,344,039 |
| Cost of sales | 960,283 | 1,138,438 | 1,094,643 | 1,147,139 | 1,296,590 |
| **Gross profit** | 59,455 | 75,275 | 63,067 | 46,670 | 47,449 |
| Operating expenses | 31,135 | 35,600 | 30,653 | 27,671 | 29,520 |
| **Operating profit** | 28,321 | 39,675 | 32,414 | 18,999 | 17,928 |
| **EBITDA** | 39,114 | 52,157 | 41,847 | 32,974 | 29,359 |
| Non-operating items | -2,058 | -489 | -3,334 | 1,414 | 2,804 |
| Pre-tax profit | 26,262 | 39,186 | 29,080 | 20,413 | 20,732 |
| Income taxes | 7,334 | 10,314 | 6,942 | 4,398 | 3,891 |
| Net income | 14,658 | 23,812 | 19,340 | 14,683 | 15,714 |
| Basic EPS (NTD) | 5.61 | 9.11 | 7.40 | 5.62 | 6.01 |
| Diluted EPS (NTD) | 5.61 | 9.11 | 7.40 | 5.62 | 6.01 |

Note: Basic EPS estimate is based on paid-in capital of NTD26.132bn
Diluted EPS estimate is based on paid-in capital of NTD26.132bn

## Cash flow statement

| (NTD mn) | 2014 | 2015 | 2016 | 2017 | 2018F |
|---|---|---|---|---|---|
| **Operating cash flows** | 49,566 | 9,972 | 71,831 | 18,824 | 38,910 |
| Net income | 26,262 | 39,186 | 29,080 | 20,413 | 20,732 |
| Depreciation & amortization | 13,762 | 13,695 | 12,912 | 13,109 | 15,689 |
| Increase in working capital | -1,763 | -26,323 | 47,679 | -57,023 | -4,832 |
| Other operating cash flows | 11,304 | -16,586 | -17,840 | 42,325 | 7,321 |
| **Investing cash flows** | -9,318 | -12,753 | -20,431 | -27,165 | -30,562 |
| Capital expenditures | -9,612 | -14,283 | -16,242 | -26,817 | -30,000 |
| Increase in long-term investments | -362 | 1,271 | -7,348 | 69 | -46 |
| Other investing cash flows | 657 | 258 | 3,158 | -417 | -515 |
| **Financing cash flows** | -9,570 | -2,693 | -40,870 | 11,266 | -653 |
| Increase in long-term borrowings | -8,649 | -6,903 | -9,820 | 10,081 | 1,103 |
| Cash proceeds from issuing shares | 0 | 0 | 0 | 0 | 0 |
| Payment of cash dividends | -10,130 | -12,840 | -15,172 | -14,432 | -10,456 |
| Other financing cash flows | 9,209 | 17,050 | -15,878 | 15,617 | 8,700 |
| **Increase in cash & cash equivalents** | 33,427 | -5,127 | 6,152 | -1,269 | 7,695 |
| **Cash & cash equivalents - year begin** | 74,261 | 107,689 | 102,561 | 108,713 | 107,444 |
| **Cash & cash equivalents - year end** | 107,689 | 102,561 | 108,713 | 107,444 | 115,139 |

Source: CMoney; Capital Securities

## Ratio analysis

| (NTD mn) | 2014 | 2015 | 2016 | 2017 | 2018F |
|---|---|---|---|---|---|
| **Growth analysis (%)** | | | | | |
| Revenue | 7.37% | 19.02% | -4.61% | 3.12% | 12.58% |
| Gross profit | 30.62% | 26.61% | -16.22% | -26.00% | 1.67% |
| Operating profit | 81.81% | 40.09% | -18.30% | -41.39% | -5.63% |
| Net income | 53.42% | 62.45% | -18.78% | -24.08% | 7.03% |
| **Profitability analysis (%)** | | | | | |
| Gross margin | 5.83% | 6.20% | 5.45% | 3.91% | 3.53% |
| EBITDA margin | 3.84% | 4.30% | 3.61% | 2.76% | 2.18% |
| Operating margin | 2.78% | 3.27% | 2.80% | 1.59% | 1.33% |
| Net margin | 1.44% | 1.96% | 1.67% | 1.23% | 1.17% |
| Return on asset | 3.21% | 5.00% | 4.36% | 3.01% | 3.13% |
| Return on equity | 8.38% | 12.38% | 10.62% | 8.17% | 8.44% |
| **Debt & liquidity analysis** | | | | | |
| Debt ratio | 61.74% | 59.60% | 59.00% | 63.19% | 62.96% |
| Debt-to-equity ratio | 161.39% | 147.53% | 143.90% | 171.66% | 170.00% |
| Current ratio | 139.47% | 145.83% | 143.26% | 135.72% | 137.00% |
| **Activity analysis** | | | | | |
| Inventory days | 37.86 | 34.27 | 37.59 | 36.78 | 35.50 |
| Accounts receivable days | 41.86 | 37.58 | 33.63 | 37.11 | 41.00 |

---

*337*



**Quarterly income statement**

| (NTD mn) | 4Q16 | 1Q17 | 2Q17 | 3Q17 | 4Q17 | 1Q18 | 2Q18F | 3Q18F | 4Q18F | 1Q19F | 2Q19F | 3Q19F |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | 360,484 | 238,999 | 240,380 | 336,868 | 377,561 | 280,893 | 271,256 | 361,399 | 430,490 | 328,819 | 287,071 | 420,745 |
| Cost of sales | 343,354 | 227,038 | 229,276 | 325,311 | 365,514 | 271,692 | 262,483 | 348,096 | 414,319 | 317,087 | 276,990 | 404,796 |
| Gross profit | 17,130 | 11,961 | 11,104 | 11,557 | 12,047 | 9,201 | 8,773 | 13,303 | 16,172 | 11,732 | 10,081 | 15,949 |
| Operating expenses | 8,103 | 6,384 | 6,718 | 7,170 | 7,399 | 7,051 | 7,135 | 7,347 | 7,988 | 7,497 | 7,292 | 7,826 |
| Operating profit | 9,027 | 5,577 | 4,386 | 4,388 | 4,648 | 2,150 | 1,638 | 5,956 | 8,184 | 4,235 | 2,789 | 8,123 |
| Non-operating items | -33 | -469 | 479 | 555 | 849 | 137 | 1,605 | 581 | 481 | 411 | 481 | 451 |
| Pre-tax profit | 8,994 | 5,108 | 4,865 | 4,943 | 5,497 | 2,287 | 3,243 | 6,537 | 8,665 | 4,646 | 3,270 | 8,574 |
| Income taxes | 2,355 | 954 | 1,180 | 742 | 1,523 | 326 | 524 | 1,307 | 1,733 | 929 | 838 | 1,715 |
| Net profit | 5,866 | 3,882 | 3,437 | 3,639 | 3,725 | 2,079 | 2,933 | 4,602 | 6,100 | 3,271 | 2,140 | 6,036 |
| Paid-in capital | 26,132 | 26,132 | 26,132 | 26,132 | 26,132 | 26,132 | 26,132 | 26,132 | 26,132 | 26,132 | 26,132 | 26,132 |
| EPS (NTD) | 2.24 | 1.49 | 1.32 | 1.39 | 1.43 | 0.80 | 1.12 | 1.76 | 2.33 | 1.25 | 0.82 | 2.31 |
| **Operating efficiency** | | | | | | | | | | | | |
| Gross margin (%) | 4.75% | 5.00% | 4.62% | 3.43% | 3.19% | 3.28% | 3.23% | 3.68% | 3.76% | 3.57% | 3.51% | 3.79% |
| Operating margin (%) | 2.50% | 2.33% | 1.82% | 1.30% | 1.23% | 0.77% | 0.60% | 1.65% | 1.90% | 1.29% | 0.97% | 1.93% |
| Net margin (%) | 1.63% | 1.62% | 1.43% | 1.08% | 0.99% | 0.74% | 1.08% | 1.27% | 1.42% | 0.99% | 0.75% | 1.43% |
| **QoQ (%)** | | | | | | | | | | | | |
| Sales | 14.01% | -33.70% | 0.58% | 40.14% | 12.08% | -25.60% | -3.43% | 33.23% | 19.12% | -23.62% | -12.70% | 46.56% |
| Operating profit | 15.51% | -38.22% | -21.36% | 0.04% | 5.93% | -53.74% | -23.81% | 263.59% | 37.40% | -48.25% | -34.13% | 191.21% |
| Pre-tax profit | 36.16% | -43.21% | -4.75% | 1.60% | 11.21% | -58.39% | 41.80% | 101.57% | 32.55% | -46.38% | -29.61% | 162.17% |
| Net profit | 9.02% | -33.83% | -11.44% | 5.88% | 2.34% | -44.18% | 41.06% | 56.91% | 32.55% | -46.38% | -34.57% | 182.05% |
| **YoY (%)** | | | | | | | | | | | | |
| Sales | -12.50% | -6.78% | 7.00% | 6.54% | 4.74% | 17.53% | 12.84% | 7.28% | 14.02% | 17.06% | 5.83% | 16.42% |
| Operating profit | -31.75% | -17.69% | -50.14% | -43.86% | -48.51% | -61.45% | -62.65% | 35.75% | 76.08% | 96.96% | 70.28% | 36.38% |
| Pre-tax profit | -24.70% | -21.43% | -30.29% | -25.17% | -38.88% | -55.22% | -33.34% | 32.25% | 57.63% | 103.13% | 0.84% | 31.16% |
| Net profit | -13.92% | -5.46% | -13.80% | -32.36% | -36.51% | -46.43% | -14.68% | 26.45% | 63.78% | 57.31% | -27.03% | 31.16% |

Source: CMoney; Capital Securities

Note: EPS estimate is based on paid-in capital of NTD26.132bn



Company Report

| STOCK RATING |
| --- |
| **STRONG BUY** |
| Based on the last closing price prior to our initial STRONG BUY recommendation, our 3-month target price implies upside exceeding or equal to 35%. |
| **BUY** |
| Based on the last closing price prior to our initial BUY recommendation, our 3-month target price implies upside between 15% and 35%. |
| **TRADING BUY** |
| Based on the last closing price prior to our initial TRADING BUY recommendation, our 3-month target price implies upside between 5% and 15%. |
| **NEUTRAL** |
| We are unable to issue investment recommendation based on the company's current fundamentals. We expect the share price to consolidate in the near term and recommend investors to look for a better entry point. |

**Disclosure**

This report is for circulation to Capital Securities Corp. clients only. This report or any portion hereof may not be reprinted, sold, or redistributed without the written consent of Capital Securities Corp. Readers of this report must understand and accept that their actions at the time that they access this report fall under the jurisdiction of the ROC law, even if viewed from outside of Taiwan, Republic of China.

This report is written for information purposes only. Capital Securities Corp. makes every effort to use reliable, comprehensive information, but we make no representation that it is accurate or complete. We have no obligation to tell you when opinions or information in this report change apart from when we intend to discontinue research coverage of a subject company.

This report does not provide individually tailored investment advice. It has been prepared without regard to the individual financial circumstances and objectives or persons who receive it and is provided with the understanding that Capital Securities Corp. is not acting in fiduciary capacities. The securities discussed in this report may not be suitable for all investors. Capital Securities Corp. recommends that investors independently evaluate particular investment or strategies. The appropriateness of a particular investment or strategy will depend on an investor's individual circumstances and objectives. This report is neither an offer, nor an invitation to buy or sell any security or to participate in any trading strategy.

Compensation of research analysts is determined by equity research department and senior management of Capital Securities Corp. and is not linked to specific transactions or recommendations. The research analysts primarily responsible for the preparation and content of this report certify that all of the views expressed in this report accurately reflect their personal views about those issuers or securities. The research analysts also certify that no part of their compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

Materials presented in this report are based on public information. Facts and views presented in this report have not been reviewed by, and may not reflect information known to, other business units of Capital Securities Corp., including investment banking. We have established information barriers between research and certain business units, including investment banking. Investors should assume that Capital Securities Corp. may seek investment banking or other business opportunities with companies mentioned in this report.

Equity research department of Capital Securities Corp. conducts periodic reviews of research reports to track quality, accuracy and changes in ratings and price targets.

Investors should note that the value of and income from your investment may vary because of changes in interest rate or foreign exchange rates, securities prices or market indexes, operational or financial conditions of companies or other factors. Additionally, investors in securities such as ADRs, whose values are influenced by the currency of the underlying security, effectively assume currency risk. Estimates of future performance are based on assumptions that may not be realized and should not be relied upon as such.

**Additional information on recommended securities is available upon request.**