# EXHIBIT 12

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Kenneth J. Black, Esq.<br>Robbins Geller Rudman & Dowd LLP<br>One Montgomery Street, Suite 1800<br>San Francisco, CA  94104<br>Telephone No: 415-288-4545<br><br>Attorney for: Plaintiff | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Northern District Of California | | | | |
| Plaintiff: In Re Apple, Inc. Securities Litigation<br>Defendant: | | | | |
| **PROOF OF SERVICE** | Hearing Date:<br>Mon, Jan. 11, 2021 | Time:<br>9:00AM | Dept/Div: | Case Number:<br>19CV02033YGR |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Schedule A.

3. a. Party served:   Pegatron Corporation
   b. Person served:   Sabrina Guinn, Administrative Manager, Caucasian, Female, 50 Years Old, Dark Hair, 5 Feet 5 Inches, 125 Pounds

4. Address where the party was served:   2811 Laguna Blvd.
   Elk Grove, CA  95758

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Dec. 14, 2020 (2) at: 3:43PM
   b. I received this subpoena for service on:   Sunday, December 13, 2020

6. Witness fees were not demanded or paid.

7. **Person Who Served Papers:**   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Jason Marshall
   b. **Class Action Research & Litigation**
      P O Box 740
      Penryn, CA  95663
   c. (916) 663-2562, FAX (916) 663-4955
   d. **The Fee for Service was:**
   e. I am: (3) registered California process server
      (i)  Independent Contractor
      (ii) Registration No.:   1998-61
      (iii) County:   Sacramento
      (iv) Expiration Date:   Tue, Jun. 28, 2022

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: **Tue, Dec. 15, 2020**

   PROOF OF SERVICE                (Jason Marshall)

   Judicial Council Form
   Rule 2.150.(a)&(b) Rev January 1, 2007

   kebla.213739