# EXHIBIT 14

BUSINESS

# Apple eyes big expansion in Elk Grove

By **BAY AREA NEWS GROUP** |
PUBLISHED: September 8, 2015 at 2:04 p.m. | UPDATED: August 15, 2016 at 9:47 a.m.

Fueled in part by hot iPhone sales, Apple and a subcontractor have hired hundreds of workers at Apple's Elk Grove campus in the past few years, and more jobs are coming.

Details are few, but Apple filed paperwork with the city last week to add approximately 1,400 parking spaces at its Elk Grove campus in order "to manage parking demand long term," said Darrell Doan, the city's economic development director, in an email.

The project would increase parking capacity by about two thirds at the Laguna Boulevard site, according to records supplied by the city. Apple Elk Grove opened in 1991 and once served as a major manufacturing facility for the Cupertino technology giant.

Apple shuttered its manufacturing operations in Elk Grove 11 years ago, and Apple won't discuss in detail what tasks are currently performed at the campus. A Securities and Exchange Commission filing last October said Elk Grove's operations include "warehousing and distribution operations and a customer support call center," but offers no additional information.

However, state records show that Elk Grove has become a major repair site for Apple's iPhones. A Division of Occupational Safety and Health inspection report, dated in January, showed 781 employees repairing iPhones. The staffers aren't actually Apple employees but work for Pegatron Technology Services, an Apple contractor based in Taiwan.



Sung Han, Pegatron's vice president for business development, said "I'm not at liberty" to discuss any of Pegatron's operations.

A spokesman for Apple wasn't immediately available for comment.

The expansion comes as Apple, responding in part to political pressures, has increased its U.S. workforce. Notably, the company is planning to added 3,600 jobs in Austin, Texas, over the next year, more than doubling its operations in that city, according to a story Sunday in the Austin American-Statesman.

Along similar lines, Apple has been adding staff in Elk Grove for some time in what represents a major turnaround.

Employment in Elk Grove hovered in the 1,500 range for much of the 1990s. It was a point of civic pride that Elk Grove workers assembled the candy-colored first generation iMacs, the popular desktop computers whose popularity helped Apple pull out of a deep and lengthy slump in the late 1990s.

Apple, though, pulled iMac production out of Elk Grove in 1999. After the company closed its assembly line altogether in 2004, eliminating 235 jobs, total employment on Laguna Boulevard dipped well below 1,000, according to figures provided by Apple.

The company cut 174 sales and customer-support jobs in Elk Grove in 2008, but otherwise employment has grown in recent years. An Apple spokeswoman, Kristin Huguet, told the Sacramento Business Journal that employment grew 50 percent in 2012 alone, to 1,800 workers. The Business Journal, citing data from the city, said employment reached 2,500 last summer, although city spokeswoman Kristyn Nelson said Tuesday she was unable to confirm that figure.

It's unclear how long Pegatron has been repairing iPhones for Apple in Elk Grove. The Taiwanese company has emerged as a major Apple contractor in the past couple of years. It now makes a significant portion of Apple's iPhones, taking business away from another Taiwan company, Foxconn.

Apple's relationship with Pegatron has been controversial at times. A New York nonprofit called China Labor Watch in 2013 issued a report saying Pegatron's factories in China used under-age labor, offered insufficient wages and had numerous other problems. Pegatron replied by issuing a statement saying it would correct any violations of Chinese labor laws and "our own code of conduct." The "Supplier Responsibility" section of Apple's website says the company is committed to eliminating unethical labor practices.



Report an error
Policies and Standards
Contact Us

 The Trust Project

## House hunting? Want to keep up with the Bay Area market? Never miss a beat.

## Get the Bay Area Real Estate newsletter

Enter your email

**SIGN UP**

By signing up, you agree to our privacy policy and terms of service.



# Bay Area News Group

---



**SPONSORED CONTENT**

## Celebrities Who Strongly Support The Republican Party ↗

By PollHype

POLLHYPE

---

## SUBSCRIBE TODAY!
### ALL ACCESS DIGITAL OFFER FOR JUST 99 CENTS!



