# EXHIBIT 15

19-007888

FILED
Secretary of State
State of California

JAN 30 2019

# Secretary of State
# Statement of Information
## SI-550
(California Stock, Agricultural Cooperative and Foreign Corporations)

29

**IMPORTANT** — Read instructions **before** completing this form.

**Fees** (Filing plus Disclosure) – $25.00;

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Corporation Name** (Enter the **exact** name of the corporation as it is recorded with the California Secretary of State. Note: If you registered in California using an assumed name, see instructions.)

Pegatron USA, Inc.

*This Space For Office Use Only*

**2. 7-Digit Secretary of State File Number**

**2952079**

### 3. Business Addresses

| | City | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Executive Office - Do not list a P.O. Box<br>39510 Paseo Padre Parkway, Suite 380 | Fremont | CA | 94538 |
| b. Mailing Address of Corporation, if different than item 3a<br>39510 Paseo Padre Parkway, Suite 380 | Fremont | CA | 94538 |
| c. Street Address of Principal California Office, if any and if different than Item 3a - Do not list a P.O. Box<br>39510 Paseo Padre Parkway, Suite 380 | Fremont | CA | 94538 |

### 4. Officers

The Corporation is required to list all three of the officers set forth below. An additional title for the Chief Executive Officer and Chief Financial Officer may be added; however, the preprinted titles on this form must not be altered.

| | First Name | Middle Name | Last Name | | Suffix |
|---|---|---|---|---|---|
| a. Chief Executive Officer/ Ing-Tsau | | | Chiu | | |
| Address: 1047 Bigoak Ct. | | | City: San Jose | State: CA | Zip: 95129 |
| b. Secretary Ing-Tsau | | | Chiu | | |
| Address: 1047 Bigoak Ct. | | | City: San Jose | State: CA | Zip: 95129 |
| c. Chief Financial Officer/ Ing-Tsau | | | Chiu | | |
| Address: 1047 Bigoak Ct. | | | City: San Jose | State: CA | Zip: 95129 |

### 5. Director(s)

California Stock and Agricultural Cooperative Corporations ONLY: Item 5a: At least one name **and** address must be listed. If the Corporation has additional directors, enter the name(s) and addresses on Form SI-550A (see instructions).

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Jason | | Cheng | |
| Address: 39510 Paseo Padre Parkway, Suite 380 | | City: Fremont | State: CA Zip: 94538 |

b. Number of Vacancies on the Board of Directors, if any: [ ]

### 6. Service of Process (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Ing-Tsau | | Chiu | |
| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box**<br>39510 Paseo Padre Parkway, Suite 380 | City: Fremont | State: CA | Zip: 94538 |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

### 7. Type of Business

Describe the type of business or services of the Corporation
Computer Electronic

### 8. The Information contained herein, including in any attachments, is true and correct.

| 1/28/19 | Ing-Tsau Chiu | President | [signature] |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

SI-550 (REV 01/2017)

1|2

2017 California Secretary of State
www.sos.ca.gov/business/be

# Attachment to Statement of Information
(California Stock and Agricultural Cooperative Corporations)

**SI-550A Attachment**

### A. Corporation Name
Pegatron USA, Inc.

### B. 7-Digit Secretary of State File Number
2952079

This Space For Office Use Only

### C. List of Additional Director(s) – If the corporation has more than one director, enter the additional directors' names and addresses.

| | First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|---|
| 5b. | Chenyu | | Feng | |
| | Address | City (no abbreviations) | State | Zip Code |
| | 39510 Paseo Padre Parkway, Suite 380 | Fremont | CA | 94538 |
| 5c. | Ing-Tsau | | Chiu | |
| | Address | City (no abbreviations) | State | Zip Code |
| | 1047 Bigoak Ct. | San Jose | CA | 95129 |
| 5d. | | | | |
| 5e. | | | | |
| 5f. | | | | |
| 5g. | | | | |
| 5h. | | | | |
| 5i. | | | | |
| 5j. | | | | |

SI-550A - Attachment (EST 11/2016)

2016 California Secretary of State
www.sos.ca.gov/business/be

2|2