# EXHIBIT 16

| Attorney or Party without Attorney:<br>Kenneth J. Black, Esq.<br>Robbins Geller Rudman & Dowd LLP<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>Telephone No: 415-288-4545 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Northern District Of California | | | | |
| Plaintiff: In Re Apple, Inc. Securities Litigation | | | | |
| Defendant: | | | | |
| **PROOF OF SERVICE** | Hearing Date:<br>Mon, Jan. 11, 2021 | Time:<br>9:00AM | Dept/Div: | Case Number:<br>19CV02033YGR |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Schedule A.

3. a. Party served: Pegatron Corporation c/o Pegatron USA, Inc.
   b. Person served: Rebecca Chen, Accounting Manager, Asian, Female, 45 Years Old, Black Hair, Brown Eyes, 5 Feet, 130 Pounds

4. Address where the party was served: 39510 Paseo Padre Parkway, # 380
   Fremont, CA 94538

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu., Dec. 17, 2020 (2) at: 11:12AM
   b. I received this subpoena for service on: Sunday, December 13, 2020

6. Witness fees were not demanded or paid.

7. **Person Who Served Papers:**                                       Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Len Warren                                 d. *The Fee for Service was:*
   b. **Class Action Research & Litigation**     e. I am: (3) registered California process server
   P O Box 740                                          (i) Independent Contractor
   Penryn, CA 95663                                     (ii) Registration No.: 1035
   c. (916) 663-2562, FAX (916) 663-4955                (iii) County: Alameda

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Fri, Dec. 18, 2020

                                                   PROOF OF SERVICE    _____
                                                                         (Len Warren)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007                                                      kebla.213741