# EXHIBIT 19



Follow

Get weekly updates, new jobs, and reviews

| Snapshot | Why Join Us | 133 **Reviews** | Salaries | 1 Photos | Jobs | 10 Q&A | Interviews |

## Pegatron Employee Reviews in Elk Grove, CA

**Job Title**

All

**Location**

Elk Grove, CA   29 reviews

**Language**

Any

### Ratings breakdown

| 5 | 22 |
| 4 | 29 |
| 3 | 44 |
| 2 | 21 |
| 1 | 17 |

### Ratings by category

3.3  Work-Life Balance

2.8  Pay & Benefits

2.7  Job Security & Advancement



Want to work here?   View jobs

Sort by

Helpfulness   Rating   Date

Found **29** reviews matching the search
See all 133 reviews

**Indeed Featured review**
The most useful review selected by Indeed

**3.0**

**It's alright place to work**

Production Operator (Current Employee) - Elk Grove, CA - August 25, 2020

It's a Apple building in a production line fixing or dismantle iPhone parts for customer from Applecare. The people are cool and line leads on lead assistant are respectful to you and others around you. There's is a lot people culture in the workplace and be respectful to others and their culture as well.

> **Pros**
> Decent workplace
>
> **Cons**
> Short breaks and lunches. Lead and lead assistant will write you up for little things you do.

Was this review helpful?

Yes   No

**1.0**

**Racist Foreigners**

Production Worker (Former Employee) - Elk Grove, CA - October 24, 2020

This job was by far the worst work experience I have ever had in my life. The vast majority of supervisors are foreigners, and very clickish with their own groups of people; this includes them allowing their people to goof around & conversate for long periods of time, helping them to get promoted, and bad mouthing people in their native language, along with plotting to get them fired.

**Want to work here?**   View jobs

**Pros**
Paid Weekly

**Cons**
Everything

Was this review helpful?

Yes    No

## 1.0
## Bad company to work for . Dont care about workers

Assembly Line Worker (Former Employee) - Elk Grove, CA - August 16, 2020

I was let go recently. And I wouldn't recommend any one working here, they don't care about their workers they just want people to work and make their stupid supervisor happy. They had 5 cases of covid 19 and last one they didnt inform anyone about it. They kept on the low. They hella racist and only help their kind out . All the supervisor and leads are Indian and act like they're the shot

**Pros**
none

**Cons**
everything

Was this review helpful?

Yes    No

## 2.0
## Fair job

Projects and Warehouse Supervisor (Current Employee) - Elk Grove, CA - June 22, 2020

Review your company to see all reviews

## 3.0

Want to work here?    View jobs

**Pros**

good atmosphere

**Cons**

if no products available, they make you leave work early.

Review your company to see all reviews

## Would you recommend working at your company?

Help people considering your employer make a good choice.

---

**5.0**

**Great diversity**

Production Associate (Former Employee) - Elk Grove, CA - February 17, 2020

Review your company to see all reviews

---

**4.0**

**Its a temp agency ur able to work full time & part time its 5 days a week**

Volt Temp (Former Employee) - Elk Grove, CA - January 26, 2020

Review your company to see all reviews

**Want to work here?**  View jobs

**4.0**

### Meeting different people

MH4 Ware House Lead, Volt Work Solution (Former Employee) - Elk Grove, CA - January 2, 2020

Review your company to see all reviews

**2.0**

### The job is okay

Technician (Former Employee) - Elk Grove, CA - November 9, 2019

[redacted]

Review your company to see all reviews

**1.0**

### Not a real engineering job

RF Engineer (Former Employee) - Elk Grove, CA - October 3, 2019

[redacted]

Review your company to see all reviews

Help us improve!

**Want to work here?**

View jobs

Yes   No

**4.0**

**Overall is a good place to work**

Failure Analysis Engineer (Current Employee) - Elk Grove, CA - July 18, 2019

**Pros**

**Cons**

Review your company to see all reviews

**4.0**

**I can learn alot of thing, not only in my line, also another line**

Production Line Worker (Current Employee) - Elk Grove, CA - May 16, 2019

**Pros**

Review your company to see all reviews

**2.0**

**A difficult place to work**

Mechanical Engineer (Former Employee) - Elk Grove, CA - February 22, 2019

**Want to work here?**   View jobs

**Pros**

**Cons**

Review your company to see all reviews

1.0

**Apple has no idea what these guys are doing behind their backs**

Debug Technician (Current Employee) - Elk Grove, CA - January 5, 2019

**Pros**

**Cons**

Review your company to see all reviews

4.0

**Great place to begin your career at.**

Industrial Engineer (Current Employee) - Elk Grove, CA - July 16, 2018

Review your company to see all reviews

3.0

**Good People, but bad culture**

**Want to work here?**   View jobs

**Pros**

**Cons**

Review your company to see all reviews

## 2.0

## If you need a job and that's about it.

Assistant line supervisor (Former Employee) - Elk Grove, CA - December 17, 2017

[redacted]

**Pros**

[redacted]

**Cons**

[redacted]

Review your company to see all reviews

## 5.0

## Nice Place to grow

Deputy industrial engineer Supervisor (Current Employee) - Elk Grove, CA - June 29, 2017

[redacted]

**Pros**

[redacted]

**Want to work here?**

View jobs

Review your company to see all reviews

**4.0**

## Productive and Fun

Mh2 | Aseembly (Current Employee) - Elk Grove, CA - June 15, 2017

Review your company to see all reviews

**3.0**

## Fun but not stable

Quality Assurance Lead (Former Employee) - Elk Grove, CA - June 15, 2017

[redacted]

Review your company to see all reviews

**2.0**

## A Learning Experience

Mechanical Engineer (Current Employee) - Elk Grove, CA - May 2, 2017

[redacted]

**Pros**

[redacted]

**Want to work here?**

View jobs

Review your company to see all reviews

Next

Companies  >  Pegatron  >  Employee Reviews  >  Elk Grove, CA

Write a review

## Questions about Pegatron

**What is the interview process like at Pegatron?**
2 people answered

**How did you get your first interview at Pegatron?**
2 people answered

**What is the vacation policy like at Pegatron? How many vacation days do you get per year?**
2 people answered

Show more

## Pegatron Reviews by Job Title

Industrial Engineer  (3)

Mechanical Engineer  (3)

Production Worker  (3)

Material Handler  (2)

Quality Assurance Manager  (2)

## Pegatron Reviews by Location

**Want to work here?**                             View jobs

**Tell us how to improve this page**

What would you add or change?

Give Feedback

**Find another company**

Company name

Hiring Lab - Career Advice - Browse Jobs - Browse Companies - Salaries - Find Certifications - Indeed Events - Work at Indeed - Countries - About - Help Center

© 2021 Indeed - Do Not Sell My Personal Information - Accessibility at Indeed - Privacy Center - Cookies - Privacy - Terms

**Want to work here?**   View jobs