# EXHIBIT 20

 

 Home    My Network    Jobs

**#1-Ranked Online MBA -** Earn a top-tier MBA online from UNC without putting

Connect   🔒 Message   •••

## Rebecca Chen

 Pegatron

Accounting Manager at Pegatron

San Francisco Bay Area · 3 connections · **Contact info**

---

### Activity
3 followers

Posts Rebecca created, shared, or commented on in the last 90 days are displayed here.

See all activity

---

### Experience

**Accounting Manager**
Pegatron

---

### Interests

**Pegatron**
17,268 followers

