# EXHIBIT 21

JUD-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Mark R. Figueiredo, Esq. (178850); Julie Bonnel-Rogers, Esq. (176200)<br>STRUCTURE LAW GROUP, LLP<br>1754 Technology Drive, Suite 135, San Jose, CA 95110<br>TELEPHONE NO.: (408) 441-7500  FAX NO. *(Optional)*: (408) 441-7501<br>E-MAIL ADDRESS *(Optional)*: jrogers@structurelaw.com<br>ATTORNEY FOR *(Name)*: Plaintiff PEGATRON CORPORATION | **FILED**<br>SAN MATEO COUNTY<br>SEP 2 0 2018<br>Clerk of the Superior Court<br>By _____<br>DEPUTY CLERK |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MAETO<br>STREET ADDRESS: 400 County Center<br>MAILING ADDRESS: SAME<br>CITY AND ZIP CODE: Redwood City, CA 94063<br>BRANCH NAME: Southern Branch: Hall of Justice & Records | 18 – CIV – 02981<br>DJCO<br>Default Judgment by Court<br>1391824 |
| PLAINTIFF: PEGATRON CORPORATION<br>DEFENDANT: OTTO LLC, et al. | |
| **JUDGMENT**<br>☐ By Clerk  ☑ By Default  ☐ After Court Trial<br>☑ By Court  ☐ On Stipulation  ☐ Defendant Did Not Appear at Trial | CASE NUMBER:<br>18CIV02981 |

**JUDGMENT**

1. ☑ **BY DEFAULT**
   a. Defendant was properly served with a copy of the summons and complaint.
   b. Defendant failed to answer the complaint or appear and defend the action within the time allowed by law.
   c. Defendant's default was entered by the clerk upon plaintiff's application.
   d. ☐ **Clerk's Judgment** (Code Civ. Proc., § 585(a)). Defendant was sued only on a contract or judgment of a court of this state for the recovery of money.
   e. ☑ **Court Judgment** (Code Civ. Proc., § 585(b)). The court considered
      (1) ☐ plaintiff's testimony and other evidence.
      (2) ☑ plaintiff's written declaration (Code Civ. Proc., § 585(d)).

2. ☐ **ON STIPULATION**
   a. Plaintiff and defendant agreed (stipulated) that a judgment be entered in this case. The court approved the stipulated judgment and
   b. ☐ the signed written stipulation was filed in the case.
   c. ☐ the stipulation was stated in open court  ☐ the stipulation was stated on the record.

3. ☐ **AFTER COURT TRIAL.** The jury was waived. The court considered the evidence.
   a. The case was tried on *(date and time)*:
      before *(name of judicial officer)*:
   b. Appearances by:
      ☐ Plaintiff *(name each)*:          ☐ Plaintiff's attorney *(name each)*:
         (1)                                  (1)
         (2)                                  (2)
      ☐ Continued on Attachment 3b.
      ☐ Defendant *(name each)*:          ☐ Defendant's attorney *(name each)*:
         (1)                                  (1)
         (2)                                  (2)
      ☐ Continued on Attachment 3b.
   c. ☐ Defendant did not appear at trial. Defendant was properly served with notice of trial.
   d. ☐ A statement of decision (Code Civ. Proc., § 632)  ☐ was not  ☐ was   requested.

Page 1 of 2

Form Approved for Optional Use<br>Judicial Council of California<br>JUD-100 [New January 1, 2002]   **JUDGMENT**   Code of Civil Procedure, §§ 585, 664.6

ORIGINAL   FAXED



RECEIVED SAN MATEO COUNTY SEP 11 2018 Clerk of the Superior Court

| PLAINTIFF: PEGATRON CORPORATION | CASE NUMBER: |
|---|---|
| DEFENDANT: OTTO LLC, et al. | 18CIV02981 |

JUDGMENT IS ENTERED AS FOLLOWS BY: [✓] THE COURT   [ ] THE CLERK

4. [ ] **Stipulated Judgment.** Judgment is entered according to the stipulation of the parties.

5. **Parties.** Judgment is
   a. [✓] for plaintiff *(name each)*:
      PEGATRON CORPORATION
      and against defendant *(names)*:
      OTTO LLC; TYTO LIFE LLC ✓
      [ ] Continued on Attachment 5a.
   b. [ ] for defendant *(name each)*:

   c. [ ] for cross-complainant *(name each)*:
      and against cross-defendant *(name each)*:
      [ ] Continued on Attachment 5c.
   d. [ ] for cross-defendant *(name each)*:

6. **Amount.**
   a. [✓] Defendant named in item 5a above must pay plaintiff on the complaint:

   | | | | |
   |---|---|---|---|
   | (1) | [✓] Damages | $ 2,405,460.03 ✓ | |
   | (2) | [✓] Prejudgment interest at the annual rate of 10 % | $ 169,370.75 ✓ | |
   | (3) | [ ] Attorney fees | $ | |
   | (4) | [✓] Costs | $ 1,193.00 ✓ | |
   | (5) | [ ] Other *(specify)*: | $ | |
   | (6) | TOTAL | $ 2,576,023.78 ✓ | |

   c. [ ] Cross-defendant named in item 5c above must pay cross-complainant on the cross-complaint:

   | | | | |
   |---|---|---|---|
   | (1) | [ ] Damages | $ | |
   | (2) | [ ] Prejudgment interest at the annual rate of % | $ | |
   | (3) | [ ] Attorney fees | $ | |
   | (4) | [ ] Costs | $ | |
   | (5) | [ ] Other *(specify)*: | $ | |
   | (6) | TOTAL | $ | |

   b. [ ] Plaintiff to receive nothing from defendant named in item 5b.
      [ ] Defendant named in item 5b to recover costs $
      [ ] and attorney fees $

   d. [ ] Cross-complainant to receive nothing from cross-defendant named in item 5d.
      [ ] Cross-defendant named in item 5d to recover costs $
      [ ] and attorney fees $

7. [ ] Other *(specify)*:

Date: **SEP 1 8 2018**

*/s/ Donald J. Ayoob*
JUDICIAL OFFICER

Date: _____   [ ] Clerk, by _____, Deputy

---

(SEAL)

**CLERK'S CERTIFICATE** *(Optional)*

I certify that this is a true copy of the original judgment on file in the court.

Date:

Clerk, by _____, Deputy

Page 2 of 2

JUD-100 [New January 1, 2002]           **JUDGMENT**