# EXHIBIT 22

**SUPERIOR COURT OF CALIFORNIA,
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER**

**MINUTE ORDER**

DATE: 08/06/2015                TIME: 09:47:00 AM        DEPT: C06
JUDICIAL OFFICER PRESIDING: Mary Fingal Schulte
CLERK: Alma Bovard
REPORTER/ERM: None
BAILIFF/COURT ATTENDANT:

CASE NO: **30-2015-00786289-CU-BC-CJC**  CASE INIT.DATE: 05/06/2015
CASE TITLE: **Pegatron Corporation vs. Westinghouse Digital, LLC**
CASE CATEGORY: Civil - Unlimited    CASE TYPE: Breach of Contract/Warranty

EVENT ID/DOCUMENT ID: 72211622
**EVENT TYPE**: Chambers Work

**APPEARANCES**

There are no appearances by any party.

Declaration filed in lieu of testimony.

The Court finds judgment for plaintiff Pegatron Corporation, incorporated under the laws of Taiwan and against defendant Westinghouse Digital, LLC, also known as Golden Star Electronics, LLC, a Delaware limited liability company for the total amount of $52,652,506.07 including costs.

The Case Management Conference set for 09/08/2015 at 8:45 am in Department C06 is vacated.

Court orders Clerk to give notice.