UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION ) ) ) | Case No. 4:19-cv-02033-YGR <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: ) ) <br> ALL ACTIONS. ) ) | [PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA *DUCES TECUM* TO PEGATRON CORPORATION |
| | DATE:   March 26, 2021 <br> TIME:   9:30 a.m. <br> CTRM:   F, 15th Floor <br> JUDGE:  Hon. Joseph C. Spero |

4835-3976-8543.v1

**O R D E R**

Lead Plaintiff Norfolk County Council as Administering Authority of the Norfolk Pension Fund ("Plaintiff") has filed a Motion to Compel Compliance with Subpoena *Duces Tecum* to Pegatron Corporation ("Motion") pursuant to Federal Rule of Civil Procedure 45. After considering the pleadings and the papers submitted by the parties, and good cause appearing therefore, the Court hereby finds that service upon Pegatron Corporation was proper and the Motion is GRANTED. Pegatron Corporation must produce the documents identified in Plaintiff's subpoena *duces tecum* within 14 days of this order.

IT IS SO ORDERED.

DATED: _____    _____
THE HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE