AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION )<br>*Plaintiff* )<br>v. )<br>)<br>*Defendant* ) | Case No.  4:19-cv-02033-YGR (JCS) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Parties Pegatron Corporation and Pegatron USA, Inc.                                                                         .

Date:      03/10/2021                              /s/ Austin T. Jackson
*Attorney's signature*

Austin T. Jackson, Bar No. 312698
*Printed name and bar number*

STRUCTURE LAW GROUP, LLP
1754 Technology Drive, Suite 135
San Jose, California 95110

*Address*

ajackson@structurelaw.com
*E-mail address*

(408) 441-7500
*Telephone number*

(408) 441-7501
*FAX number*