# Exhibit E

**Robbins Geller Rudman & Dowd LLP**

| Boca Raton | Melville | San Diego |
| Chicago | Nashville | San Francisco |
| Manhattan | Philadelphia | Washington, D.C. |

Kenneth J. Black
kennyb@rgrdlaw.com

January 8, 2021

<u>VIA EMAIL</u>

Austin Jackson
Mark Figueiredo
Structure Law Group, LLP
1754 Technology Drive, Suite 135
San Jose, CA  95110

  Re: *In re Apple Inc. Securities Litigation*, No. 4:19-cv-02033 (N.D. Cal.)

Dear Counsel:

  I write to confirm our position concerning service of the subpoenas Plaintiff in this action served upon Pegatron USA, Inc. and Pegatron Corporation ("Pegatron," as defined in the objections served on December 29, 2020).  As we discussed yesterday, January 7, 2021, both by phone and by email, service made on the U.S. based subsidiary of a foreign corporation is proper.  *See Volkswagenwerk Aktiengesellschaft v. Schlunk*, 486 U.S. 694, 707 (1988) and *U.S. ex rel. Miller v. Pub. Warehousing Co. KSC*, 636 F. App'x 947, 949 (9th Cir. 2016).  To the extent that you maintain that service was not adequately effected we will seek judicial intervention to move the issue forward.  Please let us know by letter or email or telephone as soon as possible if you we can expect your cooperation to search for and produce the information sought by the subpoena or by the January 11, 2021 production date.

  Thank you for taking the time to discuss the subpoenas and Pegatron's objection yesterday.  We look forward to discussing with you further next week.

           Very truly yours,

           KENNETH J. BLACK

KJB:cs

4841-0103-1382.v1
One Montgomery Street   Suite 1800   San Francisco, CA 94104   Tel 415-288-4545   Fax 415-288-4534   rgrdlaw.com