# Exhibit G




**California Secretary of State**
Electronic Filing

## Corporation - Statement of Information

| | |
|---:|:---|
| Entity Name: | PEGATRON TECHNOLOGY SERVICE INC. |
| Entity (File) Number: | C3686822 |
| File Date: | 08/26/2020 |
| Entity Type: | Corporation |
| Jurisdiction: | DELAWARE |
| Document ID: | GH98595 |

**Detailed Filing Information**

1. Entity Name:      PEGATRON TECHNOLOGY SERVICE INC.

2. Business Addresses:
   a. Street Address of Principal Office in California:

   b. Mailing Address:      121 River Ridge Circle
   Jeffersonville, Indiana 47130
   United States of America

   c. Street Address of Principal Executive Office:      121 River Ridge Circle
   Jeffersonville, Indiana 47130
   United States of America

3. Officers:
   a. Chief Executive Officer:      Li Chuan Lu
   121 River Ridge Circle
   Jeffersonville, Indiana 47130
   United States of America

   b. Secretary:      Chien-Hsin Huang
   121 River Ridge Circle
   Jeffersonville, Indiana 47130
   United States of America

Document ID: GH98595

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

# California Secretary of State
## Electronic Filing

Officers (cont'd):

    c. Chief Financial Officer:

Chien-Hsin Huang
121 River Ridge Circle
Jeffersonville, Indiana 47130
United States of America

4. Director:

Not Applicable

Number of Vacancies on the Board of Directors:

Not Applicable

5. Agent for Service of Process:

CALIFORNIA CORPORATE AGENTS, INC. (C3035398)

6. Type of Business:

Repair Service

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:   Nikki Steen

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: GH98595