# Exhibit I

| ASSUMPTIONS | | |
|---|---|---|
| **Assumption Variables** | **Assumed Units** | **Notes** |
| **Number of custodians** | 13 | |
| **Forensic engineer time per custodian** (Hour) | 3 | |
| **Forensic collection of laptops and hard drive** (devices) | 13 | Assume 1 device per custodian |
| **Data volume for server data** (in GB) | 200 | Assume all data is preserved but only select data is processed |
| **Data volume per custodian** (in GB) | 50 | |
| **Promotion rate** (as % of processed data) | 10 | Percentage after date filters and search terms are applied to collected data |
| **Number of users** | 5 | |
| **Number of months for data hosting** | 12 | |
| **Document count for reviewing 5 priority custodians** | 283,333 | Assume docs 10000 per GB. |
| **Documents count to produce** | 10 | |

| COST ESTIMATE for 5 MONTHS | | | | |
|---|---|---|---|---|
| **Service** | **Unit Cost** | **Units from assumptions above** | **Estimated Total Cost** | **Notes** |
| **Forensic Examiner Tech Time** (Hrs) | $150 | 39 | $5,850 | |
| **Forensic Device Collection** (Desktops/Laptops/Hard Drives) | $395 | 13 | $5,135 | |
| **ECA Processing** (GBs) | $45 | 850 | $38,250 | |
| **ECA Hosting** (Per GB/month) | $0 | 850 | $0 | |
| **Promotion to Native Review** (GBs) | $175 | 85 | $14,875 | Assume 15% promotion rate |
| **Review Hosting** (Per GB/month) | $10 | 85 | $10,200 | Total cost for 12 months |
| **User Licenses** (Per user/month) | $65 | 5 | $3,900 | Total cost for 12 months |
| **Project Management** (Per hour) | $150 | 120 | $18,000 | Assume 10 hours per month |
| **Production** (Per GB) | $250 | 20 | $5,000 | Assume a rolling base production of 10,000 doc per day. Production turn around time:24 hours. |
| **COLLECTION/PROCESSING/HOSTING/PRODUCTION COST FOR 12 MONTHS** | | | **$101,210** | |
| **Review of Documents in Taiwan** (Per hour) | $55 | 5,667 | $311,667 | Review team can be set up with 3 days notice ahead |
| **Review Manager** (Per hour) | $100 | 176 | $17,600 | |
| **REVIEW FOR 2 MONTHS** | | | **$329,267** | |