Mark R. Figueiredo, Esq. (SBN 178850)
mrf@structurelaw.com
Austin T. Jackson, Esq. (SBN 312698)
ajackson@structurelaw.com
STRUCTURE LAW GROUP, LLP
1754 Technology Drive, Suite 135
San Jose, California 95110
Telephone: (408) 441-7500
Facsimile: (408) 441-7501

Attorneys for Non-Parties
Pegatron Corporation and Pegatron USA, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION | CASE NO. 4:19-cv-02033-YGR (JCS)<br><br>**DECLARATION OF REBECCA CHEN IN SUPPORT OF PEGATRON CORPORATION AND PEGATRON USA, INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL SUBPOENA**<br><br>Date: March 26, 2021<br>Time: 9:30 a.m.<br>Dept: Zoom<br>Judge: Hon. Joseph C. Spero |

I, Rebecca Chen, declare as follows:

1. I am the Accounting Manager for Defendant Pegatron USA, Inc. in this action. I am authorize to make this declaration on behalf of Defendant Pegatron USA, Inc. ("PGUSA"). The facts stated herein are true of my knowledge except as to matters stated on information and belief, which I believe to be true. If called upon, I could and would competently testify thereon.

2. I have worked at Pegatron USA, Inc. for 13 years. My role at PGUSA, amongst other things is responsible for Accounting / HR / Office Administrative activities.

3. PGUSA is a domestic subsidiary of Pegatron Corporation.

4. PGUSA is in the business of providing technical support and business coordination

- 1 -
DECLARATION OF R. CHEN ISO PEGATRON'S OPPOSITION TO PLAINTIFF'S MTC SUBPOENA

to certain existing Pegatron Corporation customers. Throughout my 13 years of service PGUSA has operated for technical support and business coordination to certain existing Pegatron Corporation customers. In fact, none of the PGUSA employees are working with and have never had any contact with Apple as a Pegatron Corporation client.

5. The documents sought in the subpoena to PGUSA are not in the control of PGUSA. Attached hereto as **Exhibit A** is a true and correct copy of the subpoena served on PGUSA.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 10th day of March 2021.

_____
REBECCA CHEN