| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN |
| |   &amp; DOWD LLP |
| 2 | SHAWN A. WILLIAMS (213113) |
| | DANIEL J. PFEFFERBAUM (248631) |
| 3 | JOHN H. GEORGE (292332) |
| | KENNETH J. BLACK (291871) |
| 4 | HADIYA K. DESHMUKH (328118) |
| | Post Montgomery Center |
| 5 | One Montgomery Street, Suite 1800 |
| | San Francisco, CA  94104 |
| 6 | Telephone:  415/288-4545 |
| | 415/288-4534 (fax) |
| 7 | shawnw@rgrdlaw.com |
| | dpfefferbaum@rgrdlaw.com |
| 8 | jgeorgegrdlaw.com |
| | kennyb@rgrdlaw.com |
| 9 | hdeshmukh@rgrdlaw.com |
| |       – and – |
| 10 | MARK SOLOMON (151949) |
| | TOR GRONBORG (179109) |
| 11 | 655 West Broadway, Suite 1900 |
| | San Diego, CA  92101 |
| 12 | Telephone:  619/231-1058 |
| | 619/231-7423 (fax) |
| 13 | marks@rgrdlaw.com |
| | torg@rgrdlaw.com |
| 14 | |
| 15 | Lead Counsel for Lead Plaintiff |
| 16 | [Additional counsel appear on signature page.] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION | ) ) ) ) Case No. 4:19-cv-02033-YGR |
| | ) <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>    ALL ACTIONS. | ) ) DECLARATION OF DANIEL J. ) PFEFFERBAUM IN SUPPORT OF REPLY ) IN SUPPORT OF LEAD PLAINTIFF'S ) MOTION TO COMPEL COMPLIANCE ) WITH SUBPOENA *DUCES TECUM* TO ) PEGATRON CORPORATION |
| | DATE:    March 26, 2021<br>TIME:    9:30 a.m.<br>CTRM:   F, 15th Floor<br>JUDGE: Hon. Joseph C. Spero |

4817-9153-2769.v1

I, DANIEL J. PFEFFERBAUM, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and before this District Court. I am a member of the law firm Robbins Geller Rudman & Dowd LLP, Lead Counsel for Lead Plaintiff in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto. This Declaration is made in support of Reply in Support of Lead Plaintiff's Motion to Compel Compliance with Subpoena *Duces Tecum* to Pegatron Corporation.

2. On January 7, 2021, my colleagues Kenneth J. Black and Hadiya K. Deshmukh, associated with the law firm Robbins Geller Rudman & Dowd LLP, Lead Counsel for Lead Plaintiff in the above-entitled action, met and conferred with counsel for Pegatron[1] to discuss Pegatron's objections to the subpoena at issue in Lead Plaintiff's Motion to Compel Compliance with Subpoena *Duces Tecum* to Pegatron Corporation (ECF No. 141). During that meet and confer, in response to Pegatron's objections to service, my colleagues offered to cure any real or perceived defects in service of the subpoena, including by re-serving the subpoena at the location and otherwise in the manner of Pegatron's choosing or preference. Pegatron declined this offer on the ground that Pegatron cannot be served.

3. Attached are true and correct copies of the following exhibits:

Exhibit 30: Secretary of State, State of California database, business search result for Pegatron Technology Service Inc.'s agent for service of process, California Corporate Agents, Inc., Statement of Information, filed on December 21, 2020, screenshot taken January 31, 2021; and

Exhibit 31: Secretary of State, State of California database, business search result for Pegatron Technology Service Inc.'s agent for service of process, California Corporate Agents, Inc., Statement of Information, filed on December 21, 2020, dated March 5, 2021.

---

[1] "Pegatron" is collectively Pegatron Corporation, Pegatron USA, Inc. and Pegatron Technology Services Inc.

DECL OF PFEFFERBAUM IN SUPP OF REPLY IN SUPP OF LEAD PLTF'S MTN TO COMPEL COMPLIANCE WITH SUBPOENA *DUCES TECUM* TO PEGATRON CO. - 4:19-cv-02033-YGR - 1 -
4817-9153-2769.v1

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct. Executed this 15th day of March, 2021, at San Francisco, California.

s/ Daniel J. Pfefferbaum<br>DANIEL J. PFEFFERBAUM

DECL OF PFEFFERBAUM IN SUPP OF REPLY IN SUPP OF LEAD PLTF'S MTN TO COMPEL
COMPLIANCE WITH SUBPOENA *DUCES TECUM* TO PEGATRON CO. - 4:19-cv-02033-YGR  - 2 -
4817-9153-2769.v1