# EXHIBIT 30

The California Business Search is updated daily and reflects work processed through Saturday, January 30, 2021. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C3035398   CALIFORNIA CORPORATE AGENTS, INC.

| | |
|---|---|
| **Registration Date:** | 02/22/2008 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | ALEX PATEL<br>16830 VENTURA BLVD STE 360<br>ENCINO CA 91436 |
| **Entity Address:** | 16830 VENTURA BLVD STE 360<br>ENCINO CA 91436 |
| **Entity Mailing Address:** | 16830 VENTURA BLVD STE 360<br>ENCINO CA 91436 |

🛒 **Certificate of Status**

A Statement of Information is due EVERY year beginning five months before and through the end of February.

| Document Type | File Date | PDF |
|---|---|---|
| SI-NO CHANGE | 12/21/2020 | 📄 |
| SI-COMPLETE | 12/24/2018 | 📄 |
| 1505 CERTIFICATE | 09/06/2017 | 📄 |