# EXHIBIT 31

**Dr. Shirley N. Weber**
**California Secretary of State**

 # Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Thursday, March 4, 2021. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C3035398    CALIFORNIA CORPORATE AGENTS, INC.

| | |
|---|---|
| **Registration Date:** | 02/22/2008 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | ALEX PATEL |
| | 16830 VENTURA BLVD., SUITE 360 |
| | ENCINO CA 91436 |
| **Entity Address:** | 16830 VENTURA BLVD., SUITE 360 |
| | ENCINO CA 91436 |
| **Entity Mailing Address:** | 16830 VENTURA BLVD., SUITE 360 |
| | ENCINO CA 91436 |

🛒 **Certificate of Status**

A Statement of Information is due EVERY year beginning five months before and through the end of February.

| Document Type | ⬍ | File Date | ⬍ | PDF |
|---|---|---|---|---|
| SI-COMPLETE | | 02/03/2021 | | |
| SI-COMPLETE | | 12/24/2018 | | |
| 1505 CERTIFICATE | | 09/06/2017 | | |
| 1505 CERTIFICATE | | 08/18/2017 | | |
| 1505 CERTIFICATE | | 11/20/2012 | | |
| 1505 CERTIFICATE | | 03/14/2008 | | |
| REGISTRATION | | 02/22/2008 | | |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.

Business Search - Business Entities - Business Programs | California Secretary of State

- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

| Modify Search | New Search | Back to Search Results |