Mark R. Figueiredo, Esq. (SBN 178850)
mrf@structurelaw.com
Austin T. Jackson, Esq. (SBN 312698)
ajackson@structurelaw.com
STRUCTURE LAW GROUP, LLP
1754 Technology Drive, Suite 135
San Jose, California 95110
Telephone: (408) 441-7500
Facsimile: (408) 441-7501

Attorneys for Non-Parties
Pegatron Corporation and Pegatron USA, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re APPLE INC. SECURITIES LITIGATION | CASE NO. 19-cv-02033-YGR (JCS) **PEGATRON CORPORATION AND PEGATRON USA, INC.'S SUPPLEMENTAL OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL SUBPOENA** Date: March 26, 2021 Time: 9:30 a.m. Dept: Zoom Judge: Hon. Joseph C. Spero |
|---|---|

Non-Parties Pegatron Corporation and Pegatron USA, Inc. ("PGUSA") respectfully submit this supplemental brief in Opposition to Plaintiff's Motion to Compel Subpoena. As noted in Pegatron Corporation and PGUSA's initial Opposition to Lead Plaintiff Norfolk County Council as Administering Authority of the Norfolk Pension Fund's ("Plaintiff") Motion to Compel, many of the issues raised were not discussed during the meet and confer process and were not a part of the original joint discovery letter submitted to this Court. As a result of having to address several new arguments, Pegatron Corporation and PGUSA did not have adequate time to respond to all the new arguments raised in Plaintiff's motion. Pegatron Corporation and PGUSA directs the Court to its Opposition for relevant facts.

Pegatron Corporation and PGUSA would like to take this opportunity to clarify some errors in the Opposition. First, at Page 5; Lines 24-25, should read "Pegatron Corporation maintains that it is a ~~domestic~~ **foreign** corporation and not subject to the jurisdiction of this

Court." Second, at Page 13; Lines 1-4, should read "Even if the Court were to agree that CCC § 2110 and *U.S. ex rel. Miller* are relevant to the analysis of service of a subpoena on a non-party foreign company—which it should not—Plaintiff has failed to provide sufficient evidence and arguments to prove that PTSI is a "general manager" **and thus is not an agent for Pegatron Corporation.**"

Further, PGUSA and Pegatron Corporation want to make clear that PGUSA is not an agent for Pegatron Corporation as alleged in Plaintiff's Motion. As explained in the Pegatron Corporation and PGUSA's Opposition, PGUSA was never served on behalf of Pegatron Corporation and even if it had it would not have been proper because PGUSA is not an agent for Pegatron Corporation.

Based on the foregoing, Pegatron Corporation and PGUSA respectfully requests the Court consider the issues raised in this Supplemental Opposition and deny Plaintiff's motion to compel. Alternatively, if the Court is inclined to grant Plaintiff's motion to compel, Pegatron Corporation and PGUSA respectfully request that this Court order that Plaintiff is responsible for the fees and costs associated with undertaking the discovery process.

Date: March 16, 2021                                        Respectfully submitted,

By: ___/s/ Austin T. Jackson___
Mark R. Figueiredo, Esq.
*mrf@structurelaw.com*
Austin T. Jackson, Esq.
*ajackson@structurelaw.com*
STRUCTURE LAW GROUP, LLP
1754 Technology Drive, Suite 135
San Jose, California 95110
Telephone: (408) 441-7500
Facsimile: (408) 441-7501
Attorneys for Non-Parties
Pegatron Technology Service, Inc
and Pegatron USA, Inc.

PEGATRON'S SUPPLEMENTAL OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL SUBPOENA