ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
JOHN H. GEORGE (292332)
KENNETH J. BLACK (291871)
HADIYA K. DESHMUKH (328118)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
jgeorge@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
        – and –
MARK SOLOMON (151949)
TOR GRONBORG (179109)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
torg@rgrdlaw.com

Lead Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No. 4:19-cv-02033-YGR<br><br><u>CLASS ACTION</u><br><br>LEAD PLAINTIFF'S RESPONSE TO PEGATRON CORPORATION AND PEGATRON USA, INC.'S UNAUTHORIZED FILING<br><br>DATE: March 26, 2021<br>TIME: 9:30 a.m.<br>CTRM: F, 15th Floor<br>JUDGE: Hon. Joseph C. Spero |

4831-1577-6481.v1

1  Lead Plaintiff Norfolk County Council as Administering Authority of the Norfolk Pension
2  Fund ("Plaintiff") hereby responds to Pegatron Corporation and Pegatron USA Inc.'s unauthorized
3  Supplemental Opposition to Plaintiff's Motion to Compel Subpoena (ECF No. 146)
4  ("Supplemental Opposition"), which was improperly filed on March 16, 2021, after Plaintiff filed
5  its reply in support of the motion to compel (ECF No. 145) (the "Reply").

6  This Court set a briefing schedule for Plaintiff's motion to compel (ECF No. 141) (filed on
7  March 5, 2021), Pegatron's[1] opposition (ECF No. 144) (filed on March 10, 2021) and Plaintiff's
8  Reply (filed on March 15, 2021). Pursuant to Civil Local Rule 7-3(d), "[o]nce a reply is filed, no
9  additional memoranda, papers or letters may be filed without prior Court approval." Because
10 Pegatron filed its Supplemental Opposition after Plaintiff's Reply, without Court approval, and
11 because the Supplemental Opposition neither refutes any evidence in the Reply nor provides newly
12 published law, it should be disregarded and stricken from the record.

13 In addition to being procedurally improper, the Supplemental Opposition materially
14 misstates the facts. Plaintiff sought the Court's intervention because Pegatron's counsel refused
15 service and insisted its client could not be served. Therefore, Plaintiff submitted two pages of a
16 joint letter to Judge Gonzalez Rogers regarding only the threshold issue of service. ECF No. 131.
17 Upon receiving Pegatron's half of the joint letter, however, Plaintiff learned that Pegatron sought
18 to expand the issues in dispute, challenging the scope and purported burden of Plaintiff's requests
19 for production. *Id.* at 3-4. It would appear that Pegatron also expects its service arguments to fail.
20 Accordingly, Plaintiff's motion to compel addresses these newly introduced issues. Plaintiff did
21 not improperly expand the scope of issues in dispute; Pegatron did.

22 The notion that counsel for Pegatron did not have enough time to address new arguments
23 is baseless. Pegatron represented to Plaintiff, and more importantly, to Judge Gonzalez Rogers,
24 that it was a foreign company not subject to service. *See* ECF Nos. 131; 141-18. Plaintiff scoured
25 the public record for evidence that this was demonstrably false, including contrary statements to
26 other courts, media articles about its operations in California and Pegatron's own financial filings.
27
28  [1] "Pegatron" is collectively Pegatron Corporation and Pegatron USA, Inc.

1  All of this information is known to Pegatron. Indeed, what Pegatron appears to mean is that it was
2  not prepared for Plaintiff to uncover its deception and it would like a "do-over."
3       Pegatron's Supplemental Opposition should be disregarded and stricken.
4  DATED: March 18, 2021            Respectful submitted,

                                               ROBBINS GELLER RUDMAN
                                                  & DOWD LLP
                                               SHAWN A. WILLIAMS
                                               DANIEL J. PFEFFERBAUM
                                               JOHN H. GEORGE
                                               KENNETH J. BLACK
                                               HADIYA K. DESHMUKH

                                                           <u>    s/ Daniel J. Pfefferbaum    </u>
                                                       DANIEL J. PFEFFERBAUM

                                             Post Montgomery Center
                                             One Montgomery Street, Suite 1800
                                             San Francisco, CA 94104
                                             Telephone: 415/288-4545
                                             415/288-4534 (fax)
                                             shawnw@rgrdlaw.com
                                             dpfefferbaum@rgrdlaw.com
                                             jgeorge@rgrdlaw.com
                                             kennyb@rgrdlaw.com
                                             hdeshmukh@rgrdlaw.com

                                             ROBBINS GELLER RUDMAN
                                               & DOWD LLP
                                             MARK SOLOMON
                                             TOR GRONBORG
                                             655 West Broadway, Suite 1900
                                             San Diego, CA 92101
                                             Telephone: 619/231-1058
                                             619/231-7423 (fax)
                                             marks@rgrdlaw.com
                                             torg@rgrdlaw.com

                                             Lead Counsel for Lead Plaintiff

                                             LABATON SUCHAROW
                                             CAROL C. VILLEGAS
                                             140 Broadway
                                             New York, NY 10005
                                             Telephone: 212/907-0700
                                             212/883-7524 (fax)
                                             cvillegas@labaton.com

                                             Counsel for Employees' Retirement System of
                                             the State of Rhode Island

LEAD PLAINTIFF'S RESPONSE TO PEGATRON CORPORATION AND PEGATRON USA, INC.'S
UNAUTHORIZED FILING - 4:19-cv-02033-YGR    - 2 -
4831-1577-6481.v1

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on March 18, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

<u>  s/ Daniel J. Pfefferbaum  </u>
DANIEL J. PFEFFERBAUM

ROBBINS GELLER RUDMAN
     & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:  dpfefferbaum@rgrdlaw.com

4831-1577-6481.v1

# Mailing Information for a Case 4:19-cv-02033-YGR IN RE APPLE INC. SECURITIES LITIGATION

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Adam Marc Apton**
  aapton@zlk.com,Files@zlk.com

- **Kenneth Joseph Black**
  KennyB@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Mary K. Blasy**
  mblasy@rgrdlaw.com

- **Frank H. Busch**
  busch@wvbrlaw.com,johnson@wvbrlaw.com,pallister@wvbrlaw.com

- **Hadiya Khan Deshmukh**
  hdeshmukh@rgrdlaw.com

- **Christine M. Fox**
  cfox@labaton.com,ndonlon@labaton.com,lpina@labaton.com,electroniccasefilings@labaton.com,fmalonzo@labaton.com,6312349420@filings.docketbird.com

- **John Hamilton George**
  jgeorge@rgrdlaw.com

- **Tor Gronborg**
  torg@rgrdlaw.com

- **J Alexander Hood , II**
  ahood@pomlaw.com,tcrockett@pomlaw.com,abarbosa@pomlaw.com

- **Austin Thomas Jackson**
  ajackson@structurelaw.com,cford@structurelaw.com

- **James Neil Kramer**
  jkramer@orrick.com,lpatts@orrick.com,mwatkins@orrick.com,vmorse@orrick.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,tcrockett@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com,lpvega@pomlaw.com

- **Francis P. McConville**
  fmcconville@labaton.com,HChang@labaton.com,lpina@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,ahood@pomlaw.com,egoodman@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,jalieberman@pomlaw.com,tcrockett@pomla

- **Daniel Jacob Pfefferbaum**
  DPfefferbaum@rgrdlaw.com,jgeorge@rgrdlaw.com,dpfefferbaumRGRD@ecf.courtdrive.com,e_file_sd@rgrdlaw.com,jgeorge@ecf.courtdrive.com

- **Samuel H. Rudman**
  srudman@rgrdlaw.com

- **Juan Carlos Sanchez**
  jsanchez@rgrdlaw.com,e_file_SD@rgrdlaw.com

- **Mark Solomon**
  marks@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Alexander K. Talarides**
  atalarides@orrick.com,lpatts@orrick.com,casestream@ecf.courtdrive.com

- **Carol C. Villegas**
  cvillegas@labaton.com,ndonlon@labaton.com,5739893420@filings.docketbird.com,lpina@labaton.com,jchristie@labaton.com,acoquin@labaton.com,fmalonzo@laba

- **James Matthew Wagstaffe**
  wagstaffe@wvbrlaw.com,johnson@wvbrlaw.com

- **Steven Ray Wedeking , II**
  swedeking@robbinsllp.com,notice@robbinsllp.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,cbarrett@rgrdlaw.com,ShawnW@ecf.courtdrive.com,smorris@rgrdlaw.com,kennyb@rgrdlaw.com,e_file_sd@rgrdlaw.com,smorris@ecf.courtc

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)