1  JAMES N. KRAMER (SBN 154709)
   jkramer@orrick.com
2  ALEXANDER K. TALARIDES (SBN 268068)
   atalarides@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA  94105-2669
5  Telephone:    (415) 773-5700
   Facsimile:    (415) 773-5759
6
   Attorneys for Defendants Apple Inc.,
7  Timothy Cook, and Luca Maestri

8

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          OAKLAND DIVISION

| IN RE APPLE INC. SECURITIES LITIGATION | Lead Case No. 4:19-cv-02033-YGR |
|---|---|
|  | **NOTICE OF APPEARANCE OF KEVIN M. ASKEW** |
| This Document Relates To:<br><br>ALL ACTIONS. | Judge:  Honorable Yvonne Gonzalez Rogers<br>Ctrm:   1, 4th Floor |

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that **KEVIN M. ASKEW** of the law firm of Orrick, Herrington & Sutcliffe LLP hereby enters an appearance as counsel for defendants Apple Inc., Timothy D. Cook and Luca Maestri (collectively "Defendants"), and hereby requests that all notices given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided and served upon:

Kevin M. Askew
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 S. Figueroa St., Suite 3200
Los Angeles, CA  90017
Telephone:  (213) 629-2020
Facsimile:  (213) 612-2499
Email:  kaskew@orrick.com

Dated:  March 22, 2021

Respectfully submitted,
ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Kevin M. Askew*
KEVIN M. ASKEW

Attorneys for Defendants Apple Inc., Timothy D. Cook and Luca Maestri