1   JAMES N. KRAMER (SBN 154709)
    jkramer@orrick.com
2   ALEXANDER K. TALARIDES (SBN 268068)
    atalarides@orrick.com
3   ARIEL B. WINAWER (SBN 317821)
    awinawer@orrick.com
4   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
5   405 Howard Street
    San Francisco, CA  94105-2669
6   Telephone:     (415) 773-5700
    Facsimile:     (415) 773-5759
7
    Attorneys for Defendants Apple Inc.,
8   Timothy Cook, and Luca Maestri

9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                        OAKLAND DIVISION

13

14  IN RE APPLE INC. SECURITIES        Lead Case No. 4:19-cv-02033-YGR
    LITIGATION
15                                     **NOTICE OF APPEARANCE OF
                                       ARIEL B. WINAWER**
16  _____
                                       Judge:  Honorable Yvonne Gonzalez Rogers
17  This Document Relates To:          Ctrm:   1, 4th Floor

18  ALL ACTIONS.

19

20

21

22

23

24

25

26

27

28

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that **ARIEL B. WINAWER** of the law firm of Orrick, Herrington & Sutcliffe LLP hereby enters an appearance as counsel for defendants Apple Inc., Timothy D. Cook and Luca Maestri (collectively "Defendants"), and hereby requests that all notices given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided and served upon:

Ariel B. Winawer
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105-2669
Telephone:  (415) 773-5700
Facsimile:  (415) 773-5759
Email:  awinawer@orrick.com

Dated:  March 22, 2021

Respectfully submitted,
ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Ariel B. Winawer*
ARIEL B. WINAWER

Attorneys for Defendants Apple Inc., Timothy D. Cook and Luca Maestri

NOTICE OF APPEARANCE OF ARIEL B. WINAWER,
CASE NO. 4:19-CV-02033-YGR