# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# <u>ZOOM CIVIL MINUTE ORDER</u>

| **Case No.:** 19-cv-02033-YGR (JCS) | **Case Name:** In Re: Apple Securities Litigation | |
|---|---|---|
| **Chief Magistrate Judge:** JOSEPH C. SPERO | **Date**: March 26, 2021 | **Time:** 15 M |

**Attorney for Plaintiff:** Dan Pfefferbaum for Norfolk County Council, Shawn Williams for City of Roseville Employees' Retirement System
**Attorney for Defendant:** Kevin Askew, Ariel Winawer for Apple, Tim Cook, Luca Maestri
**Attorney for Non-party Pegatron**: Austin Jackson

**Deputy Clerk:** Karen Hom                                    **Court Reporter:** Ruth Levine

## <u>ZOOM WEBINAR PROCEEDINGS</u>

1. Motion to Compel Compliance with Subpoena Duces Tecum to Pegatron [dkt 141] - Submitted

## <u>ORDERED AFTER HEARING</u>

Parties are to meet and confer, by Zoom video, to resolve issues on scope of the subpoena the week of April 5, 2021. If there is any remaining issue that needs Court intervention, the parties shall file a joint letter five (5) days after their meet and confer.

**Order to be prepared by:**
[ ] Plaintiff         [ ] Defendant         [X] Court