1 | ROBBINS GELLER RUDMAN
  |   & DOWD LLP
2 | SHAWN A. WILLIAMS (213113)
  | DANIEL J. PFEFFERBAUM (248631)
3 | JOHN H. GEORGE (292332)
  | KENNETH J. BLACK (291871)
4 | HADIYA K. DESHMUKH (328118)
  | Post Montgomery Center
5 | One Montgomery Street, Suite 1800
  | San Francisco, CA  94104
6 | Telephone:  415/288-4545
  | 415/288-4534 (fax)
7 | shawnw@rgrdlaw.com
  | dpfefferbaum@rgrdlaw.com
8 | jgeorge@rgrdlaw.com
  | kennyb@rgrdlaw.com
9 | hdeshmukh@rgrdlaw.com
  |         – and –
10| MARK SOLOMON (151949)
  | TOR GRONBORG (179109)
11| 655 West Broadway, Suite 1900
  | San Diego, CA  92101
12| Telephone:  619/231-1058
  | 619/231-7423 (fax)
13| marks@rgrdlaw.com
  | torg@rgrdlaw.com

Lead Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION | ) Case No. 4:19-cv-02033-YGR |
| | ) |
| | ) <u>CLASS ACTION</u> |
| This Document Relates To: | ) |
| | ) DECLARATION OF DANIEL J. |
| ALL ACTIONS. | ) PFEFFERBAUM IN SUPPORT OF |
| | ) PLAINTIFF'S ADMINISTRATIVE |
| | ) MOTION TO FILE UNDER SEAL JOINT |
| | ) DISCOVERY LETTER |

4841-9469-6165.v1

I, DANIEL J. PFEFFERBAUM, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and before this District Court. I am a member of the law firm Robbins Geller Rudman & Dowd LLP, Lead Counsel for Lead Plaintiff in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto. This Declaration is made in support of Plaintiff's Administrative Motion to File Under Seal Joint Discovery Letter.

2. Pursuant to the Northern District of California Civil Local Rules 7-11 and 79-5, I respectfully submit this administrative motion to file under seal the Joint Discovery Letter, dated April 13, 2021.

3. The Parties' Joint Discovery Letter, filed herewith, references, summarizes or contains information drawn from the Depositions of Defendant Apple Inc. pursuant to Fed. R. Civ. P. 30(b)(6) including the following which have been designated by Defendant Apple as HIGHLY CONFIDENTIAL in their entirety pursuant to the Stipulated Protective Order (ECF No. 139):

   (a) the Deposition of Kevan Parekh, as representative of Defendant Apple Inc., dated March 10, 2021 and

   (b) the Deposition of Donal Conroy, as representative of Defendant Apple, Inc., dated March 15, 2021.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 13th day of April, 2021, at San Francisco, California.

                                    s/ Daniel J. Pfefferbaum
                                    DANIEL J. PFEFFERBAUM