# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# ZOOM CIVIL MINUTE ORDER

| **Case No.:** 19-cv-02033-YGR (JCS) | **Case Name:** In Re: Apple Securities Litigation | |
|---|---|---|
| **Chief Magistrate Judge:** JOSEPH C. SPERO | **Date**: April 16, 2021 | **Time:** 37 M (10:20-10:57) |

**Attorney for Plaintiff:** Shawn Williams, Dan Pfefferman, Christine Fox
**Attorney for Defendant:** James Kramer, Kevin Askew, Ariel Winawer

**Deputy Clerk:** Karen Hom                **Court Reporter:** Belle Ball

## ZOOM WEBINAR PROCEEDINGS

1. Discovery Hearing re: Joint Discovery Letter [ECF156] – Granted in part

## ORDERED AFTER HEARING

The following custodians will be added:
Jeff Williams, Angela Ahrendts, Deirdre O'Brien, Sabih Khan, Phil Schiller, and Greg Joswiak. After reviewing the documents found through these custodians, and other evidence produced in discovery, the defendant may seek additional custodians who may produce relevant information not already produced by the first group of custodians if it is proportional to the needs of the case.

Defendant shall provide proposed searched terms to Plaintiff by 4/23/2021.
Parties shall finalize the list of search terms by 5/7/2021.
Production of documents shall be on a rolling basis.
Deadline to complete production of all responsive non privileged documents found through this search process by defendant is 7/15/2021.
Parties shall meet and confer on an earlier deadline for production of documents and categories of documents that can be produced without search terms.

**CASE CONTINUED TO:**

**Order to be prepared by:**
 [ ] Plaintiff          [ ] Defendant          [ ] Court