UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Case No. 19-cv-02033-YGR   (JCS)<br><br>**ORDER DENYING WITHOUT PREJUDICE NON-PARTY HON HAI'S OBJECTION TO PLAINTIFF'S SUBPOENA**<br><br>Re: Dkt. No. 132 |

On February 10, 2021, Lead Plaintiff Norfolk County Counsel filed a discovery letter concerning non-party Hon Hai Precision Industry Co., Ltd. a/k/a Foxconn Technology Group's objections to Plaintiff's subpoena to produce documents (the "Motion").

The Court understands the parties in this letter continue to meet and confer to resolve the dispute.

IT IS HEREBY ORDERED that the Motion is **DENIED WITHOUT PREJUDICE** to renewing the dispute by filing a Joint Discovery Letter Brief pursuant to the Court's February 19, 2021 Notice of Reference, ECF 136, if the parties are unable to reach a resolution.

**IT IS SO ORDERED.**

Dated:  April 20, 2021

JOSEPH C. SPERO
Chief Magistrate Judge