UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC., et al.,<br><br>    Defendants. | Case No. 19-cv-02033-YGR   (JCS)<br><br>**ORDER DENYING MOTION TO FILE PORTIONS OF JOINT DISCOVERY LETTER UNDER SEAL**<br><br>Re: Dkt. No. 155 |

On April 13, 2021, Plaintiff filed an administrative motion to file portions of the parties' joint discovery letter ("the Joint Discovery Letter") under seal based solely on citation of witness testimony that was designated by Defendant as HIGHLY CONFIDENTIAL under the protective order in this case.  As the designating party, Defendant was required to file within four days of the filing of the administrative motion a declaration establishing that the material at issue is sealable.  *See* Civil Local Rule 79-5(d)(1)(A) & (e).  Defendant has not filed the required declaration and the deadline to do so has passed.  Accordingly, the administrative motion is DENIED without prejudice.  Pursuant to Civil Local Rule 79-5(e)(2), Plaintiff is required to file the unredacted document in the public record "no earlier than 4 days, and no later than 10 days" after the date of this Order.  However, if Defendant files a motion to seal in connection with the Joint Discovery Letter within 4 days of the date of this Order, Plaintiff shall not file the unredacted Joint Discovery Letter in the public record unless and until the Court denies that motion.

**IT IS SO ORDERED.**

Dated: April 22, 2021

JOSEPH C. SPERO
Chief Magistrate Judge