ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
JOHN H. GEORGE (292332)
KENNETH J. BLACK (291871)
HADIYA K. DESHMUKH (328118)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
jgeorge@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
          – and –
MARK SOLOMON (151949)
TOR GRONBORG (179109)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
torg@rgrdlaw.com

Lead Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No. 4:19-cv-02033-YGR<br><br>CLASS ACTION<br><br>DECLARATION OF SHAWN A. WILLIAMS IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO CERTIFY CLASS, APPOINT CLASS REPRESENTATIVE AND APPOINT CLASS COUNSEL |

4852-7298-7368.v1

1. I, SHAWN A. WILLIAMS, declare as follows:

2. I am an attorney duly licensed to practice in the State of a California and before this District Court. I am a member of the law firm Robbins Geller Rudman & Dowd LLP, counsel of record for Lead Plaintiff and proposed Class Representative Norfolk County Council as Administering Authority of the Norfolk Pension Fund ("Norfolk Pension Fund"), in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto. This Declaration is made in support of Lead Plaintiff's Motion to Certify Class, Appoint Class Representative and Appoint Class Counsel.

3. Attached are true and correct copies of the following exhibits:

Exhibit 1: Declaration of Alexander Younger in Support of Lead Plaintiff's Motion to Certify Class, Appoint Class Representative and Appoint Class Counsel;

Exhibit 2: Report on Market Efficiency of Professor Steven P. Feinstein, Ph.D, CFA, dated May 5, 2021;

Exhibit 3: **[REDACTED]** Norfolk Pension Fund's records of trading in Apple Inc. securities during the proposed Class Period; and

Exhibit 4: Robbins Geller Rudman & Dowd LLP Firm Resume (excerpts).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 5th day of May, 2021, at San Francisco, California.

s/ Shawn A. Williams
SHAWN A. WILLIAMS