# EXHIBIT 1

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
JOHN H. GEORGE (292332)
KENNETH J. BLACK (291871)
HADIYA K. DESHMUKH (328118)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
jgeorge@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
        – and –
MARK SOLOMON (151949)
TOR GRONBORG (179109)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
torg@rgrdlaw.com

Lead Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>　　ALL ACTIONS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:19-cv-02033-YGR<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF ALEXANDER YOUNGER IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO CERTIFY CLASS, APPOINT CLASS REPRESENTATIVE AND APPOINT CLASS COUNSEL |

4819-6335-8952.v1

I, Alexander Younger, declare as follows:

1. I am the Head of Funding and Investment for Lead Plaintiff, Norfolk County Council as Administering Authority of the Norfolk Pension Fund ("Norfolk Pension Fund"), and I am authorized to make this declaration. Norfolk Pension Fund is a multiemployer defined benefit pension scheme with approximately $6.1 billion in assets under management and is part of the United Kingdom's Local Government Pension Scheme. I am the person at the Norfolk Pension Fund who is primarily responsible for monitoring and directing this litigation on behalf of Norfolk Pension Fund.

2. During the Class Period as identified in the Revised Consolidated Class Action Complaint for Violation of the Federal Securities Laws (ECF No. 114) (the "Complaint"), November 2, 2018 through January 2, 2019, inclusive, Norfolk Pension Fund purchased or acquired more than 39,600 shares of Apple, Inc. common stock.

3. I, on behalf of Norfolk Pension Fund, have monitored the progress of this litigation. I have regularly conferred with Robbins Geller Rudman & Dowd LLP ("Robbins Geller" or "Lead Counsel") concerning the litigation and overseen the efforts of Robbins Geller in prosecuting the case. For example, I have received and reviewed documents filed with the Court including, but not limited to, the Complaint, legal briefs related to Defendants' motions to dismiss the Complaint, Orders of the Court and the instant Motion to Certify Class, Appoint Class Representative and Appoint Class Counsel. I have also personally attended two court hearings prior to the COVID 19 pandemic and have since continued to consult with Robbins Geller concerning key events in the litigation, including document collection and review and deposition scheduling.

4. Norfolk Pension Fund is committed to continuing to actively direct this litigation and maximize the recovery for the Class. As Lead Plaintiff and proposed Class Representative, Norfolk Pension Fund understands that it owes fiduciary duties to all members of the Class to provide fair and adequate representation and intends to continue to work with Lead Counsel to obtain the maximum recovery possible for the entire Class consistent with good faith and meritorious advocacy.

5. Norfolk Pension Fund also intends to continue to provide fair and adequate representation by, among other things, further considering the advice and further directing the efforts of Lead Counsel and proposed Class Counsel, Robbins Geller. Norfolk Pension Fund is aware that Robbins Geller has substantial experience and expertise in prosecuting securities class actions and believes that Robbins Geller possesses the necessary financial and human resources to prosecute the case effectively.

6. Norfolk Pension Fund will not accept any payment for serving as Class Representative beyond its pro rata share of any recovery, except for reimbursement of such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of May, 2021 in Norfolk, United Kingdom.

ALEXANDER YOUNGER