# EXHIBIT 3
# [Redacted]

# EXHIBIT 3.1
# [Redacted]



# Norfolk Pension Scheme

**Monthly Administration Report**
01 Nov 2018 - 30 Nov 2018



Please raise any queries concerning the accuracy or completeness of the information contained in this document within 30 days of its receipt.

# PURCHASE TRANSACTIONS

01 Nov 2018 - 30 Nov 2018

| | Security ID | Trade Date | Settlement Date | Shares or Nominal | Unit Price (Local) | Gross (Local) | Commission & Charges (Local) | Net Cost (Local) | Gross (GBP) | Commission & Charges (GBP) | Net Cost (GBP) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EQUITIES | | | | | | | | | | | |
| USA DOLLAR | | | | | | | | | | | |
| COMMON STOCK | | | | | | | | | | | |
| APPLE | 037833100 | 12-Nov-2018 | 12-Nov-2018 | 14,012 | 204.42 | 2,864,333.04 | 0.00 | 2,864,333.04 | 2,225,761.94 | 0.00 | 2,225,761.94 |
| APPLE | 037833100 | 14-Nov-2018 | 16-Nov-2018 | 21,205 | 193.64 | 4,106,142.56 | 137.83 | 4,106,280.39 | 3,157,721.03 | 105.99 | 3,157,827.02 |

# EXHIBIT 3.2
# [Redacted]



Norfolk Pension Scheme

Monthly Administration Report
01 Dec 2018 - 31 Dec 2018



Please raise any queries concerning the accuracy or completeness of the information contained in this document within 30 days of its receipt.

Confidential                                                                                                                                                       NORFOLK_0000571

## PURCHASE TRANSACTIONS  01 Dec 2018 - 31 Dec 2018

| | Security ID | Trade Date | Settlement Date | Shares or Nominal | Unit Price (Local) | Gross (Local) | Commission & Charges (Local) | Net Cost (Local) | Gross (GBP) | Commission & Charges (GBP) | Net Cost (GBP) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES** | | | | | | | | | | | |
| **USA DOLLAR** | | | | | | | | | | | |
| **COMMON STOCK** | | | | | | | | | | | |
| APPLE | 037833100 | 18-Dec-2018 | 21-Dec-2018 | 1,717 | 165.99 | 285,012.73 | 11.16 | 285,023.89 | 225,645.41 | 8.84 | 225,654.25 |

r3-1-1-1

Norfolk Pension Scheme                             16

# EXHIBIT 3.3
# [Redacted]



CAPITAL GROUP℠

# Portfolio Statement

As of 30 November 2018     Monthly

# Norfolk Pension Fund CIL

All Countries World Equity

Legal notification - Please consider comparing this statement with the statement provided by your custodian, if applicable.

Capital International Limited, 40 Grosvenor Place, London, SW1X 7GG
Authorised and regulated by the Financial Conduct Authority

# Details of Transactions in Local Currency

Norfolk Pension Fund CIL

1 Nov 2018 through 30 Nov 2018

Base Currency : GBP

**PURCHASES**

| Ccy | Shares / Par Value | Security Trade Date / Settlement Date | Local Price | Cost Local | Brok./ Taxes Local Ccy | Total Cost Excl. Interest | Purchased Interest Local | Gain / Loss Local | Total Net Local |
|---|---|---|---|---|---|---|---|---|---|



USD

| | 130 | APPLE INC 12 Nov 2018 - 14 Nov 2018 | 196.940 | 25,602.20 | 0.91 | 25,603.11 | 0.00 | 0.00 | 25,603.11 |

Confidential

NORFOLK_0001338

# EXHIBIT 3.4
# [Redacted]

# Portfolio Statement

As of 31 December 2018     Monthly

## Norfolk Pension Fund CIL

All Countries World Equity

Legal notification - Please consider comparing this statement with the statement provided by your custodian, if applicable.

Capital International Limited, 40 Grosvenor Place, London, SW1X 7GG
Authorised and regulated by the Financial Conduct Authority

# Details of Transactions in Local Currency

Norfolk Pension Fund CIL

1 Dec 2018 through 31 Dec 2018

Base Currency : GBP

**PURCHASES**

| Ccy | Shares / Security Par Value Trade Date / Settlement Date | Local Price | Cost Local | Brok./ Taxes Local Ccy | Total Cost Excl. Interest | Purchased Interest Local | Gain / Loss Local | Total Net Local |
|---|---|---|---|---|---|---|---|---|
| USD | | | | | | | | |
| | 2,038  APPLE INC<br>17 Dec 2018 - 19 Dec 2018 | 166.459 | 339,243.03 | 14.27 | 339,257.30 | 0.00 | 0.00 | 339,257.30 |

Confidential

NORFOLK_0001036

# Details of Transactions in Local Currency

Norfolk Pension Fund CIL

1 Dec 2018 through 31 Dec 2018

Base Currency : GBP

**PURCHASES**

| Ccy | Shares / Security Par Value Trade Date / Settlement Date | Local Price | Cost Local | Brok./ Taxes Local Ccy | Total Cost Excl. Interest | Purchased Interest Local | Gain / Loss Local | Total Net Local |
|---|---|---|---|---|---|---|---|---|
| USD | | | | | | | | |
| | 515  APPLE INC  20 Dec 2018 - 24 Dec 2018 | 161.621 | 83,234.82 | 3.61 | 83,238.43 | 0.00 | 0.00 | 83,238.43 |