ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
JOHN H. GEORGE (292332)
KENNETH J. BLACK (291871)
HADIYA K. DESHMUKH (328118)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
jgeorge@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
       – and –
MARK SOLOMON (151949)
TOR GRONBORG (179109)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
torg@rgrdlaw.com

Lead Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION <br><br> This Document Relates To: <br><br> ALL ACTIONS. | ) Case No. 4:19-cv-02033-YGR <br> ) <br> ) <u>CLASS ACTION</u> <br> ) <br> ) [PROPOSED] ORDER GRANTING LEAD <br> ) PLAINTIFF'S MOTION TO CERTIFY <br> ) CLASS, APPOINT CLASS <br> ) REPRESENTATIVE AND APPOINT CLASS <br> ) COUNSEL |

4827-3635-0952.v1

Having considered Lead Plaintiff's Motion to Certify Class, Appoint Class Representative and Appoint Class Counsel, the Memorandum of Points and Authorities in Support Thereof, the Declaration of Shawn A. Williams and the exhibits thereto, the pleadings and filings herein and such other evidence and written or oral arguments as may be presented to the Court, IT IS HEREBY ORDERED that:

1.   Lead Plaintiff's Motion is GRANTED;

2.   The Court hereby certifies the following the following class of investors:

> All persons and entities who purchased or otherwise acquired the publicly traded securities of Apple Inc. during the period from November 2, 2018 through January 2, 2019, inclusive (the "Class Period"), and who suffered damages by Defendants' alleged violations of §§10(b) and 20(a) of the Exchange Act. Excluded from the Class are: (i) Apple and the Individual Defendants; (ii) members of the families of each Individual Defendant; (iii) officers and directors of Apple; and (vi) the legal representatives, heirs, successors or assigns of any such excluded party.

3.   The Court finds the Class satisfies the requirements of Rule 23(a) and (b)(3) in that: (i) the Class is so numerous that joinder of all members is impracticable; (ii) there are questions of law or fact common to the Class; (iii) Lead Plaintiff's claims are typical of the claims of the members of the Class; (iv) Lead Plaintiff will fairly and adequately protect the interests of the members of the Class; (v) questions of law or fact common to the members of the Class predominate over any questions affecting only individual members of the Class; and (vi) a class action is superior to other available methods for a fair and efficient adjudication of this controversy;

4.   The Court appoints Norfolk County Council as Administering Authority of the Norfolk Pension Fund as Class Representative; and

5.   The Court appoints Robbins Geller Rudman & Dowd LLP as Class Counsel.

IT IS SO ORDERED.

DATED: _____       _____
                                     THE HON. YVONNE GONZALEZ ROGERS
                                     UNITED STATES DISTRICT JUDGE