ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
JOHN H. GEORGE (292332)
KENNETH J. BLACK (291871)
HADIYA K. DESHMUKH (328118)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
jgeorge@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
        – and –
MARK SOLOMON (151949)
TOR GRONBORG (179109)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
torg@rgrdlaw.com

Lead Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION | ) Case No. 4:19-cv-02033-YGR |
| | ) |
| | ) CLASS ACTION |
| This Document Relates To: | ) |
| | ) DECLARATION OF DANIEL J. |
| ALL ACTIONS. | ) PFEFFERBAUM IN SUPPORT OF |
| | ) PLAINTIFF'S ADMINISTRATIVE |
| | ) MOTION TO FILE UNDER SEAL JOINT |
| | ) DISCOVERY LETTER |

4812-5911-6521.v1

I, DANIEL J. PFEFFERBAUM, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and before this District Court. I am a member of the law firm Robbins Geller Rudman & Dowd LLP, Lead Counsel for Lead Plaintiff in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto. This Declaration is made in support of Plaintiff's Administrative Motion to File Under Seal Joint Discovery Letter ("Motion").

2. Pursuant to the Northern District of California Civil Local Rules 7-11 and 79-5, I respectfully submit this Motion to file under seal the Joint Discovery Letter, dated May 10, 2021.

3. The Joint Discovery Letter, filed herewith, references, summarizes or contains information Hon Hai has designated as CONFIDENTIAL pursuant to the Stipulated Protective Order (ECF No. 139).

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 10th day of May, 2021, at San Francisco, California.

                                                s/ Daniel J. Pfefferbaum
                                                DANIEL J. PFEFFERBAUM

4812-5911-6521.v1