1 | ROBBINS GELLER RUDMAN
  |   & DOWD LLP
2 | SHAWN A. WILLIAMS (213113)
  | DANIEL J. PFEFFERBAUM (248631)
3 | JOHN H. GEORGE (292332)
  | KENNETH J. BLACK (291871)
4 | HADIYA K. DESHMUKH (328118)
  | Post Montgomery Center
5 | One Montgomery Street, Suite 1800
  | San Francisco, CA  94104
6 | Telephone:  415/288-4545
  | 415/288-4534 (fax)
7 | shawnw@rgrdlaw.com
  | dpfefferbaum@rgrdlaw.com
8 | jgeorge@rgrdlaw.com
  | kennyb@rgrdlaw.com
9 | hdeshmukh@rgrdlaw.com
  |        – and –
10 | MARK SOLOMON (151949)
   | TOR GRONBORG (179109)
11 | 655 West Broadway, Suite 1900
   | San Diego, CA  92101
12 | Telephone:  619/231-1058
   | 619/231-7423 (fax)
13 | marks@rgrdlaw.com
   | torg@rgrdlaw.com

Lead Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION | Case No. 4:19-cv-02033-YGR |
| | CLASS ACTION |
| This Document Relates To: | [PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL JOINT DISCOVERY LETTER |
| ALL ACTIONS. | |

4824-8326-3465.v1

This matter comes before the Court on Plaintiff's Administrative Motion to File Under Seal ("Motion") portions of Plaintiff's and Hon Hai's Joint Discovery Letter, dated May 10, 2021.

The Court has considered the Motion, any supporting material and requests by any interested party or non-party to seal the materials identified herein, and finds good cause to file under seal the following materials:

| Document | Designating Party | Reason for Sealing |
|---|---|---|
| Joint Discovery Letter | Non-party Hon Hai | Contains Information Designated CONFIDENTIAL by Hon Hai |

IT IS SO ORDERED.

DATED: _____    _____
THE HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE