**HERRERA KENNEDY LLP**
Nicomedes Sy Herrera (SBN 275332)
1300 Clay Street, Suite 600
Oakland, CA 94612
Tel: (510) 422-4700
Fax: (855) 969-2050
nherrera@herrerakennedy.com

*Attorneys for Hon Hai Precision Industry Co., Ltd*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No.: 19-cv-02033-YGR (JCS)<br><br>**NOTICE OF APPEARANCE OF NICOMEDES SY HERRERA AS COUNSEL FOR NON-PARTY HON HAI, SPECIALLY APPEARING TO CONTEST PLAINTIFF'S THIRD-PARTY DISCOVERY** |

**TO THE COURT AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Nicomedes Sy Herrera of HERRERA KENNEDY LLP, 1300 Clay Street, Suite 600, Oakland, California 94612 (telephone: 510-422-4700), hereby specially appears as counsel for non-party Hon Hai Precision Industry Co., Ltd., for the purpose of opposing certain third-party discovery propounded *via* subpoenas by plaintiff.

Mr. Herrera is admitted to practice and in good standing in the State of California and the United States District Court for the Northern District of California.

Dated: May 11, 2021

Respectfully submitted,

**HERRERA KENNEDY LLP**

By:  */s/ Nicomedes Sy Herrera*
        Nicomedes Sy Herrera