1  JAMES N. KRAMER (SBN 154709)
   jkramer@orrick.com
2  ALEXANDER K. TALARIDES (SBN 268068)
   atalarides@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA  94105-2669
5  Telephone:   (415) 773-5700
   Facsimile:    (415) 773-5759
6
   Attorneys for Defendants Apple Inc.,
7  Timothy Cook, and Luca Maestri

8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                            OAKLAND DIVISION

12

| 13 | IN RE APPLE INC. SECURITIES LITIGATION | Civil Action No. 4:19-cv-02033-YGR |
|---|---|---|
| | | **DECLARATION OF KEVIN M. ASKEW IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SUPPLEMENTAL DECLARATION TO ADDRESS MISSTATEMENTS MADE BY PLAINTIFF IN THE PARTIES' JOINT DISCOVERY LETTER (DKT. NO. 170)** |
| | This Document Relates To: ALL ACTIONS. | |
| | | Judge:  Honorable Joseph C. Spero |
| | | Ctrm:   Courtroom F, 15th Floor |

I, Kevin M. Askew, declare the following:

1. I am licensed to practice law in the State of California and am an associate at the law firm of Orrick, Herrington & Sutcliffe LLP, attorneys for Defendants Apple Inc., Timothy Cook, and Luca Maestri ("Defendants").  I have personal knowledge of the matters set forth below and if called and sworn as a witness, I could and would competently testify to the facts set forth herein.

2. Pursuant to Civil Local Rule 7-11(a), on May 28, 2021 at 9:11 a.m., counsel for Defendants sent an email to counsel for Plaintiff Norfolk County Council as Administering Authority of the Norfolk Pension Fund ("Plaintiff") to advise them that Defendants intended to file an administrative motion requesting leave to file a supplemental declaration to address misstatements in the parties' May 26, 2021 joint letter submission, and asked Plaintiff to confirm whether it would stipulate to such a filing.

3. The parties subsequently corresponded by email, but Plaintiff declined to so stipulate.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 28th day of May, 2021, in Los Angeles, California.

                        */s/ Kevin M. Askew*
                        Kevin M. Askew