JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     (415) 773-5700
Facsimile:      (415) 773-5759

Attorneys for Defendants Apple Inc.,
Timothy Cook, and Luca Maestri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Civil Action No. 4:19-cv-02033-YGR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SUPPLEMENTAL DECLARATION TO ADDRESS MISSTATEMENTS MADE BY PLAINTIFF IN THE PARTIES' JOINT DISCOVERY LETTER (DKT. NO. 170)**<br><br>Judge:    Honorable Joseph C. Spero<br>Ctrm:     Courtroom F, 15th Floor |

This matter comes before the Court on Defendants' Motion for Leave to File a Supplemental Declaration to Address Misstatements made by Plaintiff in the Parties' May 26, 2021 Joint Discovery Letter.  ECF 170.  Having considered Defendants' motion, the Court finds as follows:

Defendants' Motion for Leave to File a Supplemental Declaration to Address Misstatements made by Plaintiff in the Parties' May 26, 2021 Joint Discovery Letter is **GRANTED**.

**IT IS SO ORDERED.**

_____
Hon. Joseph C. Spero
United States Magistrate Judge