UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>ZOOM CIVIL MINUTE ORDER</u>

| Case No.: 19-cv-02033-YGR (JCS) | Case Name: In Re: Apple Securities Litigation | |
|---|---|---|
| Chief Magistrate Judge: JOSEPH C. SPERO | Date: May 28, 2021 | Time: 40 M (10:49-11:25) |

**Attorney for Plaintiff:** Dan Pfefferbaum, Shawn Williams, Ken Black
**Attorney for Defendant:** Nicomedes Herrera, for non-party Hon Hai

**Deputy Clerk:** Karen Hom                **Court Reporter:** Marla Knox

<u>ZOOM WEBINAR PROCEEDINGS</u>

1. Discovery Hearing re: Redacted Discovery Letter Brief re: Plaintiff's Subpoena to Non-Party Hon Hai [dkt 167] – Granted.

<u>ORDERED AFTER HEARING</u>

1. Hon Hai may not limit the information produced to documents sent to or from Apple.
2. Hon Hai need not produce documents related only to smartphones other than Apple smartphones
3. Hon Hai shall produce communications with a reasonable number of its contract suppliers, focusing on the biggest suppliers by volume. The parties shall meet and confer on the number of suppliers.
4. The parties shall meet and confer on Hon Hai's proposed search terms and custodians. Hon Hai shall provide information on its proposed custodians, and on other custodians that may have the documents or information sought. Hon Hai has proposed only one custodian, which the court finds to be inadequate. A broader range of custodians shall be proposed.
5. Hon Hai shall produce the MPS reports as soon as possible.
6. After the documents have been produced the parties shall meet and confer on whether there is an appropriate person to be designated as a 30(b)(6) witness.
7. Within thirty (30) days from today (5/28/2021) the parties shall meet and confer on the following: proposed custodians; suppliers by volume; and shifting of costs.