# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# ZOOM CIVIL MINUTE ORDER

| **Case No.:** 19-cv-02033-YGR (JCS) | **Case Name:** In Re: Apple Securities Litigation |
|---|---|
| **Chief Magistrate Judge:** JOSEPH C. SPERO | **Date**: June 1, 2021     **Time: 20 M** |

**Attorney for Plaintiff City of Roseville:** Shawn Williams
**Attorney for Defendant:** William Foley, James Kramer, Kevin Askew
**Attorney for Movant Norfolk County Council:** John George, Dan Pfefferbaum

**Deputy Clerk:** Karen Hom      **Court Reporter:** Zoom Webinar Time: 3:02 to 3:22

## ZOOM WEBINAR PROCEEDINGS

1. Discovery Hearing re: Discovery Letter Brief re: Production of documents re: post-class period transactions [dkt 170] – Granted.

## ORDERED AFTER HEARING

1. Plaintiff shall produce post-class period transactions in Apple securities six (6) months following the end of the class period.

2. In light of the agreement on search terms and custodians, documents shall be produced by Norfolk County Council and Employees' Retirement System of the State of Rhode Island by June 11, 2021.

3. The City of Roseville – the parties shall meet and confer and agree on custodians and produce on the same schedule if possible.

4. Parties shall meet and confer on a date for the class representative deposition and opposition to class certification.