JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:      (415) 773-5700
Facsimile:       (415) 773-5759

Attorneys for Defendants Apple Inc.,
Timothy Cook, and Luca Maestri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION<br><br>_____<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Civil Action No. 4:19-cv-02033-YGR<br><br>**DEFENDANTS' NOTICE OF WITHDRAWAL OF ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SUPPLEMENTAL DECLARATION (DKT. NO. 174)**<br><br>Judge:   Honorable Joseph C. Spero<br>Ctrm:    Courtroom F, 15th Floor |

1 | Defendants Apple Inc., Timothy Cook, and Luca Maestri ("Defendants") respectfully submit this notice regarding their pending administrative motion, filed pursuant to Civil Local Rule 7-11, *see* ECF 174, requesting leave to file a supplemental declaration to address and correct misstatements made by Lead Plaintiff Norfolk County Council as Administering Authority of the Norfolk Pension Fund in a joint discovery letter filed with the Court on May 26, 2021 (the "Motion").

Defendants filed the Motion to establish that the issue raised in the May 26 letter concerning Plaintiffs' production delays was properly before the Court and that Defendants had appropriately complied with the Court's Civil Standing Orders. In light of the Court's June 1, 2021 Order, ECF 176, the Motion is moot, and is hereby withdrawn.

Dated: June 2, 2021

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Kevin M. Askew*
Kevin M. Askew

Attorneys for Defendants Apple Inc., Timothy Cook, and Luca Maestri