# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# ZOOM CIVIL MINUTE ORDER

| **Case No.:** 19-cv-02033-YGR (JCS) | **Case Name:** In Re: Apple Securities Litigation | |
|---|---|---|
| **Chief Magistrate Judge:** JOSEPH C. SPERO | **Date**: June 4, 2021 | **Time:** 25 M (9:48-10:09) |

**Attorney for Plaintiff City of Roseville:** Shawn Williams
**Attorney for Defendant:** William Foley, Kevin Askew
**Attorney for Movant Norfolk County Council:** Dan Pfefferbaum

**Deputy Clerk:** Karen Hom              **Court Reporter:** Debra Pas

## ZOOM WEBINAR PROCEEDINGS

1. Discovery Hearing re: Discovery Letter Brief Concerning this Court's April 16, 2021 Order [dkt 173] - Granted

## ORDERED AFTER HEARING

No later than June 25, 2021, Apple shall search for and produce documents in the following categories:

1. iPhone unbricking or activation reports, and other regular sales reports;
2. Reports on customer traffic (physical and online) at Apple stores and partner retailers in Greater China and emerging markets;
3. Reports on economic conditions or consumer spending in Greater China;
4. Reports on demand for iPhone in Greater China;
5. Daily, weekly, and monthly finance reports, dashboards, or documents concerning performance to date vs. forecast;
7. iPhone master production schedules;
8. Preparation materials for investor conference calls;
9. Board Materials and meeting minutes;
10. Drafts of Mr. Cook's January 2, 2019 letter to investors and related materials;
11. Stock buyback records;
12. Market research concerning smartphone production and demand obtained from third parties;
14. Organizational charts, employee directories or Apple's internal wiki.

Mr. Kramer, who is the lead trial counsel for Apple, shall attend all discovery meet and confer sessions and discovery hearings, along with lead trial counsel for plaintiff.