1  JAMES N. KRAMER (SBN 154709)
   jkramer@orrick.com
2  ALEXANDER K. TALARIDES (SBN 268068)
   atalarides@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA  94105-2669
5  Telephone:     (415) 773-5700
   Facsimile:      (415) 773-5759
6
   Attorneys for Defendants Apple Inc.,
7  Timothy Cook and Luca Maestri

8  [additional counsel appears on signature page]

9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                  OAKLAND DIVISION

13

14

15 | IN RE APPLE INC. SECURITIES         | Case No. 4:19-cv-02033-YGR
   | LITIGATION                          |
16 |                                     | **CLASS ACTION**
17 | This Document Relates to:           |
   |                                     | **STIPULATION AND [PROPOSED]
18 | ALL ACTIONS.                        | ORDER REGARDING BRIEFING
   |                                     | SCHEDULE FOR LEAD PLAINTIFF'S
19 |                                     | MOTION FOR CLASS CERTIFICATION**

20

21

22

23

24

25

26

27

28

1  This Stipulation is entered into by and among lead plaintiff, the Norfolk County Council as Administering Authority of the Norfolk Pension Fund ("Norfolk" or "Lead Plaintiff") and defendants Apple Inc., Timothy Cook, and Luca Maestri (collectively "Defendants"), through their respective attorneys of record.

WHEREAS, on December 22, 2020, the Court entered a Case Management Order which established deadlines for key events in the litigation including a briefing schedule for Lead Plaintiff's Motion for Class Certification (the "Motion") [Dkt. 128];

WHEREAS, on May 5, 2021 pursuant the December 22, 2020 Case Management Order Lead Plaintiff filed the Motion, which requests among other things, that Norfolk be appointed class representative [Dkt. 165];

WHEREAS, pursuant to the Case Management Order, Defendants are currently scheduled to file their opposition to the Motion on June 30, 2021; and Lead Plaintiff's reply in support of the Motion is currently due on August 13, 2021;

WHEREAS, on June 1, 2021, following a discovery hearing concerning the scope and timing of Lead Plaintiff's document productions, Judge Spero ordered: (i) that by June 11, 2021, Lead Plaintiff should complete production of documents reflecting Norfolk's transactions in Apple securities for six months following the end of the class period, approximately three months more than Lead Plaintiff had already produced, and additional responsive documents located through the application of agreed upon search terms; and (ii) the parties to "meet and confer on a date for the class representative depositions and opposition to class certification" [Dkt. 176];

WHEREAS, Lead Plaintiff has agreed to make a deponent available for a deposition pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure on June 22, 2021;

WHEREAS, Defendants have proposed an adjustment to the briefing scheduled for the Motion to enable Defendants to prepare their opposition to the Motion;

NOW THEREFORE, the parties have met and conferred and agreed subject to the approval of the court, to extend the briefing schedule for the Motion as follows: the deadline for Defendants' opposition to the Motion will be extended from June 30, 2021 to July 9, 2021, and the deadline for Lead Plaintiff's reply in support of the Motion will be extended from August 13,

2021 to August 24, 2021.

**IT IS SO STIPULATED.**

Dated: June 9, 2021            ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ James N. Kramer*
JAMES N. KRAMER
Attorneys for Defendants
Apple Inc., Timothy Cook and Luca Maestri

Dated: June 9, 2021            ROBBINS GELLER RUDMAN & DOWD LLP

*/s/ Shawn A. Williams*
SHAWN A. WILLIAMS
Attorneys for Lead Plaintiff,
Norfolk County Council as Administering
Authority of the Norfolk Pension Fund

### CIVIL L.R. 5-1 ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), I, James N. Kramer, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order regarding Briefing Schedule for Lead Plaintiff's Motion for Class Certification. In compliance with General Order 45, X.B., I hereby attest that Shawn A. Williams has concurred in this filing.

*/s/ James N. Kramer*
JAMES N. KRAMER

*\*\*\**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE YVONNE GONZALEZ ROGERS

- 3 -

STIPULATION AND [PROPOSED] ORDER RE BRIEFING
SCHEDULE FOR LEAD PLAINTIFF'S MOTION FOR
CLASS CERTIFICATION, CASE NO. 19-CV-02033-YGR