JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     (415) 773-5700
Facsimile:      (415) 773-5759

Attorneys for Defendants Apple Inc.,
Timothy Cook and Luca Maestri

[additional counsel appears on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Case No. 4:19-cv-02033-YGR<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE FOR LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |
|---|---|

1  This Stipulation is entered into by and among lead plaintiff, the Norfolk County Council
2  as Administering Authority of the Norfolk Pension Fund ("Norfolk" or "Lead Plaintiff") and
3  defendants Apple Inc., Timothy Cook, and Luca Maestri (collectively "Defendants"), through
4  their respective attorneys of record.
5  WHEREAS, on December 22, 2020, the Court entered a Case Management Order which
6  established deadlines for key events in the litigation including a briefing schedule for Lead
7  Plaintiff's Motion for Class Certification (the "Motion") [Dkt. 128];
8  WHEREAS, on May 5, 2021 pursuant the December 22, 2020 Case Management Order
9  Lead Plaintiff filed the Motion, which requests among other things, that Norfolk be appointed
10 class representative [Dkt. 165];
11 WHEREAS, pursuant to the Case Management Order, Defendants are currently scheduled
12 to file their opposition to the Motion on June 30, 2021; and Lead Plaintiff's reply in support of the
13 Motion is currently due on August 13, 2021;
14 WHEREAS, on June 1, 2021, following a discovery hearing concerning the scope and
15 timing of Lead Plaintiff's document productions, Judge Spero ordered: (i) that by June 11, 2021,
16 Lead Plaintiff should complete production of documents reflecting Norfolk's transactions in
17 Apple securities for six months following the end of the class period, approximately three months
18 more than Lead Plaintiff had already produced, and additional responsive documents located
19 through the application of agreed upon search terms; and (ii) the parties to "meet and confer on a
20 date for the class representative depositions and opposition to class certification" [Dkt. 176];
21 WHEREAS, Lead Plaintiff has agreed to make a deponent available for a deposition
22 pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure on June 22, 2021;
23 WHEREAS, Defendants have proposed an adjustment to the briefing scheduled for the
24 Motion to enable Defendants to prepare their opposition to the Motion;
25 NOW THEREFORE, the parties have met and conferred and agreed subject to the
26 approval of the court, to extend the briefing schedule for the Motion as follows:  the deadline for
27 Defendants' opposition to the Motion will be extended from June 30, 2021 to July 9, 2021, and
28 the deadline for Lead Plaintiff's reply in support of the Motion will be extended from August 13,

STIPULATION AND [P<span>ROPOSED</span>] ORDER RE BRIEFING
SCHEDULE FOR LEAD PLAINTIFF'S MOTION FOR
CLASS CERTIFICATION, CASE NO. 19-CV-02033-YGR

| | |
|---|---|
| 1 | 2021 to August 24, 2021. |
| 2 | **IT IS SO STIPULATED.** |
| 3 | |
| 4 | Dated: June 9, 2021          ORRICK, HERRINGTON & SUTCLIFFE LLP |

*/s/ James N. Kramer*
JAMES N. KRAMER
Attorneys for Defendants
Apple Inc., Timothy Cook and Luca Maestri

Dated: June 9, 2021          ROBBINS GELLER RUDMAN & DOWD LLP

*/s/ Shawn A. Williams*
SHAWN A. WILLIAMS
Attorneys for Lead Plaintiff,
Norfolk County Council as Administering
Authority of the Norfolk Pension Fund

### CIVIL L.R. 5-1 ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), I, James N. Kramer, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order regarding Briefing Schedule for Lead Plaintiff's Motion for Class Certification. In compliance with General Order 45, X.B., I hereby attest that Shawn A. Williams has concurred in this filing.

*/s/ James N. Kramer*
JAMES N. KRAMER

- 2 -

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, CASE NO. 19-CV-02033-YGR

***

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 6/11/2021

_____
HONORABLE YVONNE GONZALEZ ROGERS

- 3 -

STIPULATION AND [PROPOSED] ORDER RE BRIEFING
SCHEDULE FOR LEAD PLAINTIFF'S MOTION FOR
CLASS CERTIFICATION, CASE NO. 19-CV-02033-YGR