1 │ ROBBINS GELLER RUDMAN
  │   & DOWD LLP
2 │ SHAWN A. WILLIAMS (213113)
  │ DANIEL J. PFEFFERBAUM (248631)
3 │ JOHN H. GEORGE (292332)
  │ KENNETH J. BLACK (291871)
4 │ HADIYA K. DESHMUKH (328118)
  │ Post Montgomery Center
5 │ One Montgomery Street, Suite 1800
  │ San Francisco, CA  94104
6 │ Telephone:  415/288-4545
  │ 415/288-4534 (fax)
7 │ shawnw@rgrdlaw.com
  │ dpfefferbaum@rgrdlaw.com
8 │ jgeorge@rgrdlaw.com
  │ kennyb@rgrdlaw.com
9 │ hdeshmukh@rgrdlaw.com
  │         – and –
10│ MARK SOLOMON (151949)
  │ TOR GRONBORG (179109)
11│ 655 West Broadway, Suite 1900
  │ San Diego, CA  92101
12│ Telephone:  619/231-1058
  │ 619/231-7423 (fax)
13│ marks@rgrdlaw.com
  │ torg@rgrdlaw.com
14│
  │ Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re APPLE INC. SECURITIES LITIGATION | ) | Case No. 4:19-cv-02033-YGR |
|---|---|---|
| | ) | |
| | ) | CLASS ACTION |
| This Document Relates To: | ) | |
| | ) | NOTICE OF ERRATA |
| ALL ACTIONS. | ) | |
| | ) | |

1        Lead Plaintiff Norfolk County Council as Administrating Authority of the Norfolk Pension

2   Fund (the "Fund") submits this notice of errata to update information reflected in ECF Nos. 36,

3   37-8, 37-9, 52 and 60 filed in connection with the Fund's Motion for the Appointment of Lead

4   Plaintiff.  The updated information conforms two figures identified in connection with the Fund's

5   June 22, 2021 deposition.

6        The Fund's certification and loss chart indicated that the Fund acquired 14,012 Apple

7   shares on November 13, 2018, at $192.23 per share, totaling $2,693,526.76.  ECF Nos. 37-8, 37-

8   9.  In fact, the Fund acquired 14,012 Apple shares on November 12, 2018, at $204.42 per share,

9   totaling $2,864,333.04.  *See* Exhibit A ("Ex. A") attached hereto.

10       The Fund's loss chart also indicated that on February 11, 2019, the Fund sold 32,147 shares

11  at $158.39 per share, totaling $5,091,776.19.  ECF No. 37-9.  In fact, the Fund sold 32,147 shares

12  at $169.45 per share, totaling $5,447,148.42.  Ex. A.

13       Accordingly, the Fund's total cost, total proceeds and total loss are $7,703,568.36,

14  $6,721,485.84 and ($982,082.52), respectively.  *See id.*

15    DATED:  June 30, 2021          ROBBINS GELLER RUDMAN
                           & DOWD LLP

16                         SHAWN A. WILLIAMS
                       DANIEL J. PFEFFERBAUM

17                         JOHN H. GEORGE
                       KENNETH J. BLACK

18                         HADIYA K. DESHMUKH

19

20                            s/ Shawn A. Williams
                       SHAWN A. WILLIAMS

21

22                         Post Montgomery Center
                       One Montgomery Street, Suite 1800
                       San Francisco, CA  94104

23                         Telephone:  415/288-4545
                       415/288-4534 (fax)

24                         shawnw@rgrdlaw.com
                       dpfefferbaum@rgrdlaw.com

25                         jgeorge@rgrdlaw.com
                       kennyb@rgrdlaw.com

26                         hdeshmukh@rgrdlaw.com

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ROBBINS GELLER RUDMAN
  & DOWD LLP
MARK SOLOMON
TOR GRONBORG
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
torg@rgrdlaw.com

Lead Counsel for Lead Plaintiff

1                                    <u>CERTIFICATE OF SERVICE</u>

2           I hereby certify under penalty of perjury that on June 30, 2021, I authorized the electronic

3 filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send

4 notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and

5 I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to

6 the non-CM/ECF participants indicated on the attached Manual Notice List.

7                                     <u>s/ Shawn A. Williams</u>

8                                     SHAWN A. WILLIAMS

ROBBINS GELLER RUDMAN

9                                        & DOWD LLP

Post Montgomery Center

10                                   One Montgomery Street, Suite 1800

San Francisco, CA  94104

11                                   Telephone:  415/288-4545

415/288-4534 (fax)

12                                   E-mail:  shawnw@rgrdlaw.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## Mailing Information for a Case 4:19-cv-02033-YGR IN RE APPLE INC. SECURITIES LITIGATION

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Adam Marc Apton**
  aapton@zlk.com,Files@zlk.com

- **Kevin Michael Askew**
  kaskew@orrick.com

- **Kenneth Joseph Black**
  KennyB@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Mary K. Blasy**
  mblasy@rgrdlaw.com

- **Frank H. Busch**
  busch@wvbrlaw.com,johnson@wvbrlaw.com,pallister@wvbrlaw.com

- **Hadiya Khan Deshmukh**
  hdeshmukh@rgrdlaw.com

- **William Joseph Foley**
  wfoley@orrick.com

- **Christine M. Fox**
  cfox@labaton.com,ndonlon@labaton.com,lpina@labaton.com,electroniccasefilings@labaton.com,fmalonzo@labaton.com,6312349420@filings.docketbird.com

- **John Hamilton George**
  jgeorge@rgrdlaw.com

- **Tor Gronborg**
  torg@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Nicomedes Sy Herrera**
  nherrera@herrerakennedy.com

- **J Alexander Hood , II**
  ahood@pomlaw.com,tcrockett@pomlaw.com,abarbosa@pomlaw.com

- **Austin Thomas Jackson**
  ajackson@structurelaw.com,cford@structurelaw.com

- **James Neil Kramer**
  jkramer@orrick.com,lpatts@orrick.com,mwatkins@orrick.com,vmorse@orrick.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,asoto@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Francis P. McConville**
  fmcconville@labaton.com,HChang@labaton.com,lpina@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,ahood@pomlaw.com,egoodman@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,jalieberman@pomlaw.com,asoto@pomlaw.c

- **Daniel Jacob Pfefferbaum**
  DPfefferbaum@rgrdlaw.com,jgeorge@rgrdlaw.com,dpfefferbaumRGRD@ecf.courtdrive.com,e_file_sd@rgrdlaw.com,jgeorge@ecf.courtdrive.com,sbloyd@rgrdlaw.c

- **Samuel H. Rudman**
  srudman@rgrdlaw.com

- **Juan Carlos Sanchez**
  jsanchez@rgrdlaw.com,e_file_SD@rgrdlaw.com

- **Mark Solomon**
  marks@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Alexander K. Talarides**
  atalarides@orrick.com,lpatts@orrick.com,casestream@ecf.courtdrive.com

- **Carol C. Villegas**
  cvillegas@labaton.com,ndonlon@labaton.com,5739893420@filings.docketbird.com,dsaldamando@labaton.com,lpina@labaton.com,acoquin@labaton.com,fmalonzo@

- **James Matthew Wagstaffe**
  wagstaffe@wvbrlaw.com,johnson@wvbrlaw.com

- **Steven Ray Wedeking , II**
  swedeking@robbinsllp.com,notice@robbinsllp.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,ShawnW@ecf.courtdrive.com,smorris@rgrdlaw.com,kennyb@rgrdlaw.com,e_file_sd@rgrdlaw.com,smorris@ecf.courtdrive.com

- **Ariel Brianna Winawer**
  awinawer@orrick.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)