JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   (415) 773-5700
Facsimile:    (415) 773-5759

Attorneys for Defendants Apple Inc.,
Timothy Cook, and Luca Maestri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE APPLE INC. SECURITIES LITIGATION | Civil Action No. 4:19-cv-02033-YGR<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF OPPOSITION BRIEF AND EXHIBITS IN SUPPORT OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION**<br><br>Judge:    Honorable Yvonne Gonzalez Rogers |
|---|---|

|   |   |
|---|---|
| 1 | Pursuant to Local Rules 7-11 and 79-5(d), Apple Inc., Timothy Cook, and Luca Maestri (collectively "Defendants") hereby move this Court for an order permitting Defendants to file under seal portions of their Opposition Brief and confidential Exhibits 6, 7 and 9 (the "Sealed Records"), in support of their Opposition to Plaintiff's Motion for Class Certification. The Sealed Records contain information that Plaintiff has designated as Confidential under the Protective Order in this case. This Motion is supported by the Declaration of James N. Kramer. |

Pursuant to Local Rule 79-5(e)(1), Defendants understand that Plaintiff will need to file a declaration establishing that the designated documents are sealable within 4 days of the filing of this Motion.

For the reasons set out in the Declaration of James N. Kramer concurrently filed herewith, Defendants respectfully request the Court to grant their Motion to Seal the aforementioned information from the public record.

Dated: July 9, 2021                                           ORRICK, HERRINGTON & SUTCLIFFE LLP

                                                                              *James N. Kramer*
                                                                              JAMES N. KRAMER

                                                                    Attorneys for Defendants Apple Inc.,
                                                                    Timothy Cook, and Luca Maestri

1

ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS
OF OPPOSITION TO MOTION CLASS CERTIFICATION,
C.A. NO. 4:19-CV-02033-YGR