1  JAMES N. KRAMER (SBN 154709)
   jkramer@orrick.com
2  ALEXANDER K. TALARIDES (SBN 268068)
   atalarides@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA  94105-2669
5  Telephone:    (415) 773-5700
   Facsimile:    (415) 773-5759
6
7  Attorneys for Defendants Apple Inc.,
   Timothy Cook, and Luca Maestri
8

9                UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                        OAKLAND DIVISION

12

13  IN RE APPLE INC. SECURITIES              Civil Action No. 4:19-cv-02033-YGR
    LITIGATION
14                                           **DECLARATION OF JAMES N. KRAMER
                                             IN SUPPORT OF DEFENDANTS'
15                                           ADMINISTRATIVE MOTION TO FILE
                                             UNDER SEAL PORTIONS OF
16                                           OPPOSITION BRIEF AND EXHIBITS IN
                                             SUPPORT OF OPPOSITION TO MOTION
17                                           FOR CLASS CERTIFICATION**

18                                           Judge:    Honorable Yvonne Gonzalez Rogers

19
20
21
22
23
24
25
26
27
28

I, James N. Kramer, declare as follows:

1. I am a partner at Orrick, Herrington, & Sutcliffe LLP, counsel for Apple Inc., Timothy Cook, and Luca Maestri (collectively "Defendants"). I submit this declaration in support of Defendants' Administrative Motion to File Under Seal ("Motion to Seal") portions of their Opposition Brief and confidential Exhibits 6, 7 and 9 (the "Sealed Records") in support of their Opposition to Plaintiff's Motion for Class Certification. I have personal knowledge of the matters set forth in this declaration, and if called upon to do so I could and would testify thereto.

2. Defendants' Opposition Brief to Motion for Class Certification contains information from Exhibits 6, 7 and 9 which have been designated by Plaintiff as Confidential under the Protective Order of this case.

3. Exhibits 6, 7 and 9 to the Declaration of James N. Kramer in support of Opposition to Motion for Class Certification have been designated by Plaintiff as Confidential under the Protective Order of this case. Exhibits 7 and 9 are documents that Plaintiff produced and marked as Confidential, and Exhibit 6 is the deposition transcript of Plaintiff's 30(b)(6) witness, Alexander Younger, which Plaintiff designated as Confidential in its entirety.

4. In compliance with the Protective Order, Defendants have lodged these Sealed Records under seal pursuant to Rule 79-5(e) to allow Plaintiff the opportunity to seek confidential treatment.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct. Executed in San Francisco, California on July 9, 2021.

                                                                     /s/ James N. Kramer
                                                                      JAMES N. KRAMER