# EXHIBIT 6

## (PUBLIC VERSION)

## CONDITIONALLY FILED UNDER SEAL IN ITS ENTIRETY