# EXHIBIT 7

## (PUBLIC VERSION)

### CONDITIONALLY FILED UNDER SEAL IN ITS ENTIRETY