# EXHIBIT 9

## (PUBLIC VERSION)

### CONDITIONALLY FILED UNDER SEAL IN ITS ENTIRETY