1   JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
2   ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
3   ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
4   405 Howard Street
San Francisco, CA  94105-2669
5   Telephone:     (415) 773-5700
Facsimile:      (415) 773-5759
6
Attorneys for Defendants Apple Inc.,
7   Timothy Cook, and Luca Maestri

8

9                       UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                            OAKLAND DIVISION

12

13   IN RE APPLE INC. SECURITIES          Civil Action No. 4:19-cv-02033-YGR
LITIGATION
14                                        **[PROPOSED] ORDER GRANTING
DEFENDANTS' ADMINISTRATIVE
15                                        MOTION TO FILE UNDER SEAL
PORTIONS OF OPPOSITION BRIEF AND
16                                        EXHIBITS IN SUPPORT OF OPPOSITION
TO MOTION FOR CLASS
17                                        CERTIFICATION**

18                                        Judge:     Honorable Yvonne Gonzalez Rogers

19

20

21

22

23

24

25

26

27

28

1    On July 9, 2021, Apple Inc., Timothy Cook, and Luca Maestri (collectively "Defendants")

2    submitted an Administrative Motion to File Under Seal ("Motion to Seal") portions of their

3    Opposition Brief and confidential Exhibits 6, 7 and 9 in support of their Opposition to Plaintiff's

4    Motion for Class Certification (the "Sealed Records").  Having considered the papers and the

5    contentions of the parties, the arguments of counsel, and the Protective Order in this case, the

6    Court HEREBY GRANTS the Motion to Seal.

7    Accordingly, the Court orders that the Clerk of the Court shall maintain the

8    "sealed/unredacted" version of the Sealed Records under seal.  Only this Court, court personnel,

9    and interested parties to this case may inspect the records sealed by this Order.

10    **IT IS SO ORDERED.**

11

12    Date: _____, 2021

13    _____
      HON. YVONNE GONZALEZ ROGERS
      UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING DEFENDANTS'
ADMINISTRATIVE MOTION TO FILE UNDER SEAL
C.A. NO. 4:19-CV-02033-YGR