JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    (415) 773-5700
Facsimile:      (415) 773-5759

Attorneys for Defendants Apple Inc.,
Timothy Cook, and Luca Maestri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Civil Action No. 4:19-cv-02033-YGR<br><br>**PROOF OF SERVICE BY ELECTRONIC MAIL OF SEALED RECORDS IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR CLASS CERTIFICATION**<br><br>Judge:     Honorable Yvonne Gonzalez Rogers |

**PROOF OF SERVICE BY ELECTRONIC MAIL**

I am over the age of eighteen years and not a party to the within-entitled action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669.

On July 9, 2021, I served the following document(s):

- **SEALED/UNREDACTED VERSION OF DEFENDANTS' OPPOSITION TO MOTION FOR CLASS CERTIFICATION; and**

- **SEALED/UNREDACTED VERSIONS OF EXHIBITS 6, 7 AND 9 IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR CLASS CERTIFICATION.**

on the interested parties in this action:

| NAME | FIRM | EMAIL |
| --- | --- | --- |
| Shawn A. Williams<br>Daniel J. Pfefferbaum<br>Kenneth J. Black<br>Hadiya K. Deshmukh<br>John H. George | ROBBINS GELLER RUDMAN & DOWD LLP<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104 | shawnw@rgrdlaw.com<br>dpfefferbaum@rgrdlaw.com<br>kennyb@rgrdlaw.com<br>hdeshmukh@rgrdlaw.com<br>jgeorge@rgrdlaw.com |
| Mark Solomon<br>Tor Gronborg<br>Danielle S. Myers<br>Juan Carlos Sanchez | ROBBINS GELLER RUDMAN & DOWD LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101 | marks@rgrdlaw.com<br>torg@rgrdlaw.com<br>dmyers@rgrdlaw.com<br>jsanchez@rgrdlaw.com |
| Carol C. Villegas<br>Christine M. Fox<br>Ross M. Kamhi | LABATON SUCHAROW<br>140 Broadway<br>New York, NY 10005 | cvillegas@labaton.com<br>cfox@labaton.com<br>rkamhi@labaton.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 9, 2021, at San Francisco, California.

                 */s/ Lenny T. Patts*
                 LENNY T. PATTS