JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   (415) 773-5700
Facsimile:    (415) 773-5759

Attorneys for Defendants Apple Inc.,
Timothy Cook, and Luca Maestri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Civil Action No. 4:19-cv-02033-YGR<br><br>**DECLARATION OF JAMES N. KRAMER IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR CLASS CERTIFICATION**<br><br><u>Hearing</u><br>Date:   September 14, 2021<br>Time:   2:00 p.m.<br>Ctrm:   1, 14th Floor<br>Judge:  Honorable Yvonne Gonzalez Rogers |

I, James N. Kramer, declare as follows:

1. I am a partner at Orrick, Herrington, & Sutcliffe LLP, counsel for Apple Inc., Timothy Cook, and Luca Maestri (collectively "Defendants"). I submit this declaration in support of Defendants' Opposition to Plaintiff's Motion for Class Certification (the "Opposition"). I have personal knowledge of the matters set forth in this declaration, and if called upon to do so I could and would testify thereto.

2. Attached as Exhibit 1 is a true and correct copy of Apple Inc.'s Earnings Call Transcript, dated November 1, 2018.

3. Attached as Exhibit 2 is a true and correct copy of the Expert Report of Steven R. Grenadier, Ph.D., dated July 9, 2021.

4. Attached as Exhibit 3 is a true and correct copy of Apple Inc.'s Stock Prices on November 1, 2018 and November 2, 2018.

5. Attached as Exhibit 4 is a true and correct copy of the excerpt pages from the Deposition Transcript of Plaintiff's Expert Steven P. Feinstein, Ph.D., dated June 16, 2021.

6. Attached as Exhibit 5 is a true and correct copy of the Letter from Tim Cook to Apple Inc. Investors, dated January 2, 2019.

7. Attached as Exhibit 6 is a true and correct copy of the excerpt pages from the Deposition Transcript of Plaintiff's 30(b)(6) Witness Alexander Younger, dated June 22, 2021.

8. Attached as Exhibit 7 is a true and correct copy of Plaintiff's Records of Trading in Apple Securities in November 2018 and February 2019.

9. Attached as Exhibit 8 is a true and correct copy of Apple Inc.'s Stock Prices on November 12, 2018.

10. Attached as Exhibit 9 is a true and correct copy of Plaintiff's November 7, 2018 Letter regarding a Transfer of Assets.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct. Executed in San Francisco, California on July 9, 2021.

                                                  */s/ James N. Kramer*
                                                  JAMES N. KRAMER