# EXHIBIT 2

*In re APPLE INC. SECURITIES LITIGATION*

**Expert Report of Professor Steven Grenadier**

**July 9, 2021**

# Table of Contents

I.      Qualifications ................................................................................................1

II.     Assignment ....................................................................................................1

III.    Summary of Allegations ................................................................................2

IV.     Summary of Opinions ....................................................................................5

V.      Background on Apple Inc. and the iPhone XR Launch...................................9

        A.      Apple Inc. .......................................................................................... 9

        B.      iPhone XR Launch ............................................................................ 10

VI.     Background on Rule 10b-5 Matters...............................................................11

        A.      Definition and Tests of Market Efficiency ........................................ 11

        B.      Damages/*Comcast*........................................................................... 14

VII.    Dr. Feinstein Has Not Shown That There Is a Damages Methodology for Apple's Stock that Measures Damages Consistent with Plaintiff's Theory of Liability...........................16

        A.      The "Out-of-pocket Damage Methodology" Described by Dr. Feinstein Is a Definition and Not a Methodology ...................................................... 17

        B.      Dr. Feinstein Fails to Establish How Inflation Can Be Measured on the Alleged Corrective Disclosure Dates, at the Time of the Alleged Misrepresentation, or Throughout the Putative Class Period.................................................. 20

                1.      Dr. Feinstein's Event Study Cannot Reliably Measure the Change in Inflation following the Alleged Corrective Disclosures ..........................21

                2.      Dr. Feinstein's Event Study Cannot Reliably Measure the Change in Inflation following the Alleged Misrepresentation on November 1, 2018 34

                3.      Dr. Feinstein has not Specified Alternative Valuation Tools to Measure Inflation Following the Alleged Misrepresentation, or at any other Time Throughout the Putative Class Period.....................................................35

VIII.   Dr. Feinstein has Failed to Demonstrate that Each Relevant Apple Option Traded in an Efficient Market during the Putative Class Period ..........................................57

        A.      Overview of Equity Options ............................................................. 57

                1.      Option Characteristics....................................................................57

                2.      Put-Call Parity...............................................................................59

                3.      Market Efficiency of Equity Options................................................60

        B.      Summary of Dr. Feinstein's Options Efficiency Analysis.................... 61

C.      Dr. Feinstein's Options Analysis Fails to Account for the Differing Characteristics of the Apple Options and Differences Between the Markets Where Individual Options Traded ................................................................................ 63

D.      Dr. Feinstein's Flawed Application of *Cammer* Factors 1-4 and the *Krogman* Factors to the Apple Options Does Not Support a Conclusion of Market Efficiency and Fails to Consider the Actual Characteristics of the Options ......... 66

     1.     *Cammer* Factor 1:  Trading Volume .........................................................66

     2.     *Cammer* Factor 2:  Analyst Coverage .......................................................68

     3.     *Cammer* Factor 3:  Market Makers ...........................................................69

     4.     *Cammer* Factor 4:  Form S-3 Eligibility ...................................................69

     5.     *Krogman* Factor 1:  Market Capitalization ...............................................69

     6.     *Krogman* Factor 2:  Public Float...............................................................70

     7.     *Krogman* Factor 3:  Bid-Ask Spreads ......................................................71

E.      Dr. Feinstein's Analysis of *Cammer* Factor 5 for the Apple Options Fails to Demonstrate a Cause-and-Effect Relationship between New, Value-Relevant Information and Individual Option Prices ........................................................... 73

     1.     Dr. Feinstein's Test of *Cammer* Factor 5 Has No Support in Peer-Reviewed Literature .................................................................................74

     2.     Dr. Feinstein Erroneously Relies on an Aggregated Synthetic Stock Price to Derive Conclusions about Individual Options ......................................77

     3.     Dr. Feinstein's Test of *Cammer* Factor 5 Fails to Assess Market Efficiency for the Majority of Apple Options ...........................................................78

IX.     Dr. Feinstein Has Not Provided a Damages Methodology for Options that Measures Damages Consistent with Plaintiff's Theory of Liability ...................................................80

## I.      Qualifications

1.      I, Steven R. Grenadier, Ph.D., am the William F. Sharpe Professor of Financial Economics at the Graduate School of Business at Stanford University.  I have been a member of the Stanford faculty since 1992 and served as the Chair of the Finance Department for over ten years.  My teaching and research focus on the area of investment analysis, including, among other topics, portfolios, performance evaluation, and benchmarking.  While at Stanford, I have taught graduate-level courses in Investment Modeling, Portfolio Management, Real Estate Investment, and Finance Theory.  In 1987, I graduated Phi Beta Kappa and *summa cum laude* from the University of California at Berkeley with a B.S. in Business Administration.  In 1992, I received my Ph.D. in Business Economics (Finance) from Harvard University.

2.      I have published numerous articles in finance and economics journals and have spoken at numerous academic and business conferences about my research.  I am the co-editor of the *Journal of Real Estate Finance and Economics*, a leading academic real estate journal.  My research focuses on sophisticated valuation models of complicated financial structures and their empirical implications.  This research includes significant analysis of options.  I am a former Trustee of E*Trade Funds, Nicholas Applegate Institutional Funds, and AQR Funds.  I have also served as a Senior Consultant to Financial Engines, Inc., an online investment advisor.  I currently serve as a Senior Advisor to Cornerstone Research and as a member of the Investment Committee of Vise, an investment management platform.

3.      My curriculum vitae, which includes a list of the publications I have authored, is included as **Appendix A**.  A list of my deposition and trial testimony over the last four years is included as **Appendix B**.

## II.     Assignment

4.      I have been asked by counsel for Apple Inc. ("Apple" or "the Company") to review and respond to the report of Dr. Steven Feinstein, who was retained by Lead Plaintiff Norfolk County

Council as Administering Authority of the Norfolk Pension Fund.[1]  Specifically, counsel has asked me to (i) assess the purported damages methodology provided by Dr. Feinstein, and (ii) assess the option market efficiency analysis conducted by Dr. Feinstein.

5.      I am being compensated at my standard billing rate of $975 per hour.  I have been assisted in this matter by staff of Cornerstone Research, who worked under my direction.  I receive compensation from Cornerstone Research based on its collected staff billings for its support of me in this matter.  Neither my compensation in this matter nor my compensation from Cornerstone Research is in any way contingent or based on the content of my opinion or the outcome of this or any other matter.

6.      A complete list of the documents that I have considered in forming my opinions is attached as **Appendix C**.  My work in this matter is ongoing.  The opinions presented in this report are the result of the information available to me as of the report date.  I reserve the right to supplement or modify my opinions if new information comes to light and to respond to any additional report(s) or opinions offered by other experts.

## III.      Summary of Allegations

7.      Plaintiff alleges that Apple "issued a series of materially false and misleading statements and omissions about the current condition of its business, in particular, demand for the Company's new iPhone XS, XS Max, and XR, and the strength of its business conditions in China."[2]  The alleged "misleading statements and omissions" were issued on November 1, 2018 on an earnings call announcing Apple's Q4'18 financial results.  Plaintiff is bringing "federal securities class action on behalf of all persons and entities who purchased or otherwise acquired the publicly traded securities of Apple Inc. … during the period from November 2, 2018 through January 2, 2019" (the "Putative Class Period").[3]

---

[1] *In re Apple Inc. Securities Litigation*, Revised Consolidated Class Action Complaint for Violation of the Federal Securities Laws, dated June 23, 2020 ("Complaint").  Expert Report of Steven P. Feinstein, Ph.D., CFA, May 5, 2021 ("Feinstein Report").
[2] Complaint, ¶ 18.
[3] Complaint, ¶ 1.

8.     As alleged in the Complaint, after market close on November 1, 2018, Apple issued a press release announcing its financial results for the period ending September 29, 2018 and held an earnings call where Mr. Cook was asked about trade tariffs.  The Complaint states:

> When asked whether the U.S.-China trade tariffs and trade tariff threats were having any impact on demand for the iPhones in China, Cook assured investors that the only "emerging markets that [Apple was] seeing pressure in [were] markets like Turkey, India, Brazil, [and] Russia . . . where currencies ha[d] weakened."  Cook explicitly excluded China from the category of emerging markets experiencing these negative economic pressures and emphasized growth in the prior quarter (4Q18):
>
> > [Cook:] *[I]n relation to China specifically, I would not put China in that category.  Our business in China was very strong last quarter. We grew 16%, which we're very happy with.  iPhone, in particular, was very strong double-digit growth there.*[4]

9.     Additionally, Plaintiff alleges that Mr. Cook made a second misrepresentation about the launch of the iPhone XS and iPhone XS Max.[5]  However, I understand that the Court dismissed the statement.[6]  Accordingly, the only alleged misrepresentation remaining in this case is Mr. Cook's statement on November 1, 2018 in which he stated that he "would not put China in that category."[7]

10.     Plaintiff alleges that the statement about "the current state of Apple's business in Greater China and the impact of macroeconomic trends on the Company's sales in Greater China, was materially false and misleading when made as Defendants knew or deliberately disregarded and failed to disclose the following true facts"[8] (the "alleged True Facts"):

> True Fact #1:  "the U.S.-China trade tensions and economic conditions in China were negatively impacting sales and demand for Apple products, particularly iPhones"[9]

---

[4] Complaint, ¶ 18.
[5] Complaint, ¶ 19.
[6] Order Granting In Part And Denying In Part Defendants' Motion To Dismiss The Revised Consolidated Class Action Complaint, *In re Apple Inc. Securities Litigation*, November 4, 2020 ("Ruling on Motion to Dismiss"), p. 23.
[7] Complaint, ¶ 18.
[8] Complaint, ¶ 24.
[9] Complaint, ¶ 24.

True Fact #2:  "the Company had already begun to see declining traffic in Apple's retail stores and those of its channel partner stores in Greater China, and reports of an overall contraction of the smartphone industry"[10]

True Fact #3:  "the Company had already, or was preparing to, cut iPhone production at multiple manufacturers and reduce orders from its largest suppliers of iPhone components for the current quarter and holiday season."[11]

11.     I understand that the alleged True Fact #3 does not relate to the challenged statement. Additionally, Plaintiff does not allege that the revenue guidance of $89 to $93 billion provided by Apple on November 1, 2018 was false or misleading.[12]

12.     Plaintiff alleges that the truth was revealed over the following three alleged corrective disclosure dates:

**November 5, 2018:**  "On November 5, 2018, at 4:27 a.m. ET, before the market opened, the *Nikkei Asian Review* published the Nikkei Article reporting that Apple told its top smartphone assemblers, Foxconn and Pegatron, to reduce iPhone XR production, and that Wistron, previously on standby for rush orders, would receive none, indicating a reduction in demand by 20-25%. … On the same day, RBC Capital Market issued a report titled '10-K Review: High Offbalance Sheet Commitments Indicating Multiple Ramps' stating Apple's production suspensions could indicate 'muted' iPhone demand."[13]

**November 12, 2018:**  "On November 12, 2018, Wells Fargo issued a report titled 'AAPL: Lumentum Cuts Revenue Outlook by 17%+ (Midpoint) on Apple Order Cuts.'  Lumentum, a supplier of iPhone components, issued a negative preannouncement due to a reduction by one of its largest customers – identified as Apple.  The report inferred that the reduction in Lumentum earnings indicated a 30% reduction in Apple orders and Apple's stock price would be 'under pressure' – *i.e.*, decline."[14]

**January 3, 2019:**  "In a 'Letter from Tim Cook to Apple Investors' Apple reported that its revenue for 1Q19 was approximately $84 billion, far below the guidance range of $89 billion to $93 billion the Company had provided on November 1, 2018, just eight weeks earlier.  Cook's letter attributed the miss almost entirely to slowing iPhone sales in China, noting that most of the revenue shortfall occurred in Greater China, that 100% of the year-over-year

---

[10] Complaint, ¶ 24.
[11] Complaint, ¶ 24.
[12] Complaint, ¶¶ 17–26.
[13] Complaint, ¶¶ 98–99.
[14] Complaint, ¶ 103.

worldwide revenue decline occurred in Greater China, and iPhone revenue missed primarily due to Greater China. … During an interview with CNBC that evening, Cook admitted it was clear that China's economy began to slow in the second half of 2018 and had been further impacted by rising trade tensions with the United States, including Cook's statements indicating that, prior to and during the Class Period, Defendants saw declines in traffic in the Company's retail stores and its channel partner stores, and reports of the contraction of the smartphone industry."[15]

## IV.    Summary of Opinions

13.    Below is a summary of my opinions in this matter.  The bases for these opinions are detailed in the sections that follow.

14.    **Opinion 1:** Dr. Feinstein has not shown that there is a damages methodology for Apple's common stock ("Apple stock" or "stock") that measures damages consistent with Plaintiff's theory of liability.

15.    First, as I understand, Dr. Feinstein does not need to compute damages or assess loss causation at this stage of litigation, but has to show that there is a damages methodology for this matter that would apply class-wide.  Instead, Dr. Feinstein proposes the "out-of-pocket damage methodology," which is nothing more than a general definition of damages under Rule 10b-5, and not a methodology that one could use to calculate damages on a class-wide basis.  In addition to defining "out-of-pocket" damages, Dr. Feinstein lists a number of "standard valuation tools" that he claims would be applicable regardless of "specific issues complicating the quantification of artificial inflation."[16]  None of the standard tools listed by Dr. Feinstein are universally applicable in every valuation-related scenario, and Dr. Feinstein does not specify which of these tools (if any) would be applicable in this particular case, making his so-called "methodology" nothing more than a generic description that has not been shown as applicable in this particular matter.

16.    Second, despite stating in his deposition that inflation can be measured by (i) looking at the price movement at the back end when the alleged misrepresentation was corrected, or (ii) looking at the price movement at the front end when the alleged misrepresentation was made, Dr.

---

[15] Complaint, ¶¶ 105–106.
[16] Feinstein Report, ¶ 183.

Feinstein has not analyzed whether inflation can be measured at the back end or the front end using an event study or any other tools that he proposed.

17.     In fact, Dr. Feinstein's event study cannot reliably measure the change in inflation following the alleged corrective disclosures, because the information revealed on these three days was very different than a hypothetical but-for disclosure of the alleged True Facts on November 1, 2018.  Dr. Feinstein has not explained how an event study could take into account information that Apple could have learned only after the alleged misrepresentation on November 1, 2018.  He has also failed to explain how an event study could take into account confounding information unrelated to the allegations that came out at the time of the alleged corrective disclosures.  Furthermore, Dr. Feinstein ignores the fact that there is an important mismatch between the True Facts that Plaintiff alleges could and should have been disclosed and the content of the alleged corrective disclosures.  While the alleged corrective disclosures were both quantitative and qualitative in nature, the alleged True Facts were only qualitative.  For example, after the January 2, 2019 alleged corrective disclosure date, a number of analysts indicated that they were aware that conditions in China were impacting Apple's business (*qualitative*), but were surprised by the magnitude of the impact (*quantitative*).

18.     Furthermore, Dr. Feinstein's event study cannot reliably measure the introduction of inflation at the front end, following the alleged misrepresentation on November 1, 2018.  To the extent that Plaintiff claims that the alleged misrepresentation about Apple's business in Greater China inflated the stock price by conveying unexpectedly positive expectations of future cash flows, Dr. Feinstein's event study regression, on its own, would fail to show that the statement inflated the stock price because it shows a statistically significant and negative residual return in response to the November 1, 2018 earnings call.  To the extent that Plaintiff alleges that Mr. Cook's statement was materially false and misleading because he omitted the alleged True Facts or made misstatements that were in line with overoptimistic market expectations, thus averting a but-for stock price decline, an event study on the alleged misrepresentation date is incapable of showing whether the event created any inflation.

19.     Finally, while Dr. Feinstein lists valuation tools that could be used in an assessment of inflation, he has not shown that he could use those tools to examine inflation following the

alleged misrepresentation, or at any other time throughout the Putative Class Period.  To provide a damages methodology consistent with Plaintiff's theory of liability, Dr. Feinstein would need to compare Apple's stock price with a but-for stock price had the alleged True Facts been disclosed.  To do so, Dr. Feinstein would be required to propose a methodology that (i) could aggregate all the market views on Apple's business in Greater China into a consensus, and (ii) determine how the market consensus of Apple's business in Greater China would have changed following a hypothetical disclosure of the alleged True Facts at the start of, and on each date during, the Putative Class Period.  Dr. Feinstein would then need to be able to convert the change in market consensus following a but-for disclosure of the alleged True Facts into the amount of inflation in the stock price.  Dr. Feinstein has not demonstrated that he has a reliable methodology to perform these two steps of valuation analysis when calculating inflation on a class-wide basis at the start of the Putative Class Period or throughout the Putative Class Period, particularly given the extensiveness of the other information in the market throughout the Putative Class Period.

20.     **Opinion 2:** Dr. Feinstein has failed to demonstrate that each Apple option traded in an efficient market during the Putative Class Period.

21.     Dr. Feinstein purports to analyze market efficiency for Apple options by reviewing the *Cammer* and *Krogman* factors specifically for the options.  Dr. Feinstein claims that "the Apple options satisfy all of the *Cammer* and *Krogman* factors, aside from the bid-ask spread factor, which results were mixed, indicating market efficiency."[17]  For the fifth *Cammer* factor, instead of directly testing whether option prices incorporated new, value-relevant information about Apple, Dr. Feinstein instead constructs a "timeseries of synthetic stock prices" based on option prices.

22.     Dr. Feinstein's analysis of market efficiency of Apple options is based on the assumption that all Apple options form a single market.  However, this assumption completely ignores the substantial heterogeneity in characteristics of the Apple options, such as different option types (i.e., call versus put options), different strike prices, different maturities, and different trading characteristics.  As a result, Dr. Feinstein's analysis, which aggregates different options at a

---

[17] Feinstein Report, ¶ 148.

given point in time, has not demonstrated that each individual Apple option traded in an efficient market.

23.     Dr. Feinstein's analysis of *Cammer* factors 1–4 and the *Krogman* factors for Apple options fails to take into account that Apple options each traded in a separate market, and analysis of individual option markets demonstrates that many Apple options exhibited market characteristics that are inconsistent with a finding of market efficiency.  For example, the average trading volume for many Apple options was low, and many Apple options traded infrequently during the Putative Class Period.  Additionally, Dr. Feinstein's weighted average option bid-ask spread of 12.9% is far larger than the two metrics he uses in his report to assess market efficiency for Apple stock, and bid-ask spreads exceeded 100% for some options in the data produced by Dr. Feinstein.  The heterogeneity across option series shows that not all option series behaved similarly, and Dr. Feinstein's approach of aggregating option volumes and taking an average of their bid-ask spreads fails to acknowledge the options with low liquidity and very high transaction costs.

24.     Dr. Feinstein's methodology for testing *Cammer* factor 5 has no support in peer-reviewed literature and fails to measure whether new, value-relevant information was incorporated into the price of each Apple option.  Dr. Feinstein's analysis of *Cammer* factor 5 for the Apple options relies on an aggregate, summary measure of option prices—Dr. Feinstein's average synthetic stock price constructed from a combination of individual put and call prices.  Dr. Feinstein then tests whether this average synthetic stock price reacted more frequently on four event days than on other days.  First, Dr. Feinstein's average synthetic stock price ignores the wide range of individual synthetic stock prices in his own analysis and is constructed using assumptions that are explicitly not valid for the Apple options.  Second, Dr. Feinstein makes an unsupported assumption that a test of the average synthetic stock price can be reliably used to derive a conclusion about market efficiency for every individual option.  Finally, Dr. Feinstein ignores the fact that his methodology actually fails to test the majority of the Apple options altogether.  Because of these shortcomings, Dr. Feinstein's test of *Cammer* factor 5 fails to show that each of the Apple options traded in an efficient market during the Putative Class Period.

25.     **Opinion 3:** Dr. Feinstein has not provided a damages methodology for options that measures damages consistent with Plaintiff's theory of liability.

26.     First, Dr. Feinstein's damages approach for Apple options explicitly relies on him being able to provide a class-wide methodology for calculating inflation in Apple's stock price.  As a result, the issues with Dr. Feinstein's damages approach regarding Apple stock apply equally to options.  Second, Dr. Feinstein did not perform any market efficiency analysis of individual option prices, and only assessed whether prices of an overall portfolio, constructed from an average of matched positions in Apple's put and call options, reacted more frequently to news on certain days than on other days.  However, a damages methodology would need to be able to show that each individual option fully and quickly incorporated new, value-relevant information about Apple, which Dr. Feinstein has not addressed.  Finally, option pricing requires a measure of stock price volatility in addition to the stock price.  In his discussion of damages for option holders, Dr. Feinstein fails to provide any indication of how he would be able to account for changes in the volatility of the Apple stock in his damages model for options.  A reliable damages methodology must set out what the but-for volatility would have been absent the alleged misrepresentation, and Dr. Feinstein has failed to provide any methodology that would allow him to model the but-for volatility of the Apple stock when assessing damages for the Apple options.

## V.      Background on Apple Inc. and the iPhone XR Launch

### A.      Apple Inc.

27.     Apple Inc. was established in 1977 and designs, manufactures, and markets consumer electronics, such as mobile devices and personal computers, and sells a variety of related software, services, and accessories.[18]  Apple's top selling product line in 2018, and still today, is the iPhone, which is a line of smartphones created by Apple that uses the iOS operating system.[19] The iPhone's net sales accounted for 63%, 62%, and 63% of total net sales for full year 2016, 2017, and 2018 respectively.[20]

---

[18] Apple Inc., Form 10-K for the fiscal year ended September 29, 2018, dated November 5, 2018 ("2018 10-K"), p. 1.
[19] 2018 10-K, p. 1.  Apple Inc., Form 10-K for the fiscal year ended September 26 2020, dated October 30, 2020, p. 21.
[20] 2018 10-K, p. 24.

28.     Apple is a global company with "reportable segments [in the] Americas, Europe, Greater China, Japan, and Rest of Asia Pacific."[21]   Greater China, which includes China, Hong Kong and Taiwan, accounted for 22%, 20%, and 20% of total net sales, as well as 31%, 28% and 28% of total operating income for full year 2016, 2017, and 2018 respectively.[22]   Additionally, China was the only country outside of the U.S. that accounted for more than 10% of Apple's net sales in 2016, 2017 and 2018,[23] but had been the slowest growing geography for Apple in 2016 and 2017 with Greater China revenue declining 17% and 8%, respectively.[24]   Even with Greater China revenue up by 16% in 2018, analyst reports commented it was still "the slowest growth of the company's major geos"[25] and "the weakest reported region."[26]

### B.     iPhone XR Launch

29.     On September 12, 2018, Apple introduced three new iPhone models: iPhone XS, iPhone XS Max, and iPhone XR.[27]   The iPhone XS and iPhone XS Max were Apple's higher price point iPhones, starting at $999 and $1,099 in the U.S., and became available for pre-order beginning on September 14, 2018 and in stores beginning on September 21, 2018.[28]   The iPhone XR was Apple's lower price point new phone model, starting at $749 in the U.S., and became available for pre-order beginning on October 19, 2018 and in stores beginning on October 26, 2018.[29]   This was the first time Apple had performed a double iPhone launch with the higher price point product launched first.[30]

---

[21] 2018 10-K, p. 62.

[22] 2018 10-K, pp. 26, 62–63.

[23] 2018 10-K, p. 63.

[24] "Building a Valuable Services Business on Top of Apple's Core. Initiate at Buy," Jefferies, October 29, 2018, p. 28. See **Exhibit 9** for public press and analyst reports I cite.  I attest that the public press and analyst reports are true and correct copies obtained from: counsel, Thomson Eikon, CapIQ, Factiva, Apple Insider, The Verge, CNBC, CNET, and 9to5Mac.

[25] "F4Q18 Quick Take; Solid Quarter But Guidance Reflects Uncertainty," Cross Research, November 1, 2018, p. 1.

[26] "Disappointing Dec qtr revenue outlook," Atlantic Equities, November 2, 2018, p. 1.

[27] "iPhone Xs and iPhone Xs Max bring the best and biggest displays to iPhone," Apple Inc. Press Release, September 12, 2018; "Apple introduces iPhone XR," Apple Inc. Press Release, September 12, 2018.

[28] "iPhone Xs and iPhone Xs Max bring the best and biggest displays to iPhone," Apple Inc. Press Release, September 12, 2018.

[29] "Apple introduces iPhone XR," Apple Inc. Press Release, September 12, 2018.

[30] In 2017, Apple launched the iPhone 8 and 8 Plus first, followed by the more expensive iPhone X. ("The future is here:  iPhone X," Apple Inc. Press Release, September 12, 2017; "iPhone 8 and iPhone 8 Plus:  A new generation of iPhone," Apple Inc. Press Release, September 12, 2017; "When does Apple release new iPhones?" 9to5mac, August 15, 2018, available at https://9to5mac.com/2018/08/15/when-does-apple-release-new-iphones/, accessed on May 18, 2021.)

30.    After iPhone XS and XS Max were launched, a public press article from Central News Agency English News, the national news agency for the Republic of China (Taiwan),[31] observed that "many consumers were still waiting for the more affordable iPhone XR by putting their purchase plans on hold."[32]

## VI.    Background on Rule 10b-5 Matters

### A.    Definition and Tests of Market Efficiency

31.    As I stated above,[33] my assignment is to assess the option market efficiency analysis conducted by Dr. Feinstein.  I have not assessed Dr. Feinstein's analysis of market efficiency for the Apple stock.

32.    I understand that plaintiffs in a securities class action under Rule 10b-5 have the burden to prove that the security at issue traded in an efficient market throughout the class period in order to invoke the "fraud-on-the-market" theory of reliance.  This theory holds that security prices in an efficient market reflect all publicly available information, including the alleged misrepresentations.  Therefore, investors implicitly relied on the alleged misrepresentations when they purchased the security because they relied on the integrity of the market price when making the transactions.

33.    In an efficient market, security prices respond quickly and fully to new information once it is publicly announced.  Eugene Fama ("Fama") won a Nobel Prize for his research related to the efficient market hypothesis.[34]  His seminal work defines an efficient market as one in which "prices always 'fully reflect' available information."[35]  There are different forms of the efficient market hypothesis.  I understand that the semi-strong form, which holds that efficient markets

---

[31] Central News Agency (CNA) English News is the English platform of Central News Agency, a news agency of the Republic of China (ROC) (Taiwan). ("About Focus Taiwan (CNA English News)," CNA English News, available at https://focustaiwan.tw/aboutus, accessed on June 17, 2021)
[32] "Largan September sales up slightly; October figure could fall," Central News Agency English News, October 6, 2018.
[33] See ¶ 4.
[34] "Eugene Fama's Efficient Market Is a Sound Guiding Principle for Investors and Policymakers," *Forbes*, October 17, 2013.
[35] Eugene F. Fama, "Efficient Capital Markets:  A Review of Theory and Empirical Work," *The Journal of Finance* 25, no. 2 (1970), pp. 383–417 at p. 383.  I note that this definition is cited in *Cammer* and in the Feinstein Report ¶ 37. Additionally, in *Cammer,* the Court discussed that in a developed market, any relevant information released to the public will be traded on and reflected in the stock price quickly.  See ¶ 38.

always fully reflect all publicly available information, is the form on which the above-discussed fraud-on-the-market theory of reliance is based.[36]  Fama explains:

> [S]emi-strong form tests, in which the concern is whether prices efficiently adjust to other information that is obviously publicly available (e.g., announcements of annual earnings, stock splits, etc.) are considered.[37]

34.    Additionally, a standard investment textbook explains:

> The semistrong-form [efficient market hypothesis] asserts that security prices adjust rapidly to the release of all public information; that is, current security prices fully reflect all public information.[38]

35.    Dr. Feinstein also appears to consider the semi-strong form of market efficiency in his report, stating that "[a]n efficient market is one which rapidly reflects new information in price,"[39] and that "[t]he fraud-on-the market premise is that the price of a security traded in an efficient market will reflect all publicly available information about a company."[40]

36.    The fundamental basis for the efficient market hypothesis is that competition among sophisticated investors quickly eliminates opportunities to trade and profit on public information. That competition causes security prices to react nearly instantaneously to new, value-relevant public information.[41]

37.    Efficiency is not an inherent characteristic of markets.  Rather, efficient markets arise when there is a sufficiently large number of competing investors—particularly market

---

[36] See, e.g., *In re Federal Home Loan Mortgage Corp. (Freddie Mac) Securities Litigation*, 281 F.R.D. 174 (2012) ("*Freddie Mac, 281 F.R.D.*"), p. 177.

[37] Eugene F. Fama, "Efficient Capital Markets:  A Review of Theory and Empirical Work," *The Journal of Finance* 25, no. 2 (1970), pp. 383–417 at 383.

[38] Frank K. Reilly and Keith C. Brown, *Investment Analysis and Portfolio Management*, Tenth Edition. (Mason, Ohio: South-Western, 2012), p. 152.

[39] Feinstein Report, ¶ 37 (citing Alan Bromberg and Lewis Lowenfels, *Securities Fraud and Commodities Fraud*, §7.4 (Dec. 2003) and *Cammer v. Bloom*, 711 F. Supp. at 1276).

[40] Feinstein Report, ¶ 41 (citing *Amgen, Inc. v. Conn. Ret. Plans & Trust Funds,* 133 S. Ct. 1184, 1190, 185 L. Ed. 2d 308 (2013)).

[41] For example, Greene and Watts highlight the nearly immediate response: "Our results indicate that in the transaction time, price discovery differs for nontrading- and trading-hours announcements on the NYSE but not on the NASDAQ.  In particular, on both exchanges, the majority of the price response to nontrading-hours earnings announcements is realized during the opening trade.  However, on the NYSE, the price adjustment to trading-hours earnings announcements is spread evenly over the first several post-announcement trades.  On the NASDAQ, the price adjustment to trading-hours earnings announcements is concentrated in the first post-announcement trade with only slight adjustment in the next several transactions." (Jason T. Greene and Susan G. Watts, "Price Discovery on the NYSE and the NASDAQ:  The Case of Overnight and Daytime News Releases," *Financial Management* 25, no. 1, (Spring 1996), pp. 19–42 at p. 41)

professionals, such as institutional investors and arbitrageurs—so that any new information concerning a security is reviewed immediately, assessed for its implications for stock price, and fully impounded in the price through active trading by competing investors.

38.     In *Cammer*,[42] the court discusses circumstances that can enable market efficiency— specifically, an open and developed market.  An open market is one in which competing investors have access to the trading market.  A developed market is one in which there is sufficient trading volume and interest by active market participants who monitor the security so that any relevant information released to the public will be traded on and reflected in the security price quickly.[43]

39.     I understand that courts have discussed a number of characteristics of an efficient market. For example, *Cammer* specifies five factors for a stock.  The first four factors—(1) the average weekly trading volume of the stock, (2) the number of securities analysts following and reporting on the stock, (3) the extent to which market makers and arbitrageurs trade in the stock, and (4) the issuer's eligibility to file an SEC registration Form S-3—are structural factors meant to indicate whether a sufficiently fluid and informed trading environment exists to ensure that stocks react quickly and fully to new information that significantly alters the total mix of public information.[44]  Other structural factors include the *Krogman* factors—(1) the company's market capitalization, (2) the size of the bid-ask spread, and (3) the percentage of shares available to the public (i.e., the public float)—and the exchange on which the stock is listed.[45]

40.     While these structural factors provide evidence of the type of open and developed market that *could* facilitate efficient trading of a stock, academics agree that the most important test of market efficiency is a cause and effect relationship between the arrival of new, value-relevant information regarding a company and its stock price movement—the fifth *Cammer* factor (i.e., "empirical facts showing a cause and effect relationship between unexpected corporate events or financial releases and an immediate response in the stock price"[46]).[47]  Since prices quickly and

---

[42] *Cammer v. Bloom*, 711 F.Supp. 1264 (D.N.J. 1989) ("*Cammer*").
[43] *Cammer* at p. 1276.
[44] *Cammer* at pp. 1286–1287.
[45] See, e.g., *In re Initial Pub. Offering Securities Litigation*, 260 F.R.D. at 94–95 (citing *Krogman v. Sterritt*, 202 F.R.D. 467, 478 (N.D.Tex.2001)).
[46] *Cammer* at 1287.
[47] "Under *Teamsters*, the most important *Cammer* factor is the 'cause and effect' factor—evidence that unexpected corporate events or releases caused an immediate response in the price of a security.  This is 'the essence of an

fully incorporate new information in an efficient market, an event study on daily returns is considered an effective way to assess market efficiency.

### B.    Damages/*Comcast*

41.    It is my understanding that in a securities case such as the current matter, plaintiffs must demonstrate economic loss and loss causation—that is, they must demonstrate that they incurred actual "out-of-pocket"[48] damages and that such damages arose from the revelation of the alleged fraud and not from other factors unrelated to Defendants' alleged misstatements and omissions.[49] Put differently, plaintiffs must demonstrate that they lost money on Apple stock and establish a causal connection between Defendants' alleged misrepresentations and plaintiffs' alleged economic loss.

42.    I understand that plaintiffs typically establish economic loss in a securities matter by demonstrating that putative class members purchased the stock at a price that was artificially inflated due to alleged misstatements or omissions and held the stock when the stock price declined following disclosure of the truth.  I understand that, as a matter of law and economics, the economic loss caused by the Defendants' alleged fraud could be, at most, the price decline of the security attributable to the revelation of the Defendants' alleged fraud.

43.    In some situations, the price decline following an alleged corrective disclosure can be carried backwards in time to the start of the class period, to provide an estimate of inflation following the alleged misrepresentation ("backcasting").  However, to reliably use a backcasting

---

efficient market and the foundation for the fraud on the market theory.' *Teamsters*, 546 F.3d at 207 (quoting *Cammer* at 1287).  The court stated: [']Without the demonstration of such a causal relationship, it is difficult to presume that the market will integrate the release of material information about a security into its price.  An event study that correlates the disclosures of unanticipated, material information about a security with corresponding fluctuations in price has been considered *prima facie* evidence of the existence of such a causal relationship.[']" (*Freddie Mac*, 281 F.R.D. at 178).  "The cleanest evidence on market efficiency comes from event studies, especially event studies on daily returns.  When an information event can be dated precisely and the event has a large effect on prices, the way one abstracts from expected returns to measure abnormal daily returns is a second-order consideration.  As a result, event studies can give a clear picture of the speed of adjustment of prices to information." (Eugene F. Fama, "Efficient Capital Markets II," *The Journal of Finance* 46, no. 5 (December 1991), pp. 1575–1617 at p. 1607)  "When the announcement of an event can be dated to the day, daily data allow precise measurement of the speed of the stock-price response—the central issue for market efficiency." (Eugene F. Fama, "Efficient Capital Markets II," *The Journal of Finance* 46, no. 5 (December 1991), pp. 1575–1617 at p. 1601)

[48] The "out-of-pocket measure" of damages is defined as the "difference between the purchase price and the value of the security at the date of purchase less the difference between the sale price and the value of the security at the date of sale."  Bradford Cornell and R. Gregory Morgan, "Using Finance Theory to Measure Damages in Fraud on the Market Cases," UCLA Law Review 37 (1990), pp. 883–924 at p. 885 ("Cornell and Morgan (1990)").

[49] I understand that damages are subject to the Private Securities Litigation Reform Act of 1995, and certain limitations on recoverable damages may be applicable. (Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u–4(e))

approach, it must be shown that the price decline following an alleged corrective disclosure (or the portion of the price decline caused by the alleged corrective disclosure) represents the amount of inflation that existed in the security price on the first day of the class period, and that the amount of inflation did not change at any point during the class period, with the exception of identified alleged corrective disclosures.  In order to use price declines following corrective disclosures to measure earlier inflation, at least two conditions must be met:

      a.  First, assuming that one can isolate the stock price decline attributable to a corrective disclosure (as opposed to other information released simultaneously), to use that decline to measure any inflation at the time of a particular misrepresentation, one must ensure that there is a match between the information that was ultimately revealed in the corrective disclosure and the information that was allegedly inappropriately withheld by defendants at the time of that alleged misrepresentation.  If there is not a match between what was ultimately disclosed and what allegedly should have been said earlier, there is no reason to believe that the ultimate observed stock price decline measures earlier inflation.

      b.  Second, other company-specific, market, and industry conditions must be sufficiently similar that one can assume that the relevant information would have caused a similar price change at both points in time.

44.     Additionally, I understand that plaintiffs do not need to compute damages or assess loss causation at this stage of litigation, but have to show that there is a damages methodology for this matter that would apply class-wide.  I understand that the Supreme Court's 2013 ruling in *Comcast* requires plaintiffs at the class certification phase to specify a class-wide damages methodology consistent with their liability theory.  *Comcast* states that "a model purporting to serve as evidence of damages in this class action must measure ***only those damages attributable to [Plaintiff's liability] theory***,"[50] making clear that simply proposing a model that is capable of class-wide measurement is insufficient, but plaintiffs must propose a model that is class-wide and capable of isolating damages due to their theory of liability.

---

[50] *Comcast Corp. et al. v. Behrend et al.*, No. 11-864, 133 S.Ct. 1426, 2013 ("*Comcast*"), p. 522, emphasis added.

**VII.   Dr. Feinstein Has Not Shown That There Is a Damages Methodology for Apple's Stock that Measures Damages Consistent with Plaintiff's Theory of Liability**

45.      As discussed above,[51] the only alleged misrepresentation remaining in this case occurred on November 1, 2018, when Apple released financial results for FY18 and held an earnings call after market close.[52]  Plaintiff alleges that during the call, Mr. Cook made a misrepresentation about "the current state of Apple's business in Greater China and the impact of macroeconomic trends on the Company's sales in Greater China" that "was materially false and misleading when made as Defendants knew or deliberately disregarded and failed to disclose" the following alleged True Facts:[53]

> a.   True Fact #1:  "the U.S.-China trade tensions and economic conditions in China were negatively impacting sales and demand for Apple products, particularly iPhones"[54]
>
> b.   True Fact #2:  "the Company had already begun to see declining traffic in Apple's retail stores and those of its channel partner stores in Greater China, and reports of an overall contraction of the smartphone industry"[55]
>
> c.   True Fact #3:  "the Company had already, or was preparing to, cut iPhone production at multiple manufacturers and reduce orders from its largest suppliers of iPhone components for the current quarter and holiday season."[56]

46.      I understand that Plaintiff does not allege that Mr. Cook's statement about China's 16% growth in Q4'18 was false or misleading or that the Q1'19 revenue guidance of $89 billion to $93 billion provided on the earnings call was false or misleading.  Therefore, the hypothetical but-for disclosure by Mr. Cook on November 1, 2018 would have included the same Q1'19 quarterly guidance and statement about China's Q4 growth, but would have also contained the three alleged True Facts above.

---

[51] See ¶¶ 7–9.

[52] Apple provided the "live streaming of its Q4 2018 financial results conference call beginning at 2:00 p.m. PDT on November 1, 2018."  ("Apple Reports Fourth Quarter Results," Apple Inc. Press Release, November 1, 2018)

[53] Complaint, ¶ 24.

[54] Complaint, ¶ 24.

[55] Complaint, ¶ 24.

[56] Complaint, ¶ 24.  As I discuss in ¶ 11, I understand that the Alleged True Fact #3 does not relate to the challenged statement.

47.      In his report, Dr. Feinstein does not engage with the specific facts of this case in his discussion of damages.[57]  Instead, he presents the "out-of-pocket damage methodology" as a methodology that, according him, "can be applied commonly for all Class members"[58] in this matter.  In Section VII.A below, I discuss the "out-of-pocket damages methodology" described by Dr. Feinstein and show that it is a definition and not a methodology for calculating damages.  As such, it does not show that damages can be calculated on a class-wide basis for this particular matter.  In Section VII.B, I focus on the specific facts and allegations in this case and discuss the difficulties of measuring damages on a class-wide basis, given the mismatch between the alleged corrective disclosures and the alleged misrepresentation.  As I discuss, Dr. Feinstein's failure to engage in an evaluation of how inflation can be measured using an event study either on the alleged corrective disclosure dates, or at the time of the alleged misrepresentation, demonstrates that he has not shown that there is a damages methodology that is consistent with Plaintiff's theory of liability.  Furthermore, Dr. Feinstein has not specified alternative valuation tools to measure the changes in inflation following the alleged misrepresentation, or at any other time throughout the Putative Class Period.

### A.      The "Out-of-pocket Damage Methodology" Described by Dr. Feinstein Is a Definition and Not a Methodology

48.      Dr. Feinstein's "out-of-pocket damage methodology" is simply a definition of damages, and Dr. Feinstein does not provide a methodology that could calculate damages on a class-wide basis in this case.  Dr. Feinstein defines his "out-of-pocket damage methodology" as "the difference between the amount of stock price inflation at purchase and the amount of inflation in the stock price at sale or, if held, at the end of the Class Period, taking into account formulaic prescriptions in relevant case law and statutes."[59]  However, this "methodology" is nothing more

---

[57] See Feinstein Report, Section XII.  For example, Dr. Feinstein states "To the extent that there may be specific issues complicating the quantification of artificial inflation encountered in the execution of the out-of-pocket damage methodology due to potentially unique facts and circumstances of this case, the standard tools of valuation analysis can be applied as needed.  Valuation tools can be applied to measure what the price of Apple stock would have been but for the alleged misrepresentations and omissions." (Feinstein Report, ¶ 183)  However, Dr. Feinstein does not discuss the "specific issues."
[58] Feinstein Report, ¶ 181.
[59] Feinstein Report, ¶ 181.

than a general definition of damages under Rule 10b-5, and not a methodology that one could use to calculate damages on a class-wide basis in this particular case.

49.    As an analogy, if I am tasked to come up with a methodology for solving a particular equation, I could say that my "methodology" is (1) recognizing that an equation involves the same values on both sides of the equal sign; (2) sitting down at my desk with a pen and paper; and (3) considering a number of standard formulas that would lead to a solution.  However, the description above would not actually constitute a methodology for solving the equation at hand because it would not guarantee that a solution can be developed and it would not be instructive in helping me solve the particular equation.

50.    Similar to the analogy above, instead of providing a class-wide damages methodology that is consistent with Plaintiff's theory of liability, Dr. Feinstein provides a generic description of how "per share damages can be measured."[60]  As a first step in his generic description, Dr. Feinstein proposes to use an event study and "potentially other empirical analyses if necessary" to determine if "the alleged misrepresentations and omissions had caused the stock price to be artificially inflated, and if corrective disclosures caused the inflation to dissipate."[61]  As a second step, Dr. Feinstein proposes to determine the level of inflation on each day during the Putative Class Period by "working chronologically backwards from the final corrective disclosure to the start of the [Putative] Class Period, accounting for the alleged fraud-related residual price declines as they occurred" ("backcasting"), adding that "[i]nflation prior to a corrective disclosure that dissipated inflation is greater than the inflation afterward by the amount of inflation that dissipated."[62]  As a final step, Dr. Feinstein proposes calculating per share damages as inflation at purchase less inflation at sale, subject to statutory limitations set forth in the Private Securities Litigation Reform Act (PSLRA).[63]

51.    I understand that Dr. Feinstein does not need to estimate damages at this stage of the litigation.  However, based on my understanding, he does need to show that there is a common class-wide methodology for quantification of damages for this particular case.[64]  Instead, Dr.

---

[60] Feinstein Report, ¶ 186.
[61] Feinstein Report, ¶ 186.
[62] Feinstein Report, ¶ 186.
[63] Feinstein Report, ¶ 186.
[64] *Comcast*, pp. 515–530, pp. 515, 517.

Feinstein claims without providing any justification that a loss causation and damages analysis in this matter "requires the full development of the record,"[65] but that no matter what the "specific issues complicating the quantification of artificial inflation"[66] may be, standard valuation tools are still applicable.  However, none of the standard tools listed by Dr. Feinstein, such as "valuation multiple models," "scenario analysis," or "literature regarding valuation effects of factors such as reputation and quality of accounting" are universally applicable in every valuation-related scenario, and Dr. Feinstein does not specify which of these tools (if any) would be applicable in this particular case, making his so-called "methodology" nothing more than a generic description that has not been shown as applicable in this particular matter.[67]

52.     Additionally, Dr. Feinstein's references to "the literature regarding valuation effects of factors such as reputation and quality of accounting"[68] are taken verbatim from his other class certification reports[69] and have no apparent relevance to the challenges that Dr. Feinstein faces in the present case.  For example, there are no allegations in this case related to the quality of

---

[65] Feinstein Report, ¶ 180.

[66] Feinstein Report, ¶ 183.

[67] Feinstein Report, ¶ 185.  I understand that Dr. Feinstein is not required to perform a detailed analysis of loss causation or inflation at the class certification stage. However, an expert is expected to present more than a collection of references to event study and valuation tools when discussing research methodology in my professional field, financial economics.

[68] Feinstein Report, ¶ 185.

[69] For example, "Valuation analysis is undertaken continuously, every day, for virtually every publicly traded security, and these tools address the very complexities that could potentially be encountered in the course of computing inflation and damages.  Among the commonly used valuation tools that are available to investors and analysts in real time, and to forensic analysts when computing damages, are for example:  valuation multiple models, such as those based on earnings, EBITDA, revenue, book value, and cash flow; discounted cash flow models (DCF); return attribution analysis; and the literature regarding valuation effects of factors such as reputation and quality of accounting." (Report on Market Efficiency, Professor Steve P. Feinstein, Ph.D., CFA, *Monroe County Employees' Retirement System and Roofers Local No. 149 Pension Fund v. The Southern Company*, 1:17-cv-00241-MHC, September 24, 2018, ¶ 176).  Additionally, Dr. Feinstein's discussion of backcasting and mention of generally accepted valuation tools is taken nearly verbatim from prior reports as well.  For example, "Second, an inflation ribbon would be constructed for the stock, using generally accepted empirical analysis and valuation tools, indicating how much artificial inflation caused by the alleged misrepresentations and omissions was in the price of the Freddie Mac common stock on each day of the Class Period.  An inflation ribbon is a time series of the difference between a stock's actual price observed in the marketplace, and the estimated price that the stock would have traded at each day had there been full disclosure from the outset of the Class Period.  Construction of the inflation ribbon generally employs event study analysis, combined with widely used and generally accepted valuation tools and models.  The inflation ribbon is often constructed by working chronologically backwards from the final corrective disclosure to the start of the Class Period, accounting for alleged fraud-related residual price declines as they occurred.  Inflation prior to a corrective disclosure that dissipated inflation is greater than the inflation afterward by the amount of inflation that dissipated.  The full array of generally accepted and widely used valuation tools can be applied, if necessary, to calculate the but-for stock prices under the assumption of prior full disclosure.  This analysis would also apply on a class-wide basis." (Report on Market Efficiency, Professor Steve P. Feinstein, Ph.D., CFA, *Ohio Public Employees Retirement System v. Federal Home Loan Mortgage Corporation*, 4:08-cv-00160-BYP, June 7, 2017, ¶ 152)

accounting, and Dr. Feinstein has not explained why literature on the valuation effects of accounting would be relevant.

53.      Therefore, his generic discussion of damages falls short of demonstrating that there is a methodology that would allow a jury to determine how damages could be calculated on a class-wide basis in this case.

### B.      Dr. Feinstein Fails to Establish How Inflation Can Be Measured on the Alleged Corrective Disclosure Dates, at the Time of the Alleged Misrepresentation, or Throughout the Putative Class Period

54.      Dr. Feinstein has not demonstrated that he has a damages methodology that can determine by how much the alleged misrepresentation impacted the price of the stock.  As Dr. Feinstein discussed in his deposition, two potential approaches one can take are to (i) look at the price movement at the back end when the alleged misrepresentation was corrected, and (ii) look at the price movement at the front end when the alleged misrepresentation was made.[70] However, Dr. Feinstein has not analyzed whether inflation can be measured at the back end or the front end using an event study or any other tools that he proposed.[71]  While he suggests tools such as an event study and "the standard tools of valuation,"[72] he fails to even entertain the challenges in estimating inflation using an event study or other tools at the time of the alleged corrective disclosures or alleged misrepresentation.

55.      In Section VII.B.1, I discuss Dr. Feinstein's event study analysis on the alleged corrective disclosure dates and show why an event study cannot reliably measure the change in inflation following the three alleged corrective disclosure dates in this matter.  Specifically, calculating inflation based on event studies conducted on alleged corrective disclosure dates ignores the fact that some of the information disclosed on these dates could not have been disclosed on November 1, 2018.  Furthermore, this calculation ignores other news unrelated to the allegations released on the same day as the alleged corrective disclosure.  Finally, using an event study to

---

[70] Remote Video Deposition of Steven P. Feinstein, Ph.D., *In re Apple Inc. Securities Litigation*, June 16, 2021 ("Deposition of Dr. Feinstein"), (74:11–74:21).
[71] For example, "[A] It's my understanding that plaintiffs' theory of liability is that this statement and Tim Cook's statement on that day inflated -- caused the stock price to be artificially inflated and had a derivative effect on the derivatives.  [Q] You have not done any analysis to determine whether Tim Cook's statement on that day actually inflated the stock price?  [A] Right.  I didn't delve into the merits yet.  I'm not sure I will ever, but as of yet, I haven't." (Deposition of Dr. Feinstein, June 16, 2021 (136:5–136:15))
[72] Feinstein Report, ¶¶ 183, 185.

assess inflation ignores the fact that there is a mismatch between the information that was disclosed on the alleged disclosure days and the True Facts as alleged by Plaintiff.

56.    In Section VII.B.2, I show why an event study cannot reliably measure the change in inflation at the front end, following the alleged misrepresentation on November 1, 2018. Specifically, Dr. Feinstein has not proposed how he could calculate the inflation at the front end, given that his own event study showed a negative and statistically significant company-specific stock price drop following the alleged misrepresentation date.

57.    Finally, in Section VII.B.3, I discuss the difficulties Dr. Feinstein faces in using alternative valuation tools to assess inflation.  In particular, Dr. Feinstein fails to demonstrate that he has a damages methodology that can aggregate analyst views on Apple's business in Greater China into a consensus measure for valuation purposes.  Dr. Feinstein also fails to demonstrate that he has valuation tools to convert any change in market consensus following a but-for disclosure of the alleged True Facts into the amount of inflation in the stock price.  I discuss these issues based on how one could assess inflation following the alleged misrepresentation on November 1, 2018 as well as temporally throughout the Putative Class Period.

### 1.    Dr. Feinstein's Event Study Cannot Reliably Measure the Change in Inflation following the Alleged Corrective Disclosures

58.    As discussed above, Dr. Feinstein has not proposed a methodology to isolate the portion of the stock price decline caused by alleged corrective disclosures on the alleged corrective disclosure dates, except for making general statements that inflation can be calculated by relying on the "alleged fraud-related residual price declines"[73] in response to the alleged corrective disclosure dates.

59.    According to Dr. Feinstein's event study regression analysis,[74] Apple's stock price experienced a statistically significant decline of 7.03% following the alleged revelation of the

---

[73] Feinstein Report, ¶ 186.
[74] I use the term "event study regression" to refer to the statistical regression analysis that Dr. Feinstein performs in Exhibit 6 of his report.  For the purposes of my report, I am not critiquing his event study regression for Apple stock.  I use the term "event study" to more broadly refer to the event study regression and how to interpret the results of the event study regression.

truth on January 2, 2019, after accounting for market and industry movements.[75]  However, the company-specific stock price decline following the January 2, 2019 alleged corrective disclosure date does not measure a change in inflation because the information revealed to the market was very different than what could have been disclosed on November 1, 2018.  As I discuss above, the alleged misrepresentation on November 1, 2018 was a statement by Mr. Cook about Apple's business in Greater China that Plaintiff alleges was misleading because it allegedly failed to disclose (i) trade tensions and economic conditions in China, (ii) declining traffic in Greater China and smartphone industry contraction, and (iii) supplier cuts.[76]  By comparison, the information that Apple released to the market on January 2, 2019 included reduced revenue guidance for Q1'19 of $84 billion that Cook attributed, in part, to external factors Apple faced in China.

60.     As I discuss in Section VII.B.1.a below, Dr. Feinstein cannot assume that the Q1'19 revenue guidance provided on January 2, 2019 could have been predicted by Mr. Cook two months earlier, without having seen how the quarter transpired.  Furthermore, the information released on January 2, 2019 also included confounding information unrelated to the allegations.

61.     Additionally, as I discuss in Section VII.B.1.b, while the alleged corrective disclosures were both quantitative and qualitative in nature, the alleged True Facts were only qualitative.  Dr. Feinstein has not shown how much, if any, of the stock price decline on the alleged corrective disclosure dates was caused by new information that was corrective of the alleged misrepresentation on November 1, 2018.  Dr. Feinstein's complete disregard for this complication and his assertions that a damages methodology is "almost statutory," that it is simply "prescribed by statute and case law,"[77] show that he has not analyzed these specific allegations and how damages can be computed on a class-wide basis in this matter.

---

[75] Feinstein Report, Exhibit 8.
[76] See ¶ 45.  As I discuss in ¶ 11, I understand that the Alleged True Fact #3 does not relate to the challenged statement.
[77] Deposition of Dr. Feinstein, June 16, 2021 (35:7–8).

>        a)      **The stock price reaction on January 2, 2019 in response to Mr.**
>                **Cook's letter and interview was to a different set of**
>                **information than the True Facts alleged by Plaintiff.**

62.     The information revealed by Apple on January 2, 2019 was very different than the alleged True Facts.  Dr. Feinstein has not explained how his event study could take into account information that Apple could have learned only after the alleged misrepresentation on November 1, 2018 and confounding information unrelated to the allegations that came out at the time of the alleged corrective disclosures.  Dr. Feinstein has not provided a methodology that would allow one to determine how much of the stock price reaction on January 3, 2019 was due to these confounding factors versus a but-for disclosure of the alleged True Facts.

>        (1)     **The guidance revision announced on January 2, 2019**
>                **included a full quarter's worth of sales data and**
>                **reflected changes in the economic environment.**

63.     I understand that plaintiffs in a Rule 10b-5 matter claim that they are damaged by an alleged misrepresentation, and therefore, a reliable damages methodology should determine how much an alleged misrepresentation inflated the stock price.  Dr. Feinstein states that one can measure inflation based on analyses of price changes at the back end, in response to the alleged corrective disclosures.[78]  However, using these price declines can only be done if the information contained in the alleged misrepresentation was equivalent to the information contained in the alleged corrective disclosure.  Instead, if the information contained in the alleged corrective disclosure reflected new information that Apple learned over the course of the Putative Class Period, one would need to provide a damages methodology that could parse out the effect of the new information.  Dr. Feinstein has not provided a damages methodology that can accomplish this task.

64.     As I discuss above, Apple's revised revenue guidance of $84 billion was announced on January 2, 2019, a few days after Q1'19 had ended.[79]  Therefore, while Mr. Cook acknowledged

---

[78] See ¶ 54.
[79] Apple Inc., Form 10-Q for the fiscal quarter ended December 29, 2018, dated January 30, 2019.  See ¶ 12.

that he had not "seen the December number yet,"[80] at the time of the announcement, Apple would have experienced a full quarter's worth of iPhone sales in China and other markets (October, November, and December).  By comparison, at the time of the alleged misrepresentation on November 1, 2018, Apple was only one third through the quarter.  Dr. Feinstein cannot assume that the Q1'19 revenue guidance provided on January 2, 2019 could have been predicted by Mr. Cook two months earlier, without having seen how the quarter transpired.  Apple did not yet have information on actual iPhone sales in China (and elsewhere) for the majority of the quarter at the time of the November 1, 2018 earnings announcement. Furthermore, at the time of the November 1, 2018 earnings release, Apple had only just started selling the iPhone XR in stores a week earlier, and this model had only been available for pre-sale for approximately two weeks.[81]  As a result, this limited sales window of iPhone XR sales meant that Apple had less than a month of data for understanding sales in China for the iPhone XR.  There is no basis for Dr. Feinstein to assume that the disclosure on January 2, 2019 based on three months of actual sales data could be equivalent to the disclosure of the alleged True Facts early in the quarter during the November 1, 2018 earnings announcement.  This is especially troublesome because Plaintiff points to Mr. Cook's January 2, 2019 interview on CNBC where Mr. Cook stated that November was "particularly bad," and that December would likely be bad too.[82]

65.     Further complicating the process of using the price decline on January 3, 2019 to measure inflation is the fact that Apple's business in Greater China was subject to external pressure from sources outside Apple's control.  For example, in Mr. Cook's January 2, 2019 CNBC interview, when asked about Apple's disappointing performance in China, Mr. Cook responded that "my sense is the much larger issue [in China] is the slowing of the economy and then this -- the trade tension."[83]  Even if Mr. Cook may have had more insight into Apple's expected future performance in China than the market did on November 1, 2018, Dr. Feinstein has not explained

---

[80] "CNBC Exclusive:  CNBC Transcript:  Apple CEO Tim Cook Speaks with CNBC's Josh Lipton Today," CNBC, January 2, 2019, available at https://www.cnbc.com/2019/01/02/cnbc-exclusive-cnbc-transcript-apple-ceo-tim-cook-speaks-with-cnbcs-josh-lipton-today.html, accessed on June 23, 2021.
[81] See ¶ 29.
[82] Complaint, ¶ 36.
[83] "CNBC Exclusive:  CNBC Transcript:  Apple CEO Tim Cook Speaks with CNBC's Josh Lipton Today," CNBC, January 2, 2019, available at https://www.cnbc.com/2019/01/02/cnbc-exclusive-cnbc-transcript-apple-ceo-tim-cook-speaks-with-cnbcs-josh-lipton-today.html, accessed on June 23, 2021.

how Mr. Cook could have perfectly predicted how the economy and trade war would affect Apple's business in Greater China over the following two months. Furthermore, to the extent Apple learned new information about the economic conditions and trade war after the November 1, 2018 alleged misrepresentation, I understand that Mr. Cook was not obligated to provide updated guidance based on new events or changes, and thus, any impact of these factors on the revised Q1'19 revenue guidance would be a confounding factor. Dr. Feinstein has not provided any discussion showing that he analyzed the potential impact of these events, and will have difficulty demonstrating that a damages methodology exists that is capable of accounting for these facts when estimating damages.

66.     As an example of external pressure, Plaintiff claims that one of the alleged True Facts was that Apple was being negatively impacted by economic conditions in China.[84] However, if the economic conditions in China in November and December turned out to be worse than what was expected at the time of the alleged misrepresentation, Mr. Cook could not have known that the deterioration would occur. Thus, Mr. Cook could not have known how this would ultimately impact Apple's business in Greater China when the alleged misrepresentation was made. Multiple analyst reports reference data from the Caixin China General Manufacturing Purchasing Managers' Index ("PMI") survey when discussing the health of the Chinese economy.[85] The PMI is based on a survey that includes purchasing executives from over 500 companies that Caixin describes as "one of the first available indicators every month of the strength of the Chinese economy."[86] Credit Suisse confirmed the importance of this indicator, stating that "China PMI is a widely followed indicator and broad measure of Chinese economic activity."[87] PMI data in **Exhibit 1** demonstrate that the PMI fell below 50 at the end of 2018, indicating that purchasing executives in Chinese manufacturing companies understood that there was a "softening in the health of China's manufacturing sector."[88] Caixin states that the responses are

---

[84] See ¶ 45.
[85] See ¶ 67.
[86] "Caixin Manufacturing PMI," Caixin, available at https://www.caixinglobal.com/caixin-manufacturing-pmi/, accessed on June 16, 2021.
[87] "AAPL Guidance Cut Could Bring License Renewal Risk Into Sharper Focus," Credit Suisse, January 3, 2019, p. 5.
[88] "Caixin China General Manufacturing PMI(January 2019)," Caixin, May 21, 2019.

collected in the middle of the month, so the January data point would capture how consensus evolved at the end of the Putative Class Period from the second half of December into January.[89]

67.     Furthermore, according to the PMI, the economic conditions in China at the end of 2018 were worse than what had been forecasted by economists.  If economists were surprised by how weak the economy in China was at the end of the year, it is not evident how Mr. Cook could have known two months earlier by how much Apple would end up being affected by conditions in China.  I demonstrate this in **Exhibit 2** which includes PMI forecasts from "economists polled by Reuters" and shows that the low PMI in December 2018 and January 2019 was worse than what was expected.  Analyst report commentary following the January 2, 2019 alleged corrective disclosure date echoed this, with Credit Suisse stating PMI "has tapered off in the last few months."[90]  Similarly, an FBN analyst report discussed the PMI, stating that the weakness in the month of December was below the level that the market was expecting.[91]

68.     In Section VII.B.3.b below, I summarize market commentary discussing effects of the trade war on smartphone shipments in general and Apple's sales in China in particular during the Putative Class Period as it related to the alleged True Facts.[92]  As shown there, commentary documented a deteriorating effect on Apple.  Dr. Feinstein cannot assume that Mr. Cook could foresee the deterioration of the trade war and its effects on Apple on November 1, 2018.

> **(2)     Dr. Feinstein fails to address how he will account for confounding information released on the alleged corrective disclosure dates.**

69.     Dr. Feinstein suggests that one can use the portion of the stock price declines in response to the alleged corrective disclosures to determine the stock price response to a hypothetical

---

[89] "The report is based on data compiled from monthly replies to questionnaires sent to purchasing executives in over 500 manufacturing companies.  Survey responses reflect the change, if any, in the current month compared to the previous month based on data collected mid-month." ("Caixin Manufacturing PMI," Caixin, available at https://www.caixinglobal.com/caixin-manufacturing-pmi/, accessed on June 16, 2021)

[90] "AAPL Guidance Cut Could Bring License Renewal Risk Into Sharper Focus," Credit Suisse, January 3, 2019, pp. 2, 5.

[91] "Economic weakness in emerging markets.  AAPL noted that emerging market economic weakness turned out to have a significantly greater impact than expected.  This is in line with recent macro reports.  For example, the Caixin China General Manufacturing PMI hit 49.7 (below 50 indicates a decline) in Dec. 2018, down from 50.2 in November and below market consensus of 50.1." ("AAPL:  Large Deceleration in Sales to China, but Large Stock Decline Creates Value – Lowering PT to $190," FBN, January 3, 2019, p. 1)

[92] See ¶¶ 130–143.

disclosure of the alleged True Facts at the start of the Putative Class Period.[93]  However, any new information Apple learned during the Putative Class Period, even about Apple's business in Greater China that could not have been known and disclosed at the start of the Putative Class Period, was confounding.  Furthermore, not all information that became available on an alleged corrective disclosure date is necessarily "fraud-related," and as Dr. Feinstein states, one would need to control "for potentially non-fraud-related information,"[94] or "confounding" information, that impacted the stock price on the alleged corrective disclosure dates.  Despite recognizing the potential for confounding information in his report, Dr. Feinstein failed to address how he would identify and control for non-fraud related information as part of his damages methodology.[95]

70.     As an example of confounding news, on January 2, 2019, Mr. Cook stated in his letter to investors that in Q1'19 Apple faced unforeseen challenges related to the upgrade of iPhones in developed economies that contributed to the reduced revenue guidance:

> In addition, [emerging market challenges] and other factors resulted in fewer iPhone upgrades than we had anticipated.  These last two points have led us to reduce our revenue guidance […] While Greater China and other emerging markets accounted for the vast majority of the year-over-year iPhone revenue decline, in some developed markets, iPhone upgrades also were not as strong as we thought they would be.  While macroeconomic challenges in some markets were a key contributor to this trend, we believe there are other factors broadly impacting our iPhone performance, including consumers adapting to a world with fewer carrier subsidies, US dollar strength-related price increases, and some customers taking advantage of significantly reduced pricing for iPhone battery replacements.[96]

71.     Additionally, I understand that the first complaint in this case was filed by a prior named plaintiff on April 16, 2019.  This prior complaint claimed that "Apple common stock plunged" in part due to the announcement from Mr. Cook that "emphasized the negative impact the battery replacement program had had on the pace of phone replacements during 1Q19."[97]  However, in

---

[93] Feinstein Report, ¶ 186.
[94] Feinstein Report, ¶ 186.
[95] "[Q] If the court were to conclude that an alleged corrective disclosure date contained confounding news that was released same tame during the day, how would an event study analysis disentangle the effects of multiple pieces of news released at the same time?  [A] Well, I don't think a -- I don't think I would rely on the event study to do the disentangling.  I would rely on some of these tools to do the disentangling of the attribution analysis." (Deposition of Dr. Feinstein, June 16, 2021 (144:6–144:14))
[96] "Letter from Tim Cook to Apple Investors," Apple Inc. Press Release, January 2, 2019.
[97] *City of Roseville Employees' Retirement System vs. Apple Inc.*, Complaint for Violations of the Federal Securities Laws, dated April 16, 2019, ¶¶ 37–38.

the operative Complaint, Plaintiff does not allege that any information about the battery replacement program or pace of iPhone replacements was corrective of the prior misrepresentation about Apple's business in Greater China. Therefore, given that the prior named Plaintiff claimed this confounding information impacted the stock price, a reliable damages methodology would provide the ability to account for the impact of this confounding news.

72. Furthermore, securities analysts and public press discussed the impact of the iPhone replacement rate on Apple's performance. For example, an Atlantic Equities analyst report stated that while the macro weakness in China was a "transitory" concern, the iPhone replacement activity was more "structural." While a transitory concern would impact the company in the short-term, a structural concern is potentially a long-term headwind that could continue to impact the Company. The report stated:

> Apple lowered its Q1 revenue guidance to ~$84bn from $89-$93bn. … with the company citing macro weakness in China and lower iPhone replacement activity as the main reasons for the shortfall. While the former should ultimately prove transitory, the latter appears more structural, reflecting both the mature nature of the smartphone market and Apple potentially having reached the limits of its pricing power.[98]

73. A J.P. Morgan analyst report stated that the elongating replacement cycle was affecting developed markets, leading to lowered guidance:

> Apple's iPhone shipment volumes continued to be challenged by the worsening macro weakness in emerging markets (particularly China), and by elongating replacement cycles in developed markets, the combination of which led to a substantial -8% revision to F1Q19 (Dec-end) revenue guidance.[99]

74. A UBS analyst report also discussed the impact of a longer replacement cycle in developed markets:

> We forecast iPhone revenue to decline 12% in F19 driven by roughly 15% decline in units partially offset by 5% growth in ASPs. Macro uncertainties are impacting demand in emerging markets and developed markets are seeing

---

[98] "Q1 Guidance cut highlights structural challenges," Atlantic Equities, January 3, 2019, p. 1.
[99] "iPhone Volume Woes Continue on Cyclical Headwinds; Remain OW on Services Transformation & Leverage of Installed Base," J.P. Morgan, January 3, 2019, p. 1.

elongating replacement cycle due to lower carrier subsidies and battery replacements.[100]

75.     Additionally, a Bloomberg article cited in the Complaint stated that Apple overestimated iPhone upgrades in markets outside China:

> In his letter, Cook said in some established markets *outside of China*, iPhone "upgrades also were not as strong as we thought they would be." (Upgrades are people with older-model iPhones opting to buy new models.)[101]

76.     When asked about this piece of confounding news in deposition, Dr. Feinstein stated that it was small relative to the issues Apple faced in China, and that one would be able to parse out the confounding news because Apple had done this attribution analysis for their revised Q1'19 guidance.[102]  However, Dr. Feinstein's response focused on the revised Q1'19 guidance, and ignored the fact that, as the Atlantic Equities report stated, the elongated replacement cycle may have had longer lasting effects than issues related to China.  A stock price reflects the sum of discounted values of expected future cash flows,[103] so while China may have been a larger factor for revenue in Q1'19, Dr. Feinstein ignores that the replacement cycle activity may have had a larger long-term impact.  Simply looking at attribution analysis for Q1'19 results would not be sufficient to parse the impact of the confounding news.

77.     Furthermore, following the January 2, 2019 announcement, securities analysts at Canaccord Genuity lowered their FY19 unit sale forecast from 208.4 million units to 180.3 million units, or by 28.1 million units.[104]  It is worth noting that Canaccord Genuity's forecast of

---

[100] "Services Good, But China Headwinds Intensifying; Cutting Target On Negative Pre," UBS, January 3, 2019, p. 2.
[101] Complaint, ¶ 86, emphasis in original.
[102] "[Q] Do you have any reason to believe that plaintiffs were incorrect to conclude that the information related to the battery replacement cycle impacted stock price on January 3, 2019? … [A] Well, in terms of order of magnitude, we know that Tim Cook said that the miss, the disappointing quarterly revenue number was attributable all to iPhones and mostly to China. … We know it's going to be small because Tim Cook himself said it was mostly China.  So iPhones outside of China is going to be small, but, you know, there are tools for figuring out how much of the drop was caused by that. … So it's possible.  How do I know it's possible to parse it out and do the actual analysis?  Tim Cook said so.  He said that the miss is entirely attributable to iPhones and mostly attributable to China.  That means they did an attribution analysis.  They were able to parse it out.  They know the causes." (Deposition of Dr. Feinstein, June 16, 2021 (148:1–151:21))
[103] "[I]n an efficient market it is not possible to find expected returns greater (or less) than the risk-adjusted opportunity cost of capital.  This implies that every security trades at its fundamental value, based on future cash flows … and the opportunity cost of capital." (Richard Brealey, Stewart Myers, and Franklin Allen, Principles of Corporate Finance, Tenth Edition (McGraw Hill, 2011), p. 321.
[104] "Surveys indicated soft smartphone and overall iPhone demand; lowering estimates," Canaccord Genuity, November 28, 2018, p. 3; "Weak iPhone sales result in $7B shortfall to Q1/ F'19 guidance; lowering estimates and PT to $190," Canaccord Genuity, January 2, 2019, p. 3.

iPhone unit sales for China in FY19 was only reduced by 6.6 million units, from 48.7 million units to 42.1 million units.[105]  Based on this forecast, the reduction in iPhone unit sales in China represents only 23% of the total reduction in FY19 iPhone unit sales, implying that the Canaccord Genuity analysts were reacting largely to information that affected Apple's global iPhone sales instead of sales in China specifically.  Neither Dr. Feinstein nor the Plaintiff have demonstrated how a hypothetical statement on November 1, 2018 about Apple's business in Greater China would reveal the same information as what was revealed on January 2, 2019 that caused a reduction in the global ex-China iPhone unit forecast.

78.     Additionally, Dr. Feinstein has not discussed how he will account for the stock price effect of confounding news released on November 5, 2018 and November 12, 2018.[106]  Plaintiff alleges that the misrepresentation on November 1, 2018 was about "the current state of Apple's business in Greater China and the impact of macroeconomic trends on the Company's sales in Greater China."[107]  In contrast, Plaintiff alleges that the corrective information revealed to the market on November 5, 2018 was that Apple had told its suppliers to reduce iPhone XR production which "indicat[ed] a reduction in demand by 20-25%,"[108] and on November 12, 2018 was that Wells Fargo "inferred that the reduction in Lumentum earnings indicated a 30% reduction in Apple orders and Apple's stock price would be 'under pressure.'"[109]  Dr. Feinstein has not shown that the information contained in the alleged corrective disclosures (production cuts and overall demand) matches the information contained in the alleged misrepresentation (a statement about Apple's business in Greater China).  Dr. Feinstein has not provided any discussion of the methodology he will use to analyze and account for this mismatch between the alleged misrepresentation and the alleged corrective disclosures.

79.     As discussed above, Dr. Feinstein has not provided a methodology that could remove the stock price effect of any of the confounding news on the alleged corrective disclosure dates, and therefore, he has not shown he can provide a reliable damages methodology.

---

[105] "Surveys indicated soft smartphone and overall iPhone demand; lowering estimates," Canaccord Genuity, November 28, 2018, p. 3; "Weak iPhone sales result in $7B shortfall to Q1/ F'19 guidance; lowering estimates and PT to $190," Canaccord Genuity, January 2, 2019, p. 3.
[106] As I discuss in ¶ 11, I understand that the Alleged True Fact #3 does not relate to the challenged statement.
[107] Complaint, ¶ 24.
[108] Complaint, ¶ 98.
[109] Complaint, ¶ 103.

        **b)**    **The stock price reactions on November 5, 2018, November 12, 2018, and January 3, 2019 were in response to quantitative and qualitative information, whereas the alleged True Facts were only qualitative.**

80.     Dr. Feinstein also ignores the fact that there is an important mismatch between the alleged True Facts that could and should have been disclosed and the content of the disclosures. As I discuss above,[110] in addition to the final alleged corrective disclosure date of January 2, 2019, Plaintiff alleges that the truth was partially revealed on November 5, 2018 and November 12, 2018. Plaintiff alleges new information disclosed on these two days revealed that (i) Apple manufacturers had faced production cuts, and (ii) that the production cuts indicated a 20-30% reduction in demand.[111] Importantly, the information Plaintiff points to on November 5, 2018 and November 12, 2018 as correcting the alleged misrepresentation contained both a *qualitative* aspect (that production cuts had occurred) and a *quantitative* aspect (the size of the production cuts). Similarly, on January 3, 2019, Plaintiff also points to an aspect of the corrective information that is *qualitative* (iPhone sales in China) and an aspect of the corrective information that is *quantitative* (revenue guidance of $84 billion).[112]

81.     In contrast, Plaintiff alleges that on November 1, 2018, Mr. Cook should have disclosed the alleged True Facts about (i) trade tensions and economic conditions in China, (ii) declining traffic in Greater China and smartphone industry contraction, and (iii) supplier cuts.[113] The alleged True Facts are entirely *qualitative* statements, so a but-for disclosure of the alleged True Facts would have only provided the market with *qualitative* information. However, the information released on the three alleged corrective disclosure dates that the stock price ultimately reacted to contained a *qualitative and* a *quantitative* component:

> **November 5, 2018:** "On November 5, 2018, at 4:27 a.m. ET, before the market opened, the *Nikkei Asian Review* published the Nikkei Article reporting that Apple told its top smartphone assemblers, Foxconn and Pegatron, to **reduce iPhone XR production**, and that Wistron, previously on standby for

---

[110] See Section III.
[111] Complaint, ¶¶ 98–104.
[112] See ¶ 12.
[113] See ¶ 45. As I discuss in ¶ 11, I understand that the Alleged True Fact #3 does not relate to the challenged statement.

rush orders, would receive none, ***indicating a reduction in demand by 20-25%***."[114]

**November 12, 2018:** "On November 12, 2018, Wells Fargo issued a report titled 'AAPL: Lumentum Cuts Revenue Outlook by 17%+ (Midpoint) on Apple Order Cuts.' Lumentum, a supplier of iPhone components, issued a negative preannouncement due to a ***reduction by one of its largest customers – identified as Apple***. The report inferred that the reduction in Lumentum earnings ***indicated a 30% reduction in Apple orders*** and Apple's stock price would be 'under pressure' – *i.e.*, decline – as a result."[115]

**January 3, 2019:** "In a 'Letter from Tim Cook to Apple Investors' ***Apple reported that its revenue for 1Q19 was approximately $84 billion***, far below the guidance range of $89 billion to $93 billion the Company had provided on November 1, 2018, just eight weeks earlier. ***Cook's letter attributed the miss almost entirely to slowing iPhone sales in China***, noting that most of the revenue shortfall occurred in Greater China, that 100% of the year-over-year worldwide revenue decline occurred in Greater China, and iPhone revenue missed primarily due to Greater China. … During an interview with CNBC that evening, Cook admitted it was clear that China's economy began to slow in the second half of 2018 and had been further impacted by rising trade tensions with the United States, including Cook's statements indicating that, prior to and during the Class Period, Defendants saw declines in traffic in the Company's retail stores and its channel partner stores, and reports of the contraction of the smartphone industry."[116]

82.     Dr. Feinstein has not addressed the *qualitative* nature of the alleged True Facts or how the *quantitative* information disclosed on each of the alleged corrective disclosure dates could match the qualitative alleged but-for disclosure of the alleged True Facts.

83.     Furthermore, following the January 2, 2019 alleged corrective disclosure date, a number of analysts stated that they already knew that Apple was facing challenging conditions in China, but were surprised by the size of the guidance reduction. This is consistent with the discussion below where analyst reports stated before January 2, 2019 that external negative factors, such as the trade war and economic conditions, were impacting Apple's business in Greater China.[117] This would suggest that a number of analysts were aware that conditions in China were

---

[114] Complaint, ¶ 98, emphasis added.
[115] Complaint, ¶ 103, emphasis added.
[116] Complaint, ¶¶ 105–106, emphasis added.
[117] See Section VII.B.3.b.

impacting Apple's business (*qualitative*), but were surprised by the magnitude of the impact (*quantitative*).  For example, on January 2, 2019, the Bank of America analyst report stated that the previous Bank of America downgrade of Apple was based on a weaker China, but that demand continued to deteriorate:

> Although the trade tensions with China could ease in 1H19, the broader demand weakness and slower upgrade cycles are likely to push units much lower in F19 (we now model 181mn units down from 210mn previously).  Our downgrade late last year was predicated on a weaker China but demand seems to have deteriorated materially over the past two months.[118]

84.     On January 2, 2019, the BMO analyst report stated that BMO was already cautious on China, but the surprise was the size of the weakness:

> We had been cautious on the new iPhone products as well as on Apple's China business, but the weakness is much more pronounced than we expected.[119]

85.     This is also consistent with the discussion in the Complaint, which states that "a slew of analysts and media outlets expressed shock at the magnitude and severity of the Company's negative performance,"[120] and demonstrates that a number of analysts reacted to the magnitude of the guidance revision, and not the fact that Apple was facing challenging conditions in China.

86.     Dr. Feinstein will have difficulty providing a methodology that would allow one to use the combined stock price declines on November 5, 2018, November 12, 2018, and January 3, 2019 in response to statements containing qualitative and quantitative information to estimate how the stock price would have responded to a hypothetical but-for disclosure of the alleged qualitative True Facts on November 1, 2018.  Dr. Feinstein's event study and backcasting approach would only be appropriate if he could demonstrate that the stock price declines on the three alleged corrective disclosure dates in response to statements containing *qualitative* and *quantitative* information would be identical to the hypothetical stock price decline on November 1, 2018 in response to Plaintiff's *qualitative* alleged True Facts.  Furthermore, Dr. Feinstein has

---

[118] "Rare neg pre:  cut to guide on weak China, iPhones; Services better. PO to $195," Bank of America Merrill Lynch, January 2, 2019, p. 1.
[119] "Another Shoe Drops; Lowering Estimates, Target," BMO Capital Markets, January 2, 2019, p. 3.
[120] Complaint, ¶ 84.

not presented a methodology that can translate the specific *qualitative* language of the alleged True Facts into a *quantitative* stock price drop.

> **2.**     **Dr. Feinstein's Event Study Cannot Reliably Measure the Change in Inflation following the Alleged Misrepresentation on November 1, 2018**

87.     During his deposition, Dr. Feinstein testified that a possible way to determine by how much an alleged misrepresentation impacted the price of the stock is to look at the price movement at the front end when the alleged misrepresentation was made.[121]  However, as I discuss below, an event study alone is not sufficient to measure the change in inflation introduced by an alleged misstatement or an alleged omission.

88.     From the view of an economist, a stock price can potentially become inflated due to a misrepresentation that can take the form of an omission, a misstatement, or both.  I understand that securities law distinguishes between the two possibilities.  First, a misstatement can impact the stock price and introduce inflation by positively changing preexisting expectations.  Second, the misstatement can maintain an already overoptimistic view of the company's business.  Alternatively, an omission can hide problems in a company's business.  In order for a price-maintaining misstatement or an omission to introduce inflation, a hypothetical but-for disclosure must change the market's perception of the business.  However, if an alleged inflation-introducing misrepresentation did not or a hypothetical but-for disclosure would not have changed the market's view, then there is no reason to conclude that the alleged misrepresentation introduced inflation.

89.     Dr. Feinstein's event study regression shows a statistically significant negative company-specific stock price decline in response to the November 1, 2018 earnings call.[122]  Dr. Feinstein would have to incorporate this fact into his analysis if he were to calculate inflation based on Apple's stock price movement on November 2, 2018, at the front end of the Putative Class Period.

---

[121] See ¶ 54.
[122] Dr. Feinstein's event study regression indicates a statistically significant residual return of -6.25%.  (Feinstein Report, Exhibit 8)

90.     During his deposition, Dr. Feinstein stated that while he had not done a loss causation analysis, he understood "the plaintiffs' theory is that the statement is a misrepresentation and there are also omissions that caused the security price to be inflated, artificially inflated" but that he had not delved "into the merits to see if they're right or wrong."[123]   To the extent that Plaintiff claims that the alleged misrepresentation about Apple's business in Greater China inflated the stock price at the time the statement was made by conveying unexpectedly positive expectations of future cash flows, Dr. Feinstein's event study regression, on its own, would fail to show that the statement inflated the stock price because it shows a statistically significant and negative residual return in response to the November 1, 2018 earnings call.[124]

91.     To the extent that Plaintiff alleges that Mr. Cook's statement was materially false and misleading because he omitted the alleged True Facts or made misstatements that were in line with overoptimistic market expectations, thus averting a but-for stock price decline, an event study analysis on the alleged misrepresentation date is incapable of showing whether the event created any inflation.  In order to demonstrate that he has a damages methodology that measures damages corresponding to Plaintiff's theory of liability, Dr. Feinstein would have to propose a methodology that explains how to convert the information in the alleged misrepresentation to a measure of inflation.  As I show in the next section, Dr. Feinstein's generic discussion of alternative valuation tools provides no assurance that these tools can be applied to address damages calculations in this case.

### 3.     Dr. Feinstein has not Specified Alternative Valuation Tools to Measure Inflation Following the Alleged Misrepresentation, or at any other Time Throughout the Putative Class Period

92.     As I discuss in the sections above, Dr. Feinstein's event study cannot reliably measure the change in inflation following the alleged misrepresentation.  It also cannot reliably measure the change in inflation following the alleged corrective disclosures due to (i) the fact that the stock price reacted to a different set of information than the alleged True Facts, and (ii) the fact that both quantitative and qualitative information was released on the alleged corrective disclosure

---

[123] Deposition of Dr. Feinstein, June 16, 2021 (138:4–138:9).
[124] Feinstein Report, Exhibit 8.

dates, whereas the alleged True Facts were only qualitative.  This is concerning, because Dr. Feinstein has also failed to specify what other tools beyond an event study could be used to examine inflation following the alleged misrepresentation, or at any other time throughout the Putative Class Period.

93.     An event study allows one to rely on the market's assessment of information, thereby bypassing the complexity of performing one's own assessment of price.  If one cannot rely on the market's assessment by conducting an event study, a more complex analysis of price formation may need to be conducted.  Instead of specifying the tools needed for this analysis, Dr. Feinstein puts forth generic statements such as "[t]o the extent that there may be specific issues complicating the quantification of artificial inflation encountered in the execution of the out-of-pocket damage methodology due to potentially unique facts and circumstances of this case, the standard tools of valuation analysis can be applied as needed,"[125] and lists tools that he states are "commonly used":

> Among the commonly used valuation tools that are available to investors and analysts in real time, and to forensic analysts when computing damages, are, for example: valuation multiple models, such as those based on earnings, earnings before interest, tax, depreciation and amortization (EBITDA), revenue, book value, and cash flow; discounted cash flow (DCF) models; scenario analysis, and the literature regarding valuation effects of factors such as reputation and quality of accounting.[126]

94.     However, merely listing commonly used valuation tools is not sufficient to provide a damages methodology consistent with Plaintiff's theory of liability.  In order to compare Apple's stock price with a but-for stock price had the alleged True Facts been disclosed, Dr. Feinstein would first need to apply a reliable method for assessing the difference between what the market knew and what the market would have known in the but-for world.  This is difficult, because every market participant would have incorporated available information differently and come to their own conclusions, meaning there is no single readily available measure of how the market as a whole would have viewed Apple's business in Greater China.  Dr. Feinstein would be required to propose a methodology that (i) could aggregate all the market views on Apple's business in

---

[125] Feinstein Report, ¶ 183.  As discussed above (fn. 69), Dr. Feinstein's discussion of valuation tools in this report matches almost word-for-word his discussion in other reports.
[126] Feinstein Report, ¶ 185.

Greater China into a consensus, and (ii) determine how the market consensus of Apple's business in Greater China would have changed following a hypothetical disclosure of the alleged True Facts at the start of, and on each date during, the Putative Class Period.  Dr. Feinstein would then need to be able to convert the change in market consensus following a but-for disclosure of the alleged True Facts into the amount of inflation in the stock price.

95.     Dr. Feinstein has not demonstrated that he has a reliable methodology to perform these two steps of valuation analysis when calculating inflation on a class-wide basis at the start of the Putative Class Period or throughout the Putative Class Period.  Section VII.B.3.a below starts with showing that analyst reports and public press discussed headwinds in China before the alleged misrepresentation.  It then proceeds with demonstrating that analysts had a wide range of views about Apple's business in Greater China both before and immediately after the alleged misrepresentation, and that Dr. Feinstein fails to demonstrate that he has a damages methodology that can aggregate analyst views on Apple's business in Greater China into a consensus measure for valuation purposes in the actual world, much less in the but-for world.  It concludes with showing that Dr. Feinstein fails to demonstrate that he has valuation tools to convert any change in market consensus following a but-for disclosure of the alleged True Facts into the amount of inflation in the stock price.

96.     Section VII.B.3.b adds a temporal dimension to Dr. Feinstein's challenge of presenting a reliable methodology for calculating stock price inflation based on "valuation tools."  It starts with showing that the mix of information in the market changed over the Putative Class Period.  As discussed below, one example of this change is that market participants analyzed third party data and information to understand Apple's business in Greater China as the Putative Class Period progressed.  This section proceeds with demonstrating that, by the January 2, 2019 alleged corrective disclosure date, information regarding each of the alleged True Facts was discussed by market participants.  It concludes with discussing Dr. Feinstein's failure to demonstrate that his proposed set of valuation tools can measure the impact on inflation of the but-for disclosure of the alleged True Facts, given the extensiveness of the other information in the market throughout the Putative Class Period.

> **a)**     **Dr. Feinstein fails to demonstrate that his proposed set of valuation tools can measure the impact on inflation of the but-**

**for disclosure of the alleged True Facts at the start of the Putative Class Period.**

97.     Any methodology for calculating inflation at the start of the Putative Class Period must begin with an assessment of what was known about the alleged True Facts.  It then needs to be able to quantify how, if at all, the challenged statement affected market expectations of Apple's future cash flows in the actual world and how, if at all, the hypothetical disclosure of the alleged True Facts would affect market expectations in the but-for world.  Finally, the methodology needs to be able to convert any changes in market expectations into changes of the stock price.

98.     Dr. Feinstein fails to demonstrate that his proposed set of valuation tools can measure the impact on inflation of the but-for disclosure of the alleged True Facts at the start of the Putative Class Period.  First, he provides no baseline of what the market already knew about the alleged True Facts before the start of the Putative Class Period.  Second, Dr. Feinstein has not shown that he has a methodology to aggregate analyst views on Apple's business in Greater China into a consensus measure for valuation purposes in the actual world, much less in the but-for world. Third, Dr. Feinstein fails to demonstrate that he has valuation tools to convert any change in market consensus following a but-for disclosure of the alleged True Facts into the amount of inflation in the stock price.

99.     As an initial matter, in order to understand whether an alleged misrepresentation changed the mix of information in the market and thus affected market expectations of Apple's future cash flows, one must examine the mix of information before the alleged misrepresentation.  Dr. Feinstein provides no baseline of what the market already knew about the alleged True Facts before the start of the Putative Class Period.  As I discuss below, analyst reports and public press commentary show that the market was aware of headwinds in China and their potential impact on Apple's business before November 1, 2018.

100.    On October 15, 2018, an article in The Verge[127] stated that consumer demand for smartphones was declining and could impact Apple:

> The smartphone market in China is only going to slump further … During the Golden Week in China this October, a week where many employees get time

---

[127] The Verge is a multimedia platform focused on technology related topics. (The Verge "About the Verge," The Verge, available at https://www.theverge.com/about-the-verge, accessed on June 17, 2021).

off to travel and recuperate and where retail business often rises, many smartphone shops in Guangzhou, a major southern city, still remained half full or empty.  Shop clerks stood by the entrances in pairs, their eyes flickering around for potential customers … there are "multiple signs of rapidly slowing consumer demand in China which we believe could easily affect Apple's demand there this fall."[128]

101.    On October 16, 2018, an AppleInsider[129] article stated that smartphone shipments for Q4'18 were decelerating due to the trade war:

> Parts of the supply chain are tempering their expectations on iPhone sales for the remainder of 2018, a [DigiTimes Research] report claims, with weak sales said to be feared by suppliers based in Taiwan, despite the impending launch of the iPhone XR … It is also believed the ongoing trade war between the United States and China will impact overall smartphone demand, with shipments in the fourth quarter of 2018 already said to be decelerating.[130]

102.    On October 22, 2018, a securities analyst report from Rosenblatt Securities stated that Rosenblatt was expecting Apple to lower iPhone XR production for November and December:

> We believe iPhone XS and iPhone XS Max preorders have been generally stronger in the US than in China, while preorders for the iPhone XR have been stronger in China than in the US.  We have been tracking iPhone XR preorder data in China, and our tracks indicate overall iPhone XR pre-registrations in China are ~2 million units for the first three days (Combining 900K+ from JD.Com [JD: NR], 600K+ from Suning.Com [002024.SHE: NR], and Chinese operator retail channels).  iPhone XR pre-orders are similar to iPhone 8/8+ preorders in China last year, and slightly better than the 1.5 million XS/Max preorders in China.  ***This is not a very exciting result.  We will continue to track pre-order volumes in China, but so far, we believe iPhone XR demand may be lower than our previous estimates.  We believe Apple will likely***

---

[128] "China's smartphone sales slowdown could hurt Apple's bottom line, Goldman says," The Verge, October 15, 2018, available at https://www.theverge.com/2018/10/15/17979004/apple-chinas-smartphone-market-sales-slowdown-goldman-sachs, accessed on May 21, 2021.

[129] AppleInsider is a website that provides news related to Apple and Apple products. (AppleInsider, https://appleinsider.com/, accessed June 17, 2021)

[130] "Apple supply chain wary of reduced iPhone orders for Q4," Apple Insider, October 16, 2018, available at https://appleinsider.com/articles/18/10/16/apple-supply-chain-wary-of-reduced-iphone-orders-for-q4, accessed on July 6, 2021.

> *adjust down its iPhone XR production for November and December by about*
> *3-4 million units.*[131]

103.    On October 23, 2018, a Yicai Global[132] article stated that early sales data show a lack of enthusiasm from consumers for iPhone XR:

> Apple has reserved most of its initial supply of iPhone XRs for China, which signals high hopes for the market despite lackluster pre-sales on the release day Sept. 21.  The first batch of iPhone XR supply is expected to be at least three million units, of which China takes up two million handsets, tech news outlet Tencent reported today.  The country's first-day pre-sales were less than one million, showing a lack of enthusiasm from consumers.  Chinese buyers preferred domestic brands amid generally slowing handset sales in September, as the state-backed China Academy of Information and Communications Technology said in a report published on Oct. 15.[133]

104.    On October 24, 2018, an article in Theflyonthewall.com stated that 20 of the 44 participants surveyed by OTR Global indicated that they expected Apple's market share to be down,[134] especially in China:

> Apple iPhones receiving mixed feedback from smartphone buyers, says OTR Global[.]  Analysts at OTR Global noted that Apple's recently launched iPhones are seeing mixed feedback from leading smartphone buyers, reporting that 26 of 43 hardware buyers, product managers, heads of distribution and management directors polled expect lower Q4 volumes for the new models compared to iPhone 8/8 Plus and X in Q4 of last year.  20 of 44 sources see Apple's Q3 market share being down quarter-over-quarter, especially in China and Europe, OTR Global added.[135]

---

[131] "Earnings Preview, iPhone XR Preorders Weaker than Expected, Reducing our XR Shipment Estimates, iPhone Max Production Increases Expected for the Holiday Season, iPad Pro and New MacBook Production Ramp," Rosenblatt, October 22, 2018, p. 1, emphasis added.

[132] Yicai Global is the English-language news service of Yicai Media Group, the financial news arm of Shanghai Media Group, a Chinese media company.  ("About Us," Yicai Global, available at https://www.yicaiglobal.com/about, accessed on June 1, 2021)

[133] "Apple to Send Two-Thirds of 3 Million iPhone XRs to China," Yicai Global, October 23, 2018.

[134] Theflyonthewall consolidates real-time news related to stocks, including "Wall Street research, company announcements, regulatory filings, market rumors, media reports, and much more," and whose releases are distributed through Factiva. ("About the Fly," TheFlyontheWall, available at http://theflyonthewall.com/about/, accessed on June 17, 2021); OTR Global is a research company that provides "marketplace and channel intelligence to institutional investors." ("Who We Are," OTR Global, available at https://www.otrglobal.com/who-we-are, accessed on June 17, 2021).

[135] "Apple iPhones receiving mixed feedback from smartphone buyers, says...," Theflyonthewall.com, October 24, 2018.

105.     On October 25, 2018, a Barron's magazine article stated that economic concerns continue

to worsen in the Chinese economy, and this would not be helpful for Apple:

> Despite the rising profit forecasts, the [Goldman Sachs securities] analyst
> reiterated his Neutral rating for Apple's stock due to concerns about China's
> economy.  "Macro data points out of China continued to weaken in October,"
> he wrote.  "We find it hard to believe that the weaker consumer environment,
> should it persist, is going to be helpful to Apple."  Earlier this week, Nomura
> Instinet and Rosenblatt Securities also said the cheaper iPhone XR model was
> performing slightly worse than their expectations.[136]

106.     On October 29, 2018, South China Morning Post, a Chinese print and online newspaper,

released an article stating that Apple was losing some Chinese customers to local brands in a

show of patriotic support in response to the trade war:[137]

> The Cupertino, California-based company, which failed to attract public
> attention with its flagship iPhone XS debut in China last month due to high
> pricing and innovation issues, is also caught in the middle of the trade war
> between the US and China which has prompted some Chinese buyers to turn to
> local brands in a patriotic show of support.[138]

107.     The same article stated that crowds at Apple stores for the iPhone XS launch were

smaller than during previous launches:

> When the iPhone XS debuted in China in September, only a handful of people
> queued up outside Apple Stores across mainland China, according to photos
> circulated on social media - in contrast to the large crowds seen at earlier
> iPhone launches in the country.[139]

108.     Once the baseline of what was already known in the market about the alleged True Facts

is established, any methodology for calculating inflation needs to be able to quantify how, if at

all, the challenged statement affected market expectations of Apple's future cash flows in the

actual world and how, if at all, a hypothetical disclosure of the alleged True Facts would affect

market expectations in the but-for world.  As I discuss below, Dr. Feinstein has not shown that

---

[136] "Apple Earnings May Rise on Better iPhone XS Max Sales -- Barrons.com," Dow Jones Newswires, October 25, 2018.
[137] South China Morning Post describes itself as "Hong Kong's premier English language newspaper." ("News Division," South China Morning Post, available at https://corp.scmp.com/our-business/news/, accessed on June 23, 2021)
[138] "Apple CEO Tim Cook hints at popularity of new lower cost iPhone XR in China," scmp.com, October 29, 2018.
[139] "Apple CEO Tim Cook hints at popularity of new lower cost iPhone XR in China," scmp.com, October 29, 2018.

he has a methodology to aggregate analyst views on China into a consensus measure for valuation purposes in the actual world, much less in the but-for world.  The challenge Dr. Feinstein faces here is that analyst report commentary shows that analysts had a wide range of views about Apple's business in Greater China following the alleged misstatement.  Both prior to and immediately following the November 1, 2018 earnings call, some analyst reports expressed concern, while others expressed optimism, about Apple's ability to perform in the region. Furthermore, many analyst reports did not comment on China, while others commented on China generally, or only reiterated Mr. Cook's statement about China's historical growth without providing any commentary about China's future growth.

109.    As demonstrated in **Exhibit 3**, analyst reports indicate that the market had a wide range of views regarding Apple's business in Greater China both before and immediately after November 1, 2018.  Dr. Feinstein will have difficulty accounting for the wide range of views, let alone converting these qualitative views into a quantitative measure of the value impact on the stock price that reflects the long term impact on expected future cash flows, a challenge I discuss further at the end of this section.  Furthermore, Dr. Feinstein would need to be able to show that one could determine by how much the views would have been different under a but-for disclosure of the alleged True Facts.  He has not demonstrated that he has tools to perform this step of inflation analysis.

110.    The alleged misrepresentation on November 1, 2018 was a statement by Mr. Cook in response to a question from the Bank of America Merrill Lynch analyst, Wamsi Mohan.[140]  The analyst published a report the day following the call that lowered the price target and stated that China had a strong Q3, but that emerging weakness could put pressure on China in the near future.  This report followed the Bank of America Merrill Lynch report three days before the earnings call where the analyst lowered the iPhone unit forecast due to risk from China.

> **October 29, 2018:** [W]e lower our iPhone estimates for the Dec quarter and
> for F19 to account for a slowdown in China (double digit unit decline although

---

[140] "Tim, there has been some real deceleration in some of these emerging markets, partly driven by some concerns around some of the rules the administration is contemplating and partly driven by things that are more specific to China, for instance, like some of the regulations around gaming.  So can you talk about how you see the trajectory there for the business and what you think of the initiatives of some companies like Netflix and Fortnite trying to bypass the App Store around subscriptions?  And I have a follow-up." (Q4'18 Earnings Call)

ASP drives rev growth) and for broader FX headwinds. … The dollar strengthened significantly against the Chinese RMB (Fig 4) at a time when iPhone ASPs have increased significantly (Fig 5).  During the past cycle of a strengthening dollar (2015-2016), China iPhone units declined 20% and overall Apple China sales declined 24% y/y (Fig 2).[141]

**November 2, 2018:** Most troublesome near-term trends[:]  We are concerned by: … (2) China was strong in C3Q but emerging signs of weakness could pressure the next few quarters.[142]

111.    As I discuss above, only new value-relevant information that is unexpected will affect a company's stock price in an efficient market.  Given the fact that the Bank of America Merrill Lynch analyst stated that he was aware of potential headwinds in China *before* the call, and discussed concerns in China and lowered the price target *after* the call, it is not clear whether a hypothetical disclosure of the alleged True Facts would have changed the analyst's view on Apple.  Dr. Feinstein has not provided a damages methodology that is capable of addressing this problem.

112.    In another example, a week before the earnings call, the Goldman Sachs analyst report discussed weakness in the Chinese market, and that Apple would likely provide conservative guidance for Q1'19:

**October 24, 2018:**  We continue to believe that China and possibly widening consumer weakness represent unit risk for Apple … in the December quarter … given market conditions in China and expanding uncertainty around trade and macro we believe Apple is likely to lean conservatively on their guidance for FQ1 to Dec and to then hope things improve before the critical holiday buying season.[143]

113.    Following the call, the Goldman Sachs analyst report stated that despite Apple's discussion of China's strength in Q4'18, they expected some weakness from China in Q1'19:

**November 1, 2018:** The company said they did not see weak consumer demand in China in FQ4 but we believe FQ1 guidance may still assume some

---

[141] "Lowering estimates to account for China risk, FX headwinds," Bank of America Merrill Lynch, October 29, 2018, p. 1.
[142] "Long term winner but near term headwinds, Downgrading to Neutral," Bank of America Merrill Lynch, November 2, 2018, p. 1.
[143] "iPhone Mix Trending Better; Increasing ASPs.  China/Macro unit risk remains.  Reiterate Neutral," Goldman Sachs, October 24, 2018, p. 1.

> potential for weaker demand there given ongoing macro uncertainty. … While Apple indicated China was fine in FQ4 to Sept for them we believe the company likely sees some demand risk there in the December quarter.[144]

114.    Given that Goldman Sachs wrote that the guidance "may still assume" some weakness in China, Dr. Feinstein would need to provide a methodology that would capture how a disclosure of the alleged True Facts would affect Goldman Sachs's expectations, as well as the market expectations, and hence the stock price.

115.    Additionally, some analyst reports discussed Apple's Q4'18 growth rate in China without discussing their views on future performance.  For example, Nomura's discussion of China was limited:

> We note that sales grew y-y across all regions, with Americas +19%, Europe +18% and Greater China +16% y-y.[145]

116.    In contrast to the Goldman Sachs and Nomura commentary above, analysts from Bernstein do appear to have specifically referenced Mr. Cook's statement on Apple's business in Greater China in their report following the November 1, 2018 earnings call.  A week before the earnings call, Bernstein wrote that while Apple had seen growth in China historically, non-Chinese smartphone sales may have deteriorated in calendar Q3'19, and that an escalation in the trade war could affect Apple:

> **Health of China.** Greater China represents ~20% of Apple's revenue and has grown in each of the past 4 quarters, driven by (1) iPhone and (2) Services, which were listed by Apple as the main reasons revenue grew in Greater China in the first 9 months of FY18 and in Q1 18 (Exhibit 18). Monthly Chinese government data suggests that year-over-year unit demand from non-Chinese smartphone manufacturers in the mainland may have decelerated in CQ3 18 (down -20%+ year-over-year) after four consecutive quarters of relatively flat unit demand from foreign OEMs.

> **Trade war.** Apple is an important staple for both the Chinese and US economies … While neither side wants to hurt Apple, it is possible that if the trade war escalates, Apple could be collateral damage.[146]

---

[144] "FQ4'18 Wrap:  Guidance weak on EM and FX weakness; ASPs higher," Goldman Sachs, November 1, 2018, pp. 1, 3.

[145] "Implications of Apple's 4QFY18 results," Nomura, November 2, 2018, p. 1.

[146] "AAPL:  Q4 18 Preview - Expect upside to ASPs, but iPhone unit growth in FY 19 most likely to shape investor sentiment," Bernstein, October 24, 2018, p. 4, emphasis in original.

117.    Following the call, an analyst report by Bernstein stated:

> While Apple executives indicated that there was increased macro uncertainty in emerging markets, the company did not appear uniquely concerned about China, which grew a healthy 16% in Q4 – executives commented to us that Apple continues to enjoy a richer mix of higher-priced devices in China, suggesting that ASPs for iPhone may have been up 35%+ YoY.[147]

118.    In addition, Bernstein lowered their FY19 revenue estimate by $7 billion, and lowered their FY19 EPS estimate by $0.67, citing the Q1'19 guidance as a contributing factor.[148]  If Dr. Feinstein were to use the analysis in this Bernstein report, he would need to determine by how much a but-for disclosure of the alleged True Facts would have changed the analysts' opinion of Apple's business given the Bernstein analysts were already lowering their estimates.  Dr. Feinstein has not explained how he would convert any change in analyst opinion into a quantitative measure of inflation, either by analyzing the effect on the stock price directly or by utilizing expected future cash flows as part of a valuation methodology.

119.    Additionally, many analysts did not comment on China or emerging markets in their reports following the November 1, 2018 earnings call.[149]  Dr. Feinstein has not provided a methodology that would allow one to determine how Mr. Cook's statement affected their view of Apple's business in Greater China.  Furthermore, during the Putative Class Period, very few analyst reports provided estimates for iPhone sales in China specifically, which was true before and after the earnings call as well.

120.    Dr. Feinstein suggests that a damages calculation will "likely depend, in part, on the completion of discovery and full development of the record in this case."[150]  However, Dr. Feinstein cannot simply *assume* that discovery would provide estimates of changes of market expectations in response to alternative disclosures.  In fact, Dr. Feinstein fails to explain what

---

[147] "AAPL:  Q4 18 Debrief - How much might iPhone units decline in FY19? The world may never know," Bernstein, November 2, 2018, p. 3.

[148] "Dec quarter typically a barometer for full year iPhone sales.  Lowering FY 19 estimates.  Importantly, iPhone units typically follow a fairly predictable seasonal pattern after the December quarter (Exhibits 9 and 10).  The result is that even after assuming revenues at the very high end of Apple's guidance for FY Q1, and modeling historical unit seasonality thereafter, our FY 19 revenues fall by $7B (or nearly 3%) to $284B, and our EPS falls by 5% to $13.48. We suspect more modest declines from consensus (where previous estimates were $281B/$13.64), but believe that our estimates were more aligned with buyside sentiment and models." ("AAPL: Q4 18 Debrief - How much might iPhone units decline in FY19? The world may never know," Bernstein, November 2, 2018, p. 3)

[149] For example, see "Less Revenue and Fewer Disclosures; Lowering Estimates, Target," BMO Capital Markets, November 2, 2018;  "Apple Reduces Disclosure; Typically Not A Good Sign, " BTIG, November 1, 2018.

[150] Feinstein Report, ¶ 189.

information could be obtained during discovery that would provide any additional insight into how the market would react to a but-for disclosure of the alleged True Facts that are explicitly specified in the Complaint.  Dr. Feinstein already has access to publicly available data in the form of public press, analyst reports, and stock and option pricing and trading data.  These publicly available data provide information that reflects how the market reacted to actual disclosures by Apple.  By comparison, non-publicly available information obtained from Apple would *not* include information on how the market would react to the disclosure of the alleged True Facts since the information is not public.  Therefore, it is unclear what Dr. Feinstein hopes to gain from further discovery in terms of being able to quantify damages in this particular case.

121.    Assuming that Dr. Feinstein can somehow aggregate analyst commentary on near-term trends of Apple's business in Greater China into consensus measures for valuation purposes in both the actual and the but-for world, he would face another challenge.  In an efficient market, a company's stock price changes with public disclosure of new and unexpected information that affects future expected cash flows or their discount rate.[151]  Given that the stock price in an efficient market reflects expected *future* cash flows over a long horizon, it would not be sufficient for Dr. Feinstein to analyze analyst commentary about near-term trends in Apple's business in Greater China to make conclusions about how the stock price would be affected. Instead, Dr. Feinstein would need to determine how market consensus would be affected in the long-term by a hypothetical disclosure of the alleged True Facts during the Putative Class Period. Dr. Feinstein fails to demonstrate that he has tools to convert any change in market consensus following a but-for disclosure of the alleged True Facts into the amount of inflation in the stock price.

        **b)**       **Dr. Feinstein fails to demonstrate that his proposed set of valuation tools can measure the impact on inflation of the but-**

---

[151] See fn. 103.

**for disclosure of the alleged True Facts after the start of the Putative Class Period.**

122.    As I discussed below, Dr. Feinstein would continue facing challenges in applying unspecified valuation tools to analyze inflation *after* the start of the Putative Class Period.  This section starts with showing that the mix of information in the market changed over the Putative Class Period.  One example of this change is that market participants analyzed third party data and information to understand Apple's business in Greater China as the Putative Class Period progressed.  This section proceeds with demonstrating that, by the January 2, 2019 alleged corrective disclosure date, information regarding each of the alleged True Facts was discussed by market participants.  It concludes with discussing Dr. Feinstein's failure to demonstrate that his proposed set of valuation tools can measure the impact on inflation of the but-for disclosure of the alleged True Facts, given the extensiveness of the other information in the market throughout the Putative Class Period.

123.    During the Putative Class Period, securities analysts relied on a variety of methods to understand the state of Apple's business in Greater China, such as reviewing delivery times for the iPhone, analyzing the iPhone supply chain, reviewing third-party sales data, and analyzing search engine results.  As I demonstrate below, analysts state that these methods provided insight into the challenges that Apple was facing with iPhone sales in China during the Putative Class Period.

124.    For example, a Raymond James analyst report on November 6, 2018 included analysis of delivery times during the iPhone XR launch, discussing concerns about the short delivery times:

> Similarly, we've been concerned about the short delivery times during the iPhone Xr preorders – customers never had to wait for a phone from preorders until launch, and that's the first time that's ever happened.[152]

125.    A Guggenheim analyst report on November 14, 2018 included analysis of the Apple supply chain, stating that supplier cuts indicated that the risk of even softer iPhone demand was growing, with downside in China:

> Following early supply-chain cuts, exemplified by Corning's (GLW) softer Q4E Gorilla Glass guide back in Oct, and now 3D sensing laser supplier

---

[152] "Semi Mailbag: Apple Rundown Edition," Raymond James, November 6, 2018, p. 1.

Lumentum (LITE) and LCD supplier Japan Display (6740-TKS) both warning just this week, we now estimate iPhone units -5%Y/Y in FY19E vs. flat Y/Y in FY18, BUT unlike last year do NOT see ASP increases providing enough offset, with our forecast that blended iPhone ASPs increase only +3%Y/Y, leaving iPhone revenues -2%Y/Y.  Moreover, we see growing risk of even softer iPhone unit demand, with downside in China, India and other emerging markets, where Apple may need to start considering lower price points.[153]

126.   A JL Warren analyst report on November 20, 2018 discussed lower than expected iPhone XR sales in China, and that retailers were offering discounts on the iPhone XR:

> We believe that much of the XR unit built and shipment cuts in CQ4 is being driven by the lower than expected sales in China …  We are seeing retail discounts ranging from []4% to 6% for iPhone XR right out of [the] gate being offered by online third party sellers on JD and Taobao, as well as by Chinese telecom carriers.  As a comparison, during the same window after the launch last year, iPhone X was sold at 1-3% premium by the same group of online resellers … After ~10mm unit cut in XR sales over past couple of weeks, XR is estimated to be ~42% CQ4 2018/FQ2 2019 total sales.[154]

127.   A Morgan Stanley analyst report on December 7, 2018 provided charts with third-party data from IDC, and stated that the lengthening of the iPhone replacement cycle in China was more pronounced than other geographies.[155]

128.   A Longbow analyst report on December 7, 2018 included analysis on Baidu search results, stating that weak Baidu search results suggested that weak demand in China was contributing to the declining iPhone orders:

> The drivers of the declining iPhone orders are not 100% clear, but weaker China demand appears to be a component.  November Baidu iPhone searches (p. 2 with 0.83 correlation to China iPhone shipments) fell -53% year over year (2-year stacked +14%) post a -55% decline for October (2-year stacked -23%).[156]

129.   Again, Dr. Feinstein provides no baseline of what the market already knew about the alleged True Facts at each point of the Putative Class Period, a necessary first step for any

---

[153] "AAPL – Downgrade to NEUTRAL as ASPs No Longer Enough," Guggenheim, November 14, 2018, p. 1.
[154] "iPhone XR Cuts; India Production for the US Shipments," JL Warren, November 20, 2018, p. 1.
[155] "China Smartphone Market to Blame for Weak iPhone Data; Wearables and Services Provide an Offset," Morgan Stanley, December 7, 2018, pp. 1, 3.
[156] "AAPL (NEUTRAL):  Forecasting a 3% FY19 iPhone Shipment Decline as Outlooks Remain Fluid," Longbow Research, December 7, 2018, p. 1.

methodology for calculating inflation.  Dr. Feinstein also has not shown that he has a methodology to aggregate analyst views on China into a consensus measure for valuation purposes in the actual world, much less in the but-for world throughout the Putative Class Period.  His challenge is amplified with the passage of time.  Plaintiff's theory of liability assumes that the stock price declines on the alleged corrective disclosure dates revealed the truth that Mr. Cook allegedly withheld on November 1, 2018 by not disclosing the three alleged True Facts.  However, prior to and during the Putative Class Period, I have identified a number of public press articles and analyst reports that discussed each of the three alleged True Facts, indicating that many participants in the market acknowledged that these were challenges Apple was facing during the quarter.  I provide examples of analyst reports and public press discussing the alleged True Facts below.

### (1)   Alleged True Fact #1 – Trade tensions and economic conditions in China

130.   Plaintiff alleges that Mr. Cook concealed that "the U.S.-China trade tensions and economic conditions in China were negatively impacting sales and demand for Apple products, particularly iPhones."[157]  However, a number of public press articles and analyst reports discussed the trade tensions and economic conditions in China and their impact on Apple's business in Greater China and iPhone sales.

131.   Section VII.B.3.a above provides examples of such discussion prior to the start of the Putative Class Period.  For instance, on October 16, 2018, an AppleInsider article stated that smartphone shipments for Q4'18 were already decelerating due to the trade war.[158]  On October 25, 2018, a Barron's magazine article stated that economic concerns continue to worsen in the Chinese economy, and this would not be helpful for Apple.[159]  On October 29, 2018, a South China Morning Post article stated that Apple was losing some Chinese customers to local brands in a show of patriotic support in response to the trade war.[160]

---

[157] Complaint, ¶ 24.
[158] See ¶ 101.
[159] See ¶ 105.
[160] See ¶ 106.

132.    Additionally, on November 12, 2018, a Dow Jones Institutional News article reported that J.P. Morgan lowered its earnings estimate for Apple due to weaker a weaker macro-economic environment in countries like China, which was driving softer consumer confidence:

> Shares of Apple Inc. (AAPL) fell 0.7% in premarket trade Monday, after J.P. Morgan cut its earnings estimates on the technology giant, citing new forecasts for modest declines in iPhone shipments for this year and next.  Analyst Samik Chatterjee cut his stock price target, for the second time this month, to $266 from $270, but kept his rating at overweight.  He said the lower earnings outlook is because of a weaker macro-economic environment in emerging markets, such as China, which is driving softer consumer confidence in certain countries, and a stronger U.S. dollar, which is making iPhones more expensive in foreign currencies.[161]

133.    On November 12, 2018, an article on AppleInsider[162] reported that the TF Securities analyst cut iPhone XR expectations by 30% on concerns that weak consumer confidence and a possible trade war could impact demand:

> Ming-Chi Kuo has cut expectations for sales of the iPhone XR for the next year by 30 percent to 70 million, based on a possibility of a trade war with China, and other factors possibly weighing on sales … Ming-Chi Kuo of TF Securities has advised investors that there are three factors that are holding down iPhone XR demand world-wide.  The first, blanket, reason is the negative impact on consumer confidence that a possible trade war could have, particularly in the Chinese market.[163]

134.    On December 12, 2018, a South China Morning Post[164] article stated that the trade war was pushing some Chinese customers to local brands as a result of nationalist sentiment:

> A mainland court order instructing Apple to stop sales of some []iPhones in the country raises the ante for the United States technology giant in one of its biggest markets amid revenue pressures and []declining smartphone growth globally … The court order comes amid the ongoing US-China trade war and

---

[161] "Update:  Apple's Stock Slips After J.P. Morgan Trims Price Target Again -- MarketWatch," Dow Jones Institutional News," November 12, 2018.

[162] AppleInsider is a website that provides news related to Apple and Apple products. (AppleInsider, https://appleinsider.com/, accessed on June 17, 2021)

[163] "iPhone XR sales estimates slashed by Ming-Chi Kuo, as trade war headwinds swirl," Apple Insider, November 12, 2018, available at https://appleinsider.com/articles/18/11/12/iphone-xr-sales-estimates-slashed-by-ming-chi-kuo-similar-to-his-iphone-x-prognostications, accessed on July 6, 2021.

[164] The South China Morning Post is a news media company based in Hong Kong that reports on China and Asia. ("About Us," South China Morning Post, available at https://corp.scmp.com/about-us/, accessed on June 21, 2021)

> rising nationalist sentiment among mainland consumers, with more turning to local smartphone brands such as Huawei.[165]

135.    On December 23, 2018, a Digit[166] article stated that the trade war was impacting Apple in China, "one of [their] most lucrative markets:"

> Canadian authorities had earlier detained Huawei CFO Meng Wanzhou at the behest of American authorities … While the politicians resort to their own methods of settling the matter, companies in China are offering incentives to those employees who choose to buy Huawei smartphones instead of iPhones. It was inevitable that the trade war between the United States and China would come to impact Apple, which has its biggest manufacturing unit in China not to mention, one of the most lucrative markets.[167]

### (2)    Alleged True Fact #2 – Declining traffic in Greater China and smartphone industry contraction

136.    Plaintiff alleges that Mr. Cook concealed that "the Company had already begun to see declining traffic in Apple's retail stores and those of its channel partner stores in Greater China, and reports of an overall contraction of the smartphone industry."[168]  However, a number of public press articles and analyst reports discussed declining store traffic and sales and their impact on Apple's business in Greater China and iPhone sales.

137.    Section VII.B.3.a above provides examples of such discussion prior to the start of the Putative Class Period.  For instance, on October 15, 2018, an article from The Verge stated that consumer demand for smartphones was declining and could impact Apple.[169]  On October 23, 2018, a Yicai Global article stated that early sales data show a lack of enthusiasm from consumers for iPhone XR.[170]  On October 29, 2018, a South China Morning Post article stated that crowds at Apple stores for the iPhone XS launch were smaller than during previous launches.[171]

---

[165] "Qualcomm suit threatens iPhone sales in China," South China Morning Post, December 12, 2018.
[166] Digit is an Indian technology magazine that provides information about technology and gadgets.  ("Who Is Digit and What Do We Do?," Digit, available at https://www.digit.in/about-us/, accessed on June 21, 2021)
[167] "Apple could cut iPhone production yet again with the iPhone XR to take the biggest hit," Digit, December 23, 2018.
[168] Complaint, ¶ 24.
[169] See ¶ 100.
[170] See ¶ 103.
[171] See ¶ 107.

138.    Additionally, on November 2, 2018, a CNET[172] article highlighted Strategy Analytics and IDC reports, which discussed a declining worldwide smartphone market, with IDC pointing to China as one of the key factors behind the decline:

> The worldwide smartphone slump is officially a year old.  Global shipments of smartphones tumbled to 360 million units in the third quarter, an 8 percent annual decline, market researcher Strategy Analytics said Thursday.  The results mark the fourth-straight quarter that smartphone shipments have declined … [M]arket researcher IDC issued its own numbers for the third quarter, which largely match those of Strategy Analytics.  It pointed to China, the world's largest market for smartphones, and to Samsung as key factors in the decline for the period.[173]

139.    On November 9, 2018, Dow Jones Industrial News reported that Skyworks Solutions, a wireless chip maker, provided disappointing December quarter sales guidance due to a conservative stance on iPhone units and China:

> Wall Street analysts believe weaker than expected iPhone demand is hurting Skyworks Solutions (SWKS).  The wireless chip maker's stock was down 8.6% to $76.25 on Friday, after it gave a December quarter sales guidance range of $1.01 billion at the midpoint versus $1.07 billion Wall Street consensus, according to FactSet. … "We are trimming our 2019 model due to a more conservative stance on iPhone units and China over the next couple of quarters," [the D.A. Davidson analyst] wrote Friday.  "High-end smartphone unit softness and geopolitical uncertainty continues to be an overhang for SWKS and its peers."  The company makes radio frequency semiconductors, which enable smartphones to communicate with wireless networks.  It is widely believed by industry analysts that Apple is Skyworks' large customer, accounting for 35% to 40% of its annual revenue.[174]

140.    On November 14, 2018, a Dow Jones Institutional News article stated that UBS and Guggenheim securities analysts lowered their price target/rating, with UBS stating that consumers were opting for Chinese smartphones instead of the iPhone XR:

---

[172] CNET is a media website that reports on technology, culture and science.  ("About Us," CNET, available at https://www.cnet.com/about/, accessed on June 23, 2021)
[173] "Global smartphone shipments post fourth straight down quarter," CNET, November 2, 2018, available at https://www.cnet.com/news/global-smartphone-shipments-post-fourth-straight-down-quarter/, accessed on June 30, 2021.
[174] "Analysts Blame iPhone Demand for Apple-Supplier Skyworks' Gloomy Forecast -- Barrons.com," Dow Jones Institutional News, November 9, 2018.

> Apple falls 1.75% as Wall Street analysts turn bearish on the company's
> prospects over the next year. UBS cuts its target for Apple to $225 from $240,
> and Guggenheim downgrades the company to neutral. Both firms point to
> weak demand for the iPhone XR. UBS says its analysis of the supply chain
> shows many consumers in China were opting for high-end models from
> Chinese smartphone companies rather than the XR.[175]

141.    On November 16, 2018, a Cleveland Research analyst report stated that a portion of the iPhone XR sale weakness was due to weak smartphone market conditions:

> Work suggests growth of the iPhone installed base, with a portion of the weak
> XR sales opting for older iPhones, and some other portion of the weakness
> attributable to weaker market conditions for smartphones.[176]

142.    On November 20, 2018, a Central News Agency English News[177] article attributed the iPhone XR weakness to reduced shipments to China:

> "Apple is a very important client to Hon Hai," Concord Securities analyst
> Kerry Huang said. "It was no surprise that the report on the order reduction for
> the new iPhones prompted investors to dump the stock and other Apple
> suppliers in Taiwan." The Wall Street Journal reported Monday that due to
> weaker than expected demand for the three new iPhones, which were unveiled
> in September, Apple has cut orders to its suppliers, in particular for the more
> affordable iPhone XR model, in recent weeks. "I think the weaker than
> expected demand for the new iPhones came from lower shipments to China,
> dealing a big blow to Apple and its suppliers like Hon Hai," Huang said.[178]

143.    On December 25, 2018, a Yicai Global[179] article stated that Apple iPhone sales were falling:

> American smartphone maker Apple is offering special trade-in discounts on its
> latest handsets in China as it looks to compete harder against rising domestic
> brands. … "Apple is facing fierce competition around the world … The

---

[175] "Apple Falls Further As Wall Street Sounds Alarm on iPhone XR -- Market Talk," Dow Jones Institutional News, November 14, 2018.
[176] "AAPL: Reducing iPhone Units by 10M in FY19 – Hearing ~20M Decline in XR Units & 10M Increase to Legacy Units," Cleveland Research, November 16, 2018, p. 2.
[177] Central News Agency (CNA) English News is the English platform of Central News Agency, a news agency of the Republic of China (ROC) (Taiwan). ("About Focus Taiwan (CNA English News)," CNA English News, available at https://focustaiwan.tw/aboutus, accessed on June 17, 2021)
[178] "Hon Hai shares tumble on iPhone order cut report," Central News Agency English News, November 20, 2018.
[179] Yicai Global is the English-language news service of Yicai Media Group, the financial news arm of Shanghai Media Group, a Chinese media company. ("About Us," Yicai Global, available at https://www.yicaiglobal.com/about, accessed on June 1, 2021)

company noticed sales falling over the past two years so increased prices, but with the growth of Chinese brands, sales have declined further and Apple can't sustain its profit levels with high prices."[180]

### (3)   Alleged True Fact #3 – Supplier Cuts[181]

144.   Plaintiff alleges that Mr. Cook concealed that "the Company had already, or was preparing to, cut iPhone production at multiple manufacturers and reduce orders from its largest suppliers of iPhone components for the current quarter and holiday season."[182]  However, as Plaintiff alleges, the market was made aware that Apple had cut production at multiple suppliers based on the November 5, 2018 and November 12, 2018 alleged corrective disclosures.[183] Moreover, public press discussed additional cuts at suppliers.

145.   For example, as I show in Section VII.B.3.a, already on October 22, 2018, before the start of the Putative Class Period, a Rosenblatt report stated that Rosenblatt was expecting Apple to lower iPhone XR production for November and December.[184]

146.   Additionally, on November 5, 2018, Yicai Global[185] reported the order cut for major Apple suppliers like Foxconn and Pegatron, as well as suspended production from various iPhone parts suppliers:

> Apple has slashed its iPhone XS/MAX orders from Foxconn by 10 percent while another Taiwan-based supplier Pegatron also suffered a 10 percent order loss on the iPhone XR, according to Mobile No. 1 Research Institute, a Chinese website focusing on research of the mobile phone industrial chain. Foxconn, the world's largest contract electronics manufacturer, which relies heavily on Apple, may be the first to be impacted.
>
> [i]Phone parts suppliers also face a bleak period. Some have even suspended production temporarily in the first quarter since orders for parts of the iPhone X, iPhone 8 and iPhone 8 Plus were 15 to 30 percent lower than expected.  Some upstream supply chain manufacturers who produce memory chips, camera modules, and 3D sensor modules for

---

[180] "Apple Hikes Trade-In Value of Older Handsets to Spur China Sales," Yicai Global, December 25, 2018.
[181] As I discuss in ¶ 11, I understand that the Alleged True Fact #3 does not relate to the challenged statement. Nevertheless, even if alleged True Fact #3 were related to the challenged statement, by the January 2, 2019 alleged corrective disclosure date, information regarding alleged True Fact #3 was discussed by market participants.
[182] Complaint, ¶ 24.
[183] Complaint, ¶¶ 98–104.
[184] See ¶ 102.
[185] Yicai Global is the English-language news service of Yicai Media Group, the financial news arm of Shanghai Media Group, a Chinese media company.  ("About Us," Yicai Global, available at https://www.yicaiglobal.com/about, accessed on June 1, 2021)

iPhones have also been asked to control their inventory to tackle the impact of declining orders.[186]

147.     On November 5, 2018, AppleInsider[187] reported the production cut at iPhone's assembly partners:

> Apple, after seeing allegedly poor demand for the iPhone XR, has reportedly told assembly partners Foxconn and Pegatron to stop any preparations the firms are making for new smartphone production lines specifically for the recently-launched model … While the manufacturing of major products could prompt an expansion of production to cope with increased demand, similar plans to do the same for the new iPhone are said to have been scrapped … Third iPhone assembly partner Wistron was also previously asked to stand in for a rush of orders if necessary, but the supply chain source suggests no orders will be provided to the company over the holidays.[188]

148.     On November 6, 2018, Central News Agency[189] reported the disappointing sales figures for an Apple camera lenses supplier amid the concerns of lower than expected global demand for the new iPhone models:

> Shares of Largan Precision Co., a supplier of smartphone camera lenses to Apple Inc., plunged Tuesday morning after the company reported disappointing sales figures for October, usually the peak season for the global high-tech sector, dealers said.  The sell-off suffered by Largan spread to other Taiwanese suppliers to Apple amid rising concerns of lower than expected global demand for the new iPhone models unveiled in September that could push down shipments … Apple accounts for about 40 percent of Largan's total sales … Largan anticipated that sales could continue to fall in November as some of its clients are cutting back their orders.[190]

149.     On November 7, 2018, Global Times[191] wrote about the alleged production line cut for iPhone XR:

---

[186] "China's Sluggish New iPhone Sales May Force Layoffs at Foxconn," Yicai Global, November 5, 2018.
[187] AppleInsider is a website that provides news related to Apple and Apple products. (AppleInsider, https://appleinsider.com/, accessed on June 17, 2021)
[188] "iPhone XR demand reportedly forcing Apple to cut production expansion plans," Apple Insider, November 5, 2018, Malcolm Owen, November 5, 2018, available at https://appleinsider.com/articles/18/11/05/iphone-xr-demand-reportedly-forcing-apple-to-cut-production-expansion-plans, accessed on July 6, 2021.
[189] Central News Agency (CNA) English News is the English platform of CNA, a leading news agency of the Republic of China (ROC) (Taiwan).  ("About Focus Taiwan (CNA English News)," CNA English News, available at https://focustaiwan.tw/aboutus, accessed on June 21, 2021)
[190] "Largan dives; selling spreads to other 'Apple concept stocks'," Central News Agency English News, November 6, 2018.
[191] Global Times is an English-language Chinese newspaper.  ("About Us," Global Times, available at https://www.globaltimes.cn/about-us/, accessed on June 22, 2021)

> Apple Corporation has reportedly told its major smartphone assemblers in China to cut down production lines for the new iPhone XR.  The decision comes after the company's smartphone global shipments in the third quarter almost stayed the same year-on-year.[192]

150.    On November 12, 2018, Dow Jones Newswire Chinese (English) confirmed the alleged production cut from Apple suppliers:

> [According to Longbow Research,] checks with Apple suppliers last week revealed order cuts of 20% to 30% for the iPhone XR and XS Max, while older iPhone models such as the 8 and the 8 Plus had order increases of 20% to 25% … the cuts on the XR and XS Max represent a reduction of more than 12 million units, while the production increase on older models is more than 3 million units.[193]

151.    On November 12, 2018, Reuters reported the warnings issued by many iPhone suppliers regarding the weakness in iPhone sales:

> [T]hree suppliers issued warnings on results that pointed to weakness in iPhone sales … Lumentum Holdings Inc [], the main supplier of the Face ID technology in the latest generation of iPhones, cut $70 million off its forecasts for revenue … Screen maker Japan Display Inc [] cited lower smartphone demand in cutting its own outlook, while British chipmaker IQE Plc [] also said it expects a material reduction in its financial performance in the current year.[194]

152.    On December 4, 2018, an Oppenheimer analyst report stated that the production cuts were "widely publicized" and that the "iPhone weakness has been well established:"

> Investors may be surprised by the magnitude [of Cirrus Logic's revenue revision]; however, iPhone weakness has been well established over the past few weeks as fellow Apple suppliers have reduced estimates. … Apple (82% of revs) remains CRUS's flagship customer.  Widely publicized iPhone production cuts have echoed through the Apple supply chain.[195]

153.    In summary, Dr. Feinstein needs to demonstrate that his proposed set of valuation tools can measure the impact on inflation of the but-for disclosure of the alleged True Facts, given the extensiveness of the information in the market throughout the Putative Class Period.  However, Dr. Feinstein has not addressed this information at all, nor has he explained which valuation tools are capable of performing the but-for valuation analysis.

---

[192] "Apple reportedly cuts production line plans for iPhone XR to maintain revenue growth," Global Times, November 7, 2018.
[193] "Apple Is Slashing iPhone Production Orders for Its New Models, Analyst Says -- Barrons," Dow Jones Newswires Chinese (English), November 12, 2018.
[194] "Apple shares drop on iPhone suppliers' warnings," Reuters News, November 12, 2018.
[195] "The Apple Continues Biting Back," Oppenheimer, December 4, 2018, p. 1.

## VIII.   Dr. Feinstein has Failed to Demonstrate that Each Relevant Apple Option Traded in an Efficient Market during the Putative Class Period

154.    In this section, I describe Dr. Feinstein's analysis of Apple options and show why he has failed to demonstrate that the options traded in efficient markets.  First, in Section VIII.A, I provide an overview of equity options and discuss market efficiency in the context of equity options.  In Section VIII.B, I provide an overview of Dr. Feinstein's analysis of market efficiency for Apple options.  In Section VIII.C, I discuss why Dr. Feinstein's analysis and conclusions regarding the option market in aggregate is inappropriate, given the substantial differences between individual options that traded during the Putative Class Period.  In Section VIII.D I discuss Dr. Feinstein's analysis of *Cammer* factors 1–4 and *Krogman* factors and show that contrary to Dr. Feinstein's assertions, his conclusions based on these factors do not apply to all Apple options.[196]  Lastly, in Section VIII.E, I discuss Dr. Feinstein's analysis of the fifth *Cammer* factor and show why it fails to demonstrate that individual options responded to new, value-relevant information about Apple.

### A.      Overview of Equity Options

#### 1.        Option Characteristics

155.    Options are derivative securities that give the option purchaser the right to buy or sell a particular underlying asset at a pre-specified price during a particular period in time, in exchange for an upfront payment.[197]  The option purchaser is not obligated to buy or sell the underlying asset, however, and can choose not to exercise the right to buy or sell if it is not advantageous.[198]  The option seller (or writer) takes the other side of the transaction, receives the upfront payment, and is obligated to buy or sell the asset at the pre-specified price if the purchaser chooses to exercise the option.[199]  Often the underlying asset is a share of a particular common stock, such

---

[196] I consider the set of Apple options that, I understand, would be potentially eligible to be a part of the class in this matter as those that expired after the first alleged corrective disclosure date, November 5, 2018, and had trading volume greater than zero during the Putative Class Period (the "Relevant Options").

[197] John C. Hull, *Options, Futures, and other Derivatives*, Eighth Edition (Boston, MA:  Prentice Hall, 2012) ("Hull"), p. 194.

[198] Hull, p. 194.

[199] Hull, p. 196.

as Apple in this instance.  For the Apple options at issue here, one option contract confers the right to buy or sell 100 shares of Apple stock.[200]

156.    There are two types of options relevant to this case, calls and puts.[201]  Calls provide the option purchaser the right to buy the underlying asset at the pre-specified price, while puts provide the right to sell the underlying asset at the pre-specified price.[202]

157.    The pre-specified purchase or sale price is called the "strike price" or "exercise price."[203] Options can be distinguished by whether it would be advantageous for the purchaser to exercise the option at the current level of the underlying stock price.  A call option is "in-the-money" if the underlying stock price is greater than the strike price, "at-the-money" if the stock price and strike price are equal, and "out-of-the-money" if the stock price is less than the strike price.[204] By contrast, a put option is "in-the-money" when the underlying stock price is less than the strike price, "at-the-money" if the stock price and strike price are equal, and "out-of-the-money" if the stock price is greater than the strike price.[205]

158.    Options have a "maturity date" or "exercise date," which defines when the option can be exercised.[206]  The two most common types of equity options are "European" and "American" options.  European options can only be exercised at the maturity date, whereas American options can be exercised at any time up to or on the maturity date.[207]  The Apple options in this matter are American options.[208]

159.    An option's value depends on six factors:  the current price of the underlying stock, the strike price of the option, the time to maturity, the volatility of the underlying stock price, the risk-free rate, and any expected dividends.[209]  Changes in any of these factors over time can affect the value of an option.  All else equal, an option (either a call or a put) becomes more

---

[200] Hull, pp. 199–200.
[201] Hull, p. 194.
[202] Hull, p. 194.
[203] Hull, p. 194.
[204] Hull, p. 201.
[205] Hull, p. 201.
[206] Hull, p. 194.
[207] Hull, p. 194.
[208] Hull, pp. 199–200.  Dr. Feinstein's data indicates the style of all options in his analysis is "A," which indicates that the options are American (EXP_FEINSTEIN000001.XLSX; "IVolatility US Historical Intraday Options/Stocks Data Guide," IVolatility.com).
[209] Hull, p. 214.

valuable when the volatility of the underlying stock price increases because the option is more likely to end up in the money when volatility is higher.[210]

160.     A unique combination of option type (call or put), strike price, and maturity date defines an "option series."[211]  Options can provide a wide range of payoffs to investors, depending on whether the option is a call or a put, the strike price of the option, and the option's maturity date. As a result, different investors will choose to trade in different option series based on the nature of the payoffs and the investors' investment goals and trading strategies.

161.     For example, suppose the current stock price is $100, and consider a call with a strike price of $150 and a maturity of one month.  This call allows an investor to bet that the stock price will increase substantially in the near future, as the call only pays out if the stock price ends up above $150, which is typically unlikely.  Because it is unlikely that the stock price will rise that quickly, the investor will be able to purchase the call for a low price and will realize a substantial return in the event that the stock price does exceed $150.  If the stock price does not exceed $150, then the call becomes worthless and the investor loses the entirety of the call's purchase price.

162.     Suppose instead that the stock price is $100 and the investor purchases a put with a strike price of $100 and a maturity of one year.  Because the stock price is near the strike price and the maturity is long, it is more likely that the option will end up in the money and will be exercisable.  This means that the put option has more value now, and the investor will pay more to purchase it.  The higher cost is justified because the put provides a greater payoff to the investor in the event that the stock price declines from its current level.

### 2.     Put-Call Parity

163.     The value of call and put options of a given strike price and maturity are connected to the underlying stock price by a relationship called "put-call parity."  In the case of European options, which can only be exercised at the maturity date, a combination of a long position in a call option, a short position in a put option with the same maturity and strike price, and a cash

---

[210] Hull, p. 215–216.
[211] Hull, p. 201.

position equivalent in value to the strike price at the maturity date will lead to a payoff structure that exactly matches that of the underlying stock.[212]  Because the payoffs from owning the stock are the same as the payoffs from owning a portfolio of the call position, put position, and cash, the value of the call and put are linked to that of the underlying stock price.  If put-call parity does not hold and trading costs are low, it is possible for investors to make a risk-free profit by a combination of buying and selling the call, put, and stock and borrowing or lending cash.

164.    For American options, which can be exercised at any point up to the maturity date instead of only at the maturity date, the put-call parity relationship no longer holds.  Instead, American put-call parity implies a range of valid prices for the call and put options.[213]  This range provides an upper and lower bound on a combination of the call and put prices such that there are no opportunities to make risk-free profits from buying and selling the call, put, and underlying stock.[214]

### 3.    Market Efficiency of Equity Options

165.    The concept of market efficiency discussed in Section VI.A applies equally to Apple stock and to each of the Apple option series.  In other words, the market for an option is efficient if the price of the option rapidly and fully reflects new, value-relevant information as a result of investor competition to take advantage of perceived mispricing.

166.    As described above in Section VIII.A.1, options are securities with different characteristics, such as different payouts and riskiness, from the underlying common stock.  Furthermore, because options are derivative securities, their value is dependent on other factors, such as stock price volatility and interest rates, in addition to the price of the underlying common stock.[215]

167.    Consequently, because of these differences between options and stock, market efficiency for the Apple stock does not automatically translate into market efficiency for the option

---

[212] Hull, p. 221–222.  This assumes that the stock does not pay dividends prior to the options' maturity date.  In the case of a dividend-paying stock, put-call parity still holds, but the cash position also reflects the value of the dividends expected to be paid during the options' life.

[213] Hull, p. 224.

[214] For American put-call parity on a stock that pays dividends, such as Apple, the call price less the put price must be greater than or equal to the stock price less the strike price less the present value of dividends paid during the options' life, and the call price less the put price must also be less than or equal to the stock price less the present value of the strike price.  (Hull, p. 224)

[215] See Section VIII.A.1; Hull, p. 214.

markets.  It is possible that the market for a stock is efficient, while markets for options on the stock are not.  Furthermore, there can be hundreds of unique option series for a particular company (as is the case for Apple during the Putative Class Period), and while some of those options may have traded efficiently, others may not.  Therefore, it is important for Plaintiff to demonstrate that each individual Apple option traded in an efficient market throughout the Putative Class Period.

## B.    Summary of Dr. Feinstein's Options Efficiency Analysis

168.    In his report, Dr. Feinstein purports to analyze market efficiency for Apple options by reviewing the *Cammer* and *Krogman* factors specifically for the options.  Dr. Feinstein claims that "the Apple options satisfy all of the *Cammer* and *Krogman* factors, aside from the bid-ask spread factor, which results were mixed, indicating market efficiency."[216]

169.    Regarding *Cammer* factors 1–4 and the *Krogman* factors, Dr. Feinstein asserts that all of these factors except bid-ask spreads are supportive of a finding of market efficiency.  In particular, for the *Cammer* factors, Dr. Feinstein finds that in total across all Apple options, average daily trading volume was approximately 676,000 contracts, which he claims "represents trading in 67.6 million shares of the Apple stock."[217]  Dr. Feinstein claims that analyst coverage of Apple stock "served the Apple options market by disseminating and digesting" information about the company.[218]  Regarding market makers, Dr. Feinstein could not find information about the number of option market makers.  Instead, he claims that because the options were exchange-listed, they should be presumed to be efficient.[219]  Finally, Dr. Feinstein asserts that Apple's eligibility to file SEC Form S-3 means that participants in the option markets could also access Apple's financial information.[220]

---

[216] Feinstein Report, ¶ 148.  Based on my review of Dr. Feinstein's report, he has conducted his analysis of the *Cammer* 1–4 and *Krogman* factors on all options that traded during the Putative Class Period.  This set includes options that expired prior to the first alleged corrective disclosure date, which I understand would not be eligible to form part of the class.  For the purposes of my analysis of the *Cammer* 1–4 and *Krogman* factors, I focus only on the Relevant Options. See ¶ 174.
[217] Feinstein Report, ¶ 151.
[218] Feinstein Report, ¶ 149.
[219] Feinstein Report, ¶¶ 153–154.
[220] Feinstein Report, ¶ 150.

170.    For the *Krogman* factors, Dr. Feinstein does not discuss market capitalization or float for the Apple options but instead claims that average daily open interest, the quantity of outstanding options contracts, was 3.8 million contracts, which reference 376.9 million shares or $66.6 billion of Apple stock.[221]  Last, for bid-ask spreads, Dr. Feinstein finds that the average percentage bid-ask spread for Apple options was 12.9%.[222]  Dr. Feinstein also compares the average option dollar bid-ask spread to the price of Apple stock and finds that as a percent of the average stock price, the average option bid-ask spread is 0.17%.[223]

171.    For the fifth *Cammer* factor, instead of directly testing whether option prices incorporated new, value-relevant information about Apple, Dr. Feinstein instead constructs a "timeseries of synthetic stock prices" based on option prices.[224]  This "synthetic stock price" is derived using the assumption that the option prices satisfy the put-call parity relationship for European options.[225]  Dr. Feinstein calculates synthetic stock bid and ask prices from option prices for each combination of option strike price and maturity, then takes an arithmetic average across all of the individual synthetic stock bid and ask prices on a given day for call and put option pairs where both options have non-zero trading volume to generate an average synthetic stock bid and ask price.  In conducting this analysis, Dr. Feinstein omits option pairs where one or both options have zero trading volume.[226]  Once Dr. Feinstein has these average synthetic stock bid and ask prices, he again takes an arithmetic average of the daily bid and ask prices to arrive at one final synthetic stock price for each day.[227]

172.    Dr. Feinstein then performs an event study regression analysis of the synthetic stock price to determine the set of dates on which the synthetic stock "return" was statistically significant.[228]  Finally, Dr. Feinstein applies a "collective test" to measure whether a statistically significant synthetic stock price reaction was more frequently observed on the four earnings announcement days (February 2, 2018, May 2, 2018, August 1, 2018, and November 2, 2018) relative to all

---

[221] Feinstein Report, ¶ 152.
[222] Feinstein Report, ¶ 157.
[223] Feinstein Report, ¶ 157.
[224] Feinstein Report, ¶ 162.
[225] Feinstein Report, ¶¶ 162, 164–165.  The formulas Dr. Feinstein uses to create his synthetic stock price are identical to the put-call parity formula Hull provides for European options, and not the formula Hull provides for American options. (Feinstein Report, ¶¶ 164,165; Hull, pp. 230, 231)
[226] Feinstein Report, ¶ 166.
[227] Feinstein Report, ¶ 166.
[228] Feinstein Report, ¶¶ 166–167.

other days during the "Examination Period," which covers January 2, 2018 to January 2, 2019.[229] Of the four earnings announcement days in Dr. Feinstein's test, three occur before the start of the Putative Class Period, with the November 2, 2018 earnings announcement being the only one in the Putative Class Period.  Dr. Feinstein also finds that the synthetic stock price exhibited a statistically significant reaction on January 3, 2019, the day after Apple's earnings preannouncement, which took place after the market closed on January 2, 2019.[230]

### C.    Dr. Feinstein's Options Analysis Fails to Account for the Differing Characteristics of the Apple Options and Differences Between the Markets Where Individual Options Traded

173.    In applying *Cammer* and *Krogman* factors collectively across all options, Dr. Feinstein's analysis of the Apple options is based on the assumption that all Apple options form a single market.  Dr. Feinstein also reiterated this belief in his deposition.[231]  This assumption completely ignores the substantial heterogeneity in characteristics of the Apple options, such as different option types (i.e., call versus put options), different strike prices, and different maturities, which may lead to very different investment risks and payouts across the range of options.

174.    I understand that the option series that would potentially be eligible to be a part of the class in this matter are those that expired after the first alleged corrective disclosure date, November 5, 2018, and that had trading volume greater than zero during the Putative Class Period.  I refer to these options as the "Relevant Options."  Using Dr. Feinstein's options dataset, **Exhibit 4** provides a summary of the Relevant Options, illustrating substantial heterogeneity in the characteristics of the options.[232]  Specifically, there were 2,282 distinct options, with 1,250

---

[229] Feinstein Report, ¶¶ 124, 167–173.
[230] Feinstein Report, ¶ 174.
[231] "[Q] I guess what I'm trying to understand is given the variation in options contracts, how you can consider that they're being traded on a single market. … [A] Sure.  All of the calls, regardless of whether -- what the strike price is or what the expiration is are functions of Apple stock price, and all of the calls have a payoff diagram of the same form, that the payoff diagram -- or the payoff formula call exercise is the maximum of the stock price minus the strike price or zero.  All of them. All of the puts have the exact, same payoff function at their expiration.  At their respective expirations their payoff is the stock price minus the strike price or zero.  So they all have the same functional form. They differ in the specifics as to what that 'X' is, the 'X' is the strike price or what day they expire, but they all have the exact, same functional form.  The markets are made by the same market makers.  They're all functions of Apple stock.  And for a reasonable extent, for reasons we just talked about, they're reasonable substitutes, one for the other.  Someone looking to buy into Apple by buying call options might consider the 'at the money call,' the 'just out of the money call,' the 'just in the money call,' and look to see where they think they get the best pricing or the most liquidity or the -- depending if they want to hold it to expiration, the best profit potential.  So they have more in common than differences." Deposition of Dr. Feinstein, June 16, 2021 (86:5-87:15).
[232] EXP_FEINSTEIN000001.XLSX.

unique combinations of strike price and expiration dates, spanning 148 different strike prices ranging from $2.50 to $440, and 22 different maturity dates ranging from November 9, 2018 and January 15, 2021.  These different strike prices and maturities result in vastly different option payoffs depending on the value of the underlying stock.

175.    Dr. Feinstein's choice to consider Apple options in aggregate, rather than individually, leads him to ignore differences in the trading characteristics of individual option markets.  There are a number of issues with this.

176.    First, as I discuss in Section VIII.D.7, while Dr. Feinstein finds that the average Apple option bid-ask spread is 12.9%, some of the options have bid-ask spreads far in excess of 12.9%, with one as high as 195%.[233]  Large bid-ask spreads make it more costly to exploit arbitrage opportunities and increase the risk that the price of an option does not adjust to new information quickly, given the cost associated with trading the options.  This demonstrates why each individual option would need to be analyzed separately as opposed to as part of an average.  Furthermore, the large bid-ask spreads directly contradict Dr. Feinstein's assertion that if there is an inefficiency in trading the options, investors and professional investors would be able to exploit it.[234]

177.    In deposition, Dr. Feinstein provided an analogy of a Toyota dealership to attempt to demonstrate that all of the Apple options could be considered part of the same market.  In his analogy, Dr. Feinstein claimed that one could make inferences about the market for all cars traded in a dealership by looking at the efficiency of the market of larger Toyota sedans and Toyota Corolla together.[235]  This analogy further illustrates the significant flaw in Dr. Feinstein's definition of a market.  Specifically, if a Toyota Corolla is a commonly traded car, Toyota dealers may all offer a very similar markup on Corollas.  However, that does not necessarily

---

[233] Feinstein Report, ¶ 157; **Exhibit 6**.

[234] "It's not a secret, well-known – it's not a secret, unknown back water of a market.  If there was an inefficiency in the Apple market, there's thousands of investors and professional investors and traders that would jump on it and make that money.  If they saw something out there for sale that was too cheap, they'd buy it.  If they saw something that was too expensive, they'd sell it.  If they saw information that was being ignored and that made the price either too high or too low, they'd execute the trade.  So that would push that information into the price." (Deposition of Dr. Feinstein, June 16, 2021 (107:16–108:3)).

[235] "[A] If what you want to know is does this dealer run an efficient business, you want to see how they sell pickup trucks and you want to see how they sell Corollas.  … If we want to see if the market for Apple options is efficient, we can look at the whole range of Apple options. … [Q] And just to go back to your analogy, they trade in the same market in the same way that a Toyota pickup truck and a Toyota sedan hybrid is sold by the same dealer; is that -- [A] No.  It's more of a Toyota Corolla versus a larger Toyota sedan." Deposition of Dr. Feinstein, June 16, 2021 (88:18–89:24).

mean that the market for a more expensive Toyota sedan with limited production would also have similarly low markups.  On the contrary, it may be the case that dealers offer a higher markup on those less transacted vehicles.  Therefore, inferring efficiency of the market for all Toyota sedans based on observing trading behavior of Toyota Corollas may not be valid.  Yet this is exactly what Dr. Feinstein does with Apple options—he infers market efficiency for all Apple options based on observing the average characteristics of the options or the characteristics of all options in aggregate.

178.    Third, in Dr. Feinstein's deposition, he claimed that Apple options are similar in that the payoff for all options has the same functional form, and therefore, should be considered to be traded in a single market.[236]  For example, Dr. Feinstein stated that all call options have a payoff formula at the time of exercise, which is the "maximum of the stock price minus the strike price or zero,"[237] and are all derivatives of Apple stock.[238]  However, options involve non-linear payoffs, so investors can achieve very different goals based on the strike price and maturity of their option.  On one extreme, an investor who purchased an Apple call option with a strike price of $2.50 was purchasing an option with a payoff that was very similar to Apple stock, which ranged in price from $147 to $210 during the Putative Class Period.[239]  On the other extreme, an investor who purchased an Apple call option with a strike price of $440, more than double the stock price, was essentially buying a lottery ticket with the hopes that Apple's stock price skyrockets.[240]  However, in both situations, the underlying security (Apple stock) was the same.  Dr. Feinstein has not shown how one can use a finding on market efficiency for the average option to make a conclusion about either of these far out-of-the-money or far in-the-money options, which serve very different purposes.[241]

---

[236] Deposition of Dr. Feinstein, June 16, 2021 (86:5–86:20).
[237] Deposition of Dr. Feinstein, June 16, 2021 (85:14–20).
[238] Deposition of Dr. Feinstein, June 16, 2021 (86:4).
[239] See **Exhibit 4**.
[240] Trading occurred in Apple options with strike prices of both $2.50 and $440 during the Putative Class Period.  See **Exhibit 4**.
[241] While I have discussed the two extreme scenarios, the same argument applies to options across the entire spectrum of strike prices.  It also applies to options across the spectrum of maturities.  Indeed, a call with a strike price $5 higher than the trading price and expiring later in the day may not be worth much because it is relatively unlikely that the stock price will move by $5 before its expiration.  At the same time, a call with the same strike price and a two-year maturity will be worth a lot more because it is much more likely that the stock price will increase by more than $5 over a two-year period.

179.     Ignoring differences in payoffs and trading characteristics across the different sets of options could lead to erroneous conclusions regarding efficiency of some options based on observing other options.  Dr. Feinstein ignores these differences entirely in his report.  When asked in deposition, the only explanation that he provided regarding why all Apple options trade in the same market was to say that all options are derivatives of the Apple stock and that all options are traded by the same market makers.[242]  Neither of these statements can explain why there are such large differences in trading costs and trading frequency across Apple options, something that Dr. Feinstein has chosen to disregard.  As a result, Dr. Feinstein has not demonstrated that each individual Apple option traded in an efficient market.

### D.     Dr. Feinstein's Flawed Application of *Cammer* Factors 1-4 and the *Krogman* Factors to the Apple Options Does Not Support a Conclusion of Market Efficiency and Fails to Consider the Actual Characteristics of the Options

180.     Dr. Feinstein's analysis of *Cammer* Factors 1–4 and the *Krogman* Factors for Apple options fails to take into account that Apple options each traded in a separate market.  As discussed below, analysis of individual option markets demonstrates that many Apple options exhibited market characteristics that are inconsistent with a finding of market efficiency.  Furthermore, many aspects of Dr. Feinstein's *Cammer* and *Krogman* Factor analysis and conclusions he bases on the analysis are simply incorrect as a matter of economics.

### 1.     *Cammer* Factor 1:  Trading Volume

181.     Dr. Feinstein claims that the daily average trading volume of all Apple options *combined*, when converted into the number of shares of Apple stock represented by the options, exceeded that of the Apple stock.[243]  However, Dr. Feinstein has failed to explain why the combined volume across all options is the appropriate metric to analyze option market efficiency or why option volume should be converted into shares of the Apple stock.  As discussed above, even though options are claims on the same security, they are different claims with different terms and potentially different market characteristics.  By failing to disaggregate these options into

---

[242] Deposition of Dr. Feinstein, June 16, 2021 (86:5–86:20).
[243] Feinstein Report, ¶ 151.

different markets, Dr. Feinstein's report fails to recognize that many individual options had low, or on certain days, no trading volume during the Putative Class Period, far below the trading volume of the Apple stock.

182.    As **Exhibit 5** shows, trading volume for many of the individual Relevant Options on Apple stock during the Putative Class Period was low.[244]  Overall, the average daily trading volume for call options was 691 contracts, while for put options it was 573 contracts, where each contract represents 100 shares of stock of Apple.  Beyond the average volume, many of the Apple options saw very little trading.  For instance, 75% of the Apple call options had daily trading volume of 297 contracts or fewer during the Putative Class Period, and daily trading volume for the median call option was 45 contracts.  Similarly, 75% of the Apple put options had daily trading volume of 283 contracts or fewer during the Putative Class Period, and daily trading volume for the median put option was 52 contracts.

183.    Aside from low trading volume, the Relevant Options also traded infrequently during the Putative Class Period.  As shown in **Exhibit 5**, across all call options, on average, a call option *did not trade* at all on 35% of trading days in the Putative Class Period (for put options, the number is 31%).  In addition, the least liquid 10% of call options did not trade on 86% or more of trading days during the Putative Class Period, and similarly, the least liquid 10% of put options did not trade on 90% or more of trading days during the Putative Class Period.  Dr. Feinstein has not explained how he can assume that an option is traded in an efficient market when the option traded on less than 10% of days during the Putative Class Period.

184.    The low trading volume observed for individual Apple options implies that it may be difficult for market participants to take advantage of option prices that do not fully reflect publicly available information or differences between the prices of Apple stock and options. Arbitrageurs may not be able to take advantage of the mispricing if the market is not liquid enough for them to trade quickly in and out of positions, when faced with the risk of adverse price movement.  This could present an impediment to the market efficiency of the Apple

---

[244] In deposition, Dr. Feinstein agreed that many of the Apple options have little or no trading volume.  He describing the distribution of volume across strike prices as "almost like a bell curve … [m]ost of the volume, most of the trading is going to be at the money."  Deposition of Dr. Feinstein, June 16, 2021 (94:23–95:1).  Indeed, when asked whether he could conduct a test of efficiency on individual synthetic stock prices, Dr. Feinstein conceded "certain of the contracts would have enough consistent trading volume where you can, but some of the contracts you would not be able to do that … [if] you're trying to run a regression using prices just from one option, it's likely there would be holes in the data.  There would be days on which there was no trading."  Deposition of Dr. Feinstein, June 16, 2021 (103:17–104:13).

options because potential arbitrageurs may be deterred by this risk and would not trade to reduce the mispricing in the market.  As discussed in Section VIII.D.7 below, they can further be deterred by high transaction costs.

185.    Furthermore, Dr. Feinstein's synthetic stock price is calculated using quoted bid and ask prices.  This is a different approach than the one Dr. Feinstein took in the stock analysis of *Cammer* factor 5, which used end of day trade prices instead of quoted prices.  When Dr. Feinstein was asked in his deposition if he could have used option transaction prices to create the synthetic stock price, he responded:

> I'd have to think about it.  I think you could.  I'd have to study the properties of that test.  Also, you have an issue with synchroneity.  If we use end of day bids and end of day asks, we know the price the sell is to the market and we know it's an end of day price.  If we use actual trading price, the last trading price, the last trading price might be earlier in the day before some information came out, and you wouldn't want to do that.[245]

186.    According to Dr. Feinstein, his use of quotes instead of trading prices is required to address asynchronous trading, in which the last trade may occur earlier in the day, before new information entered the market.  However, the fact that Dr. Feinstein is concerned that there are options for which there are no reliable trade prices to use for his test purporting to demonstrate market efficiency highlights the fact that there are important frictions in the option markets, as many of the options with lower trading volumes may be less liquid.  Consequently, the Apple options need to be analyzed individually as opposed to in an aggregated form.

## 2.    *Cammer* Factor 2:  Analyst Coverage

187.    Dr. Feinstein claims that 28 analyst firms covered Apple and that the "analyst reports served the Apple option market by disseminating and digesting Company information."[246]  However, analyst reports are not typically at the level of options, and analysts generally do not provide specific analysis of option markets or of all of the factors that influence option prices.  The analyst reports I reviewed for Apple did not cover Apple options.  Dr. Feinstein states that

---

[245] Deposition of Dr. Feinstein, June 16, 2021 (124:20–125:3).
[246] Feinstein Report, ¶ 149.

"Barber et al. [1994] found that coverage by one or two analysts strengthened the presumption of efficiency for a publicly traded stock," but he does not cite to any analyst reports in his report that cover Apple options.[247]

### 3.   *Cammer* Factor 3:  Market Makers

188.    Dr. Feinstein was unable to locate the number of market makers and instead relied on market makers trading the stock.[248]  He does not provide any evidence that the same number of market makers would have traded the options as the stock.

### 4.   *Cammer* Factor 4:  Form S-3 Eligibility

189.    Dr. Feinstein claims that S-3 eligibility implies that stock investors were regularly provided with financial information.[249]  It is unclear how this argument applies to option markets given that options are different securities from the stock and, as discussed above, have prices that depend on more than the stock price.

### 5.   *Krogman* Factor 1:  Market Capitalization

190.    Market capitalization in the context of stock is a measure of a company's total value based on the number of shares outstanding and the share price.  In the context of options, market capitalization is less applicable because the total pool of outstanding options can increase or decrease over time as options positions are opened and closed by investors.[250]

191.    Despite this, Dr. Feinstein takes an average of the total number of option contracts outstanding in all markets (the open interest) across days in the Putative Class Period, converts this figure to the number of underlying shares represented by the options, and multiplies this by the average price of Apple *stock* instead of by a measure of option prices.  He then compares this calculated number to the market capitalization of the stocks on US exchanges and finds that it is high.[251]

---

[247] Feinstein Report, ¶ 62.
[248] Feinstein Report, ¶ 154.
[249] Feinstein Report, ¶¶ 79, 150.
[250] Hull, p. 204.
[251] Feinstein Report, ¶ 152.

192.     Dr. Feinstein provides no justification for why it is appropriate to consider the value of claims on Apple stock, as opposed to the value of the options themselves, many of which are worth far less than the stock.  There are at least two issues with this exercise that render it flawed.  First, not all of the Apple options are in the money at a given point in time, so it would be erroneous to treat all options as if their holders would convert options to claims on the underlying stock with certainty.  Second, even for options that are in the money, an investor who exercises such an option would still be obligated to buy or sell the Apple stock at the strike price of the option.  This means that the investor would not receive the full value of the underlying stock but rather the net difference between the stock price and the strike price, which can be substantially less than the stock price.  Had Dr. Feinstein analyzed the actual value of Apple options outstanding, he would have found that the actual value of Apple options outstanding during the Putative Class Period was far less than the $66.6 billion he claims.[252]

193.     Moreover, consistent with the rest of his option analyses, Dr. Feinstein inappropriately aggregated data for separate option series.  Using Dr. Feinstein's data, I recalculated the average open interest for individual option series.  As shown in **Exhibit 4**, during the Putative Class Period, the Relevant Options had a mean daily open interest of 2,605 contracts, and a median daily open interest of only 412 contracts, indicating that open interest was highly concentrated in certain option series.[253]  The heterogeneity of open interest in each option series is further support why Dr. Feinstein should look at each option series individually, and should not take an average of the options and ignore the heterogeneity.

### 6.     *Krogman* Factor 2:  Public Float

194.     To the extent that public float, or the quantity of a security that is not held by insiders, is a relevant metric for assessing the efficiency of the markets in which the Apple options traded, then the discussion above regarding market capitalization also applies to the options.  Individual Apple options have low open interest relative to the 4.7 billion average number of Apple stock

---

[252] Feinstein Report, ¶ 152.
[253] The mean and median daily open interest is calculated across all options and trading dates during the Putative Class Period.  Alternatively, if average daily open interest is calculated for each of the 2,282 relevant option individually, the mean option has an average open interest of 2,172 contracts and the median option has an average open interest of 357 contracts.

shares outstanding that Dr. Feinstein cites,[254] meaning that public ownership of individual options is also relatively low, by Dr. Feinstein's own standards.

### 7.    *Krogman* Factor 3:  Bid-Ask Spreads

195.    As Dr. Feinstein agrees, bid-ask spreads in Apple options were high during the Putative Class Period.[255]  Indeed, Dr. Feinstein's weighted average option bid-ask spread of 12.9% is far larger than the two metrics he uses in his report to assess market efficiency for Apple stock: the 0.01% average bid-ask spread for Apple stock, and the 0.7% average bid-ask spread for all stocks traded on US exchanges.[256]  High bid-ask spreads, such as those found in the markets for Apple options, indicate that it is especially costly to trade in these markets.  For example, using Dr. Feinstein's average bid-ask spread of 12.9%, an investor who bought and then immediately sold an option would have lost 13 cents per dollar of investment in transaction costs.  High bid-ask spreads can also make it challenging for investors to take advantage of arbitrage opportunities resulting from incorrect option prices because high transaction costs reduce the profitability of the arbitrage.[257]  In other words, options can be mispriced relative to one another or relative to the stock, but investors may be unable to arbitrage away the incorrect prices because of transaction costs.

196.    In addition to reporting the average option percentage bid-ask spread relative to option prices, Dr. Feinstein also computes a second, incorrect, bid-ask spread metric by comparing the dollar bid-ask spreads of the Apple options against the price of the Apple stock rather than against the option prices themselves.  Because the underlying stock price is typically much greater than the option price, this mechanically reduces the resulting bid-ask spread.  Dr. Feinstein claims that one method produces bid-ask spreads that are "large relative to the bid-ask

---

[254] Feinstein Report, ¶ 87.

[255] Feinstein Report, ¶ 158.  I note that the average bid-ask spread for the options of 12.9% reported by Dr. Feinstein exceeds the 5.6% bid-ask spread found by the *Krogman* court to "suggest[] market inefficiency."  (*Krogman v. Sterritt*, 202 F.R.D. 467 (N.D. Tex. 2001))

[256] Feinstein Report, ¶¶ 90, 157.

[257] "In an efficient market, if prices get out of line, then arbitrage forces them back.  The arbitrageur buys the underpriced securities (pushing up their prices) and sells the overpriced securities (pushing down their prices).  The arbitrageur earns a profit by buying low and selling high and waiting for prices to converge to fundamentals.  Thus arbitrage trading is often called *convergence* trading.  In practice arbitrage is harder than it looks.  Trading costs can be significant and some trades are difficult to execute." (Richard A. Brealey, Stewart C. Myers, and Franklin Allen, *Principles of Corporate Finance*, Tenth Edition (New York, NY: McGraw Hill, 2011), p. 327)

spreads observed for all common stocks" and the other does not.[258]  However, this approach of normalizing by stock price is simply incorrect because the proper measure of bid-ask spreads is against the asset actually being traded, not against some other asset with a higher price.  Indeed, bid-ask spread measures the cost of a round-trip trade (i.e., buy-sell or sell-buy trade) in the asset being traded.

197.     Dr. Feinstein also claims that wide bid-ask spreads are due to the fact that the options are in effect a leveraged investment in Apple stock.[259]  However, even for Apple options that were in-the-money (and therefore exhibited price dynamics most similar to that of Apple stock), bid-ask spreads were high.  As shown in **Exhibit 6**, Dr. Feinstein's data indicate that bid-ask spreads averaged 5% across both calls and puts that were in-the-money, and the bid-ask spread exceeded 8% for 10% of in-the-money options.  The average bid-ask spread for in-the-money options was approximately 500 times higher[260] than the bid-ask spread on Apple stock and approximately 7 times higher[261] than the average bid-ask spread for all stocks traded on US exchanges.

198.     Moreover, the average option bid-ask spread reported by Dr. Feinstein, while high itself, obscures the fact that bid-ask spreads for individual Relevant Options exceeded the average by a large amount.  **Exhibit 6** shows that 10% of call option series in the Putative Class Period have bid-ask spreads exceeding 74%, while 10% of put option series in the Putative Class Period have bid-ask spreads exceeding 62%.  Furthermore, bid-ask spreads exceeded 100% for some options in the data produced by Dr. Feinstein.  In other words, trading the option would require an investor to spend a substantial amount on transaction costs—in some cases investors would spend more on transaction costs than on the option itself.  These high bid-ask spreads in individual option markets further undermine Dr. Feinstein's conclusion that all Apple options traded in efficient markets during the Putative Class Period.  The heterogeneity of bid-ask spreads across option series is further support that not all option series behaved similarly, and Dr.

---

[258] Feinstein Report, ¶¶ 157, 158.

[259] Feinstein Report, ¶ 155.

[260] The average bid-ask spread for in-the-money options of 5% (**Exhibit 6**) is approximately 500 times larger than the 0.01% average bid-ask spread for Apple stock that Dr. Feinstein calculates (Feinstein Report, ¶¶ 90).

[261] The average bid-ask spread for in-the-money options of 5% (**Exhibit 6**) is approximately 7 times larger than the 0.70% average bid-ask spread for all stocks traded on US exchanges that Dr. Feinstein calculates (Feinstein Report, ¶¶ 90).

Feinstein's approach of taking an average of their bid-ask spreads fails to acknowledge the options with very high transaction costs.

199.     Finally, in deposition, Dr. Feinstein claimed that trades between institutional investors and especially market makers were taking place at prices corresponding to narrower spreads than his data shows.[262]  However, this statement is entirely unsupported.  In fact, Dr. Feinstein did not even identify how many market makers traded Apple options, let alone analyze their bid-ask spreads corresponding to prices at which they transacted with each other.[263]  Moreover, even if it were true that market makers were able to trade with one another at lower transaction cost, it is still the case that the transaction costs to investors buying and selling options on Apple stock would reflect the bid-ask spreads discussed by Dr. Feinstein in his report.  In fact, it is unclear why transaction costs of trades between market makers would be relevant for determination of bid-ask spreads at all.  Dr. Feinstein does not discuss bid-ask spreads corresponding to trades between market makers in his discussion of Apple stock.  Furthermore, it is my understanding that the relevant bid-ask spreads as discussed in the *Krogman v. Sterritt* matter are spreads reflecting transaction costs of investors: "The bid-ask spread is the difference between the price at which investors are willing to buy the stock and the price at which current stockholders are willing to sell their shares."[264]  Therefore, it is unclear why Dr. Feinstein's speculative statement regarding transaction costs of trades between market makers would be relevant to his discussion of bid-ask spreads.

### E.     Dr. Feinstein's Analysis of *Cammer* Factor 5 for the Apple Options Fails to Demonstrate a Cause-and-Effect Relationship between New, Value-Relevant Information and Individual Option Prices

200.     Beyond Dr. Feinstein's flawed analysis of *Cammer* factors 1–4 and the *Krogman* factors discussed above, his methodology for testing *Cammer* factor 5 has no support in peer-reviewed literature and fails to measure whether new, value-relevant information was incorporated into the price of each Apple option.  As described above in Section VIII.B, Dr. Feinstein's analysis of

---

[262] Deposition of Dr. Feinstein, June 16, 2021 (112:25–113:13).
[263] Feinstein Report, ¶ 154 "While I was unable to locate information quantifying the number of market makers who traded Apple options, the exchange listing, the high reported volume, and the large number of market makers identified for the common stock suggest a high number of market makers for the options."
[264] *Krogman v. Sterritt*, 202 F.R.D. 467 (N.D.Tex.2001) at 478.

*Cammer* factor 5 for the Apple options relies on an aggregate, summary measure of option prices—Dr. Feinstein's average synthetic stock price constructed from individual put and call prices.  I am not aware of any support for this purported test of market efficiency of individual option series in peer-reviewed academic literature, and Dr. Feinstein was not able to provide any when asked about it during deposition.[265]

201.    Dr. Feinstein's use of an average measure of option prices ignores the wide range of variation in individual option prices that is observed in his own individual synthetic stock prices. Dr. Feinstein does not even attempt to reconcile this variation in prices with implications for market efficiency.  Furthermore, Dr. Feinstein's option summary measure is constructed using assumptions that are explicitly not valid for the Apple options, since they are American and not European.  Instead of analyzing the individual Apple options at issue in this matter, Dr. Feinstein makes an unsupported assumption that a test of an average measure of option prices can be reliably used to derive a conclusion about market efficiency for every individual option.  This fallacy is similar to asserting that it does not matter if some options underreacted to new value-relevant information while others overreacted to such information as long as such inefficient option price reactions averaged out across a large set of contracts.  Moreover, in reality, Dr. Feinstein's test fails to include the majority of the Apple options altogether because they were not traded on his event days.  Because of these shortcomings, Dr. Feinstein's test of *Cammer* factor 5 fails to show that each of the Apple options traded in an efficient market during the Putative Class Period.

### 1.    Dr. Feinstein's Test of *Cammer* Factor 5 Has No Support in Peer-Reviewed Literature

202.    Dr. Feinstein's test of *Cammer* factor 5 is flawed because it ignores the wide range of individual synthetic options and fact that the Apple options are American.  As I discuss in Section VIII.B, Dr. Feinstein's test of *Cammer* factor 5 involves two main steps.  First, Dr. Feinstein creates a daily average synthetic bid price and ask price across all option pairs where each option has non-zero trading volume, using the European put-call parity relationship, and

---

[265] "[Q] Just to confirm, you're not aware of any peer reviewed academic paper that has applied this methodology specifically to test efficiency for options?  [A] Correct." (Deposition of Dr. Feinstein, June 16, 2021 (124:1-124:6))

then takes the midpoint between the average synthetic bid price and ask price to calculate an average synthetic stock price that summarizes the entire portfolio of individual options.[266] Second, Dr. Feinstein performs an event study regression using the average synthetic stock price that compares the fraction of statistically significant event days versus non-event days.[267]  As with the Apple stock, Dr. Feinstein uses three earnings announcements prior to the start of the Putative Class Period and one announcement at the start of the Putative Class Period as his event days.[268]

203.    First, the construction of Dr. Feinstein's average synthetic stock price poses problems for his analysis because it averages over a wide range of individual synthetic stock prices.  In fact, disaggregating Dr. Feinstein's average synthetic price into the individual synthetic prices associated with each option pair shows that there is a wide range of individual synthetic stock prices, with deviations from the Apple stock price exceeding 10% in some cases.[269]  **Exhibit 7** plots these deviations between the individual synthetic prices and Apple's stock during his Examination Period.  By averaging across the synthetic stock prices, Dr. Feinstein ignores the wide range of individual synthetic stock prices.  This wide range of individual synthetic stock prices suggests that Dr. Feinstein's averaging methodology does not accurately represent individual option prices.  Furthermore, Dr. Feinstein uses quotes, which can become stale, instead of transaction prices to derive these individual synthetic stock prices, due to a lack of frequent trading in many of the options.  Therefore, Dr. Feinstein's test of option market efficiency is not even based upon actual prices that putative class members may have transacted at, which is different from his methodology in analyzing the common stock.

204.    Another important problem with Dr. Feinstein's analysis is that the individual synthetic stock prices created by Dr. Feinstein, based on the call and put options, are not equivalent to Apple's stock price.  The reason for this is that the put-call parity relationship described by Dr. Feinstein applies to European options, and not to American options.[270]  However, if the options

---

[266] Feinstein Report, ¶ 166.
[267] Feinstein Report, ¶¶ 167, 171–173.
[268] Feinstein Report, ¶ 172, Exhibit 12.
[269] Deviations of this size are larger than the synthetic stock price residual returns of -2.91%, -2.31%, and -7.11% that Dr. Feinstein finds on the November 5, 2018, November 12, 2018, and January 3, 2019 alleged corrective disclosure dates, respectively. (Feinstein Report, Exhibit 13)
[270] For example, Dr. Feinstein claims that "if an investor were to sell a synthetic share of Apple stock, that investor would need to sell a call option at its bid price, buy a put option at its ask price, and borrow the present value of the

are American, this relationship will no longer hold if it is optimal for the holder of the call or put option to exercise the option early.  Therefore, the individual synthetic prices calculated by Dr. Feinstein are not valid for Apple, because the Apple options are American, while the put-call parity relationship described by Dr. Feinstein only applies to European options.

205.    Dr. Feinstein admitted in deposition that the put-call parity relationship he uses does not hold for American options, stating that "there may be some small slippage owing to the value of the American feature," and that put-call parity does not apply to American options without an adjustment.[271]  However, Dr. Feinstein does not make any adjustment, claiming instead that any "slippage" will be addressed in his regression.

> [Q] Okay.  And what adjustments have you made to the standard put call parity to apply it to American options here?  [A] Like I said, I didn't need to.  If there's some small deviation from the measured synthetic stock price in this methodology, that will decay at a fairly constant rate, and therefore, be accounted for or appropriately addressed and eliminated in the regression analysis.  So there's no adjustment necessary.[272]

206.    Dr. Feinstein assumes the "slippage" will be small, and that running a regression on the average synthetic stock price will eliminate its effect.  However, Dr. Feinstein has not explained what basis he has for making the assumption that treating Apple options as European options, even though they are American, will not meaningfully impact his ability to extrapolate his results to each Apple option series.  Additionally, as discussed above, Dr. Feinstein has done nothing in his report to account for the wide variation in individual synthetic stock prices in his own analysis, whether that variation is driven by the quality of the data he uses or by his failure to account for the actual characteristics of the Apple options.

---

strike price and anticipated dividends ('synthetic bid price')."  Feinstein Report, ¶ 165.  This is true for European Options. (Hull, p. 222.)
[271] Deposition of Dr. Feinstein, June 16, 2021 (121:16–122:12).
[272] Deposition of Dr. Feinstein, June 16, 2021 (122:13–122:22).

### 2.   Dr. Feinstein Erroneously Relies on an Aggregated Synthetic Stock Price to Derive Conclusions about Individual Options

207.    As described above, Dr. Feinstein's average synthetic stock price is created by combining call and put prices for individual option series across all options on the day into an average synthetic bid and synthetic ask price, and then taking the midpoint of the two to calculate the average synthetic stock price.[273]  Dr. Feinstein then assumes that if the combination of puts and calls that forms the average synthetic stock price reacts more frequently on earnings days relative to other days, then all individual options comprising that average combination must trade in efficient markets.  However, by aggregating all the options together, his test cannot demonstrate whether the prices of *individual* options reacted rapidly to new, value-relevant information about Apple throughout the entire Putative Class Period.

208.    As an analogy, consider whether a test showing that the Russell 2000 as a whole exhibited a statistically significant reaction to a certain piece of information would be evidence that every individual company comprising the index also reacted to that information.  Dr. Feinstein was asked this during his deposition, and he stated that this test would show "evidence that [constituent] stocks trade[d] efficiently":

> [Q] If you were to run an event study analysis on Russell 2000 index and find that the index reacted to [market-wide] news, could you conclude that the market for every stock in the index was efficient? … [A] ***Well, I think it would tell you that that's evidence that stocks trade efficiently***.  [Q] That each individual stock in the Russell 2000 trade efficiently if the average does?  [A] ***If the average does, it tells you that efficiency is more the rule than the exception***.[274]

209.    The idea that one can infer market efficiency of individual stocks based on the performance of an entire index highlights one of the shortcomings of Dr. Feinstein's event study analysis of options.  It could be the case that a subset of constituents in the Russell 2000 index experienced a reaction to the market-wide news while the rest of the constituents did not.  Yet Dr. Feinstein would still conclude that if the overall index reacted, the constituent "stocks trade efficiently."  The same would apply to the Apple options.  Observing a reaction of the average

---

[273] See ¶¶ 171-172.
[274] Deposition of Dr. Feinstein, June 16, 2021 (129:2-129:24), emphasis added.

synthetic price does not show that all underlying options reacted to the news at issue.  Notably, even in the example of Russell 2000, Dr. Feinstein cannot rule out "exceptions" for individual Russell 2000 stocks based on findings of a hypothetical event study analysis.  Yet, after performing an analogous test for Apple options, Dr. Feinstein concludes that *every single* Apple option traded in an efficient market based on his finding that a synthetic stock price portfolio constructed from thousands of option series reacted more frequently on earnings days than on other days.

210.     Dr. Feinstein stated that "there's much more similarity among Apple options that might differ by dollar -- you know, a couple dollars in strike price or by a month in expiration date."[275] However, as shown in **Exhibit 4**, the strike price of Apple options differed by hundreds of dollars and the expiration date varied by up to two years.  Dr. Feinstein has not explained how he can opine, without performing any analysis, that Apple options are similar enough that he can analyze an average of the options and, based on an analysis of averages, reach a conclusion about individual options on Apple stock.

### 3.     Dr. Feinstein's Test of *Cammer* Factor 5 Fails to Assess Market Efficiency for the Majority of Apple Options

211.     Dr. Feinstein's construction of an average synthetic stock price from individual option pairs also obscures the fact that the set of option pairs used in the analysis changes over time as options reach their maturity dates and new options are created with different strike prices and maturity dates.  This means that the individual option pairs comprising the average synthetic stock price that "reacts" on earnings dates are not necessarily the same as the options that make up the average synthetic stock price on other dates.  Of the options in Dr. Feinstein's synthetic stock price, only 1.6% traded on all four earnings announcement days used in his test.  In fact, 62.1% of Apple options pairs included in Dr. Feinstein's synthetic stock price series (and 58.1% of those during the Putative Class Period), *never traded* on *any* of the earnings announcement

---

[275] Deposition of Dr. Feinstein, June 16, 2021 (130:2-130:5).

dates used in Dr. Feinstein's collective test analysis.[276]  As a result, Dr. Feinstein concluded that *all* options react to new information despite only testing *a minority* of Apple options.

212.    In his deposition, Dr. Feinstein claimed that by equal-weighting across option prices, he was able to conclude that out-of-the-money options (which may be less heavily traded) were traded in efficient markets.[277]  However, under Dr. Feinstein's methodology of constructing his average synthetic stock price, only options with non-zero trading volume are included. Therefore, equal-weighting only ensures that options with *less* volume (but not zero volume) are represented in the synthetic stock price.  Options that do not trade on a particular day are still excluded from the average synthetic stock price for that day, even if they trade on other days.

213.    Furthermore, because Dr. Feinstein's test only considers four event days, many option prices enter the average synthetic stock price only on non-news days, not on any of the event days.  Therefore, Dr. Feinstein never actually tests whether these options reacted to new information, yet still assumes that his findings for the average synthetic stock price apply to all Apple options, including those that did not trade on any event day.  Consequently, Dr. Feinstein is extending a conclusion of market efficiency to options that did not and could not have shown a price reaction on the very days he considers in his test.  Additionally, three of the four event days are prior to the start of the Putative Class Period.  Even if an option traded on one or more of those three event days, but not the November 2, 2018 event day, Dr. Feinstein's test would not analyze if that option reacted to information during the Putative Class Period.

---

[276] This occurs either because the option expired before the first earning announcement date, the option's first and last trading date were between earnings announcements, or the option was in existence but did not trade on the earnings announcement's impact date.  Additionally, Dr. Feinstein's synthetic stock price is created using daily prices for option pairs where both options have positive trading volume on a given day.  If only one of the call or put in an option series has positive volume on a particular day, that option will not be captured in Dr. Feinstein's test.  Of all Apple option pairs included in Dr. Feinstein's synthetic stock price series, 28.4%, 5.4%, and 2.4% traded on only 1, 2, and 3 of the earning announcement dates, respectively.

[277] "[Q] Are the markets for out of the money options less efficient than at the money? [A] I didn't see any evidence of that here.  [Q] And what would you look for to determine if that were the case -- or I should say what did you look for? [A] I combined all the options on an equal weighted basis and found that on an equal weighted basis every -- for every strike price that could be included in that base price, that price was moving as if it was absorbing information. The evidence shows that a combination of all the options that trade on any particular day, that combination was moving as if the prices were absorbing available information, and in a very startling way.  They were significant on the very same three earnings announcements out of four that the underlying stock was.  And for 14 of the other -- 13 to 14 of the other days, they were significant on the exact, same 13 or 14 days where there was significance in the stock market. [Q] Right. So you looked at the average, but you did not look at specific -- you did not specifically look out of the money options to determine how they moved?  [A] Right.  I looked at the out of the money options by combining them on an equal weighted basis with all the others." Deposition of Dr. Feinstein, June 16, 2021 (95:13-97:16).

IX.    **Dr. Feinstein Has Not Provided a Damages Methodology for Options that Measures Damages Consistent with Plaintiff's Theory of Liability**

214.    Dr. Feinstein's discussion of damages for Apple options consists of one paragraph, in which he claims that "the out-of-pocket damage methodology can be applied to compute damages sustained by Class members who purchased Apple call options or wrote Apple put options during the Class Period" by calculating the effects of stock price inflation on the price of Apple calls and puts using "option pricing formulas, such as the Black-Scholes formula."[278]

215.    In the first place, Dr. Feinstein's damages approach for Apple options explicitly relies on him being able to provide a class-wide methodology for calculating inflation in Apple's stock price.[279]  As a result, the issues with Dr. Feinstein's damages approach regarding Apple stock raised in Section VII above apply equally to options.

216.    Furthermore, Dr. Feinstein fails to test market efficiency of any of the Apple options.  As he readily admits in his report, at best, he only tests efficiency for an *average* of synthetic option pairs on Apple.  During the Putative Class Period, there were 2,282 distinct Relevant Options across 1,250 unique combinations of strike price and expiration dates (see **Exhibit 4**).  Dr. Feinstein did not perform any market efficiency analysis of individual option prices, and only assessed whether prices of an overall portfolio, constructed from an average of matched positions in Apple's put and call options, reacted more frequently to news on certain days than on other days.  However, a damages methodology needs to be able to determine damages for each individual option, not an average or portfolio of options.  A damages methodology would need to be able to first establish that each individual option fully and quickly incorporated new, value-relevant information about Apple.  Without this, Dr. Feinstein has not demonstrated how one could determine if the individual option prices reflected the value of the alleged misrepresentation.  Because he has not performed such an analysis, Dr. Feinstein has not demonstrated that he will be able to calculate inflation or assess damages individually for each Apple option at issue.

217.    Finally, option pricing requires a measure of stock price *volatility* in addition to the stock price.  In his discussion of damages for option holders, Dr. Feinstein fails to provide any

---

[278] Feinstein Report, ¶ 187.
[279] Feinstein Report, ¶ 187.

indication of how he would be able to account for changes in the volatility of Apple stock in his damages model for options.  As described above in Section VIII.A.1, the price of an option depends not just on the stock price, but also on the volatility of the underlying stock price (along with other factors such as time to maturity and the risk-free interest rate).[280]  The volatility of the underlying stock price is a key input in the valuation of options, because the payoff of an option depends on how much the underlying stock price moves.  If volatility of the stock price increases, it is more likely that an option will end up in the money, so the price of the option will also increase.  As shown in **Exhibit 8**, the volatility of Apple stock changed considerably throughout the Putative Class Period, meaning that, even if stock price inflation were constant throughout the Putative Class Period, option inflation would have varied over time with volatility.

218.    Because the volatility of Apple stock is an important input into the valuation of options, a reliable damages methodology must set out what the but-for volatility would have been absent the alleged misrepresentation.  The volatility of Apple stock could have changed over the Putative Class Period because of new information unrelated to the allegations.  The volatility of Apple stock could also have been different under a hypothetical earlier disclosure of the alleged True Facts.  Dr. Feinstein fails to account for such issues in his purported damages methodology.  In sum, Dr. Feinstein has not provided any methodology that would allow him to model the but-for volatility of the Apple stock when assessing damages for the Apple options.  Consequently, he has not shown how his methodology would reliably calculate damages for options holders in this matter.[281]

---

[280] Hull, p. 214.

[281] Additionally, as Dr. Feinstein stated in his deposition, it is not uncommon for investors to trade options in complex strategies and use options for hedging. Deposition of Dr. Feinstein, June 16, 2021 (157:8–157:20).  As a result, investors may hold a mix of options that may be both damaged and benefit from the alleged inflation.  Any damages methodology must explain how it will account for investors with multiple, potentially offsetting, positions in the stock and options.  One would need to assess an investor's total exposure across all positions that form a particular trading strategy and calculate damages based on that net position, instead of calculating damages for each stock and option separately.

Executed this 9th of July, 2021

_Steven Grenadier_

_____
Expert Name

**APPENDIX A**

# Curriculum Vitae
# Steven Grenadier

Graduate School of Business
Stanford University
Tel:   (650) 725-0706
Email: sgren@stanford.edu

**CURRENT POSITIONS**
>William F. Sharpe Professor of Financial Economics, Graduate School of Business, Stanford University

**FIELDS OF SPECIALIZATION**
>Corporate Finance
>Asset Pricing
>Portfolio Management
>Options
>Real Estate

**DOCTORAL STUDIES**
>**Harvard Business School/Harvard Graduate School of Arts and Science**
>>Ph.D. in Business Economics, November 1992
>>Concentration in Capital Markets and Corporate Finance

>**Dissertation:**  Real Estate Markets
>>Committee Chairman:  Robert C. Merton

**UNDERGRADUATE EDUCATION**
>**University of California at Berkeley**
>>B.S. 1987 - Summa cum laude

**HONORS**
>The article "The Strategic Exercise of Options:  Development Cascades and Overbuilding in Real Estate Markets," was nominated for the Smith Breeden Prize of the Journal of Finance in 1997

>1994 Best Paper Award from the American Real Estate and Urban Economics Association and the American Institute of Individual Investors

>1993 Best Dissertation Award from the American Real Estate and Urban Economics Association

>National Doctoral Fellowship Recipient: American Assembly of Collegiate Schools of Business

>Phi Beta Kappa

**APPENDIX A**

## PUBLICATIONS

Grenadier, Steven, Lin William Cong and Yunzhi Hu (2020), "Dynamic Intervention and Informational Linkages," *Journal of Financial Economics*, 135 (1), 1-15.

Grenadier, Steven and Samuel Antill (2019), "Optimal Capital Structure and Bankruptcy Choice: Dynamic Bargaining vs Liquidation," *Journal of Financial Economics*, 133 (1), 198-224.

Grenadier, Steven, Andrey Malenko and Nadya Malenko (2016), "Timing Decisions in Organizations: Communication and Authority in a Dynamic Environment," *American Economic Review*, 106(9), 2552-2581.

Grenadier, Steven, Ilya Strebulaev, and Andrey Malenko (2013), "Investment Busts, Reputation, and the Temptation to Blend in with the Crowd," *Journal of Financial Economics*, 111(1), 137-157.

Grenadier, Steven and Andrey Malenko (2011), "Real Options Signaling Games with Applications to Corporate Finance," *Review of Financial Studies*, 24(12), 3993-4036.

Bekaert, Geert, Eric Engstrom, and Steven Grenadier (2010), "Stock and Bond Returns with Moody Investors," *Journal of Empirical Finance*, 17 (5), 867-894.

Grenadier, Steven and Andrey Malenko (2010), "Irreversible Investment in a Bayesian Framework:  The Case of Distinguishing Between Temporary and Permanent Shocks," *Journal of Finance*, 65 (5), 1949-1986.

Grenadier, Steven and Neng Wang (2007), "Investment Under Uncertainty and Time-Inconsistent Preferences," *Journal of Financial Economics*, 84 (1), 2-39 (lead article).

Grenadier, Steven and Neng Wang (2005), "Investment Timing, Agency and Information," *Journal of Financial Economics*, 75 (3), 493-533 (lead article).

Grenadier, Steven (2005), "An Equilibrium Analysis of Real Estate Leases," *Journal of Business,* 78 (4), 1173-1214.

Grenadier, Steven (2002), "Option Exercise Games:  An Application to the Equilibrium Investment Strategies of Firms," *Review of Financial Studies,* 15 (3), 691-721 (lead article).

Grenadier, Steven (2000), "Option Exercise Games:  The Intersection of Real Options and Game Theory", *Journal of Applied Corporate Finance*, 13 (2),  99-107.

Grenadier, Steven (2000), "Game Choices:  The Intersection of Real Options and Game Theory," Editor, Risk Books, London.

**Page 87**

**APPENDIX A**

Grenadier, Steven (2000), "Equilibrium with Time-to-Build:  A Real-Options Approach," Michael J. Brennan and Lenos Trigeorgis, eds, *Project Flexibility, Agency, and Competition:  New Developments in the Theory and Applications of Real Options*, Oxford University Press, 275-296.

Grenadier, Steven (1999) "Information Revelation Through Option Exercise," *Review of Financial Studies,* 12 (1), 95-130.

Grenadier, Steven and Allen Weiss (1997), "Investment in Technological Innovations: An Option Pricing Approach", *Journal of Financial Economics,* 44 (3), 397-416.

Grenadier, Steven (1996), "The Strategic Exercise of Options:  Development Cascades and Overbuilding in Real Estate Markets," *Journal of Finance,* 51 (5), 1653-1680.

Grenadier, Steven (1996), "Leasing and Credit Risk," *Journal of Financial Economics,* 42 (3), 333-364.

Grenadier, Steven (1995), "Valuing Lease Contracts:  A Real-Options Approach," *Journal of Financial Economics,* 38 (3), 297-331.

Grenadier, Steven (1995), "The Persistence of Real Estate Cycles," *Journal of Real Estate Finance and Economics,* 10 (2), 95-119.

Grenadier, Steven (1995), "Flexibility and Tenant Mix in Real Estate Projects," *Journal of Urban Economics,* 38 (3), 357-378.

Grenadier, Steven (1995), "Local and National Determinants of Office Vacancies," *Journal of Urban Economics,* 37 (1), 57-71.

Grenadier, Steven and Brian Hall (1996), "Risk-Based Capital Standards and the Riskiness of Bank Portfolios:  Credit and Factor Risks," *Regional Science and Urban Economics,* 26 (June), 433-464.

**WORKING PAPERS**

 "Capital budgeting and Real Options: The Case of Concealed Investment Projects," with Andrey Malenko.

"Sandbagging Real Options," with William Cong.

**EDITORIAL RESPONSIBILITIES**

Editor, *Journal of Real Estate Finance and Economics*, 1996-
Associate Editor, *Journal of Economic Dynamics and Control*, 2003-2010

**PROFESSIONAL ACTIVITIES**

Chairman of the Finance Department, Graduate School of Business, Stanford University:
2003-2006, 2011-2019

**APPENDIX A**

Trustee of AQR Funds: 2008-2011
Trustee of E*Trade Funds:  1999-2009
Senior Consultant:  Financial Engines, Inc.: 1997-2019
Trustee of Nicholas Applegate Institutional Funds:  2007-2010
Member of the Stanford University Retirement Program Investment Committee, 2005-2011
Consultant to Applied Materials
Consultant to Shell Capital
Consultant to Zevenbergen Capital

**TEACHING EXPERIENCE**
Private Equity & Investment Seminar: 2018-
Investment Management and Entrepreneurial Finance: 2018-
Modeling for Investment Management: 2009-
Critical Analytical Thinking: 2010-2012
Portfolio Management:  1992-2006
Essentials of Real Estate Investment:  1994-2009
Foundations of Financial Economics:  1995-1997, 2006-
Finance Core:  1993

**PRESENTATIONS**
Brigham Young University
Carnegie Mellon University
Columbia University (2 seminars)
Harvard Business School (2 seminars)
Massachusetts Institute of Technology
Northwestern University (2 seminars)
Ohio State University
Southern Methodist University
Stanford University
University of British Columbia (2 seminars)
University of California at Berkeley (3 seminars)
University of California at Los Angeles (3 seminars)
University of Chicago (2 seminars)
University of Connecticut (3 seminars)
University of Illinois
University of Minnesota
University of Oregon
University of Pennsylvania (3 seminars)
University of Rochester
University of Southern California
University of Texas at Austin
University of Utah
University of Wisconsin (2 seminars)
Yale University (2 seminars)

# Appendix B

## Steven Grenadier
## Prior Testimony in Previous Four Years

*Mary Bell, Janice Grider, Cindy Prokish, John A. Hoffman, and Pamela M. Leinonen v. ATH Holding Company, LLC, Board of Directors of ATH Holding Company, LLC, and Pension Committee of ATH Holding Company, LLC*, Case No. 1:15-cv-02062-TWP-MPB (U.S. District Court Southern District of Indiana, Indianapolis Division).  Deposition: September 2018.

*Move, Inc. v. Citigroup Global Markets, Inc.*, Case No. 08-0335 (State of California, LA Division). FINRA Dispute Resolution Testimony: December 2018.

*Duane & Virginia Lanier Trust, et al., v. SandRidge Mississippian Trust I, et al.,* Case No. 5:15-cv-00634-G (U.S. District Court Western District of Oklahoma). Deposition: June 2019.

*In re SandRidge Energy, Inc. Securities Litigation,* Case No.: 5:12-cv-01341-G (U.S. District Court Western District of Oklahoma). Deposition: June 2019.

*MBIA Insurance Corporation v. Credit Suisse Securities (USA) LLC, DLJ Mortgage Capital, Inc. and Select Portfolio Servicing, Inc.*, Case No. 603751/2009 (Supreme Court of The State Of New York County Of New York). Trial Testimony: August 2019.

*Benjamin Reetz v. Lowe's Companies, Inc., et al.,* Case No.: 5:18-cv-00075-KDB-DCK (U.S. District Court Western District Of North Carolina, Statesville Division). Deposition: November 2020.

*Fredric A. Guenther, et al. vs. BP Retirement Accumulation Plan, et al.,* Case No.: 4:16-cv-00995 (U.S. District Court Southern District of Texas, Houston Division). Deposition: December 2020.

# Appendix C
# Documents Considered

**Academic Articles**

- Cornell, Bradford and R. Gregory Morgan, "Using Finance Theory to Measure Damages in Fraud on the Market Cases," *UCLA Law Review* Vol. 37, 1990, pp. 883–924.

- Fama, Eugene F., "Efficient Capital Markets II," *Journal of Finance*, Vol. 46, No. 5, December 1991, pp. 1575–1617.

- Fama, Eugene F., "Efficient Capital Markets: A Review of Theory and Empirical Work," *Journal of Finance*, Vol. 25, No. 2, 1970, pp. 383–417.

- Greene, Jason T. and Susan G. Watts, "Price Discovery on the NYSE and the NASDAQ: The Case of Overnight and Daytime News Releases*," Financial Management*, Vol. 25, No. 1, 1996, pp. 19–42.

**Analyst Reports**

- Analyst reports obtained from counsel, Thomson Eikon, and CapIQ during the period of September 2018 to February 2019 from the following contributors:  Acquisdata, Argus Research, Atlantic Equities, Baird, Bank of America, Bernstein, BMO, BTIG, BWS Financial, Canaccord Genuity, Citi, Cleveland Research, Credit Suisse, Crispidea, Cross Research, D.A. Davidson, Daiwa, Elazar, FBN, Goldman Sachs, Guggenheim, HSBC, Jefferies, JLWC, JP Morgan, KeyBanc, KTB, Longbow Research, Loop Capital, Macquarie Group, Maxim Group, Monness Crespi Hardt, Morningstar, Morgan Stanley, Needham & Company, Nomura, Oppenheimer, Piper Sandler, Raymond James, RBC, Rosenblatt, TF International, Tigress, Trefis, UBS, Wedbush, Wells Fargo, Wolfe, and Yuanta.

- Analyst reports included in Exhibit 1 ("Documents and Other Information Considered") of Dr. Feinstein's report dated May 5, 2021.

**Books**

- Hull, John C., *Options, Future, and other Derivatives*, 8th Ed., Prentice Hall, Hoboken, NJ, 2012.

- Reilly, Frank K. and Keith C. Brown, *Investment Analysis and Portfolio Management*, 10th ed., South Western, Mason, OH, 2012.

- Brealey, Richard A., Stewart C. Myers, and Franklin Allen, *Principles of Corporate Finance*, 10th ed., McGraw Hill, New York, NY, 2011.

**Conference Calls**

- Q3 2018 Apple Inc. Earnings Call, "Edited Transcript," July 31, 2018.

- Apple Inc. Special Event, "Edited Transcript," September 12, 2018.

- Apple Inc. Special Event, "Edited Transcript" October 30, 2018.

- Q4 2018 Apple Inc. Earnings Call, "Edited Transcript," November 1, 2018.

- Q1 2019 Apple Inc. Earnings Call, "Edited Transcript," January 29, 2019.

**Data**

- CRSP

- Refinitiv

**Depositions**

- Deposition of Steven P. Feinstein, June 16, 2021.

**Bates-Stamped Materials**

- EXP_FEINSTEIN0000001.XLSX.

- EXP_FEINSTEIN0000002.XLSX.

**Expert Reports**

- Expert Report of Professor Steve P. Feinstein, PH.D., CFA, *Ohio Public Employees Retirement System vs. Federal Home Loan Mortgage Corporation*, June 7, 2017.

- Expert Report of Professor Steve P. Feinstein, PH.D., CFA, *Monroe County Employees' Retirement System, et al. vs. The Southern Company, et al.,* September 24, 2018.

- Expert Report of Professor Steve P. Feinstein, PH.D., CFA, *In Re Apple Inc. Securities Litigation*, May 5, 2021, including material produced by Dr. Feinstein and all documents considered therein.

**Public Press**

- Public press articles extracted from a Factiva search with "Apple" in the headline or lead paragraph, and "iPhone" and ("China" or "Chinese") anywhere in the text between October 1, 2018 to January 9, 2019 from a search of major business publications and wires including Dow Jones Institutional News, Dow Jones Newswires, PR Newswire, Business Wire, Barron's, Far Eastern Economic Review, Financial Times – Print and Online (ft.com), Forbes, Investor's Business Daily, Reuters News, The Economist (United Kingdom), The New York Times, and The Wall Street Journal; Chinese Publications including Central News Agency English News, China Daily, Global Times, People's Daily Online, South China Morning Post, scmp.com, Xinhua News Agency, and Yicai Global; Factiva's technology sources; and Theflyonthewall.com.

- "Eugene Fama's Efficient Market Is a Sound Guiding Principle for Investors and Policymakers," *Forbes*, October 17, 2013, https://www.forbes.com/sites/rexsinquefield/2013/10/17/eugene-famas-efficient-market-is-a-sound-guiding-principle-for-investors-and-policymakers/.

- "China Jan factory growth remains strong as output accelerates - Caixin PMI," *Reuters*, February 1, 2018.

- "China Feb factory growth picks up to 6-month high - Caixin PMI," *Reuters*, March 1, 2018.

- "China March factory growth cools to 4-month low - Caixin PMI," *Reuters,* April 2, 2018.

- "Asia sees signs of export weakness before key U.S.-China trade talks," *Reuters,* May 2, 2018.

- "China May manufacturing sector growth steady, cost pressures returning - Caixin PMI," *Reuters*, June 1, 2018.

- "China June manufacturing sector growth ebbs as export orders shrink - Caixin PMI," *Reuters,* July 2, 2018.

- "China July manufacturing growth slowest in 8 months, export orders shrink - Caixin PMI," *Reuters*, August 1, 2018.

- "When does Apple release new iPhones?" *9to5Mac*, August 15, 2018, https://9to5mac.com/2018/08/15/when-does-apple-release-new-iphones/.

- "China August manufacturing growth slows to 14-month low-Caixin PMI," *Reuters*, September 3, 2018.

- "China factory sector hurt in September as trade frictions bite," *Reuters*, September 30, 2018.

**Page 93**

- "China's smartphone sales slowdown could hurt Apple's bottom line, Goldman says," *The Verge*, October 15, 2018, https://www.theverge.com/2018/10/15/17979004/apple-chinas-smartphone-market-sales-slowdown-goldman-sachs.

- "Apple supply chain wary of reduced iPhone orders for Q4," *Apple Insider*, October 16, 2018, https://appleinsider.com/articles/18/10/16/apple-supply-chain-wary-of-reduced-iphone-orders-for-q4.

- "China's factory sector barely grows in Oct, export orders extend slump - Caixin PMI," *Reuters*, November 1, 2018.

- "Global smartphone shipments post fourth straight down quarter," CNET, November 2, 2018, https://www.cnet.com/news/global-smartphone-shipments-post-fourth-straight-down-quarter/.

- "iPhone XR demand reportedly forcing Apple to cut production expansion plans," *Apple Insider*, November 5, 2018, https://appleinsider.com/articles/18/11/05/iphone-xr-demand-reportedly-forcing-apple-to-cut-production-expansion-plans.

- "iPhone XR sales estimates slashed by Ming-Chi Kuo, as trade war headwinds swirl," *Apple Insider*, November 12, 2018, https://appleinsider.com/articles/18/11/12/iphone-xr-sales-estimates-slashed-by-ming-chi-kuo-similar-to-his-iphone-x-prognostications.

- "China Nov factory activity up a touch but client demand ebbs - Caixin PMI," *Reuters*, December 3, 2018.

- "China December factory activity shrinks for first time in 19 months - Caixin PMI," *Reuters*, January 2, 2019.

- "CNBC Exclusive: CNBC Transcript: Apple CEO Tim Cook Speaks with CNBC's Josh Lipton Today," *CNBC,* January 2, 2019, https://www.cnbc.com/2019/01/02/cnbc-exclusive-cnbc-transcript-apple-ceo-tim-cook-speaks-with-cnbcs-josh-lipton-today.html.

- "Caixin Jan mfg PMI suggests smaller firms still struggling," *Reuters*, February 1, 2019.

- "Caixin China General Manufacturing PMI(January 2017)," *Caixin,* May 20, 2019.

- "Caixin China General Manufacturing PMI(February 2017)," *Caixin,* May 20, 2019.

- "Caixin China General Manufacturing PMI(March 2017)," *Caixin,* May 20, 2019.

- "Caixin China General Manufacturing PMI(April 2017)," *Caixin,* May 20, 2019.

- "Caixin China General Manufacturing PMI(May 2017)," *Caixin,* May 20, 2019.

- "Caixin China General Manufacturing PMI(June 2017)," *Caixin,* May 20, 2019.

- "Caixin China General Manufacturing PMI(July 2017)," *Caixin,* May 20, 2019.

- "Caixin China General Manufacturing PMI(August 2017)," *Caixin,* May 20, 2019.

- "Caixin China General Manufacturing PMI(September 2017)," *Caixin,* May 20, 2019.

- "Caixin China General Manufacturing PMI(October 2017)," *Caixin,* May 20, 2019.

- "Caixin China General Manufacturing PMI(November 2017)," *Caixin,* May 20, 2019.

- "Caixin China General Manufacturing PMI(December 2017)," *Caixin,* May 20, 2019.

- "Caixin China General Manufacturing PMI(January 2018)," *Caixin,* May 20, 2019.

- "Caixin China General Manufacturing PMI(February 2018)," *Caixin,* May 20, 2019.

- "Caixin China General Manufacturing PMI(March 2018)," *Caixin,* May 20, 2019.

- "Caixin China General Manufacturing PMI(April 2018)," *Caixin,* May 21, 2019.

- "Caixin China General Manufacturing PMI(May 2018)," *Caixin,* May 21, 2019.

- "Caixin China General Manufacturing PMI(June 2018)," *Caixin,* May 21, 2019.

- "Caixin China General Manufacturing PMI(July 2018)," *Caixin,* May 21, 2019.

- "Caixin China General Manufacturing PMI(August 2018)," *Caixin,* May 21, 2019.

- "Caixin China General Manufacturing PMI(September 2018)," *Caixin,* May 21, 2019.

- "Caixin China General Manufacturing PMI(October 2018)," *Caixin,* May 21, 2019.

- "Caixin China General Manufacturing PMI(November 2018)," *Caixin,* May 21, 2019.

- "Caixin China General Manufacturing PMI(December 2018)," *Caixin,* May 21, 2019.

- "Caixin China General Manufacturing PMI(January 2019)," *Caixin,* May 21, 2019.

## Case Documents

- *City of Roseville Employees' Retirement System vs. Apple Inc.*, Complaint for Violations of the Federal Securities Laws, dated April 16, 2019.

- *In Re. Apple Securities Litigation*, Revised Consolidated Class Action Complaint for Violation of the Federal Securities Laws, June 23, 2020.

- *In Re. Apple Securities Litigation*, Order Granting in Part and Denying in Part Defendants' Motion to Dismiss the Revised Consolidated Complaint, November 4, 2020.

**Legal Opinions**

- *Cammer v. Bloom*, 711 F.Supp. 1264 (D.N.J. 1989).

- *Comcast Corp. et al. v. Behrend et al.*, No. 11-864, 133 S.Ct. 1426, 2013.

- *In re Federal Home Loan Mortgage Corp. (Freddie Mac) Securities Litigation*, 281 F.R.D. 174 (2012).

- *In re Initial Pub. Offering Securities Litigation*, 260 F.R.D.

- *Krogman v. Sterritt*, 202 F.R.D.

**SEC Filings**

- Apple Inc., Form 10-K for the fiscal year ended September 29, 2018, dated November 5, 2018.

- Apple Inc., Form 10-Q for the fiscal quarter ended December 29, 2018, dated January 30, 2019.

- Apple Inc., Form 10-Q for the fiscal quarter ended March 30, 2019, dated May 10, 2019.

- Apple Inc., Form 10-Q for the fiscal quarter ended June 29, 2019, dated July 31, 2019.

- Apple Inc., Form 10-K for the fiscal year ended September 28, 2019, dated October 31, 2019.

- Apple Inc., Form 10-K for the fiscal year ended September 26 2020, dated October 30, 2020.

**Press Releases**

- "iPhone 8 and iPhone 8 Plus: A New Generation of iPhone," Apple Inc. Press Release, September 12, 2017.

- "The Future is Here: iPhone X," Apple Inc. Press Release, September 12, 2017.

- "Apple introduces iPhone XR," Apple Inc. Press Release, September 12, 2018.

- "iPhone Xs and iPhone Xs Max Bring the Best and Biggest Displays to iPhone," Apple Inc. Press Release, September 12, 2018.

- "Apple Reports Fourth Quarter Results," Apple Inc. Press Release, November 1, 2018.

- "Letter from Tim Cook to Apple Investors," Apple Inc. Press Release, January 2, 2019.

**Websites**

- "About Focus Taiwan (CNA English News)," *Focus Taiwan*, https://focustaiwan.tw/aboutus.

- "About the Fly," *TheFlyontheWall*, http://theflyonthewall.com/about/.

- "About the Verge," *The Verge*, https://www.theverge.com/about-the-verge.

- "About Us," *CNET*, https://www.cnet.com/about/.

- "About Us," *Global Times*, https://www.globaltimes.cn/about-us/.

- "About Us," *South China Morning Post*, available at https://corp.scmp.com/about-us/.

- "About Us," *Yicai Global*, https://www.yicaiglobal.com/about.

- "AppleInsider,"*AppleInsider*, https://appleinsider.com/.

- "Caixin Manufacturing PMI," *Caixin*, https://www.caixinglobal.com/caixin-manufacturing-pmi/.

- "IVolatility US Historical Intraday Options/Stocks Data Guide," *IVolatility.com*, https://www.ivolatility.com/doc/Intraday%20data%20guide%20Jan17.pdf.

- "News Division," *South China Morning Post*, https://corp.scmp.com/our-business/news/.

- "Who Is Digit and What Do We Do?" *Digit*, available at https://www.digit.in/about-us/.

- "Who We Are," *OTR Global*, https://www.otrglobal.com/who-we-are.

**Miscellaneous Documents**

- Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u–4(e).

**All other materials cited in this report and exhibits to this report.**

# Exhibit 1
# Caixin China General Manufacturing Purchasing Managers' Index ("PMI")
## January 2017 – January 2019



Source:  Caixin

Note:  The Caixin China Report on General Manufacturing is "based on data compiled from monthly replies to questionnaires sent to purchasing executives in over 500 manufacturing companies.  Survey responses reflect the change, if any, in the current month compared to the previous month based on data collected mid-month."  An index reading above 50 indicates an increase in the health of China's manufacturing sector and below 50 indicates an overall decrease.  Purchasing Managers' Index is seasonally adjusted.

# Exhibit 2
# Caixin China General Manufacturing Purchasing Managers' Index ("PMI") and Consensus
## January 2018 – January 2019



Source:  Caixin; Reuters

Note:  The Caixin China Report on General Manufacturing is "based on data compiled from monthly replies to questionnaires sent to purchasing executives in over 500 manufacturing companies.  Survey responses reflect the change, if any, in the current month compared to the previous month based on data collected mid-month."  An index reading above 50 indicates an increase in the health of China's manufacturing sector and below 50 indicates an overall decrease.  Purchasing Managers' Index is seasonally adjusted.  The consensus data is from "economists polled by Reuters."

**Exhibit 3**
**Apple Inc.**
**Analyst Commentary on the Chinese Economy and Apple's Business in Greater China**
**Before and After the November 1, 2018 Earnings Announcement[1]**

| Analyst Report Commentary Before the November 1, 2018 Earnings Announcement[2] | Analyst Report Commentary After the November 1, 2018 Earnings Announcement[3] |
|---|---|
| **Argus Research**<br>*Report not available.* | **Argus Research**<br>Despite mounting concerns over tariffs, Apple's China business continues to recover, based on high-end appetite for the new phones; China revenue rose 16%.  Rest of Asia was up 22%.<br><br>Based on new features, we believe the new phones could prompt a strong upgrade cycle worldwide.  We also believe the wide range of price points enhances Apple's ability to compete in emerging and frontier markets and in China, where the iPhone in recent years has lost ground to high-quality, low-price rivals such as Xiaomi and Oppo.  Finally, the variety of phones at a broad range of price points may enable Apple to finally boost unit sales on an annual basis.  iPhone revenue growth in recent quarters has nearly all come from ASP increases.<br>("Analyst's Notes," Argus Research, November 2, 2018) |
| **Atlantic Equities**<br>*Report not available.* | **Atlantic Equities**<br>Geographically, Greater China was the weakest reported region (16% YoY), though management highlighted greater weakness in other EMs, particularly India (flat) and Brazil (down), a trend that seems likely to continue near-term.<br>("Disappointing Dec qtr revenue outlook," Atlantic Equities, November 2, 2018) |
| **Baird Equity Research**<br>**Investment Thesis**<br>**China improving**.  Greater China revenue grew 19% YOY in FQ3, following 21% growth last quarter.<br>("Apple, Inc. (AAPL) New iPad Pros and Macbook Air Look Solid, October 30, 2018, emphasis in original) | **Baird Equity Research**<br>**China solid.** Greater China revenue of $11.4 billion grew 16% YOY and 19% sequentially, though it was the slowest growing region.<br><br>**Investment Thesis**<br>**China improving.**  Greater China revenue grew 16% YOY in FQ4 and the full fiscal year.<br>("Macro Pressures, but Also Silver Linings," Baird Equity Research, November 2, 2018, emphasis in original) |

**Exhibit 3**

**Apple Inc.**

**Analyst Commentary on the Chinese Economy and Apple's Business in Greater China**

**Before and After the November 1, 2018 Earnings Announcement[1]**

| Analyst Report Commentary Before the November 1, 2018 Earnings Announcement[2] | Analyst Report Commentary After the November 1, 2018 Earnings Announcement[3] |
|---|---|
| **Bank of America** | **Bank of America** |
| **Material room for growth in emerging markets** | We downgrade Apple to Neutral from Buy... China was strong in C3Q but emerging signs of weakness could pressure the next few quarters... |
| Our survey points to a significant opportunity for growth in both China and India... 33% of respondents in India intend to upgrade in 2018 vs. 21% in China... In our view, Apple continues to have strong potential in China and India over the long term. | While [service] revenue growth was strong in the Sep quarter, we remain concerned about App Store revenue slowdown in China in October, partly related to slowdown in approval for new games, and partly due to macroeconomic and political issues and lower consumer confidence. |
| ("Global RIWI smartphone survey Oct update – iPhone upgrade interest rising," Bank of America, October 9, 2018, emphasis in original) | |
| **Lowering iPhone units on risk from a weaker China** | **Greater China up 16% from last year; Deceleration likely in F1Q19** |
| Apple reports F4Q18 (Sep qtr) on Thurs, Nov 1. We expect results to come in above consensus. However, we lower our iPhone estimates for the Dec quarter and for F19 to account for a slowdown in China (double digit unit decline although ASP drives rev growth) and for broader FX headwinds. | Greater China (China, Hong Kong, Taiwan) revenue increased 16% year over year to $11.4bn, which was slightly lower than the 19% y/y growth reported last quarter. This is the fifth consecutive quarter of double digit growth in China, but we expect meaningful deceleration heading into the December quarter. |
| | ("Long term winner but near term headwinds, Downgrading to Neutral Rating," Bank of America, November 2, 2018, emphasis in original) |
| **Data points suggest some near-term weakness** | |
| The dollar strengthened significantly against the Chinese RMB at a time when iPhone ASPs have increased significantly. During the past cycle of a strengthening dollar (2015-2016), China iPhone units declined 20% and overall Apple China sales declined 24% y/y. | |
| **Lowering estimates heading into earnings** | |
| We lower our iPhone estimates for the Dec quarter and for F19 to account for overall macroeconomic weakness and for a slowdown in China. | |
| ("Lowering estimates to account for China risk, FX headwinds," Bank of America, October 29, 2018, emphasis in original) | |
| While we are cautious on headwinds from weaker China and FX (we cut estimates, PO yesterday), we reiterate Buy on strong growth in Services, strong capital return and large cash balance... We rate Apple a Buy on potential upside from 1) growth in the services business that will drive higher margins, 2) continued long-term opportunity in emerging markets including China... | |
| ("Compelling new products should drive upside to ASPs," Bank of America, October 30, 2018) | |

# Exhibit 3
# Apple Inc.
# Analyst Commentary on the Chinese Economy and Apple's Business in Greater China
# Before and After the November 1, 2018 Earnings Announcement[1]

| Analyst Report Commentary Before the November 1, 2018 Earnings Announcement[2] | Analyst Report Commentary After the November 1, 2018 Earnings Announcement[3] |
|---|---|
| **Bernstein**<br>[W]e encourage investors to continue monitoring (1) services growth, (2) Greater China performance and commentary, (3) FY19 tax rate, (4) the ongoing trade war, and (5) progress in share buybacks...<br><br>**Health of China.** Greater China represents ~20% of Apple's revenue and has grown in each of the past 4 quarters, driven by (1) iPhone and (2) Services, which were listed by Apple as the main reasons revenue grew in Greater China in the first 9 months of FY18 and in Q1 18 (Exhibit 18). Monthly Chinese government data suggests that year-over-year unit demand from non-Chinese smartphone manufacturers in the mainland may have decelerated in CQ3 18 (down -20%+ year-over-year) after four consecutive quarters of relatively flat unit demand from foreign OEMs.<br><br>Trade war. Apple is an important staple for both the Chinese and US economies... While neither side wants to hurt Apple, it is possible that if the trade war escalates, Apple could be collateral damage.<br>("AAPL: Q4 18 Preview - Expect upside to ASPs, but iPhone unit growth in FY 19 most likely to shape investor sentiment," Bernstein, October 24, 2018, emphasis in original) | **Bernstein**<br>Surprisingly, Apple executives did not appear uniquely concerned about China, which grew 16% in Q4 – in part due to a continued very rich mix of iPhones.<br><br>While Apple executives indicated that there was increased macro uncertainty in emerging markets, the company did not appear uniquely concerned about China, which grew a healthy 16% in Q4 – executives commented to us that Apple continues to enjoy a richer mix of higher-priced devices in China, suggesting that ASPs for iPhone may have been up 35%+ YoY.<br><br>**Strong Q4 in China, good reception on new phones**… During the earnings call Q&A, management struck us as surprisingly forthcoming about macroeconomic uncertainty within emerging markets, admitting for instance that Apple's business had weakened substantially in India (disclosed to be "flat" year-over-year), Brazil (disclosed to be "down somewhat"), Turkey, and Russia. Nonetheless, management was adamant about differentiating between these weaker markets and China, which still grew +16% year-over-year – including "strong double digit" iPhone revenue growth. Given that Chinese government data has pointed to -20%+ year-over-year declines in smartphone unit sales from non-Chinese manufacturers within recent months, this suggests that Apple may have seen ASP growth of 35%+ year-over-year during FQ4, likely due to good customer reception of the high-end, large-screen iPhone XS and XS Max.<br><br>**China tariffs.** Arguably, tariffs were an elephant in the room during the FQ4 earnings call, as Tim Cook avoided making any explicit comments on the risks of an escalating trade war / supply chain disruption in China. We note that as recently as this week, Bloomberg reported U.S. intent to announce tariffs on iPhones (along with virtually all other remaining non-tariffed Chinese-made goods) as early as this December. While the exact impact of a hypothetical ~10% U.S. tariff on iPhones remains unclear (note that nearly all competing smartphones would be affected as well), ultimately, price elasticity only works in a single direction. Moreover, we continue to believe that the biggest risk from a trade war with China is not necessarily tariffs on Apple products, but rather China placing restrictions or controls on Apple's business that could undermine it.<br>("AAPL: Q4 18 Debrief - How much might iPhone units decline in FY19? The world may never know," Bernstein, November 2, 2018, emphasis in original) |
| **BMO Capital Markets**<br>*Chinese economy and Apple's performance in China not discussed.*<br>("More New Products Announced," BMO Capital Markets, October 30, 2018) | **BMO Capital Markets**<br>*Chinese economy, Apple's performance in China, and emerging markets not discussed.*<br>("Less Revenue and Fewer Disclosures; Lowering Estimates, Target," BMO Capital Markets, November 2, 2018) |
| **BTIG**<br>*Report not available.* | **BTIG**<br>*Chinese economy, Apple's performance in China, and emerging markets not discussed.*<br>("Apple Reduces Disclosure; Typically Not A Good Sign," BTIG, November 1, 2018) |

**Exhibit 3**
**Apple Inc.**
**Analyst Commentary on the Chinese Economy and Apple's Business in Greater China**
**Before and After the November 1, 2018 Earnings Announcement[1]**

| Analyst Report Commentary Before the November 1, 2018 Earnings Announcement[2] | Analyst Report Commentary After the November 1, 2018 Earnings Announcement[3] |
|---|---|
| **Canaccord Genuity**<br>*Report not available.* | **Canaccord Genuity**<br>*Chinese economy, Apple's performance in China, and emerging markets not discussed.*<br>("Solid Q4/F18; long-term positive thesis intact - reiterate BUY and $250 PT," Canaccord Genuity, November 1, 2018) |
| **Citi Research**<br>The worse potential outcome would be a scenario if the China government forbids or discourages purchase on iPhones or Apple products in China.  At this point there is no evidence of this risk occurring but we note China represents approximately 20% of Apple's total sales.<br><br>As the smartphone market in China has slowed down, most vendors including Chinese players have aggressively expanded in India...<br>("Consensus Is Missing This; 5 Reasons to Buy Apple Stock," Citi, October 8, 2018)<br><br>We are particularly cautious on the China market given lackluster sell-through data, as well as in APAC (ex Japan) and Latin America which are facing headwinds from weak currencies.<br><br>Lackluster China smartphone market – China smartphone sell-through data remains weak. Per Sigmaintell, sell-through in Aug declined 6% yoy.  Jul and Aug cumulatively dropped by 7% yoy.  We estimate sell-through in China's "Golden Week" holiday in Oct was down about 10% yoy.  Market share of top-4 Chinese smartphone OEMs grew to 75% in Aug vs. 62% one year ago and 70% in 2Q18.<br><br>**Smartphone Model Update**<br>We revise down our 2018E and 2019E global smartphone shipment forecasts by 0.9% and 2.6% to 1,460mn and 1,480mn units.  We are particularly cautious on the China market given lackluster sell-through data, as well as APAC (ex Japan) and Latin America which are facing headwinds from weak currencies. Our new forecast suggests a 0.4% decline in units in 2018E and slow growth in 2019E.  We also launched our 2020E and 2021E forecasts, with an anticipated demand recovery driven by 5G launch.<br>("Global Smartphones Trimming Our Global Smartphone Forecasts; Innovation Lab Data Points to No iPhone "Super Cycle" This Year," Citi, October 15, 2018, emphasis in original) | **Citi Research**<br>Geographically sales grew double digits year over year in all major regions (Japan +34%, Rest of Asia Pac +22%, Americas +19%, Europe +18% and Greater China +16%).<br><br>We rate Apple shares Buy.  While we acknowledge smartphone growth remains tempered, we continue to see positive tailwinds for Apple's fundamental growth drivers including ASP premiumization cycle, significant EPS impact from corporate tax reform and capital returns, continued revenue and gross margin contribution from services and AppStore, push into Enterprises and emerging markets especially India.<br>("Leaving Investors Speechless with a -7% Stock Drop Heading into Christmas!" Citi Research, November 2, 2018) |
| **Credit Suisse**<br>Apple business likely suffered from ASP/GM pressure in 2H18... High-power slowdown likely due to China macro concerns and trade war but we expect long-term GM improvement...<br><br>High-power revenue slowdown was mainly due to China macro concerns and indirect impact from trade war which are unlikely to recover in the coming quarters, but we still see potential GM improvement in the long-run given more adoption of self-developed laser source, larger production scale, and higher bargaining power with IPG.<br>("3Q18 sales/GM missed and 4Q18 guidance below due to Apple/macro impact," Credit Suisse, October 22, 2018) | **Credit Suisse**<br>*Chinese economy, Apple's performance in China, and emerging markets not discussed.*<br>("Apple behind us, A fresh start," Credit Suisse, November 2, 2018) |

**Page 103**

**Exhibit 3**
**Apple Inc.**
**Analyst Commentary on the Chinese Economy and Apple's Business in Greater China**
**Before and After the November 1, 2018 Earnings Announcement[1]**

| Analyst Report Commentary Before the November 1, 2018 Earnings Announcement[2] | Analyst Report Commentary After the November 1, 2018 Earnings Announcement[3] |
|---|---|
| **Cross Research**<br>While we are watching smartphone demand in China, we expect iPhone demand to remain solid (especially y/y) as Chinese customers tend to buy the high-end of Apple's line-up (which wasn't available until 11/3 last year).<br>("F4Q18 Preview; Solid Quarter Expected, Benefit From Earlier XS Launch," Cross Research, October 18, 2018) | **Cross Research**<br>We note Greater China revenue was up 16% y/y, the slowest growth of the company's major geos, albeit still strong.<br>("F4Q18 Quick Take; Solid Quarter But Guidance Reflects Uncertainty," Cross Research, November 1, 2018)<br><br>**Understanding China**<br>Greater China revenue was up 16% y/y including strong double-digit growth in iPhone and Other revenue. Management noted the Chinese App Store did see a slow down related to the change in game approvals, although we believe revenue was still up double digits supported by growth in the iPhone installed base. Chinese iPhone revenue was up more than 20% y/y and we assume mix shifted to the high-end Xs and Xs Max, similar to prior launches.  Regarding macro headwinds, management did not call out any specific impact in the quarter or next quarter related to China-US trade tensions and noted its supply chain is spread across many regions around the world.<br>("F4Q18 Review; Focusing Attention On Services, Limiting Hardware Disclosure," Cross Research, November 1, 2018, emphasis in original) |
| **D.A. Davidson**<br>**Greatest Risk: AAPL and LOGI**<br>Apple and Logitech topped our list as China plays a significant role for both when it comes to the manufacturing of its products and both have more than 60% of sales coming from outside the U.S.  For its part, Apple has dodged the bullet, to date, as its most important product, smartphones, have not been included in the first two rounds of tariffs.<br>("CT Scan: Measuring Currency and Tariff Risks," D.A. Davidson, October 24, 2018, emphasis in original)<br><br>While we see China as the single biggest risk to shares, from both a tariff-related standpoint and when considering more than 20% of its sales come from China, we believe there opportunities for the company to manage the situation.  Therefore, we are reiterating our BUY rating and $265 price target on AAPL...<br><br>**On the call, we will be listening for**: Management's comments on the escalating trade war between the U.S. and China, and its strategy if additional tariffs are enacted.  In particular, if any of its suppliers are able to move operations out of China following reports by Nikkei that GoerTek is planning to move operations to Vietnam.<br>("High ASPirations for the iPhone; BUY," D.A.Davidson, October 25, 2018, emphasis in original)<br><br>As we have stated previously, we see China-related risks as having the most potential to slow Apple's momentum, both from tariffs and when considering roughly 20% of its sales come from consumers in China, which could be at risk in the event a prolonged trade war results in protectionist purchasing by consumers.<br>("Apple's New AMPed Product Line Up; BUY," D.A. Davidson, October 31, 2018) | **D.A. Davidson**<br>We also consider the 16.4% revenue growth for its greater China region as also remarkable given some investors were concerned about slowing growth for that region and given, again, the aforementioned trade war between the U.S. and China.  The results suggest to us that Apple's management is doing an amazing job of walking the tight rope - managing its supply chain, with a heavy usage of China for, at least, assembly and offering Chinese consumers products they desire.  That said, we still see China as representing the single greatest risk to shares and will be monitoring tariffs closely, especially in the event the next round is EVERYTHING out of China.<br>("Selling Products at Higher Prices Is a Great Thing; BUY," D.A. Davidson, November 2, 2018) |
| **Daiwa Capital Markets**<br>*Report not available.* | **Daiwa Capital Markets**<br>Revenue also grew across geographies, and notably growth in the Americas up 19%, Greater China 16% and Europe in 18%, Japan 34%, but there was weakness in Turkey, Russia, India and Brazil.<br>("Good, above guidance 4Q, but weaker q/q momentum," Daiwa Capital Markets, November 1, 2018) |

# Exhibit 3
# Apple Inc.
# Analyst Commentary on the Chinese Economy and Apple's Business in Greater China
# Before and After the November 1, 2018 Earnings Announcement[1]

| Analyst Report Commentary Before the November 1, 2018 Earnings Announcement[2] | Analyst Report Commentary After the November 1, 2018 Earnings Announcement[3] |
|---|---|
| **Elazar**<br>*Report not available.* | **Elazar**<br>*Report not available.* |
| **FBN Securities**<br>*Report not available.* | **FBN Securities**<br>[A]lthough many investors are concerned about AAPL's China business, the Greater China segment grew by 16% Y/Y (down only slightly from 19% Y/Y growth in FQ3) against a tougher Y/Y comparison.<br>("AAPL: Buy on Pullback as Somewhat Weak FQ1 Guidance Partly Caused by Timing of New iPhones," FBN Securities, November 2, 2018) |

**Goldman Sachs**

There are multiple signs of rapidly slowing consumer demand in China which we believe could easily affect Apple's demand there this Fall.

**China macro indicators weakening substantially.** Macro data points out of China have weakened substantially, as PMI dropped to 50.8 in September from 51.3 in August and 51.5 in June, Auto sales deteriorated to -12% Y/Y in September vs. -4% Y/Y in August and July, and early Golden week indications are lackluster.
("China slowdown raises EPS risk for Apple. We provide sensitivity analysis to various outcomes," Goldman Sachs, October 14, 2018, emphasis in original)

**China Market Weakness.** We flagged potential weakness n in the Chinese smartphone market and laid out Apple's EPS sensitivity scenarios in our recent report... Growth in the 6"+ smartphone category could be an offsetting tailwind for Apple but the potential to materially beat consensus with December guidance may be somewhat lower due to recent macro issues.
("Apple Inc. (AAPL): FQ4'18 Preview: China impact on guidance is the main focus," Goldman Sachs, October 15, 2018, emphasis in original)

We continue to believe that China and possibly widening consumer weakness represent unit risk for Apple in the December quarter... given market conditions in China and expanding uncertainty around trade and macro we believe Apple is likely to lean conservatively on their guidance for FQ1 to Dec and to then hope things improve before the critical holiday buying season.

**China Continues to Weaken.** Macro data points out of China continued to weaken in October.

**Chinese Smartphones declined 15% in Q3.** In our recent n smartphone model update, we reduced our estimates for Chinese smartphones for H2'18 and 2019 due to end market weakness. Though most of the smartphone weakness in China is in the mid and lower range we find it hard to believe that the weaker consumer environment, should it persist, is going to be helpful to Apple.
("iPhone Mix Trending Better; Increasing ASPs. China/Macro unit risk remains. Reiterate Neutral," Goldman Sachs, October 24, 2018, emphasis in original)

**Goldman Sachs**

Apple reported strong FQ4 revenue, but missed on FQ1 guidance due to weakness in EMs and adverse currency movements. The company said they did not see weak consumer demand in China in FQ4 but we believe FQ1 guidance may still assume some potential for weaker demand there given ongoing macro uncertainty.

**FQ1'19 Guidance Miss Due to EMs...** We believe consumer weakness in markets such as Turkey, Russia, India, Brazil and possibly China is driving the weaker guidance. Turkey, Russia, India and Brazil alone contributed 6% of total iPhone units in FQ1'18.

**No Signs of Weakness in China.** Revenue in Greater China grew 16% Y/Y in FQ4'18 to $11.4bn and management commented that they have not seen any signs of weakness in China through the end of September. We believe the high end smartphone market remained strong during Q3, while the low/mid end category deteriorated. We believe Golden week smartphone sales in early October were down about 20% Y/Y with Apple also seeing some weakness in that holiday but this was before the popular XR launched. While Apple indicated China was fine in FQ4 to Sept for them we believe the company likely sees some demand risk there in the December quarter.
("FQ4'18 Wrap: Guidance weak on EM and FX weakness; ASPs higher," Goldman Sachs, November 1, 2018, emphasis in original)

**Exhibit 3**
**Apple Inc.**
**Analyst Commentary on the Chinese Economy and Apple's Business in Greater China**
**Before and After the November 1, 2018 Earnings Announcement[1]**

| Analyst Report Commentary Before the November 1, 2018 Earnings Announcement[2] | Analyst Report Commentary After the November 1, 2018 Earnings Announcement[3] |
|---|---|
| **Guggenheim Securities**<br>**China comps get tougher again now starting in the Sep-qtr**, as revs were +12%Y/Y in Sep-17 after 6 preceding quarters of 10-33%Y/Y declines, which could add to growing new concerns already surrounding trade; but we believe bigger iPhone screens should still be a bigger hit in China than the past few generations.<br>("AAPL – Dec Qtr Consensus Looks Too Low," Guggenheim, October 18, 2018, emphasis in original) | **Guggenheim Securities**<br>**By geo, Americas revs were +19%Y/Y, Europe +18%Y/Y and China held solid at +16%Y/Y** even as it now returns to tougher Y/Y comps (e.g., China revs were +12%Y/Y in Sep-17 after 6 preceding quarters of 10-33%Y/Y declines), with China iPhone revs up >20%Y/Y.  Apple did, however, call out macro weakness it now sees in some other emerging markets, including Turkey, Brazil, Russia and India (e.g., where revs were just flat Y/Y), compounded by the stronger USD.<br>("AAPL – May Want its Growth-via-ASP Strategy to be Less Obvious," Guggenheim Securities, November 1, 2018, emphasis in original) |
| **Jefferies**<br>**China is the clear risk to our call.**  A trade war with China would have a material negative impact on sales.<br>("Building a Valuable Services Business on Top of Apple's Core. Initiate at Buy," Jefferies, October 29, 2018, emphasis in original) | **Jefferies**<br>**Holiday quarter outlook is below Street.** Four reasons.  1) iPhone ASP was elevated in F'4Q due to XS and XS Max, while lower-priced XR launches in F'1Q.  2) Strong dollar; FX is a $2B headwind.  3) higher uncertainty given all the new products and 4) softness in emerging markets like Russia and Brazil.<br><br>Our PT of $265 is derived by a DCF (8% WACC) and implies 19x our 2019 EPS, supported by a SOTP and multiples... Risks include a trade war with China, consumer pushback against higher ASP, competitive services diluting the value of Apple's ecosystem, and a strengthening dollar.<br>("New Disclosure Will Shift Focus to Services Margin, Away from iPhone Units," Jefferies, November 2, 2018, emphasis in original) |
| **J.P. Morgan**<br>**Increase in competitive pressures in international markets**<br>Apple is increasingly participating in international markets, such as China and India, where local players, which are better situated, could leverage their position and pull on levers such as pricing to make the market more competitive.  In addition, tariffs enacted by local governments may further hurt Apple's ability to effectively compete in international markets.<br>("Investor Feedback on Our Recent Initiation," J.P. Morgan, October 10, 2018, emphasis in original; "Brooklyn Launches Focus on Installed Base Upgrade with iPad Pro and New Customers with MacBook Air," J.P. Morgan, October 31, 2018, emphasis in original) | **J.P. Morgan**<br>**[M]acro risks are noteworthy at this time for a global business, driving greater conservatism than usual in F1Q guidance.**  While we believe that there is not much of a shortfall relative to guidance when it comes to F1Q, it is important to remember that the firm has to navigate and execute amidst higher macro risks, particularly as relates to a softer outlook for emerging market growth, weakening EM currencies necessitating price increases, as well as softening consumer confidence in that backdrop.  For example, Apple cited pressures in emerging markets including Turkey, Brazil, India and Russia and challenges in growth following price increases.  Separately, while Apple continues to see solid growth in EM countries like China (+16% y/y in F4Q), it is facing regulatory hurdles relative to growth for the App Store.  Net, we believe the F1Q guidance embeds a higher degree of conservatism relative to headwinds from emerging risks, which are hard to quantify, and thus an unusually wide range for the F1Q revenue outlook.<br><br>**Increase in competitive pressures in international markets**<br>Apple is increasingly participating in international markets, such as China and India, where local players, which are better situated, could leverage their position and pull on levers such as pricing to make the market more competitive.  In addition, tariffs enacted by local governments may further hurt Apple's ability to effectively compete in international markets.<br>("Growth Fundamentals Intact, Despite Softer Revenue Guide on FX Headwind and Conservatism Related to Macro Risks," J.P. Morgan, November 2, 2018, emphasis in original) |
| **KeyBanc Capital Markets**<br>*Chinese economy and Apple's performance in China not discussed.*<br>("AAPL: iPhone Pricing Should Drive GM% Expansion," KeyBanc Capita Markets, October 21, 2018) | **KeyBanc Capital Markets**<br>*Chinese economy, Apple's performance in China, and emerging markets not discussed.*<br>("AAPL: Units May Not Matter, but Price Does," KeyBanc Capita Markets, November 1, 2018) |

**Exhibit 3**
**Apple Inc.**
**Analyst Commentary on the Chinese Economy and Apple's Business in Greater China**
**Before and After the November 1, 2018 Earnings Announcement[1]**

| Analyst Report Commentary Before the November 1, 2018 Earnings Announcement[2] | Analyst Report Commentary After the November 1, 2018 Earnings Announcement[3] |
|---|---|
| **Longbow Research**<br>**Google and Baidu Search Trends.**  Longbow's 10/10 update noted Google and Baidu search trends continue to demonstrate slowing momentum, which is unsurprising given the iterative new model launches. Baidu searches have an R= 0.77 and an R2= 0.60 to APPL's China sales and a R=0.80 and R2 = 0.64 to IDC's estimate of AAPL iPhone shipments into China.<br>("AAPL (NEUTRAL): Shifting iPhone ASPs and Shipment Forecasts," Longbow Research, October 17, 2018, emphasis in original) | **Longbow Research**<br>*Chinese economy, Apple's performance in China, and emerging markets not discussed.*<br>("AAPL (NEUTRAL): Focus on How Much, Not How Many," Longbow Research, November 2, 2018) |
| **Loop Capital Market**<br>*Report not available.* | **Loop Capital Market**<br>**Revenue guidance would have been at least in line excluding a handful of transitory items that arose.**  Specifically, FX revenue translation headwind, USD strength impacting demand in India, Brazil, Russia, Turkey (etc.), production constraints for some of AAPL's new products (i.e., watches and AirPods), and some macro demand stall / impact.<br>("Look Under The Layers And Buy Any Pullback," Loop Capital Markets, November 2, 2018, emphasis in original) |
| **Macquarie Research**<br>*Chinese economy and Apple's performance in China not discussed.*<br>("U.S. Large-Cap Internet 3Q'18 Preview: Not for the Faint of Heart," Macquarie Research, October 24, 2018; "Apple (AAPL US) Impressive Hardware Refresh," Macquarie Research, October 31, 2018) | **Macquarie Research**<br>**China** – Greater China revenue grew 16% to $11.4B, the fifth straight quarter of double digit growth. Apple noted that the Other Products category was a bit stronger than the overall company number of 31% growth. iPhone also saw double-digit growth.<br><br>**Double-digit growth in all geographic segments, mixed results at a country level**... Apple noted that the Emerging Markets they are seeing pressure in are markets like Turkey, India, Brazil, and Russia, where currencies have weakened over the recent period.<br>("F4Q'18: Increased Uncertainty; Services Key," Macquarie Research, November 2, 2018, emphasis in original) |
| **Maxim Group**<br>*Report not available.* | **Maxim Group**<br>*Chinese economy, Apple's performance in China, and emerging markets not discussed.*<br>("Guidance and No More Unit Disclosures Indicate that iPhone Installed Base Growth is Likely Slowing to Low-Single Digits," Maxim Group, November 2, 2018) |
| **Monness Crespi Hardt**<br>*Chinese economy and Apple's performance in China not discussed.*<br>("Amidst the Tech Wreck, Apple on Tap with a Fresh Portfolio for the Holiday Season," Monness Crespi Hardt, October 29, 2018; "Taking the Apple Magic to Brooklyn and Strengthening Portfolio Ahead of Holidays," Monness Crespi Hardt, October 31, 2018) | **Monness Crespi Hardt**<br>**Macro Commentary a Bit More Cautious.**  The call was filled with more macro concerns than during recent quarterly gatherings with Apple calling out weakness in a handful of developing countries with their own dynamics, combined with the headwind of weakening currencies outside the U.S. that will hit sales by ~$2 billion YoY in 1Q:FY19 and supply/demand imbalances are possible.<br>("Puts and Takes but Planet Apple Remains a Shining City on a Hill in a Volatile Tech World," Monness Crespi Hardt, November 2, 2018, emphasis in original) |

**Exhibit 3**
**Apple Inc.**
**Analyst Commentary on the Chinese Economy and Apple's Business in Greater China**
**Before and After the November 1, 2018 Earnings Announcement[1]**

| Analyst Report Commentary Before the November 1, 2018 Earnings Announcement[2] | Analyst Report Commentary After the November 1, 2018 Earnings Announcement[3] |
|---|---|
| **Morgan Stanley**<br>[T]here are a few dynamics this quarter that may limit the ability to further raise full year estimates.  The first is the impact from US/China tariffs and Intel CPU shortages on 2018 guidance.  While some hardware OEM's called these issues out as headwinds to 4Q18 growth and margins.  While management specifically noted the pockets of supply chain dislocation called out in 2Q were not a result of US/China tariffs, this was prior to the US administration announcing additional tariffs on some $200B of goods in September.  Second, the USD continued to strengthen in 3Q, and we wouldn't be surprised if management revised their expectations for a 30bps FX tailwind in 2018 lower.<br>("What Investors Are Asking: Expectations Into Earnings," Morgan Stanley, October 25, 2018) | **Morgan Stanley**<br>The majority of growth comes from services but hardware grows slightly as replacement cycles level off earlier than in the base case and Apple continues to gain new users in markets like China and India.<br>("Strong ASPs and Services With a Dose of Macro Uncertainty," Morgan Stanley, November 2, 2018) |
| **Morningstar**<br>*Report not available.* | **Morningstar**<br>When assessing Apple's forward prospects, we think its premium status has driven a more amplified bifurcation of the smartphone market with the iPhone XS/XS Max poised to dominate the high end of the spectrum.  Meanwhile, we believe the firm's lower-end devices will lose share in emerging market regions where the iOS allure is less pronounced and users are more cost-conscious.<br>("No Disputing Apple iPhone Hegemony, But Decision to Mask Units Is Dubious; Shares Fairly Valued," Morningstar, November 1, 2018) |
| **Needham & Company**<br>*Report not available.* | **Needham & Company**<br>**Economic Weakness.**  If macro economies slow owing to Brexit or China, etc AAPL's premium price point may lower its device sales.  That is, AAPL's replacement cycles may elongate if macro economies slow.<br><br>**China** is the question that generates the most debate.  Although greater China reported double digit growth in FY2Q18, risks to AAPL in China appear to be rising.<br>("Not a Hardware Company. Buy AAPL on Weakness," Needham & Company, November 2, 2018, emphasis in original) |
| **Nomura**<br>*Chinese economy and Apple's performance in China not discussed.*<br>("X-Ray on XR: Shipment Times Consistent," Nomura, October 21, 2018; "Apple Peels: Telco DPs, Shipment Times," Nomura, October 28, 2018; "New Macs / iPads, Same Playbook," Nomura, October 30, 2018) | **Nomura**<br>Apple… released 4QFY18 (Sep-Q) results… We note that sales grew y-y across all regions, with Americas +19%, Europe +18% and Greater China +16% y-y.<br>("Implications of Apple's 4QFY18 results," Nomura, November 2, 2018) |
| **Oppenheimer & Co**<br>*Report not available.* | **Oppenheimer & Co**<br>While Greater China delivered a respectable 16% Y/Y sales growth, all other regions grew faster.<br><br>**Greater China**:  Management indicated that the 16% Y/Y growth was driven by non-iPhone products, although iPhone did deliver double-digit growth.  A slowdown in the supply of new mobile games in mainland China also contributed to this region's relatively slower growth compared to rest of the world.<br><br>**Downside Scenarios**<br>iPhone sales decline Y/Y in FY18 due to weak Greater China sales and lack of switchers and upgraders.<br>("Attention Shifting To Experience from Hardware, Apple Changing the Game for Itself and Analysts, Oppenheimer & Co, November 2, 2018, emphasis in original) |

**Exhibit 3**
**Apple Inc.**
**Analyst Commentary on the Chinese Economy and Apple's Business in Greater China**
**Before and After the November 1, 2018 Earnings Announcement[1]**

| Analyst Report Commentary Before the November 1, 2018 Earnings Announcement[2] | Analyst Report Commentary After the November 1, 2018 Earnings Announcement[3] |
|---|---|
| **Piper Jaffray**<br>*Chinese economy and Apple's performance in China not discussed.*<br>("Teen Survey: iPhone Ownership Flat, But Intent to Buy Rises; Reit OW & 250 PT," Piper Jaffray October 22, 2018) | **Piper Jaffray**<br>[E]merging markets are not performing as well as anticipated in the current environment.<br>("Solid Sept Qtr, But Outlook & Less Disclosure Disappoint; Maintain OW & $250 PT," Piper Jaffray, November 2, 2018) |
| **Raymond James & Associates**<br>*Chinese economy and Apple's performance in China not discussed.*<br>("F4Q18 Preview: As Good as It Gets?," Raymond James & Associates, October 25, 2018) | **Raymond James & Associates**<br>*Chinese economy, Apple's performance in China, and emerging markets not discussed.*<br>("FX Headwinds; No Longer Disclosing Unit Sales," Raymond James & Associates, November 2, 2018) |
| **RBC Capital Markets**<br>Investor Focus Points… **China**: Investors would also look for new iPhone sales and services performance in China.<br>("Sep-Qtr Preview and "Cheat Sheets" - Stable Fundamentals in a Shaky Market?" RBC Capital Markets, October 30, 2018, emphasis in original) | **RBC Capital Markets**<br>AAPL reported modest upside to Sept-qtr results with no notable slowdown from China as better iPhone ASP's and stable GM's enabled revenue and EPS upside vs. expectations.  The disappointment from this print will be A) their decision to stop providing iPhone units/ASP information going forward and B) Dec-qtr gross-margin guide was underwhelming vs. expectations given memory tailwinds.<br>("Privacy Commitment Now Extends To iPhone Unit Disclosure Apparently," RBC Capital Markets, November 1, 2018) |
| **Rosenblatt Securities**<br>We continue to have concerns of China consumer spending confidence declines impacting overall iPhone sales in China, however.<br><br>We believe iPhone XS and iPhone XS Max preorders have been generally stronger in the US than in China, while preorders for the iPhone XR have been stronger in China than in the US.  We have been tracking iPhone XR preorder data in China, and our tracks indicate overall iPhone XR pre-registrations in China are ~2 million units for the first three days... iPhone XR pre-orders are similar to iPhone 8/8+ preorders in China last year, and slightly better than the 1.5 million XS/Max preorders in China.  This is not a very exciting result.  We will continue to track pre-order volumes in China, but so far, we believe iPhone XR demand may be lower than our previous estimates.  We believe Apple will likely adjust down its iPhone XR production for November and December by about 3-4 million units.<br><br>**iPhone XS Max**<br>We believe Apple recently increased iPhone XS Max production by 2-3 million units (most are 512G models) for C4Q, attributing to the holiday season inventory build.  However, this week we are seeing XS Max sell-through cool down in China.  Our thoughts are that this cool down is attributable to consumers waiting for the release of the iPhone XR next weekend.  We previously estimated around 15 million units would be shipped in 2H18 but are now increasing our estimates to 17.5 million units for iPhone XS Max shipments for the 2nd half of this year.<br>("Earnings Preview, iPhone XR Preorders Weaker than Expected, Reducing our XR Shipment Estimates, iPhone Max Production Increases Expected for the Holiday Season, iPad Pro and New MacBook Production Ramp," Rosenblatt Securities, October 22, 2018, emphasis in original) | **Rosenblatt Securities**<br>*Chinese economy, Apple's performance in China, and emerging markets not discussed.*<br>("C4Q Guidance Reflects our Cautious View on Weaker than Expected Sell Through and Production Reductions for iPhone XS/XR, Downgrade to Neu-tral, Maintain our Price Target," Rosenblatt, November 2, 2018) |

**Exhibit 3**
**Apple Inc.**
**Analyst Commentary on the Chinese Economy and Apple's Business in Greater China**
**Before and After the November 1, 2018 Earnings Announcement[1]**

| Analyst Report Commentary Before the November 1, 2018 Earnings Announcement[2] | Analyst Report Commentary After the November 1, 2018 Earnings Announcement[3] |
| --- | --- |
| **TFI International Securities**<br>*Report not available.* | **TFI International Securities**<br>*Chinese economy, Apple's performance in China, and emerging markets not discussed.*<br>("C4Q Guidance Reflects our Cautious View on Weaker than Expected Sell Through and Production Reductions for iPhone XS/XR, Downgrade to Neu-tral, Maintain our Price Target," TFI International Securities, November 1, 2018) |
| **Tigress**<br>*Report not available.* | **Tigress**<br>*Report not available.* |
| **Trefis**<br>*Report not available.* | **Trefis**<br>**LOWER PRICED PRODUCTS COULD HURT MARGINS** – While Apple's flagship devices such as the (iPhone X and iPad Pro) are getting more expensive, the company has also been rolling out more affordable products, such as the iPhone SE ($350) and the new iPad ($330).  Apple has also been increasing sales to emerging markets such as China and India and there is a possibility that the growing strength of the U.S. dollar could put pressure on the company's margins.<br>("ANALYSIS for NASDAQ : AAPL," Trefis, November 4, 2018, emphasis in original) |

**Page 110**

# Exhibit 3
# Apple Inc.
# Analyst Commentary on the Chinese Economy and Apple's Business in Greater China
# Before and After the November 1, 2018 Earnings Announcement[1]

| Analyst Report Commentary Before the November 1, 2018 Earnings Announcement[2] | Analyst Report Commentary After the November 1, 2018 Earnings Announcement[3] |
|---|---|
| **UBS**<br>Per Gartner, iPhone shipments in Greater China are 22% of total iPhone shipments so far in F18, down from 23% in F17 and 31% in F15.  Apple should be able to stem the downward pressure and may see some growth given a penchant for larger screen phones and dual-sim cards also a big selling point, albeit offset by unfavorable factors such as competition and macro trade issues.<br>("Apple Inc. Demand Looks Solid, Especially iPhone Xs Max; Remain Bullish on iPhone Units and ASPs," UBS, October 8, 2018)<br><br>**Flattish demand in Western regions; China could be better**<br>We analyzed the data to gauge consumer interest in new iPhones at the time when the product starts shipping... The data suggests consumer interest in iPhone Xs and Xs Max is similar to that in iPhone X, 8 and 6s but below iPhone 7 at the time of respective shipment dates in the U.S.... Interestingly, iPhone Xs and Xs Max interest is higher in Hong Kong compared to iPhone 8, which supports our view that China would be less of a drag and could see some growth.<br><br>The decline in consumer interest level for iPhone Xs and Xs Max versus iPhone 8 and X is much smaller than the decline in iPhone 8 and X versus iPhone 7... This supports our view that iPhones could do slightly better in China this year and there could be some upside to our -3% estimate.  Having said that, China is the greatest unknown given macro uncertainties.<br><br>**Limited Direct Impact from Tariffs**<br>At the moment, we see limited risk of Chinese government action that would hurt the sales of Apple products in China.  Retaliation to US tariffs by the Chinese government has been more focused on politically sensitive US exports such as soybeans and other agricultural commodities.  We believe that (1) the US is unlikely to impose tariffs on consumer electronics imports from China, such as smartphones by Huawei, thereby taking the bull's eye off of iPhones being sold in China, and (2) Chinese retaliation to US tariffs will not be proportional.<br><br>Risks to our Apple thesis include... macro weakness dampening product demand, especially in China...<br>("Apple Inc. FQ4:18 (Sep) Earnings Preview: Survey Work Supports Very Strong iPhone ASP Narrative," UBS, October 29, 2018, emphasis in original; "Pushing the Price Narrative In More Categories; Line-Up Now Fully Refreshed." UBS. October 30. 2018. emphasis in original) | **UBS**<br>Risks to our Apple thesis include... macro weakness dampening product demand, especially in China...<br>("It's The End of iPhone Units As We Know It, And It Might Ultimately Be Just Fine," UBS, November 2, 2018) |

# Exhibit 3
# Apple Inc.
# Analyst Commentary on the Chinese Economy and Apple's Business in Greater China
# Before and After the November 1, 2018 Earnings Announcement[1]

| Analyst Report Commentary Before the November 1, 2018 Earnings Announcement[2] | Analyst Report Commentary After the November 1, 2018 Earnings Announcement[3] |
| --- | --- |
| **Wedbush Securities**<br>Looking out into FY19; China consumer demand a key driver... The main swing factor in our opinion looking ahead is China (was up 19% year over year in June/FY3Q) as we estimate over a 100 million iPhone installed base in this key region, with over half of these consumers due for an upgrade during the course of FY19.  In particular, we estimate between 60 million and 70 million Chinese iPhones will be in the "upgrade window" over the coming year with iPhone's next generation trifecta of smartphones as a major potential product catalyst in the all important Chinese market, which could see a renaissance of growth on the horizon for Apple despite lingering worries around the overall China market given current tariff/trade tensions.  To this point, as China trade worries appear to now be in negotiation mode the biggest lingering worry for the Street is around any possible supply chain disruption that could cause a speed bump for Apple/iPhones heading into this major product cycle.  We believe this issue so far is contained however will be a key dynamic we will be keeping a very close eye heading into the September quarter as the initial demand and ASPs appear to be trending above expectations with a healthy pipeline of customers poised to upgrade over the next few quarters.<br>("Cook & Co. Focused on Services Gold Mine; iPhone Cycle Humming-Initiating at OP," Wedbush Securities, October 18, 2018)<br><br>We continue to believe XR will be a linchpin around Cupertino's success in further penetrating the China consumer market over the next year with our estimates that roughly 60 million to 70 million iPhones in this key region are in the window of opportunity to upgrade.<br><br>The main swing factor in our opinion looking ahead is China (was up 19% year over year in June/FY3Q) as we estimate over a 100 million iPhone installed base in this key region, with over half of these consumers due for an upgrade during the course of FY19.  In particular, we estimate between 60 million and 70 million Chinese iPhones will be in the "upgrade window" over the coming year with iPhone's next generation trifecta of smartphones as a major potential product catalyst in the all important Chinese market, which could see a renaissance of growth on the horizon for Apple, despite lingering worries around the overall China market given current tariff/trade tensions.<br>("The Drum Roll Begins for iPhone December Guidance; Tea Leaves Positive So Far," Wedbush Securities, October 29, 2018) | **Wedbush Securities**<br>Is China a growth tailwind or headwind for Apple in 2019 and beyond?<br>The China region grew 16% year over year this quarter, in line with our expectations.  While competition from lower cost smartphones remain an issue for Apple in China, the underlying growth opportunity out of this region is massive as we estimate between 60 million and 70 million iPhones are due for an upgrade over the next 12 months.<br><br>**A Closer Look at FY4Q18 (September) Results**<br>**Geographic Breakdown**... China came in at $11.4 billion growing 16% y/y from $9.8 billion last year.<br><br>**Risks to the Attainment of Our Price Target and Rating**<br>... Success of Apple's product strategy in China, which remains a key growth driver for the coming years and could be impaired by lower priced smartphones and competition.  China macro/tariffs issue remain a long-term risk.<br>("Cook Pulls the Plug on Metrics in a Houdini Like Move; Bullish Thesis Unchanged," Wedbush Securities, November 2, 2018, emphasis in original) |
| **Wells Fargo**<br>*Report not available.* | **Wells Fargo**<br>**Cautious Emerging Macro Commentary**:  While Apple reported continued strong growth in China (+16% y/y in F4Q18; iPhone +DD%), the company's commentary was relatively cautious on emerging market demand given the strengthening U.S. Dollar.<br><br>**Geographical**:  Apple reported +16% yr/yr growth in China vs. +19% in the prior quarter.  Apple also saw strength in Japan at +34% yr/yr – the company's fastest yr/yr growth since F4Q13.  The company cited pressure in emerging markets such as Brazil, India, Turkey, and Russia.<br><br>When asked about trade friction with China and the potential for the supply chain to be moved out of China management said that its manufacturing base was wide and that it was optimistic on trade talks moving forward.<br>("AAPL: Solid Results Overshadowed By Pulled Unit Disclosures + Macro Angst," Wells Fargo, November 1, 2018, emphasis in original) |

**Exhibit 3**
**Apple Inc.**
**Analyst Commentary on the Chinese Economy and Apple's Business in Greater China**
**Before and After the November 1, 2018 Earnings Announcement[1]**

| Analyst Report Commentary Before the November 1, 2018 Earnings Announcement[2] | Analyst Report Commentary After the November 1, 2018 Earnings Announcement[3] |
| --- | --- |
| **Wolfe Research**<br>*Report not available.* | **Wolfe Research**<br>*Report not available.* |
| **Yuanta**<br>*Report not available.* | **Yuanta**<br>Apple indicated the revenue guidance range reflects 1) different new iPhones launch time vs last year; 2) almost US$2 billion from foreign exchange headwinds; 3) uncertainty around the supply & demand balance for new products ramp up; and 4) some macroeconomic uncertainty, particularly in emerging markets. With the weak guidance, Apple shares were down 6% in after-hours trading.<br>("APPL (APPL US) – FY4Q18 results, guidance and implications," Yuanta, November 2, 2018) |

Note:
[1]  Quotes include analyst commentary, such as risk disclosures that may have been included in prior reports.  Commentary about the iPhone App Store and gaming are not included.
[2]  Based on analyst reports between 10/1/18 and 10/31/18.
[3]  Commentary includes discussion of emerging markets.

# Exhibit 4
# Apple Inc.
# Summary Statistics for Relevant Options[1]
## 11/2/18 – 1/2/19

| | |
|---|---|
| Number of Relevant Options[2] | 2,282 |
| Unique Strike Price-Expiration Combinations[3] | 1,250 |
| Number of Unique Strike Prices | 148 |
| Option Strike Price Range | $2.50 – $440.00 |
| Apple Stock Price Range | $146.83 – $209.95 |
| Number of Unique Expiration Dates | 22 |
| Option Expiration Date Range | 11/9/18 – 1/15/21 |
| Average Daily Open Interest per Relevant Option[4] | 2,605 |
| Median Daily Open Interest per Relevant Option[4] | 412 |

Source:  Complaint dated 6/23/20; EXP_FEINSTEIN0000001.xlsx

Note:
[1] Statistics are based on the set of Relevant Options, which are those with (1) expiration date
    on or after 11/5/18, the first alleged corrective disclosure date, and (2) positive trading
    volume on at least one day during the Putative Class Period (11/2/18 – 1/2/19).
[2] Call and put options with the same strike price and expiration are counted separately.
[3] Call and put options with the same strike price and expiration are counted together.
[4] Calculated across all options and trading dates.

# Exhibit 5
# Apple Inc.
# Trading Summary Statistics for Relevant Options[1]
11/2/18 – 1/2/19

| | Min | Mean | Max | 10% | 25% | 50% | 75% | 90% |
|---|---|---|---|---|---|---|---|---|
| **Average Daily Trading Volume (Option Contracts)** | | | | | | | | |
| **Call** | 0 | 691 | 31,296 | 1 | 6 | 45 | 297 | 1,673 |
| **Put** | 0 | 573 | 18,245 | 1 | 7 | 52 | 283 | 1,403 |
| **Percent of Days with No Trading** | | | | | | | | |
| **Call** | 0% | 35% | 98% | 0% | 0% | 26% | 66% | 86% |
| **Put** | 0% | 31% | 98% | 0% | 0% | 15% | 62% | 90% |

Source:  Complaint dated 6/23/20; EXP_FEINSTEIN0000001.xlsx

Note:
[1] Statistics are based on the set of Relevant Options, which are those with (1) expiration date on or after 11/5/18, the first alleged corrective disclosure date, and (2) positive trading volume on at least one day during the Putative Class Period (11/2/18 – 1/2/19).  For each option, the start of the analysis period is the earliest day between 11/2/18 and 1/2/19 for which there is a non-zero bid or ask price in EXP_FEINSTEIN0000001.xlsx, and the end of the analysis period is the earlier of the option expiration date and 1/2/19.

**Exhibit 6**
**Apple Inc.**
**Trading Summary Statistics for Relevant Options[1]**
11/2/18 – 1/2/19

| | Min | Mean | Max | 10% | 25% | 50% | 75% | 90% |
|---|---|---|---|---|---|---|---|---|
| **Average Bid-Ask Spread[2]** | | | | | | | | |
| **Call** | | | | | | | | |
| In-the-Money[3] | 1% | 5% | 35% | 3% | 3% | 4% | 7% | 9% |
| Out-of-the-Money[4] | 1% | 39% | 195% | 6% | 11% | 28% | 57% | 87% |
| Total | 1% | 27% | 195% | 3% | 5% | 10% | 38% | 74% |
| **Put** | | | | | | | | |
| In-the-Money[3] | 1% | 5% | 83% | 3% | 3% | 4% | 6% | 8% |
| Out-of-the-Money[4] | 2% | 32% | 177% | 6% | 11% | 23% | 44% | 75% |
| Total | 1% | 22% | 177% | 3% | 4% | 9% | 30% | 62% |

Source:  Complaint dated 6/23/20; EXP_FEINSTEIN0000001.xlsx

Note:
[1] Statistics are based on the set of Relevant Options, which are those with (1) expiration date on or after 11/5/18, the first alleged corrective disclosure date, and (2) positive trading volume on at least one day during the Putative Class Period (11/2/18 – 1/2/19).  For each option, the start of the analysis period is the earliest day between 11/2/18 and 1/2/19 for which there is a non-zero bid or ask price in EXP_FEINSTEIN0000001.xlsx, and the end of the analysis period is the earlier of the option expiration date and 1/2/19.
[2] Bid-ask spread is calculated as the difference between the ask and bid prices divided by the mid price.  Days with a bid or ask price of zero are excluded from the average calculation.
[3] For option series that alternate between in- and out-of-the-money, summary statistics are calculated based on the days the option series is in-the-money.  At-the-money options are grouped with in-the-money options.
[4] For option series that alternate between in- and out-of-the-money, summary statistics are calculated based on the days the option series is out-of-the-money.  At-the-money options are grouped with in-the-money options.

**Exhibit 7**
**Apple Inc.**
**Deviation of the Individual Option Synthetic Prices from**
**the Actual Stock Price**
12/29/17 – 1/4/19



Source: CRSP; EXP_FEINSTEIN0000002.xlsx
Note:
Percent deviation from the actual stock price is calculated as Dr. Feinstein's synthetic stock price minus the actual stock price over the actual stock price. Each observation represents an individual option pair (the put and the call with a unique expiration date and strike price) on each day. Dr. Feinstein calculates the synthetic stock price as the mid-point of the synthetic bid and synthetic ask stock prices. For each pair of options, he calculates the synthetic bid price as the call bid price less the put ask price plus the discounted strike price and discounted expected dividends using the broker dealer rate, and he calculates the synthetic ask price as the call ask price less the put bid price plus the discounted strike price and discounted expected dividends using the risk-free rate.



**Exhibit 8**
**Apple Inc.**
**Implied Volatility**
7/2/18 – 6/28/19

Source:  *Refinitiv*; Complaint dated 6/23/20

Note:  For each day, the implied volatility of the 30-day at-the-money call option is plotted.

5/18/2021                          When does Apple release new iPhones? - 9to5Mac

**Exhibit 9**



AUGUST 15, 2018

# When does Apple release new iPhones?

Zac Hall - Aug. 15th 2018 9:17 am PT   @apollozac



41 Comments

iPhone buying decisions vary from person to person, and not everyone cares about having the latest version. This works for a lot of consumers since you can generally buy any modern iPhone and have a positive experience — especially if you're upgrading after a few generations.

Every summer I hear from family members who are super excited that they just bought a new iPhone. If I mention that a new model is just around the corner and we even have an idea about what will be different, it never changes their buying decision. That can be hard for me to understand, but it works for a lot of people. Just look at Apple's iPhone sales numbers during the quarter before a new model is introduced.

If you do care about buying the latest iPhone as soon as it comes out, it's not too hard to guess when new iPhones will be introduced based on recent launches.

9TO5Mac

Exclusives | Guides ⌄ | Mac ⌄ | iPhone ⌄ | Watch ⌄ | iPad ⌄ | Music ⌄ | TV ⌄

A lot of Apple products like Macs and iPads are updated on very different cycles, but Apple Watches and iPhones have historically stuck to the same pattern in recent years. New hardware is introduced around September and launches shortly after. The iPhone X was an exception last year with an early November debut, but we don't expect that to happen again this year.

iPhones used to debut in the summer, but that changed in 2011 when the iPhone 4 wasn't replaced by the iPhone 4s until October. Apple released the white version much later than expected that year and added Verizon as the second carrier in the US mid-cycle before introducing the next model.

Since then, iPhone event invitations have been sent to the press in late August, new iPhones have been introduced in early September (usually followed by a pre-order period), new versions of iOS are released, then new iPhones hit the market before the end of the month.



Here are the relevant dates I've been collecting every year for Apple's timeline:

- **iPhone 8, iPhone 8 Plus, iPhone X**
  - **Invite** 8/31/2017
  - **Event** 9/12/2017
  - **Preorder** 9/15/2017
  - **iOS 11** 9/19/2017
  - **Launch** (iPhone 8, iPhone 8 Plus) 9/22/2017
  - **Launch** (iPhone X) 11/3/2017

When does Apple release new iPhones? - 9to5Mac        **Exhibit 9**

9T☉5Mac

Exclusives | Guides ⌄ | Mac ⌄ | iPhone ⌄ | Watch ⌄ | iPad ⌄ | Music ⌄ | TV ⌄

- **iOS 10** 9/13/2016
- **Launch** 9/16/2016
- **iPhone 6s, iPhone 6s Plus**
  - **Invite** 8/27/2015
  - **Event** 9/9/2015
  - **Preorder** 9/12/2015
  - **iOS 9** 9/16/2015
  - **Launch** 9/25/2015
- **iPhone 6, iPhone 6 Plus**
  - **Invite** 8/28/2014
  - **Event** 9/9/2014
  - **Preorder** 9/12/2014
  - **iOS 8** 9/17/2014
  - **Launch** 9/19/2014
- **iPhone 5s, iPhone 5c**
  - **Event** 9/10/2013
  - **iOS 7** 9/18/2013
  - **Launch** 9/20/2013
- **iPhone 5**
  - **Event** 9/12/2012
  - **iOS 6** 9/19/2012
  - **Launch** 9/21/2012

Pending any unexpected curveballs this year, we'll likely know the iPhone event date in the next two weeks (and purely a guess but I'm expecting Wednesday, September 12, not Tuesday this year considering the significance of September 11). Hopefully that means we see new iPhones (and Apple Watches!) hit the market before the end of next month.

There has been at least one report that the mid-sized, entry priced iPhone won't hit the market until some time in October, but the new OLED models aren't expected to be later this year like last year.



**Page 121**

**Exhibit 9**



and trading in the old iPhone to upgrade. It's possible Apple's iPhone Upgrade Program will consider this and make an exception for upgraders this year, but we don't know for sure yet how Apple and carrier upgrade plans will behave if the new flagship comes out 10 or 11 months after the last flagship.



The Best Phones For Seniors

Senior discounts on these top rated phones. See how to save

Senior Lifestyle

At any rate, the new models are just around the corner so we'll have answers to all our questions soon!



**Related Stories:**

- 2018 OLED iPhones to support Apple Pencil, with 512GB top tier – Trendforce
- New report says 6.1-inch 2018 iPhone to come in white, black, yellow, orange, blue, more – but no red
- Roundup: Everything we know so far about the iPhone X Plus

Subscribe to 9to5Mac on YouTube for more Apple news:

100 new iOS 12 features / changes!

**Page 122**

**Exhibit 9**



Exclusives    Guides ⌄    Mac ⌄    iPhone ⌄    Watch ⌄    iPad ⌄    Music ⌄    TV ⌄

*FTC: We use income earning auto affiliate links.* More.

Check out 9to5Mac on YouTube for more Apple news:



iOS 14.6 RC Changes / Features - Apple Music Upgra...

# Guides

## iPhone

**Page 123**

**Exhibit 9**



5/18/2021                                When does Apple release new iPhones? - 9to5Mac

**Exhibit 9**



**Page 125**

**Exhibit 9**

AN CNAENG0020181006eea60002v

SE

HD Largan September sales up slightly; October figure could fall

BY

WC 587 words

PD 06 Oct 2018

SN Central News Agency English News

SC CNAENG

CY (c) 2018 All materials contained on this site may not be reproduced, distributed, transmitted, displayed, published or broadcast without the prior written permission of the Central News Agency.


LP

Taipei, Oct. 6 (CNA) Largan Precision Co., a Taiwan-based smartphone camera lens supplier to Apple Inc., posted a less than 1 percent month-on-month increase in sales for September.Amid concerns over the shipments of the latest new iPhones Apple unveiled in September, Largan said it posted NT$5.52 billion (US$179 million) in consolidated sales for September, up only 0.19 percent from August.


TD

But the latest sales were a new high since November 2017, when the company's revenue stood at NT$5.62 billion.


The September figure was also up 1.38 percent from a year earlier, Largan said.


Largan explained that due to weaker-than-expected demand from its major clients, its sales for October could fall compared to September.


In the third quarter of this year, Largan's consolidated sales rose 33 percent from a quarter earlier to NT$16.33 billion, and also grew 9 percent from a year earlier.


The sales growth in the July-September period reflected peak season effects, but market analysts said the increase seemed unsatisfactory to the market since Largan received lower-than-expected orders from Apple as well as Chinese smartphone brands.


Apple launched three new iPhones last month. The more expensive iPhone XS and iPhone XS Max went on sale globally on Sept. 21. The mid-range iPhone XR is scheduled to hit the market later this month.

**Exhibit 9**

Analysts said many consumers were still waiting for the more affordable iPhone XR by putting their purchase plans on hold, so Largan's sales growth momentum was expected to not accelerate until November.

In September, 20 megapixel lenses or more advanced devices which command a higher profit margin accounted for 10-20 percent of Largan's total sales, 10 megapixel lenses made up 60-70 percent of total sales and 8 megapixel lenses represented 10-20 percent of the total, the company said.

In the first nine months of this year, Largan's consolidated sales rose 1 percent from a year earlier to NT$37.51 billion.

Largan has scheduled an investor conference for Oct. 11 to release its third quarter results and give sales guidance for the fourth quarter and even a market forecast for next year.

Analysts said the upcoming investor conference has been watched closely by investors, who have seen Largan shares taking a beating in recent sessions on the Taiwan Stock Exchange.

On Friday, Largan shares shed 7.28 percent to end at NT$3,440.00 on the Taiwan Stock Exchange amid concerns over sales of new iPhones as well as more fund outflows from the region at a time of a stronger U.S. dollar.

Since the beginning of this year, Largan shares have lost more than 14 percent in value. Still, the stock remains the most expensive one in the local equity market.

Meanwhile, Catcher Technology Co., a metal casing maker for Apple, posted NT$9.24 billion in consolidated sales for September, up 10.7 percent from a month earlier but down 19.3 percent from a year earlier.

In the third quarter, Cather's consolidated sales totaled NT$25.09 billion, up 20.9 percent from a quarter earlier, but down 8.5 percent from a year earlier.

In the first nine months of this year, Catcher generated NT$66.25 billion in consolidated sales, up 9.5 percent from a year earlier. (By Han ting-ting, Jiang Ming-yan and Frances Huang) Enditem/cs

**THE VERGE**

APPLE \ BUSINESS \ US & WORLD                                      6 

# China's smartphone sales slowdown could hurt Apple's bottom line, Goldman says

By Shannon Liao | @Shannon_Liao | Oct 15, 2018, 2:47pm EDT



Illustration by Alex Castro / The Verge

The smartphone market in China is only going to slump further, Goldman Sachs predicted in an investor note on Sunday. Sales could drop an estimated 15 percent year over year this autumn as companies like Huawei, Oppo, Vivo, and Apple struggle to find interested customers, Goldman said.

**Exhibit 9**

Like consumers in the US, phone owners in China often keep older models of smartphones for over a year and don't trade in their phones for the latest model, contributing to the weak sales numbers. Goldman analyst Rod Hall predicts Apple will sell 13 million iPhones in China during the holiday season, or 3 percent less than last year.

During the Golden Week in China this October, a week where many employees get time off to travel and recuperate and where retail business often rises, many smartphone shops in Guangzhou, a major southern city, still remained half full or empty. Shop clerks stood by the entrances in pairs, their eyes flickering around for potential customers.

### CHINESE SMARTPHONE SHIPMENTS DECLINED THIS YEAR FOR THE FIRST TIME IN A WHILE

Smartphone shipments in China saw a big decline this year, after several years of positive growth. Analysts from Canalys said earlier that vendors are imitating each others' products and marketing strategies in a bid to stay on top of the competition.

Hall said that there are "multiple signs of rapidly slowing consumer demand in China which we believe could easily affect Apple's demand there this fall." Still, consumers in China might be interested in the iPhone XS Max and XR's larger screens, which could potentially offset the negative predictions. After all, larger screens would make gaming more convenient, and the number of Chinese mobile gamers has gone up exponentially over time.

Apple supply chain wary of reduced iPhone orders for Q4 | AppleInsider **Exhibit 9**

(HTTPS://APPLEINSIDER.COM)

# Apple supply chain wary of reduced iPhone orders for Q4



*(https://appleinsider.com/editor/Malcolm+Owen) By Malcolm Owen*

*(https://appleinsider.com/editor/Malcolm+Owen)* Oct 16, 2018



**Exhibit 9**

(HTTPS://APPLEINSIDER.COM)

Parts of the supply chain are tempering their expectations on iPhone sales for the remainder of 2018, a report claims, with weak sales said to be feared by suppliers based in Taiwan, despite the impending launch of the iPhone XR.

After the release of the iPhone XS and iPhone XS Max, and ahead of the upcoming opening of preorders for the iPhone XR (https://appleinsider.com/articles/18/10/15/iphone-upgrade-program-pre-approvals-for-iphone-xr-start-monday), Apple's suppliers can usually expect a high number of orders in anticipation of the holiday shopping season. This apparently hasn't stopped suppliers from exercising caution over the imminent introduction of a lower-cost model.

Industry sources of *DigiTimes* suggest (https://digitimes.com/news/a20181015PD202.html) that if sales of the iPhone XR fail to stimulate overall demand for iPhones, Apple could slow down its pace of orders from suppliers, in turn damaging revenue.

Suppliers are already expecting to post weak sales in the fourth quarter of 2018 the report claims, with TSMC thought to generate "lower-than-expected revenues" in the fourth quarter, potentially forcing the chip foundry to revise its sales guidance for all of 2018 to a lower level.

In the case of Apple camera lens supplier Largan Precision, the company recently disclosed its shipments are expected to decrease in October, followed by another drop in November, similar to what happened at the end of 2017. The projected level of orders in December is "still unclear" for the lens firm.

# Watch the Latest from AppleInsider TV

Powered by **[primis]**





**Page 131**

**Exhibit 9**



It is also believed the ongoing trade war between the United States and China will impact overall smartphone demand, with shipments in the fourth quarter of 2018 already said to be decelerating (https://appleinsider.com/articles/18/10/15/iphone-sales-may-be-taking-big-hit-in-china-because-of-weak-smartphone-market).

At present, it isn't clear why the alarm from the component manufacturers is happening. At first glance, the order drops do not appear to be any more pronounced than in previous years, with normal seasonal decreases in orders.

The supply chain report seems to go against statements made by analyst Ming-Chi Kuo predicting higher-than-anticipated demand (https://appleinsider.com/articles/18/10/15/iphone-xr-will-propel-not-just-holiday-iphone-sales-but-drive-early-2019-to-new-heights) for the iPhone XR, with Apple expected to have about 38 million units ready in time for holiday sales. The strong demand leads Kuo to believe the model will defeat a "low seasonality" after the holiday quarter, with a 30 percent drop in sales in the new year rather than a near 50-percent drop saw by the iPhone 8.

Kuo also changed his estimated overall iPhone shipments for the quarter from 80 million to 83 million. Before the iPhone XS and iPhone XR release, *DigiTimes Research* anticipated (https://appleinsider.com/articles/18/09/13/iphone-xs-iphone-xr-shipments-forecast-to-top-85m-by-end-of-2018-most-being-xr) shipments for the quarter of over 85 million units.

**Page 132**

**Exhibit 9**

*AppleInsider has affiliate partnerships and may earn commission on products purchased through affiliate links. These partnerships do not influence our editorial content.*

(HTTPS://APPLEINSIDER.COM)

16 Comments
(https://forums.appleinsider.com/discussion/207785)

**LATEST NEWS**



**Peacock gets exclusive access to Universal films starting in 2022 (https://appleinsider.com/articles/21/07/06/peacock-gets-exclusive-access-to-universal-films-starting-in-2022)**

*21 minutes ago*

(https://appleinsider.com/articles/18/10/16/apple-supply-chain-wary-of-reduced-iphone-orders-for-q4)



**Foxconn, Pegatron to share 'iPhone 13 mini' orders in 2021 (https://appleinsider.com/articles/21/07/06/foxconn-pegatron-to-share-iphone-13-mini-orders-in-2021)**

*58 minutes ago*

7/6/2021                    Apple supply chain wary of reduced iPhone orders for Q4 | AppleInsider        **Exhibit 9**

(https://appleinsider.com/articles/18/10/16/apple-
supply-chain-wary-of-reduced-iphone-          (HTTPS://APPLEINSIDER.COM)                                 🔍
orders-for-q4)



### President Joe Biden to ask FTC to draft new right to repair regulations (https://appleinsider.com/articles/21/07/06/president-joe-biden-to-ask-ftc-to-draft-new-right-to-repair-regulations)

*2 hours ago*

(https://appleinsider.com/articles/18/10/16/apple-
supply-chain-wary-of-reduced-iphone-
orders-for-q4)



### Stutter charity calls out Apple for 'stammering' emoji gaffe (https://appleinsider.com/articles/21/07/06/stutter-charity-calls-out-apple-for-stammering-emoji-gaffe)

*6 hours ago*

(https://appleinsider.com/articles/18/10/16/apple-
supply-chain-wary-of-reduced-iphone-
orders-for-q4)



### 'Apple Glass' could have movable display and use Fresnel lenses (https://appleinsider.com/articles/21/07/06/apple-glass-could-have-movable-display-and-use-fresnel-lenses)

*7 hours ago*

(https://appleinsider.com/articles/18/10/16/apple-
supply-chain-wary-of-reduced-iphone-
orders-for-q4)

### Weekly deal: M1 MacBook Pro (16GB RAM, 1TB SSD) dips to $1,749, plus $50 off AppleCare (https://appleinsider.com/articles/21/07/06/weekly-deal-m1-macbook-pro-16gb-ram-1tb-ssd-dips-to-1749-plus-50-off-applecare)

**Exhibit 9**



*7 hours ago*
(HTTPS://APPLEINSIDER.COM)                                              🔍

(https://appleinsider.com/articles/18/10/16/apple-
supply-chain-wary-of-reduced-iphone-
orders-for-q4)



**Tim Cook returns to annual elite Sun Valley
conference
(https://appleinsider.com/articles/21/07/06/tim-
cook-returns-to-annual-elite-sun-valley-
conference)**

*7 hours ago*

(https://appleinsider.com/articles/18/10/16/apple-
supply-chain-wary-of-reduced-iphone-
orders-for-q4)



**Rapper Soulja Boy claims Steve Jobs gave him the
first iPhone
(https://appleinsider.com/articles/21/07/06/rapper-
soulja-boy-claims-steve-jobs-gave-him-the-first-
iphone)**

*8 hours ago*

(https://appleinsider.com/articles/18/10/16/apple-
supply-chain-wary-of-reduced-iphone-
orders-for-q4)



**Foxconn, Pegatron to share 'iPhone 13 mini'
orders in 2021
(https://appleinsider.com/articles/21/07/06/foxconn-
pegatron-to-share-iphone-13-mini-orders-in-
2021)**

(https://appleinsider.com/articles/21/07/06/foxconn-
pegatron-to-share-iphone-13-mini-orders-
in-2021)

**Page 135**

**Exhibit 9**

(HTTPS://APPLEINSIDER.COM)                    🔍



**Rapper Soulja Boy claims Steve Jobs gave him the first iPhone (https://appleinsider.com/articles/21/07/06/rapper-soulja-boy-claims-steve-jobs-gave-him-the-first-iphone)**

(https://appleinsider.com/articles/21/07/06/rapper-soulja-boy-claims-steve-jobs-gave-him-the-first-iphone)



**Kensington StudioCaddy can recharge four Apple devices simultaneously (https://appleinsider.com/articles/21/07/06/kensington-studiocaddy-can-recharge-four-apple-devices-simultaneously)**

(https://appleinsider.com/articles/21/07/06/kensington-studiocaddy-can-recharge-four-apple-devices-simultaneously)

**LATEST VIDEOS**



**Public betas, bigger iPad Pro, and AirPower — This Week in Apple (https://appleinsider.com/articles/21/07/03/public-betas-bigger-ipad-pro-and-airpower----this-week-in-apple)**

(https://appleinsider.com/articles/21/07/03/public-betas-bigger-ipad-pro-and-airpower----this-week-in-apple)



**How to install iOS 15 & iPadOS 15 public betas (https://appleinsider.com/articles/21/07/01/how-to-install-ios-15-ipados-15-public-betas)**

**Page 136**

**Exhibit 9**

(https://appleinsider.com/articles/21/07/01/how-
to-install-ios-15-ipados-15-public-betas)              (HTTPS://APPLEINSIDER.COM)                    🔍



How to make an iPhone Shortcut to automatically
text your time to destination
(https://appleinsider.com/articles/21/07/01/how-
to-make-an-iphone-shortcut-to-automatically-
text-your-time-to-destination)

(https://appleinsider.com/articles/21/07/01/how-
to-make-an-iphone-shortcut-to-
automatically-text-your-time-to-
destination)



Compared: Beats Studio Buds vs AirPods,
AirPods Pro, and Powerbeats Pro
(https://appleinsider.com/articles/21/06/15/compa
beats-studio-buds-vs-airpods-airpods-pro-and-
powerbeats-pro)

(https://appleinsider.com/articles/21/06/15/compared-
beats-studio-buds-vs-airpods-
pro-and-powerbeats-pro)



Shortcut door status notification, new Aqara
switch, & more on HomeKit Insider
(https://appleinsider.com/articles/21/06/28/shortc
door-status-notification-new-aqara-switch-
more-on-homekit-insider)

(https://appleinsider.com/articles/21/06/28/shortcut-
door-status-notification-new-aqara-
switch-more-on-homekit-insider)

**Page 137**

7/6/2021                    Apple supply chain wary of reduced iPhone orders for Q4 | AppleInsider          **Exhibit 9**

(HTTPS://APPLEINSIDER.COM)                                     🔍

---

**LATEST REVIEWS**



**Vissles V84 Mechanical Keyboard review: modern with a retro feel (https://appleinsider.com/articles/21/07/04/vissles-v84-mechanical-keyboard-review-modern-with-a-retro-feel)**

(https://appleinsider.com/articles/21/07/04/vissles-v84-mechanical-keyboard-review-modern-with-a-retro-feel)

---



**Crucial X6 4TB Portable SSD review: Decent speed, good price to performance (https://appleinsider.com/articles/21/07/04/crucial-x6-4tb-portable-ssd-review-decent-speed-good-price-to-performance)**

(https://appleinsider.com/articles/21/07/04/crucial-x6-4tb-portable-ssd-review-decent-speed-good-price-to-performance)

---



**Flexispot Deskcise Pro V9 review: an addictive exercise workstation (https://appleinsider.com/articles/21/07/03/flexispot-deskcise-pro-v9-review-an-addictive-exercise-workstation)**

(https://appleinsider.com/articles/21/07/03/flexispot-deskcise-pro-v9-review-an-addictive-exercise-workstation)

---

**Page 138**

**Exhibit 9**



**Zhiyun Smooth Q3 Gimbal review: Small, feature-packed, and well lit (https://appleinsider.com/articles/21/07/03/zhiyun-smooth-q3-gimbal-review-small-feature-packed-and-well-lit)**

(https://appleinsider.com/articles/21/07/03/zhiyun-smooth-q3-gimbal-review-small-feature-packed-and-well-lit)



**Mophie Snap+ Juice Pack Mini review: Apple's MagSafe, but not (https://appleinsider.com/articles/21/06/27/mophie-snap-juice-pack-mini-review-apples-magsafe-but-not)**

(https://appleinsider.com/articles/21/06/27/mophie-snap-juice-pack-mini-review-apples-magsafe-but-not)

LOAD          MORE      (/news/page/2)



(https://www.facebook.com/appleinsider) (https://twitter.com/appleinsider) (https://www.instagram.com/appleinsider_official/)

## APPLE A-Z

Apple Silicon (https://appleinsider.com/inside/apple-silicon)

**Page 139**

**Exhibit 9**

iPhone 12 (https://appleinsider.com/inside/iphone-12)

(HTTPS://APPLEINSIDER.COM)

iPhone 12 mini (https://appleinsider.com/inside/iphone-12-mini)

iPhone 12 Pro (https://appleinsider.com/inside/iphone-12-pro)

iPhone 12 Pro Max (https://appleinsider.com/inside/iphone-12-pro-max)

HomePod mini (https://appleinsider.com/inside/homepod-mini)

14" MacBook Pro (https://appleinsider.com/inside/14-inch-macbook-pro)

Apple Watch 6 (https://appleinsider.com/inside/apple-watch-series-6)

iPad Air (https://appleinsider.com/inside/ipad-air-4)

More... (https://appleinsider.com/inside)

## PRICE GUIDES

All (https://prices.appleinsider.com)

New Macs (https://prices.appleinsider.com/current-gen)

iPads (https://prices.appleinsider.com/ipad)

Apple Watch (https://prices.appleinsider.com/apple-watch)

iPhones (https://prices.appleinsider.com/iphone)

Apple TV & Accessories (https://prices.appleinsider.com/wireless)

AirPods & Homepods (https://prices.appleinsider.com/music)

iPhone & iPad Trade-in Prices (https://prices.appleinsider.com/trade-in)

## MORE

How-Tos (https://appleinsider.com/how-to)

Forums (https://forums.appleinsider.com)

Podcasts (https://appleinsider.com/podcast)

Deals (https://deals.appleinsider.com)

Videos (https://appleinsider.com/videos)

Reviews (https://appleinsider.com/reviews)

Contact Us (https://appleinsider.com/submit_story)

Advertise on AI (https://appleinsider.com/advertising)

**Page 140**

Apple supply chain wary of reduced iPhone orders for Q4 | AppleInsider

**DESIGNED BY CRAFTED (HTTPS://WWW.CRAFTEDNY.COM)**                                                      **Exhibit 9**

(HTTPS://APPLEINSIDER.COM)                                                                                   🔍

---

Copyright © 2021, Quiller Media, Inc.
Contact Us (https://appleinsider.com/contact) | Privacy Policy (https://appleinsider.com/privacy) | Terms of Use
(https://appleinsider.com/terms-of-use)

**Exhibit 9**





## Equity Research

| Company | | Rating | Price Target | | October 22, 2018 |
|---|---|---|---|---|---|

# Apple Inc.

**Buy**   **$200**

**Ticker**
AAPL

**North America**
United States

**Sector**
Technology

| | |
|---|---|
| Price at Oct 19, 2018 (USD) | 219.31 |
| Market Cap | 1.59B |
| 52-week range | 150.24-233.47 |
| Volume (ADV– 3 months) | 31.19 M |

Source: S&P Capital IQ

**Earnings Preview, iPhone XR Preorders Weaker than Expected, Reducing our XR Shipment Estimates, iPhone Max Production Increases Expected for the Holiday Season, iPad Pro and New MacBook Production Ramp**

### Rosenblatt Roundup

Apple will report their C3Q18 earnings on November 1. We believe the company will report revenues and earnings that are in line with our forecasts ($61.0 billion, $2.65) and guide inline or slightly better than our C4Q estimates ($91.2 billion, $4.71). We believe the better than expected guide will be due to new product releases (iPad Pro, MacBook) for the holiday season, as well as the increasing ASP of the new iPhone models.

Comparing this year to last, we believe the ASP for the iPhone model may increase $80 y/y. Apple's production increase for the iPhone 7/7+ in C3Q17 led to a lower ASP in 2H17. In addition, we believe the 512G iPhone model will account for 40-50% of total new model sales in 2018, while the older models become a smaller mix of total sales.

We continue to have concerns of China consumer spending confidence declines impacting overall iPhone sales in China, however.

**iPhone Preorders and Shipments**

iPhone XR preorders have been weaker than our expectations, but slightly better than iPhone XS and iPhone XS Max preorders. In our Apple note on September 17, we believed combined iPhone XS and iPhone XS Max preorders were ~10 million in the first three days. Based on the iPhone XR currently having only one week wait time in China and no wait time in the US and other major markets, we believe XR preorders will equate to less than or equal to 12 million units.

After the first day of preorders for the iPhone XR, we now believe initial iPhone XR sales could be weaker than our previous expectations. We estimate shipments of 12 million iPhone XR units to retail channels before October 26. We are also reducing our iPhone XR shipments from 50 million units to 46 million units for the second half of this year.

We believe iPhone XS and iPhone XS Max preorders have been generally stronger in the US than in China, while preorders for the iPhone XR have been stronger in China than in the US. We have been tracking iPhone XR preorder data in China, and our tracks indicate overall iPhone XR pre-registrations in China are ~2 million units for the first three days (Combining 900K+ from JD.Com [JD: NR], 600K+ from Suning.Com [002024.SHE: NR], and Chinese operator retail channels). iPhone XR pre-orders are similar to iPhone 8/8+ preorders in China last year, and slightly better than the 1.5 million XS/Max preorders in China. This is not a very exciting result. We will continue to track pre-order volumes in China, but so far, we believe iPhone XR demand may be lower than our previous estimates. We believe Apple will likely adjust down its iPhone XR production for November and December by about 3-4 million units.

**Jun Zhang**
China Telecom and IT
212 607-3180
jzhang@rblt.com

**Company Summary:**
Apple Inc. designs, manufactures, and markets mobile communication and media devices, personal computers, and portable digital music players worldwide. The company also sells related software, services, accessories, net-working solutions, and third-party digital content and applications.

Apple (AAPL) Price Chart – 1 Yr



Chart Source: Trading View

**Exhibit 9**

Jun Zhang
China Telecom and IT
212 607-3180
jzhang@rblt.com

October 22, 2018
Technology— Apple



#### iPhone XS

We remain cautious on iPhone XS sales, as well as older model sales, in the second half of this year. Despite our con-
cerns for weak XS sales, we are not making any changes to our iPhone XS production estimates before the holiday
season. However, we do expect some iPhone XS production cuts around the holiday season due to sell-through data
continuing to be weak. We still estimate 15 million iPhone XS shipments for 2nd half of this year but expect there
might be a ~4-5 million production reduction coming around holiday seasons.

#### iPhone XS Max

We believe Apple recently increased iPhone XS Max production by 2-3 million units (most are 512G models) for C4Q,
attributing to the holiday season inventory build. However, this week we are seeing XS Max sell-through cool down in
China. Our thoughts are that this cool down is attributable to consumers waiting for the release of the iPhone XR next
weekend. We previously estimated around 15 million units would be shipped in 2H18 but are now increasing our
estimates to 17.5 million units for iPhone XS Max shipments for the 2nd half of this year.

#### iPad Pro and iWatch

We believe the new iPad Pro will start to ramp in October, and the iPad will see a significant increase in ASP. Our
thoughts are that the new design of the iPad Pro will drive the new iPad upgrade cycle. In addition, iWatch sales con-
tinue to be strong, which should help C4Q guidance.

#### Apple Supply Chain

We believe there are risks for the Apply supply chain in the latter part of C4Q due to Chinese demand softness having
meaningful impacts on Apple's new model sell-through over the course of the next few quarters. In addition, we be-
lieve companies in the Apple supply chain will face risks due to weak sales for the iPhone XS and older models of the
iPhone.

#### Final Thoughts

In summary, we believe Apple will report in line revenue and earnings for C3Q, and guide C4Q in line or slightly above
both our and consensus ($61.5 billion, $2.78) estimates. We are more cautious on supply chain names, as we believe
there are significant risks from iPhone XS production cuts around the holiday season. We maintain our Buy rating on
Apple stock, as we believe the iPhone Max, iWatch, and iPad Pro will provide upside to gross margins.

# Exhibit 9



October 22, 2018
Technology– Apple

## Industry Analysts

**Marshall Senk**
Director of Research
212 607-3153
msenk@rblt.com

**Ryan Koontz**
Communications and Networking
212 607-3108
rkoontz@rblt.com

**Jun Zhang**
China Telecom and IT
212 607-3180
jzhang@rblt.com

**Mark Zgutowicz**
Internet
212 607-3114
mzgutowicz@rblt.com

**Hans Mosesmann**
Semiconductors
212 607-3181
hmosesmann@rblt.com

**Ken Hill, CFA**
Exchanges, Financial Technology
212 607-3117
khill@rblt.com

**Important Disclosures**
I, Jun Zhang, attest that the views expressed in this research report accurately reflect my personal views about the subject matter, security, or issuer. Furthermore, no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation or views expressed in this research report.

The material prepared by me employs appropriate expertise, and I believe that it fairly and accurately represents the subject matter reported upon and is not misleading. I accept no liability for any loss resulting from the use of the material presented in this report, except that this disclaimer of liability does not apply to the extent that such disclaimer may be prohibited by specific statutes, laws or regulations. This report is not to be relied upon in substitution for the exercise of independent judgment. I may have issued and may in the future issue, other reports that are inconsistent with, and which reach different conclusions than the information presented in this report. Those reports reflect the different assumptions, views, and analytical methods of the analysts who prepared them at that time and I assume no obligation to ensure that any other reports on the same subject matter addressed herein are brought to the attention of any recipient of this report.

**Ownership & Material Conflicts of Interest:** None.
**Compensation:** The research analyst who authored this report (the "Analyst") does not receive compensation based on the Firm's investment banking revenues or from the Company and has not done so for the past twelve months. The Firm does not have any investment banking relationship with the Company. As such, the firm has not received compensation for investment banking activities in the past twelve months and does not expect to receive compensation for investment banking activities in the next 3 months. The Firm does not have a consulting or other revenue-generating relationship with the Company in the last twelve months.
**Position as Officer/Director:** The Analyst does not serve as an officer, director, or advisory board member of the Company. The same is true for members of the Analyst's household.

**Explanation of Equity Research Ratings:** Rosenblatt Securities, Inc. uses the following ratings system: Buy [We believe this stock will outperform relative to other companies in its industry over the following 12 months.] Sell [We believe this stock will underperform relative to other companies in its industry over the following 12 months.] Neutral [We believe that this stock's performance will be in line with the average return of others in its industry over the following 12 months.]

**Price Chart:**



**Price Targets:** Please refer to the model for important information regarding valuation and the Analyst's method for determining Price Targets, as well as risk factors that may impede achievement of said target.

| Date | Rating | Share Price | Price Target | Date | Rating | Share Price | Price Target | Date | Rating | Share Price | Price Target | Date | Rating | Share Price | Price Target |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8-Sep-16 | Neutral | $ 108.36 | $ 102.00 | 8-Sep-17 | Neutral | $ 161.26 | $ 150.00 | 28-Nov-17 | Buy | $ 174.09 | $ 180.00 | 18-Jun-18 | Buy | $ 188.84 | $ 180.00 |
| 12-Sep-16 | Neutral | $ 103.13 | $ 102.00 | 13-Sep-17 | Neutral | $ 160.86 | $ 150.00 | 4-Dec-17 | Buy | $ 171.05 | $ 180.00 | 26-Jul-18 | Buy | $ 194.82 | $ 180.00 |
| 15-Sep-16 | Neutral | $ 111.77 | $ 102.00 | 15-Sep-17 | Neutral | $ 158.28 | $ 150.00 | 26-Dec-17 | Buy | $ 175.01 | $ 180.00 | 13-Sep-18 | Buy | $ 190.29 | $ 200.00 |
| 16-Sep-16 | Neutral | $ 115.57 | $ 102.00 | 20-Sep-17 | Neutral | $ 158.73 | $ 150.00 | 18-Jan-18 | Buy | $ 179.26 | $ 180.00 | 1-Sep-18 | Buy | $ 221.07 | $ 200.00 |
| 16-Sep-16 | Neutral | $ 114.811* | $ 102.00 | 25-Sep-17 | Neutral | $ 151.89 | $ 150.00 | 19-Jan-18 | Buy | $ 179.26 | $ 180.00 | 14-Sep-18 | Buy | $ 226.41 | $ 200.00 |
| 30-Sep-16 | Neutral | $ 112.18 | $ 102.00 | 26-Sep-17 | Neutral | $ 150.55 | $ 150.00 | 26-Jan-18 | Buy | $ 171.11 | $ 180.00 | 17-Sep-18 | Buy | $ 223.84 | $ 200.00 |
| 21-Oct-16 | Neutral | $ 117.06 | $ 102.00 | 11-Oct-17 | Neutral | $ 155.90 | $ 150.00 | 31-Jan-18 | Buy | $ 166.97 | $ 180.00 | 24-Sep-18 | Buy | $ 217.66 | $ 200.00 |
| 26-Oct-16 | Neutral | $ 118.25 | $ 102.00 | 18-Oct-17 | Neutral | $ 160.47 | $ 150.00 | 2-Feb-18 | Buy | $ 167.78 | $ 180.00 | 22-Oct-18 | Buy | $ 219.31 | $ 200.00 |
| 7-Dec-16 | Neutral | $ 109.95 | $ 102.00 | 20-Oct-17 | Neutral | $ 155.98 | $ 150.00 | 9-Feb-18 | Buy | $ 155.15 | $ 180.00 | | | | |
| 1-Feb-17 | Neutral | $ 121.35 | $ 120.00 | 24-Oct-17 | Neutral | $ 156.41 | $ 150.00 | 7-Mar-18 | Buy | $ 176.67 | $ 180.00 | | | | |
| 28-Mar-17 | Neutral | $ 140.88 | $ 120.00 | 27-Oct-17 | Neutral | $ 157.41 | $ 150.00 | 16-Mar-18 | Buy | $ 178.65 | $ 180.00 | | | | |
| 3-May-17 | Neutral | $ 147.51 | $ 120.00 | 30-Oct-17 | Neutral | $ 163.05 | $ 150.00 | 28-Mar-18 | Buy | $ 168.34 | $ 180.00 | | | | |
| 26-May-17 | Neutral | $ 153.87 | $ 120.00 | 3-Nov-17 | Buy | $ 168.11 | $ 180.00 | 2-May-18 | Buy | $ 169.10 | $ 180.00 | | | | |
| 2-Aug-17 | Neutral | $ 150.05 | $ 150.00 | 6-Nov-17 | Buy | $ 172.50 | $ 180.00 | 14-May-18 | Buy | $ 188.59 | $ 180.00 | | | | |
| 21-Aug-17 | Neutral | $ 157.50 | $ 150.00 | 21-Nov-17 | Buy | $ 169.99 | $ 180.00 | 30-May-18 | Buy | $ 187.90 | $ 180.00 | | | | |

\* Price as of 12:00 PM EDT

Source: S&P Capital IQ

**Rosenblatt Securities Equity Research Ratings Distribution, as of October 22, 2018**

| | Buy | Neutral (Hold) | Sell |
|---|---|---|---|
| Rosenblatt Securities Equity Research Coverage | 69.4% | 22.6% | 8.1% |
| IB clients* | 1.6% | 0% | 0% |

**Page 144**

**Exhibit 9**

October 22, 2018
Technology– Apple



## Industry Analysts

**Marshall Senk**
Director of Research
212 607-3153
msenk@rblt.com

**Ryan Koontz**
Communications and Networking
212 607-3108
rkoontz@rblt.com

**Jun Zhang**
China Telecom and IT
212 607-3180
jzhang@rblt.com

**Mark Zgutowicz**
Internet
212 607-3114
mzgutowicz@rblt.com

**Hans Mosesmann**
Semiconductors
212 607-3181
hmosesmann@rblt.com

**Ken Hill, CFA**
Exchanges, Financial Technology
212 607-3117
khill@rblt.com

*Percentage of investment banking clients in each rating category.

For purposes only of FINRA ratings distribution rules, our Neutral rating falls into a hold rating category. Please note that stocks with an NR (Not Rated) designation are not included in the table above.

**Market Making:** The Firm does not make markets in any securities.

**Other Disclosures:** All the views expressed in the research report accurately reflect the research analyst's personal views about any and all of the subject securities or issuers and no part of the research analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations, valuations, or views expressed by the research analyst in the research report.

The information contained in this report is not a complete analysis of every material fact with respect to any company. industry or security and is not an offer or solicitation to buy or sell any security. Although opinions and estimates expressed in this report reflect the current judgment of the Firm, the information upon which such opinions and estimates are based is not necessarily updated on a regular basis.

Estimates are not reviewed on a regular basis. In addition, opinions and estimates are subject to change without notice. Each investor must make its own determination of the appropriateness of an investment in any securities referred to herein based on any legal, tax and accounting considerations applicable to such investor and its own investment strategy.

By virtue of this publication, Rosenblatt Securities Inc or their employees shall not be responsible for any investment decision. The Firm from time to time may perform corporate finance services for companies mentioned in this report and may occasionally possess material, nonpublic information regarding such companies.

This information is not used in the preparation of the opinions and estimates contained in this report. Facts and the other information contained in this report have been obtained from public sources considered reliable but are not guaranteed in any way.

This report may not be reproduced, distributed, or published without the prior consent of Rosenblatt Securities Inc. Copyright © 2018. All rights reserved by Rosenblatt Securities Inc.

**Exhibit 9**

AN YICAIG0020181023eean0002w

SE Business

HD Apple to Send Two-Thirds of 3 Million iPhone XRs to China

BY Liao Shumin

WC 283 words

PD 23 Oct 2018

SN Yicai Global

SC YICAIG

CY Copyright © 2018 Yicai Global Co., Ltd. All Rights Reserved.


LP

(Yicai Global) Oct. 23 -- Apple has reserved most of its initial supply of iPhone XRs for China, which signals high hopes for the market despite lackluster pre-sales on the release day Sept. 21.The first batch of iPhone XR supply is expected to be at least three million units, of which China takes up two million handsets, tech news outlet Tencent reported today.




TD

The country's first-day pre-sales were less than one million, showing a lack of enthusiasm from consumers. Chinese buyers preferred domestic brands amid generally slowing handset sales in September, as the state-backed China Academy of Information and Communications Technology said in a report published on Oct. 15.


Industry analysts predict that the iPhone XR, with a minimum price of CNY6,499 (USD940), will become the most popular of the latest three releases. The model is also more affordable than the iPhone XS and XS Max.


Priced at CNY12,799 (USD1,870) in China, the iPhone XS MAX 512G is so far the most costly of its smartphones sold in the country and is almost a third more expensive than the same handsets marketed in the US.


Apple's official purchase page shows that the iPhone XR would be available on the official launch day of Oct. 26 while its delivery time is now changed to "one to two weeks." Alibaba's shopping platform Tmall also says that it will be shipped in 17 days. The prolonged delivery time could be a signal of strong demand while it may also speak for hunger marketing.


Editor: Emmi Laine

**Exhibit 9**

AN FLYWAL0020181024eeao00ted

SE

HD 09:24 EDT Apple iPhones receiving mixed feedback from smartphone buyers, says...

BY

WC 105 words

PD 24 Oct 2018

SN Theflyonthewall.com

SC FLYWAL

CY (c) 2018. Theflyonthewall.com.  All Rights Reserved.


LP

09:24 EDT Apple iPhones receiving mixed feedback from smartphone buyers, says OTR
GlobalAnalysts at OTR Global noted that Apple's recently launched iPhones are
seeing mixed feedback from leading smartphone buyers, reporting that 26 of 43
hardware buyers, product managers, heads of distribution and management directors
polled expect lower Q4 volumes for the new models compared to iPhone 8/8 Plus and X
in Q4 of last year. 20 of 44 sources see Apple's Q3 market share being down
quarter-over-quarter, especially in China and Europe, OTR Global added.OTRG


TD

Provided by Daniel Chen for exclusive use on 24-Oct-2018. Do not re-distribute.

 **BERNSTEIN**

**Exhibit 9**

24 October 2018
Target Price Change

U.S. IT Hardware

## Apple Inc

Rating

**Market-Perform**

Target Price

⌃ **AAPL**                    **225.00 USD** (200.00 *OLD*)

**A.M. (Toni) Sacconaghi, Jr.**
+1-212-407-5843
sacconaghi@bernstein.com

Daniel Chen
+1-212-823-3612
daniel.chen@bernstein.com

Corry Wang
+1-212-756-4113
corry.wang@bernstein.com

# AAPL: Q4 18 Preview - Expect upside to ASPs, but iPhone unit growth in FY 19 most likely to shape investor sentiment

We are raising our FY Q4 and FY 19 revenue and EPS estimates, largely due to richer ASP assumptions for iPhone and Watch. While Q4 18 results are not important on a standalone perspective, we are ahead of both consensus and guidance largely due to iPhone ASPs. Overall, we forecast Q4 18 iPhone ASPs of $800, vs consensus at $741, resulting in revenues of $63.3B vs consensus at $61.3B and EPS of $2.90 vs consensus at $2.77.

For FY 19, we expect flattish iPhone unit growth and gross margins YoY, but expect notably higher iPhone ASPs ($813 vs. $775), which leads our revenue and EPS estimates to be above consensus forecasts ($291.3B, $14.15 vs. $280.6B, $13.64).  That said, we believe that iPhone unit growth is likely to be the critical metric for investors going forward. We see the stock likely continuing to outperform if iPhone units can grow in FY 19, and the stock underperforming if units are down 3% or more. Given that we believe consensus iPhone ASPs are too low for Q4 and Q1, we believe that Apple could potentially guide Q1 in line or above consensus revenues of $92.7B (we are at $95.9B). We would view guidance for sequential revenue growth of >50% as pointing to flattish iPhone unit growth or better.

In addition to guidance, we encourage investors to focus on (1) services growth (we forecast 17% in Q4), (2) Greater China performance and commentary, (3) FY19 tax rate (we forecast an increase to 17%), (4) the ongoing trade war, and (5) share repurchases ($20B+ per qtr.).

### Investment Implications

On net, we remain constructive on Apple in the near-term, largely because revenue and EPS estimates appear too conservative; that said, we note that the stock trades at a 5-year high on most valuation metrics, and believe iPhone unit growth in FY 19 will likely be the key driver of investor sentiment.  We raise our price target to $225 on account of our higher, rolled forward EPS estimates and continue to rate Apple Market-Perform.

| | |
|---|---|
| Close Date | 23-Oct-2018 |
| AAPL Close Price (USD) | 222.73 |
| Target Price (USD) | 225.00 |
| Upside/(Downside) | 1% |
| 52-Week Low | 150.24 |
| 52-Week High | 233.47 |
| SPX | 2,740.69 |
| FYE | Sep |
| Indicated Div Yield | 1.3% |
| Market Cap (USD) (B) | 1,076 |
| EV (USD) (M) | 946,626 |

| Performance | YTD | 1M | 6M | 12M |
|---|---|---|---|---|
| Absolute (%) | 31.6 | 2.3 | 34.8 | 42.6 |
| SPX (%) | 2.5 | (6.5) | 2.6 | 6.9 |
| Relative (%) | 29.1 | 8.8 | 32.2 | 35.8 |

 Analyst Page        Bernstein Events

 Company Page

| EPS Adjusted | F17A | F18E | F19E |
|---|---|---|---|
| AAPL (USD) | 9.21 | **11.89** | **14.15** |
| *OLD* | | 11.79 | 13.65 |
| SPX | 129.17 | 158.96 | 175.22 |

| Financials | F17A | F18E | F19E | CAGR |
|---|---|---|---|---|
| Gross Margin (%) | 38.47 | 38.39 | 38.63 | |
| Operating Margin (%) | 26.76 | 26.67 | 26.56 | |
| EPS Growth (%) | 10.85 | 29.12 | 19.01 | |

| Valuation Metrics | F17A | F18E | F19E |
|---|---|---|---|
| P/E Adjusted (x) | 24.19 | 18.73 | 15.74 |
| REL P/E Adjusted (x) | 1.14 | 1.09 | 1.01 |

Provided by Daniel Chen for exclusive use on 24-Oct-2018. Do not re-distribute.

**Exhibit 9**
24 October 2018

**A.M. (Toni) Sacconaghi, Jr.**   +1-212-407-5843   sacconaghi@bernstein.com



## TICKER TABLE

| Ticker | Rating | | 23 Oct 2018 Closing Price | Target Price | TTM Rel. Perf. | | EPS Adjusted | | | P/E Adjusted | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 2017A | 2018E | 2019E | 2017A | 2018E | 2019E |
| AAPL | M | USD | 222.73 | **225.00** | 35.8% | USD | 9.21 | **11.89** | **14.15** | 24.19 | 18.73 | 15.74 |
| *OLD* | | | | 200.00 | | | | 11.79 | 13.65 | | | |
| SPX | | | 2,740.69 | | | | 129.17 | 158.96 | 175.22 | 21.22 | 17.24 | 15.64 |

**TARGET PRICE CHANGE / ESTIMATE CHANGE IN BOLD**    O - Outperform, M - Market-Perform, U - Underperform, N – Not Rated

## DETAILS

*Apple reports its FQ4 18 (September quarter) results on Thursday, November 1st after the close. Investors can dial into the conference call at (877) 419-6600 or (719) 325-4900.*

While Q4 18 results are not important on a standalone perspective, we are ahead of both consensus and guidance on EPS largely due to iPhone ASPs.  Overall, we forecast Q4 18 iPhone ASPs of $800, vs consensus at $741, resulting in revenues of $63.3B vs consensus at $61.3B and EPS of $2.90 vs consensus at $2.77 (Exhibit 1).

+   **iPhone units and ASPs.**  We believe that iPhone units followed Apple's usual seasonal pattern in FQ4, as it has generally done historically (**Exhibit 2**), and forecast a seasonal channel build of 2M units to 18.6 Million (**Exhibit 3**). Overall, we see Q4 iPhone units relatively flat on a sell-through basis (**Exhibit 4**) and are in-line with consensus on iPhone units (46.75M vs consensus at 47.59M).  The more controversial question is ASPs.  We believe that N-gen models are typically ~30-40% of iPhone sales in the quarter, based on our analysis of first weekend sales data when Apple used to provide the data (**Exhibit 5**).  Given that Apple has changed its SKU strategy and pricing yet again (with an initial launch of the iPhone 10Max and 10S, we estimate that ASPs could be significantly higher than consensus – we forecast ASPs of $800 (vs consensus at $741 and +29% YoY – **Exhibits 6 and 7**) and note that it could be higher based on what we view as somewhat conservative mix assumptions **(Exhibit 8)**.

+   **Revenue.**  We forecast FQ4 revenue forecast of $63.3B, above both consensus at $61.3B and Apple's guidance of $60B - $62B. Apple hedges currency, and we do not believe that recent dollar strength had a major impact on Apple in the quarter (**Exhibit 9**). In addition to iPhone revenue of $37.4B (46.75M units at $800 ASP), we forecast services revenue of $10.0B (up 17% as reported and +27% after adjusting for a $640M one-time licensing payment in Q4 17) – broadly in-line with consensus at $10.1B. While Apple refreshed its MacBook Pro on July 12th, it was not the complete overhaul of the MacBook and iMac line-up that was expected in the quarter. We modestly reduce our Mac sales forecast to $6.87B (vs consensus at $6.95B). Relative to consensus, we are 3.6% lower on units at 4.74M and 2.6% higher on ASPs at $1,450. Given that no new iPad was introduced at the September product launch as many had expected, we modestly reduce our Q4 revenue estimate on iPad to $4.4B on 10.4M units (ASP of $425) vs consensus at $4.7B on 10.5M units (ASP of $446). We raise our estimate on other products to $4.6B from $4.1B on higher ASPs and units from the Watch Series 4 launch.

+   **Gross margin.**  We model FQ4 gross margin of 38.5%, which is up 13 bps sequentially and up 56 bps YoY.  We are at the high end of the 38%-38.5% guidance range and modestly above consensus at 38.2%.

+   **EPS.**  We forecast FQ4 EPS of $2.90 –higher than consensus at $2.77, and above Apple's implied guidance of ~$2.65 to $2.86. We are ahead of consensus primarily due to higher iPhone ASPs and modestly better gross margins.

Investor focus is now on FY19, and what guidance for Q1 (Dec quarter) might suggest. For FY 19, we expect flattish iPhone unit growth and gross margins YoY, but expect notably higher iPhone ASPs ($813 vs. $775), which leads our revenue and EPS estimates to be above consensus forecasts ($291.3B, $14.15 vs. $280.6B, $13.64).  That said, we believe that iPhone unit growth is likely to be the critical metric for investors going forward. We see the stock likely continuing to outperform if iPhone units can grow in FY 19, and the stock underperforming if units are down 3% or more. Given that we believe consensus is too low on iPhone ASPs in Q4 and Q1, we believe that Apple could potentially guide inline to above consensus revenues of $92.7B (we are at $95.9B). We would view guidance for sequential revenue growth of >50% as pointing to flattish iPhone unit growth or better, and expect GM guidance of 38% to 38.5%, in line with consensus.

Provided by Daniel Chen for exclusive use on 24-Oct-2018. Do not re-distribute.

**Exhibit 9**
24 October 2018

A.M. (Toni) Sacconaghi, Jr.   +1-212-407-5843   sacconaghi@bernstein.com

+ **FY 19 expectations – strong ASPs again for iPhone…** For FY 19, we have raised our estimates largely due to higher expected iPhone and Watch ASPs, are and above consensus on revenues ($291.3B vs. $280.6B) and EPS ($14.15 vs. $13.64). We forecast flat iPhone units (218M), Services revenue growth of +18%, relatively flat gross margins (38.6%, up 16 bps) and iPhone ASPs of $813, vs. consensus $775 (**Exhibit 1 again**). We have built a pricing model and sensitivity analysis (soft copy available for clients upon request) to model ASPs for FY 19 – the punchline is that even assuming a relatively strong mix shift to the iPhone XR (45% of total units, vs. 10% for the XS and 20% for the XS Max), our ASPs are 5% above consensus and are up 6% YoY (**Exhibits 10-12**). We see a reasonable possibility that iPhone pricing could be higher than we model.

+ **But iPhone units likely still matter most.** Apple's stock has enjoyed significant multiple expansion year-to-date, fueled in part by the belief that the company has pricing power, due to its strong brand, attractive product set, and powerful ecosystem. That said, we believe that investor sentiment will ultimately be shaped by iPhone unit growth, as the buyside debate around iPhone ASPs appears centered on the magnitude of the increase, rather than whether prices will increase or not. In a nutshell, we contend that if iPhone units up (even nominally) in FY 19, the stock will likely continue to fare well, with investors taking comfort in Apple's brand and pricing power. That said, if iPhone units decline (say 3% or more) in FY 19, that thesis may unravel, as investors question whether Apple's ability to take price has reached its limit and whether declining units could impact downstream services revenues. We note that Apple did experience some pronounced price elasticity at both the high end and low end of its iPhone product line-up last year, and we expect it could see the same again this year.[1]

+ **Guidance historically a good indicator on cycle strength…** Importantly, Apple's guidance for the FY Q1 is likely to provide clues to how strong the iPhone cycle might be. Historically, we note that FQ1 YoY revenue and gross margin guidance has been a good leading indicator of Apple's fiscal year performance, in part because iPhone sales typically follow a relatively predictable seasonal pattern following the December quarter.  In 5 out of the 6 latest iPhone launches (i.e., since Apple began its September release schedule), FQ1 guidance dictated Apple's full fiscal year revenue and gross margins directionally (**Exhibits 13 and 14**). Recall that Apple typically guides conservatively and last missed the midpoint of its GM guidance in Q2 13 (**Exhibit 15**).

+ **…but ASP uncertainty may make it tough to get a read on iPhone units.** The challenge is that iPhone's ASPs are not only expected to increase YoY in Q1, but the timing of the XR launch makes it difficult to gauge with high confidence what ASPs might be like in FQ1. Accordingly, given that Apple only provides revenue guidance, it may be difficult to impute with confidence what iPhone units for December might be, and how they compare YoY. On net, we believe that revenue guidance that is up 50% or more sequentially (i.e., $95B+ according to our models) would likely point to flat to up iPhone units YoY. For gross margins, we expect Apple to guide to 38% to 38.5%, in line with recent quarters (**Exhibit 16**).


**In addition to guidance, we encourage investors to continue monitoring (1) services growth, (2) Greater China performance and commentary, (3) FY19 tax rate, (4) the ongoing trade war, and (5) progress in share buybacks.**

+ **Services growth.** We expect another strong quarter for Apple's services business and forecast revenue to grow 17% YoY or 27% after adjusting for the $640M one-time benefit from a new Google contract in Q417.  Nonetheless, 27% reflects a modest deceleration from Q3 18's 31% growth (28% after adjusting for a $236M one-timer related to the resolution of a lawsuit), and 31% growth in FQ1 18 (**Exhibit 17**). Within Services, we see growth yet again driven by Licensing, iCloud, Music, App Store, and Apple Care. We estimate that Licensing is ~19% of Apple's services revenue and very high margin (perhaps all profits) – growing at ~50% YoY due to an agreement to make Google the default search engine for Siri and Spotlight last year and Apple's small, but fast growing advertising business.[2] We note that Google reports earnings on October 25th (tomorrow) after the market close, and we encourage investors to monitor TAC expense and guidance closely on their earnings call. Beyond Licensing, we model 23% AppStore growth – a modest deceleration from ~+25% in recent quarters on a tough (+~40%) compare.

---

[1] For details, see:  AAPL: Yes, iPhones do appear to be price elastic; will Apple have enough low-end price points in FY19 to ensure unit growth?

[2] For details, see:  AAPL: What happened with Services Growth in FY Q2?  and Apple: Advertising - The next multi-billion dollar services business? A deep dive

**Page 150**

Provided by Daniel Chen for exclusive use on 24-Oct-2018. Do not re-distribute.

**Exhibit 9**
24 October 2018

A.M. (Toni) Sacconaghi, Jr.   +1-212-407-5843   sacconaghi@bernstein.com

+ *Health of China.* Greater China represents ~20% of Apple's revenue and has grown in each of the past 4 quarters, driven by (1) iPhone and (2) Services, which were listed by Apple as the main reasons revenue grew in Greater China in the first 9 months of FY18 and in Q1 18 (**Exhibit 18**). Monthly Chinese government data suggests that year-over-year unit demand from non-Chinese smartphone manufacturers in the mainland may have decelerated in CQ3 18 (down -20%+ year-over-year) after four consecutive quarters of relatively flat unit demand from foreign OEMs. Similarly, Tencent reported weak smartphone gaming revenue in China in its CQ2 18 earnings release (~50% deceleration in growth) - (**Exhibit 19**), which could portent to weak App Store sales in China. We estimate that China might account for ~1/3 of Apple App Store revenue, with games accounting for perhaps 75%+ of that, meaning that Chinese gaming might account for ~$3B of Services revenue each year or ~9% of total Services revenue. In other words, if Tencent's[3] CQ2 gaming weakness was indicative of Apple's gaming revenue in China, FQ3 gaming might have been up to a ~450 bps sequential headwind to Apple's services growth. While Tencent cites short-term factors in its CQ2 weakness (timing of game launches, etc.) and they have not reported CQ3 18 earnings yet, prolonged weakness in gaming could be a material headwind to Apple's all-important services revenue growth.

+ *Tax rate.* Following tax reform, Apple's guided tax rate declined from 25.5% in FQ1 18 to 15% starting in FQ2 18. However, similar to other companies with a fiscal year end that does not align with the calendar year, Apple will begin paying US GILTI tax effective FQ1 19. That means that foreign earnings will see a minimum tax rate, which for relatively asset-light businesses like Apple's is likely amount to 10.5% - half of the US rate. The upshot is that Apple paid just 3.7% of foreign pre-tax earnings in FY17, meaning its tax rate could rise ~7% on ~70% of its earnings – up to a 4 to 5 point increase in its overall tax rate. That said, we believe management can find ways to minimize the impact of GILTI and note that Apple reported taxes in FQ2 and FQ3 was below its guided 15% (it reported 14.5% and 13.3% tax rate, respectively). Overall, we model a 17% tax rate going forward but encourage investors to monitor the guided rate for FQ1 19.

+ *Trade war.* Apple is an important staple for both the Chinese and US economies. In China, Apple indirectly supports an estimated ~2M to 3M employees through Foxconn and the broader supply chain. Apple also generates an estimated ~13% of its revenue from Mainland China. In the USA, Apple is the largest company by market cap, a leading tax payer, employs 80K workers and claims to support 450K jobs in the USA via its supply chain.[4] We believe that only Mac Mini, Airport routers, tech accessories like Magic Mouse and various chargers, and leather accessories are thus far impacted by the tariff. These collectively result in just ~1% of Apple's revenue being hit by a 10% duty. While neither side wants to hurt Apple, it is possible that if the trade war escalates, Apple could be collateral damage.

+ *Share buybacks.* Apple and Warren Buffett collectively accounted for ~7%+ of trading volume in each of the past 2 quarters. These share purchases have resulted in a strong buy-bid under the stock.[5] Apple still had $190B left in its buyback program as of the end of Q2 18, and management suggested ~$20B per quarter may be a minimum buyback level in the coming quarters, but the company would be opportunistic (**Exhibit 20**).

**On net, we remain constructive on Apple in the near-term and see several puts and takes. On one hand, we think FY19 consensus estimates are too low, other products and services revenue continue to rip, Apple is increasingly viewed as a consumer brand by many investors, which could justify a multiple re-rating, and the company continues to buyback $20B+ of shares per quarter. On the other hand, Apple trades at the high end of its historical trading multiple, the iPhone business is mature and still accounts for 60% of Apple's revenue/profits, and it is unclear whether FY19 iPhones will have a catalyst (egg, ASPs or 5G). We raise our price target to $225 on account of our higher, rolled forward EPS estimates and continue to rate Apple market-perform.**

+ *Puts.* On the one hand, we are ~4% above consensus on EPS in FY19 ($14.15 vs $13.64) and believe that consensus estimates are likely to increase due to higher ASPs. Apple has also seen strong success in non-iPhone hardware products, many of which will be aided in FY19 by product refreshes. On the product refresh side, Apple Watch Series 4 is a new form factor with higher ASPs, a bezel-less iPad Pro and redesigned MacBook Air / iMac are expected to be launched next week, and many expect an update to the popular AirPods. Apple is also slated to release its wireless charging pad and launch original content and/or a streaming service in early 2019. Meanwhile, Apple's high-margin Services business is now ~14% of sales and an estimated ~25% of gross profit, and it continues to grow at a strong double-digit pace as ARPU grows

---

[3] Tencent not covered by Bernstein

[4] For details, see:  IT Hardware: What happens to Apple in a trade war?

[5] For details, please see:  AAPL: Active investors have been shying away, but the stock has ripped... why?

Provided by Daniel Chen for exclusive use on 24-Oct-2018. Do not re-distribute.

**Exhibit 9**
24 October 2018

A.M. (Toni) Sacconaghi, Jr.   +1-212-407-5843   sacconaghi@bernstein.com

(**Exhibit 21**), allowing it to offset a potential modest decline in iPhone revenue down the line. Apple also has enough cash to continue to aggressively repurchase its shares for another 8 quarters, and the company is increasingly viewed as a consumer brand given its recent pricing power and success in launching non-iPhone products and services.

+ *Takes.* On the other hand, Apple trades at the high end of its historical trading multiple - 16.6x consensus and 15.7x our NTM earnings estimates – much higher than the historical average P/FE multiple of 13.8x. Similarly, Apple trades at 1.06x consensus relative P/FE and 1.00x our estimate. On a FCF basis, Apple trades at ~16.9x NTM consensus FCF – much higher than the 5-year average of 13.2x. Each of these valuation metrics are the highest in over 5 years – even higher than Apple during the hugely successful iPhone 6 cycle (**Exhibits 22 to 24**). Moreover, Apple's iPhone business is still ~60% of revenue and profits, and appears to be mature – units have been flat-to-down since CY15 during the iPhone 6 cycle (**Exhibit 25**). Moreover, Apple's installed base growth is plateauing, which is potentially a headwind to Services growth (**Exhibit 26**).

+ *Price target.* We raise our price target to $225. Since we last set our target price based on FY$200 on 7/31/18, our NTM EPS estimate has increased by ~11%+, in part due to roll forward of timing and in part due to an increase in our estimates. Our revised target price of $225 reflects an FY19 P/FE number of ~16x.

EXHIBIT 1: **AAPL: Bernstein vs. Consensus ($M, except per share)**

| Consensus as of: 10/23/2018 | FQ417 Actual | FY17 Actual | FQ318 Actual | FQ418E Bernstein | FQ418E Cons. | FQ418E Guidance | FY18E Bernstein | FY18E Cons. | FQ119E Bernstein | FQ119E Cons. | FQ219E Bernstein | FQ219E Cons. | FQ319E Bernstein | FQ319E Cons. | FQ419E Bernstein | FQ419E Cons. | FY19E Bernstein | FY19E Cons. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mac Revenue | 7,170 | 25,850 | 5,330 | 6,873 | 6,946 | | 24,946 | 25,008 | 7,383 | 6,947 | 5,781 | 5,680 | 5,371 | 5,458 | 6,636 | 6,852 | 25,170 | 24,889 |
| Y/Y Change | 24.9% | 13.2% | -4.7% | -4.1% | -3.1% | | -3.5% | -3.3% | 7.1% | 0.8% | -1.2% | -2.9% | 0.8% | 2.4% | -3.4% | -1.3% | 0.9% | -0.5% |
| iPhone Revenue | 28,846 | 141,319 | 29,906 | 37,401 | 35,284 | | 166,915 | 164,809 | 63,426 | 62,231 | 42,601 | 40,121 | 33,143 | 31,521 | 38,093 | 36,115 | 177,263 | 169,806 |
| Y/Y Change | 2.4% | 3.4% | 20.4% | 29.7% | 22.3% | | 18.1% | 16.6% | 3.0% | 1.1% | 12.0% | 5.5% | 10.8% | 5.4% | 1.9% | 2.4% | 6.2% | 3.0% |
| iPad Revenue | 4,831 | 19,222 | 4,741 | 4,419 | 4,667 | | 19,135 | 19,397 | 6,176 | 5,749 | 4,214 | 4,037 | 4,830 | 4,611 | 4,449 | 4,363 | 19,669 | 18,854 |
| Y/Y Change | 13.5% | -6.8% | -4.6% | -8.5% | -3.4% | | -0.5% | 0.9% | 5.4% | -1.9% | 2.5% | -1.9% | 1.9% | -2.7% | 0.7% | -6.5% | 2.8% | -2.8% |
| Services Revenue | 8,501 | 29,980 | 9,548 | 9,976 | 10,139 | | 37,185 | 37,359 | 10,245 | 10,501 | 10,832 | 11,011 | 11,015 | 11,371 | 11,801 | 12,309 | 43,893 | 44,950 |
| Y/Y Change | 34.4% | 23.1% | 31.4% | 17.3% | 19.3% | | 24.0% | 24.6% | 20.9% | 24.6% | 17.9% | 19.8% | 15.4% | 19.1% | 18.3% | 21.4% | 18.0% | 20.3% |
| Other Revenues | 3,231 | 12,877 | 3,740 | 4,624 | 4,292 | | 17,804 | 17,843 | 8,641 | 7,275 | 5,792 | 4,739 | 5,044 | 4,532 | 5,786 | 5,152 | 25,263 | 22,076 |
| Y/Y Change | 36.2% | 15.7% | 36.7% | 43.1% | 32.6% | | 38.3% | 38.6% | 57.4% | 32.5% | 46.6% | 19.9% | 34.9% | 21.2% | 25.1% | 20.0% | 41.9% | 23.7% |
| Revenue ($M) | 52,579 | 229,248 | 53,265 | 63,292 | 61,328 | $60-$62B | 265,984 | 264,417 | 95,870 | 92,702 | 69,219 | 65,588 | 59,402 | 57,494 | 66,766 | 64,791 | 291,258 | 280,575 |
| Y/Y Change | 12.2% | 6.3% | 17.3% | 20.4% | 16.6% | 14.1%-17.9% | 16.0% | 15.3% | 8.6% | 5.0% | 13.2% | 7.3% | 11.5% | 7.9% | 5.5% | 5.5% | 9.5% | 6.1% |
| | | | | | | | | | | | | | | | | | | |
| Gross Margin | 37.9% | 38.5% | 38.3% | 38.5% | 38.2% | 38.0%-38.5% | 38.4% | 38.3% | 38.6% | 38.6% | 38.5% | 38.3% | 38.7% | 38.3% | 38.8% | 38.3% | 38.6% | 38.2% |
| Y/Y Change | 15bp | (81)bp | (17)bp | 56 bp | 32 bp | 9- 59 bp | (8)bp | (17)bp | 15 bp | 20 bp | 38 bp | (23)bp | 37 bp | 10 bp | 16 bp | (2)bp | 16 bp | (7)bp |
| Operating Margin | 25.0% | 26.8% | 23.7% | 25.5% | 25.2% | 24.6%-25.7% | 26.7% | 26.6% | 29.6% | 29.6% | 25.8% | 25.8% | 23.8% | 23.6% | 25.5% | 25.1% | 26.6% | 26.4% |
| Y/Y Change | (15)bp | (107)bp | (4)bp | 56 bp | 27 bp | | (10)bp | (13)bp | (20)bp | (17)bp | (23)bp | (21)bp | 14 bp | (193)bp | 2 bp | (8)bp | (20)bp | (24)bp |
| | | | | | | | | | | | | | | | | | | |
| EPS ($) | 2.07 | 9.21 | 2.34 | 2.90 | 2.77 | 2.65-2.86 | 11.89 | 11.74 | 5.03 | 4.92 | 3.25 | 3.12 | 2.64 | 2.58 | 3.23 | 3.10 | 14.15 | 13.64 |
| Y/Y Change | 23.7% | 10.9% | 40.4% | 40.1% | 33.9% | 33.2% | 29.1% | 27.5% | 29.2% | 26.5% | 19.1% | 14.6% | 12.9% | 10.3% | 11.6% | 11.9% | 19.0% | 16.2% |
| | | | | | | | | | | | | | | | | | | |
| Mac Units (000) | 5,386 | 19,251 | 3,720 | 4,740 | 4,916 | | 17,650 | 17,777 | 5,572 | 4,871 | 4,282 | 3,905 | 3,906 | 3,850 | 4,740 | 4,801 | 18,500 | 17,399 |
| Y/Y Change | 10.2% | 4.1% | -13.3% | -12.0% | -8.7% | | -8.3% | -7.7% | 9.0% | -4.7% | 5.0% | -4.2% | 5.0% | 3.5% | 0.0% | 2.3% | 4.8% | -2.1% |
| Implied ASP ($) | 1,331 | 1,343 | 1,433 | 1,450 | 1,413 | | 1,413 | 1,407 | 1,325 | 1,426 | 1,350 | 1,455 | 1,375 | 1,418 | 1,400 | 1,427 | 1,361 | 1,431 |
| iPhone Units (000) | 46,677 | 216,756 | 41,300 | 46,752 | 47,592 | | 217,585 | 218,225 | 75,738 | 77,854 | 53,016 | 52,801 | 41,883 | 42,241 | 47,328 | 47,924 | 217,964 | 219,060 |
| Y/Y Change | 2.6% | 2.3% | 0.7% | 0.2% | 2.0% | | 0.4% | 0.7% | -2.0% | 0.7% | 1.5% | 1.1% | 1.4% | 2.3% | 0.2% | 0.4% | 0.2% | 0.4% |
| Implied ASP ($) | 618 | 652 | 724 | 800 | 741 | | 767 | 755 | 837 | 799 | 804 | 760 | 791 | 746 | 805 | 754 | 813 | 775 |
| iPad Units (000) | 10,326 | 43,753 | 11,553 | 10,398 | 10,466 | | 44,234 | 44,466 | 13,725 | 13,198 | 9,470 | 9,262 | 11,364 | 11,017 | 10,228 | 10,057 | 44,787 | 43,432 |
| Y/Y Change | 11.4% | -4.0% | 1.1% | 0.7% | 0.2% | | 1.1% | 1.6% | 4.2% | -1.5% | 1.6% | -4.6% | -1.6% | -4.9% | 1.3% | 3.9% | 1.3% | -2.3% |
| Implied ASP ($) | 468 | 439 | 410 | 425 | 446 | | 433 | 436 | 450 | 436 | 445 | 436 | 425 | 419 | 435 | 434 | 439 | 434 |
| Watch Units (000) | 3,500 | 13,200 | 3,335 | 5,503 | 4,764 | | 20,388 | 20,113 | 10,730 | 7,786 | 6,438 | 4,965 | 4,700 | 4,820 | 6,815 | 5,476 | 28,683 | 23,861 |
| Y/Y Change | 48.4% | 42.6% | 45.0% | 57.2% | 36.1% | | 54.5% | 52.4% | 53.3% | 11.2% | 41.5% | 9.1% | 40.0% | 44.5% | 23.8% | 14.9% | 40.7% | 18.6% |
| Implied ASP ($) | 470 | 468 | 460 | 480 | 446 | | 465 | 438 | 545 | 457 | 530 | 483 | 510 | 456 | 500 | 445 | 525 | 431 |

Source: FactSet consensus, Bernstein estimates

Provided by Daniel Chen for exclusive use on 24-Oct-2018. Do not re-distribute.

**Exhibit 9**
24 October 2018

A.M. (Toni) Sacconaghi, Jr.   +1-212-407-5843   sacconaghi@bernstein.com

EXHIBIT 2:  **AAPL:  iPhone Sell-in Seasonality**

| | **iPhone Unit Seasonality** | | | | | | **iPhone Unit Sales** | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Y/Y | | Q1 | Q2 | Q3 | Q4 | Year |
| **2011** | 15.1% | 14.9% | 9.1% | (16.1%) | 80.8% | **2011** | 16,235 | 18,647 | 20,338 | 17,073 | 72,293 |
| **2012** | 101.5% | 1.9% | (25.8%) | 3.4% | 69.3% | **2012** | 34,398 | 35,064 | 26,028 | 26,910 | 122,400 |
| **2013** | 77.6% | (21.7%) | (16.5%) | 8.2% | 22.8% | **2013** | 47,789 | 37,430 | 31,241 | 33,797 | 150,257 |
| **2014** | 51.0% | (14.3%) | (19.5%) | 11.6% | 12.6% | **2014** | 51,025 | 43,719 | 35,203 | 39,272 | 169,219 |
| **2015** | 89.6% | (17.9%) | (22.3%) | 1.1% | 36.6% | **2015** | 74,468 | 61,170 | 47,534 | 48,046 | 231,218 |
| **2016** | 55.6% | (31.5%) | (21.1%) | 12.7% | *(8.4%)* | **2016** | 74,779 | 51,193 | *40,399* | *45,513* | 211,884 |
| **2017** | 59.7% | (30.2%) | (19.2%) | 13.8% | *(0.3%)* | **2017** | 72,698 | 50,763 | 41,026 | 46,677 | 211,164 |
| **2018** | 65.6% | (32.5%) | (20.9%) | 13.2% | 3.0% | **2018** | 77,316 | 52,217 | 41,300 | 46,752 | 217,585 |
| **Full Refresh Avg.** | 60.5% | (13.7%) | (12.2%) | 1.7% | 35.0% | **Full Refresh Avg.** | 52,797 | 42,003 | 35,035 | 36,398 | 166,233 |
| **S-Cycle Avg** | 69.4% | (14.6%) | (22.1%) | 9.2% | 24.5% | **S-Cycle Avg** | 53,401 | 43,325 | 33,877 | 37,232 | 167,834 |
| **Hist. Avg.** | 64.5% | (16.4%) | (17.0%) | 6.0% | 27.1% | **Hist. Avg.** | 56,088 | 43,775 | 35,384 | 38,005 | 173,252 |
| **3Y Avg.** | 68.3% | (26.5%) | (20.9%) | 9.2% | 9.3% | **3Y Avg.** | 73,982 | 54,375 | 42,986 | 46,745 | 218,089 |

Note:  FQ1 17 / FY17 and FQ1 12/FY12 are adjusted for an extra week in the quarter
Source:  Company filings

EXHIBIT 3:  **AAPL:  iPhone Change in Channel Inventory (thousands of units)**

### Sequential Change in iPhone Channel Inventory



Source:  Company reports, Bernstein estimates and analysis

Provided by Daniel Chen for exclusive use on 24-Oct-2018. Do not re-distribute.

**Exhibit 9**
24 October 2018

A.M. (Toni) Sacconaghi, Jr.   +1-212-407-5843   sacconaghi@bernstein.com

### EXHIBIT 4: AAPL: iPhone Sell-through Seasonality

| iPhone Unit Seasonality | | | | | | | iPhone Unit Sales | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Y/Y | | | Q1 | Q2 | Q3 | Q4 | Year |
| 2011 | 21.0% | 5.7% | 15.9% | (12.3%) | 80.8% | | 2011 | 16,035 | 16,947 | 19,638 | 17,223 | 69,843 |
| 2012 | 98.6% | (5.3%) | (18.8%) | (0.8%) | 70.5% | | 2012 | 34,212 | 32,414 | 26,328 | 26,110 | 119,064 |
| 2013 | 77.3% | (21.3%) | (12.6%) | (4.2%) | 21.8% | | 2013 | 46,289 | 36,430 | 31,841 | 30,497 | 145,057 |
| 2014 | 64.0% | (12.8%) | (19.0%) | 8.4% | 15.3% | | 2014 | 50,025 | 43,619 | 35,353 | 38,322 | 167,319 |
| 2015 | 94.8% | (19.4%) | (20.0%) | (4.3%) | 36.9% | | 2015 | 74,668 | 60,170 | 48,134 | 46,046 | 229,018 |
| 2016 | 55.2% | (27.8%) | (14.0%) | (3.1%) | (8.1%) | | 2016 | 71,479 | 51,643 | 44,399 | 43,013 | 210,534 |
| 2017 | 66.4% | (27.3%) | (14.8%) | 2.4% | 1.3% | | 2017 | 71,584 | 52,013 | 44,326 | 45,377 | 213,300 |
| 2018 | 61.1% | (26.1%) | (17.1%) | 1.0% | 1.8% | | 2018 | 73,116 | 54,017 | 44,800 | 45,252 | 217,185 |
| Full Refresh Avg. | 64.9% | (11.7%) | (5.6%) | (7.0%) | 46.5% | | Full Refresh Avg. | 52,144 | 37,849 | 33,204 | 31,255 | 147,973 |
| S-Cycle Avg | 72.6% | (15.3%) | (18.9%) | 3.8% | 42.9% | | S-Cycle Avg | 51,905 | 42,559 | 30,841 | 32,216 | 143,192 |
| Hist. Avg. | 67.3% | (16.8%) | (12.5%) | (1.6%) | 27.5% | | Hist. Avg. | 54,676 | 43,407 | 36,852 | 36,480 | 171,415 |
| 3Y Avg. | 72.2% | (24.8%) | (17.7%) | 0.3% | 14.7% | | 3Y Avg. | 72,577 | 51,811 | 38,443 | 38,288 | 180,465 |

Note: FQ1 17/FY17 and FQ1 12/FY12 are adjusted for an extra week in the quarter
Source: Company filings

### EXHIBIT 5: AAPL: iPhone Launch Geographies and Days in Launch Quarter

| Model | Announcement Date | Release Date | Days in Launch Quarter | First 24 Hour Orders | First Weekend Sales | Est. New Release as % of Quarter Sales[1] | USA | Australia | Canada | China | France | Germany | Hong Kong | Japan | Singapore | UK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| iPhone 3GS | 6/8/2009 | 6/19/2009 | | Not Ann. | 1+ Million | 53% | X | | X | | X | X | | | | X |
| iPhone 4 | 6/7/2010 | 6/24/2010 | | 0.6+ Million | 1.7+ Million | 29% | X | | | | X | X | | X | | X |
| iPhone 4S | 10/4/2015 | 10/14/2011 | 79 | 1+ Million | 4+ Million | 90% | X | X | X | | X | X | X | X | X | X |
| iPhone 5 | 9/12/2012 | 9/21/2012 | 9 | 2+ Million | 5+ Million | 34% | X | X | X | | X | X | X | X | X | X |
| iPhone 5S/C | 9/10/2013 | 9/20/2013 | 9 | Not Ann. | 9+ Million | 49% | X | X | X | X | X | X | X | X | X | X |
| iPhone 6/6+ | 9/9/2014 | 9/19/2014 | 9 | 4+ Million | 10+ Million | 47% | X | X | X | | X | X | X | X | X | X |
| iPhone 6s/6s+ | 9/9/2015 | 9/25/2015 | 2 | Not Ann. | 13+ Million | 18% | X | X | X | X | X | X | X | X | X | X |
| iPhone 7 | 9/7/2016 | 9/16/2016 | 9 | Not Ann. | Not Ann. | ~30-40% | All of the Above + 18 More | | | | | | | | | |
| iPhone 8 | 9/12/2017 | 9/22/2017 | 9 | Not Ann. | Not Ann. | ~30-40% | All of the Above + 18 More | | | | | | | | | |
| iPhone Xs/Xs Ma | 9/12/2018 | 9/21/2018 | 9 | Not Ann. | Not Ann. | ~30-40% | All of the Above + 20 More | | | | | | | | | |

1 Assumes Apple achieves first three days of sales each subsequent 6 days remaining in the quarter, except in 2011 due to early quarter release
Source: Company filings, Bernstein analysis

Provided by Daniel Chen for exclusive use on 24-Oct-2018. Do not re-distribute.

**Exhibit 9**
24 October 2018

A.M. (Toni) Sacconaghi, Jr.    +1-212-407-5843    sacconaghi@bernstein.com

EXHIBIT 6: **Apple: Quarterly iPhone ASP, Q411-Q418E**



Source: Company reports, Bernstein estimates and analysis

EXHIBIT 7: **Apple: Year-over-Year Growth in iPhone ASP, Q411-Q418E**



Source: Company reports, Bernstein estimates and analysis

**Page 155**

Provided by Daniel Chen for exclusive use on 24-Oct-2018. Do not re-distribute.

**Exhibit 9**
24 October 2018

A.M. (Toni) Sacconaghi, Jr.   +1-212-407-5843   sacconaghi@bernstein.com

EXHIBIT 8:  **AAPL:  Estimated iPhone FQ4 18 Mix and Implied ASPs (Units in 000s)**

|  | Q4 18 Mix | | |
| --- | --- | --- | --- |
|  | **Mix** | **ASP** | **Units** |
| Older Models | 22% | $455 | 10,285 |
| iPhone 8 (Gen N-1) | 17% | $675 | 7,948 |
| iPhone 8+ (Gen N-1) | 17% | $790 | 7,948 |
| iPhone X (Current Gen) | 10% | $1,000 | 4,675 |
| iPhone XR (Current Gen) | 0% | $755 | 0 |
| iPhone XS (Current Gen) | 11% | $1,048 | 5,143 |
| iPhone XS Max (Current Gen) | 23% | $1,151 | 10,753 |
| **Overall** | **100%** | **$829** | **46,752** |

Note:  We conservatively assume a $800 ASP in Q4 18.  Wholesale ASPs includes a ~4% discount to MSRP.
Source:  Company filings, Bernstein estimates and analysis

EXHIBIT 9:  **AAPL: Currency Movement Since Last Earnings Report**

|  | FQ118 | FQ218 | FQ318 | FQ418E | FQ119E | FY17 | FY18E | FY19E |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 7/31/2018 | 4.0% | 4.0% | 3.0% | -0.5% | -0.7% | -0.9% | 2.6% | -1.2% |
| Current | 4.0% | 4.0% | 3.0% | -0.7% | -1.1% | -0.9% | 2.6% | -1.7% |
| **Change** | **0.0%** | **0.0%** | **0.0%** | **-0.3%** | **-0.5%** | **0.0%** | **-0.1%** | **-0.5%** |

Source:  Company filings, FactSet as of 10/23/18, Bernstein analysis

**Page 156**

Provided by Daniel Chen for exclusive use on 24-Oct-2018. Do not re-distribute.

**Exhibit 9**
24 October 2018

A.M. (Toni) Sacconaghi, Jr.   +1-212-407-5843   sacconaghi@bernstein.com

EXHIBIT 10: **iPhone: U.S. Pricing Over Time, 2015-2018E**

| | | 9/25/2015 | 3/31/2016 | 9/7/2016 | 3/21/2017 | 9/12/2017 | 9/12/2018 Estimated | 9/12/2018 Actual |
|---|---|---|---|---|---|---|---|---|
| **iPhone 6** | 16GB | $549 | $549 | | | | | |
| | 32GB | | | | | $199-$345 | | |
| | 64GB | $649 | $649 | | | | | |
| | 128GB | $749 | $749 | | | | | |
| **iPhone 6 Plus** | 16GB | $649 | $649 | | | | | |
| | 64GB | $749 | $749 | | | | | |
| | 128GB | $849 | $849 | | | | | |
| **iPhone 6S** | 16GB | $649 | $649 | | | | | |
| | 32GB | | | $549 | $549 | $449 | | |
| | 64GB | $749 | $749 | | | | | |
| | 128GB | $849 | $849 | $649 | $649 | $549 | | |
| **iPhone 6S Plus** | 16GB | $749 | $749 | | | | | |
| | 32GB | | | $649 | $649 | $549 | | |
| | 64GB | $849 | $849 | | | | | |
| | 128GB | $949 | $949 | $749 | $749 | $649 | | |
| **iPhone SE** | 16GB | | $399 | $399 | | | | |
| | 32GB | | | | $349 | $349 | $349 | |
| | 64GB | | $499 | $449 | | | | |
| | 128GB | | | | $499 | $449 | $449 | |
| **iPhone 7** | 32GB | | | $649 | $649 | $549 | $449 | $449 |
| | 128GB | | | $749 | $749 | $649 | $549 | $549 |
| | 256GB | | | $849 | $849 | | | |
| **iPhone 7 Plus** | 32GB | | | $769 | $769 | $669 | $569 | $569 |
| | 128GB | | | $869 | $869 | $769 | $669 | $669 |
| | 256GB | | | $969 | $969 | | | |
| **iPhone 8** | 64GB | | | | | $699 | $599 | $599 |
| | 256GB | | | | | $849 | $699 | $749 |
| **iPhone 8 Plus** | 64GB | | | | | $799 | $699 | $699 |
| | 256GB | | | | | $949 | $799 | $849 |
| **iPhone X** | 64GB | | | | | $999 | | |
| | 256GB | | | | | $1,149 | | |
| **iPhone XR** | 64GB | | | | | | $799 | $749 |
| | 128GB | | | | | | | $799 |
| | 256GB | | | | | | $949 | $899 |
| **iPhone XS** | 64GB | | | | | | $949 | $999 |
| | 256GB | | | | | | $1,099 | $1,149 |
| | 512GB | | | | | | | $1,349 |
| **iPhone XS Max** | 64GB | | | | | | $1,049 | $1,099 |
| | 256GB | | | | | | $1,199 | $1,249 |
| | 512GB | | | | | | | $1,449 |

Note: iPhone 6 32GB was re-released in 2017 as a special locked promotion for certain prepaid carriers; boxed prices are estimates
Source: Company reports, Bernstein estimates and analysis

**Page 157**

Provided by Daniel Chen for exclusive use on 24-Oct-2018. Do not re-distribute.

**Exhibit 9**
24 October 2018

A.M. (Toni) Sacconaghi, Jr.   +1-212-407-5843   sacconaghi@bernstein.com

EXHIBIT 11: **Bernstein iPhone ASP Model: FY17 – FY19 Estimates**

| Model by Capacity | FY17 | | | FY18 | | | FY19 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Mix of Model | Mix of Total | US Price | Mix of Model | Mix of Total | US Price | Mix of Model | Mix of Total | US Price |
| 16GB | | | | | | | | | |
| 32 GB | 80% | 8% | $549 | 60% | 3% | $449 | | | |
| 64GB | | | | | | | | | |
| 128GB | 20% | 2% | $649 | 40% | 2% | $549 | | | |
| **iPhone 6s** | **100%** | **10%** | **$569** | **100%** | **5%** | **$489** | | | |
| 16GB | | | | | | | | | |
| 32GB | 80% | 12% | $649 | 65% | 6% | $549 | | | |
| 64GB | | | | | | | | | |
| 128GB | 20% | 3% | $749 | 35% | 3% | $649 | | | |
| **iPhone 6s Plus** | **100%** | **15%** | **$669** | **100%** | **9%** | **$584** | | | |
| 16GB | | | | | | | | | |
| 32GB | 75% | 11% | $349 | 70% | 4% | $349 | | | |
| 64GB | | | | | | | | | |
| 128GB | 25% | 4% | $499 | 30% | 2% | $449 | | | |
| **iPhone SE** | **100%** | **15%** | **$387** | **100%** | **6%** | **$379** | | | |
| SE 32GB / 128GB | | | | | | | 50% | 3% | $349 |
| 6S 32GB | | | | | | | 35% | 2% | $400 |
| 6S 128GB | | | | | | | 15% | 1% | $450 |
| **iPhone 6s / SE Relaunch** | | | | | | | **100%** | **5%** | **$382** |
| 32GB | 60% | 18% | $649 | 65% | 3% | $549 | 65% | 3% | $449 |
| 128GB | 35% | 11% | $749 | 35% | 1% | $649 | 35% | 1% | $549 |
| 256GB | 5% | 2% | $849 | | | | | | |
| **iPhone 7** | **300%** | **30%** | **$540** | **300%** | **4%** | **$430** | **300%** | **4%** | **$484** |
| 32GB | 40% | 12% | $769 | 65% | 4% | $669 | 65% | 5% | $569 |
| 128GB | 50% | 15% | $869 | 35% | 2% | $769 | 35% | 2% | $669 |
| 256GB | 10% | 3% | $969 | | | | | | |
| **iPhone 7 Plus** | **100%** | **30%** | **$839** | **100%** | **6%** | **$704** | **100%** | **7%** | **$604** |
| 64GB | | | | 65% | 16% | $699 | 65% | 3% | $599 |
| 256GB | | | | 35% | 9% | $849 | 35% | 2% | $749 |
| **iPhone 8** | | | | **100%** | **25%** | **$752** | **100%** | **5%** | **$652** |
| 64GB | | | | 50% | 10% | $799 | 50% | 2% | $699 |
| 256GB | | | | 50% | 10% | $949 | 50% | 2% | $849 |
| **iPhone 8 Plus** | | | | **100%** | **20%** | **$874** | **100%** | **4%** | **$774** |
| 64GB | | | | 50% | 13% | $999 | | | |
| 256GB | | | | 50% | 13% | $1,149 | | | |
| **iPhone X** | | | | **100%** | **25%** | **$1,074** | | | |
| 64GB | | | | | | | 35% | 16% | $749 |
| 128GB | | | | | | | 60% | 27% | $799 |
| 256GB | | | | | | | 5% | 2% | $899 |
| **iPhone XR** | | | | | | | **100%** | **45%** | **$787** |
| 64GB | | | | | | | 45% | 5% | $999 |
| 256GB | | | | | | | 50% | 5% | $1,149 |
| 512GB | | | | | | | 5% | 1% | $1,349 |
| **iPhone XS** | | | | | | | **100%** | **10%** | **$1,092** |
| 64GB | | | | | | | 40% | 8% | $1,099 |
| 256GB | | | | | | | 55% | 11% | $1,249 |
| 512GB | | | | | | | 5% | 1% | $1,449 |
| **iPhone XS Max** | | | | | | | **100%** | **20%** | **$1,199** |
| **Total** | | **100%** | **$675** | | **100%** | **$797** | | **100%** | **$847** |

| | | |
|---|---|---|
| Discount | -3.4% | |
| Actual | $652 | |

| | | |
|---|---|---|
| Discount | -4% | |
| Bernstein Est | $767 | |
| YoY Change | 18% | |

| | | |
|---|---|---|
| Discount | -4% | |
| FY19 Est | $813 | |
| YoY Change | 6% | |

Source: Company reports, Bernstein estimates and analysis

**Page 158**

Provided by Daniel Chen for exclusive use on 24-Oct-2018. Do not re-distribute.

**Exhibit 9**
24 October 2018

A.M. (Toni) Sacconaghi, Jr.   +1-212-407-5843   sacconaghi@bernstein.com

EXHIBIT 12:  **AAPL:  Estimated FY19 Mix and iPhone ASP**

| | Implied Mix | | | | | | Estimated Wholesale Prices | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | FY19 | | Q1 | Q2 | Q3 | Q4 | FY19 | MSRP |
| iPhone SE Relaunch? / 6S | 2% | 5% | 8% | 7% | 5% | | $367 | $367 | $367 | $367 | $367 | $382 |
| iPhone 7 (Gen N-2) | 4% | 4% | 4% | 4% | 4% | | $465 | $465 | $465 | $465 | $465 | $484 |
| iPhone 7+ (Gen N-2) | 6% | 7% | 6% | 10% | 7% | | $580 | $580 | $580 | $580 | $580 | $604 |
| iPhone 8 (Gen N-1) | 5% | 5% | 6% | 4% | 5% | | $625 | $625 | $625 | $625 | $625 | $652 |
| iPhone 8+ (Gen N-1) | 5% | 4% | 4% | 3% | 4% | | $743 | $743 | $743 | $743 | $743 | $774 |
| iPhone XR (Current Gen) | 45% | 48% | 45% | 41% | 45% | | $755 | $755 | $755 | $755 | $755 | $787 |
| iPhone XS (Current Gen) | 11% | 9% | 9% | 11% | 10% | | $1,048 | $1,048 | $1,048 | $1,048 | $1,048 | $1,092 |
| iPhone XS Max (Current Gen) | 22% | 18% | 18% | 20% | 20% | | $1,151 | $1,151 | $1,151 | $1,151 | $1,151 | $1,199 |
| Overall | 100% | 100% | 100% | 100% | 100% | | $837 | $804 | $791 | $805 | $813 | $847 |
| Estimated Units (000s) | 75,738 | 53,016 | 41,883 | 47,328 | 217,964 | Consensus: | $799 | $760 | $746 | $754 | $775 | |
| | | | | | | Difference | $38 | $44 | $45 | $51 | $38 | |

Note:  Wholesale prices include a 4% discount to our estimated MSRP
Source:  Company filings, Bernstein estimates and analysis

EXHIBIT 13:  **AAPL: FQ1 YoY Revenue Growth Guidance vs Reported FY Revenue Growth**



Source:  Company filings, Bernstein analysis

**Page 159**

Provided by Daniel Chen for exclusive use on 24-Oct-2018. Do not re-distribute.

**Exhibit 9**
24 October 2018

A.M. (Toni) Sacconaghi, Jr.   +1-212-407-5843   sacconaghi@bernstein.com

EXHIBIT 14:  **AAPL: First Full Quarter Guidance for YoY Change in GM Guidance vs Reported Change in GM in FY**



| | Q1 13 | Q1 14 | Q1 15 | Q1 16 | Q1 17 | Q1 18 | Q1 19? |
|---|---|---|---|---|---|---|---|
| | 9/21/2012 | 9/20/2013 | 9/19/2014 | 9/25/2015 | 9/17/2016 | 9/22/2017 | 9/21/2017 |
| | 5 | 5S/C | 6/6+ | 6S | 7 | X/8 | XS/XR |

Reported Y/Y GM Growth in Fiscal Year    Guided Q1 Y/Y GM Growth

Source:  Company filings, Bernstein estimates and analysis

EXHIBIT 15:  **AAPL:  Revenue, EPS, and Gross Margin Guidance History**

**Revenues ($B)**

| Guidance Date: | 10/27/2016 | 1/26/2016 | 4/25/2016 | 7/27/2016 | 10/25/2016 | 1/31/2017 | 5/2/2017 | 8/1/2017 | 11/2/2017 | 2/1/2018 | 5/1/2018 | 7/31/2018 | 11/1/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| For Fiscal Quarter: | Q116 | Q216 | Q316 | Q416 | Q117 | Q217 | Q317 | Q417 | Q118 | Q218 | Q318 | Q418E | Q119E |
| Guidance | 75.5-77.5 | 50-53 | 41-43 | 45.5-47.5 | 76-78 | 51.5-53.5 | 43.5-45.5 | 49-52 | 84-87 | 60-62 | 51.5-53.5 | 60-62 | 92-94 |
| Midpoint of Guidance | 76.50 | 51.50 | 42.00 | 46.50 | 77.00 | 52.50 | 44.50 | 50.50 | 85.50 | 61.00 | 52.50 | 61.00 | 91.00 |
| Then-Consensus | 76.92 | 52.09 | 46.62 | 47.03 | 74.88 | 52.91 | 44.88 | 50.44 | 87.50 | 68.90 | 52.28 | 61.33 | 92.70 |
| Actual / Bernstein Estimate | 75.87 | 50.56 | 42.36 | 46.85 | 78.35 | 52.91 | 45.41 | 51.01 | 88.29 | 61.13 | 53.27 | 63.29 | 95.87 |
| *Guidance vs. Consensus* | *-0.5%* | *-1.1%* | *-9.9%* | *-1.1%* | *2.8%* | *-0.8%* | *-0.8%* | *0.1%* | *-2.3%* | *-11.5%* | *0.4%* | *-0.5%* | *-1.8%* |
| *Actual/Bernstein vs. Guidance* | *-0.8%* | *-1.8%* | *0.9%* | *0.8%* | *1.8%* | *0.8%* | *2.0%* | *1.0%* | *3.3%* | *0.2%* | *1.5%* | *3.8%* | *5.4%* |
| *Actual/Bernstein vs. Consensus* | *-1.4%* | *-2.9%* | *-9.1%* | *-0.4%* | *4.6%* | *0.0%* | *1.2%* | *1.1%* | *0.9%* | *-11.3%* | *1.9%* | *3.2%* | *3.4%* |
| *Guidance Y/Y Growth* | *2.5%* | *-11.2%* | *-15.3%* | *-9.7%* | *1.5%* | *3.8%* | *5.1%* | *7.8%* | *9.1%* | *15.3%* | *15.6%* | *19.6%* | *3.1%* |
| *Consensus Y/Y Growth* | *3.1%* | *-10.2%* | *-6.0%* | *-8.7%* | *-1.3%* | *4.7%* | *6.0%* | *7.7%* | *11.7%* | *30.2%* | *15.1%* | *20.2%* | *5.0%* |
| *Actual/Bernstein Y/Y Growth* | *1.7%* | *-12.8%* | *-14.6%* | *-9.0%* | *3.3%* | *4.7%* | *7.2%* | *8.9%* | *12.7%* | *15.5%* | *17.3%* | *24.1%* | *8.6%* |

**EPS ($)**

| Guidance Date: | 10/27/2016 | 1/26/2016 | 4/25/2016 | 7/27/2016 | 10/25/2016 | 1/31/2017 | 5/2/2017 | 8/1/2017 | 11/2/2017 | 2/1/2018 | 5/1/2018 | 7/31/2018 | 11/1/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| For Fiscal Quarter: | Q116 | Q216 | Q316 | Q416 | Q117 | Q217 | Q317 | Q417 | Q118 | Q218 | Q318 | Q418E | Q119E |
| Guidance | ~3.09-3.31 | ~1.85-2.05 | ~1.30-1.45 | ~1.55-1.70 | ~3.10-3.27 | ~1.83-1.99 | ~1.44-1.63 | ~1.75-1.96 | ~3.61-3.85 | ~2.57-2.77 | ~2.10-2.30 | ~2.65-2.86 | ~4.67-$4.90 |
| Midpoint of Guidance | 3.19 | 1.93 | 1.38 | 1.63 | 3.19 | 1.98 | 1.54 | 1.85 | 3.73 | 2.67 | 2.20 | 2.75 | 4.79 |
| Then-Consensus | 3.25 | 2.00 | 1.40 | 1.66 | 3.21 | 2.02 | 1.57 | 1.87 | 3.78 | 2.90 | 2.15 | 2.77 | 4.92 |
| Actual / Bernstein Estimate | 3.28 | 1.90 | 1.42 | 1.67 | 3.36 | 2.10 | 1.67 | 2.07 | 3.89 | 2.73 | 2.34 | 2.90 | 5.03 |
| *Guidance vs. Consensus* | *-1.8%* | *-3.4%* | *-1.9%* | *-1.9%* | *-0.6%* | *-2.0%* | *-1.9%* | *-1.2%* | *-1.3%* | *-7.9%* | *2.3%* | *-0.7%* | *-2.7%* |
| *Actual/Bernstein vs. Guidance* | *2.9%* | *-1.7%* | *3.6%* | *2.9%* | *5.3%* | *6.1%* | *8.2%* | *11.7%* | *4.3%* | *2.1%* | *6.3%* | *5.3%* | *4.9%* |
| *Actual/Bernstein vs. Consensus* | *1.1%* | *-5.0%* | *1.6%* | *0.9%* | *4.7%* | *4.0%* | *6.1%* | *10.4%* | *2.9%* | *-6.0%* | *8.7%* | *4.6%* | *2.2%* |
| *Guidance Y/Y Growth* | *4.1%* | *-17.0%* | *-25.7%* | *-17.0%* | *-2.8%* | *4.3%* | *8.1%* | *10.7%* | *11.0%* | *27.1%* | *32.1%* | *33.0%* | *23.1%* |
| *Consensus Y/Y Growth* | *6.0%* | *-14.1%* | *-24.2%* | *-15.3%* | *-2.2%* | *6.4%* | *10.2%* | *12.0%* | *12.5%* | *38.1%* | *29.1%* | *34.0%* | *26.5%* |
| *Actual/Bernstein Y/Y Growth* | *7.1%* | *-18.4%* | *-23.0%* | *-14.6%* | *2.4%* | *10.6%* | *16.9%* | *23.7%* | *15.8%* | *29.8%* | *40.4%* | *40.1%* | *29.2%* |

**Gross Margin**

| Guidance Date: | 10/27/2016 | 1/26/2016 | 4/25/2016 | 7/27/2016 | 10/25/2016 | 1/31/2017 | 5/2/2017 | 8/1/2017 | 11/2/2017 | 2/1/2018 | 5/1/2018 | 7/31/2018 | 11/1/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| For Fiscal Quarter: | Q116 | Q216 | Q316 | Q416 | Q117 | Q217 | Q317 | Q417 | Q118 | Q218 | Q318 | Q418E | Q119E |
| Guidance | 39.5% | 39.3% | 37.8% | 37.8% | 38.3% | 38.5% | 38.0% | 37.8% | 38.3% | 38.3% | 38.3% | 38.3% | 38.3% |
| Actual / Bernstein Estimate | 40.1% | 39.4% | 38.0% | 38.0% | 38.5% | 38.9% | 38.5% | 37.9% | 38.4% | 38.3% | 38.3% | 38.5% | 38.6% |
| Actual/SCB vs. Guidance | 60 bp | 15 bp | 27 bp | 27 bp | 26 bp | 40 bp | 51 bp | 14 bp | 16 bp | 6 bp | 9 bp | 21 bp | 31 bp |
| Avg Beat over last 8 Qtrs | | | | | | | | | | | 24 bp | | |
| Avg Beat over last 5 Qtrs | | | | | | | | | | | 19 bp | | |

Source:  Company filings, Consensus, Bernstein estimates and analysis

Provided by Daniel Chen for exclusive use on 24-Oct-2018. Do not re-distribute.



**Exhibit 9**
24 October 2018

A.M. (Toni) Sacconaghi, Jr.   +1-212-407-5843   sacconaghi@bernstein.com

EXHIBIT 16: **AAPL: FQ119E Guidance Forecast vs. Bernstein Estimate ($M except per share values)**

**1Q19 Forecasted Guidance vs Our Estimates**

| Guidance | Guidance | | | Bern. |
|---|---|---|---|---|
| | **Low** | **High** | **Midpoint** | |
| Revenue | $92,000 | $94,000 | $93,000 | $95,870 |
| Gross Margin | 38.0% | 38.5% | 38.3% | 38.6% |
| OpEx | $8,650 | $8,550 | $8,600 | $8,628 |
| Other Income (Expense) | $350 | $350 | $350 | $350 |
| Tax rate | 17.0% | 17.0% | 17.0% | 17.0% |
| FD Shares Out | | | 4,737 | 4,737 |

| EPS Calculations Based on Guidance | Guidance | | | Bern. |
|---|---|---|---|---|
| | **Low** | **High** | **Midpoint** | |
| Gross Profit | $34,960 | $36,190 | $35,573 | $36,965 |
| Operating Profit | $26,310 | $27,640 | $26,973 | $28,337 |
| Pretax Income | $26,660 | $27,990 | $27,323 | $28,687 |
| Net Income | $22,128 | $23,232 | $22,678 | $23,810 |
| **EPS** | **$4.67** | **$4.90** | **$4.79** | **$   5.03** |

Source: Bernstein estimates and analysis

EXHIBIT 17:  **AAPL Services: Revenue and Sources of Growth in Filings, By Quarter ($B)**



Source: Company filings, Bernstein analysis

Provided by Daniel Chen for exclusive use on 24-Oct-2018. Do not re-distribute.

**Exhibit 9**
24 October 2018

A.M. (Toni) Sacconaghi, Jr.   +1-212-407-5843   sacconaghi@bernstein.com

EXHIBIT 18:  **AAPL:  Reported Greater China Revenue Growth, Reported Reasons, and Potential Indicators**

| | | FY16 | FY17 | 4Q17 | 1Q18 | 2Q18 | 3Q18 | 4Q18E |
|---|---|---|---|---|---|---|---|---|
| Reported | Reported China Revenue Growth | -17% | -8% | 12% | 11% | 21% | 19% | |
| Potential Indicators | Int'l OEM LTE Unit Growth | (31%) | (12%) | (4%) | (2%) | (5%) | (5%) | (23%) |
| | Tencent Phone Game Revenue Growth | 78% | 63% | 84% | 59% | 68% | 19% | |
| | China Yuan YoY | (5%) | (4%) | (0%) | 3% | 7% | 9% | 6% |
| Top reason for decline/ growth | iPhone | | (1) | (1) | | 1 | 1 | 1 |
| | Services | | | 1 | | 2 | | |
| | Other Products | | | | | 2 | | 2 |
| | Currency | | (2) | | | | 2 | |

Source:  Company filings, Factset, Bernstein estimates and analysis

EXHIBIT 19:  **CATR:  Mainland China International OEM iPhone Sell-in Units**



Note:  CATR did not report percentage of LTE smartphones from non-Chinese OEMs in January and September 2018.  We assume normal share seasonality in these two months.
Source:  China Academy of Information and Communications Technology as of September 2018, Bernstein analysis

Provided by Daniel Chen for exclusive use on 24-Oct-2018. Do not re-distribute.

**Exhibit 9**
24 October 2018

**A.M. (Toni) Sacconaghi, Jr.**   +1-212-407-5843   sacconaghi@bernstein.com

EXHIBIT 20:  **AAPL:  Share Buybacks by Quarter and Percentage of Quarterly Trading Volume**

| Fiscal Quarter | Shares Purchased (M) | | | Quarter Volume | AAPL+BRK % of Volume |
|---|---|---|---|---|---|
| | Apple | Buffett | AAPL+BRK | | |
| **Q4 18E** | **113** | **12** | **125** | **1,773** | **7.1%** |
| **Q3 18** | **113** | **12** | **125** | **1,815** | **6.9%** |
| **Q2 18** | **137** | **74** | **211** | **2,301** | **9.2%** |
| Q1 18 | 58 | 31 | 89 | 1,636 | 5.4% |
| Q4 17 | 49 | 4 | 53 | 1,764 | 3.0% |
| Q3 17 | 49 | 1 | 50 | 1,712 | 2.9% |
| Q2 17 | 55 | 72 | 127 | 1,700 | 7.5% |
| Q1 17 | 94 | 42 | 136 | 2,017 | 6.7% |
| Q4 16 | 63 | 0 | 63 | 2,286 | 2.8% |
| Q3 16 | 98 | 5 | 104 | 2,554 | 4.1% |
| Q2 16 | 72 | 10 | 82 | 2,829 | 2.9% |
| Q1 16 | 46 | 0 | 46 | 2,787 | 1.7% |
| Q4 15 | 132 | 0 | 132 | 3,872 | 3.4% |
| Q3 15 | 70 | 0 | 70 | 2,829 | 2.5% |
| Q2 15 | 70 | 0 | 70 | 3,580 | 1.9% |
| Q1 15 | 54 | 0 | 54 | 3,255 | 1.7% |
| Q4 14 | 141 | 0 | 141 | 3,501 | 4.0% |
| Q3 14 | 174 | 0 | 174 | 4,250 | 4.1% |
| Q2 14 | 222 | 0 | 222 | 4,929 | 4.5% |
| Q1 14 | 67 | 0 | 67 | 5,030 | 1.3% |
| Q4 13 | 73 | 0 | 73 | 5,809 | 1.3% |
| Q3 13 | 238 | 0 | 238 | 6,859 | 3.5% |
| Q2 13 | 0 | 0 | 0 | 7,911 | 0.0% |
| Q1 13 | 18 | 0 | 18 | 9,302 | 0.2% |

Source:  Company filings, Factset, Bernstein analysis

Provided by Daniel Chen for exclusive use on 24-Oct-2018. Do not re-distribute.

**Exhibit 9**
24 October 2018

A.M. (Toni) Sacconaghi, Jr.   +1-212-407-5843   sacconaghi@bernstein.com

EXHIBIT 21:  **AAPL: Implied Growth in Average Revenue Per User (ARPU), 2013-Q3 18**



Source: Company filings, Bernstein estimates and analysis

EXHIBIT 22:  **AAPL:  Absolute P/FE Based on Consensus, 2013-2018**



Source:  Factset, Bernstein estimates and analysis as of 10/23/18

**Page 164**

Provided by Daniel Chen for exclusive use on 24-Oct-2018. Do not re-distribute.

**Exhibit 9**
24 October 2018



A.M. (Toni) Sacconaghi, Jr.   +1-212-407-5843   sacconaghi@bernstein.com

EXHIBIT 23:  **AAPL:  Relative P/FE Based on Consensus, 2013-2018**



Source:  CapitalIQ, Factset, Bernstein analysis as of 10/23/18

EXHIBIT 24:  **AAPL:  Absolute EV/NTM FCF Based on Consensus, 2013-2018**



Source:  CapitalIQ, FactSet, Bernstein analysis, as of 10/23/18

**U.S. IT HARDWARE**

**BERNSTEIN** **18**

**Page 165**

Provided by Daniel Chen for exclusive use on 24-Oct-2018. Do not re-distribute.

**Exhibit 9**
24 October 2018

A.M. (Toni) Sacconaghi, Jr.   +1-212-407-5843   sacconaghi@bernstein.com

EXHIBIT 25:  **AAPL:  Price Segmentation – High End vs Low/Mid-Tier Unit Shipments (M)**



Note:  Calendar years
Source:  StrategyAnalytics as of August 2018

EXHIBIT 26:  **iPhone:  Bernstein Installed Base / Replacement Cycle Model**

| iPhone Installed Base Calculations (FY) | | | | | | | |
|---|---|---|---|---|---|---|---|
| All in 000s Except %s and Years of Sales in IB | FY13 | FY14 | FY15 | FY16 | FY17 | FY18E | FY19E |
| **iPhone Unit Sales** | 150,257 | 169,219 | 231,218 | 211,884 | 216,756 | 217,585 | 217,964 |
| Sales YoY Growth % | 20% | 13% | 37% | -8% | 2% | 0% | 0% |
| | | | | | | | |
| **Est. Installed Base of First Hand Phones** | 295,068 | 379,148 | 453,110 | 522,778 | 560,946 | 579,679 | 612,164 |
| IB YoY Growth % | 42.3% | 28.5% | 19.5% | 15.4% | 7.3% | 3.3% | 5.6% |
| | | | | | | | |
| **Est. Total Installed Base** | 329,248 | 436,072 | 572,492 | 687,413 | 769,592 | 832,767 | 891,874 |
| IB YoY Growth % | 48% | 32% | 31% | 20% | 12% | 8% | 7% |
| **Years of Sales in Installed Base** | 2.75 | 2.93 | 3.17 | 3.50 | 3.65 | 3.81 | 4.13 |
| | | | | | | | |
| **Upgrade Rate (Upgraders / Prior Year IB)** | 27.0% | 26.0% | 36.0% | 27.0% | 25.5% | 25.0% | 23.0% |
| **All Upgraders** | 59,923 | 85,605 | 156,986 | 154,573 | 175,290 | 192,398 | 191,537 |
| *Sold to Installed Base of First Hand Phones* | 59,474 | 80,882 | 149,394 | 135,105 | 169,658 | 188,909 | 176,206 |
| *Sold to Installed Base of Second Hand Phones* | 449 | 4,723 | 7,592 | 19,468 | 5,632 | 3,489 | 15,331 |
| **New Users (Switchers + 1st Time Smartphone Buyers)** | 90,334 | 83,614 | 74,232 | 57,311 | 41,466 | 25,187 | 26,428 |
| Switchers | 27,100 | 33,446 | 37,116 | 37,116 | 37,319 | 22,668 | 23,785 |
| **1st Time Smartphone Buyers** | 63,234 | 50,169 | 37,116 | 20,195 | 4,147 | 2,519 | 2,643 |
| | | | | | | | |
| **New Users - % Switchers** | 30% | 40% | 50% | 65% | 90% | 90% | 90% |
| **New Users - % 1st Time Smartphone Buyers** | 70% | 60% | 50% | 35% | 10% | 10% | 10% |
| | | | | | | | |
| **Upgrader Sales as % of Total** | 40% | 51% | 68% | 73% | 81% | 88% | 88% |
| **New User Sales as % of Total** | 60% | 49% | 32% | 27% | 19% | 12% | 12% |

Source:  Company reports, Bernstein estimates and analysis

**Exhibits 27-30 provide our AAPL income statement and services model.**

**Page 166**

Provided by Daniel Chen for exclusive use on 24-Oct-2018. Do not re-distribute.

**Exhibit 9**
24 October 2018

A.M. (Toni) Sacconaghi, Jr.   +1-212-407-5843   sacconaghi@bernstein.com

EXHIBIT 27: **Apple: Income Statement Model ($M, except per share data)**

| Fiscal Periods: | 2016 | 2017 | 2018E | 2019E | | 4Q17 | 1Q18 | 2Q18 | 3Q18 | 4Q18E | 1Q19E | 2Q19E | 3Q19E | 4Q19E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Sales | 215,639 | 229,248 | 265,984 | 291,258 | | 52,579 | 88,293 | 61,134 | 53,265 | 63,292 | 95,870 | 69,219 | 59,402 | 66,766 |
| Cost of Goods Sold | 131,376 | 141,057 | 163,885 | 178,739 | | 32,648 | 54,381 | 37,713 | 32,844 | 38,947 | 58,905 | 42,594 | 36,404 | 40,835 |
| Gross Income | 84,263 | 88,191 | 102,099 | 112,519 | | 19,931 | 33,912 | 23,421 | 20,421 | 24,345 | 36,965 | 26,625 | 22,998 | 25,930 |
| | | | | | | | | | | | | | | |
| Research & Development | 10,045 | 11,581 | 14,315 | 16,660 | | 2,997 | 3,407 | 3,378 | 3,701 | 3,829 | 4,027 | 4,084 | 4,277 | 4,273 |
| Selling, General, & Administrative | 14,194 | 15,261 | 16,856 | 18,489 | | 3,814 | 4,231 | 4,108 | 4,108 | 4,367 | 4,602 | 4,707 | 4,574 | 4,607 |
| Operating Income | 60,024 | 61,349 | 70,928 | 77,369 | | 13,120 | 26,274 | 15,893 | 12,612 | 16,149 | 28,337 | 17,834 | 14,147 | 17,051 |
| | | | | | | | | | | | | | | |
| Interest and Other, Net (excludes gains/lo | 1,348 | 2,745 | 2,002 | 1,400 | | 797 | 756 | 274 | 672 | 300 | 350 | 350 | 350 | 350 |
| Income Before Tax | 61,372 | 64,094 | 72,930 | 78,769 | | 13,917 | 27,030 | 16,167 | 13,284 | 16,449 | 28,687 | 18,184 | 14,497 | 17,401 |
| | | | | | | | | | | | | | | |
| Income Taxes (ex. 1-time items) | 15,685 | 15,738 | 13,543 | 13,391 | | 3,203 | 6,965 | 2,346 | 1,765 | 2,467 | 4,877 | 3,091 | 2,465 | 2,958 |
| Net Income | 45,687 | 48,356 | 59,386 | 65,378 | | 10,714 | 20,065 | 13,821 | 11,519 | 13,982 | 23,810 | 15,093 | 12,033 | 14,443 |
| | | | | | | | | | | | | | | |
| Average Shares Outstanding, Diluted | 5,500 | 5,252 | 4,995 | 4,621 | | 5,184 | 5,158 | 5,068 | 4,927 | 4,827 | 4,737 | 4,647 | 4,557 | 4,467 |
| Earnings Per Share, Diluted | $ 8.31 | $ 9.21 | $ 11.89 | $ 14.15 | | $ 2.07 | $ 3.89 | $ 2.73 | $ 2.34 | $ 2.90 | $ 5.03 | $ 3.25 | $ 2.64 | $ 3.23 |

| TRENDS: Post-FAS123(R) | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Key Ratios** | | | | | | | | | | | | | | |
| COGS as % of Sales | 60.9% | 61.5% | 61.6% | 61.4% | | 62.1% | 61.6% | 61.7% | 61.7% | 61.5% | 61.4% | 61.5% | 61.3% | 61.2% |
| Gross Margin | 39.1% | 38.5% | 38.4% | 38.6% | | 37.9% | 38.4% | 38.3% | 38.3% | 38.5% | 38.6% | 38.5% | 38.7% | 38.8% |
| R&D as % of Sales | 4.7% | 5.1% | 5.4% | 5.7% | | 5.7% | 3.9% | 5.5% | 6.9% | 6.1% | 4.2% | 5.9% | 7.2% | 6.4% |
| SG&A as % of Sales | 6.6% | 6.7% | 6.3% | 6.3% | | 7.3% | 4.8% | 6.8% | 7.7% | 6.9% | 4.8% | 6.8% | 7.7% | 6.9% |
| Operating Margin | 27.8% | 26.8% | 26.7% | 26.6% | | 25.0% | 29.8% | 26.0% | 23.7% | 25.5% | 29.6% | 25.8% | 23.8% | 25.5% |
| Tax rate | 25.6% | 24.6% | 18.6% | 17.0% | | 23.0% | 25.8% | 14.5% | 13.3% | 15.0% | 17.0% | 17.0% | 17.0% | 17.0% |
| Net Margin | 21.2% | 21.1% | 22.3% | 22.4% | | 20.4% | 22.7% | 22.6% | 21.6% | 22.1% | 24.8% | 21.8% | 20.3% | 21.6% |
| | | | | | | | | | | | | | | |
| **Y/Y Change** | | | | | | | | | | | | | | |
| Net Sales | -7.7% | 6.3% | 16.0% | 9.5% | | 12.2% | 12.7% | 15.5% | 17.3% | 20.4% | 8.6% | 13.2% | 11.5% | 5.5% |
| Gross Income | -10.0% | 4.7% | 15.8% | 10.2% | | 11.9% | 12.4% | 13.7% | 16.8% | 22.1% | 9.0% | 13.7% | 12.6% | 6.5% |
| R&D | 24.5% | 15.3% | 23.6% | 16.4% | | 16.6% | 18.7% | 21.7% | 26.0% | 27.8% | 18.2% | 20.9% | 15.6% | 11.6% |
| SG&A | -0.9% | 7.5% | 10.5% | 9.7% | | 9.5% | 7.2% | 11.6% | 8.6% | 14.5% | 8.8% | 13.4% | 11.3% | 5.5% |
| Operating Income | -15.7% | 2.2% | 15.6% | 9.1% | | 11.0% | 13.7% | 12.7% | 17.1% | 23.1% | 7.9% | 12.2% | 12.2% | 5.6% |
| Net Income | -14.4% | 5.8% | 22.8% | 10.1% | | 18.9% | 12.2% | 25.3% | 32.1% | 30.5% | 18.7% | 9.2% | 4.5% | 3.3% |
| Diluted Shares | (293) | (249) | (257) | (374) | | (210) | (170) | (193) | (307) | (357) | (421) | (422) | (370) | (360) |
| EPS, Diluted | -9.9% | 10.9% | 29.1% | 19.0% | | 23.7% | 15.9% | 30.0% | 40.4% | 40.1% | 29.2% | 19.1% | 12.9% | 11.6% |
| | | | | | | | | | | | | | | |
| **Sequential Change** | | | | | | | | | | | | | | |
| Net Sales | | | | | | 15.8% | 67.9% | -30.8% | -12.9% | 18.8% | 51.5% | -27.8% | -14.2% | 12.4% |
| Gross Income | | | | | | 14.0% | 70.1% | -30.9% | -12.8% | 19.2% | 51.8% | -28.0% | -13.6% | 12.7% |
| R&D | | | | | | 2.0% | 13.7% | -0.9% | 9.6% | 3.5% | 5.2% | 1.4% | 4.7% | -0.1% |
| SG&A | | | | | | 0.8% | 10.9% | -1.9% | -1.0% | 6.3% | 5.4% | 2.3% | -2.8% | 0.7% |
| Operating Income | | | | | | 21.8% | 100.3% | -39.5% | -20.6% | 28.0% | 75.5% | -37.1% | -20.7% | 20.5% |
| Net Income | | | | | | 22.9% | 87.3% | -31.1% | -16.7% | 21.4% | 70.3% | -36.6% | -20.3% | 20.0% |
| Diluted Shares | | | | | | (50) | (26) | (89) | (142) | (100) | (90) | (90) | (90) | (90) |
| EPS, Diluted | | | | | | 24.1% | 88.2% | -29.9% | -14.3% | 23.9% | 73.5% | -35.4% | -18.7% | 22.4% |

Source: Corporate reports, Bernstein estimates and analysis

EXHIBIT 28: **Apple: Gross Margin Model ($M)**

| Fiscal Periods: | 2016 | 2017 | 2018E | 2019E | | 4Q17 | 1Q18 | 2Q18 | 3Q18 | 4Q18E | 1Q19E | 2Q19E | 3Q19E | 4Q19E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | | |
| iPhone | 136,700 | 141,319 | 166,915 | 177,263 | | 28,846 | 61,576 | 38,032 | 29,906 | 37,401 | 63,426 | 42,601 | 33,143 | 38,093 |
| iPad | 20,628 | 19,222 | 19,135 | 19,669 | | 4,831 | 5,862 | 4,113 | 4,741 | 4,419 | 6,176 | 4,214 | 4,830 | 4,449 |
| Mac | 22,831 | 25,850 | 24,946 | 25,170 | | 7,170 | 6,895 | 5,848 | 5,330 | 6,873 | 7,383 | 5,781 | 5,371 | 6,636 |
| Apple Watch | 4,572 | 6,176 | 9,478 | 15,065 | | 1,645 | 3,255 | 2,048 | 1,534 | 2,641 | 5,848 | 3,412 | 2,397 | 3,407 |
| iTunes/Software/Services | 24,348 | 29,980 | 37,185 | 43,893 | | 8,501 | 8,471 | 9,190 | 9,548 | 9,976 | 10,245 | 10,832 | 11,015 | 11,801 |
| Other Products | 6,560 | 6,701 | 8,326 | 10,198 | | 1,586 | 2,234 | 1,904 | 2,206 | 1,983 | 2,793 | 2,379 | 2,647 | 2,379 |
| Total | 215,639 | 229,248 | 265,984 | 291,258 | | 52,579 | 88,293 | 61,134 | 53,265 | 63,292 | 95,870 | 69,219 | 59,402 | 66,766 |
| | | | | | | | | | | | | | | |
| **Revenue Share** | | | | | | | | | | | | | | |
| iPhone | 63.4% | 61.6% | 62.8% | 60.9% | | 54.9% | 69.7% | 62.2% | 56.1% | 59.1% | 66.2% | 61.5% | 55.8% | 57.1% |
| iPad | 9.6% | 8.4% | 7.2% | 6.8% | | 9.2% | 6.6% | 6.7% | 8.9% | 7.0% | 6.4% | 6.1% | 8.1% | 6.7% |
| Mac | 10.6% | 11.3% | 9.4% | 8.6% | | 13.6% | 7.8% | 9.6% | 10.0% | 10.9% | 7.7% | 8.4% | 9.0% | 9.9% |
| Apple Watch | 2.1% | 2.7% | 3.6% | 5.2% | | 3.1% | 3.7% | 3.3% | 2.9% | 4.2% | 6.1% | 4.9% | 4.0% | 5.1% |
| iTunes/Software/Services | 11.3% | 13.1% | 14.0% | 15.1% | | 16.2% | 9.6% | 15.0% | 17.9% | 15.8% | 10.7% | 15.6% | 18.5% | 17.7% |
| Other Products | 3.0% | 2.9% | 3.1% | 3.5% | | 3.0% | 2.5% | 3.1% | 4.1% | 3.1% | 2.9% | 3.4% | 4.5% | 3.6% |
| Total | 100.0% | 100.0% | 100.0% | 100.0% | | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| | | | | | | | | | | | | | | |
| **Gross Margin** | | | | | | | | | | | | | | |
| iPhone | 41.0% | 38.7% | 37.8% | 37.3% | | 36.7% | 39.0% | 37.3% | 36.6% | 37.1% | 39.0% | 36.5% | 36.0% | 36.3% |
| iPad | 25.3% | 24.3% | 21.8% | 22.0% | | 21.5% | 20.0% | 20.0% | 22.0% | 22.0% | 24.0% | 23.0% | 23.0% | 23.0% |
| Mac | 24.7% | 23.9% | 22.0% | 22.0% | | 21.5% | 24.6% | 22.6% | 21.5% | 22.5% | 22.0% | 22.0% | 22.0% | 22.0% |
| Apple Watch | 27.3% | 26.6% | 26.0% | 27.0% | | 26.0% | 26.0% | 26.0% | 26.0% | 26.0% | 27.0% | 27.0% | 27.0% | 27.0% |
| iTunes/Software/Services | 61.0% | 65.2% | 67.6% | 68.4% | | 68.5% | 66.7% | 67.2% | 68.1% | 68.2% | 67.6% | 68.2% | 68.5% | 69.3% |
| Other Products | 20.0% | 21.5% | 21.8% | 22.0% | | 21.5% | 21.5% | 20.0% | 22.5% | 23.0% | 22.0% | 22.0% | 22.0% | 22.0% |
| Overall Company | 39.1% | 38.5% | 38.4% | 38.5% | | 37.9% | 38.4% | 38.3% | 38.3% | 38.5% | 38.6% | 38.5% | 38.7% | 38.8% |

Source: Corporate reports, Bernstein estimates and analysis

Provided by Daniel Chen for exclusive use on 24-Oct-2018. Do not re-distribute.

**Exhibit 9**
24 October 2018

A.M. (Toni) Sacconaghi, Jr.   +1-212-407-5843   sacconaghi@bernstein.com

EXHIBIT 29: **Apple Revenue Model ($M)**

| Fiscal Periods: | 2015 | 2016 | 2017 | 2018E | 2019E | 4Q17 | 1Q18 | 2Q18 | 3Q18 | 4Q18E | 1Q19E | 2Q19E | 3Q19E | 4Q19E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues ($M)** | | | | | | | | | | | | | | |
| iPhone | 155,041 | 136,700 | 141,319 | 166,915 | 177,263 | 28,846 | 61,576 | 38,032 | 29,906 | 37,401 | 63,426 | 42,601 | 33,143 | 38,093 |
| iPad | 23,227 | 20,628 | 19,222 | 19,135 | 19,669 | 4,831 | 5,862 | 4,113 | 4,741 | 4,419 | 6,176 | 4,214 | 4,830 | 4,449 |
| Mac | 25,471 | 22,831 | 25,850 | 24,946 | 25,170 | 7,170 | 6,895 | 5,848 | 5,330 | 6,873 | 7,383 | 5,781 | 5,371 | 6,636 |
| Apple Watch | 2,733 | 4,572 | 6,176 | 9,478 | 15,065 | 1,645 | 3,255 | 2,048 | 1,534 | 2,641 | 5,848 | 3,412 | 2,397 | 3,407 |
| iTunes/Software/Services | 19,909 | 24,348 | 29,980 | 37,185 | 43,893 | 8,501 | 8,471 | 9,190 | 9,548 | 9,976 | 10,245 | 10,832 | 11,015 | 11,801 |
| Other Products ex Watch | 7,335 | 6,560 | 6,701 | 8,326 | 10,198 | 1,586 | 2,234 | 1,904 | 2,206 | 1,983 | 2,793 | 2,379 | 2,647 | 2,379 |
| Total Revenues | 233,715 | 215,639 | 229,248 | 265,984 | 291,258 | 52,579 | 88,293 | 61,134 | 53,265 | 63,292 | 95,870 | 69,219 | 59,402 | 66,766 |
| | | | | | | | | | | | | | | |
| **Y/Y Change in Revenues** | | | | | | | | | | | | | | |
| iPhone | 52% | -12% | 3% | 18% | 6% | 2% | 13% | 14% | 20% | 30% | 3% | 12% | 11% | 2% |
| iPad | -23% | -11% | -7% | 0% | 3% | 14% | 6% | 6% | -5% | -9% | 5% | 2% | 2% | 1% |
| Mac | 6% | -10% | 13% | -3% | 1% | 25% | -5% | 0% | -5% | -4% | 7% | -1% | 1% | -3% |
| Apple Watch | | 67% | 35% | 53% | 59% | 50% | 49% | 59% | 45% | 61% | 80% | 67% | 56% | 29% |
| iTunes/Software/Services | 10% | 22% | 23% | 24% | 18% | 34% | 18% | 31% | 31% | 17% | 21% | 18% | 15% | 18% |
| Other Products | -12% | -11% | 2% | 24% | 22% | 24% | 21% | 19% | 32% | 25% | 25% | 25% | 20% | 20% |
| Total Revenues | 28% | -8% | 6% | 16% | 10% | 12% | 13% | 16% | 17% | 20% | 9% | 13% | 12% | 5% |
| | | | | | | | | | | | | | | |
| **Units (000)** | | | | | | | | | | | | | | |
| iPhone | 231,218 | 211,884 | 216,756 | 217,585 | 217,964 | 46,677 | 77,316 | 52,217 | 41,300 | 46,752 | 75,738 | 53,016 | 41,883 | 47,328 |
| iPad | 54,856 | 45,590 | 43,753 | 44,234 | 44,787 | 10,326 | 13,170 | 9,113 | 11,553 | 10,398 | 13,725 | 9,470 | 11,364 | 10,228 |
| Mac | 20,587 | 18,484 | 19,251 | 17,650 | 18,500 | 5,386 | 5,112 | 4,078 | 3,720 | 4,740 | 5,572 | 4,282 | 3,906 | 4,740 |
| Apple Watch | 5,300 | 9,259 | 13,200 | 20,388 | 28,683 | 3,500 | 7,000 | 4,550 | 3,335 | 5,503 | 10,730 | 6,438 | 4,700 | 6,815 |
| | | | | | | | | | | | | | | |
| **Y/Y Change in Units** | | | | | | | | | | | | | | |
| iPhone | 36.6% | -8.4% | 2.3% | 0.4% | 0.2% | 2.6% | -1.2% | 2.9% | 0.7% | 0.2% | -2.0% | 1.5% | 1.4% | 1.2% |
| iPad | -19.3% | -16.9% | -4.0% | 1.1% | 1.3% | 11.4% | 0.7% | 2.1% | 1.1% | 0.7% | 4.2% | 3.9% | -1.6% | -1.6% |
| Mac | 8.9% | -10.2% | 4.1% | -8.3% | 4.8% | 10.2% | -4.9% | -2.9% | -13.3% | -12.0% | 9.0% | 5.0% | 5.0% | 0.0% |
| Apple Watch | | 74.7% | 42.6% | 54.5% | 40.7% | 48.4% | 52.2% | 62.5% | 45.0% | 57.2% | 53.3% | 41.5% | 40.9% | 23.8% |
| | | | | | | | | | | | | | | |
| **Sequential Change in Units** | | | | | | | | | | | | | | |
| iPhone | | | | | | 13.8% | 65.6% | -32.5% | -20.9% | 13.2% | 62.0% | -30.0% | -21.0% | 13.0% |
| iPad | | | | | | -9.6% | 27.5% | -30.8% | 26.8% | -10.0% | 32.0% | -31.0% | 20.0% | -10.0% |
| Mac | | | | | | 25.5% | -5.1% | -20.2% | -8.8% | 27.4% | 17.6% | -23.2% | -8.8% | 21.3% |
| Apple Watch | | | | | | 52.2% | 100.0% | -35.0% | -26.7% | 65.0% | 95.0% | -40.0% | -27.0% | 45.0% |
| | | | | | | | | | | | | | | |
| **ASPs ($)** | | | | | | | | | | | | | | |
| iPhone | 671 | 645 | 652 | 767 | 813 | 618 | 796 | 728 | 724 | 800 | 837 | 804 | 791 | 805 |
| iPad | 423 | 452 | 439 | 433 | 439 | 468 | 445 | 451 | 410 | 425 | 450 | 445 | 425 | 435 |
| Mac | 1,237 | 1,235 | 1,343 | 1,413 | 1,361 | 1,331 | 1,349 | 1,434 | 1,433 | 1,450 | 1,325 | 1,350 | 1,375 | 1,400 |
| Apple Watch | 516 | 494 | 468 | 465 | 525 | 470 | 465 | 450 | 460 | 480 | 545 | 530 | 510 | 500 |
| | | | | | | | | | | | | | | |
| **Y/Y Change in ASPs** | | | | | | | | | | | | | | |
| iPhone | 11.3% | -3.8% | 1.1% | 17.7% | 6.0% | -0.1% | 14.7% | 11.2% | 19.6% | 29.5% | 5.2% | 10.3% | 9.3% | 0.6% |
| iPad | -5.0% | 6.9% | -2.9% | -1.5% | 1.5% | 1.9% | 5.2% | 3.5% | -5.7% | -9.2% | 1.1% | -1.4% | 3.6% | 2.4% |
| Mac | -2.9% | -0.2% | 8.7% | 5.3% | -3.7% | 13.3% | 0.1% | 3.0% | 10.0% | 8.9% | -1.8% | -5.9% | -4.0% | -3.4% |
| Apple Watch | | -4.2% | -5.2% | -0.6% | 13.0% | 1.1% | -2.1% | -2.2% | 0.0% | 2.1% | 17.2% | 17.8% | 10.9% | 4.2% |
| | | | | | | | | | | | | | | |
| **Sequential Change in ASPs** | | | | | | | | | | | | | | |
| iPhone | | | | | | 2.0% | 28.9% | -8.5% | -0.6% | 10.5% | 4.7% | -4.0% | -1.5% | 1.7% |
| iPad | | | | | | 7.6% | -4.9% | 1.4% | -9.1% | 3.6% | 5.9% | -1.1% | -4.5% | 2.4% |
| Mac | | | | | | 2.2% | 1.3% | 6.3% | -0.1% | 1.2% | -8.6% | 1.9% | 1.9% | 1.8% |
| Apple Watch | | | | | | 2.2% | -1.1% | -3.2% | 2.2% | 4.3% | 13.5% | -2.8% | -3.8% | -2.0% |
| | | | | | | | | | | | | | | |
| **Attach Rates** | | | | | | | | | | | | | | |
| Apps/SW/Svcs per Last 12 Qtrs / Last 4 Qtrs Devices Prior to FY14 | | | | | | 9.55 | 9.50 | 10.41 | 10.88 | 11.36 | 11.59 | 12.17 | 12.30 | 13.07 |
| | | | | | | | | | | | | | | |
| **Y/Y Change in Attach rates** | | | | | | | | | | | | | | |
| Apps/SW/Svcs per Last 12 Mos Devices | | | | | | 31.0% | 16.8% | 30.2% | 32.4% | 19.0% | 22.0% | 16.9% | 13.0% | 15.1% |
| | | | | | | | | | | | | | | |
| **Sequential Change in Attach ra** | | | | | | | | | | | | | | |
| Apps/SW/Svcs per Last 12 Mos Devices | | | | | | 16.2% | -0.5% | 9.5% | 4.5% | 4.4% | 2.1% | 5.0% | 1.0% | 6.3% |

Source: Corporate reports, Bernstein estimates and analysis

Provided by Daniel Chen for exclusive use on 24-Oct-2018. Do not re-distribute.

**Exhibit 9**
24 October 2018

A.M. (Toni) Sacconaghi, Jr.   +1-212-407-5843   sacconaghi@bernstein.com

EXHIBIT 30: **Apple Services Revenue Model ($M)**

| Fiscal Periods: | 2016 | 2017 | 2018E | 2019E | 4Q17 | 1Q18 | 2Q18 | 3Q18 | 4Q18E | 1Q19E | 2Q19E | 3Q19E | 4Q19E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Est. Revenues ($M)** | | | | | | | | | | | | | |
| iTunes DL | 3,917 | 2,854 | 2,030 | 1,523 | 606 | 583 | 502 | 490 | 455 | 437 | 377 | 368 | 341 |
| Apple Music | 1,076 | 2,100 | 3,113 | 4,362 | 630 | 663 | 717 | 825 | 909 | 963 | 1,043 | 1,140 | 1,216 |
| App Store | 7,286 | 10,323 | 12,831 | 15,141 | 2,893 | 2,955 | 3,200 | 3,133 | 3,544 | 3,486 | 3,776 | 3,697 | 4,182 |
| Licensing | 3,250 | 4,940 | 7,036 | 8,704 | 1,940 | 1,500 | 1,650 | 1,986 | 1,900 | 1,920 | 2,112 | 2,240 | 2,432 |
| iCloud | 1,750 | 2,550 | 3,785 | 5,299 | 725 | 810 | 900 | 1,025 | 1,050 | 1,134 | 1,260 | 1,435 | 1,470 |
| Apple Care | 3,813 | 4,093 | 5,278 | 5,753 | 1,041 | 1,150 | 1,319 | 1,358 | 1,452 | 1,493 | 1,362 | 1,404 | 1,494 |
| Software Service and other sales | 3,256 | 3,119 | 3,111 | 3,111 | 666 | 811 | 902 | 731 | 666 | 811 | 902 | 731 | 666 |
| Total | 24,348 | 29,980 | 37,185 | 43,893 | 8,501 | 8,471 | 9,190 | 9,548 | 9,976 | 10,245 | 10,832 | 11,015 | 11,801 |
| **Est. Revenue Mix** | | | | | | | | | | | | | |
| iTunes DL | 16% | 10% | 5% | 3% | 7% | 7% | 5% | 5% | 5% | 4% | 3% | 3% | 3% |
| Apple Music | 4% | 7% | 8% | 10% | 7% | 8% | 8% | 9% | 9% | 9% | 10% | 10% | 10% |
| App Store | 30% | 34% | 35% | 34% | 34% | 35% | 35% | 33% | 36% | 34% | 35% | 34% | 35% |
| Licensing | 13% | 16% | 19% | 20% | 23% | 18% | 18% | 21% | 19% | 19% | 19% | 20% | 21% |
| iCloud | 7% | 9% | 10% | 12% | 9% | 10% | 10% | 11% | 11% | 11% | 12% | 13% | 12% |
| Apple Care | 16% | 14% | 14% | 13% | 12% | 14% | 14% | 14% | 15% | 15% | 13% | 13% | 13% |
| Software Service and other sales | 13% | 10% | 8% | 7% | 8% | 10% | 10% | 8% | 7% | 8% | 8% | 7% | 6% |
| Total | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| **Est. Revenue Growth** | | | | | | | | | | | | | |
| iTunes DL | -22% | -27% | -29% | -25% | -30% | -35% | -28% | -25% | -25% | -25% | -25% | -25% | -25% |
| Apple Music | N/A | 95% | 48% | 40% | 74% | 49% | 48% | 52% | 44% | 45% | 46% | 38% | 34% |
| App Store | 36% | 42% | 24% | 18% | 40% | 25% | 25% | 25% | 23% | 18% | 18% | 18% | 18% |
| Licensing | 65% | 52% | 42% | 24% | 168% | 67% | 65% | 81% | -2% | 28% | 28% | 13% | 28% |
| iCloud | 59% | 46% | 48% | 40% | 45% | 47% | 50% | 52% | 45% | 40% | 40% | 40% | 40% |
| Apple Care | 23% | 7% | 29% | 9% | 1% | 11% | 30% | 35% | 40% | 30% | 3% | 3% | 3% |
| Software Service and other sales | -2% | -4% | 0% | 0% | -14% | -18% | 31% | -7% | 0% | 0% | 0% | 0% | 0% |
| Total | 22% | 23% | 24% | 18% | 34% | 18% | 31% | 31% | 17% | 21% | 18% | 15% | 18% |
| **Est. Gross Profit Margin** | | | | | | | | | | | | | |
| iTunes DL | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% |
| Apple Music | 14.0% | 18.2% | 20.0% | 20.0% | 19.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% |
| App Store | 80.0% | 80.0% | 80.0% | 80.0% | 80.0% | 80.0% | 80.0% | 80.0% | 80.0% | 80.0% | 80.0% | 80.0% | 80.0% |
| Licensing | 95.0% | 95.0% | 95.0% | 95.0% | 95.0% | 95.0% | 95.0% | 95.0% | 95.0% | 95.0% | 95.0% | 95.0% | 95.0% |
| iCloud | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% |
| Apple Care | 60.0% | 60.0% | 60.0% | 60.0% | 60.0% | 60.0% | 60.0% | 60.0% | 60.0% | 60.0% | 60.0% | 60.0% | 60.0% |
| Software Service and other sales | 40.0% | 40.0% | 40.0% | 40.0% | 40.0% | 40.0% | 40.0% | 40.0% | 40.0% | 40.0% | 40.0% | 40.0% | 40.0% |
| iTunes/Software/Services | 61.0% | 65.2% | 67.6% | 68.4% | 68.5% | 66.7% | 67.2% | 68.1% | 68.2% | 67.6% | 68.2% | 68.5% | 69.3% |
| **Est. Gross Profit ($M)** | | | | | | | | | | | | | |
| iTunes DL | 979 | 714 | 508 | 381 | 152 | 146 | 126 | 123 | 114 | 109 | 94 | 92 | 85 |
| Apple Music | 151 | 383 | 623 | 872 | 120 | 133 | 143 | 165 | 182 | 193 | 209 | 228 | 243 |
| App Store | 5,829 | 8,258 | 10,265 | 12,113 | 2,314 | 2,364 | 2,560 | 2,506 | 2,835 | 2,789 | 3,021 | 2,957 | 3,345 |
| Licensing | 3,088 | 4,693 | 6,684 | 8,269 | 1,843 | 1,425 | 1,568 | 1,887 | 1,805 | 1,824 | 2,006 | 2,128 | 2,310 |
| iCloud | 1,225 | 1,785 | 2,650 | 3,709 | 508 | 567 | 630 | 718 | 735 | 794 | 882 | 1,005 | 1,029 |
| Apple Care | 2,288 | 2,456 | 3,167 | 3,452 | 624 | 690 | 791 | 815 | 871 | 896 | 817 | 843 | 896 |
| Software Service and other sales | 1,303 | 1,248 | 1,244 | 1,244 | 266 | 324 | 361 | 293 | 266 | 324 | 361 | 293 | 266 |
| Total | 14,862 | 19,536 | 25,140 | 30,040 | 5,827 | 5,648 | 6,179 | 6,505 | 6,808 | 6,929 | 7,390 | 7,545 | 8,176 |

Source: Corporate reports, Bernstein estimates and analysis

U.S. IT HARDWARE

BERNSTEIN   22

**Page 169**

Provided by Daniel Chen for exclusive use on 24-Oct-2018. Do not re-distribute.

**Exhibit 9**
24 October 2018

A.M. (Toni) Sacconaghi, Jr.   +1-212-407-5843   sacconaghi@bernstein.com

DISCLOSURE APPENDIX

## VALUATION METHODOLOGY

### U.S. IT Hardware

We value companies in our coverage using price to forward earnings relative to the S&P 500 and on EV/FCF.

### Apple Inc

We rate Apple market-perform with a $225 target price. We note that this price target reflects roughly an average historical EV/NTM FCF multiple, P/FE ex cash, and relative P/FE ex cash multiple.

## RISKS

### U.S. IT Hardware

The biggest risks to U.S. IT Hardware are macro related – a weak macro environment would depress enterprise IT spending and consumer IT spending (e.g., smartphones and tablets). A strengthening U.S. dollar is also generally a top-line headwind and risk to several companies in our coverage. Company specific execution is a risk, particularly for companies with less recurring revenue and profit. Significant moves of workloads to the public cloud and associated spending deflation represents a risk to enterprise IT hardware vendors.

### Apple Inc

The biggest risks to the downside on Apple and to our price target are that: (1) Apple mis-executes or delivers a poor product, resulting in significant defections to competitors; (2) that competitive hardware in either the tablet or smartphone markets evolves to become meaningfully superior, undermining prevailing high repurchase intention among Apple customers and causing market share losses or resultant margin pressure; or (3) that iPhone replacement cycles extend as successive generation product differentiation becomes less pronounced, undermining growth.

The biggest risks to the upside are that: (1) Apple boosts earnings using share repurchases sooner than we expect; (2) a surprise new product boosts FY18 cycle prospects; (3) Apple maintains a higher level of channel inventory going forward, reducing expected drawdowns; or (4) currency tailwinds boost ASPs and gross margins.

Provided by Daniel Chen for exclusive use on 24-Oct-2018. Do not re-distribute.

**Exhibit 9**

## SRO REQUIRED DISCLOSURES

- References to "Bernstein" relate to Sanford C. Bernstein & Co., LLC, Sanford C. Bernstein Limited, Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, Sanford C. Bernstein (Canada) Limited, Sanford C. Bernstein (India) Private Limited (SEBI registration no. INH000006378) and Sanford C. Bernstein (business registration number 53193989L), a unit of AllianceBernstein (Singapore) Ltd. which is a licensed entity under the Securities and Futures Act and registered with Company Registration No. 199703364C, collectively.

- Bernstein analysts are compensated based on aggregate contributions to the research franchise as measured by account penetration, productivity and proactivity of investment ideas. No analysts are compensated based on performance in, or contributions to, generating investment banking revenues.

- Bernstein rates stocks based on forecasts of relative performance for the next 6-12 months versus the S&P 500 for stocks listed on the U.S. and Canadian exchanges, versus the MSCI Pan Europe Index for stocks listed on the European exchanges (except for Russian companies), versus the MSCI Emerging Markets Index for Russian companies and stocks listed on emerging markets exchanges outside of the Asia Pacific region, and versus the MSCI Asia Pacific ex-Japan Index for stocks listed on the Asian (ex-Japan) exchanges - unless otherwise specified. We have three categories of ratings:

    Outperform: Stock will outpace the market index by more than 15 pp in the year ahead.

    Market-Perform: Stock will perform in line with the market index to within +/-15 pp in the year ahead.

    Underperform: Stock will trail the performance of the market index by more than 15 pp in the year ahead.

    Not Rated: The stock Rating, Target Price and/or estimates (if any) have been suspended temporarily.

- As of 10/23/2018, Bernstein's ratings were distributed as follows: Outperform - 50.6% (0.0% banking clients) ; Market-Perform - 39.7% (0.0% banking clients); Underperform - 9.7% (0.0% banking clients); Not Rated - 0.0% (0.0% banking clients). The numbers in parentheses represent the percentage of companies in each category to whom Bernstein provided investment banking services within the last twelve (12) months.

- Toni Sacconaghi maintains a long position in Seagate Technology (STX).

- All statements in this report attributable to Gartner represent Bernstein's interpretation of data, research opinion or viewpoints published as part of a syndicated subscription service by Gartner, Inc., and have not been reviewed by Gartner. Each Gartner publication speaks as of its original publication date (and not as of the date of this report). The opinions expressed in Gartner publications are not representations of fact, and are subject to change without notice.

**12-Month Rating History as of 10/23/2018**

**Ticker Rating Changes**

| | |
|---|---|
| AAPL | M (RC) 02/02/18   O (RC) 10/13/08 |

Rating Guide: O - Outperform, M - Market-Perform, U - Underperform, N - Not Rated
Rating Actions: IC - Initiated Coverage, DC - Dropped Coverage, RC - Rating Change

### AAPL / Apple Inc



| Date | Rating | Target(USD) |
|---|---|---|
| 08/26/15 | O | 142.00 |
| 09/09/15 | O | 135.00 |
| 07/18/16 | O | 125.00 |
| 10/13/16 | O | 135.00 |
| 01/05/17 | O | 140.00 |
| 03/21/17 | O | 160.00 |
| 07/25/17 | O | 170.00 |
| 08/02/17 | O | 175.00 |
| 11/03/17 | O | 195.00 |
| 02/02/18 | M | 170.00 |
| 05/02/18 | M | 190.00 |
| 08/01/18 | M | 200.00 |

O - Outperform   M - Market-Perform   U - Underperform   N - Not Rated

Provided by Daniel Chen for exclusive use on 24-Oct-2018. Do not re-distribute.

**Exhibit 9**

## OTHER DISCLOSURES

A price movement of a security which may be temporary will not necessarily trigger a recommendation change. Bernstein will advise as and when coverage of securities commences and ceases. Bernstein has no policy or standard as to the frequency of any updates or changes to its coverage policies. Although the definition and application of these methods are based on generally accepted industry practices and models, please note that there is a range of reasonable variations within these models. The application of models typically depends on forecasts of a range of economic variables, which may include, but are not limited to, interest rates, exchange rates, earnings, cash flows and risk factors that are subject to uncertainty and also may change over time. Any valuation is dependent upon the subjective opinion of the analysts carrying out this valuation.

Bernstein produces a number of different types of research product including, among others, fundamental analysis and quantitative analysis. Recommendations contained within one type of research product may differ from recommendations contained within other types of research product, whether as a result of differing time horizons, methodologies or otherwise.

This document may not be passed on to any person in the United Kingdom (i) who is a retail client (ii) unless that person or entity qualifies as an authorised person or exempt person within the meaning of section 19 of the UK Financial Services and Markets Act 2000 (the "Act"), or qualifies as a person to whom the financial promotion restriction imposed by the Act does not apply by virtue of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005, or is a person classified as an "professional client" for the purposes of the Conduct of Business Rules of the Financial Conduct Authority.

This document may not be passed onto any person in Canada unless that person qualifies as "permitted client" as defined in Section 1.1 of NI 31-103.

**To our readers in the United States:** Sanford C. Bernstein & Co., LLC is distributing this publication in the United States and accepts responsibility for its contents. Any U.S. person receiving this publication and wishing to effect securities transactions in any security discussed herein should do so only through Sanford C. Bernstein & Co., LLC.

**To our readers in the United Kingdom:** This publication has been issued or approved for issue in the United Kingdom by Sanford C. Bernstein Limited, authorised and regulated by the Financial Conduct Authority and located at 50 Berkeley Street, London W1J 8SB, +44 (0)20-7170-5000.

**To our readers in member states of the EEA:** This publication is being distributed in the EEA by Sanford C. Bernstein Limited, which is authorised and regulated in the United Kingdom by the Financial Conduct Authority and holds a passport under the Markets in Financial Instruments Directive.

**To our readers in Hong Kong:** This publication is being distributed in Hong Kong by Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, which is licensed and regulated by the Hong Kong Securities and Futures Commission (Central Entity No. AXC846).  This publication is solely for professional investors only, as defined in the Securities and Futures Ordinance (Cap. 571).

**To our readers in Singapore:** This publication is being distributed in Singapore by Sanford C. Bernstein, a unit of AllianceBernstein (Singapore) Ltd., only to accredited investors or institutional investors, as defined in the Securities and Futures Act (Chapter 289). Recipients in Singapore should contact AllianceBernstein (Singapore) Ltd. in respect of matters arising from, or in connection with, this publication. AllianceBernstein (Singapore) Ltd. is a licensed entity under the Securities and Futures Act and registered with Company Registration No. 199703364C. It is regulated by the Monetary Authority of Singapore and located at One Raffles Quay, #27-11 South Tower, Singapore 048583, +65-62304600. The business name "Bernstein" is registered under business registration number 53193989L.

**To our readers in the People's Republic of China:** The securities referred to in this document are not being offered or sold and may not be offered or sold, directly or indirectly, in the People's Republic of China (for such purposes, not including the Hong Kong and Macau Special Administrative Regions or Taiwan), except as permitted by the securities laws of the People's Republic of China.

**To our readers in Japan:** This document is not delivered to you for marketing purposes, and any information provided herein should not be construed as a recommendation, solicitation or offer to buy or sell any securities or related financial products.

For the  institutional client readers in Japan who have been granted access to the Bernstein website by Daiwa Securities Group Inc. ("Daiwa"), your access to this document should not be construed as meaning that Sanford C. Bernstein is providing you with investment advice for any purposes. Whilst Sanford C. Bernstein has prepared this document, your relationship is, and will remain with, Daiwa, and Sanford C. Bernstein has neither any contractual relationship with you nor any obligations towards you.

**To our readers in Australia:** Sanford C. Bernstein & Co., LLC, Sanford C. Bernstein Limited and Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司 are exempt from the requirement to hold an Australian financial services licence under the Corporations Act 2001 in respect of the provision of the following financial services to wholesale clients:

- providing financial product advice;

- dealing in a financial product;

- making a market for a financial product; and

- providing a custodial or depository service.

Provided by Daniel Chen for exclusive use on 24-Oct-2018. Do not re-distribute.

**Exhibit 9**

**To our readers in Canada:** If this publication is pertaining to a Canadian domiciled company, it is being distributed in Canada by Sanford C. Bernstein (Canada) Limited, which is licensed and regulated by the Investment Industry Regulatory Organization of Canada ("IIROC"). If the publication is pertaining to a non-Canadian domiciled company, it is being distributed by Sanford C. Bernstein & Co., LLC, which is licensed and regulated by both the U.S. Securities and Exchange Commission and the Financial Industry Regulatory Authority ("FINRA") into Canada under the International Dealers Exemption. This publication may not be passed onto any person in Canada unless that person qualifies as a "Permitted Client" as defined in Section 1.1 of NI 31-103.

**To our readers in India:** This publication is being distributed in India by Sanford C. Bernstein (India) Private Limited (SCB India) which is licensed and regulated by Securities and Exchange Board of India ("SEBI") as a research analyst under the SEBI (Research Analyst) Regulations, 2014, having registration no. INH000006378. SCB India is currently engaged in the business of providing research services.

SCB India is a private limited company incorporated under the Companies Act, 2013, on April 12, 2017 bearing corporate identification number U65999MH2017FTC293762, and registered office at 701, The Capital, B-Wing, Plot No. C-70, G Block, Bandra Kurla Complex, Bandra East, Mumbai, Mumbai City 400051, Maharashtra, India (Phone No: +852 2918 5739). Details of associate entities of SCB India are available on the website at Bernsteinresearch.com.

SCB India does not have any disciplinary history as on the date of this report.

The associates of SCB India or their relatives may have financial interest(s) in the subject company.

SCB India and its associate company(ies), may: (a) from time to time, have a long or short position in, act as principal in, and buy or sell the securities or derivatives thereof of companies mentioned herein.

SCB India is not engaged in any investment banking activities, as such, SCB India has not managed or co-managed a public offering in the past twelve months.  In addition, neither SCB India nor any of its associates have received any compensation for investment banking services or merchant banking services from the subject company in the past twelve months.

SCB India or its associates may have received compensation for products or services other than investment banking or merchant banking or brokerage services from the subject company in the past twelve months.

SCB India and its associates have not received any compensation or other benefits from the subject company or third party in connection with the research report.

The principal research analysts who prepared this report, a member of his or her team, are/ are not (or/nor are any members of their household) an officer, director, employee or advisory board member of the companies covered in the report.

SCB India and its associate company(ies) may act as a market maker in the financial instruments of the companies covered in the report.

Sanford C. Bernstein & Co., LLC., Sanford C. Bernstein Limited, Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, Sanford C. Bernstein (Canada) Limited and AllianceBernstein (Singapore) Ltd., Sanford C. Bernstein (India) Private Limited are regulated by, respectively, the Securities and Exchange Commission under U.S. laws, by the Financial Conduct Authority under U.K. laws, by the Hong Kong Securities and Futures Commission under Hong Kong laws, by the Investment Industry Regulatory Organization of Canada, by the Monetary Authority of Singapore under Singapore laws, and Securities and Exchange Board of India, all of which differ from Australian laws.

One or more of the officers, directors, or employees of Sanford C. Bernstein & Co., LLC, Sanford C. Bernstein Limited, Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, Sanford C. Bernstein (India) Private Limited registration number INH000006378, Sanford C. Bernstein (Canada) Limited, Sanford C. Bernstein (business registration number 53193989L), a unit of AllianceBernstein (Singapore) Ltd. which is a licensed entity under the Securities and Futures Act and registered with Company Registration No. 199703364C, and/or their affiliates may at any time hold, increase or decrease positions in securities of any company mentioned herein.

Bernstein or its affiliates may provide investment management or other services to the pension or profit sharing plans, or employees of any company mentioned herein, and may give advice to others as to investments in such companies. These entities may effect transactions that are similar to or different from those recommended herein.

Bernstein Research Publications are disseminated to our customers through posting on the firm's password protected website, www.bernsteinresearch.com. Additionally, Bernstein Research Publications are available through email, postal mail and commercial research portals. If you wish to alter your current distribution method, please contact your salesperson for details.

Bernstein and/or its affiliates do and seek to do business with companies covered in its research publications. As a result, investors should be aware that Bernstein and/or its affiliates may have a conflict of interest that could affect the objectivity of this publication. Investors should consider this publication as only a single factor in making their investment decisions.

This publication has been published and distributed in accordance with Bernstein's policy for management of conflicts of interest in investment research, a copy of which is available from Sanford C. Bernstein & Co., LLC, Director of Compliance, 1345 Avenue of the Americas, New York, N.Y. 10105, Sanford C. Bernstein Limited, Director of Compliance, 50 Berkeley Street, London W1J 8SB, United Kingdom, or Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, Director of Compliance, 39th Floor, One Island East, Taikoo Place, 18 Westlands Road, Quarry Bay, Hong Kong, or Sanford C. Bernstein

Provided by Daniel Chen for exclusive use on 24-Oct-2018. Do not re-distribute.

**Exhibit 9**

(business registration number 53193989L) , a unit of AllianceBernstein (Singapore) Ltd. which is a licensed entity under the Securities and Futures Act and registered with Company Registration No. 199703364C, Director of Compliance, One Raffles Quay, #27-11 South Tower, Singapore 048583, or Sanford C. Bernstein (India) Private Limited, Chief Compliance Officer, Level 6, 4 North Avenue, Maker Maxity, Bandra Kurla Complex, Bandra (East), Mumbai 400051.  Additional disclosures and information regarding Bernstein's business are available on our website www.bernsteinresearch.com.

## CERTIFICATIONS

- I/(we), A.M. (Toni) Sacconaghi, Jr., Senior Analyst(s)/Analyst(s), certify that all of the views expressed in this publication accurately reflect my/(our) personal views about any and all of the subject securities or issuers and that no part of my/(our) compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views in this publication.

*Approved By: SU*

Copyright 2018, Sanford C. Bernstein & Co., LLC, Sanford C. Bernstein Limited, Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, and AllianceBernstein (Singapore) Ltd., subsidiaries of AllianceBernstein L.P. ~1345 Avenue of the Americas ~ NY, NY 10105 ~212/756-4400.  All rights reserved.

This publication is not directed to, or intended for distribution to or use by, any person or entity who is a citizen or resident of, or located in any locality, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation or which would subject Bernstein or any of their subsidiaries or affiliates to any registration or licensing requirement within such jurisdiction. This publication is based upon public sources we believe to be reliable, but no representation is made by us that the publication is accurate or complete. We do not undertake to advise you of any change in the reported information or in the opinions herein. This publication was prepared and issued by Bernstein for distribution to eligible counterparties or professional clients. This publication is not an offer to buy or sell any security, and it does not constitute investment, legal or tax advice. The investments referred to herein may not be suitable for you. Investors must make their own investment decisions in consultation with their professional advisors in light of their specific circumstances. The value of investments may fluctuate, and investments that are denominated in foreign currencies may fluctuate in value as a result of exposure to exchange rate movements. Information about past performance of an investment is not necessarily a guide to, indicator of, or assurance of, future performance.

Provided by Daniel Chen for exclusive use on 24-Oct-2018. Do not re-distribute.

**Exhibit 9**

# [AHEAD OF TOMORROW]



**Exhibit 9**
24 October 2018 | 9:03PM PDT

For the exclusive use of MATTBLAKE@APPLE.COM

Neutral

# Apple Inc. (AAPL)

## iPhone Mix Trending Better; Increasing ASPs. China/Macro unit risk remains. Reiterate Neutral

| AAPL | 12m Price Target: **$240.00** | Price: **$215.09** | Upside: **11.6%** |
|---|---|---|---|

We are increasing our iPhone ASP estimate by 5% for FQ1'19 and 4% for FY19 as we believe the XS Max is trending better in overall mix than our previous expectations. Our iPhone ASP for Dec '19 is now $815 and for FY19 is $781. We continue to believe that China and possibly widening consumer weakness represent unit risk for Apple (click here, here and here for our prior notes on this subject) in the December quarter. At this point our Dec QTR EPS forecasts are still 2.6% ahead of Factset consensus but we are not yet explicitly modeling for any reduction in Chinese demand for Apple. However, given market conditions in China and expanding uncertainty around trade and macro we believe Apple is likely to lean conservatively on their guidance for FQ1 to Dec and to then hope things improve before the critical holiday buying season. Note that we have included an updated preview First Cut table in this report to reflect these model changes. Remain Neutral.

- **XS Mix Trending Better.** We believe the mix of XS Max is trending in the 25%+ levels for the December quarter vs. our prior estimates of 7.5%. We are increasing the mix of XS Max SKUs in our model which is driving higher ASPs for FQ1 and FY19. Our FQ1'19 ASP moves up by 5% to $815 and our FY19 ASP increases by 4% to $781.

- **China Continues to Weaken.** Macro data points out of China continued to weaken in October. Specifically, we note that PMI, Auto Sales, Golden Week data, Food CPI data, Retail Sales volume all deteriorated in September amid the impact from US tariffs as well as other local market factors. On the positive side we see the Chinese government actively stimulating the consumer with recent tax cuts and our economists believe a potential trade deal would also likely improve consumer sentiment in the country.

**Rod Hall, CFA**
+1(415)249-7437 | rod.hall@gs.com
Goldman Sachs & Co. LLC

**Ashwin Kesireddy**
+1(415)249-7489 | ashwin.kesireddy@gs.com
Goldman Sachs & Co. LLC

**Bala R Reddy**
+1(212)934-7453 | bala.reddy@gs.com
Goldman Sachs India SPL

**RK Raghunathan Kamesh**
+1(415)249-7443 | rk.raghunathankamesh@gs.com
Goldman Sachs & Co. LLC

### Key Data

| | |
|---|---|
| Market cap: | $1.1tr |
| Enterprise value: | $944.3bn |
| 3m ADTV: | $7.0bn |
| | United States |
| | America-Consumer Hardware & Mobility: Neutral |
| | M&A Rank: 3 |
| | GS SUSTAIN 50 List |

### GS Forecast

| | 9/17 | 9/18E | 9/19E | 9/20E |
|---|---|---|---|---|
| Revenue ($ mn) New | 229,234.0 | 263,947.2 | 285,850.4 | 300,029.8 |
| Revenue ($ mn) Old | 229,234.0 | 263,947.2 | 278,380.1 | 296,554.1 |
| EBITDA ($ mn) | 71,501.0 | 81,128.0 | 88,248.3 | 93,876.9 |
| EBIT ($ mn) | 61,344.0 | 70,215.6 | 76,798.7 | 81,489.8 |
| EPS ($) New | 9.21 | 11.78 | 14.22 | 16.18 |
| EPS ($) Old | 9.21 | 11.78 | 13.77 | 15.96 |
| P/E (X) | 14.9 | 18.3 | 15.1 | 13.3 |
| Dividend yield (%) | 1.8 | 1.3 | 1.5 | 1.7 |
| Net debt/EBITDA (X) | (21.1) | (1.1.4) | (0.18) | (0.13) |

| | 6/18 | 9/18E | 12/18E | 3/19E |
|---|---|---|---|---|
| EPS ($) | 2.134 | 2.178 | 5.05 | 3.25 |

### GS Factor Profile



AAPL relative to Americas Coverage
AAPL relative to Americas Hardware and Communications Technology

Source: Company data, Goldman Sachs Research estimates.
See disclosures for details.

Goldman Sachs does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. For Reg AC certification and other important disclosures, see the Disclosure Appendix, or go to www.gs.com/research/hedge.html. Analysts employed by non-US affiliates are not registered/qualified as research analysts with FINRA in the U.S.

**Goldman Sachs**

**Exhibit 9** Apple Inc. (AAPL)

 **Apple Inc. (AAPL)**
Neutral
Rating since Feb 6, 2018

## Ratios & Valuation

| | 9/17 | 9/18E | 9/19E | 9/20E |
|---|---|---|---|---|
| P/E (X) | 14.9 | 18.3 | 15.1 | 13.3 |
| EV/EBITDA (X) | 7.9 | 11.7 | 10.3 | 9.3 |
| EV/sales (X) | 2.5 | 3.6 | 3.2 | 2.9 |
| FCF yield (%) | 7.2 | 5.6 | 6.3 | 7.3 |
| EV/DACF (X) | 8.4 | 24.5 | 11.8 | 10.6 |
| CROCI (%) | 28.3 | 15.9 | 36.7 | 49.8 |
| ROE (%) | 36.9 | 49.4 | 73.5 | 116.0 |
| Net debt/EBITDA (X) | (2.1) | (1.4) | (0.8) | (0.3) |
| Net debt/equity (%) | (114.3) | (110.6) | (97.4) | (68.9) |
| Interest cover (X) | 26.4 | 23.6 | 32.6 | 37.3 |
| Inventory days | 9.0 | 9.7 | 8.4 | 9.2 |
| Receivable days | 26.8 | 26.5 | 27.1 | 27.3 |
| Days payable outstanding | 111.7 | 114.1 | 113.1 | 112.9 |

## Growth & Margins (%)

| | 9/17 | 9/18E | 9/19E | 9/20E |
|---|---|---|---|---|
| Total revenue growth | 6.3 | 15.1 | 8.3 | 5.0 |
| EBITDA growth | 1.4 | 13.5 | 8.8 | 6.4 |
| EPS growth | 10.8 | 27.9 | 20.7 | 13.8 |
| DPS growth | 10.1 | 13.3 | 16.2 | 16.5 |
| Gross margin | 38.5 | 38.3 | 38.4 | 38.5 |
| EBIT margin | 26.8 | 26.6 | 26.9 | 27.2 |

## Price Performance



| | 3m | 6m | 12m |
|---|---|---|---|
| Absolute | 11.4% | 32.0% | 36.9% |
| Rel. to the S&P 500 | 18.3% | 32.0% | 32.4% |

Source: FactSet. Price as of 24 Oct 2018 close.

## Income Statement ($ mn)

| | 9/17 | 9/18E | 9/19E | 9/20E |
|---|---|---|---|---|
| Total revenue | 229,234.0 | 263,947.2 | 285,850.4 | 300,029.8 |
| Cost of goods sold | (141,048.0) | (162,732.6) | (175,990.5) | (184,517.9) |
| SG&A | (15,261.0) | (16,837.9) | (18,184.4) | (18,689.0) |
| R&D | (11,581.0) | (14,161.1) | (14,876.8) | (15,333.1) |
| Other operating inc./(exp.) | – | – | – | – |
| **EBITDA** | **71,501.0** | **81,128.0** | **88,248.3** | **93,876.9** |
| Depreciation & amortization | (10,157.0) | (10,912.5) | (11,449.5) | (12,387.1) |
| **EBIT** | **61,344.0** | **70,215.6** | **76,798.7** | **81,489.8** |
| Net interest inc./(exp.) | 2,745.0 | 2,045.3 | 873.0 | 49.3 |
| Income/(loss) from associates | – | – | – | – |
| **Pre-tax profit** | **64,089.0** | **72,260.8** | **77,671.7** | **81,539.1** |
| Provision for taxes | (15,738.0) | (13,442.8) | (12,427.5) | (13,046.3) |
| Minority interest | – | – | – | – |
| Preferred dividends | – | – | – | – |
| **Net inc. (pre-exceptionals)** | **48,351.0** | **58,818.0** | **65,244.2** | **68,492.9** |
| **Net inc. (post-exceptionals)** | **48,351.0** | **58,818.0** | **65,244.2** | **68,492.9** |
| **EPS (basic, pre-except) ($)** | **9.27** | **11.87** | **14.30** | **16.28** |
| **EPS (diluted, pre-except) ($)** | **9.21** | **11.78** | **14.22** | **16.18** |
| **EPS (ex-ESO exp., dil.) ($)** | **--** | **--** | **--** | **--** |
| DPS ($) | 2.40 | 2.72 | 3.16 | 3.68 |
| Div. payout ratio (%) | 25.9 | 22.9 | 22.1 | 22.6 |
| Wtd avg shares out. (basic) (mn) | 5,217.2 | 4,954.6 | 4,562.0 | 4,206.9 |
| Wtd avg shares out. (diluted) (mn) | 5,251.7 | 4,995.0 | 4,589.5 | 4,232.3 |

## Balance Sheet ($ mn)

| | 9/17 | 9/18E | 9/19E | 9/20E |
|---|---|---|---|---|
| Cash & cash equiva.ents | 20,289.0 | 35,711.9 | 46,295.2 | 58,444.9 |
| Accounts receivab.e | 17,874.0 | 20,485.9 | 21,999.5 | 22,873.3 |
| Inventory | 4,855.0 | 3,754.3 | 4,321.0 | 4,963.4 |
| Other current assets | 85,627.0 | 70,850.1 | 73,087.3 | 74,419.0 |
| **Total current assets** | **128,645.0** | **130,802.2** | **145,703.1** | **160,700.6** |
| Net PP&E | 33,783.0 | 40,988.0 | 48,186.3 | 55,228.3 |
| Net intangib.es | 2,298.0 | 2,199.0 | 2,399.0 | 2,599.0 |
| Tota. investments | 194,714.0 | 157,773.0 | 97,773.0 | 37,773.0 |
| Other .ong-term assets | 15,879.0 | 21,173.0 | 24,277.0 | 27,381.0 |
| **Total assets** | **375,319.0** | **352,935.2** | **318,338.3** | **283,681.9** |
| Accounts payab.e | 49,049.0 | 52,657.0 | 56,454.7 | 57,682.6 |
| Short-term debt | 18,473.0 | 17,472.0 | 17,472.0 | 17,472.0 |
| Other current .iabi.ities | 33,292.0 | 31,186.0 | 32,593.3 | 35,685.4 |
| **Total current liabilities** | **100,814.0** | **101,315.1** | **106,520.0** | **110,840.0** |
| Long-term debt | 97,207.0 | 99,628.0 | 94,128.0 | 86,870.0 |
| Other .ong-term .iabi.ities | 43,251.0 | 47,707.9 | 44,351.6 | 41,170.3 |
| **Total long-term liabilities** | **140,458.0** | **147,335.9** | **138,479.6** | **128,040.3** |
| **Total liabilities** | **241,272.0** | **248,651.0** | **244,999.7** | **238,880.3** |
| **Preferred shares** | **--** | **--** | **--** | **--** |
| **Total common equity** | **134,047.0** | **104,284.2** | **73,338.7** | **44,801.6** |
| **Minority interest** | **--** | **--** | **--** | **--** |
| **Total liabilities & equity** | **375,319.0** | **352,935.2** | **318,338.3** | **283,681.9** |
| BVPS ($) | 25.12 | 21.97 | 16.77 | 11.12 |

## Cash Flow ($ mn)

| | 9/17 | 9/18E | 9/19E | 9/20E |
|---|---|---|---|---|
| Net income | 48,351.0 | 58,818.0 | 65,244.2 | 68,492.9 |
| D&A add-back | 10,157.0 | 10,912.5 | 11,449.5 | 12,387.1 |
| Minority interest add-back | – | – | – | – |
| Net (inc)/dec working capital | (5,550.0) | 34,170.2 | (991.9) | (232.2) |
| Others | 10,640.0 | (29,354.4) | 1,180.8 | 1,410.7 |
| **Cash flow from operations** | **63,598.0** | **74,546.3** | **76,882.6** | **82,058.5** |
| Capital expenditures | (12,451.0) | (14,406.5) | (15,374.8) | (16,156.1) |
| Acquisitions | (673.0) | (2,159.0) | (1,000.0) | (1,000.0) |
| Divestitures | – | – | – | – |
| Others | (33,322.0) | 45,672.0 | 57,696.0 | 57,696.0 |
| **Cash flow from investing** | **(46,446.0)** | **29,106.5** | **41,321.2** | **40,539.9** |
| Dividends paid | (12,769.0) | (13,705.9) | (14,480.6) | (15,550.7) |
| Share issuance/(repurchase) | (33,592.0) | (77,483.0) | (87,640.0) | (87,640.0) |
| Inc/(decl) in debt | 29,014.0 | 2,959.0 | (5,500.0) | (7,258.0) |
| Others | – | – | – | – |
| **Cash flow from financing** | **(17,347.0)** | **(88,229.9)** | **(107,620.6)** | **(110,448.7)** |
| **Total cash flow** | **(195.0)** | **15,422.9** | **10,583.3** | **12,149.7** |
| Free cash flow | 51,147.0 | 60,139.8 | 61,507.9 | 65,902.4 |
| Free cash flow per share ($) | 9.80 | 12.14 | 13.48 | 15.67 |

Source: Company data, Goldman Sachs Research estimates.

For the exclusive use of MATTBLAKE@APPLE.COM

Goldman Sachs                                                                      **Exhibit 9** Apple Inc. (AAPL)

- **Chinese Smartphones declined 15% in Q3.** In our recent smartphone model update, we reduced our estimates for Chinese smartphones for H2'18 and 2019 due to end market weakness (click here for our note). Though most of the smartphone weakness in China is in the mid and lower range we find it hard to believe that the weaker consumer environment, should it persist, is going to be helpful to Apple.

- **EPS changes and Valuation.** Driven by the above mentioned ASP changes, our EPS for FQ1'19 to December and FY19 increases by 4% and 3%, respectively, to $5.05 and $14.22. We retain our 12-month PT of $240 based on 16x CY19 EPS of $14.74.

**Exhibit 1: AAPL: FQ4'18 Preview**

| | GS Q4'18 Sep-18E | Cons Q4'18 Sep-18E | Q4'17 Sep-17 | Q3'18 Jun-18 | Growth (%) Y/Y | Q/Q | GS Q1'19 Dec-18E | Cons Q1'19 Dec-18E |
|---|---|---|---|---|---|---|---|---|
| Revenues ($mn) | 61,252 | 61,383 | 52,579 | 53,265 | 16.5% | 15.0% | 95,101 | 92,811 |
| Product ($mn) | 51,264 | 51,148 | 44,078 | 43,717 | 16.3% | 17.3% | 85,042 | 81,709 |
| iPhone | 35,272 | 35,413 | 28,846 | 29,906 | 22.3% | 17.9% | 65,296 | 62,301 |
| Units (mn) | 47.8 | 47.6 | 46.7 | 41.3 | 2.5% | 15.8% | 80.1 | 77.7 |
| ASP ($) | 737 | 744 | 618 | 724 | 19.3% | 1.8% | 815 | 810 |
| iPad | 4,587 | 4,649 | 4,831 | 4,741 | (5.1%) | (3.3%) | 5,802 | 5,774 |
| Mac | 7,385 | 6,904 | 7,170 | 5,330 | 3.0% | 38.6% | 7,637 | 6,973 |
| Other products | 4,019 | 4,181 | 3,231 | 3,740 | 24.4% | 7.5% | 6,307 | 6,661 |
| Services ($m) | 9,989 | 10,236 | 8,501 | 9,548 | 17.5% | 4.6% | 10,059 | 11,102 |
| | | | | | | | | |
| Gross profit ($m) | 23,460 | 23,471 | 19,931 | 20,421 | 17.7% | 14.9% | 36,481 | 35,848 |
| Gross margin (%) | 38.3% | 38.2% | 37.9% | 38.3% | 0.4pp | 0.0pp | 38.4% | 38.6% |
| | | | | | | | | |
| OpEx ($m) | 8,024 | 7,983 | 6,811 | 7,809 | 17.8% | 2.8% | 8,343 | 8,383 |
| R&D ($mn) | 3,675 | | 2,997 | 3,701 | 22.6% | (0.7%) | 3,683 | |
| SG&A ($mn) | 4,349 | | 3,814 | 4,108 | 14.0% | 5.9% | 4,660 | |
| OpEx as a % of sales | 13.1% | 13.0% | 13.0% | 14.7% | 0.1% | -1.6% | 8.8% | 9.0% |
| | | | | | | | | |
| EBIT ($m) | 15,436 | 15,488 | 13,120 | 12,612 | 17.6% | 22.4% | 28,138 | 27,464 |
| EBIT margin (%) | 25.2% | 25.2% | 25.0% | 23.7% | 0.2pp | 1.5pp | 29.6% | 29.6% |
| | | | | | | | | |
| EBT ($m) | 15,779 | 15,818 | 13,917 | 13,284 | 13.4% | 18.8% | 28,441 | 27,862 |
| | | | | | | | | |
| Tax ($m) | 2,367 | 2,355 | 3,203 | 1,765 | (26.1%) | 34.1% | 4,551 | 4,398 |
| Tax rate (%) | 15.0% | 14.9% | 23.0% | 13.3% | -8.0pp | 1.7pp | 16.0% | 15.8% |
| | | | | | | | | |
| Net income ($m) | 13,412 | 13,466 | 10,714 | 11,519 | 25.2% | 16.4% | 23,891 | 23,428 |
| EPS ($) | $2.78 | $2.77 | $2.07 | $2.34 | 34.4% | 18.8% | $5.05 | $4.92 |

Source: Goldman Sachs Global Investment Research, FactSet

For the exclusive use of MATTBLAKE@APPLE.COM

24 October 2018                                                                            3

Goldman Sachs

**Exhibit 9** Apple Inc. (AAPL)

# Forecast Changes

**Exhibit 2: AAPL: Forecast Changes**

For the exclusive use of MATTBLAKE@APPLE.COM

| (millions of U.S. Dollars) | Q418 Sep-18E | Q1'19 Dec-18E | Q2'19 Mar-19E | Q3'19 Jun-19E | Q4'19 Sep-19E | FY'18E | FY'19E | FY'20E |
|---|---|---|---|---|---|---|---|---|
| **Revenues NEW** | **61,252** | **95,101** | **67,092** | **58,354** | **65,303** | **263,947** | **285,850** | **300,030** |
| Revenues OLD | 61,252 | 92,089 | 64,925 | 56,942 | 64,424 | 263,947 | 278,380 | 296,554 |
| Change ($m) | 0 | 3,012 | 2,167 | 1,412 | 879 | 0 | 7,470 | 3,476 |
| Change (%) | 0.0% | 3.3% | 3.3% | 2.5% | 1.4% | 0.0% | 2.7% | 1.2% |
| | | | | | | | | |
| Product revenues NEW | 51,264 | 85,042 | 56,110 | 46,944 | 53,367 | 226,750 | 241,463 | 247,817 |
| Product revenues OLD | 51,264 | 82,030 | 53,943 | 45,532 | 52,488 | 226,750 | 233,992 | 244,342 |
| Change ($m) | 0 | 3,012 | 2,167 | 1,412 | 879 | 0 | 7,470 | 3,476 |
| Change (%) | 0.0% | 3.7% | 4.0% | 3.1% | 1.7% | 0.0% | 3.2% | 1.4% |
| | | | | | | | | |
| **iPhone revenues NEW** | **35,272** | **65,296** | **41,765** | **32,265** | **37,347** | **164,786** | **176,673** | **180,771** |
| iPhone revenues OLD | 35,272 | 62,284 | 39,598 | 30,853 | 36,468 | 164,786 | 169,203 | 177,295 |
| Change ($m) | 0 | 3,012 | 2,167 | 1,412 | 879 | 0 | 7,470 | 3,476 |
| Change (%) | 0.0% | 4.8% | 5.5% | 4.6% | 2.4% | 0.0% | 4.4% | 2.0% |
| | | | | | | | | |
| **iPhone units (millions) NEW** | **47.8** | **80.1** | **54.4** | **43.1** | **48.5** | **218.7** | **226.1** | **225.7** |
| iPhone units (millions) OLD | 47.8 | 80.1 | 54.4 | 43.1 | 48.5 | 218.7 | 226.1 | 225.7 |
| Change (m) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Change (%) | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| | | | | | | | | |
| iPhone ASP ($) NEW | 737 | 815 | 768 | 748 | 770 | 754 | 781 | 801 |
| iPhone ASP ($) OLD | 737 | 778 | 728 | 715 | 752 | 754 | 748 | 785 |
| Change ($) | 0 | 37.6 | 39.9 | 32.7 | 18.1 | 0 | 33.0 | 15.4 |
| Change (%) | 0.0% | 4.8% | 5.5% | 4.6% | 2.4% | 0.0% | 4.4% | 2.0% |
| | | | | | | | | |
| iPad revenues NEW | 4,587 | 5,802 | 3,950 | 4,729 | 4,586 | 19,303 | 19,068 | 18,780 |
| iPad revenues OLD | 4,587 | 5,802 | 3,950 | 4,729 | 4,586 | 19,303 | 19,068 | 18,780 |
| Change ($m) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Change (%) | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| | | | | | | | | |
| Mac revenues NEW | 7,385 | 7,637 | 5,895 | 5,772 | 7,016 | 25,458 | 26,319 | 26,581 |
| Mac revenues OLD | 7,385 | 7,637 | 5,895 | 5,772 | 7,016 | 25,458 | 26,319 | 26,581 |
| Change ($m) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Change (%) | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| | | | | | | | | |
| Other products revenues NEW | 4,019 | 6,307 | 4,500 | 4,178 | 4,418 | 17,202 | 19,403 | 21,686 |
| Other products revenues OLD | 4,019 | 6,307 | 4,500 | 4,178 | 4,418 | 17,202 | 19,403 | 21,686 |
| Change ($m) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Change (%) | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| | | | | | | | | |
| Services revenues NEW | 9,989 | 10,059 | 10,982 | 11,410 | 11,936 | 37,198 | 44,388 | 52,213 |
| Services revenues OLD | 9,989 | 10,059 | 10,982 | 11,410 | 11,936 | 37,198 | 44,388 | 52,213 |
| Change ($m) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Change (%) | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| | | | | | | | | |
| **GAAP Gross Profit NEW** | **23,460** | **36,481** | **25,911** | **22,490** | **24,979** | **101,215** | **109,860** | **115,512** |
| GAAP Gross Profit OLD | 23,460 | 35,325 | 25,074 | 21,945 | 24,642 | 101,215 | 106,987 | 114,175 |
| Change ($m) | 0 | 1,155 | 837 | 544 | 336 | 0 | 2,873 | 1,337 |
| Change (%) | 0.0% | 3.3% | 3.3% | 2.5% | 1.4% | 0.0% | 2.7% | 1.2% |
| | | | | | | | | |
| **Gross Margin NEW** | **38.3%** | **38.4%** | **38.6%** | **38.5%** | **38.3%** | **38.3%** | **38.4%** | **38.5%** |
| Gross Margin OLD | 38.3% | 38.4% | 38.6% | 38.5% | 38.3% | 38.3% | 38.4% | 38.5% |
| Change (pp) | 0.0pp | 0.0pp | 0.0pp | 0.0pp | 0.0pp | 0.0pp | 0.0pp | 0.0pp |
| | | | | | | | | |
| GAAP OpEx NEW | 8,024 | 8,343 | 8,229 | 8,252 | 8,236 | 30,999 | 33,061 | 34,022 |
| GAAP OpEx OLD | 8,024 | 8,196 | 8,083 | 8,143 | 8,176 | 30,999 | 32,598 | 33,807 |
| Change ($m) | 0 | 147 | 146 | 110 | 60 | 0 | 463 | 215 |
| Change (%) | 0.0% | 1.8% | 1.8% | 1.3% | 0.7% | 0.0% | 1.4% | 0.6% |
| | | | | | | | | |
| **GAAP EBIT NEW** | **15,436** | **28,138** | **17,682** | **14,237** | **16,742** | **70,216** | **76,799** | **81,490** |
| GAAP EBIT OLD | 15,436 | 27,129 | 16,991 | 13,803 | 16,466 | 70,216 | 74,389 | 80,368 |
| Change ($m) | 0 | 1,008 | 691 | 434 | 276 | 0 | 2,409 | 1,122 |
| Change (%) | 0.0% | 3.7% | 4.1% | 3.1% | 1.7% | 0.0% | 3.2% | 1.4% |
| | | | | | | | | |
| **GAAP EBIT margin NEW** | **25.2%** | **29.6%** | **26.4%** | **24.4%** | **25.6%** | **26.6%** | **26.9%** | **27.2%** |
| GAAP EBIT margin OLD | 25.2% | 29.5% | 26.2% | 24.2% | 25.6% | 26.6% | 26.7% | 27.1% |
| Change (pp) | 0.0pp | 0.0pp | 0.0pp | 0.0pp | 0.0pp | 0.0pp | 0.1pp | 0.1pp |
| | | | | | | | | |
| GAAP EBT NEW | 15,779 | 28,441 | 17,945 | 14,426 | 16,859 | 72,261 | 77,672 | 81,539 |
| GAAP EBT OLD | 15,779 | 27,433 | 17,254 | 13,992 | 16,583 | 72,261 | 75,262 | 80,417 |
| Change ($m) | 0 | 1,008 | 691 | 434 | 276 | 0 | 2,409 | 1,122 |
| Change (%) | 0.0% | 3.7% | 4.0% | 3.1% | 1.7% | 0.0% | 3.2% | 1.4% |
| | | | | | | | | |
| GAAP Tax NEW | 2,367 | 4,551 | 2,871 | 2,308 | 2,697 | 13,443 | 12,427 | 13,046 |
| GAAP Tax OLD | 2,367 | 4,389 | 2,761 | 2,239 | 2,653 | 13,443 | 12,042 | 12,867 |
| Change ($m) | 0 | 161 | 111 | 70 | 44 | 0 | 385 | 180 |
| Change (%) | 0.0% | 3.7% | 4.0% | 3.1% | 1.7% | 0.0% | 3.2% | 1.4% |
| | | | | | | | | |
| **GAAP Net Income NEW** | **13,412** | **23,891** | **15,074** | **12,118** | **14,162** | **58,818** | **65,244** | **68,493** |
| GAAP Net Income OLD | 13,412 | 23,044 | 14,493 | 11,753 | 13,930 | 58,818 | 63,220 | 67,550 |
| Change ($m) | 0 | 847 | 580 | 365 | 232 | 0 | 2,024 | 943 |
| Change (%) | 0.0% | 3.7% | 4.0% | 3.1% | 1.7% | 0.0% | 3.2% | 1.4% |
| | | | | | | | | |
| **GAAP EPS ($) NEW** | **$2.78** | **$5.05** | **$3.25** | **$2.67** | **$3.18** | **$11.78** | **$14.22** | **$16.18** |
| GAAP EPS ($) OLD | $2.78 | $4.87 | $3.13 | $2.59 | $3.13 | $11.78 | $13.77 | $15.96 |
| Change ($) | $0.00 | $0.18 | $0.13 | $0.08 | $0.05 | $0.00 | $0.44 | $0.22 |
| Change (%) | 0.0% | 3.7% | 4.0% | 3.1% | 1.7% | 0.0% | 3.2% | 1.4% |
| | | | | | | | | |
| **Diluted Shares NEW** | **4,827** | **4,730** | **4,635** | **4,542** | **4,451** | **4,995** | **4,590** | **4,232** |
| Diluted Shares OLD | 4,827 | 4,730 | 4,635 | 4,542 | 4,451 | 4,995 | 4,590 | 4,232 |
| Change ($m) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Change (%) | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |

Source: Goldman Sachs Global Investment Research

Goldman Sachs

# Exhibit 9

Apple Inc. (AAPL)

## Price Target Methodology and Risks

We retain our 12-month price target of $240 based on 16.3x P/E (Previous: 16.7x) our CY'19 EPS estimate of $14.74. We use a slightly lower multiple in order to factor in the risk from China consumer demand weakness. 16x is a premium compared to the company's current trading multiple of 15x. Key upside risks include better-than-expected iPhone demand, better than expected iPhone mix, significantly outsized buybacks and meaningful dividend increase. Key downside risks include weakening iPhone demand, pressure on gross margins and large & dilutive acquisitions.

For the exclusive use of MATTBLAKE@APPLE.COM

24 October 2018

5

Goldman Sachs

**Exhibit 9** Apple Inc. (AAPL)

# Disclosure Appendix

## Reg AC

I, Rod Hall, CFA, hereby certify that all of the views expressed in this report accurately reflect my personal views about the subject company or companies and its or their securities. I also certify that no part of my compensation was, is or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

Unless otherwise stated, the individuals listed on the cover page of this report are analysts in Goldman Sachs' Global Investment Research division.

## GS Factor Profile

The Goldman Sachs Factor Profile provides investment context for a stock by comparing key attributes to the market (i.e. our coverage universe) and its sector peers. The four key attributes depicted are: Growth, Financial Returns, Multiple (e.g. valuation) and Integrated (a composite of Growth, Financial Returns and Multiple). Growth, Financial Returns and Multiple are calculated by using normalized ranks for specific metrics for each stock. The normalized ranks for the metrics are then averaged and converted into percentiles for the relevant attribute. The precise calculation of each metric may vary depending on the fiscal year, industry and region, but the standard approach is as follows:

**Growth** is based on a stock's forward-looking sales growth, EBITDA growth and EPS growth (for financial stocks, only EPS and sales growth), with a higher percentile indicating a higher growth company. **Financial Returns** is based on a stock's forward-looking ROE, ROCE and CROCI (for financial stocks, only ROE), with a higher percentile indicating a company with higher financial returns. **Multiple** is based on a stock's forward-looking P/E, P/B, price/dividend (P/D), EV/EBITDA, EV/FCF and EV/Debt Adjusted Cash Flow (DACF) (for financial stocks, only P/E, P/B and P/D), with a higher percentile indicating a stock trading at a higher multiple. The **Integrated** percentile is calculated as the average of the Growth percentile, Financial Returns percentile and (100% - Multiple percentile).

Financial Returns and Multiple use the Goldman Sachs analyst forecasts at the fiscal year-end at least three quarters in the future. Growth uses inputs for the fiscal year at least seven quarters in the future compared with the year at least three quarters in the future (on a per-share basis for all metrics).

For a more detailed description of how we calculate the GS Factor Profile, please contact your GS representative.

## M&A Rank

Across our global coverage, we examine stocks using an M&A framework, considering both qualitative factors and quantitative factors (which may vary across sectors and regions) to incorporate the potential that certain companies could be acquired. We then assign a M&A rank as a means of scoring companies under our rated coverage from 1 to 3, with 1 representing high (30%-50%) probability of the company becoming an acquisition target, 2 representing medium (15%-30%) probability and 3 representing low (0%-15%) probability. For companies ranked 1 or 2, in line with our standard departmental guidelines we incorporate an M&A component into our target price. M&A rank of 3 is considered immaterial and therefore does not factor into our price target, and may or may not be discussed in research.

## Quantum

Quantum is Goldman Sachs' proprietary database providing access to detailed financial statement histories, forecasts and ratios. It can be used for in-depth analysis of a single company, or to make comparisons between companies in different sectors and markets.

## GS SUSTAIN

GS SUSTAIN is a global investment strategy focused on the generation of long-term alpha through identifying high quality industry leaders. The GS SUSTAIN 50 list includes leaders we believe to be well positioned to deliver long-term outperformance through superior returns on capital, sustainable competitive advantage and effective management of ESG risks vs. global industry peers. Candidates are selected largely on a combination of quantifiable analysis of these three aspects of corporate performance.

## Disclosures

### Coverage group(s) of stocks by primary analyst(s)
Rod Hall, CFA: America-Consumer Hardware & Mobility, America-IT Hardware, America-Networking.

America-Consumer Hardware & Mobility: Apple Inc., Corning Inc., Sonos Inc..

America-IT Hardware: Hewlett Packard Enterprise Co., HP Inc., NetApp Inc., Nutanix Inc., Presidio Inc., Pure Storage Inc..

America-Networking: Acacia Communications Inc., ADTRAN Inc., Arista Networks Inc., ARRIS International Plc, Ciena Corp., Cisco Systems Inc., F5 Networks Inc., Finisar Corp., Infinera Corp., Juniper Networks Inc., Lumentum Holdings.

### Company-specific regulatory disclosures
The following disclosures relate to relationships between The Goldman Sachs Group, Inc. (with its affiliates, "Goldman Sachs") and companies covered by the Global Investment Research Division of Goldman Sachs and referred to in this research.

Goldman Sachs has received compensation for investment banking services in the past 12 months: Apple Inc. ($215.09)

Goldman Sachs expects to receive or intends to seek compensation for investment banking services in the next 3 months: Apple Inc. ($215.09)

Goldman Sachs had an investment banking services client relationship during the past 12 months with: Apple Inc. ($215.09)

Goldman Sachs had a non-investment banking securities-related services client relationship during the past 12 months with: Apple Inc. ($215.09)

Goldman Sachs had a non-securities services client relationship during the past 12 months with: Apple Inc. ($215.09)

Goldman Sachs has managed or co-managed a public or Rule 144A offering in the past 12 months: Apple Inc. ($215.09)

Goldman Sachs makes a market in the securities or derivatives thereof: Apple Inc. ($215.09)

### Distribution of ratings/investment banking relationships
Goldman Sachs Investment Research global Equity coverage universe

For the exclusive use of MATTBLAKE@APPLE.COM

24 October 2018

6

**Page 181**

Goldman Sachs                                                                **Exhibit 9** Apple Inc. (AAPL)

| Rating Distribution | | | Investment Banking Relationships | | |
|---|---|---|---|---|---|
| Buy | Hold | Sell | Buy | Hold | Sell |
| Global | | | | | |
| 35% | 54% | 11% | 64% | 57% | 55% |

As of October 1, 2018, Goldman Sachs Global Investment Research had investment ratings on 2,814 equity securities. Goldman Sachs assigns stocks as Buys and Sells on various regional Investment Lists; stocks not so assigned are deemed Neutral. Such assignments equate to Buy, Hold and Sell for the purposes of the above disclosure required by the FINRA Rules. See 'Ratings, Coverage groups and views and related definitions' below. The Investment Banking Relationships chart reflects the percentage of subject companies within each rating category for whom Goldman Sachs has provided investment banking services within the previous twelve months.

## Price target and rating history chart(s)



Source: Goldman Sachs Investment Research for ratings and price targets; FactSet closing prices as of 9/30/2018.

The price targets shown should be considered in the context of all prior published Goldman Sachs research, which may or may not have included price targets, as well as developments relating to the company, its industry and financial markets.

## Regulatory disclosures
### Disclosures required by United States laws and regulations
See company-specific regulatory disclosures above for any of the following disclosures required as to companies referred to in this report: manager or co-manager in a pending transaction; 1% or other ownership; compensation for certain services; types of client relationships; managed/co-managed public offerings in prior periods; directorships; for equity securities, market making and/or specialist role. Goldman Sachs trades or may trade as a principal in debt securities (or in related derivatives) of issuers discussed in this report.

The following are additional required disclosures: **Ownership and material conflicts of interest:** Goldman Sachs policy prohibits its analysts, professionals reporting to analysts and members of their households from owning securities of any company in the analyst's area of coverage. **Analyst compensation:** Analysts are paid in part based on the profitability of Goldman Sachs, which includes investment banking revenues. **Analyst as officer or director:** Goldman Sachs policy generally prohibits its analysts, persons reporting to analysts or members of their households from serving as an officer, director or advisor of any company in the analyst's area of coverage. **Non-U.S. Analysts:** Non-U.S. analysts may not be associated persons of Goldman Sachs & Co. LLC and therefore may not be subject to FINRA Rule 2241 or FINRA Rule 2242 restrictions on communications with subject company, public appearances and trading securities held by the analysts.

**Distribution of ratings:** See the distribution of ratings disclosure above.  **Price chart:** See the price chart, with changes of ratings and price targets in prior periods, above, or, if electronic format or if with respect to multiple companies which are the subject of this report, on the Goldman Sachs website at http://www.gs.com/research/hedge.html.

### Additional disclosures required under the laws and regulations of jurisdictions other than the United States
The following disclosures are those required by the jurisdiction indicated, except to the extent already made above pursuant to United States laws and regulations. **Australia:** Goldman Sachs Australia Pty Ltd and its affiliates are not authorised deposit-taking institutions (as that term is defined in the Banking Act 1959 (Cth)) in Australia and do not provide banking services, nor carry on a banking business, in Australia. This research, and any access to it, is intended only for "wholesale clients" within the meaning of the Australian Corporations Act, unless otherwise agreed by Goldman Sachs. In producing research reports, members of the Global Investment Research Division of Goldman Sachs Australia may attend site visits and other meetings hosted by the companies and other entities which are the subject of its research reports. In some instances the costs of such site visits or meetings may be met in part or in whole by the issuers concerned if Goldman Sachs Australia considers it is appropriate and reasonable in the specific circumstances relating to the site visit or meeting. To the extent that the contents of this document contains any financial product advice, it is general advice only and has been prepared by Goldman Sachs without taking into account a client's objectives, financial situation or needs. A client should, before acting on any such advice, consider the appropriateness of the advice having regard to the client's own objectives, financial situation and needs. **Brazil:** Disclosure information in relation to CVM Instruction 483 is available at http://www.gs.com/worldwide/brazil/area/gir/index.html. Where applicable, the Brazil-registered analyst primarily responsible for the content of this research report, as defined in Article 16 of CVM Instruction 483, is the first author named at the beginning of this report, unless indicated otherwise at the end of the text.  **Canada:** Goldman Sachs Canada Inc. is an affiliate of The Goldman Sachs Group Inc. and therefore is included in the company specific disclosures relating to Goldman Sachs (as defined above). Goldman Sachs Canada Inc. has approved of, and agreed to take responsibility for, this research report in Canada if and to the extent that Goldman Sachs Canada Inc. disseminates this research report to its clients.  **Hong Kong:** Further information on the securities of covered companies referred to in this research may be obtained on request from Goldman Sachs (Asia) L.L.C.  **India:** Further information on the subject company or companies referred to in this research may be obtained from Goldman Sachs (India) Securities Private Limited, Research Analyst - SEBI Registration Number INH000001493, 951-A, Rational House, Appasaheb Marathe Marg, Prabhadevi, Mumbai 400 025, India, Corporate Identity Number U74140MH2006FTC160634, Phone +91 22 6616 9000, Fax +91 22 6616 9001. Goldman Sachs may beneficially own 1% or more of the securities (as such term is defined in clause 2 (h) the Indian Securities Contracts (Regulation) Act, 1956) of the subject company or companies referred to in this research report.  **Japan:** See below.  **Korea:** Further information on the subject company or companies referred to in this research may be obtained

For the exclusive use of MATTBLAKE@APPLE.COM

For the exclusive use of MATTBLAKE@APPLE.COM

from Goldman Sachs (Asia) L.L.C., Seoul Branch.  **New Zealand:** Goldman Sachs New Zealand Limited and its affiliates are neither "registered banks" nor "deposit takers" (as defined in the Reserve Bank of New Zealand Act 1989) in New Zealand. This research, and any access to it, is intended for "wholesale clients" (as defined in the Financial Advisers Act 2008) unless otherwise agreed by Goldman Sachs.  **Russia:** Research reports distributed in the Russian Federation are not advertising as defined in the Russian legislation, but are information and analysis not having product promotion as their main purpose and do not provide appraisal within the meaning of the Russian legislation on appraisal activity.  **Singapore:** Further information on the covered companies referred to in this research may be obtained from Goldman Sachs (Singapore) Pte. (Company Number: 198602165W).  **Taiwan:** This material is for reference only and must not be reprinted without permission. Investors should carefully consider their own investment risk. Investment results are the responsibility of the individual investor.  **United Kingdom:** Persons who would be categorized as retail clients in the United Kingdom, as such term is defined in the rules of the Financial Conduct Authority, should read this research in conjunction with prior Goldman Sachs research on the covered companies referred to herein and should refer to the risk warnings that have been sent to them by Goldman Sachs International. A copy of these risks warnings, and a glossary of certain financial terms used in this report, are available from Goldman Sachs International on request.

**European Union:** Disclosure information in relation to Article 4 (1) (d) and Article 6 (2) of the European Commission Directive 2003/125/EC is available at http://www.gs.com/disclosures/europeanpolicy.html which states the European Policy for Managing Conflicts of Interest in Connection with Investment Research.

**Japan:** Goldman Sachs Japan Co., Ltd. is a Financial Instrument Dealer registered with the Kanto Financial Bureau under registration number Kinsho 69, and a member of Japan Securities Dealers Association, Financial Futures Association of Japan and Type II Financial Instruments Firms Association. Sales and purchase of equities are subject to commission pre-determined with clients plus consumption tax. See company-specific disclosures as to any applicable disclosures required by Japanese stock exchanges, the Japanese Securities Dealers Association or the Japanese Securities Finance Company.

## Ratings, coverage groups and views and related definitions

**Buy (B), Neutral (N), Sell (S) -**Analysts recommend stocks as Buys or Sells for inclusion on various regional Investment Lists. Being assigned a Buy or Sell on an Investment List is determined by a stock's total return potential relative to its coverage. Any stock not assigned as a Buy or a Sell on an Investment List with an active rating (i.e., a  stock that is not Rating Suspended, Not Rated, Coverage Suspended or Not Covered), is deemed Neutral. Each regional Investment Review Committee manages various regional Investment Lists to a global guideline of 25%-35% of stocks as Buy and 10%-15% of stocks as Sell; however, the distribution of Buys and Sells in any particular analyst's coverage group may vary as determined by the regional Investment Review Committee. Additionally, each Investment Review Committee manages Regional Conviction lists, which represent investment recommendations focused on the size of the total return potential and/or the likelihood of the realization of the return across their respective areas of coverage.  The addition or removal of stocks from such Conviction lists do not represent a change in the analysts' investment rating for such stocks.

**Total return potential** represents the upside or downside differential between the current share price and the price target, including all paid or anticipated dividends, expected during the time horizon associated with the price target. Price targets are required for all covered stocks. The total return potential, price target and associated time horizon are stated in each report adding or reiterating an Investment List membership.

**Coverage groups and views:** A list of all stocks in each coverage group is available by primary analyst, stock and coverage group at http://www.gs.com/research/hedge.html. The analyst assigns one of the following coverage views which represents the analyst's investment outlook on the coverage group relative to the group's historical fundamentals and/or valuation.  **Attractive (A).** The investment outlook over the following 12 months is favorable relative to the coverage group's historical fundamentals and/or valuation.  **Neutral (N).** The investment outlook over the following 12 months is neutral relative to the coverage group's historical fundamentals and/or valuation.  **Cautious (C).** The investment outlook over the following 12 months is unfavorable relative to the coverage group's historical fundamentals and/or valuation.

**Not Rated (NR).** The investment rating and target price have been removed pursuant to Goldman Sachs policy when Goldman Sachs is acting in an advisory capacity in a merger or strategic transaction involving this company and in certain other circumstances.  **Rating Suspended (RS).** Goldman Sachs Research has suspended the investment rating and price target for this stock, because there is not a sufficient fundamental basis for determining, or there are legal, regulatory or policy constraints around publishing, an investment rating or target. The previous investment rating and price target, if any, are no longer in effect for this stock and should not be relied upon.  **Coverage Suspended (CS).** Goldman Sachs has suspended coverage of this company.  **Not Covered (NC).** Goldman Sachs does not cover this company.  **Not Available or Not Applicable (NA).** The information is not available for display or is not applicable.  **Not Meaningful (NM).** The information is not meaningful and is therefore excluded.

## Global product; distributing entities

The Global Investment Research Division of Goldman Sachs produces and distributes research products for clients of Goldman Sachs on a global basis. Analysts based in Goldman Sachs offices around the world produce equity research on industries and companies, and research on macroeconomics, currencies, commodities and portfolio strategy. This research is disseminated in Australia by Goldman Sachs Australia Pty Ltd (ABN 21 006 797 897); in Brazil by Goldman Sachs do Brasil Corretora de Títulos e Valores Mobiliários S.A.; Ombudsman Goldman Sachs Brazil: 0800 727 5764 and / or ouvidoriagoldmansachs@gs.com. Available Weekdays (except holidays), from 9am to 6pm. Ouvidoria Goldman Sachs Brasil: 0800 727 5764 e/ou ouvidoriagoldmansachs@gs.com. Horário de funcionamento: segunda-feira à sexta-feira (exceto feriados), das 9h às 18h; in Canada by either Goldman Sachs Canada Inc. or Goldman Sachs & Co. LLC; in Hong Kong by Goldman Sachs (Asia) L.L.C.; in India by Goldman Sachs (India) Securities Private Ltd.; in Japan by Goldman Sachs Japan Co., Ltd.; in the Republic of Korea by Goldman Sachs (Asia) L.L.C., Seoul Branch; in New Zealand by Goldman Sachs New Zealand Limited; in Russia by OOO Goldman Sachs; in Singapore by Goldman Sachs (Singapore) Pte. (Company Number: 198602165W); and in the United States of America by Goldman Sachs & Co. LLC. Goldman Sachs International has approved this research in connection with its distribution in the United Kingdom and European Union.

**European Union:** Goldman Sachs International authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority, has approved this research in connection with its distribution in the European Union and United Kingdom; Goldman Sachs AG and Goldman Sachs International Zweigniederlassung Frankfurt, regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht, may also distribute research in Germany.

## General disclosures

This research is for our clients only. Other than disclosures relating to Goldman Sachs, this research is based on current public information that we consider reliable, but we do not represent it is accurate or complete, and it should not be relied on as such. The information, opinions, estimates and forecasts contained herein are as of the date hereof and are subject to change without prior notification. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Other than certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgment.

Goldman Sachs conducts a global full-service, integrated investment banking, investment management, and brokerage business. We have investment banking and other business relationships with a substantial percentage of the companies covered by our Global Investment Research Division. Goldman Sachs & Co. LLC, the United States broker dealer, is a member of SIPC (http://www.sipc.org).

Goldman Sachs

**Exhibit 9** Apple Inc. (AAPL)

Our salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies to our clients and principal trading desks that reflect opinions that are contrary to the opinions expressed in this research. Our asset management area, principal trading desks and investing businesses may make investment decisions that are inconsistent with the recommendations or views expressed in this research.

The analysts named in this report may have from time to time discussed with our clients, including Goldman Sachs salespersons and traders, or may discuss in this report, trading strategies that reference catalysts or events that may have a near-term impact on the market price of the equity securities discussed in this report, which impact may be directionally counter to the analyst's published price target expectations for such stocks. Any such trading strategies are distinct from and do not affect the analyst's fundamental equity rating for such stocks, which rating reflects a stock's return potential relative to its coverage group as described herein.

We and our affiliates, officers, directors, and employees, excluding equity and credit analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives, if any, referred to in this research.

The views attributed to third party presenters at Goldman Sachs arranged conferences, including individuals from other parts of Goldman Sachs, do not necessarily reflect those of Global Investment Research and are not an official view of Goldman Sachs.

Any third party referenced herein, including any salespeople, traders and other professionals or members of their household, may have positions in the products mentioned that are inconsistent with the views expressed by analysts named in this report.

This research is not an offer to sell or the solicitation of an offer to buy any security in any jurisdiction where such an offer or solicitation would be illegal. It does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Clients should consider whether any advice or recommendation in this research is suitable for their particular circumstances and, if appropriate, seek professional advice, including tax advice. The price and value of investments referred to in this research and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

Certain transactions, including those involving futures, options, and other derivatives, give rise to substantial risk and are not suitable for all investors. Investors should review current options disclosure documents which are available from Goldman Sachs sales representatives or at http://www.theocc.com/about/publications/character-risks.jsp. Transaction costs may be significant in option strategies calling for multiple purchase and sales of options such as spreads. Supporting documentation will be supplied upon request.

**Differing Levels of Service provided by Global Investment Research:** The level and types of services provided to you by the Global Investment Research division of GS may vary as compared to that provided to internal and other external clients of GS, depending on various factors including your individual preferences as to the frequency and manner of receiving communication, your risk profile and investment focus and perspective (e.g., marketwide, sector specific, long term, short term), the size and scope of your overall client relationship with GS, and legal and regulatory constraints. As an example, certain clients may request to receive notifications when research on specific securities is published, and certain clients may request that specific data underlying analysts' fundamental analysis available on our internal client websites be delivered to them electronically through data feeds or otherwise. No change to an analyst's fundamental research views (e.g., ratings, price targets, or material changes to earnings estimates for equity securities), will be communicated to any client prior to inclusion of such information in a research report broadly disseminated through electronic publication to our internal client websites or through other means, as necessary, to all clients who are entitled to receive such reports.

All research reports are disseminated and available to all clients simultaneously through electronic publication to our internal client websites. Not all research content is redistributed to our clients or available to third-party aggregators, nor is Goldman Sachs responsible for the redistribution of our research by third party aggregators. For research, models or other data related to one or more securities, markets or asset classes (including related services) that may be available to you, please contact your GS representative or go to http://360.gs.com.

Disclosure information is also available at http://www.gs.com/research/hedge.html or from Research Compliance, 200 West Street, New York, NY 10282.

© 2018 Goldman Sachs.

**No part of this material may be (i) copied, photocopied or duplicated in any form by any means or (ii) redistributed without the prior written consent of The Goldman Sachs Group, Inc.**

For the exclusive use of MATTBLAKE@APPLE.COM

**Exhibit 9**

AN RTNW000020181025eeap000fm

SE

HD Apple Earnings May Rise on Better iPhone XS Max Sales -- Barrons.com

BY By Tae Kim

WC 310 words

PD 25 Oct 2018

ET 16:47 GMT

SN Dow Jones Newswires Chinese (English)

SC RTNW

CY Copyright © 2018, Dow Jones & Company, Inc.


LP

Goldman Sachs believes consumers are now buying more $1,000+ iPhones than it initially anticipated.The firm's analyst Rod Hall raised his earnings estimates for Apple's (AAPL) December quarter and fiscal 2019, predicting better iPhone XS Max sales.


TD

"We believe the mix of XS Max is trending in the 25%+ levels for the December quarter vs. our prior estimates of 7.5%," Hall wrote in a Wednesday research report. "We are increasing the mix of XS Max SKUs in our model which is driving higher ASPs [average selling prices] for FQ1 and FY19."


Apple stock is up 2.0% to $219.50 on Thursday after the note.


Preorders for the less expensive $749 iPhone XR became available last Friday. The XR will officially go on sale on Oct. 26. The release comes after Apple launched the $999 iPhone XS and the $1,099 iPhone XS Max last month.


Hall raised his Apple December quarter earnings-per-share forecast to $5.05 from $4.92 as the higher-priced model is more profitable for the smartphone maker. He also increased his EPS estimate for fiscal 2019 to $14.22 from $13.77.


Despite the rising profit forecasts, the analyst reiterated his Neutral rating for Apple's stock due to concerns about China's economy.

**Exhibit 9**

"Macro data points out of China continued to weaken in October," he wrote. "We find it hard to believe that the weaker consumer environment, should it persist, is going to be helpful to Apple."

Earlier this week, Nomura Instinet and Rosenblatt Securities also said the cheaper iPhone XR model was performing slightly worse than their expectations.

Apple will report fiscal-fourth-quarter earnings after the market closes on Nov. 1.

(END) Dow Jones Newswires

25-10-18 1647GMT

**Exhibit 9**

AN SCMCOM0020181029eeat00051

SE ASI

HD Apple CEO Tim Cook hints at popularity of new lower cost iPhone XR in China

BY Li Tao in Shenzhen

WC 508 words

PD 29 Oct 2018

SN scmp.com

SC SCMCOM

CY (c) 2018  scmp.com. All rights reserved.


LP

Apple chief executiveTim Cook seems relieved that the company's more affordable iPhone XR is apparently doing better in China compared to the tepid Chinese response to its recent high-end flagship released last month."Wonderful to see so many people in China enjoying the new iPhone XR. Glad we could help add some colour to your day!" Cook said in his official Sina Weibo account on Saturday, a day after the company's cheaper iPhone models officially hit the shelves in China.




TD

The iPhone XR line-up, available in six colours, starts from 6,499 yuan (US$936) in China, about 25 per cent and 32 per cent cheaper, respectively, than the entry level versions of the iPhone XS and iPhone XS Max, the US tech giant's two flagship smartphones for the year.


Cook did not reveal specific sales figures for the iPhone XR in China. An Apple spokesperson declined to reveal further details about iPhone XR sales in China, adding that Cook's Weibo post was not meant to hint at anything regarding the popularity of the XR versus the XS.


On September 21, after the iPhone XS and iPhone XS Max were launched globally, Cook said on his Sina Weibo account: "Thrilled to open our first store in beautiful Suzhou! Enjoy the new iPhone XS, iPhone XS Max and Apple Watch Series 4."


'This is surveillance': Apple boss slams 'weaponisation' of user data


The Cupertino, California-based company, which failed to attract public attention with its flagship iPhone XS debut in China last month due to high pricing and innovation issues, is also caught in the middle of the trade war between the US and China which has prompted some Chinese buyers to turn to local brands in a patriotic show of support.

# Exhibit 9

When the iPhone XS debuted in China in September, only a handful of people queued up outside Apple Stores across mainland China, according to photos circulated on social media - in contrast to the large crowds seen at earlier iPhone launches in the country.

Apple is adjusting its strategy in China where it faces fierce competition from local brands that are offering competitive products, eroding the market share of foreign brands including Samsung and Apple.

In a nod to the Chinese market, where many users have more than one phone number, Apple introduced a dual-sim card tray for the iPhone XS, only available for the Greater China market.

The colourful iPhone XR models are also seen as a way to appeal to younger consumers, especially those in China, who are price-sensitive yet still eager to own a premium brand like Apple.

The launch of the iPhone XR is expected to help Apple unlock Chinese demand, which is "the engine that Apple is looking for", Dan Ives, the managing director of equity research at Wedbush Securities, said in an CNBC interview on Friday.

To read more content from SCMP.com, please click here

# Apple Inc.
# Lowering estimates to account for China risk, FX headwinds

**Reiterate Rating: BUY | PO: 235.00 USD | Price: 216.30 USD**

Bank of America
Merrill Lynch

Equity | 29 October 2018

## Lowering iPhone units on risk from a weaker China

Apple reports F4Q18 (Sep qtr) on Thurs, Nov 1. We expect results to come in above consensus. However, we lower our iPhone estimates for the Dec quarter and for F19 to account for a slowdown in China (double digit unit decline although ASP drives rev growth) and for broader FX headwinds. Figure 1 shows our estimates before and after. Our iPhone estimates for the Dec quarter move to 73mn from prior 77mn (recall sell out was closer to 72mn last year), and for F19 we reduce a total of 8mn iPhones to 214mn. While weaker end markets create some near-term headwinds, we reiterate Buy on strong growth in Services, strong capital return and cash balance that affords optionality.

## Data points suggest some near-term weakness

The dollar strengthened significantly against the Chinese RMB (Fig 4) at a time when iPhone ASPs have increased significantly (Fig 5). During the past cycle of a strengthening dollar (2015-2016), China iPhone units declined 20% and overall Apple China sales declined 24% y/y (Fig 2). A similar unit decline would impact EPS today by $0.30 (Fig 3, although impact could be lower as prior cycle had added y/y headwind of a strong iPhone 6/6+ cycle). The share price has historically tracked y/y growth in GP dollars (Fig 7) and while we expect the growth in GP dollars to remain positive in the iPhone XS cycle, we model a noticeable deceleration which poses a risk for the stock in the near-term. iPhone XR ship dates are down to 3-5 days from 1-2 weeks for most regions, which indicates solid initial supply but unlikely to indicate exceptionally high demand.

## But strength remains in key areas

As we wrote in our prior note, app store developer revenues indicate total Apple Services rev for the Sep qtr to be tracking in-line with our est. of $10,711mn (+26% y/y). We raise our ests for Apple Watch in F19 to 42.3mn units, from prior 39.3mn units on strong demand. iPhone GM benefits from lower NAND cost but FX poses headwinds.

## Lowering estimates, PO moves to $235 (from $256)

Our F19E rev/EPS move to $289.6bn/$13.95, and our PO moves to $235 (from $256) on 16x (prior 17x) C19E EPS of $14.45 (lower multiple accounts for higher risk from weaker macro).

### Estimates (Sep)

| (US$) | 2016A | 2017A | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|
| EPS | 8.31 | 9.21 | 11.84 | 13.95 | 15.75 |
| GAAP EPS | 8.36 | 9.21 | 11.77 | 13.95 | 15.75 |
| EPS Change (YoY) | -9.9% | 10.8% | 28.6% | 17.8% | 12.9% |
| Consensus EPS (Bloomberg) | | | 11.79 | 13.73 | 14.92 |
| DPS | 2.19 | 2.39 | 2.71 | 3.06 | 3.37 |

### Valuation (Sep)

| | 2016A | 2017A | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|
| P/E | 26.0x | 23.5x | 18.3x | 15.5x | 13.7x |
| GAAP P/E | 25.9x | 23.5x | 18.4x | 15.5x | 13.7x |
| Dividend Yield | 1.0% | 1.1% | 1.3% | 1.4% | 1.6% |
| EV / EBITDA* | 16.6x | 16.3x | 14.3x | 13.1x | 12.0x |
| Free Cash Flow Yield* | 4.8% | 4.6% | 5.4% | 5.3% | 6.0% |

* For full definitions of *iQmethod* ℠ measures, see page 15.

**BofA Merrill Lynch does and seeks to do business with issuers covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**
**Refer to important disclosures on page 16 to 18. Analyst Certification on page 14. Price Objective Basis/Risk on page 14.** 11929177

Timestamp: 29 October 2018 05:30AM EDT

### Key Changes

| (US$) | Previous | Current |
|---|---|---|
| Price Obj. | 256.00 | 235.00 |
| 2018E Rev (m) | 265,692.6 | 265,541.9 |
| 2019E Rev (m) | 298,768.4 | 289,566.7 |
| 2020E Rev (m) | 336,468.6 | 326,063.5 |
| 2018E EPS | 11.82 | 11.84 |
| 2019E EPS | 14.41 | 13.95 |
| 2020E EPS | 16.21 | 15.75 |

**Wamsi Mohan**
Research Analyst
MLPF&S
+1 646 855 3854
wamsi.mohan@baml.com

**Ruplu Bhattacharya**
Research Analyst
MLPF&S
+1 646 855 0315
ruplu.bhattacharya@baml.com

**Param Singh, CFA**
Research Analyst
MLPF&S
+1 646 855 4256
param.singh@baml.com

**Ziv Israel**
Research Analyst
MLPF&S
ziv.israel@baml.com

### Stock Data

| | |
|---|---|
| Price | 216.30 USD |
| Price Objective | 235.00 USD |
| Date Established | 29-Oct-2018 |
| Investment Opinion | B-1-7 |
| 52-Week Range | 150.24 USD - 233.47 USD |
| Mkt Val (mn) / Shares Out (mn) | 1,115,629 USD / 5,157.8 |
| Average Daily Value (mn) | 7331.73 USD |
| BofAML Ticker / Exchange | AAPL / NAS |
| Bloomberg / Reuters | AAPL US / AAPL.OQ |
| ROE (2018E) | 51.0% |
| Net Dbt to Eqty (Sep-2017A) | 71.2% |

Unauthorized redistribution of this report is prohibited. This report is intended for mattboise@apple.com

**Exhibit 9**

# *iQprofile*<sup>SM</sup> Apple Inc.

## *iQ*method <sup>SM</sup> – Bus Performance*

| (US$ Millions) | 2016A | 2017A | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|
| Return on Capital Employed | 20.9% | 19.1% | 23.4% | 31.9% | 39.2% |
| Return on Equity | 36.9% | 36.9% | 51.0% | 99.2% | 178.3% |
| Operating Margin | 29.8% | 28.9% | 28.6% | 28.8% | 28.0% |
| Free Cash Flow | 53,090 | 51,147 | 59,871 | 59,458 | 66,877 |

## *iQ*method <sup>SM</sup> – Quality of Earnings*

| (US$ Millions) | 2016A | 2017A | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|
| Cash Realization Ratio | 1.4x | 1.3x | 1.2x | 1.1x | 1.2x |
| Asset Replacement Ratio | 1.2x | 1.2x | 1.4x | 1.3x | 1.3x |
| Tax Rate | 25.6% | 24.5% | 18.6% | 17.0% | 17.0% |
| Net Debt-to-Equity Ratio | 51.9% | 71.2% | 78.2% | 298.5% | 172.4% |
| Interest Cover | NM | NM | NM | NM | NM |

## Income Statement Data (Sep)

| (US$ Millions) | 2016A | 2017A | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|
| Sales | 215,639 | 229,234 | 265,542 | 289,567 | 326,063 |
| % Change | -7.7% | 6.3% | 15.8% | 9.0% | 12.6% |
| Gross Profit | 85,032 | 89,063 | 102,802 | 113,403 | 126,497 |
| % Change | -9.7% | 4.7% | 15.4% | 10.3% | 11.5% |
| EBITDA | 74,739 | 76,341 | 86,988 | 94,934 | 103,231 |
| % Change | -13.2% | 2.1% | 13.9% | 9.1% | 8.7% |
| Net Interest & Other Income | 1,348 | 2,745 | 1,716 | 790 | 323 |
| Net Income (Adjusted) | 45,687 | 48,351 | 59,170 | 64,978 | 70,780 |
| % Change | -14.4% | 5.8% | 22.4% | 9.8% | 8.9% |

## Free Cash Flow Data (Sep)

| (US$ Millions) | 2016A | 2017A | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|
| Net Income from Cont Operations (GAAP) | 49,114 | 52,018 | 63,242 | 69,812 | 75,962 |
| Depreciation & Amortization | 10,505 | 10,157 | 11,045 | 11,614 | 12,033 |
| Change in Working Capital | 484 | (5,550) | 30,118 | (12,724) | (11,028) |
| Deferred Taxation Charge | 4,938 | 5,966 | (31,983) | 4,504 | 4,504 |
| Other Adjustments, Net | 783 | 1,007 | 863 | 990 | 1,061 |
| Capital Expenditure | (12,734) | (12,451) | (13,414) | (14,738) | (15,655) |
| Free Cash Flow | 53,090 | 51,147 | 59,871 | 59,458 | 66,877 |
| % Change | -24.2% | -3.7% | 17.1% | -0.7% | 12.5% |

## Balance Sheet Data (Sep)

| (US$ Millions) | 2016A | 2017A | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|
| Cash & Equivalents | 20,484 | 20,289 | 30,677 | 7,883 | 27,630 |
| Trade Receivables | 15,754 | 17,874 | 18,854 | 25,345 | 29,937 |
| Other Current Assets | 70,631 | 90,482 | 61,008 | 62,647 | 64,796 |
| Property, Plant & Equipment | 27,010 | 33,783 | 41,013 | 54,548 | 68,645 |
| Other Non-Current Assets | 187,807 | 212,891 | 175,464 | 107,606 | 75,750 |
| Total Assets | 321,686 | 375,319 | 327,016 | 258,028 | 266,759 |
| Short-Term Debt | 11,605 | 18,473 | 10,000 | 10,000 | 10,000 |
| Other Current Liabilities | 67,401 | 82,341 | 73,521 | 69,036 | 64,847 |
| Long-Term Debt | 75,427 | 97,207 | 97,128 | 97,128 | 97,128 |
| Other Non-Current Liabilities | 39,004 | 43,251 | 48,582 | 48,615 | 48,661 |
| Total Liabilities | 193,437 | 241,272 | 229,231 | 224,779 | 220,635 |
| Total Equity | 128,249 | 134,047 | 97,785 | 33,250 | 46,124 |
| Total Equity & Liabilities | 321,686 | 375,319 | 327,016 | 258,028 | 266,759 |

\* For full definitions of *iQ*method <sup>SM</sup> measures, see page 15.

## Company Sector

IT Hardware

## Company Description

Apple Inc. (AAPL) designs, manufactures, and markets consumer electronics and computers, and has developed its own proprietary iOS and Mac OS X operating systems and related software platform/ecosystem. Revenues are principally derived from the iPhone line of smartphones, hardware sales of the Macintosh family of notebook and desktop computers, iPad tablets, and iPod portable digital music players. The company also realizes revenue from software, peripherals, digital media, and services.

## Investment Rationale

We rate Apple a Buy on potential upside from 1) growth in the services business that will drive higher margins, 2) continued long-term opportunity in emerging markets including China, 3) potential share gains from lower-end iPhones, 4) a steadier iPhone cycle that should drive higher selling prices and gross margins, 5) benefits from tax law changes, and 6) optionality in cash balance, revenue sources like Apple Pay, Apple Watch, home/health kit, etc., that will take time to mature.

## Stock Data

| Average Daily Volume | 33,896,096 |
|---|---|

## Quarterly Earnings Estimates

| | 2017 | 2018 |
|---|---|---|
| Q1 | 3.36A | 3.89A |
| Q2 | 2.10A | 2.73A |
| Q3 | 1.67A | 2.34A |
| Q4 | 2.07A | 2.85E |

Bank of America
Merrill Lynch

**Page 190**

**Exhibit 9**

# Lowering estimates heading into earnings

We lower our iPhone estimates for the Dec quarter and for F19 to account for overall macroeconomic weakness and for a slowdown in China.  Figure 1 shows our estimates before and after.

Our iPhone estimates for Dec quarter move to 73mn from a prior 77mn.  We continue to model 47mn units for the Sep quarter.  We reduce our F19 iPhone unit estimate by 8mn to 214mn from a prior 222mn.  Total iPhone units for F20 also move lower to 225mn from a prior 239mn.

**Figure 1: BofAML estimates – Before and After**

| Units (K) | Old Estimates | | | | | New Estimates | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | F16 | F17 | F18 | F19 | F20 | F16 | F17 | F18 | F19 | F20 |
| iPhone | 211,884 | 216,756 | 217,833 | 222,000 | 239,000 | 211,884 | 216,756 | 217,833 | 214,000 | 225,000 |
| iPad | 45,590 | 43,753 | 44,162 | 44,162 | 44,162 | 45,590 | 43,753 | 43,646 | 43,909 | 43,909 |
| Mac | 18,484 | 19,251 | 18,242 | 18,892 | 19,458 | 18,484 | 19,251 | 17,811 | 18,550 | 19,107 |
| iPod | 6,372 | 5,098 | 4,078 | 3,263 | 2,610 | 6,372 | 5,098 | 4,078 | 3,263 | 2,610 |
| Apple Watch | 10,500 | 14,000 | 26,200 | 39,300 | 47,160 | 10,500 | 14,000 | 28,200 | 42,300 | 50,760 |

| ASP ($) | Old Estimates | | | | | New Estimates | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | F16 | F17 | F18 | F19 | F20 | F16 | F17 | F18 | F19 | F20 |
| iPhone | $645 | $652 | $760 | $815 | $848 | $645 | $652 | $760 | $800 | $851 |
| iPad | $452 | $439 | $438 | $431 | $423 | $452 | $439 | $435 | $427 | $419 |
| Mac | $1,235 | $1,343 | $1,376 | $1,365 | $1,351 | $1,235 | $1,343 | $1,378 | $1,366 | $1,352 |
| iPod | $155 | $151 | $148 | $145 | $138 | $155 | $151 | $148 | $145 | $138 |
| Apple Watch | $451 | $446 | $401 | $429 | $429 | $451 | $446 | $401 | $429 | $429 |

| Revenue ($) | Old Estimates | | | | | New Estimates | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | F16 | F17 | F18 | F19 | F20 | F16 | F17 | F18 | F19 | F20 |
| iPhone rev ($mn) | $136,700 | $141,319 | $165,594 | $180,965 | $202,707 | $136,700 | $141,319 | $165,594 | $171,192 | $191,479 |
| iPad rev ($mn) | $20,628 | $19,222 | $19,361 | $19,017 | $18,661 | $20,628 | $19,222 | $18,969 | $18,739 | $18,387 |
| Mac rev ($mn) | $22,831 | $25,850 | $25,102 | $25,785 | $26,284 | $22,831 | $25,850 | $24,541 | $25,348 | $25,836 |
| Watch ($mn) | $4,733 | $6,250 | $10,499 | $16,860 | $20,232 | $4,733 | $6,250 | $11,300 | $18,147 | $21,776 |
| Services rev ($mn) | $24,348 | $29,980 | $37,920 | $47,400 | $58,302 | $24,348 | $29,980 | $37,920 | $47,400 | $58,302 |
| Other rev, ex-Watch ($mn) | $6,399 | $6,613 | $7,217 | $8,741 | $10,283 | $6,399 | $6,613 | $7,217 | $8,741 | $10,283 |
| Total Apple Revenue ($mn) | $215,639 | $229,234 | $265,693 | $298,768 | $336,469 | $215,639 | $229,234 | $265,542 | $289,567 | $326,063 |
| Total Apple EPS | $8.31 | $9.21 | $11.82 | $14.41 | $16.21 | $8.31 | $9.21 | $11.84 | $13.95 | $15.75 |

| | Old Estimates | | | | | New Estimates | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | F16 | F17 | F18 | F19 | F20 | F16 | F17 | F18 | F19 | F20 |
| Revenue ($bn) | $215.6 | $229.2 | $265.7 | $298.8 | $336.5 | $215.6 | $229.2 | $265.5 | $289.6 | $326.1 |
| Gross Margin (%) | 39.1% | 38.5% | 38.3% | 38.8% | 38.4% | 39.1% | 38.5% | 38.3% | 38.8% | 38.5% |
| EPS | $8.31 | $9.21 | $11.82 | $14.41 | $16.21 | $8.31 | $9.21 | $11.84 | $13.95 | $15.75 |

Source: Company reports, BofA Merrill Lynch Global Research estimates

**What we expect Apple to guide**

We expect Apple to provide the following guidance for the Dec quarter:

- Revenues between $90bn - $93bn

- Gross margin between 38% and 38.5% (warranty accrual headwind, FX headwind and NAND tailwind)

## Factors that drive our estimate changes

a. **Handicapping the risk from China slowdown**

Figure 2 shows historical iPhone unit shipments in China by year and reported Apple China revenue by year.  Since March of this year, the US dollar has strengthened about 11% vs. the Chinese RMB.  The last time when the US dollar had such a move was in the

Bank of America Merrill Lynch

**Exhibit 9**

2015-2016 timeframe.  As highlighted in yellow in Figure 2, iPhone units sold in China declined 20% y/y between 2015 and 2016.  We point out that besides FX being unfavorable, the y/y decline was also impacted by the iPhone 6/6 Plus being a very strong cycle and tough y/y compares.

**Figure 2:  Historical iPhone China sales and Apple revenue from China**

| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018E | 2019E | 2020E | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total China Smartphone units (mn) - SA estimate | 14.8 | 13.5 | 14.6 | 28.3 | 87.6 | 173.4 | 320.4 | 404.7 | 437.8 | 467.5 | 448.2 | 421.4 | 423.8 | 439.9 | 460.6 | 486.8 | 501.4 |
| Apple China iPhone units (mn) - SA estimate | 0 | 0 | 0.3 | 1.83 | 10.8 | 21.2 | 20.0 | 31.1 | 49.5 | 39.8 | 36.8 | 36.2 | 37.7 | 39.1 | 40.8 | 43.7 | 44.6 |
| y/y China iPhone units (%) | | | | 510% | 490.2% | 96.7% | (5.8%) | 55.4% | 59.2% | (19.6%) | (7.5%) | (1.5%) | 4.0% | 3.8% | 4.2% | 7.2% | 2.0% |
| Apple China rev ($mn) - from BofAML model | | | | $14,900 | $26,130 | $27,431 | $37,146 | $60,944 | $46,352 | $46,487 | $50,137 | $53,391 | | | | | |
| y/y Apple China rev (%) | | | | | 75% | 5.0% | 35.4% | 64.1% | (23.9%) | 0.3% | 7.9% | 6.5% | | | | | |

Source: Strategy Analytics, Company reports, BofA Merrill Lynch Global Research estimates

In Figure 3 we apply the same y/y decline to our prior iPhone unit estimates.  A 20% decline in China units would imply 7.4mn lower iPhone units, which we estimate leads to a negative earnings impact of approximately $0.29 per share.

**Figure 3: Estimating EPS impact from China demand reduction**

| | Sep | Dec | Mar | Jun | Sep | Dec | C18 | C19 |
|---|---|---|---|---|---|---|---|---|
| BofAML iPhone units (mn) | 47 | 77 | 51 | 43 | 51 | 73 | 217.5 | 217.5 |
| China iPhone Units | | | | | | | 36.2 | 37.7 |
| Reduced iPhone units (mn) | | | | | | | | 30.3 |
| iPhone unit impact (mn) | | | | | | | | 7.4 |
| Blended iPhone ASP ($) | | | | | | | $766 | $830 |
| Total iPhone rev impact ($mn) | | | | | | | | $6,133 |
| Blended iPhone GM (%) | | | | | | | 39.1% | 38.6% |
| Avg Apple Opex (%), incl SBC | | | | | | | 12.0% | 12.0% |
| Apple Tax rate (%) | | | | | | | 15.3% | 17.0% |
| Avg diluted shares (mn) | | | | | | | 4872 | 4597 |
| Apple EPS impact ($) | | | | | | | | $0.29 |

Source: Strategy Analytics, Company reports, BofA Merrill Lynch Global Research estimates

**b.   Estimating impact from Currency**

**Figure 4: Historical trend in USDCNY exchange rate**



Source: Bloomberg

As shown in Figure 4, the USD saw similar strengthening between 2015 and 2016, and during that time Apple China revenues declined 24%.  We would call out a greater risk from the dollar strengthening in 2018 vs. in 2015-2016 given the higher price points for iPhones (Figure 5), which makes it even more expensive in China to buy phones when the dollar strengthens.

**Bank of America Merrill Lynch**

**Exhibit 9**

**Figure 5: Comparing iPhone starting Average Sell Prices (ASP) in 2015 vs. 2018**

|  | 2015 | | 2018 | | |
|---|---|---|---|---|---|
|  | iPhone 6s | iPhone 6S Plus | iPhone XR | iPhone XS | iPhone XS max |
| Price of lowest storage config @ launch | $649 | $749 | $749 | $999 | $1,099 |

Source: Company reports

Figure 6 shows our estimate of FX impact on Sep and Dec quarter revenues, ex Apple's hedging program. As shown in the figure, we estimate a 1% (~$850mn) top-line impact in F4Q18 (Sep qtr). We estimate a 2% (~$2bn) top-line impact for F1Q19 (Dec qtr).

**Figure 6: FX impact to revenues in Sep and Dec quarters, ex hedging**

| Y/Y | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| F4Q18 | $62,847 | (Sep estimate) | | | | | | | |
| Americas | 41% | $25,536 | | | | | | | |
| Europe | 23% | $14,233 | | | | | | | |
| Japan | 9% | $5,621 | | | | | | | |
| Retail | 0% | $0 | | | | | | | |
| Asia Pacific | 28% | $17,457 | | | | | | | |
| China | 21% | $13,388 | | | | | | | |
| Rest of Asia | 6% | $4,069 | | | | | | | |

| % rev | % total AAPL revenue | % region | | | Sep-17 | | Sep-18 | | y/y |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | C2Q17 | | C2Q18 | | % change Dollar is |
| USDEUR | 16% | 70% | USDEUR | | 0.851 | | 0.86 | | 1% stronger |
| USDGBP | 7% | 30% | USDGBP | | 0.7643 | | 0.7675 | | 0% stronger |
| USDJPY | 9% | 100% | USDJPY | | 110.97 | | 111.49 | | 0% stronger |
| USDCAD | 4% | 10% | USDCAD | | 1.2536 | | 1.3068 | | 4% stronger |
| USDMXN | 4% | 10% | USDMXN | | 17.8189 | | 18.9422 | | 6% stronger |
| USDCNY | 15% | 71% | USDCNY | | 6.6705 | | 6.8051 | | 2% stronger |
| USDHKD | 3% | 16% | USDHKD | | 7.8149 | | 7.8453 | | 0% stronger |
| USDTWD | 3% | 13% | USDTWD | | 30.262 | | 30.675 | | 1% stronger |
| USDAUD | 3% | 50% | USDAUD | | 1.2667 | | 1.3674 | | 8% stronger |
| USDSGD | 2% | 30% | USDSGD | | 1.3606 | | 1.3676 | | 1% stronger |
| USDINR | 1% | 10% | USDINR | | 64.2989 | | 70.0714 | | 9% stronger |

| Net FX impact C3Q18 Y/Y (if no price increase/hedges) in %: | -1.35% |
|---|---|
| Net FX impact C3Q18 Y/Y (if no price increase/hedges) in $: | ($847) |

| Y/Y | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| F4Q18 | $90,863 | (Dec estimate) | | | | | | | |
| Americas | 41% | $36,919 | | | | | | | |
| Europe | 23% | $20,578 | | | | | | | |
| Japan | 9% | $8,127 | | | | | | | |
| Retail | 0% | $0 | | | | | | | |
| Asia Pacific | 28% | $25,239 | | | | | | | |
| China | 21% | $19,357 | | | | | | | |
| Rest of Asia | 6% | $5,882 | | | | | | | |

| % rev | % total AAPL revenue | % region | | | Dec-17 | | (rates as 10/25/18) Dec-18 | | y/y |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | C2Q17 | | C2Q18 | | % change Dollar is |
| USDEUR | 16% | 70% | USDEUR | | 0.8491 | | 0.8791 | | 4% stronger |
| USDGBP | 7% | 30% | USDGBP | | 0.7533 | | 0.7802 | | 4% stronger |
| USDJPY | 9% | 100% | USDJPY | | 112.89 | | 112.42 | | 0% weaker |
| USDCAD | 4% | 10% | USDCAD | | 1.2707 | | 1.3074 | | 3% stronger |
| USDMXN | 4% | 10% | USDMXN | | 18.9864 | | 19.484 | | 3% stronger |
| USDCNY | 15% | 71% | USDCNY | | 6.6107 | | 6.9489 | | 5% stronger |
| USDHKD | 3% | 16% | USDHKD | | 7.8078 | | 7.8409 | | 0% stronger |
| USDTWD | 3% | 13% | USDTWD | | 30.113 | | 30.991 | | 3% stronger |
| USDAUD | 3% | 50% | USDAUD | | 1.301 | | 1.4125 | | 9% stronger |
| USDSGD | 2% | 30% | USDSGD | | 1.3538 | | 1.3811 | | 2% stronger |
| USDINR | 1% | 10% | USDINR | | 64.7243 | | 73.275 | | 13% stronger |

| Net FX impact C3Q18 Y/Y (if no price increase/hedges) in %: | -2.26% |
|---|---|
| Net FX impact C3Q18 Y/Y (if no price increase/hedges) in $: | ($2,054) |

Source: Bloomberg, BofA Merrill Lynch Global Research estimates

### c. Gross profit dollar growth deceleration

Figure 7 plots Apple stock price vs. y/y gross profit dollar growth. Historically, Apple's stock price has tracked y/y change in gross profit dollars. While we expect the growth in gross profit dollars to remain positive in the iPhone XS cycle, we model a noticeable deceleration (as indicated by the circle), posing a risk for the stock.

**Exhibit 9**

**Figure 7: Apple stock price vs. gross profit dollar y/y growth**



Source: Bloomberg, Company reports, BofA Merrill Lynch Global Research

### d.   iPhone XR ship dates have come in

In Figure 8 we track iPhone XR availability (shipment dates). When pre-orders started on Friday Oct 19th, availability was indicated at Oct 26th which was the expected start of shipments.  Only a few colors and storage combinations had longer ship times.  Then, as pre-orders progressed over the weekend, ship times expanded somewhat to 1-2 weeks.  However, over the past two days, shipping estimates have come in to 3-5 days.  In our opinion, this either suggests 1) ample supply of iPhone XR, or 2) lower demand for iPhone XR.  Ship dates in China are now in-line with the rest of the world.

**Bank of America**
**Merrill Lynch**

**Page 194**

# Figure 8: iPhone XR ship dates

**Exhibit 9**

| iPhone XR | 19-Oct-18 | | | | | | 22-Oct-18 | | | | | | 24-Oct-18 | | | | | | 25-Oct-18 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | White | Black | Blue | Yellow | Coral | Red | White | Black | Blue | Yellow | Coral | Red | White | Black | Blue | Yellow | Coral | Red | White | Black | Blue | Yellow | Coral | Red |
| **USA** | | | | | | | | | | | | | | | | | | | | | | | | |
| **AT&T** | | | | | | | | | | | | | | | | | | | | | | | | |
| 64 GB | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days |
| 128 GB | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days |
| 256 GB | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days |
| **Sprint** | | | | | | | | | | | | | | | | | | | | | | | | |
| 64 GB | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days |
| 128 GB | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days |
| 256 GB | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days |
| **T-Mobile** | | | | | | | | | | | | | | | | | | | | | | | | |
| 64 GB | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | Nov 2-9 | 1-2 weeks | 26 Oct | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks |
| 128 GB | 26 Oct | 26 Oct | Nov 2-9 | Nov 2-9 | Nov 2-9 | Nov 2-9 | 1-2 weeks | 1-2 weeks | 2-3 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks |
| 256 GB | 26 Oct | 26 Oct | 26 Oct | Nov 2-9 | Nov 2-9 | 26 Oct | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks |
| **Verizon** | | | | | | | | | | | | | | | | | | | | | | | | |
| 64 GB | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days |
| 128 GB | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days |
| 256 GB | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days |
| **China** | | | | | | | | | | | | | | | | | | | | | | | | |
| 64 GB | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days |
| 128 GB | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days |
| 256 GB | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days |
| **Japan** | | | | | | | | | | | | | | | | | | | | | | | | |
| 64 GB | | | | | | | 1-2 weeks | 26 Oct | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks |
| 128 GB | | | | | | | 26-29 Oct | 26-29 Oct | 26-29 Oct | 26-29 Oct | 26-29 Oct | 26-29 Oct | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 3-5 days | 3-5 days | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks |
| 256 GB | | | | | | | 1-2 weeks | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 1-2 weeks | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days |
| **Mexico** | | | | | | | | | | | | | | | | | | | | | | | | |
| 64 GB | | | | | | | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days |
| 128 GB | | | | | | | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days |
| 256 GB | | | | | | | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days |
| **UK** | | | | | | | | | | | | | | | | | | | | | | | | |
| 64 GB | | | | | | | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 1-2 weeks | 26 Oct | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days |
| 128 GB | | | | | | | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days |
| 256 GB | | | | | | | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days |
| **Russia** | | | | | | | | | | | | | | | | | | | | | | | | |
| 64 GB | | | | | | | 1-2 weeks | 1-2 weeks | 26-29 Oct | 26-29 Oct | 26-29 Oct | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days |
| 128 GB | | | | | | | 26-29 Oct | 26-29 Oct | 26-29 Oct | 26-29 Oct | 26-29 Oct | 26-29 Oct | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days |
| 256 GB | | | | | | | 26-29 Oct | 26-29 Oct | 26-29 Oct | 26-29 Oct | 26-29 Oct | 26-29 Oct | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days |
| **Germany** | | | | | | | | | | | | | | | | | | | | | | | | |
| 64 GB | | | | | | | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days |
| 128 GB | | | | | | | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days |
| 256 GB | | | | | | | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days |
| **France** | | | | | | | | | | | | | | | | | | | | | | | | |
| 64 GB | | | | | | | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days |
| 128 GB | | | | | | | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days |
| 256 GB | | | | | | | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days |
| **Australia** | | | | | | | | | | | | | | | | | | | | | | | | |
| 64 GB | | | | | | | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 3-5 days | 3-5 days | 3-5 days | 1-2 weeks | 1-2 weeks | 3-5 days |
| 128 GB | | | | | | | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks |
| 256 GB | | | | | | | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 26 Oct | 1-2 weeks | 1-2 weeks | 3-5 days | 1-2 weeks | 1-2 weeks | 1-2 weeks | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days | 3-5 days |

Source: Apple country websites

**Exhibit 9**

**e.   Estimate revisions could turn negative for F19**

Figure 9 shows how Street estimates for F19 EPS have trended vs. our estimate changes.  In our opinion, F19 estimates have moved up significantly and could stall in the near term, which could prove negative for Apple stock. Although ASPs can provide an uplift, we believe that broader China and FX headwinds could pose risks to overall estimates.

**Figure 9: F19 estimate revisions, Street vs. BofAML**



Source: Bloomberg

# On the positive side

### a.   Recent China survey points to continued strength of Apple brand
Our recent survey found smartphone users in China still prefer Apple to other brands when purchasing their next phone (Figure 10).

**Figure 10: Survey indicates strength of Apple brand in China.**



Source:  RIWI survey, BofA Merrill Lynch Global Research estimates

### b.   Apple Services revenue remains strong
As we wrote in our prior note, third party data on developer revenues indicates continued strong growth in App Store sales, and we estimate total Apple Services revenue for the Sep quarter to be tracking in-line with our estimate of $10.7bn (+26% y/y). Figure 11 shows y/y growth of App Store revenue, downloads and average ASP per download.

*Bank of America*
*Merrill Lynch*

**Page 196**

**Exhibit 9**

Figure 11: Y/Y growth in App store revenue, downloads and average ASP per download



Source: Company reports, BofA Merrill Lynch Global Research

**c.  Accessories (AirPod, Apple Watch) are seeing strong demand**

We raise our estimates for Apple Watch in F19 to 42.3mn units, from prior 39.3mn units

**d.  Broader portfolio of iPhones can help gain share in various price bands**

Apple's current iPhone lineup offers very capable phones at the low end starting at $440 (iPhone 7 with A10 Fusion chip and 32GB storage).  Higher capable phones at the low end can help Apple gain share at the lower premium segments of the market.  Moreover, the broad selection of iPhones available allows consumers to select which phone (and which price band) best meets their need.

**e.  Gross margin upside on higher mix and lower Memory costs**

As per IHS Market, Apple's iPhone XS Max with 64GB NAND and 4GB DRAM has a total cost of $390, out of which the cost of the NAND and DRAM is $40.75. By these estimates, the NAND and DRAM account for about 10.5% of the Bill of Materials (BOM) cost.  Specifically a 20% reduction in cost would increase gross margins by around 80bps.

## Upcoming event on Tues Oct 30th

Apple is hosting an event in Brooklyn, NY, where we expect the company to introduce new iPad Pros and possibly new Macbooks and/or Mac Minis. We have thus lowered our iPad estimate for the Sep quarter to account for buyers waiting for the new tablets to arrive before purchasing.

**Exhibit 9**

## Model

### Figure 12: Apple Income Statement

| | F2018E | | | | F2019E | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12/17 | 3/18 | 6/18 | 9/18E | 12/18E | 3/19E | 6/19E | 9/19E | F2016 | F2017 | F2018E | F2019E | F2020E |
| **Income Statement** | | | | | | | | | | | | | |
| Revenue ($mn) | 88293 | 61137 | 53265 | 62847 | 90863 | 64193 | 58476 | 76035 | 215639 | 229234 | 265542 | 289567 | 326063 |
| iPhone revenue | 61576 | 38032 | 29906 | 36080 | 58510 | 37358 | 31198 | 44127 | 136700 | 141319 | 165594 | 171192 | 191479 |
| iPad revenue | 5862 | 4113 | 4741 | 4253 | 5864 | 4045 | 4656 | 4174 | 20628 | 19222 | 18969 | 18739 | 18387 |
| Mac revenue | 6895 | 5848 | 5330 | 6468 | 7368 | 5959 | 5430 | 6591 | 22831 | 25850 | 24541 | 25348 | 25836 |
| iTunes / Software / Services | 8471 | 9190 | 9548 | 10711 | 10589 | 11488 | 11935 | 13389 | 24348 | 29980 | 37920 | 47400 | 58302 |
| Other Rev | 5489 | 3954 | 3740 | 5335 | 8532 | 5344 | 5257 | 7754 | 11132 | 12863 | 18518 | 26888 | 32059 |
| Cost of Goods Sold (excl. Stock-based comp.) | 54129 | 37458 | 32594 | 38558 | 55695 | 38923 | 35307 | 46239 | 130607 | 140171 | 162739 | 176163 | 199567 |
| Gross Profit (excl. Stock-based comp.) | 34164 | 23679 | 20671 | 24288 | 35169 | 25270 | 23169 | 29796 | 85032 | 89063 | 102802 | 113403 | 126497 |
| Total Operating Expense (excl. Stock-based com | 6594 | 6437 | 6708 | 7120 | 7451 | 6763 | 7415 | 8453 | 20798 | 22879 | 26859 | 30083 | 35299 |
| R&D (excl. Stock-based comp.) | 2761 | 2712 | 3026 | 2902 | 3180 | 2848 | 3322 | 3511 | 8156 | 9278 | 11401 | 12861 | 14561 |
| SG&A (excl. Stock-based comp.) | 3833 | 3725 | 3682 | 4218 | 4271 | 3916 | 4093 | 4942 | 12642 | 13597 | 15458 | 17222 | 20738 |
| Operating Income (Pre-Stock-based comp.) | 27570 | 17242 | 13963 | 17168 | 27718 | 18507 | 15754 | 21342 | 64234 | 66184 | 75943 | 83321 | 91198 |
| Total Operating Expense (incl. Stock-based com | 7638 | 7528 | 7809 | 8221 | 8642 | 7954 | 8606 | 9644 | 24239 | 26842 | 31196 | 34847 | 40423 |
| R&D (incl. Stock-based comp.) | 3407 | 3378 | 3701 | 3577 | 3905 | 3573 | 4047 | 4236 | 10045 | 11581 | 14063 | 15761 | 17661 |
| SG&A (incl. Stock-based comp.) | 4231 | 4150 | 4108 | 4644 | 4737 | 4382 | 4559 | 5408 | 14194 | 15261 | 17133 | 19086 | 22762 |
| Operating Income (Incl. Stock-based comp.) | 26274 | 15894 | 12612 | 15817 | 26262 | 17051 | 14298 | 19886 | 60024 | 61344 | 70597 | 77497 | 84954 |
| Total Interest and Other Income/(Expense) | 756 | 274 | 672 | 376 | 301 | 233 | 165 | 91 | 1348 | 2745 | 2078 | 790 | 323 |
| Pretax Income (Pre SBC) | 28326 | 17516 | 14635 | 17543 | 28019 | 18740 | 15918 | 21434 | 65582 | 68929 | 78020 | 84111 | 91521 |
| Provision for Income Taxes (Credit) | 7299 | 2542 | 1945 | 2632 | 4763 | 3186 | 2706 | 3644 | 16764 | 16911 | 14417 | 14299 | 15559 |
| Net Income (Pre Stock-based comp.) | 21027 | 14974 | 12690 | 14912 | 23256 | 15554 | 13212 | 17790 | 48818 | 52018 | 63604 | 69812 | 75962 |
| Stock-based comp. (After tax) | -962 | -1152 | -1171 | -1148 | -1208 | -1208 | -1208 | -1208 | -3131 | -3667 | -4634 | -4834 | -5183 |
| Net Income (Incl. Stock-based-comp) | 20065 | 13822 | 11519 | 13764 | 22047 | 14345 | 12004 | 16581 | 45687 | 48351 | 59170 | 64978 | 70780 |
| Diluted EPS (Pre-Stock-based comp) | 4.08 | 2.95 | 2.58 | 3.08 | 4.89 | 3.33 | 2.86 | 3.88 | 8.88 | 9.90 | 12.73 | 14.99 | 16.90 |
| Diluted EPS (Incl. Stock-based comp) | 3.89 | 2.73 | 2.34 | 2.85 | 4.64 | 3.07 | 2.60 | 3.62 | 8.31 | 9.21 | 11.84 | 13.95 | 15.75 |
| Diluted Weighted Average Shares | 5158 | 5068 | 4927 | 4837 | 4757 | 4677 | 4617 | 4582 | 5500 | 5252 | 4997 | 4658 | 4494 |
| **Income Statement (Cont'd)** | | | | | | | | | | | | | |
| **% Growth Rates** | | | | | | | | | | | | | |
| Revenues (Y/Y) | 12.7% | 15.6% | 17.3% | 19.5% | 2.9% | 5.0% | 9.8% | 21.0% | (7.7%) | 6.3% | 15.8% | 9.0% | 12.6% |
| Gross Profit (Y/Y) | 12.4% | 13.8% | 16.8% | 20.6% | 2.9% | 6.7% | 12.1% | 22.7% | (9.7%) | 4.7% | 15.4% | 10.3% | 11.5% |
| Opex (Y/Y) | 13.9% | 17.2% | 16.8% | 21.7% | 13.0% | 5.1% | 10.5% | 18.7% | 7.3% | 10.0% | 17.4% | 12.0% | 17.3% |
| R&D (Y/Y) | 21.0% | 23.2% | 27.6% | 19.5% | 15.2% | 5.0% | 9.8% | 21.0% | 24.9% | 13.8% | 22.8% | 12.8% | 13.2% |
| SG&A (Y/Y) | 9.3% | 13.1% | 9.2% | 23.2% | 11.4% | 5.1% | 11.2% | 17.2% | (1.6%) | 7.6% | 13.7% | 11.4% | 20.4% |
| Op. Income (Y/Y) | 12.0% | 12.6% | 16.7% | 20.1% | 0.5% | 7.3% | 12.8% | 24.3% | (14.1%) | 3.0% | 14.7% | 9.7% | 9.5% |
| Pretax Income (Y/Y) | 11.4% | 10.2% | 17.1% | 16.3% | (1.1%) | 7.0% | 8.8% | 22.2% | (13.8%) | 5.1% | 13.2% | 7.8% | 8.8% |
| Net Income (Y/Y) | 12.2% | 25.3% | 32.1% | 28.5% | 9.9% | 3.8% | 4.2% | 20.5% | (14.4%) | 5.8% | 22.4% | 9.8% | 8.9% |
| EPS (Y/Y) | 15.9% | 30.1% | 40.4% | 37.7% | 19.1% | 12.5% | 11.2% | 27.2% | (9.9%) | 10.8% | 28.6% | 17.8% | 12.9% |
| Diluted Shares (Y/Y) | (3.2%) | (3.7%) | (5.9%) | (6.7%) | (7.8%) | (7.7%) | (6.3%) | (5.3%) | (5.1%) | (4.5%) | (4.8%) | (6.8%) | (3.5%) |
| Revenues (Q/Q) | 67.9% | (30.8%) | (12.9%) | 18.0% | 44.6% | (29.4%) | (8.9%) | 30.0% | | | | | |
| Gross Profit (Q/Q) | 66.9% | (30.8%) | (13.0%) | 18.3% | 44.4% | (30.1%) | (9.3%) | 31.0% | | | | | |
| Opex (Q/Q) | 12.7% | (2.4%) | 4.2% | 6.1% | 4.6% | (9.2%) | 9.6% | 14.0% | | | | | |
| R&D (Q/Q) | 13.7% | (1.8%) | 11.6% | (4.1%) | 9.6% | (10.5%) | 16.7% | 5.7% | | | | | |
| SG&A (Q/Q) | 11.9% | (2.8%) | (1.2%) | 14.6% | 1.2% | (8.3%) | 4.5% | 20.7% | | | | | |
| Op. Income (Q/Q) | 92.9% | (37.5%) | (19.0%) | 23.0% | 61.5% | (33.2%) | (14.9%) | 35.5% | | | | | |
| Diluted Shares (Q/Q) | (0.5%) | (1.7%) | (2.8%) | (1.8%) | (1.7%) | (1.7%) | (1.3%) | (0.8%) | | | | | |
| **% of Revenues** | | | | | | | | | | | | | |
| Gross Profit (Excl. Stock Based Comp Expense) | 38.6% | 38.7% | 38.9% | 38.6% | 38.7% | 39.4% | 39.6% | 39.2% | 39.4% | 38.9% | 38.7% | 39.2% | 38.8% |
| Gross Profit (Incl. Stock Based Comp Expense) | 38.4% | 38.3% | 38.3% | 38.2% | 38.4% | 39.0% | 39.2% | 38.8% | 39.1% | 38.5% | 38.3% | 38.8% | 38.5% |
| Opex | 7.5% | 10.5% | 12.6% | 11.3% | 8.2% | 10.5% | 12.7% | 11.1% | 9.6% | 10.0% | 10.1% | 10.4% | 10.0% |
| R&D | 3.1% | 4.4% | 5.7% | 4.6% | 3.5% | 4.4% | 5.7% | 4.6% | 3.8% | 4.0% | 4.3% | 4.4% | 4.5% |
| SG&A | 4.3% | 6.1% | 6.9% | 6.7% | 4.7% | 6.1% | 7.0% | 6.5% | 5.9% | 5.9% | 5.8% | 6.1% | 6.4% |
| Opex (Including Stock Based Comp) | 8.7% | 12.3% | 14.7% | 13.1% | 9.5% | 12.4% | 14.7% | 12.7% | 11.2% | 11.7% | 11.7% | 12.0% | 12.4% |
| EBIT (Pre-Stock Based Comp) | 31.2% | 28.2% | 26.2% | 27.3% | 30.5% | 28.8% | 26.9% | 28.1% | 29.8% | 28.9% | 28.6% | 28.8% | 28.0% |
| Stock Based Comp Expense | (1.1%) | (1.9%) | (2.2%) | (1.8%) | (1.3%) | (1.9%) | (2.1%) | (1.6%) | (1.5%) | (1.6%) | (1.7%) | (1.7%) | (1.6%) |
| EBIT (Post-Stock Based Comp) | 29.8% | 26.0% | 23.7% | 25.2% | 28.9% | 26.6% | 24.5% | 26.2% | 27.8% | 26.8% | 26.6% | 26.8% | 26.1% |
| Pretax Income | 32.1% | 28.7% | 27.5% | 27.9% | 30.8% | 29.2% | 27.2% | 28.2% | 30.4% | 30.1% | 29.4% | 29.0% | 28.1% |
| Tax Rate | 25.8% | 14.5% | 13.3% | 15.0% | 17.0% | 17.0% | 17.0% | 17.0% | 25.6% | 24.5% | 18.5% | 17.0% | 17.0% |
| Net Income (Operating, Pre-SBC) | 22.7% | 22.6% | 21.6% | 21.9% | 24.3% | 22.3% | 20.5% | 21.8% | 21.2% | 21.1% | 22.3% | 22.4% | 21.7% |
| Net Income (Operating, Post-SBC) | 23.8% | 24.5% | 23.8% | 23.7% | 25.6% | 24.2% | 22.6% | 23.4% | 22.6% | 22.7% | 24.0% | 24.1% | 23.3% |

Source: Company reports, BofA Merrill Lynch Global Research estimates

Bank of America
Merrill Lynch

**Page 198**

**Exhibit 9**

**Figure 13: Apple Segment Details**

| | F2018E | | | | F2019E | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12/17 | 3/18 | 6/18 | 9/18E | 12/18E | 3/19E | 6/19E | 9/19E | F2016 | F2017 | F2018E | F2019E | F2020E |
| **Sales By Segment** | | | | | | | | | | | | | |
| **Total Revenue ($mn)** | **$88,293** | **$61,137** | **$53,265** | **$62,847** | **$90,863** | **$64,193** | **$58,476** | **$76,035** | **$215,639** | **$229,234** | **$265,542** | **$289,567** | **$326,063** |
| iPhone revenue | 61,576 | 38,032 | 29,906 | 36,080 | 58,510 | 37,358 | 31,198 | 44,127 | 136,700 | 141,319 | 165,594 | 171,192 | 191,479 |
| iPad revenue | 5,862 | 4,113 | 4,741 | 4,253 | 5,864 | 4,045 | 4,656 | 4,174 | 20,628 | 19,222 | 18,969 | 18,739 | 18,387 |
| Mac revenue | 6,895 | 5,848 | 5,330 | 6,468 | 7,368 | 5,959 | 5,430 | 6,591 | 22,831 | 25,850 | 24,541 | 25,348 | 25,836 |
| iPod revenue | 239 | 118 | 127 | 118 | 188 | 92 | 100 | 93 | 986 | 769 | 603 | 473 | 361 |
| iTunes / Software / Services revenue | 8,471 | 9,190 | 9,548 | 10,711 | 10,589 | 11,488 | 11,935 | 13,389 | 24,348 | 29,980 | 37,920 | 47,400 | 58,302 |
| Accessories | 241 | 2,554 | 1,809 | 2,011 | 301 | 3,192 | 2,262 | 2,513 | 5,414 | 5,845 | 6,615 | 8,268 | 9,922 |
| Apple Watch | 5,009 | 1,282 | 1,803 | 3,206 | 8,044 | 2,059 | 2,896 | 5,148 | 4,733 | 6,250 | 11,300 | 18,147 | 21,776 |
| Other Revenue | 5,489 | 3,954 | 3,740 | 5,335 | 8,532 | 5,344 | 5,257 | 7,754 | 11,132 | 12,863 | 18,518 | 26,888 | 32,059 |
| **% of Revenue** | | | | | | | | | | | | | |
| iPhone revenue | 70% | 62% | 56% | 57% | 64% | 58% | 53% | 58% | 63% | 62% | 62% | 59% | 59% |
| iPad revenue | 7% | 7% | 9% | 7% | 6% | 6% | 8% | 5% | 10% | 8% | 7% | 6% | 6% |
| Mac revenue | 8% | 10% | 10% | 10% | 8% | 9% | 9% | 9% | 11% | 11% | 9% | 9% | 8% |
| iTunes / Software / Services revenue | 10% | 15% | 18% | 17% | 12% | 18% | 20% | 18% | 11% | 13% | 14% | 16% | 18% |
| **Product Segment Revenue Growth - Y/Y** | **13%** | **16%** | **17%** | **20%** | **3%** | **5%** | **10%** | **21%** | **(8%)** | **6%** | **16%** | **9%** | **13%** |
| iPhone revenue | 13% | 14% | 20% | 25% | (5%) | (2%) | 4% | 22% | (12%) | 3% | 17% | 3% | 12% |
| iPad revenue | 6% | 6% | (5%) | (12%) | 0% | (2%) | (2%) | (2%) | (11%) | (7%) | (1%) | (1%) | (2%) |
| Mac revenue | (5%) | 0% | (5%) | (10%) | 7% | 2% | 2% | 2% | (10%) | 13% | (5%) | 3% | 2% |
| iTunes / Software / Services revenue | 18% | 31% | 31% | 26% | 25% | 25% | 25% | 25% | 22% | 23% | 26% | 25% | 23% |
| **Product Segment Revenue Growth - Q/Q** | **68%** | **(31%)** | **(13%)** | **18%** | **45%** | **(29%)** | **(9%)** | **30%** | | | | | |
| iPhone revenue | 113% | (38%) | (21%) | 21% | 62% | (36%) | (16%) | 41% | | | | | |
| iPad revenue | 21% | (30%) | 15% | (10%) | 38% | (31%) | 15% | (10%) | | | | | |
| Mac revenue | (4%) | (15%) | (9%) | 21% | 14% | (19%) | (9%) | 21% | | | | | |
| iTunes / Software / Services revenue | (0%) | 8% | 4% | 12% | (1%) | 8% | 4% | 12% | | | | | |
| **Units by Segment** | | | | | | | | | | | | | |
| **Total Units (k)** | | | | | | | | | | | | | |
| iPhone | 77,316 | 52,217 | 41,300 | 47,000 | 73,000 | 49,000 | 41,000 | 51,000 | 211,884 | 216,756 | 217,833 | 214,000 | 225,000 |
| iPad | 13,170 | 9,113 | 11,553 | 9,810 | 13,433 | 9,113 | 11,553 | 9,810 | 45,590 | 43,753 | 43,646 | 43,909 | 43,909 |
| Mac | 5,112 | 4,078 | 3,720 | 4,901 | 5,470 | 4,200 | 3,832 | 5,048 | 18,484 | 19,251 | 17,811 | 18,550 | 19,107 |
| iPod | 1,626 | 742 | 899 | 811 | 1,301 | 594 | 719 | 649 | 6,372 | 5,098 | 4,078 | 3,263 | 2,610 |
| Apple Watch | 12,500 | 3,200 | 4,500 | 8,000 | 18,750 | 4,800 | 6,750 | 12,000 | 10,500 | 14,000 | 28,200 | 42,300 | 50,760 |
| **Product Segment Unit Growth - Y/Y** | | | | | | | | | | | | | |
| iPhone | (1%) | 3% | 1% | 1% | (6%) | (6%) | (1%) | 9% | (8%) | 2% | 0% | (2%) | 5% |
| iPad | 1% | 2% | 1% | (5%) | 2% | 0% | 0% | 0% | (17%) | (4%) | (0%) | 1% | 0% |
| Mac | (5%) | (3%) | (13%) | 9% | 7% | 3% | 3% | 3% | (10%) | 4% | (7%) | 4% | 3% |
| **Product Segment Unit Growth - Q/Q** | | | | | | | | | | | | | |
| iPhone | 66% | (32%) | (21%) | 14% | 55% | (33%) | (16%) | 24% | | | | | |
| iPad | 28% | (31%) | 27% | (15%) | 37% | (32%) | 27% | (15%) | | | | | |
| Mac | (5%) | (20%) | (9%) | 32% | 12% | (23%) | (9%) | 32% | | | | | |
| **Product Segment ASPs** | | | | | | | | | | | | | |
| iPhone | 796 | 728 | 724 | 768 | 802 | 762 | 761 | 865 | 645 | 652 | 760 | 800 | 851 |
| iPad | 445 | 451 | 410 | 405 | 415 | 413 | 378 | 396 | 452 | 439 | 435 | 427 | 419 |
| Mac | 1,328 | 1,408 | 1,404 | 1,298 | 1,328 | 1,394 | 1,390 | 1,285 | 1,235 | 1,343 | 1,378 | 1,366 | 1,352 |
| **Product Segment ASP Growth - Y/Y** | | | | | | | | | | | | | |
| iPhone | 15% | 11% | 20% | 24% | 1% | 5% | 5% | 13% | (4%) | 1% | 17% | 5% | 6% |
| iPad | 5% | 4% | (6%) | (14%) | (7%) | (9%) | (8%) | (2%) | 7% | (3%) | (1%) | (2%) | (2%) |
| Mac | (0%) | 3% | 10% | (1%) | 0% | (1%) | (1%) | (1%) | (0%) | 9% | 3% | (1%) | (1%) |
| **Product Segment ASP Growth - Q/Q** | | | | | | | | | | | | | |
| iPhone | 29% | (9%) | (1%) | 6% | 4% | (5%) | (0%) | 14% | | | | | |
| iPad | (5%) | 1% | (9%) | (1%) | 3% | (1%) | (8%) | 5% | | | | | |
| Mac | 1% | 6% | (0%) | (8%) | 2% | 5% | (0%) | (8%) | | | | | |

Source: Company reports, BofA Merrill Lynch Global Research estimates

**Exhibit 9**

**Figure 14: Apple Balance Sheet**

| | F2018E | | | | F2019E | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12/17 | 3/18 | 6/18 | 9/18E | 12/18E | 3/19E | 6/19E | 9/19E | F2016 | F2017 | F2018E | F2019E | F2020E |
| **Balance Sheet** | | | | | | | | | | | | | |
| Total Assets | $406,794 | $367,502 | $349,197 | $327,016 | $307,286 | $276,755 | $246,891 | $258,028 | $321,686 | $375,319 | $327,016 | $258,028 | $266,759 |
| Total Current Assets | 143,810 | 130,053 | 115,761 | 110,539 | 106,385 | 92,789 | 80,125 | 95,874 | 106,869 | 128,645 | 110,539 | 95,874 | 122,364 |
| Cash/Equivalents | 27,491 | 45,059 | 31,971 | 30,677 | 21,947 | 13,148 | 2,272 | 7,883 | 20,484 | 20,289 | 30,677 | 7,883 | 27,630 |
| ST Investments | 49,662 | 42,881 | 38,999 | 28,999 | 28,999 | 28,999 | 28,999 | 28,999 | 46,671 | 53,892 | 28,999 | 28,999 | 28,999 |
| Accounts Receivable | 23,440 | 14,324 | 14,104 | 18,854 | 25,240 | 17,180 | 17,433 | 25,345 | 15,754 | 17,874 | 18,854 | 25,345 | 29,937 |
| Deferred Tax Assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Inventory | 4,421 | 7,662 | 5,936 | 7,011 | 4,951 | 7,962 | 6,430 | 8,407 | 2,132 | 4,855 | 7,011 | 8,407 | 10,312 |
| Other Current Assets | 38,796 | 20,127 | 24,751 | 24,999 | 25,248 | 25,501 | 24,991 | 25,241 | 21,828 | 31,735 | 24,999 | 25,241 | 25,486 |
| PP&E | 33,679 | 35,077 | 38,117 | 41,013 | 45,290 | 48,207 | 51,306 | 54,548 | 27,010 | 33,783 | 41,013 | 54,548 | 68,645 |
| LT Investments | 207,944 | 179,286 | 172,773 | 152,773 | 132,773 | 112,773 | 92,773 | 84,773 | 170,430 | 194,714 | 152,773 | 84,773 | 52,773 |
| Goodwill | 5,889 | 5,889 | 5,889 | 5,889 | 5,889 | 5,889 | 5,889 | 5,889 | 5,414 | 5,717 | 5,889 | 5,889 | 5,889 |
| Intangible Assets | 2,149 | 2,149 | 2,149 | 2,149 | 2,149 | 2,149 | 2,149 | 2,149 | 3,206 | 2,298 | 2,149 | 2,149 | 2,149 |
| Other Assets | 13,323 | 15,048 | 14,508 | 14,653 | 14,800 | 14,948 | 14,649 | 14,795 | 8,757 | 10,162 | 14,653 | 14,795 | 14,939 |
| Total Liabilities | $266,595 | $240,624 | $234,248 | $229,231 | $226,041 | $219,454 | $216,005 | $224,779 | $193,437 | $241,272 | $229,231 | $224,779 | $220,635 |
| Total Current Liabilities | 115,788 | 89,320 | 88,548 | 83,521 | 80,253 | 73,645 | 70,285 | 79,036 | 79,006 | 100,814 | 83,521 | 79,036 | 74,847 |
| Accounts Payable | 62,985 | 34,311 | 38,489 | 40,701 | 37,130 | 30,273 | 27,461 | 35,964 | 37,294 | 49,049 | 40,701 | 35,964 | 31,508 |
| Accrued Liabilities | 34,325 | 34,531 | 32,587 | 32,820 | 33,124 | 33,372 | 32,824 | 33,072 | 30,107 | 33,292 | 32,820 | 33,072 | 33,338 |
| Deferred Revenue - Current | 8,044 | 7,775 | 7,403 | 7,384 | 7,433 | 7,424 | 7,396 | 7,389 | 8,080 | 7,548 | 7,384 | 7,389 | 7,407 |
| Other Current Liabilities (accrued exp) | 26,281 | 26,756 | 25,184 | 25,436 | 25,690 | 25,947 | 25,428 | 25,682 | 22,027 | 25,744 | 25,436 | 25,682 | 25,931 |
| Current Portion LT Debt/commerical paper | 18,478 | 20,478 | 17,472 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 11,605 | 18,473 | 10,000 | 10,000 | 10,000 |
| LT Debt | 103,922 | 101,362 | 97,128 | 97,128 | 97,128 | 97,128 | 97,128 | 97,128 | 75,427 | 97,207 | 97,128 | 97,128 | 97,128 |
| Other LT Liabilities | 46,885 | 49,942 | 48,572 | 48,582 | 48,660 | 48,681 | 48,592 | 48,615 | 39,004 | 43,251 | 48,582 | 48,615 | 48,661 |
| Deferred Revenue - Non-Current | 3,131 | 3,087 | 2,878 | 2,888 | 2,966 | 2,987 | 2,898 | 2,921 | 2,930 | 2,836 | 2,888 | 2,921 | 2,967 |
| Deferred Tax Liabilities | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Non-Current Liabilities | 43,754 | 46,855 | 45,694 | 45,694 | 45,694 | 45,694 | 45,694 | 45,694 | 36,074 | 40,415 | 45,694 | 45,694 | 45,694 |
| Shareholders' Equity | $140,199 | $126,878 | $114,949 | $97,785 | $81,245 | $57,301 | $30,886 | $33,250 | $128,249 | $134,047 | $97,785 | $33,250 | $46,124 |
| Common Stock | 36,447 | 38,044 | 38,624 | 38,624 | 38,624 | 38,624 | 38,624 | 38,624 | 31,251 | 35,867 | 38,624 | 38,624 | 38,624 |
| Paid-in Capital | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Preffered Stock | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Retained Earnings (Deficit) | 104,593 | 91,898 | 79,436 | 62,272 | 45,732 | 21,788 | (4,627) | (2,263) | 96,364 | 98,330 | 62,272 | (2,263) | 10,611 |
| Other comprehensive income | (841) | (3,064) | (3,111) | (3,111) | (3,111) | (3,111) | (3,111) | (3,111) | 634 | (150) | (3,111) | (3,111) | (3,111) |
| Treasury Stock | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Liabilities & Shareholders' Equity | 406,794 | 367,502 | 349,197 | 327,016 | 307,286 | 276,755 | 246,891 | 258,028 | 321,686 | 375,319 | 327,016 | 258,028 | 266,759 |
| **Balance Sheet Statistics** | | | | | | | | | | | | | |
| Book Value per Share | $27.18 | $25.03 | $23.33 | $20.22 | $17.08 | $12.25 | $6.69 | $7.26 | $23.32 | $25.52 | $19.57 | $7.14 | $10.26 |
| Tangible Book Value per Share | $25.62 | $23.45 | $21.70 | $18.56 | $15.39 | $10.53 | $4.95 | $5.50 | $21.75 | $24.00 | $17.96 | $5.41 | $8.47 |
| Debt/Equity | 87% | 96% | 100% | 110% | 132% | 187% | 347% | 322% | 68% | 86% | 110% | 322% | 232% |
| Net Cash & Investments | $162,697 | $145,386 | $129,143 | $105,321 | $76,591 | $47,792 | $16,916 | $14,527 | $150,553 | $153,215 | $105,321 | $14,527 | $2,274 |
| Net Cash & Investments per Share | $31.54 | $28.68 | $26.21 | $21.78 | $16.10 | $10.22 | $3.66 | $3.17 | $27.37 | $29.17 | $21.08 | $3.12 | $0.51 |
| Inventory Turns | 46.7x | 24.8x | 19.2x | 23.8x | 37.2x | 24.1x | 19.6x | 24.9x | 58.3x | 40.1x | 27.4x | 22.9x | 21.3x |
| Days of Inventory | 8 | 15 | 19 | 15 | 10 | 15 | 18 | 14 | 6 | 9 | 13 | 16 | 17 |
| Days Accts. Receivable | 21 | 28 | 24 | 24 | 22 | 30 | 27 | 25 | 27 | 26 | 25 | 27 | 31 |
| Days payables | 93 | 117 | 101 | 92 | 63 | 78 | 74 | 62 | 100 | 111 | 99 | 78 | 61 |
| Cash cycle | (64) | (75) | (58) | (54) | (31) | (33) | (29) | (22) | (67) | (75) | (61) | (35) | (13) |
| Op. WC/Revenue | (10%) | (5%) | (9%) | (6%) | (2%) | (2%) | (2%) | (1%) | (9%) | (11%) | (6%) | (1%) | 3% |
| ROE | 59% | 41% | 38% | 52% | 99% | 83% | 109% | 207% | 38% | 38% | 52% | 78% | 98% |
| ROA | 21% | 14% | 13% | 16% | 28% | 20% | 18% | 26% | 17% | 15% | 18% | 21% | 24% |
| **Drivers:** | | | | | | | | | | | | | |
| Inventory Turns | 49.0x | 19.6x | 22.0x | 22.0x | 45.0x | 19.6x | 22.0x | 22.0x | 61.3x | 28.9x | 23.2x | 21.0x | 19.4x |
| Inventory Days | 7 | 18 | 16 | 16 | 8 | 18 | 16 | 16 | 6 | 12 | 16 | 17 | 19 |
| Days Accts. Receivable | 24 | 21 | 24 | 27 | 25 | 24 | 27 | 30 | 26 | 28 | 26 | 32 | 33 |
| Days Payables | 105 | 82 | 106 | 95 | 60 | 70 | 70 | 70 | 103 | 126 | 90 | 73 | 57 |
| Cash Cycle | (73) | (43) | (66) | (52) | (27) | (28) | (27) | (24) | (71) | (85) | (49) | (25) | (5) |

Source: Company reports, BofA Merrill Lynch Global Research estimates

**Bank of America Merrill Lynch**

**Page 200**

**Exhibit 9**

### Figure 15: Apple Cash Flow Statement

| | F2018E | | | | F2019E | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12/17 | 3/18 | 6/18 | 9/18E | 12/18E | 3/19E | 6/19E | 9/19E | F2016 | F2017 | F2018E | F2019E | F2020E |
| **Cash Flow Statement** | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| **Cash from Operating Activities** | **$28,293** | **$15,130** | **$14,488** | **$15,374** | **$19,281** | **$17,819** | **$16,237** | **$20,858** | **$65,824** | **$63,598** | **$73,285** | **$74,195** | **$82,532** |
| Net Income | 20,065 | 13,822 | 11,519 | 13,764 | 22,047 | 14,345 | 12,004 | 16,581 | 45,687 | 48,351 | 59,170 | 64,978 | 70,780 |
| Depreciation and Amortization | 2,745 | 2,739 | 2,665 | 2,896 | 2,563 | 2,831 | 3,013 | 3,207 | 10,505 | 10,157 | 11,045 | 11,614 | 12,033 |
| Stock Based Compensation | 1,296 | 1,348 | 1,351 | 1,351 | 1,456 | 1,456 | 1,456 | 1,456 | 4,210 | 4,840 | 5,346 | 5,824 | 6,244 |
| Deferred Taxes | (33,737) | (498) | 1,126 | 1,126 | 1,126 | 1,126 | 1,126 | 1,126 | 4,938 | 5,966 | (31,983) | 4,504 | 4,504 |
| Other - Loss on disposition of PPE | (11) | (140) | (259) | 0 | 0 | 0 | 0 | 0 | 0 | (166) | (410) | 0 | 0 |
| Change in Working Capital | 37,935 | (2,141) | (1,914) | (3,762) | (7,912) | (1,939) | (1,361) | (1,512) | 484 | (5,550) | 30,118 | (12,724) | (11,028) |
| Accounts Receivable | (5,570) | 9,093 | 233 | (4,750) | (6,386) | 8,060 | (253) | (7,912) | 1,095 | (2,093) | (994) | (6,491) | (4,593) |
| Inventory | 434 | (3,241) | 1,693 | (1,075) | 2,060 | (3,011) | 1,532 | (1,977) | 217 | (2,723) | (2,189) | (1,396) | (1,905) |
| Other Current Assets | (9,857) | 18,519 | (3,191) | (248) | (250) | (252) | 510 | (250) | 1,039 | (9,572) | 5,223 | (242) | (245) |
| Accounts Payable | 14,588 | (27,808) | 2,081 | 2,212 | (3,571) | (6,856) | (2,812) | 8,503 | 1,791 | 9,618 | (8,927) | (4,737) | (4,455) |
| Deferred Revenue | 791 | (313) | (581) | 233 | 303 | 248 | (548) | 248 | (1,554) | (626) | 130 | 252 | 266 |
| Other Asset and Other Liabilities | 37,549 | 1,609 | (2,149) | (135) | (69) | (127) | 210 | (124) | (2,104) | (154) | 36,874 | (109) | (98) |
| **Cash from Investing Activities** | **($13,590)** | **$28,710** | **$3,947** | **$6,858** | **($4,543)** | **($3,210)** | **($3,411)** | **($3,574)** | **($45,977)** | **($46,446)** | **$25,925** | **($14,738)** | **($15,655)** |
| Capital Expenditures | (2,810) | (4,195) | (3,267) | (3,142) | (4,543) | (3,210) | (3,411) | (3,574) | (12,734) | (12,451) | (13,414) | (14,738) | (15,655) |
| Sale of PP&E | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Proceeds of investments | 30,849 | 39,977 | 17,078 | 10,000 | 0 | 0 | 0 | 0 | 111,794 | 126,339 | 97,904 | 0 | 0 |
| Purchase of Investments | (41,272) | (7,177) | (7,684) | 0 | 0 | 0 | 0 | 0 | (142,428) | (159,486) | (56,133) | 0 | 0 |
| Acquisitions/intang assets | (327) | 22 | (126) | 0 | 0 | 0 | 0 | 0 | (1,111) | (673) | (431) | 0 | 0 |
| Other/Strategic investments | (30) | 83 | (2,054) | 0 | 0 | 0 | 0 | 0 | (1,498) | (175) | (2,001) | 0 | 0 |
| **Cash from Financing Activities** | **($7,501)** | **($26,272)** | **($31,523)** | **($23,526)** | **($23,467)** | **($23,409)** | **($23,702)** | **($11,674)** | **($20,483)** | **($17,347)** | **($88,822)** | **($82,252)** | **($47,130)** |
| Proceeds from the issuance of term debt, net | 6,969 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 22,454 | 28,662 | 6,969 | 0 | 0 |
| Repayments of term debt | 0 | (500) | (6,000) | 0 | 0 | 0 | 0 | 0 | 0 | (3,500) | (6,500) | 0 | 0 |
| Issuance of Common | 0 | 0 | 328 | 0 | 0 | 0 | 0 | 0 | 495 | 555 | 328 | 0 | 0 |
| Treasury Stock | (10,095) | (22,429) | (21,110) | (20,000) | (20,000) | (20,000) | (20,000) | (8,000) | (29,722) | (32,900) | (73,634) | (68,000) | (32,000) |
| Preferred Stock | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | (1,038) | (152) | (1,077) | 0 | 0 | 0 | 0 | 0 | (1,163) | (1,247) | (2,267) | 0 | 0 |
| Dividends | (3,339) | (3,190) | (3,653) | (3,526) | (3,467) | (3,409) | (3,702) | (3,674) | (12,150) | (12,769) | (13,708) | (14,252) | (15,130) |
| ESOP Proceeds | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | | | |
| Foreign Exchange Effects | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Net Change in Cash** | **$7,202** | **$17,568** | **($13,088)** | **($1,294)** | **($8,730)** | **($8,800)** | **($10,876)** | **$5,611** | **($636)** | **($195)** | **$10,388** | **($22,794)** | **$19,748** |
| | | | | | | | | | | | | | |
| Net Cash - Beginning Balance | 20,289 | 27,491 | 45,059 | 31,971 | 30,677 | 21,947 | 13,148 | 2,272 | 21,120 | 20,484 | 20,289 | 30,677 | 7,883 |
| Net Cash - Ending Balance | 27,491 | 45,059 | 31,971 | 30,677 | 21,947 | 13,148 | 2,272 | 7,883 | 20,484 | 20,289 | 30,677 | 7,883 | 27,630 |
| **Free Cash Flow** | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| **Free Cash Flow** | **$25,483** | **$10,935** | **$11,221** | **$12,232** | **$14,738** | **$14,609** | **$12,826** | **$17,285** | **$53,090** | **$51,147** | **$59,871** | **$59,458** | **$66,877** |
| Cash From Operations | 28,293 | 15,130 | 14,488 | 15,374 | 19,281 | 17,819 | 16,237 | 20,858 | 65,824 | 63,598 | 73,285 | 74,195 | 82,532 |
| Capital Expenditures | (2,810) | (4,195) | (3,267) | (3,142) | (4,543) | (3,210) | (3,411) | (3,574) | (12,734) | (12,451) | (13,414) | (14,738) | (15,655) |
| **Free Cash Flow Per Share** | **$4.94** | **$2.16** | **$2.28** | **$2.53** | **$3.10** | **$3.12** | **$2.78** | **$3.77** | **$9.65** | **$9.74** | **$11.98** | **$12.77** | **$14.88** |
| Free Cash Flow (after acq.) | 25,156 | 10,957 | 11,095 | 12,232 | 14,738 | 14,609 | 12,826 | 17,285 | 51,979 | 50,474 | 59,440 | 59,458 | 66,877 |
| **Drivers** | | | | | | | | | | | | | |
| Depreciation & amortization | 2,745 | 2,739 | 2,665 | 2,896 | 2,563 | 2,831 | 3,013 | 3,207 | 10,505 | 10,157 | 11,045 | 11,614 | 12,033 |
| Cap Ex/Depreciation | 1.0 | 1.5 | 1.2 | 1.1 | 1.8 | 1.1 | 1.1 | 1.1 | 1.2 | 1.2 | 1.2 | 1.3 | 1.3 |
| Cap Ex/Sales | (3%) | (7%) | (6%) | (5%) | (5%) | (5%) | (6%) | (5%) | (6%) | (5%) | (5%) | (151%) | (97%) |
| Annual Depr. % of PP&E (prior qtr) | 33% | 33% | 30% | 30% | 25% | 25% | 25% | 25% | 42% | 37% | 31% | 25% | 20% |

Source: Company reports, BofA Merrill Lynch Global Research estimates

**Exhibit 9**

## Price objective basis & risk

### Apple Inc. (AAPL)

Our PO of $235 is based on approximately 16x our C2019 EPS estimate of $14.45. Our target multiple compares to the long-term historical range of 9-15x (median 12x). We believe a higher than historical multiple is justified given the smoother iPhone cycles, consistent growth in iPhone units and revs. We also think a 16x multiple is justified given a large cash balance and opportunity to diversify into new end markets, and increasing mix and diversity of services.

Downside risks are: the potential trade conflicts, tariffs, and a stronger USD. Other risks are: Apple's significant exposure to the iPhone, commoditization in the smartphone market, intensifying competition in the tablet market, managing beat and raise expectations for EPS estimates, and accelerating pace of product innovation impacting margins.

## Analyst Certification

I, Wamsi Mohan, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject securities and issuers. I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or view expressed in this research report.

**US - IT Hardware and Technology Supply Chain Coverage Cluster**

| Investment rating | Company | BofA Merrill Lynch ticker | Bloomberg symbol | Analyst |
|---|---|---|---|---|
| **BUY** | | | | |
| | Amphenol | APH | APH US | Wamsi Mohan |
| | Apple Inc. | AAPL | AAPL US | Wamsi Mohan |
| | Arrow Electronics Inc. | ARW | ARW US | Param Singh, CFA |
| | Avnet Inc. | AVT | AVT US | Param Singh, CFA |
| | Flex Ltd. | FLEX | FLEX US | Ruplu Bhattacharya |
| | HP Inc. | HPQ | HPQ US | Wamsi Mohan |
| | International Business Machines Corp. | IBM | IBM US | Wamsi Mohan |
| | NetApp Inc. | NTAP | NTAP US | Wamsi Mohan |
| | Nutanix Inc | NTNX | NTNX US | Wamsi Mohan |
| | Pure Storage | PSTG | PSTG US | Wamsi Mohan |
| | Sensata Technologies Holdings Plc | ST | ST US | Wamsi Mohan |
| | TE Connectivity Ltd. | TEL | TEL US | Wamsi Mohan |
| | Teradata Corporation | TDC | TDC US | Wamsi Mohan |
| | Vishay Intertechnology, Inc. | VSH | VSH US | Ruplu Bhattacharya |
| | Western Digital Corporation | WDC | WDC US | Wamsi Mohan |
| **NEUTRAL** | | | | |
| | Celestica | CLS | CLS US | Ruplu Bhattacharya |
| | Celestica | YCLS | CLS CN | Ruplu Bhattacharya |
| | Corning Inc. | GLW | GLW US | Wamsi Mohan |
| | Jabil Inc. | JBL | JBL US | Ruplu Bhattacharya |
| | Sanmina Corporation | SANM | SANM US | Ruplu Bhattacharya |
| **UNDERPERFORM** | | | | |
| | 3D Systems Corporation | DDD | DDD US | Wamsi Mohan |
| | Hewlett-Packard Enterprise | HPE | HPE US | Wamsi Mohan |
| | Seagate Technology | STX | STX US | Wamsi Mohan |
| | Stratasys Ltd. | SSYS | SSYS US | Wamsi Mohan |
| | Tech Data Corp. | TECD | TECD US | Param Singh, CFA |

Bank of America
Merrill Lynch

**Exhibit 9**

**iQ**method ℠ **Measures Definitions**

| Business Performance | Numerator | Denominator |
|---|---|---|
| Return On Capital Employed | NOPAT = (EBIT + Interest Income) * (1 - Tax Rate) + Goodwill Amortization | Total Assets – Current Liabilities + ST Debt + Accumulated Goodwill Amortization |
| Return On Equity | Net Income | Shareholders' Equity |
| Operating Margin | Operating Profit | Sales |
| Earnings Growth | Expected 5-Year CAGR From Latest Actual | N/A |
| Free Cash Flow | Cash Flow From Operations – Total Capex | N/A |

**Quality of Earnings**

| | | |
|---|---|---|
| Cash Realization Ratio | Cash Flow From Operations | Net Income |
| Asset Replacement Ratio | Capex | Depreciation |
| Tax Rate | Tax Charge | Pre-Tax Income |
| Net Debt-To-Equity Ratio | Net Debt = Total Debt, Less Cash & Equivalents | Total Equity |
| Interest Cover | EBIT | Interest Expense |

**Valuation Toolkit**

| | | |
|---|---|---|
| Price / Earnings Ratio | Current Share Price | Diluted Earnings Per Share (Basis As Specified) |
| Price / Book Value | Current Share Price | Shareholders' Equity / Current Basic Shares |
| Dividend Yield | Annualised Declared Cash Dividend | Current Share Price |
| Free Cash Flow Yield | Cash Flow From Operations – Total Capex | Market Cap. = Current Share Price * Current Basic Shares |
| Enterprise Value / Sales | EV = Current Share Price * Current Shares + Minority Equity + Net Debt + Other LT Liabilities | Sales |
| EV / EBITDA | Enterprise Value | Basic EBIT + Depreciation + Amortization |

**iQ**method ℠ is the set of BofA Merrill Lynch standard measures that serve to maintain global consistency under three broad headings: Business Performance, Quality of Earnings, and validations. The key features of iQmethod are: A consistently structured, detailed, and transparent methodology. Guidelines to maximize the effectiveness of the comparative valuation process, and to identify some common pitfalls.

**iQ**database ® is our real-time global research database that is sourced directly from our equity analysts' earnings models and includes forecasted as well as historical data for income statements, balance sheets, and cash flow statements for companies covered by BofA Merrill Lynch.

**iQ**profile ℠, **iQ**method ℠ are service marks of Bank of America Corporation. **iQ**database ® is a registered service mark of Bank of America Corporation.

**Exhibit 9**

# Disclosures
## Important Disclosures

**AAPL Price Chart**



B: Buy, N: Neutral, U: Underperform, PO: Price Objective, NA: No longer valid, NR: No Rating

The Investment Opinion System is contained at the end of the report under the heading "Fundamental Equity Opinion Key". Dark grey shading indicates the security is restricted with the opinion suspended. Medium grey shading indicates the security is under review with the opinion withdrawn. Light grey shading indicates the security is not covered. Chart is current as of September 30, 2018 or such later date as indicated.

**Equity Investment Rating Distribution: Technology Group (as of 30 Sep 2018)**

| Coverage Universe | Count | Percent | Inv. Banking Relationships* | Count | Percent |
|---|---|---|---|---|---|
| Buy | 146 | 57.25% | Buy | 85 | 58.22% |
| Hold | 51 | 20.00% | Hold | 29 | 56.86% |
| Sell | 58 | 22.75% | Sell | 20 | 34.48% |

**Equity Investment Rating Distribution: Global Group (as of 30 Sep 2018)**

| Coverage Universe | Count | Percent | Inv. Banking Relationships* | Count | Percent |
|---|---|---|---|---|---|
| Buy | 1626 | 55.10% | Buy | 1043 | 64.15% |
| Hold | 641 | 21.72% | Hold | 402 | 62.71% |
| Sell | 684 | 23.18% | Sell | 327 | 47.81% |

* Issuers that were investment banking clients of BofA Merrill Lynch or one of its affiliates within the past 12 months. For purposes of this Investment Rating Distribution, the coverage universe includes only stocks. A stock rated Neutral is included as a Hold, and a stock rated Underperform is included as a Sell.

 FUNDAMENTAL EQUITY OPINION KEY: Opinions include a Volatility Risk Rating, an Investment Rating and an Income Rating. *VOLATILITY RISK RATINGS*, indicators of potential price fluctuation, are: A - Low, B - Medium and C - High. *INVESTMENT RATINGS* reflect the analyst's assessment of a stock's: (i) absolute total return potential and (ii) attractiveness for investment relative to other stocks within its *Coverage Cluster* (defined below). There are three investment ratings: 1 - Buy stocks are expected to have a total return of at least 10% and are the most attractive stocks in the coverage cluster; 2 - Neutral stocks are expected to remain flat or increase in value and are less attractive than Buy rated stocks and 3 - Underperform stocks are the least attractive stocks in a coverage cluster. Analysts assign investment ratings considering, among other things, the 0-12 month total return expectation for a stock and the firm's guidelines for ratings dispersions (shown in the table below). The current price objective for a stock should be referenced to better understand the total return expectation at any given time. The price objective reflects the analyst's view of the potential price appreciation (depreciation).

| Investment rating | Total return expectation (within 12-month period of date of initial rating) | Ratings dispersion guidelines for coverage cluster* |
|---|---|---|
| Buy | ≥ 10% | ≤ 70% |
| Neutral | ≥ 0% | ≤ 30% |
| Underperform | N/A | ≥ 20% |

* Ratings dispersions may vary from time to time where BofA Merrill Lynch Research believes it better reflects the investment prospects of stocks in a Coverage Cluster.

*INCOME RATINGS*, indicators of potential cash dividends, are: 7 - same/higher (dividend considered to be secure), 8 - same/lower (dividend not considered to be secure) and 9 - pays no cash dividend. *Coverage Cluster* is comprised of stocks covered by a single analyst or two or more analysts sharing a common industry, sector, region or other classification(s). A stock's coverage cluster is included in the most recent BofA Merrill Lynch report referencing the stock.

Price charts for the securities referenced in this research report are available at https://pricecharts.baml.com, or call 1-800-MERRILL to have them mailed.
MLPF&S or one of its affiliates acts as a market maker for the equity securities recommended in the report: Apple Inc.
MLPF&S or an affiliate was a manager of a public offering of securities of this issuer within the last 12 months: Apple Inc.
The issuer is or was, within the last 12 months, an investment banking client of MLPF&S and/or one or more of its affiliates: Apple Inc.
MLPF&S or an affiliate has received compensation from the issuer for non-investment banking services or products within the past 12 months: Apple Inc.
The issuer is or was, within the last 12 months, a non-securities business client of MLPF&S and/or one or more of its affiliates: Apple Inc.
MLPF&S or an affiliate has received compensation for investment banking services from this issuer within the past 12 months: Apple Inc.
MLPF&S or an affiliate expects to receive or intends to seek compensation for investment banking services from this issuer or an affiliate of the issuer within the next three months: Apple Inc.
MLPF&S or one of its affiliates is willing to sell to, or buy from, clients the common equity of the issuer on a principal basis: Apple Inc.
The issuer is or was, within the last 12 months, a securities business client (non-investment banking) of MLPF&S and/or one or more of its affiliates: Apple Inc.
BofA Merrill Lynch Research Personnel (including the analyst(s) responsible for this report) receive compensation based upon, among other factors, the overall profitability of Bank of America Corporation, including profits derived from investment banking. The analyst(s) responsible for this report may also receive compensation based upon, among other factors, the overall profitability of the Bank's sales and trading businesses relating to the class of securities or financial instruments for which such analyst is responsible.

Bank of America
Merrill Lynch

**Exhibit 9**

## Other Important Disclosures

From time to time research analysts conduct site visits of covered issuers. BofA Merrill Lynch policies prohibit research analysts from accepting payment or reimbursement for travel expenses from the issuer for such visits.

Prices are indicative and for information purposes only. Except as otherwise stated in the report, for the purpose of any recommendation in relation to: (i) an equity security, the price referenced is the publicly traded price of the security as of close of business on the day prior to the date of the report or, if the report is published during intraday trading, the price referenced is indicative of the traded price as of the date and time of the report; or (ii) a debt security (including equity preferred and CDS), prices are indicative as of the date and time of the report and are from various sources including Bank of America Merrill Lynch trading desks.

The date and time of completion of the production of any recommendation in this report shall be the date and time of dissemination of this report as recorded in the report timestamp.

Recipients who are not institutional investors or market professionals should seek the advice of their independent financial advisor before considering information in this report in connection with any investment decision, or for a necessary explanation of its contents.

Officers of MLPF&S or one or more of its affiliates (other than research analysts) may have a financial interest in securities of the issuer(s) or in related investments.

BofA Merrill Lynch Global Research policies relating to conflicts of interest are described at https://go.bofa.com/coi.

"BofA Merrill Lynch" includes Merrill Lynch, Pierce, Fenner & Smith Incorporated ("MLPF&S") and its affiliates. Investors should contact their BofA Merrill Lynch representative or Merrill Lynch Global Wealth Management financial advisor if they have questions concerning this report or concerning the appropriateness of any investment idea described herein for such investor. "BofA Merrill Lynch" and "Merrill Lynch" are each global brands for BofA Merrill Lynch Global Research.

Information relating to Non-US affiliates of BofA Merrill Lynch and Distribution of Affiliate Research Reports:

MLPF&S distributes, or may in the future distribute, information of the following non-US affiliates in the US (short name: legal name, regulator): Merrill Lynch (South Africa): Merrill Lynch South Africa (Pty) Ltd., regulated by The Financial Service Board; MLI (UK): Merrill Lynch International, regulated by the Financial Conduct Authority (FCA) and the Prudential Regulation Authority (PRA); Merrill Lynch (Australia): Merrill Lynch Equities (Australia) Limited, regulated by the Australian Securities and Investments Commission; Merrill Lynch (Hong Kong): Merrill Lynch (Asia Pacific) Limited, regulated by the Hong Kong Securities and Futures Commission (HKSFC); Merrill Lynch (Singapore): Merrill Lynch (Singapore) Pte Ltd, regulated by the Monetary Authority of Singapore (MAS); Merrill Lynch (Canada): Merrill Lynch Canada Inc, regulated by the Investment Industry Regulatory Organization of Canada; Merrill Lynch (Mexico): Merrill Lynch Mexico, SA de CV, Casa de Bolsa, regulated by the Comisión Nacional Bancaria y de Valores; Merrill Lynch (Argentina): Merrill Lynch Argentina SA, regulated by Comisión Nacional de Valores; Merrill Lynch (Japan): Merrill Lynch Japan Securities Co., Ltd., regulated by the Financial Services Agency; Merrill Lynch (Seoul): Merrill Lynch International, LLC Seoul Branch, regulated by the Financial Supervisory Service; Merrill Lynch (Taiwan): Merrill Lynch Securities (Taiwan) Ltd., regulated by the Securities and Futures Bureau; DSP Merrill Lynch (India): DSP Merrill Lynch Limited, regulated by the Securities and Exchange Board of India; Merrill Lynch (Indonesia): PT Merrill Lynch Sekuritas Indonesia, regulated by Otoritas Jasa Keuangan (OJK); Merrill Lynch (Israel): Merrill Lynch Israel Limited, regulated by Israel Securities Authority; Merrill Lynch (Russia): OOO Merrill Lynch Securities, Moscow, regulated by the Central Bank of the Russian Federation; Merrill Lynch (DIFC): Merrill Lynch International (DIFC Branch), regulated by the Dubai Financial Services Authority (DFSA); Merrill Lynch (Spain): Merrill Lynch Capital Markets Espana, S.A.S.V., regulated by Comisión Nacional del Mercado De Valores; Merrill Lynch (Brazil): Bank of America Merrill Lynch Banco Multiplo S.A., regulated by Comissão de Valores Mobiliários; Merrill Lynch KSA Company, Merrill Lynch Kingdom of Saudi Arabia Company, regulated by the Capital Market Authority.

This information: has been approved for publication and is distributed in the United Kingdom (UK) to professional clients and eligible counterparties (as each is defined in the rules of the FCA and the PRA) by MLI (UK) and Bank of America Merrill Lynch International Limited, which are authorized by the FCA and regulated by the FCA and the PRA, and is distributed in the UK to retail clients (as defined in the rules of the FCA and the PRA) by Merrill Lynch International Bank Limited, London Branch, which is authorized by the Central Bank of Ireland and subject to limited regulation by the FCA and PRA - details about the extent of our regulation by the FCA and PRA are available from us on request; has been considered and distributed in Japan by Merrill Lynch (Japan), a registered securities dealer under the Financial Instruments and Exchange Act in Japan, or its permitted affiliates; is issued and distributed in Hong Kong by Merrill Lynch (Hong Kong) which is regulated by HKSFC; is issued and distributed in Taiwan by Merrill Lynch (Taiwan); is issued and distributed in India by DSP Merrill Lynch (India); and is issued and distributed in Singapore to institutional investors and/or accredited investors (each as defined under the Financial Advisers Regulations) by Merrill Lynch (Singapore) (Company Registration No 198602883D). Merrill Lynch (Singapore) is regulated by MAS. Bank of America N.A., Australian Branch (ARBN 064 874 531), AFS License 412901 (BANA Australia) and Merrill Lynch Equities (Australia) Limited (ABN 65 006 276 795), AFS License 235132 (MLEA) distribute this information in Australia only to 'Wholesale' clients as defined by s.761G of the Corporations Act 2001. With the exception of BANA Australia, neither MLEA nor any of its affiliates involved in preparing this information is an Authorised Deposit-Taking Institution under the Banking Act 1959 nor regulated by the Australian Prudential Regulation Authority. No approval is required for publication or distribution of this information in Brazil and its local distribution is by Merrill Lynch (Brazil) in accordance with applicable regulations. Merrill Lynch (DIFC) is authorized and regulated by the DFSA. Information prepared and issued by Merrill Lynch (DIFC) is done so in accordance with the requirements of the DFSA conduct of business rules. Bank of America Merrill Lynch International Limited, Frankfurt Branch (BAMLI Frankfurt) distributes this information in Germany and is regulated by BaFin.

This information has been prepared and issued by MLPF&S and/or one or more of its non-US affiliates. The author(s) of this information may not be licensed to carry on regulated activities in your jurisdiction and, if not licensed, do not hold themselves out as being able to do so. MLPF&S is the distributor of this information in the US and accepts full responsibility for information distributed to MLPF&S clients in the US by its non-US affiliates. Any US person receiving this information and wishing to effect any transaction in any security discussed herein should do so through MLPF&S and not such foreign affiliates. Hong Kong recipients of this information should contact Merrill Lynch (Asia Pacific) Limited in respect of any matters relating to dealing in securities or provision of specific advice on securities or any other matters arising from, or in connection with, this information. Singapore recipients of this information should contact Merrill Lynch (Singapore) Pte Ltd in respect of any matters arising from, or in connection with, this information.

General Investment Related Disclosures:

Taiwan Readers: Neither the information nor any opinion expressed herein constitutes an offer or a solicitation of an offer to transact in any securities or other financial instrument. No part of this report may be used or reproduced or quoted in any manner whatsoever in Taiwan by the press or any other person without the express written consent of BofA Merrill Lynch.

This document provides general information only, and has been prepared for, and is intended for general distribution to, BofA Merrill Lynch clients. Neither the information nor any opinion expressed constitutes an offer or an invitation to make an offer, to buy or sell any securities or other financial instrument or any derivative related to such securities or instruments (e.g., options, futures, warrants, and contracts for differences). This document is not intended to provide personal investment advice and it does not take into account the specific investment objectives, financial situation and the particular needs of, and is not directed to, any specific person(s). This document and its content do not constitute, and should not be considered to constitute, investment advice for purposes of ERISA, the US tax code, the Investment Advisers Act or otherwise. Investors should seek financial advice regarding the appropriateness of investing in financial instruments and implementing investment strategies discussed or recommended in this document and should understand that statements regarding future prospects may not be realized. Any decision to purchase or subscribe for securities in any offering must be based solely on existing public information on such security or the information in the prospectus or other offering document issued in connection with such offering, and not on this document.

Securities and other financial instruments referred to herein, or recommended, offered or sold by BofA Merrill Lynch, are not insured by the Federal Deposit Insurance Corporation and are not deposits or other obligations of any insured depository institution (including, Bank of America, N.A.). Investments in general and, derivatives, in particular, involve numerous risks, including, among others, market risk, counterparty default risk and liquidity risk. No security, financial instrument or derivative is suitable for all investors. In some cases, securities and other financial instruments may be difficult to value or sell and reliable information about the value or risks related to the security or financial instrument may be difficult to obtain. Investors should note that income from such securities and other financial instruments, if any, may fluctuate and that price or value of such securities and instruments may rise or fall and, in some cases, investors may lose their entire principal investment. Past performance is not necessarily a guide to future performance. Levels and basis for taxation may change.

This report may contain a short-term trading idea or recommendation, which highlights a specific near-term catalyst or event impacting the issuer or the market that is anticipated to have a short-term price impact on the equity securities of the issuer. Short-term trading ideas and recommendations are different from and do not affect a stock's fundamental equity rating, which reflects both a longer term total return expectation and attractiveness for investment relative to other stocks within its Coverage Cluster. Short-term trading ideas and recommendations may be more or less positive than a stock's fundamental equity rating.

BofA Merrill Lynch is aware that the implementation of the ideas expressed in this report may depend upon an investor's ability to "short" securities or other financial instruments and that such action may be limited by regulations prohibiting or restricting "shortselling" in many jurisdictions. Investors are urged to seek advice regarding the applicability of such regulations prior to executing any short idea contained in this report.

Foreign currency rates of exchange may adversely affect the value, price or income of any security or financial instrument mentioned in this report. Investors in such securities and instruments,

**Exhibit 9**

including ADRs, effectively assume currency risk.

UK Readers: The protections provided by the U.K. regulatory regime, including the Financial Services Scheme, do not apply in general to business coordinated by BofA Merrill Lynch entities located outside of the United Kingdom. BofA Merrill Lynch Global Research policies relating to conflicts of interest are described at https://go.bofa.com/coi.

MLPF&S or one of its affiliates is a regular issuer of traded financial instruments linked to securities that may have been recommended in this report. MLPF&S or one of its affiliates may, at any time, hold a trading position (long or short) in the securities and financial instruments discussed in this report.

BofA Merrill Lynch, through business units other than BofA Merrill Lynch Global Research, may have issued and may in the future issue trading ideas or recommendations that are inconsistent with, and reach different conclusions from, the information presented herein. Such ideas or recommendations may reflect different time frames, assumptions, views and analytical methods of the persons who prepared them, and BofA Merrill Lynch is under no obligation to ensure that such other trading ideas or recommendations are brought to the attention of any recipient of this information.

In the event that the recipient received this information pursuant to a contract between the recipient and MLPF&S for the provision of research services for a separate fee, and in connection therewith MLPF&S may be deemed to be acting as an investment adviser, such status relates, if at all, solely to the person with whom MLPF&S has contracted directly and does not extend beyond the delivery of this report (unless otherwise agreed specifically in writing by MLPF&S). If such recipient uses the services of MLPF&S in connection with the sale or purchase of a security referred to herein, MLPF&S may act as principal for its own account or as agent for another person. MLPF&S is and continues to act solely as a broker-dealer in connection with the execution of any transactions, including transactions in any securities referred to herein.

**Copyright and General Information regarding Research Reports:**

Copyright 2018 Bank of America Corporation. All rights reserved. iQprofile℠, iQmethod℠ are service marks of Bank of America Corporation. iQdatabase® is a registered service mark of Bank of America Corporation. This information is prepared for the use of BofA Merrill Lynch clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of BofA Merrill Lynch. BofA Merrill Lynch Global Research information is distributed simultaneously to internal and client websites and other portals by BofA Merrill Lynch and is not publicly-available material. Any unauthorized use or disclosure is prohibited. Receipt and review of this information constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion, or information contained herein (including any investment recommendations, estimates or price targets) without first obtaining express permission from an authorized officer of BofA Merrill Lynch.

Materials prepared by BofA Merrill Lynch Global Research personnel are based on public information. Facts and views presented in this material have not been reviewed by, and may not reflect information known to, professionals in other business areas of BofA Merrill Lynch, including investment banking personnel. BofA Merrill Lynch has established information barriers between BofA Merrill Lynch Global Research and certain business groups. As a result, BofA Merrill Lynch does not disclose certain client relationships with, or compensation received from, such issuers. To the extent this material discusses any legal proceeding or issues, it has not been prepared as nor is it intended to express any legal conclusion, opinion or advice. Investors should consult their own legal advisers as to issues of law relating to the subject matter of this material. BofA Merrill Lynch Global Research personnel's knowledge of legal proceedings in which any BofA Merrill Lynch entity and/or its directors, officers and employees may be plaintiffs, defendants, co-defendants or co-plaintiffs with or involving issuers mentioned in this material is based on public information. Facts and views presented in this material that relate to any such proceedings have not been reviewed by, discussed with, and may not reflect information known to, professionals in other business areas of BofA Merrill Lynch in connection with the legal proceedings or matters relevant to such proceedings.

This information has been prepared independently of any issuer of securities mentioned herein and not in connection with any proposed offering of securities or as agent of any issuer of any securities. None of MLPF&S, any of its affiliates or their research analysts has any authority whatsoever to make any representation or warranty on behalf of the issuer(s). BofA Merrill Lynch Global Research policy prohibits research personnel from disclosing a recommendation, investment rating, or investment thesis for review by an issuer prior to the publication of a research report containing such rating, recommendation or investment thesis.

Any information relating to the tax status of financial instruments discussed herein is not intended to provide tax advice or to be used by anyone to provide tax advice. Investors are urged to seek tax advice based on their particular circumstances from an independent tax professional.

The information herein (other than disclosure information relating to BofA Merrill Lynch and its affiliates) was obtained from various sources and we do not guarantee its accuracy. This information may contain links to third-party websites. BofA Merrill Lynch is not responsible for the content of any third-party website or any linked content contained in a third-party website. Content contained on such third-party websites is not part of this information and is not incorporated by reference. The inclusion of a link does not imply any endorsement by or any affiliation with BofA Merrill Lynch. Access to any third-party website is at your own risk, and you should always review the terms and privacy policies at third-party websites before submitting any personal information to them. BofA Merrill Lynch is not responsible for such terms and privacy policies and expressly disclaims any liability for them.

All opinions, projections and estimates constitute the judgment of the author as of the date of publication and are subject to change without notice. Prices also are subject to change without notice. BofA Merrill Lynch is under no obligation to update this information and BofA Merrill Lynch's ability to publish information on the subject issuer(s) in the future is subject to applicable quiet periods. You should therefore assume that BofA Merrill Lynch will not update any fact, circumstance or opinion contained herein.

Subject to the quiet period applicable under laws of the various jurisdictions in which we distribute research reports and other legal and BofA Merrill Lynch policy-related restrictions on the publication of research reports, fundamental equity reports are produced on a regular basis as necessary to keep the investment recommendation current.

Certain outstanding reports may contain discussions and/or investment opinions relating to securities, financial instruments and/or issuers that are no longer current. Always refer to the most recent research report relating to an issuer prior to making an investment decision.

In some cases, an issuer may be classified as Restricted or may be Under Review or Extended Review. In each case, investors should consider any investment opinion relating to such issuer (or its security and/or financial instruments) to be suspended or withdrawn and should not rely on the analyses and investment opinion(s) pertaining to such issuer (or its securities and/or financial instruments) nor should the analyses or opinion(s) be considered a solicitation of any kind. Sales persons and financial advisors affiliated with MLPF&S or any of its affiliates may not solicit purchases of securities or financial instruments that are Restricted or Under Review and may only solicit securities under Extended Review in accordance with firm policies.

Neither BofA Merrill Lynch nor any officer or employee of BofA Merrill Lynch accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this information.

**Bank of America**
**Merrill Lynch**

**Page 206**

**COMPANY NOTE**

Initiating Coverage

USA | Technology | Internet

**Exhibit 9**

# Jefferies

October 29, 2018

# Apple Inc. (AAPL)
## Building a Valuable Services Business on Top of Apple's Core. Initiate at Buy

**Key Takeaway**

We believe AAPL's stable iPhone business will serve as the foundation upon which it can build a massive, recurring and high margin Services business. By F'22 we believe Services could account for a full 25% of revenue and 40% of gross profit. Applying a higher multiple compared to the lower margin hardware business, we see a significant opportunity for investors as Services alone could be worth $111 to $177 per share by that time.

**Ecosystem intact. iPhone is a mature, stable core upon which Apple can build a robust Services business.** Assuming no surprises in F'4Q, AAPL will have sold over 200MM iPhones for each of the last four yrs. While we expect solid iPhone rev growth in F'18 and '19 driven by higher ASP, even modestly declining iPhone unit sales should be sufficient for AAPL to build a massive, high margin and recurring Services business over time.

**Services could be worth $111 to $177 per share by F'22.** Services is big ($38.3B Jefco est for F'18), accelerating (28% Y/Y est) and higher margin (than the hardware business. As the business rapidly mix-shifts towards this more recurring revenue model, we see upside to gross margin estimates over time with our F'22 ests ~100bps higher than Street. Applying a higher 5-8x sales multiple to our F'22 est implies Services could be worth $111-177/share over time, a significant opportunity.

**Services growth will be led by App Store and Apple Music, and we see an opportunity to introduce new services over time.** The high margin App Store should cross $15B in rev (+33% Y/Y) in F'18. And the low margin but recurring Music business should cross $4B revs (+65% Y/Y) in F'18. And despite our view Apple Music is not the top-tier service in its category, it gained ~50MM paid subs in <3 yrs (took Spotify 12 yrs to 83MM), highlighting the power of distributing services directly into the Apple ecosystem.

**Wearables also driving accelerating growth in Other revenue.** AirPods and Watch should account for $13B rev (+48% Y/Y) in F'18. Over time AAPL could launch other products like AR/VR glasses, hearing aids, and health/fitness trackers.

**China is the clear risk to our call.** A trade war with China would have a material negative impact on sales. In the near term, the mobile game approval freeze in China could pressure App Store revs although this looks like a classic short-term issue.

**Valuation looks attractive.** Current ~16x PE is a slight premium to historic ~15x but still makes Services look undervalued. Growth adjusted, AAPL (1.0 PEG) trades at a discount to the NASDAQ Comp (1.3) and the S&P 500 (1.5). Our $265 price target is derived by a DCF, supported by a SOTP and multiples.

## BUY
Price target $265.00
Price $216.30^

EQUITY RESEARCH AMERICAS

**Financial Summary**

| | |
|---|---|
| Net Debt (MM): | ($129,143.0) |

**Market Data**

| | |
|---|---|
| 52 Week Range: | $233.47 - $150.24 |
| Total Entprs. Value: | $936.4B |
| Market Cap.: | $1.1T |
| Insider Ownership: | 0.7% |
| Institutional Ownership: | 73.3% |
| Shares Out. (MM): | 4,926.0 |
| Float (MM): | 4,263.0 |
| Avg. Daily Vol.: | 32,138,772 |

**Timothy O'Shea** *
Equity Analyst
(212) 284-3415 toshea@jefferies.com
**Brent Thill** *
Equity Analyst
(415) 229-1559 bthill@jefferies.com
**Brian Fitzgerald** *
Equity Analyst
(212) 284-2491 bfitzgerald@jefferies.com
* Jefferies LLC / Jefferies Research Services, LLC

| USD | Prev. | 2016A | Prev. | 2017A | Prev. | 2018E | Prev. | 2019E |
|---|---|---|---|---|---|---|---|---|
| Rev. (B) | -- | 244.3 | --229,234.0 | -- 264,553.6 | -- 285,190.0 |
| Cons. EPS GAAP | -- | 9.71 | -- | 9.21 | -- | 11.75 | -- | 13.66 |
| P/E | -- | 22.9x | -- | 24.2x | -- | 19.2x | -- | 15.8x |
| **EPS Diluted** | | | | | | | | |
| Dec | -- | 3.20 | -- | 3.36 | -- | 3.89A | -- | 4.96 |
| Mar | -- | 2.46 | -- | 2.10 | -- | 2.73A | -- | 3.20 |
| Jun | -- | 2.00 | -- | 1.67 | -- | 2.34A | -- | 2.61 |
| Sep | -- | 2.00 | -- | 2.07 | -- | 2.80 | -- | 3.15 |
| FY Sep | -- | 9.71 | -- | 9.21 | -- | 11.79 | -- | 13.97 |

**Price Performance**



^Prior trading day's closing price unless otherwise noted.

Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 79 to 83 of this report.

| AAPL | Apple, Inc (AAPL) | Exhibit 9 |
| --- | --- | --- |
| Initiating Coverage | | |
| October 29, 2018 | Buy: $265 Price Target | |

**THE LONG VIEW**

## Scenarios

### Base Case

- We believe the Apple ecosystem is a deep, sustainable moat and consumers will pay up for hardware and services that connect to this ecosystem.

- iPhone looks like a growth business, but ASP will be primary driver as Apple continues to increase prices.

- $100B share repurchase could reduce shares meaningfully.

- Large, accelerating, higher margin Services business will ease or reverse pressure on gross margin over time.

- Accelerating wearables business also driving growth.

- 2019 EPS: $13.97; Target Multiple: 19.0x; PT $265

### Upside Scenario

- Services continues to rip higher, benefiting gross margin and warranting a higher multiple.

- iPhone unit sales skew towards higher priced phones (XS Max) with more profitable, higher memory variants (512GB).

- Apple enters new wearable categories and introduces new peripherals, growing other revenue

- Expansion into India happens sooner than expected reigniting stalling smartphone growth

- 2019 EPS: $15; Target Multiple 20x; PT $300

### Downside Scenario

- Trade war with China would have a material impact on sales, COGS, ASP.

- If consumers balk on higher prices, this would run counter to our thesis that ASP is a growth lever.

- Competitive ecosystems owned by companies like Google or Amazon could ultimately threaten Apple's.

- Superior competitive services could threaten Apple's ecosystem over time.

- App Store's 30% revenue cut could come under pressure.

- A stronger US dollar could have a material impact on gross margin.

- 2019 EPS: $12; Target Multiple: 15.8x; Target Price: $190

## Investment Thesis / Where We Differ

- iPhone is a mature but sustainable business, with stable market share especially among premium users. We look for ASP to be the primary growth lever over time.

- We see a large opportunity for Apple to drive meaningfully higher amounts of Services revenue into its 1.3B active install base. Attach rate, ARPU and the introduction of new services look like growth levers. Growth here could reverse or ease the ongoing pressure on gross margin in the hardware business.

- Wearables looks like a long-term growth opportunity. AirPods and Watch look like the real deal, and we expect AAPL will enter more categories over time.

## Catalysts

- Oct 3 iPad event at Brooklyn Academy of Music
- Ongoing product introductions
- $100B share buyback program

## Long Term Analysis

**Long Term Financial Model Drivers**

| | |
| --- | --- |
| **3Y Rev CAGR (18-21)** | **~5%** |
| 3Y EPS CAGR (18-21) | ~15% |
| LT Operating Margin Est. | ~30% |

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 - 83 of this report.

Jefferies

**Exhibit 9**

**AAPL**

Initiating Coverage

October 29, 2018

# Apple Playbook 2018

# Building a Valuable Services Business Atop Apple's Core. Initiate at Buy

Tim O'Shea
toshea@jefferies.com
212.284.3415

Brent Thill
bthill@jefferies.com
415.229.1559

Brian Fitzgerald
bfitzgerald@jefferies.com
212.284.2491

## Jefferies

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 - 83 of this report.

page 3 of 83

**Exhibit 9**

**AAPL**

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Table of Contents

Our Buy Thesis ..... 5

Comp Sheet ..... 9

Valuation: DCF & SOTP ..... 10

iPhone: The Stable Core of Apple's Premium Ecosystem ..... 14

Services: A Large Opportunity to Build a Higher Margin, Higher Multiple Business ..... 33

Wearables: Another Accelerating Business Being Built Atop Apple's Core Ecosystem ..... 58

Risks ..... 67

Model and Appendix ..... 69

**Jefferies**

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 - 83 of this report.

**Page 210**

Exhibit 9

**AAPL**

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# *We launch coverage on AAPL with a Buy rating and and $265 Price Target*

### OUR POSITIVE THESIS

1. **We believe iPhone is a mature and stable business atop which Apple can build a valuable Services business over time.** Apple will have sold over 200MM iPhones in each of the last four years. While we expect solid iPhone revenue growth in Fiscal 18 and Fiscal 19 driven by higher prices, flat or even modestly declining iPhone unit sales should be sufficient for Apple to build a massive, high margin and recurring Services business over time. India looks like a large call option but is not factored into our estimates. We conservatively model iPhone units declining every year through Fiscal 2022.

2. **Services alone could be worth $111 to $177 per share by Fiscal 2022, a significant opportunity.** Already a big business with accelerating growth, by F22 Services could drive over $80B+ of revenue, accounting for 25% of total revenue and a full 40% of gross profit. Despite Apple Music not being the top tier service in its category, it gained almost 50 million paid subscribers in just three years, underscoring the power of distributing services directly into the Apple ecosystem. Our SOTP model assumes a 6 to 9x multiple for Services (vs historic 3-4x for hardware), implying investors could see significant upside as Apple scales its existing business, while introducing new services over time.

3. **Wearables looks like another large growth opportunity.** AirPods and Watch should account for over $13B of revenue in Fiscal 2018, up 48% Y/Y. These products seem like sustainable growth opportunities as users are increasingly willing to spend heavily on devices and accessories that plug into Apple's ecosystem. Over time we look for Apple to launch new products like AR/VR glasses, hearing aids, and health or fitness trackers.

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

Please see important disclosure information on pages 79 - 83 of this report.

**Exhibit 9**

# Three Primary Revenue Growth Drivers…

- **Services:** Apple's Services business is on track to cross $38B (28% Y/Y) in F'18. App Store and Music are driving the lion's share of growth today.

- **Wearables:** AirPods are a killer product, an example of how consumers are willing to pay up for products to seamlessly connect into the Apple ecosystem. Apple Watch Series 4 reminds us of iPhone 4, when the iPhone really hit its stride.

- **Price increases:** iPhone prices increased ~13% and 19% Y/Y in 2017 and 2018, respectively. Apple Watch costs $100 more than last year. To date the higher prices have had little to no impact on unit sales growth.

## With Several Call Options…

- **India.** It's like China 10 years ago, maybe. China grew 50x in past 10 years.

- **Expansion into adjacent services like Video and Health.** Two large categories.

- **Expansion into additional wearable categories.** VR / AR glasses? Hearing Aids?



**Exhibit 1: Quarterly Services Revenue ($K)**

Source: Apple, Jefferies

**Exhibit 2: We Model Significant iPhone ASP Growth**

Source: Apple, Jefferies Estimates

**Jefferies**

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 - 83 of this report.

**Page 212**

**Exhibit 9**

**AAPL**

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Exhibit 3: MOAB! It's the Mother of All Buybacks. $100B Repurchase Authorization

$ in Billions

| | Buyback | | | | | | Net Cash | | |
| Fiscal Periods | Open Market | Accelerated Share Repurchase | Total | Dividends and Equivalents | Net Share Settlement | Capital Returned | Cash | Debt | Net Cash |
|---|---|---|---|---|---|---|---|---|---|
| FY12-FY15 | $63.0 | $41.0 | $104.0 | $35.7 | $3.8 | $143.5 | $206 | $64 | $142 |
| Q1 2016 | $3.0 | $3.0 | $6.0 | $3.0 | $0.6 | $9.6 | $216 | $63 | $153 |
| Q2 2016 | $7.0 | | $7.0 | $2.9 | $0.2 | $10.1 | $233 | $80 | $153 |
| Q3 2016 | $4.0 | $6.0 | $10.0 | $3.2 | $0.6 | $13.8 | $232 | $85 | $147 |
| Q4 2016 | $3.0 | $3.0 | $6.0 | $3.1 | $0.2 | $9.3 | $238 | $87 | $151 |
| Q1 2017 | $5.0 | $6.0 | $11.0 | $3.1 | $0.6 | $14.7 | $246 | $88 | $158 |
| Q2 2017 | $4.0 | $3.0 | $7.0 | $3.0 | $0.2 | $10.2 | $257 | $99 | $158 |
| Q3 2017 | $4.5 | $3.0 | $7.5 | $3.4 | $0.9 | $11.8 | $262 | $108 | $154 |
| Q4 2017 | $4.5 | $3.0 | $7.5 | $3.3 | $0.2 | $11.0 | $269 | $116 | $153 |
| Q1 2018 | $5.1 | $5.0 | $10.1 | $3.3 | $1.0 | $14.4 | $285 | $122 | $163 |
| Q2 2018 | $23.5 | | $23.5 | $3.2 | $0.2 | $26.9 | $267 | $122 | $145 |
| Q3 2018 | $20.0 | | $20.0 | $3.7 | $1.1 | $24.8 | $244 | $115 | $129 |
| **Total Return through Q3 2018** | **$146.6** | **$73.0** | **$219.6** | **$70.9** | **$9.6** | **$300.1** | | | |

- **Apple has returned $300B of capital to shareholders since F'12.** This includes $71B of dividend payments and $220B worth of share repurchases.

- **AAPL has $129B of net cash, with plans to be net cash neutral over time.** Our model assumes Apple could reduce shares outstanding from ~4.9B in F'3Q 2018 to ~3.96B by Fiscal 2021.

Source: Apple, Jefferies Research

page 7 of 83

**Timothy O'Shea,** Equity Analyst, (212) 284-3415, toshea@jefferies.com

**Jefferies**

Please see important disclosure information on pages 79 - 83 of this report.

**Exhibit 9**

**AAPL**

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Comp Sheet, Multiples, and Valuation

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

Please see important disclosure information on pages 79 - 83 of this report.

# Exhibit 9

**Jefferies**

| AAPL | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Initiating Coverage | | | | | | | | | |
| October 29, 2018 | Key Takeaways | Val'n / Metrics | Key Drivers | iPhone | Services | Wearables | | | |

## Exhibit 4: Comp Sheet

| Company | Ticker | Market Cap ($MMs) | Revenue growth | | | EBITDA margin | | | EV/Sales | | EV/EBITDA | | Price / Earnings | | P/E to Growth |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2017A | 2018E | 2019E | 2017A | 2018E | 2019E | 2018E | 2019E | 2018E | 2019E | 2018E | 2019E | 2019E |
| **Hardware** | | | | | | | | | | | | | | | |
| Apple Inc. | AAPL | $1,044,713 | 6% | 15% | 6% | 31% | 31% | 31% | 4.3x | 4.1x | 13.9x | 13.3x | 18.4x | 15.9x | 1.0x |
| Microsoft Corporation | MSFT | $820,192 | 5% | 14% | 11% | 39% | 41% | 43% | 6.9x | 6.2x | 16.9x | 14.7x | 27.6x | 25.1x | 1.7x |
| Samsung Electronics Co, Ltd | 005930-KR | $263,311 | 30% | -1% | 3% | 32% | 36% | 35% | 0.9x | 0.9x | 2.6x | 2.6x | 5.7x | 5.8x | 1.0x |
| Sony Corporation Sponsored ADR | SNE | $66,556 | 15% | 0% | 2% | 13% | 13% | 14% | 0.7x | 0.7x | 5.2x | 4.9x | 12.9x | 13.2x | 4.1x |
| HP Inc. | HPQ | $36,601 | 8% | 11% | 2% | 8% | 8% | 8% | 0.7x | 0.7x | 8.2x | 8.0x | 11.4x | 10.6x | 2.4x |
| Dell Technologies Inc Class V | DVMT | $17,637 | 3% | 15% | 5% | 4% | 4% | 4% | 0.5x | 0.5x | 15.0x | 14.5x | 18.0x | 14.5x | 1.1x |
| Sonos, Inc. | SONO | $1,438 | 10% | 12% | 9% | 6% | 6% | 6% | 1.1x | 1.0x | 19.9x | 17.3x | N/A | N/A | N/A |
| **Average** | | | | | | | | | 2.2x | 2.0x | 11.7x | 10.8x | 15.7x | 14.2x | 1.9x |
| **Median** | | | | | | | | | 0.9x | 0.9x | 13.9x | 13.3x | 15.4x | 13.8x | 1.4x |
| **Space** | | | | | | | | | | | | | | | |
| Apple Inc. | AAPL | $1,044,713 | 6% | 15% | 6% | 31% | 31% | 31% | 4.3x | 4.1x | 13.9x | 13.3x | 18.4x | 15.9x | 1.0x |
| Amazon.com, Inc. | AMZN | $801,266 | 31% | 32% | 22% | 11% | 14% | 14% | 3.4x | 2.8x | 24.9x | 19.4x | 94.8x | 64.3x | 1.3x |
| Alphabet Inc. Class A | GOOGL | $764,189 | 21% | 23% | 20% | 49% | 46% | 46% | 6.0x | 5.0x | 12.9x | 10.8x | 27.0x | 22.6x | 1.7x |
| Facebook, Inc. Class A | FB | $435,238 | 47% | 37% | 25% | 66% | 58% | 55% | 7.0x | 5.7x | 12.1x | 10.3x | 20.5x | 17.9x | 1.0x |
| Tencent Holdings, Ltd | 700-HKG | $435,602 | 70% | 23% | 32% | 41% | 37% | 35% | 7.8x | 5.9x | 21.1x | 17.0x | 26.4x | 22.2x | 1.1x |
| Netflix, Inc. | NFLX | $130,563 | 32% | 35% | 24% | 9% | 13% | 15% | 10.0x | 8.0x | 76.8x | 52.6x | 111.8x | 68.9x | 1.3x |
| Adobe Inc. | ADBE | $122,138 | 25% | 23% | 19% | 42% | 44% | 45% | 13.2x | 11.1x | 30.0x | 24.5x | 36.0x | 31.4x | 1.7x |
| PayPal Holdings, Inc | PYPL | $98,683 | 21% | 18% | 16% | 26% | 26% | 26% | 6.0x | 5.1x | 23.2x | 19.4x | 35.6x | 29.4x | 1.4x |
| Activision Blizzard, Inc. | ATVI | $54,659 | 8% | 5% | 8% | 35% | 36% | 40% | 7.2x | 6.6x | 19.9x | 16.5x | 26.1x | 22.7x | 1.6x |
| Electronic Arts, Inc. | EA | $30,983 | 5% | 2% | 9% | 36% | 36% | 37% | 5.1x | 4.7x | 14.5x | 12.6x | 20.8x | 17.9x | 0.9x |
| Spotify Technology SA | SPOT | $26,291 | N/A | 21% | 28% | -8% | -3% | -1% | 4.1x | 3.2x | N/A | N/A | N/A | N/A | N/A |
| Sirius XM Holdings, Inc. | SIRI | $25,238 | 6% | 6% | 6% | 39% | 38% | 39% | 5.9x | 5.4x | 15.4x | 14.3x | 20.8x | 19.6x | 2.1x |
| Snap, Inc. | SNAP | $17,982 | 104% | 40% | 36% | -87% | -58% | -31% | 4.6x | 3.4x | N/A | N/A | N/A | N/A | -1.3x |
| Box, Inc. | BOX | $2,502 | 27% | 20% | 21% | -3% | 4% | 7% | 40.6x | 33.6x | 1039.8x | 454.3x | N/A | 247.1x | N/A |
| Dropbox, Inc. | DBX | $2,432 | N/A | 24% | 16% | 22% | 22% | 24% | 18.0x | 15.5x | 82.6x | 65.2x | 67.9x | 52.3x | N/A |
| Zynga, Inc. | ZNGA | $3,363 | 13% | 14% | 14% | 16% | 19% | 22% | 2.8x | 2.5x | 14.8x | 11.4x | 24.9x | 20.2x | 0.8x |
| Pandora Media, Inc. | P | $2,179 | 6% | 6% | 12% | -9% | -7% | -1% | 1.7x | 1.5x | N/A | N/A | N/A | N/A | N/A |
| **Average** | | | | | | | | | 8.7x | 7.8x | 100.1x | 53.0x | 41.0x | 46.7x | 1.1x |
| **Median** | | | | | | | | | 6.0x | 5.1x | 20.5x | 16.7x | 26.4x | 22.7x | 1.3x |
| **Consumer** | | | | | | | | | | | | | | | |
| Apple Inc. | AAPL | $1,044,713 | 6% | 15% | 6% | 31% | 31% | 31% | 4.3x | 4.1x | 13.9x | 13.3x | 18.4x | 15.9x | 1.0x |
| Procter & Gamble Company | PG | $218,698 | 0% | 3% | 0% | 26% | 26% | 26% | 3.5x | 3.5x | 13.5x | 13.5x | 20.8x | 20.6x | 3.8x |
| Coca-Cola Company | KO | $195,294 | -15% | -10% | -4% | 31% | 35% | 37% | 7.1x | 6.8x | 20.0x | 18.4x | 22.1x | 20.6x | 2.3x |
| PepsiCo, Inc. | PEP | $155,908 | 1% | 2% | 3% | 21% | 20% | 21% | 2.7x | 2.6x | 13.4x | 12.7x | 19.5x | 18.5x | 2.5x |
| Kraft Heinz Company | KHC | $66,632 | -1% | 0% | 1% | 30% | 29% | 29% | 3.8x | 3.7x | 13.2x | 12.7x | 14.8x | 14.2x | 12.9x |
| **Average** | | | | | | | | | 4.3x | 4.1x | 14.8x | 14.1x | 19.1x | 17.9x | 4.5x |
| **Median** | | | | | | | | | 4.0x | 3.9x | 13.7x | 13.4x | 20.2x | 19.3x | 2.4x |

Source: Company Reports, Jefferies Research, FactSet

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 - 83 of this report.

**Exhibit 9**

**Jefferies**

Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables

# Multiples Are Rising on iPhone Optimism, Capital Return, and Mix-Shift to Services

- **AAPL is currently trading at ~16x NTM PE, a bit higher than historic 15x.** The multiple spiked over 25x in 2009 as iPhone was ramping. More recently the multiple has ticked up, which we attribute to increased comfort around iPhone, the massive share buyback opportunity, and more importantly, a mix-shift to a higher margin services revenue stream which we believe still looks undervalued on a SOTP basis.

- **EV / Sales has fluctuated over time, but has historically settled around 3.0x to 4.0x.** We use EV / Sales in our SOTP to compare AAPL's Services business with other Internet and Software names. A large ($38B est F'18), rapidly growing (28% Y/Y est F'18), and more recurring business, we argue Services should warrant a significantly higher EV / Sales multiple than for the core hardware business.



Exhibit 5: Apple Historic NTM PE

Source: FactSet

Exhibit 6: Apple Historic NTM EV / Sales

Source: FactSet

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 - 83 of this report.

**Page 216**

**Exhibit 9**

**Jefferies**

## AAPL

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Valuation

- **Apple trades inline or cheaper than the market, despite higher growth.** The S&P 500 trades at ~15.0x 2019 consensus EPS with a PEG of 1.5. The NASDAQ Composite trades at ~19.2x 2019 consensus EPS with a PEG of 1.3. AAPL trades at ~15.8x 2019 consensus EPS with a PEG of 1.0.

- **Apple trades at a premium to traditional hardware comps like Samsung.** In this bucket, Apple's 15.8x is at a premium to its peer group Dell, Microsoft, HP, Samsung, Sonos and Sony, which trade at 14.2x 2019 consensus EPS.

- **Apple trades at a discount to Internet and Software names.** Our SOTP model attempts to rectify this disparity by applying a 6-9x sales multiple on AAPL's Services business.

- **Our $265 price target implies 19x our 2019 EPS estimate of $13.97 (+18% Y/Y).**

- **Our $265 PT also implies a 3-4x sales multiple on the hardware business, alongside a 6-9x sales multiple on the Services business.** This multiple seems reasonable given Services is very large ($38B est F'18), rapidly growing (28% Y/Y est F'18), and more recurring business. Due to the high growth and large call options for the future, the services business could warrant an even higher multiple.

- **By Fiscal 2022, Services alone could be worth ~$111 to ~$177 per share assuming a 5-8x EV/Sales multiple.**

**Exhibit 7: Growth Adjusted, AAPL Trades at Discount to S&P, NASDAQ COMP**

|  | Apple | S&P 500 | Nasdaq Comp |
|---|---|---|---|
| Price | $216.30 | $2,658.69 | $7,167.21 |
| 2019 EPS | $13.66 | $177.27 | $374.02 |
| 2018 EPS | $11.75 | $161.46 | $326.09 |
| Y/Y Growth | 16.3% | 9.8% | 14.7% |
| PE | 15.8x | 15.0x | 19.2x |
| PEG | 1.0 | 1.5 | 1.3 |

Source: Apple, Jefferies, FactSet

**Exhibit 8: AAPL's Services Business Comps Against Higher Multiple Internet and Software Names**

|  | F16 | F17 | F18 | F19 | F20 | F21 | F22 |
|---|---|---|---|---|---|---|---|
| Services Rev ($M) | 24,348 | 29,980 | 38,260 | 48,153 | 59,229 | 69,890 | 81,072 |
| Y/Y | 22.3% | 23.1% | 27.6% | 25.9% | 23.0% | 18.0% | 16.0% |
| % of Total | 11.3% | 13.1% | 14.5% | 16.9% | 19.8% | 22.6% | 25.4% |

| EV / Rev Multiple | Implied per Share Value of Services | | | | | | |
|---|---|---|---|---|---|---|---|
|  | F16 | F17 | F18 | F19 | F20 | F21 | F22 |
| 4.0x | 17.71 | 22.83 | 30.59 | 41.31 | 55.04 | 70.51 | 88.49 |
| 5.0x | 22.13 | 28.54 | 38.24 | 51.64 | 68.79 | 88.14 | 110.62 |
| 6.0x | 26.56 | 34.25 | 45.89 | 61.97 | 82.55 | 105.76 | 132.74 |
| 7.0x | 30.99 | 39.96 | 53.54 | 72.30 | 96.31 | 123.39 | 154.87 |
| 8.0x | 35.41 | 45.67 | 61.19 | 82.62 | 110.07 | 141.02 | 176.99 |
| 9.0x | 39.84 | 51.38 | 68.84 | 92.95 | 123.83 | 158.65 | 199.11 |
| 10.0x | 44.27 | 57.09 | 76.48 | 103.28 | 137.59 | 176.27 | 221.24 |
| 11.0x | 48.69 | 62.80 | 84.13 | 113.61 | 151.35 | 193.90 | 243.36 |

Source: Apple, Jefferies Estimates, FactSet

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

page 11 of 83

Please see important disclosure information on pages 79 - 83 of this report.

**Page 217**

**Exhibit 9**

# Jefferies

**AAPL**

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

## Exhibit 9: Apple DCF

| | 2017A | 2018 Q1 18A | Q2 18A | Q3 18A | Q4 18E | 2019E | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $229,234 | $88,293 | $61,137 | $53,265 | $61,859 | $285,190 | $298,827 | $308,882 | $319,670 | $330,666 | $339,224 | $345,393 |
| % Y/Y Growth | 6% | 13% | 16% | 17% | 18% | 8% | 5% | 3% | 3% | 3% | 3% | 2% |
| EBITDA | $71,501 | $29,013 | $18,559 | $15,410 | $18,279 | $89,146 | $97,741 | $103,877 | $110,601 | $117,051 | $121,946 | $125,907 |
| % Margin | 31% | 33% | 30% | 29% | 30% | 31% | 33% | 34% | 33% | 35% | 36% | 36% |
| % Y/Y Growth | 28 | 13 | 16 | 16 | 18 | 9 | 10 | 6 | 6 | 6 | 4 | 3 |
| Implied Taxes on Operatic | $(17,558) | $(7,476) | $(2,693) | $(2,048) | $(28) | $(14,263) | $(5,166) | $(177) | $(16,590) | $(18,728) | $(21,950) | $(23,922) |
| % Effective Tax Rate | 25% | 26% | 15% | 13% | 0% | 16% | 0% | 0% | 15% | 16% | 18% | 19% |
| Capital Expenditures | $(12,451) | $(2,810) | $(4,195) | $(3,267) | $(3,773) | $(14,688) | $(15,539) | $(16,680) | $(17,582) | $(17,732) | $(18,191) | $(18,522) |
| % Y/Y Growth | (2%) | (16%) | 41% | 43% | (2%) | 5% | 6% | 7% | 5% | 5% | 7% | 2% |
| Change in NWC | $(5,550) | $37,935 | $(32,141) | $(1,914) | $2,989 | $8,374 | $(7,118) | $11,434 | $3,847 | $6,942 | $4,379 | $5,691 |
| Acquisitions Net Yet Reflec | -- | -- | -- | (126) | (120) | (400) | 0 | 0 | 0 | 0 | 0 | 0 |
| **Unlevered Free Cash Fl** | **535,942** | **$56,662** | **$9,530** | **$8,056** | **$17,846** | **$68,168** | **$74,918** | **$98,455** | **$80,275** | **$87,533** | **$86,184** | **$89,153** |
| *NPV at 6/30/18 Valuation Date and 8% W..* | -- | -- | -- | $7,905 | $17,183 | $63,221 | $64,446 | $78,522 | $59,433 | $60,122 | $54,906 | $52,692 |

**Perpetuity Growth Rate / Terminal Value at 8% WACC**

| 0.0% | 0.5% | 1.0% | 1.5% | 2.0% |
|---|---|---|---|---|
| $1,156,199 | $1,241,666 | $1,339,718 | $1,453,357 | $1,586,618 |

**Implied Terminal Value / Terminal EBITDA Multiple**

| 8.7x | 9.3x | 10.0x | 10.9x | 11.9x |
|---|---|---|---|---|
| $1,156,198.77 | $1,241,665.76 | $1,339,718.10 | $1,453,336.58 | $1,586,618.39 |

**Median DCF Valuation at 6/30/18 Valuation Date**

| | |
|---|---|
| NPV of Cash Flows and Terminal Value | $161 |
| Plus: Cash and Equivalents | 129,143 |
| **Implied Equity Value** | **$1,320,276** |
| Implied Fully Diluted Shares Outstanding (MM) | 4,980 |
| **Implied Equity Value per Share** | **$265** |

**Equity Value per Share**

| WACC | | | | |
|---|---|---|---|---|
| 6% | $283 | $292 | $304 | $317 | $332 |
| 7% | 265 | 274 | 285 | 296 | 310 |
| 8% | 250 | 258 | 267 | 278 | 291 |
| 9% | 236 | 243 | 252 | 261 | 273 |
| 10% | 223 | 229 | 237 | 246 | 257 |

Source: Apple, Jefferies Research

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 - 83 of this report.

**Exhibit 9**

**Jefferies**

**AAPL**

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

## Exhibit 10: Apple Sum of the Parts

| Segment | Multiple | | 2019E Revenue | Firm Value | | Per Share | Revenue CAGR ('18-21) | EV/Rev to Growth |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Low | High | | Low | High | | | |
| Hardware | 3.0x | 4.0x | 237,036,543 | 711,109,630 | 948,146,173 | $185 | 1.8% | 1.91 |
| Services | 6.0x | 9.0x | 48,153,445 | 288,920,670 | 433,381,005 | $80 | 22.2% | 0.34 |
| Enterprise Value | | | 285,189,988 | 1,000,030,300 | 1,381,527,178 | | | |
| Net Cash | | | | 129,143,000 | 129,143,000 | | | |
| Equity Value | | | | 1,129,173,300 | 1,510,670,178 | Average | | |
| | | | | | | $1,319,921,739 | | |
| Implied Share Price | | | | $227 | $303 | $265 | | |
| Implied EV / '21 Revenue | | | | 3.5x | 4.8x | 4.2x | | |

Source: Apple, Jefferies Research

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 - 83 of this report.

**Page 219**

Exhibit 9

Jefferies

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com



**AAPL**

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

**iPhone:**
# The Stable Core of Apple's Premium Ecosystem

page 14 of 83

Source: Apple

Please see important disclosure information on pages 79 - 83 of this report.

Exhibit 9

**AAPL**

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# *iPhone remains a growth business, and we see a deep moat around Apple's ecosystem.*

1. **iPhone looks like the stable core of Apple's premium ecosystem.** Apple has sold over 200MM iPhones for each of the last four years, suggesting a mature and stable business. Even in China where growth has recently lagged, we believe Apple's market share is stable with its high-spending user base. Modestly declining iPhone unit sales should be sufficient for AAPL to build a massive, high margin and recurring Services business over time.

2. **We believe Apple has pricing power with the iPhone.** For the 2nd straight year, we believe significant pricing increases will be absorbed with little to no pushback. ASP growth should drive upside to iPhone revenue estimates.

3. **India looks like a call option; our model assumes no credit.** From an iPhone perspective, India looks like China from ten years ago, a time horizon when Apple's China business grew 50-fold. Android's early success may be difficult to overcome, however.

page 15 of 83

Please see important disclosure information on pages 79 – 83 of this report.

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

**Exhibit 9**

# AAPL

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

## Exhibit 11: Visualizing Apple Stock During iPhone Hardware Cycles



Source: FactSet, Jefferies Research

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

page 16 of 83

Please see important disclosure information on pages 79 - 83 of this report.

Page 222

Exhibit 9



## New iPhones More Expensive Than Ever; ASP is Primary iPhone Rev Driver in F'19

- **We believe the iPhone has significant pricing power.** In 2017 Apple priced the iPhone X starting at $999, its highest price point ever. Despite this significant increase, unit sales were flat Y/Y, suggesting minimal consumer pushback on higher prices.
- **For 2nd straight year, Apple is meaningfully increasing prices.** In 2017, iPhone prices increased by ~13%. In 2018, iPhone prices increased by 19%.
- **Third memory tier (512GB) also driving ASP growth.** Last year had two tiers, this year has three. The iPhone Xs Max with 512GB of memory costs $1,499, 30% more expensive than a topped out iPhone X from 2017.
- **ASP already showing signs of inflecting upwards.** iPhone ASP rose 15%, 11%, and 20% Y/Y in Fiscal 1Q, 2Q, and 3Q 2018, respectively.
- **Our Fiscal 2019 ASP estimate of $811 (+7% Y/Y) is 5% ahead of $771 (-1% Y/Y) consensus.**



**Exhibit 12: iPhone Prices Sharply Rising For The Past Two Years**

| 2018 | 64GB | 256GB | 512GB | Average ASP |
|---|---|---|---|---|
| XR | $ 749 | $ 799 | $ 899 | $ 816 |
| XS | $ 999 | $ 1,149 | $ 1,349 | $ 1,166 |
| XS Max | $ 1,099 | $ 1,249 | $ 1,499 | $ 1,282 |
| | | | | $ 1,088 |
| **2017** | **64GB** | **256GB** | | **Average ASP** |
| 8 | $ 699 | $ 899 | | $ 799 |
| 8 Plus | $ 799 | $ 949 | | $ 874 |
| X | $ 999 | $ 1,149 | | $ 1,074 |
| | | | | $ 916 |
| **2016** | **32GB** | **128GB** | **256GB** | **Average ASP** |
| 7 | $ 649 | $ 749 | $ 849 | $ 749 |
| 7 Plus | $ 769 | $ 869 | $ 969 | $ 869 |
| | | | | $ 809 |

19% Y/Y

13% Y/Y

Source: Apple, Jefferies

**Exhibit 13: We Model Significant iPhone ASP Growth**



Source: Apple, Jefferies Estimates

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com



Please see important disclosure information on pages 79 - 83 of this report.

Jefferies

**Exhibit 9**

Jefferies

# Why the Confidence in ASP Growth?

- **Significantly higher prices for iPhone X actually corresponded to unit sales *increases*.** For the first three quarters of Fiscal 18, iPhone unit sales actually increased vs last year, although very modestly. There is little evidence that consumers balked on the higher prices.

- **iPhone brand loyalty is off the charts.** In the previous iPhone cycle, 79% of current iPhone users intended to purchase another iPhone during the next 12 months. Android users were far less likely. Only Samsung comes close.

- **Paradoxically, during iPhone cycles with price increases (ie: 2015), unit sales also tend to increase.** In 2013, ASPs fell 6% and unit growth decelerated from 73% in 2012 to 20% in 2013. In 2015, ASPs rose 11% and unit growth accelerated to 37%, up from 13% in 2012. And remember the XS Max is reportedly the best selling new iPhone.

- **Major Chinese smartphone players also believe they have pricing power.**

- "For this quarter [Q2 '18], the reflection of the success of our strategy was an increase in our average selling price by 25% of our smartphones in China"- Chew Shou Zi, Xiaomi CFO

page 18 of 83

Please see important disclosure information on pages 79 - 83 of this report.



**Exhibit 14: iPhone Brand Loyalty is Stronger Than Android**

**Brand Smartphone Owners Intend to Buy in Next 12 Months**

Source: eMarketer, Aug 2017



**Exhibit 15: iPhone unit growth actually tends to follow ASP increases**

**iPhone ASPs and iPhone Unit Growth**

Source: Company Data

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

**Exhibit 9**

*Jefferies*

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Why the Confidence in ASP Growth?

- **The major smartphone manufacturers (Apple, Samsung, and Google) are all seeing significant y/y price increases.** Apple and Samsung have both increased their highest phone price almost 50% from '16–'18 with little resistance so far.

- **Globally, average smartphone prices have risen over 20% in already developed smartphone markets like North America and China.** According to Counterpoint data, the smartphone prices in North America have grown to over $450 for a 27% y/y increase. In China, smartphone prices rose 20% y/y approaching $300. It is worth noting that iPhone is the best selling smartphone in urban China.

**Exhibit 16: In 2018, There Will Be 3 Smartphones Above $1000+**

### Most Expensive Smartphone by OEM

| OEMs | | 2016 | 2017 | | 2018 | |
|------|--|------|------|--|------|--|
| Apple | 7 Plus | $969 | iPhone X | $1,150 | iPhone XS Max | $1,449 |
| Samsung | Note 7 | $865 | Note 8 | $930 | Note 9 | $1,250 |
| Google | Pixel XL | $869 | Pixel 2 XL | $949 | Pixel 3 XL | $999 |

Source: Counterpoint

**Exhibit 17: Global Smartphone ASPs Are Rising Allowing Apple to Continue Posting Price Increases**

### 2018 Q2 Smartphone ASP and Y/Y ASP Growth



Source: Counterpoint

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 – 83 of this report.

**Page 225**

**Exhibit 9**

**Jefferies**

**AAPL**

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Why the Confidence in ASP Growth?

- **iPhone has an absolute lock on the high end, premium smartphone market on a global basis.** Apple earns 88% of the profits of the $800+ global smartphone market. These users want premium hardware, and they will pay to plug into Apple's robust ecosystem.

- **iPhone users less price sensitive.** Survey data from eMarketer further solidifies our view that iPhone owners are willing to pay higher prices to own a premium brand.

- **Smartphones are among the most important items in anyone's life.** In 2016 Apple said the average iPhone is unlocked 80 times each day, a number undoubtedly higher today. Smartphones are kept at arm's length all day and night; we broadly believe people will continue to spend more money on technology like iPhones where there is such an emotional connection.



**Exhibit 18: Despite Having Less than 15% of the Global Smartphone Market iPhone Dominates the High End Segment**

iPhone Profit Share of the $800+ Global Smartphone Market

Source: Counterpoint Research

**Exhibit 19: iPhone Users are Less Price Sensitive than Other Smartphone Users**

Factors to Consider When Deciding to Purchase a Smartphone

Source: eMarketer, Aug 2017

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

page 20 of 83

Please see important disclosure information on pages 79 - 83 of this report.

**Page 226**

**Exhibit 9**

# Jefferies

**AAPL**

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

## iPhone Unit Growth is Slowing; Growth Still Depends on Hardware Cycle but Market Share Looks Stable

- **Mature market with stable market share.** F'18 will be the 4th straight year Apple will sell over 200 million iPhones, suggesting a mature market with stable market share. Unit growth is still determined by the popularity of the hardware cycle, but there is far less volatility than in the past.

- **iPhone is a premium device, with a lock on the premium market.** Apple doesn't need mass market. Its premium users are willing to spend heavily on hardware, services, apps, and wearables.

- **India and other emerging markets look like the biggest growth opportunities.** From an iPhone perspective, India looks like China from ten years ago; China revs grew 50x during that period. Android's early lead could be a challenge.

- **Our iPhone unit sales estimates are below the street.** We conservatively model unit declines of 2% Y/Y in F'19 vs street 0.45%. For Fiscal 18, unit sales grew -1%, 3% and 1% in 1Q, 2Q and 3Q respectively.



**Exhibit 20: iPhone Units (MM, left axis) vs Y/Y Growth (right axis). Growth Has Slowed. Market Looks Mature, Stable at 200MM+ Units Per Year**

Source: Apple, Jefferies Research

**Exhibit 21: Apple's Share of the Global Smartphone Market Has Remained Relatively Steady Over the Past 2 Years**

Source: Apple, Jefferies Estimates

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 - 83 of this report.

**Page 227**

**Exhibit 9**

**Jefferies**

# Hey Google, How Well Will iPhone Sell? Examining Google Trends Data

- **Google search trends are a forward indicator for iPhone unit sales.** For example, the highest number of searches occurred around the iPhone 6 release, which was also a best-selling iPhone. During 2015, Apple sold ~230MM iPhones (37% Y/Y), with growth driven by iPhone 6.

- **This year, Google search trends show a smaller spike at launch (top chart).** We think this makes sense during an 'S' year, when Apple makes incremental updates to iPhone.

- **Search trends following the release show a stronger interest in the iPhone Xs/Xs Max vs. iPhone Xr.** We think this could imply sales for the higher priced models could be strong. With this said, early reviews for Xr look very favorable and our model assumes it will be popular.

- **Overall we are modeling F'18 and F'19 iPhone unit sales will be 0% Y/Y and -2% Y/Y.** We think this reflects the lower interest in iPhone during an 'S' year.



**Exhibit 22: iPhone Search Interest Surrounding Major Releases**

Source: Google Trends

**Exhibit 23: Preliminary Interest In the iPhone XS/XS Max Appears Strong vs. iPhone XR**

iPhone Search Interest in the Days Following Launch Events

Source: Google Trends

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 - 83 of this report.

**Page 228**

**Exhibit 9**

Jefferies

**AAPL**

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# New 512GB Memory Tier Could Benefit Gross Margin

- New iPhones feature a third, high end memory option: 512GB. Last year's phones only had two options: 64 or 256GB.

- iPhone Xs Max with 512GB is priced $350 more than the 64GB base model. All other components are identical.

- Our analysis suggests AAPL earns $338 more gross profit for the 512GB version compared to the 64GB version. High memory variant phones are meaningful profit drivers.

- Our model assumes ~10% of users will opt for the 512GB version. If the mix is higher, it would be a positive.

- Note this table simply reflects the iPhone BOM; there are other items in COGS that reduce the margin.

Source: IHS, Jefferies Research

**Exhibit 24: iPhone BOM by Memory Tier**

| Category | iPhone Xs Memory Variant | | | Supplier | Component |
|---|---|---|---|---|---|
| | 64GB | 256GB | 512GB | | |
| Display | $ 120 | | | Samsung | 6.5" OLED Display |
| Cameras | 38 | | | | Dual Rear 12MP & Telephoto |
| | | | | | Front 7MP |
| Mechanical Elements | $ 72 | | | | Rear Enclosure, Glass |
| IC Content | $ 30 | | | Apple | A12 Bionic |
| | $ 17 | | | Intel | LTE Modem, RF, Power Mgmt IC |
| Power Management IC | $ 13 | | | Apple | |
| | | | | Dialog Semiconductor | |
| | | | | ST Microelectronics | |
| | | | | Broadcom | Wireless Charging |
| Bluetooth / WLAN | $ 7 | | | Universal Scientific | Bluetooth Module |
| Memory | $ 41 | $ 47 | $ 53 | Sandisk | 64GB NAND |
| | | | | Micron | 4GB |
| RF / PA | $ 16 | | | Broadcom | PA, FEM |
| | | | | Skyworks | PA, LNA, RF Switch |
| | | | | Murata | FEM |
| | | | | Cirrus Logic | Audio Codec |
| User Interface | $ 10 | | | NXP Semiconductor | NFC Controller |
| | | | | ST Microelectronics | MCU, 32-Bit |
| TrueDepth Sensing Suite | $ 14 | | | | IR Camera, Flood Illuminator, Dot Projector |
| Sensors | $ 1 | | | Bosch | Accelerometer / Gyroscope |
| | | | | | Barometric Pressure, Compass |
| | | | | ams AG | Light Sensor |
| Battery Pack | $ 7 | | | Sunwoda Electronic | Li-Polymer 3174mAh |
| Box Contents | $ 7 | | | Power Systems Technologies | Charger, Lightning Cable, Plug, Packaging |
| Total BOM Cost | $ 390 | $ 396 | $ 402 | | |
| Retail Price | 1,099 | 1,249 | 1,449 | | |
| Gross Profit $ | 709 | 853 | $ 1,047 | | |
| Gross Margin | 65% | 68% | 72% | | |

Timothy O'Shea, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 - 83 of this report.

**Page 229**

**Exhibit 9**

**Jefferies**

**AAPL**

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Exhibit 25: Jefferies iPhone Revenue Build – Higher ASP, Lower Units

| | Units (K) | | Sales Price | | | Mix | | | Revenue ($K) | | ASP | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | F4Q18 | F1Q19 | Base | Upgrade | Premium | Base | Upgrade | Premium | F4Q18 | F1Q19 | F4Q18 | F1Q19 |
| iPhone 6 | 2,200 | | $ 300 | | | 100% | 0% | 0% | $ 607,200 | | $ 276 | |
| iPhone 6 Plus | | | | | | 0% | 0% | 0% | | | | |
| iPhone 6 S | 1,200 | 200 | $ 350 | | | 100% | 0% | 0% | $ 386,400 | $ 64,400 | $ 322 | $ 322 |
| iPhone 6 S Plus | 500 | | | | | 0% | 0% | 0% | | | | |
| iPhone SE | 2,500 | 1,000 | $ 400 | | | 100% | 0% | 0% | $ 920,000 | $ 368,000 | $ 368 | $ 368 |
| iPhone 7 | 4,200 | 2,000 | $ 449 | $ 549 | | 70% | 30% | 0% | $ 1,850,856 | $ 881,360 | $ 441 | $ 441 |
| iPhone 7 Plus | 2,500 | 1,000 | $ 569 | $ 669 | | 70% | 30% | 0% | $ 1,377,700 | $ 551,080 | $ 551 | $ 551 |
| iPhone 8 | 7,300 | 5,000 | $ 599 | $ 749 | | 60% | 40% | 0% | $ 4,425,844 | $ 3,031,400 | $ 606 | $ 606 |
| iPhone 8 Plus | 5,000 | 5,000 | $ 699 | $ 849 | | 60% | 40% | 0% | $ 3,491,400 | $ 3,491,400 | $ 698 | $ 698 |
| iPhone X | 4,200 | 2,000 | $ 999 | $1,149 | | 60% | 40% | 0% | $ 4,091,976 | $ 1,948,560 | $ 974 | $ 974 |
| iPhone Xr | - | 27,000 | $ 749 | $ 799 | $ 899 | 65% | 25% | 10% | $ - | $ 19,288,260 | | $ 714 |
| iPhone Xs | 6,750 | 11,000 | $ 999 | $1,149 | $1,349 | 65% | 25% | 10% | $ 6,654,015 | $ 10,843,580 | $ 986 | $ 986 |
| iPhone Xs Max | 10,500 | 21,000 | $1,099 | $1,249 | $1,449 | 40% | 50% | 10% | $ 11,678,940 | $ 23,357,880 | $1,112 | $1,112 |
| | 46,850 | 75,200 | | | | | | | $ 35,484,331 | $ 63,825,920 | $ 757 | $ 849 |
| | | | | | | | | | | | | |
| Consensus | 47,000 | 78,000 | | | | | | | $ 35,274,000 | $ 61,896,000 | $ 751 | $ 809 |

Source: Apple, Jefferies Research

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 - 83 of this report.

**Exhibit 9**



**AAPL**

Initiating Coverage

October 29, 2018

Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables

## Exhibit 26: 2017 iPhone Launches

**iPhone X**
**$999 – 1,149**
**5.8" OLED Display**

**iPhone 8 Plus**
**$799 – 949**
**5.5" LCD Display**

**iPhone 8**
**$699 – 899**
**4.7" LCD Display**

Source: Apple

Timothy O'Shea, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Jefferies

Please see important disclosure information on pages 79 - 83 of this report.

page 25 of 83

Exhibit 9

Jefferies

**AAPL**

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Exhibit 27: 2018 iPhone Launches – 'S' Year



**iPhone XS**
$999 – 1,349
5.8" OLED Display

**iPhone XS Max**
$1,099 – 1,499
6.5" OLED Display

**iPhone XR**
$749 – 899
6.1" LCD Display

Source: Apple

Please see important disclosure information on pages 79 - 83 of this report.

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

# Exhibit 9

## Jefferies

### AAPL

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

## Exhibit 28: Geographies Grow (Mostly) in Lockstep Based on Strength of Product Cycle



### Y/Y Revenue Growth by Geography

|  | F2014A | F2015A | F2016A | F2017A | F2018E |
|---|---|---|---|---|---|
| **Americas** | 4% | 44% | -8% | 12% | 17% |
| **Europe** | 8% | 23% | -1% | 10% | 11% |
| **Greater China** | 17% | 97% | -17% | -8% | 15% |
| **Japan** | 11% | 5% | 8% | 5% | 21% |
| **Rest of Asia Pac** | -7% | 46% | -10% | 11% | 14% |

iPhone 6 — iPhone 6S: Massive Adoption In China — iPhone 7: Tough iPhone Comps Globally — iPhone X: ASP Driving Growth Globally

### Revenue Acceleration / Deceleration (bps Y/Y) by Geography

|  | F2015A | F2016A | F2017A | F2018E |
|---|---|---|---|---|
| **Americas** | 399 | (516) | 193 | 55 |
| **Europe** | 149 | (238) | 107 | 10 |
| **Greater China** | 793 | (1,141) | 97 | 231 |
| **Japan** | (65) | 29 | (30) | 166 |
| **Rest of Asia Pac** | 534 | (554) | 208 | 30 |

Source: Company Reports, Jefferies Estimates

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 - 83 of this report.

**Exhibit 9**

**Jefferies**

## AAPL

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

## Exhibit 29: But What About Greater China?

### Y/Y Revenue Growth by Geography

| | F2014A | F2015A | F2016A | F2017A | F2018E |
|---|---|---|---|---|---|
| **Americas** | 4% | 44% | -8% | 12% | 17% |
| **Europe** | 8% | 23% | -1% | 10% | 11% |
| **Greater China** | 17% | 97% | -17% | -8% | 15% |
| **Japan** | 11% | 5% | 8% | 5% | 21% |
| **Rest of Asia Pac** | -7% | 46% | -10% | 11% | 14% |

Mainland China

Taiwan

Hong Kong

Greater China revenue declined 8% in 2017, a year when every other geographic region reported solid revenue growth.

Source: Company Reports, Jefferies Estimates, Wikimedia Open Source Map

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 - 83 of this report.

**Page 234**



Exhibit 9

AAPL

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Exhibit 30: Visualizing China's Meaningful Impact on the Stock

**Apple Stock Price ($, Left Axis) vs. China FY Revenue ($, MM)**

China FY Revenue (in $MM) — Apple Stock Price

Source: FactSet, Apple

Timothy O'Shea, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 - 83 of this report.

page 29 of 83

Jefferies

**Page 235**

**Exhibit 9**

# Jefferies

**AAPL**

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

## Greater China Revenue Peaked in 2015, but Returns to Growth in 2018

- **Greater China revenue soared 97% Y/Y in 2015,** a breakout year for iPhone in China.

- **In 2016 and 2017, iPhone lost market share to lower-priced Android competitors like Huawei.** Greater China revenue declined 8% in 2017, a year when every other geographic region reported solid revenue growth.

- **In 2018, Greater China has returned to growth.** The top three best selling smartphones in urban China were iPhones, led by iPhone X.

- **iPhone market share has stabilized since 2016.** We think iPhone has cemented its position among the urban elite.

- **China App Store revenue per user exceeds the US; gaming is big driver.** China's mobile game approval freeze looks like a short-term headwind.



**Exhibit 31: Following the Release of the iPhone 6 in FY15, China Revenue Has Been a Huge Growth Driver for Apple**

Revenue ($000s)- Greater China

Source: Company Data, Jefferies Research

**Exhibit 32: In the Past 5 Years, China Has Grown from 15% of Revenue to Over 20% of Revenue**

Revenue ($000's, % Total) - Greater China

Source: Company Data, Jefferies Research

**Timothy O'Shea,** Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 - 83 of this report.

**Page 236**

**Exhibit 9**



**Jefferies**

Timothy O'Shea, Equity Analyst, (212) 284-3415, toshea@jefferies.com

## AAPL

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# China Market Consolidation Around Five Players Suggests Apple has Pricing Power

- **We believe Apple has pricing power in China,** a reversal from 2016 and 2017 when Apple was losing market share to lower priced Android competitors like Huawei.

- **The China smartphone market has consolidated around five key players; it will be difficult for newer lower-cost entrants to break in.** In 2Q '18 the top five accounted for 82% of shipments, up from 44% in 2014. The cost of innovation is rising; consumers demand multiple cameras, large OLED screens, and biometric security. All of this implies difficulty for newer, lower-priced vendors to enter the market. With market share stabilizing, we think competitors will follow Apple by raising prices.

- **Five key players in the China smartphone market:**

  1. **Huawei** – largest player with 20% share in 2018, double vs 2014.

  2. **Oppo** – market share has tripled since 2014.

  3. **Vivo** – market share has doubled since 2014.

  4. **Xiaomi** – market share has been lumpy, bouncing to 12% in 2018.

  5. **Apple** – market share peaked in 2015, stabilized in 2018.

page 31 of 83

Please see important disclosure information on pages 79 - 83 of this report.



**Exhibit 22: The Chinese Smartphone Market Has Consolidated Around 5 Majors Players**

Chinese Smartphone Market Share

Source: IDC

**Exhibit 23: iPhone Market Share Has Remained Relatively Steady**

Source: IDC

**Page 237**

**Exhibit 9**

**AAPL**

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Geographic Call Option: India Looks Like China from 10 Years Ago

- · **Rapid migration from rural to urban areas**
  - ▪ **GDP growth**
  - ▪ **Young tech-savvy population**
  - ▪ **1.3B population**

- · **4G has been slow to get going.** There was strong correlation of 4G to iPhone sales in China.

- · **Apple has no retail or online presence yet in India.** Today Apple has 50 retail stores in Greater China.

- · **Despite the similarities, India lags in terms of infrastructure and distribution is fragmented.** In China most phones are sold through three carriers.

*Apple's China revenues have grown fifty-fold in the past 10 years.*

Source: Wikimedia Open Source Map

Please see important disclosure information on pages 79 - 83 of this report.

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

**Jefferies**

**Page 238**

Exhibit 9

Jefferies

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

AAPL

Initiating Coverage

October 29, 2018

Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables

**Services:**
**A Large Opportunity to Build a Higher Margin,**
**Higher Multiple Business**

Source: Jefferies Research

Please see important disclosure information on pages 79 - 83 of this report.

**Exhibit 9**

**AAPL**

Initiating Coverage

| October 29, 2018 | Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

*Already a large business with accelerating growth, we see an opportunity for Apple to build a higher margin, higher multiple Services business atop its premium ecosystem.*

1. **Apple's more recurring, higher margin software Services business warrants a higher multiple than for the core software business.** Applying a 5 – 8x sales multiple implies the Services business alone could be worth $111 to $177 per share by Fiscal 2022.

2. **By F'22 we believe Services could account for a full 25% of revenue (~$80B) and 40% of gross profit.** While the margin structure of each service can vary (App Store much higher than Apple Music), in aggregate Services has a ~60% gross margin profile (and improving), almost double the hardware business. Our F'22 gross margin estimates are ~100bps higher than consensus given our optimism around Services.

3. **Services is growing 2-3x faster than Apple's top line. Services revenue will more than double from $38B in F'18 to over $81B in F'22.** Growth is driven by App Store (26% CAGR from F'17-21) and Music (45% CAGR), but also iCloud, Apple Pay, Apple Care, and Licensing.

4. **We see call optionality as AAPL enters adjacent verticals.** Video looks like a measured, but dilutive investment designed to reinforce the ecosystem (like Amazon Prime). Health is a large potential opportunity over time.

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

**Jefferies**

Please see important disclosure information on pages 79 - 83 of this report.

**Page 240**

**Exhibit 9**

**Jefferies**

| AAPL | | | | |
|---|---|---|---|---|
| Initiating Coverage | | | | |
| October 29, 2018 | Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

## Services is growing 2 to 3x faster than AAPL's top line, with App Store and Music the primary growth drivers (for now...)

- **In 2015, Apple was still an 'iPhone company'.** Following the launch of iPhone in 2007, Apple transformed itself from a desktop computer company to a smartphone / tablet company with 75% of revs from iPhone and iPad in 2015.

- **Today, Apple is mix-shifting towards high-growth Services revenue.** We model Services doubling from $38B revenue in F'18 (14% of total) to $81B in F'22 (25% of total).

- **App Store and Music are the primary growth drivers today.** App Store is on track to exceed $15B (+33% Y/Y) of high-margin revs in F'18. And we estimate Music grew 65% Y/Y to $4.1B.

- **Other services include iCloud, AppleCare, Apple Pay, Licensing, and iTunes.** Apple is also investing in video (no revenue yet) and Health could be a promising category over time.



Exhibit 33: AAPL Revenue Mix ($K); Services Can Double by F'22

Source: Apple

Exhibit 34: Services Revenue ($K); App Store & Music Drive Growth

Source: Apple, Jefferies Estimates

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 – 83 of this report.

**Page 241**

**Exhibit 9**

| AAPL | | | | |
|---|---|---|---|---|
| Initiating Coverage | | | | |
| October 29, 2018 | Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Services Provide a Less Seasonal, More Consistent Revenue Stream for Apple

- **Apple historically generates ~30-35% of revenue in the December quarter, when new iPhones typically launch.** Recent iPhone launches have tended to coincide with the prime holiday shopping period although this has not always been the case.

- **Services does exhibit some seasonality, but FAR less than the hardware business.** App Store does exhibit seasonality as users tend to download and pay for apps and content when they purchase new hardware. But services like Music (explicit subscription) and AppleCare (revs recognized over service period) generate predictable revenue streams that should temper AAPL seasonality going forward.

- **We think investors will be rewarded as AAPL mix shifts towards more recurring, high margin revenue streams.** Other companies like Activision have gone through similar mix-shifts, and investors were rewarded with higher multiples and stock prices.



**Exhibit 35: Historically, Apple Revs Have Shown Seasonality...**

Apple Quarterly Rev as % of Annual Rev

Note: Q1 (in red) is the holiday Q

Source: Apple, Jefferies Estimates

**Exhibit 36: ....But Services Revenue Is Less Seasonal**

Apple Quarterly Services Revenue ($K)

Source: Company Data

**Jefferies**

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 - 83 of this report.

**Page 242**

**Exhibit 9**

# With Superior Margin Profile, Services Will Become an Increasing Driver of Total Gross Profit Over Time

- **In Fiscal 2015, we estimate AAPL derived over 70% of gross profit from iPhone.** Also in F'15, we believe Services contributed 13% of gross profit dollars, despite only accounting for 9% of revenue.

- **By Fiscal 20, we believe Services will account for a full 30% of gross profit dollars,** despite only accounting for 20% of revenue.

- **Rough math, Services business has a blended ~60% gross margin profile, growing at a 21% CAGR (F'18-22).** AAPL's hardware & other businesses (everything except Services) boasts a 30% margin and is growing at a ~3% CAGR.



**Exhibit 37: Services Growth and Margin Profile Is a Key Profit Driver for Apple**

Gross Profit Contribution by Segment

Source: Company Data, Jefferies Estimates

**Exhibit 38: When We Average the Hardware Components of the Business They Are Only Growing 3% Versus Services Growing 21%**

|  | Hardware | Software |
|---|---|---|
| Gross Margin ('18) | 30% | 61% |
| Growth Rate ('18-22) | 3% | 21% |

Source: Apple, Jefferies Estimates, Statista

**Timothy O'Shea,** Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

Please see important disclosure information on pages 79 - 83 of this report.

**Exhibit 9**

**AAPL**

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Dispelling the Narrative that Services Growth is Linked to Hardware (it's ARPU)

- **ARPU, not Hardware growth, is the primary driver of Services.** One of the more common misconceptions about Apple is that device penetration is the sole driver of Services revenue. While this is certainly important, we note Revenue per Device (ARPU) has been rising every single year and is the primary driver of overall Services growth.

- **Underscoring this point, we believe Services will grow at a 21% CAGR through F'22,** a period of time when we model iPhone units declining at a 1% CAGR.

- **By 2021 we believe revenue per device will nearly double from $24 to $44.** We believe AAPL has around 300MM paying users today vs 1.3B active devices, implying only one quarter of customers are paying for any of Apple's Services.

- **Apple Services ARPU well below competitor ARPU.** While these are not true apples-to-apples comparisons, we still see significant upside to ARPU for Apple.



**Exhibit 39: As Services Grows 20%+ Over the Next 3 Years vs. Decelerating Installed Base Rev per Device Can Grow**

Average Revenue per Device

F2016A $24.3
F2017A $26.1
F2018E $29.4
F2019E $34.4
F2020E $39.5
F2021E $43.7

Source: Apple, Jefferies Estimates

**Exhibit 40: At Only $29 Per Year, Spend per Device is Lower Than Most Competing Subscription Services**

2018 ARPU of Competing Services

Apple Services $29
Netflix $126
Spotify $67
Pandora $77
Amazon Prime $99

Source: Company Data, Jefferies Estimates

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

Please see important disclosure information on pages 79 - 83 of this report.

**Page 244**

**Exhibit 9**

# AAPL

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

## Services Analogy: Activision (ATVI)

- **For almost a decade, video-game publisher Activision has been mix-shifting towards a higher-margin, more recurring 'digital' revenue base.** Digital revenue grew from 27% of total in '09 to 79% of revenue in '16.

- **Like AAPL, Activision used to be highly seasonal with significant revenue spikes in the December quarter, when Activision tends to release key new games.** As ATVI's revenue mix-shifted towards high-margin, recurring digital revenue, the seasonality became far less pronounced (see bottom chart). Activision now generates significant digital revenue even in quarters when it does not release a hit game.

- **Activision's digital revenue base has many similarities to Apple's App Store.** As with the App Store, ATVI's digital revenue is growing every year despite the lack of explicit subscriptions or contracts. In fact, one of the primary growth drivers for App Store is robust growth in mobile video games.



**Exhibit 41: Activision Has Successfully Pivoted From Title Driven Model to In-Game Transaction Model**

**Activision Digital Revenue ($MM)**

Source: Company Data

**Exhibit 42: As a Result of the Digital Shift, Activision Has Become a Far Less Seasonal Business**

**Activision Quarterly Rev as % of Annual Rev**

Source: Company Data

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

Please see important disclosure information on pages 79 - 83 of this report.

**Page 245**

**Exhibit 9**

**AAPL**

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

## Services Analogy: Activision (cont.)

- **ATVI investors were rewarded with a higher multiple as revenue mix-shifted away from its 'hits driven' origin.** Forward PE expanded from ~12x to nearly 27x in 2018.

- **And the share price has increased significantly, boosted by the premium multiple and higher earnings.** Like AAPL's Services business, ATVI's digital business is higher margin than the core business. Profitability was significantly boosted as the revenue became more predictable and profitable.

- **ATVI's digital business is so strong major games can flop and ATVI can still beat estimates.** This is the power of high-growth, recurring revenue streams.



Exhibit 43: Multiple Expansion Follows ATVI Digital Transformation

Source: Company Data, Jefferies Estimates

Exhibit 44: Activision's Stock Price Fully Reflecting the Digital Transformation

Activision 5 Year Stock Price

Source: Company Data

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

**Jefferies**

Please see important disclosure information on pages 79 - 83 of this report.

**Page 246**

**Exhibit 9**

**Jefferies**

## AAPL

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# We Are Encouraged by the Favorable Mix Shift in Services Towards the High Margin App Store and the Recurring Subscription Music Business

- **By 2020 we believe App Store and Music will account for over half of total Services revenue**, up from around 31% in F'15. App Store alone should account for 40% of Services revenue by F'20.

- **App Store is (very) high margin.** App purchases are recorded on a net basis, meaning cost of goods is very low and gross margin is very high (~85%+ GM).

- **Music is a low-margin subscription service, but margin should improve as the business scales.** Though gross margin on Apple Music are lower than the overall Services business (SPOT gross margin is ~20%), Music creates a truly recurring revenue stream for AAPL. Compared to Spotify, Apple Music can market the offering to the existing 1.3B active users, rather than being forced to spend heavily on user acquisition.



**Exhibit 45: Apple Services Mix Favors the App Store and the Large But Rapidly Declining iTunes Store**

2015 Apple Services Mix

Source: Apple, Jefferies Estimates

**Exhibit 46: By 2020, We Like the Mix Towards the High Margin App Store and the Highly Recurring Music Streaming Business**

2020 Apple Services Mix

Source: Apple, Jefferies Estimates

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 - 83 of this report.

**Page 247**

**Exhibit 9**

| AAPL | | | | |
|---|---|---|---|---|
| Initiating Coverage | | | | |
| October 29, 2018 | Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# App Store: Why should we pay attention?

- **App Store is the flywheel of Apple's Services business.** As the largest, fastest growing, and highest margin of all Apple's Services, we think App Store should drive most of the growth for Services over the next three years.

- **App Store revenue is highly correlated to overall Services revenue.** We calculate r squared of 0.95. As the App Store continues to drive an increasing percentage of the overall Services business we believe it is critical to monitor inter-quarter activity and data points.

- **We believe App Store growth should persist. We forecast a 24% CAGR (F'18-21)**, potentially reaching 40% of Services revenue by F'20.



**Exhibit 47: Given the Size of the App Store Investors Need to Pay Attention to its Growth as it Correlates Closely with Services Revenue**

App Store Correlation to Apple Services Revenue

$R^2 = 0.9537$

Source: Apple, Jefferies Estimates

**Exhibit 48: App Store is Triple the Size of the Second Largest Service and Growing 24% CAGR '18-21**

App Store Revenue (in $1000s)

24% CAGR ('18-21)

Source: Apple, Jefferies Estimates

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 - 83 of this report.

**Jefferies**

**Page 248**

**Exhibit 9**

**Jefferies**

| AAPL | | | | |
|---|---|---|---|---|
| Initiating Coverage | | | | |
| October 29, 2018 | Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Like Clockwork: Every Year, More Users Spend More Money on Apps. And Apple Takes a 30% Cut.

- **Per device, spending on Apps grew 33% from F'15 to '18.** This is driven by many factors including rising consumer adoption of online services, increasing broadband penetration, and more time spent with mobile devices.

- **Mobile games a significant growth driver for in-app spending and ARPU.** Most games are available for free and incentivize users to spend real money on in-game items and services.

- **There's an app for that.** We also track strong growth in the number of apps available in the App Store. The number of apps grew at a 22% CAGR between F'15 and F'18.



**Exhibit 49: Growth in App Store Content Continues to Accelerate 10 Years Following App Store Launch**

Number of Available Apps in App Store (1000s)

Source: Apple, Sensor Tower, Jefferies Estimates

**Exhibit 50: Increase in Spend per User Implies a Higher Customer Lifetime Value**

U.S. Average User Spending on iPhone Apps and Y/Y Growth

Source: Apple, Sensor Tower, Jefferies Estimates

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 – 83 of this report.

**Page 249**

**Exhibit 9**

**Jefferies**

Timothy O'Shea, Equity Analyst, (212) 284-3415, toshea@jefferies.com

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# The $70B Mobile Gaming Industry is Fueling App Store Growth.

- **Mobile gaming grew 25% Y/Y to $70B in 2018 and Apple looks like a primary beneficiary of this robust growth.** Apple effectively takes a 30% cut of effectively every gaming transaction on iOS. It's a fantastic business.

- **We believe ~75% of App Store revenue comes from mobile games, despite only accounting for 31% of downloads.** Gamers are spending heavily, with ARPU 9x higher than other app categories. ARPU grew from $25 in 2015 to $36 in 2017, a 44% increase in just two years.

- **These number imply Apple is one of the largest mobile gaming companies in the world.** Tencent is on track to deliver around $12B of mobile game revenues in 2018. Apple is likely close behind.

- **Unlike traditional mobile gaming companies, Apple has no title risk.** Apple takes a 30% platform fee for every transaction, regardless of what game is hot at the moment.

- **The recent game approval freeze in China could be a short term headwind.**



**Exhibit S1: Mobile Gaming the Largest Driver for App Store Revenue and Growth is Accelerating**

U.S. App Store Revenue Per Active iPhone

Source: Sensor Tower

**Exhibit S2: In-Game Transactions Have Proven to Be a Driver of Consumer Spend Despite Being a Lower Percentage of Downloads**

Gaming Drives ~75% of App Store Revenue

Source: App Annie

Please see important disclosure information on pages 79 – 83 of this report.

**Page 250**

**Exhibit 9**

# Jefferies

# App Store Charges a 30% Platform Fee; Underscoring How Developers Will Pay Dearly to Access the Apple Ecosystem

- **Apple has paid out over $100B to app developers since launching the App Store in 2008.** This implies AAPL has booked almost $43B in App Store revenue LTD. For app purchases, Apple revenue is booked net of the payment to developers. iTunes purchases (movies, etc) are recorded gross of the payment.

- **Apple charges developers a 30% platform fee, but in 2016 Apple made a decision to only take a 15% cut from subscription apps** that have been active on the App Store for over 1 year. This decision is likely used as an incentive to drive more subscription revenue across the platform. Subscription revenue is inherently stickier and more predictable.

- **The 30% platform fee has otherwise held steady for the past decade.** For now we think app developers will continue to pay Apple to access this vibrant marketplace. Over time it is possible this 30% cut could be undermined, which would be an obvious negative.



**Exhibit 53: Services Profitability Should be Driven by Growth in the High Margin App Store and Declines in the Low Margin iTunes Store**

App Store vs. iTunes Margin and Growth Rate

|  | App Store | iTunes Store |
|---|---|---|
| 2018 Revenue (in $B) | $15.08 | $3.62 |
| Gross Margin | 85% | 25% |
| Growth Rate ('18-21) | 24% | -5% |

Source: Company Data

**Exhibit 54: Developers Have Contributed Well Over $100B in Value to the App Store**

Developer Payout and Gross App Store Revenue ($B)

■ Developer Payout   ■ Gross Revenue

Source: Company Data

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 - 83 of this report.

**Page 251**

**Exhibit 9**

## AAPL

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# App Store is a Premium Marketplace Full of High Spenders and High Quality, Optimized Apps

- **App Store generates roughly 2x the spending vs the Google Play store.** This is despite Google Play having 3x the number of downloads compared to the App Store.

- **Apple's App Store is the premium marketplace. Google Play is the mass marketplace.** App Store downloads (2.5% '17-22 CAGR) are forecasted to grow at a slower rate than Google Play downloads (9% CAGR) going forward, but consumer spending should remain significantly higher on the App Store growing 13% CAGR ('17-22) and off a far larger base.

- **For most app developers, supporting iOS is a no brainer.** Consumers spend significantly more. And it is significantly easier to optimize and support your app for iOS vs Android, where developers have to support thousands of various devices, each with own display size, features, specs.



**Exhibit 55: Downloads on Google Play are Outpacing App Store Downloads**

Worldwide App Downloads (B)

9% CAGR ('17-22)

2.5% CAGR ('17-22)

■ Google Play ■ iOS

Source: App Annie

**Exhibit 56: App Store's Spend is Nearly Double the Google Play Store**

Worldwide Consumer Spend ($B)

13.6% CAGR ('17-22)

13.7% CAGR ('17-22)

■ Google Play ■ iOS

Source: App Annie

**Jefferies**

Timothy O'Shea, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 - 83 of this report.

**Page 252**

**Exhibit 9**

**Jefferies**

| AAPL | | | | |
|---|---|---|---|---|
| Initiating Coverage | | | | |
| October 29, 2018 | Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Why Does the App Store Capture Greater Share of Total Consumer Spend?

- **The App Store has managed to remain a strong lead in total consumer spend (66% vs. 34% in 2017)** even as Android has grown its global market share and expanded Google Play Store.

- **Annual Android shipments have historically been 5x iPhone shipments** implying developers are selling their apps to a smaller, but premium consumer.

- **We note that iPhone users have significantly higher incomes.** Pew Research noted that 40% of iPhone users have incomes exceeding $75K per year vs. only 31% for Android users. Additionally, only 13% of iPhone users earn less than $30K per year vs. 28% for Android users.



Exhibit S7: Even As Android Has Grown Its Share of the Global Smartphone Market, the App Store Remains Better Monetized Platform

**Share of Worldwide Consumer Spend**

Source: App Annie

Exhibit S8: Android Should Ship Over 1.2B Devices vs. iOS ~218M Implying a 5x Smaller Base for Apple to Sell Its Apps

**Worldwide Smartphone Shipment Market Share**

Source: IDC

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 – 83 of this report.

**Page 253**

**Exhibit 9**

**Jefferies**

| AAPL | | | |
|------|--|--|--|
| Initiating Coverage | | | |
| October 29, 2018 | Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Social Apps Still Dominate Time Spent on Mobile Apps

- **App Store users are spending 10x more time on social vs gaming or entertainment apps.** For example, between May and July, consumers spent about 3B hours playing Fortnite, the most popular game of 2018. This compares to about 31B hours spend on Facebook over the same time period.

- **Any shift towards gaming would be a driver of App Store revenue.** This is because gaming, which is a very well monetized service, occupies just a fraction of the time spent compared to free social apps like Facebook and Twitter.

**Exhibit 59: App Store Users Spend 10x More Time on Socials Apps than Gaming Apps**

**Total Mobile Apps by Total Session Time**

| | Overall | App Store | Google Play |
|--|---------|-----------|-------------|
| 1 | WhatsApp (85B hrs) | Facebook (31B hrs) | WhatsApp (59B hrs) |
| 2 | WeChat | Twitter | FB Messenger |
| 3 | Facebook | Google Maps | WeChat |
| 4 | FB Messenger | Pandora | Facebook |
| 5 | Pandora | WhatsApp | Twitter |
| 6 | YouTube | YouTube | Instagram |
| 7 | Instagram | Instagram | Google Maps |
| 8 | Twitter | FB Messenger | Pandora |
| 9 | Google Maps | WeChat | Microsoft Outlook |
| 10 | Spotify | Snapchat | Netflix |

Source: apptopia, May-July 2018

**Exhibit 60: Despite Spending 10x Less Time on Gaming Apps Users Still Capture 75% of Total App Store Spend**

**Top Gaming Apps by Total Session Time**

| | Overall | App Store | Google Play |
|--|---------|-----------|-------------|
| 1 | Clash of Clans (3.8B hrs) | Fortnite (2.9B hrs) | Cash of Clans (2.9B hrs) |
| 2 | My Talking Tom | Helix Jump | Lords Mobile |
| 3 | Candy Crush Saga | Sniper 3D Assassin | Clash Royale |
| 4 | Fortnite | PUBG Mobile | My Talking Tom |
| 5 | Lords Mobile | Happy Consumers | Candy Crush Saga |
| 6 | Subway Surfers | Fight List | Subway Surfers |
| 7 | Helix Jump | Clash of Clans | Fishdom |
| 8 | Slither.io | Subway Surfers | Block Puzzle Jewel |
| 9 | PUBG Mobile | Candy Crush Saga | Slither.io |
| 10 | Fishdom | Homescapes | Plants vs. Zombies |

Source: apptopia, May-July 2018

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 - 83 of this report.

**Exhibit 9**

*Jefferies*

| AAPL | | | | |
|---|---|---|---|---|
| Initiating Coverage | | | | |
| October 29, 2018 | Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# How Can Spending Increase When an Increasing Amount of Apps are Free?

- **The percentage of free apps has risen from ~33% to ~94% since the introduction of the App Store in 2008.** Going forward we expect a further mix-shift towards free apps.

- **The name of the game is maximizing the number of downloads by offering the app for free.** Once the app has an audience, it can begin to monetize the fan base with more in-app features and upgrades.

- **This freemium model is a nice tailwind to the App Store** as Apple takes a 30% cut of any transaction that occurs in the app.

- **On average, 20% of free apps get 10K downloads.** This compares to 0.2% of paid apps getting more than 10K downloads. The number of apps with over $1MM in consumer spend has grown at a 30% CAGR between '12 and '17, from just 770 apps to 2,857 at the end of 2017.

- **In short, free app → more downloads → greater monetization opportunity**



Exhibit 61: An Increasing Number of Apps are Driving Over $1M in Consumer Spend

**Number of Apps with More Than $1M in Consumer Spend**

Source: App Annie

Exhibit 62: Growth in the "Freemium" Model for Gaming Provides Another Incentive for In-Game Spend

**Share of App Store Downloads, Free vs. Paid**

Source: eMarketer

Timothy O'Shea, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 - 83 of this report.

**Page 255**

**Exhibit 9**

*Jefferies*

| | AAPL | | | | |
|---|---|---|---|---|---|
| | Initiating Coverage | | | | |
| | October 29, 2018 | Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Apple Music – Rapid Uptake of Subscription Music Offering Rescues Apple from the Decline of iTunes

- **We believe Apple Music is the fastest-growing of all Apple's Services.** Introduced in 2015, Apple now has over 50 million paid subscribers. After a 3-month free trial, Music costs $9.99 per month.

- **The recurrent revenue stream provided by Apple Music should provide an increasingly favorable Music mix** as the subscription model (versus digital downloads via iTunes) should provide Apple with greater visibility.

- **Is Apple Music's TAM 800m potential users?** We note that in 2014 iTunes had 800m accounts. Given we know that there are around 50m Music users there is only a 6.25% penetration into the iTunes user base. Additionally, we do not view cannibalization of iTunes as a concern for Apple, as the music streaming business is a more recurring business with opportunities for margin improvement with scale.

**Exhibit 63: We fully expect tailwinds in music streaming to drive Apple Music**



Music Streaming on the Rise (Rev in $1000s)

Source: Company Data, Jefferies Estimates

**Exhibit 64: The iTunes User Base is Large and Shifting to Music Streaming**

Streaming vs. iTunes Economics

| | Apple Music | iTunes |
|---|---|---|
| Payment method | Monthly subscription | Charged per song/video download |
| Number of users | 50m | ~800m |
| Price per download | -- | $1.29 per song, $19.99 per movie, ~$40 per TV series |
| Monthly fee | $9.99 for individuals, $14.99 for families, $5.99 for students | -- |

*Users as of 2014

Source: Company Data

Timothy O'Shea, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 - 83 of this report.

**Page 256**

**Exhibit 9**

**Jefferies**

# Apple Music Can Scale to $8B by F'20 (14% of Services Rev), With a Sticky, Subscription Revenue Model

- We believe Music will grow 65% Y/Y to $4.1B in F'18 and forecast it to cross $14B of revenue by F'22. Conversely, we model iTunes declining at a ~10% CAGR ('14-17) and assume Music will surpass it in F'18.

- It took Spotify 12 years to reach 83MM paid subs; Apple took 3 years to cross 45MM. We attribute the rapid adoption of Music to Apple's already existing 1.3B device installed base. We are also encouraged by the economics of Music as the model should scale faster than Spotify as they will likely need to spend less on customer acquisition and marketing related costs.



**Exhibit 65: Though Growing From a Small Base, Music Can Eventually Contribute a 14% of the Overall Services Mix**

Apple Music Revenue ($1000s)

Source: Company Data, Jefferies Estimates

**Exhibit 66: Of the 3 Biggest Streaming Services Globally, Apple Continues to Exhibit the Most Impressive Growth Rates**

Global Music Streaming Subscribers (MMs)

Source: Company Data

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 - 83 of this report.

**Page 257**

**Exhibit 9**

# Jefferies

## Low Apple Music Penetration Against Global iOS Device Install Base Suggests Continued Growth Going Forward

- **At the moment, Apple Music only has around 50m subscribers versus a total installed base of 1.3B active devices,** implying that Music is only about 4% penetrated across its user base. We see a significant opportunity to grow this base over time.

- **We assume that Apple Music has a higher ARPU than its competitors (i.e. Spotify)** due to the fact that Apple has a more dominant share in the U.S., whereas Spotify has been focusing on international expansion where pricing is income adjusted.

- **Pandora, which has a strong presence in the U.S. has a higher 15% higher ARPU than Spotify.** Tencent Music, based in China, now has over 33M users



**Exhibit 67: Apple Music is Still in Its Infancy with Plenty of Room to Convert iTunes Users**

**Apple Music Penetration vs. Installed Base**

Apple Music Penetration very low

4%

96%

Source: Company Data, Jefferies Estimates

**Exhibit 68: Apple Music Likely Makes More per User Vs. Competitors Given Larger U.S. Presence**

**ARPU of Music Streaming Services**

Spotify $5.60 | Apple Music $7.00 | Pandora $6.40 | Tencent Music $1.29

Source: Company Data, Jefferies Estimates

Timothy O'Shea, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 - 83 of this report.

**Page 258**

**Exhibit 9**

**Jefferies**

Timothy O'Shea, Equity Analyst, (212) 284-3415, toshea@jefferies.com

## AAPL

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

**Exhibit 69: Streaming is the Future of Music. The Industry is Growing for the First Time in 20 Years.**

### U.S. Recorded Music Revenues (in $MM) by Format



Source: RIAA

Please see important disclosure information on pages 79 - 83 of this report.

**Page 259**

**Exhibit 9**

# Jefferies

# Streaming will Power All the Growth in the Music Industry

- **Streaming will be the primary growth driver for the music industry over the next 5 years.** IFPI estimates it will grow at a 21% 5-year CAGR.

- **Streaming revenue has already begun to inflect the music industry.** 2016 marked the first time in 20 years the music industry grew as a whole. This is a very different scenario than when iTunes and other digital download formats were introduced in the early 2000s. Those services did not defend the industry against the collapse of CD revenues, and paid downloads ultimately failed to transform how consumers enjoy music.

- **Music streaming is still early days with plenty of room for growth.** Before the release of Apple Music at the end of 2015, streaming only made up 34% of the total music industry. Today, more than 35% of music is still consumed through traditional formats. Apple has the platform and existing user base to acquire new streamers.



**Exhibit 70: Nearly All of the Music Industry's Growth Will Come from Streaming**

**Music Industry Growth Profile (Est CAGR for next 5 years)**

Music Streaming: 20.7%
Live Music: 3.0%
Physical Music: -11.6%
Digital Downloads: -19.2%

Source: IFPI

**Exhibit 71: Much of the Music Industry Has Not Yet Shifted to Streaming Formats**

**Music Streaming as % of Total US Music Revenue**

2011: 9%
2012: 15%
2013: 21%
2014: 27%
2015: 34%
2016: 51%
2017: 65%

Source: RIAA

Timothy O'Shea, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 - 83 of this report.

**Exhibit 9**

**Jefferies**

Timothy O'Shea, Equity Analyst, (212) 284-3415, toshea@jefferies.com

**AAPL**

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# The Music Ecosystem is Stronger with Complementary Apple Products

- **Unlike Spotify and Pandora, Apple Music is more easily able to acquire users who already own Watches, iPhones, HomePods, and AirPods.** The cross-selling opportunities have allowed Apple to grow its paid subscriber base from just 6M subs in '15 to over 50m subs by '18.

- **The ability to play your Apple Music library directly from your Apple Watch should incentivize Spotify users to transition into the Apple ecosystem.** There are currently 83m Spotify premium users to only 50m Apple Music subscribers. We anticipate that Apple will be able to sell over 20m watches in 2018 compared to 16.5m in 2017. The introduction of new devices into the ecosystem should help drive greater Apple Music adoption.



Exhibit 72: The Music Ecosystem is Stronger with Complementary Apple Products

Source: Apple

Please see important disclosure information on pages 79 – 83 of this report.

**Page 261**

**Exhibit 9**

*Jefferies*

**AAPL**

| Initiating Coverage | | | |
|---|---|---|---|
| October 29, 2018 | Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Licensing & Other – A Steady Source of Revenue for Apple

- **Licensing is yet another example of Apple generating value from its ecosystem.** In 2014 court documents revealed Google had paid Apple $1B to be Apple's default search engine.

- **Today, we assume Google is paying Apple roughly $4B.** This implies the payment has grown annually at a similar rate to Google's TAC. Remember, Google TAC is growing due to a number of factors including rapid growth of YouTube. This limits the total amount that Google is paying Apple.

- **Google services remain very popular on Apple's platform.** Google's YouTube and Maps apps are two of the top-ten most downloaded apps of all time in the App Store. This implies Google relies heavily on the Apple platform and we anticipate Google will continue to pay Apple every year to remain the default search provider.



**Exhibit 73: Apple's Licensing Should Remain a Steady Source of Revenue**

Google Licensing Rev to Apple (in $1000s)

Source: Company Data, Jefferies Estimates

**Exhibit 74: Google's Services Remain Very Popular on Apple's Platform**

All Time App Store Download Rankings

| Rank | App | Publisher | Release |
|---|---|---|---|
| 1 | Facebook | Facebook | Jul-08 |
| 2 | Facebook Messenger | Facebook | Aug-11 |
| 3 | Youtube | Google | Sep-12 |
| 4 | Instagram | Facebook | Oct-10 |
| 5 | Skype | Microsoft | Mar-09 |
| 6 | WhatsApp Messenger | Facebook | May-09 |
| 7 | Find My iPhone | Apple | Jun-10 |
| 8 | Google Maps | Google | Dec-12 |
| 9 | Twitter | Twitter | Oct-09 |
| 10 | iTunes U | Apple | Jan-12 |

Source: App Annie

Timothy O'Shea, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 – 83 of this report.

**Page 262**

**Exhibit 9**

**Jefferies**

| AAPL | | | | |
|---|---|---|---|---|
| Initiating Coverage | | | | |
| October 29, 2018 | Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Video Streaming Service: A Long-Term Call Option, but We Are Skeptical

- **Today Apple is reportedly spending $1B to create video content.** This works out to around 1.4% of Apple's F'18 EBIT and 0.4% of revenue, and as such seems like a measured bet. Nevertheless, Apple could decide to (rapidly) increase the amount it is investing in content to compete with services like Netflix, which is investing $8B this year.

- **By producing its own video series, Apple is taking creative risk.** This is not a core competency. It is also a very different strategy than what is happening with Apple Music, where Apple licenses others' music.

- **It is unclear how Apple intends to monetize video content.** Today, the strategy appears to be giving away the video for free. The content will also eschew darker and more mature themes. While it is hard to comment on content until we have viewed it, this seems like another reason to be skeptical.

- **Acquiring content (M&A) may be a more rational strategy.** Apple's war chest is obviously large enough to pursue any deal, including companies like Netflix.



**Exhibit 75: By 2019, US Consumers Should Spend More Time Consuming Content on Mobile Devices than on TV**

**Average Time Spent Per Day (Minutes)**

TV: 270, 260, 250, 245, 238, 230, 222
Mobile devices: 132, 153, 170, 188, 203, 215, 219, 223, 229

Years: 2013A, 2014A, 2015A, 2016A, 2017A, 2018E, 2019E, 2020E

— TV   — Mobile devices

Source: eMarketer

**Exhibit 76: Apple Announced Streaming Service is Still Early Days and $1B in Annual Spend Represents a Sliver of Total Revenue**

**Comparable Media Companies Spend (FY 2018)**

| | Media Services Content Spend ($B) | % of Revenue |
|---|---|---|
| Apple | $1.0 | 0.38% |
| Netflix | $7.8 | 49.00% |
| Disney | $7.8 | 13.33% |
| Amazon | $4.5 | 1.91% |
| HBO | $8.0 | 4.62% |

Source: Company Data, Jefferies Estimates

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

page 57 of 83

Please see important disclosure information on pages 79 - 83 of this report.

**Page 263**

**Exhibit 9**



# Jefferies

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

**AAPL**

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

**Wearables:**
**Another Accelerating Business Being Built**
**Atop Apple's Core Ecosystem**

Source: Apple

Please see important disclosure information on pages 79 - 83 of this report.

**Exhibit 9**

## AAPL

Initiating Coverage

| October 29, 2018 | Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |
|---|---|---|---|---|---|

# *We see a large opportunity to sell wearable devices that connect to Apple's robust ecosystem.*

1. **AirPods are a killer product with significant growth potential over time.** We see them everywhere, but penetration against the iPhone install base remains low (<10%). They are the perfect complement to iPhone, which hasn't had a headphone jack since 2015. When paired with Apple Watch (cellular version) and Apple Music, you have an absolutely phenomenal untethered (no iPhone) experience.

2. **Already popular, the completely redesigned Apple Watch Series 4 should drive a step-up in sales.** We see similarities to iPhone 4, which saw a significant step up in sales driven by its complete design overhaul and ongoing product improvements. As with iPhone, we model higher units _and_ ASP. Apple Watch Series 4 costs ~38% more than Series 3 and we believe this is a durable revenue stream.

3. **Over time we see an opportunity for Apple to introduce other products.** Apple is reportedly working on Virtual Reality / Augmented reality glasses. And we see an opportunity to introduce other products like hearing aids and fitness trackers over time.

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

Please see important disclosure information on pages 79 - 83 of this report.

**Page 265**

**Exhibit 9**

# Jefferies

# Exhibit 77: Other Products Revenue



- Before Apple Watch in 2015, growth in "other products" was lumpy and driven by one off hit releases
- Since the Watch growth from '16-18 has been steady and is accelerating off an increasingly large base

Source: Jefferies Research, Apple

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 - 83 of this report.

**Page 266**

**Exhibit 9**

*Jefferies*

| AAPL | | | | | |
|------|------|------|------|------|------|
| Initiating Coverage | | | | | |
| October 29, 2018 | Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Wireless Headphones—A New Frontier for Apple

- **Prior to the introduction of AirPods in the first quarter of 2017 and the acquisition of Beats in late 2014, Apple had a 0% share of the wireless headphone market,** which in the US alone was a $650M industry (Statista).

- **Following the Beats acquisition and the development of AirPods in 2017, Apple now controls over 40% of the wireless headphone market,** a market that is forecasted to grow at a 26% CAGR ('18-22) and become a $2.5B market in the U.S by 2022. We note that Apple's 40% share of the wireless headphone market is more than double its next closest competitor, Bose, which only has 16% market share. We are excited about the prospect for AirPods versus competitors, as they can be marketed to an installed base of over 1.3B devices.



**Exhibit 78: Prior to Acquiring Beats in 2014 Apple Had No Share of the Wireless Headphone Market**

**Share of Wireless Headphone Market (Pre-AirPods)**

| | |
|---|---|
| Samsung | 1.0% |
| Skullcandy | 1.0% |
| LG | 4.6% |
| Sennheiser | 2.6% |
| Plantronics | 7.6% |
| Jaybird | 7.5% |
| Sony | 3.6% |
| Beats | 24.1% |
| Bose | 10.5% |
| Apple | 0.0% |

Source: Slate, Parse.ly

**Exhibit 79: After Acquiring Beats and Developing AirPods (1Q'17) Apple Now Has 40% Share of the Wireless Headphone Market**

**Share of Wireless Headphone Market (Post-AirPods)**

| | |
|---|---|
| Samsung | 0.5% |
| Skullcandy | 1.0% |
| LG | 1.4% |
| Sennheiser | 1.8% |
| Plantronics | 2.2% |
| Jaybird | 2.5% |
| Sony | 4.2% |
| Beats | 15.4% |
| Bose | 16.1% |
| Apple | 26.0% |

Source: Slate, Parse.ly

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Source: Apple
Please see important disclosure information on pages 79 - 83 of this report.

**Page 267**

**Exhibit 9**

**Jefferies**

| AAPL | | | | |
|---|---|---|---|---|
| Initiating Coverage | | | | |
| October 29, 2018 | Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# New Generations of iPhones to Carry Higher AirPod Attach Rates

- **Since its release in 2017, AirPods have been a smash hit, selling ~13-14m units with the opportunity to double units in 2018.** This implies that AirPods will make up roughly 25% of the fast growing "other products" category.

- **AirPods are the killer complement to iPhone, which hasn't had a headphone jack since 2015.** We estimate that in 2017 roughly 25% of iPhones sold still had a headphone jack (iPhone 6 and older gens). By 2018, we believe only 13% of iPhones sold will be compatible with wired headphones. We model the iPhone attach rate growing to 18%, resulting in $6.4B revenue in 2019.

**Exhibit 80: We Believe AirPod Revenue Can Triple by 2019 as Adoption Grows With Newer iPhone Models**

**AirPod Revenue ($1000s)**

| | 2017 | 2018E | 2019E |
|---|---|---|---|
| Attach Rate | 6.46% | 12.86% | 18.72% |
| AirPods | 14,000 | 28,000 | 40,000 |
| ASP | 140 | 159 | 159 |
| **Airpod Revenue** | **$1,960,000** | **$4,452,000** | **$6,360,000** |

Source: Canalys, Jefferies Estimates

**Exhibit 81: The Lack of a Headset Jack on Newer Generations of iPhones Should Drive Greater AirPod Attach Rates**

**iPhone Unit Sales (1000s) With and Without a Headphone Jack**

| | 2017 | 2018E |
|---|---|---|
| No Headphone Jack | 160,500 | 191,450 |
| % of Total | 73.90% | 87.04% |
| Headphone Jack | 56,700 | 28,500 |
| % of Total | 26.10% | 12.96% |

Source: Canalys, Jefferies Estimates



iPhone 6

iPhone X

iPhone 6 generation had headset jack

iPhone 7 generations and onward have no headset jack

Please see important disclosure information on pages 79 - 83 of this report.

Timothy O'Shea, Equity Analyst, (212) 284-3415, toshea@jefferies.com

**Page 268**

**Exhibit 9**

*Jefferies*

| AAPL | | | | |
|---|---|---|---|---|
| Initiating Coverage | | | | |
| October 29, 2018 | | | | |
| | Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Apple Already the Most Successful Wearables Company

- **In addition to its nearly $40B services business, Apple is also strategically shifting into the fast growing wearables category.** According to IDC estimates, the global wearables business is estimated to grow 18% CAGR ('17-21), compared to the global smartphone market, which is only growing 2.5% CAGR ('17-21)

- **Most of the growth in the global wearables market has come from smartwatches,** which are expected to grow from under 30m in 2017 to over 78m in 2021 (27% CAGR '17-20). It is worth mentioning that the other high growth category is earwear, which is likely to grow off a small base at 58% CAGR ('17-21) to 10.6m annual shipments.

- **Of the three largest players in the global wearables market (Apple, Xiaomi, and Fitbit) we note that Apple is the only company that has seen a growth in its market share.** Apple's share has grown from 9.6% in 2Q '16 to 17% in 2Q '18 compared to Fitbit's share, which shrunk from 24.1% in 2Q '16 to 9.5% in 2Q '18



**Exhibit 82: While the Wearables Market Lagged '16-17, Apple's Growth Accelerated**

Global Wearables Shipments (MM)

Source: IDC





**Exhibit 83: In the Past 2 Years Apple Has Nearly Doubled Its Share in the Wearables Market While Competitors Share Has Shrunk**

Global Wearables Market Share

Source: IDC

**Timothy O'Shea,** Equity Analyst, (212) 284-3415, toshea@jefferies.com

page 63 of 83

Please see important disclosure information on pages 79 – 83 of this report.

**Page 269**

**Exhibit 9**

*Jefferies*

| AAPL | | | | |
|---|---|---|---|---|
| Initiating Coverage | | | | |
| October 29, 2018 | Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Watch Out Switzerland! Apple Watch Already the Best-Selling Watch in the World and Redesigned Series 4 Will Likely Widen the Gap

- **In just 2 years, Apple has more than quadrupled its Watch shipments, from just 1.5m in Q1 '16 to 8.0m in Q4 '17.** Despite only launching in mid 2015, according to Canalys estimates Apple shipped more Watches than all Swiss watchmakers combined in calendar Q4 '17. This shows how Apple is able to scale far better than competitors due to existing loyal userbase

- **Apple dominates the smartwatch market with nearly double the share of second place competitor Fitbit.** It is likely that Apple Watch is able to maintain such a dominant share due to the device's compatibility with other Apple devices like the iPhone and AirPods.

- **The Apple Watch offering is very compelling.** The latest model offers features like ECG readings, fall detection, in addition to high value existing features like making calls, connecting to Apple Music, and LTE wireless connection. As Apple continues to add new features to its Watch, the TAM should also expand.



**Exhibit 84: Improvements to the Watch Have Helped Improve Adoption**

Apple Watch Shipments (MM)

Source: Canalys (calendar quarters)

**Exhibit 85: Apple Watch Has Double the Share of Its Closed Competitor Fitbit**

Apple Watch Market Share, Q2 2018

Source: Canalys

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 – 83 of this report.

**Page 270**



**Exhibit 9**

## Jefferies

| AAPL | | | | |
|---|---|---|---|---|
| Initiating Coverage | | | | |
| October 29, 2018 | Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Apple Watch Series 4 is Compelling Product with Bigger Screen, Health Features

- **Improved consumer adoption of the new Apple Watch Series 4 should be driven not only by better features (ECG, fall detection, etc.), but also by the larger display.** The Series 4 carries a $120 premium to its predecessor on both the smaller and larger models.

- **Apple Watch as health sensor; a highly compelling opportunity.** Formerly competing against various fitness trackers like Fitbit, Apple Watch is now in a league of its own with serious health features like electrocardiogram readings, heart rate monitors, and fall detection. Users will bring Apple Watch to doctor visits, integrating Watch into the hospital ecosystem. Over time expect more sensors and potentially new Services that capitalize on these health features.

- **Apple Watch's development cycle has clear parallels to iPhone.** Like AW Series 4, iPhone 4 was that product's first complete redesign and was when iPhone truly went mainstream. iPhone 6 Plus reflected a 38% screen size vs iPhone 5 counterpart and drove a 37% increase in unit sales.

  - Series 0 / 1 – Heart rate sensor.
  - Series 2 – GPS, water resistance, faster processor.
  - Series 3 – Fitness features like altimeter. Cellular connectivity. Siri can speak.
  - Series 4 –Complete redesign. Larger screen. Health features like ECG and fall detection.

<span style="color:red">page 65 of 83</span>

**Exhibit 86: Larger Screen Sizes Should Help to Attract Incremental Buyers**

38mm Series 3 and earlier — Starting price: $279 — +43% — Starting price: $399 — 40mm Series 4

42mm Series 3 and earlier — Starting price: $309 — +38% — Starting price: $429 — 44mm Series 4

Source: Apple

**Exhibit 87: Apple Customers Have Historically Responded Positively to Increases in Screen Size (FY14 vs. FY15 Lineup)**

iPhone 5 — 4.0"

+37% Unit Growth
+11% ASP Growth

iPhone 6 Plus — 5.5"

Source: Apple

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 – 83 of this report.

**Page 271**

**Exhibit 9**

Jefferies

**AAPL**

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Attach Rates for Apple Watch Should Rise Over Time

- **As global smartwatches continue to expand, we believe there will be a material increase in the attach rate between iPhone and the Apple Watch. In our base case for 2018 we assume the attach rate rises to 9.5% in 2018, which should grow revenue 25% to $8.5B in 2018 from $6.8B in 2017.**

- **Our 2019 forecast assumes that the attach rate moves to 12% and Watch ASP grows to $435, driven by greater sales of the higher priced LTE models.** Greater adoption of the Apple Watch and higher ASPs, can drive revenue above $11B by 2019.

- **In our bull case scenario for the Apple Watch, we model greater consumer adoption as well as a higher ASP, which would be driven by better than expected consumer preference for the LTE connected models.** We believe there is upside to our Watch estimates if consumers view the device as a standalone product that can be bought independently of an iPhone purchase.

- **In our bear case scenario for the Apple Watch, we assume lower attach rates as well as lower ASPs.** The biggest risk to our call is that consumers push back on price and decide to opt for the non-LTE enabled devices.

Exhibit 88: Higher Watch Attach Rates and ASP Growth to Drive Wearables Revenue

| | 2017E | 2018E | 2019E |
|---|---|---|---|
| iPhone Unit Sales (1000s) | 216,756 | 217,683 | 212,704 |
| Attach Rate | 7.59% | 9.50% | 12.00% |
| Apple Watch Units | 16,461 | 20,680 | 25,524 |
| ASP | $415 | $415 | $435 |
| **Apple Watch Revenue** | **$6,831,315** | **$8,582,152** | **$11,103,157** |

Source: Canalys, Jefferies Estimates

Exhibit 89: Watch Revenue is Highly Sensitive to ASP Growth and Attach Rate Assumptions

**Bull Case**

| | 2017E | 2018E | 2019E |
|---|---|---|---|
| iPhone Unit Sales (1000s) | 216,756 | 217,683 | 212,704 |
| Attach Rate | 7.59% | 10.50% | 15.00% |
| Apple Watch Units | 16,461 | 22,857 | 31,906 |
| ASP | $415 | $445 | $475 |
| **Apple Watch Revenue** | **$6,831,315** | **$10,171,238** | **$15,155,171** |

**Bear Case**

| | 2017E | 2018E | 2019E |
|---|---|---|---|
| iPhone Unit Sales (1000s) | 216,756 | 217,683 | 212,704 |
| Attach Rate | 7.59% | 9.00% | 11.00% |
| Apple Watch Units | 16,461 | 19,591 | 23,397 |
| ASP | $415 | $410 | $420 |
| **Apple Watch Revenue** | **$6,831,315** | **$8,032,503** | **$9,826,932** |

Source: Canalys, Jefferies Estimates

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 - 83 of this report.

**Page 272**

Exhibit 9

**AAPL**

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

**Risks:**

**Jefferies**

**Timothy O'Shea,** Equity Analyst, (212) 284-3415, toshea@jefferies.com

Source: Apple

Please see important disclosure information on pages 79 - 83 of this report.

**Exhibit 9**

*Jefferies*

| AAPL | | | | |
|---|---|---|---|---|
| Initiating Coverage | | | | |
| October 29, 2018 | Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

## Risks to Our Call

- **A trade war with China would have material impact on sales, COGS, ASP.** We believe iPhone cost would increase 20-30% in a worst-case scenario. As with the revamped NAFTA agreement between the US, Canada and Mexico, we expect brinksmanship with China might take us to the edge of a cliff, but neither side wants to jump.

- **If consumers balk on higher prices, this would be a material negative.** iPhone prices have increased for the past two years. To date there is little evidence that consumers will push back on price and we think users are willing to pay higher prices for smartphones, a device that is within an arm's length for most of the day and night. In 2017, Apple actually sold _more_ units despite iPhone X being the most expensive iPhone ever.

- **Superior competitive services could threaten Apple's ecosystem over time.** Unlike with hardware, we concede many of Apple's services are not best-in-class. Services like Apple Music, Photos, Mail, Maps, and Messages face competition from Spotify and Google. Increased user adoption of competitive services makes it easier to switch hardware.

- **App Store's 30% revenue cut could see pressure over time.** We think this is an unlikely scenario, but we note Apple has already reduced its share to 15% for certain subscription revenues.

- **A strong US dollar could have a material impact on gross margin.**



**Exhibit 90: Apple Suppliers in Asia**

**Japan:**
Japan Display
Muratec (Capacitor)
Sony (Camera Sensor)
Minebea (Back Light)

**South Korea:**
Samsung
LG Display
SK Hynix

**China:**
AAC (Acoustic)
Goertek (Acoustic)
Desay

**Taiwan:**
Casetek (Case)
Catcher (Case)
Foxconn (Case)
Largan (Camera Lens)
Pegatron (Assembly)
TSMC (Processor Foundry)
Hon Hai (Assembly)
Flexium (FPC)

Source: Jefferies Research, Fubon Research, Wikimedia Open Source Maps

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 - 83 of this report.

**Page 274**

Exhibit 9

# AAPL

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Model:

**Timothy O'Shea,** Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

Source: Apple

Please see important disclosure information on pages 79 - 83 of this report.

**Exhibit 9**

**Jefferies**

**AAPL**

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Exhibit 91: Apple Income Statement

| | Q1'18A | Q2'18A | Q3'18A | Q4'18A | F2018 | Q1'19A | Q2'19E | Q3'19E | Q4'19E | F2019 | F2017A | F2018E | F2019E | F2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Net Sales** | 88,293,000 | 61,137,000 | 53,265,000 | 61,838,516 | 264,533,516 | 84,310,134 | 66,296,029 | 58,361,280 | 66,572,545 | 275,540,957 | 229,234,000 | 264,553,620 | 285,189,988 | 298,826,863 |
| % Y/Y Growth | 13% | 16% | 17% | 18% | 16% | 6% | 8% | 10% | 8% | 6% | 6% | 15% | 8% | 5% |
| % Q/Q Growth | 68 | (31) | (13) | 16 | | 52 | (12) | (14) | 14 | | | | | |
| Cost of Sales | 54,381,000 | 37,715,000 | 32,844,000 | 38,043,051 | | 57,597,562 | 40,241,689 | 35,425,297 | 40,542,480 | | 141,048,000 | 162,983,051 | 173,807,229 | 178,465,519.48 |
| **Total Gross Profit** | 33,912,000 | 23,422,000 | 20,421,000 | 23,815,569 | | 36,362,572 | 26,054,339 | 22,935,983 | 26,029,865 | | 88,186,000 | 101,570,569 | 111,382,760 | 120,362,343 |
| % Margin | 38.4% | 38.3% | 38.3% | 38.5% | | 38.7% | 39.3% | 39.3% | 39.1% | | 38.5% | 38.4% | 39.1% | 40.3% |
| Research and Development | 3,407,000 | 3,378,000 | 3,701,000 | 3,737,900 | | 4,091,400 | 4,038,400 | 4,338,400 | 4,408,400 | | 11,581,000 | 14,223,900 | 16,878,600 | 18,283,334 |
| Sales, General and Administrative | 4,231,000 | 4,150,000 | 4,108,000 | 4,237,315 | | 4,510,086 | 4,474,982 | 4,377,096 | 4,660,018 | | 15,261,000 | 16,726,315 | 18,027,243 | 18,585,182 |
| Total Stock Compensation Expense | 1,296,000 | 1,348,000 | 1,331,000 | 1,329,500 | | 1,303,500 | 1,310,000 | 1,499,930 | 1,479,530 | | 4,840,000 | 5,323,450 | 15,993,230 | 16,740,747 |
| **Operating Income (GAAP)** | 26,274,000 | 15,894,000 | 12,612,000 | 15,840,353 | | 27,759,086 | 17,540,957 | 14,220,487 | 16,961,387 | | 61,344,000 | 70,620,353 | 76,481,917 | 83,493,827 |
| % Margin | 30% | 26% | 26% | 26% | | 30% | 26% | 24% | 25% | | 27% | 27% | 27% | 28% |
| % Y/Y Growth | 12 | 17 | 17 | 26 | | 6 | 10 | 13 | 7 | | 2 | 13 | 8 | 9 |
| % Q/Q Growth | 100 | (40) | (21) | 26 | | 75 | (37) | (19) | 19 | | - | - | - | - |
| **EBITDA** | 29,013,000 | 18,559,000 | 15,410,250 | 18,778,516 | | 30,844,156 | 20,780,281 | 17,621,777 | 16,961,387 | | 571,501,000 | 581,567,603 | 589,145,765 | 597,740,656 |
| % Margin | 32.9% | 30.4% | 28.9% | 30.4% | | 32.8% | 31.3% | 30.2% | 25.3% | | 31% | 31% | 31% | 33% |
| Interest Income | 1,452,000 | 1,505,000 | 1,418,000 | 1,341,831 | | 1,485,590 | 1,462,778 | 1,192,925 | 1,175,206 | | 5,201,000 | 5,716,831 | 5,315,899 | 4,361,224 |
| Interest Expense | (734,000) | (792,000) | (866,000) | (898,434) | | (898,434) | (898,434) | (898,434) | (898,434) | | (2,323,000) | (2,730,434) | (3,591,736) | (3,596,659) |
| Other (Income) | 38,000 | (459,000) | 100,000 | (300,000) | | (150,250) | (197,313) | (136,891) | (196,113) | | (133,000) | (607,000) | (680,566) | (680,566) |
| Net Interest (Income) and Other (Income) | 756,000 | 254,000 | 672,000 | 143,397 | | 436,906 | 366,431 | 157,600 | 80,659 | | 2,745,000 | 1,845,397 | 1,041,597 | 83,999 |
| **Income before taxes (GAAP)** | 27,030,000 | 16,168,000 | 13,284,000 | 15,983,750 | | 28,195,991 | 17,907,389 | 14,378,088 | 17,042,046 | | 564,089,000 | 572,465,750 | 577,523,514 | 583,577,826 |
| % Effective Tax Rate | 26% | 15% | 13% | 15% | | 16% | 16% | 16% | 16% | | 25% | 19% | 16% | 17% |
| Provision / (Benefit) for Income Taxes | 6,965,000 | 2,346,000 | 1,765,000 | 2,397,563 | | 4,511,399 | 2,865,182 | 2,300,494 | 2,726,727 | | 15,738,000 | 13,473,563 | 12,403,762 | 14,208,230 |
| Tax Adjustments for Non-GAAP Items | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | 0 | 0 | - | - |
| Minority Interest | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | 0 | 0 | - | - |
| **Reported GAAP Net Income / (Loss)** | 20,065,000 | 13,822,000 | 11,519,000 | 13,586,188 | | 23,684,633 | 15,042,207 | 12,077,594 | 14,315,319 | | 548,351,000 | 558,992,188 | 565,119,751 | 569,369,596 |
| % Margin | 23% | 23% | 22% | 22% | | 23% | 23% | 21% | 22% | | 27% | 22% | 23% | 23% |
| % Y/Y Growth | 12 | 25 | 32 | 27 | | 18 | 9 | 5 | 6 | | 6 | 22 | 23 | 7 |
| % Q/Q Growth | 87 | (31) | (17) | 18 | | 74 | (36) | (20) | 19 | | - | - | 10 | - |
| Basic Shares Outstanding (Q) | 5,157,787 | 5,068,493 | 4,882,167 | 4,882,167 | | 4,805,463 | 4,726,583 | 4,695,511 | 4,572,246 | | 5,217,242 | 4,997,654 | 4,687,951 | 4,330,575 |
| Weighted Avg. Basic Shares Outstanding | 5,157,787 | 5,068,493 | 4,926,609 | 4,856,799 | | 4,778,031 | 4,701,088 | 4,623,951 | 4,546,622 | | 5,231,692 | 5,002,422 | 4,662,423 | 4,304,792 |
| Weighted Avg. Diluted Shares Outstanding | 5,157,787 | 5,068,493 | 4,926,693 | 4,856,799 | | 4,778,031 | 4,701,088 | 4,623,951 | 4,546,622 | | 5,231,692 | 5,002,422 | 4,662,423 | 4,304,792 |
| **Reported GAAP EPS** | 3.89 | 2.73 | 2.34 | 2.80 | | 4.96 | 3.20 | 3.20 | 3.15 | | 9.21 | 11.79 | 13.97 | 16.11 |
| % Y/Y Growth | 16% | 30% | 40% | 35% | | 27% | 17% | 12% | 13% | | 11% | 28% | 18% | 15% |
| % Q/Q Growth | 88 | (30) | (14) | 20 | | 77 | (35) | (18) | 21 | | - | - | - | - |

Source: Jefferies Research, Apple

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 - 83 of this report.

**Exhibit 9**

**Jefferies**

## AAPL

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Exhibit 92: Apple Revenue Build

| | Q1 18A | Q2 18A | Q3 18A | Q4 18E | F2018 | Q1 19E | Q2 19E | Q3 19E | Q4 19E | F2019 | F2017A | F2018E | F2019E | F2020E | F2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Gross Revenue (Net Sales)** | | | | | | | | | | | | | | | |
| Apple Revenue | 88,293,000 | 61,137,000 | 53,265,000 | 61,836,620 | 593,940,134 | 566,296,029 | 538,561,280 | 566,572,565 | 36,429,187 | 141,319,000 | 164,998,331 | 172,410,701 | 5286,189,988 | 5289,826,663 |
| % Y/Y Growth | 68 | (31) | (13) | 16 | 52 | (29) | (12) | 2% | 17% | 62% | 60% | 58% | | |
| % Q/Q Growth | | | | | | | | | | | | | | |
| **iPhone Revenue** | 61,576,000 | 38,032,000 | 29,906,000 | 35,484,331 | 61,625,917 | 39,880,353 | 31,975,695 | 36,629,187 | 141,319,000 | 164,998,331 | 172,410,701 | | | |
| % Y/Y Growth | 113% | -38% | -21% | 19% | 80% | -18% | -20% | -7% | -2% | | | | | |
| % Q/Q Growth | 70% | -62% | -54% | 56% | 60% | -55% | 53% | 53% | 55% | | | | | |
| % of Total Gross Revenue | 70% | -9% | -9% | -5% | | | | | | | | | | |
| ASP | 796 | 728 | 724 | 757 | 849 | 779 | 782 | 810 | 652 | 758 | 811 | 819 | | |
| % Y/Y Growth | 15% | 11% | 20% | 23% | 7% | 7% | 8% | 8% | 7% | 16% | 7% | 1% | | |
| % Q/Q Growth | 29% | -9% | -1% | 5% | 12% | -8% | 0% | 4% | -4% | -6% | -2% | | | |
| Units | 77,316 | 52,217 | 41,300 | 46,830 | 77,300 | 51,173 | 40,887 | 45,445 | 216,756 | 217,683 | 212,704 | 205,577 | | |
| % Y/Y Growth | -1% | 3% | 1% | 0% | 0% | 0% | -1% | -3% | 2% | 0% | -1% | -1% | | |
| % Q/Q Growth | 66% | -12% | -7% | 5% | 61% | -15% | -20% | 11% | | | | | | |
| **iPad Revenue** | 5,862,000 | 4,113,000 | 4,741,000 | 4,135,000 | 5,299,453 | 4,210,206 | 4,499,056 | 4,061,256 | 19,222,000 | 18,344,585 | 18,266,122 | 18,071,264 | | |
| % Y/Y Growth | -6% | 6% | -5% | -13% | -10% | 2% | 1% | -2% | -7% | -2% | 0% | -1% | | |
| % Q/Q Growth | 21% | -30% | 15% | -13% | 28% | -20% | 12% | -14% | | | | | | |
| % of Total Gross Revenue | -7% | 7% | 9% | 7% | 6% | 6% | 8% | 6% | 8% | 7% | 6% | 6% | | |
| ASP | 445 | 451 | 410 | 444 | 423 | 440 | 415 | 441 | 439 | 437 | 429 | 433 | | |
| % Y/Y Growth | -5% | 6% | -6% | -3% | -5% | -3% | 1% | -1% | 2% | 2% | 2% | 1% | | |
| % Q/Q Growth | -5% | 1% | -9% | 8% | -5% | 4% | -6% | 6% | -3% | -1% | -2% | -2% | | |
| Units | 13,170 | 9,113 | 11,553 | 9,299 | 12,512 | 9,569 | 11,322 | 9,200 | 43,733 | 43,129 | 42,605 | 41,751 | | |
| % Y/Y Growth | -1% | -2% | 1% | -10% | -5% | 5% | 2% | -2% | 2% | -1% | -1% | -2% | | |
| % Q/Q Growth | 28% | -31% | 27% | -20% | 35% | -23% | 18% | -19% | | | | | | |
| **Mac Revenue** | 6,895,000 | 5,848,000 | 5,330,000 | 6,992,184 | 6,970,212 | 5,775,468 | 5,772,660 | 6,617,603 | 23,509,000 | 25,066,184 | 24,535,942 | 23,309,141 | | |
| % Y/Y Growth | -5% | 0% | -3% | -2% | -1% | 0% | -1% | -1% | 7% | -1% | -3% | -5% | | |
| % Q/Q Growth | -5% | -9% | -9% | 11% | -2% | -17% | 0% | -10% | 1% | 2% | 2% | | | |
| % of Total Gross Revenue | 8% | 10% | 10% | 8% | 7% | 9% | 9% | 10% | 11% | 9% | 9% | 8% | | |
| ASP | 1,349 | 1,434 | 1,433 | 1,411 | 1,350 | 1,375 | 1,332 | 1,356 | 1,343 | 1,403 | 1,332 | 1,324 | | |
| % Y/Y Growth | 0% | 3% | 1% | 6% | 0% | -6% | -3% | -5% | 3% | 4% | 1% | -2% | | |
| % Q/Q Growth | 1% | 6% | 0% | -2% | -4% | -4% | -2% | 1% | 4% | -4% | | | | |
| Units | 5,112 | 4,078 | 3,720 | 4,955 | 5,163 | 4,200 | 3,832 | 4,955 | 19,231 | 17,865 | 18,180 | 17,606 | | |
| % Y/Y Growth | -5% | -3% | -5% | 6% | 1% | 3% | -6% | 0% | 1% | 3% | 2% | -3% | | |
| % Q/Q Growth | -5% | -20% | -9% | 33% | 4% | -19% | -9% | 29% | 4% | -2% | | | | |
| **Services Revenue** | 8,471,000 | 9,190,000 | 9,548,000 | 11,011,000 | 11,011,300 | 11,487,160 | 11,835,230 | 13,814,125 | 29,980,000 | 38,260,300 | 48,133,445 | 59,228,737 | | |
| % Y/Y Growth | 18% | 31% | 31% | 30% | 30% | 23% | 24% | 23% | 28% | 28% | 26% | 23% | | |
| % Q/Q Growth | 9% | 8% | 4% | 16% | 10% | 4% | 3% | 21% | | | | | | |
| % of Total Gross Revenue | 10% | 15% | 18% | 28% | 12% | 17% | 20% | 21% | 13% | 14% | 17% | 20% | | |
| **App Store Revenue** | 3,473,079 | 3,724,588 | 3,764,629 | 4,114,516 | 4,341,348 | 4,730,227 | 4,705,786 | 5,184,290 | 11,299,936 | 15,076,812 | 18,941,652 | 23,702,065 | | |
| % Y/Y Growth | 32% | 35% | 36% | 31% | 25% | 27% | 25% | 26% | 38% | 33% | 26% | 25% | | |
| % Q/Q Growth | 11% | 7% | 1% | 9% | 9% | 1% | 1% | 10% | | | | | | |
| **Music Revenue** | 860,000 | 960,000 | 1,080,000 | 1,248,000 | 1,265,000 | 1,445,000 | 1,566,000 | 1,809,600 | 2,496,000 | 4,128,000 | 6,075,600 | 8,627,522 | | |
| % Y/Y Growth | 67% | 61% | 62% | 58% | 50% | 68% | 63% | 65% | 66% | 65% | 47% | 42% | | |
| % Q/Q Growth | 17% | 12% | 13% | 16% | 1% | 14% | 8% | 16% | | | | | | |
| **Other Products** | 5,489,000 | 3,954,000 | 3,740,000 | 4,200,100 | 6,661,250 | 4,942,360 | 4,675,000 | 5,230,375 | 12,863,000 | 17,383,300 | 21,729,125 | 25,721,013 | | |
| % Y/Y Growth | 36% | 38% | 37% | 30% | 25% | 23% | 23% | 23% | 35% | 35% | 25% | 18% | | |
| % Q/Q Growth | 28% | -9% | -5% | 12% | 63% | -5% | -5% | 8% | 6% | 7% | 8% | 9% | | |
| % of Total Gross Revenue | 6% | 6% | 7% | 7% | 7% | 6% | 6% | 8% | | | | | | |

Source: Jefferies Research, Apple



**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 – 83 of this report.

page 71 of 83

**Page 277**

**Exhibit 9**

**Jefferies**

**AAPL**

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Exhibit 93: Apple Balance Sheet

| | 2018 | | | | 2019 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 18A | Q2 18A | Q3 18A | Q4 18E | Q1 19E | Q2 19E | Q3 19E | Q4 19E | F2017A | F2018E | F2019E | F2020E |
| Cash & Cash Equivalents | 27,491,000 | 45,059,000 | 31,971,000 | 28,286,835 | 31,770,090 | 64,281,484 | 45,986,239 | 51,492,454 | 20,289,000 | 28,286,835 | 51,492,454 | 50,632,312 |
| Short-Term Marketable Securities | 49,662,000 | 42,881,000 | 18,999,000 | 37,115,172 | 37,770,990 | 39,772,617 | 30,076,768 | 39,945,527 | 53,892,000 | 37,115,172 | 39,945,527 | 26,894,418 |
| Accounts Receivable, Less Allowances | 23,440,000 | 14,324,000 | 14,304,000 | 16,379,098 | 56,376,081 | 24,879,635 | 15,433,440 | 17,627,695 | 17,874,000 | 16,379,098 | 17,627,695 | 20,467,593 |
| Inventories | 4,421,000 | 7,662,000 | 5,936,000 | 3,335,281 | 5,049,649 | 3,328,039 | 3,105,779 | 3,554,427 | 4,855,000 | 3,335,281 | 3,554,427 | 4,605,666 |
| Deferred Tax Assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Vendor non-trade receivables | 27,459,000 | 8,084,000 | 12,263,000 | 15,842,586 | 26,510,659 | 19,865,317 | 19,411,322 | 11,862,899 | 17,799,000 | 15,842,586 | 11,862,899 | 9,595,137 |
| Other current assets | 11,337,000 | 12,043,000 | 12,488,000 | 8,717,480 | 11,390,569 | 12,050,066 | 11,634,213 | 12,800,730 | 13,936,000 | 8,717,480 | 12,800,730 | 13,132,890 |
| **Current Assets** | **143,810,000** | **130,053,000** | **115,761,000** | **109,676,883** | **156,335,683** | **137,097,238** | **130,407,581** | **137,310,731** | **128,645,000** | **109,676,883** | **137,310,731** | **125,348,015** |
| Long-term marketable securities | 207,944,000 | 179,286,000 | 172,773,000 | 173,204,135 | 206,712,296 | 145,851,263 | 128,196,817 | 146,495,599 | 194,714,000 | 173,204,135 | 146,495,599 | 106,389,402 |
| Property, plant and equipment, net | 33,679,000 | 35,077,000 | 38,117,000 | 39,065,387 | 39,697,892 | 41,569,335 | 42,076,301 | 43,314,031 | 33,783,000 | 39,065,387 | 43,314,031 | 44,606,199 |
| Goodwill | 5,889,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5,717,000 | 0 | 0 | 0 |
| Acquired intangible assets, net | 2,149,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,298,000 | 0 | 0 | 0 |
| Other non-current assets | 13,323,000 | 23,086,000 | 22,546,000 | 22,546,000 | 22,546,000 | 22,546,000 | 22,546,000 | 22,546,000 | 10,162,000 | 22,546,000 | 22,546,000 | 22,546,000 |
| **Total Assets** | **406,794,000** | **367,502,000** | **349,197,000** | **344,472,175** | **425,311,870** | **366,803,836** | **323,624,699** | **349,670,361** | **375,319,000** | **344,472,175** | **349,670,361** | **297,089,616** |
| **Current Liabilities** | | | | | | | | | | | | |
| Accounts Payable | 62,985,000 | 34,311,000 | 38,489,000 | 44,581,628 | 67,497,934 | 47,158,153 | 45,315,953 | 47,510,876 | 49,049,000 | 44,581,628 | 47,510,876 | 36,670,792 |
| Accrued Expenses | 26,281,000 | 24,726,000 | 25,384,000 | 31,573,502 | 30,364,591 | 28,139,217 | 27,296,103 | 35,826,373 | 25,744,000 | 31,573,502 | 35,826,373 | 36,868,516 |
| Deferred Revenue | 8,044,000 | 7,275,000 | 7,403,000 | 8,165,338 | 8,268,692 | 8,485,892 | 8,404,024 | 9,586,446 | 7,548,000 | 8,165,338 | 9,586,446 | 8,793,141 |
| Commercial Paper | 11,980,000 | 11,980,000 | 11,974,000 | 11,974,000 | 11,974,000 | 12,572,700 | 12,572,700 | 12,572,700 | 11,977,000 | 11,974,000 | 12,572,700 | 12,387,700 |
| Current Portion of Long-Term Debt | 6,498,000 | 8,498,000 | 5,498,000 | 5,498,000 | 5,498,000 | 5,498,000 | 5,498,000 | 5,498,000 | 6,496,000 | 5,498,000 | 5,498,000 | 5,832,420 |
| **Total Current Liabilities** | **115,788,000** | **89,320,000** | **88,548,000** | **101,792,468** | **126,280,817** | **101,853,962** | **99,286,780** | **110,994,396** | **100,814,000** | **101,792,468** | **110,994,396** | **100,752,569** |
| Deferred Revenue - Non Current | 3,131,000 | 3,087,000 | 2,878,000 | 2,878,000 | 2,878,000 | 2,878,000 | 2,878,000 | 2,878,000 | 2,836,000 | 2,878,000 | 2,878,000 | 2,878,000 |
| Long-Term Debt | 103,922,000 | 101,362,000 | 97,128,000 | 97,128,000 | 97,128,000 | 97,128,000 | 97,128,000 | 97,128,000 | 97,207,000 | 97,128,000 | 97,128,000 | 97,207,000 |
| Other Non-Current Liabilities | 43,254,000 | 46,833,000 | 45,694,000 | 41,311,656 | 44,566,060 | 44,099,318 | 43,546,249 | 46,974,717 | 40,415,000 | 41,311,656 | 46,974,717 | 49,417,164 |
| **Total Liabilities** | **266,395,000** | **240,624,000** | **234,248,000** | **243,110,084** | **268,772,876** | **245,959,280** | **240,457,049** | **257,975,112** | **241,272,000** | **243,110,084** | **257,975,112** | **250,254,733** |
| Common Stock and Additional Paid-in Capital | | | | | | | | | $0 | $0 | $0 | $0 |
| Additional Paid-in Capital | 36,441,000 | 38,044,000 | 38,624,000 | 34,008,664 | 52,598,649 | 46,604,965 | 27,951,873 | 30,850,510 | 35,867,000 | 34,008,664 | 30,850,510 | 15,736,984 |
| Retained Earnings (Accumulated Deficit) | 104,593,000 | 91,898,000 | 79,436,000 | 70,040,708 | 108,176,844 | 83,510,149 | 57,487,181 | 63,366,395 | 98,330,000 | 70,040,708 | 63,366,395 | 32,165,647 |
| Treasury Stock | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Accumulated Other Comprehensive Income | (841,000) | (3,064,000) | (3,111,000) | (2,743,281) | (4,236,599) | (3,293,558) | (2,251,405) | (2,481,656) | (150,000) | (2,743,281) | (2,481,656) | (1,267,548) |
| **Shareholders' Equity** | **140,399,000** | **126,878,000** | **114,949,000** | **101,362,090** | **156,538,994** | **120,844,556** | **83,167,650** | **91,695,249** | **134,047,000** | **101,362,090** | **91,695,249** | **46,834,883** |
| **Liabilities & Shareholders' Equity** | **406,794,000** | **367,502,000** | **349,197,000** | **344,472,175** | **425,311,870** | **366,803,836** | **323,624,699** | **349,670,361** | **375,319,000** | **344,472,175** | **349,670,361** | **297,089,616** |

Source: Jefferies Research, Apple

page 72 of 83

Please see important disclosure information on pages 79 - 83 of this report.

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

**Exhibit 9**

**Jefferies**

AAPL

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Exhibit 94: Apple Cash Flow Statement

| | Q3 16A | Q3 16A | Q3 16A | Q4 16A | Q1 17A | Q2 17A | Q3 17A | Q4 17E | F2017A | F2017A | F2018E | F2018E | F2019E | F2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Net Income

Depreciation

Share-based Compensation Expense

Deferred Income Tax Expense/(Benefit)

Provision for Deferred Income Taxes

Loss on disposition of property, plant and equipment

Other

(Inc.) Dec. in Accounts Receivable

(Inc.) Dec. in Inventories

(Inc.) Dec. in Vendor non-trade receivables

(Inc.) Dec. in Other Current Assets

Inc. (Dec.) in Other Assets

Inc. (Dec.) in Accounts Payable

Inc. (Dec.) in Deferred Revenue

Inc. (Dec.) in Other Current Liabilities

**Change in Net Working Capital**

**Cash Flow from Operations**

Purchase of Marketable Securities

Proceeds from Maturities of Marketable Securities

Proceeds from Sales of Marketable Securities

Purchase of Long-Term Investments

Payments Made in Connection with Business Acquisitions, Net of Cash Acquired

Payments for Acquisition of Property, Plant and Equipment

Purchases of Non-Marketable Securities

Proceeds from non-Marketable Securities

Other

**Net Cash Used in Investing Activities**

Proceeds from Issuance of Common Stock

Excess tax benefits from stock-based compensation

Cash dividends paid

Proceeds from issuance of term debt, net

Repayment of term debt

Change in commercial paper, net

Repurchase of Common Stock

Cash Used to Net Share Settle Equity Awards

**Net Cash Provided by Financing Activities**

Effect of Exchange Rate Changes

**Inc. (Dec.) in Cash and Cash Equivalents**

Beginning Cash and Cash Equivalents

**Ending Cash and Cash Equivalents**

Source: Jefferies Research, Apple

page 73 of 83

Please see important disclosure information on pages 79 - 83 of this report.

**Page 279**

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

**Exhibit 9**

**AAPL**

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |
| --- | --- | --- | --- | --- |

# Appendix:

**Timothy O'Shea,** Equity Analyst, (212) 284-3415, toshea@jefferies.com

**Jefferies**

Source: Apple

Please see important disclosure information on pages 79 - 83 of this report.

**Exhibit 9**

**AAPL**

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

## Exhibit 95: Management Team

| Name | Age | Start | Current Position |
|------|-----|-------|------------------|
| Art Levinson | 67 | 2011 | Independent Chairman of the Board |
| Timothy Cook | 57 | 2011 | Chief Executive Officer, Director |
| Luca Maestri | 54 | 2014 | Chief Financial Officer, Senior Vice President |
| Jeff Williams | 54 | 2015 | Chief Operating Officer, Senior Vice President |

Source: Apple

Please see important disclosure information on pages 79 - 83 of this report.

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

**Exhibit 9**

**Jefferies**

# AAPL

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

## Exhibit 96: Management Biographies

**Dr. Art Levinson, Ph.D.,** is an Independent Chairman of the Board of Apple Inc. He has served as the Chief Executive Officer of Calico, a company focused on health, aging, and well-being, since September 2013. Dr. Levinson previously served as Chief Executive Officer of Genentech, Inc., a medical drug developer, from July 1995 to April 2009, and served as Genentech's Chairman from September 1999 to September 2014. Dr. Levinson also served as Chief Executive Officer of Genentech from July 1995 to April 2009, and, from May 2009 to September 2013, served as an advisor to Genentech's Research and Early Development center and as a member of Genentech's external advisory group, the Scientific Resource Board.

**Mr. Timothy D. Cook** serves as Chief Executive Officer, Director of Apple Inc. He has been Apple's Chief Executive Officer since August 2011 and was previously Apple's Chief Operating Officer since October 2005. Mr. Cook joined Apple in March 1998 and served as Executive Vice President, Worldwide Sales and Operations from 2002 to 2005. From 2000 to 2002, Mr. Cook served as Senior Vice President, Worldwide Operations, Sales, Service and Support. From 1998 to 2000, Mr. Cook served as Senior Vice President, Worldwide Operations.

**Mr. Luca Maestri** is Chief Financial Officer, Senior Vice President of Apple Inc. Mr. Maestri oversees the accounting, business support, financial planning and analysis, treasury, M&A, investor relations, internal audit, and tax functions at Apple. Luca joined Apple in March 2013 and assumed his current position in May 2014. Prior to assuming his current position, Luca served as Apple's Vice President and Corporate Controller. Prior to joining Apple, Luca was Executive Vice President, Chief Financial Officer of Xerox Corporation, a business services and technology company, from February 2011 to February 2013. Prior to that, Luca was Chief Financial Officer at Nokia Siemens Networks from October 2008 to February 2011.

**Mr. Jeff Williams** is Chief Operating Officer, Senior Vice President of the Company. Mr. Williams oversees Apple's entire supply chain, service and support, and social responsibility initiatives. He also oversees the development of Apple Watch®, and is driving the company's health initiatives. Jeff joined Apple in June 1998 and assumed his current position in December 2015. Jeff's previous positions with Apple include Senior Vice President, Operations; Head of Worldwide Procurement; and Vice President of Operations.

Source: Apple

Please see important disclosure information on pages 79 - 83 of this report.

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

**Page 282**



Exhibit 9

Jefferies



**AAPL**

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

## Exhibit 101: Apple Historic NTM

Source: Factset

Thanks to James Heaney for his help preparing this report.

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 - 83 of this report.



| AAPL |
| Initiating Coverage |
| October 29, 2018 |

**Exhibit 9**

## Company Description

**Apple Inc.**

Apple, Inc. engages in the design, manufacture, and marketing of mobile communication, media devices, personal computers, and portable digital music players. It operates through the following geographical segments: Americas, Europe, Greater China, Japan, and Rest of Asia Pacific. The Americas segment includes both North and South America. The Europe segment consists of European countries, as well as India, the Middle East, and Africa. The Greater China segment comprises of China, Hong Kong, and Taiwan. The Rest of Asia Pacific segment includes Australia and Asian countries not included in the reportable operating segments of the company. The company was founded by Steven Paul Jobs, Ronald Gerald Wayne, and Stephen G. Wozniak on April 1, 1976 and is headquartered in Cupertino, CA.

## Company Valuation/Risks

**Apple Inc.**

Risks to our call include a trade war with China, consumer pushback against higher ASP, competitive services diluting the strength of AAPL's ecosystem, and a strengthening dollar.

## Analyst Certification:

I, Timothy O'Shea, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Brent Thill, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Brian Fitzgerald, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

As is the case with all Jefferies employees, the analyst(s) responsible for the coverage of the financial instruments discussed in this report receives compensation based in part on the overall performance of the firm, including investment banking income. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Aside from certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgement.

## Investment Recommendation Record

**(Article 3(1)e and Article 7 of MAR)**

| | |
|---|---|
| Recommendation Published | October 29, 2018 , 01:51 ET. |
| Recommendation Distributed | October 29, 2018 , 01:55 ET. |

## Company Specific Disclosures

Steven DeSanctis owns shares of Apple Inc. common shares. Tim O'Shea owns shares of Apple Inc. common stock.

Jefferies Group LLC makes a market in the securities or ADRs of Apple Inc.

## Explanation of Jefferies Ratings

Buy - Describes securities that we expect to provide a total return (price appreciation plus yield) of 15% or more within a 12-month period.

Hold - Describes securities that we expect to provide a total return (price appreciation plus yield) of plus 15% or minus 10% within a 12-month period.

Underperform - Describes securities that we expect to provide a total return (price appreciation plus yield) of minus 10% or less within a 12-month period.

The expected total return (price appreciation plus yield) for Buy rated securities with an average security price consistently below $10 is 20% or more within a 12-month period as these companies are typically more volatile than the overall stock market. For Hold rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is plus or minus 20% within a 12-month period. For Underperform rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is minus 20% or less within a 12-month period.

NR - The investment rating and price target have been temporarily suspended. Such suspensions are in compliance with applicable regulations and/ or Jefferies policies.

CS - Coverage Suspended. Jefferies has suspended coverage of this company.

NC - Not covered. Jefferies does not cover this company.

Restricted - Describes issuers where, in conjunction with Jefferies engagement in certain transactions, company policy or applicable securities regulations prohibit certain types of communications, including investment recommendations.

Monitor - Describes securities whose company fundamentals and financials are being monitored, and for which no financial projections or opinions on the merits of the company are provided.

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 - 83 of this report.

**Jefferies**

| AAPL |
| --- |
| Initiating Coverage |
| October 29, 2018 |

**Exhibit 9**

## Valuation Methodology

Jefferies' methodology for assigning ratings may include the following: market capitalization, maturity, growth/value, volatility and expected total return over the next 12 months. The price targets are based on several methodologies, which may include, but are not restricted to, analyses of market risk, growth rate, revenue stream, discounted cash flow (DCF), EBITDA, EPS, cash flow (CF), free cash flow (FCF), EV/EBITDA, P/E, PE/growth, P/CF, P/FCF, premium (discount)/average group EV/EBITDA, premium (discount)/average group P/E, sum of the parts, net asset value, dividend returns, and return on equity (ROE) over the next 12 months.

**Jefferies Franchise Picks**

Jefferies Franchise Picks include stock selections from among the best stock ideas from our equity analysts over a 12 month period. Stock selection is based on fundamental analysis and may take into account other factors such as analyst conviction, differentiated analysis, a favorable risk/reward ratio and investment themes that Jefferies analysts are recommending. Jefferies Franchise Picks will include only Buy rated stocks and the number can vary depending on analyst recommendations for inclusion. Stocks will be added as new opportunities arise and removed when the reason for inclusion changes, the stock has met its desired return, if it is no longer rated Buy and/or if it triggers a stop loss. Stocks having 120 day volatility in the bottom quartile of S&P stocks will continue to have a 15% stop loss, and the remainder will have a 20% stop. Franchise Picks are not intended to represent a recommended portfolio of stocks and is not sector based, but we may note where we believe a Pick falls within an investment style such as growth or value.

## Risks which may impede the achievement of our Price Target

This report was prepared for general circulation and does not provide investment recommendations specific to individual investors. As such, the financial instruments discussed in this report may not be suitable for all investors and investors must make their own investment decisions based upon their specific investment objectives and financial situation utilizing their own financial advisors as they deem necessary. Past performance of the financial instruments recommended in this report should not be taken as an indication or guarantee of future results. The price, value of, and income from, any of the financial instruments mentioned in this report can rise as well as fall and may be affected by changes in economic, financial and political factors. If a financial instrument is denominated in a currency other than the investor's home currency, a change in exchange rates may adversely affect the price of, value of, or income derived from the financial instrument described in this report. In addition, investors in securities such as ADRs, whose values are affected by the currency of the underlying security, effectively assume currency risk.

## Other Companies Mentioned in This Report

• Apple Inc. (AAPL: $216.30, BUY)



**Notes:** Each box in the Rating and Price Target History chart above represents actions over the past three years in which an analyst initiated on a company, made a change to a rating or price target of a company or discontinued coverage of a company.

Legend:

I: Initiating Coverage

D: Dropped Coverage

B: Buy

H: Hold

Timothy O'Shea, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 - 83 of this report.

**Jefferies**
**Page 286**

| **AAPL** |
|---|
| Initiating Coverage |
| October 29, 2018 |

**Exhibit 9**

UP: Underperform

For Important Disclosure information on companies recommended in this report, please visit our website at https://javatar.bluematrix.com/sellside/ Disclosures.action or call 212.284.2300.

## Distribution of Ratings

| Rating | Count | Percent | IB Serv./Past 12 Mos. | | JIL Mkt Serv./Past 12 Mos. | |
|---|---|---|---|---|---|---|
| | | | Count | Percent | Count | Percent |
| **BUY** | 1161 | 55.31% | 93 | 8.01% | 15 | 1.29% |
| **HOLD** | 817 | 38.92% | 14 | 1.71% | 0 | 0.00% |
| **UNDERPERFORM** | 121 | 5.76% | 0 | 0.00% | 0 | 0.00% |

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 - 83 of this report.

**Jefferies**

| AAPL | |
|---|---|
| Initiating Coverage | |
| October 29, 2018 | |

**Exhibit 9**

## Other Important Disclosures

Jefferies does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Jefferies Equity Research refers to research reports produced by analysts employed by one of the following Jefferies Group LLC ("Jefferies") group companies:

**United States:** Jefferies LLC which is an SEC registered broker-dealer and a member of FINRA (and distributed by Jefferies Research Services, LLC, an SEC registered Investment Adviser, to clients paying separately for such research).

**United Kingdom:** Jefferies International Limited, which is authorized and regulated by the Financial Conduct Authority; registered in England and Wales No. 1978621; registered office: Vintners Place, 68 Upper Thames Street, London EC4V 3BJ; telephone +44 (0)20 7029 8000; facsimile +44 (0)20 7029 8010.

**Hong Kong:** Jefferies Hong Kong Limited, which is licensed by the Securities and Futures Commission of Hong Kong with CE number ATS546; located at Suite 2201, 22nd Floor, Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

**Singapore:** Jefferies Singapore Limited, which is licensed by the Monetary Authority of Singapore; located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950.

**Japan:** Jefferies (Japan) Limited, Tokyo Branch, which is a securities company registered by the Financial Services Agency of Japan and is a member of the Japan Securities Dealers Association; located at Hibiya Marine Bldg, 3F, 1-5-1 Yuraku-cho, Chiyoda-ku, Tokyo 100-0006; telephone +813 5251 6100; facsimile +813 5251 6101.

**India:** Jefferies India Private Limited (CIN - U74140MH2007PTC200509), which is licensed by the Securities and Exchange Board of India as a Merchant Banker (INM000011443), Research Analyst (INH000000701) and a Stock Broker with Bombay Stock Exchange Limited (INB011491033) and National Stock Exchange of India Limited (INB231491037) in the Capital Market Segment; located at 42/43, 2 North Avenue, Maker Maxity, Bandra-Kurla Complex, Bandra (East) Mumbai 400 051, India; Tel +91 22 4356 6000.

This report was prepared by personnel who are associated with Jefferies (Jefferies International Limited, Jefferies Hong Kong Limited, Jefferies Singapore Limited, Jefferies (Japan) Limited, Jefferies India Private Limited); or by personnel who are associated with both Jefferies LLC and Jefferies Research Services LLC ("JRS"). Jefferies LLC is a US registered broker-dealer and is affiliated with JRS, which is a US registered investment adviser. JRS does not create tailored or personalized research and all research provided by JRS is impersonal. If you are paying separately for this research, it is being provided to you by JRS. Otherwise, it is being provided by Jefferies LLC. Jefferies LLC, JRS, and their affiliates are collectively referred to below as "Jefferies". Jefferies may seek to do business with companies covered in this research report. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only one of many factors in making their investment decisions. Specific conflict of interest and other disclosures that are required by FINRA and other rules are set forth in this disclosure section.

* * *

If you are receiving this report from a non-US Jefferies entity, please note the following: Unless prohibited by the provisions of Regulation S of the U.S. Securities Act of 1933, as amended, this material is distributed in the United States by Jefferies LLC, which accepts responsibility for its contents in accordance with the provisions of Rule 15a-6 under the US Securities Exchange Act of 1934, as amended. Transactions by or on behalf of any US person may only be effected through Jefferies LLC. In the United Kingdom and European Economic Area this report is issued and/or approved for distribution by Jefferies International Limited ("JIL") and is intended for use only by persons who have, or have been assessed as having, suitable professional experience and expertise, or by persons to whom it can be otherwise lawfully distributed.

JIL allows its analysts to undertake private consultancy work. JIL's conflicts management policy sets out the arrangements JIL employs to manage any potential conflicts of interest that may arise as a result of such consultancy work. Jefferies LLC, JIL and their affiliates, may make a market or provide liquidity in the financial instruments referred to in this report; and where they do make a market, such activity is disclosed specifically in this report under "company specific disclosures".

For Canadian investors, this material is intended for use only by professional or institutional investors. None of the investments or investment services mentioned or described herein is available to other persons or to anyone in Canada who is not a "Designated Institution" as defined by the Securities Act (Ontario). In Singapore, Jefferies Singapore Limited ("JSL") is regulated by the Monetary Authority of Singapore. For investors in the Republic of Singapore, this material is provided by JSL pursuant to Regulation 32C of the Financial Advisers Regulations. The material contained in this document is intended solely for accredited, expert or institutional investors, as defined under the Securities and Futures Act (Cap. 289 of Singapore). If there are any matters arising from, or in connection with this material, please contact JSL, located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950. In Japan, this material is issued and distributed by Jefferies (Japan) Limited to institutional investors only. In Hong Kong, this report is issued and approved by Jefferies Hong Kong Limited and is intended for use only by professional investors as defined in the Hong Kong Securities and Futures Ordinance and its subsidiary legislation. In the Republic of China (Taiwan), this report should not be distributed. The research in relation to this report is conducted outside the People's Republic of China ("PRC"). This report does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. In India, this report is made available by Jefferies India Private Limited. In Australia, this information is issued solely by JIL and is directed solely at wholesale clients within the meaning of the Corporations Act 2001 of Australia (the "Act"), in connection with their consideration of any investment or investment service that is the subject of this document. Any offer or issue that is the subject of this document does not require, and this document is not, a disclosure document or product disclosure statement within the meaning of the Act. JIL is authorised and regulated by the Financial Conduct Authority under the laws of the United Kingdom, which differ from Australian laws. JIL has obtained relief under Australian Securities and Investments Commission Class Order 03/1099, which conditionally exempts it from holding an Australian financial services license under the Act in respect of the provision of certain financial services to wholesale clients. Recipients of this document in any other jurisdictions should inform themselves about and observe any applicable legal requirements in relation to the receipt of this document.

This report is not an offer or solicitation of an offer to buy or sell any security or derivative instrument, or to make any investment. Any opinion or estimate constitutes the preparer's best judgment as of the date of preparation, and is subject to change without notice. Jefferies assumes no obligation to maintain or update this report based on subsequent information and events. Jefferies, and their respective officers, directors, and employees, may have long or short positions in, or may buy or sell any of the securities, derivative instruments or other investments mentioned or described herein, either as agent or as principal for their own account. This material is provided solely for informational purposes and is not tailored to any recipient,

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 - 83 of this report.

**Jefferies**

| AAPL | |
|---|---|
| Initiating Coverage | |
| October 29, 2018 | |

**Exhibit 9**

and is not based on, and does not take into account, the particular investment objectives, portfolio holdings, strategy, financial situation, or needs of any recipient. As such, any advice or recommendation in this report may not be suitable for a particular recipient. Jefferies assumes recipients of this report are capable of evaluating the information contained herein and of exercising independent judgment. A recipient of this report should not make any investment decision without first considering whether any advice or recommendation in this report is suitable for the recipient based on the recipient's particular circumstances and, if appropriate or otherwise needed, seeking professional advice, including tax advice. Jefferies does not perform any suitability or other analysis to check whether an investment decision made by the recipient based on this report is consistent with a recipient's investment objectives, portfolio holdings, strategy, financial situation, or needs

By providing this report, neither JRS nor any other Jefferies entity accepts any authority, discretion, or control over the management of the recipient's assets. Any action taken by the recipient of this report, based on the information in the report, is at the recipient's sole judgment and risk. The recipient must perform his or her own independent review of any prospective investment. If the recipient uses the services of Jefferies LLC (or other affiliated broker-dealers), in connection with a purchase or sale of a security that is a subject of these materials, such broker-dealer may act as principal for its own accounts or as agent for another person. Only JRS is registered with the SEC as an investment adviser; and therefore neither Jefferies LLC nor any other Jefferies affiliate has any fiduciary duty in connection with distribution of these reports.

The price and value of the investments referred to herein and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

This report has been prepared independently of any issuer of securities mentioned herein and not as agent of any issuer of securities. No Equity Research personnel have authority whatsoever to make any representations or warranty on behalf of the issuer(s). Any comments or statements made herein are those of the Jefferies entity producing this report and may differ from the views of other Jefferies entities.

This report may contain information obtained from third parties, including ratings from credit ratings agencies such as Standard & Poor's. Reproduction and distribution of third party content in any form is prohibited except with the prior written permission of the related third party. Jefferies does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such content. Third-party content providers give no express or implied warranties, including, but not limited to, any warranties of merchantability or fitness for a particular purpose or use. Neither Jefferies nor any third-party content provider shall be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of their content, including ratings. Credit ratings are statements of opinions and are not statements of fact or recommendations to purchase, hold or sell securities. They do not address the suitability of securities or the suitability of securities for investment purposes, and should not be relied on as investment advice.

Jefferies research reports are disseminated and available electronically, and, in some cases, also in printed form. Electronic research is simultaneously made available to all clients. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of Jefferies. Neither Jefferies nor any of its respective directors, officers or employees, is responsible for guaranteeing the financial success of any investment, or accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this report or its contents. Nothing herein shall be construed to waive any liability Jefferies has under applicable U.S. federal or state securities laws.

For Important Disclosure information relating to JRS, please see https://adviserinfo.sec.gov/IAPD/Content/Common/crd_iapd_Brochure.aspx?BRCHR_VRSN_ID=483878 and https://adviserinfo.sec.gov/Firm/292142 or visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action, or www.jefferies.com, or call 1.888.JEFFERIES.

© 2018 Jefferies Group LLC

Timothy O'Shea, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 - 83 of this report.

**Jefferies**

**Exhibit 9**



---

## Equity Research
November 1, 2018

**TMT**

### Walter Piecyk
(646) 450-9258
wpiecyk@btig.com

### Joseph Galone
(212) 527-3523
jgalone@btig.com

## Apple, Inc.

Apple Reduces Disclosure; Typically Not A Good Sign

- We made revisions to our Apple (AAPL, Buy, $235 PT) estimates, but our calendar 2019 EPS estimate and price target remain unchanged at $14.25 and $235, respectively.

- Investors face increased volatility and a headwind to multiple expansion based on management's decision to no longer report unit data.

| AAPL | $222.22 |
|---|---|
| 12 month target | $235.00 |
| **BUY** | |
| 52 week range | $155.15 - $232.07 |
| Dividend Yield | 1.3% |
| Market Cap (m) | $1,077,222 |

**Price Performance**

Source: IDC

## Estimates

| | 1Q17 A | 2Q17 A | 3Q17 A | 4Q17 A | FY17 A | 1Q18 A | 2Q18 A | 3Q18 A | 4Q18 A | FY18 A | FY19 E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | 78,351 | 52,896 | 45,408 | 52,579 | 229,234 | 88,293 | 61,137 | 53,265 | 62,900 | 265,595 | 282,885 |
| Gross Margin (%) | 38.5% | 38.9% | 38.5% | 37.9% | 38.5% | 38.4% | 38.3% | 38.3% | 38.3% | 38.3% | 38.2% |
| Diluted EPS (Adj.) | 3.36 | 2.10 | 1.67 | 2.07 | 9.19 | 3.89 | 2.73 | 2.34 | 2.91 | 11.87 | 13.63 |
| DPS | 0.57 | 0.57 | 0.63 | 0.63 | 2.40 | 0.63 | 0.63 | 0.73 | 0.73 | 2.72 | 3.02 |
| EPS Growth (%) | 2.3% | 10.4% | 16.9% | 23.7% | 11.0% | 15.9% | 30.1% | 40.4% | 41.0% | 29.2% | 14.9% |

Source: BTIG Estimates and Company Documents ($ in millions, except per share amount)
Company reports and BTIG estimates

*Please Read: Important disclosures and analyst's certification appear in Appendix*



**Exhibit 9**

**No more units**

Apple might not think it's helpful to report unit data for its products, but we do. More data is better than less data. There is rarely an exception to this. Reduced visibility typically results in a lower valuation multiple because it increases the risk to investors of predicting future growth and valuation multiples are a function of growth and risk.

Ultimately the market will adapt, as it always does, to the reduced disclosures, but perhaps at a lower multiple. Revenue growth, margins, and use of the nearly $100 billion of operating free cash flow will drive the stock. However, Apple has unnecessarily injected uncertainty and possible volatility into the near term. There is likely to be even greater focus on short term items like one quarter of guidance rather than simply providing the tools that help longer term forecasting.

**Could lead to increased uncertainty**

Some might argue that reporting fewer metrics offers fewer opportunities to displease investors. We disagree. Speculation on what is occurring in Apple's business segments will fill the void created by the absence of information. The uncertainty that speculation breeds is rarely positive for stocks. As an example, there will now be one less check on the validity of the rampant and ever changing supply chain new reports that appear ahead of quarters, which had finally begun to diminish in recent quarters.

**No units means no ASPs and eliminates bad press highlighting rising prices**

Not reporting unit data effectively eliminates any discussion about rising and record ASPs. This was a positive point for investors, but perhaps a risk to Apple, as press reports about squeezing more money out of its loyal customer base is not a good look for the company, At Apple's event in Brooklyn earlier this week, it refreshed 3 product lines, all of which carried higher entry level pricing.

There was a reference made on the call to a reclass of revenue out of product and into services based on new FASB standards. We doubt this was a motivating factor in Apple's change in disclosure as the reclass will only account for 1% of revenue.

**Service businesses report subscriber data**

Apple plans to break out margins between Products and Services as an alternative to providing unit data. This is an obvious and ongoing attempt by management to focus investors' attention on Apple as a services business. Apple likely believes it can achieve a higher valuation multiple in the market if the focus shifts to the higher margin and recurring services business. However, we believe the iPhone product business has effectively converted to a recurring revenue business based on the loyalty of its customers. More importantly, services businesses report the total number of active users and churn. It's unlikely that Apple will report that data.



**Exhibit 9**

We posted comments on results versus our estimates earlier. (Link)

Highlights of revisions to Calendar 2019 estimates:

- Increased total revenue by $6.4 billion primarily on higher iPhone ASP estimates. This lifts expected growth to 6.9% from 4.5%.

- No change in margins resulted in a $1.5 billion increase to Operating Income.

- Operating upside offset by a higher tax rate assumption (15% vs 14.5%) and higher share count due to the impact of this year's rally in the stock on our future share repurchase estimates. To be clear, we have no clarity on future tax rates, but felt compelled to increase our estimate in light of the 16.5% guidance for FQ1.

- Reduced iPhones sold by 8 million to 219 million, representing 1.2% growth. We still believe that a bottoming of the decline in upgrade rates can help unit growth.

- Increased iPhone ASP by $55 to $797. That's up 23% over the past 3 years. Meanwhile, unit volumes still remain below peak iPhone 6/6+levels.

- We were impressed by the new iPad's announced earlier this week and their potential to increase ASPs. However, our revenue estimate remains unchanged as a $29 increase in our ASP estimate to $486 was offset by a 2.6 million reduction in units to 42.9 million.

- We reduced the number of shares we expect Apple to purchase over the next 5 quarters by 42 million based on a higher average purchase price over that period of $252 versus $229. We continue to expect Apple to buy back $20 billion of stock each quarter.

**What about the December quarter?**

We cut our revenue estimate by $2.5 billion and our EPS estimate by $0.43 for the December quarter primarily on a reduction of iPhones sold to 76 million from 80 million, reflecting a decline from the prior year. The company guided to a 16.5% tax rate versus our 14.5% estimate and the 14.0% tax rate reported this quarter. This represented $0.11 of our EPS revision. It's possible that Apple is simply being conservative given the number of new products it is launching during the quarter.

"We are launching in the last six weeks, we've launched an unprecedented number of new products. They're all ramping right now. The ramps are going fairly well, but obviously we have some uncertainty around supply/demand balance for some of these products." – Luca Maestri, Apple CFO, 11/1/18



**Exhibit 9**

## Estimate Revisions – Income Statement

| Apple Income Statement | OLD | NEW | Diff | OLD | NEW | Diff |
|---|---|---|---|---|---|---|
| $ millions | Dec-18 | Dec-18 | | CY2019 | CY2019 | |
| Revenues | 94,994 | 92,422 | (2,571) | 281,816 | 288,226 | 6,410 |
| Cost of goods sold | 58,421 | 56,840 | (1,581) | 174,726 | 178,700 | 3,974 |
| Gross profit | 36,573 | 35,583 | (990) | 107,090 | 109,526 | 2,436 |
| | | | | | | |
| R&D | 3,856 | 4,159 | 303 | 15,937 | 16,616 | 679 |
| SG&A | 4,505 | 4,482 | (22) | 17,794 | 18,002 | 208 |
| Operating Income | 28,212 | 26,941 | (1,271) | 73,359 | 74,908 | 1,549 |
| | | | | | | |
| Other inc and exp | 600 | 300 | (300) | 1,500 | 1,300 | (200) |
| NIBT | 28,812 | 27,241 | (1,571) | 74,859 | 76,208 | 1,349 |
| | | | | | | |
| Taxes | 4,178 | 4,495 | 317 | 10,855 | 11,431 | 577 |
| Net Income | 24,635 | 22,746 | (1,888) | 64,004 | 64,777 | 772 |
| | | | | | | |
| **EPS** | **$5.20** | **$4.78** | **($0.43)** | **$14.25** | **$14.25** | **$0.00** |
| Shares out | 4,734 | 4,762 | 28 | 4,492 | 4,545 | 53 |
| **Dividends per share** | **$0.73** | **$0.73** | **$0.00** | **$3.07** | **$3.07** | **$0.00** |
| Dividends | 3,456 | 3,476 | 21 | 13,858 | 14,009 | 151 |
| | | | | | | |
| **Margins** | | | | | | |
| GPM | 38.5% | 38.5% | 0.0% | 38.0% | 38.0% | 0.0% |
| R&D/Revenue | 4.1% | 4.5% | 0.4% | 5.7% | 5.8% | 0.1% |
| SG&A/Revenue | 4.7% | 4.9% | 0.1% | 6.3% | 6.2% | -0.1% |
| **Operating Inc** | **29.7%** | **29.2%** | **-0.5%** | **26.0%** | **26.0%** | **0.0%** |
| NIBT | 30.3% | 29.5% | -0.9% | 26.6% | 26.4% | -0.1% |
| Tax rate | 14.5% | 16.5% | 2.0% | 14.5% | 15.0% | 0.5% |
| Net Income | 25.9% | 24.6% | -1.3% | 22.7% | 22.5% | -0.2% |
| | | | | | | |
| **Annual growth** | | | | | | |
| Revenues | 7.6% | 4.7% | -2.9% | 4.5% | 6.9% | 2.3% |
| Operating Income | 7.4% | 2.5% | -4.8% | 2.6% | 4.7% | 2.1% |
| NIBT | 6.6% | 0.8% | -5.8% | 2.0% | 4.2% | 2.2% |
| Net Income | 22.8% | 13.4% | -9.4% | 1.8% | 4.1% | 2.4% |
| **EPS** | **33.8%** | **22.8%** | **-11.0%** | **10.1%** | **11.7%** | **1.7%** |
| Dividends | 15.9% | 15.9% | 0.0% | 8.9% | 8.9% | 0.0% |

Source: Company reports; BTIG



**Exhibit 9**

## Estimate Revisions – Revenue Analysis

| Apple Revenue Analysis | OLD | NEW | Diff | OLD | NEW | Diff |
|---|---|---|---|---|---|---|
| $ millions | Dec-18 | Dec-18 | | CY2019 | CY2019 | |
| **Revenue by Product** | **94,994** | **92,422** | **(2,571)** | **281,816** | **288,226** | **6,410** |
| iPhone | 65,625 | 62,344 | (3,281) | 168,417 | 174,619 | 6,201 |
| iPad | 6,099 | 6,319 | 220 | 20,796 | 20,838 | 43 |
| Mac | 6,681 | 7,421 | 739 | 26,131 | 27,883 | 1,752 |
| Services | 10,589 | 10,589 | 0 | 47,172 | 46,886 | (286) |
| Other Products | 6,000 | 5,750 | (250) | 19,300 | 18,000 | (1,300) |
| | | | | | | |
| **Annual Revenue Growth** | **7.6%** | **4.7%** | **-2.9%** | **4.5%** | **6.9%** | **2.3%** |
| iPhone | 6.6% | 1.2% | -5.3% | 0.7% | 4.3% | 3.6% |
| iPad | 4.0% | 7.8% | 3.8% | 4.0% | 8.2% | 4.1% |
| Mac | -3.1% | 7.6% | 10.7% | 6.2% | 7.2% | 1.0% |
| Services | 25.0% | 25.0% | 0.0% | 19.3% | 19.3% | 0.0% |
| Other Products | 9.3% | 4.8% | -4.6% | 6.1% | 1.8% | -4.3% |
| | | | | | | |
| **Revenue Mix** | | | | | | |
| iPhone | 69.1% | 67.5% | -1.6% | 59.8% | 60.6% | 0.8% |
| iPad | 6.4% | 6.8% | 0.4% | 7.4% | 7.2% | -0.1% |
| Mac | 7.0% | 8.0% | 1.0% | 9.3% | 9.7% | 0.4% |
| Services | 11.1% | 11.5% | 0.3% | 16.7% | 16.3% | -0.5% |
| Other Products | 6.3% | 6.2% | 0.0% | 6.8% | 6.2% | 0.0% |
| **Units** | | | | | | |
| iPhone | 80,000 | 76,000 | (4,000) | 227,000 | 219,000 | (8,000) |
| iPad | 13,433 | 12,907 | (527) | 45,491 | 42,858 | (2,633) |
| Mac | 4,856 | 5,240 | 383 | 18,364 | 18,859 | 495 |
| | | | | | | |
| **Annual Unit Growth** | | | | | | |
| iPhone | 3.5% | -1.7% | -5.2% | 2.7% | 1.2% | -1.5% |
| iPad | 2.0% | -2.0% | -4.0% | 2.0% | -1.0% | -3.0% |
| Mac | -5.0% | 2.5% | 7.5% | 4.0% | 2.8% | -1.2% |
| **Average Sales Prices** | | | | | | |
| iPhone | 820 | 820 | 0 | 742 | 797 | 55 |
| iPad | 454 | 490 | 36 | 457 | 486 | 29 |
| Mac | 1,376 | 1,416 | 40 | 1,423 | 1,479 | 56 |
| | | | | | | |
| **Annual ASP Growth** | | | | | | |
| iPhone | 3.0% | 3.0% | 0.0% | -2.0% | 3.0% | 5.0% |
| iPad | 2.0% | 10.0% | 8.0% | 2.0% | 9.2% | 7.2% |
| Mac | 2.0% | 5.0% | 3.0% | 2.1% | 4.2% | 2.2% |

Source: Company reports; BTIG

**Exhibit 9**

## Income Statement

| Apple Income Statement $ millions | 2015 | 2016 | 2017 | Dec | Mar | Jun | Sep | 2018 | Est Dec | Est Mar | Est Jun | Est Sep | Est 2019 | Est Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenues | 233,715 | 215,639 | 229,234 | 88,293 | 61,137 | 53,265 | 62,900 | 265,595 | 92,422 | 65,126 | 57,730 | 67,607 | 282,885 | 97,763 |
| Cost of goods sold | 140,089 | 131,376 | 141,048 | 54,381 | 37,715 | 32,844 | 38,816 | 163,756 | 56,840 | 40,378 | 35,793 | 41,916 | 174,927 | 60,613 |
| Gross profit | 93,626 | 84,263 | 88,186 | 33,912 | 23,422 | 20,421 | 24,084 | 101,839 | 35,583 | 24,748 | 21,937 | 25,691 | 107,958 | 37,150 |
| R&D | 8,067 | 10,045 | 11,581 | 3,407 | 3,378 | 3,701 | 3,750 | 14,236 | 4,159 | 3,729 | 4,127 | 4,166 | 16,180 | 4,595 |
| SG&A | 14,329 | 14,194 | 15,261 | 4,231 | 4,150 | 4,108 | 4,216 | 16,705 | 4,482 | 4,388 | 4,423 | 4,498 | 17,792 | 4,693 |
| Operating Income | 71,230 | 60,024 | 61,344 | 26,274 | 15,894 | 12,612 | 16,118 | 70,898 | 26,941 | 16,631 | 13,387 | 17,027 | 73,986 | 27,863 |
| Other inc and exp | 1,285 | 1,348 | 2,745 | 756 | 274 | 672 | 303 | 2,005 | 300 | 300 | 300 | 300 | 1,200 | 400 |
| NIBT | 72,515 | 61,372 | 64,089 | 27,030 | 16,168 | 13,284 | 16,421 | 72,903 | 27,241 | 16,931 | 13,687 | 17,327 | 75,186 | 28,263 |
| Taxes | 19,121 | 15,685 | 15,738 | 6,965 | 2,346 | 1,765 | 2,296 | 13,372 | 4,495 | 2,540 | 2,053 | 2,599 | 11,687 | 4,239 |
| Net Income | 53,394 | 45,687 | 48,351 | 20,065 | 13,822 | 11,519 | 14,125 | 59,531 | 22,746 | 14,391 | 11,634 | 14,728 | 63,500 | 24,023 |
| EPS | $9.20 | $8.28 | $9.19 | $3.89 | $2.73 | $2.34 | $2.91 | $11.87 | $4.78 | $3.08 | $2.53 | $3.25 | $13.63 | $5.40 |
| Shares out | 5,793 | 5,500 | 5,252 | 5,158 | 5,068 | 4,927 | 4,848 | 5,000 | 4,762 | 4,680 | 4,601 | 4,526 | 4,642 | 4,453 |
| Dividends per share | $1.98 | $2.18 | $2.40 | $0.63 | $0.63 | $0.73 | $0.73 | $2.72 | $0.73 | $0.73 | $0.78 | $0.78 | $3.02 | $0.78 |
| Dividends | 11,464 | 11,984 | 12,599 | 3,249 | 3,193 | 3,596 | 3,539 | 13,578 | 3,476 | 3,416 | 3,589 | 3,530 | 14,012 | 3,473 |
| **Margins** | | | | | | | | | | | | | | |
| GPM | 40.1% | 39.1% | 38.5% | 38.4% | 38.3% | 38.3% | 38.3% | 38.3% | 38.5% | 38.0% | 38.0% | 38.0% | 38.2% | 38.0% |
| R&D/Revenue | 3.5% | 4.7% | 5.1% | 3.9% | 5.5% | 6.9% | 6.0% | 5.4% | 4.5% | 5.7% | 7.1% | 6.2% | 5.7% | 4.7% |
| SG&A/Revenue | 6.1% | 6.6% | 6.7% | 4.8% | 6.8% | 7.7% | 6.7% | 6.3% | 4.9% | 7.7% | 7.7% | 6.7% | 6.3% | 4.8% |
| Operating Inc | 30.5% | 27.8% | 26.8% | 29.8% | 26.0% | 23.7% | 25.6% | 26.7% | 29.2% | 25.5% | 23.2% | 25.2% | 26.2% | 28.5% |
| NIBT | 31.0% | 28.5% | 28.0% | 30.6% | 26.4% | 24.9% | 26.1% | 27.4% | 29.5% | 26.0% | 23.7% | 25.6% | 26.6% | 28.9% |
| Tax rate | 26.4% | 25.6% | 24.6% | 25.8% | 14.5% | 13.3% | 14.0% | 18.3% | 16.5% | 15.0% | 15.0% | 15.0% | 15.5% | 15.0% |
| Net Income | 22.8% | 21.2% | 21.1% | 22.7% | 22.6% | 21.6% | 22.5% | 22.4% | 24.6% | 22.1% | 20.2% | 21.8% | 22.4% | 24.6% |
| **Annual growth** | | | | | | | | | | | | | | |
| Revenues | 27.9% | -7.7% | 6.3% | 12.7% | 15.6% | 16.8% | 21.1% | 15.9% | 4.7% | 6.5% | 8.4% | 7.5% | 6.5% | 5.8% |
| Operating Income | 35.7% | -15.7% | 2.2% | 12.5% | 12.7% | 17.1% | 22.9% | 15.6% | 2.5% | 4.6% | 6.1% | 5.6% | 4.4% | 3.4% |
| NIBT | 35.6% | -15.4% | 4.4% | 11.8% | 10.1% | 17.5% | 18.0% | 13.8% | 0.8% | 4.7% | 3.0% | 5.5% | 3.1% | 3.7% |
| Net Income | 35.1% | -14.4% | 5.8% | 12.2% | 25.3% | 32.1% | 31.8% | 23.1% | 13.4% | 4.1% | 1.0% | 4.3% | 6.7% | 5.6% |
| EPS | 43.0% | -10.0% | 11.0% | 15.9% | 30.1% | 40.4% | 41.0% | 29.2% | 22.8% | 12.8% | 8.1% | 11.7% | 14.9% | 12.9% |
| Dividends | 9.3% | 10.1% | 10.1% | 10.5% | 10.5% | 15.9% | 15.9% | 13.3% | 15.9% | 6.8% | 6.8% | 6.8% | 11.0% | 6.0% |
| Net cash per share | $24.85 | $27.91 | $29.56 | $31.54 | $28.68 | $26.21 | $25.29 | $25.29 | $24.43 | $22.59 | $21.08 | $21.02 | $21.02 | $21.13 |
| Net cash | (141,204) | (150,553) | (153,215) | (162,697) | (145,386) | (129,143) | (122,617) | (122,617) | (116,332) | (105,723) | (97,014) | (95,116) | (95,116) | (94,095) |
| **FCF** | 69,778 | 50,888 | 50,408 | 25,235 | 11,183 | 16,482 | 64,121 | 64,121 | 18,280 | 16,006 | 16,006 | 21,601 | 68,568 | 23,541 |
| Annual growth | 40% | -27% | -1% | 7% | 18% | 90% | 45% | 27% | -28% | 13% | 43% | 31% | 7% | 29% |
| % of revenue | 30% | 24% | 22% | 29% | 18% | 21% | 24% | 24% | 20% | 19% | 28% | 32% | 24% | 24% |
| Per share | $11.99 | $9.22 | $9.56 | $4.89 | $2.21 | $2.28 | $3.40 | $12.78 | $3.84 | $2.71 | $3.48 | $4.77 | $14.80 | $5.29 |

Source: Company reports; BTIG

**Page 295**

**Exhibit 9**

## Revenue Analysis

| Apple Revenue Analysis | 2015 | 2016 | 2017 | Dec-17 | Mar-18 | Jun-18 | Sep-18 | 2018 | Est Dec-18 | Est Mar-19 | Est Jun-19 | Est Sep-19 | Est 2019 | Est Dec-19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ millions | | | | iPhone 8X<--> | | | | | | | | | | |
| **Revenue by Product** | **233,715** | **215,639** | **229,234** | **88,293** | **61,137** | **53,265** | **62,900** | **265,595** | **92,422** | **65,126** | **57,730** | **67,607** | **282,885** | **97,763** |
| iPhone | 155,041 | 136,700 | 141,319 | 61,576 | 38,032 | 29,906 | 37,185 | 166,699 | 62,344 | 39,385 | 30,952 | 38,800 | 171,481 | 65,481 |
| iPad | 23,227 | 20,628 | 19,222 | 5,862 | 4,113 | 4,741 | 4,089 | 18,805 | 6,319 | 4,313 | 5,459 | 4,621 | 20,712 | 6,446 |
| Mac | 25,471 | 22,831 | 25,850 | 6,895 | 5,848 | 5,330 | 7,411 | 25,484 | 7,421 | 6,399 | 6,394 | 7,710 | 27,924 | 7,380 |
| Services | 19,909 | 24,348 | 29,980 | 8,471 | 9,190 | 9,548 | 9,981 | 37,190 | 10,589 | 11,028 | 11,174 | 11,977 | 44,768 | 12,707 |
| Other Products | 10,067 | 11,132 | 12,863 | 5,489 | 3,954 | 3,740 | 4,234 | 17,417 | 5,750 | 4,000 | 3,750 | 4,500 | 18,000 | 5,750 |
| | | | | | | | | | | | | | | |
| **Annual Revenue Growth** | **27.9%** | **-7.7%** | **6.3%** | **12.7%** | **15.6%** | **16.8%** | **21.1%** | **15.9%** | **4.7%** | **6.5%** | **8.4%** | **7.5%** | **6.5%** | **5.8%** |
| iPhone | 52.0% | -11.8% | 3.4% | 13.2% | 14.4% | 20.4% | 28.9% | 18.0% | 1.2% | 3.6% | 3.5% | 4.3% | 2.9% | 5.0% |
| iPad | -23.3% | -11.2% | -6.8% | 5.9% | 5.8% | -4.6% | -15.4% | -2.2% | 7.8% | 4.9% | 15.2% | 13.0% | 10.1% | 2.0% |
| Mac | 5.8% | -10.4% | 13.2% | -4.8% | 0.1% | 3.4% | 3.4% | -1.4% | 7.6% | 9.4% | 15.2% | 4.0% | 9.6% | -0.6% |
| Services | 10.2% | 22.3% | 23.1% | 18.1% | 30.5% | 28.2% | 27.0% | 24.0% | 25.0% | 20.0% | 20.0% | 20.0% | 20.4% | 20.0% |
| Other Products | 20.1% | 10.6% | 15.5% | 36.4% | 37.6% | 36.7% | 31.0% | 35.4% | 4.8% | 1.2% | 0.3% | 6.3% | 3.3% | 0.0% |
| | | | | | | | | | | | | | | |
| **Revenue Mix** | | | | | | | | | | | | | | |
| iPhone | 66.3% | 63.4% | 61.6% | 69.7% | 62.2% | 56.1% | 59.1% | 62.8% | 67.5% | 60.5% | 53.6% | 57.4% | 60.6% | 67.0% |
| iPad | 9.9% | 9.6% | 8.4% | 6.6% | 6.7% | 8.9% | 6.5% | 7.1% | 6.8% | 6.6% | 9.5% | 6.8% | 7.3% | 6.6% |
| Mac | 10.9% | 10.6% | 11.3% | 7.8% | 9.6% | 10.0% | 11.8% | 9.6% | 8.0% | 9.8% | 11.1% | 11.4% | 9.9% | 7.5% |
| Services | 8.5% | 11.3% | 13.1% | 9.6% | 15.0% | 17.9% | 15.9% | 14.0% | 11.5% | 16.9% | 19.4% | 17.7% | 15.8% | 13.0% |
| Other Products | 4.3% | 5.2% | 5.6% | 6.2% | 6.5% | 7.0% | 6.7% | 6.6% | 6.2% | 6.1% | 6.5% | 6.7% | 6.4% | 5.9% |
| | | | | | | | | | | | | | | |
| **Units** | | | | | | | | | | | | | | |
| iPhone | 231,218 | 211,884 | 216,756 | 77,316 | 52,217 | 41,300 | 46,889 | 217,722 | 76,000 | 52,500 | 41,500 | 47,500 | 217,500 | 77,500 |
| iPad | 54,856 | 45,590 | 43,753 | 13,170 | 9,113 | 11,553 | 9,699 | 43,535 | 12,907 | 8,931 | 11,322 | 9,699 | 42,858 | 12,907 |
| Mac | 20,587 | 18,484 | 19,251 | 5,112 | 4,078 | 3,720 | 5,299 | 18,209 | 5,240 | 4,250 | 4,250 | 5,250 | 18,990 | 5,109 |
| | | | | | | | | | | | | | | |
| **Annual Unit Growth** | | | | | | | | | | | | | | |
| iPhone | 36.6% | -8.4% | 2.3% | -1.2% | 2.9% | 0.7% | 0.5% | 0.4% | -1.7% | 0.5% | 0.5% | 1.3% | -0.1% | 2.0% |
| iPad | -19.3% | -16.9% | -4.0% | 0.7% | 2.1% | 1.1% | -6.1% | -0.5% | -2.0% | -2.0% | -2.0% | 0.0% | -1.6% | 0.0% |
| Mac | 8.9% | -10.2% | 4.1% | -4.9% | -2.9% | -13.3% | -1.6% | -5.4% | 2.5% | 2.5% | 0.0% | 0.0% | 4.3% | -2.5% |
| | | | | | | | | | | | | | | |
| **Average Sales Prices** | | | | | | | | | | | | | | |
| iPhone | 671 | 645 | 652 | 796 | 728 | 724 | 793 | 766 | 820 | 750 | 746 | 817 | 788 | 845 |
| iPad | 423 | 452 | 439 | 445 | 451 | 410 | 422 | 432 | 490 | 483 | 482 | 476 | 483 | 499 |
| Mac | 1,237 | 1,235 | 1,343 | 1,349 | 1,434 | 1,433 | 1,399 | 1,400 | 1,416 | 1,506 | 1,504 | 1,468 | 1,470 | 1,445 |
| | | | | | | | | | | | | | | |
| **Annual ASP Growth** | | | | | | | | | | | | | | |
| iPhone | 11.3% | -3.8% | 1.1% | 14.7% | 11.2% | 19.6% | 28.3% | 17.4% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% |
| iPad | -5.0% | 6.9% | -2.9% | 5.2% | 3.5% | -5.7% | -9.9% | -1.7% | 10.0% | 7.0% | 17.5% | 13.0% | 11.9% | 2.0% |
| Mac | -2.9% | -0.2% | 8.7% | 0.1% | 3.0% | 10.0% | 5.1% | 4.2% | 5.0% | 5.0% | 5.0% | 5.0% | 5.1% | 2.0% |

Source: Company reports; BTIG



**Exhibit 9**

## BTIG Covered Companies Mentioned in this Report

APPLE, INC. (AAPL, Buy, $235.00 PT; Current Price: $222.22; Analyst: Walter.Piecyk)



**Exhibit 9**

## Appendix: Analyst Certification and Other Important Disclosures

### Analyst Certification

I, Walter Piecyk, hereby certify that the views about the companies and securities discussed in this report are accurately expressed and that I have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report.

I, Joseph Galone, hereby certify that the views about the companies and securities discussed in this report are accurately expressed and that I have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report.

### Regulatory Disclosures
### Ratings Definitions

BTIG LLC's ("BTIG") ratings, effective June 12, 2017, are defined as follows:

**BUY** – A security which is expected to produce a positive total return of 15% or greater over the 12 months following the recommendation. The BUY rating may be maintained as long as it is deemed appropriate, notwithstanding price fluctuations that would cause the target to fall outside of the 15% return.

**SELL** – A security which is expected to produce a negative total return of 15% or greater over the next 12 months following the recommendation. The SELL rating may be maintained as long as it is deemed appropriate, notwithstanding price fluctuations that would cause the target to fall outside of the 15% return.

**NEUTRAL** – A security which is not expected to appreciate or depreciate meaningfully over the next 12 months.

**NOT RATED** – A security which is not rated or covered by BTIG.

**UNDER REVIEW** – Effective immediately, coverage of the following securities is Under Review. Ratings, price targets, disclosures, and estimates for the companies listed below are suspended and should no longer be relied upon.

### Distribution of Ratings and Investment Banking Clients

BTIG must disclose in each research report the percentage of all securities rated by the member to which the member would assign a "buy", "neutral" or "sell" rating. The said ratings are updated on a quarterly basis. BTIG must also disclose the percentage of subject companies within each of these three categories for whom the member has provided investment banking services within the previous twelve months. **Stocks under coverage as of the end of the most recent calendar quarter (September 30, 2018): 298**

**Distribution of BTIG's Research Recommendations (as of September 30, 2018):**
**BUY: 58.4%; NEUTRAL: 38.3%; SELL: 3.4%**

**Distribution of BTIG's Investment Banking Services (as of September 30, 2018):**
**BUY: 28.2%; NEUTRAL: 10.5%; SELL: 0.00%**

For purposes of FINRA ratings distribution rules, BTIG's stock ratings of Buy, Neutral and Sell fall into Buy, Hold and Sell categories, respectively.

### Company Valuation and Risk Disclosures
### Apple, Inc. (AAPL, Buy, $235.00 PT)

**Valuation:** Our $235 price target is based on 16.5x our CY 2019 EPS estimate of $14.25, which reflects 12% growth in that year. Our price target implies a free cash flow yield of 6.5% and 7.3% if you reduced the market cap by the more than $123 billion of net cash.

**Risks:** Apple competes against a number of traditional and start-up wireless device manufacturers who are constantly bringing new products to market that could potentially take share from the company. These competitors could also be more willing to cut prices and have promotional offers in the market.

**BTIG**                                                    **Exhibit 9**



Apple, Inc. (AAPL)
($)

*Note: Closing Price and Target Price have been adjusted for corporate actions.*

| Date | Closing Price ($) | Target Price ($) | Analyst | Rating |
|------|-------------------|------------------|---------|--------|
| 14-Mar-13 | 61.79 | 77.14 | Walter Piecyk | Buy |
| 06-Feb-14 | 73.22 | 78.86 | Walter Piecyk | Buy |
| 24-Apr-14 | 81.11 | 85.71 | Walter Piecyk | Buy |
| 01-Jul-14 | 93.52 | 112 | Walter Piecyk | Buy |
| 21-Oct-14 | 102.47 | 128 | Walter Piecyk | Buy |
| 18-Nov-14 | 115.47 | 135 | Walter Piecyk | Buy |
| 28-Jan-15 | 115.31 | 150 | Walter Piecyk | Buy |
| 28-Apr-15 | 130.56 | 160 | Walter Piecyk | Buy |
| 26-Jan-16 | 99.99 | 141 | Walter Piecyk | Buy |
| 26-Apr-16 | 104.35 | 115 | Walter Piecyk | Buy |
| 26-Jul-16 | 96.67 | 124 | Walter Piecyk | Buy |
| 15-Sep-16 | 115.57 | 133 | Walter Piecyk | Buy |
| 01-Mar-17 | 139.79 | 165 | Walter Piecyk | Buy |
| 02-May-17 | 147.51 | 184 | Walter Piecyk | Buy |
| 02-Nov-17 | 168.11 | 198 | Walter Piecyk | Buy |
| 01-May-18 | 169.10 | 207 | Walter Piecyk | Buy |
| 31-Jul-18 | 190.29 | 235 | Walter Piecyk | Buy |

Note: Apple completed a 7-for-1 stock split after the close on June 6, 2014.

## Other Disclosures

Additional Information Available Upon Request

## General Disclosures

Research reports produced by BTIG LLC ("BTIG") are published for and intended to be distributed solely to BTIG institutional and corporate clients. Recipients of BTIG reports will not be considered clients of BTIG solely because they may have received such BTIG report.

The research analyst(s) responsible for the preparation of this report receives compensation based upon a variety of factors, including the quality and accuracy of research, internal/client feedback, and overall Firm revenues.



**Exhibit 9**

BTIG reports are based on public information and BTIG considers the same to be reliable, comprehensive information, but makes no representation or warranty that the reports are accurate or complete. BTIG opinions and information provided in this report are as of the date of the report and may change without notice. An issuer may be classified as "Under Review" or "Research Restricted". In these cases, investors should consider any previous investment recommendation and/or rating to a subject company/issuer to no longer be current and should not be relied upon nor considered a solicitation.

This research report is not an offer to buy or sell or solicitation of an offer to buy or sell any security in any jurisdiction where such an offer or solicitation would be illegal. This research report was not drafted specifically for any particular individual or entity and is not a personal recommendation to participate in any particular trading strategy or transaction. Any recipient of this research report should obtain independent advice specific to their personal circumstances before undertaking any investment activity and must make their own independent evaluation of any securities or financial instruments.

Facts, views or opinions presented in this report have not been reviewed by, and may not reflect information known to, employees or other professionals in the "BTIG Group" (BTIG Group includes, but is not limited to, BTIG and its parents, subsidiaries and/or affiliates). BTIG Group employees, including Sales Representatives and Traders, may provide oral or written commentary or advice that may be inconsistent with the opinions and/or views expressed in this research report. BTIG Group employees and/or its affiliates not involved in the preparation of this research report may have investments in securities or derivatives of securities of companies mentioned in this report that are inconsistent with the views discussed in this report.

Investors in securities products bear certain risks in conjunction with those investments. The value of, and income from, any investments may vary because of changes in interest rates or foreign exchange rates, securities prices or market indexes, operational or financial conditions of companies or other factors within or beyond the companies control. Recipient of the research reports should be aware that investments in securities may pose significant risks due to the inherent uncertainty associated with relying on forecasts of various factors that can affect the earnings, cash flow and overall valuation of a company. Any investment in securities should be undertaken only upon consideration of issues relating to the recipient's overall investment portfolio and objectives (such as diversification by asset class, industry or company) as well as time horizon and liquidity needs. Further, past performance should not be taken as an indication or guarantee of future performance, and no representation or warranty, express or implied, is made regarding future performance. There may be time limitations on the exercise of options or other rights in any securities transactions.

Investing in foreign markets and securities, including ADRs, is subject to additional risks such as currency fluctuation, limited information, political instability, economic risk, and the potential for illiquid markets. Investing in emerging markets may accentuate these risks. Non-U.S. reporting issuers of foreign securities, however, may not make regular or complete public disclosure relating to their financial condition or the securities that they issue.

The trademarks and service marks contained herein are the property of their respective owners. Third-party data providers make no warranties or representations of any kind relating to the accuracy, completeness, or timeliness of the data they provide and shall not have liability of any damages of any kind relating to such data. The report or any portion hereof may not be reprinted, sold or redistributed without the written consent of BTIG. This report is intended only for use by the recipient. The recipient acknowledges that all research and analysis in this report are the property of BTIG and agrees to limit the use of all publications received from BTIG within his, or her or its, own company or organization. No rights are given for passing on, transmitting, re transmitting or reselling the information provided.

## Jurisdiction and Dissemination

BTIG is a U.S. broker-dealer and member of FINRA and SIPC.



**Exhibit 9**

BTIG Australia Limited ACN 128 554 601, member of ASIC and ASX; BTIG Hong Kong Limited, an Exchange Participant of SEHK and licensed and regulated by the SFC; BTIG Ltd, member of the LSE, authorized and regulated by the FSA; and BTIG Singapore Pte Ltd, registered and licensed with MAS; are all separate but affiliated entities of BTIG. Unless governing law permits otherwise, you must contact a BTIG entity in your home jurisdiction for further information, or if you want to use our services in effecting a transaction.

Issued and approved for distribution in the UK and EEA by BTIG Ltd. to eligible counterparties and professional clients only. Issued and distributed in Australia to "wholesale clients" only by BTIG Australia Limited. In Singapore and Hong Kong, further information may be obtained from BTIG Singapore Pte Ltd and BTIG Hong Kong Limited, respectively.

**Exhibit 9**



# CROSS RESEARCH

*CROSSfire*

| | | |
|---|---|---|
| **Apple Inc.**<br>**AAPL: $222.22**<br>**Buy** | **F4Q18 Quick Take; Solid Quarter But Guidance Reflects Uncertainty** | **November 1, 2018** |

<u>Imaging Technology</u>
<u>IT Hardware</u>
<u>Enterprise Software</u>
<u>IT Services</u>

**Shannon Cross**
shannon@crossresearch.com
973-376-8600

**Robert Cross**
rob@crossresearch.com
973-376-8600

**Ashley Ellis**
ashley@crossresearch.com

## Summary

Apple (AAPL, Buy) reported F4Q18 results better than our above the Street estimates. Revenue was $62.9 billion (up 20% y/y), versus our estimate of $62.2 billion and the Street at $61.4 billion and EPS was $2.91, versus our estimate of $2.82 and the Street at $2.78. The revenue beat was driven by better than expected iPad and Mac units, while iPhone revenue was in-line with our estimate but reflected a strong mix of high-end units as ASP came in $793, 6% above our estimate and up 28% y/y. Services revenue was up 17% y/y, slightly lower than our 20% estimate while Other revenue was up 31% y/y, better than our 21% y/y estimate, likely on Wearables strength. However, Apple guided F1Q19 below our estimates which we think may be conservative given currency and macro headwinds as international sales accounted for 61% of F4Q18 revenue. We also note that Apple's guidance range for the December quarter ($89 billion to $93 billion) is the widest range we remember which likely reflects management uncertainty. We note Greater China revenue was up 16% y/y, the slowest growth of the company's major geos, albeit still strong. Reiterate Buy and $260 price target.

**Apple management is hosting a conference call to discuss the results at 5:00PM ET. Dial-in number is (888) 254-3590.**

### CROSS RESEARCH

#### Apple Earnings Guidance (US$ in millions)

| | F1Q19E Earnings | | | |
|---|---|---|---|---|
| | Cross Estimates | vs. Mid-Range | Forward Guidance Low | High |
| **Revenue** | $94,693 | 4.1% | $89,000 | $93,000 |
| **Gross Margin** | 38.5% | 28 bps | 38.0% | 38.5% |
| **Opex** | $8,617 | -1.5% | $8,700 | $8,800 |
| **OIE** | $400 | 33.3% | $300 | |
| **Tax Rate** | 18.5% | 200 bps | 16.5% | |
| **Implied EPS** | $4.92 | $0.27 | $4.49 | $4.82 |

Source: Cross Research Estimates and Company Reports
Copyright Cross Research LLC 2018

### Quarter Highlights

- iPhone units were 46.9 million (flat y/y), below our estimate of 49.7 million. iPhone ASPs were $793 (up 28% y/y), above our estimate of $750.
- iPad units were 9.7 million (down 6% y/y), above our estimate of 9.3 million. iPad ASPs were $422 (down 10% y/y), above our estimate of $419.

**Exhibit 9**



CROSS RESEARCH

| | | |
|---|---|---|
| **Apple Inc.** | | |
| **AAPL: $222.22** | **F4Q18 Quick Take; Solid Quarter But Guidance Reflects** | **November 1, 2018** |
| **Buy** | **Uncertainty** | |

- Mac units were 5.3 million (down 2% y/y), above our estimate of 4.9 million. Mac ASPs were $1,399 (up 5% y/y), below our estimate of $1,412.
- Services revenue was $10.0 billion (up 17% y/y), slightly below our estimate of $10.2 billion.
- Other Product revenue was $4.2 billion (up 31% y/y), above our estimate of $3.9 billion.
- Gross margin was 38.3% (up 38 bps y/y but down 5 bps q/q), in-line with our estimate.
- Other Income was $303 million (down 62% y/y), essentially in-line with our estimate and guidance.
- The company generated $19.5 billion of cash from operations and ended the quarter with $237.1 billion of cash and marketable securities.

**Exhibit 9**

 **CROSS RESEARCH**

| Apple Inc.<br>AAPL: $222.22<br>Buy | F4Q18 Quick Take; Solid Quarter But Guidance Reflects<br>Uncertainty | November 1, 2018 |
|---|---|---|

## Regulatory Required Disclosures

### Analyst Certification

We Shannon Cross, Robert Cross and Ashley Ellis hereby certify that the views expressed in the foregoing research report accurately reflect our personal views about the subject securities as of the date of this report. The Analyst(s) responsible for covering the securities mentioned in this report does not receive direct or indirect compensation for the specific recommendation(s) in this research report.



| Distribution of Ratings by Coverage Universe | | |
|---|---|---|
| **Rating** | **Count** | **Percent** |
| **BUY** | 19 | 50.00 |
| **HOLD** | 18 | 47.37 |
| **SELL** | 1 | 2.63 |

**Cross Research Rating Key:**
**Buy:** In the analyst's opinion, the stock will outperform the general market over the next 12 months.
**Hold:** In the analyst's opinion, the stock will perform inline with the general market over the next 12 months.
**Sell:** In the analyst's opinion, the stock will underperform the general market over the next 12 months.
**Cross Research Disclosure Information; Additional Information Available Upon Request**
Cross Research LLC ("CR") is an state registered Investment Advisor. CR has not, and does not intend, to engage in investment banking services. CR neither owns corporate securities nor acts as a market maker in any security. CR prohibits all employees from trading securities within its coverage universe. This report is intended solely for informational purposes, and should not be construed as an offer or solicitation to buy or sell any security. This report is provided solely for institutional / professional investors who are expected to make their own investment decisions without undue reliance on this report. CR accepts no liability for any direct or consequential loss arising from any use of this document or its contents. This report may contain forward-looking statements. Past performance is not indicative of future results. The information and opinions contained in this document are based on public sources believed to be reliable, but no representation or warranty, expressed or implied is made as to its accuracy, completeness or correctness. No part of this material may be copied, photocopied or duplicated in any form by any means or redistributed without the prior written consent of CR. Copyright 2018 Cross Research LLC.



**Exhibit 9**

Equity Research

1 November 2018 | 11:25PM PDT

## Apple Inc. (AAPL)

### FQ4'18 Wrap: Guidance weak on EM and FX weakness; ASPs higher

**Neutral**

| AAPL | 12m Price Target: **$222.00** | Price: **$222.22** | Downside: **0.1%** |
|---|---|---|---|

Apple reported strong FQ4 revenue, but missed on FQ1 guidance due to weakness in EMs and adverse currency movements. The company said they did not see weak consumer demand in China in FQ4 but we believe FQ1 guidance may still assume some potential for weaker demand there given ongoing macro uncertainty. As we had expected heading into the print, ASPs were strong (7.5% beat) and we are taking up our ASP numbers for FY19, but reducing our iPhone units estimate. Apple also announced that they will stop providing unit data beginning next quarter though they will begin providing margins for both services and product. We also believe the company is likely to continue to provide segment level active installed base numbers irregularly. Overall, our FY19 EPS declines by 5.5% and we are taking down our 12-month PT to $222 from $240 based on a 16x P/E multiple and our lower earnings forecast. Remain Neutral.

**Key takeaways:**

- **FQ1'19 Guidance Miss Due to EMs.** The midpoint of FQ1'19 (Dec'18 QTR) revenue guidance at $91bn (range: $89bn-$93bn) missed our estimate by 4.3% and FactSet consensus by 2.1%, gross margin at 38.3% (range: 38.0%-38.5%) came in 0.1pp below our estimate and 0.3pp below consensus. The implied FQ1'19 EPS at $4.54 (range: $4.36-$4.72) missed our estimate by 10.1% and cons by 7.7%. We believe consumer weakness in markets such as Turkey, Russia, India, Brazil and possibly China is driving the weaker guidance. Turkey, Russia, India and Brazil alone contributed 6% of total iPhone units in FQ1'18.

- **No Signs of Weakness in China.** Revenue in Greater China grew 16% Y/Y in FQ4'18 to $11.4bn and management commented that they have not seen any signs of weakness in

Rod Hall, CFA
+1(415)249-7437 | rod.hall@gs.com
Goldman Sachs & Co. LLC

Ashwin Kesireddy
+1(415)249-7489 | ashwin.kesireddy@gs.com
Goldman Sachs & Co. LLC

Balaji Krishnamurthy, CFA
+1(415)249-7482 | balaji.krishnamurthy@gs.com
Goldman Sachs & Co. LLC

RK Raghunathan Kamesh
+1(415)249-7443 | rk.raghunathankamesh@gs.com
Goldman Sachs & Co. LLC

**Key Data**

Market cap: $1.1tr
Enterprise value: $972.2bn
3m ADTV: $7.3bn
United States
America-Consumer Hardware & Mobility: Neutral
M&A Rank: 3
GS SUSTAIN 50 List

**GS Forecast**

| | 9/17 | 9/18E | 9/19E | 9/20E |
|---|---|---|---|---|
| Revenue ($ mn) New | 229,234.0 | 265,595.0 | 279,666.8 | 291,749.5 |
| Revenue ($ mn) Old | 229,234.0 | 263,947.2 | 285,850.4 | 300,029.8 |
| EBITDA ($ mn) | 71,501.0 | 81,801.0 | 84,583.3 | 89,828.5 |
| EBIT ($ mn) | 61,344.0 | 70,898.0 | 73,101.9 | 77,464.7 |
| EPS ($) New | 9.21 | 11.91 | 13.44 | 15.23 |
| EPS ($) Old | 9.21 | 11.78 | 14.22 | 16.18 |
| P/E (X) | 14.9 | 18.7 | 16.5 | 14.6 |
| Dividend yield (%) | 1.8 | 1.2 | 1.4 | 1.7 |
| Net debt/EBITDA (X) | (2.1) | (1.5) | (1.0) | (0.5) |

| | 6/18 | 9/18E | 12/18E | 3/19E |
|---|---|---|---|---|
| EPS ($) | 2.34 | 2.91 | 4.73 | 3.07 |

**GS Factor Profile**



Source: Company data, Goldman Sachs Research estimates.
See disclosures for details.

Goldman Sachs does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. For Reg AC certification and other important disclosures, see the Disclosure Appendix, or go to www.gs.com/research/hedge.html. Analysts employed by non-US affiliates are not registered/qualified as research analysts with FINRA in the U.S.

For the exclusive use of MATTBLAKE@APPLE.COM

For the exclusive use of MATTBLAKE@APPLE.COM

**Goldman Sachs**

# Exhibit 9

Apple Inc. (AAPL)



**Neutral**

## Apple Inc. (AAPL)
Rating since Feb 6, 2018

### Ratios & Valuation

| | 9/17 | 9/18E | 9/19E | 9/20E |
|---|---|---|---|---|
| P/E (X) | 14.9 | 18.7 | 16.5 | 14.6 |
| EV/EBITDA (X) | 7.9 | 12.0 | 11.1 | 10.0 |
| EV/sales (X) | 2.5 | 3.7 | 3.4 | 3.1 |
| FCF yield (%) | 7.2 | 5.8 | 5.7 | 6.6 |
| EV/DACF (X) | 8.4 | 23.8 | 12.7 | 11.4 |
| CROCI (%) | 28.3 | 16.6 | 33.9 | 45.9 |
| ROE (%) | 36.9 | 49.4 | 64.9 | 87.9 |
| Net debt/EBITDA (X) | (2.1) | (1.5) | (1.0) | (0.5) |
| Net debt/equity (%) | (114.3) | (114.4) | (98.3) | (70.8) |
| Interest cover (X) | 26.4 | 23.9 | 31.8 | 36.5 |
| Inventory days | 9.0 | 9.8 | 8.8 | 9.4 |
| Receivable days | 26.8 | 28.2 | 29.8 | 28.9 |
| Days payable outstanding | 105.5 | 111.6 | 118.5 | 116.1 |

### Growth & Margins (%)

| | 9/17 | 9/18E | 9/19E | 9/20E |
|---|---|---|---|---|
| Total revenue growth | 6.3 | 15.9 | 5.3 | 4.3 |
| EBITDA growth | 1.4 | 14.4 | 3.4 | 6.2 |
| EPS growth | 10.8 | 29.3 | 12.9 | 13.3 |
| DPS growth | 10.1 | 13.3 | 16.2 | 16.5 |
| Gross margin | 38.5 | 38.3 | 38.4 | 38.4 |
| EBIT margin | 26.8 | 26.7 | 26.1 | 26.6 |

### Price Performance



AAPL ($)    S&P 500

| | 3m | 6m | 12m |
|---|---|---|---|
| Absolute | 10.3% | 31.4% | 33.2% |
| Rel. to the S&P 500 | 13.2% | 27.3% | 25.3% |

Source: FactSet. Price as of 1 Nov 2018 close.

### Income Statement ($ mn)

| | 9/17 | 9/18E | 9/19E | 9/20E |
|---|---|---|---|---|
| Total revenue | 229,234.0 | 265,595.0 | 279,666.8 | 291,749.5 |
| Cost of goods sold | (141,048.0) | (163,756.0) | (172,402.0) | (179,709.2) |
| SG&A | (15,261.0) | (16,705.0) | (18,512.9) | (18,867.2) |
| R&D | (11,581.0) | (14,236.0) | (15,650.1) | (15,708.5) |
| Other operating inc./(exp.) | -- | -- | -- | -- |
| **EBITDA** | **71,501.0** | **81,801.0** | **84,583.3** | **89,828.5** |
| Depreciation & amortization | (10,157.0) | (10,903.0) | (11,481.4) | (12,363.8) |
| **EBIT** | **61,344.0** | **70,898.0** | **73,101.9** | **77,464.7** |
| Net interest inc./(exp.) | 2,745.0 | 2,005.0 | 856.0 | 121.3 |
| Income/(loss) from associates | -- | -- | -- | -- |
| **Pre-tax profit** | **64,089.0** | **72,903.0** | **73,957.9** | **77,586.0** |
| Provision for taxes | (15,738.0) | (13,372.0) | (11,833.3) | (12,413.8) |
| Minority interest | -- | -- | -- | -- |
| Preferred dividends | -- | -- | -- | -- |
| **Net inc. (pre-exceptionals)** | **48,351.0** | **59,531.0** | **62,124.6** | **65,172.2** |
| **Net inc. (post-exceptionals)** | **48,351.0** | **59,531.0** | **62,124.6** | **65,172.2** |
| **EPS (basic, pre-except) ($)** | **9.27** | **12.01** | **13.52** | **15.32** |
| **EPS (diluted, pre-except) ($)** | **9.21** | **11.91** | **13.44** | **15.23** |
| **EPS (ex-ESO exp., dil.) ($)** | **--** | **--** | **--** | **--** |
| DPS ($) | 2.40 | 2.72 | 3.16 | 3.68 |
| Div. payout ratio (%) | 25.9 | 22.6 | 23.4 | 24.0 |
| Wtd avg shares out. (basic) (mn) | 5,217.2 | 4,955.4 | 4,594.8 | 4,254.8 |
| Wtd avg shares out. (diluted) (mn) | 5,251.7 | 5,000.1 | 4,622.6 | 4,280.5 |

### Balance Sheet ($ mn)

| | 9/17 | 9/18E | 9/19E | 9/20E |
|---|---|---|---|---|
| Cash & cash equiva.ents | 20,289.0 | 25,913.0 | 40,771.8 | 55,742.7 |
| Accounts receiva.e | 17,874.0 | 23,186.0 | 22,545.1 | 23,697.5 |
| Inventory | 4,855.0 | 3,956.0 | 4,321.2 | 4,977.9 |
| Other current assets | 85,627.0 | 78,284.0 | 70,147.2 | 68,187.8 |
| **Total current assets** | **128,645.0** | **131,339.0** | **137,785.3** | **152,605.9** |
| Net PP&E | 33,783.0 | 41,304.0 | 48,333.7 | 55,131.4 |
| Net intangib.es | 2,298.0 | 2,149.0 | 2,349.0 | 2,549.0 |
| Tota. investments | 194,714.0 | 170,799.0 | 110,799.0 | 50,799.0 |
| Other .ong-term assets | 15,879.0 | 20,134.0 | 27,894.0 | 35,654.0 |
| **Total assets** | **375,319.0** | **365,725.0** | **327,161.0** | **296,739.3** |
| Accounts payab.e | 44,242.0 | 55,888.0 | 56,008.2 | 58,295.6 |
| Short-term debt | 18,473.0 | 20,748.0 | 20,748.0 | 20,748.0 |
| Other current .iabi.ities | 38,099.0 | 40,230.0 | 32,522.8 | 30,904.3 |
| **Total current liabilities** | **100,814.0** | **116,866.0** | **109,279.0** | **109,947.9** |
| Long-term debt | 97,207.0 | 93,735.0 | 88,235.0 | 80,977.0 |
| Other .ong-term .iabi.ities | 43,251.0 | 47,977.0 | 45,094.3 | 41,867.0 |
| **Total long-term liabilities** | **140,458.0** | **141,712.0** | **133,329.1** | **122,844.0** |
| **Total liabilities** | **241,272.0** | **258,578.0** | **242,608.1** | **232,792.0** |
| Preferred shares | -- | -- | -- | -- |
| **Total common equity** | **134,047.0** | **107,147.0** | **84,439.8** | **63,834.3** |
| **Minority interest** | **--** | **--** | **--** | **--** |
| **Total liabilities & equity** | **375,319.0** | **365,725.0** | **327,048.0** | **296,626.3** |
| BVPS ($) | 25.12 | 22.56 | 19.14 | 15.66 |

### Cash Flow ($ mn)

| | 9/17 | 9/18E | 9/19E | 9/20E |
|---|---|---|---|---|
| Net income | 48,351.0 | 59,531.0 | 62,124.6 | 65,172.2 |
| D&A add-back | 10,157.0 | 10,903.0 | 11,481.4 | 12,363.8 |
| Minority interest add-back | -- | -- | -- | -- |
| Net (inc)/dec working capital | (4,923.0) | 34,694.0 | (2,494.3) | (2,330.8) |
| Others | 10,640.0 | (27,694.0) | 1,060.3 | 1,256.9 |
| **Cash flow from operations** | **64,225.0** | **77,434.0** | **72,172.0** | **76,462.1** |
| Capital expenditures | (12,451.0) | (13,313.0) | (13,838.1) | (14,488.5) |
| Acquisitions | (673.0) | (721.0) | (1,000.0) | (1,000.0) |
| Divestitures | -- | -- | -- | -- |
| Others | (33,322.0) | 30,100.0 | 53,040.0 | 53,040.0 |
| **Cash flow from investing** | **(46,446.0)** | **16,066.0** | **38,201.9** | **37,551.5** |
| Dividends paid | (12,769.0) | (13,712.0) | (14,586.1) | (15,728.7) |
| Share issuance/(repurchase) | (33,592.0) | (74,596.0) | (76,056.0) | (76,056.0) |
| Inc/(decr) in debt | 29,014.0 | 432.0 | (5,500.0) | (7,258.0) |
| Others | -- | -- | -- | -- |
| **Cash flow from financing** | **(17,347.0)** | **(87,876.0)** | **(96,142.1)** | **(99,042.7)** |
| **Total cash flow** | **432.0** | **5,624.0** | **14,231.8** | **14,971.0** |
| Free cash flow | 51,774.0 | 64,121.0 | 58,333.9 | 61,973.6 |
| Free cash flow per share ($) | 9.92 | 12.94 | 12.70 | 14.57 |

Source: Company data, Goldman Sachs Research estimates.

**Exhibit 9**

Apple Inc. (AAPL)

For the exclusive use of MATTBLAKE@APPLE.COM

China through the end of September. We believe the high end smartphone market remained strong during Q3, while the low/mid end category deteriorated. We believe Golden week smartphone sales in early October were down about 20% Y/Y with Apple also seeing some weakness in that holiday but this was before the popular XR launched. While Apple indicated China was fine in FQ4 to Sept for them we believe the company likely sees some demand risk there in the December quarter.

- **iPhone ASP strength.** Reported iPhone ASP at $793 beat our estimate by ~$55 or 7.5% due to a better than expected mix of XS and XS Max. We are increasing our FQ1'19 ASP by ~2% to $835. We believe Apple is seeing better price elasticity at higher price points as its sticky base of users are willing to pay up for more features. Should Apple find even more expensive features to add to its devices that it believes add value for users we think they would not hesitate to increase high end device prices further.

- **NAND Unwind Could Still Show up.** Apple guided to roughly flat margins Q/Q in FQ1'19, in spite of the improved NAND pricing environment. Management noted only 30bps of favorable impact from NAND during FQ1'19. We note that FQ4'18 margins were also flat Q/Q. It seems likely to us that Apple is still utilizing higher cost NAND out of inventory and not yet benefitting from the full impact of recent price declines. We believe this is evident in the aggressive draw down of inventory in FQ4'18 (down ~$2bn Q/Q vs. last three years avg of +$772m). We believe this leaves some room for gross margin outperformance in FY19 as Apple starts realizing the benefits of current lower NAND prices with a lag.

- **Reduced Disclosures.** Management on the call commented that Apple will stop reporting shipments of iPhone, Mac and iPad units starting in FQ1'19. The company will still report revenue by segments and will provide additional disclosure in the form of gross margin splits between Products and Services.

- **FQ4'18 beat driven by strong iPhone ASP.** Total revenue of $62.9bn in FQ4 was 2.7% above our estimate of $61.3bn, driven primarily by higher iPhone revenue but partially offset by lower iPad revenue. Gross Margin of 38.3% and OpEx of $8.0bn were both roughly in-line with our estimates. FQ4 EPS at $2.91 was 4.9% above our estimate of $2.78.

Goldman Sachs

**Exhibit 9** Apple Inc. (AAPL)

**Exhibit 1: FQ4'18 Earnings summary**

| | Q4'18 Sep-18 | GS Q4'18 Sep-18E | Cons Q4'18 Sep-18E | Q4'17 Sep-17 | Q3'18 Jun-18 | Growth (%) Y/Y | Q/Q | Difference (%) vs. GSe | vs. Cons |
|---|---|---|---|---|---|---|---|---|---|
| Revenues ($mn) | 62,900 | 61,252 | 61,458 | 52,579 | 53,265 | 19.6% | 18.1% | 2.7% | 2.3% |
| Product ($mn) | 52,919 | 51,264 | 51,284 | 44,078 | 43,717 | 20.1% | 21.0% | 3.2% | 3.2% |
| iPhone | 37,185 | 35,272 | 35,563 | 28,846 | 29,906 | 28.9% | 24.3% | 5.4% | 4.6% |
| *Units (mn)* | *46.9* | *47.8* | *47.5* | *46.7* | *41.3* | *0.5%* | *13.5%* | *(2.0%)* | *(1.3%)* |
| *ASP ($)* | *793* | *737* | *751* | *618* | *724* | *28.3%* | *9.5%* | *7.5%* | *5.6%* |
| iPad | 4,089 | 4,587 | 4,623 | 4,831 | 4,741 | (15.4%) | (13.8%) | (10.8%) | (11.6%) |
| Mac | 7,411 | 7,385 | 6,915 | 7,170 | 5,330 | 3.4% | 39.0% | 0.4% | 7.2% |
| *Other products* | *4,234* | *4,019* | *4,182* | *3,231* | *3,740* | *31.0%* | *13.2%* | *5.3%* | *1.2%* |
| Services ($m) | 9,981 | 9,989 | 10,174 | 8,501 | 9,548 | 17.4% | 4.5% | (0.1%) | (1.9%) |
| | | | | | | | | | |
| Gross profit ($m) | 24,084 | 23,460 | 23,502 | 19,931 | 20,421 | 20.8% | 17.9% | 2.7% | 2.5% |
| *Gross margin (%)* | *38.3%* | *38.3%* | *38.2%* | *37.9%* | *38.3%* | *0.4pp* | *0.0pp* | *0.0pp* | *0.0pp* |
| | | | | | | | | | |
| OpEx ($m) | 7,966 | 8,024 | 7,931 | 6,811 | 7,809 | 17.0% | 2.0% | (0.7%) | 0.4% |
| R&D ($mn) | 3,750 | 3,675 | | 2,997 | 3,701 | 25.1% | 1.3% | 2.0% | NA |
| SG&A ($mn) | 4,216 | 4,349 | | 3,814 | 4,108 | 10.5% | 2.6% | (3.1%) | NA |
| *OpEx as a % of sales* | *12.7%* | *13.1%* | *12.9%* | *13.0%* | *14.7%* | *-0.3%* | *-2.0%* | *-0.4%* | *-0.2%* |
| | | | | | | | | | |
| EBIT ($m) | 16,118 | 15,436 | 15,571 | 13,120 | 12,612 | 22.9% | 27.8% | 4.4% | 3.5% |
| *EBIT margin (%)* | *25.6%* | *25.2%* | *25.3%* | *25.0%* | *23.7%* | *0.7pp* | *1.9pp* | *0.3pp* | *0.3pp* |
| | | | | | | | | | |
| EBT ($m) | 16,421 | 15,779 | 15,846 | 13,917 | 13,284 | 18.0% | 23.6% | 4.1% | 3.6% |
| | | | | | | | | | |
| Tax ($m) | 2,296 | 2,367 | 2,360 | 3,203 | 1,765 | (28.3%) | 30.1% | (3.0%) | (2.7%) |
| *Tax rate (%)* | *14.0%* | *15.0%* | *14.9%* | *23.0%* | *13.3%* | *-9.0pp* | *0.7pp* | *-1.0pp* | *-0.9pp* |
| | | | | | | | | | |
| Net income ($m) | 14,125 | 13,412 | 13,491 | 10,714 | 11,519 | 31.8% | 22.6% | 5.3% | 4.7% |
| **EPS ($)** | **$2.91** | **$2.78** | **$2.78** | **$2.07** | **$2.34** | **41.0%** | **24.6%** | **4.9%** | **5.0%** |

Source: Company data, Goldman Sachs Global Investment Research, FactSet

**Exhibit 2: FQ1'19 Guidance summary**

| FQ1'19 Guidance | Low | High | Mid | GSe | vs GSe | Cons | vs Cons |
|---|---|---|---|---|---|---|---|
| Revenues ($m) | $89,000 | $93,000 | $91,000 | $95,101 | (4.3%) | $92,937 | (2.1%) |
| Gross margin (%) | 38.0% | 38.5% | 38.3% | 38.4% | -0.1pp | 38.5% | -0.3pp |
| OpEx ($m) | $8,700 | $8,800 | $8,750 | $8,343 | 4.9% | $8,378 | 4.4% |
| Other income/ (expense) ($m) | 300 | 300 | 300 | | | | |
| Tax rate (%) | 16.5% | 16.5% | 16.5% | 16.0% | 0.5pp | 15.8% | 0.7pp |
| Implied Net Income | 21,142 | 22,883 | 22,009 | | | | |
| Implied EPS | $4.36 | $4.72 | $4.54 | $5.05 | (10.1%) | $4.92 | (7.7%) |

Source: Company data, Goldman Sachs Global Investment Research, FactSet

For the exclusive use of MATTBLAKE@APPLE.COM

Goldman Sachs

**Exhibit 9** Apple Inc. (AAPL)

For the exclusive use of MATTBLAKE@APPLE.COM

**Exhibit 3: iPhone ASP Trend**



Source: Company data, Goldman Sachs Global Investment Research

**Exhibit 4: iPhone Units Trend**
units in millions



Source: Company data, Goldman Sachs Global Investment Research

Goldman Sachs

# Exhibit 9

Apple Inc. (AAPL)

**Exhibit 5: Apple Inventory Trend**
$ in millions



Source: Company data, Goldman Sachs Global Investment Research

For the exclusive use of MATTBLAKE@APPLE.COM

**Page 310**

Goldman Sachs

**Exhibit 9** ...(AAPL)

# Forecast Changes

**Exhibit 6: Apple: FQ1'19 Forecast Changes**

For the exclusive use of MATTBLAKE@APPLE.COM

| (millions of U.S. Dollars) | Q418 Sep-18 | Q1'19 Dec-18E | Q2'19 Mar-19E | Q3'19 Jun-19E | Q4'19 Sep-19E | FY'18E | FY'19E | FY'20E |
|---|---|---|---|---|---|---|---|---|
| **Revenues NEW** | 62,900 | 92,006 | 65,639 | 57,288 | 64,734 | 265,595 | 279,667 | 291,750 |
| Revenues OLD | 61,252 | 95,101 | 67,092 | 58,354 | 65,303 | 263,947 | 285,850 | 300,030 |
| Change ($m) | 1,648 | -3,095 | -1,453 | -1,066 | -569 | 1,648 | -6,184 | -8,280 |
| Change (%) | 2.7% | -3.3% | -2.2% | -1.8% | -0.9% | 0.6% | -2.2% | -2.8% |
| | | | | | | | | |
| Product revenues NEW | 52,919 | 81,946 | 54,657 | 45,878 | 52,798 | 228,405 | 235,279 | 239,537 |
| Product revenues OLD | 51,264 | 85,042 | 56,110 | 46,944 | 53,367 | 226,750 | 241,463 | 247,817 |
| Change ($m) | 1,655 | -3,095 | -1,453 | -1,066 | -569 | 1,655 | -6,183 | -8,280 |
| Change (%) | 3.2% | -3.6% | -2.6% | -2.3% | -1.1% | 0.7% | -2.6% | -3.3% |
| | | | | | | | | |
| **iPhone revenues NEW** | 37,185 | 62,144 | 40,242 | 31,164 | 36,730 | 166,699 | 170,280 | 172,378 |
| iPhone revenues OLD | 35,272 | 65,296 | 41,765 | 32,265 | 37,347 | 164,786 | 176,673 | 180,771 |
| Change ($m) | 1,913 | -3,152 | -1,523 | -1,101 | -617 | 1,913 | -6,393 | -8,393 |
| Change (%) | 5.4% | -4.8% | -3.6% | -3.4% | -1.7% | 1.2% | -3.6% | -4.6% |
| | | | | | | | | |
| **iPhone units (millions) NEW** | 46.9 | 74.4 | 51.9 | 41.4 | 47.1 | 217.7 | 214.8 | 214.4 |
| iPhone units (millions) OLD | 47.8 | 80.1 | 54.4 | 43.1 | 48.5 | 218.7 | 226.1 | 225.7 |
| Change (m) | -0.9 | -5.6 | -2.4 | -1.8 | -1.5 | -0.9 | -11.3 | -11.4 |
| Change (%) | -2.0% | -7.0% | -4.5% | -4.2% | -3.0% | -0.4% | -5.0% | -5.0% |
| | | | | | | | | |
| iPhone ASP ($) NEW | 793 | 835 | 775 | 754 | 780 | 766 | 793 | 804 |
| iPhone ASP ($) OLD | 737 | 815 | 768 | 748 | 770 | 754 | 781 | 801 |
| Change ($) | 55.6 | 19.5 | 6.6 | 5.8 | 10.7 | 12.0 | 11.4 | 3.3 |
| Change (%) | 7.5% | 2.4% | 0.9% | 0.8% | 1.4% | 1.6% | 1.5% | 0.4% |
| | | | | | | | | |
| iPad revenues NEW | 4,089 | 5,672 | 3,878 | 4,662 | 4,553 | 18,805 | 18,764 | 18,708 |
| iPad revenues OLD | 4,587 | 5,802 | 3,950 | 4,729 | 4,586 | 19,303 | 19,068 | 18,780 |
| Change ($m) | -498 | -130 | -73 | -68 | -33 | -498 | -303 | -72 |
| Change (%) | -10.8% | -2.2% | -1.8% | -1.4% | -0.7% | -2.6% | -1.6% | -0.4% |
| | | | | | | | | |
| Mac revenues NEW | 7,411 | 7,667 | 5,911 | 5,786 | 7,036 | 25,484 | 26,400 | 26,611 |
| Mac revenues OLD | 7,385 | 7,637 | 5,895 | 5,772 | 7,016 | 25,458 | 26,319 | 26,581 |
| Change ($m) | 26 | 30 | 16 | 14 | 20 | 26 | 81 | 31 |
| Change (%) | 0.4% | 0.4% | 0.3% | 0.2% | 0.3% | 0.1% | 0.3% | 0.1% |
| | | | | | | | | |
| Other products revenues NEW | 4,234 | 6,463 | 4,626 | 4,267 | 4,479 | 17,417 | 19,835 | 21,840 |
| Other products revenues OLD | 4,019 | 6,307 | 4,500 | 4,178 | 4,418 | 17,202 | 19,403 | 21,686 |
| Change ($m) | 215 | 157 | 126 | 89 | 61 | 215 | 432 | 154 |
| Change (%) | 5.3% | 2.5% | 2.8% | 2.1% | 1.4% | 1.2% | 2.2% | 0.7% |
| | | | | | | | | |
| Services revenues NEW | 9,981 | 10,059 | 10,982 | 11,410 | 11,936 | 37,190 | 44,387 | 52,212 |
| Services revenues OLD | 9,989 | 10,059 | 10,982 | 11,410 | 11,936 | 37,198 | 44,388 | 52,213 |
| Change ($m) | -8 | 0 | 0 | 0 | 0 | -8 | 0 | 0 |
| Change (%) | -0.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| | | | | | | | | |
| **GAAP Gross Profit NEW** | 24,084 | 35,238 | 25,271 | 22,027 | 24,729 | 101,839 | 107,265 | 112,040 |
| GAAP Gross Profit OLD | 23,460 | 36,481 | 25,911 | 22,490 | 24,979 | 101,215 | 109,860 | 115,512 |
| Change ($m) | 624 | -1,243 | -640 | -462 | -250 | 624 | -2,595 | -3,472 |
| Change (%) | 2.7% | -3.4% | -2.5% | -2.1% | -1.0% | 0.6% | -2.4% | -3.0% |
| | | | | | | | | |
| **Gross Margin NEW** | 38.3% | 38.3% | 38.5% | 38.5% | 38.2% | 38.3% | 38.4% | 38.4% |
| Gross Margin OLD | 38.3% | 38.4% | 38.6% | 38.5% | 38.3% | 38.3% | 38.4% | 38.5% |
| Change (pp) | 0.0pp | -0.1pp | -0.1pp | -0.1pp | -0.1pp | 0.0pp | -0.1pp | -0.1pp |
| | | | | | | | | |
| GAAP OpEx NEW | 7,966 | 8,750 | 8,467 | 8,479 | 8,467 | 30,941 | 34,163 | 34,576 |
| GAAP OpEx OLD | 8,024 | 8,343 | 8,229 | 8,252 | 8,236 | 30,999 | 33,061 | 34,022 |
| Change ($m) | -58 | 407 | 238 | 226 | 231 | -58 | 1,102 | 554 |
| Change (%) | -0.7% | 4.9% | 2.9% | 2.7% | 2.8% | -0.2% | 3.3% | 1.6% |
| | | | | | | | | |
| **GAAP EBIT NEW** | 16,118 | 26,488 | 16,804 | 13,549 | 16,261 | 70,898 | 73,102 | 77,465 |
| GAAP EBIT OLD | 15,436 | 28,138 | 17,682 | 14,237 | 16,742 | 70,216 | 76,799 | 81,490 |
| Change ($m) | 682 | -1,649 | -878 | -689 | -481 | 682 | -3,697 | -4,025 |
| Change (%) | 4.4% | -5.9% | -5.0% | -4.8% | -2.9% | 1.0% | -4.8% | -4.9% |
| | | | | | | | | |
| **GAAP EBIT margin NEW** | 25.6% | 28.8% | 25.6% | 23.7% | 25.1% | 26.7% | 26.1% | 26.6% |
| GAAP EBIT margin OLD | 25.2% | 29.6% | 26.4% | 24.4% | 25.6% | 26.6% | 26.9% | 27.2% |
| Change (pp) | 0.0pp | 0.0pp | 0.0pp | 0.0pp | 0.0pp | 0.0pp | -0.7pp | -0.6pp |
| | | | | | | | | |
| GAAP EBT NEW | 16,421 | 26,777 | 17,059 | 13,737 | 16,385 | 72,903 | 73,958 | 77,586 |
| GAAP EBT OLD | 15,779 | 28,441 | 17,945 | 14,426 | 16,859 | 72,261 | 77,672 | 81,539 |
| Change ($m) | 642 | -1,665 | -885 | -689 | -474 | 642 | -3,714 | -3,953 |
| Change (%) | 4.1% | -5.9% | -4.9% | -4.8% | -2.8% | 0.9% | -4.8% | -4.8% |
| | | | | | | | | |
| GAAP Tax NEW | 2,296 | 4,284 | 2,729 | 2,198 | 2,622 | 13,372 | 11,833 | 12,414 |
| GAAP Tax OLD | 2,367 | 4,551 | 2,871 | 2,308 | 2,697 | 13,443 | 12,427 | 13,046 |
| Change ($m) | -71 | -266 | -142 | -110 | -76 | -71 | -594 | -633 |
| Change (%) | -3.0% | -5.9% | -4.9% | -4.8% | -2.8% | -0.5% | -4.8% | -4.8% |
| | | | | | | | | |
| **GAAP Net Income NEW** | 14,125 | 22,492 | 14,330 | 11,539 | 13,763 | 59,531 | 62,125 | 65,172 |
| GAAP Net Income OLD | 13,412 | 23,891 | 15,074 | 12,118 | 14,162 | 58,818 | 65,244 | 68,493 |
| Change ($m) | 713 | -1,399 | -744 | -579 | -398 | 713 | -3,120 | -3,321 |
| Change (%) | 5.3% | -5.9% | -4.9% | -4.8% | -2.8% | 1.2% | -4.8% | -4.8% |
| | | | | | | | | |
| **GAAP EPS ($) NEW** | $2.91 | $4.73 | $3.07 | $2.52 | $3.06 | $11.91 | $13.44 | $15.23 |
| GAAP EPS ($) OLD | $2.78 | $5.05 | $3.25 | $2.67 | $3.18 | $11.78 | $14.22 | $16.18 |
| Change ($) | $0.14 | -$0.32 | -$0.18 | -$0.15 | -$0.12 | $0.13 | -$0.78 | -$0.96 |
| Change (%) | 4.9% | -6.4% | -5.6% | -5.5% | -3.7% | 1.1% | -5.5% | -5.9% |
| | | | | | | | | |
| **Diluted Shares NEW** | 4,848 | 4,756 | 4,666 | 4,577 | 4,491 | 5,000 | 4,623 | 4,281 |
| Diluted Shares OLD | 4,827 | 4,730 | 4,635 | 4,542 | 4,451 | 4,995 | 4,590 | 4,232 |
| Change ($m) | 20 | 26 | 31 | 35 | 40 | 5 | 33 | 48 |
| Change (%) | 0.4% | 0.5% | 0.7% | 0.8% | 0.9% | 0.1% | 0.7% | 1.1% |

Source: Company data, Goldman Sachs Global Investment Research

Goldman Sachs

**Exhibit 9** Apple Inc. (AAPL)

## Price target methodology and risks

We are reducing our 12-month price target to $222 based on ~16x P/E our CY'19 EPS estimate of $13.85. Key upside risks include better-than-expected iPhone demand, better than expected iPhone mix, significantly outsized buybacks and meaningful dividend increase. Key downside risks include weakening iPhone demand, pressure on gross margins and large & dilutive acquisitions.

For the exclusive use of MATTBLAKE@APPLE.COM

Goldman Sachs

**Exhibit 9** Apple Inc. (AAPL)

# Disclosure Appendix

## Reg AC

I, Rod Hall, CFA, hereby certify that all of the views expressed in this report accurately reflect my personal views about the subject company or companies and its or their securities. I also certify that no part of my compensation was, is or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

Unless otherwise stated, the individuals listed on the cover page of this report are analysts in Goldman Sachs' Global Investment Research division.

## GS Factor Profile

The Goldman Sachs Factor Profile provides investment context for a stock by comparing key attributes to the market (i.e. our coverage universe) and its sector peers. The four key attributes depicted are: Growth, Financial Returns, Multiple (e.g. valuation) and Integrated (a composite of Growth, Financial Returns and Multiple). Growth, Financial Returns and Multiple are calculated by using normalized ranks for specific metrics for each stock. The normalized ranks for the metrics are then averaged and converted into percentiles for the relevant attribute. The precise calculation of each metric may vary depending on the fiscal year, industry and region, but the standard approach is as follows:

**Growth** is based on a stock's forward-looking sales growth, EBITDA growth and EPS growth (for financial stocks, only EPS and sales growth), with a higher percentile indicating a higher growth company. **Financial Returns** is based on a stock's forward-looking ROE, ROCE and CROCI (for financial stocks, only ROE), with a higher percentile indicating a company with higher financial returns. **Multiple** is based on a stock's forward-looking P/E, P/B, price/dividend (P/D), EV/EBITDA, EV/FCF and EV/Debt Adjusted Cash Flow (DACF) (for financial stocks, only P/E, P/B and P/D), with a higher percentile indicating a stock trading at a higher multiple. The **Integrated** percentile is calculated as the average of the Growth percentile, Financial Returns percentile and (100% - Multiple percentile).

Financial Returns and Multiple use the Goldman Sachs analyst forecasts at the fiscal year-end at least three quarters in the future. Growth uses inputs for the fiscal year at least seven quarters in the future compared with the year at least three quarters in the future (on a per-share basis for all metrics).

For a more detailed description of how we calculate the GS Factor Profile, please contact your GS representative.

## M&A Rank

Across our global coverage, we examine stocks using an M&A framework, considering both qualitative factors and quantitative factors (which may vary across sectors and regions) to incorporate the potential that certain companies could be acquired. We then assign a M&A rank as a means of scoring companies under our rated coverage from 1 to 3, with 1 representing high (30%-50%) probability of the company becoming an acquisition target, 2 representing medium (15%-30%) probability and 3 representing low (0%-15%) probability. For companies ranked 1 or 2, in line with our standard departmental guidelines we incorporate an M&A component into our target price. M&A rank of 3 is considered immaterial and therefore does not factor into our price target, and may or may not be discussed in research.

## Quantum

Quantum is Goldman Sachs' proprietary database providing access to detailed financial statement histories, forecasts and ratios. It can be used for in-depth analysis of a single company, or to make comparisons between companies in different sectors and markets.

## GS SUSTAIN

GS SUSTAIN is a global investment strategy focused on the generation of long-term alpha through identifying high quality industry leaders. The GS SUSTAIN 50 list includes leaders we believe to be well positioned to deliver long-term outperformance through superior returns on capital, sustainable competitive advantage and effective management of ESG risks vs. global industry peers. Candidates are selected largely on a combination of quantifiable analysis of these three aspects of corporate performance.

## Disclosures

### Coverage group(s) of stocks by primary analyst(s)

Rod Hall, CFA: America-Consumer Hardware & Mobility, America-IT Hardware, America-Networking.

America-Consumer Hardware & Mobility: Apple Inc., Corning Inc., Sonos Inc..

America-IT Hardware: Hewlett Packard Enterprise Co., HP Inc., NetApp Inc., Nutanix Inc., Presidio Inc., Pure Storage Inc..

America-Networking: Acacia Communications Inc., ADTRAN Inc., Arista Networks Inc., ARRIS International Plc, Ciena Corp., Cisco Systems Inc., F5 Networks Inc., Finisar Corp., Infinera Corp., Juniper Networks Inc., Lumentum Holdings.

### Company-specific regulatory disclosures

The following disclosures relate to relationships between The Goldman Sachs Group, Inc. (with its affiliates, "Goldman Sachs") and companies covered by the Global Investment Research Division of Goldman Sachs and referred to in this research.

Goldman Sachs has received compensation for investment banking services in the past 12 months: Apple Inc. ($222.22)

Goldman Sachs expects to receive or intends to seek compensation for investment banking services in the next 3 months: Apple Inc. ($222.22)

Goldman Sachs had an investment banking services client relationship during the past 12 months with: Apple Inc. ($222.22)

Goldman Sachs had a non-investment banking securities-related services client relationship during the past 12 months with: Apple Inc. ($222.22)

Goldman Sachs had a non-securities services client relationship during the past 12 months with: Apple Inc. ($222.22)

Goldman Sachs has managed or co-managed a public or Rule 144A offering in the past 12 months: Apple Inc. ($222.22)

Goldman Sachs makes a market in the securities or derivatives thereof: Apple Inc. ($222.22)

### Distribution of ratings/investment banking relationships

Goldman Sachs Investment Research global Equity coverage universe

For the exclusive use of MATTBLAKE@APPLE.COM

Goldman Sachs

# Exhibit 9

Apple Inc. (AAPL)

| | Rating Distribution | | | Investment Banking Relationships | | |
|---|---|---|---|---|---|---|
| | Buy | Hold | Sell | Buy | Hold | Sell |
| Global | 35% | 54% | 11% | 64% | 57% | 55% |

As of October 1, 2018, Goldman Sachs Global Investment Research had investment ratings on 2,814 equity securities. Goldman Sachs assigns stocks as Buys and Sells on various regional Investment Lists; stocks not so assigned are deemed Neutral. Such assignments equate to Buy, Hold and Sell for the purposes of the above disclosure required by the FINRA Rules. See 'Ratings, Coverage groups and views and related definitions' below. The Investment Banking Relationships chart reflects the percentage of subject companies within each rating category for whom Goldman Sachs has provided investment banking services within the previous twelve months.

## Price target and rating history chart(s)



Source: Goldman Sachs Investment Research for ratings and price targets; FactSet closing prices as of 9/30/2018.

The price targets shown should be considered in the context of all prior published Goldman Sachs research, which may or may not have included price targets, as well as developments relating to the company, its industry and financial markets.

## Regulatory disclosures

### Disclosures required by United States laws and regulations

See company-specific regulatory disclosures above for any of the following disclosures required as to companies referred to in this report: manager or co-manager in a pending transaction; 1% or other ownership; compensation for certain services; types of client relationships; managed/co-managed public offerings in prior periods; directorships; for equity securities, market making and/or specialist role. Goldman Sachs trades or may trade as a principal in debt securities (or in related derivatives) of issuers discussed in this report.

The following are additional required disclosures: **Ownership and material conflicts of interest:** Goldman Sachs policy prohibits its analysts, professionals reporting to analysts and members of their households from owning securities of any company in the analyst's area of coverage. **Analyst compensation:** Analysts are paid in part based on the profitability of Goldman Sachs, which includes investment banking revenues. **Analyst as officer or director:** Goldman Sachs policy generally prohibits its analysts, persons reporting to analysts or members of their households from serving as an officer, director or advisor of any company in the analyst's area of coverage. **Non-U.S. Analysts:** Non-U.S. analysts may not be associated persons of Goldman Sachs & Co. LLC and therefore may not be subject to FINRA Rule 2241 or FINRA Rule 2242 restrictions on communications with subject company, public appearances and trading securities held by the analysts.

**Distribution of ratings:** See the distribution of ratings disclosure above.  **Price chart:** See the price chart, with changes of ratings and price targets in prior periods, above, or, if electronic format or if with respect to multiple companies which are the subject of this report, on the Goldman Sachs website at http://www.gs.com/research/hedge.html.

### Additional disclosures required under the laws and regulations of jurisdictions other than the United States

The following disclosures are those required by the jurisdiction indicated, except to the extent already made above pursuant to United States laws and regulations. **Australia:** Goldman Sachs Australia Pty Ltd and its affiliates are not authorised deposit-taking institutions (as that term is defined in the Banking Act 1959 (Cth)) in Australia and do not provide banking services, nor carry on a banking business, in Australia. This research, and any access to it, is intended only for "wholesale clients" within the meaning of the Australian Corporations Act, unless otherwise agreed by Goldman Sachs. In producing research reports, members of the Global Investment Research Division of Goldman Sachs Australia may attend site visits and other meetings hosted by the companies and other entities which are the subject of its research reports. In some instances the costs of such site visits or meetings may be met in part or in whole by the issuers concerned if Goldman Sachs Australia considers it is appropriate and reasonable in the specific circumstances relating to the site visit or meeting. To the extent that the contents of this document contains any financial product advice, it is general advice only and has been prepared by Goldman Sachs without taking into account a client's objectives, financial situation or needs. A client should, before acting on any such advice, consider the appropriateness of the advice having regard to the client's own objectives, financial situation and needs. **Brazil:** Disclosure information in relation to CVM Instruction 483 is available at http://www.gs.com/worldwide/brazil/area/gir/index.html. Where applicable, the Brazil-registered analyst primarily responsible for the content of this research report, as defined in Article 16 of CVM Instruction 483, is the first author named at the beginning of this report, unless indicated otherwise at the end of the text.  **Canada:** Goldman Sachs Canada Inc. is an affiliate of The Goldman Sachs Group Inc. and therefore is included in the company specific disclosures relating to Goldman Sachs (as defined above). Goldman Sachs Canada Inc. has approved of, and agreed to take responsibility for, this research report in Canada if and to the extent that Goldman Sachs Canada Inc. disseminates this research report to its clients.  **Hong Kong:** Further information on the securities of covered companies referred to in this research may be obtained on request from Goldman Sachs (Asia) L.L.C.  **India:** Further information on the subject company or companies referred to in this research may be obtained from Goldman Sachs (India) Securities Private Limited, Research Analyst - SEBI Registration Number INH000001493, 951-A, Rational House, Appasaheb Marathe Marg, Prabhadevi, Mumbai 400 025, India, Corporate Identity Number U74140MH2006FTC160634, Phone +91 22 6616 9000, Fax +91 22 6616 9001. Goldman Sachs may beneficially own 1% or more of the securities (as such term is defined in clause 2 (h) the Indian Securities Contracts (Regulation) Act, 1956) of the subject company or companies referred to in this research report.  **Japan:** See below.  **Korea:** Further information on the subject company or companies referred to in this research may be obtained

For the exclusive use of MATTBLAKE@APPLE.COM

**Exhibit 9** Options (AAPL)

For the exclusive use of MATTBLAKE@APPLE.COM

from Goldman Sachs (Asia) L.L.C., Seoul Branch. **New Zealand:** Goldman Sachs New Zealand Limited and its affiliates are neither "registered banks" nor "deposit takers" (as defined in the Reserve Bank of New Zealand Act 1989) in New Zealand. This research, and any access to it, is intended for "wholesale clients" (as defined in the Financial Advisers Act 2008) unless otherwise agreed by Goldman Sachs. **Russia:** Research reports distributed in the Russian Federation are not advertising as defined in the Russian legislation, but are information and analysis not having product promotion as their main purpose and do not provide appraisal within the meaning of the Russian legislation on appraisal activity. **Singapore:** Further information on the covered companies referred to in this research may be obtained from Goldman Sachs (Singapore) Pte. (Company Number: 198602165W). **Taiwan:** This material is for reference only and must not be reprinted without permission. Investors should carefully consider their own investment risk. Investment results are the responsibility of the individual investor. **United Kingdom:** Persons who would be categorized as retail clients in the United Kingdom, as such term is defined in the rules of the Financial Conduct Authority, should read this research in conjunction with prior Goldman Sachs research on the covered companies referred to herein and should refer to the risk warnings that have been sent to them by Goldman Sachs International. A copy of these risks warnings, and a glossary of certain financial terms used in this report, are available from Goldman Sachs International on request.

**European Union:** Disclosure information in relation to Article 4 (1) (d) and Article 6 (2) of the European Commission Directive 2003/125/EC is available at http://www.gs.com/disclosures/europeanpolicy.html which states the European Policy for Managing Conflicts of Interest in Connection with Investment Research.

**Japan:** Goldman Sachs Japan Co., Ltd. is a Financial Instrument Dealer registered with the Kanto Financial Bureau under registration number Kinsho 69, and a member of Japan Securities Dealers Association, Financial Futures Association of Japan and Type II Financial Instruments Firms Association. Sales and purchase of equities are subject to commission pre-determined with clients plus consumption tax. See company-specific disclosures as to any applicable disclosures required by Japanese stock exchanges, the Japanese Securities Dealers Association or the Japanese Securities Finance Company.

### Ratings, coverage groups and views and related definitions

**Buy (B), Neutral (N), Sell (S) -** Analysts recommend stocks as Buys or Sells for inclusion on various regional Investment Lists. Being assigned a Buy or Sell on an Investment List is determined by a stock's total return potential relative to its coverage. Any stock not assigned as a Buy or a Sell on an Investment List with an active rating (i.e., a  stock that is not Rating Suspended, Not Rated, Coverage Suspended or Not Covered), is deemed Neutral. Each regional Investment Review Committee manages various regional Investment Lists to a global guideline of 25%-35% of stocks as Buy and 10%-15% of stocks as Sell; however, the distribution of Buys and Sells in any particular analyst's coverage group may vary as determined by the regional Investment Review Committee. Additionally, each Investment Review Committee manages Regional Conviction lists, which represent investment recommendations focused on the size of the total return potential and/or the likelihood of the realization of the return across their respective areas of coverage.  The addition or removal of stocks from such Conviction lists do not represent a change in the analysts' investment rating for such stocks.

**Total return potential** represents the upside or downside differential between the current share price and the price target, including all paid or anticipated dividends, expected during the time horizon associated with the price target. Price targets are required for all covered stocks. The total return potential, price target and associated time horizon are stated in each report adding or reiterating an Investment List membership.

**Coverage groups and views:** A list of all stocks in each coverage group is available by primary analyst, stock and coverage group at http://www.gs.com/research/hedge.html. The analyst assigns one of the following coverage views which represents the analyst's investment outlook on the coverage group relative to the group's historical fundamentals and/or valuation. **Attractive (A).** The investment outlook over the following 12 months is favorable relative to the coverage group's historical fundamentals and/or valuation. **Neutral (N).** The investment outlook over the following 12 months is neutral relative to the coverage group's historical fundamentals and/or valuation. **Cautious (C).** The investment outlook over the following 12 months is unfavorable relative to the coverage group's historical fundamentals and/or valuation.

**Not Rated (NR).** The investment rating and target price have been removed pursuant to Goldman Sachs policy when Goldman Sachs is acting in an advisory capacity in a merger or strategic transaction involving this company and in certain other circumstances.  **Rating Suspended (RS).** Goldman Sachs Research has suspended the investment rating and price target for this stock, because there is not a sufficient fundamental basis for determining, or there are legal, regulatory or policy constraints around publishing, an investment rating or target. The previous investment rating and price target, if any, are no longer in effect for this stock and should not be relied upon.  **Coverage Suspended (CS).** Goldman Sachs has suspended coverage of this company.  **Not Covered (NC).** Goldman Sachs does not cover this company.  **Not Available or Not Applicable (NA).** The information is not available for display or is not applicable.  **Not Meaningful (NM).** The information is not meaningful and is therefore excluded.

### Global product; distributing entities

The Global Investment Research Division of Goldman Sachs produces and distributes research products for clients of Goldman Sachs on a global basis. Analysts based in Goldman Sachs offices around the world produce equity research on industries and companies, and research on macroeconomics, currencies, commodities and portfolio strategy. This research is disseminated in Australia by Goldman Sachs Australia Pty Ltd (ABN 21 006 797 897); in Brazil by Goldman Sachs do Brasil Corretora de Títulos e Valores Mobiliários S.A.; Ombudsman Goldman Sachs Brazil: 0800 727 5764 and / or ouvidoriagoldmansachs@gs.com. Available Weekdays (except holidays), from 9am to 6pm. Ouvidoria Goldman Sachs Brasil: 0800 727 5764 e/ou ouvidoriagoldmansachs@gs.com. Horário de funcionamento: segunda-feira à sexta-feira (exceto feriados), das 9h às 18h; in Canada by either Goldman Sachs Canada Inc. or Goldman Sachs & Co. LLC; in Hong Kong by Goldman Sachs (Asia) L.L.C.; in India by Goldman Sachs (India) Securities Private Ltd.; in Japan by Goldman Sachs Japan Co., Ltd.; in the Republic of Korea by Goldman Sachs (Asia) L.L.C., Seoul Branch; in New Zealand by Goldman Sachs New Zealand Limited; in Russia by OOO Goldman Sachs; in Singapore by Goldman Sachs (Singapore) Pte. (Company Number: 198602165W); and in the United States of America by Goldman Sachs & Co. LLC. Goldman Sachs International has approved this research in connection with its distribution in the United Kingdom and European Union.

**European Union:** Goldman Sachs International authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority, has approved this research in connection with its distribution in the European Union and United Kingdom; Goldman Sachs AG and Goldman Sachs International Zweigniederlassung Frankfurt, regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht, may also distribute research in Germany.

### General disclosures

This research is for our clients only. Other than disclosures relating to Goldman Sachs, this research is based on current public information that we consider reliable, but we do not represent it is accurate or complete, and it should not be relied on as such. The information, opinions, estimates and forecasts contained herein are as of the date hereof and are subject to change without prior notification. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Other than certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgment.

Goldman Sachs conducts a global full-service, integrated investment banking, investment management, and brokerage business. We have investment banking and other business relationships with a substantial percentage of the companies covered by our Global Investment Research Division. Goldman Sachs & Co. LLC, the United States broker dealer, is a member of SIPC (http://www.sipc.org).

**Page 315**

Goldman Sachs                                                                        **Exhibit 9** Apple Inc. (AAPL)

Our salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies to our clients and principal trading desks that reflect opinions that are contrary to the opinions expressed in this research. Our asset management area, principal trading desks and investing businesses may make investment decisions that are inconsistent with the recommendations or views expressed in this research.

The analysts named in this report may have from time to time discussed with our clients, including Goldman Sachs salespersons and traders, or may discuss in this report, trading strategies that reference catalysts or events that may have a near-term impact on the market price of the equity securities discussed in this report, which impact may be directionally counter to the analyst's published price target expectations for such stocks. Any such trading strategies are distinct from and do not affect the analyst's fundamental equity rating for such stocks, which rating reflects a stock's return potential relative to its coverage group as described herein.

We and our affiliates, officers, directors, and employees, excluding equity and credit analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives, if any, referred to in this research.

The views attributed to third party presenters at Goldman Sachs arranged conferences, including individuals from other parts of Goldman Sachs, do not necessarily reflect those of Global Investment Research and are not an official view of Goldman Sachs.

Any third party referenced herein, including any salespeople, traders and other professionals or members of their household, may have positions in the products mentioned that are inconsistent with the views expressed by analysts named in this report.

This research is not an offer to sell or the solicitation of an offer to buy any security in any jurisdiction where such an offer or solicitation would be illegal. It does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Clients should consider whether any advice or recommendation in this research is suitable for their particular circumstances and, if appropriate, seek professional advice, including tax advice. The price and value of investments referred to in this research and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

Certain transactions, including those involving futures, options, and other derivatives, give rise to substantial risk and are not suitable for all investors. Investors should review current options disclosure documents which are available from Goldman Sachs sales representatives or at http://www.theocc.com/about/publications/character-risks.jsp. Transaction costs may be significant in option strategies calling for multiple purchase and sales of options such as spreads. Supporting documentation will be supplied upon request.

**Differing Levels of Service provided by Global Investment Research:** The level and types of services provided to you by the Global Investment Research division of GS may vary as compared to that provided to internal and other external clients of GS, depending on various factors including your individual preferences as to the frequency and manner of receiving communication, your risk profile and investment focus and perspective (e.g., marketwide, sector specific, long term, short term), the size and scope of your overall client relationship with GS, and legal and regulatory constraints. As an example, certain clients may request to receive notifications when research on specific securities is published, and certain clients may request that specific data underlying analysts' fundamental analysis available on our internal client websites be delivered to them electronically through data feeds or otherwise. No change to an analyst's fundamental research views (e.g., ratings, price targets, or material changes to earnings estimates for equity securities), will be communicated to any client prior to inclusion of such information in a research report broadly disseminated through electronic publication to our internal client websites or through other means, as necessary, to all clients who are entitled to receive such reports.

All research reports are disseminated and available to all clients simultaneously through electronic publication to our internal client websites. Not all research content is redistributed to our clients or available to third-party aggregators, nor is Goldman Sachs responsible for the redistribution of our research by third party aggregators. For research, models or other data related to one or more securities, markets or asset classes (including related services) that may be available to you, please contact your GS representative or go to http://360.gs.com.

Disclosure information is also available at http://www.gs.com/research/hedge.html or from Research Compliance, 200 West Street, New York, NY 10282.

© 2018 Goldman Sachs.

**No part of this material may be (i) copied, photocopied or duplicated in any form by any means or (ii) redistributed without the prior written consent of The Goldman Sachs Group, Inc.**

For the exclusive use of MATTBLAKE@APPLE.COM

**Page 316**

6/30/2021                          Global smartphone shipments post fourth straight down quarter - CNET       **Exhibit 9**

 BEST ⌄   REVIEWS ⌄   NEWS ⌄   FINANCE ⌄   HEALTH ⌄   HOME ⌄   CARS ⌄   DEALS ⌄          🔍   **JOIN / SIGN IN**



Angela Lang/CNET

# Global smartphone shipments post fourth straight down quarter

Samsung is still king, but losing ground to Chinese rivals.



**Steven Musil** ↻   Nov. 2, 2018 7:15 a.m. PT

The worldwide smartphone slump is officially a year old.

Global shipments of smartphones tumbled to 360 million units in the third quarter, an 8 percent annual decline, market researcher Strategy Analytics said Thursday. The results mark the fourth-straight quarter that smartphone shipments have declined.

The smartphone market "is effectively in a recession," Linda Sui, director at Strategy Analytics, said in a statement. "The smartphone industry is struggling to come to terms with heavily diminished carrier subsidies, longer replacement rates, inventory buildup in several regions, and a lack of exciting hardware design innovation."

**Page 317**

**Exhibit 9**

On Friday, market researcher IDC issued its own numbers for the third quarter, which largely match those of Strategy Analytics. It pointed to China, the world's largest market for smartphones, and to Samsung as key factors in the decline for the period. IDC also sees a recovery on the horizon for China starting in 2019.

Markets overall could see signs of impending improvement before the end of this year.

"The holiday quarter should be an exciting one with a wide selection of new flagship devices available," Anthony Scarsella, a research manager at IDC, said in a statement. "With the new iPhones, Mate 20, Pixel 3, V40, Note 9, and OnePlus 6T, we can expect consumers will have a plethora of options when upgrade time approaches."



**Watch this:** iPhone XR vs. Pixel 3 camera comparison                                           6:39

Samsung held on to its global smartphone crown with a 20 percent market share, but its 72.3 million units shipped during the quarter is a 13 percent drop from the same quarter a year earlier. Samsung is being squeezed in the huge China and India markets by Huawei, Xiaomi and other Chinese rivals -- a problem the company needs to solve "before it's too late," Strategy Analytics said.

Highlighting Samsung's problem, No. 2 Huawei's shipments increased 32 percent annually to nearly 52 million smartphones in the quarter. The company's Android phones have little presence in North America but are "wildly popular" in the rest of the world, garnering a 14 percent market share, Strategy Analytics said.

No. 3 Apple's shipment of 46.9 million smartphones represented a largely flat growth rate for the quarter and gave it a 13 percent market share. "The new iPhone XR, XS and XS Max range is in healthy demand, but Apple's relentless focus on price increases its capping its overall volume growth," Strategy Analytics' Woody Oh said in a statement.

Xiaomi captured the No. 4 spot by shipping 33 million units in the quarter for a 9.2 percent market share, while No. 5 Oppo was close behind with an 8.7 percent market share on 31.2 million shipments.

Originally published Nov. 1 at 4:13 p.m. PT.
**Updated Nov. 2 at 7:15 a.m. PT:** Added information from IDC.

Fight the Power: Take a look at who's transforming the way we think about energy.

'Hello, humans': Google's Duplex could make Assistant the most lifelike AI yet



COMMENTS          Phones · Xiaomi · Oppo · Huawei · Samsung
                  Apple

**Page 318**

**Exhibit 9**



**MORE FROM CNET**

Stimulus check updates

Upgrade to Windows 10 for free right now

Best VPN service of 2021

The best Wi-Fi routers for 2021

Windows 10 tips and tricks

**ABOUT**

About CNET

Newsletter

Sitemap

Careers

Help Center

Licensing

**POLICIES**

Privacy Policy

Terms of Use

Cookie Settings

Do Not Sell My Information

**FOLLOW**

© 2021 CNET, A RED VENTURES COMPANY. ALL RIGHTS RESERVED.

**Exhibit 9**

| |
|---|
| **2 November 2018 09:12 GMT** |
| **Company Note | Company Update** |
| Internet |

## ATLANTIC EQUITIES

# Apple
**Neutral**
## Disappointing Dec qtr revenue outlook
Price Target $215.00

**Q4 rev/EPS were ahead, but Dec qtr guidance fell short as expected underlying demand was not strong enough to offset FX headwinds and product launch timing shifts. Apple also announced it will no longer disclose unit shipments but instead break down gross profit between Products and Services. This may ultimately be helpful in shifting focus to a SOTP valuation framework, but is likely to also raise concerns over iPhone shipment trends, particularly given questions as to how much further the company can raise prices.**

| $m unless stated | Actual | AE est. | Cons. | Comment |
|---|---|---|---|---|
| iPhones (m) | 46,889 | 47,856 | 47,500 x | Flat YoY; not disclosing units from Q1 |
| Services revenue | 9,981 | 9,995 | 10,200 x | Decelerated 1pt QoQ underlying |
| Total revenue | 62,900 | 61,700 | 61,445 ✓ | 20% YoY, driven by 29% iPhone rev |
| Gross margin (%) | 38.3% | 38.3% | 38.3% | Estimated ~100bp YoY ex-Services |
| EPS ($) | 2.91 | 2.82 | 2.78 ✓ | NI: +32% YoY, Shares out: -6% |
| Q1 rev guid. - mid | 91,000 | 93,807 | 92,753 x | 1-5% YoY, deceleration as comp over X |

- Q4 units were flat to down YoY for each of the iPhone, Mac and iPad (flat, -2%, -6% resp.), similar to that seen all year. However, also continuing prior trends, ASPs rose for the iPhone (28% YoY) and Mac (4%), highlighting the strategy of raising prices to offset unit softness. This led to rev. upside (20% YoY, cons: 17%), though the Sep launch of the XS (vs the 8 last year) may have added ~5pts to growth. Geographically, Greater China was the weakest reported region (16% YoY), though management highlighted greater weakness in other EMs, particularly India (flat) and Brazil (down), a trend that seems likely to continue near-term.

- Q1 (Dec) rev guidance for $89-$93bn (1-5% YoY) suggests downside to prior consensus ($92.8bn), though management did call out $2bn (230bp) of FX headwinds, and the Sept launch of the XS may have had a further 150-200bp impact. The resulting 5-9% YoY underlying range (prior cons: 5%), is more encouraging, but the company is also benefiting from i) a full quarter of XS availability and ii) the iPhone already close to supply-demand balance, meaning the underlying growth rate is maybe not sustainable.

- The change in disclosures is clearly a negative signal in terms of the outlook for units, which matters as we believe there are limits as to how long Apple can continue to raise prices. However, we can see the sense of the shift towards more information on services given we estimate over a quarter of gross profit will come from this area in FY20. We are reducing our FY19/20 EPS ests by ~3% on slightly softer revenue growth and higher opex. We retain our $215 PT, rolling it forward to YE19, with it requiring a 14x FY20 PE. On a SOTP basis, we estimate this implies a ~24x PE for the Services business and a ~10x PE for the Products business, which both feel appropriate versus peers. We remain Neutral.

**James Cordwell, Research Analyst**
+44 20 7382 2918
j.cordwell@atlantic-equities.com

| | |
|---|---|
| Ticker (NASDAQ) | **AAPL** |
| Price | **$222.22** |
| Pricing Date / Time | **1  November  2018 / 16:00 ET** |
| Market Capitalisation | **$1,073,306m** |
| 12 Month Range | **$150.24 - $233.47** |
| YTD Change | **29.6%** |
| Annualised Dividend | **$2.52** |
| Dividend Yield | **1.7%** |
| S&P500 YTD Change | **2.5%** |

**Price Performance Chart**



Apple
Relative to S&P 500

<div style="writing-mode: vertical">Intended for Matt Blake, Apple</div>

| Y/E Sep | 2018A | 2019E | 2020E |
|---|---|---|---|
| **GAAP Revenue ($m)** | | | |
| Q1 | 88,293 | 92,615E | 94,717E |
| *Previous* | *--* | *93,807* | *98,484* |
| Q2 | 61,137 | 66,154E | 67,506E |
| *Previous* | *--* | *66,071* | *66,644* |
| Q3 | 53,265 | 57,942E | 62,991E |
| *Previous* | *--* | *57,234* | *61,957* |
| Q4 | 62,900 | 65,985E | 70,458E |
| *Previous* | *61,700* | *66,480* | *70,454* |
| **FY** | **265,595** | **282,696E** | **295,671E** |
| *Previous* | *264,395* | *283,591* | *297,538E* |
| | | | |
| **GAAP EPS ($)** | | | |
| Q1 | 3.89 | 4.80E | 5.30E |
| *Previous* | *--* | *5.12* | *5.77* |
| Q2 | 2.73 | 3.24E | 3.49E |
| *Previous* | *--* | *3.27* | *3.45* |
| Q3 | 2.34 | 2.69E | 3.14E |
| *Previous* | *--* | *2.65* | *3.08* |
| Q4 | 2.91 | 3.22E | 3.57E |
| *Previous* | *2.82* | *3.33* | *3.70* |
| **FY** | **11.91** | **14.01E** | **15.54E** |
| *Previous* | *11.82* | *14.44* | *16.04E* |
| P/E (x) | 18.7 | 15.9 | 14.3 |

*Our Call:*
*Strong Services potential and accelerating share repurchases offset maturing iPhone trends and structural gross margin pressure from demand fragmentation across multiple devices.*

**IMPORTANT DISCLOSURES ARE INCLUDED AT THE END OF THIS REPORT**

**Exhibit 9**

## Apple

**Figure 1:   Q418 key figures**

| $m unless stated | Actual | YoY (%) | AE ests | | Comments |
|---|---|---|---|---|---|
| **iPhone** | | | | | |
| Units (000s) | 46,889 | 0% | 47,856 | x | FY18 unit sales have been flat |
| ASP ($) | 793 | 28% | 741 | ✓ | Likely boosted by XS channel fill & sell-thru… |
| Revenue | 37,185 | 29% | 35,462 | ✓ | …which maybe hurts FQ1 revenue outlook |
| **Services** | | | | | |
| Revenue | 9,981 | 17% | 9,995 | - | 1pt QoQ decln, likely stable on cc basis |
| **Macs** | | | | | |
| Units (000s) | 5,299 | -2% | 5,278 | ✓ | Fourth quarter of declining shipments… |
| ASP ($) | 1,399 | 5% | 1,398 | - | …but eighth quarter of ASP increases… |
| Revenue | 7,411 | 3% | 7,378 | ✓ | …driving solid revenue growth. |
| **iPad** | | | | | |
| Units (000s) | 9,699 | -6% | 10,342 | x | Earlier iPad refresh in '17 drove tough comp… |
| ASP ($) | 422 | -10% | 439 | x | …for volumes and ASP… |
| Revenue | 4,089 | -15% | 4,535 | x | …driving the revenue shortfall. |
| Other products | 4,234 | 31% | 4,331 | x | Slight deceleration from high-30s Q1-Q3 |
| **Total revenue** | **62,900** | **20%** | **61,700** | ✓ | Greater China slowest growing region, 16% YoY |
| Gross margin (%) | 38.3% | +40bp | 38.3% | - | Estimated +100bp ex Services |
| Operating margin (%) | 25.6% | +60bp. | 25.4% | ✓ | R&D +25% YoY, SG&A +11% YoY |
| Other income | 303 | -62% | 300 | - | |
| **Diluted EPS ($)** | **2.91** | **41%** | **2.82** | ✓ | NI: +32% YoY, shares: -6% YoY… |
| Tax rate (%) | 14.0% | -9pp | 15.0% | ✓ | …with tax driving 14pts of net income growth |

Source:   Atlantic Equities

Q4 (Sep) revenue was $1.44bn ahead of consensus, while the midpoint of Q1 (Dec) revenue guidance was $1.9bn below expectations, resulting in a net shortfall of ~$450m across the two quarters. However, with the stock on a six-year relative high PE multiple, we believe the market had likely been expecting upside in Q1 revenue guidance, particularly given the breadth of new products launched by the company.

Interpreting revenue guidance, it is necessary to consider the change in timing of the iPhone launches. This year the high-end XS was launched in September, with the mid-priced XR made available at the end of October, while last year it was the opposite way around, with the 8 coming prior to the X. In terms of the impact this has had:

- If we assume ~8m iPhone XS units were sold in the September quarter, compared to a similar number of iPhone 8 units last year, then the difference in ASP (~$300) would have added ~$2.5bn to revenue, boosting growth by ~5pts.

- For the December quarter, the main difference seems primarily that last year, channel fill was primarily focused on the iPhone X, whereas this year we estimate it will primarily be made up of the iPhone XR. Assuming fairly consistent 6-7m channel fill of these devices in each year (out of a total of ~21m devices in the channel) then this creates a $1.5-1.8bn headwind to Dec quarter revenue. The impact is arguably even bigger, if we assume all of the $2.5bn pulled forward into Q4 (Sep) came out of Q1 (Dec), but we would expect Apple to be seeing a net benefit given the significant increase to pricing.

Intended for Matt Blake, Apple

**Exhibit 9**

Apple

Leaving aside the nearer-term dynamics, it is clear that Apple is pursuing a strategy to increasingly drive growth by raising pricing. This seems sensible given the maturing smartphone market but also Apple's loyal user base, with demand having generally been shown to be price inelastic historically. While sensible, we do have two concerns regarding this strategy:

- We believe there could be limits as to how far Apple can push pricing without materially impacting unit demand. Q1 revenue guidance seems broadly consistent with flattish iPhone shipments so it is not clear we have reached this point yet, though we fear we could begin to see some impact in FY20. In particular, by raising pricing we believe Apple is exacerbating the lengthening out of the replacement cycle, which we would expect to start seeing evidence of in FY20 as iPhone X buyers maybe choose to delay upgrading.

- Overall company gross margin continues to modestly decline despite the significant price increases and Services revenue also steadily increasing as a proportion of total revenue. This maybe suggests Apple has little choice but to raise pricing as a result of underlying cost pressures and/or the company having to invest more to try to differentiate its latest devices from prior generations.

Given the combination of apparent pressures on unit growth, limits to further ASP increases and underlying gross margin declines, we believe Apple's 'Products' segment deserves to trade on a relatively low multiple, not unlike other hardware companies facing similar headwinds.

At the same time, Apple's Services business continues to grow strongly, increasing revenue 27% YoY in Q4. The company now has 330m paid subscriptions on its platform and management called out record revenue for the App Store, cloud services, AppleCare, Apple Music and Apple Pay. The performance is also particularly creditable given the headwinds to gaming revenue in China due to the regulatory situation there. We believe the company remains well positioned to continue driving robust Services revenue growth, with the only area of concern for us being AppleCare, which is arguably more tied to product sales and hence arguably less sustainable longer-term. Even so, given our expectation of a 20% FY18-FY20 Services CAGR, we believe the Services business deserves to trade on a low-20s multiple.

Looking at our $215 price target, it requires a 14x FY20 PE multiple, a 10% discount to the market. This appears reasonable to us given it is towards the upper end of the stock's historical range. Admittedly, over the last three months the stock has commanded a higher multiple, likely on optimism over the company's pricing power and upside to December quarter estimates, both of which may be challenged after this latest earnings report. On a SOTP basis, we estimate our price target implies a ~24x FY20 PE multiple for the 'Services' business and a ~10x multiple for the 'Products' business, both of which we view as reasonable given the arguments above. As this implies just ~3% upside at the after-hours price of ~$208 we remain Neutral.

Intended for Matt Blake, Apple

**Exhibit 9**

## Apple

**Figure 2:** **Target multiple below the range seen over the last two years…**

**Figure 3:** **…but at the upper end on a relative basis outside the last 3 months**



Apple forward PE and consensus EPS

Source: Atlantic Equities



Apple discount to the mkt

Source: Atlantic Equities

**Additional disclosure for securities traded on EU regulated markets**

This disclosure is made for: Apple.

The basis of valuation or methodology used is: PE multiple.

The underlying assumptions used are: the stock will trade on a 14x PE, at the upper end of the historical range on a relative basis.

The following is a sensitivity analysis of the above assumptions: If we use a 12x PE in our SOTP for the Products segment then our price target goes to $240. If we use a 20x PE for the Services business then our price target goes to $200.

Intended for Matt Blake, Apple

# Exhibit 9

## Apple

### Figure 4:   Revised P&L

| ($m unless stated) | 2015 | 2016 | 2017 | Q118 | Q218 | Q318 | Q418 | 2018 | Q119E | Q219E | Q319E | Q419E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Net sales** | | | | | | | | | | | | | | |
| iPhone | 155,041 | 136,700 | 141,319 | 61,576 | 38,032 | 29,906 | 37,185 | 166,699 | 62,148 | 40,282 | 31,554 | 37,153 | 171,137 | 171,101 |
| iPad | 23,227 | 20,628 | 19,222 | 5,862 | 4,113 | 4,741 | 4,089 | 18,805 | 5,970 | 4,090 | 5,042 | 4,302 | 19,404 | 19,625 |
| Mac | 25,471 | 22,831 | 25,850 | 6,895 | 5,848 | 5,330 | 7,411 | 25,484 | 7,103 | 5,673 | 5,429 | 7,261 | 25,465 | 25,591 |
| Services | 19,909 | 24,348 | 29,980 | 8,471 | 9,190 | 9,548 | 9,981 | 37,190 | 10,533 | 11,167 | 11,243 | 11,977 | 44,920 | 53,229 |
| Other products | 10,067 | 11,132 | 12,863 | 5,489 | 3,954 | 3,740 | 4,234 | 17,417 | 6,861 | 4,943 | 4,675 | 5,293 | 21,771 | 26,126 |
| **Total sales** | **233,715** | **215,639** | **229,234** | **88,293** | **61,137** | **53,265** | **62,900** | **265,595** | **92,615** | **66,154** | **57,942** | **65,985** | **282,696** | **295,671** |
| Cost of sales | 140,089 | 131,376 | 141,048 | 54,381 | 37,715 | 32,844 | 38,816 | 163,756 | 57,168 | 40,312 | 35,239 | 40,712 | 173,430 | 181,138 |
| **Gross margin** | **93,626** | **84,263** | **88,186** | **33,912** | **23,422** | **20,421** | **24,084** | **101,839** | **35,448** | **25,842** | **22,703** | **25,273** | **109,266** | **114,533** |
| Research & development | 8,067 | 10,045 | 11,581 | 3,407 | 3,378 | 3,701 | 3,750 | 14,236 | 4,088 | 4,054 | 4,256 | 4,313 | 16,711 | 18,716 |
| Selling, general and administrative | 14,329 | 14,194 | 15,261 | 4,231 | 4,150 | 4,108 | 4,216 | 16,705 | 4,654 | 4,482 | 4,396 | 4,427 | 17,958 | 18,677 |
| Total operating expenses | 22,396 | 24,239 | 26,842 | 7,638 | 7,528 | 7,809 | 7,966 | 30,941 | 8,743 | 8,536 | 8,652 | 8,739 | 34,669 | 37,393 |
| **Operating income** | **71,230** | **60,024** | **61,344** | **26,274** | **15,894** | **12,612** | **16,118** | **70,898** | **26,705** | **17,307** | **14,052** | **16,534** | **74,597** | **77,141** |
| Other income & expense | 1,285 | 1,348 | 2,745 | 756 | 274 | 672 | 303 | 2,005 | 304 | 350 | 300 | 250 | 1,204 | 500 |
| Income before provision for income taxes | 72,515 | 61,372 | 64,089 | 27,030 | 16,168 | 13,284 | 16,421 | 72,903 | 27,009 | 17,657 | 14,352 | 16,784 | 75,801 | 77,641 |
| Provision for income taxes | 19,121 | 15,685 | 15,738 | 6,965 | 2,346 | 1,765 | 2,296 | 13,372 | 4,456 | 2,737 | 2,224 | 2,602 | 12,019 | 12,034 |
| **Net income** | **53,394** | **45,687** | **48,351** | **20,065** | **13,822** | **11,519** | **14,125** | **59,531** | **22,553** | **14,920** | **12,127** | **14,182** | **63,782** | **65,606** |
| **Diluted EPS ($)** | **9.22** | **8.31** | **9.21** | **3.89** | **2.73** | **2.34** | **2.91** | **11.91** | **4.80** | **3.24** | **2.69** | **3.22** | **14.01** | **15.54** |
| Shares outstanding (diluted, millions) | 5,793 | 5,500 | 5,252 | 5,158 | 5,068 | 4,927 | 4,848 | 5,000 | 4,699 | 4,599 | 4,502 | 4,406 | 4,551 | 4,222 |
| **Margins** | | | | | | | | | | | | | | |
| Gross margin | 40.1% | 39.1% | 38.5% | 38.4% | 38.3% | 38.3% | 38.3% | 38.3% | 38.3% | 39.1% | 39.2% | 38.3% | 38.7% | 38.7% |
| Operating margin | 30.5% | 27.8% | 26.8% | 29.8% | 26.0% | 23.7% | 25.6% | 26.7% | 28.8% | 26.2% | 24.3% | 25.1% | 26.4% | 26.1% |
| Net margin | 22.8% | 21.2% | 21.1% | 22.7% | 22.6% | 21.6% | 22.5% | 22.4% | 24.4% | 22.6% | 20.9% | 21.5% | 22.6% | 22.2% |
| Tax rate | 26.4% | 25.6% | 24.6% | 25.8% | 14.5% | 13.3% | 14.0% | 18.3% | 16.5% | 15.5% | 15.5% | 15.5% | 15.9% | 15.5% |
| **% net sales** | | | | | | | | | | | | | | |
| Research & development | 3.5% | 4.7% | 5.1% | 3.9% | 5.5% | 6.9% | 6.0% | 5.4% | 4.4% | 6.1% | 7.3% | 6.5% | 5.9% | 6.3% |
| Selling, general and administrative | 6.1% | 6.6% | 6.7% | 4.8% | 6.8% | 7.7% | 6.7% | 6.3% | 5.0% | 6.8% | 7.6% | 6.7% | 6.4% | 6.3% |
| **YoY growth** | | | | | | | | | | | | | | |
| Net sales | 27.9% | -7.7% | 6.3% | 12.7% | 15.6% | 17.3% | 19.6% | 15.9% | 4.9% | 8.2% | 8.8% | 4.9% | 6.4% | 4.6% |
| Cost of sales | 24.8% | -6.2% | 7.4% | 12.9% | 16.7% | 17.6% | 18.9% | 16.1% | 5.1% | 6.9% | 7.3% | 4.9% | 5.9% | 4.4% |
| Operating income | 35.7% | -15.7% | 2.2% | 12.5% | 12.7% | 17.1% | 22.9% | 15.6% | 1.6% | 8.9% | 11.4% | 2.6% | 5.2% | 3.4% |
| EPS | 42.8% | -9.9% | 10.8% | 15.9% | 30.1% | 40.4% | 41.0% | 29.3% | 23.4% | 19.0% | 15.2% | 10.5% | 17.7% | 10.9% |

Source:   Atlantic Equities

Intended for Matt Blake, Apple

**Exhibit 9**

Apple

## IMPORTANT DISCLOSURES



**Rating and Price Target History for: Apple (AAPL US) as of 11-01-2018**

**Stocks under the analyst's coverage**

Alibaba [BABA], Alphabet [GOOGL], Amazon [AMZN], Apple [AAPL], Booking Holdings [BKNG], eBay [EBAY], Expedia [EXPE], Facebook [FB], Microsoft [MSFT], Qualcomm [QCOM], Snap [SNAP], Spotify [SPOT], Twitter [TWTR]

**Risks**

Risks to investing in Apple shares include, but are not limited to demand being less inelastic than anticipated leading to revenue shortfalls as ASPs continue to increase, the current threatened trade war impacting Apple's cost base, a deterioration in consumer spending, fragmentation of demand across multiple devices placing pressure on gross margin, a slowdown in Services revenue growth and the company failing to succeed in new product categories.

**Consensus Estimates**

Consensus revenue / EPS estimates taken from Bloomberg, unit estimates taken from StreetAccount.

**ANALYST CERTIFICATION**

James Cordwell, hereby certifies that the views expressed in this research report accurately reflects his/her personal views about the subject Security and Issuer as of the date of this report. He/She further certifies that no part of his/her compensation was, is, or will be directly, or indirectly, related to the specific recommendations or views contained in this research report.

No analysts at Atlantic Equities LLP hold shares in companies they follow. No partner or employee of Atlantic Equities LLP, holds shares in the companies under analyst coverage which give rise to an interest which exceeds 1% of the total issued share capital of the company. Atlantic Equities LLP does not act as a market maker in the securities of any company under analyst coverage and does not carry out investment banking or corporate finance business.

**RATING DEFINITIONS**

Investment opinions are based on a stock's total return potential relative to those stocks under the analyst's coverage:

"Overweight" stocks are the most attractive stocks under the analyst's coverage over the next 12 months.

"Underweight" stocks are deemed to be particularly unattractive stocks over the next 12 months.

"Neutral" stocks are those stocks which are neither classified as "Overweight" nor "Underweight".

Stocks covered are subject to continuous review. Updates will be provided whenever a change in recommendation is to be made or, at the discretion of the analyst, whenever there is news worth of note. It is anticipated that a report for each company covered will be produced at least once per annum.

Atlantic Equities LLP does not act as a market maker in the securities of any company under analyst coverage and does not carry out investment banking or corporate finance business for any company under analyst coverage.

**Issued by Atlantic Equities LLP. Authorized and regulated by the Financial Conduct Authority.**
**25 Copthall Avenue, London EC2R 7BP, United Kingdom**

Atlantic Equities LLP is an independent equities research firm. Atlantic Equities LLP's Code of Ethics contains procedures which employees are required to follow so as to prevent or mitigate any conflicts of interest which may arise. The investment services of Atlantic Equities LLP are only available to professional clients and eligible counterparties as defined by the rules of the FCA. They are not available to retail clients. Accordingly, customers of Atlantic Equities LLP will not benefit from the UK investors compensation scheme. Views expressed herein accurately reflect the views of the relevant analysts with respect to the security, securities or issuer(s)

Intended for Matt Blake, Apple

# Exhibit 9

## Apple

which are the subject of the research. This document is not intended to be an offer or the solicitation of an offer to buy or sell securities and has been prepared exclusively for the use of existing clients of Atlantic Equities LLP. Any recommendations contained in this document must not be relied upon as investment advice based on the recipient's personal circumstances. In the US, it has been prepared for US institutional investors only and such investors wishing to undertake transactions in the securities mentioned in this report should pass orders to FINRA registered firms and not to Atlantic Equities LLP. Whilst all reasonable care has been taken in the preparation of this document, no responsibility can be accepted for the accuracy or completeness of the information herein or upon which opinions herein have been based. Please note the value of investments and the income derived from them may fall as well as rise and you may not receive the original amount invested in return. Where an investment is denominated in a foreign currency, changes in rate of exchange may have an adverse effect on its value, price or income. Unless otherwise specified, charts and statistics are compiled by Atlantic Equities LLP. Updates to estimates, where the analyst considers the changes to be immaterial to his/her recommendation, will be published solely through research aggregators such as Bloomberg and First Call. Where consensus figures are used, these have been sourced from First Call and/or Bloomberg. Atlantic Equities LLP's conflicts of interest policy, its recommendation distribution and other important disclosures are shown on its web-site www.atlantic-equities.com. A list of all recommendations in securities traded on EU regulated markets is located at http://atlantic-equities.com/european-disclosure/european-disclosure.pdf

**Additional information on the securities discussed herein is available on request.**

Registered office: Suite 1, 3rd Floor, 11-12 St. James's Square, London SW1Y 4LB.

Registered Number OC304696 England and Wales

Intended for Matt Blake, Apple

# Apple Inc.

## Long term winner but near term headwinds, Downgrading to Neutral

Rating Change: NEUTRAL | PO: 220.00 USD | Price: 222.22 USD

**Bank of America Merrill Lynch**

Equity | 02 November 2018

## Weaker guidance but not out of the woods yet

We downgrade Apple to Neutral from Buy with a PO of $220. We recently cut our PO & ests. anticipating a weaker Dec guide. Post results we are incrementally concerned that not all the weakness is capture in N/T and we are likely to see further negative estimate revisions. Although the L/T opportunity is significant, we expect N/T pressure on shares driven by: (1) iPhone unit pressure from weakening emerging markets, (2) iPhone unit elasticity given significant step ups in ASPs, (3) deceleration in Services given weakening app store trends, (4) expectation of supply chain order cuts over the next few months, (5) significant positive revisions in the last year reversing to negative revisions in F2019, (6) potential flexible OLED phone from Samsung in 2019 (significant form factor change) can create share headwinds, and (7) time for investors to adjust to the new disclosures.

## Most troublesome near-term trends

We are concerned by: (1) Estimate decline in iPhone units. Our estimate of 72mn iPhones (sell in) for December quarter would likely imply ~3mn increase in channel inventory, which would imply sell-out is down in December quarter to 69mn (vs 72mn last year). We model F19 iPhones at 210mn (prior 214mn) and down y/y. (2) China was strong in C3Q but emerging signs of weakness could pressure the next few quarters, (3) services likely decelerate strongly into C4Q (although only needs 15-20% growth to meet F2020 targets), and (4) ASP upside not driving incremental gross margin upside (some FX headwinds).

## Valuation always compelling but multiple could compress

Valuation metrics remain compelling for Apple, however in the last down-cycles despite compelling valuation the stock retraced 30%. AAPL stock has rallied 31% in C18 (vs. S15INFT up 11%), and has been a bastion of safety in large cap tech. We expect a 1-2x multiple compression in the near term to pressure the stock.

## Where could we be wrong? PO moves to $220 (from $235)

Stronger than expected share gains in iPhones, fading of China risks, incremental GM upside, acceleration in services and faster pace of buybacks could drive upside. PO of $220 is based on 15x C19 EPS of $14.23 (lower multiple vs. 16x given the weaker rev trajectory, potential start of unit declines).

### Estimates (Sep)

| (US$) | 2017A | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|
| EPS | 9.21 | 11.91 | 13.86 | 15.26 | 16.98 |
| GAAP EPS | 9.21 | 11.85 | 13.86 | 15.26 | 16.98 |
| EPS Change (YoY) | 10.8% | 29.3% | 16.4% | 10.1% | 11.3% |
| Consensus EPS (Bloomberg) | | | 11.79 | 13.72 | 14.96 |
| DPS | 2.39 | 2.71 | 3.06 | 3.37 | 3.70 |

### Valuation (Sep)

| | 2017A | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|
| P/E | 24.1x | 18.7x | 16.0x | 14.6x | 13.1x |
| GAAP P/E | 24.1x | 18.8x | 16.0x | 14.6x | 13.1x |
| Dividend Yield | 1.1% | 1.2% | 1.4% | 1.5% | 1.7% |
| EV / EBITDA* | 16.9x | 14.8x | 13.7x | 12.8x | 11.9x |
| Free Cash Flow Yield* | 4.5% | 5.6% | 5.6% | 5.5% | 6.2% |

* For full definitions of iQmethod℠ measures, see page 14.

BofA Merrill Lynch does and seeks to do business with issuers covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.
Refer to important disclosures on page 15 to 17. Analyst Certification on page 13. Price Objective Basis/Risk on page 13.                    11932335

Timestamp: 02 November 2018 06:13AM EDT

Unauthorized redistribution of this report is prohibited. This report is intended for mattbiasa@apple.com

### Key Changes

| (US$) | Previous | Current |
|---|---|---|
| Inv. Opinion | B-1-7 | B-2-7 |
| Inv. Rating | BUY | NEUTRAL |
| Price Obj. | 235.00 | 220.00 |
| 2019E Rev (m) | 289,566.7 | 285,466.5 |
| 2020E Rev (m) | 326,063.5 | 316,873.4 |
| 2021E Rev (m) | NA | 351,106.8 |
| 2019E EPS | 13.95 | 13.86 |
| 2020E EPS | 15.75 | 15.26 |
| 2021E EPS | NA | 16.98 |

**Wamsi Mohan**
Research Analyst
MLPF&S
+1 646 855 3854
wamsi.mohan@baml.com

**Ruplu Bhattacharya**
Research Analyst
MLPF&S
+1 646 855 0315
ruplu.bhattacharya@baml.com

**Param Singh, CFA**
Research Analyst
MLPF&S
+1 646 855 4256
param.singh@baml.com

**Ziv Israel**
Research Analyst
MLPF&S
ziv.israel@baml.com

### Stock Data

| | |
|---|---|
| Price | 222.22 USD |
| Price Objective | 220.00 USD |
| Date Established | 2-Nov-2018 |
| Investment Opinion | B-2-7 |
| 52-Week Range | 150.24 USD - 233.47 USD |
| | USD |
| Mkt Val (mn) / Shares Out (mn) | 1,146,163 USD / 5,157.8 |
| Average Daily Value (mn) | 7952.96 USD |
| BofAML Ticker / Exchange | AAPL / NAS |
| Bloomberg / Reuters | AAPL US / AAPL.OQ |
| ROE (2019E) | 80.9% |
| Net Dbt to Eqty (Sep-2018A) | 82.7% |

### Significant other notes:

Lowering estimates to account for China risk, FX headwinds

App Store Deep Dive

**Exhibit 9**

# *iQprofile* <sup>SM</sup> Apple Inc.

## *IQ*method <sup>SM</sup> – Bus Performance*

| (US$ Millions) | 2017A | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|
| Return on Capital Employed | 19.1% | 22.9% | 29.6% | 35.6% | 32.4% |
| Return on Equity | 36.9% | 49.4% | 80.9% | 117.6% | 74.9% |
| Operating Margin | 28.9% | 28.7% | 28.9% | 27.9% | 27.5% |
| Free Cash Flow | 51,147 | 64,121 | 64,598 | 62,534 | 70,540 |

## *IQ*method <sup>SM</sup> – Quality of Earnings*

| (US$ Millions) | 2017A | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|
| Cash Realization Ratio | 1.3x | 1.3x | 1.2x | 1.1x | 1.1x |
| Asset Replacement Ratio | 1.2x | 1.2x | 1.2x | 1.2x | 1.3x |
| Tax Rate | 24.5% | 18.3% | 16.8% | 17.0% | 17.0% |
| Net Debt-to-Equity Ratio | 71.2% | 82.7% | 180.9% | 124.8% | 21.9% |
| Interest Cover | NM | NM | NM | NM | NM |

## Income Statement Data (Sep)

| (US$ Millions) | 2017A | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|
| Sales | 229,234 | 265,595 | 285,466 | 316,873 | 351,107 |
| % Change | 6.3% | 15.9% | 7.5% | 11.0% | 10.8% |
| Gross Profit | 89,063 | 102,849 | 111,880 | 122,641 | 134,484 |
| % Change | 4.7% | 15.5% | 8.8% | 9.6% | 9.7% |
| EBITDA | 76,341 | 87,141 | 94,365 | 100,899 | 108,604 |
| % Change | 2.1% | 14.1% | 8.3% | 6.9% | 7.6% |
| Net Interest & Other Income | 2,745 | 1,716 | 1,101 | 727 | 803 |
| Net Income (Adjusted) | 48,351 | 59,531 | 64,721 | 68,760 | 75,397 |
| % Change | 5.8% | 23.1% | 8.7% | 6.2% | 9.7% |

## Free Cash Flow Data (Sep)

| (US$ Millions) | 2017A | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|
| Net Income from Cont Operations (GAAP) | 52,018 | 63,685 | 69,542 | 73,923 | 80,908 |
| Depreciation & Amortization | 10,157 | 10,903 | 11,850 | 12,563 | 11,927 |
| Change in Working Capital | (5,550) | 34,694 | (5,441) | (11,996) | (9,916) |
| Deferred Tax ation Charge | 5,966 | (32,590) | 2,076 | 2,076 | 2,076 |
| Other Adjustments, Net | 1,007 | 742 | 979 | 1,057 | 1,129 |
| Capital Expenditure | (12,451) | (13,313) | (14,409) | (15,089) | (15,584) |
| Free Cash Flow | 51,147 | 64,121 | 64,598 | 62,534 | 70,540 |
| % Change | -3.7% | 25.4% | 0.7% | -3.2% | 12.8% |

## Balance Sheet Data (Sep)

| (US$ Millions) | 2017A | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|
| Cash & Equivalents | 20,289 | 25,913 | 8,225 | 23,593 | 73,686 |
| Trade Receivables | 17,874 | 23,186 | 31,077 | 38,400 | 44,138 |
| Other Current Assets | 90,482 | 82,240 | 83,412 | 88,180 | 88,533 |
| Property , Plant & Equipment | 33,783 | 41,304 | 56,439 | 72,490 | 89,292 |
| Other Non-Current Assets | 212,891 | 193,082 | 119,253 | 87,335 | 83,417 |
| Total Assets | 375,319 | 365,725 | 298,407 | 309,998 | 379,067 |
| Short-Term Debt | 18,473 | 20,748 | 10,000 | 10,000 | 10,000 |
| Other Current Liabilities | 82,341 | 96,118 | 95,075 | 95,222 | 91,478 |
| Long-Term Debt | 97,207 | 93,735 | 93,735 | 93,735 | 93,735 |
| Other Non-Current Liabilities | 43,251 | 47,977 | 46,813 | 46,843 | 46,845 |
| Total Liabilities | 241,272 | 258,578 | 245,624 | 245,800 | 242,058 |
| Total Equity | 134,047 | 107,147 | 52,783 | 64,198 | 137,009 |
| Total Equity & Liabilities | 375,319 | 365,725 | 298,407 | 309,998 | 379,067 |

* For full definitions of *IQ*method <sup>SM</sup> measures, see page 14.

## Company Sector

IT Hardware

## Company Description

Apple Inc. (AAPL) designs, manufactures, and markets consumer electronics and computers, and has developed its own proprietary iOS and Mac OS X operating systems and related software platform/ecosystem. Revenues are principally derived from the iPhone line of smartphones, hardware sales of the Macintosh family of notebook and desktop computers, iPad tablets, and iPod portable digital music players. The company also realizes revenue from software, peripherals, digital media, and services.

## Investment Rationale

We rate Apple a Neutral as near-term risks (1) iPhone unit pressure from weakening emerging markets, (2) iPhone unit elasticity given significant step ups in ASPs, (3) deceleration in services given weakening app store trends, (4) expectation of supply chain order cuts over the next few months, (5) expected negative estimate revisions and (6) negative perception of lack of unit disclosure going forward, are balanced by strong capital return program and large cash balance that affords optionality

## Stock Data

| | |
|---|---|
| Average Daily Volume | 35,788,700 |

## Quarterly Earnings Estimates

| | 2018 | 2019 |
|---|---|---|
| Q1 | 3.89A | 4.68E |
| Q2 | 2.73A | 3.04E |
| Q3 | 2.34A | 2.59E |
| Q4 | 2.91A | 3.52E |

Bank of America
Merrill Lynch

**Page 328**

**Exhibit 9**

# Downgrading to Neutral, from Buy

We downgrade our rating on Apple (ticker: AAPL) to Neutral from Buy. As we highlighted in our preview note, we see increased risk from a weaker macroeconomic environment. Although we like the story in the long-term, we see near-term risk, and our reasons for downgrading include the following:

- Slower growth of Services revenues in F19. Third-party data suggests significant slowdown in App Store revenues in the month of October (especially in China, partly due to slower Chinese approval of new games). See Figures 1-4.

- iPhones units implied by guidance for Dec quarter in-line with our prior estimate of 73mn, which is significantly lower than Street estimate of 78mn and potentially includes sell in of ~3mn units or ~$2bn in revs

- Some level of investor concern on lack of unit disclosure for iPhones, iPads and Macs going forward which some will interpret as a negative

- Weaker growth in emerging markets including India, Brazil, Russia and Turkey given currency moves which makes it harder for customers to buy iPhones.

These near-term concerns are balanced by longer-term benefit of strong capital return program, large cash balance that affords optionality to enter new markets. We lower our PO to $220 (from $235) on 15x (prior 16x) C19E EPS of $14.23.

Upside risk factors to our call include gross margin upside from higher mix of iPhones, and tailwind from lower memory costs and lower warranty accruals, a faster than expected recovery in emerging markets, and faster than expected recovery in China App Store sales. Also, stronger than expected share gains in iPhones, acceleration in services and faster pace of buybacks can drive upside.

Downside risks are: the potential trade conflicts, tariffs, and a stronger USD. Other risks are Apple's continued significant exposure to the iPhone, commoditization in the smartphone market, intensifying competition in the tablet market, managing beat and raise expectations for EPS estimates, and requirement to maintain pace of product innovation.

## App store sales slowed significantly in October

App store revenues decelerated to 11% y/y growth in the month of October from 20%y/y in Sep, 24%y/y in Aug and 26%y/ in July (Figure 2). The China app store revenues decelerated to flat y/y growth in the month of October from 10%y/y in Sep, 16%y/y in Aug and 24%y/y in July (Figure 4). We are surprised at the magnitude of deceleration globally given that the app store revs are based off a growing installed base. We are less surprised in China given the gaming deceleration but believe the magnitude is significant. The deceleration in app store could drive roughly a few points of overall services growth deceleration. Services revenues also have a tougher compare in the December quarter.



**Exhibit 9**

**Figure 1: YoY change in App Store downloads, by month**



Source: Sensor Tower, BofA Merrill Lynch Global Research

**Figure 2: YoY change in App Store revenue, by month**



Source: Sensor Tower, BofA Merrill Lynch Global Research

**Figure 3: YoY change in China App Store downloads, by month**



Source: Sensor Tower, BofA Merrill Lynch Global Research

**Figure 4: YoY change in China App Store revenue, by month**



Source: Sensor Tower, BofA Merrill Lynch Global Research

## F4Q18 revenue beat; F1Q19 guide below Street

Apple reported F4Q18 revenue of $62.9bn, which came in above the higher end of the guidance range ($60.0bn-$62.0bn), above our/Street estimates of $62.8bn/$61.4bn, driven by strong iPhone and Mac revenue. EPS of $2.91 beat our/Street estimates of $2.85/$2.78. Gross margin (including stock based comp) came in at 38.3% (vs. guidance range of 38.0-38.5%) and compared to our/Street prior estimates of 38.2%/38.2%. iPhone unit sales were 46.9mn, flat y/y and slightly below our/Street expectation of 47.0mn. iPhone ASP came in at $793 which was higher than our expected $768 and was up 28% y/y likely driven by some sell in dynamics. iPhone revenue grew 29% y/y to

Bank of America
Merrill Lynch

**Page 330**

**Exhibit 9**

$37.2bn. Services revenue at $10.0bn was up 17% y/y, but up 27% y/y when adjusting F4Q17 for $640m one-time benefit due to a change in an accounting estimate.

Apple guided December quarter revenues below Street and at $89.0-93.0bn, which at the mid-point of $91.0bn compares to our/Street prior to $90.9bn/$92.9bn, respectively. Gross margin (incl. stock comp) guidance was approx. in-line with our expectations (38.0% - 38.5%, 38.25% midpoint, which compares to our prior estimate of 38.4%). The guidance implies an EPS range of $4.46-4.79 ($4.63 at the mid-point), which compares our/Street prior estimates of $4.64/$4.92. OpEx was guided to $8.7-8.8bn.

Figure 5 shows our old vs. new unit estimates.

**Figure 5: BofAML: old vs. new estimates**

| Units (K) | Old Estimates | | | | | New Estimates | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | F16 | F17 | F18 | F19 | F20 | F16 | F17 | F18 | F19 | F20 | F21 |
| iPhone | 211,884 | 216,756 | 217,833 | 214,000 | 225,000 | 211,884 | 216,756 | 217,722 | 210,000 | 217,000 | 223,000 |
| iPad | 45,590 | 43,753 | 43,646 | 43,909 | 43,909 | 45,590 | 43,753 | 43,535 | 43,798 | 43,798 | 43,798 |
| Mac | 18,484 | 19,251 | 17,811 | 18,550 | 19,107 | 18,484 | 19,251 | 18,209 | 18,960 | 19,529 | 20,114 |
| iPod | 6,372 | 5,098 | 4,078 | 3,263 | 2,610 | 6,372 | 5,098 | 4,078 | 3,263 | 2,610 | 2,088 |
| Apple Watch | 10,500 | 14,000 | 28,200 | 42,300 | 50,760 | 10,500 | 14,000 | 28,200 | 42,300 | 50,760 | 55,836 |

| ASP ($) | Old Estimates | | | | | New Estimates | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | F16 | F17 | F18 | F19 | F20 | F16 | F17 | F18 | F19 | F20 | F21 |
| iPhone | $645 | $652 | $760 | $800 | $851 | $645 | $652 | $766 | $805 | $852 | $920 |
| iPad | $452 | $439 | $435 | $427 | $419 | $452 | $439 | $432 | $424 | $416 | $408 |
| Mac | $1,235 | $1,343 | $1,378 | $1,366 | $1,352 | $1,235 | $1,343 | $1,400 | $1,388 | $1,373 | $1,360 |
| iPod | $155 | $151 | $148 | $145 | $138 | $155 | $151 | $148 | $145 | $142 | $139 |
| Apple Watch | $451 | $446 | $401 | $429 | $429 | $451 | $446 | $401 | $429 | $429 | $429 |

| Revenue ($) | Old Estimates | | | | | New Estimates | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | F16 | F17 | F18 | F19 | F20 | F16 | F17 | F18 | F19 | F20 | F21 |
| iPhone rev ($mn) | $136,700 | $141,319 | $165,594 | $171,192 | $191,479 | $136,700 | $141,319 | $166,699 | $169,087 | $184,854 | $205,137 |
| iPad rev ($mn) | $20,628 | $19,222 | $18,969 | $18,739 | $18,387 | $20,628 | $19,222 | $18,805 | $18,577 | $18,227 | $17,885 |
| Mac rev ($mn) | $22,831 | $25,850 | $24,541 | $25,348 | $25,836 | $22,831 | $25,850 | $25,484 | $26,311 | $26,821 | $27,347 |
| Watch ($mn) | $4,733 | $6,250 | $11,300 | $18,147 | $21,776 | $4,733 | $6,250 | $11,300 | $18,147 | $21,776 | $23,954 |
| Services rev ($mn) | $24,348 | $29,980 | $37,920 | $47,400 | $58,302 | $24,348 | $29,980 | $37,190 | $45,979 | $56,554 | $66,734 |
| Other rev, ex-Watch ($mn) | $6,399 | $6,613 | $7,217 | $8,741 | $10,283 | $6,399 | $6,613 | $6,117 | $7,365 | $8,641 | $10,050 |
| Total Apple Revenue ($mn) | $215,639 | $229,234 | $265,542 | $289,567 | $326,063 | $215,639 | $229,234 | $265,595 | $285,466 | $316,873 | $351,107 |
| Total Apple EPS | $8.31 | $9.21 | $11.84 | $13.95 | $15.75 | $8.31 | $9.21 | $11.91 | $13.86 | $15.26 | $16.98 |

| | Old Estimates | | | | | New Estimates | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | F16 | F17 | F18 | F19 | F20 | F16 | F17 | F18 | F19 | F20 | F21 |
| Revenue ($bn) | $215.6 | $229.2 | $265.5 | $289.6 | $326.1 | $215.6 | $229.2 | $265.6 | $285.5 | $316.9 | $351.1 |
| Gross Margin (%) | 39.1% | 38.5% | 38.3% | 38.8% | 38.5% | 39.1% | 38.5% | 38.3% | 38.8% | 38.3% | 38.0% |
| EPS | $8.31 | $9.21 | $11.84 | $13.95 | $15.75 | $8.31 | $9.21 | $11.91 | $13.86 | $15.26 | $16.98 |

Source: Company reports, BofA Merrill Lynch Global Research estimates

## Apple to stop product unit reporting, add service GM

Apple noted that going forward, it will no longer report unit figures for the different product segments (iPhone, iPad, and Mac), while still disclosing total revenue figures for each. Management. added that it will begin reporting cost of sales/gross margin in the Services business. The company also noted that it will adopt FASB's new standard for revenue recognition, leading it to report revenue tied to amortization of the deferred value of bundled services including maps, Siri, and free iCloud services in services revenue, rather than in product revenue. Finally, 'other products' revenue will be renamed to 'wearables, home, and accessories'. We estimate that this change will result in roughly $5-10 of iPhone ASP to shift from products to services. The change will be slightly larger for iPads and Macs on a per unit basis.

**Exhibit 9**

## Guidance range is wider than usual

Apple guided September quarter revenues at an unusually wide range of $91bn +/- $2bn ($89.0-93.0bn), vs. +/- $1-1.5bn provided historically. The company noted a number of moving pieces affecting the mid-point as well as the width of the range, including: (1) The reverse order of product launch. In 2017, the iPhone X was launched and corresponded with a channel fill during Q1, while this year the iPhone Xs/Xs Max were launched during Q4, creating a harder comp for Q1, (2) The company expects the dollar strengthening vs. a basket of currencies to lead to 200bps/$2bn of revenue headwind in Q1 on an y/y basis, (3) An unusually high number of new product launches lead to a wider range of uncertainty, and (4) Uncertainty around economic environment in emerging markets.

## Services rev strong in F4Q, but will it hold up in F1Q19?

In F4Q18, Services revenue grew 17% y/y on a reported basis and 27% y/y (ex impact of a favorable one-time accounting adjustment of $640mn in the year ago quarter) to $9.98bn.  Transaction volume for Apple Pay tripled y/y, and now 60% of all U.S. retail locations support Apple Pay. There are 30,000 third-party subscription Apps on the App Store and Apple has 330mn paid subscribers on iOS.

**Figure 6: Services revenue growth y/y, ex one-time items**

| | F1Q16 | F2Q16 | F3Q16 | F4Q16 | F1Q17 | F2Q17 | F3Q17 | F4Q17 | F1Q18 | F2Q18 | F3Q18 | F4Q18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Services Rev ($mn, reported) | $6,056 | $5,991 | $5,976 | $6,325 | $7,172 | $7,041 | $7,266 | $8,501 | $8,471 | $9,190 | $9,548 | $9,981 |
| | | | | | | | | | | | | |
| Adjustments: | | | | | | | | | | | | |
| Patent infringement payment ($mn) | ($548) | | | | | | | | | | | |
| Additional week (14th week) | | | | | ($700) | | | | | | | |
| One-time adjustment related to revenue recognition ($mn) | | | | | | | | ($640) | | | | |
| Final resolution of various lawsuits | | | | | | | | | | | ($236) | |
| Adjusted Services Rev ($mn) | $5,508 | $5,991 | $5,976 | $6,325 | $6,472 | $7,041 | $7,266 | $7,861 | $8,471 | $9,190 | $9,312 | $9,981 |
| | | | | | | | | | | | | |
| reported Services rev y/y | | | | | 18.4% | 17.5% | 21.6% | 34.4% | 18.1% | 30.5% | 31.4% | 17.4% |
| adjusted Services rev y/y | | | | | 17.5% | 17.5% | 21.6% | 24.3% | 30.9% | 30.5% | 28.2% | 27.0% |

Source: Company reports, BofA Merrill Lynch Global Research estimates

While revenue growth was strong in the Sep quarter, we remain concerned about App Store revenue slowdown in China in October, partly related to slowdown in approval for new games, and partly due to macroeconomic and political issues and lower consumer confidence. We model a significant deceleration in the December quarter to account for the tougher compare but also for the weaker uptake in China and Globally.

## iPhone channel inventory likely grew in C3Q and we expect same for C4Q

While not disclosed by Apple, we estimate that iPhone channel inventory grew by about 2mn units in F4Q18 (C3Q18).  We expect Apple exited the quarter with iPhone channel inventory within its target range of 5-7 weeks. We expect Apple to build some channel inventory in the December quarter as well (we expect about 3mn channel inventory build).

**Figure 7: iPhone channel inventory progression**

| iPhone channel inventory progression | C1Q16 | C2Q16 | C3Q16E | C4Q16E | C1Q17 | C2Q17 | C3Q17 | C4Q17 | C1Q18 | C2Q18 | C3Q18 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Channel Inventory (mn units): | 21.2 | 17.2 | 19.7 | 20.9 | 19.7 | 16.4 | 17.7 | 21.7 | 19.9 | 16.4 | 18.4 |
| Change in channel inventory (mn units): | -0.45 | -4.0 | 2.5 | 1.2 | -1.2 | -3.3 | 1.3 | 4 | -1.8 | -3.5 | +2* |
| Comments | within 5-7 weeks | low end 5-7 weeks | well below 5-7 weeks | low end 5-7 weeks | within 5-7 weeks | well within 5-7 wks | within 5-7 wks | low end 5-7wks | within 5-7wks | low end 5-7wks | within 5-7wks |
| | | | | | | | | | | | |
| iPhones reported by apple (sell in) (mn) | 51.2 | 40.4 | 45.5 | 78.3 | 50.8 | 41.0 | 46.7 | 77.3 | 52.7 | 41.3 | 46.9 |
| | | | | | | | | | | | |
| iPhone sell out (mn) | 51.6 | 44.4 | 43.0 | 77.1 | 52.0 | 44.3 | 45.4 | 73.3 | 54.0 | 44.8 | 44.9 |
| Y/Y | (14.2%) | (7.8%) | (6.8%) | 7.9% | 0.6% | (0.2%) | 5.5% | (4.9%) | 4.0% | 1.1% | (1.1%) |
| Y/Y (ex extra week benefit in Dec 2016) | | | | | | | | 2.0% | | | |
| q/q | (27.8%) | (14.0%) | (3.1%) | 79% | (33%) | (15%) | 2% | 62% | (26%) | (17%) | 0% |

*BofAML estimate slightly higher channel inventory build vs. last year

Source: Company reports, BofA Merrill Lynch Global Research estimates

Bank of America
Merrill Lynch

**Page 332**

**Exhibit 9**

## iPhone ASP grows $175 y/y

iPhone average sell prices (ASP) grew $175 y/y to $793 from $617 in the year ago quarter.  The growth in ASP was predominantly driven by higher mix of iPhones with FX having just a negative $3 impact.

## Greater China up 16% from last year; Deceleration likely in F1Q19

Greater China (China, Hong Kong, Taiwan) revenue increased 16% year over year to $11.4bn, which was slightly lower than the 19% y/y growth reported last quarter. This is the fifth consecutive quarter of double digit growth in China, but we expect meaningful deceleration heading into the December quarter. Management noted that due to new regulations around gaming led to a halt in new game approvals for the App Store.

## Base iPhone business declined low single digits y/y

Figure 8 parses the subcomponents of iPhone y/y unit growth for the Sep and Dec quarters.  iPhones came in about 47mn for the Sep quarter which represents base iPhone unit decline (after factoring out channel inventory changes) of 1% y/y.  We model 72mn iPhone units for the Dec quarter which represents 6% y/y decline for base iPhones. We assume Apple will build some channel inventory in the Dec quarter (about 3mn units).

**Figure 8: Parsing y/y growth in iPhone units in the Sep and Dec quarters**

|  | Sep-17 | Y/Y Growth | Sep-18 | Actual growth |
|---|---|---|---|---|
| Total iPhones (mn) | 46.7 |  |  |  |
| Less Channel inventory growth (mn) | 1.3 |  |  |  |
| Base iPhones (mn) | 45.4 | 4.0% | 47.2 |  |
|  |  | -1.0% | 44.9 |  |
|  |  | -6.0% | 42.7 |  |
|  |  | -11.0% | 40.4 |  |
| Add Channel inventory (mn) |  |  | 2 |  |
| Impact of Carrier Incentives for iPhone 8/8 Plus/X (mn) |  |  | 0 |  |
| Total iPhones Sep qtr (base growth 4%) |  |  | 49.2 | 5% |
| Total iPhones Sep qtr (base growth -1%) |  |  | 46.9 | 1% |
| Total iPhones Sep qtr (base growth -6%) |  |  | 44.7 | (4%) |
| Total iPhones Sep qtr (base growth -11%) |  |  | 42.4 | (9%) |

|  | Dec-17 | Y/Y Growth | Dec-18 | Actual growth |
|---|---|---|---|---|
| Total iPhones (mn) | 77.3 |  |  |  |
| Less Channel inventory growth (mn) | 4.0 |  |  |  |
| Base iPhones (mn) | 73.3 | -1.0% | 72.6 |  |
|  |  | -6.0% | 68.9 |  |
|  |  | -11.0% | 65.3 |  |
|  |  | -16.0% | 61.6 |  |
| Add Channel inventory (mn) |  |  | 3 |  |
| Impact of Carrier Incentives for iPhone 8/8 Plus/X (mn) |  |  | 0 |  |
| Total iPhones Dec qtr (base growth -1%) |  |  | 76 | (2%) |
| Total iPhones Dec qtr (base growth -6%) |  |  | 72 | (7%) |
| Total iPhones Dec qtr (base growth -11%) |  |  | 68 | (12%) |
| Total iPhones Dec qtr (base growth -16%) |  |  | 65 | (16%) |

Source: Company reports, BofA Merrill Lynch Global Research estimates

## Gross margin – potential levers for upside

Gross margin (including stock based comp) came in at 38.3% (vs. guidance range of 38.0-38.5%) and compared to our/Street prior estimates of 38.2%/38.2%. Gross margin (incl. stock comp) guidance was approx. in-line with our expectations (38.0% - 38.5%, 38.25% midpoint, which compares to our prior estimate of 38.4%). AAPL expects 90bps headwind sequentially heading into the December quarter due to the dollar strengthening.

**Exhibit 9**

However, we see four key potential drivers of upside to gross margins longer term : (1). NAND prices have sharply decreased over the last few months, with the TLC flash 128gb index down >28% since August; (2). Warranty accruals should provide a tailwind heading beyond the calendar fourth quarter, (3). Product mix should continue driving higher ASPs and (4) FX headwinds should abate. .

## Balance sheet remains solid with $25 in net cash/share

Apple's balance sheet remains strong with $237.1bn in cash and short and long-term investments, and about $25 of net cash and investments per share. Free Cash Flow was approx. $16.5bn during the quarter. In the quarter, Apple returned $23bn to shareholders, including $3.5bn in dividends and approx. $19.4bn in open market buybacks (92.5mn shares).

**Bank of America**
**Merrill Lynch**

**Exhibit 9**

# Model

**Figure 9: Apple Income Statement**

| | F2018 | | | | F2019E | | | | F2017 | F2018 | F2019E | F2020E | F2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12/17 | 3/18 | 6/18 | 9/18 | 12/18E | 3/19E | 6/19E | 9/19E | | | | | |
| **Income Statement** | | | | | | | | | | | | | |
| Revenue ($mm) | 88293 | 61137 | 53265 | 62900 | 91480 | 63050 | 57334 | 73602 | 229234 | 265595 | 285466 | 316873 | 351107 |
| iPhone revenue | 61576 | 38032 | 29906 | 37185 | 59635 | 36215 | 30055 | 43182 | 141319 | 166699 | 169087 | 184854 | 205137 |
| iPad revenue | 5862 | 4113 | 4741 | 4089 | 5864 | 4045 | 4655 | 4013 | 19222 | 18805 | 18577 | 18227 | 17885 |
| Mac revenue | 6895 | 5848 | 5330 | 7411 | 7369 | 5959 | 5431 | 7553 | 25850 | 25484 | 26311 | 26821 | 27347 |
| iTunes / Software / Services | 8471 | 9190 | 9548 | 9981 | 10080 | 11488 | 11935 | 12476 | 29980 | 37190 | 45979 | 56554 | 66734 |
| Other Rev | 5489 | 3954 | 3740 | 4234 | 8532 | 5344 | 5257 | 6378 | 12863 | 17417 | 25512 | 30417 | 34004 |
| Cost of Goods Sold (excl. Stock-based comp.) | 54129 | 37458 | 32594 | 38565 | 56125 | 38105 | 34485 | 44872 | 140171 | 162746 | 173587 | 194232 | 216623 |
| Gross Profit (excl. Stock-based comp.) | 34164 | 23679 | 20671 | 24335 | 35355 | 24946 | 22848 | 28730 | 89063 | 102849 | 111880 | 122641 | 134484 |
| Total Operating Expense (excl. Stock-based c... | 6594 | 6437 | 6708 | 6872 | 7501 | 6643 | 7213 | 8007 | 22879 | 26611 | 29365 | 34305 | 37807 |
| R&D (excl. Stock-based comp.) | 2761 | 2712 | 3026 | 3069 | 3202 | 2797 | 3257 | 3591 | 9282 | 11568 | 12847 | 14357 | 15662 |
| SG&A (excl. Stock-based comp.) | 3833 | 3725 | 3682 | 3803 | 4300 | 3846 | 3956 | 4416 | 13597 | 15043 | 16518 | 19948 | 22145 |
| Operating Income (Pre-Stock-based comp.) | 27570 | 17242 | 13963 | 17463 | 27854 | 18303 | 15635 | 20723 | 66184 | 76238 | 82515 | 88336 | 96677 |
| Total Operating Expense (incl. Stock-based c... | 7638 | 7528 | 7809 | 7966 | 8685 | 7827 | 8397 | 9191 | 26842 | 30941 | 34101 | 39401 | 43263 |
| R&D (incl. Stock-based comp.) | 3407 | 3378 | 3701 | 3750 | 3933 | 3528 | 3988 | 4322 | 11581 | 14236 | 15771 | 17481 | 18986 |
| SG&A (incl. Stock-based comp.) | 4231 | 4150 | 4108 | 4216 | 4753 | 4299 | 4409 | 4869 | 15261 | 16705 | 18330 | 21920 | 24277 |
| Operating Income (incl. Stock-based comp.) | 26274 | 15894 | 12612 | 16118 | 26404 | 16853 | 14185 | 19273 | 61344 | 70898 | 76715 | 82116 | 90037 |
| Total Interest and Other Income/(Expense) | 756 | 274 | 672 | 363 | 300 | 322 | 277 | 202 | 2745 | 2005 | 1101 | 727 | 803 |
| Pretax Income (Pre SBC) | 28326 | 17516 | 14635 | 17766 | 28155 | 18625 | 15912 | 20925 | 68929 | 78243 | 83616 | 89063 | 97480 |
| Provision for Income Taxes (Credit) | 7299 | 2542 | 1945 | 2484 | 4645 | 3166 | 2705 | 3551 | 16911 | 14269 | 14074 | 15141 | 16572 |
| Net Income (Pre Stock-based comp.) | 21027 | 14974 | 12690 | 15282 | 23509 | 15459 | 13207 | 17368 | 52018 | 63974 | 69542 | 73923 | 80908 |
| Stock-based comp. (After tax) | -962 | -1152 | -1171 | -1157 | -1211 | -1204 | -1204 | -1204 | -3667 | -4443 | -4821 | -5163 | -5511 |
| Net Income (incl. Stock-based comp.) | 20065 | 13822 | 11519 | 14125 | 22298 | 14255 | 12003 | 16164 | 48351 | 59531 | 64721 | 68760 | 75397 |
| Diluted EPS (Pre-Stock-based comp) | 4.08 | 2.95 | 2.58 | 3.15 | 4.93 | 3.30 | 2.85 | 3.78 | 9.90 | 12.79 | 14.90 | 16.41 | 18.22 |
| Diluted EPS (incl. Stock-based comp) | **3.89** | **2.73** | **2.34** | **2.91** | **4.68** | **3.04** | **2.59** | **3.52** | **9.21** | **11.91** | **13.86** | **15.26** | **16.98** |
| Diluted Weighted Average Shares | 5158 | 5068 | 4927 | 4848 | 4768 | 4688 | 4628 | 4593 | 5252 | 5000 | 4669 | 4505 | 4440 |
| **Income Statement (Cont'd)** | | | | | | | | | | | | | |
| **%Growth Rates** | | | | | | | | | | | | | |
| Revenues (Y/Y) | 12.7% | 15.6% | 17.3% | 19.6% | 3.6% | 3.1% | 7.6% | 17.0% | 6.3% | 15.9% | 7.5% | 11.0% | 10.8% |
| Gross Profit (Y/Y) | 12.4% | 13.8% | 16.8% | 20.8% | 3.5% | 5.3% | 10.5% | 18.1% | 4.7% | 15.5% | 8.8% | 9.6% | 9.7% |
| Opex (Y/Y) | 13.9% | 17.2% | 16.8% | 17.4% | 13.8% | 3.2% | 7.5% | 16.5% | 10.0% | 16.3% | 10.3% | 16.8% | 10.2% |
| R&D (Y/Y) | 21.0% | 23.2% | 27.6% | 26.4% | 16.0% | 3.1% | 7.6% | 17.0% | 13.8% | 24.6% | 11.1% | 11.8% | 9.1% |
| SG&A (Y/Y) | 9.3% | 13.1% | 9.2% | 11.1% | 12.2% | 3.3% | 7.4% | 16.1% | 7.6% | 10.6% | 9.8% | 20.8% | 11.0% |
| Op. Income (Y/Y) | 12.0% | 12.6% | 16.7% | 22.2% | 1.0% | 6.2% | 12.0% | 18.7% | 3.0% | 15.2% | 8.2% | 7.1% | 9.4% |
| Pretax Income (Y/Y) | 11.4% | 10.2% | 17.1% | 17.7% | (0.6%) | 6.3% | 8.7% | 17.8% | 5.1% | 13.5% | 6.9% | 6.5% | 9.5% |
| Net Income (Y/Y) | 12.2% | 25.3% | 32.1% | 31.8% | 11.1% | 3.1% | 4.2% | 14.4% | 5.8% | 23.1% | 8.7% | 6.2% | 9.7% |
| EPS (Y/Y) | 15.9% | 30.1% | 40.4% | 41.0% | 20.2% | 11.5% | 10.9% | 20.8% | 10.8% | 29.3% | 16.4% | 10.1% | 11.3% |
| Diluted Shares (Y/Y) | (3.2%) | (3.7%) | (5.9%) | (6.5%) | (7.6%) | (7.5%) | (6.1%) | (5.3%) | (4.5%) | (4.8%) | (6.6%) | (3.5%) | (1.4%) |
| Revenues (Q/Q) | 67.9% | (30.8%) | (12.9%) | 18.1% | 45.4% | (31.1%) | (9.1%) | 28.4% | | | | | |
| Gross Profit (Q/Q) | 66.9% | (30.8%) | (13.0%) | 18.3% | 45.5% | (32.1%) | (9.5%) | 30.1% | | | | | |
| Opex (Q/Q) | 12.7% | (2.4%) | 4.2% | 2.4% | 9.2% | (11.4%) | 8.6% | 11.0% | | | | | |
| R&D (Q/Q) | 13.7% | (1.8%) | 11.6% | 1.4% | 4.3% | (12.6%) | 16.5% | 10.3% | | | | | |
| SG&A (Q/Q) | 11.9% | (2.8%) | (1.2%) | 3.3% | 13.1% | (10.5%) | 2.9% | 11.6% | | | | | |
| Op. Income (Q/Q) | 92.9% | (37.5%) | (19.0%) | 25.1% | 59.5% | (34.3%) | (14.6%) | 32.5% | | | | | |
| Diluted Shares (Q/Q) | (0.5%) | (1.7%) | (2.8%) | (1.6%) | (1.7%) | (1.7%) | (1.3%) | (0.8%) | | | | | |
| **%of Revenues** | | | | | | | | | | | | | |
| Gross Profit (Excl. Stock Based Comp Expens... | 38.6% | 38.7% | 38.9% | 38.1% | 38.6% | 39.6% | 39.9% | 39.0% | 38.9% | 38.7% | 39.2% | 38.7% | 38.3% |
| Gross Profit (incl. Stock Based Comp Expens... | 38.4% | 38.3% | 38.3% | 38.3% | 38.4% | 39.1% | 39.4% | 38.7% | 38.5% | 38.3% | 38.8% | 38.3% | 38.0% |
| Opex | 7.5% | 10.5% | 12.6% | 10.9% | 8.2% | 10.5% | 12.6% | 10.9% | 10.0% | 10.0% | 10.3% | 10.8% | 10.8% |
| R&D | 3.1% | 4.4% | 5.7% | 4.9% | 3.5% | 4.4% | 5.7% | 4.9% | 4.0% | 4.4% | 4.5% | 4.5% | 4.5% |
| SG&A | 4.3% | 6.1% | 6.9% | 6.0% | 4.7% | 6.1% | 6.9% | 6.0% | 5.9% | 5.7% | 5.8% | 6.3% | 6.3% |
| Opex (including Stock Based Comp) | 8.7% | 12.3% | 14.7% | 12.7% | 9.5% | 12.4% | 14.6% | 12.5% | 11.7% | 11.6% | 11.9% | 12.4% | 12.3% |
| EBIT (Pre-Stock Based Comp) | 31.2% | 28.2% | 26.2% | 27.8% | 30.4% | 29.0% | 27.3% | 28.2% | 28.9% | 28.7% | 28.9% | 27.9% | 27.5% |
| Stock Based Comp Expense | (1.1%) | (1.9%) | (2.2%) | (1.8%) | (1.3%) | (1.9%) | (2.1%) | (1.6%) | (1.6%) | (1.7%) | (1.7%) | (1.6%) | (1.6%) |
| EBIT (Post-Stock Based Comp) | 29.8% | 26.0% | 23.7% | 25.6% | 28.9% | 26.7% | 24.7% | 26.2% | 26.8% | 26.7% | 26.9% | 25.9% | 25.6% |
| Pretax Income | 32.1% | 28.7% | 27.5% | 28.2% | 30.8% | 29.5% | 27.8% | 28.4% | 30.1% | 29.5% | 29.3% | 28.1% | 27.8% |
| Tax Rate | 25.8% | 14.5% | 13.3% | 14.0% | 16.5% | 17.0% | 17.0% | 17.0% | 24.5% | 18.2% | 16.8% | 17.0% | 17.0% |
| Net Income (Operating, Pre-SBC) | 22.7% | 22.6% | 21.6% | 22.5% | 24.4% | 22.6% | 20.9% | 22.0% | 21.1% | 22.4% | 22.7% | 21.7% | 21.5% |
| Net Income (Operating, Post-SBC) | 23.8% | 24.5% | 23.6% | 24.3% | 25.7% | 24.5% | 23.0% | 23.6% | 22.7% | 24.1% | 24.4% | 23.3% | 23.0% |

Source: Company reports, BofA Merrill Lynch Global Research estimates

**Exhibit 9**

**Figure 10: Apple Segment Details**

|  | F2018 | | | | F2019E | | | | F2017 | F2018 | F2019E | F2020E | F2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 12/17 | 3/18 | 6/18 | 9/18 | 12/18E | 3/19E | 6/19E | 9/19E | | | | | |
| **Sales By Segment** | | | | | | | | | | | | | |
| **Total Revenue ($mn)** | **$88,293** | **$61,137** | **$53,265** | **$62,900** | **$91,480** | **$63,050** | **$57,334** | **$73,602** | **$229,234** | **$265,595** | **$285,466** | **$316,873** | **$351,107** |
| iPhone revenue | 61,576 | 38,032 | 29,906 | 37,185 | 59,635 | 36,215 | 30,055 | 43,182 | 141,319 | 166,699 | 169,087 | 184,854 | 205,137 |
| iPad revenue | 5,862 | 4,113 | 4,741 | 4,089 | 5,864 | 4,045 | 4,655 | 4,013 | 19,222 | 18,805 | 18,577 | 18,227 | 17,885 |
| Mac revenue | 6,895 | 5,848 | 5,330 | 7,411 | 7,369 | 5,959 | 5,431 | 7,553 | 25,850 | 25,484 | 26,311 | 26,821 | 27,347 |
| iPod revenue | 239 | 118 | 127 | 118 | 188 | 92 | 100 | 93 | 769 | 603 | 473 | 371 | 291 |
| iTunes / Software / Services revenue | 8,471 | 9,190 | 9,548 | 9,381 | 10,080 | 11,488 | 11,935 | 12,476 | 29,980 | 37,190 | 45,979 | 56,554 | 66,734 |
| Accessories | 241 | 2,554 | 1,809 | 910 | 301 | 3,192 | 2,262 | 1,137 | 5,845 | 5,514 | 6,892 | 8,271 | 9,760 |
| Apple Watch | 5,009 | 1,282 | 1,803 | 3,206 | 8,044 | 2,059 | 2,896 | 5,148 | 6,250 | 11,300 | 18,147 | 21,776 | 23,954 |
| Other Revenue | 5,489 | 3,954 | 3,740 | 4,234 | 8,532 | 5,344 | 5,257 | 6,378 | 12,863 | 17,417 | 25,512 | 30,417 | 34,004 |
| **% of Revenue** | | | | | | | | | | | | | |
| iPhone revenue | 70% | 62% | 56% | 59% | 65% | 57% | 52% | 59% | 62% | 63% | 59% | 58% | 58% |
| iPad revenue | 7% | 7% | 9% | 7% | 6% | 6% | 8% | 5% | 8% | 7% | 7% | 6% | 5% |
| Mac revenue | 8% | 10% | 10% | 12% | 8% | 9% | 9% | 10% | 11% | 10% | 9% | 8% | 8% |
| iTunes / Software / Services revenue | 10% | 15% | 18% | 16% | 11% | 18% | 21% | 17% | 13% | 14% | 16% | 18% | 19% |
| **Product Segment Revenue Growth - Y/Y** | **13%** | **16%** | **17%** | **20%** | **4%** | **3%** | **8%** | **17%** | **6%** | **16%** | **7%** | **11%** | **11%** |
| iPhone revenue | 13% | 14% | 20% | 29% | (3%) | (5%) | 0% | 16% | 3% | 18% | 1% | 9% | 11% |
| iPad revenue | 6% | 6% | (5%) | (15%) | 0% | (2%) | (2%) | (2%) | (7%) | (2%) | (1%) | (2%) | (2%) |
| Mac revenue | (5%) | 0% | (5%) | 3% | 7% | 2% | 2% | 2% | 13% | (1%) | 3% | 2% | 2% |
| iTunes / Software / Services revenue | 18% | 31% | 31% | 17% | 19% | 25% | 25% | 25% | 23% | 24% | 24% | 23% | 18% |
| **Product Segment Revenue Growth - Q/Q** | **68%** | **(31%)** | **(13%)** | **18%** | **45%** | **(31%)** | **(9%)** | **28%** | | | | | |
| iPhone revenue | 113% | (38%) | (21%) | 24% | 60% | (39%) | (17%) | 44% | | | | | |
| iPad revenue | 21% | (30%) | 15% | (14%) | 43% | (31%) | 15% | (14%) | | | | | |
| Mac revenue | (4%) | (15%) | (9%) | 39% | (1%) | (19%) | (9%) | 39% | | | | | |
| iTunes / Software / Services revenue | (0%) | 8% | 4% | 5% | 1% | 14% | 4% | 5% | | | | | |
| **Units by Segment** | | | | | | | | | | | | | |
| **Total Units (k)** | | | | | | | | | | | | | |
| iPhone | 77,316 | 52,217 | 41,300 | 46,889 | 72,000 | 48,000 | 40,000 | 50,000 | 216,756 | 217,722 | 210,000 | 217,000 | 223,000 |
| iPad | 13,170 | 9,113 | 11,553 | 9,699 | 13,433 | 9,113 | 11,553 | 9,699 | 43,753 | 43,535 | 43,798 | 43,798 | 43,798 |
| Mac | 5,112 | 4,078 | 3,720 | 5,299 | 5,470 | 4,200 | 3,832 | 5,458 | 19,251 | 18,209 | 18,960 | 19,529 | 20,114 |
| iPod | 1,626 | 742 | 899 | 811 | 1,301 | 594 | 719 | 649 | 5,098 | 4,078 | 3,263 | 2,610 | 2,088 |
| Apple Watch | 12,500 | 3,200 | 4,500 | 8,000 | 18,750 | 4,800 | 6,750 | 12,000 | 14,000 | 28,200 | 42,300 | 50,760 | 55,836 |
| **Product Segment Unit Growth - Y/Y** | | | | | | | | | | | | | |
| iPhone | (1%) | 3% | 1% | 0% | (7%) | (8%) | (3%) | 7% | 2% | 0% | (4%) | 3% | 3% |
| iPad | 1% | 2% | 1% | (6%) | 2% | 0% | 0% | 0% | (4%) | (0%) | 1% | 0% | 0% |
| Mac | (5%) | (3%) | (13%) | (2%) | 7% | 3% | 3% | 3% | 4% | (5%) | 4% | 3% | 3% |
| **Product Segment Unit Growth - Q/Q** | | | | | | | | | | | | | |
| iPhone | 66% | (32%) | (21%) | 14% | 54% | (33%) | (17%) | 25% | | | | | |
| iPad | 28% | (31%) | 27% | (16%) | 39% | (32%) | 27% | (16%) | | | | | |
| Mac | (5%) | (20%) | (9%) | 42% | 3% | (23%) | (9%) | 42% | | | | | |
| **Product Segment ASPs** | | | | | | | | | | | | | |
| iPhone | 796 | 728 | 724 | 793 | 828 | 754 | 751 | 864 | 652 | 766 | 805 | 852 | 920 |
| iPad | 445 | 451 | 410 | 422 | 415 | 413 | 378 | 384 | 439 | 432 | 424 | 416 | 408 |
| Mac | 1,328 | 1,408 | 1,404 | 1,379 | 1,328 | 1,394 | 1,390 | 1,365 | 1,343 | 1,400 | 1,388 | 1,373 | 1,360 |
| **Product Segment ASP Growth - Y/Y** | | | | | | | | | | | | | |
| iPhone | 15% | 11% | 20% | 28% | 4% | 4% | 4% | 9% | 1% | 17% | 5% | 6% | 8% |
| iPad | 5% | 4% | (6%) | (10%) | (7%) | (9%) | (8%) | (9%) | (3%) | (2%) | (2%) | (2%) | (2%) |
| Mac | (0%) | 3% | 10% | 5% | 0% | (1%) | (1%) | (1%) | 9% | 4% | (1%) | (1%) | (1%) |
| **Product Segment ASP Growth - Q/Q** | | | | | | | | | | | | | |
| iPhone | 29% | (9%) | (1%) | 10% | 4% | (9%) | (0%) | 15% | | | | | |
| iPad | (5%) | 1% | (9%) | 3% | (1%) | (1%) | (8%) | 2% | | | | | |
| Mac | 1% | 6% | (0%) | (2%) | (4%) | 5% | (0%) | (2%) | | | | | |

Source: Company reports, BofA Merrill Lynch Global Research estimates

Bank of America
Merrill Lynch

**Page 336**

**Exhibit 9**

### Figure 11: Apple Balance Sheet

| | F2018 | | | | F2019E | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12/17 | 3/18 | 6/18 | 9/18 | 12/18E | 3/19E | 6/19E | 9/19E | F2017 | F2018 | F2019E | F2020E | F2021E |
| **Balance Sheet** | | | | | | | | | | | | | |
| **Total Assets** | **$406,794** | **$367,502** | **$349,197** | **$365,725** | **$340,092** | **$287,942** | **$268,459** | **$298,407** | **$375,319** | **$365,725** | **$298,407** | **$309,998** | **$379,067** |
| Total Current Assets | 143,810 | 130,053 | 115,761 | 131,339 | 120,831 | 89,669 | 89,022 | 122,714 | 128,645 | 131,339 | 122,714 | 150,173 | 206,357 |
| Cash/Equivalents | 27,491 | 45,059 | 31,971 | 25,913 | 9,101 | 778 | (1,618) | 8,225 | 20,289 | 25,913 | 8,225 | 23,593 | 73,686 |
| ST Investments | 49,662 | 42,881 | 38,999 | 40,388 | 40,388 | 40,388 | 40,388 | 40,388 | 53,892 | 40,388 | 40,388 | 40,388 | 40,388 |
| Accounts Receivable | 23,440 | 14,324 | 14,104 | 23,186 | 27,444 | 18,215 | 17,837 | 31,077 | 17,874 | 23,186 | 31,077 | 38,400 | 44,138 |
| Deferred Tax Assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Inventory | 4,421 | 7,662 | 5,936 | 3,956 | 5,102 | 10,161 | 7,663 | 5,128 | 4,855 | 3,956 | 5,128 | 9,896 | 10,249 |
| Other Current Assets | 38,796 | 20,127 | 24,751 | 37,896 | 38,796 | 20,127 | 24,751 | 37,896 | 31,735 | 37,896 | 37,896 | 37,896 | 37,896 |
| PP&E | 33,679 | 35,077 | 38,117 | 41,304 | 46,036 | 49,365 | 52,899 | 56,439 | 33,783 | 41,304 | 56,439 | 72,490 | 89,292 |
| LT Investments | 207,944 | 179,286 | 172,773 | 170,799 | 150,799 | 130,799 | 110,799 | 102,799 | 194,714 | 170,799 | 102,799 | 70,799 | 66,799 |
| Goodwill | 5,889 | 5,889 | 5,889 | 5,889 | 5,889 | 5,889 | 5,889 | 5,889 | 5,717 | 5,889 | 5,889 | 5,889 | 5,889 |
| Intangible Assets | 2,149 | 2,149 | 2,149 | 2,149 | 2,149 | 2,149 | 2,149 | 2,149 | 2,298 | 2,149 | 2,149 | 2,149 | 2,149 |
| Other Assets | 13,323 | 15,048 | 14,508 | 14,245 | 14,387 | 10,071 | 7,702 | 8,416 | 10,162 | 14,245 | 8,416 | 8,498 | 8,580 |
| **Total Liabilities** | **$266,595** | **$240,624** | **$234,248** | **$258,578** | **$238,665** | **$210,655** | **$217,636** | **$245,624** | **$241,272** | **$258,578** | **$245,624** | **$245,800** | **$242,058** |
| Total Current Liabilities | 115,788 | 89,320 | 88,548 | 116,866 | 96,878 | 69,739 | 77,220 | 105,075 | 100,814 | 116,866 | 105,075 | 105,222 | 101,478 |
| Accounts Payable | 62,985 | 34,311 | 38,489 | 55,888 | 53,006 | 25,403 | 34,485 | 54,844 | 49,049 | 55,888 | 54,844 | 54,977 | 51,247 |
| Accrued Liabilities | 34,325 | 34,531 | 32,587 | 40,230 | 33,871 | 34,336 | 32,735 | 40,232 | 33,292 | 40,230 | 40,232 | 40,245 | 40,232 |
| Deferred Revenue - Current | 8,044 | 7,775 | 7,403 | 7,543 | 7,590 | 7,580 | 7,551 | 7,545 | 7,548 | 7,543 | 7,545 | 7,558 | 7,545 |
| Other Current Liabilities (accrued exp) | 26,281 | 26,756 | 25,184 | 32,687 | 26,281 | 26,756 | 25,184 | 32,687 | 25,744 | 32,687 | 32,687 | 32,687 | 32,687 |
| Current Portion LT Debt/commercial paper | 18,478 | 20,478 | 17,472 | 20,748 | 10,000 | 10,000 | 10,000 | 10,000 | 18,473 | 20,748 | 10,000 | 10,000 | 10,000 |
| LT Debt | 103,922 | 101,362 | 97,128 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 97,207 | 93,735 | 93,735 | 93,735 | 93,735 |
| Other LT Liabilities | 46,885 | 49,942 | 48,572 | 47,977 | 48,052 | 47,180 | 46,681 | 46,813 | 43,251 | 47,977 | 46,813 | 46,843 | 46,845 |
| Deferred Revenue - Non-Current | 3,131 | 3,087 | 2,878 | 2,797 | 2,872 | 2,000 | 1,501 | 1,633 | 2,836 | 2,797 | 1,633 | 1,663 | 1,665 |
| Deferred Tax Liabilities | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Non-Current Liabilities | 43,754 | 46,855 | 45,694 | 45,180 | 45,180 | 45,180 | 45,180 | 45,180 | 40,415 | 45,180 | 45,180 | 45,180 | 45,180 |
| **Shareholders' Equity** | **$140,199** | **$126,878** | **$114,949** | **$107,147** | **$101,427** | **$77,288** | **$50,824** | **$52,783** | **$134,047** | **$107,147** | **$52,783** | **$64,198** | **$137,009** |
| Common Stock | 36,447 | 38,044 | 38,624 | 40,201 | 40,201 | 40,201 | 40,201 | 40,201 | 35,867 | 40,201 | 40,201 | 40,201 | 40,201 |
| Paid-in Capital | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Preffered Stock | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Retained Earnings (Deficit) | 104,593 | 91,898 | 79,436 | 70,400 | 64,680 | 40,541 | 14,077 | 16,036 | 98,330 | 70,400 | 16,036 | 27,451 | 100,262 |
| Accumulated Other comprehensive income | (841) | (3,064) | (3,111) | (3,454) | (3,454) | (3,454) | (3,454) | (3,454) | (150) | (3,454) | (3,454) | (3,454) | (3,454) |
| Treasury Stock | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Liabilities & Shareholders' Equity** | **406,794** | **367,502** | **349,197** | **365,725** | **340,092** | **287,942** | **268,459** | **298,407** | **375,319** | **365,725** | **298,407** | **309,998** | **379,067** |
| **Balance Sheet Statistics** | | | | | | | | | | | | | |
| Book Value per Share | $27.18 | $25.03 | $23.33 | $22.10 | $21.27 | $16.49 | $10.98 | $11.49 | $25.52 | $21.43 | $11.31 | $14.25 | $30.86 |
| Tangible Book Value per Share | $25.62 | $23.45 | $21.70 | $20.45 | $19.59 | $14.77 | $9.25 | $9.74 | $24.00 | $19.82 | $9.58 | $12.47 | $29.05 |
| Debt/Equity | 87% | 96% | 100% | 107% | 102% | 134% | 204% | 197% | 86% | 107% | 197% | 162% | 76% |
| Net Cash & Investments | $162,697 | $145,386 | $129,143 | $122,617 | $96,553 | $68,230 | $45,834 | $47,677 | $153,215 | $122,617 | $47,677 | $31,045 | $77,138 |
| Net Cash & Investments per Share | $31.54 | $28.68 | $26.21 | $25.29 | $20.25 | $14.56 | $9.90 | $10.38 | $29.17 | $24.52 | $10.21 | $6.89 | $17.37 |
| Inventory Turns | 46.7x | 24.8x | 19.2x | 31.2x | 49.6x | 20.0x | 15.5x | 28.1x | 40.1x | 36.9x | 38.2x | 25.9x | 21.5x |
| Days of Inventory | 8 | 15 | 19 | 12 | 7 | 18 | 23 | 13 | 9 | 10 | 9 | 14 | 17 |
| Days Accts. Receivable | 21 | 28 | 24 | 27 | 25 | 33 | 28 | 30 | 26 | 28 | 34 | 39 | 42 |
| Days payables | 93 | 117 | 101 | 110 | 87 | 93 | 78 | 90 | 111 | 116 | 115 | 102 | 88 |
| Cash cycle | (64) | (75) | (58) | (72) | (55) | (42) | (27) | (47) | (75) | (78) | (71) | (48) | (29) |
| Op. WC/Revenue | (10%) | (5%) | (9%) | (11%) | (6%) | 1% | (4%) | (6%) | (11%) | (11%) | (7%) | (2%) | 1% |
| ROE | 59% | 41% | 38% | 51% | 86% | 64% | 75% | 125% | 38% | 51% | 69% | 80% | 79% |
| ROA | 21% | 14% | 13% | 16% | 25% | 18% | 17% | 23% | 15% | 17% | 19% | 20% | 22% |
| **Drivers:** | | | | | | | | | | | | | |
| Inventory Turns | 49.0x | 19.6x | 22.0x | 39.0x | 44.0x | 15.0x | 18.0x | 35.0x | 28.9x | 41.1x | 33.8x | 19.6x | 21.1x |
| Inventory Days | 7 | 18 | 16 | 9 | 8 | 24 | 20 | 10 | 12 | 9 | 11 | 18 | 17 |
| Days Accts. Receivable | 24 | 21 | 24 | 33 | 27 | 26 | 28 | 38 | 28 | 31 | 39 | 44 | 45 |
| Days Payables | 105 | 82 | 106 | 130 | 85 | 60 | 90 | 110 | 126 | 124 | 114 | 102 | 85 |
| Cash Cycle | (73) | (43) | (66) | (88) | (50) | (10) | (42) | (62) | (85) | (83) | (64) | (40) | (23) |

Source: Company reports, BofA Merrill Lynch Global Research estimates

**Exhibit 9**

**Figure 12: Apple Cash Flow Statement**

| | F2018 | | | | F2019E | | | | F2017 | F2018 | F2019E | F2020E | F2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12/17 | 3/18 | 6/18 | 9/18 | 12/18E | 3/19E | 6/19E | 9/19E | F2017 | F2018 | F2019E | F2020E | F2021E |
| **Cash Flow Statement** | | | | | | | | | | | | | |
| **Cash from Operating Activities** | **$28,293** | **$15,130** | **$14,488** | **$19,523** | **$11,237** | **$18,247** | **$24,659** | **$24,864** | **$63,598** | **$77,434** | **$79,007** | **$77,623** | **$86,124** |
| Net Income | 20,065 | 13,822 | 11,519 | 14,125 | 22,298 | 14,255 | 12,003 | 16,164 | 48,351 | 59,531 | 64,721 | 68,760 | 75,397 |
| Depreciation and Amortization | 2,745 | 2,739 | 2,665 | 2,754 | 2,582 | 2,877 | 3,085 | 3,306 | 10,157 | 10,903 | 11,850 | 12,563 | 11,927 |
| Stock Based Compensation | 1,296 | 1,348 | 1,351 | 1,345 | 1,450 | 1,450 | 1,450 | 1,450 | 4,840 | 5,340 | 5,800 | 6,220 | 6,640 |
| Deferred Taxes | (33,737) | (498) | 1,126 | 519 | 519 | 519 | 519 | 519 | 5,966 | (32,590) | 2,076 | 2,076 | 2,076 |
| Other - Loss on disposition of PPE | (11) | (140) | (259) | (34) | 0 | 0 | 0 | 0 | (166) | (444) | 0 | 0 | 0 |
| Change in Working Capital | 37,935 | (2,141) | (1,914) | 814 | (15,612) | (855) | 7,602 | 3,424 | (5,550) | 34,694 | (5,441) | (11,996) | (9,916) |
| Accounts Receivable | (5,570) | 9,093 | 233 | (9,078) | (4,258) | 9,229 | 377 | (13,239) | (2,093) | (5,322) | (7,891) | (7,323) | (5,738) |
| Inventory | 434 | (3,241) | 1,693 | 1,942 | (1,146) | (5,059) | 2,498 | 2,535 | (2,723) | 828 | (1,172) | (4,768) | (354) |
| Other Current Assets | (9,857) | (18,519) | (3,191) | (13,904) | (900) | 18,669 | (4,624) | (13,145) | (9,572) | (8,433) | 0 | 0 | 0 |
| Accounts Payable | 14,588 | (27,808) | 2,081 | 20,314 | (2,882) | (27,603) | 9,082 | 20,358 | 9,618 | 9,175 | (1,044) | 133 | (3,730) |
| Deferred Revenue | 791 | (313) | (581) | 59 | (6,359) | 465 | (1,601) | 7,497 | (626) | (14) | 2 | 14 | (14) |
| Other Asset and Other Liabilities | 37,549 | 1,609 | (2,149) | 1,481 | (67) | 3,444 | 1,869 | (582) | (154) | 38,490 | 4,665 | (52) | (81) |
| | | | | | | | | | | | | | |
| **Cash from Investing Activities** | **($13,590)** | **$28,710** | **$3,947** | **($3,001)** | **($4,574)** | **($3,153)** | **($3,345)** | **($3,338)** | **($46,446)** | **$16,066** | **($14,409)** | **($15,089)** | **($15,584)** |
| Capital Expenditures | (2,810) | (4,195) | (3,267) | (3,041) | (4,574) | (3,153) | (3,345) | (3,338) | (12,451) | (13,313) | (14,409) | (15,089) | (15,584) |
| Sale of PP&E | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Proceeds of investments | 30,849 | 39,977 | 17,078 | 15,815 | 0 | 0 | 0 | 0 | 126,339 | 103,719 | 0 | 0 | 0 |
| Purchase of Investments | (41,272) | (7,177) | (7,684) | (15,223) | 0 | 0 | 0 | 0 | (159,486) | (71,356) | 0 | 0 | 0 |
| Acquisitions/intang assets | (327) | 22 | (126) | (290) | 0 | 0 | 0 | 0 | (673) | (721) | 0 | 0 | 0 |
| Other/Strategic investments | (30) | 83 | (2,054) | (262) | 0 | 0 | 0 | 0 | (175) | (2,263) | 0 | 0 | 0 |
| | | | | | | | | | | | | | |
| **Cash from Financing Activities** | **($7,501)** | **($26,272)** | **($31,523)** | **($22,580)** | **($23,475)** | **($23,417)** | **($23,711)** | **($11,683)** | **($17,347)** | **($87,876)** | **($82,286)** | **($47,166)** | **($20,448)** |
| Proceeds from the issuance of term debt, net | 6,969 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 28,662 | 6,969 | 0 | 0 | 0 |
| Repayments of term debt | 0 | (500) | (6,000) | 0 | 0 | 0 | 0 | 0 | (3,500) | (6,500) | 0 | 0 | 0 |
| Issuance of Common | 0 | 0 | 328 | 341 | 0 | 0 | 0 | 0 | 555 | 669 | 0 | 0 | 0 |
| Treasury Stock | (10,095) | (22,429) | (21,110) | (19,104) | (20,000) | (20,000) | (20,000) | (8,000) | (32,900) | (72,738) | (68,000) | (32,000) | (4,000) |
| Preferred Stock | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | (1,038) | (152) | (1,077) | (260) | 0 | 0 | 0 | 0 | (1,247) | (2,527) | 0 | 0 | 0 |
| Dividends | (3,339) | (3,190) | (3,653) | (3,530) | (3,475) | (3,417) | (3,711) | (3,683) | (12,769) | (13,712) | (14,286) | (15,166) | (16,448) |
| ESOP Proceeds | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | | | |
| Foreign Exchange Effects | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Net Change in Cash** | **$7,202** | **$17,568** | **($13,088)** | **($6,058)** | **($16,812)** | **($8,323)** | **($2,396)** | **$9,843** | **($195)** | **$5,624** | **($17,688)** | **$15,368** | **$50,093** |
| | | | | | | | | | | | | | |
| Net Cash - Beginning Balance | 20,289 | 27,491 | 45,059 | 31,971 | 25,913 | 9,101 | 778 | (1,618) | 20,484 | 20,289 | 25,913 | 8,225 | 23,593 |
| Net Cash - Ending Balance | 27,491 | 45,059 | 31,971 | 25,913 | 9,101 | 778 | (1,618) | 8,225 | 20,289 | 25,913 | 8,225 | 23,593 | 73,686 |
| | | | | | | | | | | | | | |
| **Free Cash Flow** | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| **Free Cash Flow** | **$25,483** | **$10,935** | **$11,221** | **$16,482** | **$6,663** | **$15,094** | **$21,315** | **$21,526** | **$51,147** | **$64,121** | **$64,598** | **$62,534** | **$70,540** |
| Cash From Operations | 28,293 | 15,130 | 14,488 | 19,523 | 11,237 | 18,247 | 24,659 | 24,864 | 63,598 | 77,434 | 79,007 | 77,623 | 86,124 |
| Capital Expenditures | (2,810) | (4,195) | (3,267) | (3,041) | (4,574) | (3,153) | (3,345) | (3,338) | (12,451) | (13,313) | (14,409) | (15,089) | (15,584) |
| | | | | | | | | | | | | | |
| **Free Cash Flow Per Share** | **$4.94** | **$2.16** | **$2.28** | **$3.40** | **$1.40** | **$3.22** | **$4.61** | **$4.69** | **$9.74** | **$12.82** | **$13.84** | **$13.88** | **$15.89** |
| | | | | | | | | | | | | | |
| Free Cash Flow (after acq.) | 25,156 | 10,957 | 11,095 | 16,192 | 6,663 | 15,094 | 21,315 | 21,526 | 50,474 | 63,400 | 64,598 | 62,534 | 70,540 |
| | | | | | | | | | | | | | |
| **Drivers** | | | | | | | | | | | | | |
| Depreciation & amortization | 2,745 | 2,739 | 2,665 | 2,754 | 2,582 | 2,877 | 3,085 | 3,306 | 10,157 | 10,903 | 11,850 | 12,563 | 11,927 |
| Cap Ex/Depreciation | 1.0 | 1.5 | 1.2 | 1.1 | 1.8 | 1.1 | 1.1 | 1.0 | 1.2 | 1.2 | 1.2 | 1.2 | 1.3 |
| Cap Ex/Sales | (3%) | (7%) | (6%) | (5%) | (5%) | (5%) | (6%) | (5%) | (5%) | (5%) | (148%) | (93%) | (75%) |
| Annual Depr. % of PP&E (prior qtr) | 33% | 33% | 30% | 29% | 25% | 25% | 25% | 25% | 37% | 31% | 25% | 20% | 15% |

Source: Company reports, BofA Merrill Lynch Global Research estimates

Bank of America
Merrill Lynch

**Page 338**

**Exhibit 9**

## Price objective basis & risk

**Apple Inc. (AAPL)**
Our PO of $220 is based on approximately 15x our C2019 EPS estimate of $14.23. Our target multiple compares to the long-term historical range of 9-15x (median 12x). We believe the high end of the historical multiple range is justified given the smoother iPhone cycles, largely consistent growth in iPhone units and revs (with lower than historical cyclicality). We also think a 15x multiple is justified given a large cash balance and opportunity to diversify into new end markets, and increasing mix and diversity of services.

Upside risk factors to our call include gross margin upside from better mix of higher end iPhones, and tailwind from lower memory costs and lower warranty accruals, a faster than expected recovery in emerging markets, and faster than expected recovery in China App Store sales.

Downside risks include potential trade conflicts, tariffs, and a stronger USD. Other risks are Apple's continued significant exposure to the iPhone, commoditization in the smartphone market, intensifying competition in the tablet market, managing beat and raise expectations for EPS estimates, and requirement to maintain pace of product innovation.

## Analyst Certification

I, Wamsi Mohan, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject securities and issuers.  I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or view expressed in this research report.

**Exhibit 9**

**US - IT Hardware and Technology Supply Chain Coverage Cluster**

| Investment rating | Company | BofA Merrill Lynch ticker | Bloomberg symbol | Analyst |
|---|---|---|---|---|
| **BUY** | | | | |
| | Amphenol | APH | APH US | Wamsi Mohan |
| | Arrow Electronics Inc. | ARW | ARW US | Param Singh, CFA |
| | Avnet Inc. | AVT | AVT US | Param Singh, CFA |
| | Flex Ltd. | FLEX | FLEX US | Ruplu Bhattacharya |
| | HP Inc. | HPQ | HPQ US | Wamsi Mohan |
| | International Business Machines Corp. | IBM | IBM US | Wamsi Mohan |
| | NetApp Inc. | NTAP | NTAP US | Wamsi Mohan |
| | Nutanix Inc | NTNX | NTNX US | Wamsi Mohan |
| | Pure Storage | PSTG | PSTG US | Wamsi Mohan |
| | Sensata Technologies Holdings Plc | ST | ST US | Wamsi Mohan |
| | TE Connectivity Ltd. | TEL | TEL US | Wamsi Mohan |
| | Teradata Corporation | TDC | TDC US | Wamsi Mohan |
| | Vishay Intertechnology, Inc. | VSH | VSH US | Ruplu Bhattacharya |
| | Western Digital Corporation | WDC | WDC US | Wamsi Mohan |
| **NEUTRAL** | | | | |
| | Apple Inc. | AAPL | AAPL US | Wamsi Mohan |
| | Celestica | CLS | CLS US | Ruplu Bhattacharya |
| | Celestica | YCLS | CLS CN | Ruplu Bhattacharya |
| | Corning Inc. | GLW | GLW US | Wamsi Mohan |
| | Jabil Inc. | JBL | JBL US | Ruplu Bhattacharya |
| | Sanmina Corporation | SANM | SANM US | Ruplu Bhattacharya |
| **UNDERPERFORM** | | | | |
| | 3D Systems Corporation | DDD | DDD US | Wamsi Mohan |
| | Hewlett-Packard Enterprise | HPE | HPE US | Wamsi Mohan |
| | Seagate Technology | STX | STX US | Wamsi Mohan |
| | Stratasys Ltd. | SSYS | SSYS US | Wamsi Mohan |
| | Tech Data Corp. | TECD | TECD US | Param Singh, CFA |

**iQmethod [SM] Measures Definitions**

| Business Performance | Numerator | Denominator |
|---|---|---|
| Return On Capital Employed | NOPAT = (EBIT + Interest Income) * (1 - Tax Rate) + Goodwill Amortization | Total Assets – Current Liabilities + ST Debt + Accumulated Goodwill Amortization |
| Return On Equity | Net Income | Shareholders' Equity |
| Operating Margin | Operating Profit | Sales |
| Earnings Growth | Expected 5-Year CAGR From Latest Actual | N/A |
| Free Cash Flow | Cash Flow From Operations – Total Capex | N/A |
| **Quality of Earnings** | | |
| Cash Realization Ratio | Cash Flow From Operations | Net Income |
| Asset Replacement Ratio | Capex | Depreciation |
| Tax Rate | Tax Charge | Pre-Tax Income |
| Net Debt-To-Equity Ratio | Net Debt = Total Debt, Less Cash & Equivalents | Total Equity |
| Interest Cover | EBIT | Interest Expense |
| **Valuation Toolkit** | | |
| Price / Earnings Ratio | Current Share Price | Diluted Earnings Per Share (Basis As Specified) |
| Price / Book Value | Current Share Price | Shareholders' Equity / Current Basic Shares |
| Dividend Yield | Annualised Declared Cash Dividend | Current Share Price |
| Free Cash Flow Yield | Cash Flow From Operations – Total Capex | Market Cap. = Current Share Price * Current Basic Shares |
| Enterprise Value / Sales | EV = Current Share Price * Current Shares + Minority Equity + Net Debt + Other LT Liabilities | Sales |
| EV / EBITDA | Enterprise Value | Basic EBIT + Depreciation + Amortization |

iQmethod [SM] is the set of BofA Merrill Lynch standard measures that serve to maintain global consistency under three broad headings: Business Performance, Quality of Earnings, and validations. The key features of iQmethod are: A consistently structured, detailed, and transparent methodology. Guidelines to maximize the effectiveness of the comparative valuation process, and to identify some common pitfalls.
iQdatabase® is our real-time global research database that is sourced directly from our equity analysts' earnings models and includes forecasted as well as historical data for income statements, balance sheets, and cash flow statements for companies covered by BofA Merrill Lynch.
iQprofile [SM], iQmethod [SM] are service marks of Bank of America Corporation. iQdatabase® is a registered service mark of Bank of America Corporation.

Bank of America
Merrill Lynch

**Exhibit 9**

# Disclosures

## Important Disclosures

**AAPL Price Chart**



B: Buy, N: Neutral, U: Underperform, PO: Price Objective, NA: No longer valid, NR: No Rating

The Investment Opinion System is contained at the end of the report under the heading "Fundamental Equity Opinion Key". Dark grey shading indicates the security in opinion suspended. Medium grey shading indicates the security is under review with the opinion withdrawn. Light grey shading indicates the security is not covered. Chart is current as of September 30, 2018 or such later date as indicated.

**Equity Investment Rating Distribution: Technology Group (as of 30 Sep 2018)**

| Coverage Universe | Count | Percent | Inv. Banking Relationships* | Count | Percent |
|---|---|---|---|---|---|
| Buy | 146 | 57.25% | Buy | 85 | 58.22% |
| Hold | 51 | 20.00% | Hold | 29 | 56.86% |
| Sell | 58 | 22.75% | Sell | 20 | 34.48% |

**Equity Investment Rating Distribution: Global Group (as of 30 Sep 2018)**

| Coverage Universe | Count | Percent | Inv. Banking Relationships* | Count | Percent |
|---|---|---|---|---|---|
| Buy | 1626 | 55.10% | Buy | 1043 | 64.15% |
| Hold | 641 | 21.72% | Hold | 402 | 62.71% |
| Sell | 684 | 23.18% | Sell | 327 | 47.81% |

* Issuers that were investment banking clients of BofA Merrill Lynch or one of its affiliates within the past 12 months. For purposes of this Investment Rating Distribution, the coverage universe includes only stocks. A stock rated Neutral is included as a Hold, and a stock rated Underperform is included as a Sell.

FUNDAMENTAL EQUITY OPINION KEY: Opinions include a Volatility Risk Rating, an Investment Rating and an Income Rating. *VOLATILITY RISK RATINGS*, indicators of potential price fluctuation, are: A - Low, B - Medium and C - High. *INVESTMENT RATINGS* reflect the analyst's assessment of a stock's: (i) absolute total return potential and (ii) attractiveness for investment relative to other stocks within its *Coverage Cluster* (defined below). There are three investment ratings: 1 - Buy stocks are expected to have a total return of at least 10% and are the most attractive stocks in the coverage cluster; 2 - Neutral stocks are expected to remain flat or increase in value and are less attractive than Buy rated stocks and 3 - Underperform stocks are the least attractive stocks in a coverage cluster. Analysts assign investment ratings considering, among other things, the 0-12 month total return expectation for a stock and the firm's guidelines for ratings dispersions (shown in the table below). The current price objective for a stock should be referenced to better understand the total return expectation at any given time. The price objective reflects the analyst's view of the potential price appreciation (depreciation).

| Investment rating | Total return expectation (within 12-month period of date of initial rating) | Ratings dispersion guidelines for coverage cluster* |
|---|---|---|
| Buy | ≥ 10% | ≤ 70% |
| Neutral | ≥ 0% | ≤ 30% |
| Underperform | N/A | ≥ 20% |

* Ratings dispersions may vary from time to time where BofA Merrill Lynch Research believes it better reflects the investment prospects of stocks in a Coverage Cluster.

*INCOME RATINGS*, indicators of potential cash dividends, are: 7 - same/higher (dividend considered to be secure), 8 - same/lower (dividend not considered to be secure) and 9 - pays no cash dividend. *Coverage Cluster* is comprised of stocks covered by a single analyst or two or more analysts sharing a common industry, sector, region or other classification(s). A stock's coverage cluster is included in the most recent BofA Merrill Lynch report referencing the stock.

Price charts for the securities referenced in this research report are available at https://pricecharts.baml.com, or call 1-800-MERRILL to have them mailed.
MLPF&S or one of its affiliates acts as a market maker for the equity securities recommended in the report: Apple Inc.
MLPF&S or an affiliate was a manager of a public offering of securities of this issuer within the last 12 months: Apple Inc.
The issuer is or was, within the last 12 months, an investment banking client of MLPF&S and/or one or more of its affiliates: Apple Inc.
MLPF&S or an affiliate has received compensation from the issuer for non-investment banking services or products within the past 12 months: Apple Inc.
The issuer is or was, within the last 12 months, a non-securities business client of MLPF&S and/or one or more of its affiliates: Apple Inc.
MLPF&S or an affiliate has received compensation for investment banking services from this issuer within the past 12 months: Apple Inc.
MLPF&S or an affiliate expects to receive or intends to seek compensation for investment banking services from this issuer or an affiliate of the issuer within the next three months: Apple Inc.
MLPF&S or one of its affiliates is willing to sell to, or buy from, clients the common equity of the issuer on a principal basis: Apple Inc.
The issuer is or was, within the last 12 months, a securities business client (non-investment banking) of MLPF&S and/or one or more of its affiliates: Apple Inc.
BofA Merrill Lynch Research Personnel (including the analyst(s) responsible for this report) receive compensation based upon, among other factors, the overall profitability of Bank of America Corporation, including profits derived from investment banking. The analyst(s) responsible for this report may also receive compensation based upon, among other factors, the overall profitability of the Bank's sales and trading businesses relating to the class of securities or financial instruments for which such analyst is responsible.

---

Bank of America
Merrill Lynch

**Exhibit 9**

# Other Important Disclosures

From time to time research analysts conduct site visits of covered issuers. BofA Merrill Lynch policies prohibit research analysts from accepting payment or reimbursement for travel expenses from the issuer for such visits.

Prices are indicative and for information purposes only. Except as otherwise stated in the report, for the purpose of any recommendation in relation to: (i) an equity security, the price referenced is the publicly traded price of the security as of close of business on the day prior to the date of the report or, if the report is published during intraday trading, the price referenced is indicative of the traded price as of the date and time of the report; or (ii) a debt security (including equity preferred and CDS), prices are indicative as of the date and time of the report and are from various sources including Bank of America Merrill Lynch trading desks.

The date and time of completion of the production of any recommendation in this report shall be the date and time of dissemination of this report as recorded in the report timestamp.

Recipients who are not institutional investors or market professionals should seek the advice of their independent financial advisor before considering information in this report in connection with any investment decision, or for a necessary explanation of its contents.

Officers of MLPF&S or one or more of its affiliates (other than research analysts) may have a financial interest in securities of the issuer(s) or in related investments.

BofA Merrill Lynch Global Research policies relating to conflicts of interest are described at https://go.bofa.com/coi.

"BofA Merrill Lynch" includes Merrill Lynch, Pierce, Fenner & Smith Incorporated ("MLPF&S") and its affiliates. Investors should contact their BofA Merrill Lynch representative or Merrill Lynch Global Wealth Management financial advisor if they have questions concerning this report or concerning the appropriateness of any investment idea described herein for such investor. "BofA Merrill Lynch" and "Merrill Lynch" are each global brands for BofA Merrill Lynch Global Research.

Information relating to Non-US affiliates of BofA Merrill Lynch and Distribution of Affiliate Research Reports:

MLPF&S distributes, or may in the future distribute, information of the following non-US affiliates in the US (short name: legal name, regulator): Merrill Lynch (South Africa): Merrill Lynch South Africa (Pty) Ltd., regulated by The Financial Service Board; MLI (UK): Merrill Lynch International, regulated by the Financial Conduct Authority (FCA) and the Prudential Regulation Authority (PRA); Merrill Lynch (Australia): Merrill Lynch Equities (Australia) Limited, regulated by the Australian Securities and Investments Commission; Merrill Lynch (Hong Kong): Merrill Lynch (Asia Pacific) Limited, regulated by the Hong Kong Securities and Futures Commission (HKSFC); Merrill Lynch (Singapore): Merrill Lynch (Singapore) Pte Ltd, regulated by the Monetary Authority of Singapore (MAS); Merrill Lynch (Canada): Merrill Lynch Canada Inc, regulated by the Investment Industry Regulatory Organization of Canada; Merrill Lynch (Mexico): Merrill Lynch Mexico, SA de CV, Casa de Bolsa, regulated by the Comisión Nacional Bancaria y de Valores; Merrill Lynch (Argentina): Merrill Lynch Argentina SA, regulated by Comisión Nacional de Valores; Merrill Lynch (Japan): Merrill Lynch Japan Securities Co., Ltd., regulated by the Financial Services Agency; Merrill Lynch (Seoul): Merrill Lynch International, LLC Seoul Branch, regulated by the Financial Supervisory Service; Merrill Lynch (Taiwan): Merrill Lynch Securities (Taiwan) Ltd., regulated by the Securities and Futures Bureau; DSP Merrill Lynch (India): DSP Merrill Lynch Limited, regulated by the Securities and Exchange Board of India; Merrill Lynch (Indonesia): PT Merrill Lynch Sekuritas Indonesia, regulated by Otoritas Jasa Keuangan (OJK); Merrill Lynch (Israel): Merrill Lynch Israel Limited, regulated by Israel Securities Authority; Merrill Lynch (Russia): OOO Merrill Lynch Securities, Moscow, regulated by the Central Bank of the Russian Federation; Merrill Lynch (DIFC): Merrill Lynch International (DIFC Branch), regulated by the Dubai Financial Services Authority (DFSA); Merrill Lynch (Spain): Merrill Lynch Capital Markets Espana, S.A.S.V., regulated by Comisión Nacional del Mercado de Valores; Merrill Lynch (Brazil): Bank of America Merrill Lynch Banco Multiplo S.A., regulated by Comissão de Valores Mobiliários; Merrill Lynch KSA Company, Merrill Lynch Kingdom of Saudi Arabia Company, regulated by the Capital Market Authority.

This information: has been approved for publication and is distributed in the United Kingdom (UK) to professional clients and eligible counterparties (as each is defined in the rules of the FCA and the PRA) by MLI (UK) and Bank of America Merrill Lynch International Limited, which are authorized by the PRA and regulated by the FCA and the PRA, and is distributed in the UK to retail clients (as defined in the rules of the FCA and the PRA) by Merrill Lynch International Bank Limited, London Branch, which is authorized by the Central Bank of Ireland and subject to limited regulation by the FCA and PRA - details about the extent of our regulation by the FCA and PRA are available from us on request; has been considered and distributed in Japan by Merrill Lynch (Japan), a registered securities dealer under the Financial Instruments and Exchange Act in Japan, or its permitted affiliates; is issued and distributed in Hong Kong by Merrill Lynch (Hong Kong) which is regulated by HKSFC; is issued and distributed in Taiwan by Merrill Lynch (Taiwan); is issued and distributed in India by DSP Merrill Lynch (India); and is issued and distributed in Singapore to institutional investors and/or accredited investors (each as defined under the Financial Advisers Regulations) by Merrill Lynch (Singapore) (Company Registration No 198602883D). Merrill Lynch (Singapore) is regulated by MAS. Bank of America N.A., Australian Branch (ARBN 064 874 531), AFS License 412901 (BANA Australia) and Merrill Lynch Equities (Australia) Limited (ABN 65 006 276 795), AFS License 235132 (MLEA) distribute this information in Australia only to 'Wholesale' clients as defined by s.761G of the Corporations Act 2001. With the exception of BANA Australia, neither MLEA nor any of its affiliates involved in preparing this information is an Authorised Deposit-Taking Institution under the Banking Act 1959 nor regulated by the Australian Prudential Regulation Authority. No approval is required for publication or distribution of this information in Brazil and its local distribution is by Merrill Lynch (Brazil) in accordance with applicable regulations. Merrill Lynch (DIFC) is authorized and regulated by the DFSA. Information prepared and issued by Merrill Lynch (DIFC) is done so in accordance with the requirements of the DFSA conduct of business rules. Bank of America Merrill Lynch International Limited, Frankfurt Branch (BAMLI Frankfurt) distributes this information in Germany and is regulated by BaFin.

This information has been prepared and issued by MLPF&S and/or one or more of its non-US affiliates. The author(s) of this information may not be licensed to carry on regulated activities in your jurisdiction and, if not licensed, do not hold themselves out as being able to do so. MLPF&S is the distributor of this information in the US and accepts full responsibility for information distributed to MLPF&S clients in the US by its non-US affiliates. Any US person receiving this information and wishing to effect any transaction in any security discussed herein should do so through MLPF&S and not such foreign affiliates. Hong Kong recipients of this information should contact Merrill Lynch (Asia Pacific) Limited in respect of any matters relating to dealing in securities or provision of specific advice on securities or any other matters arising from, or in connection with, this information. Singapore recipients of this information should contact Merrill Lynch (Singapore) Pte Ltd in respect of any matters arising from, or in connection with, this information.

General Investment Related Disclosures:

Taiwan Readers: Neither the information nor any opinion expressed herein constitutes an offer or a solicitation of an offer to transact in any securities or other financial instrument. No part of this report may be used or reproduced or quoted in any manner whatsoever in Taiwan by the press or any other person without the express written consent of BofA Merrill Lynch.

This document provides general information only, and has been prepared for, and is intended for general distribution to, BofA Merrill Lynch clients. Neither the information nor any opinion expressed constitutes an offer or an invitation to make an offer, to buy or sell any securities or other financial instrument or any derivative related to such securities or instruments (e.g., options, futures, warrants, and contracts for differences). This document is not intended to provide personal investment advice and it does not take into account the specific investment objectives, financial situation and the particular needs of, and is not directed to, any specific person(s). This document and its content do not constitute, and should not be considered to constitute, investment advice for purposes of ERISA, the US tax code, the Investment Advisers Act or otherwise. Investors should seek financial advice regarding the appropriateness of investing in financial instruments and implementing investment strategies discussed or recommended in this document and should understand that statements regarding future prospects may not be realized. Any decision to purchase or subscribe for securities in any offering must be based solely on existing public information on such security or the information in the prospectus or other offering document issued in connection with such offering, and not on this document.

Securities and other financial instruments referred to herein, or recommended, offered or sold by BofA Merrill Lynch, are not insured by the Federal Deposit Insurance Corporation and are not deposits or other obligations of any insured depository institution (including Bank of America, N.A.). Investments in general and, derivatives, in particular, involve numerous risks, including, among others, market risk, counterparty default risk and liquidity risk. No security, financial instrument or derivative is suitable for all investors. In some cases, securities and other financial instruments may be difficult to value or sell and reliable information about the value or risks related to the security or financial instrument may be difficult to obtain. Investors should note that income from such securities and other financial instruments, if any, may fluctuate and that price or value of such securities and instruments may rise or fall and, in some cases, investors may lose their entire principal investment. Past performance is not necessarily a guide to future performance. Levels and basis for taxation may change.

This report may contain a short-term trading idea or recommendation, which highlights a specific near-term catalyst or event impacting the issuer or the market that is anticipated to have a short-term price impact on the equity securities of the issuer. Short-term trading ideas and recommendations are different from and do not affect a stock's fundamental equity rating, which reflects both a longer term total return expectation and attractiveness for investment relative to other stocks within its Coverage Cluster. Short-term trading ideas and recommendations may be more or less positive than a stock's fundamental equity rating.

BofA Merrill Lynch is aware that the implementation of the ideas expressed in this report may depend upon an investor's ability to "short" securities or other financial instruments and that such action may be limited by regulations prohibiting or restricting "shortselling" in many jurisdictions. Investors are urged to seek advice regarding the applicability of such regulations prior to executing any short idea contained in this report.

Foreign currency rates of exchange may adversely affect the value, price or income of any security or financial instrument mentioned in this report. Investors in such securities and instruments,

**Bank of America Merrill Lynch**

**Exhibit 9**

including ADRs, effectively assume currency risk.

UK Readers: The protections provided by the U.K. regulatory regime, including the Financial Services Scheme, do not apply in general to business coordinated by BofA Merrill Lynch entities located outside of the United Kingdom. BofA Merrill Lynch Global Research policies relating to conflicts of interest are described at https://go.bofa.com/coi.

MLPF&S or one of its affiliates is a regular issuer of traded financial instruments linked to securities that may have been recommended in this report. MLPF&S or one of its affiliates may, at any time, hold a trading position (long or short) in the securities and financial instruments discussed in this report.

BofA Merrill Lynch, through business units other than BofA Merrill Lynch Global Research, may have issued and may in the future issue trading ideas or recommendations that are inconsistent with, and reach different conclusions from, the information presented herein. Such ideas or recommendations may reflect different time frames, assumptions, views and analytical methods of the persons who prepared them, and BofA Merrill Lynch is under no obligation to ensure that such other trading ideas or recommendations are brought to the attention of any recipient of this information.

In the event that the recipient received this information pursuant to a contract between the recipient and MLPF&S for the provision of research services for a separate fee, and in connection therewith MLPF&S may be deemed to be acting as an investment adviser, such status relates, if at all, solely to the person with whom MLPF&S has contracted directly and does not extend beyond the delivery of this report (unless otherwise agreed specifically in writing by MLPF&S). If such recipient uses the services of MLPF&S in connection with the sale or purchase of a security referred to herein, MLPF&S may act as principal for its own account or as agent for another person. MLPF&S is and continues to act solely as a broker-dealer in connection with the execution of any transactions, including transactions in any securities referred to herein.

**Copyright and General Information regarding Research Reports:**

Copyright 2018 Bank of America Corporation. All rights reserved. iQprofile℠, iQmethod℠ are service marks of Bank of America Corporation. iQdatabase® is a registered service mark of Bank of America Corporation. This information is prepared for the use of BofA Merrill Lynch clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of BofA Merrill Lynch. BofA Merrill Lynch Global Research information is distributed simultaneously to internal and client websites and other portals by BofA Merrill Lynch and is not publicly-available material. Any unauthorized use or disclosure is prohibited. Receipt and review of this information constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion, or information contained herein (including any investment recommendations, estimates or price targets) without first obtaining express permission from an authorized officer of BofA Merrill Lynch.

Materials prepared by BofA Merrill Lynch Global Research personnel are based on public information. Facts and views presented in this material have not been reviewed by, and may not reflect information known to, professionals in other business areas of BofA Merrill Lynch, including investment banking personnel. BofA Merrill Lynch has established information barriers between BofA Merrill Lynch Global Research and certain business groups. As a result, BofA Merrill Lynch does not disclose certain client relationships with, or compensation received from, such issuers. To the extent this material discusses any legal proceeding or issues, it has not been prepared as nor is it intended to express any legal conclusion, opinion or advice. Investors should consult their own legal advisers as to issues of law relating to the subject matter of this material. BofA Merrill Lynch Global Research personnel's knowledge of legal proceedings in which any BofA Merrill Lynch entity and/or its directors, officers and employees may be plaintiffs, defendants, co-defendants or co-plaintiffs with or involving issuers mentioned in this material is based on public information. Facts and views presented in this material that relate to any such proceedings have not been reviewed by, discussed with, and may not reflect information known to, professionals in other business areas of BofA Merrill Lynch in connection with the legal proceedings or matters relevant to such proceedings.

This information has been prepared independently of any issuer of securities mentioned herein and not in connection with any proposed offering of securities or as agent of any issuer of any securities. None of MLPF&S, any of its affiliates or their research analysts has any authority whatsoever to make any representation or warranty on behalf of the issuer(s). BofA Merrill Lynch Global Research policy prohibits research personnel from disclosing a recommendation, investment rating, or investment thesis for review by an issuer prior to the publication of a research report containing such rating, recommendation or investment thesis.

Any information relating to the tax status of financial instruments discussed herein is not intended to provide tax advice or to be used by anyone to provide tax advice. Investors are urged to seek tax advice based on their particular circumstances from an independent tax professional.

The information herein (other than disclosure information relating to BofA Merrill Lynch and its affiliates) was obtained from various sources and we do not guarantee its accuracy. This information may contain links to third-party websites. BofA Merrill Lynch is not responsible for the content of any third-party website or any linked content contained in a third-party website. Content contained on such third-party websites is not part of this information and is not incorporated by reference. The inclusion of a link does not imply any endorsement by or any affiliation with BofA Merrill Lynch. Access to any third-party website is at your own risk, and you should always review the terms and privacy policies at third-party websites before submitting any personal information to them. BofA Merrill Lynch is not responsible for such terms and privacy policies and expressly disclaims any liability for them.

All opinions, projections and estimates constitute the judgment of the author as of the date of publication and are subject to change without notice. Prices also are subject to change without notice. BofA Merrill Lynch is under no obligation to update this information and BofA Merrill Lynch's ability to publish information on the subject issuer(s) in the future is subject to applicable quiet periods. You should therefore assume that BofA Merrill Lynch will not update any fact, circumstance or opinion contained herein.

Subject to the quiet period applicable under laws of the various jurisdictions in which we distribute research reports and other legal and BofA Merrill Lynch policy-related restrictions on the publication of research reports, fundamental equity reports are produced on a regular basis as necessary to keep the investment recommendation current.

Certain outstanding reports may contain discussions and/or investment opinions relating to securities, financial instruments and/or issuers that are no longer current. Always refer to the most recent research report relating to an issuer prior to making an investment decision.

In some cases, an issuer may be classified as Restricted or may be Under Review or Extended Review. In each case, investors should consider any investment opinion relating to such issuer (or its security and/or financial instruments) to be suspended or withdrawn and should not rely on the analyses and investment opinion(s) pertaining to such issuer (or its securities and/or financial instruments) nor should the analyses or opinion(s) be considered a solicitation of any kind. Sales persons and financial advisors affiliated with MLPF&S or any of its affiliates may not solicit purchases of securities or financial instruments that are Restricted or Under Review and may only solicit securities under Extended Review in accordance with firm policies.

Neither BofA Merrill Lynch nor any officer or employee of BofA Merrill Lynch accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this information.

Provided by Daniel Chen for exclusive use on 02-Nov-2018. Do not re-distribute.

 **BERNSTEIN**

**Exhibit 9**

2 November 2018
Target Price Change

U.S. IT Hardware

### Apple Inc

**Rating**

## Market-Perform

**Target Price**

**A.M. (Toni) Sacconaghi, Jr.**
+1-212-407-5843
sacconaghi@bernstein.com

Daniel Chen
+1-212-823-3612
daniel.chen@bernstein.com

Corry Wang
+1-212-756-4113
corry.wang@bernstein.com

 **AAPL**   **210.00 USD** (225.00 *OLD*)

# AAPL: Q4 18 Debrief - How much might iPhone units decline in FY19? The world may never know

While hardly the focus of investors, Apple's Q4 results were unsurprisingly solid. iPhone unit sales (+0.5% year-over-year) were in-line with consensus, but as we had expected, iPhone average sales prices ended up growing markedly (+28%), leading to a revenue and EPS beat. Services revenue growth was in-line with expectations (+27% ex one-time gain).

Investor focus was squarely on guidance for Q1 and Apple's revenue guidance was not only below the Street's, but also appears to imply -5% to -10% YoY iPhone unit growth for the quarter. Consistent with this, Apple's commentary about its new phones on the earnings call was notably less ebullient than prior years. The upshot is that we have lowered our FY 19 revenues and EPS materially (-$7B, - $0.67). We also expect consensus numbers – which were well below the buyside's due to low ASPs – to decline, albeit more modestly.

Exacerbating iPhone unit concerns is the fact that Apple announced it would no longer report unit sales for its products, beginning next quarter. We believe that declining iPhone units suggest that (a) either Apple is pushing price points too high, triggering negative demand elasticity; and/or (b) that the smartphone market is increasingly mature, with elongating replacement cycles. Neither is good, and are likely to fan the bear case.

Surprisingly, Apple executives did not appear uniquely concerned about China, which grew 16% in Q4 – in part due to a continued very rich mix of iPhones. That said, executives stated that the gaming slowdown in China is a "real issue" and is impacting App Store revenues – we estimate Chinese iPhone gaming could account for 9% of total Services revs.

### Investment Implications

On net, last night's call is likely to rightfully spook investors. With the stock trading near 5-year highs on all relevant valuation metrics, we see some potential for multiple contraction near-term. We lower our PT to $210, in line with our FY 19 EPS haircut, and rate Apple MP.

| | |
|---|---|
| Close Date | 1-Nov-2018 |
| AAPL Close Price (USD) | 222.22 |
| Target Price (USD) | 210.00 |
| Upside/(Downside) | (5)% |
| 52-Week Low | 150.24 |
| 52-Week High | 233.47 |
| SPX | 2,740.37 |
| FYE | Sep |
| Indicated Div Yield | 1.3% |
| Market Cap (USD) (B) | 1,073 |
| EV (USD) (M) | 944,163 |

| Performance | YTD | 1M | 6M | 12M |
|---|---|---|---|---|
| Absolute (%) | 31.3 | (2.2) | 31.4 | 33.2 |
| SPX (%) | 2.5 | (6.3) | 3.2 | 6.2 |
| Relative (%) | 28.8 | 4.1 | 28.2 | 26.9 |

 Analyst Page     Bernstein Events

 Company Page

| EPS Adjusted | F17A | F18E | F19E |
|---|---|---|---|
| AAPL (USD) | 9.21 | **11.91** | 13.48 |
| *OLD* | | 11.89 | 14.15 |
| SPX | 129.17 | 158.96 | 175.22 |

| Financials | F17A | F18E | F19E | CAGR |
|---|---|---|---|---|
| Gross Margin (%) | 38.47 | 38.34 | 38.41 | |
| Operating Margin (%) | 26.76 | 26.69 | 25.98 | |
| EPS Growth (%) | 10.85 | 29.30 | 13.19 | |

| Valuation Metrics | F17A | F18E | F19E |
|---|---|---|---|
| P/E Adjusted (x) | 24.13 | 18.67 | 16.49 |
| REL P/E Adjusted (x) | 1.14 | 1.08 | 1.05 |

Provided by Daniel Chen for exclusive use on 02-Nov-2018. Do not re-distribute.

**Exhibit 9**



**A.M. (Toni) Sacconaghi, Jr.**   +1-212-407-5843   sacconaghi@bernstein.com

2 November 2018

## TICKER TABLE

| Ticker | Rating | | 1 Nov 2018 Closing Price | Target Price | TTM Rel. Perf. | | EPS Adjusted 2017A | 2018E | 2019E | P/E Adjusted 2017A | 2018E | 2019E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AAPL | M | USD | 222.22 | **210.00** | 26.9% | USD | 9.21 | **11.91** | **13.48** | 24.13 | 18.67 | 16.49 |
| *OLD* | | | | 225.00 | | | | 11.89 | 14.15 | | | |
| SPX | | | 2,740.37 | | | | 129.17 | 158.96 | 175.22 | 21.22 | 17.24 | 15.64 |

**TARGET PRICE CHANGE / ESTIMATE CHANGE IN BOLD**          O - Outperform, M - Market-Perform, U - Underperform, N – Not Rated

## DETAILS

*Apple reported its FQ4 2018 (September quarter) earnings last night (Thursday, November 1), after the close*.

While hardly the focus of investors, Apple's Q4 results were unsurprisingly solid.  iPhone unit sales (+0.5% year-over-year) were in-line with consensus, but as we had expected, iPhone average sales prices ended up growing markedly (+28%), leading to a revenue and EPS beat.  Services revenue growth was in-line with expectations (+27% ex one-time gain).

+  **Revenue.** Apple reported FQ4 revenues of $62.9B (+20% year-over-year), modestly beating consensus of $61.3B but largely meeting our own expectations of $63.3B (**Exhibits 1 and 2**).  As we had anticipated, effectively 100% of the beat was attributable to stronger pricing due to the front-loading of the XS and XS Max; in Q4, iPhone average sales prices grew 28% year-over-year to $793 (**Exhibits 3 and 4**) even as units were flat year-over-year at 46.9M.  iPhone channel inventory grew +1.6M units sequentially[1] (**Exhibit 5** – consistent with our expectation of +2 million), meaning iPhone units were largely in-line with our expectations on *both* a sell-in and sell-through basis.

    Separately, Services revenue was $10.0B, representing +27% year-over-year growth when excluding a favorable one-time item from last year (**Exhibit 6**) – this was consistent with expectations, as well as with prior quarters, despite a slowdown in China App Store revenues due to the ongoing gaming crackdown by regulators.  Mac revenues of $7.4B (+3%) were modestly above us and consensus ($6.9B), likely due to a strong Macbook Pro launch.  Meanwhile, iPad revenues of $4.1B (-15%) were below consensus ($4.7B) and our estimates ($4.4B), likely reflecting a pushout in demand prior to this week's iPad Pro refresh.  Finally, we estimate Apple Watch grew ~40% to perhaps $2.3B, below our bullish estimate of $2.6B but above consensus of $2.1B.

+  **Gross margin.** Apple reported FQ3 gross margins of 38.3%, fairly in-line with us and consensus at 38.5% and 38.2% respectively (**Exhibits 1 and 2 again**).  Reversing trends from last quarter, currency was a -40 bps sequential headwind to gross margins, while lower DRAM prices likely remained a modest sequential tailwind.

+  **Earnings per share.** Apple reported FQ4 EPS of $2.91, above consensus of $2.77 but very close to our estimate of $2.90 (**Exhibits 1 and 2 again**) – again, this was primarily due to higher iPhone ASPs, as well as a $0.03 boost from a lower than expected tax rate.  We note that buybacks remained strong, with $19.4B repurchased in Q4 (~6% of traded volumes when including purchasing by Buffett – **Exhibit 7**).

+  **Guidance.** Apple guided for FQ1 19 revenues of $89B - $93B, below consensus at $92.9B[2] and our estimate of $95.9B.  Additionally, the company guided for implied FQ1 EPS of $4.63, below consensus at $4.92 and us at $5.03 (**Exhibit 8**) – with lower revenues largely accounting for the difference.  (See next section for details.)

Investor focus was squarely on guidance for Q1 and Apple's revenue guidance was not only below the Street's, but also appears to imply -5% to -10% YoY iPhone unit growth for the quarter. Consistent with this, Apple's commentary about its new phones on the earnings call was decipherably less ebullient than prior years.  Importantly, December guidance is typically a barometer for the health of iPhone cycles, given that iPhone units have historically declined at fairly predictable seasonal rates following Q1. The

---

[1] Not disclosed on the conference call

[2] As of November 1; other consensus numbers refer to October 23

**Page 345**

Provided by Daniel Chen for exclusive use on 02-Nov-2018. Do not re-distribute.

**Exhibit 9**

2 November 2018

**A.M. (Toni) Sacconaghi, Jr.**   +1-212-407-5843   sacconaghi@bernstein.com

upshot is that we have lowered our FY 19 revenues and EPS materially (-$7B, - $0.67). We also expect consensus numbers – which were well below the buyside's due to low ASPs – to decline, albeit more modestly.

+ **Revenue guidance weaker than might first appear, given iPhone ASP strength.** At first blush, the midpoint of Apple's FY Q1 19 revenue guidance of $89B - $93B appears ok, just a smidge ($2B or ~2%) below consensus, and not dissimilar to how Apple has guided historically (**Exhibit 15**). That said, we believe that consensus had wildly underestimated iPhone ASPs in Q1 (ASPs in Q4 were $793 vs. consensus of $741), meaning that with the proper iPhone ASP, consensus revenues likely would have been $95-96B.

+ **5% to 10% iPhone unit decline in Q1?** The upshot is that assuming an iPhone ASP of $837 for Q1 (which is based on our detailed iPhone ASP model (**Exhibit 11**)[3], and is a figure the company did not push back on), Apple's revenue guidance appears to imply that iPhone units will be down 5%-10% in FY Q1 (or 68.5M to 75.5M units vs. consensus at 77.9M). Consistent with this, we note that executives' comments about new iPhones this quarter was decidedly more muted than on previous Q4 conference calls (**Exhibits 12 and 13**), and that product availability of new offerings is much better than what we have seen in prior cycles.

+ **Dec quarter typically a barometer for full year iPhone sales. Lowering FY 19 estimates.** Importantly, iPhone units typically follow a fairly predictable seasonal pattern after the December quarter (**Exhibits 9 and 10**). The result is that even after assuming revenues at the very high end of Apple's guidance for FY Q1, and modeling historical unit seasonality thereafter, our FY 19 revenues fall by $7B (or nearly 3%) to $284B, and our EPS falls by 5% to $13.48. We suspect more modest declines from consensus (where previous estimates were $281B/$13.64), but believe that our estimates were more aligned with buyside sentiment and models.


Exacerbating iPhone unit concerns is the fact that Apple announced it would no longer report unit sales for its products, beginning next quarter. While some investors (and Apple) will argue that unit growth is less relevant for the company today, we believe that declining iPhone units suggest that (a) either Apple is pushing price points too high, triggering negative demand elasticity; and/or (b) that the smartphone market is increasingly mature, with elongating replacement cycles. Neither is good, and are likely to fan the bear case.

+ **When you have nothing good to say, don't say anything at all...** It was the day after Halloween, but Apple still managed to spook investors by announcing it would no longer provide product unit sales going forward. The announcement was made in tandem with several other changes in financial reporting, including the company's decision to provide Services COGs and GMs going forward, as well as to shift a modest amount of revenues to Services. Management argued that unit growth data is no longer relevant to Apple given their strategy of "bringing innovation into the lineup" and "price for the value" they provide customers.

+ **iPhone unit growth DOES matters.** Apple's stock has enjoyed significant multiple expansion year-to-date, fueled in part by the belief that the company has pricing power, due to its strong brand, attractive product set, and powerful ecosystem. That said, if iPhone units decline in FY 19, that thesis may unravel, as investors question whether Apple's ability to take price has reached its limit and whether declining units could impact downstream services revenues. The upshot is, if the smartphone market is ultimately declining, and Apple can no longer take price, doesn't that point to a potentially declining business over time?

+ **Replacement cycle elongation.** Apple has stated that its installed base continues to grow at double digits, despite flat unit sales over the last several years, which points to an elongation in replacement cycles. When pushed, management conceded that they believed replacement cycles have elongated perhaps 3 to 4 months over the past few years, but that average replacement cycles for new iPhones remain under three years. We worry that a continued push out in replacement cycles could lead to declines in market unit growth, akin to what we have seen with PCs over the last 6 years.


While Apple executives indicated that there was increased macro uncertainty in emerging markets, the company did not appear uniquely concerned about China, which grew a healthy 16% in Q4 – executives commented to us that Apple continues to enjoy a richer mix of higher-priced devices in China, suggesting that ASPs for iPhone may have been up 35%+ YoY. That said, executives

---

[3] Please contact us if you would like a softcopy of our iPhone pricing model.

**Page 346**

Provided by Daniel Chen for exclusive use on 02-Nov-2018. Do not re-distribute.

**Exhibit 9** 

A.M. (Toni) Sacconaghi, Jr.   +1-212-407-5843   sacconaghi@bernstein.com

2 November 2018

stated that the gaming slowdown in China is a "real issue" and is impacting App Store revenues – we estimate that Chinese iPhone gaming could account for 9% of total Services revenues.

+ *Strong Q4 in China, good reception on new phones...* During the earnings call Q&A, management struck us as surprisingly forthcoming about macroeconomic uncertainty within emerging markets, admitting for instance that Apple's business had weakened substantially in India (disclosed to be "flat" year-over-year), Brazil (disclosed to be "down somewhat"), Turkey, and Russia.  Nonetheless, management was adamant about differentiating between these weaker markets and China, which still grew +16% year-over-year – including "strong double digit" iPhone revenue growth.  Given that Chinese government data has pointed to -20%+ year-over-year *declines* in smartphone unit sales from non-Chinese manufacturers within recent months, this suggests that Apple may have seen ASP growth of 35%+ year-over-year during FQ4, likely due to good customer reception of the high-end, large-screen iPhone XS and XS Max.

+ *But approval of new gaming titles is a "real issue."* While remaining positive on the China iPhone business despite macroeconomic headwinds, management admitted that it did have a "real issue" with regulatory delays on new China App Store games – consistent with contemporaneous issues among Chinese game publishers such as Tencent, which saw a ~5000 bps sequential deceleration in gaming growth in Q3 due to increased regulatory scrutiny.  While Apple management did not specify the exact impact, we estimate that China accounts for ~30% of App Store revenue today, with games accounting for perhaps 75%+ of that, meaning that Chinese gaming might account for ~$3B or ~9% of total Services revenue each year – and perhaps a 200-300 bps headwind to this quarter's total Services growth.

**Services revenue growth was in line with expectations, with slightly weaker App Store performance (estimated ~15-20% growth) being offset by strength in Apple Music (47M paid subscribers, up ~45%), iCloud, and AppleCare, which is benefitting from several large agreements signed over the last 2 years with retailers (Best Buy) and carrier partners (T-Mobile, Japanese carriers).**

+ *Services strength.*  Consistent with our expectations, Q4 Services revenue of $10.0B reflected +17% year-over-year growth, or +27% excluding a favorable one-item $640M licensing payment in Q4 17 – suggesting healthy ARPU growth of +15% (**Exhibits 6 and 14**).  Breaking it down into sub-segments, we impute that year-over-year App Store growth decelerated sequentially from ~25% year-to-date to perhaps ~15-20% in Q4, reflecting Chinese gaming delays – again, this was likely a 200-300 bps headwind to total Services growth.  Meanwhile, we believe Apple Music (which has now reached 47M subscribers, up ~45% year-over-year), iCloud, and Apple Care all continued to grow at annual rates of ~40%+, cumulatively contributing 1300-1700 bps to total Services growth.

+ *Apple Care.*  Interestingly in our conversation this quarter, management confirmed that Apple Care had recently been growing faster than Services as a whole due to (1) more expensive iPhones, which have higher Apple Care attach rates and more expensive plans; and (2) materially expanded distribution of Apple Care to third-party partners such as Best Buy and certain telecom retail channels (e.g. T-Mobile, Japanese carriers) over the course of 2017/2018.  The latter point would help to explain one of our longstanding conundrums about Services growth year-to-date, i.e. how an otherwise installed base-driven business such as Apple Care could grow 30%+ to become the 3rd/4th largest contributor to total Services revenue growth.

**TIDBITS:**

+ **Share repurchases.**  Apple repurchased $19.4B in stock in the quarter, following $20B last quarter (**Exhibit 7 again**), and appears poised to continue to purchase at a similar to higher rate (stating it would be opportunistic/could accelerate repurchases) going forward. We note that Apple still has $123B in net cash, and is generating $60B+ in cash per year, suggesting it could continue at this elevated pace for potentially 3 years.

+ **FY 19 tax rate.**  Consistent with last quarter's commentary that its FY19 tax rate would likely be "a couple points higher" than its recent rate, Apple guided its FQ1 19 tax rate to be 16.5%, and suggested its ultimate FY19 rate would not be much dissimilar.

+ **China tariffs.**  Arguably, tariffs were an elephant in the room during the FQ4 earnings call, as Tim Cook avoided making any explicit comments on the risks of an escalating trade war / supply chain disruption in China.  We note that as recently as this week, *Bloomberg* reported U.S. intent to announce tariffs on iPhones (along with virtually all other remaining non-

Provided by Daniel Chen for exclusive use on 02-Nov-2018. Do not re-distribute.



**Exhibit 9**
2 November 2018

A.M. (Toni) Sacconaghi, Jr.   +1-212-407-5843   sacconaghi@bernstein.com

tariffed Chinese-made goods) as early as this December.[4]  While the exact impact of a hypothetical ~10% U.S. tariff on iPhones remains unclear (note that nearly all competing smartphones would be affected as well), ultimately, price elasticity only works in a single direction.  Moreover, we continue to believe that the biggest risk from a trade war with China is not necessarily tariffs on Apple products, but rather China placing restrictions or controls on Apple's business that could undermine it.[5]

**On net, last night's call is likely to rightfully spook investors. Entering the quarter, we had believed that the stock's fortunes would be driven by iPhone unit growth in 2019.  Now, units appear likely to decline, fanning fears about Apple's ability to raise prices going forward and the health of the smartphone market overall.  While ASPs may ultimately come in even higher than we model in FY 19, and mitigate EPS downside, the stock is trading at close to five-year highs on all relevant valuation metrics, pointing to some potential for multiple contraction near-term. We lower our price target to $210, in line with our FY 19 EPS haircut, and continue to rate Apple market-perform.**

+ *The bull thesis so far.*  Within the last 6 months, the bull thesis for Apple has increasingly centered around the company's ostensible pricing power, which some investors believe will allow the stock to secularly re-rate along the lines of a high-end consumer brand rather than a traditional tech hardware OEM.[6]  Increasing belief in this thesis (along with large share repurchases + buying from Buffett[7]) has driven a significant upward re-rating of Apple's stock, to the point that it now trades at 5-year highs along all relevant valuation metrics (**Exhibits 16-18**).

+ *Where to now?*  Following last night's earnings call, Apple's fundamentals remain solid: thanks to continued iPhone ASP increases, we still expect revenues to grow 7% year-over-year and EPS to grow 13% year-over-year.  Nonetheless, iPhone units now appear more likely than not to decline in FY19, suggesting that Apple's pricing power could finally be approaching the limits of demand elasticity – at which point, Apple becomes increasingly susceptible to elongating replacement cycles within a mature smartphone market.  If this is indeed the case, the key bull case for Apple may appear increasingly tenuous, pointing to some potential for multiple contraction in the near-term.  Reflecting our lowered EPS estimates for FY19, we lower our Apple price target to $210.

EXHIBIT 1:  **AAPL:  Bernstein vs Actual, FQ4 18 ($M except per unit or share data, Units in thousands)**

| | Units | | | ASPs | | | Revenue | | |
|---|---|---|---|---|---|---|---|---|---|
| | Bernstein | Actual | Diff | Bernstein | Actual | Diff | Bernstein | Actual | Diff |
| iPhone | 46,752 | 46,889 | 137 | $800 | $793 | ($7) | $37,401 | $37,185 | ($216) |
| iPad | 10,398 | 9,699 | (699) | $425 | $422 | ($3) | $4,419 | $4,089 | ($330) |
| Mac | 4,740 | 5,299 | 559 | $1,450 | $1,399 | ($51) | $6,873 | $7,411 | $538 |
| Services | | | | | | | $9,976 | $9,981 | $5 |
| Other Products | | | | | | | $4,624 | $4,234 | ($390) |

| | EPS | | | Opex | | | Revenue | | | GM | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Bernstein | Actual | Diff | Bernstein | Actual | Diff | Bernstein | Actual | Diff | Bernstein | Actual | Diff |
| Overall Company | $2.90 | $2.91 | $0.02 | $8,196 | $7,966 | ($230) | $63,292 | $62,900 | ($392) | 38.5% | 38.3% | (0.2%) |

Source:  Company filings, Bernstein estimates and analysis

---

[4] Bloomberg: U.S. Plans More China Tariffs If Trump-Xi Meeting Fails, Sources Say
[5] See our 7/17/18 note: IT Hardware: What happens to Apple in a trade war?
[6] For our somewhat skeptical take on the thesis, see: AAPL: Should Apple be valued like a consumer brand?
[7] AAPL: Active investors have been shying away, but the stock has ripped… why?

Provided by Daniel Chen for exclusive use on 02-Nov-2018. Do not re-distribute.

**Exhibit 9**
2 November 2018

**A.M. (Toni) Sacconaghi, Jr.**   +1-212-407-5843   sacconaghi@bernstein.com

EXHIBIT 2: **AAPL: Bernstein vs. Consensus ($M, except per share)**

| Consensus as of: | | 1 | | | 1 | | 2 | | 3 | | 4 | | 5 | | 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FQ417 | FY17 | FQ318 | FQ418E | | | FY18E | | FQ119E | | FQ219E | | FQ319E | | FQ419E | | FY19E |
| | Actual | Actual | Bernstein | Bernstein | Cons. | Guidance | Bernstein | Cons. | Bernstein | Cons. | Bernstein | Cons. | Bernstein | Cons. | Bernstein | Cons. | Bernstein | Cons. |
| Mac Revenue | 7,170 | 25,850 | 5,330 | 6,873 | 6,946 | | 24,946 | 25,008 | 7,383 | 6,947 | 5,781 | 5,680 | 5,371 | 5,458 | 6,636 | 6,852 | 25,170 | 24,889 |
| Y/Y Change | 24.9% | 13.2% | -4.7% | -1.1% | -3.1% | | -3.5% | -3.3% | 7.1% | 0.8% | -1.2% | -2.9% | 0.8% | 2.4% | -3.4% | -1.3% | 0.9% | -0.5% |
| iPhone Revenue | 28,846 | 141,319 | 29,906 | 37,401 | 35,284 | | 166,915 | 164,809 | 63,426 | 62,231 | 42,601 | 40,121 | 33,143 | 31,521 | 38,093 | 36,115 | 177,263 | 169,806 |
| Y/Y Change | 2.4% | 3.4% | 20.4% | 29.7% | 22.3% | | 18.1% | 16.6% | 3.0% | 1.1% | 12.0% | 5.5% | 10.8% | 5.4% | 1.9% | 2.4% | 6.2% | 3.0% |
| iPad Revenue | 4,831 | 19,222 | 4,741 | 4,419 | 4,667 | | 19,135 | 19,397 | 6,176 | 5,749 | 4,214 | 4,037 | 4,830 | 4,611 | 4,449 | 4,363 | 19,669 | 18,854 |
| Y/Y Change | 13.5% | -6.8% | -4.6% | -8.5% | -3.4% | | -0.5% | 0.9% | 5.4% | -1.9% | 2.5% | -1.9% | 1.9% | -2.7% | 0.7% | -6.5% | 2.8% | -2.8% |
| Services Revenue | 8,501 | 29,980 | 9,548 | 9,976 | 10,139 | | 37,185 | 37,359 | 10,245 | 10,501 | 10,832 | 11,011 | 11,015 | 11,371 | 11,801 | 12,309 | 43,893 | 44,950 |
| Y/Y Change | 34.4% | 23.1% | 31.4% | 17.3% | 19.3% | | 24.0% | 24.6% | 20.9% | 24.0% | 17.9% | 19.8% | 15.4% | 19.1% | 18.3% | 21.4% | 18.0% | 20.3% |
| Other Revenues | 3,231 | 12,877 | 3,740 | 4,624 | 4,292 | | 17,804 | 17,843 | 8,641 | 7,275 | 5,792 | 4,739 | 5,044 | 4,532 | 5,786 | 5,152 | 25,263 | 22,076 |
| Revenue ($M) | 52,579 | 229,248 | 53,265 | 63,292 | 61,328 | $60-$62B | 265,984 | 264,417 | 95,870 | 92,702 | 69,219 | 65,588 | 59,402 | 57,494 | 66,766 | 64,791 | 291,258 | 280,575 |
| Y/Y Change | 12.2% | 6.3% | 17.3% | 20.4% | 16.6% | 14.1%-17.9% | 16.0% | 15.3% | 8.6% | 5.0% | 13.2% | 7.3% | 11.5% | 7.9% | 5.5% | 5.6% | 9.5% | 6.1% |
| | | | | | | | | | | | | | | | | | | |
| Gross Margin | 37.9% | 38.5% | 38.3% | 38.5% | 38.2% | 38.0%-38.5% | 38.6% | 38.3% | 38.6% | 38.5% | 38.5% | 38.3% | 38.7% | 38.3% | 38.8% | 38.3% | 38.6% | 38.2% |
| Y/Y Change | (11)bp | (61)bp | (17)bp | 56 bp | 32 bp | 9 - 59 bp | (8)bp | (17)bp | 15 bp | 20 bp | 15 bp | 22 bp | 38 bp | (21)bp | 37 bp | 10 bp | 16 bp | (7)bp |
| Operating Margin | 25.0% | 26.8% | 23.7% | 25.5% | 25.2% | 24.6%-25.7% | 26.7% | 26.6% | 29.6% | 28.9% | 25.8% | 25.8% | 23.8% | 23.6% | 25.5% | 25.1% | 26.6% | 26.4% |
| Y/Y Change | (15)bp | (107)bp | (4)bp | 56 bp | 27 bp | -35 to 75 bp | (10)bp | (13)bp | (20)bp | (17)bp | (23)bp | (21)bp | 14 bp | (193)bp | 2 bp | (8)bp | (20)bp | (24)bp |
| | | | | | | | | | | | | | | | | | | |
| EPS ($) | 2.07 | 9.21 | 2.34 | 2.90 | 2.77 | 2.65-2.86 | 11.89 | 11.74 | 5.03 | 4.92 | 3.25 | 3.12 | 2.64 | 2.58 | 3.23 | 3.10 | 14.15 | 13.64 |
| Y/Y Change | 23.7% | 10.9% | 40.4% | 40.1% | 33.9% | 33.2% | 29.1% | 27.5% | 29.2% | 26.5% | 19.1% | 14.6% | 12.9% | 10.3% | 11.6% | 11.9% | 19.0% | 16.2% |
| | | | | | | | | | | | | | | | | | | |
| Mac Units (000) | 5,386 | 19,251 | 3,720 | 4,740 | 4,916 | | 17,650 | 17,777 | 5,572 | 4,871 | 4,282 | 3,905 | 3,906 | 3,850 | 4,740 | 4,801 | 18,500 | 17,399 |
| Y/Y Change | 10.2% | 4.1% | -13.3% | -12.0% | -6.7% | | -3.8% | -7.7% | 9.0% | -4.7% | 5.0% | -4.2% | 5.0% | 3.5% | 0.0% | -2.3% | 4.8% | -2.1% |
| Implied ASP ($) | 1,331 | 1,343 | 1,433 | 1,450 | 1,413 | | 1,413 | 1,407 | 1,325 | 1,426 | 1,350 | 1,455 | 1,375 | 1,418 | 1,400 | 1,427 | 1,361 | 1,431 |
| iPhone Units (000) | 46,677 | 216,756 | 41,300 | 46,752 | 47,592 | | 217,585 | 218,225 | 75,738 | 77,854 | 53,016 | 52,801 | 41,883 | 42,241 | 47,328 | 47,924 | 217,964 | 219,060 |
| Y/Y Change | 2.6% | 2.3% | 0.7% | 0.2% | 2.0% | | 0.4% | 0.7% | -2.0% | 0.7% | 1.5% | 1.1% | 1.4% | 2.3% | 1.3% | 2.6% | 0.6% | 1.3% |
| Implied ASP ($) | 618 | 652 | 724 | 800 | 741 | | 767 | 755 | 837 | 799 | 804 | 760 | 791 | 746 | 805 | 754 | 813 | 775 |
| iPad Units (000) | 10,326 | 43,753 | 11,553 | 10,398 | 10,466 | | 44,234 | 44,466 | 13,725 | 13,198 | 9,470 | 9,262 | 11,364 | 11,017 | 10,228 | 10,057 | 44,787 | 43,432 |
| Y/Y Change | 11.4% | -4.0% | 1.1% | 0.7% | 1.4% | | 1.5% | 1.6% | 4.2% | 0.2% | 3.9% | 1.0% | -1.6% | -3.9% | 1.3% | -3.9% | 2.4% | -0.7% |
| Implied ASP ($) | 468 | 439 | 410 | 425 | 446 | | 433 | 436 | 450 | 436 | 445 | 436 | -625 | 419 | 435 | 434 | 439 | 434 |
| Watch Units (000) | 3,500 | 13,200 | 3,335 | 5,003 | 4,764 | | 20,388 | 20,113 | 10,730 | 7,786 | 6,438 | 4,965 | 4,700 | 4,820 | 6,815 | 5,476 | 28,683 | 23,861 |
| Y/Y Change | 48.4% | 42.6% | 45.0% | 57.2% | 36.1% | | 54.5% | 52.4% | 53.3% | 11.2% | 41.5% | 9.1% | 40.9% | 44.5% | 23.8% | 14.9% | 40.7% | 18.6% |
| Implied ASP ($) | 470 | 468 | 460 | 448 | 446 | | 465 | 438 | 545 | 457 | 530 | 483 | 510 | 456 | 500 | 445 | 525 | 431 |

Source: FactSet consensus, Bernstein estimates

EXHIBIT 3: **Apple: Year-over-Year Growth in iPhone ASP, Q411-Q319E**



Source: Company reports, Bernstein estimates and analysis

Provided by Daniel Chen for exclusive use on 02-Nov-2018. Do not re-distribute.

A.M. (Toni) Sacconaghi, Jr.   +1-212-407-5843   sacconaghi@bernstein.com



**Exhibit 9**
2 November 2018

EXHIBIT 4: **Apple: Quarterly iPhone ASP, Q411-Q319E**



Source: Company reports, Bernstein estimates and analysis

EXHIBIT 5: **AAPL:  iPhone Change in Channel Inventory (thousands of units)**





Source:  Company reports, Bernstein estimates and analysis

**U.S. IT Hardware**

**BERNSTEIN**     **7**

Provided by Daniel Chen for exclusive use on 02-Nov-2018. Do not re-distribute.



**Exhibit 9**
2 November 2018

A.M. (Toni) Sacconaghi, Jr.   +1-212-407-5843   sacconaghi@bernstein.com

EXHIBIT 6:  **AAPL Services: Revenue and Sources of Growth in Filings, By Quarter ($B)**

**% YoY Growth**



| | 4Q14 | 1Q15 | 2Q15 | 3Q15 | 4Q15 | 1Q16 | 2Q16 | 3Q16 | 4Q16 | 1Q17 | 2Q17 | 3Q17 | 4Q17 | 1Q18 | 2Q18 | 3Q18 | 4Q18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| App Store | | | 1 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | ? |
| iTunes | 1 | 2 | | | | | | | | | | | | | | | ? |
| Licensing | 2 | 1 | 2 | 2 | 1 | 2 | 2 | 2 | | 2 | 2 | 2 | 2 | 1 | 1 | 1 | ? |
| AppleCare | | | | | 3 | 3 | 3 | 3 | 2 | | | | | | 3 | 3 | ? |
| iCloud | | | | | | | | | | | | | | 3 | | | ? |

— % YoY Growth

Source: Company filings, Bernstein analysis

Provided by Daniel Chen for exclusive use on 02-Nov-2018. Do not re-distribute.

**Exhibit 9**
2 November 2018



A.M. (Toni) Sacconaghi, Jr.   +1-212-407-5843   sacconaghi@bernstein.com

EXHIBIT 7:   **AAPL:  Share Buybacks by Quarter and Percentage of Quarterly Trading Volume**

| Fiscal Quarter | Shares Purchased (M) | | | Quarter Volume | AAPL+BRK % of Volume |
|---|---|---|---|---|---|
| | **Apple** | **Buffett** | **AAPL+BRK** | | |
| **Q4 18E** | **92** | **12** | **105** | **1,773** | **5.9%** |
| **Q3 18** | **113** | **12** | **125** | **1,815** | **6.9%** |
| **Q2 18** | **137** | **74** | **211** | **2,301** | **9.2%** |
| Q1 18 | 58 | 31 | **89** | 1,636 | **5.4%** |
| Q4 17 | 49 | 4 | **53** | 1,764 | **3.0%** |
| Q3 17 | 49 | 1 | **50** | 1,712 | **2.9%** |
| Q2 17 | 55 | 72 | **127** | 1,700 | **7.5%** |
| Q1 17 | 94 | 42 | **136** | 2,017 | **6.7%** |
| Q4 16 | 63 | 0 | **63** | 2,286 | **2.8%** |
| Q3 16 | 98 | 5 | **104** | 2,554 | **4.1%** |
| Q2 16 | 72 | 10 | **82** | 2,829 | **2.9%** |
| Q1 16 | 46 | 0 | **46** | 2,787 | **1.7%** |
| Q4 15 | 132 | 0 | **132** | 3,872 | **3.4%** |
| Q3 15 | 70 | 0 | **70** | 2,829 | **2.5%** |
| Q2 15 | 70 | 0 | **70** | 3,580 | **1.9%** |
| Q1 15 | 54 | 0 | **54** | 3,255 | **1.7%** |
| Q4 14 | 141 | 0 | **141** | 3,501 | **4.0%** |
| Q3 14 | 174 | 0 | **174** | 4,250 | **4.1%** |
| Q2 14 | 222 | 0 | **222** | 4,929 | **4.5%** |
| Q1 14 | 67 | 0 | **67** | 5,030 | **1.3%** |
| Q4 13 | 73 | 0 | **73** | 5,809 | **1.3%** |
| Q3 13 | 238 | 0 | **238** | 6,859 | **3.5%** |
| Q2 13 | 0 | 0 | **0** | 7,911 | **0.0%** |
| Q1 13 | 18 | 0 | **18** | 9,302 | **0.2%** |

Source:  Company filings, Factset, Bernstein analysis

Provided by Daniel Chen for exclusive use on 02-Nov-2018. Do not re-distribute.

**Exhibit 9**
2 November 2018

**A.M. (Toni) Sacconaghi, Jr.**   +1-212-407-5843   sacconaghi@bernstein.com



EXHIBIT 8: **AAPL: FQ119E Guidance vs. Bernstein Prior Estimate ($M except per share values)**

### 1Q19 Guidance vs Our Estimates

| Guidance | Guidance | | | Bern. |
|---|---|---|---|---|
| | **Low** | **High** | **Midpoint** | |
| Revenue | $89,000 | $93,000 | $91,000 | $95,870 |
| Gross Margin | 38.0% | 38.5% | 38.3% | 38.6% |
| OpEx | $8,800 | $8,700 | $8,750 | $8,628 |
| Other Income (Expense) | $300 | $300 | $300 | $350 |
| Tax rate | 16.5% | 16.5% | 16.5% | 17.0% |
| FD Shares Out | | | 4,758 | 4,737 |

| EPS Calculations Based on Guidance | Guidance | | | Bern. |
|---|---|---|---|---|
| | **Low** | **High** | **Midpoint** | |
| Gross Profit | $33,820 | $35,805 | $34,808 | $36,965 |
| Operating Profit | $25,020 | $27,105 | $26,058 | $28,337 |
| Pretax Income | $25,320 | $27,405 | $26,358 | $28,687 |
| Net Income | $21,142 | $22,883 | $22,009 | $23,810 |
| **EPS** | **$4.44** | **$4.81** | **$4.63** | **$ 5.03** |

Source: Bernstein estimates and analysis

EXHIBIT 9: **AAPL:  iPhone Sell-in Seasonality**

| iPhone Unit Seasonality | | | | | | iPhone Unit Sales | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Y/Y | | Q1 | Q2 | Q3 | Q4 | Year |
| **2011** | 15.1% | 14.9% | 9.1% | (16.1%) | 80.8% | **2011** | 16,235 | 18,647 | 20,338 | 17,073 | 72,293 |
| **2012** | 101.5% | 1.9% | (25.8%) | 3.4% | 69.3% | **2012** | 34,398 | 35,064 | 26,028 | 26,910 | 122,400 |
| **2013** | 77.6% | (21.7%) | (16.5%) | 8.2% | 22.8% | **2013** | 47,789 | 37,430 | 31,241 | 33,797 | 150,257 |
| **2014** | 51.0% | (14.3%) | (19.5%) | 11.6% | 12.6% | **2014** | 51,025 | 43,719 | 35,203 | 39,272 | 169,219 |
| **2015** | 89.6% | (17.9%) | (22.3%) | 1.1% | 36.6% | **2015** | 74,468 | 61,170 | 47,534 | 48,046 | 231,218 |
| **2016** | 55.6% | (31.5%) | (21.1%) | 12.7% | (8.4%) | **2016** | 74,779 | 51,193 | 40,399 | 45,513 | 211,884 |
| **2017** | 59.7% | (30.2%) | (19.2%) | 13.8% | (0.3%) | **2017** | 72,698 | 50,763 | 41,026 | 46,677 | 211,164 |
| **2018** | 65.6% | (32.5%) | (20.9%) | 13.5% | 3.1% | **2018** | 77,316 | 52,217 | 41,300 | 46,889 | 217,722 |
| **2019** | 55.0% | (30.0%) | (20.0%) | 13.0% | (3.4%) | **2019** | 72,678 | 50,875 | 40,700 | 45,991 | 210,243 |
| **Full Refresh Avg.** | 60.8% | (8.2%) | (9.9%) | (2.3%) | 46.7% | **Full Refresh Avg.** | 52,797 | 42,003 | 35,035 | 36,398 | 166,233 |
| **S-Cycle Avg** | 69.4% | (14.6%) | (22.1%) | 9.2% | 24.5% | **S-Cycle Avg** | 53,401 | 43,325 | 33,877 | 37,232 | 167,834 |
| **Hist. Avg.** | 63.4% | (17.9%) | (17.4%) | 6.8% | 23.7% | **Hist. Avg.** | 57,932 | 44,564 | 35,974 | 38,908 | 177,378 |
| **3Y Avg.** | 68.3% | (26.5%) | (20.9%) | 9.2% | 9.3% | **3Y Avg.** | 74,931 | 51,391 | 40,908 | 46,360 | 213,590 |

Note:  FQ1 17 / FY17 and FQ1 12/FY12 are adjusted for an extra week in the quarter
Source:  Company filings, Bernstein estimates and analysis

**U.S. IT HARDWARE**

**BERNSTEIN**    **10**

Provided by Daniel Chen for exclusive use on 02-Nov-2018. Do not re-distribute.

**Exhibit 9**
2 November 2018

A.M. (Toni) Sacconaghi, Jr.   +1-212-407-5843   sacconaghi@bernstein.com

EXHIBIT 10:  **AAPL: iPhone Sell-through Seasonality**

| iPhone Unit Seasonality | | | | | |
|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Y/Y |
| 2011 | 21.0% | 5.7% | 15.9% | (12.3%) | 78.7% |
| 2012 | 98.6% | (5.3%) | (18.8%) | (0.8%) | 70.5% |
| 2013 | 77.3% | (21.3%) | (12.6%) | (4.2%) | 21.8% |
| 2014 | 64.0% | (12.8%) | (19.0%) | 8.4% | 15.3% |
| 2015 | 94.8% | (19.4%) | (20.0%) | (4.3%) | 36.9% |
| 2016 | 55.2% | (27.8%) | (14.0%) | (3.1%) | (8.1%) |
| 2017 | 66.4% | (27.3%) | (14.8%) | 2.4% | 1.3% |
| 2018 | 61.1% | (26.1%) | (17.1%) | 1.1% | 1.8% |
| 2019 | 55.0% | (26.1%) | (14.8%) | 0.7% | (3.0%) |
| Full Refresh Avg. | 64.4% | (11.7%) | (5.6%) | (7.0%) | 45.8% |
| S-Cycle Avg | 72.6% | (15.3%) | (17.3%) | 1.5% | 25.9% |
| Hist. Avg. | 65.9% | (17.8%) | (12.8%) | (1.4%) | 23.9% |
| 3Y Avg. | 60.9% | (27.1%) | (15.3%) | 0.1% | (1.6%) |

| iPhone Unit Sales | | | | | |
|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Year |
| 2011 | 16,035 | 16,947 | 19,638 | 17,223 | 69,843 |
| 2012 | 34,212 | 32,414 | 26,328 | 26,110 | 119,064 |
| 2013 | 46,289 | 36,430 | 31,841 | 30,497 | 145,057 |
| 2014 | 50,025 | 43,619 | 35,353 | 38,322 | 167,319 |
| 2015 | 74,668 | 60,170 | 48,134 | 46,046 | 229,018 |
| 2016 | 71,479 | 51,643 | 44,399 | 43,013 | 210,534 |
| 2017 | 71,584 | 52,013 | 44,326 | 45,377 | 213,300 |
| 2018 | 73,116 | 54,017 | 44,800 | 45,289 | 217,222 |
| 2019 | 70,178 | 51,875 | 44,200 | 44,491 | 210,743 |
| Full Refresh Avg. | 45,664 | 37,849 | 33,204 | 31,255 | 147,973 |
| S-Cycle Avg | 51,905 | 42,559 | 35,360 | 35,815 | 165,639 |
| Hist. Avg. | 56,398 | 44,348 | 37,669 | 37,374 | 175,789 |
| 3Y Avg. | 72,060 | 52,558 | 44,508 | 44,560 | 213,685 |

Note: FQ1 17/FY17 and FQ1 12/FY12 are adjusted for an extra week in the quarter
Source: Company filings, Bernstein estimates and analysis

EXHIBIT 11:  **AAPL: Estimated FY19 Mix and iPhone ASP**

| | Implied Mix | | | | | | Estimated Wholesale Prices | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | FY19 | | Q1 | Q2 | Q3 | Q4 | FY19 | MSRP |
| iPhone SE Relaunch? / 6S | 2% | 5% | 8% | 7% | 5% | | $367 | $367 | $367 | $367 | $367 | $382 |
| iPhone 7 (Gen N-2) | 4% | 4% | 4% | 4% | 4% | | $465 | $465 | $465 | $465 | $465 | $484 |
| iPhone 7+ (Gen N-2) | 6% | 7% | 6% | 10% | 7% | | $580 | $580 | $580 | $580 | $580 | $604 |
| iPhone 8 (Gen N-1) | 5% | 5% | 6% | 4% | 5% | | $625 | $625 | $625 | $625 | $625 | $652 |
| iPhone 8+ (Gen N-1) | 5% | 4% | 4% | 4% | 4% | | $743 | $743 | $743 | $743 | $743 | $774 |
| iPhone XR (Current Gen) | 45% | 48% | 45% | 41% | 45% | | $755 | $755 | $755 | $755 | $755 | $787 |
| iPhone XS (Current Gen) | 11% | 9% | 9% | 11% | 10% | | $1,048 | $1,048 | $1,048 | $1,048 | $1,048 | $1,092 |
| iPhone XS Max (Current Ge | 22% | 18% | 18% | 20% | 20% | | $1,151 | $1,151 | $1,151 | $1,151 | $1,151 | $1,199 |
| Overall | 100% | 100% | 100% | 100% | 100% | | $837 | $804 | $791 | $805 | $813 | $847 |
| Estimated Units (000s) | 75,738 | 53,016 | 41,883 | 47,328 | 217,964 | Consensus: | $799 | $760 | $746 | $754 | $775 | |
| | | | | | | Difference | $38 | $44 | $45 | $51 | $38 | |

Note: Wholesale prices include a 4% discount to our estimated MSRP
Source: Company filings, Bernstein estimates and analysis

Provided by Daniel Chen for exclusive use on 02-Nov-2018. Do not re-distribute.



**Exhibit 9**
2 November 2018

A.M. (Toni) Sacconaghi, Jr.   +1-212-407-5843   sacconaghi@bernstein.com

EXHIBIT 12: **Earnings Call Commentary on iPhone 8/X vs. XS/XR**

| iPhone 8 / X | iPhone XS / XR |
|---|---|
| **Prepared Remarks**<br><br>• *Tim:* iPhone sales **exceeded our expectations**. In the last week and a half of September, we began shipping iPhone 8 and iPhone 8 Plus to customers in more than 50 countries. They **instantly became our two most popular iPhone models and have been every week since then**.<br><br>• *Tim:* As we speak, the launch of iPhone X is now underway as stores open across Australia and Asia. iPhone X is packed with innovative new technologies that chart our path for the next decade… We can't wait for people to experience our vision of the future. **Orders have already been very strong,** and we're working to get iPhone X into customers' hands as quickly as possible. | • *Tim:* It was a big year and a big quarter for iPhone. Q4 revenue was up 29% over last year, an increase of over $8 billion to a new September quarter record fueled by **continued momentum for iPhone, 8, 8 Plus and X, and the very successful launch of iPhone XS and iPhone XS Max**.<br><br>• *Tim:* Just last week, we **began shipping iPhone XR,** bringing the latest iPhone breakthroughs to even more users. With an all-screen glass and aluminum design and the most advanced LCD in a smartphone, the **product reviews have been overwhelmingly positive**. |
| **Q&A**<br><br>• *Analyst's Question:* …Is there any information you can provide on **how iPhone X pre-orders compared to what you saw with iPhone 8 pre-orders**?<br><br>• *Tim:* I would share with you that the **iPhone X orders are very strong for both direct customers and for our channel partners**, which as you know, are lots of carriers throughout the world. And we **couldn't be more excited to get underway**. And I think as of a few minutes ago, the first sales started in Australia. And I'm told we had **several hundred people waiting at the store in Sydney** and I'm getting similar reports from across that region. | • *Analyst's Question:* With the staggered iPhone launch, were you able to discern **any impact on the XS and XS Max** from buyers potentially waiting for the XR, and what if anything can we take away from the December quarter guidance related to **what you're seeing for early demand of the XR**?<br><br>• *Tim:* The **XS and XS Max got off to a really great start** and we've only been selling for a few weeks. **The XR, we've only had out there for I guess five days or so at this point, and so we have very, very little data there.** Usually there is some amount of wait until another product shows up and look, but in looking at the data, on the sales data for XS and XS Max, there's not obvious evidence of that in the data, as I see it. |

Source: Factset, Bernstein analysis

EXHIBIT 13: **Earnings Call Commentary on iPhone 7**

| iPhone 7 |
|---|
| **Prepared Remarks**<br><br>• *Tim:* …we're **thrilled with the customer response to iPhone 7 and iPhone 7 Plus**. These are the best iPhones we've ever made…<br><br>• *Luca:* …**very successful launch of iPhone 7 and iPhone 7 Plus**… the initial customer response to iPhone 7 and 7 Plus gives us **confidence** that our Dec. quarter performance in China will be significantly better on a YoY basis than our September quarter…   Worldwide **demand for iPhone 7 and 7 Plus has significantly outpaced supply,** particularly on iPhone 7 Plus, and we're working very hard to get the new iPhones into the hands of our customers as quickly as possible. |
| **Q&A**<br><br>• *Analyst's Question:* …can you help us understand what's embedded in revenue guidance for the extra week as well as any rebuilding of channel inventory given all the major products are running below target? **Just trying to get at whether you see revenue and in particular iPhone growth year on year on more of a sellout basis** when you adjust for those two factors?<br><br>• *Luca:* …Keep in mind that December quarter a year ago for us was an all-time quarterly revenue record. We think we can grow this year. As Tim said, the **interest from customers on iPhone 7 and 7 Plus is very strong**. The strength of our Services business, you've seen we've grown 24% in September. **We think we can continue to grow very well into the December quarter.** |

Source:

**Page 355**

Provided by Daniel Chen for exclusive use on 02-Nov-2018. Do not re-distribute.



**Exhibit 9**
2 November 2018

A.M. (Toni) Sacconaghi, Jr.   +1-212-407-5843   sacconaghi@bernstein.com

EXHIBIT 14:  **AAPL: Implied Growth in Average Revenue Per User (ARPU), 2013-FQ4 18**



Note: FY17 and FQ418 adjusted for one-time $640M item in Q4 17
Source: Company filings, Bernstein estimates and analysis

Provided by Daniel Chen for exclusive use on 02-Nov-2018. Do not re-distribute.

**Exhibit 9**
2 November 2018

A.M. (Toni) Sacconaghi, Jr.   +1-212-407-5843   sacconaghi@bernstein.com

### EXHIBIT 15: **AAPL:  Revenue, EPS, and Gross Margin Guidance History**

**Revenues ($B)**

| Guidance Date: | 10/27/2016 | 1/26/2016 | 4/25/2016 | 7/27/2016 | 10/25/2016 | 1/31/2017 | 5/2/2017 | 8/1/2017 | 11/2/2017 | 2/1/2018 | 5/1/2018 | 7/31/2018 | 11/1/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| For Fiscal Quarter: | Q116 | Q216 | Q316 | Q416 | Q117 | Q217 | Q317 | Q417 | Q118 | Q218 | Q318 | Q418E | Q119E |
| Guidance | 75.5-77.5 | 50-53 | 41-43 | 45.5-47.5 | 76-78 | 51.5-53.5 | 43.5-45.5 | 49-52 | 84-87 | 60-62 | 51.5-53.5 | 60-62 | 89-93 |
| Midpoint of Guidance | 76.50 | 51.50 | 42.00 | 46.50 | 77.00 | 52.50 | 44.50 | 50.50 | 85.50 | 61.00 | 52.50 | 61.00 | 91.00 |
| Then-Consensus | 76.92 | 52.09 | 46.62 | 47.03 | 74.88 | 52.91 | 44.88 | 50.44 | 87.50 | 68.90 | 52.28 | 61.33 | 92.70 |
| Actual / Bernstein Estimate | 75.87 | 50.56 | 42.36 | 46.85 | 78.35 | 52.91 | 45.41 | 51.01 | 88.29 | 61.13 | 53.27 | 63.29 | 95.87 |
| *Guidance vs. Consensus* | *-0.5%* | *-1.1%* | *-9.9%* | *-1.1%* | *2.8%* | *-0.8%* | *-0.8%* | *0.1%* | *-2.3%* | *-11.5%* | *0.4%* | *-0.5%* | *-1.8%* |
| Actual/Bernstein vs. Guidance | -0.8% | -1.8% | 0.9% | 0.8% | 1.8% | 0.8% | 2.0% | 1.0% | 3.3% | 0.2% | 1.5% | 3.8% | 5.4% |
| Actual/Bernstein vs. Consensus | -1.4% | -2.9% | -9.1% | -0.4% | 4.6% | 0.0% | 1.2% | 1.1% | 0.9% | -11.3% | 1.9% | 3.2% | 3.4% |
| *Guidance Y/Y Growth* | *2.5%* | *-11.2%* | *-15.3%* | *-9.7%* | *1.5%* | *3.8%* | *5.1%* | *7.8%* | *9.1%* | *15.3%* | *15.6%* | *19.6%* | *3.1%* |
| Consensus Y/Y Growth | 3.1% | -10.2% | -6.0% | -8.7% | -1.3% | 4.7% | 6.0% | 7.7% | 11.7% | 30.2% | 15.1% | 20.2% | 5.0% |
| Actual/Bernstein Y/Y Growth | 1.7% | -12.8% | -14.6% | -9.0% | 3.3% | 4.7% | 7.2% | 8.9% | 12.7% | 15.5% | 17.3% | 24.1% | 8.6% |

**EPS ($)**

| Guidance Date: | 10/27/2016 | 1/26/2016 | 4/25/2016 | 7/27/2016 | 10/25/2016 | 1/31/2017 | 5/2/2017 | 8/1/2017 | 11/2/2017 | 2/1/2018 | 5/1/2018 | 7/31/2018 | 11/1/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| For Fiscal Quarter: | Q116 | Q216 | Q316 | Q416 | Q117 | Q217 | Q317 | Q417 | Q118 | Q218 | Q318 | Q418E | Q119E |
| Guidance | -3.09-3.31 | -1.85-2.05 | -1.30-1.45 | -1.55-1.70 | -3.10-3.27 | -1.83-1.99 | -1.44-1.63 | -1.75-1.96 | -3.61-3.85 | -2.57-2.77 | -2.10-2.30 | -2.65-2.86 | -4.44-4.81 |
| Midpoint of Guidance | 3.19 | 1.93 | 1.38 | 1.63 | 3.19 | 1.98 | 1.54 | 1.85 | 3.73 | 2.67 | 2.20 | 2.75 | 4.63 |
| Then-Consensus | 3.25 | 2.00 | 1.40 | 1.66 | 3.21 | 2.02 | 1.57 | 1.87 | 3.78 | 2.90 | 2.15 | 2.77 | 4.92 |
| Actual / Bernstein Estimate | 3.28 | 1.90 | 1.42 | 1.67 | 3.36 | 2.10 | 1.67 | 2.07 | 3.89 | 2.73 | 2.34 | 2.90 | 5.03 |
| *Guidance vs. Consensus* | *-1.8%* | *-3.4%* | *-1.9%* | *-1.9%* | *-0.6%* | *-2.0%* | *-1.9%* | *-1.2%* | *-1.3%* | *-7.9%* | *2.3%* | *-0.7%* | *-6.0%* |
| Actual/Bernstein vs. Guidance | 2.9% | -1.7% | 3.6% | 2.9% | 5.3% | 6.1% | 8.2% | 11.7% | 4.3% | 2.1% | 6.3% | 5.3% | 8.7% |
| Actual/Bernstein vs. Consensus | 1.1% | -5.0% | 1.6% | 0.9% | 4.7% | 4.0% | 6.1% | 10.4% | 2.9% | -6.0% | 8.7% | 4.6% | 2.2% |
| *Guidance Y/Y Growth* | *4.1%* | *-17.0%* | *-25.7%* | *-17.0%* | *-2.8%* | *4.3%* | *8.1%* | *10.7%* | *11.0%* | *27.1%* | *32.1%* | *33.0%* | *18.9%* |
| Consensus Y/Y Growth | 6.0% | -14.1% | -24.2% | -15.3% | -2.2% | 6.4% | 10.2% | 12.0% | 12.5% | 38.1% | 29.1% | 34.0% | 26.5% |
| Actual/Bernstein Y/Y Growth | 7.1% | -18.4% | -23.0% | -14.6% | 2.4% | 10.6% | 16.9% | 23.7% | 15.8% | 29.8% | 40.4% | 40.1% | 29.2% |

**Gross Margin**

| Guidance Date: | 10/27/2016 | 1/26/2016 | 4/25/2016 | 7/27/2016 | 10/25/2016 | 1/31/2017 | 5/2/2017 | 8/1/2017 | 11/2/2017 | 2/1/2018 | 5/1/2018 | 7/31/2018 | 11/1/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| For Fiscal Quarter: | Q116 | Q216 | Q316 | Q416 | Q117 | Q217 | Q317 | Q417 | Q118 | Q218 | Q318 | Q418E | Q119E |
| Guidance | 39.5% | 39.3% | 37.8% | 37.8% | 38.3% | 38.5% | 38.0% | 37.8% | 38.3% | 38.3% | 38.3% | 38.3% | 38.3% |
| Actual / Bernstein Estimate | 40.1% | 39.4% | 38.0% | 38.0% | 38.5% | 38.9% | 38.5% | 37.9% | 38.4% | 38.3% | 38.3% | 38.5% | 38.6% |
| Actual/SCB vs. Guidance | 60 bp | 15 bp | 27 bp | 27 bp | 26 bp | 40 bp | 51 bp | 14 bp | 16 bp | 6 bp | 9 bp | 21 bp | 31 bp |
| Avg Beat over last 8 Qtrs | | | | | | | | | | | | 23 bp | |
| Avg Beat over last 5 Qtrs | | | | | | | | | | | | 13 bp | |

Source:  Company filings, Consensus, Bernstein estimates and analysis

### EXHIBIT 16: **AAPL:  Absolute P/FE Based on Consensus, 2013-2018**



**Stock P/FE (Consensus)**

Consensus: 16.6x

Historical Average
13.57x

Source:  Factset, Bernstein estimates and analysis as of 10/23/18

Provided by Daniel Chen for exclusive use on 02-Nov-2018. Do not re-distribute.



**Exhibit 9**
2 November 2018

A.M. (Toni) Sacconaghi, Jr.   +1-212-407-5843   sacconaghi@bernstein.com

EXHIBIT 17:  **AAPL:  Relative P/FE Based on Consensus, 2013-2018**



Source:  CapitalIQ, Factset, Bernstein analysis as of 10/23/18

EXHIBIT 18:  **AAPL:  Absolute EV/NTM FCF Based on Consensus, 2013-2018**



Source:  CapitalIQ, FactSet, Bernstein analysis, as of 10/23/18

Exhibits 19-22 provide our AAPL income statement and services model.

Provided by Daniel Chen for exclusive use on 02-Nov-2018. Do not re-distribute.

**Exhibit 9**
2 November 2018

A.M. (Toni) Sacconaghi, Jr.   +1-212-407-5843   sacconaghi@bernstein.com

EXHIBIT 19: **Apple: Income Statement Model ($M, except per share data)**

| Fiscal Periods: | 2016 | 2017 | 2018 | 2019E | 4Q17 | 1Q18 | 2Q18 | 3Q18 | 4Q18 | 1Q19E | 2Q19E | 3Q19E | 4Q19E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Sales | 215,639 | 229,248 | 265,592 | 284,342 | 52,579 | 88,293 | 61,134 | 53,265 | 62,900 | 92,476 | 67,296 | 58,416 | 66,154 |
| Cost of Goods Sold | 131,376 | 141,057 | 163,754 | 175,114 | 32,648 | 54,381 | 37,713 | 32,844 | 38,816 | 57,078 | 41,388 | 35,971 | 40,676 |
| Gross Income | 84,263 | 88,191 | 101,838 | 109,228 | 19,931 | 33,912 | 23,421 | 20,421 | 24,084 | 35,398 | 25,907 | 22,444 | 25,478 |
| | | | | | | | | | | | | | |
| Research & Development | 10,045 | 11,581 | 14,236 | 17,396 | 2,997 | 3,407 | 3,378 | 3,701 | 3,750 | 4,161 | 4,172 | 4,498 | 4,565 |
| Selling, General, & Administrative | 14,194 | 15,261 | 16,705 | 17,949 | 3,814 | 4,231 | 4,150 | 4,108 | 4,216 | 4,578 | 4,442 | 4,498 | 4,432 |
| Operating Income | 60,024 | 61,349 | 70,897 | 73,882 | 13,120 | 26,274 | 15,893 | 12,612 | 16,118 | 26,659 | 17,293 | 13,448 | 16,481 |
| | | | | | | | | | | | | | |
| Interest and Other, Net (excludes gains/lo | 1,348 | 2,745 | 2,005 | 1,200 | 797 | 756 | 274 | 672 | 303 | 300 | 300 | 300 | 300 |
| Income Before Tax | 61,372 | 64,094 | 72,903 | 75,082 | 13,917 | 27,030 | 16,167 | 13,284 | 16,421 | 26,959 | 17,593 | 13,748 | 16,781 |
| | | | | | | | | | | | | | |
| Income Taxes (ex. 1-time items) | 15,685 | 15,738 | 13,372 | 12,388 | 3,203 | 6,965 | 2,346 | 1,765 | 2,296 | 4,448 | 2,903 | 2,268 | 2,769 |
| Net Income | 45,687 | 48,356 | 59,530 | 62,693 | 10,714 | 20,065 | 13,821 | 11,519 | 14,125 | 22,511 | 14,690 | 11,480 | 14,012 |
| | | | | | | | | | | | | | |
| Average Shares Outstanding, Diluted | 5,500 | 5,252 | 5,000 | 4,652 | 5,184 | 5,158 | 5,068 | 4,927 | 4,848 | 4,763 | 4,678 | 4,593 | 4,508 |
| Earnings Per Share, Diluted | $ 8.31 | $ 9.21 | $ 11.91 | $ 13.48 | $ 2.07 | $ 3.89 | $ 2.73 | $ 2.34 | $ 2.91 | $ 4.73 | $ 3.14 | $ 2.50 | $ 3.11 |

| TRENDS: Post-FAS123(R) | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Key Ratios** | | | | | | | | | | | | | |
| COGS as % of Sales | 60.9% | 61.5% | 61.7% | 61.6% | 62.1% | 61.6% | 61.7% | 61.7% | 61.7% | 61.7% | 61.5% | 61.6% | 61.5% |
| Gross Margin | 39.1% | 38.5% | 38.3% | 38.4% | 37.9% | 38.4% | 38.3% | 38.3% | 38.3% | 38.3% | 38.5% | 38.4% | 38.5% |
| R&D as % of Sales | 4.7% | 5.1% | 5.4% | 6.1% | 5.7% | 3.9% | 5.5% | 6.9% | 6.0% | 4.5% | 6.2% | 7.7% | 6.9% |
| SG&A as % of Sales | 6.6% | 6.7% | 6.3% | 6.3% | 7.3% | 4.8% | 6.8% | 7.7% | 6.7% | 5.0% | 6.6% | 7.7% | 6.7% |
| Operating Margin | 27.8% | 26.8% | 26.7% | 26.0% | 25.0% | 29.8% | 26.0% | 23.7% | 25.6% | 28.8% | 25.7% | 23.0% | 24.9% |
| Tax rate | 25.6% | 24.6% | 18.3% | 16.5% | 23.0% | 25.8% | 14.5% | 13.3% | 14.0% | 16.5% | 16.5% | 16.5% | 16.5% |
| Net Margin | 21.2% | 21.1% | 22.4% | 22.0% | 20.4% | 22.7% | 22.6% | 21.6% | 22.5% | 24.3% | 21.8% | 19.7% | 21.2% |
| | | | | | | | | | | | | | |
| **Y/Y Change** | | | | | | | | | | | | | |
| Net Sales | -7.7% | 6.3% | 15.9% | 7.1% | 12.2% | 12.7% | 15.5% | 17.3% | 19.6% | 4.7% | 10.1% | 9.7% | 5.2% |
| Gross Income | -10.0% | 4.7% | 15.5% | 7.3% | 11.9% | 12.4% | 13.7% | 16.8% | 20.8% | 4.4% | 10.6% | 9.9% | 5.8% |
| R&D | 12.0% | 15.3% | 22.9% | 22.2% | 16.6% | 18.7% | 21.7% | 26.0% | 25.1% | 22.1% | 23.5% | 21.5% | 21.7% |
| SG&A | -0.9% | 7.5% | 9.5% | 7.4% | 9.5% | 7.2% | 11.6% | 8.6% | 10.5% | 8.2% | 7.0% | 9.5% | 5.1% |
| Operating Income | -15.7% | 2.2% | 15.6% | 4.2% | 11.1% | 10.3% | 12.7% | 17.1% | 22.9% | 1.5% | 8.8% | 6.6% | 2.3% |
| Net Income | -14.4% | 5.8% | 23.1% | 5.3% | 18.9% | 12.2% | 25.3% | 32.1% | 31.8% | 12.2% | 6.3% | -0.3% | -0.8% |
| Diluted Shares | (293) | (249) | (252) | (348) | (210) | (170) | (193) | (307) | (336) | (395) | (391) | (334) | (340) |
| EPS, Diluted | -9.9% | 10.9% | 29.3% | 13.2% | 23.7% | 15.9% | 30.0% | 40.4% | 41.0% | 21.5% | 15.2% | 6.9% | 6.7% |
| | | | | | | | | | | | | | |
| **Sequential Change** | | | | | | | | | | | | | |
| Net Sales | | | | | 15.8% | 67.9% | -30.8% | -12.9% | 18.1% | 47.0% | -27.2% | -13.2% | 13.2% |
| Gross Income | | | | | 14.0% | 70.1% | -30.9% | -12.8% | 17.9% | 47.0% | -26.8% | -13.4% | 13.5% |
| R&D | | | | | 2.0% | 13.7% | -0.9% | 9.6% | 1.3% | 11.0% | 0.3% | 7.8% | 1.5% |
| SG&A | | | | | 0.8% | 10.9% | -1.9% | -1.0% | 2.6% | 8.6% | -3.0% | 1.3% | -1.5% |
| Operating Income | | | | | 21.8% | 100.3% | -39.5% | -20.6% | 27.8% | 65.4% | -35.1% | -22.2% | 22.5% |
| Net Income | | | | | 22.9% | 87.3% | -31.1% | -16.7% | 22.6% | 59.4% | -34.7% | -21.9% | 22.1% |
| Diluted Shares | | | | | (50) | (26) | (89) | (142) | (79) | (85) | (85) | (85) | (85) |
| EPS, Diluted | | | | | 24.1% | 88.2% | -29.9% | -14.3% | 24.6% | 62.2% | -33.6% | -20.4% | 24.4% |

Source: Corporate reports, Bernstein estimates and analysis

EXHIBIT 20: **Apple: Gross Margin Model ($M)**

| Fiscal Periods: | 2016 | 2017 | 2018 | 2019E | 4Q17 | 1Q18 | 2Q18 | 3Q18 | 4Q18 | 1Q19E | 2Q19E | 3Q19E | 4Q19E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | |
| iPhone | 136,700 | 141,319 | 166,699 | 170,967 | 28,846 | 61,576 | 38,032 | 29,906 | 37,185 | 60,863 | 40,880 | 32,206 | 37,017 |
| iPad | 20,628 | 19,222 | 18,805 | 20,346 | 4,831 | 5,862 | 4,113 | 4,741 | 4,089 | 6,382 | 4,357 | 5,003 | 4,604 |
| Mac | 22,831 | 25,850 | 25,484 | 26,115 | 7,170 | 6,895 | 5,848 | 5,330 | 7,411 | 7,366 | 5,891 | 5,453 | 7,405 |
| Apple Watch | 4,572 | 6,176 | 9,117 | 13,141 | 1,645 | 3,255 | 2,048 | 1,534 | 2,280 | 5,048 | 2,945 | 2,126 | 3,022 |
| iTunes/Software/Services | 24,348 | 29,980 | 37,190 | 43,721 | 8,501 | 8,471 | 9,190 | 9,548 | 9,981 | 10,136 | 10,844 | 10,980 | 11,761 |
| Other Products | 6,560 | 6,701 | 8,297 | 10,052 | 1,586 | 2,234 | 1,904 | 2,206 | 1,954 | 2,681 | 2,379 | 2,647 | 2,345 |
| Total | 215,639 | 229,248 | 265,592 | 284,342 | 52,579 | 88,293 | 61,134 | 53,265 | 62,900 | 92,476 | 67,296 | 58,416 | 66,154 |
| | | | | | | | | | | | | | |
| **Revenue Share** | | | | | | | | | | | | | |
| iPhone | 63.4% | 61.6% | 62.8% | 60.1% | 54.9% | 69.7% | 62.2% | 56.1% | 59.1% | 65.8% | 60.7% | 55.1% | 56.0% |
| iPad | 9.6% | 8.4% | 7.1% | 7.2% | 9.2% | 6.6% | 6.7% | 8.9% | 6.5% | 6.9% | 6.5% | 8.6% | 7.0% |
| Mac | 10.6% | 11.3% | 9.6% | 9.2% | 13.6% | 7.8% | 9.6% | 10.0% | 11.8% | 8.0% | 8.8% | 9.3% | 11.2% |
| Apple Watch | 2.1% | 2.7% | 3.4% | 4.6% | 3.1% | 3.7% | 3.3% | 2.9% | 3.6% | 5.5% | 4.4% | 3.6% | 4.6% |
| iTunes/Software/Services | 11.3% | 13.1% | 14.0% | 15.4% | 16.2% | 9.6% | 15.0% | 17.9% | 15.9% | 11.0% | 16.1% | 18.8% | 17.8% |
| Other Products | 3.0% | 2.9% | 3.1% | 3.5% | 3.0% | 2.5% | 3.1% | 4.1% | 3.1% | 2.9% | 3.5% | 4.5% | 3.5% |
| Total | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| | | | | | | | | | | | | | |
| **Gross Margin** | | | | | | | | | | | | | |
| iPhone | 41.0% | 38.7% | 37.8% | 36.9% | 36.7% | 39.0% | 37.3% | 36.6% | 37.1% | 38.7% | 36.5% | 35.5% | 35.8% |
| iPad | 25.3% | 24.3% | 21.4% | 22.0% | 25.0% | 20.0% | 20.0% | 20.0% | 20.0% | 22.0% | 22.0% | 22.0% | 22.0% |
| Mac | 24.7% | 23.9% | 21.5% | 22.0% | 21.5% | 21.6% | 22.6% | 21.1% | 21.0% | 22.0% | 22.0% | 22.0% | 22.0% |
| Apple Watch | 27.3% | 26.6% | 26.0% | 27.0% | 26.0% | 26.0% | 26.0% | 26.0% | 26.0% | 27.0% | 27.0% | 27.0% | 27.0% |
| iTunes/Software/Services | 61.0% | 65.2% | 67.8% | 68.8% | 66.8% | 66.7% | 67.2% | 68.1% | 68.9% | 67.7% | 68.4% | 68.8% | 70.2% |
| Other Products | 20.0% | 21.5% | 21.8% | 22.0% | 21.5% | 21.5% | 20.0% | 22.5% | 23.0% | 22.0% | 22.0% | 22.0% | 22.0% |
| Overall Company | 39.1% | 38.5% | 38.3% | 38.4% | 37.9% | 38.4% | 38.3% | 38.3% | 38.3% | 38.3% | 38.5% | 38.4% | 38.5% |

Source: Corporate reports, Bernstein estimates and analysis

**Page 359**

Provided by Daniel Chen for exclusive use on 02-Nov-2018. Do not re-distribute.

**Exhibit 9**
2 November 2018

A.M. (Toni) Sacconaghi, Jr.   +1-212-407-5843   sacconaghi@bernstein.com

EXHIBIT 21: **Apple Revenue Model ($M)**

| Fiscal Periods: | 2015 | 2016 | 2017 | 2018 | 2019E | | 4Q17 | 1Q18 | 2Q18 | 3Q18 | 4Q18 | 1Q19E | 2Q19E | 3Q19E | 4Q19E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues ($M)** | | | | | | | | | | | | | | | |
| iPhone | 155,041 | 136,700 | 141,319 | 166,699 | 170,967 | | 28,846 | 61,576 | 38,032 | 29,906 | 37,185 | 60,863 | 40,880 | 32,206 | 37,017 |
| iPad | 23,227 | 20,628 | 19,222 | 18,805 | 20,346 | | 4,831 | 5,862 | 4,113 | 4,741 | 4,089 | 6,382 | 4,357 | 5,003 | 4,604 |
| Mac | 25,471 | 22,831 | 25,850 | 25,484 | 26,115 | | 7,170 | 6,895 | 5,848 | 5,330 | 7,411 | 7,366 | 5,891 | 5,453 | 7,405 |
| Apple Watch | 2,733 | 4,572 | 6,176 | 9,117 | 13,141 | | 1,645 | 3,255 | 2,048 | 1,534 | 2,280 | 5,048 | 2,945 | 2,126 | 3,022 |
| iTunes/Software/Services | 19,909 | 24,348 | 29,980 | 37,190 | 43,721 | | 8,501 | 8,471 | 9,190 | 9,548 | 9,981 | 10,136 | 10,844 | 10,980 | 11,761 |
| Other Products ex Watch | 7,335 | 6,560 | 6,701 | 8,297 | 10,052 | | 1,586 | 2,234 | 1,904 | 2,206 | 1,954 | 2,681 | 2,379 | 2,647 | 2,345 |
| Total Revenues | 233,715 | 215,639 | 229,248 | 265,592 | 284,342 | | 52,579 | 88,293 | 61,134 | 53,265 | 62,900 | 92,476 | 67,296 | 58,416 | 66,154 |
| | | | | | | | | | | | | | | | |
| **Y/Y Change in Revenues** | | | | | | | | | | | | | | | |
| iPhone | 52% | -12% | 3% | 18% | 3% | | 2% | 13% | 14% | 20% | 29% | -1% | 7% | 8% | 0% |
| iPad | -23% | -11% | -7% | -2% | 8% | | 14% | 6% | 6% | -5% | -15% | 9% | 6% | 6% | 13% |
| Mac | 6% | -10% | 13% | -1% | 2% | | 25% | -5% | 0% | -5% | 3% | 7% | 1% | 2% | 0% |
| Apple Watch | | 67% | 35% | 48% | 44% | | 50% | 49% | 59% | 45% | 39% | 55% | 44% | 39% | 33% |
| iTunes/Software/Services | 10% | 22% | 23% | 24% | 18% | | 34% | 18% | 31% | 31% | 17% | 20% | 18% | 15% | 18% |
| Other Products | -12% | -11% | 2% | 24% | 21% | | 24% | 21% | 19% | 32% | 23% | 20% | 25% | 20% | 20% |
| Total Revenues | 28% | -8% | 6% | 16% | 7% | | 12% | 13% | 16% | 17% | 20% | 5% | 10% | 10% | 5% |
| | | | | | | | | | | | | | | | |
| **Units (000)** | | | | | | | | | | | | | | | |
| iPhone | 231,218 | 211,884 | 216,756 | 217,722 | 210,243 | | 46,677 | 77,316 | 52,217 | 41,300 | 46,889 | 72,678 | 50,875 | 40,700 | 45,991 |
| iPad | 54,856 | 45,590 | 43,753 | 43,535 | 44,310 | | 10,326 | 13,170 | 9,113 | 11,553 | 9,699 | 13,579 | 9,369 | 11,243 | 10,119 |
| Mac | 20,587 | 18,484 | 19,251 | 18,209 | 19,372 | | 5,386 | 5,112 | 4,078 | 3,720 | 5,299 | 5,623 | 4,363 | 3,980 | 5,405 |
| Apple Watch | 5,300 | 9,259 | 13,200 | 19,635 | 25,032 | | 3,500 | 7,000 | 4,550 | 3,335 | 4,750 | 9,263 | 5,558 | 4,168 | 6,044 |
| | | | | | | | | | | | | | | | |
| **Y/Y Change in Units** | | | | | | | | | | | | | | | |
| iPhone | 36.6% | -8.4% | 2.3% | 0.4% | -3.4% | | 2.6% | -1.2% | 2.9% | 0.7% | 0.5% | -6.0% | -2.6% | -1.5% | -1.9% |
| iPad | -19.3% | -16.9% | -4.0% | -0.5% | 1.8% | | 11.4% | 0.7% | 2.1% | 1.1% | -6.1% | 3.1% | 2.8% | -2.7% | 4.3% |
| Mac | 8.9% | -10.2% | 4.1% | -5.4% | 6.4% | | 10.2% | -4.9% | -2.9% | -13.3% | -1.6% | 10.0% | 7.0% | 7.0% | 2.0% |
| Apple Watch | | 74.7% | 42.6% | 48.8% | 27.5% | | 48.4% | 52.2% | 62.5% | 45.0% | 35.7% | 32.3% | 22.1% | 25.0% | 27.2% |
| | | | | | | | | | | | | | | | |
| **Sequential Change in Units** | | | | | | | | | | | | | | | |
| iPhone | | | | | | | 13.8% | 65.6% | -32.5% | -20.9% | 13.5% | 55.0% | -30.0% | -20.0% | 13.0% |
| iPad | | | | | | | -9.6% | 27.5% | -30.8% | 26.8% | -16.0% | 40.0% | -31.0% | 20.0% | -10.0% |
| Mac | | | | | | | 25.5% | -5.1% | -20.2% | -8.8% | 42.4% | 6.1% | -22.4% | -8.8% | 35.8% |
| Apple Watch | | | | | | | 52.2% | 100.0% | -35.0% | -26.7% | 42.4% | 95.0% | -40.0% | -25.0% | 45.0% |
| | | | | | | | | | | | | | | | |
| **ASPs ($)** | | | | | | | | | | | | | | | |
| iPhone | 671 | 645 | 652 | 766 | 813 | | 618 | 796 | 728 | 724 | 793 | 837 | 804 | 791 | 805 |
| iPad | 423 | 452 | 439 | 432 | 459 | | 468 | 445 | 451 | 410 | 422 | 470 | 465 | 445 | 455 |
| Mac | 1,237 | 1,235 | 1,343 | 1,400 | 1,348 | | 1,331 | 1,349 | 1,434 | 1,433 | 1,399 | 1,310 | 1,350 | 1,370 | 1,370 |
| Apple Watch | 516 | 494 | 468 | 464 | 525 | | 470 | 465 | 450 | 460 | 480 | 545 | 530 | 510 | 500 |
| | | | | | | | | | | | | | | | |
| **Y/Y Change in ASPs** | | | | | | | | | | | | | | | |
| iPhone | 11.3% | -3.8% | 1.1% | 17.4% | 6.2% | | -0.1% | 14.7% | 11.2% | 19.6% | 28.3% | 5.2% | 10.3% | 9.3% | 1.5% |
| iPad | -5.0% | 6.9% | -2.9% | -1.7% | 6.3% | | 1.9% | 5.2% | 3.5% | -5.7% | -9.9% | 5.6% | 3.0% | 8.4% | 7.9% |
| Mac | -2.9% | -0.2% | 8.7% | 4.2% | -3.7% | | 13.3% | 0.1% | 3.0% | 10.0% | 5.1% | -2.9% | -5.9% | -4.4% | -2.0% |
| Apple Watch | | -4.2% | -5.2% | -0.8% | 13.1% | | 1.1% | -2.1% | -2.2% | 0.0% | 2.1% | 17.2% | 17.8% | 10.9% | 4.2% |
| | | | | | | | | | | | | | | | |
| **Sequential Change in ASPs** | | | | | | | | | | | | | | | |
| iPhone | | | | | | | 2.0% | 28.9% | -8.5% | -0.6% | 9.5% | 5.6% | -4.0% | -1.5% | 1.7% |
| iPad | | | | | | | 1.4% | -4.9% | 1.3% | -9.1% | 2.7% | 11.5% | -1.1% | -4.3% | 2.2% |
| Mac | | | | | | | 2.2% | 1.3% | 6.3% | -0.1% | -2.4% | -6.3% | 3.1% | 1.5% | 0.0% |
| Apple Watch | | | | | | | 2.2% | -1.1% | -3.2% | 2.2% | 4.3% | 13.5% | -2.8% | -3.8% | -2.0% |
| | | | | | | | | | | | | | | | |
| **Attach Rates** | | | | | | | | | | | | | | | |
| Apps/SW/Svcs per Last 12 Qtrs / Last 4 Qtrs Devices Prior to FY14 | | | | | | | 9.55 | 9.50 | 10.41 | 10.88 | 11.38 | 11.54 | 12.30 | 12.40 | 13.20 |
| | | | | | | | | | | | | | | | |
| **Y/Y Change in Attach rates** | | | | | | | | | | | | | | | |
| Apps/SW/Svcs per Last 12 Mos Devices | | | | | | | 31.0% | 16.8% | 30.2% | 32.4% | 19.1% | 21.4% | 18.2% | 14.0% | 16.0% |
| | | | | | | | | | | | | | | | |
| **Sequential Change in Attach rates** | | | | | | | | | | | | | | | |
| Apps/SW/Svcs per Last 12 Mos Devices | | | | | | | 16.2% | -0.5% | 9.5% | 4.5% | 4.6% | 1.4% | 6.6% | 0.8% | 6.4% |

Source: Corporate reports, Bernstein estimates and analysis

Provided by Daniel Chen for exclusive use on 02-Nov-2018. Do not re-distribute.

**Exhibit 9**
2 November 2018

A.M. (Toni) Sacconaghi, Jr.   +1-212-407-5843   sacconaghi@bernstein.com

EXHIBIT 22: **Apple Services Revenue Model ($M)**

| Fiscal Periods: | 2016 | 2017 | 2018 | 2019E | 4Q17 | 1Q18 | 2Q18 | 3Q18 | 4Q18 | 1Q19E | 2Q19E | 3Q19E | 4Q19E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Est. Revenues ($M)** | | | | | | | | | | | | | |
| iTunes DL | 3,917 | 2,854 | 2,030 | 1,523 | 606 | 583 | 502 | 490 | 455 | 437 | 377 | 368 | 341 |
| Apple Music | 1,076 | 2,100 | 3,076 | 4,024 | 630 | 663 | 717 | 825 | 872 | 927 | 971 | 1,033 | 1,093 |
| App Store | 7,286 | 10,323 | 12,701 | 14,733 | 2,893 | 2,955 | 3,200 | 3,133 | 3,414 | 3,427 | 3,712 | 3,634 | 3,960 |
| Licensing | 3,250 | 4,940 | 7,236 | 8,960 | 1,940 | 1,500 | 1,650 | 1,986 | 2,100 | 1,920 | 2,112 | 2,240 | 2,688 |
| iCloud | 1,750 | 2,550 | 3,785 | 5,299 | 725 | 810 | 900 | 1,025 | 1,050 | 1,134 | 1,260 | 1,435 | 1,470 |
| Apple Care | 3,813 | 4,093 | 5,278 | 6,099 | 1,041 | 1,150 | 1,319 | 1,358 | 1,452 | 1,480 | 1,509 | 1,539 | 1,570 |
| Software Service and other sales | 3,256 | 3,119 | 3,083 | 3,083 | 666 | 811 | 902 | 731 | 639 | 811 | 902 | 731 | 639 |
| **Total** | 24,348 | 29,980 | 37,190 | 43,721 | 8,501 | 8,471 | 9,190 | 9,548 | 9,981 | 10,136 | 10,844 | 10,980 | 11,761 |
| **Est. Revenue Mix** | | | | | | | | | | | | | |
| iTunes DL | 16% | 10% | 5% | 3% | 7% | 7% | 5% | 5% | 5% | 4% | 3% | 3% | 3% |
| Apple Music | 4% | 7% | 8% | 9% | 7% | 8% | 8% | 9% | 9% | 9% | 9% | 9% | 9% |
| App Store | 30% | 34% | 34% | 34% | 34% | 35% | 35% | 33% | 34% | 34% | 34% | 33% | 34% |
| Licensing | 13% | 16% | 19% | 20% | 23% | 18% | 18% | 21% | 21% | 19% | 19% | 20% | 23% |
| iCloud | 7% | 9% | 10% | 12% | 9% | 10% | 10% | 11% | 11% | 11% | 12% | 13% | 12% |
| Apple Care | 16% | 14% | 14% | 14% | 12% | 14% | 14% | 14% | 15% | 15% | 14% | 14% | 13% |
| Software Service and other sales | 13% | 10% | 8% | 7% | 8% | 10% | 10% | 8% | 6% | 8% | 8% | 7% | 5% |
| **Total** | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| **Est. Revenue Growth** | | | | | | | | | | | | | |
| iTunes DL | -22% | -27% | -29% | -25% | -30% | -35% | -28% | -25% | -25% | -25% | -25% | -25% | -25% |
| Apple Music | N/A | 95% | 46% | 31% | 74% | 49% | 48% | 52% | 38% | 40% | 36% | 25% | 25% |
| App Store | 36% | 42% | 23% | 16% | 40% | 25% | 25% | 25% | 18% | 16% | 16% | 16% | 16% |
| Licensing | 65% | 52% | 46% | 24% | 168% | 67% | 65% | 81% | 8% | 28% | 28% | 13% | 28% |
| iCloud | 59% | 46% | 48% | 40% | 45% | 47% | 50% | 52% | 45% | 40% | 40% | 40% | 40% |
| Apple Care | 23% | 7% | 29% | 16% | 1% | 11% | 30% | 35% | 40% | 29% | 14% | 13% | 8% |
| Software Service and other sales | -2% | -4% | -1% | 0% | -14% | -18% | 31% | -7% | -4% | 0% | 0% | 0% | 0% |
| **Total** | 22% | 23% | 24% | 18% | 34% | 18% | 31% | 31% | 17% | 20% | 18% | 15% | 18% |
| **Est. Gross Profit Margin** | | | | | | | | | | | | | |
| iTunes DL | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% |
| Apple Music | 14.0% | 18.2% | 20.0% | 20.0% | 19.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% |
| App Store | 80.0% | 80.0% | 80.0% | 80.0% | 80.0% | 80.0% | 80.0% | 80.0% | 80.0% | 80.0% | 80.0% | 80.0% | 80.0% |
| Licensing | 95.0% | 95.0% | 95.0% | 95.0% | 95.0% | 95.0% | 95.0% | 95.0% | 95.0% | 95.0% | 95.0% | 95.0% | 95.0% |
| iCloud | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% |
| Apple Care | 60.0% | 60.0% | 60.0% | 60.0% | 60.0% | 60.0% | 60.0% | 60.0% | 60.0% | 60.0% | 60.0% | 60.0% | 60.0% |
| Software Service and other sales | 40.0% | 40.0% | 40.0% | 40.0% | 40.0% | 40.0% | 40.0% | 40.0% | 40.0% | 40.0% | 40.0% | 40.0% | 40.0% |
| **iTunes/Software/Services** | 61.0% | 65.2% | 67.8% | 68.8% | 68.5% | 66.7% | 67.2% | 68.1% | 68.9% | 67.7% | 68.4% | 68.8% | 70.2% |
| **Est. Gross Profit ($M)** | | | | | | | | | | | | | |
| iTunes DL | 979 | 714 | 508 | 381 | 152 | 146 | 126 | 123 | 114 | 109 | 94 | 92 | 85 |
| Apple Music | 151 | 383 | 615 | 805 | 120 | 133 | 143 | 165 | 174 | 185 | 194 | 207 | 219 |
| App Store | 5,829 | 8,258 | 10,161 | 11,787 | 2,314 | 2,364 | 2,560 | 2,506 | 2,731 | 2,742 | 2,970 | 2,907 | 3,168 |
| Licensing | 3,088 | 4,693 | 6,874 | 8,512 | 1,843 | 1,425 | 1,568 | 1,887 | 1,995 | 1,824 | 2,006 | 2,128 | 2,554 |
| iCloud | 1,225 | 1,785 | 2,650 | 3,709 | 508 | 567 | 630 | 718 | 735 | 794 | 882 | 1,005 | 1,029 |
| Apple Care | 2,288 | 2,456 | 3,167 | 3,659 | 624 | 690 | 791 | 815 | 871 | 888 | 906 | 924 | 942 |
| Software Service and other sales | 1,303 | 1,248 | 1,233 | 1,233 | 266 | 324 | 361 | 293 | 255 | 324 | 361 | 293 | 255 |
| **Total** | 14,862 | 19,536 | 25,208 | 30,086 | 5,827 | 5,648 | 6,179 | 6,505 | 6,876 | 6,866 | 7,413 | 7,555 | 8,252 |

Source: Corporate reports, Bernstein estimates and analysis

Provided by Daniel Chen for exclusive use on 02-Nov-2018. Do not re-distribute.

**Exhibit 9**

2 November 2018

**A.M. (Toni) Sacconaghi, Jr.**  +1-212-407-5843  sacconaghi@bernstein.com

DISCLOSURE APPENDIX

## VALUATION METHODOLOGY

### U.S. IT Hardware

We value companies in our coverage using price to forward earnings relative to the S&P 500 and on EV/FCF.

### Apple Inc

We rate Apple market-perform with a $210 target price. We note that this price target reflects roughly an average historical EV/NTM FCF multiple, P/FE ex cash, and relative P/FE ex cash multiple.

## RISKS

### U.S. IT Hardware

The biggest risks to U.S. IT Hardware are macro related – a weak macro environment would depress enterprise IT spending and consumer IT spending (e.g., smartphones and tablets). A strengthening U.S. dollar is also generally a top-line headwind and risk to several companies in our coverage. Company specific execution is a risk, particularly for companies with less recurring revenue and profit. Significant moves of workloads to the public cloud and associated spending deflation represents a risk to enterprise IT hardware vendors.

### Apple Inc

The biggest risks to the downside on Apple and to our price target are that: (1) Apple mis-executes or delivers a poor product, resulting in significant defections to competitors; (2) that competitive hardware in either the tablet or smartphone markets evolves to become meaningfully superior, undermining prevailing high repurchase intention among Apple customers and causing market share losses or resultant margin pressure; or (3) that iPhone replacement cycles extend as successive generation product differentiation becomes less pronounced, undermining growth.

The biggest risks to the upside are that: (1) Apple boosts earnings using share repurchases sooner than we expect; (2) a surprise new product boosts FY18 cycle prospects; (3) Apple maintains a higher level of channel inventory going forward, reducing expected drawdowns; or (4) currency tailwinds boost ASPs and gross margins.

**Page 362**

Provided by Daniel Chen for exclusive use on 02-Nov-2018. Do not re-distribute.

**Exhibit 9**

## SRO REQUIRED DISCLOSURES

- References to "Bernstein" relate to Sanford C. Bernstein & Co., LLC, Sanford C. Bernstein Limited, Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, Sanford C. Bernstein (Canada) Limited, Sanford C. Bernstein (India) Private Limited (SEBI registration no. INH000006378) and Sanford C. Bernstein (business registration number 53193989L), a unit of AllianceBernstein (Singapore) Ltd. which is a licensed entity under the Securities and Futures Act and registered with Company Registration No. 199703364C, collectively.

- Bernstein analysts are compensated based on aggregate contributions to the research franchise as measured by account penetration, productivity and proactivity of investment ideas. No analysts are compensated based on performance in, or contributions to, generating investment banking revenues.

- Bernstein rates stocks based on forecasts of relative performance for the next 6-12 months versus the S&P 500 for stocks listed on the U.S. and Canadian exchanges, versus the MSCI Pan Europe Index for stocks listed on the European exchanges (except for Russian companies), versus the MSCI Emerging Markets Index for Russian companies and stocks listed on emerging markets exchanges outside of the Asia Pacific region, and versus the MSCI Asia Pacific ex-Japan Index for stocks listed on the Asian (ex-Japan) exchanges - unless otherwise specified. We have three categories of ratings:

  Outperform: Stock will outpace the market index by more than 15 pp in the year ahead.

  Market-Perform: Stock will perform in line with the market index to within +/-15 pp in the year ahead.

  Underperform: Stock will trail the performance of the market index by more than 15 pp in the year ahead.

  Not Rated: The stock Rating, Target Price and/or estimates (if any) have been suspended temporarily.

- As of 11/01/2018, Bernstein's ratings were distributed as follows: Outperform - 50.9% (0.0% banking clients) ; Market-Perform - 39.6% (0.0% banking clients); Underperform - 9.6% (0.0% banking clients); Not Rated - 0.0% (0.0% banking clients). The numbers in parentheses represent the percentage of companies in each category to whom Bernstein provided investment banking services within the last twelve (12) months.

- Toni Sacconaghi maintains a long position in Seagate Technology (STX).

- All statements in this report attributable to Gartner represent Bernstein's interpretation of data, research opinion or viewpoints published as part of a syndicated subscription service by Gartner, Inc., and have not been reviewed by Gartner. Each Gartner publication speaks as of its original publication date (and not as of the date of this report). The opinions expressed in Gartner publications are not representations of fact, and are subject to change without notice.

### 12-Month Rating History as of 11/01/2018

**Ticker Rating Changes**

| | |
|---|---|
| AAPL | M (RC) 02/02/18    O (RC) 10/13/08 |

Rating Guide: O - Outperform, M - Market-Perform, U - Underperform, N - Not Rated

Rating Actions: IC - Initiated Coverage, DC - Dropped Coverage, RC - Rating Change

#### AAPL / Apple Inc

| Date | Rating | Target(USD) |
|---|---|---|
| 08/26/15 | O | 142.00 |
| 09/09/15 | O | 135.00 |
| 07/18/16 | O | 125.00 |
| 10/13/16 | O | 135.00 |
| 01/05/17 | O | 140.00 |
| 03/21/17 | O | 160.00 |
| 07/25/17 | O | 170.00 |
| 08/02/17 | O | 175.00 |
| 11/03/17 | O | 195.00 |
| 02/02/18 | M | 170.00 |
| 05/02/18 | M | 190.00 |
| 08/01/18 | M | 200.00 |



AAPL — Target Price   Source: Bernstein - As of 9/4/2018

O - Outperform   M - Market-Perform   U - Underperform   N - Not Rated

Provided by Daniel Chen for exclusive use on 02-Nov-2018. Do not re-distribute.

**Exhibit 9**

## OTHER DISCLOSURES

A price movement of a security which may be temporary will not necessarily trigger a recommendation change. Bernstein will advise as and when coverage of securities commences and ceases. Bernstein has no policy or standard as to the frequency of any updates or changes to its coverage policies. Although the definition and application of these methods are based on generally accepted industry practices and models, please note that there is a range of reasonable variations within these models. The application of models typically depends on forecasts of a range of economic variables, which may include, but are not limited to, interest rates, exchange rates, earnings, cash flows and risk factors that are subject to uncertainty and also may change over time. Any valuation is dependent upon the subjective opinion of the analysts carrying out this valuation.

Bernstein produces a number of different types of research product including, among others, fundamental analysis and quantitative analysis. Recommendations contained within one type of research product may differ from recommendations contained within other types of research product, whether as a result of differing time horizons, methodologies or otherwise.

This document may not be passed on to any person in the United Kingdom (i) who is a retail client (ii) unless that person or entity qualifies as an authorised person or exempt person within the meaning of section 19 of the UK Financial Services and Markets Act 2000 (the "Act"), or qualifies as a person to whom the financial promotion restriction imposed by the Act does not apply by virtue of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005, or is a person classified as an "professional client" for the purposes of the Conduct of Business Rules of the Financial Conduct Authority.

This document may not be passed onto any person in Canada unless that person qualifies as "permitted client" as defined in Section 1.1 of NI 31-103.

**To our readers in the United States:** Sanford C. Bernstein & Co., LLC is distributing this publication in the United States and accepts responsibility for its contents. Any U.S. person receiving this publication and wishing to effect securities transactions in any security discussed herein should do so only through Sanford C. Bernstein & Co., LLC.

**To our readers in the United Kingdom:** This publication has been issued or approved for issue in the United Kingdom by Sanford C. Bernstein Limited, authorised and regulated by the Financial Conduct Authority and located at 50 Berkeley Street, London W1J 8SB, +44 (0)20-7170-5000.

**To our readers in member states of the EEA:** This publication is being distributed in the EEA by Sanford C. Bernstein Limited, which is authorised and regulated in the United Kingdom by the Financial Conduct Authority and holds a passport under the Markets in Financial Instruments Directive.

**To our readers in Hong Kong:** This publication is being distributed in Hong Kong by Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, which is licensed and regulated by the Hong Kong Securities and Futures Commission (Central Entity No. AXC846).  This publication is solely for professional investors only, as defined in the Securities and Futures Ordinance (Cap. 571).

**To our readers in Singapore:** This publication is being distributed in Singapore by Sanford C. Bernstein, a unit of AllianceBernstein (Singapore) Ltd., only to accredited investors or institutional investors, as defined in the Securities and Futures Act (Chapter 289). Recipients in Singapore should contact AllianceBernstein (Singapore) Ltd. in respect of matters arising from, or in connection with, this publication. AllianceBernstein (Singapore) Ltd. is a licensed entity under the Securities and Futures Act and registered with Company Registration No. 199703364C. It is regulated by the Monetary Authority of Singapore and located at One Raffles Quay, #27-11 South Tower, Singapore 048583, +65-62304600. The business name "Bernstein" is registered under business registration number 53193989L.

**To our readers in the People's Republic of China:** The securities referred to in this document are not being offered or sold and may not be offered or sold, directly or indirectly, in the People's Republic of China (for such purposes, not including the Hong Kong and Macau Special Administrative Regions or Taiwan), except as permitted by the securities laws of the People's Republic of China.

**To our readers in Japan:** This document is not delivered to you for marketing purposes, and any information provided herein should not be construed as a recommendation, solicitation or offer to buy or sell any securities or related financial products.

For the  institutional client readers in Japan who have been granted access to the Bernstein website by Daiwa Securities Group Inc. ("Daiwa"), your access to this document should not be construed as meaning that Sanford C. Bernstein is providing you with investment advice for any purposes. Whilst Sanford C. Bernstein has prepared this document, your relationship is, and will remain with, Daiwa, and Sanford C. Bernstein has neither any contractual relationship with you nor any obligations towards you.

**To our readers in Australia:** Sanford C. Bernstein & Co., LLC, Sanford C. Bernstein Limited and Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司 are exempt from the requirement to hold an Australian financial services licence under the Corporations Act 2001 in respect of the provision of the following financial services to wholesale clients:

- providing financial product advice;

- dealing in a financial product;

- making a market for a financial product; and

- providing a custodial or depository service.

**To our readers in Canada:** If this publication is pertaining to a Canadian domiciled company, it is being distributed in Canada by Sanford C. Bernstein (Canada) Limited, which is licensed and regulated by the Investment Industry Regulatory Organization of Canada ("IIROC"). If the publication is pertaining

**Page 364**

Provided by Daniel Chen for exclusive use on 02-Nov-2018. Do not re-distribute.

**Exhibit 9**

to a non-Canadian domiciled company, it is being distributed by Sanford C. Bernstein & Co., LLC, which is licensed and regulated by both the U.S. Securities and Exchange Commission and the Financial Industry Regulatory Authority ("FINRA") into Canada under the International Dealers Exemption. This publication may not be passed onto any person in Canada unless that person qualifies as a "Permitted Client" as defined in Section 1.1 of NI 31-103.

**To our readers in India:** This publication is being distributed in India by Sanford C. Bernstein (India) Private Limited (SCB India) which is licensed and regulated by Securities and Exchange Board of India ("SEBI") as a research analyst under the SEBI (Research Analyst) Regulations, 2014, having registration no. INH000006378. SCB India is currently engaged in the business of providing research services.

SCB India is a private limited company incorporated under the Companies Act, 2013, on April 12, 2017 bearing corporate identification number U65999MH2017FTC293762, and registered office at 701, The Capital, B-Wing, Plot No. C-70, G Block, Bandra Kurla Complex, Bandra East, Mumbai, Mumbai City 400051, Maharashtra, India (Phone No: +852 2918 5739). Details of associate entities of SCB India are available on the website at Bernsteinresearch.com.

SCB India does not have any disciplinary history as on the date of this report.

The associates of SCB India or their relatives may have financial interest(s) in the subject company.

SCB India and its associate company(ies), may: (a) from time to time, have a long or short position in, act as principal in, and buy or sell the securities or derivatives thereof of companies mentioned herein.

SCB India is not engaged in any investment banking activities, as such, SCB India has not managed or co-managed a public offering in the past twelve months.  In addition, neither SCB India nor any of its associates have received any compensation for investment banking services or merchant banking services from the subject company in the past twelve months.

SCB India or its associates may have received compensation for products or services other than investment banking or merchant banking or brokerage services from the subject company in the past twelve months.

SCB India and its associates have not received any compensation or other benefits from the subject company or third party in connection with the research report.

The principal research analysts who prepared this report, a member of his or her team, are/ are not (or/nor are any members of their household) an officer, director, employee or advisory board member of the companies covered in the report.

SCB India and its associate company(ies) may act as a market maker in the financial instruments of the companies covered in the report.

Sanford C. Bernstein & Co., LLC., Sanford C. Bernstein Limited, Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, Sanford C. Bernstein (Canada) Limited and AllianceBernstein (Singapore) Ltd., Sanford C. Bernstein (India) Private Limited are regulated by, respectively, the Securities and Exchange Commission under U.S. laws, by the Financial Conduct Authority under U.K. laws, by the Hong Kong Securities and Futures Commission under Hong Kong laws, by the Investment Industry Regulatory Organization of Canada, by the Monetary Authority of Singapore under Singapore laws, and Securities and Exchange Board of India, all of which differ from Australian laws.

One or more of the officers, directors, or employees of Sanford C. Bernstein & Co., LLC, Sanford C. Bernstein Limited, Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, Sanford C. Bernstein (India) Private Limited registration number INH000006378, Sanford C. Bernstein (Canada) Limited, Sanford C. Bernstein (business registration number 53193989L), a unit of AllianceBernstein (Singapore) Ltd. which is a licensed entity under the Securities and Futures Act and registered with Company Registration No. 199703364C, and/or their affiliates may at any time hold, increase or decrease positions in securities of any company mentioned herein.

Bernstein or its affiliates may provide investment management or other services to the pension or profit sharing plans, or employees of any company mentioned herein, and may give advice to others as to investments in such companies. These entities may effect transactions that are similar to or different from those recommended herein.

Bernstein Research Publications are disseminated to our customers through posting on the firm's password protected website, www.bernsteinresearch.com. Additionally, Bernstein Research Publications are available through email, postal mail and commercial research portals. If you wish to alter your current distribution method, please contact your salesperson for details.

Bernstein and/or its affiliates do and seek to do business with companies covered in its research publications. As a result, investors should be aware that Bernstein and/or its affiliates may have a conflict of interest that could affect the objectivity of this publication. Investors should consider this publication as only a single factor in making their investment decisions.

This publication has been published and distributed in accordance with Bernstein's policy for management of conflicts of interest in investment research, a copy of which is available from Sanford C. Bernstein & Co., LLC, Director of Compliance, 1345 Avenue of the Americas, New York, N.Y. 10105, Sanford C. Bernstein Limited, Director of Compliance, 50 Berkeley Street, London W1J 8SB, United Kingdom, or Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, Director of Compliance, 39th Floor, One Island East, Taikoo Place, 18 Westlands Road, Quarry Bay, Hong Kong, or Sanford C. Bernstein (business registration number 53193989L) , a unit of AllianceBernstein (Singapore) Ltd. which is a licensed entity under the Securities and Futures Act and registered with Company Registration No. 199703364C, Director of Compliance, One Raffles Quay, #27-11 South Tower, Singapore 048583, or

**Page 365**

Provided by Daniel Chen for exclusive use on 02-Nov-2018. Do not re-distribute.

**Exhibit 9**

Sanford C. Bernstein (India) Private Limited, Chief Compliance Officer, Level 6, 4 North Avenue, Maker Maxity, Bandra Kurla Complex, Bandra (East), Mumbai 400051.  Additional disclosures and information regarding Bernstein's business are available on our website www.bernsteinresearch.com.

## CERTIFICATIONS

- I/(we), A.M. (Toni) Sacconaghi, Jr., Senior Analyst(s)/Analyst(s), certify that all of the views expressed in this publication accurately reflect my/(our) personal views about any and all of the subject securities or issuers and that no part of my/(our) compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views in this publication.

*Approved By: NK*

Copyright 2018, Sanford C. Bernstein & Co., LLC, Sanford C. Bernstein Limited, Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, and AllianceBernstein (Singapore) Ltd., subsidiaries of AllianceBernstein L.P. ~1345 Avenue of the Americas ~ NY, NY 10105 ~212/756-4400.  All rights reserved.

This publication is not directed to, or intended for distribution to or use by, any person or entity who is a citizen or resident of, or located in any locality, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation or which would subject Bernstein or any of their subsidiaries or affiliates to any registration or licensing requirement within such jurisdiction. This publication is based upon public sources we believe to be reliable, but no representation is made by us that the publication is accurate or complete. We do not undertake to advise you of any change in the reported information or in the opinions herein. This publication was prepared and issued by Bernstein for distribution to eligible counterparties or professional clients. This publication is not an offer to buy or sell any security, and it does not constitute investment, legal or tax advice. The investments referred to herein may not be suitable for you. Investors must make their own investment decisions in consultation with their professional advisors in light of their specific circumstances. The value of investments may fluctuate, and investments that are denominated in foreign currencies may fluctuate in value as a result of exposure to exchange rate movements. Information about past performance of an investment is not necessarily a guide to, indicator of, or assurance of, future performance.

Provided by Daniel Chen for exclusive use on 02-Nov-2018. Do not re-distribute.

**Exhibit 9**

# [ AHEAD OF TOMORROW ]

November 02, 2018 | 01:05 ET | 01:05 ET~

# Apple

| AAPL-NSDQ | Rating | Price: Nov-1 | Target ↓ | Total Rtn |
|---|---|---|---|---|
| | **Market Perform** | **$222.22** | **$213.00** | **-3%** |

## Less Revenue and Fewer Disclosures; Lowering Estimates, Target

**Bottom Line:** AAPL beat the September quarter on better iPhone ASPs. Service revenue missed our/consensus estimates slightly. Guidance was light on revenue, in line on gross margin and contained higher opex. We believe that the new iPhones are boosting ASPs nicely, but unit growth is still lacking. We are skeptical about the sustainability of ASP increases as a growth driver. Management will no longer provide unit numbers, and some investors may be disappointed by the lower level of disclosures. We are lowering our estimates and price target, and remain Market Perform.

### Key Points

**Results and guidance.** Revenue and EPS were $62.9B and $2.91, above our $61.4 billion and $2.78. iPhone units of 46.9M were mixed with our/consensus of 46/47 million though ASP of $793 was handily above our/consensus expectations of $751/$779. Services revenue of $10.0 billion missed slightly, and grew 27% ex-items. iPad missed and other (Watch, etc.) and Macs beat. Gross margin was about in line, and EPS of $2.91 beat our/consensus estimates of $2.78/$2.78. December guidance of $89-93 billion missed compared to our $93.7 billion estimate.

**iPhones.** Units were basically flat year/year. For FY 2018, iPhone units are 6% below the peak achieved in FY 2015. New higher-priced iPhones are helping ASPs, but are not showing the ability to drive an upgrade cycle. We see iPhone replacement rates lengthening. We will no longer be getting units and ASPs from the company, which limits visibility.

**Services.** Services missed our estimate slightly, but still grew 27% year/year ex-items. We wonder if the lack of iPhone unit growth (and ultimately installed base growth) will lead to a deceleration of growth for the Services businesses.

**Margins.** Gross margins are not getting better despite much better memory costs, as foreign exchange is weighing on results. Operating expenses continue to grow at a double-digit pace. The past five years have seen opex grow at a CAGR of 14%, compared to 10% for revenue.

**Raising estimates, target.** We are lowering our FY2019 EPS estimates from $14.00 to $13.63, and are establishing a FY2020 EPS estimate of $15.30. We are keeping our 15x multiple on CY19 EPS, which yields a price target of $213, down from $219.

### Key Changes

| | Estimates | Q1 / 19E | 2019E | 2020E |
|---|---|---|---|---|
| **Target** | EPS | $4.69 | $13.63 | |
| $213.00↓ | *Previous* | *$4.89* | *$14.00* | |
| $219.00 | CFPS | $7.81 | $16.64 | |
| | *Previous* | *$7.80* | *$15.05* | |
| | Revenue | $91,812 | $283,056 | $296,523 |
| | *Previous* | *$93,721* | *$283,594* | *$263,077* |

Please refer to pages 9 to 12 for Important Disclosures, including Analyst's Certification.

---

## Exhibit 9

 **BMO** **Capital Markets**

### Communications Equipment & Hardware

**Tim Long** — Analyst
tim.long@bmo.com — (212) 885-4101

Celeste Santangelo — Senior Associate
celeste.santangelo@bmo.com — (212) 885-4170

Daniel Asulin — Associate
Daniel.Asulin@bmo.com — (212) 885-4136

Legal Entity:   BMO Capital Markets Corp.

**2YR Price Volume Chart**

LHS: Price ($) / RHS: Volume (mm)   Source: FactSet

| Company Data | | | in $ |
|---|---|---|---|
| Dividend | $2.92 | Shares O/S (mm) | 4,829.9 |
| Yield | 1.3% | Market Cap (mm) | $1,073,306 |
| AD Vol. (mm) | 43.75 | Net Debt (mm) | $(145,386) |

| BMO Estimates | | | in $ |
|---|---|---|---|
| (FY- Sep .) | **2018A** | **2019E** | **2020E** |
| EPS | $11.91 | $13.63↓ | $15.30 |
| CFPS | $14.56 | $16.64↑ | $0.00 |
| Revenue | $265,595 | $283,056↓ | $296,523↑ |
| EBITDA | $81,801 | $84,952↓ | $86,576 |

| Consensus Estimates | | | |
|---|---|---|---|
| | **2018A** | **2019E** | **2020E** |
| EPS | | $13.66 | $15.14 |

| Valuation | | | |
|---|---|---|---|
| | **2018A** | **2019E** | **2020E** |
| P/E | 18.7x | 16.3x | 14.5x |
| EV/EBITDA | 8.7x | 8.4x | 8.2x |
| EV/FCF | 10.6x | 10.2x | 12.4x |

| QTR. EPS | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2018A | $3.89 | $2.73 | $2.34 | $2.91 |
| 2019E | $4.69 | $3.15 | $2.56 | $3.18 |
| 2020E | $5.42 | $3.56 | $2.79 | $3.44 |

### Our Thesis

Although we believe upgrades off a growing installed base will help drive further unit growth, we believe the stock will be in the trading range for at least the remainder of the current product cycle. We continue to model double-digit Services revenue growth, supported by both new and used devices.

 **BMO Capital Markets**

## Exhibit 9

**New Scenarios**

Apple - Block Summary Model

| Income Statement | 2018A | 2019E | 2020E |
|---|---|---|---|
| Revenue | $265,595 | $283,056 | $296,523 |
| Gross Margin | 38.3% | 38.4% | 38.5% |
| Opex | 30,941 | 34,700 | 32,250 |
| Operating Margin | 26.7% | 26.1% | 26.2% |
| Adjusted Net Income | 59,531 | 62,672 | 56,939 |
| Adjusted EPS | $11.91 | $13.63 | $12.74 |
| iPhone Revenue | 166,699 | 170,843 | 161,922 |
| iPhone Units | 218 | 212 | 223 |
| iPhone ASP | 766 | 806 | 726 |
| iPad Revenue | 18,805 | 19,389 | 18,309 |
| Mac Revenue | 25,484 | 26,368 | 25,218 |
| **Cash Flow Statement** | **2018A** | **2019E** | **2020E** |
| Cash Provided From Operations | 81,444 | 84,326 | 71,049 |
| Capex | (14,500) | (14,500) | (13,500) |
| Cash Provided From Financing | (104,410) | (103,154) | (117,677) |
| Cash Used for Investing | 65,500 | 65,500 | 46,500 |
| Change in Cash | 42,534 | 46,672 | (128) |
| Ending Cash Balance | 68,500 | 115,173 | 18,824 |
| FCF | 66,944 | 69,826 | 57,549 |
| **Balance Sheet** | **2018A** | **2019E** | **2020E** |
| Total Current Assets | 131,339 | 173,579 | 220,259 |
| Total Assets | 365,725 | 333,913 | 306,541 |
| Total Current Liabilities | 116,866 | 119,008 | 122,797 |
| Total Liabilities | 258,578 | 264,320 | 271,709 |
| Total Shareholders' Equity | 107,147 | 69,593 | 34,833 |
| Total Liabilities and Share Equity | 365,725 | 333,913 | 306,541 |
| Gross Cash | 237,100 | 199,634 | 166,307 |
| Total Debt | 114,483 | 114,483 | 114,483 |
| Net Cash | 122,617 | 85,151 | 51,824 |

Source: BMO Capital Markets, Company Reports

### Valuation

Our target price of $213 assumes the stock trades to 15x our CY2019 EPS estimate.

### Upside Scenario                    $238.00

Our upside case for AAPL is a target of $238 based on CY19 EPS of $14.88 with a target multiple of 16x P/E. Our upside case includes an additional 100 bps of revenue growth and an additional 100 bps of margin expansion in CY19 versus our base case assumptions.

### Downside Scenario                  $190.00

By comparison, our downside case for AAPL is a target of $190 based on CY19 EPS of $13.58 with a target multiple of 14x P/E. This case assumes a 100-bp reduction of revenue growth and 100 bps less operating margin in CY19 versus our base-case assumptions.

in USD



| Downside Scenario | Target Price | Current Price | Upside Scenario |
|---|---|---|---|
| 190.00 | 213.00 | 222.22 | 238.00 |

### Key Catalysts

With the iPhone X story playing out, we are starting to see early results of how consumers have reacted to the new higher-priced flagship models. Beyond that, we expect speculation to expand about the fall 2018 refresh. We are waiting to see if the next iPhone cycle will do a better job of prompting an upgrade cycle.

### Company Description

Apple designs and markets personal computing and communications devices and services. The company's products include iPhone handsets, iMac, and MacBook computers, and iPad tablets. The company runs 450-plus retail stores worldwide and offers the iTunes store for digital content, the Apple Music streaming service, and the Apple Pay solution for contactless payments.


AAPL-NSDQ Research


Glossary


Company Models

November 2, 2018

**BMO** 💮 **Capital Markets**

**Exhibit 9**

Apple reported September quarter results that were ahead of our and consensus expectations, with better revenue on iPhone ASP, in-line gross margins, and an EPS beat. iPhone units came in largely as we expected (in between our and consensus estimates), while ASPs topped even our estimates, which were well above the Street. Services, which garnered much excitement from the Street the past few quarters, came in slightly shy of expectations.

The company provided guidance for the December quarter that was below our and Street expectations across the board. More importantly, management discussed a variety of changes to financials that would be starting with December quarter, the biggest of which is that the company will no longer be providing unit expectations for the iPhone, iPad, and Mac. The lack of transparency is disappointing, and will likely limit investor's visibility into the company. Our view remains that units may not grow at all going forward, and while ASPs are still increasing, at some point they will plateau.

## Results, Guidance, and Updated Estimates

September quarter revenue was ahead of our and Street's expectations and exceeded the high end of the company's guidance range of $60-62 billion, driven by iPhone ASPs (units were basically in line) and Mac revenue, as iPad and Services revenue fell short. While gross margin of 38.3% was in the middle of the guidance range, EPS of $2.91 was ahead of our and the Street's $2.78 on higher revenue and better operating margin (30bps better than consensus).

iPhone units of 46.9 million were in line with consensus estimates of 47.0 million, but just ahead of our recently lowered 46.0 million, while ASP of $793 was well above the Street's $751, and even better than our above consensus $779. Management called out strength for iPhone X, iPhone 8, and iPhone 8 Plus, as well as the new lineup (XS/XS Max), and does not believe there were any stalled buying patterns waiting for the release of the XR (available last week). iPhone ASP grew 10% q/q compared to growth of 2-4% in the past three years.

iPhone revenue was up more than 20% y/y in several geographic segments, such as Australia, Chile, Japan, New Zealand, Norway, Sweden, and Vietnam. After growing 30%+ the past two quarters, Services revenue came in a bit shy of our and Street estimates; up 17% y/y and up 27% excluding a one-time item in the year-ago period. iPad revenue was probably the most disappointing to expectations, while Macs were slightly ahead.

December quarter revenue guidance range was below our expectations, despite a wide range ($4 billion range), and contained Street expectations toward the high end. Apple expects revenue of $89-93 billion, with the Street's prior estimate at $92.9 billion and vs. our $93.7 billion. We are lowering our iPhone unit estimates to 75.0 million for December (from 77.0 million prior; Street was at 78.0 million), with ASP up to $824 (vs. $834 prior).

Gross margin guidance of 38.0% to 38.5% (flat with prior September quarter guidance) was below our 38.7%, and contained consensus (38.5%) at the high end. Opex guidance of $8.7-8.8 billion is higher than we were modeling ($8.4 billion), and spending continues to grow by double-digit percentages.



**Exhibit 9**

### Exhibit 2: Quarterly Variances

| ($m, except per share) | F4Q18 | | | | F1Q19E | | | |
|---|---|---|---|---|---|---|---|---|
| | Actual | BMO | Prior Consensus | Guidance | Current Guidance | BMO | Prior BMO | Consensus |
| iPhone Revenue | $37,185 | $35,816 | $35,563 | | | $61,832 | $64,229 | $62,591 |
| *Y/Y Growth* | *28.9%* | *24.2%* | *23.3%* | | | *0.4%* | *4.3%* | *1.6%* |
| iPhone Units | 46.9 M | 46.0 M | 47.0 M | | | 75.0 M | 77.0 M | 78.0 M |
| *Y/Y Growth* | *0.5%* | *-1.5%* | *0.7%* | | | *-3.0%* | *-0.4%* | *0.9%* |
| iPhone ASP | $793 | $779 | $751 | | | $824 | $834 | $809 |
| *Y/Y Growth* | *28.3%* | *26.0%* | *21.5%* | | | *3.5%* | *4.7%* | *1.6%* |
| iPad Revenue | $4,089 | $4,601 | $4,623 | | | $5,475 | $5,615 | $5,747 |
| *Y/Y Growth* | *-15.4%* | *-4.8%* | *-4.3%* | | | *-6.6%* | *-4.2%* | *-2.0%* |
| Mac Revenue | $7,411 | $7,105 | $6,915 | | | $7,442 | $7,251 | $6,972 |
| *Y/Y Growth* | *3.4%* | *-0.9%* | *-3.6%* | | | *7.9%* | *5.2%* | *1.1%* |
| Services Revenue | $9,981 | $10,031 | $10,201 | | | $10,419 | $10,504 | $10,547 |
| *Y/Y Growth* | *17.4%* | *18.0%* | *20.0%* | | | *23.0%* | *24.0%* | *24.5%* |
| **Total Revenue** | **$62,900** | **$61,411** | **$61,458** | **$60-62B** | **$89-93B** | **$91,812** | **$93,721** | **$92,938** |
| *Y/Y Growth* | *19.6%* | *16.8%* | *16.9%* | | | *4.0%* | *6.1%* | *5.3%* |
| Gross Margin | 38.3% | 38.2% | 38.2% | 38.0-38.5% | 38.0-38.5% | 38.3% | 38.7% | 38.5% |
| Op Margin | 25.6% | 25.1% | 25.3% | 25.1%* | 28.6%* | 28.7% | 29.7% | 29.5% |
| **EPS** | **$2.91** | **$2.78** | **$2.78** | | **$4.69** | **$4.89** | **$4.92** | |

Source: FactSet, company reports, BMO Capital Markets estimates.

### Exhibit 3: Full-Year Variances

| ($m, except per share) | FY2018E | | | FY2019E | | | FY2020E | | |
|---|---|---|---|---|---|---|---|---|---|
| | Current BMO | BMO | Prior Consensus | Current BMO | BMO | Prior Consensus | Current BMO | BMO | Prior Consensus |
| iPhone Revenue | $166,699 | $165,330 | $165,019 | $170,843 | $175,389 | $169,797 | $171,992 | | $169,472 |
| *Y/Y Growth* | *18.0%* | *17.0%* | *16.8%* | *2.5%* | *6.1%* | *2.9%* | *0.7%* | | *-0.2%* |
| iPhone Units | 217.7 M | 216.8 M | 218.0 M | 212.0 M | 217.0 M | 219.0 M | 209.0 M | | 222.0 M |
| *Y/Y Growth* | *0.4%* | *0.0%* | *0.6%* | *-2.6%* | *0.1%* | *0.5%* | *-1.4%* | | *1.4%* |
| iPhone ASP | $766 | $762 | $756 | $806 | $808 | $771 | $823 | | $757 |
| *Y/Y Growth* | *17.4%* | *16.9%* | *16.0%* | *5.3%* | *6.0%* | *2.0%* | *2.1%* | | *-1.8%* |
| iPad Revenue | $18,805 | $19,317 | $19,380 | $19,389 | $18,212 | $18,911 | $19,365 | | $18,673 |
| *Y/Y Growth* | *-2.2%* | *0.5%* | *0.8%* | *3.1%* | *-5.7%* | *-2.4%* | *-0.1%* | | *-1.3%* |
| Mac Revenue | $25,484 | $25,178 | $24,969 | $26,368 | $25,500 | $24,836 | $26,593 | | $24,375 |
| *Y/Y Growth* | *-1.4%* | *-2.6%* | *-3.4%* | *3.5%* | *1.3%* | *-0.5%* | *0.9%* | | *-1.9%* |
| Services Revenue | $37,190 | $37,240 | $37,358 | $45,169 | $45,507 | $45,055 | $53,300 | | $54,015 |
| *Y/Y Growth* | *24.0%* | *24.2%* | *24.6%* | *21.5%* | *22.2%* | *20.6%* | *18.0%* | | *19.9%* |
| **Total Revenue** | **$265,595** | **$264,106** | **$264,511** | **$283,056** | **$283,594** | **$281,008** | **$296,523** | | **$291,759** |
| *Y/Y Growth* | *15.9%* | *15.2%* | *15.4%* | *6.6%* | *7.4%* | *3.9%* | *4.8%* | | *3.8%* |
| Gross Margin | 38.3% | 38.3% | 38.3% | 38.4% | 38.8% | 38.2% | 38.3% | | 38.4% |
| Op Margin | 26.7% | 26.6% | 26.6% | 26.1% | 27.0% | 26.4% | 25.6% | | 26.5% |
| **EPS** | **$11.91** | **$11.78** | **$11.75** | **$13.63** | **$14.00** | **$13.66** | **$15.30** | | **$15.14** |

Source: FactSet, company reports, BMO Capital Markets estimates.

**BMO Capital Markets**

**Exhibit 9**

## Exhibit 4: AAPL Income Statement

*Fiscal Year Ends Sep-30*
*(USD & Shares in Millions)*

| | FY2018 | | | | FY2019E | | | | FY2020E | | | | 2016A | 2017A | 2018A | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Dec-17A | Mar-18A | Jun-18A | Sep-18A | Dec-18E | Mar-19E | Jun-19E | Sep-19E | Dec-19E | Mar-20E | Jun-20E | Sep-20E | | | | | |
| **Revenue** | 88,293 | 61,137 | 53,265 | 62,900 | 91,812 | 67,152 | 58,285 | 65,807 | 97,485 | 70,730 | 60,182 | 68,127 | 215,639 | 229,234 | 265,595 | 283,056 | 296,523 |
| % Change Y/Y | 12.7% | 15.6% | 17.3% | 19.6% | 4.0% | 9.8% | 9.4% | 4.6% | 6.2% | 5.3% | 3.3% | 3.5% | -7.7% | 6.3% | 15.9% | 6.6% | 4.8% |
| % Change Q/Q | 67.9% | -30.8% | -12.9% | 18.1% | 46.0% | -26.9% | -13.2% | 12.9% | 48.1% | -27.4% | -14.9% | 13.2% | | | | | |
| **Cost of Sales** | 54,381 | 37,715 | 32,844 | 38,816 | 56,693 | 41,361 | 36,010 | 40,310 | 60,077 | 43,638 | 37,209 | 42,151 | 131,376 | 141,048 | 163,756 | 174,375 | 183,075 |
| % of Revenue | 61.6% | 61.7% | 61.7% | 61.7% | 61.7% | 61.6% | 61.8% | 61.3% | 61.6% | 61.7% | 61.8% | 61.9% | 60.9% | 61.5% | 61.7% | 61.6% | 61.7% |
| **Gross Profit** | 33,912 | 23,422 | 20,421 | 24,084 | 35,119 | 25,791 | 22,274 | 25,497 | 37,408 | 27,092 | 22,972 | 25,976 | 84,263 | 88,186 | 101,839 | 108,681 | 113,448 |
| Gross Margin | 38.4% | 38.3% | 38.3% | 38.3% | 38.3% | 38.4% | 38.2% | 38.7% | 38.4% | 38.3% | 38.2% | 38.1% | 39.1% | 38.5% | 38.3% | 38.4% | 38.3% |
| **R&D** | 3,407 | 3,378 | 3,701 | 3,750 | 4,150 | 4,050 | 4,100 | 4,200 | 4,500 | 4,400 | 4,400 | 4,500 | 10,045 | 11,581 | 14,236 | 16,500 | 17,800 |
| % of Revenue | 3.9% | 5.5% | 6.9% | 6.0% | 4.5% | 6.0% | 7.0% | 6.4% | 4.6% | 6.2% | 7.3% | 6.6% | 4.7% | 5.1% | 5.4% | 5.8% | 6.0% |
| **SG&A** | 4,231 | 4,150 | 4,108 | 4,216 | 4,600 | 4,560 | 4,500 | 4,600 | 4,900 | 4,800 | 4,900 | 5,000 | 14,194 | 15,261 | 16,705 | 18,200 | 19,600 |
| % of Revenue | 4.8% | 6.8% | 7.7% | 6.7% | 5.0% | 6.7% | 7.7% | 7.0% | 5.0% | 6.8% | 8.1% | 7.3% | 6.6% | 6.7% | 6.3% | 6.4% | 6.6% |
| **Total Operating Expenses** | 7,638 | 7,528 | 7,809 | 7,966 | 8,750 | 8,550 | 8,600 | 8,800 | 9,400 | 9,200 | 9,300 | 9,500 | 24,239 | 26,842 | 30,941 | 34,700 | 37,400 |
| % of Revenue | 8.7% | 12.3% | 14.7% | 12.7% | 9.5% | 12.7% | 14.8% | 13.4% | 9.6% | 13.0% | 15.5% | 13.9% | 11.2% | 11.7% | 11.6% | 12.3% | 12.6% |
| % Change Seq. | 12.1% | -1.4% | 3.7% | 2.0% | 9.8% | -2.3% | 0.6% | 2.3% | 6.8% | -2.1% | 1.1% | -2.2% | 8.2% | 10.7% | 15.3% | 12.1% | 7.8% |
| **Operating Income** | 26,274 | 15,894 | 12,612 | 16,118 | 26,369 | 17,241 | 13,674 | 16,697 | 28,008 | 17,892 | 13,672 | 16,476 | 60,024 | 61,344 | 70,898 | 73,981 | 76,048 |
| Operating Margin | 29.8% | 26.0% | 23.7% | 25.6% | 28.7% | 25.7% | 23.5% | 25.4% | 28.7% | 25.3% | 22.7% | 24.2% | 27.8% | 26.8% | 26.7% | 26.1% | 25.6% |
| Interest & Other Income (Expense) | 756 | 274 | 672 | 303 | 300 | 275 | 250 | 250 | 225 | 225 | 200 | 200 | 1,348 | 2,745 | 2,005 | 1,075 | 850 |
| **Pretax Income** | 27,030 | 16,168 | 13,284 | 16,421 | 26,669 | 17,516 | 13,924 | 16,947 | 28,233 | 18,117 | 13,872 | 16,676 | 61,372 | 64,089 | 72,903 | 75,056 | 76,898 |
| Income Tax Expense (Benefit) | 6,965 | 2,346 | 1,765 | 2,296 | 4,400 | 2,890 | 2,297 | 2,796 | 4,658 | 2,989 | 2,289 | 2,752 | 15,685 | 15,738 | 13,372 | 12,384 | 12,688 |
| Tax Rate | 25.8% | 14.5% | 13.3% | 14.0% | 16.5% | 16.5% | 16.5% | 16.5% | 16.5% | 16.5% | 16.5% | 16.5% | 25.6% | 24.6% | 18.3% | 16.5% | 16.5% |
| **Net Income** | 20,065 | 13,822 | 11,519 | 14,125 | 22,269 | 14,626 | 11,627 | 14,151 | 23,574 | 15,128 | 11,583 | 13,925 | 45,687 | 48,351 | 59,531 | 62,672 | 64,210 |
| **EPS (Diluted)** | $ 3.89 | $ 2.73 | $ 2.34 | $ 2.91 | $ 4.69 | $ 3.15 | $ 2.56 | $ 3.18 | $ 5.42 | $ 3.56 | $ 2.79 | $ 3.44 | $ 8.31 | $ 9.21 | $ 11.91 | $ 13.63 | $ 15.30 |
| Weighted Average Shares (Diluted) | 5,157.8 | 5,068.5 | 4,926.6 | 4,847.5 | 4,747.5 | 4,647.5 | 4,547.5 | 4,447.5 | 4,347.5 | 4,247.5 | 4,147.5 | 4,047.5 | 5,500.3 | 5,251.7 | 5,000.1 | 4,597.5 | 4,197.5 |
| Change in Share Count | (25.8) | (89.3) | (141.9) | (79.1) | (100.0) | (100.0) | (100.0) | (100.0) | (100.0) | (100.0) | (100.0) | (100.0) | (292.8) | (248.6) | (251.6) | (402.6) | (400.0) |

Source: Company reports and BMO Capital Markets estimates.

**BMO Capital Markets**

**Exhibit 9**

## Exhibit 5: AAPL Product Data

Fiscal Year Ends Sep 30
(USD & Units in Millions, except ASP)

| | FY2018 | | | | FY2019E | | | | FY2020E | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Dec-17A | Mar-18A | Jun-18A | Sep-18A | Dec-18E | Mar-19E | Jun-19E | Sep-19E | Dec-19E | Mar-20E | Jun-20E | Sep-20E | 2016A | 2017A | 2018A | 2019E | 2020E |
| **Revenue** | 88,293 | 61,137 | 53,265 | 62,900 | 91,812 | 67,152 | 58,285 | 65,607 | 97,485 | 70,730 | 60,182 | 68,127 | 215,639 | 229,234 | 265,595 | 283,056 | 296,523 |
| iPhone | 61,576 | 38,032 | 29,906 | 37,185 | 61,832 | 40,348 | 31,477 | 37,185 | 64,071 | 41,066 | 30,700 | 36,155 | 136,700 | 141,319 | 166,699 | 170,843 | 171,992 |
| iPad | 5,862 | 4,113 | 4,741 | 4,089 | 5,475 | 4,696 | 4,897 | 4,231 | 5,748 | 4,688 | 4,741 | 4,188 | 20,628 | 19,222 | 18,805 | 19,389 | 19,365 |
| Watch | 3,295 | 2,011 | 1,802 | 2,398 | 3,966 | 2,685 | 2,572 | 2,639 | 4,856 | 3,134 | 2,984 | 3,462 | 4,600 | 6,305 | 9,507 | 11,862 | 14,436 |
| Mac | 6,895 | 5,848 | 5,330 | 7,411 | 7,442 | 5,972 | 5,408 | 7,546 | 7,437 | 6,039 | 5,495 | 7,622 | 22,831 | 25,850 | 25,484 | 26,368 | 26,593 |
| iPod | | | | | | | | | | | | | | | | | 0 |
| Services | 8,471 | 9,190 | 9,548 | 9,981 | 10,419 | 11,120 | 11,553 | 12,077 | 12,295 | 13,121 | 13,633 | 14,251 | 24,348 | 29,980 | 37,190 | 45,169 | 53,300 |
| Other Products | 2,194 | 1,943 | 1,938 | 1,836 | 2,677 | 2,331 | 2,287 | 2,129 | 3,078 | 2,681 | 2,630 | 2,449 | 6,532 | 6,558 | 7,910 | 9,424 | 10,838 |
| | | | | | | | | | | | | | -11% | -7% | | -2% | 3% |
| **Units** | | | | | | | | | | | | | | | | | |
| iPhone | 77.3 | 52.2 | 41.3 | 46.9 | 75.0 | 51.0 | 40.0 | 46.0 | 75.0 | 50.0 | 39.0 | 45.0 | 211.9 | 216.8 | 217.7 | 212.0 | 209.0 |
| iPad | 13.2 | 9.1 | 11.6 | 9.7 | 13.0 | 10.0 | 11.0 | 9.5 | 13.5 | 10.0 | 10.5 | 9.5 | 45.6 | 43.8 | 43.5 | 43.5 | 43.5 |
| Watch | 7.5 | 4.5 | 4.0 | 5.5 | 9.0 | 6.0 | 6.0 | 6.0 | 11.0 | 7.0 | 7.0 | 8.0 | 11.5 | 15.3 | 21.5 | 27.0 | 33.0 |
| Mac | 5.1 | 4.1 | 3.7 | 5.3 | 5.2 | 4.2 | 3.8 | 5.4 | 5.1 | 4.2 | 3.8 | 5.4 | 18.5 | 19.3 | 19.3 | 18.5 | 18.4 |
| iPod | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **ASP** | | | | | | | | | | | | | | | | | |
| iPhone | 803 | 728 | 718 | 790 | 830 | 790 | 780 | 805 | 860 | 820 | 780 | 800 | 645 | 652 | 766 | 806 | 823 |
| iPad | 454 | 456 | 418 | 425 | 430 | 475 | 460 | 450 | 435 | 475 | 460 | 450 | 451 | 444 | 439 | 452 | 454 |
| Watch | 450 | 450 | 450 | 440 | 450 | 450 | 430 | 440 | 450 | 450 | 430 | 440 | 410 | 417 | 447 | 443 | 443 |
| Mac | 1,351 | 1,427 | 1,421 | 1,402 | 1,444 | 1,430 | 1,416 | 1,402 | 1,458 | 1,443 | 1,429 | 1,414 | 1,241 | 1,345 | 1,397 | 1,423 | 1,436 |
| **Gross Profit** | 33,912 | 23,422 | 20,421 | 24,102 | 35,119 | 25,791 | 22,274 | 25,497 | 37,408 | 27,092 | 22,972 | 25,976 | 84,263 | 88,186 | 101,857 | 108,681 | 113,448 |
| iPhone | 25,246 | 15,593 | 12,411 | 15,246 | 25,042 | 16,543 | 12,906 | 15,432 | 25,949 | 16,632 | 12,403 | 14,462 | 59,687 | 59,143 | 68,496 | 69,022 | 69,445 |
| iPad | 1,172 | 823 | 948 | 818 | 1,068 | 916 | 972 | 825 | 1,121 | 924 | 817 | 817 | 4,245 | 3,773 | 3,665 | 3,781 | 3,776 |
| Watch | 1,252 | 764 | 703 | 935 | 1,547 | 1,047 | 1,003 | 1,029 | 1,894 | 1,222 | 1,164 | 1,350 | 1,981 | 2,340 | 3,665 | 4,628 | 5,630 |
| Mac | 1,793 | 1,491 | 1,359 | 1,890 | 1,898 | 1,523 | 1,379 | 1,924 | 1,896 | 1,540 | 1,401 | 1,944 | 6,136 | 6,786 | 6,533 | 6,724 | 6,781 |
| Services | 3,944 | 4,304 | 4,554 | 4,791 | 4,949 | 5,226 | 5,488 | 5,797 | 5,840 | 6,167 | 6,476 | 6,840 | 11,112 | 14,636 | 17,593 | 21,460 | 25,323 |
| Other Products | 505 | 447 | 446 | 422 | 616 | 536 | 526 | 490 | 708 | 617 | 603 | 563 | 1,502 | 1,508 | 1,819 | 2,168 | 2,493 |
| **Gross Margin** | 38.4% | 38.3% | 38.3% | 38.3% | 38.3% | 38.4% | 38.2% | 38.7% | 38.4% | 38.3% | 38.2% | 38.1% | 39.1% | 38.5% | 38.4% | 38.4% | 38.3% |
| iPhone | 41.0% | 41.0% | 41.5% | 41.0% | 40.5% | 41.0% | 41.0% | 41.5% | 40.5% | 40.5% | 40.4% | 40.0% | 43.7% | 41.9% | 41.1% | 40.9% | 40.4% |
| iPad | 20.0% | 20.0% | 20.0% | 20.0% | 19.5% | 19.5% | 19.5% | 19.5% | 19.5% | 19.5% | 19.5% | 19.5% | 20.6% | 19.6% | 19.5% | 19.5% | 19.5% |
| Watch | 38.0% | 38.0% | 39.0% | 39.0% | 39.0% | 39.0% | 39.0% | 39.0% | 39.0% | 39.0% | 39.0% | 39.0% | 34.4% | 37.1% | 37.1% | 39.0% | 39.0% |
| Mac | 26.0% | 25.5% | 25.5% | 25.5% | 25.5% | 25.5% | 25.5% | 25.5% | 25.5% | 25.5% | 25.5% | 25.5% | 26.9% | 26.3% | 25.6% | 25.5% | 25.5% |
| iPod | | | | | | | | | | | | | | | | | |
| Software, service and other | 46.6% | 46.8% | 47.7% | 48.0% | 47.5% | 47.0% | 47.5% | 48.0% | 47.5% | 47.0% | 47.5% | 48.0% | 45.6% | 46.8% | 47.3% | 47.5% | 47.5% |
| Other Products | 23.0% | 23.0% | 23.0% | 23.0% | 23.0% | 23.0% | 23.0% | 23.0% | 23.0% | 23.0% | 23.0% | 23.0% | 23.0% | 23.0% | 23.0% | 23.0% | 23.0% |

Source:  Company reports and BMO Capital Markets estimates.

**BMO Capital Markets**

**Exhibit 9**

## Exhibit 6: AAPL Balance Sheet

**Fiscal Year Ends Sep 30**
*(USD & Shares in Millions)*

| | Dec-16A | FY2017 | | | Dec-17A | FY2018 | | | Dec-18E | FY2019E | | | Dec-19E | FY2020E | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Mar-17A | Jun-17A | Sep-17A | | Mar-18A | Jun-18A | Sep-18A | | Mar-19E | Jun-19E | Sep-19E | | Mar-20E | Jun-20E | Sep-20E |
| **Assets** | | | | | | | | | | | | | | | | |
| Cash and equivalents | 16,371 | 15,157 | 18,571 | 20,289 | 27,491 | 45,059 | 31,971 | 25,913 | 56,897 | 53,232 | 60,042 | 68,447 | 102,088 | 98,195 | 104,733 | 115,120 |
| Short-term marketable securities | 44,081 | 51,944 | 58,188 | 53,892 | 49,662 | 42,881 | 38,999 | 40,388 | 40,388 | 40,388 | 40,388 | 40,388 | 40,388 | 40,388 | 40,388 | 40,388 |
| Accounts receivable | 14,057 | 11,579 | 12,399 | 17,874 | 23,440 | 14,324 | 14,104 | 23,186 | 15,302 | 17,161 | 16,190 | 20,473 | 16,247 | 18,075 | 16,717 | 21,195 |
| Inventories | 2,712 | 2,910 | 3,146 | 4,855 | 4,421 | 7,662 | 5,936 | 3,956 | 5,669 | 5,745 | 6,002 | 6,270 | 6,008 | 6,061 | 6,202 | 6,557 |
| Other current assets | 26,111 | 20,400 | 20,571 | 31,735 | 38,796 | 20,127 | 24,751 | 37,896 | 30,000 | 28,000 | 30,000 | 38,000 | 30,000 | 28,000 | 30,000 | 37,000 |
| **Total current assets** | 103,332 | 101,990 | 112,875 | 128,645 | 143,810 | 130,053 | 115,761 | 131,339 | 148,256 | 144,525 | 152,622 | 173,579 | 194,731 | 190,719 | 198,039 | 220,259 |
| Long-term investments | 185,638 | 189,740 | 184,757 | 194,714 | 207,944 | 179,286 | 172,773 | 170,799 | 150,799 | 130,799 | 110,799 | 90,799 | 70,799 | 50,799 | 30,799 | 10,799 |
| Property and equipment | 26,510 | 27,163 | 29,286 | 33,783 | 33,679 | 35,077 | 38,117 | 41,304 | 42,791 | 44,278 | 45,765 | 47,252 | 48,739 | 50,226 | 51,713 | 53,200 |
| Goodwill | 5,423 | 5,473 | 5,661 | 5,717 | 5,889 | | | | | | | | | | | |
| Intangible assets | 2,848 | 2,617 | 2,444 | 2,298 | 2,149 | | | | | | | | | | | |
| Other assets | 7,390 | 7,549 | 10,150 | 10,162 | 13,323 | 23,086 | 22,546 | 22,283 | 22,283 | 22,283 | 22,283 | 22,283 | 22,283 | 22,283 | 22,283 | 22,283 |
| **Total assets** | 331,141 | 334,532 | 345,173 | 375,319 | 406,794 | 367,502 | 349,197 | 365,725 | 364,129 | 341,885 | 331,469 | 333,913 | 336,552 | 314,027 | 302,834 | 306,541 |
| | | | | | | | | | | | | | | | | |
| **Liabilities** | | | | | | | | | | | | | | | | |
| Accounts payable | 38,510 | 28,573 | 31,915 | 49,049 | 62,985 | 34,311 | 38,489 | 55,888 | 56,693 | 43,659 | 46,013 | 58,226 | 60,077 | 46,062 | 47,545 | 60,685 |
| Accrued expenses | 23,739 | 23,096 | 23,304 | 25,744 | 26,281 | 26,756 | 25,184 | 32,687 | 52,787 | 32,887 | 32,887 | 33,067 | 33,187 | 33,287 | 33,387 | 33,487 |
| Deferred revenue | 7,889 | 7,682 | 7,608 | 7,548 | 8,044 | 7,775 | 7,403 | 7,543 | 6,943 | 6,804 | 6,629 | 6,948 | 7,339 | 7,705 | 7,532 | 7,677 |
| Commercial paper | 10,493 | 9,992 | 11,980 | 11,977 | 11,980 | 11,980 | 11,974 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 |
| Current debt | 3,499 | 3,999 | 6,495 | 6,496 | 6,498 | 8,498 | 5,498 | 8,784 | 8,784 | 8,784 | 8,784 | 8,784 | 8,784 | 8,784 | 8,784 | 8,784 |
| **Total current liabilities** | 84,130 | 73,342 | 81,302 | 100,814 | 115,788 | 89,320 | 88,548 | 116,866 | 117,171 | 104,098 | 106,577 | 119,008 | 121,951 | 107,802 | 109,212 | 122,797 |
| Long-term debt | 73,557 | 84,531 | 89,864 | 97,207 | 103,922 | 101,362 | 97,128 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 |
| Deferred revenue | 3,163 | 3,107 | 2,984 | 2,838 | 3,131 | 3,087 | 2,878 | 2,797 | 2,697 | 2,597 | 2,497 | 2,397 | 2,297 | 2,197 | 2,097 | |
| Non-current liabilities | 37,901 | 39,470 | 38,598 | 40,415 | 43,754 | 46,855 | 45,694 | 45,180 | 46,180 | 47,180 | 48,180 | 49,180 | 50,180 | 51,180 | 52,180 | 53,180 |
| **Total liabilities** | 198,751 | 200,450 | 212,748 | 241,272 | 266,595 | 240,624 | 234,248 | 258,578 | 259,783 | 247,610 | 250,989 | 264,320 | 268,163 | 254,914 | 257,224 | 271,709 |
| | | | | | | | | | | | | | | | | |
| **Stockholders' Equity** | 132,390 | 134,082 | 132,425 | 134,047 | 140,199 | 126,878 | 114,949 | 107,147 | 104,346 | 94,275 | 80,480 | 69,593 | 68,390 | 59,113 | 45,610 | 34,833 |
| | | | | | | | | | | | | | | | | |
| **Total Liabilities and Stockholders' E** | 331,141 | 334,532 | 345,173 | 375,319 | 406,794 | 367,502 | 349,197 | 365,725 | 364,129 | 341,885 | 331,469 | 333,913 | 336,552 | 314,027 | 302,834 | 306,541 |

Source: Company reports and BMO Capital Markets estimates.

BMO ◯ Capital Markets

**Exhibit 9**

## Exhibit 7: AAPL Cash Flow Statement

Fiscal Year Ends Sep 30
(USD & Shares in Millions)

| | Dec-17A | FY2018 | | | Dec-18E | FY2019E | | | Dec-19E | FY2020E | | | 2016A | 2017A | 2018A | 2019E | 2020E |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Mar-18A | Jun-18A | Sep-18A | | Mar-19E | Jun-19E | Sep-19E | | Mar-20E | Jun-20E | Sep-20E | | | | | |
| **Operating Activities** | | | | | | | | | | | | | | | | | |
| Net income | 20,065 | 13,822 | 11,519 | 14,125 | 22,269 | 14,626 | 11,627 | 14,151 | 23,574 | 15,128 | 11,583 | 13,925 | 45,687 | 48,351 | 59,531 | 62,672 | 64,210 |
| Depreciation and amortization | 2,745 | 2,739 | 2,665 | 2,754 | 2,739 | 2,739 | 2,739 | 2,739 | 2,739 | 2,739 | 2,739 | 2,739 | 10,505 | 10,157 | 10,903 | 10,956 | 10,956 |
| Share-based compensation expense | 1,296 | 1,348 | 1,351 | 1,345 | 1,345 | 1,345 | 1,345 | 1,345 | 1,345 | 1,345 | 1,345 | 1,345 | 4,210 | 4,840 | 5,340 | 5,380 | 5,380 |
| Deferred income tax expense | (33,737) | (498) | 1,126 | 519 | | | | | | | | | 4,938 | 5,996 | (32,590) | 0 | 0 |
| Other, net | (11) | (146) | (259) | (34) | | | | | | | | | (166) | (444) | 0 | 0 | 0 |
| **Total adjustments** | (29,707) | 3,446 | 4,883 | 4,584 | 4,084 | 4,084 | 4,084 | 4,084 | 4,084 | 4,084 | 4,084 | 4,084 | 19,653 | 20,707 | (16,791) | 16,336 | 16,336 |
| Accounts receivable, net | (5,570) | 9,093 | 233 | (9,078) | 7,884 | (1,859) | 971 | (4,283) | 4,226 | (1,828) | 1,358 | (4,478) | 1,095 | (2,093) | (5,322) | 2,713 | (722) |
| Inventories | 434 | (3,241) | 1,693 | 1,942 | (1,713) | (75) | (257) | (289) | 263 | (53) | (141) | (355) | 217 | (2,723) | 828 | (2,314) | (286) |
| Vendor non-trade receivables | (9,660) | 19,375 | (4,179) | (13,546) | 7,886 | 2,000 | (2,000) | (8,000) | 8,000 | 2,000 | (2,000) | (7,000) | (51) | (4,254) | (8,010) | (104) | 1,000 |
| Other current and non-current assets | (197) | (856) | 988 | (358) | | | | | | | | | 1,090 | (5,318) | (423) | 1,000 | 0 |
| Accounts payable | 14,588 | (27,808) | 2,081 | 20,314 | 805 | (13,034) | 2,354 | 12,212 | 1,851 | (14,015) | 1,483 | 13,339 | 1,791 | 9,618 | 9,175 | 2,338 | 2,659 |
| Deferred revenue | 791 | (313) | (591) | 59 | (600) | (139) | 24 | 119 | 691 | (234) | (173) | 145 | 1,554 | (626) | (44) | (595) | 729 |
| Other current and non-current liabilities | 37,549 | 1,609 | (2,149) | 1,481 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | (2,104) | (154) | 38,490 | 400 | 400 |
| **Total changes in operating assets and liabilities** | 37,935 | (2,141) | (1,914) | 814 | 14,372 | (13,007) | 1,192 | (120) | 15,431 | (14,030) | 627 | 1,751 | 484 | (5,550) | 34,694 | 2,437 | 3,780 |
| **Cash generated by operating activities** | 28,293 | 15,130 | 14,488 | 19,523 | 40,725 | 5,702 | 16,903 | 18,114 | 43,089 | 5,182 | 16,295 | 19,760 | 65,824 | 63,598 | 77,434 | 81,444 | 84,326 |
| | | | | | | | | | | | | | | | | | |
| **Investing Activities** | | | | | | | | | | | | | | | | | |
| Purchase of marketable securities | (41,272) | (7,177) | (7,684) | (15,223) | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | (142,428) | (159,486) | (71,356) | 80,000 | 80,000 |
| Proceeds from maturities of marketable securities | 30,846 | 39,977 | 17,078 | 15,815 | | | | | | | | | 111,794 | 126,339 | 103,719 | | |
| Purchase of long-term investments | | | | | | | | | | | | | | | | | |
| Purchase of PP&E | (2,810) | (4,195) | (3,267) | (3,041) | (3,625) | (3,625) | (3,625) | (3,625) | (3,625) | (3,625) | (3,625) | (3,625) | (12,734) | (12,451) | (13,313) | (14,500) | (14,500) |
| Proceeds from sales of equity instruments | | | | | | | | | | | | | | | | | |
| Payments for intangible assets | (154) | (151) | (126) | (290) | | | | | | | | | (814) | (344) | (721) | | |
| Other | 200 | 256 | (2,054) | (262) | | | | | | | | | (1,795) | (504) | (2,263) | | |
| **Cash used in investing activities** | (13,590) | 28,710 | 3,947 | (5,001) | 16,375 | 16,375 | 16,375 | 16,375 | 16,375 | 16,375 | 16,375 | 16,375 | (45,977) | (46,446) | 16,066 | 65,500 | 65,500 |
| | | | | | | | | | | | | | | | | | |
| **Financing Activities** | | | | | | | | | | | | | | | | | |
| Proceeds from issuance of common stock | | 327 | 1 | 341 | | | | | | | | | 495 | 555 | 669 | | |
| Excess tax benefits from equity awards | | | | | | | | | | | | | 407 | 627 | | | |
| Dividends | (3,338) | (3,190) | (3,653) | (3,530) | (3,466) | (3,383) | (3,816) | (3,734) | (3,174) | (3,011) | (3,482) | (3,398) | (12,150) | (12,769) | (13,712) | (14,410) | (13,154) |
| Repurchase of common stock | (10,095) | (20,783) | | (19,104) | (22,500) | (22,500) | (22,500) | (22,500) | (22,500) | (22,500) | (22,500) | (22,500) | (29,722) | (32,738) | (72,738) | (90,000) | (90,000) |
| Proceeds from issuance of debt, net | 6,971 | | | 500 | | | | | | | | | 22,454 | 28,662 | 6,969 | | |
| Other | 1 | | (6,511) | (27) | | | | | | | | | (1,967) | (1,978) | (8,537) | | |
| **Cash used in financing activities** | (7,501) | (28,272) | (31,523) | (22,580) | (26,116) | (25,743) | (26,468) | (26,084) | (25,824) | (25,451) | (26,132) | (25,748) | (20,483) | (17,347) | (87,876) | (104,410) | (103,154) |
| | | | | | | | | | | | | | | | | | |
| Cash increase (decrease) | 7,202 | 17,568 | (13,088) | (6,058) | 30,984 | (3,665) | 6,810 | 8,406 | 33,641 | (3,894) | 6,538 | 10,387 | (636) | (195) | 5,624 | 42,534 | 46,672 |
| Cash - Beginning | 20,289 | 27,491 | 45,059 | 31,971 | 25,913 | 56,897 | 53,232 | 60,042 | 68,447 | 102,088 | 98,195 | 104,733 | 21,173 | 20,537 | 20,342 | 25,966 | 68,500 |
| Cash - End | 27,491 | 45,059 | 31,971 | 25,913 | 56,897 | 53,232 | 60,042 | 68,447 | 102,088 | 98,195 | 104,733 | 115,120 | 20,537 | 20,342 | 25,966 | 68,500 | 115,173 |

Source:  Company reports and BMO Capital Markets estimates.

**BMO** Capital Markets

**Exhibit 9**



Source: FactSet, BMO Capital Markets

## IMPORTANT DISCLOSURES

### Analyst's Certification

I, Tim Long, hereby certify that the views expressed in this report accurately reflect my personal views about the subject securities or issuers. I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

Analysts who prepared this report are compensated based upon (among other factors) the overall profitability of BMO Capital Markets and their affiliates, which includes the overall profitability of investment banking services. Compensation for research is based on effectiveness in generating new ideas and in communication of ideas to clients, performance of recommendations, accuracy of earnings estimates, and service to clients.

Analysts employed by BMO Nesbitt Burns Inc. and/or BMO Capital Markets Limited are not registered as research analysts with FINRA. These analysts may not be associated persons of BMO Capital Markets Corp. and therefore may not be subject to the FINRA Rule 2241 and 2242 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

### Company Specific Disclosures

Disclosure 1: BMO Capital Markets has undertaken an underwriting liability with respect to Apple within the past 12 months.

Disclosure 2: BMO Capital Markets has provided investment banking services with respect to Apple within the past 12 months.

Disclosure 3: BMO Capital Markets has managed or co-managed a public offering of securities with respect to Apple within the past 12 months.

Disclosure 4: BMO Capital Markets or an affiliate has received compensation for investment banking services from Apple within the past 12 months.

Disclosure 6A: Apple is a client (or was a client) of BMO Nesbitt Burns Inc., BMO Capital Markets Corp., BMO Capital Markets Limited or an affiliate within the past 12 months: A) Investment Banking Services

Disclosure 9B: BMO Capital Markets makes a market in Apple in United States.

### Methodology and Risks to Target Price/Valuation for Apple (AAPL-NSDQ)

**Methodology:** Our target price of $213 assumes the stock trades to 15x our CY2019 EPS estimate.

**Risks:** Risks to our target price include iPhone units and mix, lack of growth from new products like Watch, Pay, and Music, and hits to ASP and operating margins.

### Distribution of Ratings (November 01, 2018)

| Rating category | BMO rating | BMOCM US Universe* | BMOCM US IB Clients** | BMOCM US IB Clients*** | BMOCM Universe**** | BMOCM IB Clients***** | StarMine Universe~ |
|---|---|---|---|---|---|---|---|
| Buy | Outperform | 46.7 % | 27.6 % | 55.1 % | 50.4 % | 61.1 % | 57.7% |
| Hold | Market Perform | 50.8 % | 20.1 % | 43.5 % | 47.3 % | 38.1 % | 37.7% |
| Sell | Underperform | 2.5 % | 13.3 % | 1.4 % | 2.3 % | 0.8 % | 4.6% |

* Reflects rating distribution of all companies covered by BMO Capital Markets Corp. equity research analysts.

 **Capital Markets**

**Exhibit 9**

** Reflects rating distribution of all companies from which BMO Capital Markets Corp. has received compensation for Investment Banking services as percentage within ratings category.

*** Reflects rating distribution of all companies from which BMO Capital Markets Corp. has received compensation for Investment Banking services as percentage of Investment Banking clients.

**** Reflects rating distribution of all companies covered by BMO Capital Markets equity research analysts.

***** Reflects rating distribution of all companies from which BMO Capital Markets has received compensation for Investment Banking services as percentage of Investment Banking clients.

~ As of October 4, 2018.

**Ratings Key (as of October 2016)**

We use the following ratings system definitions:
OP = Outperform - Forecast to outperform the analyst's coverage universe on a total return basis;
Mkt = Market Perform - Forecast to perform roughly in line with the analyst's coverage universe on a total return basis;
Und = Underperform - Forecast to underperform the analyst's coverage universe on a total return basis;
(S) = Speculative investment;
Spd = Suspended - Coverage and rating suspended until coverage is reinstated;
NR = No Rated - No rating at this time; and
R = Restricted - Dissemination of research is currently restricted.

BMO Capital Markets' seven Top 15 lists guide investors to our best ideas according to different objectives (CDN Large Cap, CDN Small Cap, US Large Cap, US Small Cap, Income, CDN Quant, and US Quant have replaced the Top Pick rating).

**Prior BMO Capital Markets Rating System**

**(April 2013 - October 2016)**
http://researchglobal.bmocapitalmarkets.com/documents/2013/rating_key_2013_to_2016.pdf

**(January 2010 - April 2013)**
http://researchglobal.bmocapitalmarkets.com/documents/2013/prior_rating_system.pdf

**Other Important Disclosures**

For Important Disclosures on the stocks discussed in this report, please go to http://researchglobal.bmocapitalmarkets.com/Public/Company_Disclosure_Public.aspx or write to Editorial Department, BMO Capital Markets, 3 Times Square, New York, NY 10036 or Editorial Department, BMO Capital Markets, 1 First Canadian Place, Toronto, Ontario, M5X 1H3.

**Dissemination of Research**

Dissemination of BMO Capital Markets Equity Research is available via our website https://research-ca.bmocapitalmarkets.com/Public/Secure/Login.aspx?ReturnUrl=/Member/Home/ResearchHome.aspx. Institutional clients may also receive our research via Thomson Reuters, Bloomberg, FactSet, and Capital IQ. Research reports and other commentary are required to be simultaneously disseminated internally and externally to our clients. Research coverage of licensed cannabis producers is made available only to North American, Australian, and EU-based BMO Nesbitt Burns Inc., BMO Capital Markets Limited, and BMO Capital Markets Corp. clients solely via email distribution.

~ Research distribution and approval times are provided on the cover of each report. Times are approximations as system and distribution processes are not exact and can vary based on the sender and recipients' services. Unless otherwise noted, times are Eastern Standard and when two times are provided, the approval time precedes the distribution time.

BMO Capital Markets may use proprietary models in the preparation of reports. Material information about such models may be obtained by contacting the research analyst directly. There is no planned frequency of updates to this report.

For recommendations disseminated during the preceding 12-month period, please visit:
https://researchglobal.bmocapitalmarkets.com/Public/Company_Disclosure_Public.aspx

**General Disclaimer**

"BMO Capital Markets" is a trade name used by the BMO Investment Banking Group, which includes the wholesale arm of Bank of Montreal and its subsidiaries BMO Nesbitt Burns Inc., BMO Capital Markets Limited in the U.K. and BMO Capital Markets Corp. in the U.S. BMO Nesbitt Burns Inc., BMO Capital Markets Limited and BMO Capital Markets Corp are affiliates. Bank of Montreal or its subsidiaries ("BMO Financial Group") has lending arrangements with, or provide other remunerated services to, many issuers covered by BMO Capital Markets. The opinions, estimates and projections contained in this report are those of BMO Capital Markets as of the date of this report and are subject to change without notice. BMO Capital Markets endeavours to ensure that the contents have been compiled or derived from sources that we believe are reliable and contain information and opinions that are accurate and complete. However, BMO Capital Markets makes no representation or warranty, express or implied, in respect thereof, takes no responsibility for any errors and omissions contained herein and accepts no liability whatsoever for any loss arising from any use of, or reliance on, this report or its contents. Information may be available to BMO Capital Markets or its affiliates that is not reflected in this report. The information in this report is not intended to be used as the primary basis of investment decisions, and because of individual client objectives, should not be construed as advice designed to meet the particular investment needs of any investor. Nothing herein constitutes any investment, legal, tax or other advice nor is it to be relied on in any investment or decision. If you are in doubt about any



**Exhibit 9**

of the contents of this document, the reader should obtain independent professional advice. This material is for information purposes only and is not an offer to sell or the solicitation of an offer to buy any security. BMO Capital Markets or its affiliates will buy from or sell to customers the securities of issuers mentioned in this report on a principal basis. BMO Capital Markets or its affiliates, officers, directors or employees have a long or short position in many of the securities discussed herein, related securities or in options, futures or other derivative instruments based thereon. The reader should assume that BMO Capital Markets or its affiliates may have a conflict of interest and should not rely solely on this report in evaluating whether or not to buy or sell securities of issuers discussed herein.

**Additional Matters**

This report is directed only at entities or persons in jurisdictions or countries where access to and use of the information is not contrary to local laws or regulations. Its contents have not been reviewed by any regulatory authority. BMO Capital Markets does not represent that this report may be lawfully distributed or that any financial products may be lawfully offered or dealt with, in compliance with regulatory requirements in other jurisdictions, or pursuant to an exemption available thereunder.

To Australian residents: BMO Capital Markets Limited is exempt from the requirement to hold an Australian financial services licence under the Corporations Act and is regulated by the UK Financial Conduct Authority under UK laws, which differ from Australian laws. This document is only intended for wholesale clients (as defined in the Corporations Act 2001) and Eligible Counterparties or Professional Clients (as defined in Annex II to MiFID II).

To Canadian Residents: BMO Nesbitt Burns Inc. furnishes this report to Canadian residents and accepts responsibility for the contents herein subject to the terms set out above. Any Canadian person wishing to effect transactions in any of the securities included in this report should do so through BMO Nesbitt Burns Inc.

The following applies if this research was prepared in whole or in part by Andrew Breichmanas, Colin Hamilton, Alexander Pearce, David Round or Edward Sterck: This research is not prepared subject to Canadian disclosure requirements. This research is prepared by BMO Capital Markets Limited and subject to the regulations of the Financial Conduct Authority (FCA) in the United Kingdom. FCA regulations require that a firm providing research disclose its ownership interest in the issuer that is the subject of the research if it and its affiliates own 5% or more of the equity of the issuer. Canadian regulations require that a firm providing research disclose its ownership interest in the issuer that is the subject of the research if it and its affiliates own 1% or more of the equity of the issuer that is the subject of the research. Therefore BMO Capital Markets Limited will disclose its and its affiliates' ownership interest in the subject issuer only if such ownership exceeds 5% of the equity of the issuer.

To E.U. Residents: In an E.U. Member State this document is issued and distributed by BMO Capital Markets Limited which is authorised and regulated in the UK and operates in the E.U. on a passported basis. This document is only intended for Eligible Counterparties or Professional Clients, as defined in Annex II to "Markets in Financial Instruments Directive" 2014/65/EU ("MiFID II").

Singapore: This disclaimer applies to research reports distributed by the Private Banking unit of Bank of Montreal, Singapore Branch ("BMO SG"), an exempt financial adviser under the Financial Advisers Act (Cap. 110) of Singapore ("FAA") only. This research report is prepared by BMO Capital Markets and distributed by BMO SG pursuant to an arrangement under regulation 32C of the Financial Advisers Regulations of Singapore. This research report is distributed by BMO SG solely to persons who qualify as accredited investors as defined in the FAA only, and is not intended for and may not be circulated to the general public. This report and any information contained in this report shall not be disclosed to any other person. If you are not an accredited investor, please disregard this report. BMO SG does not accept legal responsibility for the contents of the report. Recipients should contact BMO SG at 65-6535 2323 for matters arising from, or in connection with the report.

To U.S. Residents: BMO Capital Markets Corp. furnishes this report to U.S. residents and accepts responsibility for the contents herein, except to the extent that it refers to securities of Bank of Montreal. Any U.S. person wishing to effect transactions in any security discussed herein should do so through BMO Capital Markets Corp.

To U.K. Residents: In the UK this document is published by BMO Capital Markets Limited which is authorised and regulated by the Financial Conduct Authority. The contents hereof are intended solely for the use of, and may only be issued or passed on to, (I) persons who have professional experience in matters relating to investments falling within Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "Order") or (II) high net worth entities falling within Article 49(2)(a) to (d) of the Order (all such persons together referred to as "relevant persons"). The contents hereof are not intended for the use of and may not be issued or passed on to retail clients.

These documents are provided to you on the express understanding that they must be held in complete confidence and not republished, retransmitted, distributed, disclosed, or otherwise made available, in whole or in part, directly or indirectly, in hard or soft copy, through any means, to any person, except with the prior written consent of BMO Capital Markets.

Click here for data vendor disclosures when referenced within a BMO Capital Markets research document.



**Exhibit 9**

**ADDITIONAL INFORMATION IS AVAILABLE UPON REQUEST**

BMO Financial Group (NYSE, TSX: BMO) is an integrated financial services provider offering a range of retail banking, wealth management, and investment and corporate banking products. BMO serves Canadian retail clients through BMO Bank of Montreal and BMO Nesbitt Burns. In the United States, personal and commercial banking clients are served by BMO Harris Bank N.A., (Member FDIC). Investment and corporate banking services are provided in Canada and the US through BMO Capital Markets.

BMO Capital Markets is a trade name used by BMO Financial Group for the wholesale banking businesses of Bank of Montreal, BMO Harris Bank N.A, (Member FDIC), BMO Ireland Plc, and Bank of Montreal (China) Co. Ltd. and the institutional broker dealer businesses of BMO Capital Markets Corp. (Member FINRA and SIPC) in the U.S., BMO Nesbitt Burns Inc. (Member Canadian Investor Protection Fund) in Canada, Europe, and Asia, BMO Capital Markets Limited in Europe and Australia and BMO Advisors Private Limited in India.

® Registered trademark of Bank of Montreal in the United States, Canada and elsewhere.

TM Trademark Bank of Montreal

©COPYRIGHT 2018 BMO CAPITAL MARKETS CORP.

A member of **BMO** Financial Group

# NOMURA

**Exhibit 9**

## Asia Apple supply chain

**EQUITY:** HANDSETS

## Implications of Apple's 4QFY18 results

## Quick Note

**Global Markets Research**

2 November 2018

**Research analysts**

Asia Technology

**Anne Lee, CFA - NITB**
anne.lee@nomura.com
+886 2 2176 9966

**Martin Lee - NITB**
martin.lee@nomura.com
+886 2 2176 9963

### Event: Sep-Q sales slightly beat; Dec-Q guidance slightly miss

Apple (AAPL US, Neutral; covered by Jeffrey Kvaal, Instinet, LLC) released 4QFY18 (Sep-Q) results, with revenue of USD62.9bn (+18% q-q, +20% y-y; Fig. 2) and EPS up 41% y-y. Sep-Q sales surpassed the high end of its own guidance range of USD60-62bn (Fig. 1). We note that sales grew y-y across all regions, with Americas +19%, Europe +18% and Greater China +16% y-y. **The y-y revenue growth was mainly driven by: 1) higher-than-expected iPhone ASP (+28% y-y); 2) strong service revenue (+27% y-y excluding a one-time favourable accounting adjustment last year); and 3) strong wearables revenue growth (over 50% y-y).**

4QFY18 **iPhone** shipments of 46.9mn units (+14% q-q, flat y-y; Fig. 3) were slightly below the latest FactSet consensus expectation of ~48mn units (Nomura's estimate: 47mn units), and iPhone ASP was up 28% y-y (+10% q-q) to USD793 (vs. consensus USD729), as Apple started to sell higher-priced iPhones XS/XS Max vs lower-priced iPhone 8/8+ last year.

**iPad** shipments decreased by 6% y-y to 9.7mn units, and revenue was down 15% y-y to USD4.1bn, with a 10% ASP decrease y-y. **Mac** revenue was USD7.4bn (up 3% y-y), with unit shipments of 5.3mn (+42% q-q, -2% y-y). **Wearables** revenue (including Watch, Beats, AirPods) grew over 50% y-y.

**1QFY19 (Dec-Q) revenue guidance** of USD89-93bn (+45% q-q, +3% y-y at the midpoint; Fig. 4) was slightly below consensus of USD92.9bn, and its GM guidance of 38-38.5% was also slightly behind Street expectation of 38.6%. Dec-Q guidance implies roughly 67-76mn units of iPhones, depending on the level of ASP (eg, USD825-875), versus recent market projections of 78mn units for Dec-Q. Apple's share price was down over 6% after market close, likely due to a slight shortfall on iPhone unit sales in 4QFY18 and decreased transparency on device unit sales going forward.

### Supply chain implications: Likely emphasising "value" more than "units" in the future

- We think Apple's results and reporting change (no longer providing device unit sales) show that the company is putting more emphasis on value growth than on unit growth. This is slightly negative for the supply chain, in our view. Apple's supply chain could benefit from higher BOM costs from adding new functions/upgrading specs, but if unit scale declines, it could hurt existing large suppliers or lead to longer payback periods for new investments. This could also mean more uneven seasonality between peak season and low season, which is also not positive for the supply chain.

- **iPhone:** In our view, this year's new iPhone momentum is front-end loaded, not only because Apple sells higher-price devices first, but also the component pull-in has been more aggressive in the beginning of the cycle to ensure sufficient supply. Hence, we have seen most iPhone suppliers reporting strong 3QCY18 results (many grew sales/earnings by double digits y-y), and provide healthy 4QCY18 outlooks (moderate q-q growth, but y-y sales growth slowing down, or becoming slightly negative,

Production Complete: 2018-11-02 02:18 UTC

See Appendix A-1 for analyst certification, important disclosures and the status of non-US analysts.

**Page 380**

**Exhibit 9**

given the high base in 4QCY17). We maintain our view that 2HCY18 new iPhone production volume will be ~80-85m units, and roughly half of the volume is XR. Most of the suppliers believe 1HCY19F will be healthier (y-y sales/earnings growth from a low base) than 1HCY18 (severe iPhone X order cuts). However, given the rising macro uncertainties (vs no big change on iPhone production in the past month), we are getting more cautious on the 1HCY19F supply chain outlook.

- **iPad and Mac:** The new iPad Pros (11" and 12.9") and Macbook Air were announced on 31 Oct, with most specs in line with expectations but with higher selling prices. Usually, component suppliers benefit, both in terms of volume and ASP, in the launch quarter of higher-end products.

- **Wearables** sales continued to be a bright spot in Apple results, and the new Watch 4 has received good user feedback so far. This could bring some volume upside to the Watch segment. The refreshed AirPod wasn't announced during the October event, and that was a disappointment. We believe the new AirPod may come in early 2019.

- We think **non-iPhone** plays may have more near-term positive catalysts – 1) beneficiaries of new iPad and Macbook: Parade (4966 TT, Buy, covered by Aaron Jeng), and Radiant (6176 TT, Neutral). 2) Apple Watch beneficiary: USI (601231 CH, Buy, covered by Aaron Jeng and Donnie Teng).

- **iPhone plays** – some of them have reported good 3QCY18 results, and may see sales peaking soon in Oct-Nov. We still prefer beneficiaries of LCD iPhone XR: Catcher (2474 TT, Buy), Chipbond (6147 TT, Buy; covered by Aaron Jeng).

- We remain positive on high-quality suppliers (even if they lack immediate catalysts), such as Luxshare (002475 CH, Buy, market share gain in antenna, acoustic and haptics), Largan (3008 TT, Buy, optical tri-cam story), and ZDT (4958 TT, Buy, optical and antenna upgrade and cheap valuation), by year-end year, when we have better visibility on the macro situation and 2019 new product line-ups.

2 November 2018

**Exhibit 9** 

**Fig. 1: Apple – 4QFY18 results vs consensus and guidance**

|  | FY4Q18 | Consensus | Diff% | Guidance | Diff% |
|---|---|---|---|---|---|
| Revenue | 62.9 | 61.4 | 2.4% | 61.0 | 3.1% |
| Gross margin | 38.3% | 38.3% | 0ppt | 38.3% | 0ppt |
| Operating income | 16.1 | 15.5 | 4.0% | 15.3 | 5.1% |
| Net income | 14.1 | 13.5 | 4.7% | 13.3 | 6.3% |
| EPS | 2.91 | 2.78 | 4.8% | | |

Source: Company data, Bloomberg, Nomura research

**Fig. 2: Apple – 4QFY18 results**

| Results ($bn) | FY4Q18 | FY3Q18 | QoQ | FY4Q17 | YoY |
|---|---|---|---|---|---|
| Revenue | 62.9 | 53.3 | 18.1% | 52.6 | 19.6% |
| Gross margin | 38.3% | 38.3% | 0ppt | 37.9% | 0.4ppt |
| Operating income | 16.1 | 12.6 | 27.8% | 13.1 | 22.9% |
| Net income | 14.1 | 11.5 | 22.6% | 10.7 | 31.8% |
| EPS | 2.91 | 2.34 | 24.4% | 2.07 | 40.6% |

Source: Company data, Nomura research

**Fig. 3: Apple – product shipments**

|  | FY4Q18 | Nomura (N) | (A) vs. (N) | QoQ (A) | YoY (A) |
|---|---|---|---|---|---|
| iPhone | 46.9 | 47.0 | 0% | 14% | 0% |
| iPad | 9.7 | 10.4 | -7% | -16% | -6% |
| Macs | 5.3 | 4.7 | 14% | 42% | -2% |

Source: Company data, Nomura estimates

**Fig. 4: Apple – 1QFY19 guidance**

| FY1Q19F ($bn) | Guidance (G) | Consensus (C) | (G) vs. (C) | QoQ (G) | QoQ (C) |
|---|---|---|---|---|---|
| Revenue | 91.0 | 92.7 | -1.9% | 44.7% | 47.4% |
| Gross margin | 38.3% | 38.6% | -0.4ppt | 0ppt | -0.4ppt |
| Operating income | 26.1 | 27.2 | -4.4% | 61.7% | 69.1% |
| Net income | 22.0 | 23.4 | -5.9% | 55.8% | 65.6% |

Source: Company data, Bloomberg, Nomura research

2 November 2018
**Exhibit 9**

# Appendix A-1

## Analyst Certification

We, Anne Lee and Martin Lee, hereby certify (1) that the views expressed in this Research report accurately reflect our personal views about any or all of the subject securities or issuers referred to in this Research report, (2) no part of our compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this Research report and (3) no part of our compensation is tied to any specific investment banking transactions performed by Nomura Securities International, Inc., Nomura International plc or any other Nomura Group company.

### Issuer Specific Regulatory Disclosures

The terms "Nomura" and "Nomura Group" used herein refers to Nomura Holdings, Inc. and its affiliates and subsidiaries, including Nomura Securities International, Inc. ('NSI') and Instinet, LLC('ILLC'), U. S. registered broker dealers and members of SIPC.

#### Materially mentioned issuers

| Issuer | Ticker | Price | Price date | Stock rating | Previous rating | Date of change | Sector rating |
|--------|--------|-------|------------|--------------|-----------------|----------------|---------------|
| Luxshare Precision | 002475 CH | CNY 16.51 | 01-Nov-2018 | Buy | Rating Suspended | 03-May-2018 | N/A |
| Catcher Technology | 2474 TT | TWD 303.0 | 01-Nov-2018 | Buy | Neutral | 23-Jan-2017 | N/A |
| Largan Precision | 3008 TT | TWD 3,335.0 | 01-Nov-2018 | Buy | Neutral | 05-Nov-2012 | N/A |
| Zhen Ding Technology Holding | 4958 TT | TWD 72.9 | 01-Nov-2018 | Buy | Neutral | 23-Oct-2017 | N/A |
| Parade Technologies | 4966 TT | TWD 438.0 | 01-Nov-2018 | Buy | Not Rated | 19-Mar-2018 | N/A |
| Universal Scientific Industrial (Shanghai) | 601231 CH | CNY 10.07 | 01-Nov-2018 | Buy | Neutral | 25-Sep-2017 | N/A |
| Chipbond Technology Corporation | 6147 TT | TWD 61.1 | 01-Nov-2018 | Buy | Neutral | 22-Oct-2017 | N/A |
| Radiant Opto-Electronics Corp | 6176 TT | TWD 80.4 | 01-Nov-2018 | Neutral | Reduce | 29-Nov-2017 | N/A |
| Apple Inc. | AAPL US | USD 222.22 | 01-Nov-2018 | Neutral | Buy | 19-Dec-2017 | Not rated |

## Important Disclosures
### Online availability of research and conflict-of-interest disclosures
Nomura Group research is available on www.nomuranow.com/research, Bloomberg, Capital IQ, Factset, Reuters and ThomsonOne. Important disclosures may be read at http://go.nomuranow.com/research/globalresearchportal/pages/disclosures/disclosures.aspx or requested from Nomura Securities International, Inc., or Instinet, LLC on 1-877-865-5752. If you have any difficulties with the website, please email grpsupport@nomura.com for help.

The analysts responsible for preparing this report have received compensation based upon various factors including the firm's total revenues, a portion of which is generated by Investment Banking activities. Unless otherwise noted, the non-US analysts listed at the front of this report are not registered/qualified as research analysts under FINRA rules, may not be associated persons of NSI or ILLC, and may not be subject to FINRA Rule 2241 restrictions on communications with covered companies, public appearances, and trading securities held by a research analyst account.

Nomura Global Financial Products Inc. ("NGFP") Nomura Derivative Products Inc. ("NDPI") and Nomura International plc. ("NIplc") are registered with the Commodities Futures Trading Commission and the National Futures Association (NFA) as swap dealers. NGFP, NDPI, and NIplc are generally engaged in the trading of swaps and other derivative products, any of which may be the subject of this report.

### Distribution of ratings (Nomura Group)
The distribution of all ratings published by Nomura Group Global Equity Research is as follows:
51% have been assigned a Buy rating which, for purposes of mandatory disclosures, are classified as a Buy rating; 42% of companies with this rating are investment banking clients of the Nomura Group*. 0% of companies (which are admitted to trading on a regulated market in the EEA) with this rating were supplied material services** by the Nomura Group.
43% have been assigned a Neutral rating which, for purposes of mandatory disclosures, is classified as a Hold rating; 54% of companies with this rating are investment banking clients of the Nomura Group*. 0% of companies (which are admitted to trading on a regulated market in the EEA) with this rating were supplied material services by the Nomura Group.
6% have been assigned a Reduce rating which, for purposes of mandatory disclosures, are classified as a Sell rating; 13% of companies with this rating are investment banking clients of the Nomura Group*. 0% of companies (which are admitted to trading on a regulated market in the EEA) with this rating were supplied material services by the Nomura Group.
As at 30 September 2018.
*The Nomura Group as defined in the Disclaimer section at the end of this report.
** As defined by the EU Market Abuse Regulation

### Distribution of ratings (Instinet, LLC)
The distribution of all ratings published by Instinet, LLC Equity Research is as follows:
56% have been assigned a Buy rating which, for purposes of mandatory disclosures, is classified as a Buy rating; Instinet LLC has provided investment banking services to 0% of companies with this rating within the previous 12 months.
41% have been assigned a Neutral rating which, for purposes of mandatory disclosures, is classified as a Hold rating; Instinet LLC has provided investment banking services to 0% of companies with this rating within the previous 12 months.
3% have been assigned a Reduce rating which, for purposes of mandatory disclosures, is classified as a Sell rating; Instinet LLC has provided investment banking services to 0% of companies with this rating within the previous 12 months.

## Definition of Nomura Group's equity research rating system and sectors

The rating system is a relative system, indicating expected performance against a specific benchmark identified for each individual stock, subject to limited management discretion. An analyst's target price is an assessment of the current intrinsic fair value of the stock based on an appropriate valuation methodology determined by the analyst. Valuation methodologies include, but are not limited to, discounted cash flow analysis, expected return on equity and multiple analysis. Analysts may also indicate expected absolute upside/downside relative to the stated target price, defined as (target price - current price)/current price.

### STOCKS

A rating of **'Buy'**, indicates that the analyst expects the stock to outperform the Benchmark over the next 12 months. A rating of **'Neutral'**, indicates that the analyst expects the stock to perform in line with the Benchmark over the next 12 months. A rating of **'Reduce'**, indicates that the analyst expects the stock to underperform the Benchmark over the next 12 months. A rating of **'Suspended'**, indicates that the rating, target price and estimates have been suspended temporarily to comply with applicable regulations and/or firm policies. Securities and/or companies that are labelled as **'Not rated'** or shown as **'No rating'** are not in regular research coverage. Investors should not expect continuing or additional information from Nomura relating to such securities and/or companies. Benchmarks are as follows: **United States/Europe/Asia ex-Japan**: please see valuation methodologies for explanations of relevant benchmarks for stocks, which can be accessed at: http://go.nomuranow.com/research/globalresearchportal/pages/disclosures/disclosures.aspx; **Global Emerging Markets (ex-Asia)**: MSCI Emerging Markets ex-Asia, unless otherwise stated in the valuation methodology; **Japan**: Russell/Nomura Large Cap.

### SECTORS

A **'Bullish'** stance, indicates that the analyst expects the sector to outperform the Benchmark during the next 12 months. A **'Neutral'** stance, indicates that the analyst expects the sector to perform in line with the Benchmark during the next 12 months. A **'Bearish'** stance, indicates that the analyst expects the sector to underperform the Benchmark during the next 12 months. Sectors that are labelled as **'Not rated'** or shown as **'N/A'** are not assigned ratings. Benchmarks are as follows: **United States**: S&P 500; **Europe**: Dow Jones STOXX 600; **Global Emerging Markets (ex-Asia):** MSCI Emerging Markets ex-Asia. **Japan/Asia ex-Japan:** Sector ratings are not assigned.

## Target Price

A Target Price, if discussed, indicates the analyst's forecast for the share price with a 12-month time horizon, reflecting in part the analyst's estimates for the company's earnings. The achievement of any target price may be impeded by general market and macroeconomic trends, and by other risks related to the company or the market, and may not occur if the company's earnings differ from estimates.

## Disclaimers

This publication contains material that has been prepared by the Nomura Group entity identified on page 1 and, if applicable, with the contributions of one or more Nomura Group entities whose employees and their respective affiliations are specified on page 1 or identified elsewhere in the publication. The term "Nomura Group" used herein refers to Nomura Holdings, Inc. and its affiliates and subsidiaries including: Nomura Securities Co., Ltd. ('NSC') Tokyo, Japan; Nomura International plc ('NIplc'), UK; Nomura Securities International, Inc. ('NSI'), New York, US; Instinet, LLC ('ILLC'); Nomura International (Hong Kong) Ltd. ('NIHK'), Hong Kong; Nomura Financial Investment (Korea) Co., Ltd. ('NFIK'), Korea (Information on Nomura analysts registered with the Korea Financial Investment Association ('KOFIA') can be found on the KOFIA Intranet at http://dis.kofia.or.kr); Nomura Singapore Ltd. ('NSL'), Singapore (Registration number 197201440E, regulated by the Monetary Authority of Singapore); Nomura Australia Ltd. ('NAL'), Australia (ABN 48 003 032 513), regulated by the Australian Securities and Investment Commission ('ASIC') and holder of an Australian financial services licence number 246412; PT Nomura Sekuritas Indonesia ('PTNSI'); Nomura Securities Malaysia Sdn. Bhd. ('NSM'), Malaysia; NIHK, Taipei Branch ('NITB'); Taiwan; Nomura Financial Advisory and Securities (India) Private Limited ('NFASL'), Mumbai, India (Registered Address: Ceejay House, Level 11, Plot F, Shivsagar Estate, Dr. Annie Besant Road, Worli, Mumbai- 400 018, India; Tel: +91 22 4037 4037, Fax: +91 22 4037 4111; CIN No: U74140MH2007PTC169116, SEBI Registration No. for Stock Broking activities : BSE INB011299000, NSE INB231299034, INF231299034, INE 231299034, MCX: INE261299034; SEBI Registration No. for Merchant Banking : INM000011419; SEBI Registration No. for Research: INH000001014 and NIplc, Madrid Branch ('NIplc, Madrid'). 'CNS Thailand' next to an analyst's name on the front page of a research report indicates that the analyst is employed by Capital Nomura Securities Public Company Limited ('CNS') to provide research assistance services to NSL under an agreement between CNS and NSL. 'NSFSPL' next to an employee's name on the front page of a research report indicates that the individual is employed by Nomura Structured Finance Services Private Limited to provide assistance to certain Nomura entities under inter-company agreements. The "BDO-NS" (which stands for "BDO Nomura Securities, Inc.") placed next to an analyst's name on the front page of a research report indicates that the analyst is employed by BDO Unibank Inc. ("BDO Unibank") who has been seconded to BDO-NS, to provide research assistance services to NSL under an agreement between BDO Unibank, NSL and BDO-NS. BDO-NS is a Philippines securities dealer, which is a joint venture between BDO Unibank and the Nomura Group.

THIS MATERIAL IS: (I) FOR YOUR PRIVATE INFORMATION, AND WE ARE NOT SOLICITING ANY ACTION BASED UPON IT; (II) NOT TO BE CONSTRUED AS AN OFFER TO SELL OR A SOLICITATION OF AN OFFER TO BUY ANY SECURITY IN ANY JURISDICTION WHERE SUCH OFFER OR SOLICITATION WOULD BE ILLEGAL; AND (III) OTHER THAN DISCLOSURES RELATING TO THE NOMURA GROUP, BASED UPON INFORMATION FROM SOURCES THAT WE CONSIDER RELIABLE, BUT HAS NOT BEEN INDEPENDENTLY VERIFIED BY NOMURA GROUP.

Other than disclosures relating to the Nomura Group, the Nomura Group does not warrant or represent that the document is accurate, complete, reliable, fit for any particular purpose or merchantable and does not accept liability for any act (or decision not to act) resulting from use of this document and related data. To the maximum permissible all warranties and other assurances by the Nomura Group are hereby excluded and the Nomura Group shall have no liability for the use, misuse, or distribution of this information.

Opinions or estimates expressed are current opinions as of the original publication date appearing on this material and the information, including the opinions and estimates contained herein, are subject to change without notice. The Nomura Group is under no duty to update this document. Any comments or statements made herein are those of the author(s) and may differ from views held by other parties within Nomura Group. Clients should consider whether any advice or recommendation in this report is suitable for their particular circumstances and, if appropriate, seek professional advice, including tax advice. The Nomura Group does not provide tax advice.

The Nomura Group, and/or its officers, directors and employees, may, to the extent permitted by applicable law and/or regulation, deal as principal, agent, or otherwise, or have long or short positions in, or buy or sell, the securities, commodities or instruments, or options or other derivative instruments based thereon, of issuers or securities mentioned herein. The Nomura Group companies may also act as market maker or liquidity provider (within the meaning of applicable regulations in the UK) in the financial instruments of the issuer. Where the activity of market maker is carried out in accordance with the definition given to it by specific laws and regulations of the US or other jurisdictions, this will be separately disclosed within the specific issuer disclosures.

This document may contain information obtained from third parties, including ratings from credit ratings agencies such as Standard & Poor's. Reproduction and distribution of third-party content in any form is prohibited except with the prior written permission of the related third-party. Third-party content providers do not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and


Exhibit 9

are not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such content. Third-party content providers give no express or implied warranties, including, but not limited to, any warranties of merchantability or fitness for a particular purpose or use. Third-party content providers shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of their content, including ratings. Credit ratings are statements of opinions and are not statements of fact or recommendations to purchase hold or sell securities. They do not address the suitability of securities or the suitability of securities for investment purposes, and should not be relied on as investment advice.

Any MSCI sourced information in this document is the exclusive property of MSCI Inc. ('MSCI'). Without prior written permission of MSCI, this information and any other MSCI intellectual property may not be reproduced, re-disseminated or used to create any financial products, including any indices. This information is provided on an "as is" basis. The user assumes the entire risk of any use made of this information. MSCI, its affiliates and any third party involved in, or related to, computing or compiling the information hereby expressly disclaim all warranties of originality, accuracy, completeness, merchantability or fitness for a particular purpose with respect to any of this information. Without limiting any of the foregoing, in no event shall MSCI, any of its affiliates or any third party involved in, or related to, computing or compiling the information have any liability for any damages of any kind. MSCI and the MSCI indexes are services marks of MSCI and its affiliates.

The intellectual property rights and any other rights, in Russell/Nomura Japan Equity Index belong to Nomura Securities Co., Ltd. ("Nomura") and Frank Russell Company ("Russell"). Nomura and Russell do not guarantee accuracy, completeness, reliability, usefulness, marketability, merchantability or fitness of the Index, and do not account for business activities or services that any index user and/or its affiliates undertakes with the use of the Index.

Investors should consider this document as only a single factor in making their investment decision and, as such, the report should not be viewed as identifying or suggesting all risks, direct or indirect, that may be associated with any investment decision. Nomura Group produces a number of different types of research product including, among others, fundamental analysis and quantitative analysis; recommendations contained in one type of research product may differ from recommendations contained in other types of research product, whether as a result of differing time horizons, methodologies or otherwise. The Nomura Group publishes research product in a number of different ways including the posting of product on the Nomura Group portals and/or distribution directly to clients. Different groups of clients may receive different products and services from the research department depending on their individual requirements.

Figures presented herein may refer to past performance or simulations based on past performance which are not reliable indicators of future performance. Where the information contains an indication of future performance, such forecasts may not be a reliable indicator of future performance. Moreover, simulations are based on models and simplifying assumptions which may oversimplify and not reflect the future distribution of returns. Any figure, strategy or index created and published for illustrative purposes within this document is not intended for "use" as a "benchmark" as defined by the European Benchmark Regulation.

Certain securities are subject to fluctuations in exchange rates that could have an adverse effect on the value or price of, or income derived from, the investment.

With respect to Fixed Income Research: Recommendations fall into two categories: tactical, which typically last up to three months; or strategic, which typically last from 6-12 months. However, trade recommendations may be reviewed at any time as circumstances change. 'Stop loss' levels for trades are also provided; which, if hit, closes the trade recommendation automatically. Prices and yields shown in recommendations are taken at the time of submission for publication and are based on either indicative Bloomberg, Reuters or Nomura prices and yields at that time. The prices and yields shown are not necessarily those at which the trade recommendation can be implemented.

The securities described herein may not have been registered under the US Securities Act of 1933 (the '1933 Act'), and, in such case, may not be offered or sold in the US or to US persons unless they have been registered under the 1933 Act, or except in compliance with an exemption from the registration requirements of the 1933 Act. Unless governing law permits otherwise, any transaction should be executed via a Nomura entity in your home jurisdiction.

This document has been approved for distribution in the UK and European Economic Area as investment research by Nlplc. Nlplc is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. Nlplc is a member of the London Stock Exchange. This document does not constitute a personal recommendation within the meaning of applicable regulations in the UK, or take into account the particular investment objectives, financial situations, or needs of individual investors. This document is intended only for investors who are 'eligible counterparties' or 'professional clients' for the purposes of applicable regulations in the UK, and may not, therefore, be redistributed to persons who are 'retail clients' for such purposes. This document has been approved by NIHK, which is regulated by the Hong Kong Securities and Futures Commission, for distribution in Hong Kong by NIHK. This document has also been approved for distribution in Australia by NAL, which is authorized and regulated in Australia by the ASIC. This document has also been approved for distribution in Malaysia by NSM. In Singapore, this document has been distributed by NSL. NSL accepts legal responsibility for the content of this document, where it concerns securities, futures and foreign exchange, issued by their foreign affiliates in respect of recipients who are not accredited, expert or institutional investors as defined by the Securities and Futures Act (Chapter 289). Recipients of this document in Singapore should contact NSL in respect of matters arising from, or in connection with, this document. Unless prohibited by the provisions of Regulation S of the 1933 Act, this material is distributed in the US, by NSI, a US-registered broker-dealer, which accepts responsibility for its contents in accordance with the provisions of Rule 15a-6, under the US Securities Exchange Act of 1934. The entity that prepared this document permits its separately operated affiliates within the Nomura Group to make copies of such documents available to their clients.

This document has not been approved for distribution to persons other than 'Authorised Persons', 'Exempt Persons' or 'Institutions' (as defined by the Capital Markets Authority) in the Kingdom of Saudi Arabia ('Saudi Arabia') or 'professional clients' (as defined by the Dubai Financial Services Authority) in the United Arab Emirates ('UAE') or a 'Market Counterparty' or 'Business Customers' (as defined by the Qatar Financial Centre Regulatory Authority) in the State of Qatar ('Qatar') by Nomura Saudi Arabia, Nlplc or any other member of the Nomura Group, as the case may be. Neither this document nor any copy thereof may be taken or transmitted or distributed, directly or indirectly, by any person other than those authorised to do so into Saudi Arabia or in the UAE or in Qatar or to any person other than 'Authorised Persons', 'Exempt Persons' or 'Institutions' located in Saudi Arabia or 'professional clients' in the UAE or a 'Market Counterparty' or 'Business Customers' in Qatar . By accepting to receive this document, you represent that you are not located in Saudi Arabia or that you are an 'Authorised Person', an 'Exempt Person' or an 'Institution' in Saudi Arabia or that you are a 'professional client' in the UAE or a 'Market Counterparty' or 'Business Customers' in Qatar and agree to comply with these restrictions. Any failure to comply with these restrictions may constitute a violation of the laws of the UAE or Saudi Arabia or Qatar.

For Canadian Investors: This research report was approved for distribution to Canadian investors by Instinet Canada Limited ("ICL"), member of the Investment Industry Regulatory Organization of Canada ("IIROC") and member of the Canadian Investor Protection Fund. An affiliate of ICL prepared the research report (an "Affiliate Research Report") in accordance with the regulatory requirements applicable to research in the affiliate's local jurisdiction, which include conflict of interest disclosure. ICL reviewed this Affiliate Research Report for the purpose of ensuring Canadian disclosures required by IIROC are included. ICL does not receive compensation in respect of the distribution of Affiliate Research Reports. Pursuant to ICL's policies and procedures regarding the dissemination of research, ICL makes available Affiliate Research Reports to ICL clients and prospective clients only, in electronic and/or in printed form. ICL endeavours to make available and/or distribute Affiliate Research Reports to all intended recipients at the same time. This Affiliate Research Report is not a recommendation and does not take into account the investment objectives, financial situation or particular needs of any particular account.

For report with reference of TAIWAN public companies or authored by Taiwan based research analyst:

THIS DOCUMENT IS SOLELY FOR REFERENCE ONLY. You should independently evaluate the investment risks and are solely responsible for your investment decisions. NO PORTION OF THE REPORT MAY BE REPRODUCED OR QUOTED BY THE PRESS OR ANY OTHER PERSON WITHOUT WRITTEN AUTHORIZATION FROM NOMURA GROUP. Pursuant to Operational Regulations Governing Securities Firms Recommending Trades in Securities to Customers and/or other applicable laws or regulations in Taiwan, you are prohibited to provide the reports to others (including but not limited to related parties, affiliated companies and any other third parties) or engage in any activities in

2 November 2018

**Exhibit 9**

connection with the reports which may involve conflicts of interests. INFORMATION ON SECURITIES / INSTRUMENTS NOT EXECUTABLE BY NOMURA INTERNATIONAL (HONG KONG) LTD., TAIPEI BRANCH IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT BE CONSTRUED AS A RECOMMENDATION OR A SOLICITATION TO TRADE IN SUCH SECURITIES / INSTRUMENTS.

NO PART OF THIS MATERIAL MAY BE (I) COPIED, PHOTOCOPIED, OR DUPLICATED IN ANY FORM, BY ANY MEANS; OR (II) REDISTRIBUTED WITHOUT THE PRIOR WRITTEN CONSENT OF A MEMBER OF THE NOMURA GROUP. If this document has been distributed by electronic transmission, such as e-mail, then such transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this document, which may arise as a result of electronic transmission. If verification is required, please request a hard-copy version.

The Nomura Group manages conflicts with respect to the production of research through its compliance policies and procedures (including, but not limited to, Conflicts of Interest, Chinese Wall and Confidentiality policies) as well as through the maintenance of Chinese Walls and employee training.

**Additional information regarding the methodologies or models used in the production of any investment recommendations contained within this document is available upon request by contacting the Research Analysts listed on the front page. Disclosures information is available upon request and disclosure information is available at the Nomura Disclosure web page:** http://go.nomuranow.com/research/globalresearchportal/pages/disclosures/disclosures.aspx

Copyright © 2018 Nomura International (Hong Kong) Ltd. All rights reserved.

**Page 386**

(HTTPS://APPLEINSIDER.COM)

**Exhibit 9**

# iPhone XR demand reportedly forcing Apple to cut production expansion plans



*(https://appleinsider.com/editor/Malcolm+Owen) By Malcolm Owen*
*(https://appleinsider.com/editor/Malcolm+Owen)* Nov 05, 2018



Apple, after seeing allegedly poor demand for the iPhone XR, has reportedly told assembly partners Foxconn and Pegatron to stop any preparations the firms are making for new smartphone production lines specifically for the recently-launched model.

The iPhone XR, Apple's latest iPhone release from late October, has been available for only a short amount of time. While the manufacturing of major products could prompt an expansion of production to cope with increased demand, similar plans

**Page 387**

**Exhibit 9**

to do the same for the new iPhone are said to have been scrapped.

A source familiar with the situation told (https://asia.nikkei.com/Business/Companies/Apple-cancels-production-boost-for-budget-iPhone-XR-sources) *Nikkei Asian Review* "For the Foxconn side, it first prepared nearly 60 assembly lines for Apple's XR model, but recently uses only around 45 production lines, as its top customer said it does not need to manufacture that many by now."

It is claimed the reduction would mean Foxconn would produce around 100,000 fewer units per day, which the source claims is between 20 percent and 25 percent lower than the "original optimistic outlook."

Pegatron, Apple's other main iPhone XR assembler (https://appleinsider.com/articles/18/09/25/apple-shifts-iphone-xr-assembly-orders-from-pegatron-to-foxconn), is also said to be suspending its plans to increase production, and is waiting for more information from Apple. "The utilization for the XR production is not reaching its maximum capacity now," advised the source.

Third iPhone assembly partner Wistron was also previously asked to stand in for a rush of orders if necessary, but the supply chain source suggests no orders will be provided to the company over the holidays.

A month ahead of the iPhone XR's release, a report claimed Apple was planning to increase production (https://appleinsider.com/articles/18/09/19/apple-planning-to-ramp-iphone-xr-production-to-over-50-percent-of-new-iphones) after the initial launch period and into December, with the model anticipated to make up 50 percent of production.

# Watch the Latest from AppleInsider TV

Powered by [*primis*]



NOW PLAYING

**Page 388**

**Exhibit 9**



(HTTPS://APPLEINSIDER.COM)

Analysts have estimated initial sales of around 9 million units in the first weekend, beating the iPhone 8's launch, but Rosenblatt Securities' Jun Zhang advised to investors he believed there to have been "weak pre-orders (https://appleinsider.com/articles/18/10/29/iphone-xr-sales-better-than-iphone-8-at-launch-yet-analyst-still-calls-them-weak)" and would start reducing production in November and December for all of its new models.

While the iPhone XR orders are allegedly dropping, Apple is apparently asking for more iPhone 8 and iPhone 8 Plus handsets to be produced.

"Suppliers of iPhone 8 and iPhone 8 Plus are getting a combined order of around 5 million more units," a report source advised. Previously set for 20 million units, the report claims this now brings the total orders to Foxconn and Pegatron for both older models up to 25 million units.

Apple is now said to be reviewing the demand for iPhones on a weekly basis, the source added, in order to quickly adjust orders to match the market.

Changes in production levels after launch are not an unexpected phenomenon, as manufacturers typically try to produce enough to cover demand without making too many or too few units. As the source of such stories stem from unnamed sources within the supply chain, and sometimes with varying accounts between publications, there is no guarantee that the reduction claims are in fact true.

**Page 389**

**Exhibit 9**

Specifically, the *Nikkei Asian Review* has a mixed track record on details of
Apple's manufacturing plans. It also isn't clear how any "cutbacks" now compare
to previous seasonal adjustments.

*AppleInsider has affiliate partnerships and may earn commission on products
purchased through affiliate links. These partnerships do not influence our editorial
content.*

73 Comments
(https://forums.appleinsider.com/discussion/208114)



Wharton LIVE

NEW

LEADING DIGITAL
TRANSFORMATION

AUGUST 22–27, 2021
LIVE ONLINE

APPLY TODAY

**LATEST NEWS**

(https://appleinsider.com/articles/18/11/05/iphone-
xr-demand-reportedly-forcing-apple-to-
cut-production-expansion-plans)

**President Joe Biden to ask FTC to draft new right to
repair regulations
(https://appleinsider.com/articles/21/07/06/president-
joe-biden-to-ask-ftc-to-draft-new-right-to-repair-
regulations)**

*12 minutes ago*

(https://appleinsider.com/articles/18/11/05/iphone-
xr-demand-reportedly-forcing-apple-to-
cut-production-expansion-plans)

**Stutter charity calls out Apple for 'stammering'
emoji gaffe
(https://appleinsider.com/articles/21/07/06/stutter-
charity-calls-out-apple-for-stammering-emoji-
gaffe)**

*4 hours ago*

**Page 390**

**Exhibit 9**

(https://appleinsider.com/articles/18/11/05/iphone-
xr-demand-reportedly-forcing-apple-to-
cut-production-expansion-plans)

(HTTPS://APPLEINSIDER.COM)                                                          Q

**Apple Glass' could have movable display and use
Fresnel lenses
(https://appleinsider.com/articles/21/07/06/apple-
glass-could-have-movable-display-and-use-
fresnel-lenses)**

*4 hours ago*

(https://appleinsider.com/articles/18/11/05/iphone-
xr-demand-reportedly-forcing-apple-to-
cut-production-expansion-plans)

**Weekly deal: M1 MacBook Pro (16GB RAM, 1TB SSD)
dips to $1,749, plus $50 off AppleCare
(https://appleinsider.com/articles/21/07/06/weekly-
deal-m1-macbook-pro-16gb-ram-1tb-ssd-dips-to-
1749-plus-50-off-applecare)**

*4 hours ago*

(https://appleinsider.com/articles/18/11/05/iphone-
xr-demand-reportedly-forcing-apple-to-
cut-production-expansion-plans)

**Tim Cook returns to annual elite Sun Valley
conference
(https://appleinsider.com/articles/21/07/06/tim-
cook-returns-to-annual-elite-sun-valley-
conference)**

*4 hours ago*

(https://appleinsider.com/articles/18/11/05/iphone-
xr-demand-reportedly-forcing-apple-to-
cut-production-expansion-plans)

**Rapper Soulja Boy claims Steve Jobs gave him the
first iPhone
(https://appleinsider.com/articles/21/07/06/rapper-
soulja-boy-claims-steve-jobs-gave-him-the-first-
iphone)**

*5 hours ago*

(https://appleinsider.com/articles/18/11/05/iphone-
xr-demand-reportedly-forcing-apple-to-
cut-production-expansion-plans)

**Kensington StudioCaddy can recharge four Apple
devices simultaneously
(https://appleinsider.com/articles/21/07/06/kensington-
studiocaddy-can-recharge-four-apple-devices-
simultaneously)**

*5 hours ago*

(https://appleinsider.com/articles/18/11/05/iphone-
xr-demand-reportedly-forcing-apple-to-
cut-production-expansion-plans)

**Vietnamese workers sleep on factory floors to
prevent COVID outbreaks
(https://appleinsider.com/articles/21/07/06/vietnamese-
workers-sleep-on-factory-floors-to-prevent-
covid-outbreaks)**

**Page 391**

**Exhibit 9**

*6 hours ago*
(HTTPS://APPLEINSIDER.COM)



### Rapper Soulja Boy claims Steve Jobs gave him the first iPhone (https://appleinsider.com/articles/21/07/06/rapper-soulja-boy-claims-steve-jobs-gave-him-the-first-iphone)

(https://appleinsider.com/articles/21/07/06/rapper-soulja-boy-claims-steve-jobs-gave-him-the-first-iphone)



### Kensington StudioCaddy can recharge four Apple devices simultaneously (https://appleinsider.com/articles/21/07/06/kensington-studiocaddy-can-recharge-four-apple-devices-simultaneously)

(https://appleinsider.com/articles/21/07/06/kensington-studiocaddy-can-recharge-four-apple-devices-simultaneously)



### 'iPhone 13 Pro' case points to camera bump size increase (https://appleinsider.com/articles/21/07/06/iphone-13-pro-case-points-to-camera-bump-size-increase)

(https://appleinsider.com/articles/21/07/06/iphone-13-pro-case-points-to-camera-bump-size-increase)

#### LATEST VIDEOS

(https://appleinsider.com/articles/21/07/03/public-betas-bigger-ipad-pro-and-airpower----this-week-in-apple)

### Public betas, bigger iPad Pro, and AirPower — This Week in Apple (https://appleinsider.com/articles/21/07/03/public-betas-bigger-ipad-pro-and-airpower----this-week-in-apple)

**Page 392**

**Exhibit 9**

(HTTPS://APPLEINSIDER.COM)                                                  🔍

(https://appleinsider.com/articles/21/07/01/how-
to-install-ios-15-ipados-15-public-betas)

**How to install iOS 15 & iPadOS 15 public betas
(https://appleinsider.com/articles/21/07/01/how-
to-install-ios-15-ipados-15-public-betas)**

(https://appleinsider.com/articles/21/07/01/how-
to-make-an-iphone-shortcut-to-
automatically-text-your-time-to-
destination)

**How to make an iPhone Shortcut to automatically
text your time to destination
(https://appleinsider.com/articles/21/07/01/how-
to-make-an-iphone-shortcut-to-automatically-
text-your-time-to-destination)**



**Compared: Beats Studio Buds vs AirPods,
AirPods Pro, and Powerbeats Pro
(https://appleinsider.com/articles/21/06/15/compa
beats-studio-buds-vs-airpods-airpods-pro-and-
powerbeats-pro)**

(https://appleinsider.com/articles/21/06/15/compared-
beats-studio-buds-vs-airpods-airpods-
pro-and-powerbeats-pro)

(https://appleinsider.com/articles/21/06/28/shortcut-
door-status-notification-new-aqara-
switch-more-on-homekit-insider)

**Shortcut door status notification, new Aqara
switch, & more on HomeKit Insider
(https://appleinsider.com/articles/21/06/28/shortc
door-status-notification-new-aqara-switch-
more-on-homekit-insider)**

**Page 393**

**Exhibit 9**

(HTTPS://APPLEINSIDER.COM)                                                      🔍

---

**LATEST REVIEWS**

(https://appleinsider.com/articles/21/07/04/vissles-v84-mechanical-keyboard-review-modern-with-a-retro-feel)

**Vissles V84 Mechanical Keyboard review: modern with a retro feel (https://appleinsider.com/articles/21/07/04/vissles-v84-mechanical-keyboard-review-modern-with-a-retro-feel)**

---

(https://appleinsider.com/articles/21/07/04/crucial-x6-4tb-portable-ssd-review-decent-speed-good-price-to-performance)

**Crucial X6 4TB Portable SSD review: Decent speed, good price to performance (https://appleinsider.com/articles/21/07/04/crucial-x6-4tb-portable-ssd-review-decent-speed-good-price-to-performance)**

---

(https://appleinsider.com/articles/21/07/03/flexispot-deskcise-pro-v9-review-an-addictive-exercise-workstation)

**Flexispot Deskcise Pro V9 review: an addictive exercise workstation (https://appleinsider.com/articles/21/07/03/flexispot-deskcise-pro-v9-review-an-addictive-exercise-workstation)**

---

(https://appleinsider.com/articles/21/07/03/zhiyun-smooth-q3-gimbal-review-small-feature-packed-and-well-lit)

**Zhiyun Smooth Q3 Gimbal review: Small, feature-packed, and well lit (https://appleinsider.com/articles/21/07/03/zhiyun-smooth-q3-gimbal-review-small-feature-packed-and-well-lit)**

---

(https://appleinsider.com/articles/21/06/27/mophie-snap-juice-pack-mini-review-apples-magsafe-but-not)

**Mophie Snap+ Juice Pack Mini review: Apple's MagSafe, but not (https://appleinsider.com/articles/21/06/27/mophie-snap-juice-pack-mini-review-apples-magsafe-but-not)**

---

**Page 394**

**Exhibit 9**

(HTTPS://APPLEINSIDER.COM)

🔍

LOAD           MORE        (/news/page/2)

(https://www.facebook.com/Appleinsider官方/)(https://twitter.com/appleinsider)(https://www.instagram.com/appleinsider_official/)

## APPLE A-Z

Apple Silicon (https://appleinsider.com/inside/apple-silicon)

iPhone 12 (https://appleinsider.com/inside/iphone-12)

iPhone 12 mini (https://appleinsider.com/inside/iphone-12-mini)

iPhone 12 Pro (https://appleinsider.com/inside/iphone-12-pro)

iPhone 12 Pro Max (https://appleinsider.com/inside/iphone-12-pro-max)

HomePod mini (https://appleinsider.com/inside/homepod-mini)

14" MacBook Pro (https://appleinsider.com/inside/14-inch-macbook-pro)

Apple Watch 6 (https://appleinsider.com/inside/apple-watch-series-6)

iPad Air (https://appleinsider.com/inside/ipad-air-4)

More... (https://appleinsider.com/inside)

## PRICE GUIDES

All (https://prices.appleinsider.com)

New Macs (https://prices.appleinsider.com/current-gen)

iPads (https://prices.appleinsider.com/ipad)

Apple Watch (https://prices.appleinsider.com/apple-watch)

**Page 395**

**Exhibit 9**

iPhones (https://prices.appleinsider.com/iphone) (HTTPS://APPLEINSIDER.COM)

Apple TV & Accessories (https://prices.appleinsider.com/wireless)

AirPods & Homepods (https://prices.appleinsider.com/music)

iPhone & iPad Trade-in Prices (https://prices.appleinsider.com/trade-in)

## MORE

How-Tos (https://appleinsider.com/how-to)

Forums (https://forums.appleinsider.com)

Podcasts (https://appleinsider.com/podcast)

Deals (https://deals.appleinsider.com)

Videos (https://appleinsider.com/videos)

Reviews (https://appleinsider.com/reviews)

Contact Us (https://appleinsider.com/submit_story)

Advertise on AI (https://appleinsider.com/advertising)

**DESIGNED BY CRAFTED (HTTPS://WWW.CRAFTEDNY.COM)**

Copyright © 2021, Quiller Media, Inc.
Contact Us (https://appleinsider.com/contact) | Privacy Policy (https://appleinsider.com/privacy) | Terms of Use (https://appleinsider.com/terms-of-use)

**Exhibit 9**

AN YICAIG0020181105eeb50002z

SE Business

HD China's Sluggish New iPhone Sales May Force Layoffs at Foxconn

BY Zhang Yushuo

WC 336 words

PD 05 Nov 2018

SN Yicai Global

SC YICAIG

CY Copyright © 2018 Yicai Global Co., Ltd. All Rights Reserved.

LP

(Yicai Global) Nov. 5 -- Apple has slashed orders from Foxconn by 10 percent amid sluggish sales of new iPhones, a move that could lead to layoffs at the Taiwan-based supplier.Distributors claim that sales of the iPhone XS are well below expectations due to its steep price, which has negatively impacted upstream and original equipment manufacturer, or OEMs, the state-backed Securities Times reported today.

TD

"Statements regarding sales increases of new phones released by Apple in some channels are not true," Securities Daily said, citing sources familiar with the matter. "In fact, sales growth of several of its newly launched phones have seen a broad-based slowdown in the past year."

The US tech giant has announced that it will no longer provide sales data on its key hardware products.

Apple has slashed its iPhone XS/MAX orders from Foxconn by 10 percent while another Taiwan-based supplier Pegatron also suffered a 10 percent order loss on the iPhone XR, according to Mobile No. 1 Research Institute, a Chinese website focusing on research of the mobile phone industrial chain. Foxconn, the world's largest contract electronics manufacturer, which relies heavily on Apple, may be the first to be impacted.

IPhone parts suppliers also face a bleak period. Some have even suspended production temporarily in the first quarter since orders for parts of the iPhone X, iPhone 8 and iPhone 8 Plus were 15 to 30 percent lower than expected. Some upstream supply chain manufacturers who produce memory chips, camera modules, and 3D sensor modules for iPhones have also been asked to control their inventory to tackle the impact of declining orders.

**Exhibit 9**

The average selling price of iPhones rose to USD793 from USD724 in the third quarter, but the high-price strategy has not paid off. The more expensive new iPhone series fell below its offer price just a few days after it was launched.

Editor: Bivash

Click here to view image.

**Exhibit 9**

AN CNAENG0020181106eeb600051

SE

HD Largan dives; selling spreads to other 'Apple concept stocks'

BY

WC 598 words

PD 06 Nov 2018

SN Central News Agency English News

SC CNAENG

CY (c) 2018 All materials contained on this site may not be reproduced, distributed, transmitted, displayed, published or broadcast without the prior written permission of the Central News Agency.

LP

Taipei, Nov. 6 (CNA) Shares of Largan Precision Co., a supplier of smartphone camera lenses to Apple Inc., plunged Tuesday morning after the company reported disappointing sales figures for October, usually the peak season for the global high-tech sector, dealers said.The sell-off suffered by Largan spread to other Taiwanese suppliers to Apple amid rising concerns of lower than expected global demand for the new iPhone models unveiled in September that could push down shipments, they said.

TD

As of 11:01 a.m., shares of Largan had shed 5.82 percent to NT$3,235.00 (US$30.81), with 815,000 shares changing hands on the Taiwan Stock Exchange, where the benchmark weighted index was down 0.71 percent at 9,819.53.

Largan shares immediately came under pressure soon after the market opened, and selling escalated as the morning went on without any signs of a rebound, MatserLink Securities analyst Tom Tang said.

"The weakness came after Largan's poor sales report for October," Tang said.

"The company had said it would have a weaker October, and the figures were proof of that, leading investors to think that the newest iPhones have failed to stir up strong buying interest," Tang said.

"Many potential consumers may be finding the new iPhones too expensive compared to models provided by other international smartphone brands, and that has had an impact on consumption," Tang said.

**Exhibit 9**

"More importantly, the iPhone product line lacks attractive specification upgrades."

According to Tang, Apple accounts for about 40 percent of Largan's total sales. "So the impact on the company has been obvious in the current traditional peak season," he said.

In a statement released Monday, Largan said its consolidated sales for October fell 6 percent from a month earlier and 7 percent from a year earlier to NT$5.21 billion.

That was the company's lowest single month sales figure since June 2018, when it posted sales of NT$4.51 billion.

In October, 10 megapixel lenses for more advanced devices, which command a higher profit margin, accounted for 50-60 percent of Largan's total revenue, 8 megapixel lenses accounted for 10-20 percent and 2 megapixel lenses represented another 10-20 percent.

In the first 10 months of this year, Largan's consolidated sales totaled NT$42.72 billion, little changed from a year earlier.

"Largan's poor sales for October sparked fears over the prospects for iPhone shipments in the fourth quarter and even for Apple's sales next year if the company fails to come up with more attractive products," Tang said.

"I'm also worried about continued trade friction between the United States and China, which has hurt and will continue to hurt iPhone sales in the Chinese market," Tang said.

Among other falling "Apple concept stocks," iPhone assembler Hon Hai Precision Industry Co. had lost 2.38 percent to NT$78.10, metal casing maker Catcher Technology Co. had dropped 6.55 percent to NT$217.00, and printed circuit board supplier Career Technology (Mfg.) Co. had fallen 8.35 percent to NT$38.60 as of 11:01 a.m.

Largan anticipated that sales could continue to fall in November as some of its clients are cutting back their orders.

"Largan shares could test the lowest closing level of the year of NT$3,000 on April 9," Tang said. "If the stock fails to keep itself above that level, more selling is expected to follow." (By Han Ting-ting and Frances Huang) Enditem/ls

# RAYMOND JAMES

**Exhibit 9**
## U.S. Research
Published by Raymond James & Associates

# Apple Inc.

(AAPL-NASDAQ)

**Chris Caso,** (212) 856-4893, Chris.Caso@RaymondJames.com
**Melissa Fairbanks,** (727) 567-1081, Melissa.Fairbanks@RaymondJames.com

**November 6, 2018 (1:07 a.m. EST)**

**Company Brief**

**Connected Devices** _____

**Semi Mailbag: Apple Rundown Edition**

In this week's edition of the Semi Mailbag, we tackle questions related to Apple's recent trading action, the company's decision to stop reporting iPhone unit data, our thoughts on Services growth, and more.  Let's get started:

**Apple's stock hasn't acted well since that report.  What's going on?**
December guidance really wasn't all that bad.  If you normalize for the $2 billion currency headwind Apple expects to face, December guidance reflects 5.3% y/y growth at the midpoint.  Our estimates have iPhone revenue flat y/y (including FX headwind) as the higher ASP for iPhone Xs Max offsets lower unit volumes versus last year.

However, we are also below the Street on units.  Our estimates have iPhone units showing a y/y decline starting with the December quarter.  Our concern is that the high price of iPhone Xs Max naturally limits its unit volume.  Similarly, we've been concerned about the short delivery times during the iPhone Xr preorders – customers never had to wait for a phone from preorders until launch, and that's the first time that's ever happened.

That's why Apple's decision to stop disclosing unit sales was so disturbing.  Apple management said they don't believe unit sales data is relevant any longer, but we disagree.  Rather, most feel that Apple's decision reflects a concern on their part that iPhone units will indeed decline.  If that occurs, given the new disclosure policy, they won't have to tell us.

**OK, so what if units decline?  ASPs are rising, right?**
They are.  In fact, our estimates are ahead of the street for iPhone ASP in the December quarter (RJ $847 vs. consensus of $813).  We think Apple had already realized units had become saturated, due to already high penetration rates in markets that could afford iPhones.  The only way to drive growth was to raise prices in those markets.  In addition, because component prices were not dropping as fast as in the past (in part due to the slowdown of Moore's Law) price increases have become necessary to add features and not impact iPhone margins.

We think that a year ago, Apple believed it could sell more $1000+ phones than they now expect.  We say that based on our checks regarding Apple's build plans.  A year ago, Apple had expected iPhone Xr to represent the small minority of iPhone sales – around 20%.  After initial sales data from iPhone X, Apple realized there was more resistance to the higher price point.  As a result, they made the extraordinary decision to end of life iPhone X within a year, and the supply chain had to scramble to deliver enough volume for the expected mix of iPhone Xr.

And it doesn't appear they are scrambling any more.  Yesterday's Apple stock weakness was attributed a Nikkei article claiming the supply chain won't need add any more capacity to meet iPhone Xr demand. We don't believe production volume is likely changing just yet, since this is still the peak season.  But Apple always has contingency plans in place to meet upside, and given the short delivery times, we don't expect those plans to be necessary.  We also think it's too early for Apple to be cancelling on suppliers, since if that does happen, historically those cancellations have come in mid-December.

**Rating** _____
Market Perform 3

**Current Price** _____

| | |
|---|---|
| Current Price (Nov-05-18) | $201.59 |
| 52-Week Range | $233.47 - $150.24 |
| Suitability | Medium Risk/Growth |

**Market Data** _____

| | |
|---|---|
| Shares Out. (mil.) | 4,848.0 |
| Market Cap. (mil.) | $977,308 |
| Avg. Daily Vol. (10 day) | 45,620,548 |
| Dividend/Yield | $2.92/1.5% |
| Book Value (Sep-18) | $21.75 |
| ROE % | 33% |
| LT Debt (mil.)/% Cap. | $97,128/42% |

**Earnings & Valuation Metrics**

| | 2018A | 2019E | 2020E |
|---|---|---|---|
| GAAP EPS | | | |
| | $11.91 | $12.45 | NA |
| P/E Ratios (GAAP) | | | |
| | 16.9x | 16.2x | NM |
| Revenues (bil.) | | | |
| | $265.6 | $275.3 | NA |
| | 2018E | 2019E | 2020E |
| GAAP EPS (CY) | | | |
| | $12.64 | $12.98 | NA |
| P/E (CY GAAP) | | | |
| | 15.9x | 15.5x | NM |

**Company Description** _____
Apple, Inc., headquartered in Cupertino, California, is a leading vendor of computing products to consumers and enterprises around the globe.  The company helped create the personal computer market with its iconic Macintosh computer in the 1980s, reinvented the PC market for an internet-connected world with the iMac in 1998, reinvented how consumers consume music with its iPod and iTunes products and services, reinvented the mobile phone market with iPhone and iTunes app store products and services, and brought tablet computing mainstream with its iPad line of devices.

**Footnotes:**  Non-GAAP EPS excludes amortization of intangible assets from acquisitions.

**Please read domestic and foreign disclosure/risk information beginning on page 3 and Analyst Certification on page 4.**

© 2018 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

International Headquarters:  The Raymond James Financial Center | 880 Carillon Parkway | St. Petersburg, Florida 33716 | 800-248-8863

**Exhibit 9** U.S. Research

We are most concerned with what happens next year.  Thus far, our checks have failed to pick up on any compelling new features in the 2019 iPhone lineup, and the rumor mill remains uncharacteristically light.  We do believe Apple plans to launch three models next year, all similar to this year's models.  So far, we expect the two flagship models to have triple rear cameras, and we expect the typical processor upgrades.  But nothing has yet even been rumored that has us excited for next year.

*If that's the case, if the phones aren't a significant upgrade from this year, how can unit volume NOT decline next year?*  It's still possible for revenue to grow, if upgraders continue to do so at higher price points, and if the OLED phones (Xs and Xs Max) increase as a percent of the total mix.  But that's far from certain.

**Yes, but Warren Buffet doesn't care about iPhone sales – it's just about the money Apple will make off the installed base.**
Besides valuation, services growth is indeed the bull case on Apple now.  The installed base still grew by double digits y/y in the September quarter, and average Services revenue per user now runs at almost ~$50 annually.  To get to Apple's goal of doubling services revenue by FY20 (from FY16) that would result in growing Services revenue per user to ~$64 per user by FY20.

But we have several concerns with the bull services case. First, while the installed base is indeed growing, installed base growth now mainly occurs in emerging markets, where it's tougher to move the needle on services revenue.  Clearly, it will be easier for Apple to get another $10 / month from a user in the US as compared to India.

We also differ significantly from the rest of the street in that we believe AppleCare warranty and repair services has grown to about 30% of services revenue.  Simply, Apple Care has grown since, like iPhone, pricing has increased significantly.  AppleCare pricing has doubled since September 2015, and is now $199 for iPhone Xs.  The penetration rate of AppleCare has increased also, both due to the fact the phones are now so expensive to repair out of warranty, and due to additional sales channels for AppleCare (such as Best Buy).  We expect AppleCare to continue to grow, driven by an even higher option for AppleCare offered this year ($299, which includes coverage for theft and loss).  Since AppleCare revenue is recognized over the 24 month life of the warranty, which provides a steady tailwind for service revenue, as older cheaper warranties roll off and are replaced with higher priced warranties.  As a result, we do expect Apple to achieve their F20 services revenue goal.

But warranty revenue is of course tied to unit sales.  So if unit sales begin to decline, AppleCare will follow, albeit with a lag.  Additionally, the high cost of AppleCare just acts as an additional impediment for buying a new phone.  It's just another example of a price increase, just in a different bucket.

**But aren't they going to have a video service?  What if Apple brought back The Wire?**
Well that brings us to our final concern on the Services bull case, which is simply the law of large numbers.  In the Services deep dive we published in June, we performed a hypothetical analysis of the impact to Apple earnings if they instantly created a Netflix business within Apple. We assumed a similar number of subscribers (~125 million), similar ARPU (~$10/month) and similar margins (8% operating margin, taxed at 15%).  The result was $1.2 billion in pre-tax income, or about $0.20 EPS.

And therein lies the problem.  When you sell the most successful consumer electronics product ever (maybe the most successful consumer product ever?), it sets the bar very high, and makes growth more difficult.  No matter how you do the math, any service Apple adds would need to be huge in order to move the needle, and nothing would ever be big enough to offset a decline if iPhone revenue were to contract.

But seriously, someone should bring back The Wire, it was the best cop show ever.  Or at least somebody write Bunk into The Affair.

**So what would get you more bullish?**
Simple – get iPhone growing again!  Despite the apparent lukewarm reception to this year's phones, there still isn't a compelling reason for iPhone users to migrate to the Android ecosystem.  Android phones are facing the same challenges as iPhone – more features require higher ASPs, and there haven't been incredibly compelling reasons to upgrade Android phones either.

To be clear – we don't think the current situation is necessarily permanent.  It's tough to argue that a smart phone is most people's most indispensable possession, and with current handset replacement rates about 2.5 years, that does mean there are plenty of older phones available for upgrade if the upgrade is compelling enough.  As we've noted earlier, the bar is now higher given higher pricing.  But there is certainly room for replacement rates to shorten at some point in the future.

*Unfortunately, we think the near-term trend will be for replacement rates to lengthen, due to higher ASPs*.  If we don't get a strong product cycle to act as a catalyst, we predict that the next step would be to increase the lease period for phones to 36 months, in order to reduce the monthly cost of the phones.  We think carriers would be thrilled to move to a longer lease period since it would reduce churn, but we would expect Apple to resist that move, since it would have a more permanent effect on replacement rates.

© 2018 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.



## Important Investor Disclosures

Raymond James & Associates (RJA) is a FINRA member firm and is responsible for the preparation and distribution of research created in the United States. Raymond James & Associates is located at The Raymond James Financial Center, 880 Carillon Parkway, St. Petersburg, FL 33716, (727) 567-1000. Non-U.S. affiliates, which are not FINRA member firms, include the following entities that are responsible for the creation and distribution of research in their respective areas: in Canada, Raymond James Ltd. (RJL), Suite 2100, 925 West Georgia Street, Vancouver, BC V6C 3L2, (604) 659-8200; in Europe, Raymond James Euro Equities SAS (also trading as Raymond James International), 40, rue La Boetie, 75008, Paris, France, +33 1 45 64 0500, and Raymond James Financial International Ltd., Broadwalk House, 5 Appold Street, London, England EC2A 2AG, +44 203 798 5600.

This document is not directed to, or intended for distribution to or use by, any person or entity that is a citizen or resident of or located in any locality, state, country, or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation.  The securities discussed in this document may not be eligible for sale in some jurisdictions.  This research is not an offer to sell or the solicitation of an offer to buy any security in any jurisdiction where such an offer or solicitation would be illegal.  It does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients.  Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur.  **Investors should consider this report as only a single factor in making their investment decision.**

For clients in the United States: Any foreign securities discussed in this report are generally not eligible for sale in the U.S. unless they are listed on a U.S. exchange.  This report is being provided to you for informational purposes only and does not represent a solicitation for the purchase or sale of a security in any state where such a solicitation would be illegal.  Investing in securities of issuers organized outside of the U.S., including ADRs, may entail certain risks.  The securities of non-U.S. issuers may not be registered with, nor be subject to the reporting requirements of, the U.S. Securities and Exchange Commission.  There may be limited information available on such securities.  Investors who have received this report may be prohibited in certain states or other jurisdictions from purchasing the securities mentioned in this report.  Please ask your Financial Advisor for additional details and to determine if a particular security is eligible for purchase in your state.

The information provided is as of the date above and subject to change, and it should not be deemed a recommendation to buy or sell any security. Certain information has been obtained from third-party sources we consider reliable, but we do not guarantee that such information is accurate or complete. Persons within the Raymond James family of companies may have information that is not available to the contributors of the information contained in this publication. Raymond James, including affiliates and employees, may execute transactions in the securities listed in this publication that may not be consistent with the ratings appearing in this publication.

Raymond James ("RJ") research reports are disseminated and available to RJ's retail and institutional clients simultaneously via electronic publication to RJ's internal proprietary websites (RJ Investor Access & RJ Capital Markets). Not all research reports are directly distributed to clients or third-party aggregators. Certain research reports may only be disseminated on RJ's internal proprietary websites; however such research reports will not contain estimates or changes to earnings forecasts, target price, valuation, or investment or suitability rating. Individual Research Analysts may also opt to circulate published research to one or more clients electronically. This electronic communication distribution is discretionary and is done only after the research has been publically disseminated via RJ's internal proprietary websites. The level and types of communications provided by Research Analysts to clients may vary depending on various factors including, but not limited to, the client's individual preference as to the frequency and manner of receiving communications from Research Analysts. For research reports, models, or other data available on a particular security, please contact your RJ Sales Representative or visit RJ Investor Access or RJ Capital Markets.

Links to third-party websites are being provided for information purposes only.  Raymond James is not affiliated with and does not endorse, authorize, or sponsor any of the listed websites or their respective sponsors.  Raymond James is not responsible for the content of any third-party website or the collection or use of information regarding any website's users and/or members.

Additional information is available on request.

## Analyst Information

**Registration of Non-U.S. Analysts:**  The analysts listed on the front of this report who are not employees of Raymond James & Associates, Inc., are not registered/qualified as research analysts under FINRA rules, are not associated persons of Raymond James & Associates, Inc., and are not subject to FINRA Rule 2241 restrictions on communications with covered companies, public companies, and trading securities held by a research analyst account.

**Analyst Holdings and Compensation:** Equity analysts and their staffs at Raymond James are compensated based on a salary and bonus system. Several factors enter into the bonus determination including quality and performance of research product, the analyst's success in rating stocks versus an industry index, and support effectiveness to trading and the retail and institutional sales forces. Other factors may include but are not limited to: overall ratings from internal (other than investment banking) or external parties and the general productivity and revenue generated in covered stocks.

© 2018 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

**RAYMOND JAMES**®

International Headquarters:  The Raymond James Financial Center | 880 Carillon Parkway | St. Petersburg, Florida 33716 | 800-248-8863                3

**Page 403**

**Exhibit 9** US Research

The views expressed in this report accurately reflect the personal views of the analyst(s) covering the subject securities. No part of said person's compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this research report. In addition, said analyst has not received compensation from any subject company in the last 12 months.

## Ratings and Definitions

### Raymond James & Associates (U.S.) definitions

**Strong Buy (SB1)**  Expected to appreciate, produce a total return of at least 15%, and outperform the S&P 500 over the next six to 12 months. For higher yielding and more conservative equities, such as REITs and certain MLPs, a total return of at least 15% is expected to be realized over the next 12 months.
**Outperform (MO2)**  Expected to appreciate and outperform the S&P 500 over the next 12-18 months. For higher yielding and more conservative equities, such as REITs and certain MLPs, an Outperform rating is used for securities where we are comfortable with the relative safety of the dividend and expect a total return modestly exceeding the dividend yield over the next 12-18 months.
**Market Perform (MP3)**  Expected to perform generally in line with the S&P 500 over the next 12 months.
**Underperform (MU4)**  Expected to underperform the S&P 500 or its sector over the next six to 12 months and should be sold.
**Suspended (S)**  The rating and price target have been suspended temporarily.  This action may be due to market events that made coverage impracticable, or to comply with applicable regulations or firm policies in certain circumstances, including when Raymond James may be providing investment banking services to the company.  The previous rating and price target are no longer in effect for this security and should not be relied upon.

### Raymond James Ltd. (Canada) definitions

**Strong Buy (SB1)**  The stock is expected to appreciate and produce a total return of at least 15% and outperform the S&P/TSX Composite Index over the next six months.
**Outperform (MO2)**  The stock is expected to appreciate and outperform the S&P/TSX Composite Index over the next twelve months.
**Market Perform (MP3)**  The stock is expected to perform generally in line with the S&P/TSX Composite Index over the next twelve months and is potentially a source of funds for more highly rated securities.
**Underperform (MU4)**  The stock is expected to underperform the S&P/TSX Composite Index or its sector over the next six to twelve months and should be sold.

### Raymond James Europe (Raymond James Euro Equities SAS & Raymond James Financial International Limited) rating definitions

**Strong Buy (1)**  Expected to appreciate, produce a total return of at least 15%, and outperform the Stoxx 600 over the next 6 to 12 months.
**Outperform (2)**  Expected to appreciate and outperform the Stoxx 600 over the next 12 months.
**Market Perform (3)**  Expected to perform generally in line with the Stoxx 600 over the next 12 months.
**Underperform (4)**  Expected to underperform the Stoxx 600 or its sector over the next 6 to 12 months.
**Suspended (S)**  The rating and target price have been suspended temporarily. This action may be due to market events that made coverage impracticable, or to comply with applicable regulations or firm policies in certain circumstances, including when Raymond James may be providing investment banking services to the company. The previous rating and target price are no longer in effect for this security and should not be relied upon.

In transacting in any security, investors should be aware that other securities in the Raymond James research coverage universe might carry a higher or lower rating.  Investors should feel free to contact their Financial Advisor to discuss the merits of other available investments.

### Rating Distributions

|  | Coverage Universe Rating Distribution* | | | Investment Banking Distribution | | |
|---|---|---|---|---|---|---|
|  | RJA | RJL | RJEE/RJFI | RJA | RJL | RJEE/RJFI |
| **Strong Buy and Outperform (Buy)** | 57% | 71% | 50% | 24% | 31% | 0% |
| **Market Perform (Hold)** | 39% | 26% | 36% | 11% | 11% | 0% |
| **Underperform (Sell)** | 4% | 4% | 14% | 5% | 25% | 0% |

* Columns may not add to 100% due to rounding.

### Suitability Ratings (SR)

**Medium Risk/Income (M/INC)**  Lower to average risk equities of companies with sound financials, consistent earnings, and dividend yields above that of the S&P 500. Many securities in this category are structured with a focus on providing a consistent dividend or return of capital.

**Medium Risk/Growth (M/GRW)**  Lower to average risk equities of companies with sound financials, consistent earnings growth, the potential for long-term price appreciation, a potential dividend yield, and/or share repurchase program.

© 2018 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.



**High Risk/Income (H/INC)**  Medium to higher risk equities of companies that are structured with a focus on providing a meaningful dividend but may face less predictable earnings (or losses), more leveraged balance sheets, rapidly changing market dynamics, financial and competitive issues, higher price volatility (beta), and potential risk of principal. Securities of companies in this category may have a less predictable income stream from dividends or distributions of capital.

**High Risk/Growth (H/GRW)**  Medium to higher risk equities of companies in fast growing and competitive industries, with less predictable earnings (or losses), more leveraged balance sheets, rapidly changing market dynamics, financial or legal issues, higher price volatility (beta), and potential risk of principal.

**High Risk/Speculation (H/SPEC)**  High risk equities of companies with a short or unprofitable operating history, limited or less predictable revenues, very high risk associated with success, significant financial or legal issues, or a substantial risk/loss of principal.

## Raymond James Relationship Disclosures

Raymond James expects to receive or intends to seek compensation for investment banking services from the subject companies in the next three months.

| Company Name | Disclosure |
| --- | --- |
| Apple Inc. | Raymond James & Associates makes a market in shares of AAPL. |

## Stock Charts, Target Prices, and Valuation Methodologies

**Valuation Methodology:**  The Raymond James methodology for assigning ratings and target prices includes a number of qualitative and quantitative factors including an assessment of industry size, structure, business trends and overall attractiveness; management effectiveness; competition; visibility; financial condition, and expected total return, among other factors.  These factors are subject to change depending on overall economic conditions or industry- or company-specific occurrences.

**Target Prices:** The information below indicates our target price and rating changes for AAPL stock over the past three years.



| Date | Curr. | Price | Target | Rating |
| --- | --- | --- | --- | --- |
| Feb-16-18 | $ | 172.99 | NM | 3 |
| Jan-19-18 | $ | 179.26 | NM | S |
| Nov-02-17 | $ | 168.11 | 185.00 | 2 |
| Sep-26-17 | $ | 150.55 | 180.00 | 2 |
| Aug-02-17 | $ | 150.05 | 170.00 | 2 |
| May-03-17 | $ | 147.51 | 163.00 | 2 |
| Mar-30-17 | $ | 144.12 | 159.00 | 2 |
| Feb-01-17 | $ | 121.35 | 152.00 | 2 |
| Oct-26-16 | $ | 118.25 | 148.00 | 2 |
| Sep-16-16 | $ | 115.57 | 139.00 | 2 |
| Jul-27-16 | $ | 96.67 | 129.00 | 2 |
| Nov-05-15 | $ | 120.92 | NM | 3 |

1-Strong Buy  2-Outperform  3-Market Perform  4-Underperform  S-Suspended  UR-Under Review  NR-Not Rated

—— Price  —— Target Price  ● Rating Change  ● Coverage Suspended  ■ Split Adjustment

**Valuation Methodology:** We value AAPL shares using three distinct methodologies including a discounted cash flow valuation, a comparison to a broad range of peer groups, and a a P/E and earnings growth comparison to the S&P 500.

## Risk Factors

**General Risk Factors:** Following are some general risk factors that pertain to the businesses of the subject companies and the projected target prices and recommendations included on Raymond James research: (1) Industry fundamentals with respect to customer demand or product / service pricing could change and adversely impact expected revenues and earnings; (2) Issues relating to major competitors or market shares or new product expectations could change investor attitudes toward the sector or this stock; (3) Unforeseen developments with respect to the management, financial condition or accounting policies or practices could alter the prospective valuation; or (4) External factors that affect the U.S. economy, interest rates, the U.S. dollar or major segments of the economy could alter investor confidence and investment prospects. International investments involve additional risks such as currency fluctuations, differing financial accounting standards, and possible political and economic instability.

© 2018 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

**RAYMOND JAMES**®

International Headquarters:  The Raymond James Financial Center │ 880 Carillon Parkway │ St. Petersburg, Florida 33716 │ 800-248-8863          5

**Page 405**

**Specific Investment Risks Related to the Industry or Issuer**

**Company-Specific Risks for Apple Inc.**

**Rapid Technology Evolution**
Historically, the global consumer electronics and computer hardware business has been characterized by aggressive price cutting, with resulting downward pressure on gross margins, frequent introduction of new products, short product life cycles, evolving industry standards, continual improvement in product price/performance characteristics, rapid adoption of technological and product advancements by competitors, and price sensitivity on the part of consumers.

**New Product Adoption**
Apple's current dominance in the world of consumer electronics has been largely the result of a five-year run of developing hit products beginning with the first iteration of the iPhone in 2007, which was followed by the iPad in 2010.  Relying on its strong margins from hardware sales, Apple is at risk should new products not create excitement in the market and fail to support premium prices.  Apple relies on its carrier partners to subsidize the purchasing price of iPhones in order to maintain competitiveness vs. alternative hardware providers.  In markets that lack subsidies, Apple's iPhone penetration is drastically reduced.

**Defense of Intellectual Property**
Apple maintains significant investments in research and development to ensure its premium market position across product categories.  As a result, it holds a significant number of patents and copyrights and has registered and/or has applied to register numerous patents, trademarks and service marks. By contrast, many of the Apple's competitors seek to compete primarily through aggressive pricing and very low cost structures. If Apple is unable to protect its intellectual property from cooption by competitors, Apple's ability to maintain a competitive advantage could be negatively affected.  Conversely, many of Apple's products include third-party intellectual property, which requires licenses from those third parties. Based on past experience and industry practice, those licenses have been obtained on reasonable terms. There is however no assurance that the necessary licenses could be obtained on acceptable terms or at all.

**Pricing Structure**
Apple is unique in that it designs and develops nearly the entire solution for its products, including the hardware, operating system, numerous software applications, and related services. Conversely, many of its competitors rely on Google's Android as a "free" (subject to various IP royalties) operating system allowing them to focus on hardware specifications and offer aggressive pricing.

**Global Supply Chain**
Apple is subject to a global supply chain and relies on contract manufacturers for most of its production.  Working conditions at contract manufacturers in places like China have brought negative attention and may be a source of negative customer perception to its products in the future.  Other risks to its supply chain may be the result of too much demand and limited component availability leading to delayed product shipments, risks associated with currency volatility, and risks associated with stability of sovereign governments.

**Additional Risk and Disclosure information, as well as more information on the Raymond James rating system and suitability categories, is available at** rjcapitalmarkets.com/Disclosures/index. **Copies of research or Raymond James' summary policies relating to research analyst independence can be obtained by contacting any Raymond James & Associates or Raymond James Financial Services office (please see** raymondjames.com **for office locations) or by calling 727-567-1000, toll free 800-237-5643 or sending a written request to the Equity Research Library, Raymond James & Associates, Inc., Tower 3, 6th Floor, 880 Carillon Parkway, St. Petersburg, FL 33716.**

*For clients in the United Kingdom:*

**For clients of Raymond James Financial International Limited (RJFI):** This document and any investment to which this document relates is intended for the sole use of the persons to whom it is addressed, being persons who are Eligible Counterparties or Professional Clients as described in the FCA rules or persons described in Articles 19(5) (Investment professionals) or 49(2) (High net worth companies, unincorporated associations etc) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (as amended) or any other person to whom this promotion may lawfully be directed.  It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons and may not be relied upon by such persons and is therefore not intended for private individuals or those who would be classified as Retail Clients.

**For clients of Raymond James Investment Services, Ltd.:** This report is for the use of professional investment advisers and managers and is not intended for use by clients.

For purposes of the Financial Conduct Authority requirements, this research report is classified as independent with respect to conflict of interest management. RJFI, and Raymond James Investment Services, Ltd. are authorised and regulated  by the Financial Conduct Authority in  the United Kingdom.

*For clients in France:*

This document and any investment to which this document relates is intended for the sole use of the persons to whom it is addressed, being persons who are Eligible Counterparties or Professional Clients as described in "Code Monétaire et Financier" and Règlement Général de l'Autorité des Marchés Financiers. It is not intended to be distributed or passed on, directly or indirectly, to any other class of

© 2018 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.



International Headquarters:  The Raymond James Financial Center  |  880 Carillon Parkway  |  St. Petersburg, Florida 33716  |  800-248-8863                                         6

Page 406

**Exhibit 9** US Research

persons and may not be relied upon by such persons and is therefore not intended for private individuals or those who would be classified as Retail Clients.

**For clients of Raymond James Euro Equities:** Raymond James Euro Equities is authorised and regulated by the Autorité de Contrôle Prudentiel et de Résolution and the Autorité des Marchés Financiers.

*For institutional clients in the European Economic Area (EEA) outside of the United Kingdom:*

This document (and any attachments or exhibits hereto) is intended only for EEA institutional clients or others to whom it may lawfully be submitted.

*For Canadian clients:*

This report is not prepared subject to Canadian disclosure requirements, unless a Canadian analyst has contributed to the content of the report.  In the case where there is Canadian analyst contribution, the report meets all applicable IIROC disclosure requirements.

**Proprietary Rights Notice:** By accepting a copy of this report, you acknowledge and agree as follows:

This report is provided to clients of Raymond James only for your personal, noncommercial use. Except as expressly authorized by Raymond James, you may not copy, reproduce, transmit, sell, display, distribute, publish, broadcast, circulate, modify, disseminate or commercially exploit the information contained in this report, in printed, electronic or any other form, in any manner, without the prior express written consent of Raymond James. You also agree not to use the information provided in this report for any unlawful purpose.

This report and its contents are the property of Raymond James and are protected by applicable copyright, trade secret or other intellectual property laws (of the United States and other countries). United States law, 17 U.S.C. Sec.501 et seq, provides for civil and criminal penalties for copyright infringement. No copyright claimed in incorporated U.S. government works.

© 2018 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

International Headquarters:  The Raymond James Financial Center | 880 Carillon Parkway | St. Petersburg, Florida 33716 | 800-248-8863

**RAYMOND JAMES**®

7

Page 407

**Exhibit 9**

AN GLOTNE0020181107eeb70000h

SE Business Update

HD Apple reportedly cuts production line plans for iPhone XR to maintain revenue growth

BY Wang Yi

WC 450 words

PD 07 Nov 2018

SN Global Times

SC GLOTNE

PG Biz02, Biz02

CY Copyright 2018. Global Times. All rights reserved.


LP

Apple Corporation has reportedly told its major smartphone assemblers in China to cut down production lines for the new iPhone XR. The decision comes after the company's smartphone global shipments in the third quarter almost stayed the same year-on-year, while China's Huawei shipments jumped 33 percent.Experts said Apple's current strategy is to raise prices to maintain revenue growth at the expense of shipments growth. It works for the company now, but in the long term, Chinese companies like Huawei, which has made market progress in innovation, could be more competitive.


TD

Nikkei.com reported that Foxconn and Pegatron had been told to halt plans for additional production lines dedicated to the iPhone XR, the relatively cost-effective model that hit shelves in late October.


"For the Foxconn side, it first prepared nearly 60 assembly lines for Apple's XR model, but recently uses only around 45 production lines," a source told The Nikkei. That means Foxconn would produce around 100,000 fewer units daily, down 20 percent to 25 percent from the original optimistic outlook.


"Apple's current strategy is to maintain its revenue by raising the price at the expense of losing some shipments, while Chinese smartphone manufacturers are aiming at raising shipments," said Jia Mo, a research analyst at Canalys, a global technology market analyst firm.


"It works for the company now," Jia said. "Revenue in major markets like China actually has grown significantly, and has achieved the company's strategic goal."

**Page 408**

# Exhibit 9

Jia doesn't worry about Apple's sustainable growth based on this strategy. He thinks that Apple has a loyal consumer base whose updating habits of iPhones are relatively fixed. "The company is not likely to lose these loyal consumers," Jia said.

According to the latest research from Counterpoint published on Friday, the Chinese brand Huawei, which has surpassed Apple in the second quarter in shipments, holds on to the second position for two consecutive quarters.

Other Chinese brands Oppo, Xiaomi and Vivo have reached their highest ever shipments in a single quarter despite a global slowdown.

Xiang Ligang, chief executive of the Chinese telecoms industry news site cctime.com, told the Global Times that now the global shipments have met some challenges, and Apple's strategy is to raise prices, which depends on its brand advantage in the global market.

Smartphone manufacturers with renowned brands and full covered products lines are more competitive, Xiang said.

China's brands are doing well in core technology innovation and will see rapid growth in many areas, which will help them to succeed in the global market.

**Exhibit 9**

AN DJDN000020181109eeb9002rp

SE

HD Analysts Blame iPhone Demand for Apple-Supplier Skyworks' Gloomy Forecast -- Barrons.com

BY By Tae Kim

WC 322 words

PD 09 Nov 2018

ET 19:25 GMT

SN Dow Jones Institutional News

SC DJDN

CY Copyright © 2018, Dow Jones & Company, Inc.


LP

Wall Street analysts believe weaker than expected iPhone demand is hurting Skyworks Solutions (SWKS).The wireless chip maker's stock was down 8.6% to $76.25 on Friday, after it gave a December quarter sales guidance range of $1.01 billion at the midpoint versus $1.07 billion Wall Street consensus, according to FactSet.




TD

D.A. Davidson analyst Thomas Diffely lowered his price target for Skyworks stock to $115 from $125, pointing to a lower iPhone sales forecast than he expected.


"We are trimming our 2019 model due to a more conservative stance on iPhone units and China over the next couple of quarters," he wrote Friday. "High-end smartphone unit softness and geopolitical uncertainty continues to be an overhang for SWKS and its peers."


The company makes radio frequency semiconductors, which enable smartphones to communicate with wireless networks. It is widely believed by industry analysts that Apple is Skyworks' large customer, accounting for 35% to 40% of its annual revenue.


Despite the company's short-term troubles, Diffely reiterated his Buy rating for Skyworks due to the opportunity from 5G. He believes the fifth generation wireless technology will drive several years of growth for the company.


KeyBanc Capital Markets analyst John Vinh also reduced his price forecast to $100 from $120 for the chip maker.

**Page 410**

**Exhibit 9**

Skyworks' "content growth [is] not enough to overcome softness in China and Apple smartphone demand," he wrote on Thursday. "Despite lowered results, we recommend investors continue to own SWKS, as we see sustained revenue and earnings growth driven by secular RF content gains, especially as 5G begins to ramp 2H19."

Vinh reaffirmed his Overweight rating for the stock.

The company's stock is now down nearly 20% this year versus the S&P 500's 4% return.

(END) Dow Jones Newswires

November 09, 2018 14:25 ET (19:25 GMT)

**Exhibit 9** 

(HTTPS://APPLEINSIDER.COM)



# iPhone XR sales estimates slashed by Ming-Chi Kuo, as trade war headwinds swirl

 *(https://appleinsider.com/editor/Mike+Wuerthele) By Mike Wuerthele (https://appleinsider.com/editor/Mike+Wuerthele)* Nov 12, 2018



Ming-Chi Kuo has cut expectations for sales of the iPhone XR for the next year by 30 percent to 70 million, based on a possibility of a trade war with China, and other factors possibly weighing on sales, very similar to his erroneous predictions of iPhone X volumes.

**Page 412**

**Exhibit 9**

In a note to investors seen by *AppleInsider*, Ming-Chi Kuo of TF Securities has
advised investors that there are three factors that are holding down iPhone XR
demand world-wide. The first, blanket, reason is the negative impact on consumer
confidence that a possible trade war could have, particularly in the Chinese
market.

Also cited by Kuo is the possibility that customers are waiting for the iPhone XR
feature set to become more affordable in another year with added feature boosts,
like even smaller bezels and a dual-camera system in that pricing level.
Competition from Huawei's Mate 20 series is also cited, but in passing as a third
factor.

TF Securities has reduced iPhone XR shipment estimations for the fourth calendar
quarter of 2018 by about 35 percent, and the first quarter of 2019 plus the
second quarter of 2019 by about 30 percent each.

Kuo believes that "legacy" iPhone shipments will increase significantly thanks to
"more affordable prices." Kuo isn't cutting estimates of unit sales for the holiday
quarter, though, and is expecting between 75 million and 80 million units sold.

The net effect of the iPhone XR demand, however, will result in a year-over-year
decline in the first calendar quarter of 2019, if Kuo is correct.

# Watch the Latest from AppleInsider TV



**Page 413**

**Exhibit 9**

(HTTPS://APPLEINSIDER.COM)

Kuo has said this before about the iPhone X in early 2018, and wasn't accurate (https://appleinsider.com/articles/18/01/23/after-speculative-reports-of-slow-sales-iphone-x-is-now-said-to-be-in-the-high-end-of-the-industry-range). His voice joined a chorus of analysts predicting poor sales of the device, and lower earnings than Apple actually delivered (https://appleinsider.com/articles/18/05/04/iphone-x-was-worlds-best-selling-smartphone-model-in-first-quarter) as a result.

In October, Kuo predicted that demand (https://appleinsider.com/articles/18/10/15/iphone-xr-will-propel-not-just-holiday-iphone-sales-but-drive-early-2019-to-new-heights) for Apple's iPhone XR will be better than expected, with Apple cranking out about 38 million of them in time for holiday sales. He said then that the iPhone XR should defeat a "low seasonality" after the holiday quarter. Instead of a near-50 percent drop that the iPhone 8 saw after the holiday, the iPhone XR is expected to only drop 30 percent, a favorable comparison to the overall industry's about 40 percent drop.

Kuo joins other analysts (https://appleinsider.com/articles/18/11/05/analyst-fears-over-iphone-xr-shipments-future-sales-figures-prompt-aapl-sell-off) who are pessimistic about Apple's future because of decreasing iPhone demand. However, Jun Zhang from Rosenblatt, and Bank Of America Merrill Lynch seem more concerned that Apple isn't going to report sales figures for the iPhone going forward, more than any other realistic concern.

A cheaper alternative to the iPhone XS and XS Max (https://appleinsider.com/articles/18/09/14/the-iphone-xr-versus-the-iphone-xs-and-iphone-xs-max-which-is-right-for-you), the iPhone XR has a 6.1-inch LCD Liquid Retina display instead of an OLED panel used by its stablemates, has a

**Page 414**

**Exhibit 9**

single 12-megapixel wide-angle camera on the rear, and a wide array of bright color options. Preorders begin on October 19, with the first units arriving on October 26.

*AppleInsider has affiliate partnerships and may earn commission on products purchased through affiliate links. These partnerships do not influence our editorial content.*

27 Comments
(https://forums.appleinsider.com/discussion/208222)



---

**LATEST NEWS**

(https://appleinsider.com/articles/18/11/12/iphone-xr-sales-estimates-slashed-by-ming-chi-kuo-similar-to-his-iphone-x-prognostications)

**President Joe Biden to ask FTC to draft new right to repair regulations (https://appleinsider.com/articles/21/07/06/president-joe-biden-to-ask-ftc-to-draft-new-right-to-repair-regulations)**

*2 minutes ago*

---

(https://appleinsider.com/articles/18/11/12/iphone-xr-sales-estimates-slashed-by-ming-chi-kuo-similar-to-his-iphone-x-prognostications)

**Stutter charity calls out Apple for 'stammering' emoji gaffe (https://appleinsider.com/articles/21/07/06/stutter-charity-calls-out-apple-for-stammering-emoji-gaffe)**

*3 hours ago*

**Page 415**

**Exhibit 9**

(https://appleinsider.com/articles/18/11/12/iphone-xr-sales-estimates-slashed-by-ming-chi-kuo-similar-to-his-iphone-x-prognostications)

(HTTPS://APPLEINSIDER.COM)

Q

**Apple Glass' could have movable display and use Fresnel lenses (https://appleinsider.com/articles/21/07/06/apple-glass-could-have-movable-display-and-use-fresnel-lenses)**

*4 hours ago*

---

(https://appleinsider.com/articles/18/11/12/iphone-xr-sales-estimates-slashed-by-ming-chi-kuo-similar-to-his-iphone-x-prognostications)

**Weekly deal: M1 MacBook Pro (16GB RAM, 1TB SSD) dips to $1,749, plus $50 off AppleCare (https://appleinsider.com/articles/21/07/06/weekly-deal-m1-macbook-pro-16gb-ram-1tb-ssd-dips-to-1749-plus-50-off-applecare)**

*4 hours ago*

---

(https://appleinsider.com/articles/18/11/12/iphone-xr-sales-estimates-slashed-by-ming-chi-kuo-similar-to-his-iphone-x-prognostications)

**Tim Cook returns to annual elite Sun Valley conference (https://appleinsider.com/articles/21/07/06/tim-cook-returns-to-annual-elite-sun-valley-conference)**

*4 hours ago*

---

(https://appleinsider.com/articles/18/11/12/iphone-xr-sales-estimates-slashed-by-ming-chi-kuo-similar-to-his-iphone-x-prognostications)

**Rapper Soulja Boy claims Steve Jobs gave him the first iPhone (https://appleinsider.com/articles/21/07/06/rapper-soulja-boy-claims-steve-jobs-gave-him-the-first-iphone)**

*5 hours ago*

---

(https://appleinsider.com/articles/18/11/12/iphone-xr-sales-estimates-slashed-by-ming-chi-kuo-similar-to-his-iphone-x-prognostications)

**Kensington StudioCaddy can recharge four Apple devices simultaneously (https://appleinsider.com/articles/21/07/06/kensington-studiocaddy-can-recharge-four-apple-devices-simultaneously)**

*5 hours ago*

---

(https://appleinsider.com/articles/18/11/12/iphone-xr-sales-estimates-slashed-by-ming-chi-kuo-similar-to-his-iphone-x-prognostications)

**Vietnamese workers sleep on factory floors to prevent COVID outbreaks (https://appleinsider.com/articles/21/07/06/vietnamese-workers-sleep-on-factory-floors-to-prevent-covid-outbreaks)**

**Exhibit 9**

5 hours ago
(HTTPS://APPLEINSIDER.COM)



### Rapper Soulja Boy claims Steve Jobs gave him the first iPhone (https://appleinsider.com/articles/21/07/06/rapper-soulja-boy-claims-steve-jobs-gave-him-the-first-iphone)

(https://appleinsider.com/articles/21/07/06/rapper-soulja-boy-claims-steve-jobs-gave-him-the-first-iphone)



### Kensington StudioCaddy can recharge four Apple devices simultaneously (https://appleinsider.com/articles/21/07/06/kensington-studiocaddy-can-recharge-four-apple-devices-simultaneously)

(https://appleinsider.com/articles/21/07/06/kensington-studiocaddy-can-recharge-four-apple-devices-simultaneously)



### 'iPhone 13 Pro' case points to camera bump size increase (https://appleinsider.com/articles/21/07/06/iphone-13-pro-case-points-to-camera-bump-size-increase)

(https://appleinsider.com/articles/21/07/06/iphone-13-pro-case-points-to-camera-bump-size-increase)

**LATEST VIDEOS**

(https://appleinsider.com/articles/21/07/03/public-betas-bigger-ipad-pro-and-airpower----this-week-in-apple)

### Public betas, bigger iPad Pro, and AirPower — This Week in Apple (https://appleinsider.com/articles/21/07/03/public-betas-bigger-ipad-pro-and-airpower----this-week-in-apple)

**Page 417**

**Exhibit 9**

(HTTPS://APPLEINSIDER.COM)

(https://appleinsider.com/articles/21/07/01/how-to-install-ios-15-ipados-15-public-betas)

**How to install iOS 15 & iPadOS 15 public betas (https://appleinsider.com/articles/21/07/01/how-to-install-ios-15-ipados-15-public-betas)**

(https://appleinsider.com/articles/21/07/01/how-to-make-an-iphone-shortcut-to-automatically-text-your-time-to-destination)

**How to make an iPhone Shortcut to automatically text your time to destination (https://appleinsider.com/articles/21/07/01/how-to-make-an-iphone-shortcut-to-automatically-text-your-time-to-destination)**



(https://appleinsider.com/articles/21/06/15/compared-beats-studio-buds-vs-airpods-airpods-pro-and-powerbeats-pro)

**Compared: Beats Studio Buds vs AirPods, AirPods Pro, and Powerbeats Pro (https://appleinsider.com/articles/21/06/15/compared-beats-studio-buds-vs-airpods-airpods-pro-and-powerbeats-pro)**

(https://appleinsider.com/articles/21/06/28/shortcut-door-status-notification-new-aqara-switch-more-on-homekit-insider)

**Shortcut door status notification, new Aqara switch, & more on HomeKit Insider (https://appleinsider.com/articles/21/06/28/shortcut-door-status-notification-new-aqara-switch-more-on-homekit-insider)**

**Page 418**

**Exhibit 9**

(HTTPS://APPLEINSIDER.COM)

🔍

**LATEST REVIEWS**

(https://appleinsider.com/articles/21/07/04/vissles-v84-mechanical-keyboard-review-modern-with-a-retro-feel)

**Vissles V84 Mechanical Keyboard review: modern with a retro feel (https://appleinsider.com/articles/21/07/04/vissles-v84-mechanical-keyboard-review-modern-with-a-retro-feel)**

(https://appleinsider.com/articles/21/07/04/crucial-x6-4tb-portable-ssd-review-decent-speed-good-price-to-performance)

**Crucial X6 4TB Portable SSD review: Decent speed, good price to performance (https://appleinsider.com/articles/21/07/04/crucial-x6-4tb-portable-ssd-review-decent-speed-good-price-to-performance)**

(https://appleinsider.com/articles/21/07/03/flexispot-deskcise-pro-v9-review-an-addictive-exercise-workstation)

**Flexispot Deskcise Pro V9 review: an addictive exercise workstation (https://appleinsider.com/articles/21/07/03/flexispot-deskcise-pro-v9-review-an-addictive-exercise-workstation)**

(https://appleinsider.com/articles/21/07/03/zhiyun-smooth-q3-gimbal-review-small-feature-packed-and-well-lit)

**Zhiyun Smooth Q3 Gimbal review: Small, feature-packed, and well lit (https://appleinsider.com/articles/21/07/03/zhiyun-smooth-q3-gimbal-review-small-feature-packed-and-well-lit)**

(https://appleinsider.com/articles/21/06/27/mophie-snap-juice-pack-mini-review-apples-magsafe-but-not)

**Mophie Snap+ Juice Pack Mini review: Apple's MagSafe, but not (https://appleinsider.com/articles/21/06/27/mophie-snap-juice-pack-mini-review-apples-magsafe-but-not)**

**Exhibit 9**

(HTTPS://APPLEINSIDER.COM)

🔍

LOAD            MORE        (/news/page/2)

(https://www.facebook.com/AppleInsider)(https://twitter.com/appleinsider)(https://www.instagram.com/appleinsider_official/)

## APPLE A-Z

Apple Silicon (https://appleinsider.com/inside/apple-silicon)

iPhone 12 (https://appleinsider.com/inside/iphone-12)

iPhone 12 mini (https://appleinsider.com/inside/iphone-12-mini)

iPhone 12 Pro (https://appleinsider.com/inside/iphone-12-pro)

iPhone 12 Pro Max (https://appleinsider.com/inside/iphone-12-pro-max)

HomePod mini (https://appleinsider.com/inside/homepod-mini)

14" MacBook Pro (https://appleinsider.com/inside/14-inch-macbook-pro)

Apple Watch 6 (https://appleinsider.com/inside/apple-watch-series-6)

iPad Air (https://appleinsider.com/inside/ipad-air-4)

More... (https://appleinsider.com/inside)

## PRICE GUIDES

All (https://prices.appleinsider.com)

New Macs (https://prices.appleinsider.com/current-gen)

iPads (https://prices.appleinsider.com/ipad)

Apple Watch (https://prices.appleinsider.com/apple-watch)

**Exhibit 9**

iPhones (https://prices.appleinsider.com/iphone) (HTTPS://APPLEINSIDER.COM)

Apple TV & Accessories (https://prices.appleinsider.com/wireless)

AirPods & Homepods (https://prices.appleinsider.com/music)

iPhone & iPad Trade-in Prices (https://prices.appleinsider.com/trade-in)

## MORE

How-Tos (https://appleinsider.com/how-to)

Forums (https://forums.appleinsider.com)

Podcasts (https://appleinsider.com/podcast)

Deals (https://deals.appleinsider.com)

Videos (https://appleinsider.com/videos)

Reviews (https://appleinsider.com/reviews)

Contact Us (https://appleinsider.com/submit_story)

Advertise on AI (https://appleinsider.com/advertising)

**DESIGNED BY CRAFTED (HTTPS://WWW.CRAFTEDNY.COM)**

Copyright © 2021, Quiller Media, Inc.
Contact Us (https://appleinsider.com/contact) | Privacy Policy (https://appleinsider.com/privacy) | Terms of Use
(https://appleinsider.com/terms-of-use)

**Exhibit 9**

AN DJDN000020181112eebc002bo

SE

HD Update: Apple's Stock Slips After J.P. Morgan Trims Price Target Again -- MarketWatch

BY

WC 239 words

PD 12 Nov 2018

ET 17:39 GMT

SN Dow Jones Institutional News

SC DJDN

CY Copyright © 2018, Dow Jones & Company, Inc.


LP

Shares of Apple Inc. (AAPL) fell 0.7% in premarket trade Monday, after J.P. Morgan cut its earnings estimates on the technology giant, citing new forecasts for modest declines in iPhone shipments for this year and next. Analyst Samik Chatterjee cut his stock price target, for the second time this month, to $266 from $270, but kept his rating at overweight. He said the lower earnings outlook is because of a weaker macro-economic environment in emerging markets, such as China, which is driving softer consumer confidence in certain countries, and a stronger U.S. dollar, which is making iPhones more expensive in foreign currencies. He cut his annual iPhone volume expectations for calendar 2018 to 214 million from 216 million and for 2019 to 208 million from 218 million, while his earnings-per-share estimates drop by 10 cents in fiscal 2019 and fiscal 2020. On Nov. 2, Chatterjee had trimmed his stock price target to $270 from $272 to reflect U.S. dollar strength concerns.




TD

Apple's stock has lost 1.5% over the past three months, while the SPDR Technology Select Sector ETF (XLK) has dropped 4.4% and the Dow Jones Industrial Average has gained 2.7%.


-Tomi Kilgore



 For more from MarketWatch: http://www.marketwatch.com/newsviewer


(END) Dow Jones Newswires


November 12, 2018 12:39 ET (17:39 GMT)

**Exhibit 9**

AN RTNW000020181112eebc0009d

SE

HD Apple Is Slashing iPhone Production Orders for Its New Models, Analyst Says --
Barrons.

BY By Tae Kim

WC 307 words

PD 12 Nov 2018

ET 16:27 GMT

SN Dow Jones Newswires Chinese (English)

SC RTNW

CY Copyright © 2018, Dow Jones & Company, Inc.


LP

Apple is cutting production orders for its latest iPhone models, according to
Longbow Research.The firm's analyst Shawn Harrison said Apple suppliers are
shifting production from new iPhone models to older phones.




TD

The smartphone maker's $749 iPhone XR became available for sale on Oct. 26. That
followed the launch of the $999 iPhone XS and the $1,099 iPhone XS Max in
September.


"The iPhone story is showing cracks with contacts now citing weaker iPhone orders
year over year," the analyst wrote on Monday.


Harrison said his checks with Apple suppliers last week revealed order cuts of 20%
to 30% for the iPhone XR and XS Max, while older iPhone models such as the 8 and
the 8 Plus had order increases of 20% to 25%.


He estimates the cuts on the XR and XS Max represent a reduction of more than 12
million units, while the production increase on older models is more than 3 million
units. The analyst said there was no change to XS plans.


Apple stock is down 3.7% to $196.92 in early morning trading on Monday. The company
did not immediately respond to a request for comment on the report.


The analyst also pointed to falling search-engine interest in China for iPhones.

**Exhibit 9**

"Baidu iPhone searches fell off a cliff for October, indicating potential risk of faltering China demand," he wrote.

The Longbow note came after KeyBanc Capital Markets analyst John Vinh said on Thursday iPhone XR inventory is piling up at stores due to weak sales.

In similar fashion, The Nikkei Asian Review also reported last week the tech giant is telling its suppliers to cancel plans for additional iPhone XR production lines.

(END) Dow Jones Newswires

12-11-18 1627GMT

**Exhibit 9**

AN LBA0000020181112eebc02ubd

SE

HD Apple shares drop on iPhone suppliers' warnings

BY

WC 520 words

PD 12 Nov 2018

ET 19:23 GMT

SN Reuters News

SC LBA

CY Copyright 2018 Thomson Reuters. All Rights Reserved.


LP

(Reuters) - Apple Inc <AAPL.O> shares fell to their lowest in more than three months on Monday as three suppliers issued warnings on results that pointed to weakness in iPhone sales.The Cupertino, California company's signature product has become pricier with every new launch and analysts say that consumers, especially in emerging markets such as India, are ditching them for cheaper alternatives like those offered by China's OnePlus.


TD

Apple warned earlier this month that holiday sales would miss Wall Street expectations, blaming the fall on weakness in emerging markets and foreign exchange costs.


Lumentum Holdings Inc <LITE.O>, the main supplier of the Face ID technology in the latest generation of iPhones, cut $70 million off its forecasts for revenue on Monday, knocking another 5 percent, or around $50 billion, off Apple's value in morning trade on Wall Street.


"Many suppliers have lowered numbers because of their unnamed 'largest customer,' which is Apple. Apple got cautious in their guidance and it's hitting their suppliers," Elazar Capital analyst Chaim Siegel said.


Lumentum blamed the cut in numbers it gave originally just 12 days ago on a client that was "one of our largest... for laser diodes for 3D sensing", which analysts said could only be Apple.

**Exhibit 9**

Screen maker Japan Display Inc <6740.T> cited lower smartphone demand in cutting its own outlook, while British chipmaker IQE Plc <IQE.L> also said it expects a material reduction in its financial performance in the current year.

Shares in Lumentum fell nearly 31 percent, dragging down shares of other suppliers and chipmakers.

JP Morgan analysts weighed in by cutting their price target for Apple by $4 to $270 pointing to poor orders for the new iPhone XR.

Three analysts said that Lumentum's forecast pointed to a reduction of 18 million to 20 million iPhones on earlier estimates, based on average selling prices for 3D sensing parts.

"Apple could have accumulated too much Lumentum inventory, and needs to work it off, in which case the unit shortfall is less, although it is still indicative of weak iPhone sales." D.A. Davidson analyst Mark Kelleher said.

In the fourth quarter, Apple sold 46.9 million iPhones, missing analyst expectations of 47.5 million iPhones, according to FactSet.

Japan's Nikkei reported earlier this month that Apple had told its smartphone assemblers Foxconn and Pegatron <4938.TW> to halt plans for additional production lines dedicated to the iPhone XR, the cheapest of this year's new launches.

Longbow Research analysts said spot checks with Apple's Taiwanese suppliers late last week highlighted 20 percent to 30 percent iPhone order cuts related mainly to iPhone XR and XS Max, and 20 percent to 25 percent order increases for older iPhone models.

Apple started selling iPhone XS and XS Max in September and XR model last month. Lumentum's chips are not used in phones older than last year's iPhone X.

(Reporting by Vibhuti Sharma and Shanti S Nair in Bengaluru; Editing by Anil D'Silva and Patrick Graham)

**Exhibit 9**

AN DJDN000020181114eebe002nv

SE

HD Apple Falls Further As Wall Street Sounds Alarm on iPhone XR -- Market Talk

BY

WC 176 words

PD 14 Nov 2018

ET 17:25 GMT

SN Dow Jones Institutional News

SC DJDN

CY Copyright © 2018, Dow Jones & Company, Inc.


LP

12:25 ET - Apple falls 1.75% as Wall Street analysts turn bearish on the company's prospects over the next year. UBS cuts its target for Apple to $225 from $240, and Guggenheim downgrades the company to neutral. Both firms point to weak demand for the iPhone XR. UBS says its analysis of the supply chain shows many consumers in China were opting for high-end models from Chinese smartphone companies rather than the XR. Guggenheim says weaker iPhone demand is unlikely to be offset by average selling prices this year. The notes contribute to Apple shares' further decline. While Apple has encouraged investors to focus on its services business by saying it will eliminate unit sales data in the future, Guggenheim says Apple is still a product company. Apple shares are down about 15% from Nov. 1's close, before it reported earnings. (tripp.mickle@wsj.com)(END) Dow Jones Newswires



TD

November 14, 2018 12:25 ET (17:25 GMT)

**Exhibit 9**

This report is intended for mattblake@apple.com at Apple. Unauthorized distribution of this report is prohibited.

# GUGGENHEIM

November 14, 2018

**Robert Cihra, Analyst**
robert.cihra@guggenheimpartners.com
212 901 9409

**Amil Patel, Associate**
amil.patel@guggenheimpartners.com
212 518 9892

## AAPL NEUTRAL

**Apple Inc.**
**Sector: IT Hardware & Mobility**

### Rating Change

| | |
|---|---|
| Share Price | $192.23 |
| Price Target | NA |
| *Prior* | *$245.00* |

| **Revenue ($B)** | | | | | |
|---|---|---|---|---|---|
| (FY SEP) | 1Q | 2Q | 3Q | 4Q | FY |
| **2018** | 88.3 | 61.1 | 53.3 | 62.9 | 265.6 |
| **2019** | 91.3E | 63.4E | 54.6E | 64.0E | 273.3E |
| *Prior* | *93.3E* | *66.1E* | *56.4E* | *65.6E* | *281.5E* |
| **2020** | 91.9E | 64.9E | 55.3E | 65.9E | 277.9E |
| *Prior* | *96.7E* | *68.9E* | *58.1E* | *68.0E* | *291.7E* |

| **EPS ($)** | | | | | |
|---|---|---|---|---|---|
| (FY SEP) | 1Q | 2Q | 3Q | 4Q | FY |
| **2018** | 3.89 | 2.73 | 2.34 | 2.91 | 11.91 |
| P/E | | | | | 16.1x |
| **2019** | 4.66E | 2.91E | 2.37E | 2.99E | 12.97E |
| *Prior* | *4.78E* | *3.06E* | *2.46E* | *3.07E* | *13.41E* |
| P/E | | | | | 14.8x |
| **2020** | 4.83E | 3.15E | 2.57E | 3.32E | 13.91E |
| *Prior* | *5.11E* | *3.37E* | *2.73E* | *3.43E* | *14.70E* |
| P/E | | | | | 13.8x |

### Financial Metrics

| | |
|---|---|
| Debt/Total Capital | 52% |
| Net Cash/Share | $25.29 |

### Market Data & Valuation Multiples

| | |
|---|---|
| 52-Week Range | $150.24 - $233.47 |
| Dividend | $2.92 |
| Dividend Yield | 1.5% |
| Shares Out (M) | 4,745.4 |
| Market Cap (M) | $912,208 |
| Enterprise Value (M) | $817,807 |
| ADV (3 mo; 000) | 35,009 |

## AAPL – Downgrade to NEUTRAL as ASPs No Longer Enough

**Key Message:** Whereas a year ago AAPL looked like a table-pounder when iPhone units were weak but about to be more than offset by a big jump in ASPs (+17%Y/Y in FY18), which ultimately drove Apple's best iPhone revenue growth in 3 years, we rather now find that setup flipped with "growth via ASPs" widely known but just as those ASPs start to anniversary. Over the past 10 years, Apple's iPhone ASP has increased a dramatic + $220, or 40%, reflecting its growing value to both consumer and business markets, but nearly HALF of all that just came in FY18 alone, making a period of digestion now likely. We are downgrading AAPL to Neutral from Buy and removing our prior $245 PT.

**We cut our FY19E revenue and EPS ests to $273B (+3%Y/Y) and $12.97 (+9%Y/Y) from $281B/$13.41,** with Apple's non-iPhone revs continuing to grow +12%Y/Y but iPhone's nearly 60% contribution to revenue + profits looking like a headwind again, similar to how trends started FY16. Following early supply-chain cuts, exemplified by Corning's (GLW) softer Q4E Gorilla Glass guide back in Oct, and now 3D sensing laser supplier Lumentum (LITE) and LCD supplier Japan Display (6740-TKS) both warning just this week, we now estimate iPhone units -5%Y/Y in FY19E vs. flat Y/Y in FY18, BUT unlike last year do NOT see ASP increases providing enough offset, with our forecast that blended iPhone ASPs increase only +3%Y/Y, leaving iPhone revenues -2%Y/Y. Moreover, we see growing risk of even softer iPhone unit demand, with downside in China, India and other emerging markets, where Apple may need to start considering lower price points.

**We continue to see Apple's new 6.5" XS Max ($1099+) helping ASPs,** after a Plus-sized X was noticeably absent last year when OLED screens were tight, and still think the new 6.1" LCD-based XR can help mix lower-end buyers up to its $749 starting price, but with the XR starting weaker than expected and neither new model enough to offset the secular reality of iPhones and smartphones in general having gone ex-growth. With replacement cycles having already elongated from 2 years to 3 years, we think it may not be until 5G launches that the next genuine upgrade cycle can start again, but with that not likely until CY20E.

**With the iPhone screen an incredibly valuable piece of real estate,** we continue to forecast Apple growing its Services revs +19%Y/Y in FY19E (with top contributors being the App Store at 38% of mix, Music+iTunes at 17% and Licensing at 15%), increasing to 16% of company revs and 28% of gross profit from 14% and 24% in FY18. Apple's unique platform ownership leverages an installed base we estimate totaling >1.2B iOS devices and >1.4B total devices in the Dec-qtr when including Macs, Watch, AppleTV, etc., each generating an average of $30 in net annualized services revenue per user to Apple. We think curation, security, privacy and original content can keep side-loading to a minimum and that Apple's strengths in edge processing keep it the best platform for new services. But while that model continues to grow and helps support the stock's P/E, we still consider Apple a "product" company. Ever since Apple launched its iPhone Upgrade Program 3 years ago, we have thought it could eventually migrate to selling its entire product+services portfolio as some sort of "subscription" to loyal users who upgrade anyway (e.g., $1K/year to be part of the Apple ecosystem, with a fresh iPhone, iPad, Mac, etc.), but have not seen it move that way.

**We continue to forecast "Other Products" growing +21%Y/Y in FY19E,** driven mostly by Apple's Watch but also AirPods and HomePod. And looking out, we could see how future AR/MR glasses might combine with the cellular Watch + AirPods for a whole new computing architecture, but with those products still just 8% of total company revenue in FY19E.

**Ultimately, we continue to see Apple's sheer size requiring it to target even bigger new TAMs,** which is why we remain convinced that it is working on electric, self-driving cars (see our 6/27/18 note The Ongoing Case for an Apple iCar). But we think that remains in investment mode, even if showing up in Apple's R&D spend that has tripled in dollars over the past 5yrs and more than doubled to 5.4% of revs in FY18 vs. 2.6% in FY13.

IT HARDWARE & MOBILITY

**Exhibit 9**

APPLE INC.                                                                    November 14, 2018

**Figure 1.   iPhone Units and ASP**

*Nearly HALF of all iPhone ASP increase since FY08 came in FY18E*



*Source: Company reports, Guggenheim Securities, LLC estimates*

**Figure 2.   iPhones – Quarterly and Annual**



*Source: Company reports, Guggenheim Securities, LLC estimates*

IT HARDWARE & MOBILITY

**Exhibit 9**

| APPLE INC. | November 14, 2018 |
|---|---|

**Figure 3.    Apple's Y/Y Revenue Growth Contributors by Product/Service**



*Source: Company reports, Guggenheim Securities, LLC estimates*

**Figure 4.    Apple's Active User Installed Base**

*Currently 1.2B iOS and 1.4B total per our estimates*

*Source: Company reports, Guggenheim Securities, LLC estimates*

IT HARDWARE & MOBILITY

**Exhibit 9**

| APPLE INC. | November 14, 2018 |
|---|---|

**Figure 5.    Apple's R&D Spending**

*Has been increasing not only in $ but %*



*Source: Company reports, Guggenheim Securities, LLC estimates*

**Figure 6.    Apple – Overall Unit, Revenue and Margin Trends**




*Source: Company reports, Guggenheim Securities, LLC estimates*

### Valuation

AAPL has traded at an average forward P/E of 13x and EV/FCF of 13x over the past 5 years, and with our expectation for decelerating revenue growth, we see it remaining around those levels, which makes us NEUTRAL.

### Risks

Downside risks to our rating include Apple's exposure to premium-priced consumer IT markets in general, and high concentration of iPhone revenues and profits in particular, making it susceptible to weaker consumer demand, whereas upside risks include the potential for demand to prove stronger than we are anticipating, and support from Apple's Services businesses to be even greater than our forecast.

---

**GUGGENHEIM SECURITIES, LLC**                    *See pages 10 - 11 for analyst certification and important disclosures.* Page 4

IT HARDWARE & MOBILITY

# Exhibit 9

| APPLE INC. | November 14, 2018 |
|---|---|

### Figure 7.   Apple – Income Statement

| | | | | 2018 | | | | | | 2019E | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ($ in millions) | FY 2016 | FY 2017 | Q1 Dec-17 | Q2 Mar-18 | Q3 Jun-18 | Q4 Sep-18 | FY 2018 | Q1E Dec-18 | Q2E Mar-19 | Q3E Jun-19 | Q4E Sep-19 | FY 2019E | FY 2020E |
| Net sales | $215,639 | $229,234 | $88,293 | $61,137 | $53,265 | $62,900 | $265,595 | $91,328 | $63,405 | $54,564 | $64,043 | $273,339 | $277,897 |
| Cost of sales | 131,376 | 141,048 | 54,381 | 37,715 | 32,844 | 38,816 | 163,756 | 56,236 | 38,954 | 33,376 | 39,444 | 168,011 | 170,388 |
| Gross profit | $84,263 | $88,186 | $33,912 | $23,422 | $20,421 | $24,084 | $101,839 | $35,091 | $24,451 | $21,188 | $24,598 | $105,328 | $107,509 |
| | | | | | | | | | | | | | |
| R & D | 10,045 | 11,581 | 3,407 | 3,378 | 3,701 | 3,750 | 14,236 | 4,170 | 4,070 | 4,170 | 4,270 | 16,680 | 17,680 |
| S G & A | 14,194 | 15,261 | 4,231 | 4,150 | 4,108 | 4,216 | 16,705 | 4,559 | 4,241 | 4,154 | 4,229 | 17,182 | 17,204 |
| Operating expenses | $24,239 | $26,842 | $7,638 | $7,528 | $7,809 | $7,966 | $30,941 | $8,729 | $8,311 | $8,324 | $8,499 | $33,862 | $34,884 |
| Operating income | $60,024 | $61,344 | $26,274 | $15,894 | $12,612 | $16,118 | $70,898 | $26,362 | $16,140 | $12,864 | $16,100 | $71,466 | $72,625 |
| Interest, other inc(exp) | 1,348 | 2,745 | 756 | 274 | 672 | 303 | 2,005 | 300 | 300 | 300 | 300 | 1,200 | 1,200 |
| | | | | | | | | | | | | | |
| Pretax income | $61,372 | $64,089 | $27,030 | $16,168 | $13,284 | $16,421 | $72,903 | $26,662 | $16,440 | $13,164 | $16,400 | $72,666 | $73,825 |
| Income taxes | 15,685 | 15,738 | 6,965 | 2,346 | 1,765 | 2,296 | 13,372 | 4,399 | 2,713 | 2,172 | 2,706 | 11,990 | 12,550 |
| Net income | $45,687 | $48,351 | $20,065 | $13,822 | $11,519 | $14,125 | $59,531 | $22,263 | $13,727 | $10,992 | $13,694 | $60,676 | $61,274 |
| Extraordinary items | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Net inc. after x/o items | $45,687 | $48,351 | $20,065 | $13,822 | $11,519 | $14,125 | $59,531 | $22,263 | $13,727 | $10,992 | $13,694 | $60,676 | $61,274 |
| | | | | | | | | | | | | | |
| EPS (operating) | $8.31 | $9.21 | $3.89 | $2.73 | $2.34 | $2.91 | $11.91 | $4.66 | $2.91 | $2.37 | $2.99 | $12.97 | $13.91 |
| EPS (reported) | $8.31 | $9.21 | $3.89 | $2.73 | $2.34 | $2.91 | $11.91 | $4.66 | $2.91 | $2.37 | $2.99 | $12.97 | $13.91 |
| | | | | | | | | | | | | | |
| Shares o/s, diluted | 5,500 | 5,252 | 5,158 | 5,068 | 4,927 | 4,848 | 5,000 | 4,779 | 4,711 | 4,643 | 4,575 | 4,677 | 4,404 |
| | | | | | | | | | | | | | |
| % of Sales: | | | | | | | | | | | | | |
| Gross margin | 39.1% | 38.5% | 38.4% | 38.3% | 38.3% | 38.3% | 38.3% | 38.4% | 38.6% | 38.8% | 38.4% | 38.5% | 38.7% |
| R & D | 4.7% | 5.1% | 3.9% | 5.5% | 6.9% | 6.0% | 5.4% | 4.6% | 6.4% | 7.6% | 6.7% | 6.1% | 6.4% |
| S G & A | 6.6% | 6.7% | 4.8% | 6.8% | 7.7% | 6.7% | 6.3% | 5.0% | 6.7% | 7.6% | 6.6% | 6.3% | 6.2% |
| Operating expenses | 11.2% | 11.7% | 8.7% | 12.3% | 14.7% | 12.7% | 11.6% | 9.6% | 13.1% | 15.3% | 13.3% | 12.4% | 12.6% |
| Operating margin | 27.8% | 26.8% | 29.8% | 26.0% | 23.7% | 25.6% | 26.7% | 28.9% | 25.5% | 23.6% | 25.1% | 26.1% | 26.1% |
| Pretax margin | 28.5% | 28.0% | 30.6% | 26.4% | 24.9% | 26.1% | 27.4% | 29.2% | 25.9% | 24.1% | 25.6% | 26.6% | 26.6% |
| Tax rate | 25.6% | 24.6% | 25.8% | 14.5% | 13.3% | 14.0% | 18.3% | 16.5% | 16.5% | 16.5% | 16.5% | 16.5% | 17.0% |
| Net margin | 21.2% | 21.1% | 22.7% | 22.6% | 21.6% | 22.5% | 22.4% | 24.4% | 21.7% | 20.1% | 21.4% | 22.2% | 22.0% |
| Y/Y % Change: | | | | | | | | | | | | | |
| Net sales | -8% | 6% | 13% | 16% | 17% | 20% | 16% | 3% | 4% | 2% | 2% | 3% | 2% |
| Operating income | -16% | 2% | 12% | 13% | 17% | 23% | 16% | 0% | 2% | 2% | 0% | 1% | 2% |
| EPS | -10% | 11% | 16% | 30% | 40% | 41% | 29% | 20% | 7% | 1% | 3% | 9% | 7% |
| Q/Q % Change: | | | | | | | | | | | | | |
| Net sales | | | 68% | -31% | -13% | 18% | | 45% | -31% | -14% | 17% | | |
| EPS | | | 88% | -30% | -14% | 25% | | 60% | -37% | -19% | 26% | | |

| Calendar Year | CY16 | CY17 | | | | | CY18E | | | | | CY19E | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $218,118 | $239,176 | | | | | $268,630 | | | | | $273,873 | |
| Y/Y | -7% | 10% | | | | | 12% | | | | | 2% | |
| EPS | $8.32 | $9.70 | | | | | $12.58 | | | | | $13.06 | |
| Y/Y | -11% | 17% | | | | | 30% | | | | | 4% | |

| Company guidance: | |
|---|---|
| Revs | $89-93B |
| GM | 38%-38.5% |
| Opex | $8.7-8.8B |
| Implied EPS | $4.44-4.77 |

*Source: Company reports, Guggenheim Securities, LLC estimates*

IT HARDWARE & MOBILITY

# Exhibit 9

| APPLE INC. | November 14, 2018 |
| --- | --- |

### Figure 8.   Apple – Unit and ASP Model

| | FY 2016 | FY 2017 | Q1 Dec-17 | Q2 Mar-18 | Q3 Jun-18 | Q4 Sep-18 | FY 2018 | Q1E Dec-18 | Q2E Mar-19 | Q3E Jun-19 | Q4E Sep-19 | FY 2019E | FY 2020E |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Units (000)** | | | | | | | | | | | | | |
| iPhones | 211,884 | 216,756 | 77,316 | 52,217 | 41,300 | 46,889 | 217,722 | 74,000 | 48,840 | 39,560 | 44,703 | 207,104 | 203,295 |
| iPads | 45,590 | 43,753 | 13,170 | 9,113 | 11,553 | 9,699 | 43,535 | 12,803 | 8,578 | 10,722 | 9,650 | 41,753 | 41,019 |
| Macs | 18,484 | 19,251 | 5,112 | 4,078 | 3,720 | 5,299 | 18,209 | 5,079 | 3,980 | 3,976 | 5,105 | 18,141 | 18,276 |
| iPods | 5,613 | 3,610 | 621 | 350 | 335 | 335 | 1,642 | 549 | 350 | 335 | 335 | 1,569 | 1,569 |
| Watch | 10,415 | 14,804 | 7,000 | 4,644 | 4,135 | 4,590 | 20,369 | 8,225 | 5,457 | 4,858 | 5,393 | 23,933 | 27,523 |
| **Y/Y % Change** | | | | | | | | | | | | | |
| iPhones | -8% | 2% | -1% | 3% | 1% | 0% | 0% | -4% | -6% | -4% | -5% | -5% | -2% |
| iPads | -17% | -4% | 1% | 2% | 1% | -6% | 0% | -3% | -6% | -7% | -1% | -4% | -2% |
| Macs | -10% | 4% | -5% | -3% | -13% | -2% | -5% | -1% | -2% | 7% | -4% | 0% | 1% |
| iPods | -42% | -36% | -63% | -55% | -56% | -12% | -55% | -12% | 0% | 0% | 0% | -4% | 0% |
| Watch | 70% | 42% | 51% | 29% | 40% | 28% | 38% | 18% | 18% | 18% | 18% | 18% | 15% |
| **Q/Q % Change** | | | | | | | | | | | | | |
| iPhones | | | 66% | -32% | -21% | 14% | | 58% | -34% | -19% | 13% | | |
| iPads | | | 28% | -31% | 27% | -16% | | 32% | -33% | 25% | -10% | | |
| Macs | | | -5% | -20% | -9% | 42% | | -4% | -22% | 0% | 28% | | |
| iPods | | | 64% | -44% | -4% | 0% | | 64% | -36% | -4% | 0% | | |
| Watch | | | 94% | -34% | -11% | 11% | | 79% | -34% | -11% | 11% | | |
| **% iPhone Unit Mix** | | | | | | | | | | | | | |
| iPhone - hi end | 67% | 72% | 63% | 55% | 62% | 69% | 62% | 77% | 78% | 75% | 85% | 78% | 75% |
| iPhone - low end | 33% | 28% | 37% | 45% | 38% | 31% | 38% | 23% | 22% | 25% | 15% | 22% | 25% |
| **% iPad Unit Mix** | | | | | | | | | | | | | |
| iPad - hi end | 67% | 64% | 64% | 66% | 66% | 67% | 66% | 66% | 67% | 67% | 67% | 67% | 67% |
| iPad - low end | 33% | 36% | 36% | 34% | 34% | 33% | 34% | 34% | 33% | 33% | 33% | 33% | 33% |
| **% Mac Unit Mix** | | | | | | | | | | | | | |
| Desktops | 19% | 16% | 16% | 18% | 17% | 13% | 16% | 15% | 15% | 15% | 12% | 14% | 13% |
| Portables | 81% | 84% | 84% | 83% | 83% | 87% | 84% | 85% | 85% | 85% | 88% | 86% | 87% |
| **ASP ($)** | | | | | | | | | | | | | |
| iPhone ASP | $645 | $652 | $796 | $728 | $724 | $793 | $766 | $812 | $773 | $723 | $809 | $785 | $780 |
| iPad ASP | $452 | $439 | $445 | $451 | $410 | $422 | $432 | $499 | $504 | $461 | $472 | $484 | $478 |
| Mac ASP | $1,235 | $1,343 | $1,349 | $1,434 | $1,433 | $1,399 | $1,400 | $1,375 | $1,404 | $1,388 | $1,365 | $1,382 | $1,371 |
| iPod ASP | $143 | $146 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 |
| Watch ASP | $428 | $422 | $439 | $440 | $445 | $462 | $446 | $470 | $470 | $470 | $470 | $470 | $470 |
| **Y/Y % Change** | | | | | | | | | | | | | |
| iPhone ASP | -4% | 1% | 15% | 11% | 20% | 28% | 17% | 2% | 6% | 0% | 2% | 3% | -1% |
| iPad ASP | 7% | -3% | 5% | 4% | -6% | -10% | -2% | 12% | 12% | 12% | 12% | 12% | -1% |
| Mac ASP | 0% | 9% | 0% | 3% | 10% | 5% | 4% | 2% | -2% | -3% | -2% | -1% | -1% |
| iPod ASP | -4% | 2% | 44% | 43% | 43% | 0% | 37% | 0% | 0% | 0% | 0% | 0% | 0% |
| Watch ASP | -3% | -1% | 5% | 4% | 5% | 8% | 6% | 7% | 7% | 6% | 2% | 5% | 0% |
| **Q/Q % Change** | | | | | | | | | | | | | |
| iPhone ASP | | | 29% | -9% | -1% | 10% | | 2% | -5% | -7% | 12% | | |
| iPad ASP | | | -5% | 1% | -9% | 3% | | 18% | 1% | -8% | 2% | | |
| Mac ASP | | | 1% | 6% | 0% | -2% | | -2% | 2% | -1% | -2% | | |
| iPod ASP | | | 0% | 0% | 0% | 0% | | 0% | 0% | 0% | 0% | | |
| Watch ASP | | | 3% | 0% | 1% | 4% | | 2% | 0% | 0% | 0% | | |

*Source: Company reports, Guggenheim Securities, LLC estimates*

IT HARDWARE & MOBILITY

**Exhibit 9**

| APPLE INC. | November 14, 2018 |

### Figure 9.   Apple – Revenue and Margin Model

| | FY 2016 | FY 2017 | 2018 Q1 Dec-17 | Q2 Mar-18 | Q3 Jun-18 | Q4 Sep-18 | FY 2018 | 2019E Q1E Dec-18 | Q2E Mar-19 | Q3E Jun-19 | Q4E Sep-19 | FY 2019E | FY 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue ($mil)** | **$215,639** | **$229,234** | **$88,293** | **$61,137** | **$53,265** | **$62,900** | **$265,595** | **$91,328** | **$63,405** | **$54,564** | **$64,043** | **$273,339** | **$277,897** |
| iPhone | $136,700 | $141,319 | $61,576 | $38,032 | $29,906 | $37,185 | $166,699 | $60,083 | $37,777 | $28,596 | $36,154 | $162,610 | $158,512 |
| iPad | $20,628 | $19,222 | $5,862 | $4,113 | $4,741 | $4,089 | $18,805 | $6,392 | $4,321 | $4,948 | $4,552 | $20,212 | $19,605 |
| Mac | $22,831 | $25,850 | $6,895 | $5,848 | $5,330 | $7,411 | $25,484 | $6,983 | $5,590 | $5,521 | $6,970 | $25,063 | $25,056 |
| Services | $24,348 | $29,980 | $8,471 | $9,190 | $9,548 | $9,981 | $37,190 | $10,691 | $10,905 | $11,134 | $11,568 | $44,297 | $50,949 |
| App Store | $7,332 | $10,596 | $3,193 | $3,490 | $3,545 | $3,666 | $13,894 | $3,844 | $4,217 | $4,402 | $4,492 | $16,955 | $20,375 |
| iTunes+Music | $5,274 | $5,729 | $1,567 | $1,590 | $1,664 | $1,777 | $6,597 | $1,847 | $1,865 | $1,911 | $1,987 | $7,611 | $8,526 |
| Licensing | 2,903 | 3,955 | 1,443 | 1,428 | 1,364 | 1,420 | 5,655 | 1,717 | 1,714 | 1,664 | 1,761 | 6,856 | 7,884 |
| iCloud/ACare/Other | 8,840 | 9,699 | 2,269 | 2,682 | 2,975 | 3,118 | 11,043 | 3,283 | 3,109 | 3,156 | 3,328 | 12,875 | 14,163 |
| Other Products | $11,132 | $12,863 | $5,489 | $3,954 | $3,740 | $4,234 | $17,417 | $7,180 | $4,811 | $4,366 | $4,799 | $21,156 | $23,774 |
| iPod | 801 | 527 | 124 | 70 | 67 | 67 | 328 | 110 | 70 | 67 | 67 | 314 | 314 |
| Watch | 4,456 | 6,250 | 3,076 | 2,045 | 1,839 | 2,122 | 9,082 | 3,867 | 2,566 | 2,284 | 2,536 | 11,253 | 12,941 |
| Accessories | 5,875 | 6,086 | 2,289 | 1,839 | 1,834 | 2,045 | 8,007 | 3,203 | 2,176 | 2,014 | 2,196 | 9,589 | 10,520 |
| **Y/Y % Change** | **-8%** | **6%** | **13%** | **16%** | **17%** | **20%** | **16%** | **3%** | **4%** | **2%** | **0%** | **3%** | **2%** |
| iPhone | -12% | 3% | 13% | 14% | 20% | 29% | 18% | -2% | -1% | -4% | -3% | -2% | -3% |
| iPad | -11% | -7% | 6% | 6% | -5% | -15% | -2% | 9% | 5% | 4% | 11% | 7% | -3% |
| Mac | -10% | 13% | -5% | 0% | -5% | 3% | -1% | 1% | -4% | 4% | -6% | -2% | 0% |
| Services | 22% | 23% | 18% | 31% | 31% | 17% | 24% | 26% | 19% | 17% | 16% | 19% | 15% |
| Other Products | 11% | 16% | 36% | 38% | 37% | 31% | 35% | 31% | 22% | 17% | 13% | 21% | 12% |
| **Q/Q % Change** | | | **68%** | **-31%** | **-13%** | **18%** | | **45%** | **-31%** | **-14%** | **17%** | | |
| iPhone | | | 113% | -38% | -21% | 24% | | 62% | -37% | -24% | 26% | | |
| iPad | | | 21% | -30% | 15% | -14% | | 56% | -32% | 14% | -8% | | |
| Mac | | | -4% | -15% | -9% | 39% | | -6% | -20% | -1% | 26% | | |
| Services | | | 0% | 8% | 4% | 5% | | 7% | 2% | 2% | 4% | | |
| Other Products | | | 70% | -28% | -5% | 13% | | 70% | -33% | -9% | 10% | | |
| **As % of Revenue** | | | | | | | | | | | | | |
| iPhone | 63% | 62% | 70% | 62% | 56% | 59% | 63% | 66% | 60% | 52% | 56% | 59% | 57% |
| iPad | 10% | 8% | 7% | 7% | 9% | 7% | 7% | 7% | 7% | 9% | 7% | 7% | 7% |
| Mac | 11% | 11% | 8% | 10% | 10% | 12% | 10% | 8% | 9% | 10% | 11% | 9% | 9% |
| Services | 11% | 13% | 10% | 15% | 18% | 16% | 14% | 12% | 17% | 20% | 18% | 16% | 18% |
| App Store | 3% | 5% | 4% | 6% | 7% | 6% | 5% | 4% | 7% | 8% | 7% | 6% | 7% |
| iTunes+Music | 2% | 2% | 2% | 3% | 3% | 3% | 2% | 2% | 3% | 4% | 3% | 3% | 3% |
| Licensing | 1% | 2% | 2% | 2% | 3% | 2% | 2% | 2% | 3% | 3% | 3% | 3% | 3% |
| iCloud/ACare/Other | 4% | 4% | 3% | 4% | 6% | 5% | 4% | 4% | 5% | 6% | 5% | 5% | 5% |
| Other Products | 5% | 6% | 6% | 6% | 7% | 7% | 7% | 8% | 8% | 8% | 7% | 8% | 9% |
| iPod | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Watch | 2% | 3% | 3% | 3% | 3% | 3% | 3% | 4% | 4% | 4% | 4% | 4% | 5% |
| Accessories | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 4% | 3% | 4% | 3% | 4% | 4% |
| **Gross Margin (%)** | **39.1%** | **38.5%** | **38.4%** | **38.3%** | **38.3%** | **38.3%** | **38.3%** | **38.4%** | **38.6%** | **38.8%** | **38.4%** | **38.5%** | **38.7%** |
| iPhone | 41% | 40% | 39% | 38% | 37% | 38% | 38% | 39% | 37% | 37% | 37% | 37% | 37% |
| iPad | 25% | 24% | 24% | 24% | 23% | 23% | 24% | 23% | 23% | 23% | 23% | 23% | 23% |
| Mac | 21% | 19% | 18% | 18% | 17% | 18% | 18% | 18% | 18% | 18% | 18% | 18% | 18% |
| Services | 62% | 64% | 66% | 66% | 66% | 65% | 66% | 66% | 67% | 67% | 66% | 66% | 67% |
| Other Products | 27% | 26% | 26% | 27% | 27% | 27% | 27% | 28% | 27% | 27% | 27% | 27% | 27% |
| **Contribution to Total GM$** | | | | | | | | | | | | | |
| iPhone | 67% | 64% | 71% | 61% | 55% | 59% | 63% | 66% | 57% | 49% | 54% | 58% | 54% |
| iPad | 6% | 5% | 4% | 4% | 5% | 4% | 4% | 4% | 4% | 5% | 4% | 4% | 4% |
| Mac | 6% | 6% | 4% | 4% | 4% | 6% | 4% | 4% | 4% | 5% | 5% | 4% | 4% |
| Services | 18% | 22% | 17% | 26% | 31% | 27% | 24% | 20% | 30% | 35% | 31% | 28% | 32% |
| Other Products | 4% | 4% | 4% | 4% | 5% | 5% | 5% | 6% | 5% | 5% | 5% | 6% | 6% |

*Source: Company reports, Guggenheim Securities, LLC estimates*

IT HARDWARE & MOBILITY

**Exhibit 9**

| APPLE INC. | November 14, 2018 |

### Figure 10.  Apple – Balance Sheet

| | 2017 | | | | 2018 | | | | 2019E | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1E | Q2E | Q3E | Q4E |
| ($ in millions) | Dec-16 | Mar-17 | Jun-17 | Sep-17 | Dec-17 | Mar-18 | Jun-18 | Sep-18 | Dec-18 | Mar-19 | Jun-19 | Sep-19 |
| **Assets** | | | | | | | | | | | | |
| Cash and equiv. | $16,371 | $15,157 | $18,571 | $20,289 | $27,491 | $45,059 | $31,971 | $25,913 | $26,418 | $14,338 | $9,274 | $17,362 |
| ST mkt securities | 44,081 | 51,944 | 58,188 | 53,892 | 49,662 | 42,881 | 38,999 | 40,388 | 40,388 | 40,388 | 40,388 | 40,388 |
| A/R | 14,057 | 11,579 | 12,399 | 17,874 | 23,440 | 14,324 | 14,104 | 23,186 | 21,882 | 13,673 | 14,119 | 23,201 |
| Inventory | 2,712 | 2,910 | 3,146 | 4,855 | 4,421 | 7,662 | 5,936 | 3,956 | 5,731 | 3,970 | 3,402 | 4,020 |
| Other | 26,111 | 20,400 | 20,571 | 31,735 | 38,796 | 20,127 | 24,751 | 37,896 | 37,896 | 37,896 | 37,896 | 37,896 |
| Total current assets | $103,332 | $101,990 | $112,875 | $128,645 | $143,810 | $130,053 | $115,761 | $131,339 | $132,316 | $110,264 | $105,079 | $122,867 |
| PP&E, net | 26,510 | 27,163 | 29,286 | 33,783 | 33,679 | 35,077 | 38,117 | 41,304 | 41,717 | 42,551 | 43,828 | 45,143 |
| LT mkt securities | 185,638 | 189,740 | 184,757 | 194,714 | 207,944 | 179,286 | 172,773 | 170,799 | 170,799 | 170,799 | 170,799 | 170,799 |
| Other | 15,661 | 15,639 | 18,255 | 18,177 | 21,361 | 23,086 | 22,546 | 22,283 | 22,951 | 22,951 | 23,181 | 23,876 |
| Total assets | $331,141 | $334,532 | $345,173 | $375,319 | $406,794 | $367,502 | $349,197 | $365,725 | $367,783 | $346,566 | $342,887 | $362,686 |
| **Liab & Stockholders' Equity** | | | | | | | | | | | | |
| Debt | $13,992 | $13,991 | $18,475 | $18,473 | $18,478 | $20,478 | $17,472 | $20,748 | $20,748 | $20,748 | $20,748 | $20,748 |
| Accounts payable | 38,510 | 28,573 | 31,915 | 49,049 | 62,985 | 34,311 | 38,489 | 55,888 | 56,679 | 39,261 | 42,048 | 57,148 |
| Accrued: defer'd revs | 31,628 | 30,778 | 30,912 | 33,292 | 34,325 | 34,531 | 32,587 | 40,230 | 40,068 | 40,068 | 40,068 | 45,289 |
| Total current liabs | $84,130 | $73,342 | $81,302 | $100,814 | $115,788 | $89,320 | $88,548 | $116,866 | $117,495 | $100,077 | $102,865 | $123,185 |
| LT debt | 73,557 | 84,531 | 89,864 | 97,207 | 103,922 | 101,362 | 97,128 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 |
| LT liab: defer'd revs | 41,064 | 42,577 | 41,582 | 43,251 | 46,885 | 49,942 | 48,572 | 47,977 | 45,632 | 46,545 | 47,476 | 51,600 |
| Stockholders' equity | 132,390 | 134,082 | 132,425 | 134,047 | 140,199 | 126,878 | 114,949 | 107,147 | 110,921 | 106,209 | 98,812 | 94,166 |
| Total liab & Stock equity | $331,141 | $334,532 | $345,173 | $375,319 | $406,794 | $367,502 | $349,197 | $365,725 | $367,783 | $346,566 | $342,887 | $362,686 |
| Employees (000) | 117.2 | 118.3 | 120.7 | 123.0 | 124.2 | 125.5 | 128.0 | 130.5 | 133.2 | 135.8 | 138.5 | 141.3 |
| **Financial Ratios** | | | | | | | | | | | | |
| Current Ratio | 1.2 | 1.4 | 1.4 | 1.3 | 1.2 | 1.5 | 1.3 | 1.1 | 1.1 | 1.1 | 1.0 | 1.0 |
| Debt/Equity | 66% | 73% | 82% | 86% | 87% | 96% | 100% | 107% | 103% | 108% | 116% | 122% |
| Debt/Total Capital | 40% | 42% | 45% | 46% | 47% | 49% | 50% | 52% | 51% | 52% | 54% | 55% |
| Book Value/Share | $25 | $25 | $25 | $26 | $27 | $25 | $23 | $22 | $23 | $23 | $21 | $21 |
| **Annualized Quarter** | | | | | | | | | | | | |
| Rev./Employee (000) | $2,675 | $1,788 | $1,505 | $1,710 | $2,843 | $1,949 | $1,665 | $1,927 | $2,744 | $1,867 | $1,575 | $1,813 |
| A/R DSO | 16 | 20 | 25 | 31 | 24 | 21 | 24 | 33 | 22 | 19 | 23 | 33 |
| Inventory Turns | 80 | 46 | 37 | 33 | 47 | 25 | 19 | 31 | 46 | 32 | 36 | 43 |
| Days Inventory | 5 | 8 | 10 | 11 | 8 | 14 | 19 | 11 | 8 | 11 | 10 | 8 |
| A/P Days | 72 | 80 | 103 | 135 | 104 | 82 | 105 | 130 | 91 | 91 | 113 | 130 |
| Cash conv cycle (days) | (51) | (52) | (69) | (94) | (73) | (46) | (63) | (85) | (61) | (60) | (80) | (89) |
| ROE | 55% | 33% | 26% | 32% | 59% | 41% | 38% | 51% | 82% | 51% | 43% | 57% |
| ROIC | 32% | 19% | 14% | 16% | 30% | 21% | 18% | 25% | 39% | 24% | 20% | 25% |
| Total cash ($mil) | $246,090 | $256,841 | $261,516 | $268,895 | $285,097 | $267,226 | $243,743 | $237,100 | $237,605 | $225,525 | $220,461 | $228,549 |
| Debt | ($87,549) | ($98,522) | ($108,339) | ($115,680) | ($122,400) | ($121,840) | ($114,600) | ($114,483) | ($114,483) | ($114,483) | ($114,483) | ($114,483) |
| Net cash ($mil) | $158,541 | $158,319 | $153,177 | $153,215 | $162,697 | $145,386 | $129,143 | $122,617 | $123,122 | $111,042 | $105,978 | $114,066 |
| per share | $29.76 | $30.09 | $29.27 | $29.56 | $31.54 | $28.68 | $26.21 | $25.29 | $25.76 | $23.57 | $22.83 | $24.93 |

*Source: Company reports, Guggenheim Securities, LLC estimates*

IT HARDWARE & MOBILITY

**Exhibit 9**

| APPLE INC. | November 14, 2018 |
|---|---|

### Figure 11.  Apple – Cash Flow

($ in millions)

| Fiscal Years Ending September | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|
| **Cash flows from operating activities:** | | | | | | | | | | |
| Net income (loss) | $25,922 | $41,733 | $37,037 | $39,510 | $53,394 | $45,687 | $48,351 | $59,531 | $60,676 | $61,274 |
| Depreciation & amortization | 1,814 | 3,277 | 6,757 | 7,946 | 11,257 | 10,505 | 10,157 | 10,903 | 11,635 | 12,407 |
| Other, deferred tax, nonrecurring | 4,036 | 6,145 | 3,394 | 5,210 | 4,968 | 9,148 | 10,640 | (27,694) | 2,898 | 3,430 |
| | 31,772 | 51,155 | 47,188 | 52,666 | 69,619 | 65,340 | 69,148 | 42,740 | 75,209 | 77,111 |
| Working capital investment: | | | | | | | | | | |
| (Incr) in accounts receivable | 143 | (5,551) | (1,949) | (4,232) | 611 | 1,095 | (2,093) | (5,322) | (15) | (263) |
| (Incr) in inventories | 275 | (15) | (973) | (76) | (238) | 217 | (2,723) | 828 | (64) | (82) |
| (Incr) in other assets | (3,325) | (4,576) | 1,080 | (2,053) | (3,914) | 1,039 | (9,572) | (8,433) | (1,593) | (1,707) |
| Incr in accounts payable | 2,515 | 4,467 | 2,340 | 5,938 | 5,400 | 1,791 | 9,618 | 9,175 | 1,260 | 1,183 |
| Incr in other liab/deferred revs. | 6,149 | 5,376 | 5,980 | 7,470 | 9,788 | (3,658) | (780) | 38,446 | 5,784 | 6,902 |
| | 5,757 | (299) | 6,478 | 7,047 | 11,647 | 484 | (5,550) | 34,694 | 5,371 | 6,033 |
| **Net cash from Operations** | **$37,529** | **$50,856** | **$53,666** | **$59,713** | **$81,266** | **$65,824** | **$63,598** | **$77,434** | **$80,580** | **$83,144** |
| **Free cash flow** | **$33,269** | **$42,561** | **$45,501** | **$50,142** | **$70,019** | **$53,090** | **$51,147** | **$64,121** | **$65,106** | **$67,025** |
| **Cash flows from investing activities:** | | | | | | | | | | |
| Capital expenditures | (4,260) | (8,295) | (8,165) | (9,571) | (11,247) | (12,734) | (12,451) | (13,313) | (15,473) | (16,119) |
| Net (purchases) of investments | (32,464) | (38,427) | (24,042) | (9,017) | (44,417) | (30,634) | (33,147) | 32,363 | 0 | 0 |
| Acquisitions, other | (3,695) | (1,505) | (1,567) | (3,991) | (610) | (2,609) | (848) | (2,984) | 0 | 0 |
| **Net cash (used in) investing activities** | **($40,419)** | **($48,227)** | **($33,774)** | **($22,579)** | **($56,274)** | **($45,977)** | **($46,446)** | **$16,066** | **($15,473)** | **($16,119)** |
| **Cash flows from financing activities:** | | | | | | | | | | |
| Net debt incr/(decr) | 0 | 0 | 16,896 | 18,266 | 29,305 | 22,057 | 29,014 | 432 | 0 | 0 |
| Net stock issue/(repurchase) | 1,444 | 790 | (22,711) | (44,689) | (35,460) | (30,390) | (33,592) | (74,596) | (60,000) | (60,000) |
| Dividends | 0 | (2,488) | (10,564) | (11,126) | (11,561) | (12,150) | (12,769) | (13,712) | (13,657) | (12,861) |
| **Net cash (used in) financing activities** | **$1,444** | **($1,698)** | **($16,379)** | **($37,549)** | **($17,716)** | **($20,483)** | **($17,347)** | **($87,876)** | **($73,657)** | **($72,861)** |
| **Net increase (decrease) in cash** | **($1,446)** | **$931** | **$3,513** | **($415)** | **$7,276** | **($636)** | **($195)** | **$5,624** | **($8,551)** | **($5,835)** |
| Cash at beginning of period | 11,261 | 9,815 | 10,746 | 14,259 | 13,844 | 21,120 | 20,484 | 20,289 | 25,913 | 17,362 |
| Cash at end of period | $9,815 | $10,746 | $14,259 | $13,844 | $21,120 | $20,484 | $20,289 | $25,913 | $17,362 | $11,527 |
| **Fiscal:** | | | | | | | | | | |
| Op Cash Flow/Share | | $5.72 | $7.69 | $8.23 | $9.75 | $14.03 | $11.97 | $12.11 | $15.49 | $17.23 | $18.88 |
| FCF/Share | | $5.07 | $6.43 | $6.98 | $8.19 | $12.09 | $9.65 | $9.74 | $12.82 | $13.92 | $15.22 |
| **Calendar Year:** | | | | | | | | | | |
| Op Cash Flow/Share | | $6.89 | $8.56 | $8.25 | $11.85 | $13.15 | $12.10 | $12.48 | $14.55 | $16.43 | |
| FCF/Share | | $6.23 | $7.16 | $7.03 | $10.04 | $11.10 | $9.81 | $10.19 | $11.75 | $13.02 | |

*Source: Company reports, Guggenheim Securities, LLC estimates*

IT HARDWARE & MOBILITY

# Exhibit 9

**APPLE INC.**                                                              **November 14, 2018**

## ANALYST CERTIFICATION

By issuing this research report, each Guggenheim Securities, LLC ("Guggenheim Securities") research analyst whose name appears in this report hereby certifies that (i) all of the views expressed in this report accurately reflect the research analyst's personal views about any and all of the subject securities or issuers discussed herein and (ii) no part of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst.

## IMPORTANT DISCLOSURES

The research analyst(s) and research associate(s) have received compensation based upon various factors, including quality of research, investor client feedback, and Guggenheim Securities, LLC's overall revenue, which includes investment banking revenue.

Guggenheim Securities, LLC or its affiliates expect(s) to receive or intend(s) to seek compensation for investment banking services from Apple Inc. in the next 3 months.

Please refer to this website for company-specific disclosures referenced in this report: https://guggenheimsecurities.bluematrix.com/sellside/Disclosures.action. Disclosure information is also available from Compliance, 330 Madison Avenue, New York, NY 10017.



Created by: BlueMatrix

## RATINGS EXPLANATION AND GUIDELINES

**BUY (B)** - Describes stocks that we expect to provide a total return (price appreciation plus yield) of 10% or more within a 12-month period.

**NEUTRAL (N)** - Describes stocks that we expect to provide a total return (price appreciation plus yield) of between plus 10% and minus 10% within a 12-month period.

**SELL (S)** - Describes stocks that we expect to provide a total negative return (price appreciation plus yield) of 10% or more within a 12-month period.

**NR** - The investment rating and price target have been temporarily suspended. Such suspensions are in compliance with applicable regulations and/or Guggenheim Securities, LLC policies.

**CS** - Coverage Suspended. Guggenheim Securities, LLC has suspended coverage of this company.

**NC** - Not covered. Guggenheim Securities, LLC does not cover this company.

**Monitor -** Describes stocks whose company fundamentals and financials are being monitored, and for which no financial projections or opinions on the investment merits of the company are provided.

**Under Review (UR) -** Following the release of significant news from this company, the rating has been temporarily placed under review until sufficient information has been obtained and assessed by the analyst.

Guggenheim Securities, LLC methodology for assigning ratings may include the following: market capitalization, maturity, growth/value, volatility and expected total return over the next 12 months. The price targets are based on several methodologies, which may include, but are not restricted to, analyses of market risk, growth rate, revenue stream, discounted cash flow (DCF), EBITDA, EPS, cash flow (CF), free cash flow (FCF), EV/EBITDA, P/E, PE/growth, P/CF, P/FCF, premium (discount)/average group EV/EBITDA, premium (discount)/average group P/E, sum of the parts, net asset value, dividend returns, and return on equity (ROE) over the next 12 months.

Price targets are assigned for Buy- and Sell-rated stocks. Price targets for Neutral-rated stocks are provided at the discretion of the analyst.

---

**GUGGENHEIM SECURITIES, LLC**                 *See pages 10 - 11 for analyst certification and important disclosures.*   Page 10

IT HARDWARE & MOBILITY

# Exhibit 9

| APPLE INC. | November 14, 2018 |
|---|---|

**Equity Valuation and Risks**: For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at https://guggenheimlibrary.bluematrix.com/client/library.jsp, contact the primary analyst or your Guggenheim Securities, LLC representative, or email GSResearchDisclosures@guggenheimpartners.com.

**RATINGS DISTRIBUTIONS FOR GUGGENHEIM SECURITIES:**

| Rating Category | Count | Percent | IB Serv./ Past 12Mos. | |
|---|---|---|---|---|
| | | | Count | Percent |
| BUY | 213 | 56.65% | 23 | 10.80% |
| NEUTRAL | 156 | 41.49% | 8 | 5.13% |
| SELL | 7 | 1.86% | 0 | 0.00% |

**OTHER DISCLOSURES**

This research is for our clients and prospective clients only. Other than disclosures relating to Guggenheim Securities and its affiliates, this research is based on current public information that we consider reliable, but we do not represent it is accurate or complete, and it should not be relied on as such. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Other than certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the research analyst's judgement. Guggenheim Securities conducts a full-service, integrated investment banking and brokerage business, and one or more of its affiliates conducts an investment management business. Guggenheim Securities is a member of SIPC (http://www.sipc.org). Our salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies to our clients and our employees trading for our own account that reflect opinions that are contrary to the opinions expressed in this research. Guggenheim Securities or certain of its affiliates conducts an investment management business, trades for its own account, and conducts an investment business, and may make investment decisions that are inconsistent with the recommendations or views expressed in this research.

We and our affiliates, officers, directors, and employees, excluding equity and credit analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives, if any, referred to in this research. We and our affiliates also may sell to or buy from customers on a principal basis the securities described herein. We and our affiliates also do business with, or that relates to, companies covered in Guggenheim Securities' research, and may have a position in the debt of the company or companies discussed herein.

This research is not an offer to sell or the solicitation of an offer to buy any security. It does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Clients should consider whether any advice or recommendation in this research is suitable for their particular circumstances and, if appropriate, seek professional advice, including tax advice. The price and value of investments referred to in this research and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

This communication does not constitute an offer of Shares to the public in the United Kingdom. No prospectus has been or will be approved in the United Kingdom in respect of the Securities. Consequently, this communication is directed only at (i) persons who are outside the United Kingdom or (ii) persons who have professional experience in matters relating to investments falling within Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "Order"), (iii) high net worth entities falling within Article 49(2) of the Order (iv) and other persons to whom it may lawfully be communicated (all such persons together being referred to as "relevant persons"). Any investment activity to which this communication relates will only be available to, and will only be engaged with, relevant persons. Any person who is not a relevant person should not act or rely on this document or any of its contents.

**TACTICAL TRADING IDEA DISCLAIMER**

Guggenheim Securities, LLC produces "Tactical Trade Ideas" that identify short-term, catalyst-driven trading opportunities impacting companies within the Firm's coverage universe. Tactical Trade Ideas may exist on companies in this report and may be contrary to the analyst's published rating.

Copyright © 2018 by Guggenheim Securities, LLC, ("Guggenheim") a FINRA registered broker-dealer. All rights reserved. The content of this report is based upon information obtained from sources that Guggenheim generally considers reliable, but Guggenheim makes no representations or warranties with respect to its accuracy, completeness, timeliness, suitability or otherwise, and assumes no responsibility to update it for subsequent events or knowledge. Guggenheim is not responsible for your use of this information.

**Exhibit 9**

## Guggenheim Securities Equity Research Team

| Consumer | | |
|---|---|---|
| **Automotive Retail**<br>Ali Faghri | 310.319.2556 | Ali.Faghri@guggenheimpartners.com |
| **Beverages**<br>Laurent Grandet | 212.372.6368 | Laurent.Grandet@guggenheimpartners.com |
| **Food Retailers; Consumables Retail/Distribution**<br>John Heinbockel | 212.381.4135 | John.Heinbockel@guggenheimpartners.com |
| **Hardlines Retail**<br>Steven Forbes, CFA | 212.381.4188 | Steven.Forbes@guggenheimpartners.com |
| **Restaurants**<br>Matthew DiFrisco | 212.823.6599 | Matthew.DiFrisco@guggenheimpartners.com |
| **Retailing/Department Stores and Specialty Softlines**<br>Robert Drbul | 212.823.6558 | Robert.Drbul@guggenheimpartners.com |

| Energy & Power | | |
|---|---|---|
| **Exploration & Production**<br>Subash Chandra, CFA | 212.918.8771 | Subash.Chandra@guggenheimpartners.com |
| **Midstream/MLPs**<br>Matthew Phillips | 832.871.5024 | Matthew.Phillips@guggenheimpartners.com |
| **Oil Services & Equipment**<br>Michael LaMotte | 972.638.5500 | Michael.LaMotte@guggenheimpartners.com |
| **Power, Utilities & Alternative Energy**<br>Shahriar Pourreza, CFA | 212.518.5862 | Shahriar.Pourreza@guggenheimpartners.com |

| Healthcare | | |
|---|---|---|
| **Biotechnology**<br>Adnan Butt<br>Whitney Ijem<br>Michael Schmidt, Ph.D. | 415.671.4386<br>212.518.9778<br>617.859.4636 | Adnan.Butt@guggenheimpartners.com<br>Whitney.Ijem@guggenheimpartners.com<br>Michael.Schmidt@guggenheimpartners.com |
| **Global Pharmaceuticals**<br>Seamus Fernandez | 617.859.4637 | Seamus.Fernandez@guggenheimpartners.com |
| **Medical Supplies & Devices**<br>Chris Pasquale | 212.518.9420 | Chris.Pasquale@guggenheimpartners.com |

| Technology, Media & Telecom | | |
|---|---|---|
| **Communications Infrastructure; Telecom Services**<br>Robert Gutman | 212.518.9148 | Robert.Gutman@guggenheimpartners.com |
| **e-Leisure & Lodging**<br>Jake Fuller | 212.518.9013 | Jake.Fuller@guggenheimpartners.com |
| **Financial Technology**<br>Jeff Cantwell, CFA | 212.823.6543 | Jeffrey.Cantwell@guggenheimpartners.com |
| **IT Hardware & Mobility**<br>Robert Cihra | 212.901.9409 | Robert.Cihra@guggenheimpartners.com |
| **Media & Entertainment**<br>Michael Morris, CFA<br>Curry Baker | 804.253.8025<br>804.253.8029 | Michael.Morris@guggenheimpartners.com<br>Curry.Baker@guggenheimpartners.com |
| **Software**<br>Nandan Amladi<br>Ken Wong, CFA | 212.823.6597<br>415.852.6465 | Nandan.Amladi@guggenheimpartners.com<br>Ken.Wong@guggenheimpartners.com |
| **Telecom, Cable & Satellite Services**<br>Mike McCormack, CFA | 212.518.9774 | Mike.McCormack@guggenheimpartners.com |

| Sales and Trading Offices | | | |
|---|---|---|---|
| New York | 212.292.4700 | San Francisco | 415.852.6451 |
| Boston | 617.859.4626 | Chicago | 312.357.0778 |

**GUGGENHEIM**

CRC CLEVELAND RESEARCH COMPANY

**Exhibit 9**

November 16, 2018

APPLE INC. (AAPL: $191.41 - BUY)

*Important disclosures can be found in Appendix*

## AAPL: REDUCING iPHONE UNITS BY 10M IN FY19 – HEARING ~20M DECLINE IN XR UNITS & 10M INCREASE TO LEGACY UNITS (CLEVELAND RESEARCH)

### Key Points
1. Reducing FY19 iPhone units by 10M units to 206M; hearing XR declines 20M and older units increase 10M
2. Discussions suggest net unit decline of ~4M units in the Dec Q, and taking an additional 6M units out of the remainder of FY19
3. Supplier declines viewed as more significant vs. Apple unit declines due to inventory in channel, inventory in supply chain, and higher mix of legacy units
4. Continue to expect growth of installed base and sales of other products/services (Airpods, Apple Watch, and services)

### Read through to the Model
- iPhone 62% of rev, Services 14%, PC 9%, iPad 8% Other 6%
- Americas 39%, Europe 24%, China 24%, Japan 6%, Other APAC 7%
- Modeling 1Q19 rev of $89.2B vs cons of $92.0B; EPS $4.48 vs. cons of $4.71
- Modeling FY19 rev of $278B (+5%) vs. cons of $279B (+5%); modeling FY19 EPS of $13.13 vs. cons of $13.40

### 1Q19 (Dec-18) Guidance
- Revenue of $89-93B
- GM guidance of 38.0-38.5%
- Operating expenses of $8.75B
- Other income of $300M
- Implied EPS of $4.65
- Tax rate of 16.5%

### Near-Term Conclusion
Service provider and supply chain discussions have provided additional clarity on recent changes to Apple iPhone forecasts. Work suggests iPhone XR has seen significant negative revisions, partially offset by increases in older iPhone models. In aggregate we are reducing our iPhone unit assumption by 10M for the current cycle (206M), and reducing our ASP assumption to $794. The weak XR demand appears to be attributable to limited differentiation vs. 8/8+, and softness in the end market. Discussions suggest favorable performance in sales of other Apple products and we continue to expect absolute growth of the installed base. We are reducing estimates to reflect the weaker iPhone unit assumptions and we are reducing our fair value assumption to 15x FCF, or $210.

### Long-Term Conclusion
The long-term story is expected to remain focused with growth of the installed base and incremental sales of additional products and services. We also view the capital return objectives providing some stability, with the company seen repurchasing $200-$300B of stock in the next 3-4 years as they work towards a cash neutral balance sheet (6-7% annual reduction in shares). We are reducing our estimates and fair value assumption to reflect the iPhone unit correction - we see sales of other products/services, share repurchase, and a strong cash flow profile supporting upside over the next 12-18 months.

| Apple Computer Inc. Earnings and Market Data Summary | | | | | | Rating: BUY | | Price: $191.05 | |
|---|---|---|---|---|---|---|---|---|---|
| **EPS** | CRC | Cons | | | CRC | Cons | | | |
| 1Q19E | $ 4.48 | $4.71 | 1Q20E | $ 4.89 | $5.21 | Shares Outstanding | 4,847.5 | Div Yield | 1.4% |
| 2Q19E | $ 2.95 | $3.03 | 2Q20E | $ 3.28 | $3.36 | Market Cap (B) | $886 | Book Value | $22 |
| 3Q19E | $ 2.59 | $2.51 | 3Q20E | $ 2.91 | $2.84 | 52-Week High | $233 | Net Cash/Share (MRQ) | $25 |
| 4Q19E | $ 3.11 | $3.07 | 4Q20E | $ 3.50 | $3.42 | 52-Week Low | $150 | Revenue (Trailing 4Qs) | $265,595 |
| **Sep-19E** | **$13.13** | **$13.40** | **Sep-20E** | **$14.58** | **$14.88** | Avg. Volume (M) | 31.7 | 5-Year Growth Rate | 10% |
| **PE** | 14.5x | 14.3x | | 13.1x | 12.8x | | | | |
| **PE Ex Cash** | 12.6x | 12.4x | | 11.4x | 11.1x | | | | |
| **Price: FCF** | 13.8x | | | 12.2x | | | | | |

**BEN BOLLIN**
bbollin@cleveland-research.com
(216) 649-7211

**ARI TERJANIAN**
aterjanian@cleveland-research.com
(216) 649-7275

**ANDREW KUCH**
akuch@cleveland-research.com
(216) 649-7291

**DYLAN REIDER**
dreider@cleveland-research.com
(216) 649-7319



**Exhibit 9**

**Apple Inc.**
November 16, 2018
Page 2

## Highlights

1. **Reducing FY19 iPhone assumptions to reflect weaker XR demand, partially offset by stronger legacy device demand.** Recent conversations have provided additional clarity on the iPhone volume opportunity in FY19. Supply chain feedback leaves us believing Apple forecasts have been revised by a net 4-5M units for the Dec-18 Q, with an additional 4-6M units of risk seen for the remainder of FY19. Discussions have pointed to dramatic negative revisions for XR with increases to builds of 8/8+/7/7+ devices. We view iPhone XR builds potentially declining by 20M for the current cycle (down from prior estimate of 85M), and legacy devices 8/8+/7/7+ moving up by 10M units (in aggregate to ~100M). These figures suggest the mix of new: old units may be closer to 50:50 for the current cycle vs. legacy patterns of 60:40 (some cycles skewed even higher to new units).

   We are reducing our Dec-18 iPhone units by 4M (now 71M) and we are reducing our FY19 iPhone unit assumptions by 10M (now 206M). The adjustments also have us reducing our iPhone ASP assumption from $800 to $794 to reflect a higher mix of legacy units.

   - The negative iPhone revisions has our revenue assumption at the low-end of Apples guidance for the Dec-18 Q at ~$89B, +1% Y/Y (cons $92B) & our FY19 rev assumption now stands at $278B, +5% Y/Y
   - We are reducing Dec-18 Q EPS to $4.48 (cons of $4.71) and our FY19 EPS assumption to $13.13 (cons of $13.40)

2. **Service provider discussions highlight weak sales of iPhone XR & greater than expected inventory availability.** Discussions with service providers have suggested sell-through rates for the iPhone XR have been below expectations. Service providers had allocated ~50% of mix to iPhone XR for the Dec-Q, and note sell-through for the iPhone XR is trending closer to ~30% of mix. As a result, some services providers had indicated they are seeing elevated levels of XR inventory and plan to work through some inventory before re-ordering. Partners have suggested they have as much as 4 weeks of supply on hand vs. target levels of ~2 weeks.

   Discussions are suggesting a lack of differentiation between XR and older devices (notably 8/8+) has contributed to the iPhone XR weakness. The iPhone 8/8+ feature prices $50-$150 less vs. XR, and the specs of the devices are viewed as comparable. This also appears to be driving some increases in build rates for legacy devices through the supply chain. Conversations have also suggested some incremental weakness of the market overall, with recent challenging unit performance for Samsung.

3. **Negative supplier revisions viewed as worse than Apple unit declines on channel inventory, and mix shift to legacy units.** A number of Apple suppliers have negatively revised in the past week. Our discussions suggest the net decline to Apple units to be less dramatic than the declines associated with many of the supplier's forecasts. The disproportionate negative impact to suppliers has been attributed to elevated channel and supply chain inventory, and an increase in mix to older devices. Work suggests finished product in carrier channels to be at ~1 month of supply vs. targets of ~2 weeks for XR. We have also seen better manufacturing yields for new devices allowing the supply chain to get product to market more quickly vs. prior cycles. A final factor is an increase in mix of older products, which featured lower content opportunities for suppliers.

   The Apple Asian supply chain data suggests partners have been producing at a rate 10-15% above year ago levels for most of 2018. This has been especially visible in the past several quarters as they geared up for the new iPhone refresh. iPhone unit performance has been flat to up 3% in the same span. Our discussions suggest the recent refresh featured a faster channel fill vs. prior cycle which is viewed as pulling some of the sell-in opportunity from the Dec-18 Q. The disappointing launch of the XR in the Dec-18 Q exacerbates the issue as our work suggests the product is trending well below run rate expectations. The disappointing launch of XR, the elevated mix assumptions associated with XR (was expected to be as much as 50% of new units), & full channel inventory situation are seen as contributing to a sudden revision to builds causing the volatility in suppler forecasts.

4. **Why not downgrade the stock – view fair value of $210 vs. prior $230.** We are reducing our estimates and our FCF multiple, resulting in a lower fair value assumption for the company. FCF is expected to see some offsets with working capital efficiencies (lower inventory/higher payables). Work suggests growth of the iPhone installed base, with a portion of the weak XR sales opting for older iPhones, and some other portion of the weakness attributable to weaker market conditions for smartphones. Discussions for other products (AirPods & Apple Watch) and services continues to suggest traction of these applications within the iPhone installed base, leaving us favorable on the long-term opportunity for the installed base traction. We also view the capital return opportunity as a meaningful driver, with Apple potentially repurchasing 20-30% of the shares ($200-$300B) over the next 3-4 years as they work towards a cash neutral balance sheet position.

   - Not breaking new info
   - Cash flow declines from net income, partially offset by working capital efficiencies (lower inventory)
   - Reducing Fair value multiple to 15x FCF (prior 17x FCF) – target price $210 vs. prior $230
   - See installed base growing; newer units down partially offset by older units up

| **BEN BOLLIN** | **ARI TERJANIAN** | **ANDREW KUCH** | **DYLAN REIDER** |
|---|---|---|---|
| bbollin@cleveland-research.com | aterjanian@cleveland-research.com | akuch@cleveland-research.com | dreider@cleveland-research.com |
| (216) 649-7211 | (216) 649-7275 | (216) 649-7291 | (216) 649-7319 |

**Exhibit 9**

Apple Inc.
November 16, 2018
Page 3

- o   Market appears worse overall (Samsung feedback has been weak)
- Apple selling more services and devices into base
  - o   Services growing as % of total
  - o   Airpods  & Apple Watch discussions highlight faster growth vs. corporate average
- Capital return oppty – can return $200-$300B over next 3-4 years (7% of shares annually)
  - o   Company targeting cash neutral balance sheet; currently have net cash of $122B & generating  $65-$70B of FCF annually
  - o   The company can continue to spend $22-$25B per Q in capital return resulting in cash neutral balance sheet in ~4 years (repurchasing $300B+ over this span)



**BEN BOLLIN**
bbollin@cleveland-research.com
(216) 649-7211

**ARI TERJANIAN**
aterjanian@cleveland-research.com
(216) 649-7275

**ANDREW KUCH**
akuch@cleveland-research.com
(216) 649-7291

**DYLAN REIDER**
dreider@cleveland-research.com
(216) 649-7319



**Exhibit 9**

Apple Inc.
November 16, 2018
Page 4

## Apple Asian Partner Monthly Sales (US $)

| Sales (Millions $) | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan | $ 6,475 | $ 5,657 | 9,224 | 11,901 | 15,655 | 19,543 | 18,461 | $ 21,326 | $ 17,265 | $ 19,137 | $ 24,797 |
| Feb | $ 6,376 | $ 5,430 | 8,217 | 9,492 | 14,370 | 14,951 | 15,008 | $ 15,176 | $ 14,242 | $ 16,811 | $ 17,512 |
| Mar | $ 7,903 | $ 7,155 | 10,720 | 14,613 | 16,589 | 16,203 | 17,740 | $ 19,081 | $ 18,330 | $ 19,288 | $ 20,757 |
| Apr | $ 7,782 | $ 6,450 | 10,452 | 13,256 | 15,127 | 17,451 | 17,345 | $ 19,020 | $ 16,431 | $ 18,373 | $ 20,499 |
| May | $ 7,517 | $ 6,215 | 10,660 | 13,312 | 14,804 | 17,913 | 16,364 | $ 17,346 | $ 15,619 | $ 17,562 | $ 20,293 |
| Jun | $ 7,777 | $ 8,292 | 11,942 | 15,611 | 15,411 | 17,640 | 18,580 | $ 18,917 | $ 17,068 | $ 19,489 | $ 20,747 |
| Jul | $ 8,690 | $ 8,059 | 11,223 | 15,254 | 15,518 | 17,764 | 16,560 | $ 17,270 | $ 16,551 | $ 19,804 | $ 22,876 |
| Aug | $ 8,689 | $ 7,511 | 11,274 | 14,431 | 14,354 | 17,143 | 17,184 | $ 16,911 | $ 17,797 | $ 20,025 | $ 23,421 |
| Sep | $ 9,826 | $ 9,776 | 14,231 | 14,596 | 15,916 | 21,374 | 23,494 | $ 25,430 | $ 25,487 | $ 27,352 | $ 31,527 |
| Oct | $ 10,257 | $ 10,315 | 13,840 | 16,457 | 17,961 | 21,893 | 25,613 | $ 26,928 | $ 25,373 | $ 29,431 | $ 33,776 |
| Nov | $ 8,195 | $ 10,254 | 13,925 | 17,872 | 20,822 | 25,271 | 26,428 | $ 25,513 | $ 25,501 | $ 30,741 | |
| Dec | $ 7,360 | $ 9,688 | 14,452 | 16,958 | 20,828 | 26,005 | 26,119 | $ 21,884 | $ 23,211 | $ 32,841 | |

## Apple Asian Partner Revenue Growth Y/Y (Actual Month)

| Sales Growth Y/Y | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan | 30% | -13% | 63% | 29% | 32% | 25% | -6% | 16% | -19% | 11% | 30% |
| Feb | 55% | -15% | 51% | 16% | 51% | 4% | 0% | 1% | -6% | 18% | 4% |
| Mar | 55% | -9% | 50% | 36% | 14% | -2% | 9% | 8% | -4% | 5% | 8% |
| Apr | 69% | -17% | 62% | 27% | 14% | 15% | -1% | 10% | -14% | 12% | 12% |
| May | 59% | -17% | 72% | 25% | 11% | 21% | -9% | 6% | -10% | 12% | 16% |
| Jun | 35% | 7% | 44% | 31% | -1% | 14% | 5% | 2% | -10% | 14% | 6% |
| Jul | 53% | -7% | 39% | 36% | 2% | 14% | -7% | 4% | -4% | 20% | 16% |
| Aug | 36% | -14% | 50% | 28% | -1% | 19% | 0% | -2% | 5% | 13% | 17% |
| Sep | 37% | -1% | 46% | 3% | 9% | 34% | 10% | 8% | 0% | 7% | 15% |
| Oct | 36% | 1% | 34% | 19% | 9% | 22% | 17% | 5% | -6% | 16% | 15% |
| Nov | 1% | 25% | 36% | 28% | 17% | 21% | 5% | -3% | 0% | 21% | |
| Dec | -9% | 32% | 49% | 17% | 23% | 25% | 5% | -16% | 6% | 41% | |

## Apple Asian Partner Revenue Growth Y/Y (3MMA)

| Sales Growth 3MMA | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan | 46% | -6% | 37% | 38% | 25% | 21% | 14% | 6% | -12% | 5% | 30% |
| Feb | 48% | -12% | 47% | 32% | 31% | 18% | 8% | 5% | -15% | 11% | 27% |
| Mar | 46% | -12% | 54% | 28% | 29% | 9% | 1% | 9% | -10% | 11% | 14% |
| **Y/Y of Q** | **46%** | **-12%** | **54%** | **28%** | **29%** | **9%** | **1%** | **9%** | **-10%** | **11%** | **14%** |
| Apr | 60% | -14% | 54% | 27% | 23% | 5% | 3% | 6% | -8% | 11% | 8% |
| May | 61% | -15% | 61% | 29% | 13% | 11% | 0% | 8% | -9% | 10% | 11% |
| Jun | 53% | -9% | 58% | 28% | 7% | 17% | -1% | 6% | -11% | 13% | 11% |
| **Y/Y of Q** | **53%** | **-9%** | **58%** | **28%** | **7%** | **17%** | **-1%** | **6%** | **-11%** | **13%** | **11%** |
| Jul | 48% | -6% | 50% | 31% | 4% | 17% | -3% | 4% | -8% | 15% | 12% |
| Aug | 41% | -5% | 44% | 32% | 0% | 16% | 0% | 1% | -3% | 15% | 13% |
| Sep | 42% | -7% | 45% | 21% | 3% | 23% | 2% | 4% | 0% | 12% | 16% |
| **Y/Y of Q** | **42%** | **-7%** | **45%** | **21%** | **3%** | **23%** | **2%** | **4%** | **0%** | **12%** | **16%** |
| Oct | 36% | -4% | 43% | 16% | 6% | 25% | 10% | 4% | -1% | 12% | 16% |
| Nov | 24% | 7% | 38% | 16% | 12% | 25% | 10% | 3% | -2% | 15% | |
| Dec | 9% | 17% | 40% | 21% | 16% | 23% | 7% | -5% | 0% | 26% | |
| **Y/Y of Q** | **9%** | **17%** | **40%** | **21%** | **16%** | **23%** | **7%** | **-5%** | **0%** | **26%** | |

*Source: Company Reports, Cleveland Research Estimates*

**BEN BOLLIN**
bbollin@cleveland-research.com
(216) 649-7211

**ARI TERJANIAN**
aterjanian@cleveland-research.com
(216) 649-7275

**ANDREW KUCH**
akuch@cleveland-research.com
(216) 649-7291

**DYLAN REIDER**
dreider@cleveland-research.com
(216) 649-7319



**Exhibit 9**  Apple Inc.
November 16, 2018
Page 5

**Apple (AAPL)**
Benjamin J. Bollin
bbollin@cleveland-research.com

| | Sep-16 | Sep-17 | 1Q18 | 2Q18 | 3Q18 | 4Q18 | Sep-18E | 1Q19E | 2Q19E | 3Q19E | 4Q19E | Sep-19E | Sep-20E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total CPU Units** | 18484 | 19251 | 5,112 | 4,078 | 3,720 | 5,299 | 18209 | 5,458 | 4,421 | 4,200 | 4,956 | 19035 | 17802 |
| Y/Y | -10% | 4% | -5% | -3% | -13% | -2% | -5% | 7% | 8% | 13% | -6% | 5% | -6% |
| **PC Rev** | $ 22,831 | $ 25,850 | $ 6,895 | $ 5,848 | $ 5,330 | $ 7,411 | $ 25,484 | $ 7,939 | $ 6,752 | $ 6,478 | $ 7,797 | $ 28,966 | $ 30,476 |
| Y/Y | -10% | 13% | -5% | 0% | -5% | 3% | -1% | 15% | 15% | 22% | 5% | 14% | 5% |
| ASP | $ 1,235 | $ 1,343 | $ 1,349 | $ 1,434 | $ 1,433 | $ 1,399 | $ 1,400 | 1,455 | 1,527 | 1,543 | 1,573 | $ 1,522 | $ 1,712 |
| Y/Y | 0% | 9% | 0% | 3% | 10% | 5% | 4% | 8% | 6% | 8% | 12% | 9% | 12% |
| % of Rev | 11% | 11% | 8% | 10% | 10% | 12% | 10% | 9% | 10% | 11% | 12% | 10% | 11% |
| **iPad Rev** | $ 20,628 | $ 19,222 | $ 5,862 | $ 4,113 | $ 4,741 | $ 4,089 | 18,805 | $ 5,528 | $ 4,121 | $ 4,204 | $ 4,246 | $ 18,100 | $ 18,796 |
| Y/Y | -11% | -7% | 6% | 6% | -5% | -15% | -2% | -6% | 0% | -11% | 4% | -4% | 4% |
| **iPad Units** | 45.6 | 43.8 | 13.2 | 9.1 | 11.6 | 9.7 | 43.5 | 12.6 | 9.0 | 9.0 | 9.0 | 39.6 | 37.0 |
| Y/Y | -17% | -4% | 1% | 2% | 1% | -6% | 0% | -4% | -2% | -22% | -7% | -9% | -7% |
| % of Rev | 10% | 8% | 7% | 7% | 9% | 7% | 7% | 6% | 6% | 7% | 7% | 7% | 7% |
| ASP | $ 452 | $ 439 | $ 445 | $ 451 | $ 410 | $ 422 | $ 432 | $ 438 | $ 460 | $ 465 | $ 470 | $ 457 | $ 509 |
| Y/Y | 7% | -3% | 5% | 4% | -6% | -10% | -2% | -1% | 2% | 13% | 11% | 5% | 11% |
| **Services** | $ 24,348 | $ 29,980 | $ 8,471 | $ 9,190 | $ 9,548 | $ 9,981 | $ 37,190 | $ 10,580 | $ 11,320 | $ 11,773 | $ 12,715 | $ 46,389 | $ 59,096 |
| Y/Y | 22% | 23% | 18% | 31% | 31% | 17% | 24% | 25% | 23% | 23% | 27% | 25% | 27% |
| % of Rev | 11% | 13% | 10% | 15% | 18% | 16% | 14% | 12% | 17% | 20% | 20% | 17% | 20% |
| **iPhone Rev** | $ 136,700 | $ 141,319 | $61,576 | $38,032 | $29,906 | $37,185 | $ 166,699 | $58,386 | $38,115 | $31,793 | $35,157 | $ 163,451 | $ 154,537 |
| Y/Y | -12% | 3% | 13% | 14% | 20% | 29% | 18% | -5% | 0% | 6% | -5% | -2% | -5% |
| % of Rev | 63% | 62% | 70% | 62% | 56% | 59% | 63% | 65% | 59% | 54% | 54% | 59% | 54% |
| **iPhone Units** | 211.9 | 216.8 | 77.3 | 52.2 | 41.3 | 46.9 | 217.7 | 71.3 | 48.5 | 40.2 | 45.9 | 205.8 | 201.3 |
| Y/Y | -8% | 2% | -1% | 3% | 1% | 0% | 0% | -8% | -7% | -3% | -2% | -5% | -2% |
| ASP | $ 645 | $ 652 | $ 796 | $ 728 | $ 724 | $ 793 | $ 766 | $ 819 | $ 786 | $ 790 | $ 767 | $ 794 | $ 768 |
| Y/Y | -4% | 1% | 15% | 11% | 20% | 28% | 17% | 3% | 8% | 9% | -3% | 4% | -3% |
| **Other Products Rev** | $ 11,132 | $ 12,863 | $ 5,489 | $ 3,954 | $ 3,740 | $ 4,234 | $ 17,417 | $ 6,774 | $ 4,742 | $ 4,742 | $ 5,121 | $ 21,380 | $ 25,861 |
| % of Rev | 5% | 6% | 6% | 6% | 7% | 7% | 7% | 8% | 7% | 8% | 8% | 8% | 9% |
| Q/Q | | | -57% | -28% | -5% | 6% | | 60% | -30% | 0% | 8% | | |
| Y/Y | 11% | 16% | 36% | 38% | 37% | 31% | 35% | 23% | 20% | 27% | 21% | 23% | 21% |
| **Total Revenue** | $ 215,639 | $ 229,234 | $ 88,293 | $ 61,137 | $ 53,265 | $ 62,900 | $ 265,595 | $89,208 | $ 65,050 | $ 58,991 | $ 65,037 | $ 278,287 | $ 288,767 |
| Y/Y | -8% | 6% | 13% | 16% | 17% | 20% | 16% | 1% | 6% | 11% | 3% | 5% | 4% |
| Cost of Sales | $ 131,376 | $ 141,048 | 54,381 | 37,715 | 32,844 | 38,816 | $ 163,756 | $ 54,863 | 40,006 | 36,280 | 39,673 | $ 170,821 | $ 177,251 |
| % of Rev | 60.9% | 61.5% | 61.6% | 61.7% | 61.7% | 61.7% | 61.7% | 61.5% | 61.6% | 61.5% | 61.0% | 61.4% | 61.4% |
| Y/Y | -6% | 7% | 13% | 17% | 18% | 19% | 16% | 1% | 6% | 10% | 2% | 4% | 4% |
| Total COGS | $ 131,376 | $ 141,048 | 54,381 | 37,715 | 32,844 | 38,816 | $ 163,756 | 54,863 | 40,006 | 36,280 | 39,673 | $ 170,821 | $ 177,251 |
| **Gross Profit** | $ 84,263 | $ 88,186 | $ 33,912 | $ 23,422 | $ 20,421 | $ 24,084 | $ 101,839 | $ 34,345 | $ 25,044 | $ 22,712 | $ 25,365 | $ 107,466 | $ 111,517 |
| % of Rev | 39.1% | 38.5% | 38.4% | 38.3% | 38.3% | 38.3% | 38.3% | 38.5% | 38.5% | 38.5% | 39.0% | 38.6% | 38.6% |
| R&D | $ 10,045 | $ 11,581 | $ 3,407.0 | $ 3,378.0 | $ 3,701.0 | $ 3,750.0 | $ 14,236 | $ 4,014.3 | $ 4,098.2 | $ 4,070.4 | $ 3,967.3 | $ 16,150 | $ 17,368 |
| % of Rev | 4.7% | 5.1% | 3.9% | 5.5% | 6.9% | 6.0% | 5.4% | 4.5% | 6.3% | 6.9% | 6.1% | 5.8% | 6.0% |
| Sales and Marketing | 14,194 | 15,261 | 4,231 | 4,150 | 4,108 | 4,216 | 16,705 | 4,728 | 4,488 | 4,542 | 4,748 | $ 18,507 | $ 19,238 |
| % of Rev | 6.6% | 6.7% | 4.8% | 6.8% | 7.7% | 6.7% | 6.3% | 5.3% | 6.9% | 7.7% | 7.3% | 6.7% | 6.7% |
| Operating Expenses | 24,239 | 26,842 | 7,638 | 7,528 | 7,809 | 7,966 | 30,941 | 8,742 | 8,587 | 8,613 | 8,715 | 34,657 | 36,606 |
| % of Rev | 11.2% | 11.7% | 12% | 16% | 14.7% | 12.7% | 11.6% | 9.8% | 13.2% | 14% | 10% | 12.5% | 12.7% |
| **Operating Income** | $ 60,024 | $ 61,344 | $ 26,274 | $ 15,894 | $ 12,612 | $ 16,118 | $ 70,898 | $ 25,603 | $ 16,458 | $ 14,098 | $ 16,650 | $ 72,809 | $ 74,911 |
| % of Rev | 27.8% | 26.8% | 29.8% | 26.0% | 23.7% | 25.6% | 26.7% | 28.7% | 25.3% | 23.9% | 25.6% | 26.2% | 25.9% |
| Incr Margin | 62.0% | 9.7% | 29.3% | 21.8% | 23.5% | 29.0% | 26.3% | -73.4% | 14.4% | 26.0% | 24.9% | 15.1% | 20.1% |
| Interest Income | $ 1,348 | $ 2,745 | $ 756.0 | $ 274.0 | $ 672.0 | $ 303.0 | $ 2,005 | $ 300.0 | $ 290.0 | $ 280.0 | $ 270.0 | $ 1,140 | $ 880 |
| Income Before Tax | $ 61,372 | $ 64,089 | $ 27,030 | $ 16,168 | $ 13,284 | $ 16,421 | $ 72,903 | $ 25,903 | $ 16,748 | $ 14,379 | $ 16,920 | $ 73,949 | $ 75,791 |
| % of Rev | 28.5% | 28.0% | 30.6% | 26.4% | 24.9% | 26.1% | 27.4% | 29.0% | 25.7% | 24.4% | 26.0% | 26.6% | 26.2% |
| Provision for Current Taxes (Recovery) | $ 15,685 | $ 15,738 | $ 6,965 | $ 2,346 | $ 1,765 | $ 2,296 | $ 13,372 | $ 4,274 | $ 2,763 | $ 2,373 | $ 2,792 | $ 12,202 | $ 12,884 |
| Total Taxes | 15,685 | 15,738 | 6,965 | 2,346 | 1,765 | 2,296 | 13,372 | 4,274 | 2,763 | 2,373 | 2,792 | 12,202 | 12,884 |
| Tax Rate | 25.6% | 24.6% | 25.8% | 14.5% | 13.3% | 14.0% | 18.3% | 16.5% | 16.5% | 16.5% | 16.5% | 16.5% | 17.0% |
| **Net Income** | $ 45,687 | $ 48,351 | $ 20,065 | $ 13,822 | $ 11,519 | $ 14,125 | $ 59,531 | $ 21,629 | $ 13,984 | $ 12,006 | $ 14,128 | $ 61,747 | $ 62,906 |
| % of Rev | 21.2% | 21.1% | 22.7% | 22.6% | 21.6% | 22.5% | 22.4% | 24.2% | 21.5% | 20.4% | 21.7% | 22.2% | 21.8% |
| Weighted Average Shares Outstanding | 5393 | 5184 | 5158 | 5068 | 4927 | 4848 | 4848 | 4878 | 4782 | 4685 | 4588 | 4588 | 4202 |
| End Shr Count | 5325.2 | 5183.6 | 5157.8 | 5068.4 | 4926.6 | 4926.6 | 4926.6 | 4830.0 | 4733.4 | 4636.8 | 4540.1 | 4540.1 | 4153.7 |
| EPS | $ 8.28 | $ 9.19 | $ 3.89 | $ 2.73 | $ 2.34 | $ 2.91 | $ 11.87 | $ 4.48 | $ 2.95 | $ 2.59 | $ 3.11 | $ 13.13 | $ 14.58 |

**BEN BOLLIN**
bbollin@cleveland-research.com
(216) 649-7211

**ARI TERJANIAN**
aterjanian@cleveland-research.com
(216) 649-7275

**ANDREW KUCH**
akuch@cleveland-research.com
(216) 649-7291

**DYLAN REIDER**
dreider@cleveland-research.com
(216) 649-7319



**Exhibit 9**

Apple Inc.
November 16, 2018
Page 6

**APPENDIX**

<u>**Important Disclosures**</u>

<u>**Companies Mentioned in the Report**</u>:
Apple, Inc. (AAPL: $191.41 - BUY)



**Cleveland Research Company -  Ratings Distribution**

| Rating | Percent |
|--------|---------|
| Buy | 23% |
| Neutral | 75% |
| Underperform | 2% |

*Disclosures*
*Buy:*  The stock's return is expected to exceed the market due to superior fundamentals and positive catalysts.
*Underperform:*  The stock's total return is expected to underperform the market due to weak fundamentals and a lack of catalysts.
*Neutral:*  The stock is expected to be in line with the market due to full valuation and/or a lack of catalysts.
*Valuation and Risk:*  Price targets are established under various valuation methods including P/E, P/S, EV/EBITDA on financial estimates based on forward earnings.  Price targets are not established for every stock.  The price target's effectiveness may be affected by various outside factors.  Risk assessments can be found in the most recent research on these stocks.
*Other Disclosures:*  We, Benjamin J. Bollin, Ari Terjanian, Andrew Kuch and Dylan Reider certify that the views expressed in the research report(s) accurately reflect our personal views about the subject security(s).  Further we certify that no part of our compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in the research report(s).  The analysts responsible for the preparation of this report have no ownership stake in this company.  Cleveland Research Company provides no investment banking services of any type on this or any company.
*Proprietary research and Information contained herein which forms the basis for findings or opinions expressed by Cleveland Research Company may be used by Cleveland Research for other purposes in the course of compensated consulting and other services rendered to third parties.*
*The information transmitted is intended only for the person or entity to which it is addressed. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited.  If you received this in error, please contact the sender and delete the material from any computer.*
*Member FINRA/SIPC*

**BEN BOLLIN**
bbollin@cleveland-research.com
(216) 649-7211

**ARI TERJANIAN**
aterjanian@cleveland-research.com
(216) 649-7275

**ANDREW KUCH**
akuch@cleveland-research.com
(216) 649-7291

**DYLAN REIDER**
dreider@cleveland-research.com
(216) 649-7319

**Exhibit 9**

AN CNAENG0020181120eebk0008d

SE

HD Hon Hai shares tumble on iPhone order cut report

BY

WC 580 words

PD 20 Nov 2018

SN Central News Agency English News

SC CNAENG

CY (c) 2018 All materials contained on this site may not be reproduced, distributed, transmitted, displayed, published or broadcast without the prior written permission of the Central News Agency.

LP

Taipei, Nov. 20 (CNA) Shares of Hon Hai Precision Industry Co., a major iPhone assembler, came under heavy pressure Tuesday morning after Apple shares plunged overnight on a report that Apple has cut back orders for its latest iPhone models, dealers said.Selling in Hon Hai also spread to other "Apple concept stocks" amid worries that poor shipments of the three latest iPhones -- the iPhone XS, the iPhone XS Max and the iPhone XR -- will affect their sales, they said.

TD

As of 12:13 p.m., shares of Hon Hai had fallen 3.13 percent to NT$71.10 (US$2.30) with 29.63 million shares changing hands on the Taiwan Stock Exchange, where the benchmark weighted index was down 0.89 percent at 9,740.54.

After Apple shares fell about 4 percent on Wall Street overnight, Hon Hai shares came under immediate pressure when the market opened, and selling then escalated to pull down not only Hon Hai but other Apple suppliers, dealers said.

"Apple is a very important client to Hon Hai," Concord Securities analyst Kerry Huang said. "It was no surprise that the report on the order reduction for the new iPhones prompted investors to dump the stock and other Apple suppliers in Taiwan."

The Wall Street Journal reported Monday that due to weaker than expected demand for the three new iPhones, which were unveiled in September, Apple has cut orders to its suppliers, in particular for the more affordable iPhone XR model, in recent weeks.

"I think the weaker than expected demand for the new iPhones came from lower shipments to China, dealing a big blow to Apple and its suppliers like Hon Hai," Huang said.

# Exhibit 9

Among other falling Apple suppliers, smartphone camera lens maker Genius Electronic Optical Co. had fallen 1.76 percent to NT$194.50, and printed circuit board producer Flexium Interconnect Inc. had dropped 0.76 percent to NT$78.20.

Bucking the downturn, another smartphone camera lens supplier, Largan Precision Co., had added 0.15 percent to NT$3,240.00 as of 12:13 p.m.

"Hon Hai could have some technical support at around NT$70.00 but if it cannot sustain itself above that level, the stock is likely to test NT$68.1, the day's low of Oct. 17," Huang said.

Foreign institutional investors sold a net 60.91 million Hon Hai shares in the previous 11 trading sessions in a row after a net sell of 11.54 million on Monday.

Analysts warned the slower iPhone sales could hurt Hon Hai's gross margin over the next few quarters.

In the third quarter, Hon Hai's gross margin was 5.87 percent, up 0.24 percentage points from a quarter earlier, its operating margin rose by 0.81 percentage points to 2.28 percent, and net margin also rose to 1.81 percent from 1.62 percent.

Hon Hai posted a net profit of NT$24.88 billion in the July-September period, up 42.23 percent from a quarter earlier on an increase in shipments and efforts to cut operating costs.

It reported earnings per share of NT$1.57, compared to NT$1.01 in the second quarter.

Hon Hai's net profit in the first nine months, however, was down 0.94 percent from a year earlier at NT$66.45 billion. (By Chung Jung-feng and Frances Huang) Enditem/ls

*This report is exclusively for our clients and subscribers.  Please help us protect the exclusivity and integrity of our research by not forwarding it to others. Please see the last page for important disclosures.*

**Exhibit 9**



## iPhone XR Cuts; India Production for the US Shipments

### Apple Inc (NASDAQ: AAPL; NEGATIVE)

### XR Price Discounted Out of the Gate

We believe that much of the XR unit built and shipment cuts in CQ4 is being driven by the lower than expected sales in China.  The disappointing XR sales so far, paints an interesting contrast with the relatively strong launch of XS Max in China.  This dynamic suggests that there is an accelerating share taking by the Chinese OEM, Huawei in the high-end smartphone segment (Appendix 1).  Specifically, the newly launched Huawei Mate 20 priced ~30% cheaper than XR, directly targets high-end smartphone users globally (excluding the US due to national security concerns).  The Mate's triple-lenses rear camera, 6.53" Dewdrop display, empowered with octa core Kirin 980 (developed by Huawei's subsidiary HiSilicon in Shenzhen) offer a compelling value to consumers not only in China but also in most of the developed markets outside of the US.

We are seeing retail discounts ranging from 4% to 6% for iPhone XR right out of gate being offered by online third-party sellers on JD and Taobao, as well as by Chinese telecom carriers. As a comparison, during the same window after the launch last year, iPhone X was sold at 1-3% premium by the same group of online resellers.  (Exhibit 2)

We estimate 13-mm and 59-mm units of total 2018 new iPhones (XS Max, XS, and XR combined) sales in CQ3 and CQ4 respectively (Exhibit 1).  After ~10mm unit cut in XR sales over past couple of weeks, XR is estimated to be ~42% CQ4 2018/FQ2 2019 total sales.  We estimate that total iPhone sales (new and old models combined) is likely to be ~74 mm units, down 3% YoY.

### Exhibit 1:  iPhone Mix H1 FY 2019

| Models | FQ1 2019 | Mix % | Q/Q | FQ2 2019 E | Mix % | Q/Q | FH1 2019 | Mix % |
|---|---|---|---|---|---|---|---|---|
| iPhone X | 5.5 | 12% | -21% | 2.0 | 3% | -64% | 7.5 | 6% |
| iPhone 8/8Plus | 14.4 | 31% | -14% | 7.0 | 9% | -51% | 21.4 | 18% |
| Older Models | 14.4 | 31% | -18% | 7.0 | 9% | -51% | 21.4 | 18% |
| XS Max | 6.5 | 14% | | 17.5 | 24% | 169% | 24.0 | 20% |
| XS | 6.1 | 13% | | 9.5 | 13% | 56% | 15.6 | 13% |
| XR | - | | | 31.0 | 42% | | 31.0 | 26% |
| Total | 46.9 | 100% | 23% | 74.0 | 100% | 58% | 120.9 | 100% |

*Source: JL Warren Capital LLC*

JL Warren Capital LLC · research@jlwarrencapital.com · +1 (212) 641 0997

7 World Trade Center, 46th floor, 250 Greenwich Street, New York, New York 10007

**Exhibit 9**

Apple Inc. (NASDAQ: AAPL)

Exhibit 2:  iPhone Retail Prices in China

**11/12/2018 (released on october 26)**

| currency in RMB | | | | Retail in China | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Model | iPhone XS Max | | | iPhone XS | | | iPhone XR | | |
| Storage | 64G | 256G | 512G | 64G | 256G | 512G | 64G | 128G | 256G |
| Apple online store retail* | ¥ 9,599 | ¥ 10,999 | ¥ 12,799 | ¥ 8,699 | ¥ 10,099 | ¥ 11,899 | ¥ 6,499 | ¥ 6,999 | 7,899 |
| JD ** | ¥ 9,599 | ¥ 10,999 | ¥ 12,799 | ¥ 8,699 | ¥ 10,099 | ¥ 11,899 | ¥ 6,499 | ¥ 6,999 | ¥ 7,899 |
| *Premium/(discount)* | *0%* | *0%* | *0%* | *0%* | *0%* | *0%* | *0%* | *0%* | *0%* |
| 3rd Party Sellers on JD and Taobao*** | ¥ 8,998 | ¥ 10,258 | ¥ 12,379 | ¥ 8,398 | ¥ 9,888 | ¥ 11,799 | ¥ 6,098 | ¥ 6,659 | 7,599 |
| *Premium/(discount)* | *-6%* | *-7%* | *-3%* | *-3%* | *-2%* | *-1%* | *-6%* | *-5%* | *-4%* |
| Carriers **** | ¥ 8,999 | ¥ 10,220 | ¥ 12,790 | ¥ 8,399 | ¥ 9,985 | ¥ 11,899 | ¥ 6,178 | ¥ 6,599 | 7,499 |
| *Premium/(discount)* | *-6%* | *-7%* | *0%* | *-3%* | *-1%* | *0%* | *-5%* | *-6%* | *-5%* |
| Suning ***** | ¥ 9,599 | ¥ 10,999 | ¥ 12,799 | ¥ 8,699 | ¥ 10,099 | ¥ 11,899 | ¥ 6,499 | ¥ 6,999 | ¥ 7,899 |
| *Premium/(discount)* | *0%* | *0%* | *0%* | *0%* | *0%* | *0%* | *0%* | *0%* | *0%* |

**Nov 27 2017 (released on Nov 3rd)**

| currency in RMB | | | Retail in China | | | | |
|---|---|---|---|---|---|---|---|
| Model | iPhone X | | iPhone 8 Plus | | | iPhone 8 | |
| Storage | 64G | 256G | 64G | 256G | | 64G | 256G |
| Apple online store retail* | ¥ 8,388 | ¥ 9,688 | ¥ 6,688 | ¥ 7,988 | ¥ | 5,888 | ¥ 7,188 |
| JD | ¥ 8,388 | ¥ 9,688 | ¥ 6,688 | ¥ 7,988 | ¥ | 5,888 | ¥ 7,188 |
| *Premium/(discount)* | *0%* | *0%* | *0%* | *0%* | | *0%* | *0%* |
| JD 3P | ¥ 8,576 | ¥ 9,966 | ¥ 6,217 | ¥ 7,488 | ¥ | 5,176 | ¥ 6,478 |
| *Premium/(discount)* | *2%* | *3%* | *-7%* | *-6%* | | *-12%* | *-10%* |
| Carriers | ¥ 8,588 | ¥ 9,966 | ¥ 6,688 | ¥ 7,988 | ¥ | 5,888 | ¥ 7,188 |
| *Premium/(discount)* | *2%* | *3%* | *0%* | *0%* | | *0%* | *0%* |
| Suning | ¥ 8,488 | ¥ 9,788 | ¥ 6,688 | ¥ 7,988 | ¥ | 5,399 | ¥ 6,199 |
| *Premium/(discount)* | *1%* | *1%* | *0%* | *0%* | | *-8%* | *-14%* |

*Source: Apple.com/cn; JD 1P, Tmall.com, China Telecom, Suning 1P, JL Warren Capital LLC*

### iPhone Production in India

Currently all iPhones are made in China, split among Foxconn, Pegatron and Wistron.  iPhone shipments to the US therefore are considered exports from China.  As this moment, the Trump Administration has not imposed 10% tariff on AAPL products imported from China.  However, AAPL and its suppliers believe that sooner rather than later, the exemption will be phased out and AAPL products, if continued to be made in China, will be subject to an import tariff by the US, which will result in increased costs and declining profitability to AAPL.  The underlying assumptions are 1) the heightened tension between the US and China is the new normal, rather than temporary; and 2) wage inflation in China is a structural trend and will widen compared to the frontier markets in Asia, including India, even when components transportation and tariff are included.   We estimate that 5- 10 mm iPhone units will be made in India in 2019 for the US shipments.  The productions could go up, pace of which depends on the path of the US-China trade relationship.  We expect units produced in India to be legacy models, rather than the latest generation of iPhones.

**Page 449**

**Exhibit 9**

November 20, 2018                                                                                    Apple Inc. (NASDAQ: AAPL)

Exhibit 1: Premium Smartphone Comparisons: iPhone XS Max, XR, and Huawei Mate 20

| | iPhone XS Max | iPhone XR | Huawei Mate 20 |
|---|---|---|---|
| Display | 6.5"Super Retina HD display | 6.1in LCD, 1792x828, 326ppi | 6.53" Dewdrop display, 18.7:9 DCI-P3 HDR display, FHD+ (2244x1080) |
| Processor | A12 Bionic | A12 Bionic | Kirin 980, with Mali-G76 720MHz GPU |
| Camera | Duel lens; Dual OIS | 12Mp, f/1.8, OIS | Leica Triple Camera: 16MP (Ultra Wide Angle 17mm, f/2.2), 12MP (Wide angle 27mm, f/1.8), 8MP (2x Telephoto 52mm, f/2.4, OIS) |
| front pixel | 7Mp, f/2.2 | 7Mp, f/2.2 | 24MP (f/2.0, FF) |
| rear pixel | Dual 12 MP | 12MP | 12MP (wide angle), 8MP (telephoto), 16MP (ultra-wide-angle) |
| OS | IOS 12 | IOS 12 | Android 9.0 Pie-based EMUI 9 |
| battery capacity | 20 hours | 25 hours | 4,000 mAH |
| Price | $1,099 for 64 GB $1,299 for 128GB $1,499 for 256 GB | $749 for 64 GB $799 for 128GB $899 for 256 GB | $765.99 for 64GB $804.99 for 128 GB |
| Retail Price in China | 9,599 RMB for 64GB 10,999 RMB for 128GB 12,799 RMB for 256 GB | 6,499 RMB for 64GB 6,999 RMB for 128GB 7,899 RMB for 256 GB | 3,999 RMB for 64 GB 4,499 RMB for 128GB |

*Sources: company websites, JL Warren Capital LLC*

Page 3 of 5

**Exhibit 9**

November 20, 2018                                        Apple Inc. (NASDAQ: AAPL)

JL Warren Capital LLC ·research@jlwarrencapital.com · +1 (212) 641 0997

**Exhibit 9**

Apple Inc. (NASDAQ: AAPL)

## DISCLOSURES AND DISCLAIMERS

**Analyst Certifications and Independence of Research.**

Each of the JL Warren Capital analysts whose names appear on the front page of this report hereby certify that all the views expressed in this Report accurately reflect our personal views about all of the subject securities or issuers and that no part of our compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views of in this Report.

JL Warren Capital (the "Company") is an independent equity research provider. The Company is not a member of the FINRA or the SIPC and is not a registered broker dealer or investment adviser. JL Warren Capital has no other regulated or unregulated business activities which conflict with its provision of independent research.

**Limitations of Research and Information.**

This Report has been prepared for distribution to only qualified institutional or professional clients of JL Warren Capital. The contents of this Report represent the views, opinions, and analyses of its authors. The information contained herein does not constitute financial, legal, tax or any other advice. All third-party data presented herein were obtained from publicly available sources which are believed to be reliable; however, the Company makes no warranty, express or implied, concerning the accuracy or completeness of such information. In no event shall the Company be responsible or liable for the correctness of, or update to, any such material or for any damage or lost opportunities resulting from use of this data.

Nothing contained in this Report or any distribution by the Company should be construed as any offer to sell, or any solicitation of an offer to buy, any security or investment. Any research or other material received should not be construed as individualized investment advice. Investment decisions should be made as part of an overall portfolio strategy and you should consult with a professional financial advisor, legal and tax advisor prior to making any investment decision. JL Warren Capital shall not be liable for any direct or indirect, incidental or consequential loss or damage (including loss of profits, revenue or goodwill) arising from any investment decisions based on information or research obtained from JL Warren Capital.

**Reproduction and Distribution Strictly Prohibited.**

No user of this Report may reproduce, modify, copy, distribute, sell, resell, transmit, transfer, license, assign or publish the Report itself or any information contained therein. Notwithstanding the foregoing, clients with access to working models are permitted to alter or modify the information contained therein, if it is solely for such client's own use. This Report is not intended to be available or distributed for any purpose that would be deemed unlawful or otherwise prohibited by any local, state, national or international laws or regulations or would otherwise subject the Company to registration or regulation of any kind within such jurisdiction.

**Copyrights, Trademarks, Intellectual Property.**

JL Warren Capital, and any logos or marks included in this Report are proprietary materials. The use of such terms and logos and marks without the express written consent of JL Warren Capital is strictly prohibited. The copyright in the pages or in the screens of the Report, and in the information and material therein, is proprietary material owned by JL Warren Capital unless otherwise indicated. The unauthorized use of any material on this Report may violate numerous statutes, regulations and laws, including, but not limited to, copyright, trademark, trade secret or patent laws.

This report is intended for mattblake@apple.com. Unauthorized publication, disclosure or other distribution is strictly prohibited.

**Exhibit 9**

## CANACCORD Genuity

To us there are no foreign markets.™

## Apple

Connectivity Technologies

**T. Michael Walkley** | Analyst | Canaccord Genuity LLC (US) | mwalkley@canaccordgenuity.com | 612.332.8069
**Anthony Nemoto** | Associate | Canaccord Genuity LLC (US) | anemoto@canaccordgenuity.com | 212.389.8940

**US Equity Research**
28 November 2018

**BUY**
*unchanged*

| | |
|---|---|
| **PRICE TARGET** | US$225.00↓ |
| *from US$250.00* | |
| Price (28-Nov) | US$180.94 |
| Ticker | AAPL-NASDAQ |

| | |
|---|---|
| 52-Week Range (US$): | 150.24 - 233.47 |
| Avg Daily Vol (M): | 41.9 |
| Market Cap (US$M): | 858,632 |
| Shares Out. (M) : | 4,745.4 |

| FYE Sep | 2018A | 2019E | 2020E |
|---|---|---|---|
| Sales (US$M) | 265,595 | 275,265↓ | 288,788↓ |
| *Previous* | - | *278,268* | *295,375* |
| EPS GAAP (US$) | 11.87 | 13.25↓ | 14.69↓ |
| *Previous* | - | *13.46* | *15.18* |

| Quarterly Sales | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2018A | 88,293 | 61,137 | 53,265 | 62,900 |
| 2019E | 91,238 | 65,937 | 56,190 | 61,899 |
| 2020E | 94,362 | 67,469 | 60,889 | 66,068 |

| Quarterly EPS GAAP | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2018A | 3.89 | 2.73 | 2.34 | 2.91 |
| 2019E | 4.62 | 3.11 | 2.55 | 2.97 |
| 2020E | 5.27 | 3.34 | 2.87 | 3.21 |



AAPL
S&P 500 (rebased)
Source: FactSet

Priced as of close of business 28 November 2018

Apple designs, manufactures, and sells smartphones, tablets, PCs, and other hardware along with related software, services, and networking solutions.

### Lowering Target Price

# Surveys indicated soft smartphone and overall iPhone demand; lowering estimates

**Investment recommendation:** Based on our North America survey work, we believe Apple maintained strong share of US smartphone sales at all 4 major carriers. However, our surveys indicated soft smartphone demand with disappointing initial XR sales. Despite slowing iPhone sales, we still anticipate Apple will continue to grow its install base and believe the ecosystem will contribute to strong ongoing growth, particularly for higher-margin Services and Other Products. Given the soft start to the latest lineup of iPhones, we are lowering our iPhone estimates and forecast lower year-over-year unit sales in C'19 and anticipate modest unit growth in C'20 based on an increasing installed base. We maintain our belief Apple can expand its leading market share of the premium-tier smartphone market and the iPhone installed base will exceed 700M in 2018. This impressive installed base should drive steady ongoing iPhone sales and earnings, as well as cash flow generation to fund strong long-term capital returns. We reiterate our BUY rating but decrease our price target to $225 based on our revised 2020 estimates.

**Surveys indicate soft XR demand; lowering iPhone unit sales estimates:** While our survey work indicates iPhone device share remains well above 50% at all 4 carriers, our surveys indicated declining sell through share levels from the October launch and disappointing overall sales due in part to soft smartphone demand. While we believed the lower-priced iPhone XR would generate strong sell through trends, our surveys indicated muted demand versus our expectations. Feedback for lackluster initial sales included its inferior quality perception given its aluminum construction versus the XS and XS Max, lack of HD screen, and viable lower-cost alternatives in the older iPhone X and 8 models. T-Mobile appeared to have stronger XR sales trends than the other 3 carriers. However, this was driven by its no upfront payment pricing option. In contrast, XS and XS Max had sell through trends more consistent with our expectations. Based on survey work combined with the iPhone suppliers indicating weaker demand and reduced orders, we have reduced our C'18/C'19/C'20 iPhone unit sales estimates from 217M/218M/228M to 213M/208M/217M. With our change in mix indicating increased share of XS and XS Max versus the XR, we slightly increase our C'18/C'19 iPhone ASPs from $770/$793 to $780/$798.

**Steady iPhone sales to growing premium tier installed base supports strong long-term ecosystem growth:** Despite softer near-term iPhone sales trends, we anticipate Apple will sell over 200M iPhones annually helping to drive a growing ecosystem on which to drive ancillary revenue streams. We believe Apple can sustain double-digit Services revenue growth driven by growth from the App Store, strong subscriber growth in Apple Music, Apple Care, iTunes/iCloud and Apple Pay. In addition, we believe Apple is developing additional services such as video content that could lead to new areas of growth. Further, our survey work indicates strong performance of wearables continuing the strong momentum coming out of Q4 earnings, and we increase our growth rates from mid-single-digits to double-digits for the Other Products segment. With higher margin Services and Other Products revenue expected to grow faster than the overall company, our reduced iPhone unit sales revisions are partially offset, resulting in our C'18/C'19/C'20 EPS estimates going from $12.63/$14.27/$15.51 to $12.60/$13.90/$15.03.

Canaccord Genuity is the global capital markets group of Canaccord Genuity Group Inc. (CF : TSX)
The recommendations and opinions expressed in this research report accurately reflect the research analyst's personal, independent and objective views about any and all the companies and securities that are the subject of this report discussed herein.

**For important information, please see the Important Disclosures beginning on page 6 of this document.**

This report is intended for mattblake@apple.com. Unauthorized publication, disclosure or other distribution is strictly prohibited.



**Exhibit 9**

**Apple**
Lowering Target Price

**Large installed iPhone base positions Apple for steady iPhone sales through C2020**. Figure 1 on the next page provides our detailed analysis of the installed iPhone base, annual iPhone net additions, replacement iPhone sales, and replacement rates by different regions of the world. We estimate our 701M iPhone installed base of new iPhone users exiting C2018 represents only 44% of the 1.6B global premium market smartphone subscribers estimated by the end of C2018, according to Gartner. Based on our potentially conservative replacement rate and installed base growth assumptions, we estimate Apple could sell roughly 200M to 250M iPhone units annually based on its growing and loyal installed base of new iPhone consumers.

While we had anticipated a stronger upgrade cycle in 2H/C'18 and 2019 from the new XS, XS Max and XR models, we believe the installed iPhone user base remains loyal and anticipate more stable replacements rates at lower levels going forward to drive steady iPhone sales through C2020. Given the higher priced iPhones, we now believe consumers are holding on to their iPhones longer. Therefore, we have lowered our replacement rate upgrades from roughly 26% to 27% of the new iPhone user base (excludes refurbished sales) to roughly 23% of iPhone owners who will upgrade to a new iPhone in 2018, 2019, and 2020.

While we anticipate product, introductions could generate stronger sales in one year versus another, we believe Apple's growing share of the high-end smartphone market positions the company with a strong, loyal customer base that could enable Apple to maintain the high levels of annual iPhone sales despite the higher ASPs for the iPhone XS and XS Max. While we believe some investors will point to management's decision to stop disclosing iPhone, iPad, and Mac unit sales as evidence iPhone unit sales have peaked, we maintain our belief iPhone unit sales will post slowing growth in future years due to the law of large numbers and strong share of the premium tier market. However, we believe Apple has a very loyal consumer base and anticipate steadily rising iPhone sales over time even with consumers waiting longer to upgrade iPhones. With Apple's ability to still generate over 200M iPhone sales per year with ASPs around $800, we believe this will still drive a strong earnings base for Apple to monetize with additional hardware and services sales to its loyal ecosystem of customers. With a mature smartphone market, we believe Apple has locked up strong share of the premium tier market and will continue to dominate high-end smartphones sales and capture the vast majority of smartphone profits for the next several years. While the smartphone market is slowing to low single digits annual growth, Apple's dominant profits of the world's largest consumer electronics market is likely to continue. This combined with strong cash returns and a growing share of higher margin businesses in Services and Other Products lead us to reiterate our BUY rating. Based on our lowered EPS estimates, we have lowered our target price from $250 to $225.

This report is intended for mattblake@apple.com. Unauthorized publication, disclosure or other distribution is strictly prohibited.

**CANACCORD** Genuity

**Exhibit 9**

Apple
Lowering Target Price

### Figure 1: iPhone installed base, net adds, replacement sales and replacement rates by region

| iPhone Sell-in unit estimates | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 E | 2019 E | 2020 E |
|---|---|---|---|---|---|---|---|---|
| iPhone Units (sell-in) | 153.5 | 192.7 | 231.5 | 215.4 | 215.8 | 213.1 | 207.7 | 217.2 |
| iPhone sell-through estimates by region (millions) | | | | | | | | |
| North America | 50.9 | 65.9 | 71.7 | 72.1 | 73.3 | 78.7 | 75.1 | 78.6 |
| Latin America | 6.1 | 7.2 | 6.8 | 7.2 | 7.5 | 7.4 | 7.2 | 7.5 |
| Europe | 31.0 | 35.5 | 38.3 | 41.0 | 45.8 | 43.7 | 39.5 | 41.3 |
| Greater China | 25.6 | 50.1 | 72.4 | 54.2 | 47.9 | 46.1 | 48.7 | 51.0 |
| Japan | 12.0 | 14.8 | 14.4 | 14.9 | 15.0 | 16.4 | 15.1 | 15.7 |
| Rest of Asia Pacific | 20.9 | 10.0 | 16.0 | 16.0 | 16.4 | 14.6 | 14.6 | 15.2 |
| Middle East & Africa | 4.3 | 5.2 | 6.2 | 8.3 | 9.1 | 9.8 | 8.3 | 8.7 |
| Total iPhone sell-through | 150.8 | 188.6 | 225.9 | 213.7 | 214.9 | 216.7 | 208.4 | 218.0 |
| | | | | | | | | |
| iPhone Channel inventory change | 2.7 | 4.1 | 4.8 | 0.8 | -2.8 | 2.2 | -0.3 | -0.3 |
| Total iPhone channel inventory | 15.3 | 19.4 | 24.2 | 25.0 | 22.2 | 24.4 | 24.1 | 23.8 |

| iPhone installed base estimates (millions) | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 E | 2019 E | 2020 E |
|---|---|---|---|---|---|---|---|---|
| North America | 92.2 | 114.4 | 131.5 | 142.0 | 152.0 | 164.1 | 174.0 | 180.1 |
| Latin America | 9.8 | 13.9 | 18.4 | 21.2 | 24.2 | 27.1 | 29.1 | 31.3 |
| Europe | 78.9 | 96.3 | 113.6 | 123.9 | 132.5 | 141.8 | 147.5 | 153.4 |
| Greater China | 68.8 | 96.3 | 134.8 | 159.1 | 181.4 | 204.9 | 219.3 | 234.6 |
| Japan | 21.8 | 27.4 | 32.2 | 34.6 | 36.7 | 38.5 | 40.2 | 42.1 |
| Rest of Asia Pacific | 27.7 | 38.8 | 53.8 | 65.6 | 75.7 | 87.1 | 95.8 | 104.4 |
| Middle East & Africa | 10.1 | 15.0 | 21.4 | 27.7 | 32.7 | 37.6 | 41.4 | 45.5 |
| Total | 309.3 | 402.1 | 505.7 | 574.1 | 635.1 | 701.2 | 747.2 | 791.3 |

| iPhone installed base Y/Y growth | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 E | 2019 E | 2020 E |
|---|---|---|---|---|---|---|---|---|
| North America | 33% | 24% | 15% | 8% | 7% | 8% | 6% | 4% |
| Latin America | 70% | 42% | 32% | 16% | 14% | 12% | 8% | 8% |
| Europe | 42% | 22% | 18% | 9% | 7% | 7% | 4% | 4% |
| Greater China | 100% | 40% | 40% | 18% | 14% | 13% | 7% | 7% |
| Japan | 57% | 26% | 17% | 8% | 6% | 5% | 5% | 5% |
| Rest of Asia Pacific | 39% | 40% | 39% | 22% | 15% | 15% | 10% | 9% |
| Middle East & Africa | 85% | 48% | 43% | 29% | 18% | 15% | 10% | 10% |
| YoY % change | 51% | 30% | 26% | 14% | 11% | 10% | 7% | 6% |

| iPhone net adds & replacement sales estimates (in millions): | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 E | 2019 E | 2020 E |
|---|---|---|---|---|---|---|---|---|
| North America - net adds | 22.9 | 22.2 | 17.2 | 10.5 | 9.9 | 12.2 | 9.8 | 6.1 |
| North America - annual replacement sales | 28.0 | 43.7 | 53.2 | 57.9 | 55.4 | 45.6 | 49.2 | 52.2 |
| Latin America - net adds | 4.0 | 4.1 | 4.4 | 2.8 | 3.0 | 2.9 | 2.0 | 2.2 |
| Latin America - annual replacement sales | 2.0 | 3.0 | 4.0 | 4.9 | 4.5 | 4.8 | 5.4 | 5.8 |
| Europe - net adds | 23.4 | 17.4 | 17.3 | 10.2 | 8.7 | 9.3 | 5.7 | 5.9 |
| Europe - annual replacement sales | 7.6 | 18.1 | 22.2 | 25.0 | 26.0 | 25.2 | 28.4 | 29.5 |
| Japan - net adds | 7.9 | 5.7 | 4.8 | 2.4 | 2.1 | 1.8 | 1.7 | 1.8 |
| Japan - annual replacement sales | 4.1 | 9.1 | 9.6 | 11.3 | 10.4 | 9.9 | 9.6 | 10.1 |
| Asia Pacific - net adds | 42.1 | 38.6 | 53.5 | 36.1 | 32.4 | 34.9 | 23.1 | 24.0 |
| Asia Pacific - annual replacement sales | 4.4 | 24.3 | 36.5 | 43.4 | 56.2 | 59.1 | 67.2 | 72.5 |
| Middle East & Africa - net adds | 4.7 | 4.9 | 6.4 | 6.3 | 5.0 | 4.9 | 3.8 | 4.1 |
| Middle East & Africa - annual replacement s | -0.3 | 0.3 | 0.8 | 1.1 | 1.5 | 1.3 | 1.9 | 2.1 |
| Total iPhone Net adds | 104.9 | 92.8 | 103.6 | 68.4 | 61.0 | 66.0 | 46.1 | 44.1 |
| Total iPhone annual replacement | 45.9 | 98.6 | 126.2 | 143.4 | 153.9 | 146.0 | 161.7 | 172.1 |
| Total iPhone annual unit sell-thro | 150.8 | 191.4 | 229.8 | 211.9 | 214.9 | 212.0 | 207.8 | 216.2 |
| Change in inventory | 2.7 | 1.3 | 1.7 | 3.5 | 0.8 | 1.1 | -0.1 | 1.0 |
| Total iPhone unit sales | 153.5 | 192.7 | 231.5 | 215.4 | 215.8 | 213.1 | 207.7 | 217.2 |

| Replacement rate (%) | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 E | 2019 E | 2020 E |
|---|---|---|---|---|---|---|---|---|
| North America | 40% | 47% | 47% | 44% | 39% | 30% | 30% | 30% |
| Latin America | 35% | 31% | 29% | 27% | 21% | 20% | 20% | 20% |
| Europe | 14% | 23% | 23% | 22% | 21% | 19% | 20% | 20% |
| Japan | 30% | 42% | 35% | 35% | 30% | 27% | 25% | 25% |
| Asia Pacific | 8% | 25% | 27% | 23% | 25% | 23% | 23% | 23% |
| Middle East & Africa | -6% | 3% | 6% | 5% | 5% | 4% | 5% | 5% |
| Global iPhone replacement rate | 22.4% | 31.9% | 31.4% | 28.4% | 26.8% | 23.0% | 23.1% | 23.0% |

*Source: Company reports, Canaccord Genuity estimates*

**Apple**
**Lowering Target Price**

**Exhibit 9**

## Figure 2: Apple Income Statement

**Apple Inc. - AAPL**
**Consolidated Income Statement**
*(in millions, except per share information)*

| Period | Q1-18 A | Q2-18 A | Q3-18 A | Q4-18 A | Q1-19 E | Q2-19 E | Q3-19 E | Q4-19 E | Q1-20 E | Q2-20 E | Q3-20 E | Q4-20 E | Q1-21 E | FY-18 A | FY-19 E | FY-20 E | CY-18 E | CY-19 E | CY-20 E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | 12/31/2017 | 3/31/2018 | 6/30/2018 | 9/30/2018 | 12/31/2018 | 3/31/2019 | 6/30/2019 | 9/30/2019 | 12/31/2019 | 3/31/2020 | 6/30/2020 | 9/30/2020 | 12/31/2020 | 9/30/2018 | 9/30/2019 | 9/30/2020 | 12/31/2018 | 12/31/2019 | 12/31/2020 |
| **Notes to Income Statement** | | | | | | | | | | | | | | | | | | | |
| Net Revenues | 88,293 | 61,137 | 53,265 | 62,900 | 91,238 | 65,937 | 56,190 | 61,899 | 94,362 | 67,469 | 60,889 | 66,068 | 98,390 | 265,595 | 275,265 | 288,788 | 268,540 | 275,389 | 292,816 |
| Cost of Sales | 54,381 | 37,715 | 32,844 | 38,816 | 56,385 | 40,754 | 34,286 | 37,713 | 57,750 | 41,520 | 37,127 | 40,273 | 60,152 | 163,756 | 169,119 | 176,671 | 165,760 | 170,484 | 179,073 |
| Gross Profit | 33,912 | 23,422 | 20,421 | 24,084 | 34,853 | 25,183 | 21,924 | 24,186 | 36,612 | 25,948 | 23,762 | 25,795 | 38,238 | 101,839 | 106,146 | 112,117 | 102,780 | 107,905 | 113,743 |
| Research & Development | 3,407 | 3,378 | 3,701 | 3,750 | 3,900 | 3,978 | 4,058 | 4,139 | 4,221 | 4,800 | 4,435 | 4,524 | 4,614 | 14,236 | 16,074 | 17,529 | 14,729 | 16,396 | 17,921 |
| Selling, General and Administrative | 4,231 | 4,150 | 4,108 | 4,216 | 4,848 | 4,315 | 4,315 | 4,445 | 4,800 | 4,416 | 4,769 | 5,151 | 5,563 | 16,705 | 17,923 | 19,136 | 17,322 | 17,875 | 19,899 |
| Operating Expenses | 7,638 | 7,528 | 7,809 | 7,966 | 8,748 | 8,293 | 8,373 | 8,583 | 9,022 | 8,764 | 9,204 | 9,675 | 10,177 | 30,941 | 33,997 | 36,665 | 32,051 | 34,271 | 37,821 |
| **Operating Income** | 26,274 | 15,894 | 12,612 | 16,118 | 26,105 | 16,890 | 13,552 | 15,603 | 27,590 | 17,184 | 14,558 | 16,120 | 28,060 | 70,898 | 72,149 | 75,452 | 70,728 | 73,635 | 75,922 |
| Other income and expense | 756 | 274 | 672 | 303 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 2,005 | 1,200 | 1,200 | 1,549 | 1,200 | 1,200 |
| **Pre-tax Income** | 27,030 | 16,168 | 13,284 | 16,421 | 26,405 | 17,190 | 13,852 | 15,903 | 27,890 | 17,484 | 14,858 | 16,420 | 28,360 | 72,903 | 73,349 | 76,652 | 68,423 | 74,835 | 77,122 |
| Provision for income taxes | 6,965 | 2,346 | 1,765 | 2,296 | 4,357 | 2,578 | 2,078 | 2,385 | 4,184 | 2,623 | 2,229 | 2,463 | 4,254 | 13,372 | 11,398 | 11,488 | 10,764 | 11,225 | 11,568 |
| **Net Income** | 20,065 | 13,822 | 11,519 | 14,125 | 22,048 | 14,611 | 11,774 | 13,517 | 23,707 | 14,861 | 12,629 | 13,957 | 24,106 | 59,531 | 61,950 | 65,155 | 61,514 | 63,609 | 65,554 |
| **GAAP EPS** | 3.89 | 2.73 | 2.34 | 2.91 | 4.62 | 3.11 | 2.55 | 2.97 | 5.27 | 3.34 | 2.87 | 3.21 | 5.61 | 11.87 | 13.25 | 14.69 | 12.60 | 13.90 | 15.03 |
| Basic | 5,113 | 5,025 | 4,882 | 4,802 | 4,727 | 4,652 | 4,577 | 4,502 | 4,452 | 4,402 | 4,382 | 4,302 | 4,252 | 4,955 | 4,614 | 4,377 | 4,859 | 4,545 | 4,327 |
| Fully Diluted Shares | 5,158 | 5,068 | 4,927 | 4,848 | 4,773 | 4,698 | 4,623 | 4,548 | 4,498 | 4,448 | 4,388 | 4,348 | 4,298 | 5,000 | 4,660 | 4,423 | 4,904 | 4,591 | 4,373 |
| **Costs as % Revenue:** | | | | | | | | | | | | | | | | | | | |
| Cost of Sales | 61.6 | 61.7 | 61.7 | 61.7 | 61.8 | 61.8 | 61.0 | 60.9 | 61.2 | 61.5 | 61.0 | 61.0 | 61.1 | 61.7 | 61.4 | 61.2 | 61.7 | 61.2 | 61.2 |
| Gross Profit | 38.4 | 38.3 | 38.3 | 38.3 | 38.2 | 38.2 | 39.0 | 39.1 | 38.8 | 38.5 | 39.0 | 39.0 | 38.9 | 38.3 | 38.6 | 38.8 | 38.3 | 38.8 | 38.8 |
| Research & Development | 3.9 | 5.5 | 6.9 | 6.0 | 4.3 | 6.0 | 7.2 | 6.7 | 4.5 | 6.5 | 7.3 | 6.8 | 4.7 | 5.4 | 5.8 | 6.1 | 5.5 | 5.9 | 6.1 |
| Selling, General and Administrative | 4.8 | 6.8 | 7.7 | 6.7 | 5.3 | 6.5 | 7.7 | 7.2 | 5.1 | 6.5 | 7.8 | 7.8 | 5.7 | 6.3 | 6.5 | 6.6 | 6.4 | 6.5 | 6.8 |
| Pro-forma operating margin | 29.8 | 26.0 | 23.7 | 25.6 | 28.6 | 25.6 | 24.1 | 25.2 | 29.2 | 25.5 | 23.9 | 24.4 | 28.5 | 26.7 | 26.2 | 26.1 | 26.3 | 26.5 | 25.9 |
| Provision for income taxes | 7.9 | 3.8 | 3.3 | 4.8 | 4.8 | 3.9 | 3.7 | 3.9 | 4.4 | 3.7 | 3.7 | 3.7 | 4.3 | 5.0 | 4.1 | 4.0 | 4.0 | 4.0 | 4.0 |
| Tax Rate | 25.8 | 14.5 | 13.3 | 14.0 | 16.5 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 18.3 | 15.5 | 15.0 | 15.7 | 15.0 | 15.0 |
| Pro-forma Net Income | 22.7 | 21.6 | 21.6 | 22.5 | 24.2 | 22.2 | 21.0 | 21.8 | 25.1 | 20.7 | 20.7 | 21.1 | 24.5 | 22.4 | 22.5 | 22.6 | 22.9 | 22.8 | 22.6 |
| **Quarter/Quarter % change:** | | | | | | | | | | | | | | | | | | | |
| Sales | 67.9% | -30.8% | -12.9% | 18.1% | 45.1% | -27.7% | -14.8% | 10.2% | 52.4% | -28.5% | -9.8% | 8.5% | 48.9% | | | | | | |
| Operating Income | 94.2% | -40.2% | -17.8% | 23.6% | 60.8% | -34.9% | -19.4% | 14.8% | 75.4% | -37.3% | -15.0% | 10.5% | 72.7% | | | | | | |
| **Year/Year % change:** | | | | | | | | | | | | | | | | | | | |
| Sales | 12.7% | 15.6% | 17.3% | 19.6% | 3.3% | 7.9% | 5.5% | -1.6% | 3.4% | 2.3% | 8.4% | 6.7% | 4.3% | 15.9% | 3.6% | 4.9% | 12.3% | 3.7% | 5.2% |
| Pro-forma Operating Income | 12.5% | 12.7% | 17.1% | 22.9% | -0.6% | 6.3% | 7.4% | -3.2% | 5.7% | 1.7% | 7.4% | 3.3% | 1.7% | 15.6% | 1.8% | 4.6% | 10.1% | 4.1% | 3.1% |
| Pro-forma Net Income | 12.2% | 25.3% | 32.1% | 31.8% | 9.9% | 5.7% | 2.2% | -4.3% | 7.5% | 1.7% | 7.3% | 3.3% | 1.7% | 23.1% | 4.1% | 5.2% | 21.7% | 3.4% | 3.1% |

**For important information, please visit Canaccord Genuity's Online Disclosure Database:  http://www.canaccordgenuity.com/en/ODD/pages/disclosures.aspx**

Source: Company reports and Canaccord Genuity estimates

Source: Company reports, Canaccord Genuity estimates. A more detailed financial model, including balance sheet, income statement, and cash flow projections, if available, may be obtained by contacting your Canaccord Genuity Sales Person or the Authoring Analyst, whose contact information appears on the front page of this report.

T. Michael Walkley
Canaccord Genuity
612.332.8069
Updated:        November 28, 2018

**Buy unchanged  Target Price US$225.00 from US$250.00 | 28 November 2018**

Connectivity Technologies   4

Apple
Lowering Target Price

# Exhibit 9

Figure 3: Apple sales by product category

**Apple Quarterly Sales by Product Category (in million USD)**

| | FY2018 A | | | | FY2019 E | | | | FY2020 E | | | | FY2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12/31/2017 Q1-18 A | 3/31/2018 Q2-18 A | 6/30/2018 Q3-18 A | 9/30/2018 Q4-18 A | 12/31/2018 Q1-19 E | 3/31/2019 Q2-19 E | 6/30/2019 Q3-19 E | 9/30/2019 Q4-19 E | 12/31/2019 Q1-20 E | 3/31/2020 Q2-20 E | 6/30/2020 Q3-20 E | 9/30/2020 Q4-20 E | 12/31/2020 Q1-21 E |
| iPhone Units | 77.32 | 52.22 | 41.30 | 46.89 | 72.68 | 49.78 | 39.33 | 44.25 | 74.33 | 49.90 | 43.33 | 48.09 | 75.99 |
| iPhone ASP (adjusting for deferral) | $803 | $728 | $718 | $790 | $845 | $803 | $779 | $763 | $834 | $783 | $760 | $744 | $834 |
| iPhone ASP reported | $796 | $728 | $724 | $793 | $840 | $803 | $786 | $767 | $819 | $784 | $764 | $746 | $828 |
| Current Quarter iPhone Revenue | $60,504 | $36,954 | $28,825 | $36,102 | $59,977 | $38,980 | $29,847 | $32,889 | $59,792 | $38,008 | $32,049 | $34,844 | $61,842 |
| Prior Period iPhone Deferred Revenue | $1,072 | $1,078 | $1,081 | $1,085 | $1,086 | $1,072 | $1,070 | $1,065 | $1,059 | $1,052 | $1,046 | $1,051 | $1,051 |
| Total iPhone Reported Revenue | $61,576 | $38,032 | $29,906 | $37,185 | $61,064 | $40,053 | $30,917 | $33,954 | $60,852 | $39,060 | $33,095 | $35,895 | $62,896 |
| Q/Q Growth | 113% | -38% | -21% | 24% | 64% | -34% | -23% | 10% | 79% | -36% | -15% | 8% | 75% |
| YY/Growth | 13% | 14% | 20% | 29% | -1% | 5% | 3% | -9% | 0% | -2% | 7% | 6% | 3% |
| %age of Apple Revenue | 70% | 62% | 56% | 59% | 67% | 61% | 55% | 55% | 64% | 58% | 54% | 54% | 64% |
| iPad Units | 13.17 | 9.11 | 11.55 | 9.70 | 13.09 | 8.77 | 9.04 | 9.40 | 14.10 | 9.44 | 9.73 | 9.73 | 14.59 |
| iPad ASP | $445 | $451 | $410 | $422 | $434 | $413 | $413 | $413 | $413 | $392 | $392 | $392 | $392 |
| Current Quarter iPad Revenue | $5,599 | $3,931 | $4,510 | $3,895 | $5,423 | $3,444 | $3,547 | $3,689 | $5,533 | $3,512 | $3,618 | $3,618 | $5,427 |
| Prior Period iPad Deferred Revenue | $223 | $216 | $213 | $217 | $218 | $218 | $218 | $212 | $210 | $212 | $213 | $208 | $208 |
| Total iPad Reported Revenue | $5,862 | $4,113 | $4,741 | $4,089 | $5,642 | $3,662 | $3,765 | $3,901 | $5,743 | $3,724 | $3,830 | $3,826 | $5,635 |
| Q/Q Growth | 21% | -30% | 15% | -14% | 38% | -35% | 3% | 4% | 47% | -35% | 3% | 0% | 47% |
| YY Growth | 6% | 6% | -5% | -15% | -4% | -11% | -21% | -5% | 2% | 2% | 2% | -2% | 0% |
| %age of Apple Revenue | 7% | 7% | 9% | 7% | 6% | 6% | 7% | 6% | 6% | 6% | 6% | 6% | 6% |
| Mac Units | 5.11 | 4.08 | 3.72 | 5.30 | 5.30 | 4.56 | 4.33 | 5.20 | 5.25 | 4.41 | 4.19 | 5.02 | 5.07 |
| Mac ASP | $1,249 | $1,434 | $1,433 | $1,399 | $1,357 | $1,357 | $1,316 | $1,408 | $1,366 | $1,400 | $1,358 | $1,453 | $1,409 |
| Current Quarter Mac Revenue | $6,090 | $5,685 | $5,685 | $7,411 | $7,189 | $6,182 | $5,697 | $7,315 | $7,166 | $6,171 | $5,686 | $7,301 | $7,153 |
| Prior Period Mac Deferred Revenue | $158 | $194 | $194 | $192 | $191 | $191 | $191 | $190 | $188 | $188 | $189 | $189 | $189 |
| Total Mac Reported Revenue | $6,895 | $5,848 | $5,830 | $7,411 | $7,380 | $6,373 | $5,888 | $7,355 | $7,355 | $6,359 | $5,875 | $7,490 | $7,342 |
| Q/Q Growth | -4% | -15% | -9% | 39% | 0% | -14% | -8% | 27% | -2% | -14% | -8% | 27% | -2% |
| YY Growth | -5% | 0% | -5% | 3% | 7% | 9% | 1% | 0% | 8% | 0% | 0% | 0% | 0% |
| %age of Apple Revenue | 8% | 10% | 11% | 12% | 8% | 10% | 10% | 12% | 8% | 9% | 10% | 11% | 7% |
| iPod Revenue | $42 | $5 | $5 | $4 | $3 | $5 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Apple watch units | 8.00 | 5.50 | 5.64 | 5.70 | 9.69 | 7.27 | 7.49 | 7.78 | 13.23 | 9.26 | 9.54 | 9.92 | 16.87 |
| Apple watch ASPs | $444 | $437 | $427 | $450 | $461 | $438 | $448 | $485 | $415 | $395 | $395 | $365 | $354 |
| Current Quarter Watch Revenue | $3,591 | $2,282 | $2,293 | $2,451 | $4,276 | $3,039 | $2,884 | $3,000 | $5,334 | $3,471 | $3,293 | $3,424 | $5,976 |
| Prior Period Watch Deferred Revenue | $61 | $69 | $79 | $89 | $99 | $112 | $123 | $133 | $143 | $156 | $175 | $175 | $585 |
| Total Watch Reported Revenue | $3,452 | $2,351 | $2,371 | $2,540 | $4,375 | $3,151 | $3,007 | $3,133 | $5,376 | $3,627 | $3,458 | $3,599 | $6,561 |
| Q/Q Growth | 111% | -32% | 1% | 7% | 72% | -28% | -5% | 4% | 72% | -33% | -5% | 4% | 71% |
| YY Growth | 77% | 76% | 86% | 55% | 27% | 34% | 27% | 23% | 23% | 15% | 15% | 15% | 15% |
| %age of Apple Revenue | 4% | 4% | 4% | 4% | 5% | 5% | 5% | 5% | 6% | 5% | 6% | 6% | 6% |
| Accessories | $1,995 | $1,597 | $1,364 | $1,690 | $2,195 | $1,603 | $1,446 | $1,791 | $2,261 | $1,795 | $1,633 | $1,899 | $2,329 |
| Total Other Products | $5,489 | $3,954 | $3,740 | $4,234 | $6,573 | $4,847 | $4,453 | $4,925 | $7,637 | $5,422 | $4,990 | $5,498 | $8,890 |
| Services | $8,471 | $9,190 | $9,548 | $9,981 | $10,580 | $11,003 | $11,168 | $11,645 | $12,776 | $12,904 | $13,098 | $13,360 | $14,028 |
| Deferred Revenue | $1,519 | $1,562 | $1,571 | $1,584 | $1,598 | $1,596 | $1,601 | $1,600 | $1,600 | $1,608 | $1,613 | $1,623 | $1,637 |
| Total Apple Revenue | $88,293 | $61,137 | $53,265 | $62,900 | $91,228 | $65,937 | $56,190 | $61,899 | $94,362 | $67,469 | $60,889 | $66,068 | $98,390 |

**Annual Sales By Product (in million USD)**

| | FY18A 9/30/2018 FY18A | FY19E 9/30/2019 FY19E | FY20E 9/30/2020 FY20E | C18E 12/31/2018 C18E | C19E 12/31/2019 C19E | C20E 12/31/2020 C20E |
|---|---|---|---|---|---|---|
| iPhone Units | 217.72 | 206.04 | 215.56 | 213.08 | 207.69 | 217.22 |
| iPhone ASP (adjusting for deferral) | $746 | $785 | $764 | $760 | $778 | $768 |
| iPhone ASP reported | $766 | $806 | $784 | $766 | $780 | $798 | $787 |
| Current Quarter iPhone Revenue | $162,386 | $161,694 | $164,693 | $161,859 | $161,509 | $166,742 |
| Prior Period iPhone Deferred Revenue | $4,313 | $4,294 | $4,208 | $4,327 | $4,267 | $4,203 |
| Total iPhone Reported Revenue | $166,699 | $165,987 | $168,901 | $166,187 | $165,775 | $170,945 |
| Q/Q Growth | | | | | | |
| YY/Growth | 18% | 0% | 0% | 12% | 0% | 3% |
| %age of Apple Revenue | 63% | 62% | 60% | 62% | 60% | 58% |
| iPad Units | 43.54 | 40.30 | 43.00 | 43.46 | 41.30 | 43.49 |
| iPad ASP | $431.95 | $421.08 | $398.25 | $427.65 | $413.29 | $391.24 |
| Current Quarter iPad Revenue | $17,934 | $16,103 | $16,281 | $17,760 | $16,212 | $16,174 |
| Prior Period iPad Deferred Revenue | $870 | $866 | $842 | $864 | $858 | $841 |
| Total iPad Reported Revenue | $18,805 | $16,969 | $17,123 | $18,585 | $17,070 | $17,015 |
| YY Growth | -2% | -10% | 1% | -5% | -8% | 0% |
| %age of Apple Revenue | 7% | 6% | 6% | 7% | 6% | 6% |
| Mac Units | 18.21 | 19.38 | 18.87 | 18.60 | 19.33 | 18.69 |
| Mac ASP | $1,371 | $1,361 | $1,395 | $1,406 | $1,362 | $1,405 |
| Current Quarter Mac Revenue | $24,968 | $26,383 | $26,324 | $25,666 | $26,360 | $26,311 |
| Prior Period Mac Deferred Revenue | $738 | $762 | $754 | $771 | $759 | $755 |
| Total Mac Reported Revenue | $25,484 | $27,145 | $27,079 | $25,969 | $27,120 | $27,066 |
| YY Growth | -1% | 7% | 0% | 2% | 4% | 0% |
| %age of Apple Revenue | 10% | 10% | 9% | 10% | 10% | 9% |
| iPod Revenue | $56 | $5 | $0 | $17 | $2 | $0 |
| Apple watch units | 24.84 | 32.23 | 41.96 | 26.53 | 35.77 | 45.60 |
| Apple watch ASPs | $419 | $410 | $368 | $426 | $396 | $354 |
| Current Quarter Watch Revenue | $10,416 | $13,199 | $15,422 | $11,302 | $14,157 | $16,164 |
| Prior Period Watch Deferred Revenue | $298 | $467 | $638 | $335 | $511 | $555 |
| Total Watch Reported Revenue | $10,714 | $13,666 | $16,060 | $11,637 | $14,668 | $16,845 |
| YY Growth | 73% | 28% | 18% | 51% | 26% | 15% |
| %age of Apple Revenue | 4% | 5% | 6% | 5% | 5% | 6% |
| Accessories | $6,647 | $7,125 | $7,487 | $6,846 | $7,191 | $7,555 |
| Total Other Products | $17,417 | $20,797 | $23,548 | $18,591 | $21,862 | $24,400 |
| Services | $37,190 | $44,366 | $52,138 | $39,299 | $46,562 | $53,389 |
| Deferred Revenue | $6,237 | $6,395 | $6,444 | $6,315 | $6,397 | $6,481 |
| Total Apple Revenue | $265,595 | $275,265 | $288,788 | $268,540 | $278,389 | $292,816 |

Source: Company reports, Canaccord Genuity estimates

CANACCORD Genuity

Connectivity Technologies 5

This report is intended for mattblake@apple.com. Unauthorized publication, disclosure or other distribution is strictly prohibited.



**Exhibit 9**

Apple
Lowering Target Price

# Appendix: Important Disclosures

**Analyst Certification**

Each authoring analyst of Canaccord Genuity whose name appears on the front page of this research hereby certifies that (i) the recommendations and opinions expressed in this research accurately reflect the authoring analyst's personal, independent and objective views about any and all of the designated investments or relevant issuers discussed herein that are within such authoring analyst's coverage universe and (ii) no part of the authoring analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the authoring analyst in the research.

Analysts employed outside the US are not registered as research analysts with FINRA. These analysts may not be associated persons of Canaccord Genuity LLC and therefore may not be subject to the FINRA Rule 2241 and NYSE Rule 472 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

**Sector Coverage**

Individuals identified as "Sector Coverage" cover a subject company's industry in the identified jurisdiction, but are not authoring analysts of the report.

**Investment Recommendation**

Date and time of first dissemination: November 28, 2018, 23:00 ET

Date and time of production: November 28, 2018, 18:19 ET

**Target Price / Valuation Methodology:**

Apple - AAPL

Our $225 price target is based on shares trading at roughly 15x our C2020 EPS estimate.

**Risks to achieving Target Price / Valuation:**

Apple - AAPL

Risks to our investment thesis include: 1. Gross margin for key products such as the iPhone decline below our expectations. 2. Ability to innovate slows or competition catches up versus Apple's next iteration of its products. 3. Macro uncertainty leads to slower than expected sales of Apple products.

**Distribution of Ratings:**

**Global Stock Ratings (as of 11/28/18)**

| Rating | Coverage Universe | | IB Clients |
|--------|-----|-----|-----|
| | # | % | % |
| Buy | 568 | 64.40% | 46.30% |
| Hold | 196 | 22.22% | 31.12% |
| Sell | 8 | 0.91% | 25.00% |
| Speculative Buy | 110 | 12.47% | 66.36% |
| | 882* | 100.0% | |

*Total includes stocks that are Under Review

**Canaccord Genuity Ratings System**

**BUY**: The stock is expected to generate risk-adjusted returns of over 10% during the next 12 months.

**HOLD**: The stock is expected to generate risk-adjusted returns of 0-10% during the next 12 months.

**SELL**: The stock is expected to generate negative risk-adjusted returns during the next 12 months.

**NOT RATED:** Canaccord Genuity does not provide research coverage of the relevant issuer.

"Risk-adjusted return" refers to the expected return in relation to the amount of risk associated with the designated investment or the relevant issuer.

**Risk Qualifier**

**SPECULATIVE**: Stocks bear significantly higher risk that typically cannot be valued by normal fundamental criteria. Investments in the stock may result in material loss.

**12-Month Recommendation History** (as of date same as the **Global Stock Ratings** table)

This report is intended for mattblake@apple.com. Unauthorized publication, disclosure or other distribution is strictly prohibited.

 CANACCORD Genuity

**Exhibit 9**

Apple
Lowering Target Price

A list of all the recommendations on any issuer under coverage that was disseminated during the preceding 12-month period may be obtained at the following website (provided as a hyperlink if this report is being read electronically) http://disclosures-mar.canaccordgenuity.com/EN/Pages/default.aspx

**Required Company-Specific Disclosures (as of date of this publication)**

Canaccord Genuity or one or more of its affiliated companies is a market maker or liquidity provider in the securities of Apple or in any related derivatives.

Canaccord Genuity or one or more of its affiliated companies intend to seek or expect to receive compensation for Investment Banking services from Apple in the next three months.



**Past performance**

In line with Article 44(4)(b), MiFID II Delegated Regulation, we disclose price performance for the preceding five years or the whole period for which the financial instrument has been offered or investment service provided where less than five years. Please note price history refers to actual past performance, and that past performance is not a reliable indicator of future price and/or performance.

**Online Disclosures**

Up-to-date disclosures may be obtained at the following website (provided as a hyperlink if this report is being read electronically) http://disclosures.canaccordgenuity.com/EN/Pages/default.aspx; or by sending a request to Canaccord Genuity Corp. Research, Attn: Disclosures, P.O. Box 10337 Pacific Centre, 2200-609 Granville Street, Vancouver, BC, Canada V7Y 1H2; or by sending a request by email to disclosures@canaccordgenuity.com. The reader may also obtain a copy of Canaccord Genuity's policies and procedures regarding the dissemination of research by following the steps outlined above.

**General Disclaimers**

See "Required Company-Specific Disclosures" above for any of the following disclosures required as to companies referred to in this report: manager or co-manager roles; 1% or other ownership; compensation for certain services; types of client relationships; research analyst conflicts; managed/co-managed public offerings in prior periods; directorships; market making in equity securities and related derivatives. For reports identified above as compendium reports, the foregoing required company-specific disclosures can be found in a hyperlink located in the section labeled, "Compendium Reports." "Canaccord Genuity" is the business name used by certain wholly owned subsidiaries of Canaccord Genuity Group Inc., including Canaccord Genuity LLC, Canaccord Genuity Limited, Canaccord Genuity Corp., and Canaccord Genuity (Australia) Limited, an affiliated company that is 50%-owned by Canaccord Genuity Group Inc.

The authoring analysts who are responsible for the preparation of this research are employed by Canaccord Genuity Corp. a Canadian broker-dealer with principal offices located in Vancouver, Calgary, Toronto, Montreal, or Canaccord Genuity LLC, a US broker-dealer with principal offices located in New York, Boston, San Francisco and Houston, or Canaccord Genuity Limited., a UK broker-dealer with principal offices located in London (UK) and Dublin (Ireland), or Canaccord Genuity (Australia) Limited, an Australian broker-dealer with principal offices located in Sydney and Melbourne.

The authoring analysts who are responsible for the preparation of this research have received (or will receive) compensation based upon (among other factors) the Investment Banking revenues and general profits of Canaccord Genuity. However, such authoring analysts have not received, and will not receive, compensation that is directly based upon or linked to one or more specific Investment Banking activities, or to recommendations contained in the research.

Some regulators require that a firm must establish, implement and make available a policy for managing conflicts of interest arising as a result of publication or distribution of research. This research has been prepared in accordance with Canaccord Genuity's policy on

This report is intended for mattblake@apple.com. Unauthorized publication, disclosure or other distribution is strictly prohibited.



**Exhibit 9**

Apple
Lowering Target Price

managing conflicts of interest, and information barriers or firewalls have been used where appropriate. Canaccord Genuity's policy is available upon request.

The information contained in this research has been compiled by Canaccord Genuity from sources believed to be reliable, but (with the exception of the information about Canaccord Genuity) no representation or warranty, express or implied, is made by Canaccord Genuity, its affiliated companies or any other person as to its fairness, accuracy, completeness or correctness. Canaccord Genuity has not independently verified the facts, assumptions, and estimates contained herein. All estimates, opinions and other information contained in this research constitute Canaccord Genuity's judgement as of the date of this research, are subject to change without notice and are provided in good faith but without legal responsibility or liability.

From time to time, Canaccord Genuity salespeople, traders, and other professionals provide oral or written market commentary or trading strategies to our clients and our principal trading desk that reflect opinions that are contrary to the opinions expressed in this research. Canaccord Genuity's affiliates, principal trading desk, and investing businesses also from time to time make investment decisions that are inconsistent with the recommendations or views expressed in this research.

This research is provided for information purposes only and does not constitute an offer or solicitation to buy or sell any designated investments discussed herein in any jurisdiction where such offer or solicitation would be prohibited. As a result, the designated investments discussed in this research may not be eligible for sale in some jurisdictions. This research is not, and under no circumstances should be construed as, a solicitation to act as a securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. This material is prepared for general circulation to clients and does not have regard to the investment objectives, financial situation or particular needs of any particular person. Investors should obtain advice based on their own individual circumstances before making an investment decision. To the fullest extent permitted by law, none of Canaccord Genuity, its affiliated companies or any other person accepts any liability whatsoever for any direct or consequential loss arising from or relating to any use of the information contained in this research.

**Research Distribution Policy**

Canaccord Genuity research is posted on the Canaccord Genuity Research Portal and will be available simultaneously for access by all of Canaccord Genuity's customers who are entitled to receive the firm's research. In addition research may be distributed by the firm's sales and trading personnel via email, instant message or other electronic means. Customers entitled to receive research may also receive it via third party vendors. Until such time as research is made available to Canaccord Genuity's customers as described above, Authoring Analysts will not discuss the contents of their research with Sales and Trading or Investment Banking employees without prior compliance consent.

For further information about the proprietary model(s) associated with the covered issuer(s) in this research report, clients should contact their local sales representative.

**Short-Term Trade Ideas**

Research Analysts may, from time to time, discuss "short-term trade ideas" in research reports. A short-term trade idea offers a near-term view on how a security may trade, based on market and trading events or catalysts, and the resulting trading opportunity that may be available. Any such trading strategies are distinct from and do not affect the analysts' fundamental equity rating for such stocks. A short-term trade idea may differ from the price targets and recommendations in our published research reports that reflect the research analyst's views of the longer-term (i.e. one-year or greater) prospects of the subject company, as a result of the differing time horizons, methodologies and/or other factors. It is possible, for example, that a subject company's common equity that is considered a long-term 'Hold' or 'Sell' might present a short-term buying opportunity as a result of temporary selling pressure in the market or for other reasons described in the research report; conversely, a subject company's stock rated a long-term 'Buy' or "Speculative Buy" could be considered susceptible to a downward price correction, or other factors may exist that lead the research analyst to suggest a sale over the short-term. Short-term trade ideas are not ratings, nor are they part of any ratings system, and the firm does not intend, and does not undertake any obligation, to maintain or update short-term trade ideas. Short-term trade ideas are not suitable for all investors and are not tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any securities or strategies discussed herein. Please contact your salesperson for more information regarding Canaccord Genuity's research.

**For Canadian Residents:**

This research has been approved by Canaccord Genuity Corp., which accepts sole responsibility for this research and its dissemination in Canada. Canaccord Genuity Corp. is registered and regulated by the Investment Industry Regulatory Organization of Canada (IIROC) and is a Member of the Canadian Investor Protection Fund. Canadian clients wishing to effect transactions in any designated investment discussed should do so through a qualified salesperson of Canaccord Genuity Corp. in their particular province or territory.

**For United States Persons:**

Canaccord Genuity LLC, a US registered broker-dealer, accepts responsibility for this research and its dissemination in the United States. This research is intended for distribution in the United States only to certain US institutional investors. US clients wishing to effect transactions in any designated investment discussed should do so through a qualified salesperson of Canaccord Genuity LLC. Analysts employed outside the US, as specifically indicated elsewhere in this report, are not registered as research analysts with FINRA. These analysts may not be associated persons of Canaccord Genuity LLC and therefore may not be subject to the FINRA Rule 2241 and NYSE Rule 472 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

This report is intended for mattblake@apple.com. Unauthorized publication, disclosure or other distribution is strictly prohibited.



**Exhibit 9**

Apple
Lowering Target Price

**For United Kingdom and European Residents:**

This research is distributed in the United Kingdom and elsewhere Europe, as third party research by Canaccord Genuity Limited, which is authorized and regulated by the Financial Conduct Authority. This research is for distribution only to persons who are Eligible Counterparties or Professional Clients only and is exempt from the general restrictions in section 21 of the Financial Services and Markets Act 2000 on the communication of invitations or inducements to engage in investment activity on the grounds that it is being distributed in the United Kingdom only to persons of a kind described in Article 19(5) (Investment Professionals) and 49(2) (High Net Worth companies, unincorporated associations etc) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (as amended). It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons. This material is not for distribution in the United Kingdom or elsewhere in Europe to retail clients, as defined under the rules of the Financial Conduct Authority.

**For Jersey, Guernsey and Isle of Man Residents:**

This research is sent to you by Canaccord Genuity Wealth (International) Limited (CGWI) for information purposes and is not to be construed as a solicitation or an offer to purchase or sell investments or related financial instruments. This research has been produced by an affiliate of CGWI for circulation to its institutional clients and also CGWI. Its contents have been approved by CGWI and we are providing it to you on the basis that we believe it to be of interest to you. This statement should be read in conjunction with your client agreement, CGWI's current terms of business and the other disclosures and disclaimers contained within this research. If you are in any doubt, you should consult your financial adviser.

CGWI is licensed and regulated by the Guernsey Financial Services Commission, the Jersey Financial Services Commission and the Isle of Man Financial Supervision Commission. CGWI is registered in Guernsey and is a wholly owned subsidiary of Canaccord Genuity Group Inc.

**For Australian Residents:**

This research is distributed in Australia by Canaccord Genuity (Australia) Limited ABN 19 075 071 466 holder of AFS Licence No 234666. To the extent that this research contains any advice, this is limited to general advice only. Recipients should take into account their own personal circumstances before making an investment decision. Clients wishing to effect any transactions in any financial products discussed in the research should do so through a qualified representative of Canaccord Genuity (Australia) Limited. Canaccord Genuity Wealth Management is a division of Canaccord Genuity (Australia) Limited.

**For Hong Kong Residents:**

This research is distributed in Hong Kong by Canaccord Genuity (Hong Kong) Limited which is licensed by the Securities and Futures Commission. This research is only intended for persons who fall within the definition of professional investor as defined in the Securities and Futures Ordinance. It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons. Recipients of this report can contact Canaccord Genuity (Hong Kong) Limited. (Contact Tel: +852 3919 2561) in respect of any matters arising from, or in connection with, this research.

**Additional information is available on request.**

Copyright © Canaccord Genuity Corp. 2018 – Member IIROC/Canadian Investor Protection Fund

Copyright © Canaccord Genuity Limited. 2018 – Member LSE, authorized and regulated by the Financial Conduct Authority.

Copyright © Canaccord Genuity LLC 2018 – Member FINRA/SIPC

Copyright © Canaccord Genuity (Australia) Limited. 2018 – Participant of ASX Group, Chi-x Australia and of the NSX. Authorized and regulated by ASIC.

All rights reserved. All material presented in this document, unless specifically indicated otherwise, is under copyright to Canaccord Genuity Corp., Canaccord Genuity Limited, Canaccord Genuity LLC or Canaccord Genuity Group Inc. None of the material, nor its content, nor any copy of it, may be altered in any way, or transmitted to or distributed to any other party, without the prior express written permission of the entities listed above.

**None of the material, nor its content, nor any copy of it, may be altered in any way, reproduced, or distributed to any other party including by way of any form of social media, without the prior express written permission of the entities listed above.**


OPPENHEIMER

EQUITY RESEARCH    Exhibit 9

COMPANY UPDATE

December 4, 2018

TECHNOLOGY/SEMICONDUCTORS & COMPONENTS

**Stock Rating:**

# PERFORM

| | |
|---|---|
| 12-18 mo. Price Target | NA |
| CRUS - NASDAQ | $38.67 |
| | |
| 3-5 Yr. EPS Gr. Rate | 15% |
| 52-Wk Range | $55.13-$34.49 |
| Shares Outstanding | 62.4M |
| Float | 60.6M |
| Market Capitalization | $2,314.2M |
| Avg. Daily Trading Volume | 954,886 |
| Dividend/Div Yield | NA/NM |
| Book Value | $18.31 |
| Fiscal Year Ends | Mar |
| 2019E ROE | 23.5% |
| LT Debt | $0.0M |
| Preferred | $0.0M |
| Common Equity | $1,143M |
| Convertible Available | No |

| EPS Diluted | Q1 | Q2 | Q3 | Q4 | Year | Mult. |
|---|---|---|---|---|---|---|
| 2017A | 0.44 | 1.35 | 1.87 | 0.85 | 4.51 | 8.6x |
| 2018A | 0.81 | 1.36 | 1.59 | 0.51 | 4.27 | 9.1x |
| 2019E | 0.28A | 1.08A | 0.80 | 0.36 | 2.51 | 15.4x |
| *Prior (E)* | *--* | *--* | *1.16* | *0.44* | *2.95* | *NM* |
| 2020E | 0.31 | 0.83 | 0.94 | 0.43 | 2.50 | 15.5x |
| *Prior (E)* | *0.44* | *1.04* | *1.08* | *0.49* | *3.05* | *NM* |
| 2021E | 0.37 | 0.87 | 0.98 | 0.43 | 2.66 | 14.5x |

# Cirrus Logic

## The Apple Continues Biting Back

**SUMMARY**

Monday after the bell CRUS revised down F3Q (Dec.) revenue from $380M to $320M driven by iPhone unit shortfalls. Investors may be surprised by the magnitude; however, iPhone weakness has been well established over the past few weeks as fellow Apple suppliers have reduced estimates. Looking to CY19, we continue to see disappointing iPhone units and a lack of incremental CRUS content at Apple (82% of revenues in F2Q) hindering growth. Long term, a variety of products including MEMs mics, ANC and voice biometrics support content-driven growth for CRUS, though we don't expect them to contribute meaningfully before 2020. We're lowering estimates again and remain sidelined for now.

**KEY POINTS**

- Apple (82% of revs) remains CRUS's flagship customer. Widely publicized iPhone production cuts have echoed through the Apple supply chain. While the latest iPhone refresh provided a seasonal boost, the lack of any CRUS content increase resulted in negative Y/Y top-line growth in F2Q. Portable Audio (88.5% of revenues, nearly all Apple) grew 57% Q/Q but declined 15% Y/Y.

- Haptics and boosted amplifiers were positive influences to top line in F2Q as CRUS added a new North American Android customer in F2Q. Mgmt expects a second 10% customer in F4Q (March) to emerge as Apple sales drop seasonally. We estimate haptic ASPs at ~$0.50 and boosted amplifiers at up to $0.60.

- Long term, we see voice biometrics and MEMs microphones as the largest potential content growth drivers, particularly at Apple. We don't expect Voice Bio/MEMs to ramp materially before CY20. MEMs mics carry ~$0.30 ASP, by our work. We estimate 5-6 mics are necessary to support ANC. Though USB-C was not adopted as quickly as hoped, mgmt sees 5G transition as a future catalyst.

- In F2Q, CRUS used $55M to repurchase ~1.3M shares. In FY18, $175.8M was used to repurchase ~3.4M shares, leaving $105M remaining on its buyback authorization. Reduced share count and lowered OPEX are the top drivers of EPS in our model. Our CY19/20E EPS decrease from $3.00/$3.31 to $2.42/$2.65.

- Down 25% YTD (SOX +2%), shares trade 13x CY19E EPS (ex-cash) vs. peers' 19x. Though Apple weakness has been well telegraphed, we see magnitude of CRUS's miss weighing on shares near term. We see significant opportunity for content-driven growth longer term, led by voice bio/MEMs, but expect near/medium term to remain challenged by lack of content story at top customer Apple. We remain sidelined here.

**Stock Price Performance**

**1 Year Price History for CRUS**

Created by BlueMatrix

**Company Description**

Cirrus Logic develops analog mixed-signal semiconductors for consumer entertainment, automotive entertainment and industrial applications.

**Rick Schafer**
720-554-1119
Rick.Schafer@opco.com

**Wei Mok**
212-667-8387
Wei.Mok@opco.com

**For analyst certification and important disclosures, see the Disclosure Appendix.**

Disseminated: December 4, 2018 00:00 EST; Produced: December 3, 2018 21:51 EST

**Exhibit 9**

Cirrus Logic

CRUS (PERFORM) - NA

## 5-YEAR PRICE PERFORMANCE



Source: Bloomberg

## INVESTMENT THESIS

With lack of a clear content story at Apple in the upcoming refresh, typical annual ASP pressure, and flat sockets in the GS9, we see no obvious catalysts driving shares higher near term. Long term, we continue to see potential in CRUS's greenfield growth opportunities including digital headsets, MEMS microphones, and voice biometrics, but these verticals will take time to impact the model, keeping us on the sidelines for now.

## BASE CASE ASSUMPTION

- CRUS's content sees typical ASP pressure in the iP8/X with limited content gains gen/gen
- Cirrus maintains GM% roughly at 49%
- Cirrus sees adoption of audio amplifiers at Android customers

## CATALYSTS

- Cirrus secures design wins on high-volume Android smartphone platforms
- Cirrus is able to penetrate the broader product portfolio at key customers with its smart codec
- Cirrus improves yields enough to ramp MEMS mic capacity to hundreds of millions

## UPSIDE SCENARIO

- Cirrus continues diversifying its customer base away from top customer Apple
- Cirrus is able to penetrate into the broader product portfolio at key customers with its smart codec
- Cirrus continues to innovate, and can command incremental ASPs on future-generation tier-1 smartphones

## DOWNSIDE SCENARIO

- Cirrus experiences ASP and gross margin pressure as a result of a lack of new features
- Cirrus's smart codecs fail to gain customer traction
- Cirrus's customers opt for application processors with integrated audio codecs
- Apple excludes the digital-to-analog headset adapter from the CY18 iPhone



Rick Schafer: 720-554-1119

CRUS (PERFORM) - NA                                                                                                   Cirrus Logic

**Exhibit 9**                                                                                                              3

**Oppenheimer Analog Mixed Signal Semiconductor Research**

Rick Schafer (720) 554-1119 - Managing Director

Wei Mok (212) 667-8367 - Associate

| Rating | Ticker | Name | Price 12/3/2018 | Price Target | Mkt Cap | P/E 18E | P/E 19E | Total Cash | Net Cash | Ent. Value | P/E(Ex-Cash) 18E | P/E(Ex-Cash) 19E | FCF Yield | Net Cash Per Share | EV Per Share | Cash Flow Per Share | Price/ Cash | Price/ Book | Price/ Tang. Book | Book Per Share | Tang. Book Per Share | Avg Day Vol (M) | Short Int (M) | SI to Float | Days to Cover | Div Yield |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Outperform | ADI | Analog Devices | $93.51 | $100 | $35,077 | 15.0x | 15.9x | $817 | $5,449 | $40,526 | 17.4x | 18.4x | 7.1% | -$14.53 | $108.04 | $6.59 | NM | 3.2x | NM | $29.29 | -$16.33 | 2.9 | 12.0 | 3% | 3.4x | 2.1% |
| Perform | CRUS | Cirrus Logic | $38.67 | NA | $2,414 | 14.6x | 16.0x | $396 | $396 | $2,018 | 12.2x | 13.4x | 13.2% | $6.34 | $32.33 | $5.11 | 6.1x | 2.1x | 3.1x | $18.31 | $12.32 | 1.1 | 5.6 | 9% | 5.8x | 0.0% |
| Not Covered | MXL | MaxLinear | $20.76 | NA | $1,431 | 19.2x | 17.3x | $68 | -$203 | $1,634 | 21.9x | 19.8x | 7.1% | -$2.94 | $23.70 | $1.47 | NM | 3.6x | 9.3x | $5.69 | $2.24 | 0.7 | 9.3 | 15% | 13.6x | 0.0% |
| Perform | MXIM | Maxim | $57.09 | NA | $16,125 | 18.5x | 20.2x | $2,563 | $1,072 | $15,053 | 17.3x | 18.8x | 5.0% | $3.80 | $53.29 | $2.88 | 15.0x | 8.4x | 11.7x | $6.77 | $4.89 | 2.8 | 9.2 | 3% | 2.4x | 3.3% |
| Outperform | MPWR | Monolithic Power | $134.73 | $150 | $6,018 | NM | 29.9x | $348 | $348 | $5,670 | 34.0x | 28.1x | 2.6% | $7.79 | $126.94 | $3.50 | 17.3x | 9.8x | 9.9x | $13.74 | $13.60 | 0.4 | 2.0 | 5% | 4.1x | 0.9% |
| Perform | NXPI | NXP Semiconductors | $85.67 | NA | $27,886 | 12.1x | 10.3x | $1,944 | -$4,412 | $32,278 | 14.0x | 11.9x | 15.1% | -$13.56 | $99.23 | $12.94 | NM | 2.6x | NM | $33.22 | -$58.68 | 6.1 | 14.2 | 4% | 2.3x | 1.2% |
| Not Covered | POWI | Power Integrations | $64.43 | NA | $1,890 | 24.2x | 24.2x | $248 | $248 | $1,641 | 21.0x | 21.0x | 4.9% | $8.47 | $55.96 | $3.14 | 7.6x | 3.6x | 4.3x | $18.11 | $14.98 | 0.2 | 1.6 | 6% | 6.1x | 1.0% |
| Not Covered | SLAB | Silicon Laboratories | $90.80 | NA | $3,918 | 24.3x | 23.2x | $602 | $544 | $3,374 | 20.9x | 20.0x | 4.9% | $12.61 | $78.19 | $4.49 | 7.2x | 3.7x | 6.0x | $24.28 | $15.09 | 0.3 | 1.3 | 3% | 4.4x | 0.0% |
| Outperform | SMTC | Semtech | $52.14 | $60 | $3,582 | 23.9x | 22.3x | $312 | $96 | $3,486 | 23.3x | 21.7x | 5.1% | $1.40 | $50.74 | $2.64 | 37.3x | 5.2x | 10.6x | $10.08 | $4.91 | 0.6 | 1.1 | 2% | 2.1x | 0.0% |
| Outperform | TXN | Texas Instruments | $101.17 | $120 | $100,057 | 18.2x | 18.6x | $5,113 | $46 | $100,011 | 18.2x | 18.6x | 7.0% | $0.05 | $101.12 | $7.13 | 15.1x | 9.5x | 16.3x | $10.63 | $6.22 | 5.8 | 17.5 | 2% | 2.3x | 3.1% |

| Rating | Ticker | Name | CY EPS 18E | CY EPS 19E | P/E 18E | P/E 19E | P/E(Ex-Cash) 18E | P/E(Ex-Cash) 19E | FCF Yield | Price/ Cash | Price/ Book | Price/ Tang. Book | CY Sales 18E | CY Sales 19E | P/S 18E | P/S 19E | EV/Sales 18E | EV/Sales 19E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Outperform | ADI | Analog Devices | $6.22 | $5.86 | 15.0x | 15.9x | 17.4x | 18.4x | 7.1% | NM | 3.2x | NM | $6,192 | $6,300 | 5.7x | 5.6x | 6.5x | 6.4x |
| Perform | CRUS | Cirrus Logic | $2.65 | $2.42 | 14.6x | 16.0x | 12.2x | 13.4x | 13.2% | 6.1x | 2.1x | 3.1x | $1,244 | $1,150 | 1.9x | 2.1x | 1.6x | 1.8x |
| Not Covered | MXL | MaxLinear | $1.08 | $1.20 | 19.2x | 17.3x | 21.9x | 19.8x | 7.1% | NM | 3.6x | 9.3x | $384 | $393 | 3.7x | 3.6x | 4.2x | 4.2x |
| Perform | MXIM | Maxim | $3.09 | $2.83 | 18.5x | 20.2x | 17.3x | 18.8x | 5.0% | 15.0x | 8.4x | 11.7x | $2,435 | $2,585 | 6.6x | 6.2x | 6.6x | 5.8x |
| Outperform | MPWR | Monolithic Power | $3.74 | $4.51 | NM | 29.9x | 34.0x | 28.1x | 2.6% | 17.3x | 9.8x | 9.9x | $583 | $678 | 10.3x | 8.9x | 9.7x | 8.4x |
| Perform | NXPI | NXP Semiconductors | $7.08 | $8.35 | 12.1x | 10.3x | 14.0x | 11.9x | 15.1% | NM | 2.6x | NM | $9,394 | $9,525 | 3.0x | 2.9x | 3.4x | 3.4x |
| Not Covered | POWI | Power Integrations | $2.66 | $2.66 | 24.2x | 24.2x | 21.0x | 21.0x | 4.9% | 7.6x | 3.6x | 4.3x | $420 | $441 | 4.5x | 4.3x | 3.9x | 3.7x |
| Not Covered | SLAB | Silicon Laboratories | $3.74 | $3.91 | 24.3x | 23.2x | 20.9x | 20.0x | 4.9% | 7.2x | 3.7x | 6.0x | $877 | $877 | 4.5x | 4.5x | 3.8x | 3.8x |
| Outperform | SMTC | Semtech | $2.18 | $2.34 | 23.9x | 22.3x | 23.3x | 21.7x | 5.1% | 37.3x | 5.2x | 10.6x | $649 | $685 | 5.5x | 5.2x | 5.4x | 5.1x |
| Outperform | TXN | Texas Instruments | $5.57 | $5.44 | 18.2x | 18.6x | 18.2x | 18.6x | 7.0% | 15.1x | 9.5x | 16.3x | $15,817 | $15,400 | 6.3x | 6.5x | 6.3x | 6.5x |
| **AVERAGE** | | | | | **18.9x** | **19.8x** | **20.0x** | **19.2x** | **7.2%** | **15.1x** | **5.2x** | **8.9x** | | | **5.2x** | **5.0x** | **5.1x** | **4.9x** |
| **MEDIAN** | | | | | **18.5x** | **19.4x** | **19.5x** | **19.3x** | **6.1%** | **11.3x** | **3.7x** | **9.6x** | | | **5.0x** | **4.8x** | **5.1x** | **4.9x** |

*Estimates for "Not Covered" and "Not Rated" Companies come from First Call and FactSet.*

Source: FactSet, Company Reports and Oppenheimer & Co. Inc.

 OPPENHEIMER

**Exhibit 9**

Cirrus Logic

CRUS (PERFORM) - NA

## Cirrus Logic
## Oppenheimer & Co.

*$ Millions Except per Share Data*

| Income Statement | F2018 | | | | | F2019E | | | | | F2020E | | | | | F2021E | CY | CY | CY | CY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FY Ends March | Jun Q1 | Sep Q2 | Dec Q3 | Mar Q4 | Year | Jun Q1 | Sep Q2 | Dec Q3-E | Mar Q4-E | Year | Jun Q1-E | Sep Q2-E | Dec Q3-E | Mar Q4-E | Year | Year | 2017 | 2018E | 2019E | 2020E |
| From Continuing Operations | | | | | | | | | | | | | | | | | | | | |
| Net Sales | $320.7 | $425.5 | $482.7 | $303.2 | $1,532.2 | $254.5 | $363.3 | $320.0 | $250.0 | $1,190.8 | $240.0 | $320.0 | $340.0 | $260.0 | $1,160.0 | $1,185.0 | $1,556.9 | $1,244.0 | $1,150.0 | $1,180.0 |
| QoQ Chg | -2% | 33% | 13% | -37% | 0% | -16% | 44% | -13% | -22% | -22.3% | -4% | 33% | 6% | -24% | -2.6% | 2.2% | 8% | -20% | -8% | 3% |
| YoY Chg | 24% | -1% | -8% | -8% | 0% | -21% | -14% | -34% | -18% | | -6% | -13% | 6% | 4% | | | | | | |
| COGS | 158.7 | 213.9 | 247.3 | 150.1 | 770.0 | 129.7 | 181.0 | 160.0 | 125.9 | 596.6 | 120.6 | 161.1 | 172.3 | 130.8 | 584.8 | 597.4 | 783.1 | 620.9 | 579.9 | 594.9 |
| Gross Profit | 162.1 | 211.6 | 235.5 | 153.1 | 762.2 | 124.8 | 185.3 | 160.0 | 124.1 | 594.2 | 119.4 | 158.9 | 167.7 | 129.2 | 575.2 | 587.6 | 773.8 | 623.1 | 570.1 | 585.1 |
| Operating Expenses | | | | | | | | | | | | | | | | | | | | |
| R&D | 65.7 | 72.7 | 78.4 | 75.4 | 292.2 | 77.4 | 76.7 | 76.0 | 73.0 | 303.1 | 73.5 | 74.5 | 75.0 | 74.0 | 297.0 | 301.0 | 280.5 | 305.5 | 296.0 | 299.0 |
| SG&A | 26.1 | 24.1 | 29.5 | 31.0 | 110.7 | 27.4 | 27.0 | 26.0 | 26.0 | 106.5 | 25.0 | 25.5 | 26.0 | 26.0 | 102.5 | 102.5 | 106.8 | 111.5 | 102.5 | 102.0 |
| Total Operating Expenses | 95.8 | 96.8 | 107.9 | 106.8 | 407.3 | 104.9 | 103.7 | 102.0 | 99.0 | 409.6 | 98.5 | 100.0 | 101.0 | 100.0 | 399.5 | 403.5 | 391.4 | 417.3 | 398.5 | 401.0 |
| Operating Income (Loss) | 66.3 | 114.8 | 127.6 | 46.3 | 355.0 | 19.9 | 81.6 | 58.0 | 25.1 | 184.6 | 20.9 | 58.9 | 66.7 | 29.2 | 175.7 | 184.1 | 382.4 | 205.8 | 171.6 | 184.1 |
| Interest Income (Expense), Net | 0.6 | -0.4 | 1.2 | 1.2 | 2.6 | 1.7 | 1.1 | 1.5 | 1.5 | 5.8 | 1.5 | 1.5 | 1.5 | 1.5 | 6.0 | 6.0 | 1.6 | 5.5 | 6.0 | 6.0 |
| Income Before Taxes | 66.8 | 114.4 | 128.8 | 47.5 | 357.6 | 21.6 | 82.7 | 59.5 | 26.6 | 190.4 | 22.4 | 60.4 | 68.2 | 30.7 | 181.7 | 190.1 | 384.0 | 211.3 | 177.6 | 190.1 |
| Provision (Benefit) for Income Taxes | 12.2 | 24.5 | 24.7 | 14.5 | 75.9 | 3.7 | 15.6 | 10.1 | 4.5 | 33.9 | 3.6 | 9.7 | 10.9 | 4.9 | 29.1 | 30.4 | 78.5 | 43.9 | 28.7 | 30.4 |
| Net Income | $54.6 | $90.0 | $104.2 | $33.0 | $281.8 | $17.9 | $67.1 | $49.4 | $22.1 | $156.5 | $18.8 | $50.7 | $57.3 | $25.8 | $152.6 | $159.7 | $305.5 | $167.4 | $148.9 | $159.7 |
| Avg. Shares Outstanding | | | | | | | | | | | | | | | | | | | | |
| Fully Diluted | 67.2 | 66.4 | 65.6 | 64.6 | 65.9 | 63.2 | 62.4 | 62.0 | 62.0 | 62.4 | 61.7 | 61.3 | 60.9 | 60.6 | 61.1 | 60.1 | 66.5 | 63.0 | 61.5 | 60.3 |
| Earnings Per Share | | | | | | | | | | | | | | | | | | | | |
| Fully Diluted (Non-GAAP) | $0.81 | $1.36 | $1.59 | $0.51 | $4.27 | $0.28 | $1.08 | $0.80 | $0.36 | $2.51 | $0.31 | $0.83 | $0.94 | $0.43 | $2.50 | $2.66 | $4.59 | $2.65 | $2.42 | $2.65 |
| Fully Diluted (GAAP) | $0.64 | $1.10 | $0.52 | $0.19 | $2.46 | ($0.07) | $0.33 | $0.54 | $0.10 | $1.51 | $0.03 | $0.55 | $0.66 | $0.17 | $1.41 | $1.64 | $2.81 | $1.50 | $1.25 | $0.41 |
| Margin Data | | | | | | | | | | | | | | | | | | | | |
| Gross Margin | 50.5% | 49.7% | 48.8% | 50.5% | 49.7% | 49.0% | 50.6% | 50.0% | 49.7% | 49.9% | 49.8% | 49.7% | 49.3% | 49.7% | 49.6% | 49.6% | 49.7% | 50.1% | 49.6% | 49.6% |
| R&D | 20.5% | 17.1% | 16.2% | 24.9% | 19.1% | 30.4% | 20.9% | 23.8% | 29.2% | 25.5% | 30.6% | 23.3% | 22.1% | 28.5% | 25.6% | 25.4% | 18.0% | 24.6% | 25.7% | 25.3% |
| SG&A | 8.1% | 5.7% | 6.1% | 10.2% | 7.2% | 10.8% | 7.4% | 8.1% | 10.4% | 8.9% | 8.7% | 8.0% | 7.6% | 10.0% | 8.6% | 8.6% | 6.9% | 9.0% | 8.9% | 8.6% |
| Operating Margins | 20.7% | 27.0% | 26.4% | 15.3% | 23.2% | 7.8% | 22.3% | 18.1% | 10.1% | 15.5% | 8.7% | 18.4% | 19.6% | 11.2% | 15.1% | 15.5% | 24.6% | 16.5% | 14.9% | 15.6% |
| Pretax Margin | 20.8% | 26.9% | 26.7% | 15.7% | 23.3% | 8.5% | 22.6% | 18.6% | 10.7% | 16.0% | 9.3% | 18.9% | 20.1% | 11.8% | 15.7% | 16.0% | 24.7% | 17.0% | 15.4% | 16.1% |
| Net Margin | 17.0% | 21.1% | 21.6% | 10.9% | 18.4% | 7.0% | 18.3% | 15.4% | 8.8% | 13.1% | 7.8% | 15.8% | 16.8% | 9.9% | 13.2% | 13.5% | 19.6% | 13.5% | 13.0% | 13.5% |
| Tax Rate | 18.3% | 19.2% | 19.2% | 30.5% | 21.2% | 17.2% | 18.9% | 17.0% | 17.0% | 17.8% | 16.0% | 16.0% | 16.0% | 16.0% | 16.0% | 16.0% | 20.4% | 20.8% | 16.1% | 16.0% |

Source: Company reports and Oppenheimer & Co. Inc.



**Page 465**

4

**Exhibit 9**

Cirrus Logic

## Cirrus Logic
**Oppenheimer & Co.**

*$ Millions Except per Share Data*

| Balance Sheets | Dec16 | Mar17 | Jun17 | Sep17 | Dec17 | Mar18 | Jun18 | Sept18 |
|---|---|---|---|---|---|---|---|---|
| FY ENDS MARCH | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 |
| **Assets** | | | | | | | | |
| Cash and cash equivalents | 310 | 351 | 164 | 180 | 227 | 236 | 186 | 196 |
| Restricted cash | 0 | 0 | 0 | 0 | 0 | | 0 | 0 |
| Marketable securities | 72 | 100 | 11 | 15 | 13 | 26 | 40 | 49 |
| Accounts receivable, net | 247 | 120 | 162 | 232 | 218 | 101 | 127 | 207 |
| Inventories, net | 154 | 168 | 202 | 211 | 193 | 206 | 173 | 142 |
| Other current assets | 42 | 37 | 38 | 31 | 29 | 45 | 49 | 49 |
| **Total Current Assets** | **$825.2** | **$775.9** | **$578.5** | **$670.0** | **$679.5** | **$613.7** | **$575.1** | **$642.6** |
| | | | | | | | | |
| Long-term marketable securities | 0 | 0 | 135 | 134 | 174 | 172 | 159 | 151 |
| Property and equipment, net | 168 | 168 | 171 | 178 | 187 | 191 | 196 | 193 |
| Goodwill and intangible assets, net | 432 | 422 | 430 | 420 | 415 | 400 | 386 | 374 |
| Deferred Tax Asset | 35 | 33 | 32 | 31 | 16 | 15 | 16 | 14 |
| Other assets, net | 14 | 15 | 20 | 24 | 22 | 38 | 34 | 30 |
| | | | | | | | | |
| **TOTAL ASSETS** | **$1,473.4** | **$1,413.5** | **$1,366.7** | **$1,455.8** | **$1,493.3** | **$1,430.1** | **$1,366.8** | **$1,404.4** |
| | | | | | | | | |
| **Liability & Shareholders' Equity** | | | | | | | | |
| Accounts payable | 155 | 74 | 86 | 131 | 116 | 70 | 54 | 88 |
| Other Liabilities | 58 | 70 | 60 | 60 | 59 | 70 | 65 | 67 |
| Income taxes payable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Current maturities of long-term debt and le | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Current Liabilities** | **$212.7** | **$144.1** | **$145.9** | **$191.2** | **$175.7** | **$140.2** | **$118.6** | **$155.9** |
| | | | | | | | | |
| Long-term liabilities | 57 | 58 | 60 | 65 | 106 | 128 | 121 | 106 |
| Long-term Debt | 100 | 60 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | |
| **Total Shareholders' Equity** | **$1,104.0** | **$1,151.7** | **$1,160.7** | **$1,199.9** | **$1,211.4** | **$1,161.7** | **$1,127.1** | **$1,143.0** |
| | | | | | | | | |
| **Total Liabilities and Equity** | **$1,473.4** | **$1,413.5** | **$1,366.7** | **$1,455.8** | **$1,493.3** | **$1,430.1** | **$1,366.8** | **$1,404.4** |

**Valuation Ratios**

**Profitability Ratios**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Return On Equity | 45.2% | 19.7% | 18.8% | 30.0% | 34.4% | 11.4% | 6.3% | 23.5% |
| Return on Avg Equity * | 25.8% | 26.5% | 28.1% | 27.6% | 25.3% | 23.7% | 21.4% | 19.6% |
| Return On Assets | 33.8% | 16.1% | 16.0% | 24.7% | 27.9% | 9.2% | 5.2% | 19.1% |
| Return On Net Assets | 42.9% | 21.4% | 18.2% | 28.2% | 32.9% | 11.1% | 6.1% | 22.2% |
| Return On Sales | 23.8% | 17.3% | 17.0% | 21.1% | 21.6% | 10.9% | 7.0% | 18.3% |

**Efficiency Ratios**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Sales/Total Assets | 0.4 | 0.2 | 0.2 | 0.3 | 0.3 | 0.2 | 0.2 | 0.3 |
| A/R Days Sales Out | 43.0 | 33.4 | 46.2 | 49.8 | 41.1 | 30.3 | 45.4 | 51.5 |
| Inventory Turns | 6.9 | 3.9 | 3.1 | 4.1 | 5.1 | 2.9 | 3.0 | 5.1 |
| Days of Inventory | 52.4 | 93.6 | 116.1 | 89.7 | 71.0 | 124.7 | 121.4 | 71.5 |

**Liquidity Ratios**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Current Ratio | 3.9 | 5.4 | 4.0 | 3.5 | 3.9 | 4.4 | 4.8 | 4.1 |
| Quick Ratio | 3.2 | 4.2 | 2.6 | 2.4 | 2.8 | 2.9 | 3.4 | 3.2 |
| Net Working Capital | $612.5 | $631.9 | $432.6 | $478.8 | $503.8 | $473.5 | $456.5 | $486.7 |
| Long-term Debt/Equity | 14.2% | 10.2% | 5.2% | 5.4% | 8.8% | 11.0% | 10.7% | 9.2% |
| Total Debt/Equity | 14.2% | 10.2% | 5.2% | 5.4% | 8.8% | 11.0% | 10.7% | 9.2% |

**Book Value and Cash**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Book Value Per Share | $16.54 | $17.17 | $17.28 | $18.08 | $18.48 | $17.99 | $17.84 | $18.31 |
| Cash & Investments Per Share | $5.73 | $6.72 | $4.62 | $4.96 | $6.30 | $6.73 | $6.10 | $6.34 |
| Net Cash & Investments Per Share | $4.24 | $5.83 | $4.62 | $4.96 | $6.30 | $6.73 | $6.10 | $6.34 |

* Avg Over Last 4 Qtrs
Source: Company reports and Oppenheimer & Co.

OPPENHEIMER

5

**Cirrus Logic**

**Exhibit 9**

CRUS (PERFORM) - NA

# Disclosure Appendix

**Oppenheimer & Co. Inc. does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**

*Analyst Certification -* The author certifies that this research report accurately states his/her personal views about the subject securities, which are reflected in the ratings as well as in the substance of this report. The author certifies that no part of his/her compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this research report.

**Potential Conflicts of Interest:**

Equity research analysts employed by Oppenheimer & Co. Inc. are compensated from revenues generated by the firm including the Oppenheimer & Co. Inc. Investment Banking Department. Research analysts do not receive compensation based upon revenues from specific investment banking transactions. Oppenheimer & Co. Inc. generally prohibits any research analyst and any member of his or her household from executing trades in the securities of a company that such research analyst covers. Additionally, Oppenheimer & Co. Inc. generally prohibits any research analyst from serving as an officer, director or advisory board member of a company that such analyst covers. In addition to 1% ownership positions in covered companies that are required to be specifically disclosed in this report, Oppenheimer & Co. Inc. may have a long position of less than 1% or a short position or deal as principal in the securities discussed herein, related securities or in options, futures or other derivative instruments based thereon. Recipients of this report are advised that any or all of the foregoing arrangements, as well as more specific disclosures set forth below, may at times give rise to potential conflicts of interest.

## Important Disclosure Footnotes for Companies Mentioned in this Report that Are Covered by Oppenheimer & Co. Inc:

**Stock Prices as of December 4, 2018**

Apple Inc. (AAPL - NASDAQ, $184.82, PERFORM)

Analog Devices (ADI - NASDAQ, $93.51, OUTPERFORM)

Monolithic Power Systems (MPWR - NASDAQ, $134.73, OUTPERFORM)

Maxim Integrated Products (MXIM - NASDAQ, $57.09, PERFORM)

NXP Semiconductors NV (NXPI - NASDAQ, $85.67, PERFORM)

Semtech Corp. (SMTC - OTC, $52.14, OUTPERFORM)

Texas Instruments (TXN - NYSE, $101.17, OUTPERFORM)



All price targets displayed in the chart above are for a 12- to- 18-month period. Prior to March 30, 2004, Oppenheimer & Co. Inc. used 6-, 12-, 12- to 18-, and 12- to 24-month price targets and ranges. For more information about target price histories, please write to Oppenheimer & Co. Inc., 85 Broad Street, New York, NY 10004, Attention: Equity Research Department, Business Manager.

**Exhibit 9**

Cirrus Logic

**Oppenheimer & Co. Inc. Rating System as of January 14th, 2008:**

**Outperform(O) -** Stock expected to outperform the S&P 500 within the next 12-18 months.

**Perform (P) -** Stock expected to perform in line with the S&P 500 within the next 12-18 months.

**Underperform (U) -** Stock expected to underperform the S&P 500 within the next 12-18 months.

**Not Rated (NR) -** Oppenheimer & Co. Inc. does not maintain coverage of the stock or is restricted from doing so due to a potential conflict of interest.

**Oppenheimer & Co. Inc. Rating System prior to January 14th, 2008:**

**Buy -** anticipates appreciation of 10% or more within the next 12 months, and/or a total return of 10% including dividend payments, and/or the ability of the shares to perform better than the leading stock market averages or stocks within its particular industry sector.

**Neutral -** anticipates that the shares will trade at or near their current price and generally in line with the leading market averages due to a perceived absence of strong dynamics that would cause volatility either to the upside or downside, and/or will perform less well than higher rated companies within its peer group. Our readers should be aware that when a rating change occurs to Neutral from Buy, aggressive trading accounts might decide to liquidate their positions to employ the funds elsewhere.

**Sell -** anticipates that the shares will depreciate 10% or more in price within the next 12 months, due to fundamental weakness perceived in the company or for valuation reasons, or are expected to perform significantly worse than equities within the peer group.

| | | Distribution of Ratings/IB Services Firmwide | | |
| | | | IB Serv/Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
|---|---|---|---|---|
| **OUTPERFORM [O]** | 368 | 65.83 | 170 | 46.20 |
| **PERFORM [P]** | 190 | 33.99 | 66 | 34.74 |
| **UNDERPERFORM [U]** | 1 | 0.18 | 0 | 0.00 |

Although the investment recommendations within the three-tiered, relative stock rating system utilized by Oppenheimer & Co. Inc. do not correlate to buy, hold and sell recommendations, for the purposes of complying with FINRA rules, Oppenheimer & Co. Inc. has assigned buy ratings to securities rated Outperform, hold ratings to securities rated Perform, and sell ratings to securities rated Underperform.

Note: Stocks trading under $5 can be considered speculative and appropriate for risk tolerant investors.

## Company Specific Disclosures

Oppenheimer & Co. Inc. makes a market in the securities of CRUS, AAPL, MPWR, MXIM, POWI and SMTC.

**Additional Information Available**

**Please log on to http://www.opco.com or write to Oppenheimer & Co. Inc., 85 Broad Street, New York, NY 10004, Attention: Equity Research Department, Business Manager.**

## Other Disclosures

This report is issued and approved for distribution by Oppenheimer & Co. Inc. Oppenheimer & Co. Inc. transacts business on all principal exchanges and is a member of SIPC. This report is provided, for informational purposes only, to institutional and retail investor clients of Oppenheimer & Co. Inc. and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such offer or solicitation would be prohibited. The securities mentioned in this report may not be suitable for all types of investors. This report does not take into account the investment objectives, financial situation or specific needs of any particular client of Oppenheimer & Co. Inc. Recipients should consider this report as only a single factor in making an investment decision and should not rely solely on investment recommendations contained herein, if any, as a substitution for the exercise of independent judgment of the merits and risks of investments. The analyst writing the report is not a person or company with actual, implied or apparent authority to act on behalf



7

**Exhibit 9**

CRUS (PERFORM) - NA

of any issuer mentioned in the report. Before making an investment decision with respect to any security recommended in this report, the recipient should consider whether such recommendation is appropriate given the recipient's particular investment needs, objectives and financial circumstances. We recommend that investors independently evaluate particular investments and strategies, and encourage investors to seek the advice of a financial advisor. Oppenheimer & Co. Inc. will not treat non-client recipients as its clients solely by virtue of their receiving this report. Past performance is not a guarantee of future results, and no representation or warranty, express or implied, is made regarding future performance of any security mentioned in this report. The price of the securities mentioned in this report and the income they produce may fluctuate and/or be adversely affected by exchange rates, and investors may realize losses on investments in such securities, including the loss of investment principal. Oppenheimer & Co. Inc. accepts no liability for any loss arising from the use of information contained in this report, except to the extent that liability may arise under specific statutes or regulations applicable to Oppenheimer & Co. Inc. All information, opinions and statistical data contained in this report were obtained or derived from public sources believed to be reliable, but Oppenheimer & Co. Inc. does not represent that any such information, opinion or statistical data is accurate or complete (with the exception of information contained in the Important Disclosures section of this report provided by Oppenheimer & Co. Inc. or individual research analysts), and they should not be relied upon as such. All estimates, opinions and recommendations expressed herein constitute judgments as of the date of this report and are subject to change without notice. Nothing in this report constitutes legal, accounting or tax advice. Since the levels and bases of taxation can change, any reference in this report to the impact of taxation should not be construed as offering tax advice on the tax consequences of investments. As with any investment having potential tax implications, clients should consult with their own independent tax adviser. This report may provide addresses of, or contain hyperlinks to, Internet web sites. Oppenheimer & Co. Inc. has not reviewed the linked Internet web site of any third party and takes no responsibility for the contents thereof. Each such address or hyperlink is provided solely for the recipient's convenience and information, and the content of linked third party web sites is not in any way incorporated into this document. Recipients who choose to access such third-party web sites or follow such hyperlinks do so at their own risk.

This research is distributed in the UK and elsewhere throughout Europe, as third party research by Oppenheimer Europe Ltd, which is authorized and regulated by the Financial Conduct Authority (FCA). This research is for information purposes only and is not to be construed as a solicitation or an offer to purchase or sell investments or related financial instruments. This research is for distribution only to persons who are eligible counterparties or professional clients. It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons. In particular, this material is not for distribution to, and should not be relied upon by, retail clients, as defined under the rules of the FCA. Neither the FCA's protection rules nor compensation scheme may be applied. https://opco2.bluematrix.com/sellside/MAR.action

**Distribution in Hong Kong:** This report is prepared for professional investors and is being distributed in Hong Kong by Oppenheimer Investments Asia Limited (OIAL) to persons whose business involves the acquisition, disposal or holding of securities, whether as principal or agent. OIAL, an affiliate of Oppenheimer & Co. Inc., is regulated by the Securities and Futures Commission for the conduct of dealing in securities and advising on securities. For professional investors in Hong Kong, please contact researchasia@opco.com for all matters and queries relating to this report. This report or any portion hereof may not be reprinted, sold, or redistributed without the written consent of Oppenheimer & Co. Inc.

This report or any portion hereof may not be reprinted, sold, or redistributed without the written consent of Oppenheimer & Co. Inc. Copyright © Oppenheimer & Co. Inc. 2018.



**Exhibit 9**

**Survey**

**December 7, 2018**

This report is intended for mattblake@apple.com. Unauthorized distribution prohibited.

| | Rating: | NEUTRAL |
| Target Price: | NA |
| Beta: | 1.11 |
| 52-Week Range: | $233.47 - $150.24 |
| Industry Group: | Tech Hardware |

| | 2018A | 2019E | 2020E |
|---|---|---|---|
| EPS | $11.87 | $13.12 | $14.72 |
| Prior | NA | $13.38 | $15.13 |
| EPS Growth | 29.2% | 10.5% | 12.2% |
| P/E | 14.7x | 13.3x | 11.9x |
| Rel. | 101% | 98% | |
| Consensus | NA | $13.31 | |
| FCF | $10.08 | $10.61 | $12.56 |
| EBITDA | $81,403 | $82,579 | $85,736 |
| EV/EBITDA | 9.0x | 8.9x | 8.5x |
| Revenue | $265,595 | $275,421 | $285,386 |
| EV/REV | 2.8x | 2.7x | 2.6x |

| | 1Q19E | 2Q19E | 3Q19E | 4Q19E |
|---|---|---|---|---|
| EPS | $4.53 | $3.02 | $2.54 | $3.03 |
| Prior | $4.62 | $3.06 | $2.57 | $3.12 |
| Consensus | $5.16 | $2.99 | $2.47 | $3.05 |
| FCF | $4.98 | $6.72 | $7.14 | $10.81 |
| EBITDA | $28,157 | $19,217 | $16,318 | $18,887 |
| Revenue | $89,737 | $64,095 | $57,872 | $63,717 |

| | 1Q18A | 2Q18A | 3Q18A | 4Q18A |
|---|---|---|---|---|
| EPS | $3.89 | $2.73 | $2.34 | $2.91 |
| Consensus | NA | -- | -- | -- |
| FCF | $4.29 | $5.90 | $7.60 | $10.40 |
| EBITDA | $29,019 | $18,633 | $15,277 | $18,474 |
| Revenue | $88,293 | $61,137 | $53,265 | $62,900 |

| | mm | per share |
|---|---|---|
| Debt | $114,600 | $23.26 |
| Cash | $243,743 | $49.47 |
| S/H Equity | $114,949 | $23.33 |
| Enterprise Value ($MM) | 731,633 | $148.51 |
| Net Debt-To-Capitalization | 910% | $0.18 |
| Net Debt | (129,143) | $-26.21 |

| | |
|---|---|
| Shares O/S (FD): | 4,926.6 |
| Market Cap: | 860,776 |
| Avg. Daily Vol. (12 mos.): | 32,527,118 |
| Dividend: | $2.72 |
| Yield: | 1.6% |

**Analysts:**

SHAWN M. HARRISON
216-328-5074
sharrison@longbowresearch.com

GAUSIA CHOWDHURY
216-525-8427
gchowdhury@longbowresearch.com

# APPLE INC.
# (AAPL - $174.72)

## AAPL (NEUTRAL): Forecasting a 3% FY19 iPhone Shipment Decline as Outlooks Remain Fluid

**Key Takeaways**

- **Longbow's Call:** FY19 iPhone shipments are tracking down in the low-single digits vs. forecasts for low- to mid-single-digit growth prior to the cuts first highlighted by Longbow's 11/12/18 checks. The forecast is fluid given continued uncertainty over XR demand into CY19 creating an ongoing overhang in AAPL's shares even as valuation has corrected.

- **Takeaways: (1)** Late November/early December updated checks highlighted net cuts to FY19 iPhone production of approximately 15M devices. Contacts see a low-single-digit decline in FY19 shipments vs. low- to mid-single-digit growth previously (217.7M iPhones for FY18). Contacts have low confidence in current forecasts noting AAPL's FY19 view is cloudy. **(2)** Contacts did not see a secondary round order of significant order cuts. **(3)** CY2H production is now tracking to 55% XS/MS Max and 45% XR vs. 52% XR previously. The cut in XR orders could boost iPhone ASPs mitigating some of the sales impact from volume shortfalls. **(4)** AAPL increased orders for previous-gen iPhones. Older iPhone models including the 7/7+ and 8/8+ should now exceed 30% of CY2H production vs. 25% previously. **(5)** The drivers of the declining iPhone orders are not 100% clear, but weaker China demand appears to be a component. November Baidu iPhone searches (p. 2 with 0.83 correlation to China iPhone shipments) fell -53% year over year (2-year stacked +14%) post a -55% decline for October (2-year stacked -23%). **(6)** Huawei, OPPO, and Vivo are seeing strong order growth in FY18 with the group forecasting 25-30% global shipment growth for CY19. **(7)** A partial offset to the iPhone weakness is better than anticipated demand for the Apple Watch and AirPods.

- **Best Quote:** *We still don't have a good outlook for 2019 because the performance of the XR is unclear. Apple seems uncertain about its go to market strategy for 2019.*

**Investment Thesis**

- **AAPL (Why NEUTRAL):** Absolute and relative P/E valuations have sharply corrected and AAPL's shares now trade in line with the 5-year average. The valuation correction, capital return, and strength in other products and services create some cushion in the story. Yet, there remains earnings risk given the potential for iPhone shipments to continue to correct.

**Model Implications**

- Our FY1Q forecast reflects iPhone sales of $59.1B (-$1.8B) on a 74.5M shipment forecast. We forecast FY2Q iPhone sales of $38.4B on a 49.5M shipment forecast.

- We now forecast FY19 iPhone sales of $164.5B (-$5.8B) on a 211.2M shipment forecast (-3% year over year) vs. 225M previously (+3% previously). We increased our FY19 sales forecast for other products by $1.3B.

*IMPORTANT DISCLOSURES ARE LOCATED IN THE APPENDIX.*

Longbow Research, Park Center III, Suite 350, 6050 Oaktree Blvd., Independence, Ohio USA 44131
T: 216-986-0700 • F: 216-986-0720 • www.longbowresearch.com

**Exhibit 9**

LONGBOW Research

**NYSE: AAPL  December 7, 2018**

**Takeaways**

**(1) Contacts now forecast a low-single-digit decline in FY19 iPhone shipments.**  The prior forecast was for low-to-mid-single-digit shipment growth.  We now forecast FY19 iPhone shipments of 211.2M representing a net cut in production of approximately 15M devices.  Contacts were unaware of a secondary round large round of order cuts, but the FY19 iPhone shipment forecast remains fluid for contacts given the uncertainty of 1H CY19 iPhone XR demand.

**(2) The cut in XR orders could drive an unexpected boost iPhone ASPs mitigating some of the shipment weakness on sales.**  CY2H iPhone production is now tracking to 55% XS/MS Max and 45% XR vs. 52% XR previously.  AAPL also increased orders for previous-gen iPhones.  Older iPhone models including the 7/7+ and 8/8+ should now exceed 30% of CY2H production vs. 25% previously.

**(3) November Baidu search trends remain very weak and likely represent a factor behind the iPhone order cuts.**  November Baidu iPhone searches declined -53% year over year (2-year stacked growth of +14%) post a -55% decline for October (2-year stacked decline of -23%).



**(4) Chinese OEMs are seeing a strong finish to CY18 and forecasting robust FY19 shipment growth.**  Contacts noted strong CY4Q order activity from Huawei, OPPO, and Vivo and bullish CY19 forecasts.  Huawei is telling contacts it is forecasting 25% CY19 shipment growth, OPPO 30% growth, and Vivo 25% growth.  Contacts are more cautious seeing 10% CY19 order growth as most likely for the three Chinese OEMs given a view for limited smartphone market growth until CY20 when 5G models become prevalent.

**Exhibit 9**

 LONGBOW Research

NYSE: AAPL  December 7, 2018

## Apple Commentary

*Apple cut orders on the XR, XS, and XS Max by more than 20%, but raised orders on older models including the 8 and 8 Plus by a similar percentage amount.  It's bad, but it could have been worse.*

*We received a 30% cut with the greatest weight on the XR.  The Max received a double-digit order cut.*

*Our order cut was less than the 30% reported by some suppliers.  We are across all models, which helps.*

*2018 [calendar] iPhone shipments will be down for us vs. 2017 and 2019 could be even worse.*

*2019 iPhone orders could be flat to down.  We cannot tell the situation for 2019 yet because the performance of the XR is unclear.*

*I am not positive about Apple for 2019.*

*Apple is uncertain about its strategy right now.*

*The XR was originally 50% of the new model orders.  It is now less than 40%.*

*Older models, principally the 8 and 8 Plus and the 7 and 7 Plus are in excess of 30% of orders.*

*Our mix is closer to one-third each for the XR, XS, and XS Max.*

*We have not seen a second order cut.*

*The Chinese guys, Huawei, OPPO, and Vivo see a lot of growth for next year ranging from 25-30%.*

*At best, Huawei, OPPO, and Vivo grow 10%.  There is limited incremental demand for smartphones ahead of 2020 when 5G begins.*

*Huawei maybe grows 10-20% next year inclusive of smartphones and telecom.*

*Apple is selling a ton of Watches and AirPods and other products.  That helps to offset some of the iPhone weakness.*

*It seems the Watch is the only product performing well now.*



**Exhibit 9**

**NYSE: AAPL  December 7, 2018**

**Model Implications:  Longbow vs. Guidance**

**AAPL:**  We reduced our AAPL FY1Q, FY19, and FY20 sales and EPS forecasts to reflect lower iPhone shipments offset by a slight rise in ASPs and higher demand for AAPL's other products.

- Our FY1Q forecast reflects iPhone sales of $59.1B (-$1.8B) on a 74.5M shipment forecast (-4M).  We forecast FY2Q iPhone sales of $38.4B (-$1.15B) on a 49.5M shipment forecast (-4M).

- We now forecast FY19 iPhone sales of $164.5B (-$5.8B) on a 211.2M shipment forecast vs. 225M previously or a 3% shipment decline vs. 3% growth previously.  We increased our sales forecast for other products by $1.3B.

| AAPL:  Guidance vs. Consensus and Longbow's Forecasts | | | | |
|---|---|---|---|---|
| **AAPL** | **1Q19E** | **2Q19E** | **2019E** | **2020E** |
| **Sales ($M) Guide** | *$89,000-$93,000* | | | |
| Consensus | $91,641 | $64,508 | $278,835 | $290,830 |
| *Longbow* | *$89,737* | *$64,095* | *$275,421* | *$285,386* |
| Prior | $91,080 | $64,946 | $279,999 | $292,871 |
| **Change** | **-1.5%** | **-1.3%** | **-1.6%** | **-2.6%** |
| | | | | |
| **EPS Guide** | *NM* | | | |
| Consensus | $4.70 | $3.01 | $13.33 | $14.33 |
| *Longbow* | *$4.53* | *$3.02* | *$13.12* | *$14.72* |
| Prior | $4.62 | $3.06 | $13.38 | $15.13 |
| **Change** | **-1.9%** | **-1.5%** | **-1.9%** | **-2.7%** |
| | | | | |
| **Gross Margin Guide** | *38.0-38.5%* | | | |
| Consensus | 38.4% | 38.4% | 38.3% | 38.0% |
| *Longbow* | *38.3%* | *38.6%* | *38.4%* | *38.6%* |
| Prior | 38.3% | 38.6% | 38.4% | 38.5% |
| **Change** | **0.0%** | **0.0%** | **0.0%** | **0.1%** |

*Source: Company Reports, Longbow Research Estimates, Factset*

**Exhibit 9**



**NYSE: AAPL  December 7, 2018**

## Baidu Search Trends Analysis

To capture a read into China demand for AAPL's products including the iPhone, we analyze Baidu iPhone search trends. Baidu provides its calculation of the cumulative number of searches for a period vs. Google that provides relative search results. We view Baidu searches as a leading indicator of AAPL's sales trends in China since AAPL does not provide regional shipment data.

For the past 4 years, the following chart compares the year over year change in Baidu searches for the latest iPhone iteration (i.e. XS/XS Max/XR for CY18, 8/8 Plus/X for CY17 or 7/7 Plus for CY16) for the 12-month period beginning CY3Q to AAPL's China sales growth with the searches as a one-quarter leading indicator. Baidu search trends have a 74% correlation to changes in AAPL's year over year sales.

November iPhone XS/XS Max/XR Baidu searches decreased -53% year over year vs. iPhone 8/8 Plus/X searches after decreasing -55% year over year for October.



Baidu search trends have an 83% correlation to IDC's estimate of AAPL's iPhone shipments into China.



**Exhibit 9**



**NYSE: AAPL  December 7, 2018**

November iPhone XS/XS Max/XR Baidu searches decreased -53% year over year vs. iPhone 8/8 Plus/X searches (+67% comp) after decreasing -55% year over year for October (+32% comp).



The following table provides Baidu's calculation of search volumes beginning with the iPhone 6 launch.  As a point of reference, AAPL reached an agreement with China Mobile to begin selling iPhones during January 17, 2014 with the 5s/5c and ahead of the iPhone 6 launch.  China Mobile had 760M subs at the time of the agreement creating a significant growth tailwind.





**Exhibit 9**

NYSE: AAPL  December 7, 2018

---

**Read-Throughs**

The following table highlights companies with greater than 10% sales exposure to AAPL.  For our coverage, **APH, AVGO, DIOD, ON, QRVO, SWKS,** and **VSH** have exposure to AAPL.

| Supply Chain with Greatest Apple Exposure | | |
|---|---|---|
| Company | Apple (%) | Exposure ($M) |
| CRUS | 79% | $1,210 |
| GLUU | 54% | $155 |
| NTIP | 53% | $6 |
| ZNGA | 51% | $439 |
| IMG-GB | 45% | $85 |
| QRVO | 36% | $1,070 |
| MEET | 33% | $41 |
| JBL | 24% | $4,575 |
| CGNX | 21% | $157 |
| IDCC | 21% | $112 |
| AVGO | 20% | $3,527 |
| TTMI | 20% | $532 |
| KN | 19% | $141 |
| ATVI | 16% | $1,123 |
| ADI | 14% | $715 |
| PLUS | 12% | $169 |
| SWKS | 10% | $1,688 |
| QCOM | 10% | $2,229 |

*Source: Factset*

**Why NEUTRAL?**

Absolute and relative P/E valuations have sharply corrected and AAPL's shares now trade in line with the 5-year average.  The valuation correction, capital return, and strength in other products and services creates some cushion in the story.  Yet, there remains earnings risk given the potential for iPhone shipments to continue to correct, which we anticipate will dominant the story and be an overhang until the picture clears.

**Exhibit 9**



**NYSE: AAPL  December 7, 2018**

---

**Valuation**

AAPL trades at 13.6x our CY19 EPS forecast of $13.61 vs. a 12.5x 5-year average forward P/E and at 0.81x relative to the S&P 500. This represents a premium vs. AAPL's 5-year range of 0.60-1.12x the S&P 500 and average of 0.81x. Longbow's AAPL peer group of HPQ, GRMN, Lenovo, LG, MSFT, Samsung, and Sony trades at 16.4x CY19 EPS. AAPL historically trades at a relative valuation of 0.86x vs. the peer group vs. 0.85x currently on CY18 EPS. In addition, on an EV/EBITDA basis, AAPL trades at 8.2x CY19 EBITDA vs. an 8.6x 5-year average, while the peer group trades at 8.4x.



**Risks**

The potential risks to our investment thesis, rating, 12-month target price and estimates include, but are not limited to, a more pronounced secular slowdown in smartphone, PC, and tablet shipments than forecast, which negatively impacts sales and cash generation and inhibits growth in services sales, stagnant returns on R&D investments, and a sentiment shift from perceived innovator to perceived market follower.

---

**Exhibit 9**

# LONGBOW Research

**NYSE: AAPL  December 7, 2018**

## Recently Published Reports

**11/27:** APH (BUY): Bigger M&A Is Back – APH Acquires SSI Controls
**11/16:** DIOD (BUY): Highlights from the Road
**11/16:** Inventory Tracker: Inventory is Declining, but There is More to Go
**11/16:** Will Flashing Green & Yellow Signals Leave the Supply Chain Blue?
**11/14:** QRVO (BUY): Revising Forecast for iPhone Production Cuts
**11/13:** MIIT: Two Consecutive Months of Positive China Shipments
**11/12:** AAPL (NEUTRAL): Sharp iPhone Production Cuts to Hit Suppliers
**11/09:** ARW (BUY): Highlights from the Road
**11/09:** COMM: Downgrading to NEUTRAL – Time to Step Back
**11/09:** SWKS (BUY): An Earlier than Typical Smartphone Correction
**11/07:** DIOD (BUY): Continued Market Outgrowth
**11/05:** AAPL (NEUTRAL): 10-K Shows Uptick in Purchase Commitments, but Decline in Capex
**11/02:** ARW (BUY): Valuation Discounts Components Growth and Potential from ECS Investments
**11/02:** AVT (BUY): Highlights from the Road
**11/02:** AAPL (NEUTRAL): Focus on How Much, Not How Many
**11/01:** Downgrading BDC to NEUTRAL: Too Much Uncertainty
**11/01:** ARW First Read: What's Going on at ECS?
**11/01:** QRVO (BUY): Solid Execution Continues
**11/01:** TEL (BUY): 2019 Looks to be a Year of Transition
**10/31:** LFUS (NEUTRAL): Solid Execution Amidst Pockets of Weakness
**10/30:** VSH (NEUTRAL): Volatile Book to Bills, but Sales Trends Remain Robust
**10/30:** AAPL (NEUTRAL): Testing Price Elasticity Beyond the iPhone
**10/30:** ST (BUY): Content Growth Shining Through
**10/29:** ON (BUY): Valuation Is Disconnected
**10/29:** ARW: IT Spending Is Seasonal, Semis Seeing Pockets of Weakness
**10/26:** AVT (BUY): Valuation at Trough, Yet EPS Continues to Expand
**10/25:** PLXS (BUY): Program Wins Continue to Fuel the Growth Engine
**10/25:** APH (BUY) Continues to Out-Execute
**10/24:** TXN (BUY): A Slowdown, But For How Long?
**10/23:** AXE (BUY): Risk/Reward Remains Favorable on Robust Sales Growth
**10/22:** COMM: Continue to See 4Q FirstNet and Enterprise Continues to Rebound
**10/22:** Enterprise Activity Remains – Cutting Estimates on Auto Risk
**10/22:** PLXS (BUY) FY4Q Preview: Program Ramps vs. Macro
**10/17:** Semi & Component Checks: Bookings Peaked in Late CY3Q
**10/17:** Semis & Components – Downside EPS Sensitivity Analysis
**10/17:** AAPL (NEUTRAL): Shifting iPhone ASPs and Shipment Forecasts
**10/15:** MIIT: September Rebounds, but CY3Q Shipments Worse Than Seasonal
**10/11:** AAPL (NEUTRAL): Robust CY3Q Supplier Orders Even as September Slowed
**10/03:** LFUS (NEUTRAL): Highlights from the Road
**10/03:** Global Auto – What's the Earnings Risk for Semis/ Components?

**Page 478**



**Exhibit 9**

**NYSE: AAPL  December 7, 2018**

## AAPL EPS Forecast Revision

($ Millions)

| | Current Quarter | | | Out Quarter | | | Current FY | | | Out FY | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior Dec-18 1Q19E | New Dec-18 1Q19E | Δ vs. Prior | Prior Mar-19 2Q19E | New Mar-19 2Q19E | Δ vs. Prior | Prior 2019E | New 2019E | Δ vs. Prior | New 2020E | New 2020E | Δ vs. Prior |
| **Sales by Product Segment** | | | | | | | | | | | | |
| Mac | 7,300 | 7,300 | 0 | 5,840 | 5,840 | 0 | 25,875 | 25,875 | 0 | 24,176 | 24,176 | 0 |
| iPad | 5,847 | 5,847 | 0 | 4,035 | 4,035 | 0 | 19,565 | 19,565 | 0 | 19,385 | 19,385 | 0 |
| iPhone | 60,890 | 59,124 | (1,766) | 39,579 | 38,431 | (1,148) | 170,006 | 164,171 | (5,835) | 174,110 | 165,275 | (8,835) |
| Other Product | 6,563 | 6,986 | 423 | 4,594 | 4,890 | 296 | 20,273 | 21,530 | 1,257 | 22,920 | 24,269 | 1,350 |
| iTunes, Software & Services | 10,480 | 10,480 | 0 | 10,899 | 10,899 | 0 | 44,281 | 44,281 | 0 | 52,281 | 52,281 | 0 |
| **Total** | 91,080 | 89,737 | (1,343) | 64,946 | 64,095 | (852) | 279,999 | 275,421 | (4,578) | 292,871 | 285,386 | (7,486) |
| **Income Statement** | | | | | | | | | | | | |
| Sales | 91,080 | 89,737 | (1,343) | 64,946 | 64,095 | (852) | 279,999 | 275,421 | (4,578) | 292,871 | 285,386 | (7,486) |
| COGS | 56,203 | 55,375 | (829) | 39,870 | 39,348 | (522) | 172,478 | 169,604 | (2,874) | 180,191 | 175,358 | (4,832) |
| **Gross Profit** | 34,877 | 34,363 | (514) | 25,077 | 24,747 | (330) | 107,521 | 105,816 | (1,705) | 112,681 | 110,027 | (2,653) |
| R&D | 4,047 | 4,044 | (2) | 3,781 | 3,749 | (31) | 15,820 | 15,706 | (114) | 16,586 | 16,352 | (234) |
| SG&A | 4,668 | 4,661 | (7) | 4,318 | 4,281 | (38) | 17,683 | 17,532 | (151) | 18,183 | 17,940 | (243) |
| Operating Expense | 8,715 | 8,705 | (9) | 8,099 | 8,030 | (69) | 33,503 | 33,238 | (266) | 34,769 | 34,292 | (477) |
| **EBIT** | 26,162 | 25,657 | (505) | 16,978 | 16,717 | (261) | 74,018 | 72,579 | (1,439) | 77,912 | 75,736 | (2,176) |
| Other Income (Expense) | 300 | 300 | 0 | 300 | 300 | 0 | 1,200 | 1,200 | 0 | 1,200 | 1,200 | 0 |
| **Income Before Taxes** | 26,462 | 25,957 | (505) | 17,278 | 17,017 | (261) | 75,218 | 73,779 | (1,439) | 79,112 | 76,936 | (2,176) |
| Taxes | 4,366 | 4,283 | (83) | 2,851 | 2,808 | (43) | 12,411 | 12,174 | (237) | 11,867 | 11,540 | (326) |
| **Net Income** | 22,096 | 21,674 | (422) | 14,427 | 14,209 | (218) | 62,807 | 61,605 | (1,202) | 67,245 | 65,395 | (1,850) |
| | | | | | | | | | | | | |
| Diluted Shares | 4,779 | 4,779 | 0 | 4,710 | 4,710 | 0 | 4,682 | 4,682 | 0 | 4,431 | 4,431 | 0 |
| **GAAP Diluted EPS** | $4.62 | $4.53 | ($0.09) | $3.06 | $3.02 | ($0.05) | $13.38 | $13.12 | ($0.26) | $15.13 | $14.72 | ($0.41) |
| | | | | | | | | | | | | |
| Share-based compensation expense | 1,300 | 1,300 | 0 | 1,300 | 1,300 | 0 | 5,200 | 5,200 | 0 | 5,200 | 5,200 | 0 |
| **Non-GAAP Net Income** | 23,396 | 22,974 | (422) | 15,727 | 15,509 | (218) | 68,007 | 66,805 | (1,202) | 72,445 | 70,595 | (1,850) |
| **Basic Non-GAAP EPS ex SOE** | $4.94 | $4.85 | ($0.09) | $3.37 | $3.33 | ($0.05) | $14.63 | $14.38 | ($0.26) | $16.48 | $16.06 | ($0.42) |
| **Diluted Non-GAAP EPS ex SOE** | $4.90 | $4.81 | ($0.09) | $3.34 | $3.29 | ($0.05) | $14.49 | $14.23 | ($0.26) | $16.31 | $15.89 | ($0.41) |
| | | | | | | | | | | | | |
| **Dividend Per Share** | $0.73 | $0.73 | $0.00 | $0.73 | $0.73 | $0.00 | $2.92 | $2.92 | $0.00 | $2.92 | $2.92 | $0.00 |
| | | | | | | | | | | | | |
| EBIT | 26,162 | 25,657 | (505) | 16,978 | 16,717 | (261) | 74,018 | 72,579 | (1,439) | 77,912 | 75,736 | (2,176) |
| Depreciation & Amortization | 2,500 | 2,500 | 0 | 2,500 | 2,500 | 0 | 10,000 | 10,000 | 0 | 10,000 | 10,000 | 0 |
| **EBITDA** | 28,662 | 28,157 | (505) | 19,478 | 19,217 | (261) | 84,018 | 82,579 | (1,439) | 87,912 | 85,736 | (2,176) |
| **EBITDA Per Share** | $6.06 | $5.95 | ($0.11) | $4.18 | $4.12 | ($0.06) | $18.08 | $17.77 | ($0.31) | $20.00 | $19.51 | ($0.49) |
| | | | | | | | | | | | | |
| **Margin Analysis** | | | | | | | | | | | | |
| Incremental Gross Profit Margin | 38.3% | 38.3% | 0.0% | 37.5% | 37.5% | 0.0% | 39.4% | 40.5% | 1.0% | 40.1% | 42.3% | 2.2% |
| Gross Profit | 38.3% | 38.3% | 0.0% | 38.6% | 38.6% | 0.0% | 38.4% | 38.4% | 0.0% | 38.5% | 38.6% | 0.1% |
| R&D | 4.4% | 4.5% | 0.1% | 5.8% | 5.8% | 0.0% | 5.6% | 5.7% | 0.1% | 5.7% | 5.7% | 0.1% |
| SG&A | 5.1% | 5.2% | 0.1% | 6.6% | 6.7% | 0.0% | 6.3% | 6.4% | 0.1% | 6.2% | 6.3% | 0.1% |
| Operating Expenses | 9.6% | 9.7% | 0.1% | 12.5% | 12.5% | 0.1% | 12.0% | 12.1% | 0.1% | 11.9% | 12.0% | 0.1% |
| EBITDA | 31.5% | 31.4% | -0.1% | 30.0% | 30.0% | 0.0% | 30.0% | 30.0% | 0.0% | 30.0% | 30.0% | 0.0% |
| Incremental EBIT Margin | 35.6% | 35.5% | -0.1% | 35.1% | 34.9% | -0.3% | 21.7% | 17.1% | -4.6% | 30.2% | 31.7% | 1.4% |
| EBIT | 28.7% | 28.6% | -0.1% | 26.1% | 26.1% | -0.1% | 26.4% | 26.4% | -0.1% | 26.6% | 26.5% | -0.1% |
| Other Income (Expense) | 0.3% | 0.3% | 0.0% | 0.5% | 0.5% | 0.0% | 0.4% | 0.4% | 0.0% | 0.4% | 0.4% | 0.0% |
| Tax Rate | 16.5% | 16.5% | 0.0% | 16.5% | 16.5% | 0.0% | 16.5% | 16.5% | 0.0% | 15.0% | 15.0% | 0.0% |
| Net Income | 24.3% | 24.2% | -0.1% | 22.2% | 22.2% | 0.0% | 22.4% | 22.4% | -0.1% | 23.0% | 22.9% | 0.0% |
| | | | | | | | | | | | | |
| **YoY Δ** | | | | | | | | | | | | |
| Sales | 3.2% | 1.6% | -1.5% | 6.2% | 4.8% | -1.4% | 5.4% | 3.7% | -1.7% | 4.6% | 3.6% | -1.0% |

Source: Longbow Research Estimates, Company Reports

Source: Company Reports, Longbow Research Estimates, Factset

**Exhibit 9**

NYSE: AAPL  December 7, 2018

Symbol: AAPL
Last Update: 12/07/18

## LONGBOW Research

**Apple Corp.**
Sales by Product Segment
($ Millions)

| | Dec-16 1Q17A | Mar-17 2Q17A | Jun-17 3Q17A | Sept-17 4Q17A | Dec-17 1Q18A | Mar-18 2Q18A | Jun-18 3Q18A | Sept-18 4Q18A | Dec-18 1Q19E | Mar-19 2Q19E | Jun-19 3Q19E | Sept-19 4Q19E | Dec-19 1Q20E | Mar-20 2Q20E | Jun-20 3Q20E | Sept-20 4Q20E | 2017A | 2018A | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sales** | | | | | | | | | | | | | | | | | | | | |
| Mac | 7,244 | 5,844 | 5,592 | 7,170 | 6,895 | 5,848 | 5,330 | 7,411 | 7,300 | 5,840 | 5,986 | 6,749 | 6,817 | 5,453 | 5,590 | 6,316 | 25,850 | 25,484 | 25,875 | 24,176 |
| iPad | 5,533 | 3,889 | 4,969 | 4,831 | 5,862 | 4,113 | 4,741 | 4,089 | 5,847 | 4,035 | 5,043 | 4,640 | 5,823 | 3,989 | 4,986 | 4,587 | 19,222 | 18,805 | 19,565 | 19,385 |
| iPhone | 54,378 | 33,249 | 24,846 | 28,846 | 61,576 | 38,032 | 29,906 | 37,185 | 59,124 | 38,431 | 31,129 | 35,487 | 59,086 | 38,849 | 31,468 | 35,873 | 141,319 | 166,699 | 164,171 | 165,275 |
| Other Product | 4,024 | 2,873 | 2,735 | 3,231 | 5,489 | 3,954 | 3,740 | 4,224 | 6,986 | 4,880 | 4,597 | 5,057 | 7,838 | 5,486 | 5,212 | 5,733 | 12,863 | 17,417 | 21,530 | 24,269 |
| iTunes, Software & Services | 7,172 | 7,041 | 7,266 | 8,501 | 8,471 | 9,190 | 9,548 | 9,981 | 10,480 | 10,899 | 11,117 | 11,784 | 12,373 | 12,868 | 13,126 | 13,913 | 29,980 | 37,190 | 44,281 | 52,281 |
| Total | 78,351 | 52,896 | 45,408 | 52,579 | 88,293 | 61,137 | 53,265 | 62,900 | 89,737 | 64,095 | 57,872 | 63,717 | 91,936 | 66,646 | 60,381 | 66,423 | 229,234 | 265,595 | 275,421 | 285,386 |
| **QoQ Sales Growth** | | | | | | | | | | | | | | | | | | | | |
| Mac | 26.2% | -19.3% | -4.3% | 28.2% | -3.8% | -15.2% | -8.9% | 39.0% | -1.5% | -20.0% | 2.5% | 12.8% | 1.0% | -20.0% | 2.5% | 13.0% | | | | |
| iPad | 30.0% | -29.7% | 27.8% | -2.8% | 21.3% | -29.8% | 15.3% | -13.8% | 43.0% | -31.0% | 25.0% | -8.0% | 25.5% | -31.5% | 25.0% | -8.0% | | | | |
| iPhone | 93.1% | -38.9% | -25.3% | 16.1% | 113.5% | -38.2% | -21.4% | 24.3% | 59.0% | -35.0% | -19.0% | 14.0% | 66.5% | -34.3% | -19.0% | 14.0% | | | | |
| Other Product | 69.6% | -28.6% | -4.8% | 18.1% | 69.9% | -28.0% | -5.4% | 13.2% | 65.0% | -30.0% | -6.0% | 10.0% | 55.0% | -30.0% | -5.0% | 10.0% | | | | |
| iTunes, Software & Services | 13.4% | -1.8% | 3.2% | 17.0% | -0.4% | 8.5% | 3.9% | 4.5% | 5.0% | 4.0% | 2.0% | 6.0% | 5.0% | 4.0% | 2.0% | 6.0% | | | | |
| Total | 67.2% | -32.5% | -14.2% | 15.8% | 67.9% | -30.8% | -12.9% | 18.1% | 42.7% | -28.6% | -9.7% | 10.1% | 44.3% | -27.5% | -9.4% | 10.0% | | | | |
| **YoY Sales Growth** | | | | | | | | | | | | | | | | | | | | |
| Mac | 7.4% | 14.4% | 6.7% | 24.9% | -4.8% | 0.1% | -4.7% | 3.4% | 5.9% | -0.1% | 12.3% | -8.9% | -6.6% | -6.6% | -6.6% | -6.4% | 13.2% | -1.4% | 1.5% | -6.6% |
| iPad | -21.9% | -11.9% | 1.9% | 13.5% | 5.9% | 5.8% | -4.6% | -15.4% | -0.3% | -1.9% | 6.4% | 13.5% | -0.4% | -1.1% | -1.1% | -1.1% | -6.8% | -2.2% | 4.0% | -0.9% |
| iPhone | 5.3% | 1.2% | 3.3% | 2.4% | 13.2% | 14.4% | 20.4% | 28.9% | -4.0% | 1.0% | 4.1% | -4.6% | -0.1% | 1.1% | 1.1% | 1.1% | 3.4% | 18.0% | -1.5% | 0.7% |
| Other Product | -7.5% | 31.2% | 23.3% | 36.2% | 36.4% | 37.6% | 36.7% | 31.0% | 27.3% | 23.7% | 22.9% | 19.4% | 12.2% | 12.2% | 13.4% | 13.4% | 15.5% | 35.4% | 23.6% | 12.7% |
| iTunes, Software & Services | 18.4% | 17.5% | 21.6% | 34.4% | 18.1% | 30.5% | 31.4% | 17.4% | 23.7% | 18.6% | 16.4% | 18.1% | 18.1% | 18.1% | 18.1% | 18.1% | 23.1% | 24.0% | 19.1% | 18.1% |
| Total | 3.3% | 4.6% | 7.2% | 12.2% | 12.7% | 15.6% | 17.3% | 19.6% | 1.6% | 4.8% | 8.6% | 1.3% | 2.5% | 4.0% | 4.3% | 4.2% | 6.3% | 15.9% | 3.7% | 3.6% |

*Source: Company Reports, Longbow Research Estimates*

Survey



**Exhibit 9**

**LONGBOW** Research

**NYSE: AAPL  December 7, 2018**

**Apple**
**Quarterly Income Statement**
($ Millions)

Symbol: AAPL
Last Update: 12/07/18

| Income Statement | Dec-16 1Q17A | Mar-17 2Q17A | Jun-17 3Q17A | Sept-17 4Q17A | Dec-17 1Q18A | Mar-18 2Q18A | Jun-18 3Q18A | Sept-18 4Q18A | Dec-18 1Q19E | Mar-19 2Q19E | Jun-19 3Q19E | Sept-19 4Q19E | Dec-19 1Q20E | Mar-20 2Q20E | Jun-20 3Q20E | Sept-20 4Q20E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | 78,351 | 52,896 | 45,408 | 52,579 | 88,293 | 61,137 | 53,265 | 62,900 | 89,737 | 64,095 | 57,872 | 63,717 | 91,936 | 66,646 | 60,381 | 66,423 |
| COGS | 48,175 | 32,305 | 27,920 | 32,648 | 54,381 | 37,715 | 32,844 | 38,816 | 55,375 | 39,348 | 35,614 | 39,267 | 56,622 | 40,816 | 37,057 | 40,863 |
| **Gross Profit** | 30,176 | 20,591 | 17,488 | 19,931 | 33,912 | 23,422 | 20,421 | 24,084 | 34,363 | 24,747 | 22,258 | 24,449 | 35,314 | 25,830 | 23,324 | 25,560 |
| R&D | 2,871 | 2,776 | 2,937 | 2,997 | 3,407 | 3,378 | 3,701 | 3,750 | 4,044 | 3,749 | 4,101 | 3,811 | 4,153 | 3,913 | 4,297 | 3,989 |
| SG&A | 3,946 | 3,718 | 3,783 | 3,814 | 4,231 | 4,150 | 4,108 | 4,216 | 4,661 | 4,281 | 4,339 | 4,252 | 4,718 | 4,391 | 4,461 | 4,369 |
| Operating Expense | 6,817 | 6,494 | 6,720 | 6,811 | 7,638 | 7,528 | 7,809 | 7,966 | 8,705 | 8,030 | 8,440 | 8,062 | 8,872 | 8,304 | 8,758 | 8,358 |
| EBIT | 23,359 | 14,097 | 10,768 | 13,120 | 26,274 | 15,894 | 12,612 | 16,118 | 25,657 | 16,717 | 13,818 | 16,387 | 26,442 | 17,525 | 14,566 | 17,202 |
| Other Income (Expense) | 821 | 587 | 540 | 797 | 756 | 274 | 672 | 303 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 |
| Income Before Taxes | 24,180 | 14,684 | 11,308 | 13,917 | 27,030 | 16,168 | 13,284 | 16,421 | 25,957 | 17,017 | 14,118 | 16,687 | 26,742 | 17,825 | 14,866 | 17,502 |
| Taxes | 6,289 | 3,655 | 2,591 | 3,203 | 6,965 | 2,346 | 1,765 | 2,296 | 4,283 | 2,808 | 2,329 | 2,753 | 4,011 | 2,674 | 2,230 | 2,625 |
| **Net Income** | 17,891 | 11,029 | 8,717 | 10,714 | 20,065 | 13,822 | 11,519 | 14,125 | 21,674 | 14,209 | 11,788 | 13,934 | 22,731 | 15,152 | 12,636 | 14,876 |
| | | | | | | | | | | | | | | | | |
| Basic Shares | 5,299 | 5,226 | 5,195 | 5,149 | 5,113 | 5,025 | 4,882 | 4,802 | 4,733 | 4,664 | 4,595 | 4,550 | 4,482 | 4,413 | 4,344 | 4,299 |
| Diluted Shares | 5,328 | 5,262 | 5,233 | 5,184 | 5,158 | 5,068 | 4,927 | 4,848 | 4,779 | 4,710 | 4,641 | 4,596 | 4,528 | 4,459 | 4,390 | 4,345 |
| GAAP Basic EPS | $3.38 | $2.11 | $1.68 | $2.08 | $3.92 | $2.75 | $2.36 | $2.94 | $4.58 | $3.05 | $2.57 | $3.06 | $5.07 | $3.43 | $2.91 | $3.46 |
| GAAP Diluted EPS | $3.36 | $2.10 | $1.67 | $2.07 | $3.89 | $2.73 | $2.34 | $2.91 | $4.53 | $3.02 | $2.54 | $3.03 | $5.02 | $3.40 | $2.88 | $3.42 |
| | | | | | | | | | | | | | | | | |
| Share-based compensation expense | 1,256.0 | 1,217.0 | 1,193.0 | 1,174.0 | 1,296.0 | 748.0 | 1,351.0 | 1,345.0 | 1,300.0 | 1,300.0 | 1,300.0 | 1,300.0 | 1,300.0 | 1,300.0 | 1,300.0 | 1,300.0 |
| Non-GAAP Net Income | 19,147 | 12,246 | 9,910 | 11,888 | 21,361 | 14,570 | 12,870 | 15,470 | 22,974 | 15,509 | 13,088 | 15,234 | 24,031 | 16,452 | 13,936 | 16,176 |
| Basic Non-GAAP EPS ex SOE | $3.61 | $2.34 | $1.91 | $2.31 | $4.18 | $2.90 | $2.64 | $3.22 | $4.85 | $3.33 | $2.85 | $3.35 | $5.36 | $3.73 | $3.21 | $3.76 |
| Diluted Non-GAAP EPS ex SOE | $3.59 | $2.33 | $1.89 | $2.29 | $4.14 | $2.87 | $2.61 | $3.19 | $4.81 | $3.29 | $2.82 | $3.31 | $5.31 | $3.69 | $3.17 | $3.72 |
| | | | | | | | | | | | | | | | | |
| Dividend Per Share | $0.57 | $0.57 | $0.63 | $0.63 | $0.63 | $0.63 | $0.73 | $0.73 | $0.73 | $0.73 | $0.73 | $0.73 | $0.73 | $0.73 | $0.73 | $0.73 |
| | | | | | | | | | | | | | | | | |
| EBIT | 23,359 | 14,097 | 10,768 | 13,120 | 26,274 | 15,894 | 12,612 | 16,118 | 25,657 | 16,717 | 13,818 | 16,387 | 26,442 | 17,525 | 14,566 | 17,202 |
| Depreciation & Amortization | 2,987 | 2,332 | 2,354 | 2,832 | 2,745 | 2,739 | 2,665 | 2,356 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| EBITDA | 26,346 | 16,429 | 13,122 | 15,952 | 29,019 | 18,633 | 15,277 | 18,474 | 28,157 | 19,217 | 16,318 | 18,887 | 28,942 | 20,025 | 17,066 | 19,702 |
| EBITDA Per Share | $4.97 | $3.14 | $2.53 | $3.10 | $5.68 | $3.71 | $3.13 | $3.85 | $5.95 | $4.12 | $3.55 | $4.15 | $6.46 | $4.54 | $3.93 | $4.58 |

**Margin Analysis**

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Incremental Gross Profit Margin | 39.2% | 37.7% | 41.4% | 34.1% | 39.1% | 38.6% | 38.1% | 38.1% | 38.3% | 37.5% | 40.0% | 37.5% | 38.5% | 37.5% | 40.0% | 37.0% |
| Gross Profit | 38.5% | 38.9% | 38.5% | 37.9% | 38.4% | 38.3% | 38.3% | 38.3% | 38.3% | 38.6% | 38.5% | 38.4% | 38.4% | 38.8% | 38.6% | 38.5% |
| R&D | 3.7% | 5.2% | 6.5% | 5.7% | 3.9% | 5.5% | 6.9% | 6.0% | 4.5% | 5.8% | 7.1% | 6.0% | 4.5% | 5.9% | 7.1% | 6.0% |
| SG&A | 5.0% | 7.0% | 8.3% | 7.3% | 4.8% | 6.8% | 7.7% | 6.7% | 5.2% | 6.7% | 7.5% | 6.7% | 5.1% | 6.6% | 7.4% | 6.6% |
| Operating Expenses | 8.7% | 12.3% | 14.8% | 13.0% | 8.7% | 12.3% | 14.7% | 12.7% | 9.7% | 12.5% | 14.6% | 12.7% | 9.6% | 12.5% | 14.5% | 12.6% |
| EBITDA | 33.6% | 31.1% | 28.9% | 30.3% | 32.9% | 30.5% | 28.7% | 29.4% | 31.4% | 30.0% | 28.2% | 29.6% | 31.5% | 30.0% | 28.3% | 29.7% |
| Incremental EBIT Margin | 36.8% | 36.4% | 44.5% | 32.8% | 36.8% | 38.2% | 41.7% | 36.4% | 35.5% | 34.9% | 46.6% | 44.0% | 35.6% | 35.3% | 47.2% | 43.6% |
| EBIT | 29.8% | 26.7% | 23.7% | 25.0% | 29.8% | 26.0% | 23.7% | 25.6% | 28.6% | 26.1% | 23.9% | 25.7% | 28.8% | 26.3% | 24.1% | 25.9% |
| Other Income (Expense) | 1.0% | 1.1% | 1.2% | 1.5% | 0.9% | 0.4% | 1.3% | 0.5% | 0.3% | 0.5% | 0.5% | 0.5% | 0.3% | 0.5% | 0.5% | 0.5% |
| Tax Rate | 26.0% | 24.9% | 22.9% | 23.0% | 25.8% | 14.5% | 13.3% | 14.0% | 16.5% | 16.5% | 16.5% | 16.5% | 15.0% | 15.0% | 15.0% | 15.0% |
| Net Income | 22.8% | 20.9% | 19.2% | 20.4% | 22.7% | 22.6% | 21.6% | 22.5% | 24.2% | 22.2% | 20.4% | 21.9% | 24.7% | 22.7% | 20.9% | 22.4% |

**YoY Δ**

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | 3.3% | 4.6% | 7.2% | 12.2% | 12.7% | 15.6% | 17.3% | 19.6% | 1.6% | 4.8% | 8.6% | 1.3% | 2.5% | 4.0% | 4.3% | 4.2% |
| Organic Sales | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| COGS | 6.0% | 5.4% | 6.4% | 12.4% | 12.9% | 16.7% | 17.6% | 18.9% | 1.8% | 4.3% | 8.4% | 1.2% | 2.3% | 3.7% | 4.1% | 4.1% |
| Gross Profit | -0.8% | 3.4% | 8.6% | 11.9% | 12.4% | 13.7% | 16.8% | 20.8% | 1.3% | 5.7% | 9.0% | 1.5% | 2.8% | 4.4% | 4.8% | 4.5% |
| R&D | 19.4% | 10.6% | 14.7% | 16.6% | 18.7% | 21.7% | 26.0% | 25.1% | 18.7% | 11.0% | 10.8% | 1.6% | 2.7% | 4.4% | 4.8% | 4.7% |
| SG&A | 2.5% | 8.6% | 9.9% | 9.5% | 7.2% | 11.6% | 8.6% | 10.5% | 10.2% | 3.1% | 5.6% | 0.8% | 1.2% | 2.6% | 2.8% | 2.8% |
| EBITDA | -2.9% | -0.2% | 3.9% | 11.5% | 10.1% | 13.4% | 16.4% | 15.8% | -3.0% | 3.1% | 6.8% | 2.2% | 2.8% | 4.2% | 4.6% | 4.3% |
| EBIT | -3.4% | 0.8% | 6.6% | 11.6% | 12.5% | 12.7% | 17.1% | 22.9% | -2.3% | 5.2% | 9.6% | 1.7% | 3.1% | 4.8% | 5.4% | 5.0% |
| Pretax Income | -1.6% | 3.8% | 8.0% | 14.2% | 11.8% | 10.1% | 17.5% | 18.0% | -4.0% | 5.3% | 6.3% | 1.6% | 3.0% | 4.8% | 5.3% | 4.9% |
| Net Income | -2.6% | 4.9% | 11.8% | 18.9% | 12.2% | 25.3% | 32.1% | 31.8% | 8.0% | 2.8% | 2.3% | -1.4% | 4.9% | 6.6% | 7.2% | 6.8% |
| Diluted EPS | 2.3% | 10.4% | 16.9% | 23.7% | 15.9% | 30.1% | 40.4% | 41.0% | 16.6% | 10.6% | 8.6% | 4.0% | 10.7% | 12.6% | 13.3% | 12.9% |

**QoQ Δ**

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | 67.2% | -32.5% | -14.2% | 15.8% | 67.9% | -30.8% | -12.9% | 18.1% | 42.7% | -28.6% | -9.7% | 10.1% | 44.3% | -27.5% | -9.4% | 10.0% |
| COGS | 65.9% | -32.9% | -13.6% | 16.9% | 66.6% | -30.6% | -12.9% | 18.2% | 42.7% | -28.9% | -9.5% | 10.3% | 44.2% | -27.9% | -9.2% | 10.3% |
| Gross Profit | 69.4% | -31.8% | -15.1% | 14.0% | 70.1% | -30.9% | -12.8% | 17.9% | 42.7% | -28.0% | -10.1% | 9.8% | 44.4% | -26.9% | -9.7% | 9.6% |
| R&D | 11.7% | -3.3% | 5.8% | 2.0% | 13.7% | -0.9% | 9.6% | 1.3% | 7.9% | -7.3% | 9.4% | -7.1% | 9.0% | -5.8% | 9.8% | -7.2% |
| SG&A | 13.3% | -5.8% | 1.7% | 0.8% | 10.9% | -1.9% | -1.0% | 2.6% | 10.6% | -8.2% | 1.4% | -2.0% | 11.0% | -6.9% | 1.6% | -2.1% |
| EBITDA | 84.1% | -37.6% | -20.1% | 21.6% | 81.9% | -35.8% | -18.0% | 20.9% | 52.4% | -31.8% | -15.1% | 15.7% | 53.2% | -30.8% | -14.8% | 15.4% |
| EBIT | 98.6% | -39.7% | -23.6% | 21.8% | 100.3% | -39.5% | -20.6% | 27.8% | 59.2% | -34.8% | -17.3% | 18.6% | 61.4% | -33.7% | -16.9% | 18.1% |
| Pretax Income | 98.4% | -39.3% | -23.0% | 23.1% | 94.2% | -40.2% | -17.8% | 23.6% | 58.1% | -34.4% | -17.0% | 18.2% | 60.3% | -33.3% | -16.6% | 17.7% |
| Net Income | 98.5% | -38.4% | -21.0% | 22.9% | 87.3% | -31.1% | -16.7% | 22.6% | 53.4% | -34.4% | -17.0% | 18.2% | 63.1% | -33.3% | -16.6% | 17.7% |
| Diluted EPS | 100.9% | -37.6% | -20.5% | 24.1% | 88.2% | -29.9% | -14.3% | 24.6% | 55.6% | -33.5% | -15.8% | 19.3% | 65.6% | -32.3% | -15.3% | 18.9% |

*Source: Company Reports, Longbow Research Estimates*



**Exhibit 9**

**NYSE: AAPL  December 7, 2018**

**Apple**
**Income Statement**
**($ Millions)**

Symbol: AAPL
Last update: 12/07/18

| Income Statement | 2006A | 2007A | 2008A | 2009A | 2010A | 2011A | 2012A | 2013A | 2014A | 2015A | 2016A | 2017A | 2018A | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | 19,315 | 24,006 | 37,491 | 42,905 | 65,225 | 108,249 | 156,508 | 170,910 | 182,795 | 233,715 | 215,639 | 229,234 | 265,595 | 275,421 | 285,386 |
| COGS | 13,717 | 15,852 | 24,294 | 25,683 | 39,541 | 64,431 | 87,846 | 106,606 | 112,258 | 140,089 | 131,376 | 141,048 | 163,756 | 169,604 | 175,358 |
| **Gross Profit** | **5,598** | **8,154** | **13,197** | **17,222** | **25,684** | **43,818** | **68,662** | **64,304** | **70,537** | **93,626** | **84,263** | **88,186** | **101,839** | **105,816** | **110,027** |
| R&D | 712 | 782 | 1,109 | 1,333 | 1,782 | 2,429 | 3,381 | 4,475 | 6,041 | 8,067 | 10,045 | 11,581 | 14,236 | 15,706 | 16,352 |
| SG&A | 2,433 | 2,963 | 3,761 | 4,149 | 5,517 | 7,599 | 10,040 | 10,830 | 11,993 | 14,329 | 14,194 | 15,261 | 16,705 | 17,532 | 17,940 |
| Operating Expense | 3,145 | 3,745 | 4,870 | 5,482 | 7,299 | 10,028 | 13,421 | 15,305 | 18,034 | 22,396 | 24,239 | 26,842 | 30,941 | 33,238 | 34,292 |
| **EBIT** | **2,453** | **4,409** | **8,327** | **11,740** | **18,385** | **33,790** | **55,241** | **48,999** | **52,503** | **71,230** | **60,024** | **61,344** | **70,898** | **72,579** | **75,736** |
| Other Income (Expense) | 365 | 599 | 620 | 326 | 155 | 415 | 522 | 1,156 | 980 | 1,285 | 1,348 | 2,745 | 2,005 | 1,200 | 1,200 |
| **Income Before Taxes** | **2,818** | **5,008** | **8,947** | **12,066** | **18,540** | **34,205** | **55,763** | **50,155** | **53,483** | **72,515** | **61,372** | **64,089** | **72,903** | **73,779** | **76,936** |
| Taxes | 829 | 1,512 | 2,828 | 3,831 | 4,527 | 8,283 | 14,030 | 13,118 | 13,973 | 19,121 | 15,685 | 15,738 | 13,372 | 12,174 | 11,540 |
| **Net Income** | **1,989** | **3,496** | **6,119** | **8,235** | **14,013** | **25,922** | **41,733** | **37,037** | **39,510** | **53,394** | **45,687** | **48,351** | **59,531** | **61,605** | **65,395** |
| | | | | | | | | | | | | | | | |
| Basic Shares | 5,987 | 6,106 | 6,218 | 6,299 | 6,412 | 6,478 | 6,551 | 6,470 | 6,086 | 5,753 | 5,471 | 5,217 | 4,955 | 4,636 | 4,385 |
| Diluted Shares | 6,143 | 6,225 | 6,315 | 6,349 | 6,473 | 6,556 | 6,618 | 6,522 | 6,123 | 5,793 | 5,500 | 5,252 | 5,000 | 4,682 | 4,431 |
| **GAAP Basic EPS** | **$0.33** | **$0.57** | **$0.98** | **$1.31** | **$2.19** | **$4.00** | **$6.37** | **$5.71** | **$6.47** | **$9.26** | **$8.32** | **$9.25** | **$11.98** | **$13.25** | **$14.87** |
| **GAAP Diluted EPS** | **$0.32** | **$0.56** | **$0.97** | **$1.30** | **$2.16** | **$3.95** | **$6.31** | **$5.66** | **$6.43** | **$9.20** | **$8.28** | **$9.19** | **$11.87** | **$13.12** | **$14.72** |
| | | | | | | | | | | | | | | | |
| Share-based compensation expense | 0.0 | 0.0 | 0.0 | 0.0 | 870.0 | 1,168.0 | 1,740.0 | 2,253.0 | 2,863.0 | 3,586.0 | 4,210.0 | 4,840.0 | 4,740.0 | 5,200 | 5,200 |
| **Non-GAAP Net Income** | **1,989** | **3,496** | **6,119** | **8,235** | **14,883** | **27,090** | **43,473** | **39,290** | **42,373** | **56,980** | **49,897** | **53,191** | **64,271** | **66,805** | **70,595** |
| **Basic Non-GAAP EPS ex SOE** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.14** | **$4.18** | **$6.64** | **$6.06** | **$6.94** | **$9.88** | **$9.09** | **$10.17** | **$12.94** | **$14.38** | **$16.06** |
| **Diluted Non-GAAP EPS ex SOE** | **$0.32** | **$0.56** | **$0.97** | **$1.30** | **$2.30** | **$4.13** | **$6.57** | **$6.01** | **$6.90** | **$9.82** | **$9.04** | **$10.17** | **$12.82** | **$14.23** | **$15.89** |
| | | | | | | | | | | | | | | | |
| **Dividend Per Share** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.38** | **$1.63** | **$1.81** | **$1.98** | **$2.18** | **$2.40** | **$2.72** | **$2.92** | **$2.92** |
| | | | | | | | | | | | | | | | |
| EBIT | 2,453 | 4,409 | 8,327 | 11,740 | 18,385 | 33,790 | 55,241 | 48,999 | 52,503 | 71,230 | 60,024 | 61,344 | 70,898 | 72,579 | 75,736 |
| Depreciation & Amortization | 225 | 317 | 496 | 734 | 1,027 | 1,814 | 3,277 | 6,757 | 7,946 | 11,257 | 10,505 | 10,505 | 10,505 | 10,000 | 10,000 |
| **EBITDA** | **2,678** | **4,726** | **8,823** | **12,474** | **19,412** | **35,604** | **58,518** | **55,756** | **60,449** | **82,487** | **70,529** | **71,849** | **81,403** | **82,579** | **85,736** |
| **EBITDA Per Share** | **$0.45** | **$0.77** | **$1.42** | **$1.98** | **$3.03** | **$5.49** | **$8.94** | **$8.60** | **$9.90** | **$14.31** | **$12.85** | **$13.74** | **$16.36** | **$17.77** | **$19.51** |
| | | | | | | | | | | | | | | | |
| **Margin Analysis** | | | | | | | | | | | | | | | |
| Incremental Gross Profit Margin | 29.0% | 54.5% | 37.4% | 74.3% | 37.9% | 42.1% | 51.5% | -30.3% | 52.4% | 45.3% | 51.8% | 28.9% | 37.5% | 40.5% | 42.3% |
| Gross Profit | 29.0% | 34.0% | 35.2% | 40.1% | 39.4% | 40.5% | 43.9% | 37.6% | 38.6% | 40.1% | 39.1% | 38.5% | 38.3% | 38.4% | 38.6% |
| R&D | 3.7% | 3.3% | 3.0% | 3.1% | 2.7% | 2.2% | 2.2% | 2.6% | 3.3% | 3.5% | 4.7% | 5.1% | 5.4% | 5.7% | 5.7% |
| SG&A | 12.6% | 12.3% | 10.0% | 9.7% | 8.5% | 7.0% | 6.4% | 6.3% | 6.6% | 6.1% | 6.6% | 6.7% | 6.3% | 6.4% | 6.3% |
| Operating Expenses | 16.3% | 15.6% | 13.0% | 12.8% | 11.2% | 9.3% | 8.6% | 9.0% | 9.9% | 9.6% | 11.2% | 11.7% | 11.6% | 12.1% | 12.0% |
| EBITDA | 13.9% | 19.7% | 23.5% | 29.1% | 29.8% | 32.9% | 37.4% | 32.6% | 33.1% | 35.3% | 32.7% | 31.3% | 30.6% | 30.0% | 30.0% |
| EBIT | 12.7% | 18.4% | 22.2% | 27.4% | 28.2% | 31.2% | 35.3% | 28.7% | 28.7% | 30.5% | 27.8% | 26.8% | 26.7% | 26.4% | 26.5% |
| Other Income (Expense) | 1.9% | 2.5% | 1.7% | 0.8% | 0.2% | 0.4% | 0.3% | 0.7% | 0.5% | 0.5% | 0.6% | 1.2% | 0.8% | 0.4% | 0.4% |
| Tax Rate | 29.4% | 30.2% | 31.6% | 31.8% | 24.4% | 24.2% | 25.2% | 26.2% | 26.1% | 26.4% | 25.6% | 24.6% | 18.3% | 16.5% | 15.0% |
| Net Income | 10.3% | 14.6% | 16.3% | 19.2% | 21.5% | 23.9% | 26.7% | 21.7% | 21.6% | 22.8% | 21.2% | 21.1% | 22.4% | 22.4% | 22.9% |
| | | | | | | | | | | | | | | | |
| **YoY Δ** | | | | | | | | | | | | | | | |
| Sales | | 24.3% | 56.2% | 14.4% | 74.0% | 66.0% | 44.6% | 9.2% | 16.8% | 27.9% | -7.7% | 6.3% | 15.9% | 3.7% | 3.6% |
| COGS | | 15.6% | 53.3% | 5.7% | 62.8% | 62.9% | 36.3% | 21.4% | 27.8% | 24.8% | -6.2% | 7.4% | 16.1% | 3.6% | 3.4% |
| Gross Profit | | 45.7% | 61.8% | 30.5% | 94.6% | 70.6% | 56.7% | -6.3% | 2.7% | 32.7% | -10.0% | 4.7% | 15.5% | 3.9% | 4.0% |
| R&D | | 9.8% | 41.8% | 20.2% | 60.7% | 36.3% | 39.2% | 32.4% | 78.7% | 33.5% | 24.5% | 15.3% | 22.9% | 10.3% | 4.1% |
| SG&A | | 21.8% | 26.9% | 10.3% | 46.7% | 37.7% | 32.1% | 7.9% | 19.5% | 19.5% | -0.9% | 7.5% | 9.5% | 5.0% | 2.3% |
| EBITDA | | 76.5% | 86.7% | 41.4% | 120.0% | 83.4% | 64.4% | -4.7% | 3.3% | 36.5% | -14.5% | 1.9% | 13.3% | 1.4% | 3.8% |
| EBIT | | 79.7% | 88.9% | 41.0% | 120.8% | 83.8% | 63.5% | -11.3% | -5.0% | 35.7% | -15.7% | 2.2% | 15.6% | 2.4% | 4.3% |
| Pretax Income | | 77.7% | 78.7% | 34.9% | 107.2% | 84.5% | 63.0% | -10.1% | -4.1% | 35.6% | -15.4% | 4.4% | 13.8% | 1.2% | 4.3% |
| Net Income | | 75.8% | 75.0% | 34.6% | 129.0% | 85.0% | 61.0% | -11.3% | -5.3% | 35.1% | -14.4% | 5.8% | 23.1% | 3.5% | 6.2% |
| Diluted EPS | | 73.4% | 72.5% | 33.9% | 123.4% | 82.6% | 59.6% | -10.3% | 1.9% | 43.0% | -10.0% | 11.0% | 29.2% | 10.6% | 12.2% |

Source: Company Reports, Longbow Research Estimates



**Exhibit 9**

**NYSE: AAPL  December 7, 2018**

**Apple**
**Income Statement - Calendar Year**
($ Millions)

Symbol: AAPL
Last Update: 12/07/18

| Income Statement | 2011A | 2012A | 2013A | 2014A | 2015A | 2016A | 2017A | 2018E | 2019E |
|---|---|---|---|---|---|---|---|---|---|
| Sales | 127,841 | 164,687 | 173,992 | 199,800 | 234,988 | 218,118 | 239,176 | 267,039 | 277,620 |
| COGS | 73,618 | 95,668 | 108,902 | 121,368 | 140,680 | 134,102 | 147,254 | 164,750 | 170,852 |
| **Gross Profit** | **54,223** | **69,019** | **65,090** | **78,432** | **94,308** | **84,016** | **91,922** | **102,290** | **106,768** |
| R&D | 2,612 | 3,633 | 4,795 | 6,606 | 8,576 | 10,512 | 12,117 | 14,873 | 15,815 |
| SG&A | 8,308 | 10,275 | 11,043 | 12,540 | 14,577 | 14,292 | 15,546 | 17,135 | 17,589 |
| Operating Expense | 10,920 | 13,908 | 15,838 | 19,146 | 23,153 | 24,804 | 27,663 | 32,008 | 33,404 |
| **EBIT** | **43,303** | **55,111** | **49,252** | **59,286** | **71,155** | **59,212** | **64,259** | **70,281** | **73,364** |
| Other Income (Expense) | 416 | 847 | 940 | 904 | 1,517 | 1,767 | 2,680 | 1,549 | 1,200 |
| **Income Before Taxes** | **43,719** | **55,958** | **50,192** | **60,190** | **72,672** | **60,979** | **66,939** | **71,830** | **74,564** |
| Taxes | 10,737 | 14,211 | 13,161 | 15,728 | 18,941 | 15,762 | 16,414 | 10,690 | 11,902 |
| **Net Income** | **32,982** | **41,747** | **37,031** | **44,462** | **53,731** | **15,762** | **16,414** | **10,662** | **10,662** |
| | | | | | | | | | |
| Basic Shares | 6,498 | 6,563.3 | 6,394.5 | 5,978.2 | 5,682.4 | 5,405.8 | 5,170.8 | 4,861 | 4,573 |
| Diluted Shares | 6,571 | 6,628.3 | 6,442.1 | 6,015.6 | 5,721.2 | 5,433.7 | 5,209.1 | 4,906 | 4,619 |
| **GAAP Basic EPS** | **$5.07** | **$6.36** | **$5.80** | **$7.47** | **$9.48** | **$8.40** | **$9.79** | **$12.63** | **$13.75** |
| **GAAP Diluted EPS** | **$5.02** | **$6.30** | **$5.76** | **$7.42** | **$9.41** | **$8.35** | **$9.72** | **$12.51** | **$13.61** |
| | | | | | | | | | |
| Share-based compensation expense | 1,289.0 | 1,865.0 | 2,389.0 | 3,070.0 | 3,776.0 | 4,388.0 | 4,880.0 | 4,744 | 5,200 |
| **Non-GAAP Net Income** | **34,271** | **43,612** | **39,420** | **47,532** | **57,507** | **49,605** | **55,405** | **65,884** | **67,862** |
| **Basic Non-GAAP EPS ex SOE** | **$5.27** | **$6.65** | **$6.18** | **$7.98** | **$10.14** | **$9.21** | **$10.74** | **$13.49** | **$14.88** |
| **Diluted Non-GAAP EPS ex SOE** | **$5.21** | **$6.58** | **$6.13** | **$7.93** | **$10.08** | **$9.16** | **$10.66** | **$13.49** | **$14.73** |
| | | | | | | | | | |
| **Dividend Per Share** | **$0.00** | **$0.76** | **$1.69** | **$1.85** | **$2.03** | **$2.23** | **$2.46** | **$2.82** | **$2.92** |
| | | | | | | | | | |
| EBIT | 43,303 | 55,111 | 49,252 | 59,286 | 71,155 | 59,212 | 64,259 | 70,281 | 73,364 |
| Depreciation & Amortization | 2,179 | 4,144 | 7,313 | 8,377 | 11,636 | 10,538 | 10,263 | 10,260 | 10,000 |
| **EBITDA** | **45,482** | **59,255** | **56,565** | **67,663** | **82,791** | **69,750** | **74,522** | **80,541** | **83,364** |
| **EBITDA Per Share** | **$6.99** | **$9.03** | **$8.86** | **$11.37** | **$14.60** | **$12.94** | **$14.44** | **$16.63** | **$18.28** |
| | | | | | | | | | |
| **Margin Analysis** | | | | | | | | | |
| Incremental Gross Profit Margin | NM | 40.2% | -42.2% | 51.7% | 45.1% | 61.0% | 37.5% | 37.2% | 42.3% |
| Gross Profit | 42.4% | 41.9% | 37.4% | 39.3% | 40.1% | 38.5% | 38.4% | 38.3% | 38.5% |
| R&D | 2.0% | 2.2% | 2.8% | 3.3% | 3.6% | 4.8% | 5.1% | 5.6% | 5.7% |
| SG&A | 6.5% | 6.2% | 6.3% | 6.3% | 6.2% | 6.6% | 6.5% | 6.4% | 6.3% |
| Operating Expenses | 8.5% | 8.4% | 9.1% | 9.6% | 9.9% | 11.4% | 11.6% | 12.0% | 12.0% |
| EBITDA | 35.6% | 36.0% | 32.5% | 33.9% | 35.2% | 32.0% | 31.2% | 30.2% | 30.0% |
| Incremental EBIT Margin | NM | 32.0% | -63.0% | 38.9% | 33.7% | 70.8% | 24.0% | 21.6% | 29.1% |
| EBIT | 33.9% | 33.5% | 28.3% | 29.7% | 30.3% | 27.1% | 26.9% | 26.3% | 26.4% |
| Other Income (Expense) | 0.3% | 0.5% | 0.5% | 0.5% | 0.6% | 0.8% | 1.1% | 0.6% | 0.4% |
| Tax Rate | 24.6% | 25.4% | 26.2% | 26.1% | 26.1% | 25.8% | 24.5% | 14.9% | 16.0% |
| Net Income | 25.8% | 25.3% | 21.3% | 22.3% | 22.9% | 7.2% | 6.9% | 4.0% | 3.8% |
| | | | | | | | | | |
| **YoY Δ** | | | | | | | | | |
| Sales | NM | 28.8% | 5.7% | 21.3% | 17.6% | -7.2% | 9.7% | 11.6% | 4.0% |
| COGS | NM | 30.0% | 13.8% | 26.9% | 15.9% | -4.7% | 9.8% | 11.9% | 3.7% |
| Gross Profit | NM | 27.3% | -5.7% | 13.6% | 20.2% | -10.9% | 9.4% | 11.3% | 4.4% |
| R&D | NM | 39.1% | 32.0% | 81.8% | 29.8% | 22.6% | 15.3% | 22.7% | 6.3% |
| SG&A | NM | 23.7% | 7.5% | 22.0% | 16.2% | -2.0% | 8.8% | 10.2% | 2.7% |
| EBITDA | NM | 30.3% | -4.5% | 14.2% | 22.4% | -15.8% | 6.8% | 8.1% | 3.5% |
| EBIT | NM | 27.3% | -10.6% | 7.6% | 20.0% | -16.8% | 8.5% | 9.4% | 4.4% |
| Pretax Income | NM | 28.0% | -10.3% | 7.6% | 20.7% | -16.1% | 9.8% | 7.3% | 3.8% |
| Net Income | NM | 26.6% | -11.3% | 6.5% | 20.8% | -70.7% | 4.1% | -35.0% | 0.0% |
| Diluted EPS | NM | 25.6% | -8.6% | 17.8% | 26.8% | -11.3% | 16.4% | 28.8% | 8.7% |

*Source: Company Reports, Longbow Research Estimates*

**Exhibit 9**



NYSE: AAPL  December 7, 2018

**Apple Corp.**
**Balance Sheet**
($ Millions)

Symbol: AAPL
Last Update: 12/07/18

| Balance Sheet | Dec-15 1Q16A | Mar-16 2Q16A | Jun-16 3Q16A | Sept-16 4Q16A | Dec-16 1Q17A | Mar-17 2Q17A | Jun-17 3Q17A | Sept-17 4Q17A | Dec-17 1Q18A | Mar-18 2Q18A | Jun-18 3Q18A | Sept-18 4Q18A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current Assets** | | | | | | | | | | | | |
| Cash & Equivalents | 16,689 | 21,514 | 18,237 | 20,484 | 16,371 | 15,157 | 18,571 | 20,289 | 27,491 | 45,059 | 31,971 | 25,913 |
| Short Term Investments | 21,385 | 33,769 | 43,519 | 46,671 | 44,081 | 51,944 | 58,188 | 53,892 | 49,662 | 42,881 | 38,999 | 40,388 |
| Accounts Receivable | 12,953 | 12,229 | 11,714 | 15,754 | 14,057 | 11,579 | 12,399 | 17,874 | 23,440 | 14,324 | 14,104 | 23,186 |
| Inventories | 2,451 | 2,281 | 1,831 | 2,132 | 2,712 | 2,910 | 3,146 | 4,855 | 4,421 | 7,662 | 5,936 | 3,956 |
| Trade Receivables | 11,668 | 7,595 | 7,328 | 13,545 | 13,920 | 9,033 | 10,233 | 17,799 | 27,459 | 8,084 | 12,263 | 25,809 |
| Other Current Assets | 11,073 | 10,204 | 11,132 | 8,283 | 12,191 | 11,367 | 10,338 | 13,936 | 11,337 | 12,043 | 12,488 | 12,087 |
| **Total Current Assets** | 76,219 | 87,592 | 93,761 | 106,869 | 103,332 | 101,990 | 112,875 | 128,645 | 143,810 | 130,053 | 115,761 | 131,339 |
| Long Term Securities | 177,665 | 177,645 | 169,764 | 170,430 | 185,638 | 189,740 | 184,757 | 194,714 | 207,944 | 179,286 | 172,773 | 170,799 |
| PP&E | 22,300 | 23,203 | 25,448 | 27,010 | 26,510 | 27,163 | 29,286 | 33,783 | 33,679 | 35,077 | 38,117 | 41,304 |
| Goodwill | 5,202 | 5,249 | 5,261 | 5,414 | 5,423 | 5,473 | 5,661 | 5,717 | 5,889 | 0 | 0 | 0 |
| Other Assets | 11,898 | 11,588 | 11,368 | 11,963 | 10,238 | 10,166 | 12,594 | 12,460 | 15,472 | 23,086 | 22,546 | 22,283 |
| **Total Assets** | 293,284 | 305,277 | 305,602 | 321,686 | 331,141 | 334,532 | 345,173 | 375,319 | 406,794 | 367,502 | 349,197 | 365,725 |
| | | | | | | | | | | | | |
| **Current Liabilities** | | | | | | | | | | | | |
| Accounts Payable | 33,312 | 25,098 | 26,318 | 37,294 | 38,510 | 28,573 | 31,915 | 49,049 | 62,985 | 34,311 | 38,489 | 55,888 |
| Deferred Revenue | 8,989 | 9,461 | 8,352 | 8,080 | 7,889 | 7,682 | 7,608 | 7,548 | 8,044 | 7,775 | 7,403 | 7,543 |
| Other Current Liabilities | 24,032 | 23,208 | 20,820 | 22,027 | 23,739 | 23,096 | 23,304 | 25,744 | 26,281 | 26,756 | 25,184 | 32,687 |
| Short-Term Debt | 9,759 | 10,498 | 15,996 | 11,605 | 13,992 | 13,991 | 18,475 | 18,473 | 18,478 | 20,478 | 17,472 | 20,748 |
| **Total Current Liabilities** | 76,092 | 68,265 | 71,486 | 79,006 | 84,130 | 73,342 | 81,302 | 100,814 | 115,788 | 89,320 | 88,548 | 116,866 |
| Long-Term Debt | 53,204 | 69,374 | 68,939 | 75,427 | 73,557 | 84,531 | 89,864 | 97,207 | 103,922 | 101,362 | 97,128 | 93,735 |
| Deferred Revenue, non-current | 3,546 | 3,322 | 3,064 | 2,930 | 3,163 | 3,107 | 2,984 | 2,836 | 3,131 | 3,087 | 2,878 | 2,797 |
| Other Liabilities | 32,175 | 33,859 | 35,572 | 36,074 | 37,901 | 39,470 | 38,598 | 40,415 | 43,754 | 46,855 | 45,694 | 45,180 |
| **Total Liabilities** | 165,017 | 174,820 | 179,061 | 193,437 | 198,751 | 200,450 | 212,748 | 241,272 | 266,595 | 240,624 | 234,248 | 258,578 |
| | | | | | | | | | | | | |
| **Shareholders' Equity** | | | | | | | | | | | | |
| Common Stock | 28,253 | 29,484 | 30,106 | 31,251 | 32,144 | 33,579 | 34,445 | 35,867 | 36,447 | 38,044 | 38,624 | 40,201 |
| Retained Earnings | 101,494 | 102,021 | 96,542 | 96,364 | 100,001 | 100,925 | 98,525 | 98,330 | 104,593 | 91,898 | 79,436 | 70,400 |
| Other, net | (1,480) | (1,048) | (107) | 634 | 245 | (422) | (545) | (150) | (841) | (3,064) | (3,111) | (3,454) |
| **Total Shareholders' Equity** | 128,267 | 130,457 | 126,541 | 128,249 | 132,390 | 134,082 | 132,425 | 134,047 | 140,199 | 126,878 | 114,949 | 107,147 |
| **Total Liabilities & Shareholders' Equity** | 293,284 | 305,277 | 305,602 | 321,686 | 331,141 | 334,532 | 345,173 | 375,319 | 406,794 | 367,502 | 349,197 | 365,725 |
| | | | | | | | | | | | | |
| **Balance Sheet Analysis** | | | | | | | | | | | | |
| DSO | 17.9 | 22.7 | 25.8 | 26.7 | 17.4 | 22.1 | 24.1 | 26.3 | 21.3 | 28.2 | 24.4 | 27.0 |
| Inventory Turns | 75.7 | 51.8 | 51.1 | 58.6 | 79.6 | 46.0 | 36.9 | 32.6 | 46.9 | 25.0 | 19.3 | 31.4 |
| Days on Hand | 4.8 | 7.0 | 7.1 | 6.2 | 4.6 | 7.9 | 9.9 | 11.2 | 7.8 | 14.6 | 18.9 | 11.6 |
| DPO | 69.1 | 87.0 | 89.4 | 99.9 | 71.8 | 94.7 | 98.8 | 113.1 | 94.0 | 117.7 | 101.1 | 110.9 |
| Cash Cycle | (46.3) | (57.2) | (56.4) | (67.0) | (49.8) | (64.7) | (64.9) | (75.7) | (64.9) | (74.9) | (57.9) | (72.3) |
| | | | | | | | | | | | | |
| Asset Turnover | 0.7 | 0.7 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.7 |
| NOPAT Margin | 23.8% | 20.6% | 17.8% | 18.6% | 22.1% | 20.0% | 18.3% | 19.2% | 22.1% | 22.2% | 20.5% | 22.0% |
| ROA | 16.5% | 13.9% | 9.9% | 11.1% | 14.3% | 12.7% | 9.8% | 11.2% | 13.8% | 14.0% | 12.2% | 15.5% |
| | | | | | | | | | | | | |
| EquityTurnover | 1.6 | 1.6 | 1.3 | 1.5 | 1.6 | 1.6 | 1.4 | 1.4 | 1.8 | 1.8 | 1.8 | 2.3 |
| ROE | 38.9% | 32.2% | 23.4% | 27.3% | 35.8% | 31.8% | 24.9% | 30.3% | 39.4% | 40.7% | 36.2% | 49.9% |
| | | | | | | | | | | | | |
| Invested Capital Turnover | (13.1) | (8.6) | (7.9) | (8.9) | (12.9) | (8.4) | (8.1) | (10.5) | (17.0) | (11.9) | (13.0) | (17.0) |
| ROIC | -312% | -177% | -141% | -164% | -285% | -168% | -148% | -202% | -374% | -265% | -268% | -374% |
| Net Debt | (152,776) | (153,056) | (146,585) | (150,553) | (158,541) | (158,319) | (153,177) | (153,215) | (162,697) | (145,386) | (129,143) | (122,617) |
| Net Leverage | (1.8) | (1.9) | (2.0) | (2.1) | (2.3) | (2.3) | (2.2) | (2.1) | (2.2) | (1.9) | (1.6) | (1.5) |
| | | | | | | | | | | | | |
| Debt/Equity | 49.1% | 61.2% | 67.1% | 67.9% | 66.1% | 73.5% | 81.8% | 86.3% | 87.3% | 96.0% | 99.7% | 106.8% |
| Debt/Total Capital | 32.9% | 38.0% | 40.2% | 40.4% | 39.8% | 42.4% | 45.0% | 46.3% | 46.6% | 49.0% | 49.9% | 51.7% |
| Book Value/Share | $23.07 | $23.66 | $23.25 | $23.90 | $24.99 | $25.66 | $25.49 | $26.03 | $27.42 | $25.25 | $23.54 | $22.31 |
| Tangible Book Value/Share | $22.14 | $22.71 | $22.28 | $22.89 | $23.96 | $24.61 | $24.40 | $24.92 | $26.27 | $25.25 | $23.54 | $22.31 |

*Source: Company Reports, Longbow Research Estimates*



**Exhibit 9**

NYSE: AAPL  December 7, 2018

**Apple Corp.**
**CashFlow Statement**
($ Millions)

Symbol: AAPL
Last Update: 12/07/18

| Cash Flow Statement | Dec-15 1Q16A | Mar-16 2Q16A | Jun-16 3Q16A | Sept-16 4Q16A | Dec-16 1Q17A | Mar-17 2Q17A | Jun-17 3Q17A | Sept-17 4Q17A | Dec-17 1Q18A | Mar-18 2Q18A | Jun-18 3Q18A | Sept-18 4Q18A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Activities** | | | | | | | | | | | | |
| Net Income | 18,361 | 28,877 | 36,673 | 45,687 | 17,891 | 28,920 | 37,637 | 48,351 | 20,065 | 33,887 | 45,406 | 59,531 |
| Depreciation & Amortization | 2,954 | 5,431 | 7,957 | 10,505 | 2,987 | 5,319 | 7,673 | 10,157 | 2,745 | 5,484 | 8,149 | 10,903 |
| Stock-Based Compensation | 1,078 | 2,126 | 3,180 | 4,210 | 1,256 | 2,473 | 3,666 | 4,840 | 1,296 | 2,644 | 3,995 | 5,340 |
| Deferred income tax expense | 1,592 | 3,092 | 5,191 | 4,938 | 1,452 | 2,822 | 4,764 | 5,966 | (33,748) | (34,235) | (33,109) | (32,590) |
| Changes in Working Capital | 3,478 | (462) | (3,303) | 484 | 3,470 | 254 | (5,798) | (5,550) | 37,144 | 35,794 | 33,880 | 34,694 |
| Accounts Receivable | 3,896 | 4,620 | 5,135 | 1,095 | 1,697 | 4,183 | 3,381 | (2,093) | (5,670) | 3,523 | 3,756 | (5,322) |
| Inventories | (102) | 68 | 518 | 217 | (580) | (778) | (1,014) | (2,723) | 434 | (2,807) | (1,114) | 828 |
| Other Curent Assets | 933 | 6,199 | 6,166 | 1,090 | (1,821) | 3,616 | 3,312 | (9,572) | (9,857) | 8,662 | (65) | (8,010) |
| Accounts Payable | (852) | (9,475) | (9,622) | 1,791 | 2,460 | (6,862) | (5,212) | 9,618 | 14,588 | (13,220) | (11,139) | 9,175 |
| Other Current Liabilities | (397) | (1,874) | (5,500) | (3,709) | 1,714 | 95 | (6,265) | (780) | 37,549 | 39,636 | 42,442 | 38,023 |
| Other | 0 | 0 | 0 | 0 | 0 | (209) | 0 | (166) | 791 | (151) | (410) | (444) |
| Other Operating Activities | 2,670 | 5,218 | 8,371 | 9,148 | 2,708 | 5,086 | 8,430 | 10,640 | (31,661) | (31,742) | (29,524) | (27,694) |
| **Cash From Operating Activities** | **27,463** | **39,064** | **49,698** | **65,824** | **27,056** | **39,579** | **47,942** | **63,598** | **28,293** | **43,423** | **57,911** | **77,434** |
| | | | | | | | | | | | | |
| **Investing Activities** | | | | | | | | | | | | |
| Purchases of marketable securities | (47,836) | (86,242) | (112,068) | (142,428) | (54,272) | (99,821) | (123,781) | (159,486) | (41,272) | (48,449) | (56,133) | (71,356) |
| Proceeds from maturities/sales of marketable securities | 31,776 | 59,199 | 84,841 | 111,794 | 38,691 | 72,883 | 96,094 | 126,339 | 30,849 | 70,826 | 87,904 | 103,719 |
| Payments made in connection with business acquisitions, ne | (86) | (140) | (146) | (297) | (17) | (67) | (248) | (329) | (173) | (305) | (431) | (721) |
| Capital Expenditures | (4,006) | (6,605) | (8,757) | (12,734) | (3,334) | (6,309) | (8,586) | (12,451) | (2,810) | (7,005) | (10,272) | (13,313) |
| Other | (298) | (322) | (2,450) | (2,312) | (190) | (10) | 17 | (519) | (184) | 53 | (2,001) | (2,263) |
| **Cash From Investing Activities** | **(20,450)** | **(34,110)** | **(38,580)** | **(45,977)** | **(19,122)** | **(33,324)** | **(36,504)** | **(46,446)** | **(13,590)** | **15,120** | **19,067** | **16,066** |
| | | | | | | | | | | | | |
| **Financing Activities** | | | | | | | | | | | | |
| Issuance of Common Stock | 1 | 247 | 247 | 495 | 0 | 273 | 274 | 555 | 0 | 327 | 328 | 669 |
| Excess tax benefits from equity awards | 224 | 264 | 391 | 407 | 178 | 225 | 534 | 627 | 0 | 0 | 0 | 0 |
| Taxes paid related to net share settlement of equity awards | (597) | (751) | (1,361) | (1,570) | (629) | (788) | (1,646) | (1,874) | (1,038) | (1,190) | (2,267) | (2,527) |
| Dividend Payments | (2,969) | (5,871) | (9,058) | (12,150) | (3,130) | (6,134) | (9,499) | (12,769) | (3,339) | (6,529) | (10,182) | (13,712) |
| Repurchase of common stock | (6,863) | (13,530) | (23,696) | (29,722) | (10,851) | (16,012) | (25,105) | (32,900) | (10,095) | (32,851) | (53,644) | (72,738) |
| Proceeds from isuance of term debt, net | 0 | 15,584 | 15,484 | 24,954 | 0 | 10,975 | 18,225 | 28,662 | 6,969 | 6,969 | 469 | 6,969 |
| Other Financing Activities | (1,240) | (503) | 3,992 | (2,897) | 2,385 | 1,879 | 3,866 | 352 | 2 | (499) | (10) | (6,537) |
| **Cash From Financing Activities** | **(11,444)** | **(4,560)** | **(14,001)** | **(20,483)** | **(12,047)** | **(11,582)** | **(13,351)** | **(17,347)** | **(7,501)** | **(33,773)** | **(65,296)** | **(87,876)** |
| **Net Change In Cash** | **(4,431)** | **394** | **(2,883)** | **(636)** | **(4,113)** | **(5,327)** | **(1,913)** | **(195)** | **7,202** | **24,770** | **11,682** | **5,624** |
| Cash at the Beginning of the Period | 21,120 | 21,120 | 21,120 | 21,120 | 20,484 | 20,484 | 20,484 | 20,484 | 20,289 | 20,289 | 20,289 | 20,289 |
| **Cash at the End of the Period** | **16,689** | **21,514** | **18,237** | **20,484** | **16,371** | **15,157** | **18,571** | **20,289** | **27,491** | **45,059** | **31,971** | **25,913** |
| | | | | | | | | | | | | |
| **Free Cash Flow** | | | | | | | | | | | | |
| Cashflow From Operations | 27,463 | 11,601 | 10,634 | 16,126 | 27,056 | 12,523 | 8,363 | 15,656 | 28,293 | 15,130 | 14,488 | 19,523 |
| Capital Expenditures | (4,006) | (2,599) | (2,152) | (3,977) | (3,334) | (2,975) | (2,277) | (3,865) | (2,810) | (4,195) | (3,267) | (3,041) |
| **Free Cash Flow** | **23,457** | **9,002** | **8,482** | **12,149** | **23,722** | **9,548** | **6,086** | **11,791** | **25,483** | **10,935** | **11,221** | **16,482** |
| Dividend Payments | (2,969) | (2,902) | (3,187) | (3,092) | (3,130) | (3,004) | (3,365) | (3,270) | (3,339) | (3,190) | (3,653) | (3,530) |
| **Free Cash Flow (Post-Div)** | **20,488** | **6,100** | **5,295** | **9,057** | **20,592** | **6,544** | **2,721** | **8,521** | **22,144** | **7,745** | **7,568** | **12,952** |
| **Free Cash Flow Per Diluted Share** | **$3.66** | **$1.10** | **$0.97** | **$1.68** | **$3.86** | **$1.24** | **$0.52** | **$1.64** | **$4.29** | **$1.53** | **$1.54** | **$2.67** |
| | | | | | | | | | | | | |
| **Free Cash Flow - YTD** | | | | | | | | | | | | |
| Cashflow From Operations | 27,463 | 39,064 | 49,698 | 65,824 | 27,056 | 39,579 | 47,942 | 63,598 | 28,293 | 43,423 | 57,911 | 77,434 |
| Capital Expenditures | (4,006) | (6,605) | (8,757) | (12,734) | (3,334) | (6,309) | (8,586) | (12,451) | (2,810) | (7,005) | (10,272) | (13,313) |
| **Free Cash Flow** | **23,457** | **32,459** | **40,941** | **53,090** | **23,722** | **33,270** | **39,356** | **51,147** | **25,483** | **36,418** | **47,639** | **64,121** |
| Dividend Payments | (2,969) | (5,871) | (9,058) | (12,150) | (3,130) | (6,134) | (9,499) | (12,769) | (3,339) | (6,529) | (10,182) | (13,712) |
| **Free Cash Flow (Post-Div)** | **20,488** | **26,588** | **31,883** | **40,940** | **20,592** | **27,136** | **29,857** | **38,378** | **22,144** | **29,889** | **37,457** | **50,409** |
| **Free Cash Flow Per Diluted Share (Post-Div)** | **$3.66** | **$4.80** | **$5.83** | **$7.59** | **$3.86** | **$5.16** | **$5.70** | **$7.40** | **$4.29** | **$5.90** | **$7.60** | **$10.40** |
| **Free Cash Flow Per Diluted Share (Pre-Div)** | **$4.19** | **$5.86** | **$7.48** | **$9.84** | **$4.45** | **$6.32** | **$7.52** | **$9.87** | **$4.94** | **$7.19** | **$9.67** | **$13.23** |

*Source: Company Reports, Longbow Research Estimates*

**Exhibit 9**

**LONGBOW** Research

**NYSE: AAPL  December 7, 2018**

## Peer Valuation Analysis - Supply Chain - Electronics and Industrial Technology (Pt. 1)

| | Ticker | Rating | Price 12/06/18 | Target Price | Potential Return | 52-Week High | 52-Week Low | QTD Return | YTD Return | Ticker | Market Cap ($ Millions) | Shares | Average Volume | Beta | Dividend Yield | Short Int % of Float |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Apple (Sept.) | AAPL | NEUTRAL | $174.72 | NM | NM | $233.47 | $150.24 | -1.1% | 6.0% | AAPL | $846,963 | 4,847.5 | 32,466,537 | 1.10 | 1.7% | 0.9% |
| Amphenol - (Dec.) | APH | BUY | $83.92 | $98.00 | 16.8% | $97.56 | $80.42 | -1.8% | -1.8% | APH | $26,217 | 312.4 | 1,361,648 | 1.03 | 1.1% | 1.5% |
| Belden - (Dec.) | BDC | NEUTRAL | $48.96 | NM | NM | $87.15 | $47.61 | -2.9% | -34.5% | BDC | $2,339 | 47.8 | 453,328 | 1.58 | 0.4% | 13.6% |
| CommScope - (Dec.) | COMM | NEUTRAL | $17.50 | NM | NM | $41.60 | $17.20 | -1.0% | -53.3% | COMM | $3,419 | 195.4 | 1,957,989 | 1.01 | NM | 2.8% |
| Littelfuse - (Dec.) | LFUS | NEUTRAL | $178.15 | NM | NM | $238.11 | $163.43 | -2.7% | -6.7% | LFUS | $4,538 | 25.5 | 180,312 | 1.11 | 0.9% | 3.3% |
| Sensata - (Dec.) | ST | BUY | $45.82 | $60.00 | 30.9% | $57.40 | $41.12 | 0.4% | -10.7% | ST | $7,725 | 168.6 | 1,043,955 | 1.22 | NM | 5.7% |
| TE Connectivity - (Sept.) | TEL | BUY | $94.96 | $102.00 | 7.4% | $108.23 | $72.60 | 2.1% | -20.4% | TEL | $33,236 | 350.0 | 1,872,002 | 1.15 | 2.4% | 1.1% |
| Arrow - (Dec.) | ARW | BUY | $74.69 | $98.00 | 31.2% | $87.26 | $64.04 | -1.0% | -6.2% | ARW | $6,618 | 88.6 | 493,520 | 1.30 | NM | 2.8% |
| Avnet - (Jun.) | AVT | BUY | $42.98 | $54.00 | 25.6% | $49.41 | $37.11 | 1.1% | 9.3% | AVT | $5,006 | 116.5 | 990,724 | 1.17 | 1.9% | 5.1% |
| Anixter - (Dec.) | AXE | BUY | $60.04 | $85.00 | 41.6% | $88.85 | $56.25 | -0.8% | -20.3% | AXE | $2,047 | 34.1 | 178,372 | 1.31 | NM | 2.3% |
| ADI (Oct.) | ADI | NOT RATED | $89.53 | NM | NM | $103.59 | $76.62 | -1.0% | 3.6% | ADI | $27,961 | 312.3 | 2,880,721 | 1.21 | 2.1% | 3.3% |
| Broadcom (Oct.) | AVGO | NEUTRAL | $227.24 | NM | NM | $275.70 | $197.46 | -2.1% | -7.8% | AVGO | $98,849 | 435.0 | 4,044,917 | 1.41 | 3.0% | 2.3% |
| Diodes, Inc. - (Dec.) | DIOD | BUY | $32.77 | $41.00 | 25.1% | $39.31 | $26.09 | -1.3% | 15.8% | DIOD | $1,674 | 51.1 | 334,547 | 1.19 | NM | 7.7% |
| Microchip (Mar.) | MCHP | NOT RATED | $73.40 | NM | NM | $104.20 | $60.70 | -1.5% | -13.7% | MCHP | $17,940 | 244.4 | 3,115,998 | 1.27 | 2.0% | 16.5% |
| ON Semi - (Dec.) | ON | BUY | $16.26 | $29.00 | 78.4% | $27.10 | $14.55 | -1.1% | -11.8% | ON | $6,982 | 429.4 | 6,756,124 | 1.56 | NM | 7.0% |
| Qorvo - (Mar.) | QRVO | BUY | $62.72 | $86.00 | 37.1% | $86.84 | $60.79 | -2.2% | -3.7% | QRVO | $8,194 | 130.6 | 1,604,594 | 1.61 | NM | 5.2% |
| Skyworks - (Sept) | SWKS | BUY | $70.61 | $113.00 | 60.0% | $115.98 | $68.58 | -0.2% | -24.3% | SWKS | $12,724 | 180.2 | 2,202,794 | 1.57 | 2.1% | 3.5% |
| Texas Instruments (Dec.) | TXN | BUY | $97.32 | $109.00 | 12.0% | $120.75 | $87.90 | 1.3% | -5.6% | TXN | $96,249 | 989.0 | 5,824,525 | 1.23 | 3.2% | 1.8% |
| Vishay Intertech - (Dec.) | VSH | NEUTRAL | $20.22 | NM | NM | $26.50 | $16.87 | 0.6% | -1.6% | VSH | $3,093 | 152.9 | 1,848,993 | 1.24 | 1.7% | 10.0% |
| *Peer Average* | | | | | | | | -0.8% | -9.9% | | $63,778 | | 2,063,615 | 1.29 | | |
| *Philly Semi Index* | SOX | | $1,202.83 | | | $1,464.62 | $1,119.37 | -0.5% | -3.5% | | | | | | | |
| *Benchmark - S&P 500* | SPX | | $2,695.95 | | | $2,940.91 | $2,532.69 | -0.2% | 1.0% | | | | | | | |

| | Longbow Fiscal Year EPS | | | | | Consensus Fiscal Year EPS | | | | | Longbow Calendar Year EPS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | EPS 2017A | 2018E | 2019E | P/E 2018E | 2019E | EPS 2018E | 2019E | P/E 2018E | 2019E | | EPS 2017A | 2018E | 2019E | P/E 2017A | 2018E | 2019E |
| Apple | $9.19 | $11.87 | $13.12 | 14.7 | 13.3 | $12.25 | $13.58 | 14.3 | 12.9 | AAPL | $9.72 | $12.51 | $13.61 | 18.0 | 14.0 | 13.6 |
| Amphenol | $3.12 | $3.68 | $3.90 | 22.8 | 21.5 | $3.70 | $4.03 | 22.7 | 20.8 | APH | $3.12 | $3.68 | $3.90 | 26.9 | 22.8 | 21.5 |
| Belden | $5.43 | $6.10 | $6.42 | 8.0 | 7.6 | $6.09 | $6.43 | 8.0 | 7.6 | BDC | $5.43 | $6.10 | $6.42 | 9.0 | 8.0 | 7.6 |
| CommScope | $2.13 | $2.12 | $2.10 | 8.3 | 8.3 | $2.14 | $2.15 | 8.2 | 8.1 | COMM | $2.13 | $2.12 | $2.10 | 8.2 | 8.3 | 8.3 |
| Littelfuse | $7.71 | $9.56 | $10.27 | 18.6 | 17.3 | $9.57 | $10.40 | 18.6 | 17.1 | LFUS | $7.71 | $9.56 | $10.27 | 23.1 | 18.6 | 17.3 |
| Sensata | $3.19 | $3.69 | $4.11 | 12.4 | 11.1 | $3.68 | $4.08 | 12.4 | 11.2 | ST | $3.19 | $3.69 | $4.11 | 14.4 | 12.4 | 11.1 |
| TE Connectivity | $4.83 | $5.62 | $5.67 | 16.9 | 16.7 | $5.61 | $5.71 | 16.9 | 16.6 | TEL | $5.10 | $5.48 | $5.83 | 18.6 | 17.3 | 16.3 |
| Arrow | $7.57 | $8.81 | $9.64 | 8.5 | 7.8 | $8.82 | $9.12 | 8.5 | 8.2 | ARW | $7.57 | $8.81 | $9.64 | 9.9 | 8.5 | 7.8 |
| Avnet | $3.25 | $3.55 | $4.50 | 12.1 | 9.6 | $3.57 | $4.28 | 12.0 | 10.0 | AVT | $3.26 | $4.09 | $4.77 | 13.2 | 10.5 | 4.8 |
| Anixter | $5.16 | $5.74 | $6.78 | 10.5 | 8.9 | $5.76 | $6.67 | 10.4 | 9.0 | AXE | $5.16 | $5.74 | $6.78 | 11.6 | 10.5 | 8.9 |
| ADI | $4.73 | $5.93 | $5.72 | 15.1 | 15.6 | $5.87 | $5.58 | 15.3 | 16.0 | ADI | $4.93 | $5.90 | $5.81 | 18.2 | 15.2 | 15.4 |
| Broadcom | $16.01 | $20.84 | $22.73 | 10.9 | 10.0 | $21.02 | $22.31 | 10.8 | 10.2 | AVGO | $16.01 | $20.84 | $22.73 | 14.2 | 10.9 | |
| Diodes, Inc. | $1.37 | $2.27 | $2.44 | 14.4 | 13.5 | $2.67 | $2.91 | 12.3 | 11.3 | DIOD | $1.37 | $2.27 | $2.44 | 23.9 | 14.4 | 13.5 |
| Microchip | $5.45 | $6.57 | $7.22 | 11.2 | 10.2 | $6.29 | $7.04 | 11.7 | 10.4 | MCHP | $5.09 | $6.29 | $7.04 | 14.4 | 11.7 | 10.4 |
| ON Semi | $1.46 | $1.89 | $2.00 | 8.6 | 8.1 | $1.90 | $1.91 | 8.5 | 8.5 | ON | $1.46 | $1.89 | $2.00 | 11.2 | 8.6 | 8.1 |
| Qorvo | $4.57 | $5.15 | $5.77 | 12.2 | 10.9 | $5.66 | $6.43 | 11.1 | 9.8 | QRVO | $4.93 | $5.44 | $6.19 | 13.7 | 12.2 | 10.9 |
| Skyworks | $6.46 | $7.22 | $7.55 | 9.8 | 9.4 | $6.67 | $6.99 | 10.6 | 10.1 | SWKS | $6.85 | $7.14 | $7.84 | 10.9 | 9.8 | 9.4 |
| Texas Instruments | $3.60 | $5.49 | $5.16 | 17.7 | 18.8 | $5.57 | $5.55 | 17.5 | 17.5 | TXN | $3.60 | $5.49 | $5.16 | 27.0 | 17.7 | 18.8 |
| Vishay Intertech | $1.43 | $2.04 | $2.13 | 9.9 | 9.5 | $2.06 | $2.21 | 9.8 | 9.2 | VSH | $1.43 | $2.04 | $2.13 | 14.2 | 9.9 | 9.5 |
| *Peer Average* | | | | 12.8x | 12.0x | | | 12.6x | 11.8x | | | | | 15.8x | 12.7x | 11.8x |
| *Philly Semi Index* | $74.18 | $95.29 | $97.62 | 12.7 | 12.4 | | | 12.7x | 12.4 | | $74.18 | $95.29 | $97.62 | 12.8 | 12.7 | 12.4 |
| *Benchmark - S&P 500* | $129.66 | $156.65 | $168.01 | 17.2 | 16.0 | $156.65 | $168.01 | 17.2x | 16.0x | | $129.66 | $156.65 | $168.01 | 20.8 | 17.2 | 16.0 |

Note: S&P 500 used as a benchmark.
Source: Longbow Research, Company Reports, Factset



**Exhibit 9**

**LONGBOW** Research

**NYSE: AAPL  December 7, 2018**

### Peer Valuation Analysis - Supply Chain - Electronics and Industrial Technology (Pt. 2)

| | Ticker | Rating | Longbow Calendar Year Sales 2017A | 2018E | 2019E | 18E/17A Growth | 3-Year CAGR 18E | Price to 19E Sales | EV to 19E Sales | EV/Share | Longbow Calendar Year EBITDA 2017A | 2018E | 2019E | EV17A EBITDA | EV18E EBITDA | EV19E EBITDA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Apple (Sept.) | AAPL | NEUTRAL | $239,176 | $267,039 | $277,620 | 11.6% | 6.2% | 3.1x | 2.6x | $149.43 | $14.44 | $16.63 | $18.28 | 10.3x | 9.0x | 8.2x |
| Amphenol - (Dec.) | APH | BUY | $7,011 | $8,042 | $8,291 | 14.7% | 9.5% | 3.2x | 3.4x | $91.09 | $5.24 | $6.15 | $6.54 | 17.4x | 14.8x | 13.9x |
| Belden - (Dec.) | BDC | NEUTRAL | $2,389 | $2,603 | $2,646 | 9.0% | 1.0% | 0.9x | 1.3x | $73.54 | $8.81 | $10.02 | $10.36 | 8.3x | 7.3x | 7.1x |
| CommScope - (Dec.) | COMM | NEUTRAL | $4,561 | $4,561 | $4,499 | 0.0% | 6.0% | 0.8x | 1.6x | $36.09 | $4.90 | $4.58 | $4.46 | 7.4x | 7.9x | 8.1x |
| Littelfuse - (Dec.) | LFUS | NEUTRAL | $1,222 | $1,727 | $1,777 | 41.4% | 12.8% | 2.6x | 2.7x | $184.94 | $12.69 | $16.81 | $17.70 | 14.6x | 11.0x | 10.4x |
| Sensata - (Dec.) | ST | BUY | $3,289 | $3,540 | $3,606 | 7.6% | 10.9% | 2.1x | 2.8x | $60.19 | $5.01 | $5.60 | $6.05 | 12.0x | 10.8x | 10.0x |
| TE Connectivity - (Sept.) | TEL | BUY | $13,530 | $14,403 | $14,306 | 6.5% | 3.6% | 2.3x | 2.5x | $103.97 | $8.25 | $8.81 | $9.36 | 12.6x | 11.8x | 11.1x |
| Arrow - (Dec.) | ARW | BUY | $26,813 | $29,773 | $31,157 | 11.0% | 5.6% | 0.2x | 0.3x | $108.95 | $13.31 | $15.78 | $16.96 | 8.2x | 6.9x | 6.4x |
| Avnet - (Jun.) | AVT | BUY | $18,231 | $20,084 | $21,364 | 10.2% | -13.5% | 0.2x | 0.3x | $53.28 | $5.98 | $7.24 | $8.00 | 8.9x | 7.4x | 8.0x |
| Anixter - (Dec.) | AXE | BUY | $7,927 | $8,418 | $8,837 | 6.2% | 12.9% | 0.2x | 0.4x | $95.05 | $11.34 | $11.38 | $12.87 | 8.4x | 8.4x | 7.4x |
| ADI (Oct.) | ADI | NOT RATED | $5,361 | $6,211 | $6,306 | 15.9% | 21.9% | 4.4x | 5.5x | $110.69 | $10.11 | $12.21 | $12.15 | 10.9x | 9.1x | 9.1x |
| Broadcom (Oct.) | AVGO | NEUTRAL | $2,364 | $2,520 | $4,269 | 6.6% | 16.8% | 23.2x | 26.2x | $257.59 | $3.19 | $3.34 | $6.45 | 80.8x | 77.1x | 39.9x |
| Diodes, Inc. - (Dec.) | DIOD | BUY | $1,054 | $1,210 | $1,274 | 14.8% | 5.8% | 1.3x | 1.3x | $33.18 | $3.79 | $4.99 | $5.24 | 8.8x | 6.6x | 6.3x |
| Microchip (Mar.) | MCHP | NOT RATED | $3,863 | $5,142 | $5,802 | 33.1% | 22.4% | 3.1x | 3.0x | $71.61 | $8.48 | $12.89 | $14.77 | 8.4x | 5.6x | 4.8x |
| ON Semi - (Dec.) | ON | BUY | $5,388 | $5,855 | $6,006 | 8.7% | 19.4% | 1.2x | 1.5x | $20.37 | $2.72 | $3.15 | $3.37 | 7.5x | 6.5x | 6.0x |
| Qorvo - (Mar) | QRVO | BUY | $2,951 | $3,057 | $3,292 | 3.6% | 7.8% | 2.5x | 2.5x | $64.08 | $7.23 | $7.60 | $8.70 | 8.9x | 8.4x | 7.4x |
| Skyworks - (Sept) | SWKS | BUY | $3,789 | $3,829 | $4,101 | 1.1% | 13.5% | 3.1x | 2.8x | $64.78 | $8.99 | $9.35 | $10.28 | 7.2x | 6.9x | 10.3x |
| Texas Instruments (Dec.) | TXN | BUY | $14,961 | $15,708 | $14,952 | 5.0% | 4.7% | 6.4x | 6.4x | $97.27 | $3.10 | $4.15 | $4.36 | 31.4x | 23.4x | 22.3x |
| Vishay Intertech - (Dec.) | VSH | NEUTRAL | $2,604 | $3,013 | $3,117 | 15.7% | 1.5% | 1.0x | 0.8x | $17.12 | $5.61 | $5.61 | $7.15 | 3.1x | 3.1x | 2.4x |
| *Peer Average* | | | | | | 11.7% | 8.9% | 3.2x | 3.4x | | | | | 14.5x | 12.7x | 10.5x |

| | BV Equity/Share | Tangible BV/Sh | Total Debt | Net Debt | Debt to Cap | Net Leverage | Cash/Share | Price-to-BV | Price/Tangible BV | CY17A ROA | CY17A ROE | CY17A ROIC | CY18E GM % | CY18E EBIT % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Apple | $22.10 | $22.10 | $114,483 | ($122,617) | 51.7% | NM | $48.91 | 7.9x | 7.9x | 15.5% | 49.9% | NM | 38.3% | 26.3% |
| Amphenol | $12.97 | ($0.19) | $3,259 | $2,239 | 44.6% | 1.2x | $3.26 | 6.5x | NM | 13.8% | 33.7% | 21.0% | 32.4% | 20.6% |
| Belden | $29.09 | ($14.69) | $1,504 | $1,175 | 52.0% | 2.0x | $6.89 | 1.7x | NM | 10.2% | 27.3% | 14.6% | 40.4% | 16.5% |
| CommScope | $8.98 | ($5.65) | $3,984 | $3,631 | 69.4% | 3.9x | $1.80 | 1.9x | NM | 8.9% | 35.8% | 11.3% | 36.8% | 17.9% |
| Littelfuse | $59.65 | $12.24 | $701 | $173 | 31.6% | 0.4x | $20.72 | 3.0x | 14.5x | 10.4% | 18.2% | 15.9% | 40.4% | 18.7% |
| Sensata | $13.97 | ($8.42) | $3,234 | $3,422 | 57.9% | 2.7x | $4.81 | 3.3x | NM | 11.2% | 31.0% | 15.7% | 36.5% | 23.6% |
| TE Connectivity | $30.95 | $9.84 | $4,000 | $3,152 | 27.0% | 1.0x | $2.42 | 3.1x | 9.7x | 10.0% | 19.4% | 14.8% | 33.3% | 16.9% |
| Arrow | $59.27 | $29.26 | $3,510 | $3,036 | 40.1% | 2.2x | $5.35 | 1.3x | 2.6x | 5.6% | 18.3% | 11.2% | 12.4% | 4.2% |
| Avnet | $39.68 | $31.24 | $1,565 | $1,199 | 25.3% | 1.5x | $3.14 | 1.1x | 1.4x | 6.1% | 12.5% | 10.1% | 12.9% | 3.6% |
| Anixter | $45.87 | $21.43 | $1,264 | $1,194 | 44.7% | 3.1x | $2.05 | 1.3x | 2.8x | 6.1% | 18.2% | 10.1% | 19.6% | 4.2% |
| ADI | $33.13 | ($6.01) | $7,435 | $6,607 | 41.8% | 3.3x | $2.65 | 2.7x | NM | 0.8% | 1.6% | 0.9% | 71.1% | 42.2% |
| Broadcom | $61.28 | ($0.59) | $17,493 | $13,201 | 39.6% | 1.3x | $9.87 | 3.7x | NM | 20.3% | 39.3% | 26.4% | 50.8% | 29.4% |
| Diodes, Inc. | $17.77 | $15.17 | $179 | $21 | 16.4% | 0.1x | $3.08 | 1.8x | 2.2x | 11.2% | 143.4% | 140.7% | 35.6% | 14.1% |
| MCHP | $13.42 | $13.42 | $1,758 | ($438) | 34.9% | (0.1) | $8.99 | 5.5x | 5.5x | 1.6% | 4.1% | 3.0% | 60.8% | 37.7% |
| ON Semi | $7.40 | $5.23 | $2,715 | $1,764 | 46.1% | 1.3x | $2.21 | 2.2x | 3.1x | 14.2% | 34.2% | 19.9% | 38.0% | 16.4% |
| Qorvo | $35.46 | $30.89 | $375 | $177 | 13.7% | 0.2x | $4.27 | 1.8x | 2.0x | 15.9% | 20.1% | 19.3% | 47.4% | 26.3% |
| Skyworks | $22.74 | $15.34 | $0 | ($1,050) | NM | NM | $5.83 | 3.1x | 4.6x | 28.9% | 28.9% | 50.6% | 51.0% | 36.9% |
| Texas Instruments | $10.63 | $6.22 | $5,067 | ($46) | 32.5% | NM | $5.17 | 9.2x | 15.6x | 34.1% | 56.4% | 47.1% | 5.6% | 42.4% |
| Vishay Intertech | $10.05 | $8.65 | $589 | ($475) | 27.7% | NM | $6.95 | 2.0x | 2.3x | 11.7% | 25.3% | 32.3% | 5.6% | 16.0% |
| | | | | | | | | 3.3x | 5.7x | 12.4% | 32.5% | 25.8% | 35.2% | 21.8% |

Note: S&P 500 used as a benchmark.
Source: Longbow Research, Company Reports, Factset

**Exhibit 9**

LONGBOW Research

NYSE: AAPL  December 7, 2018

## Peer Valuation Analysis - Electronic Manufacturing Service Providers

### Price / Return

| | Ticker | Rating | Price 12/06/18 | Target Price | Potential Return | 52-Week High | 52-Week Low | QTD Return | YTD Return |
|---|---|---|---|---|---|---|---|---|---|
| Benchmark | BHE | Not Rated | $22.74 | NM | NM | $32.53 | $21.75 | -2.8% | -20.6% |
| Celestica | CLS | Not Rated | $12.84 | NM | NM | $12.59 | $9.11 | -11.2% | -8.2% |
| Flex | FLEX | Not Rated | $8.47 | NM | NM | $19.71 | $8.74 | -35.4% | -52.9% |
| Jabil Circuit | JBL | Not Rated | $24.39 | NM | NM | $31.77 | $23.04 | -9.6% | -6.0% |
| Plexus | PLXS | BUY | $59.25 | $71.00 | 19.8% | $66.78 | $52.44 | 1.3% | -2.4% |
| Sanmina | SANM | Not Rated | $25.88 | NM | NM | $35.55 | $22.62 | -6.2% | -21.6% |
| Peer Average | | | | | | | | -10.7% | -18.6% |
| Phlx Semi Index (SOX) | | | $1,022.83 | | | $1,464.62 | $1,119.37 | -12.0% | -4.0% |
| Benchmark - S&P500 (SPX) | | | $2,695.95 | | | $2,940.91 | $2,532.69 | -7.5% | 0.8% |

### Market Cap / Volume / Dividend / Short Interest

| | Market Cap ($ Millions) | Shares | Average Volume | Beta | Dividend Yield | Short Int % of Float |
|---|---|---|---|---|---|---|
| BHE | $1,111 | 48.6 | 410,124 | 0.90 | NA | 2.8% |
| CLS | $1,843 | 143.5 | 530,069 | 1.28 | NA | 1.3% |
| FLEX | $4,471 | 527.6 | 5,403,517 | 1.16 | NA | 2.8% |
| JBL | $4,316 | 177.0 | 1,971,992 | 1.04 | 1.3% | 4.1% |
| PLXS | $1,956 | 33.0 | 165,525 | 1.21 | NA | 4.3% |
| SANM | $1,850 | 71.5 | 577,550 | 1.04 | NA | 1.8% |
| Peer Average | $2,591 | | 1,511,300 | 1.06 | | |

### Longbow Fiscal Year EPS | Consensus Fiscal Year EPS

| | | Longbow EPS 2017A | 2018E | 2019E | Longbow P/E 2018E | 2019E | Consensus EPS 2017A | 2018E | 2019E | Consensus P/E 2018E | 2019E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Benchmark - (Dec.) | BHE | $1.61 | $1.39 | $1.67 | 16.4 | 13.7 | $1.61 | $1.39 | $1.67 | 16.4 | 13.7 |
| Celestica - (Dec.) | CLS-T | $1.19 | $1.08 | $1.26 | 11.8 | 10.2 | $1.19 | $1.08 | $1.26 | 11.8 | 10.2 |
| Flex - (Mar.) | FLEX | $0.89 | $1.22 | $1.46 | 6.9 | 5.8 | $1.11 | $1.46 | $1.46 | 6.9 | 5.8 |
| Jabil Circuit - (Aug.) | JBL | $2.11 | $2.62 | $2.97 | 9.3 | 8.2 | $2.28 | $2.62 | $2.97 | 9.3 | 8.2 |
| Plexus - (Sept.) | PLXS | $3.24 | $3.23 | $3.89 | 18.3 | 15.2 | $3.18 | $3.23 | $3.89 | 18.3 | 15.2 |
| Sanmina - (Sept.) | SANM | $2.21 | $2.82 | $3.24 | 9.2 | 8.0 | $2.70 | $2.82 | $3.24 | 9.2 | 8.0 |
| Peer Average | | | | | 12.0x | 10.2x | | | | 12.0x | 10.2x |

### Calendar Year EPS

| | EPS 2017A | 2018E | 2019E | P/E 2018E | 2019E | 3-Year PEG 18E | Secular PEG 18E |
|---|---|---|---|---|---|---|---|
| BHE | $1.61 | $1.67 | $1.67 | 16.4 | 13.7 | 1.1 | 1.1 |
| CLS | $1.19 | $1.26 | $1.26 | 14.1 | 10.2 | 0.2 | 0.8 |
| FLEX | $1.11 | $1.09 | $1.19 | 7.6 | 7.1 | 0.6 | 0.6 |
| JBL | $2.28 | $2.74 | $3.09 | 8.9 | 7.9 | 0.0 | 0.8 |
| PLXS | $3.18 | $3.38 | $4.09 | 18.7 | 14.5 | 0.8 | 1.4 |
| SANM | $2.70 | $2.36 | $2.92 | 10.9 | 8.8 | 0.4 | 0.7 |
| Peer Average | | | | 11.9x | 12.2x | 10.4x / 0.4 | 0.9 |

### Calendar Year EBITDA / EV-EBITDA

| | Ent. Value | EV/Share | Price/BV | Price/Tangible BV | EBITDA 2017A | 2018E | 2019E | EV/18E EBITDA | EV/19E EBITDA |
|---|---|---|---|---|---|---|---|---|---|
| Benchmark | $641.57 | $13.14 | 2.05 | $1.61 | | | | 6.4 | 6.9 |
| Celestica | $1,606 | $11.19 | 1.47 | $1.50 | | | | 7.6 | 6.6 |
| Flex | $5,939 | $11.25 | 1.57 | $1.46 | | | | 7.5 | 6.6 |
| Jabil Circuit | $5,584 | $31.55 | 3.96 | $4.90 | | | | 8.0 | 6.4 |
| Plexus | $1,917.87 | $58.08 | 5.01 | $6.99 | | | | 11.6 | 8.3 |
| Sanmina | $2,039 | $28.51 | 3.61 | $3.11 | | | | 7.9 | NM |
| Peer Average | $2,591 | | 1.9x | | | | | 8.2x | 7.0x |

### Enterprise Value / Leverage

| | Net Debt | Total Debt | Debt to Cap | Net Leverage | Cash/Share |
|---|---|---|---|---|---|
| Benchmark | $(469) | $207 | 14% | NM | $13.85 |
| Celestica | $(237) | $199 | 13% | NM | $3.04 |
| Flex | $1,468 | $2,941 | 49% | 1.1 | $2.79 |
| Jabil Circuit | $1,268 | $2,209 | 49% | 1.4 | $5.32 |
| Plexus | $(39) | $259 | 22% | NM | $9.02 |
| Sanmina | $188 | $608 | 29% | 0.9 | $5.87 |
| Peer Average | | | | | |

### Calendar Year Sales

| | Sales 2017A | 2018E | 2019E | 18E/17A Growth | 3-Year CAGR 18E | Price to 18E Sales | EV to 18E Sales |
|---|---|---|---|---|---|---|---|
| Benchmark | $2,467 | $2,540 | $2,628 | 3.0% | -4.1% | 0.4 | 0.3 |
| Celestica | $6,111 | $6,642 | $6,468 | 8.7% | 2.8% | 0.3 | 0.2 |
| Flex | $25,052 | $25,642 | $26,793 | 4.5% | -2.4% | 0.2 | 0.2 |
| Jabil Circuit | $20,077 | $22,860 | $24,835 | 13.9% | 7.9% | 0.2 | 0.2 |
| Plexus | $2,570 | $2,961 | $3,229 | 15.2% | 0.8% | 0.7 | 0.6 |
| Sanmina | $6,929 | $7,219 | NM | 4.2% | 2.5% | 0.3 | 0.3 |
| Peer Average | | | NM | 8.2% | 1.2% | 0.3x | 0.3x |

### Profitability / Returns

| | ROA | ROE | ROIC | Sales/Sq. Ft. | EBIT/Sq. Ft. |
|---|---|---|---|---|---|
| Benchmark | 4.0% | 6.5% | 17.7% | $671.79 | $26.43 |
| Celestica | 5.3% | 11.6% | 28.1% | $930.06 | $36.14 |
| Flex | 5.2% | 24.1% | 15.9% | $927.85 | $24.61 |
| Jabil Circuit | 7.1% | 26.5% | 16.8% | $503.11 | $18.45 |
| Plexus | 7.1% | 15.1% | 16.8% | $794.29 | $35.40 |
| Sanmina | 4.8% | 13.1% | 12.3% | $561.33 | $20.49 |
| Peer Average | 5.3% | 16.2% | 18.0% | $729.74 | $26.52 |

### Book Value

| | BV Equity/Share | Tangible BV/Share | Price-to-BV | Price/Tangible BV |
|---|---|---|---|---|
| Benchmark | $25.54 | $21.62 | 0.9 | 1.1 |
| Celestica | $9.45 | $9.14 | 1.4 | 1.4 |
| Flex | $5.72 | $2.79 | 1.5 | 3.0 |
| Jabil Circuit | $12.97 | $9.38 | 1.9 | 2.6 |
| Plexus | $27.90 | $27.90 | 2.1 | 2.1 |
| Sanmina | $20.60 | $20.60 | 1.3 | 1.3 |
| Peer Average | | | 1.5x | 1.9x |

All estimates based off consensus except PLXS
EPS estimate for FLEX is one year ahead
The 3-Year PEG consists of 3 years of trailing earnings and 1 year of forecasted earnings. The Secular PEG assumes a 7.5% secular growth rate.
Note: S&P 500 used as a benchmark. BHE estimates are based upon consensus
Source: Longbow Research, Company Reports, Factset

**Exhibit 9**

# LONGBOW Research

NYSE: AAPL  December 7, 2018

**S. Harrison**
216-328-5074
**G. Chowdhury**
216-525-8427



APPENDIX

IMPORTANT DISCLOSURES

**REGULATION ANALYST CERTIFICATION ("REG AC"): The Research Analyst(s) who prepared this research report hereby certifies that the views expressed in the research report accurately reflect the analyst(s) personal views about the subject companies and their securities. The Research Analyst(s) also certifies that the Analyst(s) have not been, are not, and will not be receiving direct or indirect compensation for expressing the specific recommendation(s) or view(s) in this report.**

Companies Mentioned In This Report:

| | | | |
|---|---|---|---|
| Amphenol Corp. | APH | $83.92 | BUY |
| Broadcom Limited | AVGO | $227.24 | NEUTRAL |
| ON Semiconductor Corp. | ON | $18.27 | BUY |
| Qorvo Inc. | QRVO | $62.72 | BUY |
| Skyworks Solutions Inc. | SWKS | $70.61 | BUY |

**GENERAL DISCLOSURES:** Longbow Securities does not make a market in any securities, nor does it hold a principal position in any security. Longbow Securities does not engage in Investment Banking business. Security prices in this report may either reflect the previous day's closing price or an intraday price, depending on the time of distribution. Consensus estimates are derived from either Thomson/Reuters, Bloomberg or FactSet. Designated trademarks and brands are the property of their respective owners.

**SPECIFIC DISCLOSURES:**

- Longbow Securities does not make a market in the securities of any company mentioned in this report, and is not a market maker in any securities. Nor does the firm hold a principal position in any security.

- As of the date of this report, no officer, director or stockholder of Longbow Securities, or any member of their immediate families, holds securities of any company mentioned in the report. In the event such persons purchase, hold or sell securities of a company mentioned in the report for their own account, any subsequent report shall disclose the fact of any such ownership or transactions.

- As of the date of this report, no employee of Longbow Securities serves on the Board of Directors of the subject security or any other security mentioned in this report.

**Exhibit 9**

# LONGBOW Research

NYSE: AAPL  December 7, 2018

**S. Harrison**
216-328-5074
**G. Chowdhury**
216-525-8427

- As of the date of this report, neither the Research Analyst nor a member of the Research Analyst's household serves on the Board of Directors of the subject company or any other security mentioned in this report.

- As of the date of this report, neither Longbow Securities nor its affiliates beneficially own 1% or more of an equity security of the subject company or any other security mentioned in this report.

- Except as otherwise specifically disclosed, as of the date of this report, neither the Research Analyst nor a member of the Research Analyst's household has a financial interest in the securities of the subject company or any other security mentioned in this report.

**RATINGS DISTRIBUTIONS FOR LONGBOW RESEARCH:**

| Rating Category | Count | Percent |
|---|---|---|
| Buy | 60 | 42.2% |
| Neutral | 81 | 57.0% |
| Underperform | 1 | 0.7% |

**RATING SYSTEM:**

"Buy" means that Longbow Securities expects total return to exceed 20% over a 12-month period.

"Neutral" means that Longbow Securities expects total return to be within a range of plus or minus 20% over a 12-month period.

"Underperform" means that Longbow Securities expects total return to be negative by greater than 20% over a 12-month period.

Longbow Research's full research universe and related applicable disclosures can be obtained by calling (216) 986-0700 or via postal mail at: Editorial Department, Longbow Research, Park Center III, Suite 350, 6050 Oaktree Blvd., Independence, Ohio 44131.

**DISCLAIMER:** The information, opinions, estimates and projections contained in this report were prepared by Longbow Securities LLC, a wholly owned subsidiary of Longbow Research LLC, and constitute the current judgment of Longbow Securities as of the date of this report. Additional information may be available from Longbow Securities upon request. The information contained herein is believed to be reliable and has been obtained from sources believed to be reliable, but Longbow Securities makes no representation or warranty, either expressed or implied, as to the accuracy, completeness or reliability of such information. Longbow Securities does not undertake, and has no duty, to advise you as to any information that comes to its attention after the date of this report or any changes in its opinion, estimates or projections. Prices and availability of securities are also subject to change without notice. By accepting this report, the reader acknowledges that the report does not purport to meet the objectives or needs of specific investors, and, accordingly, constitutes only "impersonal advisory services" as that term is defined in Rule 204-3 under the Investment Advisers Act of 1940 and that any advice in this report is furnished solely through uniform publications distributed to subscribers thereto within the meaning of Section 2(a)(20)(i) of the Investment Company Act of 1940. The securities discussed in Longbow Research reports may be unsuitable for some investors depending on their specific investment objectives, financial status, risk profile, or particular needs. Investors should consider this report as only a single factor in making their investment decisions and should not rely entirely on this report in evaluating whether or not to buy or sell the securities of the subject company. Longbow Research archives and reviews outgoing and incoming email. Such may be

**Exhibit 9**

 **LONGBOW** Research

**S. Harrison**
216-328-5074
**G. Chowdhury**
216-525-8427

produced at the request of regulators. Sender accepts no liability for any errors or omissions arising as a result of transmission. Use by other than intended recipients is prohibited.

DESCRIPTION: Longbow Securities LLC, a wholly owned subsidiary of Longbow Research LLC, is a primary research provider established in 2003 and headquartered at Park Center III, Suite 350, 6050 Oaktree Blvd., Independence, Ohio 44131 USA. The company provides research services to institutional investors, investment advisers, and professional money managers. MEMBER FINRA/SIPC. Copyright 2018 . All rights reserved. Additional information supporting the statements in this report is available upon request.

**Page 491**

## Morgan Stanley | RESEARCH

*December 7, 2018 08:08 AM GMT*

**Exhibit 9**
UPDATE

### Apple, Inc. | North America

# China Smartphone Market to Blame for Weak iPhone Data; Wearables and Services Provide an Offset

MORGAN STANLEY & CO. LLC

**Katy L. Huberty, CFA**
EQUITY ANALYST
Kathryn.Huberty@morganstanley.com   +1 212 761-6249

**Erik W Woodring**
RESEARCH ASSOCIATE
Erik.Woodring@morganstanley.com   +1 212 296-8083

**Elizabeth Elliott, CFA**
RESEARCH ASSOCIATE
Elizabeth.Elliott@morganstanley.com   +1 212 761-3632

**Kieran Kenny**
RESEARCH ASSOCIATE
Kieran.Kenny@morganstanley.com   +1 212 296-5137

| ⌁ Stock Rating | ⌀ Industry View | ⌖ Price Target |
|---|---|---|
| Overweight | Attractive | $236.00 |

We lower FY19 iPhone units after Asia meetings highlight lengthening replacement cycle and churn in China. Despite iPhone units -8% Y/Y, FY19 Rev and EPS grow, aided by Services & Wearables, which isn't fully appreciated by investors. Lower estimates and peer multiples drive PT to $236 (from $253).

| WHAT'S CHANGED? | Apple, Inc. (AAPL.O) | From: | To: |
|---|---|---|---|
| | Price Target | $253.00 | **$236.00** |

**China smartphone market responsible for recent weak iPhone data points…**Our recent meetings in Asia highlight a weakening China smartphone market, especially at the high-end where suppliers have seen order cuts across most vendors. Importantly, our Google trends analysis suggests global demand for the new iPhones is holding up, at least relative to past cycles, after the XR launch in November (Exhibit 1) which, combined with strong uptake of higher NAND capacities and better than expected mix of XS and XS Max, suggest iPhone revenue downside is largely isolated to China.

**…and replacement cycles are to blame.** China is following in the footsteps of the US with replacement cycles lengthening after a structurally shorter cycle over the last decade. We attribute this to improving product quality across most vendors and smartphone ASPs that are up 22% in the past two years (per IDC). Our analysis of shipment data suggests that for the broader China smartphone market, replacement cycles have lengthened materially in the past two years (Exhibit 2), but for Apple, the replacement cycle lengthening in China has been more pronounced, with implied replacement even longer than the market over the past year (Exhibit 3). Assuming iPhone replacement cycles in China extend another 6-9 months implies 9-15M unit downside, and we therefore lower our FY19 unit estimates by 13M units to 200M (from 213M), equating to 8% Y/Y unit declines.

**But, we also see some risk of churn at the low-end of Apple's portfolio.** As

---

**Apple, Inc. ( AAPL.O, AAPL US )**

IT Hardware / **United States of America**

| | |
|---|---|
| **Stock Rating** | **Overweight** |
| **Industry View** | **Attractive** |
| **Price target** | **$236.00** |
| Shr price, close (Dec 6, 2018) | $174.72 |
| Mkt cap, curr (mm) | $838,291 |
| 52-Week Range | $233.47-150.24 |

| Fiscal Year Ending | 09/18 | 09/19e | 09/20e | 09/21e |
|---|---|---|---|---|
| ModelWare EPS ($) | 11.91 | 13.50 | 15.75 | 18.07 |
| Prior ModelWare EPS ($) | - | 14.18 | 16.34 | 18.75 |
| P/E | 19.0 | 12.9 | 11.1 | 9.7 |
| Consensus EPS ($)§ | 11.79 | 13.42 | 14.82 | 16.49 |
| Div yld (%) | 1.2 | 1.8 | 2.0 | 2.2 |

Unless otherwise noted, all metrics are based on Morgan Stanley ModelWare framework
§ = Consensus data is provided by Thomson Reuters Estimates
e = Morgan Stanley Research estimates

| QUARTERLY MODELWARE EPS ($) | | | | |
|---|---|---|---|---|
| Quarter | 2018 | 2019e Prior | 2019e Current | 2020e Prior | 2020e Current |
| Q1 | 3.89 | 4.69 | 4.50 | 5.39 | 5.19 |
| Q2 | 2.73 | 3.40 | 3.19 | 3.92 | 3.76 |
| Q3 | 2.34 | 2.73 | 2.61 | 3.21 | 3.10 |
| Q4 | 2.91 | 3.30 | 3.15 | 3.77 | 3.65 |

e = Morgan Stanley Research estimates

Morgan Stanley does and seeks to do business with companies covered in Morgan Stanley Research. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of Morgan Stanley Research. Investors should consider Morgan Stanley Research as only a single factor in making their investment decision.

For analyst certification and other important disclosures, refer to the Disclosure Section, located at the end of this report.

1

**Morgan Stanley** | RESEARCH

**Exhibit 9**
UPDATE

China smartphone vendors introduce new features, like triple camera, we believe iPhone could see some share loss at that low-end of its iPhone portfolio. For example, a new Huawei Mate 20 Pro sells for 6,999RMB (256GB NAND SKU), 36% cheaper than the similarly sized iPhone XS Max (at 10,999RMB), and the features – including 8-core processor, triple camera, fast charging – outperform the similarly priced iPhone 8 Plus, which Apple launched a year ago. As a result, we see the possibility of Apple bringing back iPhone X at a discounted price in order to better compete at lower price points. While China smartphone installed base data points through October show Apple gaining share alongside Huawei (Exhibit 4), we see a clear divergence in unit share between the two vendors when looking at Chinese smartphone shipments through 3Q (Exhibit 5). We attribute stronger unit growth at Huawei to shorter replacement cycles relative to iPhone which wouldn't influence installed base dynamics, however, given the strong China brand line-up at the low-end of Apple's portfolio, we need to be watchful of installed base share shifts in coming months.

**Wearables and Services help smooth iPhone cyclicality.** Importantly, weak iPhone shipments on the back of lengthening replacement cycles doesn't translate to installed base and Services weakness. Case in point – the iPhone installed base grew double-digits and Services revenue growth *accelerated* (from 23% to 26%) in FY18 despite the fact iPhone units declined 6% in the prior two years. As a result, our 21% five year Services revenue CAGR is unchanged, and we see potential upside to the extent Apple launches new services, like Video (see here for more details) or extends new services like ads and payments, all of which are likely in our view. Additionally, our checks suggest wearables – namely, Watch and AirPods – continue to sell well with demand outstripping supply for AirPods two years after initial launch. For context, our supply chain conversations point to a doubling of AirPods production in FY19, which is the primary driver of our new, higher Wearables estimates.

**Net, Revenue and EPS still grows in FY19 despite weak iPhone units.** Combining our $12B cut to FY19 iPhone revenue (via a unit cut to 200M, from 213M) and a $560M increase in Wearables revenue translates to our new FY19 revenue forecast of $277B, or 4% Y/Y revenue growth. With lower margin AirPods accounting for the majority of the increase in our Wearables forecast, we slightly lower our Wearables gross margins, which, when coupled with mix shift away from iPhone, reduces our FY19 EPS to $13.50, up 13% Y/Y but 5% lower than our prior forecast of $14.18 (Exhibit 6). We continue to think a sum of the parts approach is the best way to value AAPL shares, and we mark our price target to model, accounting for the contraction of internet/services/platform peer multiples, which drives our new $236 PT (35% upside) and assumes an Internet Services EV/Sales peer multiple of 4.6x (from 5.4x) on Services and blended Microsoft/HP EV/Sales multiple of 2.8x (from 2.7x) on Devices (Exhibit 7).

**Morgan Stanley** | RESEARCH

**Exhibit 9**
UPDATE

## Analysis

**Exhibit 1:** Our Google Trends analysis shows recent search levels are roughly in line with the iPhone 6 and 7 cycle and only trail last year's iPhone X cycle.



Source: AlphaWise, Google.com, Morgan Stanley Research

**Exhibit 2:** After Chinese smartphone replacement cycle lengthening slowed a bit in 2017, it appears to have accelerated this year.



Source: IDC, Morgan Stanley Research

**Exhibit 3:** The lengthening of iPhone replacement cycles in China has been even more pronounced



Source: IDC, Morgan Stanley Research

3

**Page 494**

**Morgan Stanley** | RESEARCH

**Exhibit 9**
**UPDATE**

**Exhibit 4:** Smartphone installed base data out of China (through October) shows Apple continues to gain share...



China Smartphone Market Share (T6M)

Source: Jiguang, AlphaWise, Morgan Stanley Research

**Exhibit 5:** ...but that is largely a function of lower iPhone Churn and longer replacement cycles, as smartphone shipments through 3Q show the iPhone losing modest unit share at the benefit of Huawei.



Apple vs. Huawei Chinese Smartphone Shipments & Unit Share

Source: IDC, Morgan Stanley Research

**Exhibit 6:** We lower our FY19 iPhone revenue estimate but slightly increase our Wearables forecast, resulting in a 4% decrease to FY19 revenue and a 5% decrease to FY19 EPS.

| Apple Estimate Changes ($ Millions) | F1Q19 | | | | F2Q19 | | | | FY19 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | New | Old | % Change | Cons. | New | Old | % Change | Cons. | New | Old | % Change | Cons. |
| **Total Revenue** | $88,786 | $92,092 | -3.6% | $91,827 | $65,807 | $69,367 | -5.1% | $64,659 | $276,898 | $287,417 | -3.7% | $279,121 |
| iPhone Revenue | 58,631 | 62,016 | -5.5% | 61,915 | 38,859 | 42,828 | -9.3% | 38,341 | 161,458 | 173,411 | -6.9% | 167,824 |
| Units | 70,000 | 72,000 | -2.8% | 75,444 | 48,000 | 53,000 | -9.4% | 50,405 | 200,000 | 213,000 | -6.1% | 212,754 |
| ASPs | $842 | $866 | -2.8% | $821 | $808 | $808 | 0.0% | $761 | $806 | $814 | -0.9% | $789 |
| Wearables Revenue | 6,758 | 6,680 | 1.2% | 5,924 | 5,276 | 5,098 | 3.5% | 4,243 | 23,248 | 22,686 | 2.5% | 18,968 |
| *Gross Margin* | *38.0%* | *38.2%* | *-13.3 bps* | *38.3%* | *38.6%* | *38.8%* | *-19.2 bps* | *38.3%* | *38.4%* | *38.7%* | *-32.1 bps* | *38.4%* |
| **EPS** | $4.50 | $4.69 | -4.2% | $4.71 | $3.19 | $3.40 | -6.1% | $3.01 | $13.50 | $14.18 | -4.7% | $13.38 |

Source: Thomson Reuters, Morgan Stanley Research

4

Morgan Stanley | RESEARCH

**Exhibit 9**
UPDATE

**Exhibit 7:** Our sum-of-the-parts driven valuation methodology now points to a price target of $236, down from $253 prior, for 35% upside.

| Sum-of-the-Parts Driven Price Target | | | |
|---|---|---|---|
| ($ Billions) | Revenue | Multiple* | EV |
| Hardware (CY19) | 229.7 | 2.8x | 632.1 |
| Services (CY23 Discounted to CY19) | 73.4 | 4.6x | 340.1 |
| **Total Apple** | | | **972.3** |
| (+) Cash and Equivalents | | *Discounted back to CY19 from* | 207.1 |
| (-) Total Debt | | *$101B in CY23* | 114.5 |
| **Equity Value** | | | **1,065** |
| Diluted Shares (M) | | | 4,509 |
| **Value/Share** | | **$** | **236.00** |
| Implied CY19 P/E | | | 16.8x |

Source: Thomson Reuters, Company Data, Morgan Stanley Research

**Morgan Stanley** | RESEARCH

**Exhibit 9**
UPDATE

**AAPL Risk Reward**

## Growth Contribution from Services Underappreciated by Investors



Source: Thomson Reuters, Morgan Stanley Research

**Price Target**   **$236**

Derived from base-case scenario.

---

**Bull**   **$340**

**19.0x Bull Case CY19e EPS of $17.85**

**Services revenue per device accelerates to 10%+ growth annually as Apple converts more users than expected to services customers and launches new AR and original video content.** The majority of growth comes from services but hardware growth outpaces expectations slightly as replacement cycles level off earlier than in the base case and Apple continues to gain new users in markets like China and India. Gross margins move above 40% due to higher Services revenue mix. Investors focus on monetization of Apple's 1.3B and growing device base and value Apple closer to that of a platform company given the more stable growth trajectory. We assume a 19x P/E multiple on CY19 EPS of $17.85. Our bull case valuation is supported by SOTP analysis assuming Apple Services garners an EV/Sales multiple in-line with high growth platforms like FB, SNAP, TWTR, and NFLX.

---

**Base**   **$236**

**SoTP driven and implies 16.8x Base Case CY19e EPS of $13.70**

**Sustained 20%+ Services revenue CAGR with the mix shift to higher margin services, sustained higher iPhone ASPs and more share repurchases translating to faster, and more sustainable, EPS growth.** Despite longer replacement cycles in the broader device market translating to flat to down device units in FY19-20, we still see accelerating Services growth combined with increased share buybacks and a lower tax rate driving multiple years of double digit EPS growth. With Services becoming the primary driver of our forward estimates we use a sum-of-the-parts analysis to derive our price target, which credits Apple's hardware business with a multiple that blends HPQ and MSFT and Apple's services business with the average of 10 consumer platform peers and drives our $236 PT, translating to a 16.8x P/E, 1.5-turns above Apple's 10-year CY+1 P/E trading average in light of higher recurring, margin accretive Services growth.

---

**Bear**   **$142**

**11.4x Bear Case CY19e EPS of $12.51**

**Weakening global smartphone market overshadows Services growth, resulting in total company revenue declines and margin pressure.** Apple continues to invest in future products and services, driving negative operating leverage, offset

## Investment Thesis

■ Apple has the world's most valuable technology platform with over 1.3Bn active devices, and is well positioned to capture more of its users' time in areas such as video, augmented reality, health, autos and home. Accelerated Services growth, margin expansion, and cash return to shareholders are catalysts that can help sustainably re-rate shares.

## Key Debates

■ *Can Apple sustainably grow revenue and EPS?* Yes, we believe the combination of increased services mix, strong wearables growth, higher share repurchases, potential M&A, and investments in new categories like video, augmented/virtual reality, artificial intelligence, health, and autos are drivers of sustainable growth longer-term.

■ *Can Services growth help re-rate shares?* Yes, we believe so. Apple is a structurally different company today than it was just 5 years ago, with a larger cash balance and a Services business that accounts for ~15% of revenue and 21% of gross profit dollars, growing to 25% of revenue and 36% of gross profit dollars by FY22. As device revenue slows, Services will take the baton driving more sustainable and more profitable growth helping to re-rate shares.

■ *Can Apple accelerate innovation?* Yes, FY18 was the sixth year in a row that R&D growth outpaced revenue growth, translating to new products and services over time. Over the past three years, Apple spent an incremental $11.6B on R&D compared to less than $1B ahead of iPhone and iPad. This compares to minimal incremental spend at top auto makers (ex-Tesla) and $10.8B of incremental spend at Alphabet on far more projects.

## Potential Catalysts

■ Increasing services mix, driven by higher penetration of the user base, increased spend per user, and new services.
■ Rising iPhone ASPs, strong wearables growth speak to increasing customer

6

Morgan Stanley | RESEARCH

**Exhibit 9**
UPDATE

by continued share repurchases. Our sum of the parts analysis assumes lower-end of platform multiples, in-line with Google, for Apple Services and a more hardware skewed multiple on Apple's device revenue, implying a roughly 11-12x P/E, the lower end of where large cap hardware stocks have traded over the last year and significantly below Apple's 10-year average historical P/E.

engagement and spend and help shift narrative from product cycles to a platform story.

■ Expanding the platform to new industries, for example healthcare, autos or homes, drives "halo effect" across Apple's businesses.

■ Expanding points-of-sale, especially in emerging markets like India

## Risks to Achieving Price Target

■ Weak global consumer spending or increased price elasticity on the back of higher priced iPhones

■ Maturing markets, and Android competition in smartphones and tablets

■ Lack of traction with new product categories and/or services limits multiple expansion

■ Carriers lengthening replacement cycles and/or lower subsidies or users replace batteries instead of upgrade

■ Political, regulatory and legal risk as Apple gains profit share in mobile devices and remains dependent on Asian suppliers (i.e. Tariff risk) and consumers to deliver results

7

**Exhibit 9**

Morgan Stanley | RESEARCH

## AAPL Financial Model

**UPDATE**

Exhibit 8: Apple Income Statement

| ($ in millions) | 2017A | | | | 2018A | | | | 2019E | | | | 2017A | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Dec-16 | Mar-17 | Jun-17 | Sep-17 | Dec-17 | Mar-18 | Jun-18 | Sep-18 | Dec-18 | Mar-19 | Jun-19 | Sep-19 | | | | | |
| **Revenues** | 78,351 | 52,896 | 45,408 | 52,579 | 88,293 | 61,137 | 53,265 | 62,900 | 88,766 | 65,807 | 57,442 | 64,863 | 229,234 | 265,595 | 276,896 | 292,762 | 317,115 |
| iPhone | 54,378 | 33,249 | 24,846 | 28,846 | 61,576 | 38,032 | 29,906 | 37,185 | 58,631 | 38,869 | 29,748 | 34,220 | 141,319 | 166,699 | 161,458 | 161,656 | 169,730 |
| iPad | 5,533 | 3,889 | 4,969 | 4,831 | 5,862 | 4,113 | 4,741 | 4,089 | 5,624 | 4,039 | 4,747 | 4,422 | 19,222 | 18,805 | 18,831 | 18,380 | 18,151 |
| Mac | 7,244 | 5,844 | 5,592 | 7,170 | 6,895 | 5,848 | 5,330 | 7,411 | 7,015 | 5,889 | 5,572 | 7,394 | 25,850 | 25,484 | 25,871 | 25,336 | 25,015 |
| Services | 7,172 | 7,041 | 7,266 | 8,501 | 8,471 | 9,190 | 9,548 | 9,981 | 10,758 | 11,745 | 12,212 | 12,776 | 29,980 | 37,190 | 47,491 | 58,635 | 71,174 |
| Wearables, Home and Accessories | 4,024 | 2,873 | 2,735 | 3,231 | 5,489 | 3,954 | 3,740 | 4,234 | 6,758 | 5,276 | 5,163 | 6,061 | 12,863 | 17,417 | 23,248 | 28,744 | 32,995 |
| Cost of Sales | 48,175 | 32,305 | 27,920 | 32,648 | 54,381 | 37,715 | 32,844 | 38,816 | 55,017 | 40,418 | 35,176 | 39,902 | 141,048 | 163,756 | 170,514 | 177,991 | 192,203 |
| **Gross Profit** | 30,176 | 20,591 | 17,488 | 19,931 | 33,912 | 23,422 | 20,421 | 24,084 | 33,768 | 25,389 | 22,266 | 24,960 | 88,186 | 101,839 | 106,384 | 114,771 | 124,912 |
| *Gross Margin* | 38.5% | 38.9% | 38.5% | 37.9% | 38.4% | 38.3% | 38.3% | 38.3% | 38.0% | 38.6% | 38.8% | 38.5% | 38.6% | 38.3% | 38.4% | 39.2% | 39.4% |
| **Operating Expenses** | 6,817 | 6,494 | 6,720 | 6,811 | 7,638 | 7,528 | 7,809 | 7,966 | 8,630 | 8,226 | 8,559 | 8,692 | 26,842 | 30,941 | 34,106 | 37,541 | 42,394 |
| Research and Development | 2,871 | 2,776 | 2,937 | 2,997 | 3,407 | 3,378 | 3,701 | 3,750 | 4,084 | 3,883 | 4,193 | 4,216 | 11,581 | 14,236 | 16,376 | 18,170 | 20,527 |
| Selling, General and Administrative | 3,946 | 3,718 | 3,783 | 3,814 | 4,231 | 4,150 | 4,108 | 4,216 | 4,546 | 4,343 | 4,366 | 4,476 | 15,261 | 16,705 | 17,730 | 19,371 | 21,867 |
| **Operating Income** | 23,359 | 14,097 | 10,768 | 13,120 | 26,274 | 15,894 | 12,612 | 16,118 | 25,138 | 17,163 | 13,707 | 16,269 | 61,344 | 70,898 | 72,277 | 77,230 | 82,518 |
| *PTOP Margin* | 29.8% | 26.7% | 23.7% | 25.0% | 29.8% | 26.0% | 23.7% | 25.6% | 28.3% | 26.1% | 23.9% | 25.1% | 26.8% | 26.7% | 26.1% | 26.4% | 26.0% |
| **Total Interest & Other Income** | 821 | 587 | 540 | 797 | 756 | 274 | 672 | 303 | 301 | 312 | 295 | 276 | 2,745 | 2,005 | 1,185 | 1,231 | 1,154 |
| **Pretax Income** | 24,180 | 14,684 | 11,308 | 13,917 | 27,030 | 16,168 | 13,284 | 16,421 | 25,440 | 17,475 | 14,002 | 16,545 | 64,089 | 72,903 | 73,462 | 78,461 | 83,671 |
| GAAP Income Tax Provision | 6,289 | 3,655 | 2,591 | 3,203 | 6,965 | 2,346 | 1,765 | 2,296 | 4,070 | 2,621 | 2,100 | 2,482 | 15,738 | 13,372 | 11,274 | 11,769 | 12,551 |
| Operating Tax Provision (excl one time tax of | 6,289 | 3,655 | 2,591 | 3,203 | 6,965 | 2,346 | 1,765 | 2,296 | 4,070 | 2,621 | 2,100 | 2,482 | 15,738 | 13,372 | 11,274 | 11,769 | 12,551 |
| *Effective Tax Rate* | 26.0% | 24.9% | 22.9% | 23.0% | 25.8% | 14.5% | 13.3% | 14.0% | 16.0% | 15.0% | 15.0% | 15.0% | 24.6% | 18.3% | 15.3% | 15.0% | 15.0% |
| **Operating Net Income** | 17,891 | 11,029 | 8,717 | 10,714 | 20,065 | 13,822 | 11,519 | 14,125 | 21,369 | 14,854 | 11,902 | 14,063 | 48,351 | 59,531 | 62,188 | 66,692 | 71,121 |
| *Operating Net Income Margin* | 22.8% | 20.9% | 19.2% | 20.4% | 22.7% | 22.6% | 21.6% | 22.5% | 24.1% | 22.6% | 20.7% | 21.7% | 21.1% | 22.4% | 22.5% | 22.8% | 22.4% |
| Total Non-recurring Charges | | | | | | | | | | | | | | | | | |
| **GAAP Net Income** | 17,891 | 11,029 | 8,717 | 10,714 | 20,065 | 13,822 | 11,519 | 14,125 | 21,369 | 14,854 | 11,902 | 14,063 | 48,351 | 59,531 | 62,188 | 66,692 | 71,121 |
| **Fully-diluted EPS** | | | | | | | | | | | | | | | | | |
| EPS - ModelWare | $3.36 | $2.10 | $1.67 | $2.07 | $3.89 | $2.73 | $2.34 | $2.91 | $4.50 | $3.19 | $2.61 | $3.15 | $9.21 | $11.91 | $13.50 | $15.75 | $18.07 |
| EPS - Reported | $3.36 | $2.10 | $1.67 | $2.07 | $3.89 | $2.73 | $2.34 | $2.91 | $4.50 | $3.19 | $2.61 | $3.15 | $9.21 | $11.91 | $13.50 | $15.75 | $18.07 |
| EPS - ModelWare excl. Stock Option Expense | $3.59 | $2.33 | $1.89 | $2.29 | $4.14 | $2.99 | $2.61 | $3.19 | $4.78 | $3.52 | $2.94 | $3.47 | $10.13 | $12.97 | $14.76 | $17.09 | $19.63 |
| Dividend Payment | 3,130 | 3,004 | 3,365 | 3,270 | 3,339 | 3,190 | 3,653 | 3,530 | 3,564 | 3,391 | 3,709 | 3,567 | 12,769 | 13,712 | 14,231 | 14,363 | 14,660 |
| Dividend Per Share | $0.59 | $0.57 | $0.65 | $0.64 | $0.65 | $0.63 | $0.75 | $0.74 | $0.76 | $0.76 | $0.82 | $0.81 | $2.45 | $2.77 | $3.12 | $3.44 | $3.78 |
| Period Ending Outstanding Shares | 5,255.4 | 5,205.8 | 5,183.8 | 5,126.2 | 5,074.0 | 4,943.3 | 4,842.2 | 4,755.0 | 4,654.2 | 4,555.7 | 4,458.0 | 4,362.8 | 5,126.2 | 4,755.0 | 4,362.8 | 4,002.7 | 3,768.8 |
| Avg Shares (Basic) | 5,298.7 | 5,224.8 | 5,195.1 | 5,149.4 | 5,112.9 | 5,024.9 | 4,882.2 | 4,804.7 | 4,704.6 | 4,604.7 | 4,506.6 | 4,410.4 | 5,217.2 | 4,955.4 | 4,555.4 | 4,190.3 | 3,878.5 |
| Avg Shares (Fully Diluted) | 5,328.0 | 5,261.7 | 5,235.5 | 5,183.6 | 5,157.8 | 5,068.5 | 4,926.6 | 4,847.5 | 4,751.5 | 4,652.5 | 4,555.4 | 4,460.1 | 5,251.7 | 5,000.1 | 4,604.9 | 4,233.1 | 3,935.1 |

Source: Company Data, Morgan Stanley Research

**Exhibit 9**

# Morgan Stanley | RESEARCH

UPDATE

Exhibit 9: Apple Income Statement Analysis

| ($ in millions) | Dec-16 | Mar-17 | Jun-17 | Sep-17 | Dec-17 | Mar-18 | Jun-18 | Sep-18 | Dec-18 | Mar-19 | Jun-19E | Sep-19E | 2017A | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Margin Analysis** | | | | | | | | | | | | | | | | | |
| **Gross Margin** | 38.5% | 38.5% | 38.5% | 37.9% | 38.4% | 38.3% | 38.3% | 38.3% | 38.0% | 38.8% | 38.8% | 38.5% | 38.5% | 38.3% | 38.4% | 39.2% | 39.4% |
| iPhone | 39.3% | 39.5% | 39.5% | 39.3% | 38.4% | 37.2% | 36.7% | 38.1% | 37.0% | 36.5% | 36.0% | 36.0% | 38.8% | 37.5% | 36.5% | 36.5% | 35.6% |
| iPad | 24.5% | 24.5% | 24.5% | 25.0% | 25.0% | 24.0% | 24.0% | 24.5% | 25.0% | 24.0% | 24.5% | 24.5% | 24.5% | 24.5% | 24.5% | 24.7% | 24.4% |
| Mac | 24.0% | 25.0% | 25.0% | 25.0% | 25.0% | 24.0% | 24.0% | 24.5% | 25.0% | 24.0% | 24.5% | 24.5% | 24.6% | 24.5% | 24.5% | 24.5% | 24.4% |
| Services | 58.0% | 57.0% | 58.5% | 58.5% | 58.5% | 58.5% | 58.5% | 58.3% | 58.0% | 58.5% | 59.0% | 59.0% | 57.0% | 58.6% | 58.7% | 59.0% | 59.0% |
| Wearables, Home and Accessories | 38.3% | 38.6% | 38.6% | 38.5% | 38.7% | 38.1% | 38.6% | 38.5% | 36.0% | 37.0% | 36.5% | 36.5% | 38.4% | 38.5% | 37.0% | 36.3% | 36.3% |
| R&D | 3.7% | 5.1% | 6.5% | 5.7% | 3.9% | 5.5% | 6.9% | 6.0% | 4.6% | 5.9% | 7.3% | 6.5% | 5.1% | 5.6% | 6.2% | 6.3% | 6.9% |
| SG&A | 6.3% | 6.3% | 6.5% | 5.2% | 4.8% | 6.8% | 6.6% | 6.5% | 6.0% | 6.7% | 6.5% | 6.5% | 6.7% | 6.3% | 6.6% | 6.6% | 6.6% |
| Operating Expenses | 8.7% | 11.7% | 14.8% | 13.0% | 8.7% | 12.3% | 14.7% | 12.7% | 9.7% | 12.5% | 14.9% | 13.4% | 11.7% | 11.6% | 12.8% | 13.4% | 13.4% |
| EBITDA Margin | 29.8% | 26.9% | 23.9% | 25.1% | 29.9% | 26.2% | 23.9% | 25.9% | 28.5% | 26.4% | 24.4% | 25.8% | 28.5% | 30.8% | 30.4% | 31.2% | 31.3% |
| PTOP Margin | 29.8% | 26.9% | 23.7% | 25.0% | 29.8% | 26.0% | 23.7% | 25.6% | 28.8% | 26.4% | 24.4% | 25.5% | 26.9% | 26.8% | 26.7% | 26.8% | 26.4% |
| Pretax Margin | 30.9% | 27.8% | 24.9% | 25.5% | 30.6% | 26.4% | 24.9% | 26.1% | 28.7% | 26.6% | 24.4% | 25.1% | 28.0% | 27.4% | 27.4% | 26.8% | 26.4% |
| Net Income | 22.8% | 20.9% | 19.2% | 20.4% | 22.7% | 22.6% | 21.6% | 22.9% | 24.1% | 22.6% | 20.7% | 21.7% | 21.1% | 22.4% | 22.5% | 22.8% | 22.4% |
| **Year-Over-Year Growth (%)** | | | | | | | | | | | | | | | | | |
| **Revenue** | 3% | 5% | 7% | 12% | 13% | 16% | 17% | 20% | 1% | 8% | 8% | 3% | 6% | 16% | 4% | 6% | 8% |
| iPhone | 5% | 1% | 3% | 2% | 13% | 14% | 20% | 29% | -5% | -17% | -1% | 8% | 3% | 18% | -3% | 0% | 5% |
| iPad | -22% | -12% | 2% | 14% | 6% | 6% | -5% | -15% | -2% | -28% | 5% | 8% | -7% | -2% | 0% | -2% | -1% |
| Mac | 7% | 14% | 7% | 25% | 6% | 0% | -5% | -3% | -9% | 1% | 0% | 0% | 13% | -1% | 0% | 0% | 21% |
| Services | 18% | 18% | 22% | 34% | 18% | 31% | 31% | 17% | 27% | 16% | 28% | 28% | 23% | 24% | 26% | 26% | 21% |
| Wearables, Home and Accessories | -8% | 31% | 23% | 9% | 36% | 38% | 37% | 31% | 23% | 33% | 39% | 43% | 16% | 35% | 33% | 24% | 15% |
| **Gross Margin** | -4% | 3% | 1% | 12% | 12% | 14% | 17% | 21% | 0% | 8% | 8% | 4% | 5% | 15% | 4% | 8% | 9% |
| iPhone | -4% | -3% | 3% | -2% | 11% | 8% | 15% | 28% | -8% | -18% | -2% | 8% | -2% | 14% | -6% | 0% | 2% |
| iPad | -19% | -10% | 6% | 18% | 8% | 6% | -5% | -15% | -4% | -31% | 6% | 8% | -4% | -1% | 0% | -2% | -2% |
| Mac | 10% | 14% | 11% | 33% | 6% | 0% | 0% | 1% | -2% | 1% | 2% | 7% | 17% | 1% | 0% | -2% | 20% |
| Services | 24% | 25% | 26% | 35% | 18% | 31% | 31% | 18% | 27% | 16% | 30% | 28% | 27% | 28% | 28% | 26% | 21% |
| Wearables, Home and Accessories | -4% | 36% | 28% | 9% | 38% | 36% | 37% | 31% | 19% | 26% | 33% | 36% | 19% | 36% | 33% | 21% | 15% |
| R&D | 19% | 18% | 15% | 15% | 19% | 26% | 26% | 26% | 20% | 15% | 15% | 15% | 15% | 23% | 15% | 9% | 13% |
| SG&A | 3% | 9% | 8% | 17% | 13% | 19% | 22% | 11% | 6% | 5% | 6% | 6% | 8% | 9% | 9% | 9% | 13% |
| Operating Expenses | 9% | 9% | 12% | 13% | 12% | 16% | 16% | 17% | 13% | 9% | 10% | 9% | 11% | 15% | 10% | 10% | 13% |
| PTOP Margin | -3% | 1% | 3% | 2% | 12% | 12% | 17% | 23% | -4% | 8% | 8% | 2% | 2% | 16% | 2% | 7% | 7% |
| Pretax Margin | -2% | 4% | 4% | 3% | 12% | 12% | 18% | 18% | 7% | 5% | 5% | 1% | 4% | 16% | 4% | 7% | 7% |
| Net Income | -3% | 2% | 12% | 19% | 12% | 25% | 32% | 32% | 7% | 8% | 7% | 0% | 6% | 23% | 4% | 7% | 7% |
| Model/Ware EPS | 2% | 10% | 17% | 24% | 16% | 30% | 40% | 41% | 16% | 13% | 3% | 12% | 11% | 29% | 13% | 17% | 15% |
| **Sequential Growth (%)** | | | | | | | | | | | | | | | | | |
| **Revenue** | 67% | -32% | -14% | 16% | 68% | -31% | -13% | 18% | 41% | -26% | -13% | 13% | | | | | |
| iPhone | 93% | -33% | -16% | 18% | 13% | -30% | -15% | -14% | 41% | -28% | -18% | -7% | | | | | |
| iPad | 30% | -30% | -23% | -3% | 21% | -30% | 0% | 0% | 38% | -16% | 10% | -5% | | | | | |
| Mac | 26% | -19% | -3% | 28% | -4% | -18% | -5% | 4% | 0% | -5% | 4% | -2% | | | | | |
| Services | 13% | 0% | 1% | 6% | 0% | 0% | 5% | 13% | 60% | -22% | -2% | 17% | | | | | |
| Wearables, Home and Accessories | 70% | -25% | -5% | 18% | 70% | -28% | -5% | -5% | 60% | -20% | -16% | 12% | | | | | |
| **Gross Margin** | 69% | -32% | -15% | 14% | 70% | -31% | -13% | 18% | 40% | -25% | -12% | 12% | | | | | |
| iPhone | 94% | -32% | -16% | 17% | 12% | -33% | -15% | -10% | 38% | -31% | -20% | -7% | | | | | |
| iPad | 36% | -31% | 3% | -3% | 24% | -33% | 2% | -1% | 35% | -19% | 20% | -6% | | | | | |
| Mac | 32% | -21% | 3% | 28% | 2% | -18% | -4% | 5% | -2% | -6% | 4% | -3% | | | | | |
| Services | 16% | 0% | 0% | 8% | 0% | -4% | 4% | 12% | 59% | -24% | -3% | 18% | | | | | |
| Wearables, Home and Accessories | 70% | -28% | -6% | 17% | 72% | -29% | -4% | -4% | 59% | -5% | -19% | 17% | | | | | |
| R&D | 12% | 13% | 11% | -1% | 4% | 11% | 11% | -2% | 8% | -9% | 4% | 3% | | | | | |
| SG&A | 13% | -5% | -4% | 1% | 11% | -1% | 2% | -2% | 1% | -5% | -5% | 3% | | | | | |
| Operating Expenses | 13% | 4% | 3% | 0% | 12% | 4% | 4% | -1% | 4% | -5% | -5% | 2% | | | | | |
| PTOP Margin | 99% | -40% | -24% | 23% | 100% | -40% | -18% | 24% | 60% | -32% | -12% | 18% | | | | | |
| Pretax Margin | 98% | -38% | -21% | 23% | 94% | -40% | -17% | 23% | 51% | -30% | -20% | 18% | | | | | |
| Net Income | 98% | -38% | -21% | 23% | 88% | -40% | -17% | 23% | 54% | -29% | -20% | 21% | | | | | |
| Model/Ware EPS | 101% | -36% | -21% | 24% | 86% | -31% | -14% | 40% | | | | | | | | | |
| **Revenue Mix** | | | | | | | | | | | | | | | | | |
| iPhone | 69% | 63% | 55% | 55% | 70% | 62% | 56% | 59% | 66% | 59% | 52% | 53% | 62% | 63% | 58% | 55% | 54% |
| iPad | 7% | 7% | 11% | 11% | 7% | 7% | 9% | 9% | 6% | 6% | 10% | 7% | 8% | 7% | 6% | 7% | 6% |
| Mac | 9% | 11% | 12% | 14% | 8% | 10% | 10% | 12% | 8% | 9% | 10% | 11% | 11% | 10% | 9% | 9% | 8% |
| Services | 9% | 13% | 16% | 12% | 10% | 15% | 18% | 16% | 8% | 18% | 21% | 20% | 13% | 14% | 17% | 20% | 22% |
| Wearables, Home and Accessories | 5% | 6% | 6% | 6% | 6% | 6% | 7% | 7% | 8% | 8% | 9% | 9% | 6% | 7% | 8% | 10% | 10% |

Source: Company Data, Morgan Stanley Research

**Page 500**

**Exhibit 9**

UPDATE

Morgan Stanley | RESEARCH

Exhibit 10: Apple Balance Sheet

| ($ in millions) | Dec-16 | Mar-17 | Jun-17 | Sep-17 | Dec-17 | Mar-18 | Jun-18 | Sep-18 | Dec-18 | Mar-19 | Jun-19 | Sep-19 | 2017A | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2017A | | | 2018A | | | | 2019E | | | | | | | | |
| **Assets** | | | | | | | | | | | | | | | | | |
| **Current Assets:** | | | | | | | | | | | | | | | | | |
| Cash and cash equivalents | 16,371 | 15,157 | 18,571 | 20,289 | 27,491 | 45,059 | 31,971 | 25,913 | 26,055 | 64,805 | 52,855 | 45,786 | 20,289 | 25,913 | 45,786 | 74,625 | 77,677 |
| Short-term investments | 229,719 | 241,694 | 242,945 | 248,606 | 257,606 | 222,167 | 211,772 | 211,187 | 211,187 | 161,187 | 161,187 | 161,187 | 248,606 | 211,187 | 161,187 | 111,187 | 111,187 |
| Accounts receivable | 14,057 | 11,579 | 12,369 | 17,874 | 23,440 | 14,324 | 14,104 | 23,186 | 26,636 | 18,079 | 16,234 | 21,151 | 17,874 | 23,186 | 21,151 | 21,710 | 23,637 |
| Inventories | 2,712 | 2,910 | 3,146 | 4,855 | 4,421 | 7,662 | 5,030 | 3,956 | 4,890 | 4,442 | 3,824 | 4,337 | 4,855 | 3,956 | 4,337 | 3,640 | 3,966 |
| Deferred tax assets | 5,546 | 5,546 | 5,546 | 5,546 | 5,546 | 5,546 | 5,546 | 5,546 | 5,546 | 5,546 | 5,546 | 5,546 | 5,546 | 5,546 | 5,546 | 5,546 | 5,546 |
| Other current assets | 20,565 | 14,854 | 15,025 | 26,189 | 33,250 | 14,581 | 19,265 | 32,350 | 28,508 | 17,050 | 18,804 | 32,350 | 26,189 | 32,350 | 32,350 | 36,221 | 40,673 |
| Total Current Assets | 288,970 | 291,730 | 297,632 | 323,359 | 351,754 | 309,339 | 288,534 | 302,138 | 302,823 | 271,109 | 258,449 | 270,357 | 323,359 | 302,138 | 270,357 | 252,929 | 262,887 |
| Property, Plant & Equipment, net | 26,510 | 27,163 | 29,286 | 33,783 | 33,679 | 35,077 | 38,117 | 41,304 | 41,200 | 42,094 | 42,514 | 43,292 | 33,783 | 41,304 | 43,292 | 45,189 | 45,341 |
| Acquired Intangible Assets | 8,271 | 8,090 | 8,105 | 8,015 | 8,038 | 8,687 | 8,484 | 8,385 | 8,708 | 8,881 | 9,048 | 9,211 | 8,015 | 8,385 | 9,211 | 9,820 | 10,389 |
| Other assets | 7,390 | 7,549 | 10,150 | 10,162 | 13,323 | 14,369 | 14,062 | 13,898 | 13,969 | 15,119 | 14,765 | 14,593 | 10,162 | 13,898 | 14,593 | 15,323 | 16,089 |
| Non-current debt and equity inv | | | | | | | | | | | | | | | | | |
| Total Fixed Assets | 42,171 | 42,802 | 47,541 | 51,960 | 55,040 | 58,163 | 60,663 | 63,587 | 63,897 | 66,094 | 66,328 | 67,096 | 51,960 | 63,587 | 67,096 | 70,331 | 71,799 |
| Total Assets | 331,141 | 334,532 | 345,173 | 375,319 | 406,794 | 367,502 | 349,197 | 365,725 | 366,720 | 337,202 | 324,777 | 337,453 | 375,319 | 365,725 | 337,453 | 323,261 | 334,685 |
| **Liabilities** | | | | | | | | | | | | | | | | | |
| **Current Liabilities:** | | | | | | | | | | | | | | | | | |
| Accounts payable | 38,510 | 28,573 | 31,915 | 49,049 | 62,985 | 34,311 | 38,489 | 55,888 | 61,130 | 42,639 | 41,294 | 58,652 | 49,049 | 55,888 | 58,652 | 61,427 | 66,933 |
| Accrued expenses | 31,628 | 30,778 | 30,912 | 33,292 | 34,325 | 34,531 | 32,587 | 40,230 | 36,421 | 32,639 | 31,786 | 35,325 | 33,292 | 40,230 | 35,325 | 39,639 | 42,766 |
| Current Debt | 13,992 | 13,991 | 18,475 | 18,473 | 18,478 | 20,478 | 17,472 | 20,748 | 20,748 | 20,748 | 20,748 | 20,748 | 18,473 | 20,748 | 20,748 | 20,748 | 20,748 |
| Total Current Liabilities | 84,130 | 73,342 | 81,302 | 100,814 | 115,788 | 89,320 | 88,548 | 116,866 | 118,299 | 96,026 | 93,828 | 114,625 | 100,814 | 116,866 | 114,625 | 122,014 | 130,447 |
| **Non-Current Liabilities:** | | | | | | | | | | | | | | | | | |
| Long-term debt | 73,557 | 84,531 | 89,864 | 97,207 | 103,922 | 101,362 | 97,128 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 97,207 | 93,735 | 93,735 | 93,735 | 93,735 |
| Deferred revenue - non-current | 3,051 | 3,160 | 2,836 | 2,836 | 3,104 | 2,873 | 2,873 | 2,797 | 3,155 | 2,934 | 2,847 | 2,730 | 2,836 | 2,797 | 2,730 | 2,260 | 2,130 |
| Deferred tax liabilities | 37,051 | 38,620 | 37,748 | 39,565 | 42,904 | 46,005 | 44,844 | 44,330 | 44,330 | 44,330 | 44,330 | 44,330 | 39,565 | 44,330 | 44,330 | 44,330 | 44,330 |
| Other non-current liabilities | 850 | 850 | 850 | 850 | 850 | 850 | 850 | 850 | 850 | 850 | 850 | 850 | 850 | 850 | 850 | 850 | 850 |
| Total Non-Current Liabilities | 114,621 | 127,108 | 131,446 | 140,458 | 150,807 | 151,304 | 145,700 | 141,712 | 142,050 | 141,749 | 141,762 | 141,645 | 140,458 | 141,712 | 141,645 | 141,645 | 141,914 |
| Total Liabilities | 198,751 | 200,450 | 212,748 | 241,272 | 266,595 | 240,624 | 234,248 | 258,578 | 260,349 | 237,776 | 235,590 | 256,271 | 241,272 | 258,578 | 256,271 | 263,790 | 272,362 |
| Series A preferred stock | | | | | | | | | | | | | | | | | |
| Total Shareholder's Equity | 132,390 | 134,082 | 132,425 | 134,047 | 140,199 | 126,878 | 114,949 | 107,147 | 106,370 | 99,427 | 89,188 | 81,182 | 134,047 | 107,147 | 81,182 | 59,471 | 62,324 |
| Total Liabilities and Shareholde... | 331,141 | 334,532 | 345,173 | 375,319 | 406,794 | 367,502 | 349,197 | 365,725 | 366,720 | 337,202 | 324,777 | 337,453 | 375,319 | 365,725 | 337,453 | 323,261 | 334,685 |

Source: Company Data, Morgan Stanley Research

**Exhibit 9**

11

**Morgan Stanley** | RESEARCH

UPDATE

Exhibit 11: Apple Cash Flow Statement

| ($ in millions) | 2017A Dec-16 | Mar-17 | Jun-17 | Sep-17 | 2018A Dec-17 | Mar-18 | Jun-18 | Sep-18 | 2019E Dec-18 | Mar-19 | Jun-19 | Sep-19 | 2017A | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Flow Statement (Non Cumulative)** | | | | | | | | | | | | | | | | | |
| **Operating activities:** | | | | | | | | | | | | | | | | | |
| Net Income / (Loss) | 17,891 | 11,029 | 8,717 | 10,714 | 20,065 | 13,822 | 11,519 | 14,125 | 21,369 | 14,854 | 11,902 | 14,063 | 48,351 | 59,531 | 62,188 | 66,692 | 71,121 |
| Cumulative effect of accounting change | | | | | | | | | | | | | | | | | |
| Adjustments to reconcile net income: | | | | | | | | | | | | | | | | | |
| Depreciation & Amortization | 2,987 | 2,332 | 2,354 | 2,484 | 2,745 | 2,739 | 2,665 | 2,754 | 3,139 | 2,900 | 2,936 | 3,023 | 10,157 | 10,903 | 11,998 | 14,044 | 16,659 |
| Stock based compensation expense | 1,256 | 1,217 | 1,193 | 1,174 | 1,296 | 1,348 | 1,351 | 1,345 | 1,332 | 1,514 | 1,483 | 1,427 | 4,840 | 5,340 | 5,766 | 5,650 | 6,120 |
| Provision for (benefit from) deferred inc | 1,452 | 1,370 | 1,942 | 1,202 | (33,737) | (466) | 1,128 | 519 | | | | | 5,906 | (32,590) | | | |
| Gain on non-current investments, net | | | | | | | | | | | | | | | | | |
| Gain on short-term investments, net | | | | | | | | | | | | | | | | | |
| Unrealized loss on conv. securities | | | | | | | | | | | | | | | | | |
| Loss on sale of PP&E | | | | | | | | | | | | | | | | | |
| Non-cash restructuring | | | | | | | | | | | | | | | | | |
| In-Process R&D | | | | | | | | | | | | | | | | | |
| Tax benefit from ESO | | | | | | | | | | | | | | | | | |
| **Changes in Operating Assets and Liabilities:** | | | | | | | | | | | | | | | | | |
| Accounts receivable | 1,697 | 2,486 | (802) | (5,474) | (5,570) | 9,053 | 233 | (9,078) | (3,450) | 8,557 | 1,845 | (4,917) | (2,093) | (5,322) | 2,035 | (559) | (2,127) |
| Inventories | (586) | (198) | (236) | (1,709) | 434 | (3,241) | 1,693 | 1,942 | (394) | 449 | 618 | (514) | (2,723) | 828 | (381) | 687 | (326) |
| Other current assets | (1,446) | 550 | (2,333) | (2,089) | (197) | (856) | 988 | (559) | 3,842 | 11,458 | (1,754) | (13,546) | (5,318) | (423) | - | (3,871) | (4,452) |
| Other assets | (375) | 4,887 | (1,200) | (7,566) | (9,660) | 19,375 | (4,179) | (13,566) | (91) | (1,130) | 354 | 172 | (4,254) | (8,010) | (696) | (730) | (766) |
| Accounts payable | 2,460 | (9,322) | 1,650 | 14,830 | 14,588 | (27,808) | 2,881 | 20,314 | 5,242 | (18,491) | (1,345) | 17,259 | 9,618 | 9,175 | (695) | 2,875 | 5,506 |
| Deferred revenue | 42 | (263) | (197) | (203) | 791 | (313) | (381) | 59 | 338 | (301) | 13 | (117) | (626) | (44) | (67) | 130 | 139 |
| Accrued restructuring costs | | | | | | | | | | | | | | | | | |
| Other current liabilities | 1,672 | (1,565) | (2,725) | 2,298 | 37,538 | 1,469 | (2,406) | 1,447 | (3,809) | (3,781) | (854) | 3,539 | (320) | 38,046 | (4,905) | 4,514 | 2,927 |
| Deferred tax liabilities | | | | | | | | | | | | | | | | | |
| **Net Cash Provided by Operating Activities** | 27,056 | 12,523 | 8,363 | 15,656 | 28,293 | 15,130 | 14,488 | 19,523 | 26,979 | 16,028 | 15,208 | 20,390 | 63,598 | 77,434 | 78,604 | 89,443 | 94,800 |
| **Investing activities:** | | | | | | | | | | | | | | | | | |
| Purchases of short-term investments | (54,272) | (45,549) | (23,960) | (35,705) | (41,272) | (7,177) | (7,684) | (15,223) | | | | | (159,486) | (71,356) | | | |
| Proceeds from maturities of short-term inv | 6,525 | 5,904 | 6,918 | 12,428 | 434 | 17,836 | 14,406 | 9,591 | | 50,000 | | | 31,775 | 55,881 | 50,000 | 50,000 | |
| Proceeds from sales of short-term investm | 32,166 | 28,288 | 16,293 | 17,817 | 16,801 | 22,141 | 2,672 | 6,224 | | | | | 94,564 | 47,838 | | | |
| Purchases of long-term investments | | | | | | | | | | | | | | | | | |
| Net Proceeds from sale of PP&E | | | | | | | | | | | | | | | | | |
| Purchase of PP&E | (3,334) | (2,975) | (2,277) | (3,865) | (2,810) | (4,195) | (3,267) | (3,041) | 119 | 126 | 136 | 140 | (12,451) | (13,313) | (14,174) | (15,982) | (16,867) |
| Cash paid for acquisition of technology | (103) | (90) | (351) | 200 | (154) | (151) | (126) | (230) | (3,188) | (3,803) | (3,370) | (3,813) | (344) | (721) | (1,160) | (1,160) | (1,160) |
| Proceeds from sale of ARM shares | | | | | | | | | (290) | (290) | (290) | (290) | | | | | |
| Other | (104) | 220 | 197 | (817) | (203) | 256 | (2,054) | (262) | (3,359) | | | | (504) | (2,263) | 521 | 592 | 667 |
| **Net cash used in investing activities** | (19,122) | (14,202) | (3,180) | (9,942) | (13,590) | 28,710 | 3,947 | (6,058) | (23,478) | (23,311) | (3,524) | (3,964) | (46,446) | 16,066 | 35,187 | 33,450 | (17,360) |
| **Financing activities:** | | | | | | | | | | | | | | | | | |
| Proceeds from issuance of common stock | 178 | 273 | 309 | 281 | | 327 | | 341 | 86 | 80 | 75 | 71 | 555 | 666 | 309 | 272 | |
| Excess tax benefits from stock-based com | (629) | 47 | 93 | 93 | 1 | 1 | | | | | | | 627 | 312 | | | |
| Taxes paid related to net share settlement | (159) | (858) | (228) | (228) | (1,038) | (152) | (1,077) | (260) | (3,564) | (3,391) | (3,709) | (3,567) | (1,874) | (2,527) | (14,231) | (14,363) | (14,660) |
| Dividends and dividend equivalent rights p | (3,130) | (3,004) | (3,365) | (3,270) | (3,339) | (3,190) | (3,653) | (3,530) | (20,000) | (20,000) | (20,000) | (20,000) | (12,769) | (13,712) | (80,000) | (80,000) | (60,000) |
| Repurchases of common stock | (10,851) | (7,161) | (7,836) | (7,759) | (10,056) | (22,756) | (20,783) | (19,104) | | | | | (12,769) | (80,000) | | | |
| Increase (decrease) in long-term borrowing | | 10,975 | 10,750 | 6,971 | 6,577 | (502) | (6) | (27) | | | | | 10,975 | 469 | | | |
| Increase (decrease) in notes payable to be | 2,385 | (506) | (1,513) | (14) | 1 | (11) | (11) | (31,523) | (22,500) | (6,058) | | | 28,662 | 352 | | | |
| **Net Cash used in Financing Activities** | (12,047) | 465 | (1,769) | (3,996) | (7,501) | (26,272) | (15,523) | (22,500) | 142 | 38,750 | (11,950) | (7,069) | (17,247) | 5,624 | 19,873 | 28,839 | 3,052 |
| **Increase/(decrease) in Cash and Cash Eq** | (4,113) | (1,214) | 3,414 | 1,718 | 7,202 | 17,568 | 13,088 | (6,058) | (195) | | | | (195) | 5,624 | 19,873 | 28,839 | 3,052 |
| **Adjustments for restatements** | | | | | | | | | | | | | | | | | |
| **Cash and Cash Equivalents at Beginning of** | 20,484 | 16,371 | 15,157 | 18,571 | 20,289 | 27,491 | 45,059 | 31,971 | 25,913 | 26,055 | 64,805 | 52,855 | 20,484 | 20,289 | 25,913 | 45,786 | 74,625 |
| **Cash and Cash Equivalents at End of Peri** | 16,371 | 15,157 | 18,571 | 20,289 | 27,491 | 45,059 | 31,971 | 25,913 | 26,055 | 64,805 | 52,855 | 45,786 | 20,289 | 25,913 | 45,786 | 74,625 | 77,677 |

Source: Company Data, Morgan Stanley Research

Morgan Stanley | RESEARCH

**Exhibit 9**
**UPDATE**

# Disclosure Section

The information and opinions in Morgan Stanley Research were prepared by Morgan Stanley & Co. LLC, and/or Morgan Stanley C.T.V.M. S.A., and/or Morgan Stanley Mexico, Casa de Bolsa, S.A. de C.V., and/or Morgan Stanley Canada Limited. As used in this disclosure section, "Morgan Stanley" includes Morgan Stanley & Co. LLC, Morgan Stanley C.T.V.M. S.A., Morgan Stanley Mexico, Casa de Bolsa, S.A. de C.V., Morgan Stanley Canada Limited and their affiliates as necessary.

For important disclosures, stock price charts and equity rating histories regarding companies that are the subject of this report, please see the Morgan Stanley Research Disclosure Website at www.morganstanley.com/researchdisclosures, or contact your investment representative or Morgan Stanley Research at 1585 Broadway, (Attention: Research Management), New York, NY, 10036 USA.

For valuation methodology and risks associated with any recommendation, rating or price target referenced in this research report, please contact the Client Support Team as follows: US/Canada +1 800 303-2495; Hong Kong +852 2848-5999; Latin America +1 718 754-5444 (U.S.); London +44 (0)20-7425-8169; Singapore +65 6834-6860; Sydney +61 (0)2-9770-1505; Tokyo +81 (0)3-6836-9000. Alternatively you may contact your investment representative or Morgan Stanley Research at 1585 Broadway, (Attention: Research Management), New York, NY 10036 USA.

## Analyst Certification

The following analysts hereby certify that their views about the companies and their securities discussed in this report are accurately expressed and that they have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report: Katy L. Huberty, CFA.

Unless otherwise stated, the individuals listed on the cover page of this report are research analysts.

## Global Research Conflict Management Policy

Morgan Stanley Research has been published in accordance with our conflict management policy, which is available at www.morganstanley.com/institutional/research/conflictpolicies.

## Important US Regulatory Disclosures on Subject Companies

As of November 30, 2018, Morgan Stanley beneficially owned 1% or more of a class of common equity securities of the following companies covered in Morgan Stanley Research: **Apple, Inc.**, Electronics for Imaging Inc, Fitbit Inc, GoPro Inc, IBM, Nutanix Inc, Pure Storage Inc.

Within the last 12 months, Morgan Stanley managed or co-managed a public offering (or 144A offering) of securities of Electronics for Imaging Inc, Hewlett Packard Enterprise, Nutanix Inc, Pure Storage Inc, Sonos Inc..

Within the last 12 months, Morgan Stanley has received compensation for investment banking services from **Apple, Inc.**, CDW Corporation, Electronics for Imaging Inc, Hewlett Packard Enterprise, HP Inc., NetApp Inc, Nutanix Inc, Pure Storage Inc, Sonos Inc., Xerox Corp.

In the next 3 months, Morgan Stanley expects to receive or intends to seek compensation for investment banking services from **Apple, Inc.**, CDW Corporation, Electronics for Imaging Inc, Fitbit Inc, Garmin Ltd, GoPro Inc, Hewlett Packard Enterprise, HP Inc., IBM, NCR Corp., NetApp Inc, Nutanix Inc, Pure Storage Inc, Seagate Technology, Sonos Inc., Teradata, Xerox Corp.

Within the last 12 months, Morgan Stanley has received compensation for products and services other than investment banking services from **Apple, Inc.**, CDW Corporation, Electronics for Imaging Inc, Fitbit Inc, Hewlett Packard Enterprise, HP Inc., IBM, NCR Corp., NetApp Inc, Seagate Technology, Xerox Corp.

Within the last 12 months, Morgan Stanley has provided or is providing investment banking services to, or has an investment banking client relationship with the following company: **Apple, Inc.**, CDW Corporation, Electronics for Imaging Inc, Fitbit Inc, Garmin Ltd, GoPro Inc, Hewlett Packard Enterprise, HP Inc., IBM, NCR Corp., NetApp Inc, Nutanix Inc, Pure Storage Inc, Seagate Technology, Sonos Inc., Teradata, Xerox Corp.

Within the last 12 months, Morgan Stanley has either provided or is providing non-investment banking, securities-related services to and/or in the past has entered into an agreement to provide services or has a client relationship with the following company: **Apple, Inc.**, CDW Corporation, Electronics for Imaging Inc, Fitbit Inc, Garmin Ltd, GoPro Inc, Hewlett Packard Enterprise, HP Inc., IBM, NCR Corp., NetApp Inc, Nutanix Inc, Pure Storage Inc, Seagate Technology, Xerox Corp.

An employee, director or consultant of Morgan Stanley is a director of IBM. This person is not a research analyst or a member of a research analyst's household.

Morgan Stanley & Co. LLC makes a market in the securities of **Apple, Inc.**, CDW Corporation, Electronics for Imaging Inc, Fitbit Inc, Garmin Ltd, GoPro Inc, Hewlett Packard Enterprise, HP Inc., IBM, NCR Corp., NetApp Inc, Pure Storage Inc, Seagate Technology, Sonos Inc., Teradata, Xerox Corp.

The equity research analysts or strategists principally responsible for the preparation of Morgan Stanley Research have received compensation based upon various factors, including quality of research, investor client feedback, stock picking, competitive factors, firm revenues and overall investment banking revenues. Equity Research analysts' or strategists' compensation is not linked to investment banking or capital markets transactions performed by Morgan Stanley or the profitability or revenues of particular trading desks.

Morgan Stanley and its affiliates do business that relates to companies/instruments covered in Morgan Stanley Research, including market making, providing liquidity, fund management, commercial banking, extension of credit, investment services and investment banking. Morgan Stanley sells to and buys from customers the securities/instruments of companies covered in Morgan Stanley Research on a principal basis. Morgan Stanley may have a position in the debt of the Company or instruments discussed in this report. Morgan Stanley trades or may trade as principal in the debt securities (or in related derivatives) that are the subject of the debt research report.

Certain disclosures listed above are also for compliance with applicable regulations in non-US jurisdictions.

## STOCK RATINGS

Morgan Stanley uses a relative rating system using terms such as Overweight, Equal-weight, Not-Rated or Underweight (see definitions below). Morgan Stanley does not assign ratings of Buy, Hold or Sell to the stocks we cover. Overweight, Equal-weight, Not-Rated and Underweight are not the equivalent of buy, hold and sell. Investors should carefully read the definitions of all ratings used in Morgan Stanley Research. In addition, since Morgan Stanley Research contains more complete information concerning the analyst's views, investors should carefully read Morgan Stanley Research, in its entirety, and not infer the contents from the rating alone. In any case, ratings (or research) should not be used or relied upon as investment advice. An investor's decision to buy or sell a stock should depend on individual circumstances (such as the investor's existing holdings) and other considerations.

## Global Stock Ratings Distribution

(as of November 30, 2018)

The Stock Ratings described below apply to Morgan Stanley's Fundamental Equity Research and do not apply to Debt Research produced by the Firm. For disclosure purposes only (in accordance with NASD and NYSE requirements), we include the category headings of Buy, Hold, and Sell alongside our ratings of Overweight, Equal-weight, Not-Rated and Underweight. Morgan Stanley does not assign ratings of Buy, Hold or Sell to the stocks we cover. Overweight, Equal-weight, Not-Rated and Underweight are not the equivalent of buy, hold, and sell but represent recommended relative weightings (see definitions below). To satisfy regulatory requirements, we correspond Overweight, our most positive stock rating, with a buy recommendation; we correspond Equal-weight and Not-Rated to hold and Underweight to sell recommendations, respectively.

**Morgan Stanley** | RESEARCH

**Exhibit 9**

**UPDATE**

| STOCK RATING CATEGORY | COVERAGE UNIVERSE | | INVESTMENT BANKING CLIENTS (IBC) | | | OTHER MATERIAL INVESTMENT SERVICES CLIENTS (MISC) | |
|---|---|---|---|---|---|---|---|
| | COUNT | % OF TOTAL | COUNT | % OF TOTAL IBC | % OF RATING CATEGORY | COUNT | % OF TOTAL OTHER MISC |
| Overweight/Buy | 1156 | 37% | 295 | 40% | 26% | 541 | 38% |
| Equal-weight/Hold | 1405 | 44% | 342 | 47% | 24% | 641 | 45% |
| Not-Rated/Hold | 46 | 1% | 7 | 1% | 15% | 7 | 0% |
| Underweight/Sell | 555 | 18% | 85 | 12% | 15% | 226 | 16% |
| TOTAL | 3,162 | | 729 | | | 1415 | |

Data include common stock and ADRs currently assigned ratings. Investment Banking Clients are companies from whom Morgan Stanley received investment banking compensation in the last 12 months. Due to rounding off of decimals, the percentages provided in the "% of total" column may not add up to exactly 100 percent.

### Analyst Stock Ratings

Overweight (O). The stock's total return is expected to exceed the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Equal-weight (E). The stock's total return is expected to be in line with the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Not-Rated (NR). Currently the analyst does not have adequate conviction about the stock's total return relative to the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Underweight (U). The stock's total return is expected to be below the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Unless otherwise specified, the time frame for price targets included in Morgan Stanley Research is 12 to 18 months.

### Analyst Industry Views

Attractive (A): The analyst expects the performance of his or her industry coverage universe over the next 12-18 months to be attractive vs. the relevant broad market benchmark, as indicated below.

In-Line (I): The analyst expects the performance of his or her industry coverage universe over the next 12-18 months to be in line with the relevant broad market benchmark, as indicated below.

Cautious (C): The analyst views the performance of his or her industry coverage universe over the next 12-18 months with caution vs. the relevant broad market benchmark, as indicated below.

Benchmarks for each region are as follows: North America - S&P 500; Latin America - relevant MSCI country index or MSCI Latin America Index; Europe - MSCI Europe; Japan - TOPIX; Asia - relevant MSCI country index or MSCI sub-regional index or MSCI AC Asia Pacific ex Japan Index.

### Stock Price, Price Target and Rating History (See Rating Definitions)

**Morgan Stanley** | RESEARCH

**Exhibit 9**

**UPDATE**



Effective January 13, 2014, the stocks covered by Morgan Stanley Asia Pacific will be rated relative to the analyst's industry (or industry team's) coverage.

Effective January 13, 2014, the industry view benchmarks for Morgan Stanley Asia Pacific are as follows: relevant MSCI country index or MSCI sub-regional index or MSCI AC Asia Pacific ex Japan Index.

## Important Disclosures for Morgan Stanley Smith Barney LLC Customers

Important disclosures regarding the relationship between the companies that are the subject of Morgan Stanley Research and Morgan Stanley Smith Barney LLC or Morgan Stanley or any of their affiliates, are available on the Morgan Stanley Wealth Management disclosure website at www.morganstanley.com/online/researchdisclosures. For Morgan Stanley specific disclosures, you may refer to www.morganstanley.com/researchdisclosures.

Each Morgan Stanley Equity Research report is reviewed and approved on behalf of Morgan Stanley Smith Barney LLC. This review and approval is conducted by the same person who reviews the Equity Research report on behalf of Morgan Stanley. This could create a conflict of interest.

## Other Important Disclosures

Morgan Stanley & Co. International PLC and its affiliates have a significant financial interest in the debt securities of **Apple, Inc.**, Electronics for Imaging Inc, GoPro Inc, Hewlett Packard Enterprise, HP Inc., IBM, NetApp Inc, Nutanix Inc, Xerox Corp.

Morgan Stanley Research policy is to update research reports as and when the Research Analyst and Research Management deem appropriate, based on developments with the issuer, the sector, or the market that may have a material impact on the research views or opinions stated therein. In addition, certain Research publications are intended to be updated on a regular periodic basis (weekly/monthly/quarterly/annual) and will ordinarily be updated with that frequency, unless the Research Analyst and Research Management determine that a different publication schedule is appropriate based on current conditions.

Morgan Stanley is not acting as a municipal advisor and the opinions or views contained herein are not intended to be, and do not constitute, advice within the meaning of Section 975 of the Dodd-Frank Wall Street Reform and Consumer Protection Act.

Morgan Stanley produces an equity research product called a "Tactical Idea." Views contained in a "Tactical Idea" on a particular stock may be contrary to the recommendations or views expressed in research on the same stock. This may be the result of differing time horizons, methodologies, market events, or other factors. For all research available on a particular stock, please contact your sales representative or go to Matrix at http://www.morganstanley.com/matrix.

Morgan Stanley Research is provided to our clients through our proprietary research portal on Matrix and also distributed electronically by Morgan Stanley to clients. Certain, but not all, Morgan Stanley Research products are also made available to clients through third-party vendors or redistributed to clients through alternate electronic means as a convenience. For access to all available Morgan Stanley Research, please contact your sales representative or go to Matrix at http://www.morganstanley.com/matrix.

Any access and/or use of Morgan Stanley Research is subject to Morgan Stanley's Terms of Use (http://www.morganstanley.com/terms.html). By accessing and/or using Morgan Stanley Research, you are indicating that you have read and agree to be bound by our Terms of Use (http://www.morganstanley.com/terms.html). In addition you consent to Morgan Stanley processing your personal data and using cookies in accordance with our Privacy Policy and our Global Cookies Policy (http://www.morganstanley.com/privacy_pledge.html), including for the purposes of setting your preferences and to collect readership data so that we can deliver better and more personalized service and products to you. To find out more information about how Morgan Stanley processes personal data, how we use cookies and how to reject cookies see our Privacy Policy and our Global Cookies Policy (http://www.morganstanley.com/privacy_pledge.html).

If you do not agree to our Terms of Use and/or if you do not wish to provide your consent to Morgan Stanley processing your personal data or using cookies please do not access our research.

Morgan Stanley Research does not provide individually tailored investment advice. Morgan Stanley Research has been prepared without regard to the circumstances and objectives of those who receive it. Morgan Stanley recommends that investors independently evaluate particular investments and

14

**Morgan Stanley** | RESEARCH

**Exhibit 9**

**UPDATE**

strategies, and encourages investors to seek the advice of a financial adviser. The appropriateness of an investment or strategy will depend on an investor's circumstances and objectives. The securities, instruments, or strategies discussed in Morgan Stanley Research may not be suitable for all investors, and certain investors may not be eligible to purchase or participate in some or all of them. Morgan Stanley Research is not an offer to buy or sell or the solicitation of an offer to buy or sell any security/instrument or to participate in any particular trading strategy. The value of and income from your investments may vary because of changes in interest rates, foreign exchange rates, default rates, prepayment rates, securities/instruments prices, market indexes, operational or financial conditions of companies or other factors. There may be time limitations on the exercise of options or other rights in securities/instruments transactions. Past performance is not necessarily a guide to future performance. Estimates of future performance are based on assumptions that may not be realized. If provided, and unless otherwise stated, the closing price on the cover page is that of the primary exchange for the subject company's securities/instruments.

The fixed income research analysts, strategists or economists principally responsible for the preparation of Morgan Stanley Research have received compensation based upon various factors, including quality, accuracy and value of research, firm profitability or revenues (which include fixed income trading and capital markets profitability or revenues), client feedback and competitive factors. Fixed Income Research analysts', strategists' or economists' compensation is not linked to investment banking or capital markets transactions performed by Morgan Stanley or the profitability or revenues of particular trading desks.

The "Important US Regulatory Disclosures on Subject Companies" section in Morgan Stanley Research lists all companies mentioned where Morgan Stanley owns 1% or more of a class of common equity securities of the companies. For all other companies mentioned in Morgan Stanley Research, Morgan Stanley may have an investment of less than 1% in securities/instruments or derivatives of securities/instruments of companies and may trade them in ways different from those discussed in Morgan Stanley Research. Employees of Morgan Stanley not involved in the preparation of Morgan Stanley Research may have investments in securities/instruments or derivatives of securities/instruments of companies mentioned and may trade them in ways different from those discussed in Morgan Stanley Research. Derivatives may be issued by Morgan Stanley or associated persons.

With the exception of information regarding Morgan Stanley, Morgan Stanley Research is based on public information. Morgan Stanley makes every effort to use reliable, comprehensive information, but we make no representation that it is accurate or complete. We have no obligation to tell you when opinions or information in Morgan Stanley Research change apart from when we intend to discontinue equity research coverage of a subject company. Facts and views presented in Morgan Stanley Research have not been reviewed by, and may not reflect information known to, professionals in other Morgan Stanley business areas, including investment banking personnel.

Morgan Stanley Research personnel may participate in company events such as site visits and are generally prohibited from accepting payment by the company of associated expenses unless pre-approved by authorized members of Research management.

Morgan Stanley may make investment decisions that are inconsistent with the recommendations or views in this report.

To our readers based in Taiwan or trading in Taiwan securities/instruments: Information on securities/instruments that trade in Taiwan is distributed by Morgan Stanley Taiwan Limited ("MSTL"). Such information is for your reference only. The reader should independently evaluate the investment risks and is solely responsible for their investment decisions. Morgan Stanley Research may not be distributed to the public media or quoted or used by the public media without the express written consent of Morgan Stanley. Any non-customer reader within the scope of Article 7-1 of the Taiwan Stock Exchange Recommendation Regulations accessing and/or receiving Morgan Stanley Research is not permitted to provide Morgan Stanley Research to any third party (including but not limited to related parties, affiliated companies and any other third parties) or engage in any activities regarding Morgan Stanley Research which may create or give the appearance of creating a conflict of interest. Information on securities/instruments that do not trade in Taiwan is for informational purposes only and is not to be construed as a recommendation or a solicitation to trade in such securities/instruments. MSTL may not execute transactions for clients in these securities/instruments.

Morgan Stanley is not incorporated under PRC law and the research in relation to this report is conducted outside the PRC. Morgan Stanley Research does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. Neither this report nor any part of it is intended as, or shall constitute, provision of any consultancy or advisory service of securities investment as defined under PRC law. Such information is provided for your reference only.

Morgan Stanley Research is disseminated in Brazil by Morgan Stanley C.T.V.M. S.A.; in Mexico by Morgan Stanley México, Casa de Bolsa, S.A. de C.V which is regulated by Comision Nacional Bancaria y de Valores. Paseo de los Tamarindos 90, Torre 1, Col. Bosques de las Lomas Floor 29, 05120 Mexico City; in Japan by Morgan Stanley MUFG Securities Co., Ltd. and, for Commodities related research reports only, Morgan Stanley Capital Group Japan Co., Ltd; in Hong Kong by Morgan Stanley Asia Limited (which accepts responsibility for its contents) and by Morgan Stanley Asia International Limited, Hong Kong Branch; in Singapore by Morgan Stanley Asia (Singapore) Pte. (Registration number 199206298Z) and/or Morgan Stanley Asia (Singapore) Securities Pte Ltd (Registration number 200008434H), regulated by the Monetary Authority of Singapore (which accepts legal responsibility for its contents and should be contacted with respect to any matters arising from, or in connection with, Morgan Stanley Research) and by Morgan Stanley Asia International Limited, Singapore Branch (Registration number T11FC0207F); in Australia to "wholesale clients" within the meaning of the Australian Corporations Act by Morgan Stanley Australia Limited A.B.N. 67 003 734 576, holder of Australian financial services license No. 233742, which accepts responsibility for its contents; in Australia to "wholesale clients" and "retail clients" within the meaning of the Australian Corporations Act by Morgan Stanley Wealth Management Australia Pty Ltd (A.B.N. 19 009 145 555, holder of Australian financial services license No. 240813), which accepts responsibility for its contents; in Korea by Morgan Stanley & Co International plc, Seoul Branch; in India by Morgan Stanley India Company Private Limited; in Indonesia by PT. Morgan Stanley Sekuritas Indonesia; in Canada by Morgan Stanley Canada Limited, which has approved of and takes responsibility for its contents in Canada; in Germany by Morgan Stanley Bank AG, Frankfurt am Main and Morgan Stanley Private Wealth Management Limited, Niederlassung Deutschland, regulated by Bundesanstalt fuer Finanzdienstleistungsaufsicht (BaFin); in Spain by Morgan Stanley, S.V., S.A., a Morgan Stanley group company, which is supervised by the Spanish Securities Markets Commission (CNMV) and states that Morgan Stanley Research has been written and distributed in accordance with the rules of conduct applicable to financial research as established under Spanish regulations; in the US by Morgan Stanley & Co. LLC, which accepts responsibility for its contents. Morgan Stanley & Co. International plc, authorized by the Prudential Regulatory Authority and regulated by the Financial Conduct Authority and the Prudential Regulatory Authority, disseminates in the UK research that it has prepared, and approves solely for the purposes of section 21 of the Financial Services and Markets Act 2000, research which has been prepared by any of its affiliates. RMB Morgan Stanley Proprietary Limited is a member of the JSE Limited and regulated by the Financial Services Board in South Africa. RMB Morgan Stanley Proprietary Limited is a joint venture owned equally by Morgan Stanley International Holdings Inc. and RMB Investment Advisory (Proprietary) Limited, which is wholly owned by FirstRand Limited. The information in Morgan Stanley Research is being disseminated by Morgan Stanley Saudi Arabia, regulated by the Capital Market Authority in the Kingdom of Saudi Arabia , and is directed at Sophisticated investors only.

The information in Morgan Stanley Research is being communicated by Morgan Stanley & Co. International plc (DIFC Branch), regulated by the Dubai Financial Services Authority (the DFSA), and is directed at Professional Clients only, as defined by the DFSA. The financial products or financial services to which this research relates will only be made available to a customer who we are satisfied meets the regulatory criteria to be a Professional Client.

The information in Morgan Stanley Research is being communicated by Morgan Stanley & Co. International plc (QFC Branch), regulated by the Qatar Financial Centre Regulatory Authority (the QFCRA), and is directed at business customers and market counterparties only and is not intended for Retail Customers as defined by the QFCRA.

As required by the Capital Markets Board of Turkey, investment information, comments and recommendations stated here, are not within the scope of investment advisory activity. Investment advisory service is provided exclusively to persons based on their risk and income preferences by the authorized firms. Comments and recommendations stated here are general in nature. These opinions may not fit to your financial status, risk and return preferences. For this

**Morgan Stanley** | RESEARCH

Exhibit 9
UPDATE

reason, to make an investment decision by relying solely to this information stated here may not bring about outcomes that fit your expectations.
The trademarks and service marks contained in Morgan Stanley Research are the property of their respective owners. Third-party data providers make no warranties or representations relating to the accuracy, completeness, or timeliness of the data they provide and shall not have liability for any damages relating to such data. The Global Industry Classification Standard (GICS) was developed by and is the exclusive property of MSCI and S&P.
Morgan Stanley Research, or any portion thereof may not be reprinted, sold or redistributed without the written consent of Morgan Stanley.
Indicators and trackers referenced in Morgan Stanley Research may not be used as, or treated as, a benchmark under Regulation EU 2016/1011, or any other similar framework.

**INDUSTRY COVERAGE: IT Hardware**

| COMPANY (TICKER) | RATING (AS OF) | PRICE* (12/06/2018) |
|---|---|---|
| **Katy L. Huberty, CFA** | | |
| Apple, Inc. (AAPL.O) | O (05/26/2009) | $174.72 |
| CDW Corporation (CDW.O) | E (08/06/2013) | $95.54 |
| Electronics for Imaging Inc (EFII.O) | U (08/03/2017) | $27.21 |
| Hewlett Packard Enterprise (HPE.N) | O (01/23/2018) | $16.02 |
| HP Inc. (HPQ.N) | E (01/23/2018) | $24.02 |
| IBM (IBM.N) | ++ | $123.91 |
| NCR Corp. (NCR.N) | E (09/25/2011) | $26.74 |
| NetApp Inc (NTAP.O) | E (01/23/2018) | $68.48 |
| Nutanix Inc (NTNX.O) | E (05/10/2017) | $44.43 |
| Pure Storage Inc (PSTG.N) | E (05/18/2017) | $18.49 |
| Seagate Technology (STX.O) | O (04/09/2018) | $41.65 |
| Sonos Inc. (SONO.O) | E (08/27/2018) | $12.60 |
| Teradata (TDC.N) | E (01/23/2018) | $37.70 |
| Xerox Corp (XRX.N) | ++ | $26.64 |
| | | |
| **Yuuji Anderson** | | |
| Fitbit Inc (FIT.N) | U (04/01/2018) | $5.15 |
| Garmin Ltd (GRMN.O) | E (01/07/2015) | $65.03 |
| GoPro Inc (GPRO.O) | U (01/23/2018) | $5.18 |

Stock Ratings are subject to change. Please see latest research for each company.
* Historical prices are not split adjusted.

© 2018 Morgan Stanley

16

**Exhibit 9**

AN SCMP000020181211eecc00014

SE biz front

HD Qualcomm suit threatens iPhone sales in China

BY Zen Soo and Yang Yingzhi in Beijing

WC 452 words

PD 12 Dec 2018

SN South China Morning Post

SC SCMP

PG 1, 1

CLM intellectual property

CY (c) 2018  South China Morning Post Publishers Limited, Hong Kong. All rights reserved.

LP

A mainland court order instructing Apple to stop sales of some -iPhones in the country raises the ante for the United States technology giant in one of its biggest markets amid revenue pressures and -declining smartphone growth globally.A statement from US chip maker Qualcomm on Monday said the Fuzhou Intermediate People's Court had granted its request for two preliminary injunctions against four units of Apple, ordering them to immediately stop selling models ranging from the iPhone 6S to the iPhone X.

TD

The patent infringement suit brought by Qualcomm alleges that Apple's violated Qualcomm's software patents related to resizing photographs and app management on a touch screen, and concerns devices sold with -Apple's iOS 11, an older version of its operating system.

If upheld, the ruling could -affect Apple's revenues as China is the US company's third-largest market, accounting for about a fifth of its revenues. In its latest financial year, Apple made more than US$260 billion in -global sales.

Apple's most recent phone models, which include the iPhone XR and the iPhone XS, are not affected by the ruling as the devices had not been released when the suit was filed last year.

Apple said in a statement on Monday that "all its iPhone models remain available" on the mainland and it had filed a request for reconsideration with the court as a first step to appealing the preliminary injunction.

### Exhibit 9

It called Qualcomm's efforts a "desperate move by a company whose illegal practices are under investigation by regulators around the world", adding that Qualcomm "is asserting three patents they had never raised -before, including one which has already been invalidated".

The court order comes amid the ongoing US-China trade war and rising nationalist sentiment among mainland consumers, with more turning to local smartphone brands such as Huawei.

"The older iPhone models [included in the court order] still make up a big volume of iPhone sales in the China market, and if a prolonged ban [is enforced], the supply chain in China will also be affected," said Kiranjeet Kaur, a senior research manager with IDC's Asia-Pacific client devices group.

Firms such as Foxconn, AAC Technologies and BYD are among Apple's mainland suppliers, assembling and supplying components and technology for its products.

Apple could work around the infringement accusations by upgrading all its devices to a new operating system, according to a research note by China Merchants Securities in Shanghai.

Additional reporting by Li Tao

Headline of the Online Version: Apple's China headache worsens as court bans iPhone sales in Qualcomm patent dispute

**Exhibit 9**

AN HTDIGI0020181224eecn00006

SE

HD Apple could cut iPhone production yet again with the iPhone XR to take the biggest hit.

BY Digit NewsDesk

WC 407 words

PD 23 Dec 2018

SN Digit

SC HTDIGI

CY Copyright © 2018 Nine Dot Nine Mediaworx Pvt. Ltd. All Rights Reserved


LP

India, Dec. 23 -- Jun Zhang, an analyst at Rosenblatt has issued an investor note in which he outlines that Apple is likely to further reduce the production of its 2018 iPhone lineup, with the iPhone XR slated to take the biggest hit. Zhang attributes the second reduction in the iPhone production to the arrest of Huawei CFO.


TD

Canadian authorities had earlier detained Huawei CFO Meng Wanzhou at the behest of American authorities. This had prompted the Chinese authorities to issue a stern warning to the Canadians to release the CFO, or face consequences. The warning came in the face of the U.S. filing for the extradition of Meng. While the politicians resort to their own methods of settling the matter, companies in China are offering incentives to those employees who choose to buy Huawei smartphones instead of iPhones. It was inevitable that the trade war between the United States and China would come to impact Apple, which has its biggest manufacturing unit in China, not to mention, one of the most lucrative markets.


Zhang predicts that Apple will cut the production of the iPhone XR by some 2.5 million units for the March quarter while the iPhone XS and iPhone XS Max production could be reduced by 1 million and 500,000 units respectively.


Wall Street Journal had last month reported that Apple had cut down on the orders for both the iPhone XS and the iPhone XS Max as the company struggled to predict the demand for its most expensive iPhone lineup yet.


The trade war between the US and China isn't the only reason for Apple to be taking a hit on their stock right now. The 2018 lineup is the most expensive iPhone lineup yet, with the highest end smartphone costing as much as a down-payment on a car. The iPhone XR offered a mixed-bag of features, in some ways, feeling like a huge step backwards even in comparison to the iPhone 8 or the iPhone 8 Plus. With the

**Exhibit 9**

iPhone XR costing as much as an iPhone 8 Plus, the phone doesn't even offer a dual camera setup.

Published by HT Digital Content Services with permission from Digit.

**Exhibit 9**

AN YICAIG0020181225eecp00007

SE Business

HD Apple Hikes Trade-In Value of Older Handsets to Spur China Sales

BY Liao Shumin

WC 346 words

PD 25 Dec 2018

SN Yicai Global

SC YICAIG

CY Copyright © 2018 Yicai Global Co., Ltd. All Rights Reserved.


LP

(Yicai Global) Dec. 25 -- American smartphone maker Apple is offering special trade-in discounts on its latest handsets in China as it looks to compete harder against rising domestic brands.Customers can now pick up the iPhone XR from CNY4,399 (USD637) or XS from CNY6,599 when trading in an older handset, giving a maximum discount of CNY2,100 from standard prices, state-backed China News Service reported after visiting a Beijing store on Dec. 23.


TD

The offer extends to all older iPhone models, one of the clerks said, recommending that the trade-in handset be an iPhone 6 or newer version in order to get a larger discount. "In similar events run previously, the trade-in value of the iPhone 6 was just CNY600, but it's CNY1,200 this time," she said.


The aim of the game is to prevent the loss of old iPhone users and encourage them to upgrade for newer handsets, said Fu Liang, a tech sector analyst. The models being discounted went on sale in China just over three months ago.


"Apple is facing fierce competition around the world," Fu said. "The company noticed sales falling over the past two years so increased prices, but with the growth of Chinese brands, sales have declined further and Apple can't sustain its profit levels with high prices."


China is not the only place where Apple has been having to discount its products in a bid to increase sales. The firm has been running similar trade-in schemes in the US as it looks to shift more of its latest models, and offered discounts to Japanese telecom operators to encourage them to heavily discount the price of the iPhone XR.

## Exhibit 9

The China promotion is only available at brick-and-mortar outlets and is set to end on Jan. 31, the report added, noting that some stores may offer different amounts for the trade-in value of older models.


Editor: James Boynton


Click here to view image.

6/23/2021      CNBC Exclusive: CNBC Transcript: Apple CEO Tim Cook Speaks with CNBC's Josh Lipton Today

**Exhibit 9**



**CNBC NEWS RELEASES**

# CNBC Exclusive: CNBC Transcript: Apple CEO Tim Cook Speaks with CNBC's Josh Lipton Today

PUBLISHED WED, JAN 2 2019·6:37 PM EST

SHARE

WHEN: Today, Wednesday, January 2, 2019

WHERE: CNBC's "Fast Money"

The following is the unofficial transcript of a CNBC EXCLUSIVE interview with Apple CEO Tim Cook Speaks and CNBC's Josh Lipton on CNBC's "Fast Money" (M-F 5PM – 6PM) today, Wednesday, January 2nd. The following is a link to video of the interview on CNBC.com: https://www.cnbc.com/video/2019/01/02/apple-tim-cook-revenue-stocks.html.

All references must be sourced to CNBC.

SCOTT WAPNER: We do start with that big breaking story. Moments ago, Apple warning on its first quarter results. The stock is falling sharply after hours. Our Josh Lipton is at Apple headquarters where he just sat down with CEO Tim Cook in an exclusive interview. Stunning news to say the least, Josh.

JOSH LIPTON: Yeah, listen, Scott. Apple coming out, revising that Q1 guidance. As you noted, the stock dropping hard. They're now calling for revenue of about 84 billion, Scott.



**Exhibit 9**

JOSH LIPTON: Tim, thank you so much for taking the time to chat. We appreciate it.

TIM COOK: Thank you for coming.

JOSH LIPTON: I want to dig right into the results, Tim, and iPhone revenue specifically. Because as you mentioned, that was lower than expected and that accounted for the revenue shortfall here. And I want to dig in specifically to the trend you're seeing in China. Because you say something interesting, which it isn't just the economy there, it's also these rising trade tensions. What did you mean by that, Tim?

TIM COOK: Yeah. If you look at our results, our shortfall is over 100% from iPhone and it's primarily in greater China. And so as we look at what's going on in China -- it's clear that the economy begins to slow there for the second half. And what I believe to be the case is the trade tensions between the United States and China put additional pressure on their economy. And so we saw, as the quarter went on, things like traffic in our retail stores, traffic in our channel partner stores, the reports of the smartphone industry contracting, particularly bad in November -- I haven't seen the December number yet, but I would guess that wouldn not be good either. And so that's what we've seen. And now there are a lot of things we can do to turn our -- to sort of turn our business around in terms of the, both in China and more generally across. We're focusing on -- if you look at iPhone more at a macro level, the story on iPhone is in addition to the emerging market weakness, which is primarily in China, it's that there's not as many subsidies as there used to be from a carrier point of view. And where that didn't all happen yesterday, for -- if you've been out of the market for two or three years and you come back, it looks like that to you. FX was a big challenge in the quarter. As interest rate hikes have started in the United States, there's more foreign capital coming in, that makes the dollar much stronger and the translation, we knew that was going to be a factor. It affected us by about 200 basis points. And then sort of in addition to those two things, we've started a program worldwide where we dramatically lowered the battery replacement price. And so we have sort of a collection of items going on, some that are macroeconomic and some that are Apple specific and we're not going to sit around waiting for the macro to change. I hope that it does, and I'm actually optimistic, but we're going to focus really deeply on the things we can control.

JOSH LIPTON: And let me -- in terms of things that are perhaps that are a little bit out of your control though, Tim.



  

**Page 515**

**Exhibit 9**

JOSH LIPTON: I want to touch on China specifically, and go back to that. Because the trade tensions are having an effect you're seeing on the economy there. But do you see evidence that perhaps Apple is also getting caught in the crossfire, in terms of is there evidence that Chinese consumers say, "You know what there's a dispute, there's tension and they're taking it out on Apple in some way as well"?

TIM COOK: Well, Certainly apple has not been targeted by the government so let me take away any kind of doubt of that right up top. There are reports, sort of sporadic reports, about somebody talking about not buying our products because we're American, maybe a little bit on social media, maybe a guy standing in front of a store or something. My personal sense is that this is small. Keep in mind that China's not monolithic. Just like America's not monolithic. You have people with different views and different ideas. And so do I think anybody elected not to buy because of that? I'm sure some people did. But my sense is the much larger issue is the slowing of the economy and then this -- the trade tension that's further pressured.

JOSH LIPTON: And you talk -- given that this was a headwind and more than you expected, have you talked, I'm interested, to President Trump or members of the administration? This is a big, important American economy. And you're saying listen, this trade dispute is really impacting our business. Have you recently talked to the members of the administration and conveyed that?

TIM COOK: You know, I'm telling our investors first about what we saw last quarter, and that is the way it should be. But I've had obviously many, many discussions over the course of many months to be constructed and to give sort of my perspective on trade and the importance of it to the American economy as well. And I feel like I'm -- that I'm being listened to in that respect. And so I'm actually encouraged by what I've heard most recently coming from the U.S. and from China and hopefully we'll see some changes.

JOSH LIPTON: But given that those trade tensions, Tim, they do remain heated, given the pressure you're seeing, you're speaking to traders, investors, and business people now, in the quarters ahead, how do you then navigate this?

TIM COOK: Well, you focus on what you can control. And so when I look at this I say, you know, there's some weakness outside of China as well. I would have liked to have done better in some of our developed markets. And so how can we do that? Well, the subsidies are fewer


   

**Exhibit 9**

it primarily because it's great for the environment. You know, it keeps a unit with someone that wants it and the person who wants a new one gets one as well, and it's great for developers and so forth as well. But we haven't really marketed it very much. And the truth is to a consumer the trade-in looks like a subsidy because it lowers the price of the phone that you want. And so just let me give you an example of that. And so the retail price of the iPhone 10R in the United States is $749. But if you happened to trade in a 7+ which many people are in order to get that, the price goes all the way down to $449 or less. And so there's a substantial benefit, economic and environmental from trade-in. We're also working on placing ability to do monthly charges in. And so it begins to look like more the traditional way of paying for it through the carrier by, you know, taking the rates out for 24 months or so and so you wind up getting an incredibly new phone that's so much better than what you've had for $20, $30 a month or so. And so we're doing that. We're also putting a lot of focus on the service side. Our stores are unbelievable at service, and the ability -- people are very worried about transferring their data. You know, they're very worried that this new phone, there will be something that they lost in the process, and so we're putting a lot of emphasis on doing that and doing that well. And so those are just some things. The other things, which are not different than we thought but did affect our revenue in the quarter, are things like we had some supply constraints, we had an unprecedented number of new products during the quarter, we had new watches, we had new iPad pros. Both of these were constrained for all or most of the quarter.

JOSH LIPTON: Did you think -- I mean, looking back did you think – do you think you tried to introduce too much new too fast?

TIM COOK: No. I think you -- you know, our style, Josh, is we release things when they're ready. And I think that's the way it should be. If you ever start worrying about cannibalizing yourself, you can talk yourself into not doing both things. And so all of our products were ready over that period. Now would I have liked some of them to be ready a few months earlier? Of course. I would always like that, but generally we're still going to march down the road of shipping things when they're ready.

JOSH LIPTON: And let me ask you, Tim, with this release, investors get a lot of information and metrics.

TIM COOK: Yes.



   

**Page 517**

**Exhibit 9**

JOSH LIPTON: But as you guys spelled out, listen, there's going be changes in disclosure. You're not going to get the number of iPhones shipped anymore. You guys don't see that as a relevant metric so much in the past. If that is not the data point that investors should be focused on, what are the data points that investors should focus on?

TIM COOK: Yeah, that's a good question. Look, what we did years ago, actually with Apple Watch, we've never disclosed units sold. Why? It's not that we were secretive people. It's that we looked at this is and the watches were wide range in terms of pricing. We knew that eventually we would have a cellular watch, there's a stainless steel versus aluminum, there's even an addition. And so you begin to say, what value is there in adding these things up? I've made the comparison -- it's sort of like you and I going to the grocery store and putting things in our cart and coming up to the register and the person saying, "How many you got?" It doesn't add together anymore because the price ranges are so wide. So we didn't do it on Watch from the beginning. We've never done it on iPod. As we now step back from the phone, we have phones being sold in the emerging markets, like an iPhone 6s for around $300. And so you've got a range from 300 to 1,000 or in some cases over 1,000 depending upon your selection of flash and so forth. And so this thing has lost its meaning. And so we felt that at the end of the day we were giving investors and sort of pointing them to something as if it had this incredible importance to it well beyond what it does. That doesn't mean we're never going to comment on the units again. If we think that we can better explain results with talking about units, I'd be glad to say something about it, but generally to have it on a, you know, every 90 day clock of releasing this, I think it does the investor a disservice frankly. But now we are making additional disclosures as well. Like, for example, we're going to give the gross margin or services business. You know, we've never done that before. Services has grown, you know, incredible amount. We're over -- we're going to have -- report over 10.8 billion and when we report later this month for last quarter. That's a new record.

JOSH LIPTON: And what drove that, Tim? Any color given? Was it the app store? Was it music?

TIM COOK: This is incredibly exciting for us because so many things hit records in there. The app store did. Apple music hit a new record. Apple Pay hit a new record. Our search ad product from the app store hit a new record. iCloud hit a new record. And so, you know, it's very wide and each of the geography -- geographies hit a quarterly record. So even in China the app store hit a quarterly record. Why is that? It's because it's driven by the installed base

   

**Exhibit 9**

this is an incredible number. And we'll have -- we've got some interesting things in the pipeline on services that, of course, we do on products as well. And so that's sort of another way to grow the company.

JOSH LIPTON: Final question here, Tim.

TIM COOK: Yeah.

JOSH LIPTON: You say you're going to end the quarter 130 billion in net cash.

TIM COOK: That's right.

JOSH LIPTON: You know, Apple has a history, you do a lot of acquisitions. They tend to be though smaller. Biggest was 3 billion for Beats. Do you think maybe given that cash position, would Apple be open to maybe shifting how it thinks about acquisitions and doing acquisitions that maybe investors would think are bigger, more meaningful?

TIM COOK: You know, for us, we've never changed our view on acquisitions. We've never said 'Thou shall not buy a big company,' or 'Thou shall not buy a medium company,' or it has to be only in this country or that country. We've asked from a strategic point of view and asked, what does it do for the customer, what does it do for the user? And so a vast majority has been technology and people that we think would bring a better user experience, that there's a feature or something that we could do in the future and that they could help on doing that. But that doesn't -- I've always been very clear. It's -- we look at many, many companies including very large companies. We've elected so far not to do those because we haven't found one that we said, "wow, that's a nice intersection of Apple." But I'd never rule it out. We do have a lot of net cash, and I believe the company's stock is an incredible value and so you can bet that we're going to be buying some stock under the plan that we've had out there for quite some time.

JOSH LIPTON: Alright, Tim. Thank you so much for your time today. You were generous. Appreciate it.

TIM COOK: Thank you. It's good to talk to you, Josh. Always a pleasure.

JOSH LIPTON: Thank you so much.

JOSH LIPTON: So Scott, hearing some of the bottom line here for Tim Cook, listen, there

   

**Exhibit 9**

talking about China, the economy slowing in China maybe more than they thought. The rising trade tensions. Cook saying they're feeling the pressure from that too. Not just China though. He also talked, you heard there, about those developed markets. iPhone upgrades developed markets not as strong as they thought. A few reasons they rattled off: fewer carrier subsidies, U.S. dollar strain. They did also, and you heard Cook there mention it, services -- they called it a "positive result" in the quarter, their words. Services is an all-time record revenue, $10.8 billion. One thing to think about though is the relationship between iPhone and services. You know, there's plenty of analysts who argue that the iPhone franchise at least has to stay stable and by stable I mean flat, just slightly up. If you're going to see that continued momentum in services so that relationship now, also a question that investors have to have, Scott.

SCOTT WAPNER: Yes. Josh, thank you. Josh Lipton with that great interview with Tim Cook.

**For more information contact:**

**Jennifer Dauble**
CNBC
t: 201.735.4721
m: 201.615.2787
e: jennifer.dauble@nbcuni.com

**Emma Martin**
CNBC
t: 201.735.4713
m: 551.275.6221
e: emma.martin@nbcuni.com



    

**Exhibit 9**

## TRENDING NOW

 CDC group says there's likely link between rare heart inflammation in young people after Covid shot

 This 33-year-old dogecoin investor refuses to sell despite losing over $167,000 in one day

 Supreme Court rules for Pennsylvania cheerleader in school free speech case

 Warren Buffett gives away another $4.1 billion, resigns as trustee at Gates Foundation

 Stocks making the biggest moves midday: Clover, Under Armour, Ford and more

Sponsored Links by Taboola

**FROM THE WEB**

**Diagnosed: Non-Hodgkin's Lymphoma Or Chronic Lymphocytic Leukemia? Compensation May Be Available!**

**Select Justice**

Learn More

**Tommy Chong: Stop Wasting Your Money On CBD**

**Tommy Chong's CBD**



   

**Exhibit 9**

## CNBC

Subscribe to CNBC PRO                    Licensing & Reprints

CNBC Councils                            Supply Chain Values

CNBC on Peacock                          Advertise With Us

Join the CNBC Panel                      Digital Products

News Releases                            Closed Captioning

Corrections                              About CNBC

Internships                              Site Map

Podcasts                                 Ad Choices

Careers                                  Help

Contact

### News Tips

Got a confidential news tip? We want to hear from you.

GET IN TOUCH

### ✉ CNBC Newsletters

Sign up for free newsletters and get more CNBC delivered to your inbox

SIGN UP NOW

Get this delivered to your inbox, and more info about our products and services.

Privacy Policy

Do Not Sell My Personal Information

CA Notice

Terms of Service

© 2021 CNBC LLC. All Rights Reserved. A Division of NBCUniversal

Data is a real-time snapshot *Data is delayed at least 15 minutes. Global Business and Financial News, Stock Quotes, and Market Data and Analysis.

**Market Data Terms of Use and Disclaimers**

Data also provided by REFINITIV



   

**Exhibit 9**

**Page 523**

## Apple Inc.

# Rare neg pre: cut to guide on weak China, iPhones; Services better. PO to $195

**Bank of America Merrill Lynch**

Reiterate Rating: NEUTRAL | PO: 195.00 USD | Price: 157.92 USD

Equity | 02 January 2019

## Rare miss but weakness likely to extend beyond Dec qtr

Apple stock is down approx. 7% after market following the negative preannouncement. Although the trade tensions with China could ease in 1H19, the broader demand weakness and slower upgrade cycles are likely to push units much lower in F19 (we now model 181mn units down from 210mn previously). Our downgrade late last year was predicated on a weaker China but demand seems to have deteriorated materially over the past two months. We remain Neutral as we expect further consensus negative revisions to continue to pressure the stock in the near term, although our scenario analysis suggests the stock is discounting structural declines in hardware and strong services deceleration (Figure 1).

## Cutting Q1 rev guid. by $7bn, mostly due to China, iPhone

Apple updated revenue guidance of $84bn is $7bn (7.7%) lower than the $91bn +/-$2bn midpoint provided in the F4Q18 earnings announcement. Apple noted that over 100% of the y/y rev decline (above $4.3bn / above 60% of $7bn cut) is due to slower sales of the iPhone, Mac, and iPad in China. The company attributed the cut to slow GDP growth in China and China-U.S. trade tensions lowering retail store traffic as well as channel sales, with the impact especially high for the iPhone and the general smartphone market. In a further negative, Apple noted that developed markets were impacted by a worse than expected iPhone upgrade cycle, driven by weaker macro environment, fewer carrier subsidies, stronger dollar impacting ASPs, and prolonged use of older models given reduced pricing for iPhone battery replacements. All-in-all, Apple noted that lower iPhone sales accounted for all of the revenue guidance shortfall ($7bn) in the quarter. Revenue ex iPhone grew 19% y/y, in-line with our estimate, with services coming in at $10.8bn (higher than our $10.1bn estimate) and on track to double by 2020, wearables growing almost 50% y/y, and iPad up double-digits.

## Lowering ests and PO to reflect China, iPhone weakness

We lower our estimates for iPhone units/revenues materially. Our FY19/20/21 EPS estimates move to $12.20/$14.07/$16.44 from $13.86/$15.26/$16.98 and our new PO of $195 is based on approximately (unchanged) 15x our C2019 EPS estimate of $12.6, given the slowdown in China/iPhones. Detailed estimate changes outlined in Figure 2.

### Estimates (Sep)

| (US$) | 2017A | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|
| EPS | 9.21 | 11.91 | 12.20 | 14.07 | 16.44 |
| GAAP EPS | 9.21 | 11.85 | 12.20 | 14.07 | 16.44 |
| EPS Change (YoY) | 10.8% | 29.3% | 2.4% | 15.3% | 16.8% |
| Consensus EPS (Bloomberg) | | | 13.24 | 14.61 | 15.99 |
| DPS | 2.39 | 2.71 | 3.06 | 3.37 | 3.70 |

### Valuation (Sep)

| | 2017A | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|
| P/E | 17.1x | 13.3x | 12.9x | 11.2x | 9.6x |
| GAAP P/E | 17.1x | 13.3x | 12.9x | 11.2x | 9.6x |
| Dividend Yield | 1.5% | 1.7% | 1.9% | 2.1% | 2.3% |
| EV / EBITDA* | 12.6x | 11.0x | 11.3x | 10.2x | 9.1x |
| Free Cash Flow Yield* | 6.3% | 7.9% | 7.6% | 7.4% | 8.5% |

* For full definitions of *iQmethod* ℠ measures, see page 7.

BofA Merrill Lynch does and seeks to do business with issuers covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.
Refer to important disclosures on page 8 to 10. Analyst Certification on page 6. Price Objective Basis/Risk on page 6.                                                                       11947915

Timestamp: 02 January 2019 09:30PM EST

### Key Changes

| (US$) | Previous | Current |
|---|---|---|
| Price Obj. | 220.00 | 195.00 |
| 2019E Rev (m) | 285,466.5 | 258,596.4 |
| 2020E Rev (m) | 316,873.4 | 291,820.9 |
| 2021E Rev (m) | 351,106.8 | 333,716.2 |
| 2019E EPS | 13.86 | 12.20 |
| 2020E EPS | 15.26 | 14.07 |
| 2021E EPS | 16.98 | 16.44 |

**Wamsi Mohan**
Research Analyst
MLPF&S
+1 646 855 3854
wamsi.mohan@baml.com

**Ruplu Bhattacharya**
Research Analyst
MLPF&S
+1 646 855 0315
ruplu.bhattacharya@baml.com

**Param Singh, CFA**
Research Analyst
MLPF&S
+1 646 855 4256
param.singh@baml.com

**Ziv Israel**
Research Analyst
MLPF&S
+1 646 855 2451
ziv.israel@baml.com

### Stock Data

| | |
|---|---|
| Price | 157.92 USD |
| Price Objective | 195.00 USD |
| Date Established | 2-Jan-2019 |
| Investment Opinion | B-2-7 |
| 52-Week Range | 146.59 USD - 233.47 USD |
| Mkt Val (mn) / Shares Out (mn) | 814,518 USD / 5,157.8 |
| Average Daily Value (mn) | 7162.03 USD |
| BofAML Ticker / Exchange | AAPL / NAS |
| Bloomberg / Reuters | AAPL US / AAPL.OQ |
| ROE (2019E) | 74.9% |
| Net Dbt to Eqty (Sep-2018A) | 82.7% |

### Recent BofA Merrill Lynch Global Research Reports

**Title: Subtitle**

Apple Inc.: Lowering estimates to account for China risk, FX headwinds

Apple Inc.: Long term winner but near term headwinds, Downgrading to Neutral

**Exhibit 9**

# *iQprofile*<sup>SM</sup> Apple Inc.

## *iQ*method<sup>SM</sup> – Bus Performance*

| (US$ Millions) | 2017A | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|
| Return on Capital Employed | 19.1% | 22.9% | 26.7% | 34.9% | 33.5% |
| Return on Equity | 36.9% | 49.4% | 74.9% | 132.8% | 85.4% |
| Operating Margin | 28.9% | 28.7% | 28.2% | 28.1% | 28.1% |
| Free Cash Flow | 51,147 | 64,121 | 61,905 | 60,495 | 68,893 |

## *iQ*method<sup>SM</sup> – Quality of Earnings*

| (US$ Millions) | 2017A | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|
| Cash Realization Ratio | 1.3x | 1.3x | 1.3x | 1.2x | 1.1x |
| Asset Replacement Ratio | 1.2x | 1.2x | 1.1x | 1.1x | 1.3x |
| Tax Rate | 24.5% | 18.3% | 16.8% | 17.0% | 17.0% |
| Net Debt-to-Equity Ratio | 71.2% | 82.7% | 218.7% | 168.0% | 30.3% |
| Interest Cover | NM | NM | NM | NM | NM |

## Income Statement Data (Sep)

| (US$ Millions) | 2017A | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|
| Sales | 229,234 | 265,595 | 258,596 | 291,821 | 333,716 |
| % Change | 6.3% | 15.9% | -2.6% | 12.8% | 14.4% |
| Gross Profit | 89,063 | 102,849 | 100,226 | 113,555 | 129,905 |
| % Change | 4.7% | 15.5% | -2.5% | 13.3% | 14.4% |
| EBITDA | 76,341 | 87,141 | 84,700 | 94,119 | 105,335 |
| % Change | 2.1% | 14.1% | -2.8% | 11.1% | 11.9% |
| Net Interest & Other Income | 2,745 | 1,716 | 1,332 | 633 | 695 |
| Net Income (Adjusted) | 48,351 | 59,531 | 56,977 | 63,370 | 72,975 |
| % Change | 5.8% | 23.1% | -4.3% | 11.2% | 15.2% |

## Free Cash Flow Data (Sep)

| (US$ Millions) | 2017A | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|
| Net Income from Cont Operations (GAAP) | 52,018 | 63,685 | 61,798 | 68,533 | 78,486 |
| Depreciation & Amortization | 10,157 | 10,903 | 11,728 | 12,183 | 11,468 |
| Change in Working Capital | (5,550) | 34,694 | (1,606) | (9,491) | (9,459) |
| Deferred Taxation Charge | 5,966 | (32,590) | 2,076 | 2,076 | 2,076 |
| Other Adjustments, Net | 1,007 | 742 | 979 | 1,057 | 1,129 |
| Capital Expenditure | (12,451) | (13,313) | (13,071) | (13,862) | (14,807) |
| Free Cash Flow | 51,147 | 64,121 | 61,905 | 60,495 | 68,893 |
| % Change | -3.7% | 25.4% | -3.5% | -2.3% | 13.9% |

## Balance Sheet Data (Sep)

| (US$ Millions) | 2017A | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|
| Cash & Equivalents | 20,289 | 25,913 | 5,532 | 18,861 | 67,307 |
| Trade Receivables | 17,874 | 23,186 | 21,465 | 30,050 | 36,604 |
| Other Current Assets | 90,482 | 82,240 | 82,430 | 87,741 | 88,349 |
| Property, Plant & Equipment | 33,783 | 41,304 | 55,094 | 69,889 | 85,867 |
| Other Non-Current Assets | 212,891 | 193,082 | 119,253 | 87,335 | 83,417 |
| Total Assets | 375,319 | 365,725 | 283,773 | 293,876 | 361,543 |
| Short-Term Debt | 18,473 | 20,748 | 10,000 | 10,000 | 10,000 |
| Other Current Liabilities | 82,341 | 96,118 | 88,338 | 92,777 | 90,552 |
| Long-Term Debt | 97,207 | 93,735 | 93,735 | 93,735 | 93,735 |
| Other Non-Current Liabilities | 43,251 | 47,977 | 46,791 | 46,840 | 46,849 |
| Total Liabilities | 241,272 | 258,578 | 238,864 | 243,351 | 241,136 |
| Total Equity | 134,047 | 107,147 | 44,910 | 50,525 | 120,408 |
| Total Equity & Liabilities | 375,319 | 365,725 | 283,773 | 293,876 | 361,543 |

* For full definitions of *iQ*method<sup>SM</sup> measures, see page 7.

## Company Sector

IT Hardware

## Company Description

Apple Inc. (AAPL) designs, manufactures, and markets consumer electronics and computers, and has developed its own proprietary iOS and Mac OS X operating systems and related software platform/ecosystem. Revenues are principally derived from the iPhone line of smartphones, hardware sales of the Macintosh family of notebook and desktop computers, iPad tablets, and iPod portable digital music players. The company also realizes revenue from software, peripherals, digital media, and services.

## Investment Rationale

We rate Apple a Neutral as near-term risks (1) iPhone unit pressure from weakening emerging markets, (2) iPhone unit elasticity given significant step ups in ASPs, (3) deceleration in services given weakening app store trends, (4) expectation of supply chain order cuts over the next few months, (5) expected negative estimate revisions and (6) negative perception of lack of unit disclosure going forward, are balanced by strong capital return program and large cash balance that affords optionality

## Stock Data

| Average Daily Volume | 45,352,276 |
|---|---|

## Quarterly Earnings Estimates

| | 2018 | 2019 |
|---|---|---|
| Q1 | 3.89A | 4.17E |
| Q2 | 2.73A | 2.66E |
| Q3 | 2.34A | 2.31E |
| Q4 | 2.91A | 3.03E |

Bank of America
Merrill Lynch

CR

**Page 525**

**Exhibit 9**

## Other drivers to rev decline "playing out as predicted"

Apple reiterated that other factors highlighted in its F4Q18 earnings call are playing out as predicted, notably 1) later iPhone Xs/Xs Max launch timing creating tough y/y comp, 2) Stronger dollar to lead to 200bps revenue growth headwind in the quarter, 3) supply constraints limited sales of recently announced new products, with Apple highlighting the Apple Watch Series 4 and the iPad Pro supplies constrained for most to the entire quarter, while AirPods and the MacBook Air also constrained.

# Charts

**Table 1: Guidance comparison**

| | Prior Guidance | | | New Guidance | % Change | Consensus | BofAML Estimate | Vs. Consensus | Vs. BofAML Estimate |
|---|---|---|---|---|---|---|---|---|---|
| | Bottom end | High end | Mid-point | | | | | | |
| Revenue | $89bn | $93bn | $91bn | $84bn | -7.7% | $91bn | $89bn | -8.0% | -6.0% |
| Gross margin | 38.0% | 38.5% | 38.3% | 38.0% | -0.3% | 38.3% | 38.0% | -0.3% | 0.0% |
| Operating expenses | $8.7bn | $8.8bn | $8.8bn | $8.7bn | -0.6% | $8.6bn | $8.5bn | 0.9% | 2.3% |
| Other income/(expense) | $300mn | $300mn | $300mn | $550mn | 83.3% | $310mn | $300mn | 77.4% | 83.1% |
| Tax rate | 16.5% | 16.5% | 16.5% | 16.7% | 0.2% | 16.3% | 16.5% | 0.4% | 0.2% |
| Shares out. | | | | 4.77bn | | 4.79bn | 4.77bn | -0.4% | 0.1% |
| Implied EPS | | | | $4.15 | | $4.65 | $4.51 | -10.8% | -7.9% |

Source: Company filings, BofA Merrill Lynch Global Research

**Figure 1: AAPL Valuation Scenario Analysis**

| | Scenario 1 | Scenario 2 | Scenario 3 |
|---|---|---|---|
| Valuation framework | | | |
| Hardware business | | | |
| Revenue growth rate | Low-single digit | Flat | Slightly Negative |
| EBIT margin - outlook | Flat | Flat | Declining |
| Terminal growth rate | Low-single digit | Zero | Negative |
| **Hardware business value per share** | **$107** | **$85** | **$70** |
| | | | |
| Services business | | | |
| Revenue growth rate | High teens | Decel to mid teens | Decel to mid single digit |
| EBIT margin - current | 45% | 45% | 45% |
| EBIT margin - outlook | Up 1% y/y | Flat | Flat |
| Terminal growth rate | Low-single digit | Low-single digit | Zero |
| **Services business value per share** | **$122** | **$104** | **$75** |
| | | | |
| Net cash & investments as of 4Q18 | | $122,617 | |
| European commission payment | | $16,000 | |
| Repatriation related tax expense | | $33,589 | |
| Adjusted net cash & investments | | $73,028 | |
| **Cash value per share** | | **$15.32** | |
| | | | |
| **Total value per share** | **$244** | **$204** | **$160** |
| Current stock price | $157.92 | $157.92 | $157.92 |
| Upside / Downside | 54.7% | 29.4% | 1.5% |

Source: Company reports, BofA Merrill Lynch Global Research estimates
Note: current prices are as of Jan 2nd, 2019 market close.

**Exhibit 9**

**Figure 2: BofAML: old vs. new estimates**

| | Old Estimates | | | | | | New Estimates | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Units (K) | F16 | F17 | F18 | F19 | F20 | F21 | F16 | F17 | F18 | F19 | F20 | F21 |
| iPhone | 211,884 | 216,756 | 217,722 | 210,000 | 217,000 | 223,000 | 211,884 | 216,756 | 217,722 | 181,000 | 200,000 | 215,000 |
| iPad | 45,590 | 43,753 | 43,535 | 43,798 | 43,798 | 43,798 | 45,590 | 43,753 | 43,535 | 44,194 | 44,194 | 44,194 |
| Mac | 18,484 | 19,251 | 18,209 | 18,960 | 19,529 | 20,114 | 18,484 | 19,251 | 18,209 | 18,858 | 19,423 | 20,006 |
| iPod | 6,372 | 5,098 | 4,078 | 3,263 | 2,610 | 2,088 | 6,372 | 5,098 | 4,078 | 3,263 | 2,610 | 2,088 |
| Apple Watch | 10,500 | 14,000 | 28,200 | 42,300 | 50,760 | 55,836 | 10,500 | 14,000 | 28,200 | 41,050 | 49,260 | 54,111 |

| | Old Estimates | | | | | | New Estimates | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASP ($) | F16 | F17 | F18 | F19 | F20 | F21 | F16 | F17 | F18 | F19 | F20 | F21 |
| iPhone | $645 | $652 | $766 | $805 | $852 | $920 | $645 | $652 | $766 | $789 | $803 | $877 |
| iPad | $452 | $439 | $432 | $424 | $416 | $408 | $452 | $439 | $432 | $438 | $429 | $421 |
| Mac | $1,235 | $1,343 | $1,400 | $1,388 | $1,373 | $1,360 | $1,235 | $1,343 | $1,400 | $1,380 | $1,366 | $1,352 |
| iPod | $155 | $151 | $148 | $145 | $142 | $139 | $155 | $151 | $148 | $145 | $142 | $139 |
| Apple Watch | $451 | $446 | $401 | $429 | $429 | $429 | $451 | $446 | $401 | $400 | $400 | $400 |

| | Old Estimates | | | | | | New Estimates | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue ($) | F16 | F17 | F18 | F19 | F20 | F21 | F16 | F17 | F18 | F19 | F20 | F21 |
| iPhone rev ($mn) | $136,700 | $141,319 | $166,699 | $169,087 | $184,854 | $205,137 | $136,700 | $141,319 | $166,699 | $142,774 | $160,561 | $188,612 |
| iPad rev ($mn) | $20,628 | $19,222 | $18,805 | $18,577 | $18,227 | $17,885 | $20,628 | $19,222 | $18,805 | $19,336 | $18,976 | $18,620 |
| Mac rev ($mn) | $22,831 | $25,850 | $25,484 | $26,311 | $26,821 | $27,347 | $22,831 | $25,850 | $25,484 | $26,033 | $26,536 | $27,056 |
| Watch ($mn) | $4,733 | $6,250 | $11,300 | $18,147 | $21,776 | $23,954 | $4,733 | $6,250 | $11,300 | $16,420 | $19,704 | $21,644 |
| Services rev ($mn) | $24,348 | $29,980 | $37,190 | $45,979 | $56,554 | $66,734 | $24,348 | $29,980 | $37,190 | $46,657 | $57,388 | $67,718 |
| Other rev, ex-Watch ($mn) | $6,399 | $6,613 | $6,117 | $7,365 | $8,641 | $10,050 | $6,399 | $6,613 | $6,117 | $7,377 | $8,656 | $10,067 |
| Total Apple Revenue ($mn) | $215,639 | $229,234 | $265,595 | $285,466 | $316,873 | $351,107 | $215,639 | $229,234 | $265,595 | $258,596 | $291,821 | $333,716 |
| Total Apple EPS | $8.31 | $9.21 | $11.91 | $13.86 | $15.26 | $16.98 | $8.31 | $9.21 | $11.91 | $12.20 | $14.07 | $16.44 |

| | Old Estimates | | | | | | New Estimates | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | F16 | F17 | F18 | F19 | F20 | F21 | F16 | F17 | F18 | F19 | F20 | F21 |
| Revenue ($bn) | $215.6 | $229.2 | $265.6 | $285.5 | $316.9 | $351.1 | $215.6 | $229.2 | $265.6 | $258.6 | $291.8 | $333.7 |
| Gross Margin (%) | 39.1% | 38.5% | 38.3% | 38.8% | 38.3% | 38.0% | 39.1% | 38.5% | 38.3% | 38.3% | 38.5% | 38.6% |
| EPS | $8.31 | $9.21 | $11.91 | $13.86 | $15.26 | $16.98 | $8.31 | $9.21 | $11.91 | $12.20 | $14.07 | $16.44 |

Source: Company reports, BofA Merrill Lynch Global Research estimates

Bank of America
Merrill Lynch

CR

**Exhibit 9**

# Model

**Figure 3: Apple Income Statement**

| | F2018 | | | | F2019E | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12/17 | 3/18 | 6/18 | 9/18 | 12/18E | 3/19E | 6/19E | 9/19E | F2017 | F2018 | F2019E | F2020E | F2021E |
| **Income Statement** | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Revenue ($mm) | 88293 | 61137 | 53265 | 62900 | 84202 | 57113 | 52887 | 64394 | 229234 | 265595 | 258596 | 291821 | 333716 |
| iPhone revenue | 61576 | 38032 | 29906 | 37185 | 52355 | 30378 | 25759 | 34282 | 141319 | 166699 | 142774 | 160561 | 188612 |
| iPad revenue | 5862 | 4113 | 4741 | 4089 | 6498 | 4084 | 4701 | 4052 | 19222 | 18805 | 19336 | 18976 | 18620 |
| Mac revenue | 6895 | 5848 | 5330 | 7411 | 7090 | 5959 | 5431 | 7553 | 25850 | 25484 | 26033 | 26536 | 27056 |
| iTunes / Software / Services | 8471 | 9190 | 9548 | 9981 | 10758 | 11488 | 11935 | 12476 | 29980 | 37190 | 46657 | 57388 | 67718 |
| Other Rev | 5489 | 3954 | 3740 | 4234 | 7500 | 5205 | 5062 | 6030 | 12863 | 17417 | 23797 | 28360 | 31712 |
| Cost of Goods Sold (excl. Stock-based comp.) | 54129 | 37458 | 32594 | 38565 | 51897 | 34917 | 32172 | 39384 | 140171 | 162746 | 158370 | 178266 | 203811 |
| | | | | | | | | | | | | | |
| Gross Profit (excl. Stock-based comp.) | 34164 | 23679 | 20671 | 24335 | 32305 | 22196 | 20715 | 25010 | 89063 | 102849 | 100226 | 113555 | 129905 |
| | | | | | | | | | | | | | |
| Total Operating Expense (excl. Stock-based c | 6594 | 6437 | 6708 | 6872 | 7578 | 6017 | 6654 | 7005 | 22879 | 26611 | 27255 | 31618 | 36039 |
| R&D (excl. Stock-based comp.) | 2761 | 2712 | 3026 | 3069 | 3368 | 2534 | 3005 | 3142 | 9282 | 11568 | 12048 | 13221 | 14939 |
| SG&A (excl. Stock-based comp.) | 3833 | 3725 | 3682 | 3803 | 4210 | 3484 | 3649 | 3864 | 13597 | 15043 | 15207 | 18397 | 21100 |
| | | | | | | | | | | | | | |
| Operating Income (Pre-Stock-based comp.) | 27570 | 17242 | 13963 | 17463 | 24727 | 16179 | 14061 | 18004 | 66184 | 76238 | 72972 | 81936 | 93866 |
| | | | | | | | | | | | | | |
| Total Operating Expense (incl. Stock-based co | 7638 | 7528 | 7809 | 7966 | 8762 | 7201 | 7838 | 8189 | 26842 | 30941 | 31991 | 36714 | 41495 |
| R&D (incl. Stock-based comp.) | 3407 | 3378 | 3701 | 3750 | 4099 | 3265 | 3736 | 3873 | 11581 | 14236 | 14972 | 16345 | 18263 |
| SG&A (incl. Stock-based comp.) | 4231 | 4150 | 4108 | 4216 | 4663 | 3937 | 4102 | 4317 | 15261 | 16705 | 17019 | 20369 | 23232 |
| | | | | | | | | | | | | | |
| Operating Income (Incl. Stock-based comp.) | 26274 | 15894 | 12612 | 16118 | 23277 | 14729 | 12611 | 16554 | 61344 | 70898 | 67172 | 75716 | 87226 |
| | | | | | | | | | | | | | |
| Total Interest and Other Income/(Expense) | 756 | 274 | 672 | 303 | 554 | 316 | 270 | 192 | 2745 | 2005 | 1332 | 633 | 695 |
| | | | | | | | | | | | | | |
| Pretax Income (Pre SBC) | 28326 | 17516 | 14635 | 17766 | 25281 | 16495 | 14332 | 18196 | 68929 | 78243 | 74303 | 82570 | 94561 |
| Provision for Income Taxes (Credit) | 7299 | 2542 | 1945 | 2484 | 4171 | 2804 | 2436 | 3093 | 16911 | 14269 | 12505 | 14037 | 16075 |
| | | | | | | | | | | | | | |
| Net Income (Pre Stock-based comp.) | 21027 | 14974 | 12690 | 15282 | 21110 | 13691 | 11895 | 15103 | 52018 | 63974 | 61798 | 68533 | 78486 |
| Stock-based comp. (After tax) | -962 | -1152 | -1171 | -1157 | -1211 | -1204 | -1204 | -1204 | -3667 | -4443 | -4821 | -5163 | -5511 |
| Net Income (Incl. Stock-based-comp) | 20065 | 13822 | 11519 | 14125 | 19899 | 12487 | 10692 | 13899 | 48351 | 59531 | 56977 | 63370 | 72975 |
| | | | | | | | | | | | | | |
| Diluted EPS (Pre-Stock-based comp.) | 4.08 | 2.95 | 2.58 | 3.15 | 4.43 | 2.92 | 2.57 | 3.29 | 9.90 | 12.79 | 13.24 | 15.21 | 17.68 |
| Diluted EPS (Incl. Stock-based comp.) | 3.89 | 2.73 | 2.34 | 2.91 | 4.17 | 2.66 | 2.31 | 3.03 | 9.21 | 11.91 | 12.20 | 14.07 | 16.44 |
| | | | | | | | | | | | | | |
| Diluted Weighted Average Shares | 5158 | 5068 | 4927 | 4848 | 4768 | 4688 | 4628 | 4593 | 5252 | 5000 | 4669 | 4505 | 4440 |
| | | | | | | | | | | | | | |
| **Income Statement (Cont'd)** | | | | | | | | | | | | | |
| *% Growth Rates* | | | | | | | | | | | | | |
| Revenues (Y/Y) | 12.7% | 15.6% | 17.3% | 19.6% | (4.6%) | (6.6%) | (0.7%) | 2.4% | 6.3% | 15.9% | (2.6%) | 12.8% | 14.4% |
| Gross Profit (Y/Y) | 12.4% | 13.8% | 16.8% | 20.8% | (5.4%) | (6.3%) | 0.2% | 2.8% | 4.7% | 15.5% | (2.5%) | 13.3% | 14.4% |
| Opex (Y/Y) | 13.9% | 17.2% | 16.8% | 17.4% | 14.9% | (6.5%) | (0.8%) | 1.9% | 10.0% | 16.3% | 2.4% | 16.0% | 14.0% |
| R&D (Y/Y) | 21.0% | 23.2% | 27.6% | 26.4% | 22.0% | (6.6%) | (0.7%) | 2.4% | 13.8% | 24.6% | 4.1% | 9.7% | 13.0% |
| SG&A (Y/Y) | 9.3% | 13.1% | 9.2% | 11.1% | 9.8% | (6.5%) | (0.9%) | 1.6% | 7.6% | 10.6% | 1.1% | 21.0% | 14.7% |
| Op. Income (Y/Y) | 12.0% | 12.6% | 16.7% | 22.2% | (10.3%) | (6.2%) | 0.7% | 3.1% | 3.0% | 15.2% | (4.3%) | 12.3% | 14.6% |
| Pretax Income (Y/Y) | 11.4% | 10.2% | 17.1% | 17.7% | (10.7%) | (5.8%) | (2.1%) | 2.4% | 5.1% | 13.5% | (5.0%) | 11.1% | 14.5% |
| Net Income (Y/Y) | 12.2% | 25.3% | 32.1% | 31.8% | (0.8%) | (8.7%) | (7.2%) | (1.6%) | 5.8% | 23.1% | (4.3%) | 11.2% | 15.2% |
| EPS (Y/Y) | 15.9% | 30.1% | 40.4% | 41.0% | 7.3% | (2.3%) | (1.2%) | 3.9% | 10.8% | 29.3% | 2.5% | 15.3% | 16.8% |
| Diluted Shares (Y/Y) | (3.2%) | (3.7%) | (5.9%) | (6.5%) | (7.6%) | (7.5%) | (6.1%) | (5.3%) | (4.5%) | (4.8%) | (6.6%) | (3.5%) | (1.4%) |
| | | | | | | | | | | | | | |
| Revenues (Q/Q) | 67.9% | (30.8%) | (12.9%) | 18.1% | 33.9% | (32.2%) | (7.4%) | 21.8% | | | | | |
| Gross Profit (Q/Q) | 66.9% | (30.8%) | (13.0%) | 18.3% | 34.6% | (32.7%) | (7.9%) | 22.4% | | | | | |
| Opex (Q/Q) | 12.7% | (2.4%) | 4.2% | 2.4% | 10.3% | (20.6%) | 10.6% | 5.3% | | | | | |
| R&D (Q/Q) | 13.7% | (1.8%) | 11.6% | 1.4% | 9.7% | (24.8%) | 18.6% | 4.6% | | | | | |
| SG&A (Q/Q) | 11.9% | (2.8%) | (1.2%) | 3.3% | 10.7% | (17.2%) | 4.7% | 5.9% | | | | | |
| Op. Income (Q/Q) | 92.9% | (37.5%) | (19.0%) | 25.1% | 41.6% | (34.6%) | (13.1%) | 28.0% | | | | | |
| Diluted Shares (Q/Q) | (0.5%) | (1.7%) | (2.8%) | (1.6%) | (1.7%) | (1.7%) | (1.3%) | (0.8%) | | | | | |

Source: Company reports, BofA Merrill Lynch Global Research estimates

**Page 528**

**Exhibit 9**

## Price objective basis & risk

**Apple Inc. (AAPL)**

Our PO of $195 is based on approximately 15x our C2019 EPS estimate of $12.61. Our target multiple compares to the long-term historical range of 9-15x (median 12x). We believe the high end of the historical multiple range is justified given the smoother iPhone cycles, largely consistent growth in iPhone units and revs (with lower than historical cyclicality). We also think a 15x multiple is justified given a large cash balance and opportunity to diversify into new end markets, and increasing mix and diversity of services.

Upside risks are: gross margin upside from better mix of higher end iPhones, and tailwind from lower memory costs and lower warranty accruals, a faster than expected recovery in emerging markets, and faster than expected recovery in China App Store sales.

Downside risks are: potential trade conflicts, tariffs, and a stronger USD. Other risks are Apple's continued significant exposure to the iPhone, commoditization in the smartphone market, intensifying competition in the tablet market, managing beat and raise expectations for EPS estimates, and requirement to maintain pace of product innovation.

## Analyst Certification

I, Wamsi Mohan, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject securities and issuers. I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or view expressed in this research report.

Bank of America
Merrill Lynch

CR

**Exhibit 9**

**US - IT Hardware and Technology Supply Chain Coverage Cluster**

| Investment rating | Company | BofA Merrill Lynch ticker | Bloomberg symbol | Analyst |
|---|---|---|---|---|
| **BUY** | | | | |
| | Amphenol | APH | APH US | Wamsi Mohan |
| | Arrow Electronics Inc. | ARW | ARW US | Param Singh, CFA |
| | Avnet Inc. | AVT | AVT US | Param Singh, CFA |
| | Flex Ltd. | FLEX | FLEX US | Ruplu Bhattachary a |
| | HP Inc. | HPQ | HPQ US | Wamsi Mohan |
| | International Business Machines Corp. | IBM | IBM US | Wamsi Mohan |
| | NetApp Inc. | NTAP | NTAP US | Wamsi Mohan |
| | Nutanix Inc | NTNX | NTNX US | Wamsi Mohan |
| | Pure Storage | PSTG | PSTG US | Wamsi Mohan |
| | Sensata Technologies Holdings Plc | ST | ST US | Wamsi Mohan |
| | TE Connectivity Ltd. | TEL | TEL US | Wamsi Mohan |
| | Teradata Corporation | TDC | TDC US | Wamsi Mohan |
| | Vishay Intertechnology, Inc. | VSH | VSH US | Ruplu Bhattachary a |
| | Western Digital Corporation | WDC | WDC US | Wamsi Mohan |
| **NEUTRAL** | | | | |
| | Apple Inc. | AAPL | AAPL US | Wamsi Mohan |
| | Celestica | CLS | CLS US | Ruplu Bhattachary a |
| | Celestica | YCLS | CLS CN | Ruplu Bhattachary a |
| | Corning Inc. | GLW | GLW US | Wamsi Mohan |
| | Jabil Inc. | JBL | JBL US | Ruplu Bhattachary a |
| | Sanmina Corporation | SANM | SANM US | Ruplu Bhattachary a |
| **UNDERPERFORM** | | | | |
| | 3D Sy stems Corporation | DDD | DDD US | Wamsi Mohan |
| | Hewlett-Packard Enterprise | HPE | HPE US | Wamsi Mohan |
| | Seagate Technology | STX | STX US | Wamsi Mohan |
| | Stratasy s Ltd. | SSYS | SSYS US | Wamsi Mohan |
| | Tech Data Corp. | TECD | TECD US | Param Singh, CFA |

**iQmethod℠ Measures Definitions**

| Business Performance | Numerator | Denominator |
|---|---|---|
| Return On Capital Employed | NOPAT = (EBIT + Interest Income) * (1 - Tax Rate) + Goodwill Amortization | Total Assets – Current Liabilities + ST Debt + Accumulated Goodwill Amortization |
| Return On Equity | Net Income | Shareholders' Equity |
| Operating Margin | Operating Profit | Sales |
| Earnings Growth | Expected 5-Year CAGR From Latest Actual | N/A |
| Free Cash Flow | Cash Flow From Operations – Total Capex | N/A |
| **Quality of Earnings** | | |
| Cash Realization Ratio | Cash Flow From Operations | Net Income |
| Asset Replacement Ratio | Capex | Depreciation |
| Tax Rate | Tax Charge | Pre-Tax Income |
| Net Debt-To-Equity Ratio | Net Debt = Total Debt, Less Cash & Equivalents | Total Equity |
| Interest Cover | EBIT | Interest Expense |
| **Valuation Toolkit** | | |
| Price / Earnings Ratio | Current Share Price | Diluted Earnings Per Share (Basis As Specified) |
| Price / Book Value | Current Share Price | Shareholders' Equity / Current Basic Shares |
| Dividend Yield | Annualised Declared Cash Dividend | Current Share Price |
| Free Cash Flow Yield | Cash Flow From Operations – Total Capex | Market Cap. = Current Share Price * Current Basic Shares |
| Enterprise Value / Sales | EV = Current Share Price * Current Shares + Minority Equity + Net Debt + Other LT Liabilities | Sales |
| EV / EBITDA | Enterprise Value | Basic EBIT + Depreciation + Amortization |

*iQmethod℠* is the set of BofA Merrill Lynch standard measures that serve to maintain global consistency under three broad headings: Business Performance, Quality of Earnings, and valuations. The key features of iQmethod are: A consistently structured, detailed, and transparent methodology. Guidelines to maximize the effectiveness of the comparative valuation process, and to identify some common pitfalls.

*iQdatabase®* is our real-time global research database that is sourced directly from our equity analysts' earnings models and includes forecasted as well as historical data for income statements, balance sheets, and cash flow statements for companies covered by BofA Merrill Lynch.

*iQprofile℠, iQmethod℠* are service marks of Bank of America Corporation. *iQdatabase®* is a registered service mark of Bank of America Corporation.

**Exhibit 9**

# Disclosures

## Important Disclosures

**AAPL Price Chart**



B: Buy, N: Neutral, U: Underperform, PO: Price Objective, NA: No longer valid, NR: No Rating

The Investment Opinion System is contained at the end of the report under the heading "Fundamental Equity Opinion Key". Dark grey shading indicates the security is restricted with the opinion suspended. Medium grey shading indicates the security is under review with the opinion withdrawn. Light grey shading indicates the security is not covered. Chart is current as of November 30, 2018 or such later date as indicated.

**Equity Investment Rating Distribution: Technology Group (as of 31 Dec 2018)**

| Coverage Universe | Count | Percent | Inv. Banking Relationships* | Count | Percent |
|---|---|---|---|---|---|
| Buy | 136 | 54.84% | Buy | 80 | 58.82% |
| Hold | 60 | 24.19% | Hold | 35 | 58.33% |
| Sell | 52 | 20.97% | Sell | 21 | 40.38% |

**Equity Investment Rating Distribution: Global Group (as of 31 Dec 2018)**

| Coverage Universe | Count | Percent | Inv. Banking Relationships* | Count | Percent |
|---|---|---|---|---|---|
| Buy | 1586 | 53.69% | Buy | 1017 | 64.12% |
| Hold | 690 | 23.36% | Hold | 432 | 62.61% |
| Sell | 678 | 22.95% | Sell | 328 | 48.38% |

* Issuers that were investment banking clients of BofA Merrill Lynch or one of its affiliates within the past 12 months. For purposes of this Investment Rating Distribution, the coverage universe includes only stocks. A stock rated Neutral is included as a Hold, and a stock rated Underperform is included as a Sell.

FUNDAMENTAL EQUITY OPINION KEY: Opinions include a Volatility Risk Rating, an Investment Rating and an Income Rating. *VOLATILITY RISK RATINGS*, indicators of potential price fluctuation, are: A - Low, B - Medium and C - High. *INVESTMENT RATINGS* reflect the analyst's assessment of a stock's: (i) absolute total return potential and (ii) attractiveness for investment relative to other stocks within its *Coverage Cluster* (defined below). There are three investment ratings: 1 - Buy stocks are expected to have a total return of at least 10% and are the most attractive stocks in the coverage cluster; 2 - Neutral stocks are expected to remain flat or increase in value and are less attractive than Buy rated stocks and 3 - Underperform stocks are the least attractive stocks in a coverage cluster. Analysts assign investment ratings considering, among other things, the 0-12 month total return expectation for a stock and the firm's guidelines for ratings dispersions (shown in the table below). The current price objective for a stock should be referenced to better understand the total return expectation at any given time. The price objective reflects the analyst's view of the potential price appreciation (depreciation).

| Investment rating | Total return expectation (within 12-month period of date of initial rating) | Ratings dispersion guidelines for coverage cluster* |
|---|---|---|
| Buy | ≥ 10% | ≤ 70% |
| Neutral | ≥ 0% | ≤ 30% |
| Underperform | N/A | ≥ 20% |

* Ratings dispersions may vary from time to time where BofA Merrill Lynch Research believes it better reflects the investment prospects of stocks in a Coverage Cluster.

*INCOME RATINGS*, indicators of potential cash dividends, are: 7 - same/higher (dividend considered to be secure), 8 - same/lower (dividend not considered to be secure) and 9 - pays no cash dividend. *Coverage Cluster* is comprised of stocks covered by a single analyst or two or more analysts sharing a common industry, sector, region or other classification(s). A stock's coverage cluster is included in the most recent BofA Merrill Lynch report referencing the stock.

Price charts for the securities referenced in this research report are available at https://pricecharts.baml.com, or call 1-800-MERRILL to have them mailed.
MLPF&S or one of its affiliates acts as a market maker for the equity securities recommended in the report: Apple Inc.
The issuer is or was, within the last 12 months, an investment banking client of MLPF&S and/or one or more of its affiliates: Apple Inc.
MLPF&S or an affiliate has received compensation from the issuer for non-investment banking services or products within the past 12 months: Apple Inc.
The issuer is or was, within the last 12 months, a non-securities business client of MLPF&S and/or one or more of its affiliates: Apple Inc.
MLPF&S or an affiliate has received compensation for investment banking services from this issuer within the past 12 months: Apple Inc.
MLPF&S or an affiliate expects to receive or intends to seek compensation for investment banking services from this issuer or an affiliate of the issuer within the next three months: Apple Inc.
MLPF&S or one of its affiliates is willing to sell to, or buy from, clients the equity securities of the issuer on a principal basis: Apple Inc.
The issuer is or was, within the last 12 months, a securities business client (non-investment banking) of MLPF&S and/or one or more of its affiliates: Apple Inc.
BofA Merrill Lynch Research Personnel (including the analyst(s) responsible for this report) receive compensation based upon, among other factors, the overall profitability of Bank of America Corporation, including profits derived from investment banking. The analyst(s) responsible for this report may also receive compensation based upon, among other factors, the overall profitability of the Bank's sales and trading businesses relating to the class of securities or financial instruments for which such analyst is responsible.

Bank of America
Merrill Lynch

CR

**Page 531**

**Exhibit 9**

# Other Important Disclosures

From time to time research analysts conduct site visits of covered issuers. BofA Merrill Lynch policies prohibit research analysts from accepting payment or reimbursement for travel expenses from the issuer for such visits.

Prices are indicative and for information purposes only. Except as otherwise stated in the report, for the purpose of any recommendation in relation to: (i) an equity security, the price referenced is the publicly traded price of the security as of close of business on the day prior to the date of the report or, if the report is published during intraday trading, the price referenced is indicative of the traded price as of the date and time of the report; or (ii) a debt security (including equity preferred and CDS), prices are indicative as of the date and time of the report and are from various sources including Bank of America Merrill Lynch trading desks.

The date and time of completion of the production of any recommendation in this report shall be the date and time of dissemination of this report as recorded in the report timestamp.

Recipients who are not institutional investors or market professionals should seek the advice of their independent financial advisor before considering information in this report in connection with any investment decision, or for a necessary explanation of its contents.

Officers of MLPF&S or one or more of its affiliates (other than research analysts) may have a financial interest in securities of the issuer(s) or in related investments.

**BofA Merrill Lynch Global Research policies relating to conflicts of interest are described at https://go.bofa.com/coi.**

**"BofA Merrill Lynch"** includes Merrill Lynch, Pierce, Fenner & Smith Incorporated **("MLPF&S")** and its affiliates. Investors should contact their BofA Merrill Lynch representative or Merrill Lynch Global Wealth Management financial advisor if they have questions concerning this report or concerning the appropriateness of any investment idea described herein for such investor. "BofA Merrill Lynch" and "Merrill Lynch" are each global brands for BofA Merrill Lynch Global Research.

**Information relating to Non-US affiliates of BofA Merrill Lynch and Distribution of Affiliate Research Reports:**

MLPF&S distributes, or may in the future distribute, information of the following non-US affiliates in the US (short name: legal name, regulator): Merrill Lynch (South Africa): Merrill Lynch South Africa (Pty) Ltd., regulated by The Financial Service Board; MLI (UK): Merrill Lynch International, regulated by the Financial Conduct Authority (FCA) and the Prudential Regulation Authority (PRA); Merrill Lynch (Australia): Merrill Lynch Equities (Australia) Limited, regulated by the Australian Securities and Investments Commission; Merrill Lynch (Hong Kong): Merrill Lynch (Asia Pacific) Limited, regulated by the Hong Kong Securities and Futures Commission (HKSFC); Merrill Lynch (Singapore): Merrill Lynch (Singapore) Pte Ltd, regulated by the Monetary Authority of Singapore (MAS); Merrill Lynch (Canada): Merrill Lynch Canada Inc, regulated by the Investment Industry Regulatory Organization of Canada; Merrill Lynch (Mexico): Merrill Lynch Mexico, SA de CV, Casa de Bolsa, regulated by the Comisión Nacional Bancaria y de Valores; Merrill Lynch (Argentina): Merrill Lynch Argentina SA, regulated by Comisión Nacional de Valores; Merrill Lynch (Japan): Merrill Lynch Japan Securities Co., Ltd., regulated by the Financial Services Agency; Merrill Lynch (Seoul): Merrill Lynch International, LLC Seoul Branch, regulated by the Financial Supervisory Service; Merrill Lynch (Taiwan): Merrill Lynch Securities (Taiwan) Ltd., regulated by the Securities and Futures Bureau; DSP Merrill Lynch (India): DSP Merrill Lynch Limited, regulated by the Securities and Exchange Board of India; Merrill Lynch (Indonesia): PT Merrill Lynch Sekuritas Indonesia, regulated by Otoritas Jasa Keuangan (OJK); Merrill Lynch (Israel): Merrill Lynch Israel Limited, regulated by Israel Securities Authority; Merrill Lynch (Russia): OOO Merrill Lynch Securities, Moscow, regulated by the Central Bank of the Russian Federation; Merrill Lynch (DIFC): Merrill Lynch International (DIFC Branch), regulated by the Dubai Financial Services Authority (DFSA); Merrill Lynch (Spain): Merrill Lynch Capital Markets Espana, S.A.S.V., regulated by Comisión Nacional del Mercado De Valores; Merrill Lynch (Brazil): Bank of America Merrill Lynch Banco Multiplo S.A., regulated by Comissão de Valores Mobiliários; Merrill Lynch KSA Company, Merrill Lynch Kingdom of Saudi Arabia Company, regulated by the Capital Market Authority.

This information: has been approved for publication and is distributed in the United Kingdom (UK) to professional clients and eligible counterparties (as each is defined in the rules of the FCA and the PRA) by MLI (UK) and Bank of America Merrill Lynch International Limited, which are authorized by the PRA and regulated by the FCA and the PRA, and is distributed in the UK to retail clients (as defined in the rules of the FCA and the PRA) by Merrill Lynch International Bank Limited, London Branch, which is authorized by the Central Bank of Ireland and subject to limited regulation by the FCA and PRA - details about the extent of our regulation by the FCA and PRA are available from us on request; has been considered and distributed in Japan by Merrill Lynch (Japan), a registered securities dealer under the Financial Instruments and Exchange Act in Japan, or its permitted affiliates; is issued and distributed in Hong Kong by Merrill Lynch (Hong Kong) which is regulated by HKSFC; is issued and distributed in Taiwan by Merrill Lynch (Taiwan); is issued and distributed in India by DSP Merrill Lynch (India); and is issued and distributed in Singapore to institutional investors and/or accredited investors (each as defined under the Financial Advisers Regulations) by Merrill Lynch (Singapore) (Company Registration No 198602883D). Merrill Lynch (Singapore) is regulated by MAS. Bank of America N.A., Australian Branch (ARBN 064 874 531), AFS License 412901 (BANA Australia) and Merrill Lynch Equities (Australia) Limited (ABN 65 006 276 795), AFS License 235132 (MLEA) distribute this information in Australia only to 'Wholesale' clients as defined by s.761G of the Corporations Act 2001. With the exception of BANA Australia, neither MLEA nor any of its affiliates involved in preparing this information is an Authorised Deposit-Taking Institution under the Banking Act 1959 nor regulated by the Australian Prudential Regulation Authority. No approval is required for publication or distribution of this information in Brazil and its local distribution is by Merrill Lynch (Brazil) in accordance with applicable regulations. Merrill Lynch (DIFC) is authorized and regulated by the DFSA. Information prepared and issued by Merrill Lynch (DIFC) is done so in accordance with the requirements of the DFSA conduct of business rules. Bank of America Merrill Lynch International Limited, Frankfurt Branch (BAMLI Frankfurt) distributes this information in Germany and is regulated by BaFin.

This information has been prepared and issued by MLPF&S and/or one or more of its non-US affiliates. The author(s) of this information may not be licensed to carry on regulated activities in your jurisdiction and, if not licensed, do not hold themselves out as being able to do so. MLPF&S is the distributor of this information in the US and accepts full responsibility for information distributed to MLPF&S clients in the US by its non-US affiliates. Any US person receiving this information and wishing to effect any transaction in any security discussed herein should do so through MLPF&S and not such foreign affiliates. Hong Kong recipients of this information should contact Merrill Lynch (Asia Pacific) Limited in respect of any matters relating to dealing in securities or provision of specific advice on securities or any other matters arising from, or in connection with, this information. Singapore recipients of this information should contact Merrill Lynch (Singapore) Pte Ltd in respect of any matters arising from, or in connection with, this information.

**General Investment Related Disclosures:**

Taiwan Readers: Neither the information nor any opinion expressed herein constitutes an offer or a solicitation of an offer to transact in any securities or other financial instrument. No part of this report may be used or reproduced or quoted in any manner whatsoever in Taiwan by the press or any other person without the express written consent of BofA Merrill Lynch.

This document provides general information only, and has been prepared for, and is intended for general distribution to, BofA Merrill Lynch clients. Neither the information nor any opinion expressed constitutes an offer or an invitation to make an offer, to buy or sell any securities or other financial instrument or any derivative related to such securities or instruments (e.g., options, futures, warrants, and contracts for differences). This document is not intended to provide personal investment advice and it does not take into account the specific investment objectives, financial situation and the particular needs of, and is not directed to, any specific person(s). This document and its content do not constitute, and should not be considered to constitute, investment advice for purposes of ERISA, the US tax code, the Investment Advisers Act or otherwise. Investors should seek financial advice regarding the appropriateness of investing in financial instruments and implementing investment strategies discussed or recommended in this document and should understand that statements regarding future prospects may not be realized. Any decision to purchase or subscribe for securities in any offering must be based solely on existing public information on such security or the information in the prospectus or other offering document issued in connection with such offering, and not on this document.

Securities and other financial instruments referred to herein, or recommended, offered or sold by BofA Merrill Lynch, are not insured by the Federal Deposit Insurance Corporation and are not deposits or other obligations of any insured depository institution (including, Bank of America, N.A.). Investments in general and, derivatives, in particular, involve numerous risks, including, among others, market risk, counterparty default risk and liquidity risk. No security, financial instrument or derivative is suitable for all investors. In some cases, securities and other financial instruments may be difficult to value or sell and reliable information about the value or risks related to the security or financial instrument may be difficult to obtain. Investors should note that income from such securities and other financial instruments, if any, may fluctuate and that price or value of such securities and instruments may rise or fall and, in some cases, investors may lose their entire principal investment. Past performance is not necessarily a guide to future performance. Levels and basis for taxation may change.

This report may contain a short-term trading idea or recommendation, which highlights a specific near-term catalyst or event impacting the issuer or the market that is anticipated to have a short-term price impact on the equity securities of the issuer. Short-term trading ideas and recommendations are different from and do not affect a stock's fundamental equity rating, which reflects both a longer term total return expectation and attractiveness for investment relative to other stocks within its Coverage Cluster. Short-term trading ideas and recommendations may be more or less positive than a stock's fundamental equity rating.

BofA Merrill Lynch is aware that the implementation of the ideas expressed in this report may depend upon an investor's ability to 'short' securities or other financial instruments and that such action may be limited by regulations prohibiting or restricting "shortselling" in many jurisdictions. Investors are urged to seek advice regarding the applicability of such regulations prior to executing any short idea contained in this report.

Foreign currency rates of exchange may adversely affect the value, price or income of any security or financial instrument mentioned in this report. Investors in such securities and instruments,

**Bank of America**
**Merrill Lynch**

CR

**Exhibit 9**

including ADRs, effectively assume currency risk.

UK Readers: The protections provided by the U.K. regulatory regime, including the Financial Services Scheme, do not apply in general to business coordinated by BofA Merrill Lynch entities located outside of the United Kingdom. BofA Merrill Lynch Global Research policies relating to conflicts of interest are described at https://go.bofa.com/coi.

MLPF&S or one of its affiliates is a regular issuer of traded financial instruments linked to securities that may have been recommended in this report. MLPF&S or one of its affiliates may, at any time, hold a trading position (long or short) in the securities and financial instruments discussed in this report.

BofA Merrill Lynch, through business units other than BofA Merrill Lynch Global Research, may have issued and may in the future issue trading ideas or recommendations that are inconsistent with, and reach different conclusions from, the information presented herein. Such ideas or recommendations may reflect different time frames, assumptions, views and analytical methods of the persons who prepared them, and BofA Merrill Lynch is under no obligation to ensure that such other trading ideas or recommendations are brought to the attention of any recipient of this information.

In the event that the recipient received this information pursuant to a contract between the recipient and MLPF&S for the provision of research services for a separate fee, and in connection therewith MLPF&S may be deemed to be acting as an investment adviser, such status relates, if at all, solely to the person with whom MLPF&S has contracted directly and does not extend beyond the delivery of this report (unless otherwise agreed specifically in writing by MLPF&S). If such recipient uses the services of MLPF&S in connection with the sale or purchase of a security referred to herein, MLPF&S may act as principal for its own account or as agent for another person. MLPF&S is and continues to act solely as a broker-dealer in connection with the execution of any transactions, including transactions in any securities referred to herein.

**Copyright and General Information regarding Research Reports:**

Copyright 2019 Bank of America Corporation. All rights reserved. iQprofile℠, iQmethod℠ are service marks of Bank of America Corporation. iQdatabase® is a registered service mark of Bank of America Corporation. This information is prepared for the use of BofA Merrill Lynch clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of BofA Merrill Lynch. BofA Merrill Lynch Global Research information is distributed simultaneously to internal and client websites and other portals by BofA Merrill Lynch and is not publicly-available material. Any unauthorized use or disclosure is prohibited. Receipt and review of this information constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion, or information contained herein (including any investment recommendations, estimates or price targets) without first obtaining express permission from an authorized officer of BofA Merrill Lynch.

Materials prepared by BofA Merrill Lynch Global Research personnel are based on public information. Facts and views presented in this material have not been reviewed by, and may not reflect information known to, professionals in other business areas of BofA Merrill Lynch, including investment banking personnel. BofA Merrill Lynch has established information barriers between BofA Merrill Lynch Global Research and certain business groups. As a result, BofA Merrill Lynch does not disclose certain client relationships with, or compensation received from, such issuers. To the extent this material discusses any legal proceeding or issues, it has not been prepared as nor is it intended to express any legal conclusion, opinion or advice. Investors should consult their own legal advisers as to issues of law relating to the subject matter of this material. BofA Merrill Lynch Global Research personnel's knowledge of legal proceedings in which any BofA Merrill Lynch entity and/or its directors, officers and employees may be plaintiffs, defendants, co-defendants or co-plaintiffs with or involving issuers mentioned in this material is based on public information. Facts and views presented in this material that relate to any such proceedings have not been reviewed by, discussed with, and may not reflect information known to, professionals in other business areas of BofA Merrill Lynch in connection with the legal proceedings or matters relevant to such proceedings.

This information has been prepared independently of any issuer of securities mentioned herein and not in connection with any proposed offering of securities or as agent of any issuer of any securities. None of MLPF&S, any of its affiliates or their research analysts has any authority whatsoever to make any representation or warranty on behalf of the issuer(s). BofA Merrill Lynch Global Research policy prohibits research personnel from disclosing a recommendation, investment rating, or investment thesis for review by an issuer prior to the publication of a research report containing such rating, recommendation or investment thesis.

Any information relating to the tax status of financial instruments discussed herein is not intended to provide tax advice or to be used by anyone to provide tax advice. Investors are urged to seek tax advice based on their particular circumstances from an independent tax professional.

The information herein (other than disclosure information relating to BofA Merrill Lynch and its affiliates) was obtained from various sources and we do not guarantee its accuracy. This information may contain links to third-party websites. BofA Merrill Lynch is not responsible for the content of any third-party website or any linked content contained in a third-party website. Content contained on such third-party websites is not part of this information and is not incorporated by reference. The inclusion of a link does not imply any endorsement by or any affiliation with BofA Merrill Lynch. Access to any third-party website is at your own risk, and you should always review the terms and privacy policies at third-party websites before submitting any personal information to them. BofA Merrill Lynch is not responsible for such terms and privacy policies and expressly disclaims any liability for them.

All opinions, projections and estimates constitute the judgment of the author as of the date of publication and are subject to change without notice. Prices also are subject to change without notice. BofA Merrill Lynch is under no obligation to update this information and BofA Merrill Lynch's ability to publish information on the subject issuer(s) in the future is subject to applicable quiet periods. You should therefore assume that BofA Merrill Lynch will not update any fact, circumstance or opinion contained herein.

Subject to the quiet period applicable under laws of the various jurisdictions in which we distribute research reports and other legal and BofA Merrill Lynch policy-related restrictions on the publication of research reports, fundamental equity reports are produced on a regular basis as necessary to keep the investment recommendation current.

Certain outstanding reports may contain discussions and/or investment opinions relating to securities, financial instruments and/or issuers that are no longer current. Always refer to the most recent research report relating to an issuer prior to making an investment decision.

In some cases, an issuer may be classified as Restricted or may be Under Review or Extended Review. In each case, investors should consider any investment opinion relating to such issuer (or its security and/or financial instruments) to be suspended or withdrawn and should not rely on the analyses and investment opinion(s) pertaining to such issuer (or its securities and/or financial instruments) nor should the analyses or opinion(s) be considered a solicitation of any kind. Sales persons and financial advisors affiliated with MLPF&S or any of its affiliates may not solicit purchases of securities or financial instruments that are Restricted or Under Review and may only solicit securities under Extended Review in accordance with firm policies.

Neither BofA Merrill Lynch nor any officer or employee of BofA Merrill Lynch accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this information.

**Bank of America**
**Merrill Lynch**

CR

**Page 533**

January 02, 2019 | 22:01 ET | 22:01 ET~

# Apple

**Exhibit 9**


BMO ⬤ Capital Markets

| AAPL-NSDQ | Rating | Price: Jan-2 | Target ↓ | Total Rtn |
|---|---|---|---|---|
| | **Market Perform** | **$157.92** | **$153.00** | **-1%** |

## Communications Equipment & Hardware

**Tim Long** — Analyst
tim.long@bmo.com — (212) 885-4101

Celeste Santangelo — Senior Associate
celeste.santangelo@bmo.com — (212) 885-4170

Daniel Asulin — Associate
Daniel.Asulin@bmo.com — (212) 885-4136

Legal Entity:   BMO Capital Markets Corp.

## Another Shoe Drops; Lowering Estimates, Target

**Bottom Line:** We are lowering our estimates and target price following the negative preannouncement issued by Apple for the December quarter. While most metrics are largely unchanged, new revenue guidance is dramatically lower (~10%) than prior expectations based on iPhones. We have been cautious surrounding the newly launched iPhone's ability to drive an upgrade cycle, particularly in China, and December quarter results are worse than we would have expected. We remain Market Perform on the shares and look for stability in the iPhone business before becoming positive.

### Key Points

**Lower revenue guide.** Apple's weaker December revenue guide was due largely to more macro weakness than expected (emerging markets), as well as fewer iPhone upgrades. There has been a lot of negative press about iPhone unit shipments and mix, although some of the reasons given for the miss are not all that surprising (lower subsidies, cheaper battery replacements, strong U.S. dollar, etc.).

**China.** Monthly government data we track out of China has been lackluster, at best, over the past few months and shows AAPL steadily losing share. After a more than 22% revenue increase in FY2018 in China, we estimate a decline of about 25% in the December quarter. A less compelling new lineup that is priced well above competitive products, coupled with trade tensions, will probably mean more tough quarters ahead for the China business.

**Other businesses solid.** Revenues excluding the iPhone were up 19%, better than the 13% recorded in FY2018. Services revenues rose 28% y/y and beat our estimate. iPads and wearables were also better than expected despite some component constraints. We do not believe these businesses are big enough to offset the negative iPhone sentiment.

**Lowering target/valuation.** We are lowering our FY2019 revenue and EPS estimates to $266.1 billion and $12.35 from $283.1 billion and $13.63, and our FY2020 revenue and EPS estimates to $282.7 billion and $14.18 from $296.5 billion and $15.30. We are lowering our target price from $213 to $153, which assumes the stock trades at 12x our CY2019 EPS estimate.

### 2YR Price Volume Chart

LHS: Price ($) / RHS: Volume (mm)   Source: FactSet

| Company Data | | in $ |
|---|---|---|
| Dividend | $2.92 | Shares O/S (mm) | 4,745.4 |
| Yield | 1.8% | Market Cap (mm) | $749,394 |
| AD Vol. (mm) | 31.82 | Net Debt (mm) | $(145,386) |

| BMO Estimates | | | in $ |
|---|---|---|---|
| (FY- Sep .) | **2018A** | **2019E** | **2020E** |
| EPS | $11.91 | $12.35↓ | $14.18↓ |
| CFPS | $13.11 | $15.52↓ | $0.00 |
| Revenue | $265,595 | $266,102↓ | $282,684↓ |
| EBITDA | $81,801 | $77,763↓ | $78,894↓ |

| Consensus Estimates | | | |
|---|---|---|---|
| | **2018A** | **2019E** | **2020E** |
| EPS | | $13.24 | $14.67 |

| Valuation | | | |
|---|---|---|---|
| | **2018A** | **2019E** | **2020E** |
| P/E | 13.3x | 12.8x | 11.1x |
| EV/EBITDA | 8.7x | 9.2x | 9.0x |
| EV/FCF | 11.8x | 10.9x | 12.4x |

| QTR. EPS | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2018A | $3.89 | $2.73 | $2.34 | $2.91 |
| 2019E | $4.16 | $2.80 | $2.36 | $2.98 |
| 2020E | $4.71 | $3.33 | $2.75 | $3.33 |

### Our Thesis

Although we believe upgrades off a growing installed base will help drive further unit growth, we believe the stock will be in a trading range for at least the remainder of the current product cycle. We continue to model double-digit Services revenue growth, supported by both new and used devices.

| Key Changes | | | | |
|---|---|---|---|---|
| | **Target** | **Estimates** | **Q1 / 19E** | **2019E** | **2020E** |
| | $153.00↓ | EPS | $4.16 | $12.35 | $14.18 |
| | $213.00 | Previous | $4.89 | $10.80 | $17.05 |
| | | CFPS | $6.52 | $15.52 | |
| | | Previous | $3., 1 | $18.84 | |
| | | Revenue | $84,121 | $266,102 | $282,684 |
| | | Previous | $912 16 | $6, 07578 | $6987760 |

Please refer to pages 8 to 10 for Important Disclosures, including Analyst's Certification.

**Page 534**

**BMO** **Capital Markets**

Apple - Block Summary Model

**Exhibit 9**

New Scenarios

| Income Statement | 2018A | 2019E | 2020E |
|---|---|---|---|
| Revenue | $265,595 | $266,102 | $282,684 |
| Gross Margin | 38.3% | 38.0% | 38.5% |
| Opex | 30,941 | 34,450 | 32,250 |
| Operating Margin | 26.7% | 25.1% | 26.2% |
| Adjusted Net Income | 59,531 | 57,065 | 56,939 |
| Adjusted EPS | $11.91 | $12.35 | $12.74 |
| iPhone Revenue | 166,699 | 150,978 | 161,922 |
| iPhone Units | 218 | 198 | 223 |
| iPhone ASP | 766 | 761 | 726 |
| iPad Revenue | 18,805 | 20,365 | 18,309 |
| Mac Revenue | 25,484 | 26,368 | 25,218 |
| Cash Flow Statement | 2018A | 2019E | 2020E |
| Cash Provided From Operations | 75,075 | 79,985 | 71,049 |
| Capex | (14,500) | (14,500) | (13,500) |
| Cash Provided From Financing | (94,482) | (93,226) | (117,677) |
| Cash Used for Investing | 65,500 | 65,500 | 46,500 |
| Change in Cash | 46,093 | 52,258 | (128) |
| Ending Cash Balance | 72,059 | 124,317 | 18,824 |
| FCF | 60,575 | 65,485 | 57,549 |
| Balance Sheet | 2018A | 2019E | 2020E |
| Total Current Assets | 131,339 | 176,418 | 228,890 |
| Total Assets | 365,725 | 336,752 | 315,172 |
| Total Current Liabilities | 116,866 | 117,525 | 121,544 |
| Total Liabilities | 258,578 | 262,837 | 270,456 |
| Total Shareholders' Equity | 107,147 | 73,914 | 44,716 |
| Total Liabilities and Share Equity | 365,725 | 336,752 | 315,172 |
| Gross Cash | 237,100 | 203,193 | 175,451 |
| Total Debt | 114,483 | 114,483 | 114,483 |
| Net Cash | 122,617 | 88,710 | 60,968 |

Source: BMO Capital Markets, Company Reports

## Valuation

Our target price of $153 assumes the stock trades to 12x our CY2019 EPS estimate.

## Upside Scenario                                $174.00

Our upside case for AAPL is a target of $174 based on CY2019 EPS of $13.40 with a target multiple of 13x P/E. Our upside case includes an additional 100 bps of revenue growth and an additional 100 bps of margin expansion in CY2019 versus our base case assumptions.

## Downside Scenario                              $134.00

By comparison, our downside case for AAPL is a target of $134 based on CY2019 EPS of $12.18 with a target multiple of 11x P/E. This case assumes a 100-bp reduction of revenue growth and 100 bps less operating margin in CY2019 versus our base case assumptions.

in USD



| Downside Scenario | Target Price | Current Price | Upside Scenario |
|---|---|---|---|
| 134.00 | 153.00 | 157.92 | 174.00 |

## Key Catalysts

With the iPhone X story playing out, we are starting to see early results of how consumers have reacted to the new higher-priced flagship models. Beyond that, we expect speculation to expand about the fall 2018 refresh. We are waiting to see if the next iPhone cycle will do a better job of prompting an upgrade cycle.

## Company Description

Apple designs and markets personal computing and communications devices and services. The company's products include iPhone handsets, iMac, and MacBook computers, and iPad tablets. The company runs 450-plus retail stores worldwide and offers the iTunes store for digital content, the Apple Music streaming service, and the Apple Pay solution for contactless payments.



AAPL-NSDQ Research



Glossary



Company Models

January 2, 2019

**Exhibit 9**

Last night, Apple negatively preannounced December-quarter results, which is a rare occurrence. We had been cautious on the new iPhone products as well as on Apple's China business, but the weakness is much more pronounced than we expected. We are lowering estimates and our target price and remain Market Perform on the stock. We need to see more stabilization in the iPhone business before becoming more positive.

The biggest surprise was a substantial revenue miss of nearly 10% versus prior expectations that was based solely on lower-than-expected iPhone revenue, especially in Greater China. We estimate that the y/y revenue decline for iPhone was about 15%, as management said revenue outside of iPhone was up 19% y/y.

The company pointed out a number of factors other than the China and emerging markets weakness, none of which is surprising to us:

- iPhone upgrades in developed markets were also weaker than expected, likely due to lengthening replacement rates;

- Fewer carrier subsidies;

- Price increases related to a stronger U.S. dollar;

- Availability of lower-priced replacement batteries;

- Tough comps (timing differences of products launches y/y); and

- Supply constraints due to an unusually higher number of products coming to market (Apple Watch Series 4, iPad Pro, AirPods, MacBook Air).

There were some positives in the quarter, as the 19% non-iPhone growth rate was better than the 13% recorded in FY2018. iPad growth of double digits was better than expected, and wearables remain strong. Service revenues of $10.8 billion beat our estimate by $400 million. Gross margin missed by 20 bps, and opex was slightly lower than our model. The share count was higher than we expected, and this is odd because the average share price in the December quarter was lower than we had modeled for the buyback program.

### Lowering Estimates and Target

We are lowering our FY2019 revenue and EPS estimates to $266.1 billion and $12.35 from $283.1 billion and $13.63 and our FY2020 revenue and EPS estimates to $282.7 billion and $14.18 from $296.5 billion and $15.30. Our estimates are based on 198 million iPhones in FY2019 and 202 million in FY2020, lower than our prior view of 212 million and 209 million, respectively.

We are lowering our target price from $213 to $153. We have reduced our target P/E multiple to 12x, which is a discount to the three-year average of 13x and a premium to the average multiple in FY2016 of 11x, the last time the company saw high-single-digit declines in iPhone units.

**BMO Capital Markets**

**Exhibit 9**

**Exhibit 4: AAPL Income Statement**

*Fiscal Year Ends Sep 30*
*(USD & Shares in Millions)*

| | FY2018 | | | | FY2019E | | | | FY2020E | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Dec-17A | Mar-18A | Jun-18A | Sep-18A | Dec-18E | Mar-19E | Jun-19E | Sep-19E | Dec-19E | Mar-20E | Jun-20E | Sep-20E | 2016A | 2017A | 2018A | 2019E | 2020E |
| **Revenue** | 88,293 | 61,137 | 53,265 | 62,900 | 84,121 | 62,263 | 55,806 | 63,912 | 88,376 | 67,707 | 59,757 | 66,844 | 215,639 | 229,234 | 265,595 | 266,102 | 282,684 |
| % Change Y/Y | 12.7% | 15.6% | 17.3% | 19.6% | -4.7% | 1.8% | 4.8% | 1.6% | 5.1% | 8.7% | 7.1% | 4.6% | -7.7% | 6.3% | 15.9% | 0.2% | 6.2% |
| % Change Q/Q | 67.9% | -30.8% | -12.9% | 18.1% | 33.7% | -26.0% | -10.4% | 14.5% | 38.3% | -23.4% | -11.7% | 11.9% | | | | | |
| **Cost of Sales** | 54,381 | 37,715 | 32,844 | 38,816 | 52,189 | 38,578 | 34,623 | 39,470 | 54,648 | 41,853 | 37,004 | 41,410 | 131,376 | 141,048 | 163,756 | 164,860 | 174,915 |
| % of Revenue | 61.6% | 61.7% | 61.7% | 61.7% | 62.0% | 62.0% | 62.0% | 61.8% | 61.8% | 61.8% | 61.9% | 61.9% | 60.9% | 61.5% | 61.7% | 62.0% | 61.9% |
| **Gross Profit** | 33,912 | 23,422 | 20,421 | 24,084 | 31,931 | 23,685 | 21,183 | 24,442 | 33,728 | 25,854 | 22,753 | 25,434 | 84,263 | 88,186 | 101,839 | 101,242 | 107,770 |
| Gross Margin | 38.4% | 38.3% | 38.3% | 38.3% | 38.0% | 38.0% | 38.0% | 38.2% | 38.2% | 38.2% | 38.1% | 38.1% | 39.1% | 38.5% | 38.3% | 38.0% | 38.1% |
| **R&D** | 3,407 | 3,378 | 3,701 | 3,750 | 4,100 | 3,950 | 4,050 | 4,150 | 4,450 | 4,350 | 4,400 | 4,450 | 10,045 | 11,581 | 14,236 | 16,250 | 17,650 |
| % of Revenue | 3.9% | 5.5% | 6.9% | 6.0% | 4.9% | 6.3% | 7.3% | 6.5% | 5.0% | 6.4% | 7.4% | 6.7% | 4.7% | 5.1% | 5.4% | 6.1% | 6.2% |
| **SG&A** | 4,231 | 4,150 | 4,108 | 4,216 | 4,600 | 4,450 | 4,500 | 4,650 | 4,900 | 4,750 | 4,850 | 5,000 | 14,194 | 15,261 | 16,705 | 18,200 | 19,500 |
| % of Revenue | 4.8% | 6.8% | 7.7% | 6.7% | 5.5% | 7.1% | 8.1% | 7.3% | 5.5% | 7.0% | 8.1% | 7.5% | 6.6% | 6.7% | 6.3% | 6.8% | 6.9% |
| **Total Operating Expenses** | 7,638 | 7,528 | 7,809 | 7,966 | 8,700 | 8,400 | 8,550 | 8,800 | 9,350 | 9,100 | 9,250 | 9,450 | 24,239 | 26,842 | 30,941 | 34,450 | 37,150 |
| % of Revenue | 8.7% | 12.3% | 14.7% | 12.7% | 10.3% | 13.5% | 15.3% | 13.8% | 10.6% | 13.4% | 15.5% | 14.1% | 11.2% | 11.7% | 11.6% | 12.9% | 13.1% |
| % Change Seq. | 12.1% | -1.4% | 3.7% | 2.0% | 9.2% | -3.4% | 1.8% | 2.9% | 6.3% | -2.7% | 1.6% | 2.2% | 8.2% | 10.7% | 15.3% | 11.3% | 7.8% |
| **Operating Income** | 26,274 | 15,894 | 12,612 | 16,118 | 23,231 | 15,285 | 12,633 | 15,642 | 24,378 | 16,754 | 13,503 | 15,984 | 60,024 | 61,344 | 70,898 | 66,792 | 70,620 |
| Operating Margin | 29.8% | 26.0% | 23.7% | 25.6% | 27.6% | 24.5% | 22.6% | 24.5% | 27.6% | 24.7% | 22.6% | 23.9% | 27.8% | 26.8% | 26.7% | 25.1% | 25.0% |
| **Interest & Other Income (Expense)** | 756 | 274 | 672 | 303 | 550 | 400 | 300 | 300 | 300 | 275 | 250 | 225 | 1,348 | 2,745 | 2,005 | 1,550 | 1,050 |
| **Pretax Income** | 27,030 | 16,168 | 13,284 | 16,421 | 23,781 | 15,685 | 12,933 | 15,942 | 24,678 | 17,029 | 13,753 | 16,209 | 61,372 | 64,089 | 72,903 | 68,342 | 71,670 |
| **Income Tax Expense (Benefit)** | 6,965 | 2,346 | 1,765 | 2,296 | 3,924 | 2,588 | 2,134 | 2,630 | 4,072 | 2,810 | 2,269 | 2,675 | 15,685 | 15,738 | 13,372 | 11,276 | 11,825 |
| Tax Rate | 25.8% | 14.5% | 13.3% | 14.0% | 16.5% | 16.5% | 16.5% | 16.5% | 16.5% | 16.5% | 16.5% | 16.5% | 25.6% | 24.6% | 18.3% | 16.5% | 16.5% |
| **Net Income** | 20,065 | 13,822 | 11,519 | 14,125 | 19,857 | 13,097 | 10,799 | 13,312 | 20,606 | 14,219 | 11,484 | 13,535 | 45,687 | 48,351 | 59,531 | 57,065 | 59,844 |
| **EPS (Diluted)** | $ 3.89 | $ 2.73 | $ 2.34 | $ 2.91 | $ 4.16 | $ 2.80 | $ 2.36 | $ 2.88 | $ 4.71 | $ 3.33 | $ 2.75 | $ 3.33 | $ 8.31 | $ 9.21 | $ 11.91 | $ 12.35 | $ 14.18 |
| Weighted Average Shares (Diluted) | 5,157.8 | 5,068.5 | 4,926.6 | 4,847.5 | 4,770.5 | 4,670.5 | 4,570.5 | 4,470.5 | 4,370.5 | 4,270.5 | 4,170.5 | 4,070.5 | 5,500.3 | 5,251.7 | 5,000.1 | 4,620.5 | 4,220.5 |
| Change in Share Count | (25.6) | (89.3) | (141.9) | (79.1) | (77.0) | (100.0) | (100.0) | (100.0) | (100.0) | (100.0) | (100.0) | (100.0) | (292.8) | (248.6) | (251.6) | (378.6) | (400.0) |

Source: Company Reports and BMO Capital Markets estimates.

**BMO Capital Markets**

**Exhibit 9**

## Exhibit 5: AAPL Product Data

**Fiscal Year Ends Sep 30**
*(USD & Units in Millions, except ASP)*

| | Dec-17A | FY2018 | | | Dec-18E | FY2019E | | | Dec-19E | FY2020E | | | FY2016A | FY2017A | FY2018A | FY2019E | FY2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Mar-18A | Jun-18A | Sep-18A | | Mar-19E | Jun-19E | Sep-19E | | Mar-20E | Jun-20E | Sep-20E | | | | | |
| **Revenue** | 88,293 | 61,137 | 53,265 | 62,900 | 84,121 | 62,263 | 55,806 | 63,912 | 88,376 | 67,707 | 59,757 | 66,844 | 215,639 | 229,234 | 265,595 | 266,102 | 282,684 |
| iPhone | 61,576 | 38,032 | 29,906 | 37,185 | 52,413 | 35,366 | 28,407 | 34,791 | 52,779 | 37,274 | 29,478 | 34,322 | 136,700 | 141,319 | 166,699 | 150,978 | 153,833 |
| iPad | 5,862 | 4,113 | 4,741 | 4,089 | 6,446 | 4,698 | 4,988 | 4,232 | 6,307 | 4,741 | 4,743 | 4,191 | 20,628 | 19,222 | 18,805 | 20,365 | 19,982 |
| Watch | 3,295 | 2,011 | 1,802 | 2,398 | 4,056 | 2,685 | 3,124 | 3,063 | 5,412 | 3,572 | 3,561 | 3,689 | 4,600 | 6,305 | 9,507 | 12,327 | 16,434 |
| Mac | 6,895 | 5,848 | 5,330 | 7,411 | 7,442 | 5,972 | 5,408 | 7,546 | 7,437 | 6,039 | 5,495 | 7,622 | 22,831 | 25,850 | 25,484 | 26,368 | 26,593 |
| iPod | | | | | | | | | | | | | | | | | 0 |
| Services | 8,471 | 9,190 | 9,548 | 9,981 | 10,801 | 11,212 | 11,553 | 12,077 | 12,861 | 13,342 | 13,748 | 14,251 | 24,348 | 29,980 | 37,190 | 45,642 | 54,302 |
| Other Products | 2,194 | 1,943 | 1,938 | 1,836 | 2,862 | 2,331 | 2,326 | 2,203 | 3,480 | 2,739 | 2,733 | 2,598 | 6,532 | 6,558 | 7,910 | 9,821 | 11,540 |
| **Units** | | | | | | | | | | | | | | | | | |
| iPhone | 77.3 | 52.2 | 41.3 | 46.9 | 68.0 | 47.0 | 38.0 | 45.0 | 69.0 | 49.0 | 39.0 | 45.0 | 211.9 | 216.8 | 217.7 | 198.0 | 202.0 |
| iPad | 13.2 | 9.1 | 11.6 | 9.7 | 14.0 | 11.0 | 9.5 | 9.5 | 14.0 | 10.0 | 8.0 | 9.0 | 45.6 | 43.8 | 43.5 | 44.5 | 44.0 |
| Watch | 7.5 | 4.5 | 4.0 | 5.5 | 9.0 | 6.0 | 7.0 | 7.0 | 12.0 | 8.0 | 8.0 | 9.0 | 11.5 | 15.3 | 21.5 | 29.0 | 37.0 |
| Mac | 5.1 | 4.1 | 3.7 | 5.3 | 5.2 | 4.2 | 3.8 | 5.4 | 5.1 | 4.2 | 3.8 | 5.4 | 18.5 | 19.3 | 18.2 | 18.5 | 18.4 |
| iPod | 0.0 | | | | | | | | | | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **ASP** | | | | | | | | | | | | | | | | | |
| iPhone | 803 | 728 | 718 | 790 | 775 | 750 | 740 | 770 | 770 | 760 | 750 | 760 | 645 | 652 | 766 | 761 | 761 |
| iPad | 454 | 456 | 418 | 425 | 470 | 475 | 460 | 450 | 460 | 480 | 460 | 450 | 451 | 444 | 439 | 464 | 462 |
| Watch | 450 | 450 | 450 | 440 | 460 | 450 | 440 | 440 | 460 | 450 | 450 | 440 | 410 | 417 | 447 | 451 | 451 |
| Mac | 1,351 | 1,427 | 1,421 | 1,402 | 1,444 | 1,430 | 1,416 | 1,402 | 1,458 | 1,443 | 1,429 | 1,414 | 1,241 | 1,345 | 1,397 | 1,423 | 1,438 |
| **Gross Profit** | 33,912 | 23,422 | 20,421 | 24,102 | 31,931 | 23,685 | 21,183 | 24,442 | 33,728 | 25,854 | 22,753 | 25,434 | 84,263 | 88,186 | 101,857 | 101,242 | 107,770 |
| iPhone | 25,246 | 15,593 | 12,411 | 15,246 | 21,332 | 14,394 | 11,590 | 14,195 | 21,534 | 15,096 | 11,879 | 13,721 | 59,687 | 59,143 | 68,496 | 61,511 | 62,230 |
| iPad | 1,172 | 823 | 948 | 818 | 1,257 | 916 | 973 | 825 | 1,230 | 924 | 925 | 817 | 4,245 | 3,773 | 3,761 | 3,971 | 3,896 |
| Watch | 1,252 | 764 | 703 | 935 | 1,541 | 1,047 | 1,218 | 1,195 | 2,111 | 1,393 | 1,389 | 1,439 | 1,581 | 2,340 | 3,655 | 5,001 | 6,409 |
| Mac | 1,783 | 1,491 | 1,359 | 1,890 | 1,935 | 1,523 | 1,379 | 1,924 | 1,896 | 1,540 | 1,401 | 1,944 | 6,136 | 6,786 | 6,533 | 6,761 | 6,781 |
| Services | 3,944 | 4,304 | 4,554 | 4,791 | 5,184 | 5,270 | 5,488 | 5,797 | 6,156 | 6,271 | 6,530 | 6,840 | 11,112 | 14,636 | 17,593 | 21,738 | 25,798 |
| Other Products | 505 | 447 | 446 | 422 | 681 | 536 | 535 | 507 | 800 | 630 | 628 | 595 | 1,502 | 1,508 | 1,819 | 2,259 | 2,654 |
| **Gross Margin** | 38.4% | 38.3% | 38.3% | 38.3% | 38.0% | 38.0% | 38.0% | 38.2% | 38.2% | 38.2% | 38.1% | 38.1% | 39.1% | 38.5% | 38.4% | 38.0% | 38.1% |
| iPhone | 41.0% | 41.0% | 41.5% | 41.0% | 40.7% | 40.7% | 40.8% | 40.8% | 40.8% | 40.5% | 40.3% | 40.0% | 43.7% | 41.9% | 41.1% | 40.7% | 40.5% |
| iPad | 20.0% | 20.0% | 20.0% | 20.0% | 19.5% | 19.5% | 19.5% | 19.5% | 19.5% | 19.5% | 19.5% | 19.5% | 20.6% | 19.6% | 20.0% | 19.5% | 19.5% |
| Watch | 38.0% | 38.0% | 39.0% | 39.0% | 38.0% | 39.0% | 39.0% | 39.0% | 39.0% | 39.0% | 39.0% | 39.0% | 34.4% | 37.1% | 38.4% | 38.7% | 39.0% |
| Mac | 26.0% | 25.5% | 25.5% | 25.5% | 26.0% | 25.5% | 25.5% | 25.5% | 25.5% | 25.5% | 25.5% | 25.5% | 26.9% | 26.3% | 26.6% | 25.6% | 25.5% |
| Services | 46.6% | 46.8% | 47.7% | 48.0% | 48.0% | 47.0% | 47.5% | 47.5% | 47.5% | 47.0% | 47.5% | 48.0% | 45.6% | 48.8% | 47.3% | 47.6% | 47.5% |
| Other Products | 23.0% | 23.0% | 23.0% | 23.0% | 23.0% | 23.0% | 23.0% | 23.0% | 23.0% | 23.0% | 23.0% | 23.0% | 23.0% | 23.0% | 23.0% | 23.0% | 23.0% |

Source:  Company Reports and BMO Capital Markets estimates.

BMO ◉ Capital Markets

**Exhibit 9**

## Exhibit 6: AAPL Balance Sheet

| Fiscal Year Ends Sep 30 (USD & Shares in Millions) | FY2015 Dec-15A | FY2016 Mar-16A | Jun-16A | Sep-16A | FY2017 Dec-16A | Mar-17A | Jun-17A | Sep-17A | FY2018 Dec-17A | Mar-18A | Jun-18A | Sep-18A | FY2019E Dec-18E | Mar-19E | Jun-19E | Sep-19E | FY2020E Dec-19E | Mar-20E | Jun-20E | Sep-20E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | | | | | | | | | | | |
| Cash and equivalents | 16,689 | 21,514 | 18,237 | 20,484 | 16,371 | 15,157 | 16,571 | 20,289 | 27,491 | 45,059 | 31,971 | 25,913 | 53,390 | 52,272 | 61,472 | 72,006 | 101,600 | 102,319 | 112,347 | 124,264 |
| Short-term marketable securities | 21,585 | 33,769 | 43,519 | 46,671 | 44,081 | 51,944 | 56,168 | 53,892 | 49,662 | 42,881 | 38,909 | 40,388 | 40,388 | 40,388 | 40,388 | 40,388 | 40,388 | 40,388 | 40,388 | 40,388 |
| Accounts receivable | 12,953 | 12,229 | 11,714 | 15,754 | 14,057 | 11,579 | 12,399 | 17,874 | 23,440 | 14,324 | 14,104 | 23,186 | 14,020 | 15,312 | 15,502 | 19,884 | 14,729 | 17,303 | 16,599 | 20,798 |
| Inventories | 2,451 | 2,281 | 1,831 | 2,132 | 2,712 | 2,910 | 3,146 | 4,855 | 4,421 | 7,662 | 5,936 | 3,956 | 5,219 | 5,358 | 5,771 | 6,140 | 5,465 | 5,813 | 6,167 | 6,441 |
| Other current assets | 22,741 | 17,799 | 18,460 | 21,828 | 26,111 | 20,400 | 20,571 | 31,735 | 38,796 | 20,127 | 24,751 | 37,896 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 37,000 |
| **Total current assets** | 76,219 | 87,592 | 93,761 | 106,869 | 103,332 | 101,990 | 112,875 | 128,645 | 143,810 | 130,053 | 115,761 | 131,339 | 143,017 | 141,929 | 153,132 | 176,418 | 192,182 | 193,823 | 205,502 | 228,890 |
| Long-term investments | 177,665 | 177,645 | 169,764 | 170,430 | 185,638 | 189,740 | 184,757 | 194,714 | 207,844 | 179,286 | 179,753 | 170,799 | 150,799 | 130,799 | 110,799 | 90,799 | 70,799 | 50,799 | 30,799 | 10,799 |
| Property and equipment | 22,300 | 22,203 | 25,448 | 27,010 | 26,510 | 27,163 | 29,286 | 33,783 | 33,679 | 35,077 | 38,117 | 41,304 | 42,791 | 44,278 | 45,765 | 47,252 | 48,739 | 50,226 | 51,713 | 53,200 |
| Goodwill | 5,202 | 5,249 | 5,261 | 5,414 | 5,423 | 5,473 | 5,661 | 5,717 | 5,689 | 2,149 | 2,298 | 2,118 | | | | | | | | |
| Intangible assets | 3,924 | 3,843 | 3,506 | 3,206 | 2,848 | 2,617 | 2,444 | 2,298 | 2,149 | 23,086 | 22,546 | 22,283 | 22,283 | 22,283 | 22,283 | 22,283 | 22,283 | 22,283 | 22,283 | 22,283 |
| Other assets | 3,974 | 7,145 | 7,862 | 8,757 | 7,390 | 7,549 | 10,150 | 10,162 | 13,323 | 23,086 | 22,546 | 22,283 | 22,283 | 22,283 | 22,283 | 22,283 | 22,283 | 22,283 | 22,283 | 22,283 |
| **Total assets** | 293,284 | 305,277 | 305,602 | 321,686 | 331,141 | 334,532 | 345,173 | 375,319 | 406,794 | 367,502 | 349,197 | 365,725 | 358,890 | 339,289 | 331,979 | 336,752 | 334,063 | 317,131 | 310,297 | 315,172 |
| **Liabilities** | | | | | | | | | | | | | | | | | | | | |
| Accounts payable | 33,312 | 25,098 | 26,318 | 37,294 | 38,510 | 28,573 | 31,915 | 49,049 | 62,985 | 34,311 | 38,489 | 55,888 | 52,189 | 40,721 | 44,241 | 57,012 | 54,648 | 44,176 | 47,283 | 59,814 |
| Accrued expenses | 24,032 | 23,208 | 20,820 | 22,027 | 23,759 | 23,096 | 23,304 | 25,744 | 26,281 | 26,756 | 25,184 | 32,687 | 32,727 | 32,887 | 32,987 | 33,087 | 33,187 | 33,287 | 33,387 | 33,487 |
| Deferred revenue | 8,889 | 9,461 | 8,352 | 8,080 | 7,889 | 7,682 | 7,608 | 7,548 | 8,044 | 7,775 | 7,403 | 7,543 | 6,136 | 6,120 | 6,432 | 6,679 | 6,982 | 7,282 | 7,464 | 7,496 |
| Commercial paper | 7,259 | 7,898 | 12,496 | 8,105 | 10,483 | 9,992 | 11,980 | 11,977 | 11,980 | 11,980 | 11,974 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 |
| Current debt | 2,500 | 2,500 | 3,500 | 3,500 | 3,499 | 3,999 | 6,495 | 6,496 | 6,498 | 8,498 | 5,498 | 8,784 | 8,784 | 8,784 | 8,784 | 8,784 | 8,784 | 8,784 | 8,784 | 8,784 |
| **Total current liabilities** | 76,092 | 68,265 | 71,486 | 79,006 | 84,130 | 73,342 | 81,302 | 100,814 | 115,768 | 89,320 | 88,548 | 116,866 | 111,860 | 100,676 | 104,408 | 117,525 | 115,566 | 105,495 | 108,882 | 121,544 |
| Long-term debt | 53,204 | 69,374 | 68,939 | 75,427 | 73,557 | 84,531 | 89,864 | 97,207 | 103,922 | 101,362 | 97,128 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 |
| Deferred revenue | 3,546 | 3,322 | 3,064 | 2,930 | 3,163 | 3,107 | 2,984 | 2,836 | 3,131 | 3,087 | 2,878 | 2,797 | 2,697 | 2,597 | 2,497 | 2,397 | 2,297 | 2,197 | 2,097 | 1,997 |
| Non-current liabilities | 32,175 | 33,859 | 35,572 | 36,074 | 37,001 | 39,470 | 38,598 | 40,415 | 43,754 | 46,855 | 45,694 | 45,180 | 46,180 | 47,180 | 48,180 | 49,180 | 50,180 | 51,180 | 52,180 | 53,180 |
| **Total liabilities** | 165,017 | 174,820 | 179,061 | 193,437 | 198,751 | 200,450 | 212,748 | 241,272 | 266,595 | 240,624 | 234,248 | 258,578 | 254,472 | 243,988 | 248,820 | 262,837 | 261,778 | 252,607 | 256,894 | 270,456 |
| **Stockholders' Equity** | 128,267 | 130,457 | 126,541 | 128,249 | 132,390 | 134,082 | 132,425 | 134,047 | 140,199 | 126,878 | 114,949 | 107,147 | 104,418 | 95,302 | 83,160 | 73,914 | 72,226 | 64,524 | 53,402 | 44,716 |
| **Total Liabilities and Stockholders' E[...]** | 293,284 | 305,277 | 305,602 | 321,686 | 331,141 | 334,532 | 345,173 | 375,319 | 406,794 | 367,502 | 349,197 | 365,725 | 358,890 | 339,289 | 331,979 | 336,752 | 334,063 | 317,131 | 310,297 | 315,172 |

Source:  Company Reports and BMO Capital Markets estimates.

 **BMO Capital Markets**

**Exhibit 9**

## Exhibit 7: AAPL Cash Flow Statement

*Fiscal Year Ends Sep 30*
*(USD & Shares in Millions)*

| | FY2018 Dec-17A | Mar-18A | Jun-18A | Sep-18A | FY2019E Dec-18E | Mar-19E | Jun-19E | Sep-19E | FY2020E Dec-19E | Mar-20E | Jun-20E | Sep-20E | 2016A | 2017A | 2018A | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Activities** | | | | | | | | | | | | | | | | | |
| Net income | 20,065 | 13,822 | 11,519 | 14,125 | 19,857 | 13,097 | 10,799 | 13,312 | 20,606 | 14,219 | 11,484 | 13,535 | 45,687 | 48,351 | 59,531 | 57,065 | 59,844 |
| Depreciation and amortization | 2,745 | 2,739 | 2,665 | 2,754 | 2,739 | 2,739 | 2,739 | 2,739 | 2,739 | 2,739 | 2,739 | 2,739 | 10,505 | 10,157 | 10,903 | 10,956 | 10,956 |
| Share-based compensation expense | 1,296 | 1,348 | 1,351 | 1,585 | 1,345 | 1,345 | 1,345 | 1,345 | 1,345 | 1,345 | 1,345 | 1,345 | 4,210 | 4,840 | 5,340 | 5,380 | 5,380 |
| Deferred income tax expense | (33,737) | (498) | 1,126 | 519 | | | | | | | | | 4,938 | 5,966 | (32,590) | | |
| Other, net | (11) | (140) | (259) | (34) | | | | | | | | | (166) | (166) | (444) | | |
| **Total adjustments** | (29,707) | 3,449 | 4,883 | 4,584 | 4,084 | 4,084 | 4,084 | 4,084 | 4,084 | 4,084 | 4,084 | 4,084 | 19,653 | 20,797 | (16,791) | 16,336 | 16,336 |
| Accounts receivable, net | (5,570) | 9,093 | 233 | (9,078) | 9,166 | (1,892) | 410 | (4,382) | 5,154 | (2,574) | 704 | (4,197) | 1,095 | (2,093) | (5,322) | 3,302 | (912) |
| Inventories | 434 | (3,241) | 1,693 | 1,942 | (1,263) | (130) | (413) | (369) | 675 | (348) | (354) | (274) | 217 | (2,723) | 828 | (2,184) | (302) |
| Vendor non-trade receivables | (8,660) | 19,375 | (4,179) | (13,546) | 7,596 | 2,000 | (2,000) | (8,000) | 8,000 | 2,000 | (2,000) | (7,000) | (51) | (4,254) | (8,010) | (404) | 1,000 |
| Other current and non-current assets | (197) | (856) | 988 | (368) | | | | | | | | | 1,090 | (5,318) | (423) | | |
| Accounts payable | 14,588 | (27,808) | 2,081 | 20,314 | (3,699) | (11,469) | 3,520 | 12,771 | (2,363) | (10,476) | 3,105 | 12,531 | 1,791 | 9,175 | 9,618 | 1,124 | 2,802 |
| Deferred revenue | 791 | (313) | (581) | 59 | (1,407) | (16) | 312 | 247 | 304 | 360 | 182 | 31 | (1,554) | (626) | (44) | (864) | 816 |
| Other current and non-current liabilities | 37,548 | 1,699 | (2,149) | 1,481 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | (2,104) | (154) | 38,490 | 400 | 400 |
| **Total changes in operating assets and liabilities** | 37,935 | (2,141) | (1,914) | 814 | 10,793 | (11,415) | 1,930 | 366 | 11,870 | (10,992) | 1,736 | 1,191 | 484 | (5,550) | 34,694 | 1,674 | 3,805 |
| **Cash generated by operating activities** | 28,293 | 15,130 | 14,488 | 19,523 | 34,734 | 5,766 | 16,813 | 17,762 | 36,560 | 7,311 | 17,304 | 18,810 | 65,824 | 63,598 | 77,434 | 75,075 | 79,985 |
| **Investing Activities** | | | | | | | | | | | | | | | | | |
| Purchase of marketable securities | (41,272) | (7,177) | (7,684) | (15,223) | | | | | | | | | (142,428) | (159,486) | (71,356) | 0 | 0 |
| Proceeds from marketable securities | 30,849 | 39,977 | 17,078 | 15,815 | | | | | | | | | 111,794 | 126,339 | 103,719 | 0 | 0 |
| Proceeds from sales/maturities of long-term investments | | | | | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | | | | 80,000 | 80,000 |
| Purchase of long-term investments | | | | | (3,625) | (3,625) | (3,625) | (3,625) | (3,625) | (3,625) | (3,625) | (3,625) | | | | (14,500) | (14,500) |
| Purchase of PP&E | (2,810) | (4,195) | (3,267) | (3,041) | | | | | | | | | (12,734) | (12,451) | (13,313) | 0 | 0 |
| Proceeds from sales of equity instruments | | | | | | | | | | | | | | | | 0 | 0 |
| Payments for intangible assets | (154) | (151) | (126) | (289) | | | | | | | | | (814) | (344) | (721) | 0 | 0 |
| Other | (203) | 256 | (2,054) | (262) | | | | | | | | | (1,795) | (504) | (2,263) | 0 | 0 |
| **Cash used in investing activities** | (13,590) | 28,710 | 3,947 | (3,001) | 16,375 | 16,375 | 16,375 | 16,375 | 16,375 | 16,375 | 16,375 | 16,375 | (45,977) | (46,446) | 16,066 | 65,500 | 65,500 |
| **Financing Activities** | | | | | | | | | | | | | | | | | |
| Proceeds from issuance of common stock | - | 327 | 1 | 341 | | | | | | | | | 495 | 555 | 669 | 600 | 600 |
| Excess tax benefits from equity awards | | | | | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | | | | 600 | 600 |
| Dividends | (3,339) | (3,190) | (3,653) | (3,530) | (3,482) | (3,409) | (3,837) | (3,753) | (3,190) | (3,117) | (3,501) | (3,417) | (12,150) | (12,769) | (13,712) | (14,482) | (13,226) |
| Repurchase of common stock | (10,095) | (22,756) | (20,783) | (19,104) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (29,722) | (32,900) | (72,738) | (80,000) | (80,000) |
| Proceeds from issuance of debt, net | 6,971 | 500 | | | | | | | | | | | 22,454 | 25,162 | 6,969 | | |
| Other | (1,038) | (502) | (6,511) | (27) | (150) | (150) | (150) | (150) | (150) | (150) | (150) | (150) | (1,987) | 1,078 | (6,537) | | |
| **Cash used in financing activities** | (7,501) | (26,272) | (31,523) | (22,580) | (23,632) | (23,259) | (23,987) | (23,603) | (23,340) | (22,967) | (23,651) | (23,267) | (20,483) | (17,347) | (87,876) | (94,482) | (93,226) |
| **Cash increase (decrease)** | 7,202 | 17,568 | (13,088) | (6,058) | 27,477 | (1,118) | 9,201 | 10,534 | 29,594 | 719 | 10,028 | 11,917 | (636) | (195) | 5,624 | 46,093 | 52,258 |
| **Cash - Beginning** | 20,289 | 27,491 | 45,059 | 31,971 | 25,913 | 53,390 | 52,272 | 61,472 | 72,006 | 101,600 | 102,319 | 112,347 | 21,173 | 20,537 | 20,342 | 25,966 | 72,059 |
| **Cash - End** | 27,491 | 45,059 | 31,971 | 25,913 | 53,390 | 52,272 | 61,472 | 72,006 | 101,600 | 102,319 | 112,347 | 124,264 | 20,537 | 20,342 | 25,966 | 72,059 | 124,317 |

Source: Company Reports and BMO Capital Markets estimates.

BMO ● Capital Markets

**Exhibit 9**



### IMPORTANT DISCLOSURES

#### Analyst's Certification

I, Tim Long, hereby certify that the views expressed in this report accurately reflect my personal views about the subject securities or issuers. I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

Analysts who prepared this report are compensated based upon (among other factors) the overall profitability of BMO Capital Markets and their affiliates, which includes the overall profitability of investment banking services. Compensation for research is based on effectiveness in generating new ideas and in communication of ideas to clients, performance of recommendations, accuracy of earnings estimates, and service to clients.

Analysts employed by BMO Nesbitt Burns Inc. and/or BMO Capital Markets Limited are not registered as research analysts with FINRA. These analysts may not be associated persons of BMO Capital Markets Corp. and therefore may not be subject to the FINRA Rule 2241 and 2242 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

#### Company Specific Disclosures

Disclosure 1: BMO Capital Markets has undertaken an underwriting liability with respect to Apple within the past 12 months.

Disclosure 2: BMO Capital Markets has provided investment banking services with respect to Apple within the past 12 months.

Disclosure 3: BMO Capital Markets has managed or co-managed a public offering of securities with respect to Apple within the past 12 months.

Disclosure 4: BMO Capital Markets or an affiliate has received compensation for investment banking services from Apple within the past 12 months.

Disclosure 6A: Apple is a client (or was a client) of BMO Nesbitt Burns Inc., BMO Capital Markets Corp., BMO Capital Markets Limited or an affiliate within the past 12 months: A) Investment Banking Services

Disclosure 9B: BMO Capital Markets makes a market in Apple in United States.

#### Methodology and Risks to Target Price/Valuation for Apple (AAPL-NSDQ)

**Methodology:** Our target price of $153 assumes the stock trades to 12x our CY2019 EPS estimate.

**Risks:** Risks to our target price include iPhone units and mix, lack of growth from new products like Watch, Pay, and Music, and hits to ASP and operating margins.

#### Distribution of Ratings (January 01, 2019)

| Rating category | BMO rating | BMOCM US Universe* | BMOCM US IB Clients** | BMOCM US IB Clients*** | BMOCM Universe**** | BMOCM IB Clients***** | StarMine Universe~ |
|---|---|---|---|---|---|---|---|
| Buy | Outperform | 47.6 % | 30.1 % | 59.0 % | 50.7 % | 63.6 % | 57.7% |
| Hold | Market Perform | 49.8 % | 19.3 % | 39.6 % | 47.0 % | 35.6 % | 37.7% |
| Sell | Underperform | 2.5 % | 13.3 % | 1.4 % | 2.3 % | 0.7 % | 4.6% |

\* Reflects rating distribution of all companies covered by BMO Capital Markets Corp. equity research analysts.

\*\* Reflects rating distribution of all companies from which BMO Capital Markets Corp. has received compensation for Investment Banking services as percentage within ratings category.

 **BMO** **Capital Markets**

# Exhibit 9

*** Reflects rating distribution of all companies from which BMO Capital Markets Corp. has received compensation for Investment Banking services as percentage of Investment Banking clients.

**** Reflects rating distribution of all companies covered by BMO Capital Markets equity research analysts.

***** Reflects rating distribution of all companies from which BMO Capital Markets has received compensation for Investment Banking services as percentage of Investment Banking clients.

~ As of October 4, 2018.

**Ratings Key (as of October 2016)**

We use the following ratings system definitions:
OP = Outperform - Forecast to outperform the analyst's coverage universe on a total return basis;
Mkt = Market Perform - Forecast to perform roughly in line with the analyst's coverage universe on a total return basis;
Und = Underperform - Forecast to underperform the analyst's coverage universe on a total return basis;
(S) = Speculative investment;
Spd = Suspended - Coverage and rating suspended until coverage is reinstated;
NR = No Rated - No rating at this time; and
R = Restricted - Dissemination of research is currently restricted.

BMO Capital Markets' seven Top 15 lists guide investors to our best ideas according to different objectives (CDN Large Cap, CDN Small Cap, US Large Cap, US Small Cap, Income, CDN Quant, and US Quant have replaced the Top Pick rating).

**Prior BMO Capital Markets Rating System**

**(April 2013 - October 2016)**
http://researchglobal.bmocapitalmarkets.com/documents/2013/rating_key_2013_to_2016.pdf

**(January 2010 - April 2013)**
http://researchglobal.bmocapitalmarkets.com/documents/2013/prior_rating_system.pdf

**Other Important Disclosures**

For Important Disclosures on the stocks discussed in this report, please go to http://researchglobal.bmocapitalmarkets.com/Public/Company_Disclosure_Public.aspx or write to Editorial Department, BMO Capital Markets, 3 Times Square, New York, NY 10036 or Editorial Department, BMO Capital Markets, 1 First Canadian Place, Toronto, Ontario, M5X 1H3.

**Dissemination of Research**

Dissemination of BMO Capital Markets Equity Research is available via our website https://research-ca.bmocapitalmarkets.com/Public/Secure/Login.aspx?ReturnUrl=/Member/Home/ResearchHome.aspx. Institutional clients may also receive our research via Thomson Reuters, Bloomberg, FactSet, and Capital IQ. Research reports and other commentary are required to be simultaneously disseminated internally and externally to our clients. Research coverage of licensed cannabis producers is made available only to North American, Australian, and EU-based BMO Nesbitt Burns Inc., BMO Capital Markets Limited, and BMO Capital Markets Corp. clients solely via email distribution.

~ Research distribution and approval times are provided on the cover of each report. Times are approximations as system and distribution processes are not exact and can vary based on the sender and recipients' services. Unless otherwise noted, times are Eastern Standard and when two times are provided, the approval time precedes the distribution time.

BMO Capital Markets may use proprietary models in the preparation of reports. Material information about such models may be obtained by contacting the research analyst directly. There is no planned frequency of updates to this report.

For recommendations disseminated during the preceding 12-month period, please visit:
https://researchglobal.bmocapitalmarkets.com/Public/Company_Disclosure_Public.aspx

**General Disclaimer**

"BMO Capital Markets" is a trade name used by the BMO Investment Banking Group, which includes the wholesale arm of Bank of Montreal and its subsidiaries BMO Nesbitt Burns Inc., BMO Capital Markets Limited in the U.K. and BMO Capital Markets Corp. in the U.S. Nesbitt Burns Inc., BMO Capital Markets Limited and BMO Capital Markets Corp are affiliates. Bank of Montreal or its subsidiaries ("BMO Financial Group") has lending arrangements with, or provide other remunerated services to, many issuers covered by BMO Capital Markets. The opinions, estimates and projections contained in this report are those of BMO Capital Markets as of the date of this report and are subject to change without notice. BMO Capital Markets endeavours to ensure that the contents have been compiled or derived from sources that we believe are reliable and contain information and opinions that are accurate and complete. However, BMO Capital Markets makes no representation or warranty, express or implied, in respect thereof, takes no responsibility for any errors and omissions contained herein and accepts no liability whatsoever for any loss arising from any use of, or reliance on, this report or its contents. Information may be available to BMO Capital Markets or its affiliates that is not reflected in this report. The information in this report is not intended to be used as the primary basis of investment decisions, and because of individual client objectives, should not be construed as advice designed to meet the particular investment needs of any investor. Nothing herein constitutes any investment, legal, tax or other advice nor is it to be relied on in any investment or decision. If you are in doubt about any of the contents of this document, the reader should obtain independent professional advice. This material is for information purposes only and is not an offer to sell or the solicitation of an offer to buy any security. BMO Capital Markets or its affiliates will buy from or sell to customers

**BMO Capital Markets**

**Exhibit 9**

the securities of issuers mentioned in this report on a principal basis. BMO Capital Markets or its affiliates, officers, directors or employees have a long or short position in many of the securities discussed herein, related securities or in options, futures or other derivative instruments based thereon. The reader should assume that BMO Capital Markets or its affiliates may have a conflict of interest and should not rely solely on this report in evaluating whether or not to buy or sell securities of issuers discussed herein.

**Additional Matters**

This report is directed only at entities or persons in jurisdictions or countries where access to and use of the information is not contrary to local laws or regulations. Its contents have not been reviewed by any regulatory authority. BMO Capital Markets does not represent that this report may be lawfully distributed or that any financial products may be lawfully offered or dealt with, in compliance with regulatory requirements in other jurisdictions, or pursuant to an exemption available thereunder.

To Australian residents: BMO Capital Markets Limited is exempt from the requirement to hold an Australian financial services licence under the Corporations Act and is regulated by the UK Financial Conduct Authority under UK laws, which differ from Australian laws. This document is only intended for wholesale clients (as defined in the Corporations Act 2001) and Eligible Counterparties or Professional Clients (as defined in Annex II to MiFID II).

To Canadian Residents: BMO Nesbitt Burns Inc. furnishes this report to Canadian residents and accepts responsibility for the contents herein subject to the terms set out above. Any Canadian person wishing to effect transactions in any of the securities included in this report should do so through BMO Nesbitt Burns Inc.

The following applies if this research was prepared in whole or in part by Andrew Breichmanas, Colin Hamilton, Alexander Pearce, David Round or Edward Sterck: This research is not prepared subject to Canadian disclosure requirements. This research is prepared by BMO Capital Markets Limited and subject to the regulations of the Financial Conduct Authority (FCA) in the United Kingdom. FCA regulations require that a firm providing research disclose its ownership interest in the issuer that is the subject of the research if it and its affiliates own 5% or more of the equity of the issuer. Canadian regulations require that a firm providing research disclose its ownership interest in the issuer that is the subject of the research if it and its affiliates own 1% or more of the equity of the issuer that is the subject of the research. Therefore BMO Capital Markets Limited will disclose its and its affiliates' ownership interest in the subject issuer only if such ownership exceeds 5% of the equity of the issuer.

To E.U. Residents: In an E.U. Member State this document is issued and distributed by BMO Capital Markets Limited which is authorised and regulated in the UK and operates in the E.U. on a passported basis. This document is only intended for Eligible Counterparties or Professional Clients, as defined in Annex II to "Markets in Financial Instruments Directive" 2014/65/EU ("MiFID II").

Singapore: This disclaimer applies to research reports distributed by the Private Banking unit of Bank of Montreal, Singapore Branch ("BMO SG"), an exempt financial adviser under the Financial Advisers Act (Cap. 110) of Singapore ("FAA") only. This research report is prepared by BMO Capital Markets and distributed by BMO SG pursuant to an arrangement under regulation 32C of the Financial Advisers Regulations of Singapore. This research report is distributed by BMO SG solely to persons who qualify as accredited investors as defined in the FAA only, and is not intended for and may not be circulated to the general public. This report and any information contained in this report shall not be disclosed to any other person. If you are not an accredited investor, please disregard this report. BMO SG does not accept legal responsibility for the contents of the report. Recipients should contact BMO SG at 65-6535 2323 for matters arising from, or in connection with the report.

To U.S. Residents: BMO Capital Markets Corp. furnishes this report to U.S. residents and accepts responsibility for the contents herein, except to the extent that it refers to securities of Bank of Montreal. Any U.S. person wishing to effect transactions in any security discussed herein should do so through BMO Capital Markets Corp.

To U.K. Residents: In the UK this document is published by BMO Capital Markets Limited which is authorised and regulated by the Financial Conduct Authority. The contents hereof are intended solely for the use of, and may only be issued or passed on to, (I) persons who have professional experience in matters relating to investments falling within Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "Order") or (II) high net worth entities falling within Article 49(2)(a) to (d) of the Order (all such persons together referred to as "relevant persons"). The contents hereof are not intended for the use of and may not be issued or passed on to retail clients.

These documents are provided to you on the express understanding that they must be held in complete confidence and not republished, retransmitted, distributed, disclosed, or otherwise made available, in whole or in part, directly or indirectly, in hard or soft copy, through any means, to any person, except with the prior written consent of BMO Capital Markets.

Click here for data vendor disclosures when referenced within a BMO Capital Markets research document.

---

**ADDITIONAL INFORMATION IS AVAILABLE UPON REQUEST**

BMO Financial Group (NYSE, TSX: BMO) is an integrated financial services provider offering a range of retail banking, wealth management, and investment and corporate banking products. BMO serves Canadian retail clients through BMO Bank of Montreal and BMO Nesbitt Burns. In the United States, personal and commercial banking clients are served by BMO Harris Bank N.A., (Member FDIC). Investment and corporate banking services are provided in Canada and the US through BMO Capital Markets.

BMO Capital Markets is a trade name used by BMO Financial Group for the wholesale banking businesses of Bank of Montreal, BMO Harris Bank N.A, (Member FDIC), BMO Ireland Plc, and Bank of Montreal (China) Co. Ltd. and the institutional broker dealer businesses of BMO Capital Markets Corp. (Member FINRA and SIPC) in the U.S., BMO Nesbitt Burns Inc. (Member Canadian Investor Protection Fund) in Canada, Europe, and Asia, BMO Capital Markets Limited in Europe and Australia and BMO Advisors Private Limited in India.

® Registered trademark of Bank of Montreal in the United States, Canada and elsewhere.

TM Trademark Bank of Montreal

©COPYRIGHT 2019 BMO CAPITAL MARKETS CORP.

A member of   **BMO Financial Group**



Exhibit 9

# cg / Canaccord Genuity
Capital Markets

## Apple
### Connectivity Technologies

**T. Michael Walkley** | Analyst | Canaccord Genuity LLC (US) | mwalkley@cgf.com | 612.332.8069
**Anthony Nemoto** | Associate | Canaccord Genuity LLC (US) | anemoto@cgf.com | 212.389.8940

**US Equity Research**
2 January 2019

**BUY**
*unchanged*

| | |
|---|---|
| **PRICE TARGET** | US$190.00↓ |
| *from US$2250* . | |
| Price (2-Jan) | US$157.92 |
| Ticker | AAPL-NASDAQ |

| 52-Week Range (US$): | 146.59 - 233.47 |
|---|---|
| Avg Daily Vol (M) | 45.4 |
| Market Cap (US$M): | 749,393 |
| Shares Out. (M) : | 4,745.4 |

| FYE Sep | 2018A | 2019E | 2020E |
|---|---|---|---|
| Sales (US$M) | 265,595 | 253,150↓ | 267,245↓ |
| *Previous* | - | 2752, 5 | 2668 66 |
| EPS GAAP (US$) | 11.87 | 11.90↓ | 13.31↓ |
| *Previous* | - | 930 5 | 910 4 |

| Quarterly Sales | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2018A | 88,293 | 61,137 | 53,265 | 62,900 |
| 2019E | 84,023 | 57,236 | 52,394 | 59,498 |
| 2020E | 87,332 | 62,142 | 56,516 | 61,256 |

| Quarterly EPS GAAP | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2018A | 3.89 | 2.73 | 2.34 | 2.91 |
| 2019E | 4.16 | 2.56 | 2.33 | 2.85 |
| 2020E | 4.81 | 3.01 | 2.60 | 2.90 |



FFPL
I &P 500 (recased)
I NArde: Da SØ eO

Priced as of close of business 2 January 2019

Apple designs, manufactures, and sells smartphones, tablets, PCs, and other hardware along with related software, services, and networking solutions.

## Lowering Target Price

# Weak iPhone sales result in $7B shortfall to Q1/F'19 guidance; lowering estimates and PT to $190

**Investment recommendation:** Despite our lowered iPhone and overall Apple estimates post our survey work indicating weak demand for new iPhone products, Apple pre-announced Q1/F'19 results well below our lowered estimates. Management cited weaker-than-anticipated iPhone revenue, primarily in China, accounted for all of the roughly $7B shortfall with management lowering guidance from $91B at the midpoint to $84B. Despite slowing iPhone sales, we still anticipate Apple will continue to grow its install base and believe the company's ecosystem will contribute to ongoing growth, particularly for higher-margin Services and Other Products. In fact, management indicated revenue outside of iPhones grew 19% year-over-year, and this growth was consistent with our estimates. Given the soft start to the latest lineup of iPhones, we are lowering our iPhone estimates and now forecast a 12% year-over-year unit decline in C'19 iPhone sales and anticipate modest unit growth in C'20 based on an increasing installed base driving stable to slightly higher iPhone sales. We maintain our belief Apple can expand its leading market share of the premium-tier smartphone market and the iPhone installed base (excluding refurbished iPhones) will exceed 700M in 2018. This impressive installed base should drive iPhone replacement sales and earnings, as well as cash flow generation to fund strong long-term capital returns. We reiterate our BUY rating but decrease our price target to $190 based on our lowered estimates.

**Lowering iPhone unit sales estimates:** With our survey work indicating declining sell through share and disappointing overall sales due in part to soft smartphone demand combined with Apple's pre-announcement, we are lowering our iPhone estimates. While we believed the lower-priced iPhone XR would generate strong sell through trends, our surveys indicated muted demand versus our expectations. Feedback for lackluster initial sales included its inferior quality perception given its aluminum construction versus the XS and XS Max, lack of HD screen, and viable lower-cost alternatives in the older iPhone X and 8 models. We have lowered our C'18/C'19/C'20 iPhone unit sales estimates from 213M/208M/217M to 203M/180M/194M.

**Steady iPhone sales to growing premium tier installed base supports strong long-term ecosystem growth:** Despite softer near-term iPhone sales trends, we anticipate Apple will sell over 175M iPhones annually helping to drive a growing ecosystem to drive ancillary revenue streams. We continue to believe Apple can sustain double-digit Services revenue growth driven by growth from the App Store, strong subscriber growth in Apple Music, Apple Care, iTunes/iCloud and Apple Pay. Further, our survey work indicates strong performance of wearables consistent with Apple's pre-announcement indicating wearables grew nearly 50% year-over-year in the December quarter. With higher margin Services and Other Products revenue expected to grow faster than the overall company, our reduced iPhone unit sales revisions are partially offset, resulting in our C'18/C'19/C'20 EPS estimates going from $12.60/$13.90/$15.03 to $12.14/$12.55/$13.50. We also believe an eventual settlement with Qualcomm could have a positive impact to Apple gross margins. Please see our Qualcomm note today titled "FTC case starting Friday is an important step in process towards reaching licensing settlement with Apple" for more details.

---

Canaccord Genuity is the global capital markets group of Canaccord Genuity Group Inc. (CF : TSX)
The recommendations and opinions expressed in this research report accurately reflect the research analyst's personal, independent and objective views about any and all the companies and securities that are the subject of this report discussed herein.

**For important information, please see the Important Disclosures beginning on page 6 of this document.**



**Exhibit 9**

Apple
Lowering Target Price

**Large installed iPhone base positions Apple for a strong upgrade cycle through C2020:** Figure 1 on the next page provides our detailed analysis of the installed iPhone base, annual iPhone net additions, replacement iPhone sales, and replacement rates by different regions of the world. We estimate our 701M iPhone installed base of new iPhone users exiting C2018 represents only 44% of the 1.6B global premium market smartphone subscribers estimated by the end of C2018, according to Gartner. Based on our potentially conservative replacement rate and installed base growth assumptions, we estimate Apple could sell roughly 175M to 225M iPhone units annually based on its growing and loyal installed base of new iPhone consumers.

While we had anticipated a stronger upgrade cycle heading into 2019 from to the new XS, XS Max and XR models, we believe the installed iPhone user base remains loyal and anticipate lower but stable replacements rates going forward to drive steady iPhone sales through C2020. Given the higher priced iPhones, we now believe consumers are holding on to their iPhones longer.  Therefore, we have lowered our replacement rate upgrades from roughly 23% of the new iPhone user base (excludes refurbished sales) to roughly 20% of iPhone owners will upgrade to a new iPhone in 2019 and 2020.

While we anticipate product introductions could generate stronger sales in one year versus another, we believe Apple's growing share of the high-end smartphone market positions the company with a strong, loyal customer base that could enable Apple to maintain the high levels of annual iPhone sales despite the higher ASPs for the iPhone XS and XS Max. While we believe some investors will point to management's decision to stop disclosing iPhone, iPad, and Mac unit sales as evidence iPhone unit sales have peaked and the weak Q1/F'19 sales certainly support this view, we maintain our belief iPhone unit sales will fluctuate around 200M units annually based on the loyal installed base.

We believe Apple has a very loyal consumer base and anticipate steadily rising iPhone sales over time even with consumers waiting longer to upgrade iPhones. With Apple's ability to still generate over 175M iPhone sales per year with ASPs around $800, we believe this will still drive a strong earnings base for Apple to monetize with additional hardware and services sales to its loyal ecosystem of customers. With a mature smartphone market, we believe Apple has locked up strong share of the premium tier market and will continue to dominate high-end smartphones sales and capture the vast majority of smartphone profits for the next several years. While the smartphone market is slowing to low single digits annual growth, Apple's dominant profits of the world's largest consumer electronics market is likely to continue. This combined with strong cash returns and a growing share of higher margin businesses in Services and Other Products lead us to reiterate our BUY rating. Based on our lowered EPS estimates, we have lowered our target price from $225 to $190.

**Exhibit 9**

Apple
Lowering Target Price

**Figure 1: iPhone installed base, net adds, replacement sales and replacement rates by region**

| | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 E | 2019 E | 2020 E |
|---|---|---|---|---|---|---|---|---|
| **iPhone Sell-in unit estimates** | | | | | | | | |
| **iPhone Units (sell-in)** | **153.5** | **192.7** | **231.5** | **215.4** | **215.8** | **203.4** | **179.6** | **193.5** |
| **iPhone sell-through estimates by region (millions)** | | | | | | | | |
| North America | 50.9 | 65.9 | 71.7 | 72.1 | 73.3 | 75.2 | 65.1 | 70.0 |
| Latin America | 6.1 | 7.2 | 6.8 | 7.2 | 7.5 | 7.1 | 6.2 | 6.7 |
| Europe | 31.0 | 35.5 | 38.3 | 41.0 | 45.8 | 41.8 | 34.2 | 36.8 |
| Greater China | 25.6 | 50.1 | 72.4 | 54.2 | 47.9 | 43.9 | 42.1 | 45.4 |
| Japan | 12.0 | 14.8 | 14.4 | 14.9 | 15.0 | 15.7 | 13.0 | 14.0 |
| Rest of Asia Pacific | 20.9 | 10.0 | 16.0 | 16.0 | 16.4 | 13.9 | 12.6 | 13.6 |
| Middle East & Africa | 4.3 | 5.2 | 6.2 | 8.3 | 9.1 | 9.4 | 7.2 | 7.8 |
| **Total iPhone sell-through** | **150.8** | **188.6** | **225.9** | **213.7** | **214.9** | **207.0** | **180.3** | **194.2** |
| | | | | | | | | |
| iPhone Channel inventory change | 2.7 | 4.1 | 4.8 | 0.8 | -2.8 | 2.2 | -0.3 | -0.3 |
| Total iPhone channel inventory | 15.3 | 19.4 | 24.2 | 25.0 | 22.2 | 24.4 | 24.1 | 23.8 |

| | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 E | 2019 E | 2020 E |
|---|---|---|---|---|---|---|---|---|
| **iPhone installed base estimates (millions)** | | | | | | | | |
| North America | 92.2 | 114.4 | 131.5 | 142.0 | 152.0 | 164.1 | 174.0 | 180.1 |
| Latin America | 9.8 | 13.9 | 18.4 | 21.2 | 24.2 | 27.1 | 29.1 | 31.3 |
| Europe | 78.9 | 96.3 | 113.6 | 123.9 | 132.5 | 141.8 | 147.5 | 153.4 |
| Greater China | 68.8 | 96.3 | 134.8 | 159.1 | 181.4 | 204.9 | 219.3 | 234.6 |
| Japan | 21.8 | 27.4 | 32.2 | 34.6 | 36.7 | 38.5 | 40.2 | 42.1 |
| Rest of Asia Pacific | 27.7 | 38.8 | 53.8 | 65.6 | 75.7 | 87.1 | 95.8 | 104.4 |
| Middle East & Africa | 10.1 | 15.0 | 21.4 | 27.7 | 32.7 | 37.6 | 41.4 | 45.5 |
| **Total** | **309.3** | **402.1** | **505.7** | **574.1** | **635.1** | **701.2** | **747.2** | **791.3** |
| | | | | | | | | |
| **iPhone installed base Y/Y growth** | | | | | | | | |
| North America | 33% | 24% | 15% | 8% | 7% | 8% | 6% | 4% |
| Latin America | 70% | 42% | 32% | 16% | 14% | 12% | 8% | 8% |
| Europe | 42% | 22% | 18% | 9% | 7% | 7% | 4% | 4% |
| Greater China | 100% | 40% | 40% | 18% | 14% | 13% | 7% | 7% |
| Japan | 57% | 26% | 17% | 8% | 6% | 5% | 5% | 5% |
| Rest of Asia Pacific | 39% | 40% | 39% | 22% | 15% | 15% | 10% | 9% |
| Middle East & Africa | 85% | 48% | 43% | 29% | 18% | 15% | 10% | 10% |
| **YoY % change** | **51%** | **30%** | **26%** | **14%** | **11%** | **10%** | **7%** | **6%** |

| | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 E | 2019 E | 2020 E |
|---|---|---|---|---|---|---|---|---|
| **iPhone net adds & replacement sales estimates (in millions):** | | | | | | | | |
| North America - net adds | 22.9 | 22.2 | 17.2 | 10.5 | 9.9 | 12.2 | 9.8 | 6.1 |
| North America - annual replacement sales | 28.0 | 43.7 | 53.2 | 57.9 | 55.4 | 45.6 | 44.3 | 47.0 |
| Latin America - net adds | 4.0 | 4.1 | 4.4 | 2.8 | 3.0 | 2.9 | 2.0 | 2.2 |
| Latin America -annual replacement sales | 2.0 | 3.0 | 4.0 | 4.9 | 4.5 | 4.8 | 5.4 | 5.8 |
| Europe - net adds | 23.4 | 17.4 | 17.3 | 10.2 | 8.7 | 9.3 | 5.7 | 5.9 |
| Europe - annual replacement sales | 7.6 | 18.1 | 22.2 | 25.0 | 26.0 | 25.2 | 28.4 | 29.5 |
| Japan - net adds | 7.9 | 5.7 | 4.8 | 2.4 | 2.1 | 1.8 | 1.7 | 1.8 |
| Japan - annual replacement sales | 4.1 | 9.1 | 9.6 | 11.3 | 10.4 | 9.9 | 9.6 | 8.0 |
| Asia Pacific - net adds | 42.1 | 38.6 | 53.5 | 36.1 | 32.4 | 34.9 | 23.1 | 24.0 |
| Asia Pacific - annual replacement sales | 4.4 | 24.3 | 36.5 | 43.4 | 56.2 | 48.8 | 49.6 | 56.7 |
| Middle East & Africa - net adds | 4.7 | 4.9 | 6.4 | 6.3 | 5.0 | 4.9 | 3.8 | 4.1 |
| Middle East & Africa - annual replacement | -0.3 | 0.3 | 0.8 | 1.1 | 1.5 | 1.5 | 1.9 | 2.1 |
| **Total iPhone Net adds** | **104.9** | **92.8** | **103.6** | **68.4** | **61.0** | **66.0** | **46.1** | **44.1** |
| **Total iPhone annual replacement** | **45.9** | **98.6** | **126.2** | **143.4** | **153.9** | **135.7** | **139.2** | **149.1** |
| **Total iPhone annual unit sell-through** | **150.8** | **191.4** | **229.8** | **211.9** | **214.9** | **201.7** | **185.3** | **193.2** |
| **Change in inventory** | **2.7** | **1.3** | **1.7** | **3.5** | **0.8** | **1.7** | **-5.7** | **0.3** |
| **Total iPhone unit sales** | **153.5** | **192.7** | **231.5** | **215.4** | **215.8** | **203.4** | **179.6** | **193.5** |

| | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 E | 2019 E | 2020 E |
|---|---|---|---|---|---|---|---|---|
| **Replacement rate (%)** | | | | | | | | |
| North America | 40% | 47% | 47% | 44% | 39% | 30% | 27% | 27% |
| Latin America | 35% | 31% | 29% | 27% | 21% | 20% | 20% | 20% |
| Europe | 14% | 23% | 23% | 22% | 21% | 19% | 20% | 20% |
| Japan | 30% | 42% | 35% | 35% | 30% | 27% | 25% | 20% |
| Asia Pacific | 8% | 25% | 24% | 23% | 25% | 19% | 17% | 18% |
| Middle East & Africa | -6% | 3% | 6% | 5% | 5% | 4% | 5% | 5% |
| **Global iPhone replacement rate** | **22.4%** | **31.9%** | **31.4%** | **28.4%** | **26.8%** | **21.4%** | **19.9%** | **20.0%** |

*Source: Company reports, Canaccord Genuity estimates*

# Exhibit 9

**Apple — Lowering Target Price**



## Figure 2: Apple income statement

**Apple Inc - AAPL**
**Consolidated Income Statement**
*(in millions, except per share information)*

| Period | Q1-18 A | Q2-18 A | Q3-18 A | Q4-18 A | Q1-19 E | Q2-19 E | Q3-19 E | Q4-19 E | Q1-20 E | Q2-20 E | Q3-20 E | Q4-20 E | Q1-21 E | FY-18 A | FY-19 E | FY-20 E | CY-18 A | CY-19 E | CY-20 E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | 12/31/2017 | 3/31/2018 | 6/30/2018 | 9/30/2018 | 12/31/2018 | 3/31/2019 | 6/30/2019 | 9/30/2019 | 12/31/2019 | 3/31/2020 | 6/30/2020 | 9/30/2020 | 12/31/2020 | 9/30/2018 | 9/30/2019 | 9/30/2020 | 12/31/2018 | 12/31/2019 | 12/31/2019 |
| **Notes to Income Statement** | | | | | | | | | | | | | | | | | | | |
| Net Sales | 88,293 | 61,137 | 53,265 | 62,900 | 84,023 | 57,236 | 52,394 | 59,498 | 87,332 | 62,142 | 56,516 | 61,256 | 89,663 | 265,595 | 253,150 | 267,245 | 261,325 | 256,459 | 269,576 |
| Cost of Sales | 54,381 | 37,715 | 32,844 | 38,816 | 52,094 | 35,376 | 31,951 | 36,250 | 53,447 | 38,242 | 34,461 | 37,340 | 54,817 | 163,756 | 155,671 | 163,490 | 161,469 | 157,025 | 164,859 |
| Gross Profit | 33,912 | 23,422 | 20,421 | 24,084 | 31,929 | 21,860 | 20,443 | 23,248 | 33,884 | 23,899 | 22,056 | 23,916 | 34,846 | 101,839 | 97,479 | 103,755 | 99,855 | 99,434 | 104,717 |
| Research & Development | 3,407 | 3,378 | 3,701 | 3,750 | 3,900 | 3,978 | 4,058 | 4,139 | 4,221 | 4,348 | 4,435 | 4,524 | 4,614 | 14,236 | 16,074 | 17,529 | 14,729 | 16,396 | 17,921 |
| Selling, General and Administrative | 4,231 | 4,150 | 4,108 | 4,216 | 4,806 | 4,278 | 4,278 | 4,406 | 4,758 | 4,378 | 4,728 | 5,106 | 5,515 | 16,705 | 17,767 | 18,970 | 17,280 | 17,719 | 19,726 |
| Operating Expenses | 7,638 | 7,528 | 7,809 | 7,966 | 8,706 | 8,256 | 8,335 | 8,545 | 8,980 | 8,726 | 9,163 | 9,630 | 10,129 | 30,941 | 33,841 | 36,499 | 32,009 | 34,115 | 37,648 |
| Operating Income | 26,274 | 15,894 | 12,612 | 16,118 | 23,222 | 13,604 | 12,108 | 14,703 | 24,904 | 15,174 | 12,893 | 14,286 | 24,717 | 70,898 | 63,638 | 67,257 | 67,846 | 65,319 | 67,070 |
| Other income and expense | 756 | 274 | 672 | 303 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 2,005 | 2,200 | 2,200 | 1,799 | 2,200 | 2,200 |
| Pre-tax Income | 27,030 | 16,168 | 13,284 | 16,421 | 23,772 | 14,154 | 12,658 | 15,253 | 25,454 | 15,724 | 13,443 | 14,836 | 25,267 | 72,903 | 65,838 | 69,457 | 68,423 | 67,519 | 69,270 |
| Provision for income taxes | 6,965 | 2,346 | 1,765 | 2,296 | 3,922 | 2,123 | 1,899 | 2,288 | 3,818 | 2,359 | 2,016 | 2,225 | 3,790 | 13,372 | 10,232 | 10,419 | 10,329 | 10,128 | 10,380 |
| Net Income | 20,065 | 13,822 | 11,519 | 14,125 | 19,850 | 12,031 | 10,759 | 12,965 | 21,636 | 13,365 | 11,426 | 12,611 | 21,477 | 59,531 | 55,605 | 59,038 | 59,316 | 57,391 | 58,879 |
| **GAAP EPS** | 3.89 | 2.73 | 2.34 | 2.91 | 4.16 | 2.56 | 2.33 | 2.85 | 4.81 | 3.01 | 2.60 | 2.90 | 5.00 | 11.87 | 11.90 | 13.31 | 12.14 | 12.55 | 13.50 |
| | | | | | | | | | | | | | | | | | | | |
| Basic | 5,113 | 5,025 | 4,882 | 4,802 | 4,727 | 4,652 | 4,577 | 4,502 | 4,452 | 4,402 | 4,352 | 4,302 | 4,252 | 4,955 | 4,614 | 4,377 | 4,859 | 4,545 | 4,327 |
| Fully Diluted Shares | 5,158 | 5,068 | 4,927 | 4,848 | 4,773 | 4,698 | 4,623 | 4,548 | 4,498 | 4,448 | 4,398 | 4,348 | 4,298 | 5,000 | 4,660 | 4,423 | 4,904 | 4,591 | 4,373 |
| | | | | | | | | | | | | | | | | | | | |
| **Costs as % Revenue:** | | | | | | | | | | | | | | | | | | | |
| Cost of Sales | 61.6 | 61.7 | 61.7 | 61.7 | 62.0 | 61.8 | 61.0 | 60.9 | 61.2 | 61.5 | 61.0 | 61.0 | 61.1 | 61.7 | 61.5 | 61.2 | 61.8 | 61.2 | 61.2 |
| Gross Profit | 38.4 | 38.3 | 38.3 | 38.3 | 38.0 | 38.2 | 39.0 | 39.1 | 38.8 | 38.5 | 39.0 | 39.0 | 38.9 | 38.3 | 38.5 | 38.8 | 38.2 | 38.8 | 38.8 |
| Research & Development | 3.9 | 5.5 | 6.9 | 6.0 | 4.6 | 7.0 | 7.7 | 7.0 | 4.8 | 7.0 | 7.8 | 7.4 | 5.1 | 5.4 | 6.3 | 6.6 | 5.6 | 6.4 | 6.6 |
| Selling, General and Administrative | 4.8 | 6.8 | 7.7 | 6.7 | 5.7 | 7.5 | 8.2 | 7.4 | 5.4 | 7.0 | 8.4 | 8.3 | 6.2 | 6.3 | 7.0 | 7.1 | 6.6 | 6.9 | 7.3 |
| Pro-forma operating margin | 29.8 | 26.0 | 23.7 | 25.6 | 27.6 | 23.8 | 23.1 | 24.7 | 28.5 | 24.4 | 22.8 | 23.3 | 27.6 | 26.7 | 25.1 | 25.2 | 26.0 | 24.9 | 24.9 |
| Provision for income taxes | 7.9 | 3.8 | 3.3 | 3.7 | 4.7 | 3.7 | 3.6 | 3.8 | 4.4 | 3.8 | 3.6 | 3.6 | 4.2 | 5.0 | 4.0 | 3.9 | 4.0 | 3.9 | 3.9 |
| Tax Rate | 25.8 | 14.5 | 13.3 | 14.0 | 16.5 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 18.3 | 15.5 | 15.0 | 15.1 | 15.0 | 15.0 |
| Net Income | 22.7 | 22.6 | 21.6 | 22.5 | 23.6 | 21.0 | 20.5 | 21.8 | 24.8 | 21.5 | 20.2 | 20.6 | 24.0 | 22.4 | 22.0 | 22.1 | 22.7 | 22.4 | 21.8 |
| **Quarter/Quarter % change:** | | | | | | | | | | | | | | | | | | | |
| Sales | 67.9% | -30.8% | -12.9% | 18.1% | 33.6% | -31.9% | -8.5% | 13.6% | 46.8% | -28.8% | -9.1% | 8.4% | 46.4% | | | | | | |
| Operating Income | 94.2% | -40.2% | -17.8% | 23.6% | 44.8% | -40.5% | -10.6% | 20.5% | 66.9% | -38.2% | -14.5% | 10.4% | 70.3% | | | | | | |
| **Year/Year % change:** | | | | | | | | | | | | | | | | | | | |
| Sales | 12.7% | 15.6% | 17.3% | 19.6% | -4.8% | -6.4% | -1.6% | -5.4% | 3.9% | 8.6% | 7.9% | 3.0% | 2.7% | 15.6% | -4.7% | 5.6% | 9.3% | -1.9% | 5.1% |
| Pro-forma Operating Income | 12.5% | 12.7% | 17.1% | 22.9% | -11.6% | -14.4% | -4.0% | -8.8% | 7.2% | 11.5% | 6.5% | -2.8% | -0.8% | 15.6% | -10.2% | 5.7% | 5.6% | -3.7% | 2.7% |
| Pro-forma Net Income | 12.2% | 25.3% | 32.1% | 31.8% | -1.1% | -13.0% | -6.6% | -8.2% | 9.0% | 11.1% | 6.2% | -2.7% | -0.7% | 23.1% | -6.6% | 6.2% | 17.4% | -3.2% | 2.6% |

For important information, please visit Canaccord Genuity's Online Disclosure Database: https://canaccordgenuity.bluematrix.com/sellside/Disclosures.action

Source: Company reports and Canaccord Genuity estimates

Source: Company reports, Canaccord Genuity estimates. A more detailed financial model, including balance sheet, income statement, and cash flow projections, if available, may be obtained by contacting your Canaccord Genuity Sales Person or the Authoring Analyst, whose contact information appears on the front page of this report.

T. Michael Walkley
Canaccord Genuity
612.332.8069
Updated:           January 2, 2019

Buy *unchanged* Target Price US$190.00 *from US$225.00 | 2 January 2019*

Connectivity Technologies   4

**Exhibit 9**

Apple
Lowering Target Price

Connectivity Technologies   5

**Figure 3: Apple sales by product category**

### Apple Quarterly Sales by Product Category
(in million USD)

| | FY2018 A | | | | FY2019 E | | | | FY2020 E | | | | FY2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12/31/2017 Q1-18 A | 3/31/2018 Q2-18 A | 6/30/2018 Q3-18 A | 9/30/2018 Q4-18 E | 12/31/2018 Q1-19 E | 3/31/2019 Q2-19 E | 6/30/2019 Q3-19 E | 9/30/2019 Q4-19 E | 12/31/2019 Q1-20 E | 3/31/2020 Q2-20 E | 6/30/2020 Q3-20 E | 9/30/2020 Q4-20 E | 12/31/2020 Q1-21 E |
| iPhone Units | 77.32 | 52.22 | 41.30 | 46.89 | 63.08 | 37.80 | 33.45 | 40.14 | 68.24 | 44.36 | 38.59 | 42.84 | 67.68 |
| iPhone ASP (adjusting for deferral) | $803 | $728 | $718 | $790 | $837 | $795 | $772 | $756 | $771 | $733 | $711 | $697 | $780 |
| iPhone ASP reported | $796 | $728 | $724 | $793 | $835 | $801 | $782 | $761 | $766 | $734 | $715 | $698 | $774 |
| Current Quarter iPhone Revenue | $60,504 | $36,954 | $28,825 | $36,102 | $51,493 | $29,313 | $25,144 | $29,553 | $51,272 | $31,616 | $26,658 | $28,981 | $51,448 |
| Prior Period iPhone Deferred Reven | $1,072 | $1,078 | $1,081 | $1,083 | $1,086 | $1,048 | $1,016 | $997 | $980 | $958 | $938 | $931 | $921 |
| Total iPhone Reported Revenue | $61,576 | $38,032 | $29,906 | $37,185 | $52,579 | $30,361 | $26,159 | $30,550 | $52,253 | $32,574 | $27,596 | $29,912 | $52,369 |
| Q/Q Growth | 113% | -38% | -21% | 24% | 41% | -42% | -14% | 17% | 71% | -38% | -15% | 8% | 75% |
| Y/Y Growth | 13% | 14% | 20% | 29% | -15% | -20% | -13% | -18% | -1% | 7% | 5% | -2% | 0% |
| %age of Apple Revenue | 70% | 62% | 56% | 59% | 63% | 53% | 50% | 51% | 60% | 52% | 5% | 49% | 58% |
| iPad Units | 13.17 | 9.11 | 11.55 | 9.70 | 13.09 | 8.77 | 9.04 | 9.40 | 14.10 | 9.44 | 9.73 | 9.73 | 14.59 |
| iPad ASP | $445 | $451 | $410 | $422 | $434 | $413 | $413 | $413 | $413 | $392 | $392 | $392 | $392 |
| Current Quarter iPad Revenue | $5,599 | $3,591 | $4,510 | $3,895 | $5,424 | $3,444 | $3,547 | $3,689 | $5,533 | $3,512 | $3,618 | $3,618 | $5,427 |
| Prior Period iPad Deferred Revenue | $223 | $216 | $213 | $217 | $218 | $218 | $212 | $212 | $210 | $212 | $213 | $208 | $208 |
| Total iPad Reported Revenue | $5,862 | $4,113 | $4,741 | $4,089 | $5,642 | $3,662 | $3,765 | $3,901 | $5,743 | $3,724 | $3,830 | $3,826 | $5,635 |
| Q/Q Growth | 21% | -30% | 15% | -14% | 38% | -35% | 3% | 4% | 47% | -35% | 3% | 0% | -47% |
| Y/Y Growth | 6% | 6% | -5% | -15% | -4% | -11% | -21% | -5% | 2% | 2% | 2% | -2% | 0% |
| %age of Apple Revenue | 7% | 7% | 9% | 7% | 7% | 6% | 7% | 7% | 7% | 6% | 6% | 6% | 6% |
| Mac Units | 5.11 | 4.08 | 3.72 | 5.30 | 5.30 | 4.56 | 4.33 | 5.29 | 5.25 | 4.41 | 4.19 | 5.02 | 5.07 |
| Mac ASP | $1,349 | $1,434 | $1,434 | $1,399 | $1,357 | $1,357 | $1,316 | $1,366 | $1,366 | $1,400 | $1,400 | $1,453 | $1,409 |
| Current Quarter Mac Revenue | $6,690.52 | $5,685 | $5,181 | $7,411 | $7,189 | $6,182 | $5,697 | $7,215 | $7,166 | $6,171 | $5,686 | $7,301 | $7,153 |
| Prior Period Mac Deferred Revenue | $158 | $194 | $194 | $192 | $191 | $191 | $190 | $190 | $188 | $188 | $189 | $189 | $189 |
| Total Mac Reported Revenue | $6,895 | $5,848 | $5,330 | $7,411 | $7,380 | $6,373 | $5,888 | $7,584 | $7,355 | $6,359 | $5,875 | $7,490 | $7,342 |
| Q/Q Growth | -4% | -15% | -9% | 39% | 0% | -14% | -8% | 27% | -2% | -14% | -8% | 27% | -2% |
| Y/Y Growth | -5% | 0% | -5% | 3% | 7% | 9% | 10% | 13% | 0% | 0% | 0% | 0% | 0% |
| %age of Apple Revenue | 8% | 10% | 10% | 12% | 9% | 11% | 11% | 13% | 8% | 10% | 10% | 12% | 8% |
| iPod Revenue | $42 | $5 | $5 | $4 | $3 | $2 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Apple watch units | 8.00 | 4.50 | 5.64 | 5.70 | 12.00 | 9.00 | 9.27 | 9.64 | 14.39 | 11.47 | 11.82 | 12.29 | 20.89 |
| Apple watch ASPs | $444 | $435 | $427 | $459 | $461 | $438 | $405 | $405 | $415 | $395 | $365 | $365 | $374 |
| Current Quarter Watch Revenue | $3,391 | $2,282 | $2,293 | $2,451 | $5,295 | $3,764 | $3,572 | $3,715 | $6,481 | $4,299 | $4,078 | $5,241 | $7,400 |
| Prior Period Watch Deferred Reven | $61 | $69 | $79 | $89 | $99 | $133 | $133 | $148 | $162 | $183 | $198 | $213 | $230 |
| Total Watch Reported Revenue | $3,452 | $2,351 | $2,371 | $2,540 | $5,394 | $3,882 | $3,705 | $3,863 | $6,643 | $4,481 | $4,276 | $4,454 | $7,630 |
| Q/Q Growth | 111% | -32% | 1% | 7% | 112% | -28% | -5% | 4% | 72% | -33% | -5% | 4% | 71% |
| Y/Y Growth | 77% | 76% | 86% | 56% | 56% | 65% | 56% | 52% | 23% | 15% | 15% | 15% | 15% |
| %age of Apple Revenue | 4% | 4% | 4% | 4% | 6% | 7% | 7% | 6% | 8% | 7% | 8% | 7% | 8% |
| Accessories | $1,995 | $1,597 | $1,364 | $1,600 | $2,195 | $1,693 | $1,446 | $1,791 | $2,261 | $1,795 | $1,533 | $1,899 | $2,329 |
| Total Other Products | $5,489 | $3,954 | $3,740 | $4,234 | $7,592 | $5,577 | $5,151 | $5,654 | $8,904 | $6,276 | $5,808 | $6,353 | $9,958 |
| Services | $8,471 | $9,190 | $9,548 | $9,981 | $10,829 | $11,263 | $11,431 | $11,889 | $13,078 | $13,208 | $13,407 | $13,675 | $14,358 |
| Deferred Revenue | $1,519 | $1,562 | $1,571 | $1,533 | $1,598 | $1,577 | $1,557 | $1,546 | $1,540 | $1,541 | $1,538 | $1,542 | $1,548 |
| **Total Apple Revenue** | $88,293 | $61,137 | $53,265 | $62,900 | $84,023 | $57,236 | $52,394 | $59,498 | $87,332 | $62,142 | $56,516 | $61,256 | $89,663 |

### Annual Sales By Product
(in million USD)

| | FY18A 9/30/2018 | FY19E 9/30/2019 | FY20E 9/30/2020 | FY2021E 12/31/2020 | CY18E 12/31/2018 | CY19E 12/31/2019 | CY20E 12/31/2020 |
|---|---|---|---|---|---|---|---|
| iPhone Units | 217.72 | 174.40 | 194.03 | | 203.41 | 179.64 | 193.47 |
| iPhone ASP (adjusting for deferral) | $746 | $777 | $780 | | $754 | $753 | $717 |
| iPhone ASP reported | $766 | $881 | $774 | # | $775 | $776 | $736 |
| Current Quarter iPhone Revenue | $162,386 | $135,503 | $138,526 | | $153,375 | $135,282 | $138,703 |
| Prior Period iPhone Deferred Reven | $4,313 | $4,146 | $3,807 | | $4,327 | $4,040 | $3,748 |
| Total iPhone Reported Revenue | $166,699 | $139,649 | $142,333 | | $157,702 | $139,323 | $142,451 |
| Q/Q Growth | 18% | -16% | 2% | | 6% | -12% | 2% |
| %age of Apple Revenue | 63% | 55% | 53% | | 60% | 54% | 53% |
| iPad Units | 43.46 | 40.30 | 43.00 | | 43.46 | 41.30 | 43.49 |
| iPad ASP | $431.95 | $421.08 | $398.25 | | $427.65 | $415.29 | $391.24 |
| Current Quarter iPad Revenue | $17,934 | $16,101 | $16,281 | | $17,760 | $16,212 | $16,174 |
| Prior Period iPad Deferred Revenue | $870 | $866 | $842 | | $864 | $858 | $841 |
| Total iPad Reported Revenue | $18,805 | $16,969 | $17,123 | | $18,585 | $17,070 | $17,015 |
| Q/Q Growth | -2% | -10% | 1% | | -5% | -8% | 0% |
| %age of Apple Revenue | 7% | 7% | 6% | | 7% | 7% | 6% |
| Mac Units | 18.21 | 19.38 | 18.87 | | 18.40 | 19.33 | 18.69 |
| Mac ASP | $1,371 | $1,361 | $1,395 | | $1,406 | $1,362 | $1,405 |
| Current Quarter Mac Revenue | $24,968 | $26,383 | $26,324 | | $25,666 | $26,560 | $26,135 |
| Prior Period Mac Deferred Revenue | $738 | $762 | $754 | | $771 | $759 | $755 |
| Total Mac Reported Revenue | $25,484 | $27,145 | $27,079 | | $25,969 | $27,120 | $27,066 |
| Q/Q Growth | -1% | 7% | 0% | | 2% | 4% | 0% |
| %age of Apple Revenue | 10% | 11% | 10% | | 10% | 11% | 10% |
| iPod Revenue | $56 | $5 | $0 | | $17 | $2 | $0 |
| Apple watch units | 24.84 | 39.91 | 51.97 | | 28.84 | 44.30 | 56.47 |
| Apple watch ASPs | $419 | $410 | $368 | | $427 | $396 | $354 |
| Current Quarter Watch Revenue | $10,416 | $16,345 | $19,098 | | $12,321 | $17,532 | $20,017 |
| Prior Period Watch Deferred Reven | $298 | $498 | $756 | | $335 | $561 | $626 |
| Total Watch Reported Revenue | $10,714 | $16,843 | $19,854 | | $12,656 | $18,093 | $20,841 |
| Q/Q Growth | 73% | 57% | 18% | | 64% | 43% | 15% |
| %age of Apple Revenue | 4% | 7% | 7% | | 5% | 7% | 8% |
| Accessories | $6,647 | $7,125 | $7,487 | | $6,846 | $7,191 | $7,555 |
| Total Other Products | $17,417 | $23,974 | $27,341 | | $19,520 | $25,286 | $28,396 |
| Services | $37,190 | $45,412 | $53,567 | | $39,548 | $47,660 | $54,648 |
| Deferred Revenue | $6,237 | $6,278 | $6,160 | | $6,315 | $6,221 | $6,168 |
| **Total Apple Revenue** | $265,595 | $253,159 | $267,245 | | $261,325 | $256,459 | $269,576 |

Source: Company reports, Canaccord Genuity estimates

Buy *unchanged* Target Price US$190.00 from US$225.00 | 2 January 2019


cg/ Canaccord Genuity
Capital Markets



**Exhibit 9**

Apple
Lowering Target Price

# Appendix: Important Disclosures

**Analyst Certification**

Each authoring analyst of Canaccord Genuity whose name appears on the front page of this research hereby certifies that (i) the recommendations and opinions expressed in this research accurately reflect the authoring analyst's personal, independent and objective views about any and all of the designated investments or relevant issuers discussed herein that are within such authoring analyst's coverage universe and (ii) no part of the authoring analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the authoring analyst in the research.

Analysts employed outside the US are not registered as research analysts with FINRA. These analysts may not be associated persons of Canaccord Genuity LLC and therefore may not be subject to the FINRA Rule 2241 and NYSE Rule 472 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

**Sector Coverage**

Individuals identified as "Sector Coverage" cover a subject company's industry in the identified jurisdiction, but are not authoring analysts of the report.

**Investment Recommendation**

Date and time of first dissemination: January 02, 2019, 23:03 ET

Date and time of production: January 02, 2019, 18:51 ET

**Target Price / Valuation Methodology:**

Apple - AAPL

Our $190 price target is based on shares trading at roughly 14x our C2020 EPS estimate.

**Risks to achieving Target Price / Valuation:**

Apple - AAPL

Risks to our investment thesis include: 1. Gross margin for key products such as the iPhone decline below our expectations. 2. Ability to innovate slows or competition catches up versus Apple's next iteration of its products. 3. Macro uncertainty leads to slower than expected sales of Apple products.

**Distribution of Ratings:**

**Global Stock Ratings (as of 01/02/19)**

| Rating | Coverage Universe | | IB Clients |
|---|---|---|---|
| | # | % | % |
| Buy | 562 | 63.29% | 47.15% |
| Hold | 198 | 22.30% | 30.30% |
| Sell | 8 | 0.90% | 37.50% |
| Speculative Buy | 120 | 13.51% | 65.83% |
| | 888* | 100.0% | |

*Total includes stocks that are Under Review

**Canaccord Genuity Ratings System**

**BUY**: The stock is expected to generate risk-adjusted returns of over 10% during the next 12 months.

**HOLD**: The stock is expected to generate risk-adjusted returns of 0-10% during the next 12 months.

**SELL**: The stock is expected to generate negative risk-adjusted returns during the next 12 months.

**NOT RATED:** Canaccord Genuity does not provide research coverage of the relevant issuer.

"Risk-adjusted return" refers to the expected return in relation to the amount of risk associated with the designated investment or the relevant issuer.

**Risk Qualifier**

**SPECULATIVE**: Stocks bear significantly higher risk that typically cannot be valued by normal fundamental criteria. Investments in the stock may result in material loss.

**12-Month Recommendation History** (as of date same as the **Global Stock Ratings** table)



**Exhibit 9**

Apple
Lowering Target Price

A list of all the recommendations on any issuer under coverage that was disseminated during the preceding 12-month period may be obtained at the following website (provided as a hyperlink if this report is being read electronically) http://disclosures-mar.canaccordgenuity.com/EN/Pages/default.aspx

### Required Company-Specific Disclosures (as of date of this publication)

Canaccord Genuity or one or more of its affiliated companies is a market maker or liquidity provider in the securities of Apple or in any related derivatives.

Canaccord Genuity or one or more of its affiliated companies intend to seek or expect to receive compensation for Investment Banking services from Apple in the next three months.



### Past performance

In line with Article 44(4)(b), MiFID II Delegated Regulation, we disclose price performance for the preceding five years or the whole period for which the financial instrument has been offered or investment service provided where less than five years. Please note price history refers to actual past performance, and that past performance is not a reliable indicator of future price and/or performance.

### Online Disclosures

Up-to-date disclosures may be obtained at the following website (provided as a hyperlink if this report is being read electronically) http://disclosures.canaccordgenuity.com/EN/Pages/default.aspx; or by sending a request to Canaccord Genuity Corp. Research, Attn: Disclosures, P.O. Box 10337 Pacific Centre, 2200-609 Granville Street, Vancouver, BC, Canada V7Y 1H2; or by sending a request by email to disclosures@cgf.com. The reader may also obtain a copy of Canaccord Genuity's policies and procedures regarding the dissemination of research by following the steps outlined above.

### General Disclaimers

See "Required Company-Specific Disclosures" above for any of the following disclosures required as to companies referred to in this report: manager or co-manager roles; 1% or other ownership; compensation for certain services; types of client relationships; research analyst conflicts; managed/co-managed public offerings in prior periods; directorships; market making in equity securities and related derivatives. For reports identified above as compendium reports, the foregoing required company-specific disclosures can be found in a hyperlink located in the section labeled, "Compendium Reports." "Canaccord Genuity" is the business name used by certain wholly owned subsidiaries of Canaccord Genuity Group Inc., including Canaccord Genuity LLC, Canaccord Genuity Limited, Canaccord Genuity Corp., and Canaccord Genuity (Australia) Limited, an affiliated company that is 50%-owned by Canaccord Genuity Group Inc.

The authoring analysts who are responsible for the preparation of this research are employed by Canaccord Genuity Corp. a Canadian broker-dealer with principal offices located in Vancouver, Calgary, Toronto, Montreal, or Canaccord Genuity LLC, a US broker-dealer with principal offices located in New York, Boston, San Francisco and Houston, or Canaccord Genuity Limited., a UK broker-dealer with principal offices located in London (UK) and Dublin (Ireland), or Canaccord Genuity (Australia) Limited, an Australian broker-dealer with principal offices located in Sydney and Melbourne.

The authoring analysts who are responsible for the preparation of this research have received (or will receive) compensation based upon (among other factors) the Investment Banking revenues and general profits of Canaccord Genuity. However, such authoring analysts have not received, and will not receive, compensation that is directly based upon or linked to one or more specific Investment Banking activities, or to recommendations contained in the research.

Some regulators require that a firm must establish, implement and make available a policy for managing conflicts of interest arising as a result of publication or distribution of research. This research has been prepared in accordance with Canaccord Genuity's policy on managing conflicts of interest, and information barriers or firewalls have been used where appropriate. Canaccord Genuity's policy is available upon request.



**Exhibit 9**

Apple
Lowering Target Price

The information contained in this research has been compiled by Canaccord Genuity from sources believed to be reliable, but (with the exception of the information about Canaccord Genuity) no representation or warranty, express or implied, is made by Canaccord Genuity, its affiliated companies or any other person as to its fairness, accuracy, completeness or correctness. Canaccord Genuity has not independently verified the facts, assumptions, and estimates contained herein. All estimates, opinions and other information contained in this research constitute Canaccord Genuity's judgement as of the date of this research, are subject to change without notice and are provided in good faith but without legal responsibility or liability.

From time to time, Canaccord Genuity salespeople, traders, and other professionals provide oral or written market commentary or trading strategies to our clients and our principal trading desk that reflect opinions that are contrary to the opinions expressed in this research. Canaccord Genuity's affiliates, principal trading desk, and investing businesses also from time to time make investment decisions that are inconsistent with the recommendations or views expressed in this research.

This research is provided for information purposes only and does not constitute an offer or solicitation to buy or sell any designated investments discussed herein in any jurisdiction where such offer or solicitation would be prohibited. As a result, the designated investments discussed in this research may not be eligible for sale in some jurisdictions. This research is not, and under no circumstances should be construed as, a solicitation to act as a securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. This material is prepared for general circulation to clients and does not have regard to the investment objectives, financial situation or particular needs of any particular person. Investors should obtain advice based on their own individual circumstances before making an investment decision. To the fullest extent permitted by law, none of Canaccord Genuity, its affiliated companies or any other person accepts any liability whatsoever for any direct or consequential loss arising from or relating to any use of the information contained in this research.

**Research Distribution Policy**

Canaccord Genuity research is posted on the Canaccord Genuity Research Portal and will be available simultaneously for access by all of Canaccord Genuity's customers who are entitled to receive the firm's research. In addition research may be distributed by the firm's sales and trading personnel via email, instant message or other electronic means. Customers entitled to receive research may also receive it via third party vendors. Until such time as research is made available to Canaccord Genuity's customers as described above, Authoring Analysts will not discuss the contents of their research with Sales and Trading or Investment Banking employees without prior compliance consent.

For further information about the proprietary model(s) associated with the covered issuer(s) in this research report, clients should contact their local sales representative.

**Short-Term Trade Ideas**

Research Analysts may, from time to time, discuss "short-term trade ideas" in research reports. A short-term trade idea offers a near-term view on how a security may trade, based on market and trading events or catalysts, and the resulting trading opportunity that may be available. Any such trading strategies are distinct from and do not affect the analysts' fundamental equity rating for such stocks. A short-term trade idea may differ from the price targets and recommendations in our published research reports that reflect the research analyst's views of the longer-term (i.e. one-year or greater) prospects of the subject company, as a result of the differing time horizons, methodologies and/or other factors. It is possible, for example, that a subject company's common equity that is considered a long-term 'Hold' or 'Sell' might present a short-term buying opportunity as a result of temporary selling pressure in the market or for other reasons described in the research report; conversely, a subject company's stock rated a long-term 'Buy' or "Speculative Buy' could be considered susceptible to a downward price correction, or other factors may exist that lead the research analyst to suggest a sale over the short-term. Short-term trade ideas are not ratings, nor are they part of any ratings system, and the firm does not intend, and does not undertake any obligation, to maintain or update short-term trade ideas. Short-term trade ideas are not suitable for all investors and are not tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any securities or strategies discussed herein. Please contact your salesperson for more information regarding Canaccord Genuity's research.

**For Canadian Residents:**

This research has been approved by Canaccord Genuity Corp., which accepts sole responsibility for this research and its dissemination in Canada. Canaccord Genuity Corp. is registered and regulated by the Investment Industry Regulatory Organization of Canada (IIROC) and is a Member of the Canadian Investor Protection Fund. Canadian clients wishing to effect transactions in any designated investment discussed should do so through a qualified salesperson of Canaccord Genuity Corp. in their particular province or territory.

**For United States Persons:**

Canaccord Genuity LLC, a US registered broker-dealer, accepts responsibility for this research and its dissemination in the United States. This research is intended for distribution in the United States only to certain US institutional investors. US clients wishing to effect transactions in any designated investment discussed should do so through a qualified salesperson of Canaccord Genuity LLC. Analysts employed outside the US, as specifically indicated elsewhere in this report, are not registered as research analysts with FINRA. These analysts may not be associated persons of Canaccord Genuity LLC and therefore may not be subject to the FINRA Rule 2241 and NYSE Rule 472 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

**For United Kingdom and European Residents:**



**Exhibit 9**

Apple
Lowering Target Price

This research is distributed in the United Kingdom and elsewhere Europe, as third party research by Canaccord Genuity Limited, which is authorized and regulated by the Financial Conduct Authority. This research is for distribution only to persons who are Eligible Counterparties or Professional Clients only and is exempt from the general restrictions in section 21 of the Financial Services and Markets Act 2000 on the communication of invitations or inducements to engage in investment activity on the grounds that it is being distributed in the United Kingdom only to persons of a kind described in Article 19(5) (Investment Professionals) and 49(2) (High Net Worth companies, unincorporated associations etc) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (as amended). It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons. This material is not for distribution in the United Kingdom or elsewhere in Europe to retail clients, as defined under the rules of the Financial Conduct Authority.

**For Jersey, Guernsey and Isle of Man Residents:**

This research is sent to you by Canaccord Genuity Wealth (International) Limited (CGWI) for information purposes and is not to be construed as a solicitation or an offer to purchase or sell investments or related financial instruments. This research has been produced by an affiliate of CGWI for circulation to its institutional clients and also CGWI. Its contents have been approved by CGWI and we are providing it to you on the basis that we believe it to be of interest to you. This statement should be read in conjunction with your client agreement, CGWI's current terms of business and the other disclosures and disclaimers contained within this research. If you are in any doubt, you should consult your financial adviser.

CGWI is licensed and regulated by the Guernsey Financial Services Commission, the Jersey Financial Services Commission and the Isle of Man Financial Supervision Commission. CGWI is registered in Guernsey and is a wholly owned subsidiary of Canaccord Genuity Group Inc.

**For Australian Residents:**

This research is distributed in Australia by Canaccord Genuity (Australia) Limited ABN 19 075 071 466 holder of AFS Licence No 234666. To the extent that this research contains any advice, this is limited to general advice only. Recipients should take into account their own personal circumstances before making an investment decision. Clients wishing to effect any transactions in any financial products discussed in the research should do so through a qualified representative of Canaccord Genuity (Australia) Limited. Canaccord Genuity Wealth Management is a division of Canaccord Genuity (Australia) Limited.

**For Hong Kong Residents:**

This research is distributed in Hong Kong by Canaccord Genuity (Hong Kong) Limited which is licensed by the Securities and Futures Commission. This research is only intended for persons who fall within the definition of professional investor as defined in the Securities and Futures Ordinance. It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons. Recipients of this report can contact Canaccord Genuity (Hong Kong) Limited. (Contact Tel: +852 3919 2561) in respect of any matters arising from, or in connection with, this research.

**Additional information is available on request.**

Copyright © Canaccord Genuity Corp. 2019 – Member IIROC/Canadian Investor Protection Fund

Copyright © Canaccord Genuity Limited. 2019 – Member LSE, authorized and regulated by the Financial Conduct Authority.

Copyright © Canaccord Genuity LLC 2019 – Member FINRA/SIPC

Copyright © Canaccord Genuity (Australia) Limited. 2019 – Participant of ASX Group, Chi-x Australia and of the NSX. Authorized and regulated by ASIC.

All rights reserved. All material presented in this document, unless specifically indicated otherwise, is under copyright to Canaccord Genuity Corp., Canaccord Genuity Limited, Canaccord Genuity LLC or Canaccord Genuity Group Inc. None of the material, nor its content, nor any copy of it, may be altered in any way, or transmitted to or distributed to any other party, without the prior express written permission of the entities listed above.

**None of the material, nor its content, nor any copy of it, may be altered in any way, reproduced, or distributed to any other party including by way of any form of social media, without the prior express written permission of the entities listed above.**

**Exhibit 9**

3 January 2019 08:59 GMT

Company Note | Company Update

Internet

ATLANTIC
EQUITIES

# Apple

## Q1 guidance cut highlights structural challenges

**Neutral**
Price Target $175.00
Prior Price Target $215.00

**Apple lowered its Q1 revenue guidance to ~$84bn from $89-$93bn - implying an EPS of ~$4.16 vs $4.45-$4.78 previously - with the company citing macro weakness in China and lower iPhone replacement activity as the main reasons for the shortfall. While the former should ultimately prove transitory, the latter appears more structural, reflecting both the mature nature of the smartphone market and Apple potentially having reached the limits of its pricing power. We are lowering our FY19/FY20 EPS estimates by ~10% and reduce our PT to $175 from $215 as we also lower our target FY20 PE to 12.5x from 14x, mainly reflecting the recently contracted sector valuations.**

- Apple's commentary implies Greater China revenue declined close to 25% YoY (vs a 16% increase in FY18), supporting the company's assertion that the region was the primary driver of the guidance reduction. Much of this was likely due to macroeconomic factors, though Apple also faces a tougher competitive landscape in China, the XR has maybe been less well received than hoped and the current US-China trade tensions potentially - at the margin - encouraged some Chinese consumers to favour domestic handset vendors.

- Even excluding China, the revised guidance implies flattish revenue YoY, indicating broader problems for the company. The new outlook implies iPhone revenue down ~15% YoY (~$9bn), which we estimate implies a ~10m YoY fall in units to ~67m. The company cited lower channel fill, fewer carrier subsidies, FX-related price increases and uptake of the battery replacement programme as factors impacting unit shipments. However, we believe a combination of the maturing smartphone market, declining perceived innovation and the premium pricing of the new handsets all also contributed to the decline. Of these, the latter is most troubling as it suggests Apple may have less pricing power in its iPhone franchise than had been perceived several months ago.

- Beyond the iPhone, Apple's revenue grew nearly 19% YoY, with wearables growing almost 50% YoY and Services increasing 27% YoY, consistent with the performance of the last several quarters. In its Q1 (Dec) earnings report the company will provide details of Services gross margin, and based on a low-50s margin we estimate on track to generate roughly a quarter of overall gross profit in FY19.

- We are lowering our estimates in line with company guidance for Q119 and reducing our FY19 / FY20 EPS projections to $12.37 / $14.06 from $14.01 / $15.54 previously. This is predicated on Q1 iPhone trends continuing through FY19 - which appears prudent given the outlook for China and the underlying structural factors - followed by a return to modest growth in FY20. At a ~12x FY19 PE at the after-hours price of ~$146 the stock appears inexpensive, though we remain Neutral given we view the ~20% discount to the market as insufficiently attractive while iPhone trends remain weak.

| | |
|---|---|
| Ticker (NASDAQ) | **AAPL** |
| Price | **$157.92** |
| Pricing Date / Time | **2 January 2019 / 16:00 ET** |
| Market Capitalisation | **$749,393m** |
| 12 Month Range | **$146.59 - $233.47** |
| YTD Change | **29.6%** |
| Annualised Dividend | **$2.52** |
| Dividend Yield | **1.7%** |
| S&P500 YTD Change | **0.1%** |

Price Performance Chart



— Apple
— Relative to S&P 500

| Y/E Sep | 2018A | 2019E | 2020E |
|---|---|---|---|
| **GAAP Revenue ($m)** | | | |
| Q1 | 88,293 | 84,144E | 90,965E |
| *Previous* | -- | 93,807 | 94,606 |
| Q2 | 61,137 | 61,217E | 64,854E |
| *Previous* | -- | 88,074 | 86,718 |
| Q3 | 53,265 | 54,183E | 59,033E |
| *Previous* | -- | 76,943 | 83,990 |
| Q4 | 62,900 | 64,406E | 69,411E |
| *Previous* | -- | 87,957 | 61,475 |
| FY | 265,595 | 263,950E | 284,263E |
| *Previous* | -- | 353,898 | 397,8602 |
| | | | |
| **GAAP EPS ($)** | | | |
| Q1 | 3.89 | 4.16E | 4.82E |
| *Previous* | -- | 4.51 | 7E 1 |
| Q2 | 2.73 | 2.80E | 3.12E |
| *Previous* | -- | .B4 | .B9 |
| Q3 | 2.34 | 2.33E | 2.71E |
| *Previous* | -- | 3B9 | .E4 |
| Q4 | 2.91 | 3.04E | 3.38E |
| *Previous* | -- | .B3 | .E76 |
| FY | 11.91 | 12.37E | 14.06E |
| *Previous* | -- | 04B0 | 07E42 |
| P/E (x) | 13.3 | 12.8 | 11.2 |

*Our Call:*
*Strong Services potential and accelerating share repurchases offset maturing iPhone trends and structural gross margin pressure from demand fragmentation across multiple devicesE*

**James Cordwell, Research Analyst**
+44 20 7382 2918
j.cordwell@atlantic-equities.com

Intended for Matt Blake, Apple

# Exhibit 9

## Apple

**Additional disclosure for securities traded on EU regulated markets**

This disclosure is made for: Apple.

The basis of valuation or methodology used is:  PE multiple.

The underlying assumptions used are: the stock will trade on a 12.5x FY20 PE, at the midpoint of the historical range on a relative basis.

The following is a sensitivity analysis of the above assumptions: If we use a 10x then our price target goes to $140. If we use a 15x PE then our price target goes to $210.

### Figure 1:   Revised P&L

| ($m unless stated) | 2015 | 2016 | 2017 | Q118 | Q218 | Q318 | Q418 | 2018 | Q119E | Q219E | Q319E | Q419E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Net sales** | | | | | | | | | | | | | | |
| iPhone | 155,041 | 136,700 | 141,319 | 61,576 | 38,032 | 29,906 | 37,185 | 166,699 | 52,379 | 34,668 | 27,131 | 35,024 | 149,201 | 154,313 |
| iPad | 23,227 | 20,628 | 19,222 | 5,862 | 4,113 | 4,741 | 4,089 | 18,805 | 6,446 | 4,374 | 5,292 | 4,429 | 20,541 | 20,243 |
| Mac | 25,471 | 22,831 | 25,850 | 6,895 | 5,848 | 5,330 | 7,411 | 25,484 | 7,103 | 5,673 | 5,429 | 7,261 | 25,465 | 25,591 |
| Services | 19,909 | 24,348 | 29,980 | 8,471 | 9,190 | 9,548 | 9,981 | 37,190 | 10,761 | 11,271 | 11,377 | 12,090 | 45,499 | 53,899 |
| Other products | 10,067 | 11,132 | 12,863 | 5,489 | 3,954 | 3,740 | 4,234 | 17,417 | 7,454 | 5,233 | 4,954 | 5,603 | 23,244 | 30,217 |
| **Total sales** | **233,715** | **215,639** | **229,234** | **88,293** | **61,137** | **53,265** | **62,900** | **265,595** | **84,144** | **61,217** | **54,183** | **64,406** | **263,950** | **284,263** |
| | | | | | | | | | | | | | | |
| Cost of sales | 140,089 | 131,376 | 141,048 | 54,381 | 37,715 | 32,844 | 38,816 | 163,756 | 52,189 | 37,581 | 33,220 | 39,792 | 162,783 | 175,226 |
| **Gross margin** | **93,626** | **84,263** | **88,186** | **33,912** | **23,422** | **20,421** | **24,084** | **101,839** | **31,955** | **23,636** | **20,963** | **24,614** | **101,168** | **109,037** |
| | | | | | | | | | | | | | | |
| Research & development | 8,067 | 10,045 | 11,581 | 3,407 | 3,378 | 3,701 | 3,750 | 14,236 | 4,088 | 4,054 | 4,256 | 4,313 | 16,711 | 19,050 |
| Selling, general and administrative | 14,329 | 14,194 | 15,261 | 4,231 | 4,150 | 4,108 | 4,216 | 16,705 | 4,654 | 4,482 | 4,396 | 4,427 | 17,958 | 19,036 |
| Total operating expenses | 22,396 | 24,239 | 26,842 | 7,638 | 7,528 | 7,809 | 7,966 | 30,941 | 8,743 | 8,536 | 8,652 | 8,739 | 34,669 | 38,086 |
| | | | | | | | | | | | | | | |
| **Operating income** | **71,230** | **60,024** | **61,344** | **26,274** | **15,894** | **12,612** | **16,118** | **70,898** | **23,212** | **15,100** | **12,311** | **15,875** | **66,499** | **70,951** |
| | | | | | | | | | | | | | | |
| Other income & expense | 1,285 | 1,348 | 2,745 | 756 | 274 | 672 | 303 | 2,005 | 550 | 350 | 300 | 250 | 1,450 | 500 |
| Income before provision for income taxes | 72,515 | 61,372 | 64,089 | 27,030 | 16,168 | 13,284 | 16,421 | 72,903 | 23,762 | 15,450 | 12,611 | 16,125 | 67,949 | 71,451 |
| | | | | | | | | | | | | | | |
| Provision for income taxes | 19,121 | 15,685 | 15,738 | 6,965 | 2,346 | 1,765 | 2,296 | 13,372 | 3,921 | 2,395 | 1,955 | 2,499 | 10,770 | 11,075 |
| **Net income** | **53,394** | **45,687** | **48,351** | **20,065** | **13,822** | **11,519** | **14,125** | **59,531** | **19,841** | **13,056** | **10,656** | **13,626** | **57,179** | **60,376** |
| | | | | | | | | | | | | | | |
| **Diluted EPS ($)** | **9.22** | **8.31** | **9.21** | **3.89** | **2.73** | **2.34** | **2.91** | **11.91** | **4.16** | **2.80** | **2.33** | **3.04** | **12.37** | **14.06** |
| Shares outstanding (diluted, millions) | 5,793 | 5,500 | 5,252 | 5,158 | 5,068 | 4,927 | 4,848 | 5,000 | 4,770 | 4,670 | 4,573 | 4,477 | 4,623 | 4,293 |
| | | | | | | | | | | | | | | |
| **Margins** | | | | | | | | | | | | | | |
| Gross margin | 40.1% | 39.1% | 38.5% | 38.4% | 38.3% | 38.3% | 38.3% | 38.3% | 38.0% | 38.6% | 38.7% | 38.2% | 38.3% | 38.4% |
| Operating margin | 30.5% | 27.8% | 26.8% | 29.8% | 26.0% | 23.7% | 25.6% | 26.7% | 27.6% | 24.7% | 22.7% | 24.6% | 25.2% | 25.0% |
| Net margin | 22.8% | 21.2% | 21.1% | 22.7% | 22.6% | 21.6% | 22.5% | 22.4% | 23.6% | 21.3% | 19.7% | 21.2% | 21.7% | 21.2% |
| Tax rate | 26.4% | 25.6% | 24.6% | 25.8% | 14.5% | 13.3% | 14.0% | 18.3% | 16.5% | 15.5% | 15.5% | 15.5% | 15.8% | 15.5% |
| | | | | | | | | | | | | | | |
| **% net sales** | | | | | | | | | | | | | | |
| Research & development | 3.5% | 4.7% | 5.1% | 3.9% | 5.5% | 6.9% | 6.0% | 5.4% | 4.9% | 6.6% | 7.9% | 6.7% | 6.3% | 6.7% |
| Selling, general and administrative | 6.1% | 6.6% | 6.7% | 4.8% | 6.8% | 7.7% | 6.7% | 6.3% | 5.5% | 7.3% | 8.1% | 6.9% | 6.8% | 6.7% |
| | | | | | | | | | | | | | | |
| **YoY growth** | | | | | | | | | | | | | | |
| Net sales | 27.9% | -7.7% | 6.3% | 12.7% | 15.6% | 17.3% | 19.6% | 15.9% | -4.7% | 0.1% | 1.7% | 2.4% | -0.6% | 7.7% |
| Cost of sales | 24.8% | -6.2% | 7.4% | 12.9% | 16.7% | 17.6% | 18.9% | 16.1% | -4.0% | -0.4% | 1.1% | 2.5% | -0.6% | 7.6% |
| Operating income | 35.7% | -15.7% | 2.2% | 12.5% | 12.7% | 17.1% | 22.9% | 15.6% | -11.7% | -5.0% | -2.4% | -1.5% | -6.2% | 6.7% |
| EPS | 42.8% | -9.9% | 10.8% | 15.9% | 30.1% | 40.4% | 41.0% | 29.3% | 6.9% | 2.5% | -0.3% | 4.5% | 3.9% | 13.7% |

Source:   Atlantic Equities

Intended for Matt Blake, Apple

# Exhibit 9

Apple

## IMPORTANT DISCLOSURES

**Rating and Price Target History for: Apple (AAPL US) as of 01-02-2019**



### Stocks under the analyst's coverage

Alibaba [BABA], Alphabet [GOOGL], Amazon [AMZN], Apple [AAPL], Booking Holdings [BKNG], eBay [EBAY], Expedia [EXPE], Facebook [FB], Microsoft [MSFT], Snap [SNAP], Spotify [SPOT], Twitter [TWTR]

### Risks

Risks to investing in Apple shares include, but are not limited to demand being less inelastic than anticipated leading to revenue shortfalls as ASPs continue to increase, the current threatened trade war impacting Apple's cost base, a deterioration in consumer spending, fragmentation of demand across multiple devices placing pressure on gross margin, a slowdown in Services revenue growth and the company failing to succeed in new product categories.

### Consensus Estimates

Consensus revenue / EPS estimates taken from Bloomberg, unit estimates taken from StreetAccount.

### ANALYST CERTIFICATION

James Cordwell, hereby certifies that the views expressed in this research report accurately reflects his/her personal views about the subject Security and Issuer as of the date of this report. He/She further certifies that no part of his/her compensation was, is, or will be directly, or indirectly, related to the specific recommendations or views contained in this research report.

No analysts at Atlantic Equities LLP hold shares in companies they follow. No partner or employee of Atlantic Equities LLP, holds shares in the companies under analyst coverage which give rise to an interest which exceeds 1% of the total issued share capital of the company. Atlantic Equities LLP does not act as a market maker in the securities of any company under analyst coverage and does not carry out investment banking or corporate finance business.

### RATING DEFINITIONS

Investment opinions are based on a stock's total return potential relative to those stocks under the analyst's coverage:

"Overweight" stocks are the most attractive stocks under the analyst's coverage over the next 12 months.

"Underweight" stocks are deemed to be particularly unattractive stocks over the next 12 months.

"Neutral" stocks are those stocks which are neither classified as "Overweight" nor "Underweight".

Stocks covered are subject to continuous review. Updates will be provided whenever a change in recommendation is to be made or, at the discretion of the analyst, whenever there is news worth of note. It is anticipated that a report for each company covered will be produced at least once per annum.

Atlantic Equities LLP does not act as a market maker in the securities of any company under analyst coverage and does not carry out investment banking or corporate finance business for any company under analyst coverage.

**Issued by Atlantic Equities LLP. Authorized and regulated by the Financial Conduct Authority.**
**25 Copthall Avenue, London EC2R 7BP, United Kingdom**

Atlantic Equities LLP is an independent equities research firm. Atlantic Equities LLP's Code of Ethics contains procedures which employees are required to follow so as to prevent or mitigate any conflicts of interest which may arise. The investment services of Atlantic Equities LLP are only available to professional clients and eligible counterparties as defined by the rules of the FCA. They are not available to retail clients. Accordingly, customers of Atlantic Equities LLP will not benefit from the UK investors compensation scheme. Views expressed herein accurately reflect the views of the relevant analysts with respect to the security, securities or issuer(s)

Intended for Matt Blake, Apple

**Exhibit 9**

## Apple

which are the subject of the research. This document is not intended to be an offer or the solicitation of an offer to buy or sell securities and has been prepared exclusively for the use of existing clients of Atlantic Equities LLP. Any recommendations contained in this document must not be relied upon as investment advice based on the recipient's personal circumstances. In the US, it has been prepared for US institutional investors only and such investors wishing to undertake transactions in the securities mentioned in this report should pass orders to FINRA registered firms and not to Atlantic Equities LLP. Whilst all reasonable care has been taken in the preparation of this document, no responsibility can be accepted for the accuracy or completeness of the information herein or upon which opinions herein have been based. Please note the value of investments and the income derived from them may fall as well as rise and you may not receive the original amount invested in return. Where an investment is denominated in a foreign currency, changes in rate of exchange may have an adverse effect on its value, price or income. Unless otherwise specified, charts and statistics are compiled by Atlantic Equities LLP. Updates to estimates, where the analyst considers the changes to be immaterial to his/her recommendation, will be published solely through research aggregators such as Bloomberg and First Call. Where consensus figures are used, these have been sourced from First Call and/or Bloomberg. Atlantic Equities LLP's conflicts of interest policy, its recommendation distribution and other important disclosures are shown on its web-site www.atlantic-equities.com. A list of all recommendations in securities traded on EU regulated markets is located at http://atlantic-equities.com/european-disclosure/european-disclosure.pdf

**Additional information on the securities discussed herein is available on request.**

Registered office: Suite 1, 3rd Floor, 11-12 St. James's Square, London SW1Y 4LB.

Registered Number OC304696 England and Wales

Intended for Matt Blake, Apple



**Exhibit 9**



3 January 2019
Americas/United States
**Equity Research**
Casinos & Gaming

# Macau Gaming

**WEEKLY ANALYSIS**

## AAPL Guidance Cut Could Bring License Renewal Risk Into Sharper Focus

**Research Analysts**

**Cameron McKnight**
212 325 6608
cameron.mcknight@credit-suisse.com

**Ben Combes, CFA**
212 538 2383
ben.combes@credit-suisse.com

**Sarah Murray**
212 325 2282
sarah.murray@credit-suisse.com

We remain neutral on Macau and Large Cap Gaming, with a theme of "Overcast, With Rain Possible". We see a positive long term secular story balanced by near-term caution, and macro, policy and geopolitical risks. While stocks are trading at or near trough multiples, they've typically bottomed on trough estimates too – and we see limited visibility of revenue cadence. With our forward indicators pointing to a deceleration of revenue growth in the next 12 months, we're forecasting flat revenues in 2019 and 2020. Our detailed Macau slide deck is in our recent initiation deck.

- **What's New?** (1) AAPL news could weigh on Macau stocks, (2) December Macau revenues ahead of consensus, (3) WYNN extends Macau debt to 2022, (4) Leading indicators drop, with PMIs below 50, and (5) Chinese consumer confidence drops.

- **AAPL Warns of China Slowdown:** Shares in AAPL fell sharply in the aftermarket, following a cut to sales guidance, citing China weakness as the main cause. CEO Tim Cook cited pressure on China retail sales from escalating trade tensions and slowing Chinese GDP growth.

- **China State Press Singled out AAPL in August:** We note that China's state press, in the People's Daily, specifically singled out AAPL last Summer. In an August 7 op-ed, titled "Strong Sales of US Brands Including Apple give China Bargaining Chips in Trade Row", the paper noted "the Chinese market is vital for many top US brands, giving Beijing more leeway to play hardball in the trade conflict."

- **AAPL News Could Weigh on Macau Stocks**. In our view, AAPL's news could bring Macau license renewal risk into sharper focus. While this risk is already front-and-center in investor discussions and is a clear overhang, tangible signs of risk (e.g. AAPL) could weigh on stocks. In November, TIF warned that slower sales growth was due to weakening Chinese tourism – following this news, shares in WYNN and LVS fell 4.3% and 1.2% (versus SPX -0.2%), respectively.

- **December Revenues Beat:** Macau gaming revenues were released this week, up 17% y/y, vs consensus estimates of 10%, despite an unfavorable calendar. Our colleague Kenneth Fong cites the opening of the Hong Kong-Zhuhai-Macau Bridge (HZMB) as a driver of increased Mass gaming revenue. 4Q18 revenue growth of +9% y/y should bode well for upcoming 4Q prints.

- **Visitor Arrivals Rise:** Visitor arrivals to Macau were up 15%, aided by the

**DISCLOSURE APPENDIX AT THE BACK OF THIS REPORT CONTAINS IMPORTANT DISCLOSURES, ANALYST CERTIFICATIONS, LEGAL ENTITY DISCLOSURE AND THE STATUS OF NON-US ANALYSTS.** US Disclosure: Credit Suisse does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

NSawyer@cornerstone.com Nora Sawyer 05/14/21 09:31:23 PM CornerStone Research



**Exhibit 9**
3 January 2019

opening of the HZMB. Visitors from Mainland China also grew 15%, while those from Hong Kong grew 26%. Over the years, we've tended to focus more on revenue reads than visitation, given the significant volatility in spend per visitor.

■ **WYNN Extends Debt Maturities to Concession Deadline:** Wynn Macau announced that it has pushed back the maturity date of two of its debt issues, with payments beginning in September 2020, and the final amount payable in June 2022, requiring repayment before concessions expire. On the other hand, Sands China recently issued debt with a maturity past the concession date, with a covenant requiring repayment at par if the license is restructured or not renewed.

■ **Official PMI Falls Below 50:** China's official PMI was released this week, coming in at 49.4. A read below 50 indicates contraction, and this is the first sub-50 read since July 2016. Domestic demand has further weakened, with new orders at 49.7, down from 50.4. The official PMI coincides with Macau gaming revenues with a strong statistical relationship seen in recent years, as seen in figure 16.

■ **Leading Indicator – Caixin PMI:** The Caixin PMI is also below 50 for December, at 49.7, its first sub-50 read since May 2017. The Caixin PMI leads Macau Revenues by 4 months, with strong statistical significance. See figures 13 and 14 in the body of the note for further detail.

■ **Chinese Consumer Confidence Falls:** Chinese consumer confidence fell in December, following an uptick in November, according to a survey we track. In particular, the survey found that softness in the housing market and consumers' views on the economy led the survey to fall to its second lowest reading since 2017.

■ **Macau News:** (1) Revised smoking laws in effect as of January 1, and (2) A record 35mm visitors came to Macau in 2018.

■ **Macro News:** (1) China issues CNY4T of bonds in November, (2) Electric power consumption rose 6.3% y/y, continuing steady growth, and (3) PBoC announces a targeted medium-term lending facility to increase the credit accessibility of SMEs.

■ **Continued …** The remainder of the note contains our dashboards, forward data revisions and license renewal impact analysis.

**Macau Gaming**

2

NSawyer@cornerstone.com Nora Sawyer 05/14/21 09:31:23 PM CornerStone Research

**CREDIT SUISSE**

**Exhibit 9**
3 January 2019

# Our Leading Indicators – Macau Gaming

For full background and analysis, please see our recent initiation slide deck, Welcome to the Show: Initiating Coverage of Gaming, and our initiation reports on LVS, WYNN and MGM.

## 1. China Credit Growth

**Figure 1: Credit Indicator I: Leads Macau by 12 Months**



Source: Thomson Reuters, Bloomberg, Macau DICJ, Credit Suisse

**Figure 2: Credit Indicator II: Leads Macau by 15 Months**



Source: Thomson Reuters, Bloomberg, Macau DICJ, Credit Suisse

**Figure 3: Credit Indicator I: Suggests Macau Growth Could Decelerate**



Source: Thomson Reuters, Bloomberg, Macau DICJ, Credit Suisse

**Figure 4: Credit Indicator II: Suggests Macau Growth Could Decelerate**



Source: Thomson Reuters, Bloomberg, Macau DICJ, Credit Suisse

**Figure 5: Credit Indicator I: High Statistical Significance**



Source: Thomson Reuters, Bloomberg, Macau DICJ, Credit Suisse

**Figure 6: Credit Indicator II: High Statistical Significance**



Source: Thomson Reuters, Bloomberg, Macau DICJ, Credit Suisse

**Macau Gaming**

3

NSawyer@cornerstone.com Nora Sawyer 05/14/21 09:31:23 PM CornerStone Research



**Exhibit 9**
3 January 2019

## 2. China House Prices

**Figure 7: China House Prices Lead Macau by 8 Months**



Source: Thomson Reuters, Bloomberg, Macau DICJ, Credit Suisse

**Figure 8: China House Prices Could Suggest Decelerating Growth**



Source: Thomson Reuters, Bloomberg, Macau DICJ, Credit Suisse

## 3. China Electricity Consumption and Production

**Figure 9: Electricity consumption and production**

- Electricity consumption and production are well followed Chinese macro indicators
  - Electricity consumption has been cited as one of the most reliable indicators of the Chinese economy[1], with rail cargo volumes and credit growth
- Production has led Macau by 3 months since 2011, with high significance (83% $R^2$)
  - Consumption also leads by 3 months, but with lower statistical significance
- Electricity production growth has decelerated in the past few months

Source: Company data, Credit Suisse estimates. Note: (1) Source: Reuters, "China's GDP is unreliable: top leader", 12.06.2010, retrieved 06.12.2018

**Figure 10: Electricity consumption leads by 3 months**



Source: Thomson Reuters, Bloomberg Macau DICJ, Credit Suisse

**Figure 11: Statistically Significant Relationship**



Source: Company data, Credit Suisse estimates

**Figure 12: Electricity Consumption Leads by 3 Months**



Source: Company data, Credit Suisse estimates

**Macau Gaming**

4

NSawyer@cornerstone.com Nora Sawyer 05/14/21 09:31:23 PM CornerStone Research



**Exhibit 9**
3 January 2019

## 4. China PMI

**Figure 13: Caixin China PMI Leads Macau by 4 Months**



Source: Company data, Credit Suisse estimates

**Figure 14: Caixin China PMI is Statistically Significant**



Source: Company data, Credit Suisse estimates

**Figure 15: China PMI**

■ China PMI is a widely followed indicator and broad measure of Chinese economic activity (Caixin PMI and official China PMI)

■ Both PMIs have been relatively constant over the last few months

■ Caixin PMI has led Macau by 4 months since mid-2015, with good significance (67% $R^2$)

■ Official China PMI has a coincident relationship since 2009

 – Good statistical significance since late 2015 (67% $R^2$)

  ■ Late 2015 marked the trough of the 2014-2015 Macau recession and the peak of the Chinese government's anti-corruption campaign

Source: Company data, Credit Suisse estimates

**Figure 16: Long Term Coincident Relationship Between Macau and Official PMI**



Source: Company data, Credit Suisse estimates

## 5. Luxury Goods

**Figure 17: Richemont Leads Macau Gaming Revenues**



Source: Company data, Credit Suisse estimates

**Figure 18: Swiss Watch Exports Coincident with Macau Revenues**



Source: Company data, Credit Suisse estimates

**Macau Gaming**

5

NSawyer@cornerstone.com Nora Sawyer 05/14/21 09:31:23 PM CornerStone Research



**Exhibit 9**
3 January 2019

# China Macro Dashboard

**Figure 19: China Credit Growth Peaked 14 Months Ago**



Source: Thomson Reuters, Peoples Bank of China, Credit Suisse

**Figure 20: Growth of Credit Growth Now Down 6%**



Source: Thomson Reuters, Peoples Bank of China, Credit Suisse

**Figure 21: China House Price Growth Has Ticked Up**



Source: Thomson Reuters, National Bureau of Statistics China, Credit Suisse

**Figure 22: China Electricity Consumption**



Source: Thomson Reuters, National Energy Administration, Credit Suisse

**Figure 23: Caixin PMI Has Drifted Down in the Last Few Months**



Source: Company data, Credit Suisse estimates

**Figure 24: Official China PMI is Down From Recent Highs**



Source: Company data, Credit Suisse estimates

**Macau Gaming**

6

NSawyer@cornerstone.com Nora Sawyer 05/14/21 09:31:23 PM CornerStone Research



**Exhibit 9**
3 January 2019

**Figure 25: China Export Growth Has Remained Reasonably Steady**



Source: Thomson Reuters, China Customs, Credit Suisse

**Figure 26: Shanghai Composite Index is Down 28% yr/yr**



Source: Thomson Reuters, Credit Suisse

**Macau Gaming**

7

NSawyer@cornerstone.com Nora Sawyer 05/14/21 09:31:23 PM CornerStone Research



**Exhibit 9**
3 January 2019

# Macau Industry Dashboard -- Growth

**Figure 27: Gross Gaming Revenues - Growth**



Source: Macau DICJ, Credit Suisse estimates

**Figure 28: Visitor Arrivals**



Source: Macau DSEC, Credit Suisse estimates

**Figure 29: Mass Market Revenues - Growth**



Source: Macau DICJ, Credit Suisse estimates

**Figure 30: VIP Revenues - Growth**



Source: Macau DICJ, Credit Suisse estimates

**Figure 31: Focus on sequential and year-year growth**

- We track monthly revenues on a seasonally adjusted basis
  - Good indicator of trend, sequential growth or decline; and good momentum indicator
    - Year/year results can be misleading and have caused investors to miss inflections in the past
  - 'Forecast' upcoming month applying regular seasonality relative to the most recently reported months
    - Ahead of this = "trend growth", below = "trend decline"
- Current trends are quite strong – and have been sustained for a while
  - Market averaged 2% mth/mth growth for past 17 months

Source: Credit Suisse estimates

**Figure 32: Market is experiencing trend revenue growth**



Source: Macau DICJ, Credit Suisse estimates

**Macau Gaming**

8

NSawyer@cornerstone.com Nora Sawyer 05/14/21 09:31:23 PM CornerStone Research



**Exhibit 9**
3 January 2019

# Macau Industry Dashboard – Levels

## Figure 33: Gross Gaming Revenues



Source: Macau DICJ, Credit Suisse estimates

## Figure 34: Visitor Arrivals



Source: Macau DSEC, Credit Suisse estimates

## Figure 35: Mass Market Revenues



Source: Macau DICJ, Credit Suisse estimates. Note: includes slots. Based on DICJ reported splits, which differs from company-reported data

## Figure 36: VIP Market Revenues



Source: Macau DICJ, Credit Suisse estimates. Based on DICJ reported splits, which differs from company-reported data

**Macau Gaming**

9

NSawyer@cornerstone.com Nora Sawyer 05/14/21 09:31:23 PM CornerStone Research



**Exhibit 9**
3 January 2019

# Our Forecasts

**Figure 37: Our Market Revenue Estimates**

| | 2014 | 2015 | 2016 | 2017 | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|
| US$mm | | | | | | | |
| VIP Turnover | 886,210 | 452,852 | 393,436 | 495,773 | | | |
| Hold % | 2.94% | 3.16% | 3.22% | 3.18% | | | |
| VIP | 26,049 | 14,305 | 12,671 | 15,741 | 17,126 | 16,040 | 15,370 |
| Mass | 15,381 | 12,246 | 13,292 | 15,127 | 17,626 | 18,507 | 19,433 |
| Slots | 1,979 | 1,600 | 1,597 | 1,832 | 2,100 | 2,289 | 2,404 |
| Gross Gaming Revenue | 43,408 | 28,151 | 27,560 | 32,700 | 36,852 | 36,836 | 37,207 |
| | | | | | | | |
| Growth y/y | | | | | | | |
| VIP | -12.0% | -45.1% | -11.4% | 24.2% | 8.8% | -6.3% | -4.2% |
| Mass | 17.9% | -20.4% | 8.5% | 13.8% | 16.5% | 5.0% | 5.0% |
| Slots | 3.1% | -19.2% | -0.1% | 14.7% | 14.6% | 9.0% | 5.0% |
| Gross Gaming Revenue | -2.6% | -35.1% | -2.1% | 18.7% | 12.7% | 0.0% | 1.0% |
| | | | | | | | |
| Consensus Growth | | | | | | | |
| VIP | | | | | | 14.0% | 8.0% |
| Mass | | | | | | 14.8% | 9.8% |
| Slots | | | | | | | |
| Gross Gaming Revenue | | | | | | 14.0% | 8.8% |

Source: Company data, Macau DICJ, Credit Suisse estimates. Note: VIP and Mass splits based on company reported revenues, not Macau DICJ classification

**Figure 38: Our 1H 2019E Market Revenue Forecasts**

| 1H 2019 Fcts | Act Dec-18 | Est Jan-19 | Est Feb-19 | Est Mar-19 | Est Apr-19 | Est May-19 | Est Jun-19 |
|---|---|---|---|---|---|---|---|
| GGR (MOPmm) | 26,468 | 24,947 | 26,730 | 25,950 | 25,471 | 26,254 | 22,490 |
| Growth | | | | | | | |
| 1-year | 16.6% | -5.0% | 10.0% | 0.0% | -1.0% | 3.0% | 0.0% |
| 2-year | 31.2% | 31.4% | 15.7% | 22.2% | 26.6% | 15.1% | 12.5% |
| 3-year | 39.2% | 34.5% | 33.5% | 40.3% | 42.9% | 38.8% | 38.4% |
| Revenue vs Trend | | | | | | | |
| Seas Adjusted | 26,262 | | 26,486 | 26,060 | 24,612 | 26,882 | 22,930 |
| Actual | 26,468 | | 25,839 | 25,950 | 25,471 | 26,254 | 22,490 |
| Trend Growth | 0.8% | | -2.4% | -0.4% | 3.5% | -2.3% | -1.9% |

Source: Company data, Macau DICJ, Credit Suisse estimates

NSawyer@cornerstone.com Nora Sawyer 05/14/21 09:31:23 PM CornerStone Research



**Exhibit 9**
3 January 2019

# Macau Gaming Licenses

**Figure 39: Potential Macau License Value for LVS, WYNN and MGM**

## Quantifying Potential Cost of License Renewals

### We estimate potential license payments at only 1-5% of equity value, probability weighted

#### Limited financial overhang from license renewal

- Assuming the current Macau gaming concessions are opened for public bidding, we conservatively estimate 2022 license values[1]:
  - LVS: $5.1bn
  - WYNN: $8.0bn
  - MGM: $4.0bn
- In our view, the potential license-related payment or liability for operators is relatively limited. We estimate the 2018, probability-adjusted license values[2]:
  - LVS: $0.70 / share (1% of equity value)
  - WYNN: $9.60 / share (5% of equity value)
  - MGM: $0.70 (2% of equity value)
- Government comments in mid-2017 suggested that Macau licenses would be opened up for public bidding or a tender – in this scenario, operators could face a "jump ball" in renewing their concessions in 2020-22
- Our estimates are detailed in the table on the right
  - Valued the cash flows from each concession, less the real estate a new bidder would have to assume[3]
  - Valued real estate at a mix of historical cost and replacement value
  - Assumed 2% growth in unlevered free cash flow over a 20-year license period from 2023 to 2042
  - Discounted cash flows back at 15% -- the rate a potential outside bidder might use, given historical revenue volatility, and geopolitical, regulatory, and general emerging markets risk

#### Potential license values and per-share value



Source: Company Data, Credit Suisse Estimates

#### Estimating potential license payments

|  | LVS | WYNN | MGM |
|---|---|---|---|
| 2018 Unlevered FCF | 2,382 | 1,627 | 1,053 |
| 2023 Unlevered FCF | 3,093 | 2,113 | 1,305 |
| 2023-2042 Growth | 2% | 2% | 2% |
| Discount Rate | 15% | 15% | 15% |
| PV of 2023-42 Cash Flow | 21,634 | 14,777 | 9,128 |
| less Real Estate Value | (16,500) | (6,750) | (5,300) |
| Excess Value (FV) | 5,134 | 8,027 | 3,828 |
| Discount Factor | 1.5 | 1.5 | 1.5 |
| Excess Value (PV) | 3,506 | 5,483 | 2,614 |
| Probability | 25% | 25% | 25% |
| **Prob Weighted PV/Share** | **$0.68** | **$9.56** | **$0.68** |

Source: Company Data, Credit Suisse Estimates

Note: (1) Estimated future (2022) value. Gross value at the asset level, not adjusted for minorities or probability weighted. (2) Estimated 2018 value, adjusted for minorities, probability weighted and discounted back at 10%; (3) Assumes complete sale/exit and that trailing gaming revenue-based rent would not be permitted

Source: Company data, Credit Suisse estimates

**Macau Gaming**

11

NSawyer@cornerstone.com Nora Sawyer 05/14/21 09:31:23 PM CornerStone Research



**Exhibit 9**
3 January 2019

**Companies Mentioned** *(Price as of 02-Jan-2019)*
**Apple Inc** (AAPL.OQ, $157.92)
**Las Vegas Sands Corp.** (LVS.N, $54.16)
**Sands China** (1928.HK, HK$32.8)
**Wynn Macau** (1128.HK, HK$16.16)
**Wynn Resorts Ltd** (WYNN.OQ, $104.4)

## Disclosure Appendix

### Analyst Certification

I, Cameron McKnight, certify that (1) the views expressed in this report accurately reflect my personal views about all of the subject companies and securities and (2) no part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this report.

### As of December 10, 2012 Analysts' stock rating are defined as follows:

**Outperform (O)** : The stock's total return is expected to outperform the relevant benchmark* over the next 12 months.
**Neutral (N)** : The stock's total return is expected to be in line with the relevant benchmark* over the next 12 months.
**Underperform (U)** : The stock's total return is expected to underperform the relevant benchmark* over the next 12 months.
*Relevant benchmark by region: As of 10th December 2012, Japanese ratings are based on a stock's total return relative to the analyst's coverage universe which consists of all companies covered by the analyst within the relevant sector, with Outperforms representing the most attractive, Neutrals the less attractive, and Underperforms the least attractive investment opportunities. As of 2nd October 2012, U.S. and Canadian as well as European ratings are based on a stock's total return relative to the analyst's coverage universe which consists of all companies covered by the analyst within the relevant sector, with Outperforms representing the most attractive, Neutrals the less attractive, and Underperforms the least attractive investment opportunities. For Latin American and Asia stocks (excluding Japan and Australia), ratings are based on a stock's total return relative to the average total return of the relevant country or regional benchmark (India - S&P BSE Sensex Index); prior to 2nd October 2012 U.S. and Canadian ratings were based on (1) a stock's absolute total return potential to its current share price and (2) the relative attractiveness of a stock's total return potential within an analyst's coverage universe. For Australian and New Zealand stocks, the expected total return (ETR) calculation includes 12-month rolling dividend yield. An Outperform rating is assigned where an ETR is greater than or equal to 7.5%: Underperform where an ETR less than or equal to 5%. A Neutral may be assigned where the ETR is between -5% and 15%. The overlapping rating range allows analysts to assign a rating that puts ETR in the context of associated risks. Prior to 18 May 2015, ETR ranges for Outperform and Underperform ratings did not overlap with Neutral thresholds between 15% and 7.5%, which was in operation from 7 July 2011.
**Restricted (R)** : In certain circumstances, Credit Suisse policy and/or applicable law and regulations preclude certain types of communications, including an investment recommendation, during the course of Credit Suisse's engagement in an investment banking transaction and in certain other circumstances.
**Not Rated (NR)** : Credit Suisse Equity Research does not have an investment rating or view on the stock or any other securities related to the company at this time.
**Not Covered (NC)** : Credit Suisse Equity Research does not provide ongoing coverage of the company or offer an investment rating or investment view on the equity security of the company or related products.

**Volatility Indicator [V]** : A stock is defined as volatile if the stock price has moved up or down by 20% or more in a month in at least 8 of the past 24 months or the analyst expects significant volatility going forward.

Analysts' sector weightings are distinct from analysts' stock ratings and are based on the analyst's expectations for the fundamentals and/or valuation of the sector* relative to the group's historic fundamentals and/or valuation:
**Overweight** : The analyst's expectation for the sector's fundamentals and/or valuation is favorable over the next 12 months.
**Market Weight** : The analyst's expectation for the sector's fundamentals and/or valuation is neutral over the next 12 months.
**Underweight** : The analyst's expectation for the sector's fundamentals and/or valuation is cautious over the next 12 months.
*An analyst's coverage sector consists of all companies covered by the analyst within the relevant sector. An analyst may cover multiple sectors.

Credit Suisse's distribution of stock ratings (and banking clients) is:

### Global Ratings Distribution

| Rating | Versus universe (%) | Of which banking clients (%) |
|---|---|---|
| Outperform/Buy* | 49% | (32% banking clients) |
| Neutral/Hold* | 38% | (27% banking clients) |
| Underperform/Sell* | 12% | (19% banking clients) |
| Restricted | 2% | |

*For purposes of the NYSE and FINRA ratings distribution disclosure requirements, our stock ratings of Outperform, Neutral, and Underperform most closely correspond to Buy, Hold, and Sell, respectively; however, the meanings are not the same, as our stock ratings are determined on a relative basis. (Please refer to definitions above.) An investor's decision to buy or sell a security should be based on investment objectives, current holdings, and other individual factors.

### Important Global Disclosures

Credit Suisse's research reports are made available to clients through our proprietary research portal on CS PLUS. Credit Suisse research products may also be made available through third-party vendors or alternate electronic means as a convenience. Certain research products are only made available through CS PLUS. The services provided by Credit Suisse's analysts to clients may depend on a specific client's preferences regarding the frequency and manner of receiving communications, the client's risk profile and investment, the size and scope of the overall client relationship with the Firm, as well as legal and regulatory constraints. To access all of Credit Suisse's research that you are entitled to receive in the most timely manner, please contact your sales representative or go to https://plus.credit-suisse.com .
Credit Suisse's policy is to update research reports as it deems appropriate, based on developments with the subject company, the sector or the market that may have a material impact on the research views or opinions stated herein.

**Macau Gaming**

12

NSawyer@cornerstone.com Nora Sawyer 05/14/21 09:31:23 PM CornerStone Research



**Exhibit 9**

3 January 2019

Credit Suisse's policy is only to publish investment research that is impartial, independent, clear, fair and not misleading. For more detail please refer to Credit Suisse's Policies for Managing Conflicts of Interest in connection with Investment Research: https://www.credit-suisse.com/sites/disclaimers-ib/en/managing-conflicts.html .

Credit Suisse does not provide any tax advice. Any statement herein regarding any US federal tax is not intended or written to be used, and cannot be used, by any taxpayer for the purposes of avoiding any penalties.

Credit Suisse has decided not to enter into business relationships with companies that Credit Suisse has determined to be involved in the development, manufacture, or acquisition of anti-personnel mines and cluster munitions. For Credit Suisse's position on the issue, please see https://www.credit-suisse.com/media/assets/corporate/docs/about-us/responsibility/banking/policy-summaries-en.pdf .

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors including Credit Suisse's total revenues, a portion of which are generated by Credit Suisse's investment banking activities

For date and time of production, dissemination and history of recommendation for the subject company(ies) featured in this report, disseminated within the past 12 months, please refer to the link: https://rave.credit-suisse.com/disclosures/view/report?i=399818&v=-26a2smg8o3xeqdtfd4qe7nwvz .

**Important Regional Disclosures**

Singapore recipients should contact Credit Suisse AG, Singapore Branch for any matters arising from this research report.

The analyst(s) involved in the preparation of this report may participate in events hosted by the subject company, including site visits. Credit Suisse does not accept or permit analysts to accept payment or reimbursement for travel expenses associated with these events.

Restrictions on certain Canadian securities are indicated by the following abbreviations: NVS--Non-Voting shares; RVS--Restricted Voting Shares; SVS--Subordinate Voting Shares.

Individuals receiving this report from a Canadian investment dealer that is not affiliated with Credit Suisse should be advised that this report may not contain regulatory disclosures the non-affiliated Canadian investment dealer would be required to make if this were its own report.

For Credit Suisse Securities (Canada), Inc.'s policies and procedures regarding the dissemination of equity research, please visit https://www.credit-suisse.com/sites/disclaimers-ib/en/canada-research-policy.html.

Principal is not guaranteed in the case of equities because equity prices are variable.

Commission is the commission rate or the amount agreed with a customer when setting up an account or at any time after that.

This research report is authored by:

**Credit Suisse Securities (USA) LLC**................................................................Cameron McKnight ; Ben Combes, CFA ; Sarah Murray

Important disclosures regarding companies that are the subject of this report are available by calling +1 (877) 291-2683. The same important disclosures, with the exception of valuation methodology and risk discussions, are also available on Credit Suisse's disclosure website at https://rave.credit-suisse.com/disclosures . For valuation methodology and risks associated with any recommendation, price target, or rating referenced in this report, please refer to the disclosures section of the most recent report regarding the subject company.

NSawyer@cornerstone.com Nora Sawyer 05/14/21 09:31:23 PM CornerStone Research



**Exhibit 9**

3 January 2019

This report is produced by subsidiaries and affiliates of Credit Suisse operating under its Global Markets Division. For more information on our structure, please use the following link: https://www.credit-suisse.com/who-we-are. This report may contain material that is not directed to, or intended for distribution to or use by, any person or entity who is a citizen or resident of or located in any locality, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation or which would subject Credit Suisse or its affiliates ("CS") to any registration or licensing requirement within such jurisdiction. All material presented in this report, unless specifically indicated otherwise, is under copyright to CS. None of the material, nor its content, nor any copy of it, may be altered in any way, transmitted to, copied or distributed to any other party, without the prior express written permission of CS. All trademarks, service marks and logos used in this report are trademarks or service marks or registered trademarks or service marks of CS or its affiliates. The information, tools and material presented in this report are provided to you for information purposes only and are not to be used or considered as an offer or the solicitation of an offer to sell or to buy or subscribe for securities or other financial instruments. CS may not have taken any steps to ensure that the securities referred to in this report are suitable for any particular investor. CS will not treat recipients of this report as its customers by virtue of their receiving this report. The investments and services contained or referred to in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about such investments or investment services. Nothing in this report constitutes investment, legal, accounting or tax advice, or a representation that any investment or strategy is suitable or appropriate to your individual circumstances, or otherwise constitutes a personal recommendation to you. CS does not advise on the tax consequences of investments and you are advised to contact an independent tax advisor. Please note in particular that the bases and levels of taxation may change. Information and opinions presented in this report have been obtained or derived from sources believed by CS to be reliable, but CS makes no representation as to their accuracy or completeness. CS accepts no liability for loss arising from the use of the material presented in this report, except that this exclusion of liability does not apply to the extent that such liability arises under specific statutes or regulations applicable to CS. This report is not to be relied upon in substitution for the exercise of independent judgment. CS may have issued, and may in the future issue, other communications that are inconsistent with, and reach different conclusions from, the information presented in this report. Those communications reflect the different assumptions, views and analytical methods of the analysts who prepared them and CS is under no obligation to ensure that such other communications are brought to the attention of any recipient of this report. Some investments referred to in this report will be offered solely by a single entity and in the case of some investments solely by CS, or an associate of CS or CS may be the only market maker in such investments. Past performance should not be taken as an indication or guarantee of future performance, and no representation or warranty, express or implied, is made regarding future performance. Information, opinions and estimates contained in this report reflect a judgment at its original date of publication by CS and are subject to change without notice. The price, value of and income from any of the securities or financial instruments mentioned in this report can fall as well as rise. The value of securities and financial instruments is subject to exchange rate fluctuation that may have a positive or adverse effect on the price or income of such securities or financial instruments. Investors in securities such as ADR's, the values of which are influenced by currency volatility, effectively assume this risk. Structured securities are complex instruments, typically involve a high degree of risk and are intended for sale only to sophisticated investors who are capable of understanding and assuming the risks involved. The market value of any structured security may be affected by changes in economic, financial and political factors (including, but not limited to, spot and forward interest and exchange rates), time to maturity, market conditions and volatility, and the credit quality of any issuer or reference issuer. Any investor interested in purchasing a structured product should conduct their own investigation and analysis of the product and consult with their own professional advisers as to the risks involved in making such a purchase. Some investments discussed in this report may have a high level of volatility. High volatility investments may experience sudden and large falls in their value causing losses when that investment is realised. Those losses may equal your original investment. Indeed, in the case of some investments the potential losses may exceed the amount of initial investment and, in such circumstances, you may be required to pay more money to support those losses. Income yields from investments may fluctuate and, in consequence, initial capital paid to make the investment may be used as part of that income yield. Some investments may not be readily realisable and it may be difficult to sell or realise those investments, similarly it may prove difficult for you to obtain reliable information about the value, or risks, to which such an investment is exposed. This report may provide the addresses of, or contain hyperlinks to, websites. Except to the extent to which the report refers to website material of CS, CS has not reviewed any such site and takes no responsibility for the content contained therein. Such address or hyperlink (including addresses or hyperlinks to CS's own website material) is provided solely for your convenience and information and the content of any such website does not in any way form part of this document. Accessing such website or following such link through this report or CS's website shall be at your own risk.

This report is issued and distributed in European Union (except Switzerland): by Credit Suisse Securities (Europe) Limited, One Cabot Square, London E14 4QJ, England, which is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. Germany: Credit Suisse (Deutschland) Aktiengesellschaft regulated by the Bundesanstalt fuer Finanzdienstleistungsaufsicht ("BaFin"). United States and Canada: Credit Suisse Securities (USA) LLC; Switzerland: Credit Suisse AG; Brazil: Banco de Investimentos Credit Suisse (Brasil) S.A or its affiliates; Mexico: Banco Credit Suisse (México), S.A. (transactions related to the securities mentioned in this report will only be effected in compliance with applicable regulation); Japan: by Credit Suisse Securities (Japan) Limited, Financial Instruments Firm, Director-General of Kanto Local Finance Bureau ( Kinsho) No. 66, a member of Japan Securities Dealers Association, The Financial Futures Association of Japan, Japan Investment Advisers Association, Type II Financial Instruments Firms Association: Hong Kong: Credit Suisse (Hong Kong) Limited; Australia: Credit Suisse Equities (Australia) Limited; Thailand: Credit Suisse Securities (Thailand) Limited, regulated by the Office of the Securities and Exchange Commission, Thailand, having registered address at 990 Abdulrahim Place, 27th Floor, Unit 2701, Rama IV Road, Silom, Bangrak, Bangkok10500, Thailand, Tel. +66 2614 6000; Malaysia: Credit Suisse Securities (Malaysia) Sdn Bhd; Singapore: Credit Suisse AG, Singapore Branch; India: Credit Suisse Securities (India) Private Limited (CIN no.U67120MH1996PTC104392) regulated by the Securities and Exchange Board of India as Research Analyst (registration no. INH 000001030) and as Stock Broker (registration no. INB230970637; INF230970637: INB010970631: INF010970631), having registered address at 9th Floor, Ceejay House, Dr.A.B. Road, Worli, Mumbai - 18, India, T- +91-22 6777 3777: South Korea: Credit Suisse Securities (Europe) Limited, Seoul Branch: Taiwan: Credit Suisse AG Taipei Securities Branch: Indonesia: PT Credit Suisse Sekuritas Indonesia: Philippines:Credit Suisse Securities (Philippines ) Inc., and elsewhere in the world by the relevant authorised affiliate of the above.

**Additional Regional Disclaimers**

Australia: Credit Suisse Securities (Europe) Limited ("CSSEL") and Credit Suisse International ("CSI") are authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority ("FCA") and the Prudential Regulation Authority under UK laws, which differ from Australian Laws. CSSEL and CSI do not hold an Australian Financial Services Licence ("AFSL") and are exempt from the requirement to hold an AFSL under the Corporations Act (Cth) 2001 ("Corporations Act") in respect of the financial services provided to Australian wholesale clients (within the meaning of section 761G of the Corporations Act) (hereinafter referred to as "Financial Services"). This material is not for distribution to retail clients and is directed exclusively at Credit Suisse's professional clients and eligible counterparties as defined by the FCA, and wholesale clients as defined under section 761G of the Corporations Act. Credit Suisse (Hong Kong) Limited ("CSHK") is licensed and regulated by the Securities and Futures Commission of Hong Kong under the laws of Hong Kong, which differ from Australian laws. CSHKL does not hold an AFSL and is exempt from the requirement to hold an AFSL under the Corporations Act in respect of providing Financial Services. Investment banking services in the United States are provided by Credit Suisse Securities (USA) LLC, an affiliate of Credit Suisse Group. CSSU is regulated by the United States Securities and Exchange Commission under United States laws, which differ from Australian laws. CSSU does not hold an AFSL and is exempt from the requirement to hold an AFSL under the Corporations Act in respect of providing Financial Services. Credit Suisse Asset Management LLC (CSAM) is authorised by the Securities and Exchange Commission under US laws, which differ from Australian laws. CSAM does not hold an AFSL and is exempt from the requirement to hold an AFSL under the Corporations Act in respect of providing Financial Services. This material is provided solely to Institutional Accounts (as defined in the FINRA rules) who are Eligible Contract Participants (as defined in the US Commodity Exchange Act). Credit Suisse Equities (Australia) Limited (ABN 35 068 232 708) ("CSEAL") is an AFSL holder in Australia (AFSL 237237).

Malaysia: Research provided to residents of Malaysia is authorised by the Head of Research for Credit Suisse Securities (Malaysia) Sdn Bhd, to whom they should direct any queries on +603 2723 2020.

Singapore: This report has been prepared and issued for distribution in Singapore to institutional investors, accredited investors and expert investors (each as defined under the Financial Advisers Regulations) only, and is also distributed by Credit Suisse AG, Singapore Branch to overseas investors (as defined under the Financial Advisers Regulations). Credit Suisse AG, Singapore Branch may distribute reports produced by its foreign entities or affiliates pursuant to an arrangement under Regulation 32C of the Financial Advisers Regulations. Singapore recipients should contact Credit Suisse AG, Singapore Branch at +65-6212-2000 for matters arising from, or in connection with, this report. By virtue of your status as an institutional investor, accredited investor, expert investor or overseas investor, Credit Suisse AG, Singapore Branch is exempted from complying with certain compliance requirements under the Financial Advisers Act, Chapter 110 of Singapore (the "FAA"), the Financial Advisers Regulations and the relevant Notices and Guidelines issued thereunder, in respect of any financial advisory service which Credit Suisse AG, Singapore Branch may provide to you.

EU: This report has been produced by subsidiaries and affiliates of Credit Suisse operating under its Global Markets Division

In jurisdictions where CS is not already registered or licensed to trade in securities, transactions will only be effected in accordance with applicable securities legislation, which will vary from jurisdiction to jurisdiction and may require that the trade be made in accordance with applicable exemptions from registration or licensing requirements.

This material is issued and distributed in the U.S. by CSSU, a member of NYSE, FINRA, SIPC and the NFA, and CSSU accepts responsibility for its contents. Clients should contact analysts and execute transactions through a Credit Suisse subsidiary or affiliate in their home jurisdiction unless governing law permits otherwise.

Please note that this research was originally prepared and issued by CS for distribution to their market professional and institutional investor customers. Recipients who are not market professional or institutional investor customers of CS should seek the advice of their independent financial advisor prior to taking any investment decision based on this report or for any necessary explanation of its contents. This research may relate to investments or services of a person outside of the UK or to other matters which are not authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority or in respect of which the protections of the Prudential Regulation Authority and Financial Conduct Authority for private customers and/or the UK compensation scheme may not be available, and further details as to where this may be the case are available upon request in respect of this report.

CS may provide various services to US municipal entities or obligated persons ("municipalities"), including suggesting individual transactions or trades and entering into such transactions. Any services CS provides to municipalities are not viewed as "advice" within the meaning of Section 975 of the Dodd-Frank Wall Street Reform and Consumer Protection Act. CS is providing any such services and related information solely on an arm's length basis and not as an advisor or fiduciary to the municipality. In connection with the provision of the any such services, there is no agreement, direct or indirect, between any municipality (including the officials,management, employees or agents thereof) and CS for CS to provide advice to the municipality. Municipalities should consult with their financial, accounting and legal advisors regarding any such services provided by CS. In addition, CS is not acting for direct or indirect compensation to solicit the municipality on behalf of an unaffiliated broker, dealer, municipal securities dealer, municipal advisor, or investment adviser for the purpose of obtaining or retaining an engagement by the municipality for or in connection with Municipal Financial Products, the issuance of municipal securities, or of an investment adviser to provide investment advisory services to or on behalf of the municipality. If this report is being distributed by a financial institution other than Credit Suisse AG, or its affiliates, that financial institution is solely responsible for distribution. Clients of that institution should contact that institution to effect a transaction in the securities mentioned in this report or require further information. This report does not constitute investment advice by Credit Suisse to the clients of the distributing financial institution, and neither Credit Suisse AG, its affiliates, and their respective officers, directors and employees accept any liability whatsoever for any direct or consequential loss arising from their use of this report or its content. Principal is not guaranteed. Commission is the commission rate or amount agreed with a customer when setting up an account or at any time after that. No information or communication provided herein or otherwise is intended to be, or should be construed as, a recommendation within the meaning of the US Department of Labor's final regulation defining "investment advice" for purposes of the Employee Retirement Income Security Act of 1974, as amended and Section 4975 of the Internal Revenue Code of 1986, as amended, and the information provided herein is intended to be general information, and should not be construed as, providing investment advice (impartial or otherwise).

Copyright © 2019 CREDIT SUISSE AG and/or its affiliates. All rights reserved.

Investment principal on bonds can be eroded depending on sale price or market price. In addition, there are bonds on which investment principal can be eroded due to changes in redemption amounts. Care is required when investing in such instruments.

When you purchase non-listed Japanese fixed income securities (Japanese government bonds, Japanese municipal bonds, Japanese government guaranteed bonds, Japanese corporate bonds) from CS as a seller, you will be requested to pay the purchase price only.

NSawyer@cornerstone.com Nora Sawyer 05/14/21 09:31:23 PM CornerStone Research



**Exhibit 9**

TECHNOLOGY RESEARCH/IT HARDWARE
January 3, 2019
Shebly Seyrafi, CFA/212-618-2185
sseyrafi@fbnsecurities.com

## Apple Inc.
### (Nasdaq: AAPL)
### Outperform| Target: $190

### Company Statistics

| | |
|---|---|
| Price | $ 142.83 |
| Ticker Symbol | AAPL |
| Market | Nasdaq |
| 52 wk High | $233.47 |
| 52 wk Low | $150.24 |
| Market Cap. ($M) | $ 678,118 |
| Enterprise Value ($M) | $ 555,501 |

**Earnings Per Share**

| FYE - Sep. | 2018A | 2019E | 2020E |
|---|---|---|---|
| 1Q - Dec. | $ 3.89 | $ 4.18 | $ 4.63 |
| 2Q - Mar. | $ 2.73 | $ 2.71 | $ 3.07 |
| 3Q - Jun. | $ 2.34 | $ 2.34 | $ 2.68 |
| 4Q - Sep. | $ 2.91 | $ 2.78 | $ 3.15 |
| Year | $ 11.87 | $ 12.01 | $ 13.54 |
| Y/Y% | 29% | 1% | 13% |
| Before: | $ 11.87 | $ 13.54 | $ 15.12 |
| P/E | 12.0x | 11.9x | 10.6x |

**Revenue ($M)**

| FYE - Sep. | 2018A | 2019E | 2020E |
|---|---|---|---|
| 1Q - Dec. | $ 88,293 | $ 84,038 | $ 87,564 |
| 2Q - Mar. | $ 61,137 | $ 58,896 | $ 62,178 |
| 3Q - Jun. | $ 53,265 | $ 53,143 | $ 56,192 |
| 4Q - Sep. | $ 62,900 | $ 59,933 | $ 63,013 |
| Year | $ 265,595 | $ 256,010 | $ 268,948 |
| Y/Y% | 16% | -4% | 5% |
| Before: | $ 265,595 | $ 275,286 | $ 287,239 |

### VALUATION METHODOLOGY
We arrive at our price target using a discounted cash flow (DCF) methodology.

### RISKS
Investment risks include increased competition from Android-based smartphones and tablets and weaker consumer spending.

## AAPL: Large Deceleration in Sales to China, but Large Stock Decline Creates Value — Lowering PT to $190

- **Lowering PT to $190 as slowing China weighs on shares.** We retain our Outperform rating on AAPL but lower our PT from $240 to $190 as the company preannounced negative results for the first time in over 15 years to reflect multiple factors, the most significant of which is slower sales from Greater China (where sales of iPhones, Mac, and iPad accounted for more than 100% of the $4.26B Y/Y revenue decline (but China services hit a record). Last night, the company preannounced FQ1 2019 (Dec. 2018) revenue of ~$84B, which represents a Y/Y revenue decline of 5% and is over 8% below consensus of $91.5B. Revenue ex-iPhone grew by a strong 19% Y/Y helped by services revenue of $10.8B (+28% Y/Y) and almost 50% Y/Y growth in wearables (such as Apple Watch and AirPods). This implies that iPhone revenue was ~$52.3B, down 15% Y/Y (vs. up 29% Y/Y in FQ4) and 17% ($10.5B) below our prior $62.8B estimate. We are lowering our F2019 iPhone unit estimate by 14% from 223.3M (+3% Y/Y) to 191.2M (-12% Y/Y). We are lowering our F2020 FCF estimate from $80.6B to $71.6B, but in light of the much lower share price today ($143, down 36% from $222 on Nov. 2, the time of the its last earnings report), investors are actually getting a much higher estimated FCF yield (10.6% vs. 7.5% on estimated F2020 FCF). However, risks to the F2019 outlook have increased.

- **Stated factors that came in line with expectations.** The following stated factors, which contributed to weaker revenue growth, played out roughly in line with expectations:
  - **Timing of latest iPhones.** Unlike last year, when AAPL released its iPhone X in FQ1, this year the company shipped its top models (iPhone Xs and Xs Max) in FQ4, thus robbing some FQ1 business of iPhone sales and therefore creating a more difficult Y/Y comparison.
  - **Strong US dollar.** The strong US dollar created a revenue headwind of ~200bp Y/Y.
  - **Supply constraints.** The company had an unprecedented number of new products launch in FQ1, including the Apple Watch Series 4 and the iPad Pro, which were constrained during much or all of the quarter. AirPods and MacBook Air were also constrained.

- **Stated factors that came in below expectations.**
  - **Economic weakness in emerging markets.** AAPL noted that emerging market economic weakness turned out to have a significantly greater impact than expected. This is in line with recent macro reports. For example, the Caixin China General Manufacturing PMI hit 49.7 (below 50 indicates a decline) in Dec. 2018, down from 50.2 in November and below market consensus of 50.1. Greater China accounted for over most of the revenue shortfall relative to the company's guidance.

- **Unstated reasons for the miss.** In addition to the factors noted above, we believe that the following factors also played a role in the miss:
  - **Share loss in China.** China has been losing share in China to Huawei Oppo, Vivo, and Xiaomi (all private).
  - **Nationalism in China.** We believe that Chinese consumers may be getting irritated by recent trade battles initiated by the Trump administration and are deciding to buy from local manufacturers.
  - **High-priced iPhones mismatch vs. consumer purchasing power in emerging markets.** AAPL's iPhone ASP, which hit $790 last quarter, are priced too high for many consumers in emerging markets.

FOR INSTITUTIONAL CONSIDERATION ONLY.
FOR REQUIRED DISCLOSURES, INCLUDING ANALYST CERTIFICATION, PLEASE REFER TO THE IMPORTANT DISCLOSURES IN THE LAST PAGE OF THE REPORT.

# Exhibit 9

**Figure 1: AAPL Income Statement**

| AAPL Income Statement ($M) GAAP Model | Q1 17 Dec-16 | Q2 17 Mar-17 | Q3 17 Jun-17 | Q4 17 Sep-17 | 2017A | Q1 18 Dec-17 | Q2 18 Mar-18 | Q3 18 Jun-18 | Q4 18A Sep-18 | 2018A | Q1 19E Dec-18 | Q2 19E Mar-19 | Q3 19E Jun-19 | Q4 19E Sep-19 | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 14-week | | | | | | | | | | | | | | | | |
| **iPhone Revenue** | 54,378 | 33,249 | 24,846 | 28,846 | 141,319 | 61,576 | 38,032 | 29,906 | 37,185 | 166,699 | 52,259 | 32,850 | 26,792 | 31,448 | 143,349 | 144,783 | 146,230 |
| Y/Y% | 5% | 1% | 3% | 2% | 3% | 13% | 14% | 20% | 29% | 18% | -15% | -14% | -10% | -15% | -14% | 1% | 1% |
| *iPhone Units (M)* | 78,290 | 50,763 | 41,026 | 46,677 | 216,756 | 77,316 | 52,217 | 41,300 | 46,889 | 217,722 | 66,150 | 45,000 | 37,000 | 43,000 | 191,150 | 193,062 | 194,992 |
| Y/Y% | 5% | -1% | 2% | 3% | 2% | -1% | 3% | 1% | 0% | 0% | -14% | -14% | -10% | -8% | -12% | 1% | 1% |
| Q/Q% | 73% | -35% | -19% | 14% | | 66% | -32% | -21% | 14% | | 41% | -32% | -18% | 16% | | | |
| Consensus iPhone Units (M) | 77,400 | 52,270 | 40,700 | 46,360 | | | | 52,400 | 47,500 | | | | | | | | |
| % above/below consensus | 1.1% | -2.9% | 0.8% | 0.7% | | | | -0.3% | -1.3% | | | | | | | | |
| *iPhone ASP* | $ 695 | $ 655 | $ 606 | $ 618 | $ 652 | $ 796 | $ 728 | $ 724 | $ 793 | $ 766 | $ 790 | $ 730 | $ 724 | $ 731 | $ 750 | $ 750 | $ 750 |
| Y/Y% | 1% | 2% | 2% | -1% | 1% | 15% | 11% | 20% | 28% | 17% | -1% | 0% | 0% | -8% | 0% | 0% | 0% |
| Q/Q% | 12% | -6% | -8% | 2% | | 29% | -9% | -1% | 10% | | 0% | -8% | -1% | 1% | | | |
| **iPad** | 5,533 | 3,889 | 4,969 | 4,831 | 19,222 | 5,862 | 4,113 | 4,741 | 4,089 | 18,805 | 5,460 | 3,751 | 4,660 | 3,834 | 17,705 | 16,331 | 15,433 |
| Y/Y% | -22% | -12% | 2% | 14% | -7% | 6% | 6% | -5% | -15% | -2% | -7% | -9% | -2% | -6% | -6% | -8% | -5% |
| **Mac** | 7,244 | 5,844 | 5,592 | 7,170 | 25,850 | 6,895 | 5,848 | 5,330 | 7,411 | 25,484 | 7,952 | 5,552 | 5,110 | 7,282 | 25,895 | 25,635 | 25,378 |
| Y/Y% | 7% | 14% | 7% | 25% | 13% | -5% | 0% | -5% | 3% | -1% | 15% | -5% | -4% | -2% | 2% | -1% | -1% |
| **Services (with Apple Pay)** | 7,172 | 7,041 | 7,266 | 8,501 | 29,980 | 8,471 | 9,190 | 9,548 | 9,981 | 37,190 | 10,801 | 11,579 | 12,030 | 12,476 | 46,887 | 58,123 | 70,891 |
| Y/Y% | 18% | 18% | 22% | 34% | 23% | 18% | 31% | 31% | 17% | 24% | 28% | 26% | 26% | 25% | 26% | 24% | 22% |
| Goal: double from $24B in F16 by F20 | | | | | | | | | | | | | | | | | |
| **Wearables/Home/Accessories** | 4,024 | 2,873 | 2,735 | 3,231 | 12,863 | 5,489 | 3,954 | 3,740 | 4,234 | 17,417 | 7,567 | 5,163 | 4,550 | 4,893 | 22,174 | 24,077 | 24,986 |
| Y/Y% | -8% | 31% | 23% | 36% | 16% | 36% | 38% | 37% | 31% | 35% | 38% | 31% | 22% | 16% | 27% | 9% | 4% |
| **Total Revenue** | 78,351 | 52,896 | 45,408 | 52,579 | 229,234 | 88,293 | 61,137 | 53,265 | 62,900 | 265,595 | 84,038 | 58,896 | 53,143 | 59,933 | 256,010 | 268,948 | 282,918 |
| Y/Y% | 3% | 5% | 7% | 12% | 6% | 13% | 16% | 17% | 20% | 16% | -5% | -4% | 0% | -5% | -4% | 5% | 5% |
| Y/Y% adjusted for extra week | | | | | | 21% | | | | | | | | | | | |
| Q/Q% | 67% | -32% | -14% | 16% | | 68% | -31% | -13% | 18% | | 34% | -30% | -10% | 13% | | | |
| Low-end of revenue guidance | 78,000 | 51,500 | 43,500 | 49,000 | | 84,000 | 60,000 | 51,500 | 60,000 | | 89,000 | | | | | | |
| High-end of revenue guidance | 78,000 | 53,500 | 45,500 | 52,000 | | 87,000 | 62,000 | 53,500 | 62,000 | | 93,000 | | | | | | |
| % of low-end of revenue guidance | 3% | 3% | 4% | 7% | | 5% | 2% | 3% | 5% | | -6% | | | | | | |
| % between low-end and high-end | 118% | 70% | 95% | 119% | | 143% | 57% | 88% | 145% | | -124% | | | | | | |
| Consensus revenue | 77,380 | 53,060 | 44,890 | 50,790 | 227,410 | 87,500 | 61,190 | 52,300 | 61,550 | 264,030 | 91,490 | | | | 277,910 | 289,250 | |
| % above/below consensus | 1.3% | -0.3% | 1.2% | 3.5% | 0.8% | 0.9% | -0.1% | 1.8% | 2.2% | 0.6% | -8.1% | | | | -7.0% | -7.0% | |
| Total Cost of Sales | 48,175 | 32,305 | 27,920 | 32,648 | 141,048 | 54,381 | 37,715 | 32,844 | 38,816 | 163,756 | 52,013 | 35,673 | 31,975 | 36,382 | 156,044 | 161,326 | 167,011 |
| **Gross Margin $** | 30,176 | 20,591 | 17,488 | 19,931 | 88,186 | 33,912 | 23,422 | 20,421 | 24,084 | 101,839 | 32,024 | 23,222 | 21,168 | 23,551 | 99,966 | 107,622 | 115,907 |
| Y/Y% | -1% | 3% | 9% | 12% | 5% | 12% | 14% | 17% | 21% | 15% | -6% | -1% | 4% | -2% | -2% | 8% | 8% |
| **Gross Margin %** | 38.5% | 38.9% | 38.5% | 37.9% | 38.5% | 38.4% | 38.3% | 38.3% | 38.3% | 38.3% | 38.1% | 39.4% | 39.8% | 39.3% | 39.0% | 40.0% | 41.0% |
| Y/Y pp change in GM% | -1.6% | -0.5% | 0.5% | -0.1% | -0.6% | -0.1% | -0.6% | -0.2% | 0.4% | -0.1% | -0.3% | 1.1% | 1.5% | 1.0% | 0.7% | 1.0% | 1.0% |
| Q/Q pp change in GM% | 0.5% | 0.4% | -0.4% | -0.6% | | 0.5% | -0.1% | 0.0% | 0.0% | | -0.2% | 1.3% | 0.4% | -0.5% | | | |
| Low-End of Gross Margin Guidance | 38.0% | 38.0% | 37.5% | 37.5% | | 38.0% | 38.0% | | | | 38.0% | | | | | | |
| High-End of Gross Margin Guidance | 38.5% | 39.0% | 38.5% | 38.0% | | 38.5% | 38.5% | 38.5% | 38.5% | | 38.0% | | | | | | |
| pp above/below high-end of Guidance | 0.0% | -0.1% | 0.0% | -0.1% | | -0.1% | -0.2% | -0.2% | -0.2% | | -0.4% | | | | | | |
| Consensus GM% | 38.4% | 38.7% | 38.3% | 38.0% | | 38.3% | 38.5% | 38.3% | 38.1% | | 38.5% | | | | | | |
| % above/below consensus NG GM% | 0.1% | 0.2% | 0.2% | -0.1% | | 0.0% | -0.2% | 0.0% | 0.0% | | -0.4% | | | | | | |
| Memo: iPhone % of Rev. | 69.4% | 62.9% | 54.7% | 54.9% | 61.6% | 69.7% | 62.2% | 56.1% | 59.1% | 62.8% | 62.2% | 55.8% | 50.4% | 52.5% | 56.0% | 53.8% | 51.7% |
| Memo: Services % Rev. | 9.2% | 13.3% | 16.0% | 16.2% | 13.1% | 9.6% | 15.0% | 17.9% | 15.9% | 14.0% | 12.9% | 19.7% | 22.6% | 20.8% | 18.3% | 21.6% | 25.1% |
| Research and development $ | 2,871 | 2,776 | 2,937 | 2,997 | 11,581 | 3,407 | 3,378 | 3,701 | 3,750 | 14,236 | 4,054 | 3,952 | 4,219 | 4,256 | 16,482 | 18,044 | 19,488 |
| Y/Y% | 19% | 11% | 15% | 17% | 15% | 19% | 22% | 26% | 25% | 23% | 19% | 17% | 14% | 14% | 16% | 9% | 8% |
| Q/Q% | 12% | -3% | 6% | 2% | | 14% | -1% | 10% | 1% | | 8% | -3% | 7% | 1% | | | |
| Research and development % | 3.7% | 5.2% | 6.5% | 5.7% | 5.1% | 3.9% | 5.5% | 6.9% | 6.0% | 5.4% | 4.8% | 6.7% | 7.9% | 7.1% | 6.4% | 6.7% | 6.9% |
| Selling, general and administrative $ | 3,946 | 3,718 | 3,783 | 3,814 | 15,261 | 4,231 | 4,150 | 4,108 | 4,216 | 16,705 | 4,654 | 4,544 | 4,437 | 4,553 | 18,188 | 19,461 | 20,824 |
| Y/Y% | 3% | 9% | 10% | 10% | 8% | 7% | 12% | 9% | 11% | 9% | 10% | 10% | 8% | 8% | 9% | 7% | 7% |
| Q/Q% | 13% | -6% | 2% | 1% | | 11% | -2% | -1% | 3% | | 10% | -2% | -2% | 3% | | | |
| Selling, general and administrative % | 5.0% | 7.0% | 8.3% | 7.3% | 6.7% | 4.8% | 6.8% | 7.7% | 6.7% | 6.3% | 5.5% | 7.7% | 8.3% | 7.6% | 7.1% | 7.2% | 7.4% |
| **Total Operating Expenses** | 6,817 | 6,494 | 6,720 | 6,811 | 26,842 | 7,638 | 7,528 | 7,809 | 7,966 | 30,941 | 8,708 | 8,497 | 8,656 | 8,810 | 34,670 | 37,506 | 40,312 |
| Y/Y% | 9% | 9% | 12% | 13% | 11% | 12% | 16% | 16% | 17% | 15% | 14% | 13% | 11% | 11% | 12% | 8% | 7% |
| Q/Q% | 13% | -5% | 3% | 1% | | 12% | -1% | 4% | 2% | | 9% | -2% | 2% | 2% | | | |
| **Opex %** | 8.7% | 12.3% | 14.8% | 13.0% | 11.7% | 8.7% | 12.3% | 14.7% | 12.7% | 11.6% | 10.4% | 14.4% | 16.3% | 14.7% | 13.5% | 13.9% | 14.2% |
| Y/Y pp change in Opex% | 0.5% | 0.5% | 0.6% | 0.0% | 0.5% | 0.0% | 0.0% | -0.1% | -0.3% | -0.1% | 1.7% | 2.1% | 1.6% | 2.0% | 1.9% | 0.4% | 0.6% |
| Low-end of opex guidance | 6,900 | 6,500 | 6,600 | 6,700 | | 7,650 | 7,600 | 7,700 | 7,950 | | 8,700 | | | | | | |
| High-end of opex guidance | 7,000 | 6,600 | 6,700 | 6,800 | | 7,750 | 7,700 | 7,800 | 8,050 | | 8,800 | | | | | | |
| **Operating Income** | 23,359 | 14,097 | 10,768 | 13,120 | 61,344 | 26,274 | 15,894 | 12,612 | 16,118 | 70,898 | 23,316 | 14,726 | 12,512 | 14,741 | 65,296 | 70,116 | 75,595 |
| Y/Y% | -2% | 1% | 7% | 12% | 4% | 12% | 13% | 17% | 23% | 16% | -11% | -7% | -1% | -9% | -8% | 7% | 8% |
| Q/Q% | 99% | -40% | -24% | 22% | | 100% | -40% | -21% | 28% | | 45% | -37% | -15% | 18% | | | |
| **Operating Margin %** | 29.8% | 26.7% | 23.7% | 25.0% | 26.8% | 29.8% | 26.0% | 23.7% | 25.6% | 26.7% | 27.7% | 25.0% | 23.5% | 24.6% | 25.5% | 26.1% | 26.7% |
| Y/Ypp change in Oper. Margin % | -2.0% | -1.0% | -0.1% | -0.1% | -1.1% | -0.1% | -0.7% | 0.0% | 0.7% | -0.1% | -2.0% | -1.0% | -0.1% | -1.0% | -1.2% | 0.6% | 0.6% |
| Other income (expense) | 821 | 587 | 540 | 797 | 2,745 | 756 | 274 | 672 | 303 | 2,005 | 550 | 550 | 550 | 550 | 2,200 | 2,200 | 2,200 |
| Pretax income | 24,180 | 14,684 | 11,308 | 13,917 | 64,089 | 27,030 | 16,168 | 13,284 | 16,421 | 72,903 | 23,866 | 15,276 | 13,062 | 15,291 | 67,496 | 72,316 | 77,795 |
| Pretax Margin % | 30.9% | 27.8% | 24.9% | 26.5% | 28.0% | 30.6% | 26.4% | 24.9% | 26.1% | 27.4% | 28.4% | 25.9% | 24.6% | 25.5% | 26.4% | 26.9% | 27.5% |
| Income tax | 6,289 | 3,655 | 2,591 | 3,203 | 15,738 | 6,965 | 2,346 | 1,765 | 2,296 | 13,372 | 3,938 | 2,521 | 2,155 | 2,523 | 11,137 | 11,932 | 12,836 |
| Tax rate | 26.0% | 24.9% | 22.9% | 23.0% | 24.6% | 25.8% | 14.5% | 13.3% | 14.0% | 18.3% | 16.5% | 16.5% | 16.5% | 16.5% | 16.5% | 16.5% | 16.5% |
| **Net Income** | 17,891 | 11,029 | 8,717 | 10,714 | 48,351 | 20,065 | 13,822 | 11,519 | 14,125 | 59,531 | 19,928 | 12,755 | 10,907 | 12,768 | 56,359 | 60,384 | 64,959 |
| Net income % rev. | 22.8% | 20.9% | 19.2% | 20.4% | 21.1% | 22.7% | 22.6% | 21.6% | 22.5% | 22.4% | 23.7% | 21.7% | 20.5% | 21.3% | 22.0% | 22.5% | 23.0% |
| WA # Shares - FD (M) | 5,328 | 5,262 | 5,233 | 5,184 | 5,252 | 5,158 | 5,068 | 4,927 | 4,848 | 5,000 | 4,770 | 4,712 | 4,654 | 4,596 | 4,683 | 4,451 | 4,219 |
| Y/Y% | -5% | -5% | -4% | -4% | -5% | -3% | -4% | -6% | -6% | -5% | -8% | -7% | -6% | -5% | -7% | -5% | -5% |
| Q/Q% | -1% | -1% | -1% | -1% | | -2% | -2% | -3% | -2% | | 0% | -1% | -1% | -1% | | | |
| **EPS** | $ 3.36 | $ 2.10 | $ 1.67 | $ 2.07 | $ 9.19 | $ 3.89 | $ 2.73 | $ 2.34 | $ 2.91 | $ 11.87 | $ 4.18 | $ 2.71 | $ 2.34 | $ 2.78 | $ 12.01 | $ 13.54 | $ 15.30 |
| Y/Y% | 2% | 10% | 17% | 24% | 11% | 16% | 30% | 40% | 41% | 29% | 7% | -1% | 0% | -5% | 1% | 13% | 14% |
| Q/Q% | 101% | -38% | -21% | 24% | | 88% | -30% | -14% | 25% | | 43% | -35% | -13% | 19% | | | |
| Consensus EPS | $ 3.22 | $ 2.02 | $ 1.57 | $ 1.87 | $ 9.00 | $ 3.85 | $ 2.69 | $ 2.16 | $ 2.78 | $ 11.48 | $ 4.65 | | | | $ 13.29 | $ 14.64 | |
| Cents above/below consensus | $ 0.14 | $ 0.08 | $ 0.10 | $ 0.20 | $ 0.19 | $ 0.04 | $ 0.04 | $ 0.18 | $ 0.13 | $ 0.39 | $ (0.47) | | | | $ (1.28) | $ (1.10) | |

*Source: Company reports and FBN Securities estimates*

# Exhibit 9

**Figure 2: AAPL Revenue Segmentation**

| AAPL Revenue Segmentation ($M) | Q1 17 Dec-16 | Q2 17 Mar-17 | Q3 17 Jun-17 | Q4 17 Sep-17 | 2017A | Q1 18 Dec-17 | Q2 18 Mar-18 | Q3 18 Jun-18 | Q4 18A Sep-18 | 2018A | Q1 19E Dec-18 | Q2 19E Mar-19 | Q3 19E Jun-19 | Q4 19E Sep-19 | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues ($ millions)** | | | | | | | | | | | | | | | | | |
| iPhone | $ 54,378 | $ 33,249 | $ 24,846 | $ 28,846 | $141,319 | $ 61,576 | $ 38,032 | $ 29,906 | $ 37,185 | $166,699 | $ 52,259 | $ 32,850 | $ 26,792 | $ 31,448 | $143,349 | $144,783 | $146,230 |
| iPad | $ 5,533 | $ 3,889 | $ 4,969 | $ 4,831 | $ 19,222 | $ 5,862 | $ 4,113 | $ 4,741 | $ 4,089 | 18,805 | $ 5,460 | $ 3,751 | $ 4,660 | $ 3,834 | $ 17,705 | $ 16,331 | $ 15,433 |
| Mac | $ 7,244 | $ 5,844 | $ 5,592 | $ 7,170 | $ 25,850 | $ 6,895 | $ 5,848 | $ 5,330 | $ 7,411 | 25,484 | $ 7,952 | $ 5,552 | $ 5,110 | $ 7,282 | $ 25,895 | $ 25,635 | $ 25,378 |
| Services (with Apple Pay); >$48B in F2 | $ 7,172 | $ 7,041 | $ 7,266 | $ 8,501 | $ 29,980 | $ 8,471 | $ 9,190 | $ 9,548 | $ 9,981 | 37,190 | $ 10,801 | $ 11,579 | $ 12,030 | $ 12,476 | $ 46,887 | $ 58,123 | $ 70,891 |
| Wearables/Home/Accessories | $ 4,024 | $ 2,873 | $ 2,735 | $ 3,231 | $ 12,863 | $ 5,489 | $ 3,954 | $ 3,740 | $ 4,234 | 17,417 | $ 7,567 | $ 5,163 | $ 4,550 | $ 4,893 | $ 22,174 | $ 24,077 | $ 24,986 |
| **Total Revenue** | $ 78,351 | $ 52,896 | $ 45,408 | $ 52,579 | $229,234 | $ 88,293 | $ 61,137 | $ 53,265 | $ 62,900 | $265,595 | $ 84,038 | $ 58,896 | $ 53,143 | $ 59,933 | $256,010 | $268,948 | $282,918 |
| **Y/Y % Change** | | | | | | | | | | | | | | | | | |
| iPhone | | 5% | 1% | 3% | 2% | 3% | 13% | 14% | 20% | 29% | 18% | -15% | -14% | -10% | -15% | -14% | 1% | 1% |
| iPad | | -22% | -12% | 2% | 14% | -7% | 6% | 6% | -5% | -15% | -2% | -7% | -9% | -2% | -6% | -6% | -8% | -5% |
| Mac | | 7% | 14% | 7% | 25% | 13% | -5% | 0% | -5% | 3% | -1% | 15% | -5% | -4% | -2% | 2% | -1% | -1% |
| Services | | 18% | 18% | 22% | 34% | 23% | 18% | 31% | 31% | 17% | 24% | 28% | 26% | 26% | 25% | 26% | 24% | 22% |
| Wearables/Home/Accessories | | -8% | 31% | 23% | 36% | 16% | 36% | 38% | 37% | 31% | 35% | 38% | 31% | 22% | 16% | 27% | 9% | 4% |
| **Total Revenue** | | 3% | 5% | 7% | 12% | 6% | 13% | 16% | 17% | 20% | 16% | -5% | -4% | 0% | -5% | -4% | 5% | 5% |
| **Q/Q % Change** | | | | | | | | | | | | | | | | | |
| iPhone | | 93% | -39% | -25% | 16% | | 113% | -38% | -21% | 24% | | 41% | -37% | -18% | 17% | | | |
| iPad | | 30% | -30% | 28% | -3% | | 21% | -30% | 15% | -14% | | 34% | -31% | 24% | -18% | | | |
| Mac | | 26% | -19% | -4% | 28% | | -4% | -15% | -9% | 39% | | 7% | -30% | -8% | 43% | | | |
| Services | | 13% | -2% | 3% | 17% | | 0% | 8% | 4% | 5% | | 8% | 7% | 4% | 4% | | | |
| Wearables/Home/Accessories | | 70% | -29% | -5% | 18% | | 70% | -28% | -5% | 13% | | 79% | -32% | -12% | 8% | | | |
| **Total Revenue** | | 67% | -32% | -14% | 16% | | 68% | -31% | -13% | 18% | | 34% | -30% | -10% | 13% | | | |
| **% of Revenues** | | | | | | | | | | | | | | | | | |
| iPhone | | 69.4% | 62.9% | 54.7% | 54.9% | 61.6% | 69.7% | 62.2% | 56.1% | 59.1% | 62.8% | 62.2% | 55.8% | 50.4% | 52.5% | 56.0% | 53.8% | 51.7% |
| iPad | | 7.1% | 7.4% | 10.9% | 9.2% | 8.4% | 6.6% | 6.7% | 8.9% | 6.5% | 7.1% | 6.5% | 6.4% | 8.8% | 6.4% | 6.9% | 6.1% | 5.5% |
| Mac | | 9.2% | 11.0% | 12.3% | 13.6% | 11.3% | 7.8% | 9.6% | 10.0% | 11.8% | 9.6% | 9.5% | 9.4% | 9.6% | 12.1% | 10.1% | 9.5% | 9.0% |
| Services | | 9.2% | 13.3% | 16.0% | 16.2% | 13.1% | 9.6% | 15.0% | 17.9% | 15.9% | 14.0% | 12.9% | 19.7% | 22.6% | 20.8% | 18.3% | 21.6% | 25.1% |
| Wearables/Home/Accessories | | 5.1% | 5.4% | 6.0% | 6.1% | 5.6% | 6.2% | 6.5% | 7.0% | 6.7% | 6.6% | 9.0% | 8.8% | 8.6% | 8.2% | 8.7% | 9.0% | 8.8% |
| **Total Revenue** | | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| **Apple Watch Model** | | | | | | | | | | | | | | | | | |
| Apple Watch Units | 4,300 | 2,400 | 2,925 | 3,375 | 13,000 | 6,500 | 3,000 | 3,600 | 4,100 | 17,200 | 8,200 | 3,600 | 4,100 | 4,500 | 20,400 | 21,828 | 23,356 |
| Y/Y% | -1% | | >50% | >50% | >50% | 51% | 25% | 23% | 21% | 32% | 26% | 20% | 14% | 10% | 19% | 7% | 7% |
| Disclosed Y/Y% | | >50% | >50% | >50% | >50% | | | | | | | | | | | | |
| Memo: IDC Estimate: | | | | | | | | | | | | | | | | | |
| Apple Watch ASP | $ 445 | $ 441 | $ 436 | $ 432 | $ 439 | $ 427 | $ 423 | $ 419 | $ 415 | $ 422 | $ 411 | $ 407 | $ 402 | $ 398 | $ 406 | $ 390 | $ 374 |
| Apple Watch Revenue | $ 1,914 | $ 1,057 | $ 1,276 | $ 1,457 | $ 5,704 | $ 2,779 | $ 1,270 | $ 1,508 | $ 1,701 | $ 7,257 | $ 3,367 | $ 1,463 | $ 1,650 | $ 1,793 | $ 8,274 | $ 8,504 | $ 8,741 |
| Y/Y% | -3% | | 47% | 46% | 23% | 45% | 20% | 18% | 17% | 27% | 21% | 15% | 9% | 5% | 14% | 3% | 3% |
| Disclosed Y/Y% | | | | | Strong DD | | | | | | | | | | | | |
| % of Other Products | | 48% | 37% | 47% | 45% | 44% | 51% | 32% | 40% | 40% | 42% | 44% | 28% | 36% | 37% | 37% | 35% | 35% |
| % of total AAPL revenue | | 2.4% | 2.0% | 2.8% | 2.8% | 2.5% | 3.1% | 2.1% | 2.8% | 2.7% | 2.7% | 4.0% | 2.5% | 3.1% | 3.0% | 3.2% | 3.2% | 3.1% |
| **Other -Ex Apple Watch Revenue** | $ 2,111 | $ 1,816 | $ 1,459 | $ 1,774 | $ 7,159 | $ 2,710 | $ 2,684 | $ 2,232 | $ 2,533 | $ 10,160 | $ 4,200 | $ 3,700 | $ 2,900 | $ 3,100 | $ 13,900 | $ 15,573 | $ 16,245 |
| Y/Y% | -11% | 24% | 8% | 29% | 9% | 28% | 48% | 53% | 43% | 42% | 55% | 38% | 30% | 22% | 37% | 12% | 4% |
| Q/Q% | 54% | -14% | -20% | 22% | | 53% | -1% | -17% | 14% | | 66% | -12% | -22% | 7% | | | |
| Note: Other Ex-Apple Watch also includes AirPod and Beats | | | | | | | | | | | | | | | | | |
| **Wearables/Home/Accessories** | $ 4,024 | $ 2,873 | $ 2,735 | $ 3,231 | $ 12,863 | $ 5,489 | $ 3,954 | $ 3,740 | $ 4,234 | $ 17,417 | $ 7,567 | $ 5,163 | $ 4,550 | $ 4,893 | $ 22,174 | $ 24,077 | $ 24,986 |
| Y/Y% | -8% | 31% | 23% | 36% | 16% | 36% | 38% | 37% | 31% | 35% | 38% | 31% | 22% | 16% | 27% | 9% | 4% |

*Source: Company reports and FBN Securities estimates*

**Exhibit 9**

## Figure 3: AAPL Balance Sheet

| AAPL Balance Sheet ($M) | Q1 18 Dec-17 | Q2 18 Mar-18 | Q3 18 Jun-18 | Q4 18A Sep-18 | Q1 19E Dec-18 | Q2 19E Mar-19 | Q3 19E Jun-19 | Q4 19E Sep-19 | Q1 20E Dec-19 | Q2 20E Mar-20 | Q3 20E Jun-20 | Q4 20E Sep-20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | | | |
| Cash & cash equivalents | 27,491 | 45,059 | 31,971 | 25,913 | 28,799 | 36,904 | 38,278 | 33,528 | 37,167 | 45,891 | 47,502 | 42,444 |
| Marketable securities | 49,662 | 42,881 | 38,999 | 40,388 | 44,886 | 57,518 | 59,660 | 52,257 | 57,928 | 71,526 | 74,037 | 66,153 |
| Accounts receivable | 23,440 | 14,324 | 14,104 | 23,186 | 28,000 | 13,799 | 14,072 | 22,092 | 29,175 | 14,568 | 14,879 | 23,228 |
| Inventories | 4,421 | 7,662 | 5,936 | 3,956 | 4,208 | 7,381 | 5,922 | 3,769 | 4,385 | 7,792 | 6,262 | 3,963 |
| Deferred tax assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Vendor non-trade receivables | 27,459 | 8,084 | 12,263 | 25,809 | 26,136 | 7,788 | 12,235 | 24,592 | 27,232 | 8,222 | 12,937 | 25,856 |
| Other current assets | 11,337 | 12,043 | 12,488 | 12,087 | 10,791 | 11,602 | 12,459 | 11,517 | 11,243 | 12,248 | 13,174 | 12,109 |
| **Total Current Assets** | **143,810** | **130,053** | **115,761** | **131,339** | **142,818** | **134,991** | **142,627** | **147,755** | **167,130** | **160,248** | **168,791** | **173,752** |
| | | | | | | | | | | | | |
| Long-term marketable securities | 207,944 | 179,286 | 172,773 | 170,799 | 170,799 | 170,799 | 170,799 | 192,623 | 192,623 | 192,623 | 192,623 | 216,007 |
| Property, plant and equipment,net | 33,679 | 35,077 | 38,117 | 41,304 | 32,056 | 33,791 | 38,030 | 39,356 | 33,401 | 35,674 | 40,212 | 41,378 |
| Goodwill | 5,889 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Acquired intangible assets | 2,149 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other assets | 13,323 | 23,086 | 22,546 | 22,283 | 22,000 | 22,240 | 22,494 | 21,232 | 22,923 | 23,479 | 23,785 | 22,323 |
| **Total LT Assets** | **262,984** | **237,449** | **233,436** | **234,386** | **224,855** | **226,830** | **231,323** | **253,211** | **248,947** | **251,777** | **256,620** | **279,708** |
| | | | | | | | | | | | | |
| **Total Assets** | **406,794** | **367,502** | **349,197** | **365,725** | **367,673** | **361,821** | **373,950** | **400,966** | **416,078** | **412,024** | **425,411** | **453,460** |
| | | | | | | | | | | | | |
| **Liabilities & Equity** | | | | | | | | | | | | |
| Accounts payable | 62,985 | 34,311 | 38,489 | 55,888 | 52,301 | 33,053 | 38,401 | 53,252 | 54,496 | 34,895 | 40,604 | 55,989 |
| Accrued expenses | 26,281 | 26,756 | 25,184 | 32,687 | 25,014 | 25,775 | 25,126 | 31,145 | 26,064 | 27,212 | 26,568 | 32,746 |
| Deferred revenue | 8,044 | 7,775 | 7,403 | 7,543 | 7,656 | 7,490 | 7,386 | 7,187 | 7,978 | 7,907 | 7,810 | 7,557 |
| Commercial paper | 11,980 | 11,980 | 11,974 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 |
| Current debt | 6,498 | 8,498 | 5,498 | 8,784 | 8,784 | 8,784 | 8,784 | 8,784 | 8,784 | 8,784 | 8,784 | 8,784 |
| **Total Current Liabilities** | **115,788** | **89,320** | **88,548** | **116,866** | **105,720** | **87,066** | **91,661** | **112,333** | **109,286** | **90,762** | **95,730** | **117,039** |
| | | | | | | | | | | | | |
| Deferred revenue - non-current | 3,131 | 3,087 | 2,878 | 2,797 | 2,980 | 2,974 | 2,871 | 2,665 | 3,105 | 3,140 | 3,036 | 2,802 |
| LT Debt | 103,922 | 101,362 | 97,128 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 |
| Other non-current liabilities | 43,754 | 46,855 | 45,694 | 45,180 | 41,645 | 45,137 | 45,589 | 43,049 | 43,393 | 47,653 | 48,205 | 45,261 |
| **Total LT Liabilities** | **150,807** | **151,304** | **145,700** | **141,712** | **138,360** | **141,846** | **142,196** | **139,449** | **140,233** | **144,528** | **144,976** | **141,799** |
| | | | | | | | | | | | | |
| **Total Liabilities** | **266,595** | **240,624** | **234,248** | **258,578** | **244,080** | **228,913** | **233,857** | **251,782** | **249,519** | **235,290** | **240,706** | **258,838** |
| | | | | | | | | | | | | |
| **Shareholder's equity** | **140,199** | **126,878** | **114,949** | **107,147** | **123,593** | **132,909** | **140,093** | **149,184** | **166,559** | **176,734** | **184,705** | **194,622** |
| **Total Liabilities and Sh. Equity** | **406,794** | **367,502** | **349,197** | **365,725** | **367,673** | **361,821** | **373,950** | **400,966** | **416,078** | **412,024** | **425,411** | **453,460** |
| | | | | | | | | | | | | |
| **BALANCE SHEET METRICS** | | | | | | | | | | | | |
| Book value per share | $ 27.18 | $ 25.03 | $ 23.33 | $ 22.10 | $ 25.91 | $ 28.21 | $ 30.10 | $ 32.46 | $ 36.70 | $ 39.45 | $ 41.77 | $ 44.60 |
| DSO | 24 | 21 | 24 | 33 | 30 | 21 | 24 | 33 | 30 | 21 | 24 | 33 |
| Q/Q% in A/R | 31% | -39% | -2% | 64% | 21% | -51% | 2% | 57% | 32% | -50% | 2% | 56% |
| Inventory turnover | 49 | 20 | 22 | 39 | 49 | 19 | 22 | 39 | 49 | 19 | 21 | 38 |
| Seq. % Change in Inventory | -8.9% | 73.3% | -22.5% | -33.4% | 6.4% | 75.4% | -19.8% | -36.4% | 16.3% | 77.7% | -19.6% | -36.7% |
| Gross cash | 285,097 | 267,226 | 243,743 | 237,100 | 244,483 | 265,221 | 268,737 | 278,408 | 287,718 | 310,040 | 314,162 | 324,603 |
| Gross Debt | $122,400 | $121,840 | $114,600 | $114,483 | $114,483 | $114,483 | $114,483 | $114,483 | $114,483 | $114,483 | $114,483 | $114,483 |
| Net Cash | 162,697 | 145,386 | 129,143 | 122,617 | 130,000 | 150,738 | 154,254 | 163,925 | 173,235 | 195,557 | 199,679 | 210,120 |
| Net Cash/Share | $ 31.54 | $ 28.68 | $ 26.21 | $ 25.29 | $ 27.25 | $ 31.99 | $ 33.14 | $ 35.67 | $ 38.17 | $ 43.65 | $ 45.16 | $ 48.15 |
| Value of offshore cash taxed at 35% | | | | | | | | | | | | |
| Gross cash adj. for taxed offshore | | | | | | | | | | | | |
| Net cash adj. for taxed offshore | | | | | | | | | | | | |
| Debt/Capital | 47% | 49% | 50% | 52% | 48% | 46% | 45% | 43% | 41% | 39% | 38% | 37% |
| Current ratio | 1.2 | 1.5 | 1.3 | 1.1 | 1.4 | 1.6 | 1.6 | 1.3 | 1.5 | 1.8 | 1.8 | 1.5 |
| Quick Ratio | 0.9 | 1.1 | 1.0 | 0.8 | 1.0 | 1.2 | 1.2 | 1.0 | 1.1 | 1.5 | 1.4 | 1.1 |
| ROE | 57.2% | 43.6% | 40.1% | 52.7% | 64.5% | 38.4% | 31.1% | 34.2% | 50.4% | 31.1% | 25.7% | 28.3% |

*Source: Company reports and FBN Securities estimates*

Shebly Seyrafi, CFA (212-618-2185)  sseyrafi@fbnsecurities.com     **FBN Securities**     4

**Exhibit 9**

## Disclosure Section

Regulation AC, Analyst Certification

☐ I, Shebly Seyrafi, certify that the views expressed in the research report accurately reflect my personal views about

the subject securities or issuers.

☐ No part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations

or views I have expressed in the research report.

Ownership and material conflicts of interest

☐ To the best of my knowledge, FBN Securities has no beneficial ownership in any of the recommended securities

and does not hold 1% or more of the subject company's securities.

☐ FBN Securities limits its investment banking role in the capacity only as a selling group member, and does not act in the capacity of underwriter for any public or private deals. FBN may have or in the future be part of a selling group in the security covered.

It has not received compensation for investment banking

activity or from any activity to the best of my knowledge, from any company mentioned in this report within the twelve months preceding publication.

☐ FBN Securities does not compensate its research personnel for investment banking services.

☐ FBN Securities makes no market in any recommended securities.

☐ Neither the analyst nor any member of the analyst's household is an officer, director or advisory board member of any company mentioned in this report.

***DISCLAIMERS***

This publication is provided to you for information purposes and is not intended as an offer or solicitation for the

purchase or sale of any financial instrument. The information contained herein has been obtained from sources

believed reliable but is not necessarily complete and its accuracy cannot be guaranteed. Any opinions or estimates

contained in this report represent the judgment of the analyst at this time, and are subject to change without notice.

The investments discussed or recommended in this report may not be suitable for all investors. Investors must make

their own investment based on their specific investment objectives and financial position and using such independent

advisers, as they believe necessary. Additional information is available upon request. Past performance should not be

taken as an indication or guarantee of future results. Opinions and estimates may be changed without notice and FBN

Securities disclaims any obligation to advise you of any such change.

FBN offers both Fundamental and Technical Research. At any time the two may offer different views.

FBN permits its analysts to make media appearances, and securities mentioned in this report may be discussed through the media.

Analyst owns shares of AAPL.

**Exhibit 9**

## Stock Ratings

FBN uses a relative rating system using terms Outperform, Sector Perform, and Underperform. FBN does not assign ratings of buy, hold, or sell to the stocks covered.

Outperform (O) – The stock's total return is expected to exceed the average return for the analyst's sector coverage universe over the next 6 to 12-month period.

Sector Perform (SP) - The stock's total return is expected to be in-line with the average return for the analyst's sector coverage universe over the next 6 to 12-month period.

Underperform (U) - The stock's total return is expected to be below the average return for the analyst's sector coverage universe over the next 6 to 12-month period.

| Institutional Sales: | Trading: |
|---|---|
| Gregory Naso, CFA | Michael Naso |
| 120 Broadway, Suite 1034 | 120 Broadway, Suite 1034 |
| New York, NY 10271 | New York, NY 10271 |
| 212-618-2193 | 212-566-2216 |
| gnaso@fbnsecurities.com | mnaso@fbnsecurities.com |

**Exhibit 9**

## AAPL Stock Chart



**AAPL Price Target and Rating History**

| Date | Price Target | Rating | Date | Price Targ | Rating |
|------|--------------|--------|------|-----------|--------|
| 1/3/2019 | $190 | O | 7/27/2016 | $120 | O |
| 11/2/2018 | $240 | O | 4/27/2016 | $110 | O |
| 8/1/2018 | $230 | O | 1/27/2016 | $120 | O |
| 5/2/2018 | $200 | O | 7/22/2015 | $150 | O |
| 2/1/2018 | $210 | O | 4/28/2015 | $160 | O |
| 11/3/2017 | $200 | O | 3/10/2015 | $145 | O |
| 8/2/2017 | $180 | O | 1/28/2015 | $140 | O |
| 5/3/2017 | $160 | O | 10/21/2014 | $130 | O |
| 3/27/2017 | $155 | O | 9/9/2014 | $115 | O |
| 2/1/2017 | $145 | O | 7/23/2014 | $110 | O |
| 10/26/2016 | $130 | O | 4/24/2014 | $93 | O |
| | | | 1/28/2014 | $89 | O |

| | Ratings Distribution | | IB Serv./Past 12 Mos. |
|------|------|------|------|
| Category | Count | % | % |
| Outperform (O) | 40 | 61% | 0% |
| Sector Perform (SP) | 22 | 33% | 0% |
| Underperform (U) | 3 | 5% | 0% |
| Unrated | 1 | 2% | 0% |
| Total | 66 | 98% | 0% |



**Exhibit 9**

North America Equity Research
03 January 2019

# Apple

iPhone Volume Woes Continue on Cyclical
Headwinds; Remain OW on Services Transformation
& Leverage of Installed Base

Apple's iPhone shipment volumes continued to be challenged by the worsening macro weakness in emerging markets (particularly China), and by elongating replacement cycles in developed markets, the combination of which led to a substantial -8% revision to F1Q19 (Dec-end) revenue guidance. The guidance revision follows an already disappointing F1Q19 revenue guide issued in early November. While most other headwinds (namely FX, tougher comps based on product launch timing, and supply chain constraints) contemplated by management already in the guide tracked in line with expectation, F1Q19 preliminary results tracked substantially lower than guidance led by greater economic weakness in EMs and fewer phone upgrades in DMs. Despite product segments outside of the iPhone tracking in line to better than expected, the challenged iPhone shipment outlook is driving our lower earnings estimates given the firm's outsized reliance on iPhone revenue and profitability at this time, even as it continues to successfully execute on a transformation to greater reliance on Services which will provide better visibility to earnings and cash flow.

! **Retain Overweight rating focusing on Services transformation, while looking past iPhone volume challenges largely led by cyclical drivers.** Apple had already embedded various cyclical headwinds, including iPhone launch timing, adverse FX impact (estimated to be 200 bps), and supply chain constraints (for Airpods, Apple Watch, and iPad Pro) in the softer guidance issued in early November. However, headwinds from the economic weakness in EMs drove incremental cyclical weakness, in addition to a structural driver in elongating replacement cycle for iPhones in the developed markets — led in our view by robustness of the product and success of the battery replacement plan, both of which are positive for the firm long-term, while proving painful near-term. We retain our Overweight rating looking past the largely cyclical volume headwinds to focus on the accelerating transformation to Services and leverage of the large installed base driving upside through a combination of earnings growth and potential multiple re-rating.

! **Silver linings emphasizing transformation story even amidst a disappointing print.** Although preliminary F1Q19 results were quite disappointing, we see silver linings in: 1) better than expected ~27% y/y growth in Services revenue despite moratorium on app approvals in China; 2) strong growth and all-time high count of active devices in the installed base; 3) strong growth of ~50% y/y in wearables (Watch+ Airpods) demonstrating ability to leverage the large installed base to drive ancillary revenues; 4) strong non- iPhone revenue growth of +19% y/y.

## Overweight

**AAPL, AAPL US**
Price: $157.92
▼ Price Target: $228.00
Previous: $266.00

---

**Telecom & Networking Equipment/IT Hardware**

**Samik Chatterjee, CFA** AC
(1-212) 622 0798
samik.x.chatterjee@jpmorgan.com
J.P. Morgan Securities LLC

**Joseph Cardoso**
(1-212) 622-9036
joseph.cardoso@jpmchase.com
J.P. Morgan Securities LLC

**Bharat Daryani**
(91-22) 6157 3057
bharat.daryani@jpmchase.com
J.P. Morgan India Private Limited

**Price Performance**



—— AAPL share price ($
—— S&P500 (rebased)

|  | YTD | 1m | 3m | 12m |
|---|---|---|---|---|
| Abs | 0.1% | -11.6% | -31.1% | -8.3% |
| Rel | 0.0% | -2.5% | -17.0% | -1.4% |

**Apple Inc. (AAPL;AAPL US)**

| FYE Sep | 2016A | 2017A | 2018A | 2019E (Prev) | 2019E (Curr) | 2020E (Prev) | 2020E (Curr) | 2021E (Prev) | 2021E (Curr) |
|---|---|---|---|---|---|---|---|---|---|
| EPS (pro forma) ($) | | | | | | | | | |
| Q1 (Dec) | 3.18 | 3.36 | 3.89 | 4.85 | 4.20 | 5.53 | 4.87 | 6.31 | 5.71 |
| Q2 (Mar) | 1.90 | 2.10 | 2.73 | 2.97 | 2.44 | 3.36 | 2.88 | 3.75 | 3.71 |
| Q3 (Jun) | 1.42 | 1.67 | 2.34 | 2.44 | 2.12 | 2.72 | 2.59 | 3.04 | 3.12 |
| Q4 (Sep) | 1.67 | 2.07 | 2.91 | 3.28 | 2.89 | 3.59 | 3.31 | 4.10 | 3.71 |
| FY | 8.18 | 9.19 | 11.87 | 13.55 | 11.65 | 15.20 | 13.65 | 17.20 | 16.25 |
| Bloomberg EPS FY ($) | 8.27 | 9.00 | 11.79 | - | 13.24 | - | 14.61 | - | 15.99 |

Source: Company data, Bloomberg, J.P. Morgan estimates.

**Company Data**

| | |
|---|---|
| Price ($) | 157.92 |
| Date Of Price | 02-Jan-19 |
| 52-week Range ($) | 233.47-146.59 |
| Market Cap ($ bn) | 765.52 |
| Fiscal Year End | Sep |
| Shares O/S (mn) | 4,848 |
| Price Target ($) | 228.00 |
| Price Target End Date | 31-Dec-19 |

**See page 8 for analyst certification and important disclosures, including non-US analyst disclosures.**

J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

www.jpmorganmarkets.com

Samik Chatterjee, CFA
(1-212) 622 0798
samik.x.chatterjee@jpmorgan.com

North America Equity Research
03 January 2019

**Exhibit 9**

J.P.Morgan

! **Lower EPS estimates by -14% and -10% for FY19 and FY20, respectively; price target goes to $228 ($266 prior).** Led by the combination of the lower iPhone volume shipment outlook and slightly lower margin outlook (led by weaker revenue outlook for iPhones), we are lowering our FY19 and FY20 EPS estimates by -14% and -10%, respectively. Our out-year estimate for FY21 declines more modestly, partly on account of continued strong pace of share buybacks (Apple emphasized its target of being net cash neutral long-term) at a lower share price relative to that assumed prior driving higher earnings accretion in the out-year. Our December 2019 price target goes to $228 vs. $266 prior, led by the lower earnings outlook as well as modestly lower target P/E multiple (16.6x vs. 17.5x prior) on account of a lower earnings multiple attributed to iPhone earnings relative to prior (11.0x vs. 14.0x prior).

! **Updated iPhone volume forecasts.** While the $7 bn revenue shortfall relative to mid-point of guidance for F1Q19 implies a roughly 9 mn volume shortfall (at $800 ASP), we estimate part of the shortfall is driven by ASP pressures stemming from higher trade-in values offered to customers in recent promotional programs. We are now lowering our calendar 2019 volume forecast to 185 mn (-10% y/y) vs. 208 mn prior, and calendar 2020 volume forecast to 190 mn vs. 210 mn prior.

2

**Exhibit 9**

Samik Chatterjee, CFA
(1-212) 622 0798
samik.x.chatterjee@jpmorgan.com

North America Equity Research
03 January 2019

**J.P.Morgan**

# Investment Thesis, Valuation and Risks

## Apple *(Overweight; Price Target: $228.00)*

**Investment Thesis**

We rate AAPL shares Overweight given our favorable outlook on iPhone and Services revenues relative to investor expectations, catalysts to accelerate revenue growth, and upside risk to our base forecast for +17% earnings CAGR. We see upside on several aspects of the business as well as financials that remain underappreciated by investors, namely the transformation of the company to Services, growth in the installed base, technology leadership, and optionality around capital deployment — all of which together leads us to expect double digit earnings growth and a modest re-rating for the shares.

**Valuation**

We are maintaining our Overweight rating and lowering our December 2019 price target to $228 (vs. $266 prior). Our December 2019 price target of $228 is predicated on a 16.6x blended P/E multiple which implies a re-rating from NTM trading multiple of 13.6x. Our blended P/E is arrived at based on a SOTP methodology using 11.0x P/E for iPhones, Mac and iPad devices, 25.0x for Services and Apple Watch, and 16.0x for Other Products.

Key assumptions used in formulating the price target are:

! **iPhone:** We use an 11.0x P/E multiple for our iPhone earnings estimate in calendar 2020, modest discount to the 14.0x multiple that industry leader Nokia, traded at from 2005 to 2010 when the firm had a leadership position in feature phones.

! **Mac devices:** P/E multiple of 11.0x, modest premium to the 9.5x NTM P/E multiple for competitor HPQ, largely subject to similar industry dynamics, although with higher profitability.

! **iPad devices**: P/E multiple of 11.0x, in line with the multiple we assign for Mac devices as growth opportunities are limited for both notebooks as well as tablets. Additionally, we believe increasing consumption of content on smartphones is likely to substitute purchases of laptops/notebooks as well as tablets in the future.

! **Services:** P/E multiple of 25.0x on the Services segment, in line with the average trading multiple for a peer group of luxury/retail companies (Costco, Estée Lauder and Home Depot), which are leaders in their respective markets and derive a stickiness for product sales through customer loyalty in the form of either membership programs or brand value. We believe the subscription nature of Apple's Services segment, with high visibility of revenue and earnings, warrants it being valued in line with the leading luxury/retail companies.

! **Apple Watch:** P/E multiple of 25.0x, roughly in line with the 25.0x target multiple we use for the Services group, on account of the materially higher room for growth relative to Apple's legacy hardware products like iPhone, iPad, and Mac.

! **Other Products:** P/E multiple of 16.0x, at a modest premium to the legacy hardware devices like iPhone, iPad, and Mac on account of higher growth

# Exhibit 9

Samik Chatterjee, CFA
(1-212) 622 0798
samik.x.chatterjee@jpmorgan.com

**North America Equity Research**
03 January 2019

J.P.Morgan

opportunities. However, the 16.0x multiple is at a discount to the 25.0x multiple we use to value Apple Watch on account of lower margins for accessory sales in a more competitive market.

**Table 1: AAPL P/E Based Price Target Analysis**

$ in millions, except per share amounts

| | NTM Qtrs 1-4 | CY19E | CY20E |
|---|---|---|---|
| JPM Net Income | **53,751** | **54,888** | **59,437** |
| JPM EPS | $11.65 | $12.33 | $14.49 |
| | | | |
| P/E Multiple | 13.6x | | |
| JPM P/E Multiple | | 16.6x | 16.6x |
| **Total Equity Value** | **765,525** | **913,610** | **989,335** |
| | | | |
| Average Diluted Share Count | 4,847.5 | 4,756.3 | 4,333.1 |
| **Implied Share Price** | **$157.9** | **$192.0** | **$228.0** |
| | | | |
| Current Value per Share | $157.9 | $157.9 | $157.9 |
| Upside vs. Current | | 22% | 44% |
| | | | |
| Memo: | | | |
| (-) Net Cash/(Debt) | 94,550 | 95,712 | 70,863 |
| Enterprise Value | 670,974 | 817,899 | 918,472 |
| JPM EBITDA | 73,660 | 75,462 | 81,928 |
| *Implied EV/EBITDA* | *9.1x* | *10.8x* | *11.2x* |

Source: J.P. Morgan estimates.

**Risks to Rating and Price Target**

**Industry Downside Risks**

**Deceleration or contraction in the handset and smartphone market could be faster than expected**

Economic conditions or shifting consumer demand could cause greater-than-expected deceleration or contraction in the handset and smartphone markets. This would negatively impact Apple's prospects for growth, and the shares may fail to achieve our target price as a result.

**Increase in competitive pressures in international markets**

Apple is increasingly participating in international markets, such as China and India, where local players, which are better situated, could leverage their position and pull on levers such as pricing to make the market more competitive. In addition, tariffs enacted by local governments may further hurt Apple's ability to effectively compete in international markets.

**Company-Specific Downside Risks**

**Investment in new business strategies and acquisitions could be fruitless**

Apple has historically invested in new business strategies and acquisitions. As such, success on these investments has low visibility at this time and could lead to greater-than-expected liabilities and expense. Additionally, new investments could have a negative impact on current operations by distracting management.

4

**Exhibit 9**

Samik Chatterjee, CFA
(1-212) 622 0798
samik.x.chatterjee@jpmorgan.com

North America Equity Research
03 January 2019

J.P.Morgan

### Key man risk around departure of chief executive officer

While risks related to departure of management executives appear considerably lower relative to in the past, we believe the execution on strategic priorities under CEO Tim Cook's leadership does still present modest risk to the share price, although we see a strong group of executives to support business performance without disruptions.

### Litigation with Qualcomm could drive unexpected liabilities

As part of risk mitigation from the ongoing litigation with Qualcomm, Apple has provisioned what management believes could be worst-case payments to Qualcomm in the event of an adverse judgement. However, less favorable outcomes with greater damages awarded to Qualcomm could be a liability for Apple beyond the provisions, and drive downside to our price target.

**Exhibit 9**

Samik Chatterjee, CFA
(+1-212) 622 0798
samik.x.chatterjee@jpmorgan.com

North America Equity Research
03 January 2019

J.P.Morgan

## Table 2: AAPL Summary Table

$ mns

| $ mns | 1Q - December | | | 2Q - March | | | 3Q - June | | | 4Q - September | | | Annual | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2017 | 2018 | 2019E | 2017 | 2018 | 2019E | 2017 | 2018 | 2019E | 2017 | 2018 | 2019E | 2017 | 2018 | 2019E | 2020E | 2021E |
| **Revenue** | 78,351 | 88,293 | 84,230 | 52,896 | 61,137 | 57,048 | 45,408 | 53,265 | 51,322 | 52,579 | 62,900 | 61,598 | 229,234 | 265,595 | 254,198 | 271,672 | 301,541 |
| % chg y/y | 4.0% | 12.7% | -4.6% | 4.6% | 15.6% | -6.7% | 7.2% | 17.3% | -3.6% | 12.2% | 19.6% | -2.1% | 6.6% | 15.9% | -4.3% | 6.9% | 11.0% |
| Cost of Sales | 48,175 | 54,381 | 52,122 | 32,305 | 37,715 | 35,401 | 27,920 | 32,844 | 31,788 | 32,648 | 38,816 | 38,221 | 141,048 | 163,756 | 157,533 | 168,252 | 186,392 |
| SG&A | 3,946 | 4,231 | 4,633 | 3,718 | 4,150 | 4,450 | 3,783 | 4,108 | 4,362 | 3,814 | 4,216 | 4,373 | 15,261 | 16,705 | 17,818 | 18,395 | 20,705 |
| as % of sales | 5.0% | 4.8% | 5.5% | 7.0% | 6.8% | 7.8% | 8.3% | 7.7% | 8.5% | 7.3% | 6.7% | 7.1% | 6.7% | 6.3% | 7.0% | 6.8% | 6.9% |
| R&D | 2,871 | 3,407 | 4,089 | 2,776 | 3,378 | 3,879 | 2,937 | 3,701 | 3,952 | 2,997 | 3,750 | 4,004 | 11,581 | 14,236 | 15,924 | 17,090 | 19,029 |
| as % of sales | 3.7% | 3.9% | 4.9% | 5.2% | 5.5% | 6.8% | 6.5% | 6.9% | 7.7% | 5.7% | 6.0% | 6.5% | 5.1% | 5.4% | 6.3% | 6.3% | 6.3% |
| **Operating Income (COI)** | 23,359 | 26,274 | 23,386 | 14,097 | 15,894 | 13,318 | 10,768 | 12,612 | 11,220 | 13,120 | 16,118 | 14,999 | 61,344 | 70,898 | 62,922 | 67,935 | 75,414 |
| operating margin | 29.8% | 29.8% | 27.8% | 26.7% | 26.0% | 23.3% | 23.7% | 23.7% | 21.9% | 25.0% | 25.6% | 24.4% | 26.8% | 26.7% | 24.8% | 25.0% | 25.0% |
| bp chg y/y | -155 bp | -6 bp | -199 bp | -102 bp | -65 bp | -265 bp | -14 bp | -4 bp | -182 bp | -15 bp | 67 bp | -127 bp | -49 bp | -7 bp | -194 bp | 25 bp | 0 bp |
| Other income/(expense) | 821 | 756 | 550 | 587 | 274 | 300 | 540 | 672 | 300 | 797 | 303 | 300 | 2,745 | 2,005 | 1,450 | 1,100 | 1,100 |
| Pre-tax Income | 24,180 | 27,030 | 23,936 | 14,684 | 16,168 | 13,618 | 11,308 | 13,284 | 11,520 | 13,917 | 16,421 | 15,299 | 64,089 | 72,903 | 64,372 | 69,035 | 76,514 |
| Income Tax | 6,289 | 6,965 | 3,949 | 3,655 | 2,346 | 2,247 | 2,591 | 1,765 | 1,901 | 3,203 | 2,296 | 2,524 | 15,738 | 13,372 | 10,621 | 11,391 | 12,659 |
| tax rate % | 26.0% | 25.8% | 16.5% | 24.9% | 14.5% | 16.5% | 22.9% | 13.3% | 16.5% | 23.0% | 14.0% | 16.5% | 24.6% | 18.3% | 16.5% | 16.5% | 16.5% |
| **Net Income** | 17,891 | 20,065 | 19,986 | 11,029 | 13,822 | 11,371 | 8,717 | 11,519 | 9,619 | 10,714 | 14,125 | 12,775 | 48,351 | 59,531 | 53,751 | 57,644 | 63,855 |
| **Diluted EPS** | $3.36 | $3.89 | $4.20 | $2.10 | $2.73 | $2.44 | $1.67 | $2.34 | $2.12 | $2.07 | $2.91 | $2.89 | $9.19 | $11.87 | $11.65 | $13.65 | $16.25 |
| Diluted Shares (avg.) | 5,328 | 5,158 | 4,756 | 5,262 | 5,068 | 4,664 | 5,233 | 4,927 | 4,536 | 5,184 | 4,848 | 4,417 | 5,263 | 5,016 | 4,613 | 4,223 | 3,929 |
| EBITDA ex-equity income | 26,346 | 29,019 | 25,997 | 16,429 | 18,633 | 15,942 | 13,122 | 15,277 | 13,888 | 15,604 | 18,872 | 17,833 | 71,501 | 81,801 | 73,660 | 79,425 | 88,103 |
| % chg y/y | -0.9% | 10.1% | -10.4% | -0.2% | 13.4% | -14.4% | 3.9% | 16.4% | -9.1% | 9.1% | 20.9% | -5.5% | 2.2% | 14.4% | -10.0% | 7.8% | 10.9% |
| EBITDA margin | 33.6% | 32.9% | 30.9% | 31.1% | 30.5% | 27.9% | 28.9% | 28.7% | 27.1% | 29.7% | 30.0% | 29.0% | 31.2% | 30.8% | 29.0% | 29.2% | 29.2% |
| bp chg y/y | -166 bp | -76 bp | -200 bp | -151 bp | -58 bp | -253 bp | -92 bp | -22 bp | -162 bp | -86 bp | 33 bp | -105 bp | -134 bp | -39 bp | -182 bp | 26 bp | -2 bp |
| Cash | 246,090 | 285,097 | 244,354 | 256,841 | 267,226 | 220,461 | 261,516 | 243,743 | 209,033 | 268,895 | 237,100 | 208,283 | 268,895 | 237,100 | 208,283 | 180,379 | 155,028 |
| Debt | 87,549 | 122,400 | 114,483 | 98,522 | 121,840 | 114,483 | 108,339 | 114,600 | 114,483 | 115,680 | 114,483 | 114,483 | 115,680 | 114,483 | 114,483 | 114,483 | 114,483 |
| Gross Leverage (ttm) | 1.3x | 1.7x | 1.5x | 1.4x | 1.6x | 1.6x | 1.5x | 1.5x | 1.5x | 1.6x | 1.6x | 1.6x | 1.6x | 1.6x | 1.6x | 1.4x | 1.3x |
| Net Debt | (158,541) | (162,697) | (129,871) | (158,319) | (145,386) | (105,984) | (153,177) | (129,143) | (94,550) | (153,215) | (122,617) | (93,800) | (153,215) | (122,617) | (93,800) | (66,096) | (40,545) |
| Net Leverage (ttm) | -2.3x | -2.2x | -2.3x | -2.3x | -1.9x | -1.4x | -2.2x | -1.6x | -1.3x | -2.1x | -1.0x | -1.3x | -2.1x | -1.3x | -0.8x | -0.5x | |
| Operating Cash Flow | 27,056 | 28,293 | 24,062 | 12,523 | 15,130 | 2,622 | 8,363 | 14,488 | 14,891 | 15,656 | 19,523 | 26,047 | 63,598 | 77,434 | 67,621 | 69,286 | 72,799 |
| Capital Expenditures | (3,334) | (2,810) | (3,369) | (2,975) | (4,195) | (516) | (2,277) | (3,267) | (2,823) | (3,865) | (3,061) | (3,388) | (12,451) | (13,313) | (12,711) | (13,619) | (15,123) |
| Free Cash Flow | 23,722 | 25,483 | 20,692 | 9,548 | 10,935 | 2,106 | 6,086 | 11,221 | 12,069 | 11,791 | 16,462 | 22,659 | 51,147 | 64,121 | 54,904 | 55,667 | 57,676 |
| Share repurchases | (10,851) | (10,095) | (10,000) | (7,161) | (22,756) | (20,000) | (7,093) | (20,783) | (20,000) | (7,795) | (19,104) | (20,000) | (32,900) | (72,738) | (70,000) | (70,000) | (70,000) |

Source: Company reports and J.P. Morgan estimates

6

**Exhibit 9**

Samik Chatterjee, CFA
(1-212) 622 0798
samik.x.chatterjee@jpmorgan.com

North America Equity Research
03 January 2019

**J.P.Morgan**

# Apple: Summary of Financials

| Income Statement - Annual | FY17A | FY18A | FY19E | FY20E | FY21E |
|---|---|---|---|---|---|
| Revenue | 229,234 | 265,595 | 254,198 | 271,672 | 301,541 |
| COGS | (141,048) | (163,756) | (157,533) | (168,252) | (186,392) |
| Gross profit | 88,186 | 101,839 | 96,665 | 103,420 | 115,149 |
| SG&A | (15,261) | (16,705) | (17,818) | (18,395) | (20,705) |
| Adj. EBITDA | 71,501 | 81,801 | 73,660 | 79,425 | 88,103 |
| D&A | (10,157) | (10,903) | (10,738) | (11,490) | (12,688) |
| Adj. EBIT | 61,344 | 70,898 | 62,922 | 67,935 | 75,414 |
| Net Interest | - | - | - | - | - |
| Adj. PBT | 64,089 | 72,903 | 64,372 | 69,035 | 76,514 |
| Tax | (15,738) | (13,372) | (10,621) | (11,391) | (12,659) |
| Minority Interest | - | - | - | - | - |
| Adj. Net Income | 48,351 | 59,531 | 53,751 | 57,644 | 63,855 |
| Reported EPS | 9.19 | 11.87 | 11.65 | 13.65 | 16.25 |
| Adj. EPS | 9.19 | 11.87 | 11.65 | 13.65 | 16.25 |
| DPS | - | - | - | - | - |
| Payout ratio | - | - | - | - | - |
| Shares outstanding | 5,263 | 5,016 | 4,613 | 4,223 | 3,929 |

| Income Statement - Quarterly | 1Q19E | 2Q19E | 3Q19E | 4Q19E |
|---|---|---|---|---|
| Revenue | 84,230 | 57,048 | 51,322 | 61,598 |
| COGS | (52,122) | (35,401) | (31,788) | (38,221) |
| Gross profit | 32,108 | 21,647 | 19,534 | 23,376 |
| SG&A | (4,633) | (4,450) | (4,362) | (4,373) |
| Adj. EBITDA | 25,997 | 15,942 | 13,888 | 17,833 |
| D&A | (2,611) | (2,624) | (2,669) | (2,833) |
| Adj. EBIT | 23,386 | 13,318 | 11,220 | 14,999 |
| Net Interest | - | - | - | - |
| Adj. PBT | 23,936 | 13,618 | 11,520 | 15,299 |
| Tax | (3,949) | (2,247) | (1,901) | (2,524) |
| Minority Interest | - | - | - | - |
| Adj. Net Income | 19,986 | 11,371 | 9,619 | 12,775 |
| Reported EPS | 4.20 | 2.44 | 2.12 | 2.89 |
| Adj. EPS | 4.20 | 2.44 | 2.12 | 2.89 |
| DPS | - | - | - | - |
| Payout ratio | | | | |
| Shares outstanding | 4,756 | 4,664 | 4,536 | 4,417 |

| Balance Sheet & Cash Flow Statement | FY17A | FY18A | FY19E | FY20E | FY21E |
|---|---|---|---|---|---|
| Cash and cash equivalents | 20,289 | 25,913 | 20,000 | 20,000 | 20,000 |
| Accounts receivable | 17,874 | 23,186 | 23,270 | 24,672 | 26,165 |
| Inventories | 4,855 | 3,956 | 6,795 | 8,126 | 9,096 |
| Other current assets | 85,627 | 78,284 | 78,284 | 78,284 | 78,284 |
| Current assets | 128,645 | 131,339 | 128,349 | 131,082 | 133,545 |
| PP&E | 33,783 | 41,304 | 43,284 | 45,392 | 47,827 |
| LT investments | 194,714 | 170,799 | 147,895 | 120,191 | 94,640 |
| Other non current assets | 18,177 | 22,283 | 22,283 | 22,283 | 22,283 |
| Total assets | 375,319 | 365,725 | 341,811 | 318,948 | 298,296 |
| | | | | | |
| Short term borrowings | 18,473 | 20,748 | 20,748 | 20,748 | 20,748 |
| Payables | 49,049 | 55,888 | 55,209 | 60,942 | 57,448 |
| Other short term liabilities | 33,292 | 40,230 | 46,966 | 44,115 | 46,329 |
| Current liabilities | 100,814 | 116,866 | 122,922 | 125,806 | 124,525 |
| Long-term debt | 97,207 | 93,735 | 93,735 | 93,735 | 93,735 |
| Other long term liabilities | 43,251 | 47,977 | 47,977 | 47,977 | 47,977 |
| Total liabilities | 241,272 | 258,578 | 264,634 | 267,518 | 266,237 |
| Shareholders' equity | 134,047 | 107,147 | 77,177 | 51,430 | 32,059 |
| Minority interests | - | - | - | - | - |
| Total liabilities & equity | 375,319 | 365,725 | 341,811 | 318,948 | 298,296 |
| BVPS | 25.47 | 21.36 | 16.73 | 12.18 | 8.16 |
| *y/y Growth* | 9.6% | (16.1%) | (21.7%) | (27.2%) | (33.0%) |
| Net debt/(cash) | 95,391 | 88,570 | 94,483 | 94,483 | 94,483 |
| | | | | | |
| Cash flow from operating activities | 63,598 | 77,434 | 67,621 | 69,286 | 72,799 |
| o/w Depreciation & amortization | 10,157 | 10,903 | 10,738 | 11,490 | 12,688 |
| o/w Changes in working capital | (5,550) | 34,694 | 3,133 | 151 | (3,744) |
| Cash flow from investing activities | (46,446) | 16,066 | (12,717) | (13,598) | (15,123) |
| o/w Capital expenditure | (12,451) | (13,313) | (12,717) | (13,598) | (15,123) |
| *as % of sales* | 5.4% | 5.0% | 5.0% | 5.0% | 5.0% |
| Cash flow from financing activities | (17,347) | (87,876) | (83,721) | (83,391) | (83,226) |
| o/w Dividends paid | (12,769) | (13,712) | (13,721) | (13,391) | (13,226) |
| o/w Net debt issued/(repaid) | 29,014 | 432 | 0 | 0 | 0 |
| Net change in cash | (195) | 5,624 | (28,817) | (27,704) | (25,551) |
| Adj. Free cash flow to firm | 51,147 | 64,121 | 54,904 | 55,687 | 57,676 |
| *y/y Growth* | (3.7%) | 25.4% | (14.4%) | 1.4% | 3.6% |

| Ratio Analysis | FY17A | FY18A | FY19E | FY20E | FY21E |
|---|---|---|---|---|---|
| Gross margin | 38.5% | 38.3% | 38.0% | 38.1% | 38.2% |
| EBITDA margin | 31.2% | 30.8% | 29.0% | 29.2% | 29.2% |
| EBIT margin | 26.8% | 26.7% | 24.8% | 25.0% | 25.0% |
| Net profit margin | 21.1% | 22.4% | 21.1% | 21.2% | 21.2% |
| | | | | | |
| ROE | 36.9% | 49.4% | 58.3% | 89.6% | 153.0% |
| ROA | 13.9% | 16.1% | 15.2% | 17.4% | 20.7% |
| ROCE | 19.9% | 24.6% | 25.4% | 31.7% | 40.3% |
| SG&A/Sales | 6.7% | 6.3% | 7.0% | 6.8% | 6.9% |
| | | | | | |
| Net debt/equity | 71.2% | 82.7% | 122.4% | 183.7% | 294.7% |
| | | | | | |
| P/E (x) | 17.2 | 13.3 | 13.6 | 11.6 | 9.7 |
| P/BV (x) | 6.2 | 7.4 | 9.4 | 13.0 | 19.4 |
| EV/EBITDA (x) | 9.4 | 8.2 | 9.1 | 8.4 | 7.6 |
| Dividend Yield | - | - | - | - | - |
| | | | | | |
| Sales/Assets (x) | 0.7 | 0.7 | 0.7 | 0.8 | 1.0 |
| Interest cover (x) | - | - | - | - | - |
| Operating leverage | 47.8% | 98.2% | 262.1% | 115.9% | 100.1% |
| | | | | | |
| Revenue y/y Growth | 6.6% | 15.9% | (4.3%) | 6.9% | 11.0% |
| EBITDA y/y Growth | 2.2% | 14.4% | (10.0%) | 7.8% | 10.9% |
| Tax rate | 24.6% | 18.3% | 16.5% | 16.5% | 16.5% |
| Adj. Net Income y/y Growth | 7.1% | 23.1% | (9.7%) | 7.2% | 10.8% |
| EPS y/y Growth | 12.3% | 29.2% | (1.8%) | 17.1% | 19.1% |
| DPS y/y Growth | - | - | - | - | - |

Source: Company reports and J.P. Morgan estimates.

Note: $ in millions (except per-share data).Fiscal year ends Sep. o/w - out of which

7

**Exhibit 9**

Samik Chatterjee, CFA
(1-212) 622 0798
samik.x.chatterjee@jpmorgan.com

North America Equity Research
03 January 2019

J.P.Morgan

**Analyst Certification:** The research analyst(s) denoted by an "AC" on the cover of this report certifies (or, where multiple research analysts are primarily responsible for this report, the research analyst denoted by an "AC" on the cover or within the document individually certifies, with respect to each security or issuer that the research analyst covers in this research) that: (1) all of the views expressed in this report accurately reflect his or her personal views about any and all of the subject securities or issuers; and (2) no part of any of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst(s) in this report. For all Korea-based research analysts listed on the front cover, they also certify, as per KOFIA requirements, that their analysis was made in good faith and that the views reflect their own opinion, without undue influence or intervention.

## Important Disclosures

! **Market Maker:** JPMS makes a market in the stock of Apple.

! **Market Maker/ Liquidity Provider:** J.P. Morgan Securities plc and/or an affiliate is a market maker and/or liquidity provider in securities issued by Apple.

! **Director:** An employee, executive officer or director of JPMorgan Chase & Co. and/or J.P. Morgan is a director and/or officer of Apple.

! **Client:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients: Apple.

! **Client/Investment Banking:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as investment banking clients: Apple.

! **Client/Non-Investment Banking, Securities-Related:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients, and the services provided were non-investment-banking, securities-related: Apple.

! **Investment Banking (past 12 months):** J.P. Morgan received in the past 12 months compensation for investment banking services from Apple.

! **Investment Banking (next 3 months):** J.P. Morgan expects to receive, or intends to seek, compensation for investment banking services in the next three months from Apple.

! **Non-Investment Banking Compensation:** J.P. Morgan has received compensation in the past 12 months for products or services other than investment banking from Apple.

! **Other Significant Financial Interests:** J.P. Morgan owns a position of 1 million USD or more in the debt securities of Apple.

**Company-Specific Disclosures:** Important disclosures, including price charts and credit opinion history tables, are available for compendium reports and all J.P. Morgan–covered companies by visiting https://www.jpmm.com/research/disclosures, calling 1-800-477-0406, or e-mailing research.disclosure.inquiries@jpmorgan.com with your request. J.P. Morgan's Strategy, Technical, and Quantitative Research teams may screen companies not covered by J.P. Morgan. For important disclosures for these companies, please call 1-800-477-0406 or e-mail research.disclosure.inquiries@jpmorgan.com.

8

**Exhibit 9**

Samik Chatterjee, CFA
(1-212) 622 0798
samik.x.chatterjee@jpmorgan.com

**North America Equity Research**
03 January 2019

J.P.Morgan

**Apple (AAPL, AAPL US) Price Chart**



| Date | Rating | Share Price ($) | Price Target ($) |
|------|--------|-----------------|------------------|
| 27-Jan-16 | OW | 99.99 | 141.00 |
| 27-Apr-16 | OW | 104.35 | 125.00 |
| 16-Jun-16 | OW | 97.14 | 105.00 |
| 27-Jul-16 | OW | 96.67 | 107.00 |
| 26-Oct-16 | OW | 118.25 | 114.00 |
| 01-Feb-17 | OW | 121.35 | 142.00 |
| 26-Mar-17 | OW | 140.64 | 165.00 |
| 02-Aug-17 | OW | 150.05 | 176.00 |
| 27-Sep-18 | OW | 220.42 | 272.00 |
| 02-Nov-18 | OW | 222.22 | 270.00 |
| 12-Nov-18 | OW | 204.47 | 266.00 |

Source: Bloomberg and J.P. Morgan; price data adjusted for stock splits and dividends.
Initiated coverage May 01, 1999.
Break in coverage Oct 13, 2017 - Sep 27, 2018.

The chart(s) show J.P. Morgan's continuing coverage of the stocks; the current analysts may or may not have covered it over the entire period.
J.P. Morgan ratings or designations: OW = Overweight, N= Neutral, UW = Underweight, NR = Not Rated

**Explanation of Equity Research Ratings, Designations and Analyst(s) Coverage Universe:**
J.P. Morgan uses the following rating system: Overweight [Over the next six to twelve months, we expect this stock will outperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Neutral [Over the next six to twelve months, we expect this stock will perform in line with the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Underweight [Over the next six to twelve months, we expect this stock will underperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Not Rated (NR): J.P. Morgan has removed the rating and, if applicable, the price target, for this stock because of either a lack of a sufficient fundamental basis or for legal, regulatory or policy reasons. The previous rating and, if applicable, the price target, no longer should be relied upon. An NR designation is not a recommendation or a rating. In our Asia (ex-Australia and ex-India) and U.K. small- and mid-cap equity research, each stock's expected total return is compared to the expected total return of a benchmark country market index, not to those analysts' coverage universe. If it does not appear in the Important Disclosures section of this report, the certifying analyst's coverage universe can be found on J.P. Morgan's research website, www.jpmorganmarkets.com.

**Coverage Universe: Chatterjee, Samik**: Apple (AAPL), Arista (ANET), Ciena (CIEN), Cisco (CSCO), CommScope (COMM), Corning (GLW), F5 Networks (FFIV), Infinera (INFN), Juniper Networks (JNPR), Lumentum (LITE), Sensata (ST), Viavi (VIAV)

**J.P. Morgan Equity Research Ratings Distribution, as of January 02, 2019**

| | Overweight (buy) | Neutral (hold) | Underweight (sell) |
|---|------------------|----------------|---------------------|
| J.P. Morgan Global Equity Research Coverage | 46% | 40% | 14% |
| IB clients* | 53% | 47% | 37% |
| JPMS Equity Research Coverage | 44% | 41% | 15% |
| IB clients* | 75% | 65% | 56% |

*Percentage of investment banking clients in each rating category.
For purposes only of FINRA/NYSE ratings distribution rules, our Overweight rating falls into a buy rating category; our Neutral rating falls into a hold rating category; and our Underweight rating falls into a sell rating category. Please note that stocks with an NR designation are not included in the table above.

**Equity Valuation and Risks:** For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at http://www.jpmorganmarkets.com, contact the primary analyst or your J.P. Morgan representative, or email research.disclosure.inquiries@jpmorgan.com. For material information about the proprietary models used, please see the Summary of Financials in company-specific research reports and the Company Tearsheets, which are available to download on the company pages of our client website, http://www.jpmorganmarkets.com. This report also sets out within it the material underlying assumptions used.

9

**Exhibit 9**

Samik Chatterjee, CFA
(1-212) 622 0798
samik.x.chatterjee@jpmorgan.com

North America Equity Research
03 January 2019

J.P.Morgan

**Equity Analysts' Compensation:** The equity research analysts responsible for the preparation of this report receive compensation based upon various factors, including the quality and accuracy of research, client feedback, competitive factors, and overall firm revenues.

**Registration of non-US Analysts:** Unless otherwise noted, the non-US analysts listed on the front of this report are employees of non-US affiliates of JPMS, are not registered/qualified as research analysts under NASD/NYSE rules, may not be associated persons of JPMS, and may not be subject to FINRA Rule 2241 restrictions on communications with covered companies, public appearances, and trading securities held by a research analyst account.

## Other Disclosures

J.P. Morgan ("JPM") is the global brand name for J.P. Morgan Securities LLC ("JPMS") and its affiliates worldwide. J.P. Morgan Cazenove is a marketing name for the U.K. investment banking businesses and EMEA cash equities and equity research businesses of JPMorgan Chase & Co. and its subsidiaries.

All research reports made available to clients are simultaneously available on our client website, J.P. Morgan Markets. Not all research content is redistributed, e-mailed or made available to third-party aggregators. For all research reports available on a particular stock, please contact your sales representative.

**Options related research:** If the information contained herein regards options related research, such information is available only to persons who have received the proper option risk disclosure documents. For a copy of the Option Clearing Corporation's Characteristics and Risks of Standardized Options, please contact your J.P. Morgan Representative or visit the OCC's website at https://www.theocc.com/components/docs/riskstoc.pdf

**Private Bank Clients:** Where you are a client of the private banking businesses offered by JPMorgan Chase & Co. and its subsidiaries ("J.P. Morgan Private Bank"), research is issued to you by J.P. Morgan Private Bank and not by any other division of J.P. Morgan, including but not limited to the J.P. Morgan corporate and investment bank and its research division.

**Legal Entities Disclosures**
**U.S.**: JPMS is a member of NYSE, FINRA, SIPC and the NFA. JPMorgan Chase Bank, N.A. is a member of FDIC. **Canada**: J.P. Morgan Securities Canada Inc. is a registered investment dealer, regulated by the Investment Industry Regulatory Organization of Canada and the Ontario Securities Commission and is the participating member on Canadian exchanges. **U.K.**: JPMorgan Chase N.A., London Branch, is authorised by the Prudential Regulation Authority and is subject to regulation by the Financial Conduct Authority and to limited regulation by the Prudential Regulation Authority. Details about the extent of our regulation by the Prudential Regulation Authority are available from J.P. Morgan on request. J.P. Morgan Securities plc (JPMS plc) is a member of the London Stock Exchange and is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. Registered in England & Wales No. 2711006. Registered Office 25 Bank Street, London, E14 5JP. **Germany**: This material is distributed in Germany by J.P. Morgan Securities plc, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsich and also by J.P. Morgan AG (JPM AG) which is a member of the Frankfurt stock exchange and is regulated by the Federal Financial Supervisory Authority (BaFin), JPM AG is a company incorporated in the Federal Republic of Germany with registered office at Taunustor 1, 60310 Frankfurt am Main, the Federal Republic of Germany. **South Africa**: J.P. Morgan Equities South Africa Proprietary Limited is a member of the Johannesburg Securities Exchange and is regulated by the Financial Services Board. **Hong Kong**: J.P. Morgan Securities (Asia Pacific) Limited (CE number AAJ321) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission in Hong Kong and/or J.P. Morgan Broking (Hong Kong) Limited (CE number AAB027) is regulated by the Securities and Futures Commission in Hong Kong. **Korea**: This material is issued and distributed in Korea by or through J.P. Morgan Securities (Far East) Limited, Seoul Branch, which is a member of the Korea Exchange(KRX) and is regulated by the Financial Services Commission (FSC) and the Financial Supervisory Service (FSS). **Australia**: J.P. Morgan Securities Australia Limited (JPMSAL) (ABN 61 003 245 234/AFS Licence No: 238066) is regulated by ASIC and is a Market, Clearing and Settlement Participant of ASX Limited and CHI-X. **Taiwan**: J.P. Morgan Securities (Taiwan) Limited is a participant of the Taiwan Stock Exchange (company-type) and regulated by the Taiwan Securities and Futures Bureau. **India**: J.P. Morgan India Private Limited (Corporate Identity Number - U67120MH1992FTC068724), having its registered office at J.P. Morgan Tower, Off. C.S.T. Road, Kalina, Santacruz - East, Mumbai – 400098, is registered with Securities and Exchange Board of India (SEBI) as a 'Research Analyst' having registration number INH000001873. J.P. Morgan India Private Limited is also registered with SEBI as a member of the National Stock Exchange of India Limited (SEBI Registration Number - INB 230675231/INF 230675231/INE 230675231), the Bombay Stock Exchange Limited (SEBI Registration Number - INB 010675237/INF 010675237) and as a Merchant Banker (SEBI Registration Number - MB/INM000002970). Telephone: 91-22-6157 3000, Facsimile: 91-22-6157 3990 and Website: www.jpmipl.com. For non local research reports, this material is not distributed in India by J.P. Morgan India Private Limited. **Thailand**: This material is issued and distributed in Thailand by JPMorgan Securities (Thailand) Ltd., which is a member of the Stock Exchange of Thailand and is regulated by the Ministry of Finance and the Securities and Exchange Commission and its registered address is 3rd Floor, 20 North Sathorn Road, Silom, Bangrak, Bangkok 10500. **Indonesia**: PT J.P. Morgan Sekuritas Indonesia is a member of the Indonesia Stock Exchange and is regulated by the OJK a.k.a. BAPEPAM LK. **Philippines**: J.P. Morgan Securities Philippines Inc. is a Trading Participant of the Philippine Stock Exchange and a member of the Securities Clearing Corporation of the Philippines and the Securities Investor Protection Fund. It is regulated by the Securities and Exchange Commission. **Brazil**: Banco J.P. Morgan S.A. is regulated by the Comissao de Valores Mobiliarios (CVM) and by the Central Bank of Brazil. **Mexico**: J.P. Morgan Casa de Bolsa, S.A. de C.V., J.P. Morgan Grupo Financiero is a member of the Mexican Stock Exchange and authorized to act as a broker dealer by the National Banking and Securities Exchange Commission. **Singapore:** This material is issued and distributed in Singapore by or through J.P. Morgan Securities Singapore Private Limited (JPMSS) [MCI (P) 099/04/2018 and Co. Reg. No.: 199405335R], which is a member of the Singapore Exchange Securities Trading Limited and/or JPMorgan Chase Bank, N.A., Singapore branch (JPMCB Singapore) [MCI (P) 046/09/2018], both of which are regulated by the Monetary Authority of Singapore. This material is issued and distributed in Singapore only to accredited investors, expert investors and institutional investors, as defined in Section 4A of the Securities and Futures Act, Cap. 289 (SFA). This material is not intended to be issued or distributed to any retail investors or any other investors that do not fall into the classes of "accredited investors," "expert investors" or "institutional investors," as defined under Section 4A of the SFA. Recipients of this document are to contact JPMSS or JPMCB Singapore in respect of any matters arising from, or in connection with, the document. **Japan**: JPMorgan Securities Japan Co., Ltd. and JPMorgan Chase Bank, N.A., Tokyo Branch are regulated by the Financial Services Agency in Japan. **Malaysia**: This material is issued and distributed in Malaysia by JPMorgan Securities (Malaysia) Sdn Bhd (18146-X) which is a Participating Organization of Bursa Malaysia Berhad and a holder of Capital Markets Services License issued by the Securities Commission in Malaysia. **Pakistan**: J. P. Morgan Pakistan

10

**Page 587**

**Exhibit 9**

Samik Chatterjee, CFA
(1-212) 622 0798
samik.x.chatterjee@jpmorgan.com

**North America Equity Research**
03 January 2019

**J.P.Morgan**

Broking (Pvt.) Ltd is a member of the Karachi Stock Exchange and regulated by the Securities and Exchange Commission of Pakistan. **Saudi Arabia**: J.P. Morgan Saudi Arabia Ltd. is authorized by the Capital Market Authority of the Kingdom of Saudi Arabia (CMA) to carry out dealing as an agent, arranging, advising and custody, with respect to securities business under licence number 35-07079 and its registered address is at 8th Floor, Al-Faisaliyah Tower, King Fahad Road, P.O. Box 51907, Riyadh 11553, Kingdom of Saudi Arabia. **Dubai**: JPMorgan Chase Bank, N.A., Dubai Branch is regulated by the Dubai Financial Services Authority (DFSA) and its registered address is at Dubai International Financial Centre - Building 3, Level 7, PO Box 506551, Dubai, UAE.

**Country and Region Specific Disclosures**
**U.K. and European Economic Area (EEA):** Unless specified to the contrary, issued and approved for distribution in the U.K. and the EEA by JPMS plc. Investment research issued by JPMS plc has been prepared in accordance with JPMS plc's policies for managing conflicts of interest arising as a result of publication and distribution of investment research. Many European regulators require a firm to establish, implement and maintain such a policy. Further information about J.P. Morgan's conflict of interest policy and a description of the effective internal organisations and administrative arrangements set up for the prevention and avoidance of conflicts of interest is set out at the following link https://www.jpmorgan.com/jpmpdf/1320742677360.pdf. This report has been issued in the U.K. only to persons of a kind described in Article 19 (5), 38, 47 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not relevant persons. Any investment or investment activity to which this document relates is only available to relevant persons and will be engaged in only with relevant persons. In other EEA countries, the report has been issued to persons regarded as professional investors (or equivalent) in their home jurisdiction. **Australia:** This material is issued and distributed by JPMSAL in Australia to "wholesale clients" only. This material does not take into account the specific investment objectives, financial situation or particular needs of the recipient. The recipient of this material must not distribute it to any third party or outside Australia without the prior written consent of JPMSAL. For the purposes of this paragraph the term "wholesale client" has the meaning given in section 761G of the Corporations Act 2001. J.P. Morgan's research coverage universe spans listed securities across the ASX All Ordinaries index, securities listed on offshore markets, unlisted issuers and investment products which Research management deem to be relevant to the investor base from time to time. J.P. Morgan seeks to cover companies of relevance to the domestic and international investor base across all GIC sectors, as well as across a range of market capitalisation sizes. **Germany:** This material is distributed in Germany by J.P. Morgan Securities plc, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht. **Hong Kong:** The 1% ownership disclosure as of the previous month end satisfies the requirements under Paragraph 16.5(a) of the Hong Kong Code of Conduct for Persons Licensed by or Registered with the Securities and Futures Commission. (For research published within the first ten days of the month, the disclosure may be based on the month end data from two months prior.) J.P. Morgan Broking (Hong Kong) Limited is the liquidity provider/market maker for derivative warrants, callable bull bear contracts and stock options listed on the Stock Exchange of Hong Kong Limited. An updated list can be found on HKEx website: http://www.hkex.com.hk. **Korea:** This report may have been edited or contributed to from time to time by affiliates of J.P. Morgan Securities (Far East) Limited, Seoul Branch. **Singapore:** As at the date of this report, JPMSS is a designated market maker for certain structured warrants listed on the Singapore Exchange where the underlying securities may be the securities discussed in this report. Arising from its role as designated market maker for such structured warrants, JPMSS may conduct hedging activities in respect of such underlying securities and hold or have an interest in such underlying securities as a result. The updated list of structured warrants for which JPMSS acts as designated market maker may be found on the website of the Singapore Exchange Limited: http://www.sgx.com. In addition, JPMSS and/or its affiliates may also have an interest or holding in any of the securities discussed in this report – please see the Important Disclosures section above. For securities where the holding is 1% or greater, the holding may be found in the Important Disclosures section above. For all other securities mentioned in this report, JPMSS and/or its affiliates may have a holding of less than 1% in such securities and may trade them in ways different from those discussed in this report. Employees of JPMSS and/or its affiliates not involved in the preparation of this report may have investments in the securities (or derivatives of such securities) mentioned in this report and may trade them in ways different from those discussed in this report. **Taiwan**: Research relating to equity securities is issued and distributed in Taiwan by J.P. Morgan Securities (Taiwan) Limited, subject to the license scope and the applicable laws and the regulations in Taiwan. According to Paragraph 2, Article 7-1 of Operational Regulations Governing Securities Firms Recommending Trades in Securities to Customers (as amended or supplemented) and/or other applicable laws or regulations, please note that the recipient of this material is not permitted to engage in any activities in connection with the material which may give rise to conflicts of interests, unless otherwise disclosed in the "Important Disclosures" in this material. **India:** For private circulation only, not for sale. **Pakistan:** For private circulation only, not for sale. **New Zealand:** This material is issued and distributed by JPMSAL in New Zealand only to persons whose principal business is the investment of money or who, in the course of and for the purposes of their business, habitually invest money. JPMSAL does not issue or distribute this material to members of "the public" as determined in accordance with section 3 of the Securities Act 1978. The recipient of this material must not distribute it to any third party or outside New Zealand without the prior written consent of JPMSAL. **Canada:** The information contained herein is not, and under no circumstances is to be construed as, a prospectus, an advertisement, a public offering, an offer to sell securities described herein, or solicitation of an offer to buy securities described herein, in Canada or any province or territory thereof. Any offer or sale of the securities described herein in Canada will be made only under an exemption from the requirements to file a prospectus with the relevant Canadian securities regulators and only by a dealer properly registered under applicable securities laws or, alternatively, pursuant to an exemption from the dealer registration requirement in the relevant province or territory of Canada in which such offer or sale is made. The information contained herein is under no circumstances to be construed as investment advice in any province or territory of Canada and is not tailored to the needs of the recipient. To the extent that the information contained herein references securities of an issuer incorporated, formed or created under the laws of Canada or a province or territory of Canada, any trades in such securities must be conducted through a dealer registered in Canada. No securities commission or similar regulatory authority in Canada has reviewed or in any way passed judgment upon these materials, the information contained herein or the merits of the securities described herein, and any representation to the contrary is an offence. **Dubai:** This report has been issued to persons regarded as professional clients as defined under the DFSA rules. **Brazil:** Ombudsman J.P. Morgan: 0800-7700847 / ouvidoria.jp.morgan@jpmorgan.com.

**General:** Additional information is available upon request. Information has been obtained from sources believed to be reliable but JPMorgan Chase & Co. or its affiliates and/or subsidiaries (collectively J.P. Morgan) do not warrant its completeness or accuracy except with respect to any disclosures relative to JPMS and/or its affiliates and the analyst's involvement with the issuer that is the subject of the research. All pricing is indicative as of the close of market for the securities discussed, unless otherwise stated. Opinions and estimates constitute our judgment as of the date of this material and are subject to change without notice. Past performance is not indicative of future results. This material is not intended as an offer or solicitation for the purchase or sale of any financial instrument. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein. JPMS distributes in the U.S. research published by non-U.S.

11

**Exhibit 9**

Samik Chatterjee, CFA
(1-212) 622 0798
samik.x.chatterjee@jpmorgan.com

North America Equity Research
03 January 2019

J.P.Morgan

affiliates and accepts responsibility for its contents. Periodic updates may be provided on companies/industries based on company specific developments or announcements, market conditions or any other publicly available information. Clients should contact analysts and execute transactions through a J.P. Morgan subsidiary or affiliate in their home jurisdiction unless governing law permits otherwise.

"Other Disclosures" last revised January 01, 2019.

**Copyright 2019 JPMorgan Chase & Co. All rights reserved. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of J.P. Morgan.**

 **UBS**

| Global Research | **Exhibit 9** |
| --- | --- |
| | 3 January 2019 |

# Apple Inc.

## Services Good, But China Headwinds Intensifying; Cutting Target On Negative Pre

**CQ4 neg-pre on weak China demand; services an important silver lining**
AAPL announced preliminary FQ1:19 (Mar) results w/revenue ~$84B versus prior $89-93B guidance due almost wholly to weaker than expected emerging market demand, particularly in China. Despite the ~8% revenue miss, GM of 38% was still at low-end of guide; other line item results imply EPS of ~$4.20 vs Street ~$4.70. The release implies China revenue declined ~25-30% Y/Y, declines last seen during the iPhone 6S cycle due at that time to very tough iPhone 6 comps. Services notably strong w/revenue $10.8B, or ~$500MM ABOVE our model. While we are cutting AAPL estimates and price target, to us this speaks more about why it is too early to get more +ve on semis.

**Results imply ~64MM iPhone units, or ~9-10MM shortfall**
AAPL will no longer discuss iPhone units, but given our view that shortfall was primarily iPhone XR-related (see here and here), results imply ~64MM units (vs ~73.5MM guide) and iPhone revenue down ~15% Y/Y – the worst CQ4 for iPhone by far. To that end, using historical Gartner data, we calculate iPhone units in China were flat to down Q/Q for the first time in a Dec Q, speaking both to the XR demand challenges as well as macroeconomic/trade headwinds. Given the XR-focused weakness, QRVO seems the most direct supply chain read and ~10MM is consistent w/its negative pre, though our procurement estimates still suggested that AAPL's guide had factored much of this in.

**Estimate changes**
We are revising F2019 and F2020 revs/EPS from ~$276B/$13.05 and ~$287B/$14.43 to ~$262B/$12.03 and ~$273B/$13.42 respectively. We now model C2019 iPhone units of ~185MM or -10% Y/Y and we model modest growth in C2020 to ~187MM.

**Valuation: PT to $180 on unch'd methodology, but slightly lower HW mult**
We lower PT from $210 to $180 using an unchanged SOTP valuation methodology that considers separate multiples for the recurring and non-recurring (iPhone+AppleCare) segments. We also apply a lower multiple to the licensing rev. Using 24x recurring (MSFT/ADBE comps) and a 1pt lower ~10x to non-recurring due to hw pressures (vs comps like HPE facing cloud headwind at ~8-9x) yields our new $180 PT. Slower iPhone growth ultimately presents services headwinds, but AAPL still has huge untapped services rev pool (600mn+ active iPhones pay zero) and new bundle appears very likely.

**Equities**

Americas
Computers

| 12-month rating | **Buy** |
| --- | --- |

| 12m price target | US$180.00 |
| --- | --- |
| | *Prior: US$210.00* |

| Price | US$157.92 |
| --- | --- |

**RIC:** AAPL.O **BBG:** AAPL US

**Trading data and key metrics**

| | |
| --- | --- |
| 52-wk range | US$232.07-146.83 |
| Market cap. | US$766bn |
| Shares o/s | 4,848m (COM) |
| Free float | 100% |
| Avg. daily volume ('000) | 42,190 |
| Avg. daily value (m) | US$8,011.2 |
| Common s/h equity (09/19E) | US$77.2bn |
| P/BV (09/19E) | 9.5x |
| Net debt / EBITDA (09/19E) | NM |

**EPS (UBS, diluted) (US$)**

| | 09/19E | | | |
| --- | --- | --- | --- | --- |
| | From | To | % ch | Cons. |
| Q1E | 4.71 | 4.18 | -11 | 4.65 |
| Q2E | 2.93 | 2.70 | -8 | 2.96 |
| Q3E | 2.43 | 2.28 | -6 | 2.45 |
| Q4E | 2.98 | 2.87 | -4 | 3.05 |
| 09/19E | 13.05 | 12.03 | -8 | 13.29 |
| 09/20E | 14.43 | 13.42 | -7 | 14.64 |
| 09/21E | 16.35 | 15.03 | -8 | 16.21 |

**Timothy Arcuri**
Analyst
timothy.arcuri@ubs.com
+1-415-352 5676

**Munjal Shah**
Analyst
munjal.shah@ubs.com
+1-212-713 2113

| Highlights (US$m) | 09/16 | 09/17 | 09/18 | 09/19E | 09/20E | 09/21E | 09/22E | 09/23E |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Revenues | 215,639 | 229,234 | 265,595 | 261,718 | 273,463 | 289,639 | 305,555 | 327,840 |
| EBIT (UBS) | 60,024 | 61,344 | 70,898 | 65,628 | 68,920 | 73,098 | 76,652 | 82,484 |
| Net earnings (UBS) | 45,610 | 48,351 | 59,531 | 56,002 | 58,600 | 62,089 | 65,056 | 69,926 |
| EPS (UBS, diluted) (US$) | 8.29 | 9.21 | 11.86 | 12.03 | 13.42 | 15.03 | 16.54 | 18.16 |
| DPS (US$) | 2.18 | 2.35 | 2.72 | 3.07 | 3.37 | 3.71 | 4.08 | 4.49 |
| Net (debt) / cash | 150,553 | 153,215 | 122,617 | 91,467 | 82,392 | 81,358 | 87,375 | 97,035 |

| Profitability/valuation | 09/16 | 09/17 | 09/18 | 09/19E | 09/20E | 09/21E | 09/22E | 09/23E |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| EBIT margin % | 27.8 | 26.8 | 26.7 | 25.1 | 25.2 | 25.2 | 25.1 | 25.2 |
| ROIC (EBIT) % | - | - | - | - | - | - | - | - |
| EV/EBITDA (core) x | 6.2 | 8.1 | 9.7 | 8.2 | 7.9 | 7.5 | 7.1 | 6.7 |
| P/E (UBS, diluted) x | 12.6 | 14.9 | 15.4 | 13.1 | 11.8 | 10.5 | 9.5 | 8.7 |
| Equity FCF (UBS) yield % | 8.6 | 6.9 | 6.9 | 7.8 | 8.6 | 9.1 | 9.5 | 10.2 |
| Net dividend yield % | 2.1 | 1.7 | 1.5 | 1.9 | 2.1 | 2.3 | 2.6 | 2.8 |

Source: Company accounts, Thomson Reuters, UBS estimates. UBS adjusted EPS is stated before goodwill-related charges and other adjustments for abnormal and economic items at the analysts' judgement. Valuations: based on an average share price that year, (E): based on a share price of US$157.92 on 02 Jan 2019 18:42 EST

**www.ubs.com/investmentresearch**

This report has been prepared by UBS Securities LLC. **ANALYST CERTIFICATION AND REQUIRED DISCLOSURES BEGIN ON PAGE 12.** UBS does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

**Exhibit 9**

Apple Inc.                                                                                    Buy (Price target US$180.00)

**UBS** Research **THESIS MAP** a guide to our thinking and what's where in this report

PIVOTAL QUESTIONS

**Q: How would iPhones perform in F19?**

We forecast iPhone revenue to decline 12% in F19 driven by roughly 15% decline in units partially offset by 5% growth in ASPs. Macro uncertainties are impacting demand in emerging and developed markets are seeing elongating replacement cycle due to lower carrier subsidies and battery replacements. High retention rates would ultimately lead to upgrades.

"Please specify URL" →

**Q: Could services drive 3-5% growth for Apple?**

Services continue to see strong growth and drive overall revenue for Apple. We continue to expect solid 20% growth for the services business. However, our expectation for it to drive overall revenue growth is dependent upon stable hardware sales. Apple's ability to increase services penetration, shift to favorable mix, and potentially new service offerings including bundles could drive further growth.

"UBS Evidence Lab: Hardware as a Recurring Revenue Stream? Raising PT to $250 on Deep Dive" 9/11/2018 →

**Q: Could Apple continue to innovate and what is its incremental TAM opportunity?**

Apple has ample opportunities to innovate and increase its TAM by at least an incremental $1tn. Some markets Apple is targeting include AR/VR, video streaming, healthcare, autonomous vehicle ecosystem, among others. Some could be introduced in the medium term while others may take time.

"UBS Evidence Lab: Hardware as a Recurring Revenue Stream? Raising PT to $250 on Deep Dive" 9/11/2018 →

UBS VIEW

iPhone demand is weak due to several factors –iPhone XR, China macro/trade issues, FX, emerging markets and longer replacement cycle. However, we continue to view the ecosystem being sticky. Services growth of 20%+ could continue with a huge untapped install base of 600mn+ active iPhone users. Apple could garner a higher multiple once investors start looking beyond the iPhone weakness and services margin disclosure shed light on recurring profits.

EVIDENCE

Apple lowered its fiscal 1Q guidance due to softness in iPhones, particularly in Greater China and emerging markets. Other products segments in aggregate saw revenue growth of 19% YoY. UBS Evidence Lab Survey in November suggested decline in buying intent with the UK and China intent below that seen during the iPhone 6s cycle. Replacement cycles are still elongating.

WHAT'S PRICED IN?

At 11.6x P/E, the stock is trading below the five-year average multiple and at a discount to S&P. In 2016, during the iPhone 6s cycle, the stock traded as low as 9.9x, but services was a much smaller business. Investor expectations for this iPhone cycle are muted. We now forecast iPhone units to decline 15% in F19 and revenue to decline 12%.

UPSIDE / DOWNSIDE
SPECTRUM



| Value drivers | iPhone unit growth | iPhone ASP growth | Services revenue growth | Gross margin |
|---|---|---|---|---|
| $200 upside | -10.0% | 7.0% | 25.0% | 39.0% |
| $180 base | -15.0% | 5.0% | 21.0% | 38.3% |
| $125 downside | -20.0% | 2.0% | 18.0% | 38.0% |

Source: UBS

more →

COMPANY DESCRIPTION

Apple designs, manufactures and markets mobile products, personal computers and media devices. The company's primary hardware product categories include the iPhone, iPad, iPod, and...

more →

**Timothy Arcuri,** Analyst, timothy.arcuri@ubs.com, +1-415-352 5676

**Apple Inc.**  3 January 2019                                                                            ❀ UBS  2

**Exhibit 9**

Apple Inc.                                                                                           **UBS** Research

return ↑

### Valuation changes

We lower our price target to $180 primarily because we apply a lower 10x to the non-recurring (hardware + AppleCare) business segment versus prior 11x. We lower the multiple due to weak demand for hardware products. The multiple compare to roughly 8-9x for HPE, which is primarily a hardware company but faces some longer-term challenges due to cloud computing.

**Figure 1: F2019 estimate and valuation multiple changes**

|  | EPS | | Multiple | | Value | |
|---|---|---|---|---|---|---|
|  | Old | New | Old | New | Old | New |
| Non-recurring | $  11.48 | $  10.27 | 11 | 10 | $  131.4 | $  102.7 |
| Recurring | $   2.97 | $   3.04 | 24 | 24 | $   74.3 | $   74.2 |
|  |  |  |  |  | $  205.7 | $  176.9 |

Source: UBSe

Total revenue growth correlates to iPhone and hence we see the pressure. However, as services continue to see strong growth, we think the mix effect would start to be reflected in total revenue. We think disclosure of Services margin could help.

**Figure 2: iPhone vs non-iPhone revenue and growth**



**Figure 3: iPhone vs non-iPhone revenue growth rates**



Source: Company reports, UBSe                    Source: Company reports, UBSe

**Exhibit 9**

**Figure 4: Forward multiple through the iPhone cycles**



Source: FactSet

**Figure 5: AAPL is trading at 12x NTM P/E...**



Source: Factset

**Figure 6: ...and at 10x EV/NTM EBITDA**



Source: Factset

**Apple Inc.**   3 January 2019

✤UBS   4

**Exhibit 9**

**Figure 7: AAPL is trading at a 25% discount to SPX NTM P/E…**



Source:   Factset

**Figure 8: …and at 9% discount to Large Cap Tech NTM P/E**



Source:   Factset

---

**Exhibit 9**

Apple Inc.                                                                                                    **UBS** Research

## UPSIDE / DOWNSIDE SPECTRUM                                                          return ↑



| Value drivers | iPhone unit growth | iPhone ASP growth | Services revenue growth | Gross margin |
|---|---|---|---|---|
| $200 upside | -10.0% | 7.0% | 25.0% | 39.0% |
| $180 base | -15.0% | 5.0% | 21.0% | 38.3% |
| $125 downside | -20.0% | 2.0% | 18.0% | 38.0% |

Source: UBS

**Risk to the current share price is heavily skewed (1.3:1) to the upside**

**Upside (US$200)** In our view, key metrics driving Apple's stock price from a fundamental basis are iPhone units and ASPs, services revenue growth, gross margin, and share repurchases. In our upside scenario, we assume iPhone units are down less at 10% in F19 and iPhone ASPs are higher. We also assume higher service growth at 25% and gross margins 70bps higher at 39%. Higher sales of iPhones and services would likely increase investors' confidence in the recurring model and may drive the multiple higher. Our $200 upside scenario is based on 16x F19E EPS of $12.40.

**Base (US$180):** We currently estimate iPhone units to decline 15% in F19. We expect iPhone ASPs to increase 5% as average price of new phones is higher than those a year ago and customers are likely to continue to move up the price curve. We expect Services revenue growth of 21% and gross margin to be down slightly to 38.3%. We think the earnings multiple could move higher once investors recognize the recurring nature of hardware and services businesses. Our $180 price target is based on 15x our F19E EPS estimate of $12.04.

**Downside (US$125)** Downside scenario is based on iPhone units declining 20% due to weak demand. Demand shift to older models versus iPhone XR could lead to lower ASP increase. Softness in Services business may worry investors that were making an annuity argument on the stock. Gross margin contracts as the mix shifts to the low end and services mix is lower. Earnings decline to $10.22 and multiple contracts due to concerns about the sustainability of Apple's hardware business and a lack of confidence in further services growth. In this scenario we believe the stock could trade down to $125 based on 12x F19E EPS of $10.22.

**Exhibit 9**

Apple Inc.                                                                                                  **UBS** Research

## COMPANY DESCRIPTION                                                        return ↑

Apple designs, manufactures and markets mobile products, personal computers and media devices. The company's primary hardware product categories include the iPhone, iPad, iPod, and Mac computers. In addition, the company sells a variety of related software, services, peripherals, and third-party digital content and applications via iTunes and the App Store. Apple predominately sells to the consumer segment through its own online and retail stores, as well as third-party cellular network carriers, wholesalers and retailers.

**Revenues by region (%)**



Source: Company, UBS

**Industry outlook**

UBS estimates the smartphone market will grow low-single digit in 2018 supported mainly by emerging market demand. Although we believe the market is maturing and may see demand weakness, overall unit growth should continue for several more years due to high retention rates enjoyed by large vendors that enable them to force the pace of upgrades.

**Revenue by product segment**



Source: Company, UBS

---

**Apple Inc.**   3 January 2019                                                      ❄UBS  7

# Exhibit 9

## Apple Inc. (AAPL.O)

| Income statement (US$m) | 09/16 | 09/17 | 09/18 | 09/19E | % ch | 09/20E | % ch | 09/21E | 09/22E | 09/23E |
|---|---|---|---|---|---|---|---|---|---|---|
| Revenues | 215,639 | 229,234 | 265,595 | 261,718 | -1.5 | 273,463 | 4.5 | 289,639 | 305,555 | 327,840 |
| Gross profit | 84,263 | 88,186 | 101,839 | 100,339 | -1.5 | 105,283 | 4.9 | 111,511 | 117,639 | 126,218 |
| EBITDA (UBS) | 70,529 | 71,501 | 81,801 | 76,644 | -6.3 | 79,906 | 4.3 | 84,138 | 87,820 | 93,879 |
| Depreciation & amortization | (10,505) | (10,157) | (10,903) | (11,016) | 1.0 | (10,986) | -0.3 | (11,040) | (11,168) | (11,395) |
| EBIT (UBS) | 60,024 | 61,344 | 70,898 | 65,628 | -7.4 | 68,920 | 5.0 | 73,098 | 76,652 | 82,484 |
| Associates & investment income | 0 | 0 | 0 | 0 | - | 0 | - | 0 | 0 | 0 |
| Other non-operating income | 0 | 0 | 0 | 0 | - | 0 | - | 0 | 0 | 0 |
| Net interest | 1,271 | 2,745 | 2,005 | 1,450 | -27.7 | 1,250 | -13.8 | 1,250 | 1,250 | 1,250 |
| Exceptionals (incl goodwill) | 0 | 0 | 0 | 0 | - | 0 | - | 0 | 0 | 0 |
| Profit before tax | 61,295 | 64,089 | 72,903 | 67,078 | -8.0 | 70,170 | 4.6 | 74,348 | 77,902 | 83,734 |
| Tax | (15,685) | (15,738) | (13,372) | (11,076) | 17.2 | (11,570) | -4.5 | (12,259) | (12,846) | (13,808) |
| Profit after tax | 45,610 | 48,351 | 59,531 | 56,002 | -5.9 | 58,600 | 4.6 | 62,089 | 65,056 | 69,926 |
| Preference dividends | 0 | 0 | 0 | 0 | - | 0 | - | 0 | 0 | 0 |
| Minorities | 0 | 0 | 0 | 0 | - | 0 | - | 0 | 0 | 0 |
| Extraordinary items | 0 | 0 | 0 | 0 | - | 0 | - | 0 | 0 | 0 |
| Net earnings (local GAAP) | 45,610 | 48,351 | 59,531 | 56,002 | -5.9 | 58,600 | 4.6 | 62,089 | 65,056 | 69,926 |
| Net earnings (UBS) | 45,610 | 48,351 | 59,531 | 56,002 | -5.9 | 58,600 | 4.6 | 62,089 | 65,056 | 69,926 |
| Tax rate (%) | 25.6 | 24.6 | 18.3 | 16.5 | -10.0 | 16.5 | -0.1 | 16.5 | 16.5 | 16.5 |

| Per share (US$) | 09/16 | 09/17 | 09/18 | 09/19E | % ch | 09/20E | % ch | 09/21E | 09/22E | 09/23E |
|---|---|---|---|---|---|---|---|---|---|---|
| EPS (UBS, diluted) | 8.29 | 9.21 | 11.86 | 12.03 | 1.4 | 13.42 | 11.6 | 15.03 | 16.54 | 18.16 |
| EPS (local GAAP, diluted) | 8.29 | 9.21 | 11.86 | 12.03 | 1.4 | 13.42 | 11.6 | 15.03 | 16.54 | 18.16 |
| EPS (UBS, basic) | 8.29 | 9.21 | 11.86 | 12.03 | 1.4 | 13.42 | 11.6 | 15.03 | 16.54 | 18.16 |
| Net DPS (US$) | 2.18 | 2.35 | 2.72 | 3.07 | 12.7 | 3.37 | 10.0 | 3.71 | 4.08 | 4.49 |
| Cash EPS (UBS, diluted)[1] | 10.20 | 11.14 | 14.03 | 14.39 | 2.6 | 15.94 | 10.7 | 17.70 | 19.38 | 21.12 |
| Book value per share | 23.43 | 25.61 | 21.75 | 16.58 | -23.7 | 15.25 | -8.1 | 15.40 | 17.23 | 19.71 |
| Average shares (diluted) | 5,500.28 | 5,251.69 | 5,018.71 | 4,656.54 | -7.2 | 4,366.22 | -6.2 | 4,132.07 | 3,932.29 | 3,849.98 |

| Balance sheet (US$m) | 09/16 | 09/17 | 09/18 | 09/19E | % ch | 09/20E | % ch | 09/21E | 09/22E | 09/23E |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash and equivalents | 237,585 | 268,895 | 237,100 | 205,950 | -13.1 | 196,875 | -4.4 | 195,841 | 201,858 | 211,518 |
| Other current assets | 39,714 | 54,464 | 65,038 | 49,135 | -24.5 | 50,419 | 2.6 | 52,479 | 54,953 | 57,659 |
| Total current assets | 277,299 | 323,359 | 302,138 | 255,085 | -15.6 | 247,293 | -3.1 | 248,320 | 256,810 | 269,177 |
| Net tangible fixed assets | 27,010 | 33,783 | 41,304 | 41,261 | -0.1 | 41,537 | 0.7 | 42,305 | 43,489 | 45,338 |
| Net intangible fixed assets | 8,620 | 8,015 | 7,582 | 7,077 | -6.7 | 6,754 | -4.6 | 6,532 | 6,401 | 6,270 |
| Investments / other assets | 8,757 | 10,162 | 14,701 | 14,701 | 0.0 | 14,701 | 0.0 | 14,701 | 14,701 | 14,701 |
| Total assets | 321,686 | 375,319 | 365,725 | 318,125 | -13.0 | 310,285 | -2.5 | 311,857 | 321,401 | 335,487 |
| Trade payables & other ST liabilities | 67,401 | 82,341 | 96,118 | 78,468 | -18.4 | 81,085 | 3.3 | 85,444 | 90,676 | 96,401 |
| Short term debt | 11,605 | 18,473 | 20,748 | 20,748 | 0.0 | 20,748 | 0.00 | 20,748 | 20,748 | 20,748 |
| Total current liabilities | 79,006 | 100,814 | 116,866 | 99,216 | -15.1 | 101,833 | 2.6 | 106,192 | 111,424 | 117,149 |
| Long term debt | 75,427 | 97,207 | 93,735 | 93,735 | 0.0 | 93,735 | 0.0 | 93,735 | 93,735 | 93,735 |
| Other long term liabilities | 39,004 | 43,251 | 47,977 | 47,951 | -0.1 | 48,148 | 0.4 | 48,307 | 48,499 | 48,708 |
| Preferred shares | 0 | 0 | 0 | 0 | - | 0 | - | 0 | 0 | 0 |
| Total liabilities (incl pref shares) | 193,437 | 241,272 | 258,578 | 240,902 | -6.8 | 243,716 | 1.2 | 248,234 | 253,658 | 259,593 |
| Common s/h equity | 128,249 | 134,047 | 107,147 | 77,223 | -27.9 | 66,569 | -13.8 | 63,624 | 67,743 | 75,894 |
| Minority interests | 0 | 0 | 0 | 0 | - | 0 | - | 0 | 0 | 0 |
| Total liabilities & equity | 321,686 | 375,319 | 365,725 | 318,125 | -13.0 | 310,285 | -2.5 | 311,857 | 321,401 | 335,487 |

| Cash flow (US$m) | 09/16 | 09/17 | 09/18 | 09/19E | % ch | 09/20E | % ch | 09/21E | 09/22E | 09/23E |
|---|---|---|---|---|---|---|---|---|---|---|
| Net income (before pref divs) | 45,610 | 48,351 | 59,531 | 56,002 | -5.9 | 58,600 | 4.6 | 62,089 | 65,056 | 69,926 |
| Depreciation & amortization | 10,505 | 10,157 | 10,903 | 11,016 | 1.0 | 10,986 | -0.3 | 11,040 | 11,168 | 11,395 |
| Net change in working capital | 484 | (5,550) | 34,694 | (1,774) | - | 1,531 | - | 2,457 | 2,951 | 3,228 |
| Other operating | 9,148 | 10,640 | (27,250) | 5,234 | - | 5,469 | 4.5 | 5,793 | 6,111 | 6,557 |
| Operating cash flow | 65,747 | 63,598 | 77,878 | 70,479 | -9.5 | 76,587 | 8.7 | 81,379 | 85,286 | 91,106 |
| Tangible capital expenditure | (12,734) | (12,451) | (13,313) | (10,469) | 21.4 | (10,939) | -4.5 | (11,586) | (12,222) | (13,114) |
| Intangible capital expenditure | (2,499) | (1,068) | (721) | 0 | - | 0 | - | 0 | 0 | 0 |
| Net (acquisitions) / disposals | (30,634) | (33,147) | 32,363 | 12,000 | -62.9 | 8,000 | -33.3 | 8,000 | 8,000 | 8,000 |
| Other investing | (110) | 220 | (785) | 0 | - | 0 | - | 0 | 0 | 0 |
| Investing cash flow | (45,977) | (46,446) | 17,544 | 1,531 | -91.3 | (2,939) | - | (3,586) | (4,222) | (5,114) |
| Equity dividends paid | (12,150) | (12,769) | (13,712) | (14,210) | -3.6 | (14,674) | -3.3 | (15,227) | (15,998) | (17,282) |
| Share issues / (buybacks) | (29,227) | (32,345) | (72,069) | (77,000) | -6.8 | (60,000) | 22.1 | (55,500) | (51,000) | (51,000) |
| Other financing | (1,163) | (1,247) | (2,527) | 0 | - | 0 | - | 0 | 0 | 0 |
| Change in debt & pref shares | (2,500) | 0 | (6,500) | 0 | - | 0 | - | 0 | 0 | 0 |
| Financing cash flow | (45,040) | (46,361) | (94,808) | (91,210) | 3.8 | (74,674) | 18.1 | (70,777) | (66,998) | (68,282) |
| Cash flow inc/(dec) in cash | (25,270) | (29,209) | 614 | (19,200) | - | (1,026) | 94.7 | 7,016 | 14,067 | 17,711 |
| FX / non cash items | 57,189 | 60,519 | (32,409) | (11,950) | 63.1 | (8,050) | 32.6 | (8,050) | (8,050) | (8,050) |
| Balance sheet inc/(dec) in cash | 31,919 | 31,310 | (31,795) | (31,150) | 2.0 | (9,076) | 70.9 | (1,034) | 6,017 | 9,661 |

Source: Company accounts, UBS estimates.  (UBS) metrics use reported figures which have been adjusted by UBS analysts. [1] Cash EPS (UBS, diluted) is calculated using UBS net income adding back depreciation and amortization.

# Exhibit 9

## Apple Inc. (AAPL.O)

| Valuation (x) | 09/16 | 09/17 | 09/18 | 09/19E | 09/20E | 09/21E | 09/22E | 09/23E |
|---|---|---|---|---|---|---|---|---|
| P/E (local GAAP, diluted) | 12.6 | 14.9 | 15.4 | 13.1 | 11.8 | 10.5 | 9.5 | 8.7 |
| P/E (UBS, diluted) | 12.6 | 14.9 | 15.4 | 13.1 | 11.8 | 10.5 | 9.5 | 8.7 |
| P/CEPS | 10.3 | 12.3 | 13.0 | 11.0 | 9.9 | 8.9 | 8.1 | 7.5 |
| Equity FCF (UBS) yield % | 8.6 | 6.9 | 6.9 | 7.8 | 8.6 | 9.1 | 9.5 | 10.2 |
| Net dividend yield (%) | 2.1 | 1.7 | 1.5 | 1.9 | 2.1 | 2.3 | 2.6 | 2.8 |
| P/BV x | 4.5 | 5.4 | 8.4 | 9.5 | 10.4 | 10.3 | 9.2 | 8.0 |
| EV/revenues (core) | 2.0 | 2.5 | 3.0 | 2.4 | 2.3 | 2.2 | 2.1 | 1.9 |
| EV/EBITDA (core) | 6.2 | 8.1 | 9.7 | 8.2 | 7.9 | 7.5 | 7.1 | 6.7 |
| EV/EBIT (core) | 7.3 | 9.4 | 11.2 | 9.6 | 9.1 | 8.6 | 8.2 | 7.6 |
| EV/OpFCF (core) | 7.5 | 10.8 | 7.7 | 9.7 | 8.9 | 8.4 | 8.0 | 6.9 |
| EV/op. invested capital | - | - | - | - | - | - | - | - |

| Enterprise value (US$m) | 09/16 | 09/17 | 09/18 | 09/19E | 09/20E | 09/21E | 09/22E | 09/23E |
|---|---|---|---|---|---|---|---|---|
| Market cap. | 585,849 | 728,241 | 930,920 | 765,596 | 765,596 | 765,596 | 765,596 | 765,596 |
| Net debt (cash) | (145,878) | (151,884) | (137,916) | (137,916) | (137,916) | (137,916) | (137,916) | (137,916) |
| Buy out of minorities | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Pension provisions/other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total enterprise value** | **439,971** | **576,358** | **793,004** | **627,680** | **627,680** | **627,680** | **627,680** | **627,680** |
| Non core assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Core enterprise value** | **439,971** | **576,358** | **793,004** | **627,680** | **627,680** | **627,680** | **627,680** | **627,680** |

| Growth (%) | 09/16 | 09/17 | 09/18 | 09/19E | 09/20E | 09/21E | 09/22E | 09/23E |
|---|---|---|---|---|---|---|---|---|
| Revenue | -7.7 | 6.3 | 15.9 | -1.5 | 4.5 | 5.9 | 5.5 | 7.3 |
| EBITDA (UBS) | -14.5 | 1.4 | 14.4 | -6.3 | 4.3 | 5.3 | 4.4 | 6.9 |
| EBIT (UBS) | -15.7 | 2.2 | 15.6 | -7.4 | 5.0 | 6.1 | 4.9 | 7.6 |
| EPS (UBS, diluted) | -10.0 | 11.0 | 28.8 | 1.4 | 11.6 | 12.0 | 10.1 | 9.8 |
| Net DPS | 10.1 | 8.0 | 15.5 | 12.7 | 10.0 | 10.0 | 10.0 | 10.0 |

| Margins & Profitability (%) | 09/16 | 09/17 | 09/18 | 09/19E | 09/20E | 09/21E | 09/22E | 09/23E |
|---|---|---|---|---|---|---|---|---|
| Gross profit margin | 39.1 | 38.5 | 38.3 | 38.3 | 38.5 | 38.5 | 38.5 | 38.5 |
| EBITDA margin | 32.7 | 31.2 | 30.8 | 29.3 | 29.2 | 29.0 | 28.7 | 28.6 |
| EBIT margin | 27.8 | 26.8 | 26.7 | 25.1 | 25.2 | 25.2 | 25.1 | 25.2 |
| Net earnings (UBS) margin | 21.2 | 21.1 | 22.4 | 21.4 | 21.4 | 21.4 | 21.3 | 21.3 |
| ROIC (EBIT) | - | - | - | - | - | - | - | - |
| ROIC post tax | NM | - | - | - | - | - | - | - |
| ROE (UBS) | 36.8 | 36.9 | 49.4 | 60.7 | 81.5 | 95.4 | 99.0 | 97.4 |

| Capital structure & Coverage (x) | 09/16 | 09/17 | 09/18 | 09/19E | 09/20E | 09/21E | 09/22E | 09/23E |
|---|---|---|---|---|---|---|---|---|
| Net debt / EBITDA | (2.1) | (2.1) | (1.5) | (1.2) | (1.0) | (1.0) | (1.0) | (1.0) |
| Net debt / total equity % | (117.4) | (114.3) | (114.4) | (118.4) | (123.8) | (127.9) | (129.0) | (127.9) |
| Net debt / (net debt + total equity) % | NM | NM | NM | NM | NM | NM | NM | NM |
| Net debt/EV % | (34.2) | (26.6) | (15.5) | (14.6) | (13.1) | (13.0) | (13.9) | (15.5) |
| Capex / depreciation % | 121.2 | 122.6 | 122.1 | 95.0 | 99.6 | 104.9 | 109.4 | 115.1 |
| Capex / revenue % | 5.9 | 5.4 | 5.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 |
| EBIT / net interest | NM | NM | NM | NM | NM | NM | NM | NM |
| Dividend cover (UBS) | 3.8 | 3.9 | 4.4 | 3.9 | 4.0 | 4.1 | 4.1 | 4.0 |
| Div. payout ratio (UBS) % | 26.3 | 25.6 | 22.9 | 25.5 | 25.1 | 24.7 | 24.7 | 24.7 |

| Revenues by division (US$m) | 09/16 | 09/17 | 09/18 | 09/19E | 09/20E | 09/21E | 09/22E | 09/23E |
|---|---|---|---|---|---|---|---|---|
| Others | 215,639 | 229,234 | 265,595 | 261,718 | 273,463 | 289,639 | 305,555 | 327,840 |
| **Total** | **215,639** | **229,234** | **265,595** | **261,718** | **273,463** | **289,639** | **305,555** | **327,840** |

| EBIT (UBS) by division (US$m) | 09/16 | 09/17 | 09/18 | 09/19E | 09/20E | 09/21E | 09/22E | 09/23E |
|---|---|---|---|---|---|---|---|---|
| Others | 60,024 | 61,344 | 70,898 | 65,628 | 68,920 | 73,098 | 76,652 | 82,484 |
| **Total** | **60,024** | **61,344** | **70,898** | **65,628** | **68,920** | **73,098** | **76,652** | **82,484** |

Source: Company accounts, UBS estimates.  (UBS) metrics use reported figures which have been adjusted by UBS analysts.

**Exhibit 9**

**Exhibit 9**

**Forecast returns**

| | |
|---|---:|
| Forecast price appreciation | +14.0% |
| Forecast dividend yield | 2.0% |
| Forecast stock return | +16.0% |
| Market return assumption | 7.5% |
| Forecast excess return | +8.5% |

**Valuation Method and Risk Statement**

Risks to our Apple thesis include (1) product delays or less innovative offerings, particularly a decline in iPhone unit shipments in F17; (2) macro weakness dampening product demand, especially in China; (3) reduced product differentiation resulting in a successful smartphone attack from below; (4) governments looking to regulate Apple as its power increases, and (5) poor platform management. We use P/E to derive our price target for Apple.

---

**Apple Inc.**   3 January 2019                                   ❄ UBS   11

**Exhibit 9**

## Required Disclosures

This report has been prepared by UBS Securities LLC, an affiliate of UBS AG. UBS AG, its subsidiaries, branches and affiliates are referred to herein as UBS.

For information on the ways in which UBS manages conflicts and maintains independence of its research product; historical performance information; and certain additional disclosures concerning UBS research recommendations, please visit www.ubs.com/disclosures. The figures contained in performance charts refer to the past; past performance is not a reliable indicator of future results. Additional information will be made available upon request. UBS Securities Co. Limited is licensed to conduct securities investment consultancy businesses by the China Securities Regulatory Commission. UBS acts or may act as principal in the debt securities (or in related derivatives) that may be the subject of this report. This recommendation was finalized on: 03 January 2019 05:23 AM GMT. UBS has designated certain Research department members as Derivatives Research Analysts where those department members publish research principally on the analysis of the price or market for a derivative, and provide information reasonably sufficient upon which to base a decision to enter into a derivatives transaction. Where Derivatives Research Analysts co-author research reports with Equity Research Analysts or Economists, the Derivatives Research Analyst is responsible for the derivatives investment views, forecasts, and/or recommendations.

**Analyst Certification:** Each research analyst primarily responsible for the content of this research report, in whole or in part, certifies that with respect to each security or issuer that the analyst covered in this report: (1) all of the views expressed accurately reflect his or her personal views about those securities or issuers and were prepared in an independent manner, including with respect to UBS, and (2) no part of his or her compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by that research analyst in the research report.

**UBS Investment Research: Global Equity Rating Definitions**

| 12-Month Rating | Definition | Coverage[1] | IB Services[2] |
|---|---|---|---|
| Buy | FSR is > 6% above the MRA. | 48% | 24% |
| Neutral | FSR is between -6% and 6% of the MRA. | 37% | 21% |
| Sell | FSR is > 6% below the MRA. | 15% | 12% |
| Short-Term Rating | Definition | Coverage[3] | IB Services[4] |
| Buy | Stock price expected to rise within three months from the time the rating was assigned because of a specific catalyst or event. | <1% | <1% |
| Sell | Stock price expected to fall within three months from the time the rating was assigned because of a specific catalyst or event. | <1% | <1% |

Source: UBS. Rating allocations are as of 30 September 2018.
1: Percentage of companies under coverage globally within the 12-month rating category.
2: Percentage of companies within the 12-month rating category for which investment banking (IB) services were provided within the past 12 months.
3: Percentage of companies under coverage globally within the Short-Term rating category.
4: Percentage of companies within the Short-Term rating category for which investment banking (IB) services were provided within the past 12 months.

**KEY DEFINITIONS: Forecast Stock Return (FSR)** is defined as expected percentage price appreciation plus gross dividend yield over the next 12 months. In some cases, this yield may be based on accrued dividends. **Market Return Assumption (MRA)** is defined as the one-year local market interest rate plus 5% (a proxy for, and not a forecast of, the equity risk premium). **Under Review (UR)** Stocks may be flagged as UR by the analyst, indicating that the stock's price target and/or rating are subject to possible change in the near term, usually in response to an event that may affect the investment case or valuation. **Short-Term Ratings** reflect the expected near-term (up to three months) performance of the stock and do not reflect any change in the fundamental view or investment case. **Equity Price Targets** have an investment horizon of 12 months.

---

**Apple Inc.**   3 January 2019                                                               ✳UBS  12

**Exhibit 9**

**EXCEPTIONS AND SPECIAL CASES:UK and European Investment Fund ratings and definitions are: Buy:** Positive on factors such as structure, management, performance record, discount; **Neutral:** Neutral on factors such as structure, management, performance record, discount; **Sell:** Negative on factors such as structure, management, performance record, discount. **Core Banding Exceptions (CBE):** Exceptions to the standard +/-6% bands may be granted by the Investment Review Committee (IRC). Factors considered by the IRC include the stock's volatility and the credit spread of the respective company's debt. As a result, stocks deemed to be very high or low risk may be subject to higher or lower bands as they relate to the rating. When such exceptions apply, they will be identified in the Company Disclosures table in the relevant research piece.

Research analysts contributing to this report who are employed by any non-US affiliate of UBS Securities LLC are not registered/qualified as research analysts with FINRA. Such analysts may not be associated persons of UBS Securities LLC and therefore are not subject to the FINRA restrictions on communications with a subject company, public appearances, and trading securities held by a research analyst account. The name of each affiliate and analyst employed by that affiliate contributing to this report, if any, follows.

**UBS Securities LLC:** Timothy Arcuri; Munjal Shah.

**Company Disclosures**

| Company Name | Reuters | 12-month rating | Short-term rating | Price | Price date |
|---|---|---|---|---|---|
| **Apple Inc.**[7, 16] | AAPL.O | Buy | N/A | US$157.92 | 02 Jan 2019 |

Source: UBS. All prices as of local market close.
Ratings in this table are the most current published ratings prior to this report. They may be more recent than the stock pricing date
7.       Within the past 12 months, UBS Securities LLC and/or its affiliates have received compensation for products and
          services other than investment banking services from this company/entity.
16.     UBS Securities LLC makes a market in the securities and/or ADRs of this company.

Unless otherwise indicated, please refer to the Valuation and Risk sections within the body of this report. For a complete set of disclosure statements associated with the companies discussed in this report, including information on valuation and risk, please contact UBS Securities LLC, 1285 Avenue of Americas, New York, NY 10019, USA, Attention: Investment Research.

**Apple Inc. (US$)**



**Exhibit 9**

| Date | Stock Price (US$) | Price Target (US$) | Rating |
|---|---|---|---|
| 2015-10-02 | 110.38 | 150.0 | Buy |
| 2015-11-16 | 114.18 | 140.0 | Buy |
| 2015-12-16 | 111.34 | 130.0 | Buy |
| 2016-01-27 | 93.42 | 120.0 | Buy |
| 2016-05-11 | 92.51 | 115.0 | Buy |
| 2016-09-20 | 113.57 | 127.0 | Buy |
| 2017-02-01 | 128.75 | 138.0 | Buy |
| 2017-02-28 | 136.99 | 151.0 | Buy |
| 2017-04-04 | 144.77 | - | No Rating |
| 2017-04-05 | 144.02 | 151.0 | Buy |
| 2017-04-20 | 142.44 | - | No Rating |
| 2017-04-21 | 142.27 | 151.0 | Buy |
| 2017-05-03 | 147.06 | 165.0 | Buy |
| 2017-05-22 | 153.99 | 170.0 | Buy |
| 2017-08-02 | 157.14 | 180.0 | Buy |
| 2017-11-03 | 172.5 | 190.0 | Buy |
| 2018-06-01 | 190.24 | 210.0 | Buy |
| 2018-08-01 | 201.5 | 215.0 | Buy |
| 2018-09-11 | 223.85 | 250.0 | Buy |
| 2018-11-02 | 207.48 | 240.0 | Buy |
| 2018-11-13 | 192.23 | 225.0 | Buy |
| 2018-12-05 | 176.69 | 210.0 | Buy |

Source: UBS; as of 02 Jan 2019

**Exhibit 9**

## Global Disclaimer

This document has been prepared by UBS Securities LLC, an affiliate of UBS AG. UBS AG, its subsidiaries, branches and affiliates are referred to herein as UBS.

**This Document is provided solely to recipients who are expressly authorized by UBS to receive it. If you are not so authorized you must immediately destroy the Document.**

Global Research is provided to our clients through UBS Neo, and in certain instances, UBS.com and any other system or distribution method specifically identified in one or more communications distributed through UBS Neo or UBS.com (each a system) as an approved means for distributing Global Research. It may also be made available through third party vendors and distributed by UBS and/or third parties via e-mail or alternative electronic means. The level and types of services provided by Global Research to a client may vary depending upon various factors such as a client's individual preferences as to the frequency and manner of receiving communications, a client's risk profile and investment focus and perspective (e.g., market wide, sector specific, long-term, short-term, etc.), the size and scope of the overall client relationship with UBS and legal and regulatory constraints.

All Global Research is available on UBS Neo. Please contact your UBS sales representative if you wish to discuss your access to UBS Neo.

When you receive Global Research through a System, your access and/or use of such Global Research is subject to this Global Research Disclaimer and to the UBS Neo Platform Use Agreement (the "Neo Terms") together with any other relevant terms of use governing the applicable System.

When you receive Global Research via a third party vendor, e-mail or other electronic means, you agree that use shall be subject to this Global Research Disclaimer, the Neo Terms and where applicable the UBS Investment Bank terms of business (https://www.ubs.com/global/en/investment-bank/regulatory.html) and to UBS's Terms of Use/Disclaimer (http://www.ubs.com/global/en/legalinfo2/disclaimer.html). In addition, you consent to UBS processing your personal data and using cookies in accordance with our Privacy Statement (http://www.ubs.com/global/en/legalinfo2/privacy.html) and cookie notice (http://www.ubs.com/global/en/homepage/cookies/cookie-management.html).

**If you receive Global Research, whether through a System or by any other means, you agree that you shall not copy, revise, amend, create a derivative work, provide to any third party, or in any way commercially exploit any UBS research provided via Global Research or otherwise, and that you shall not extract data from any research or estimates provided to you via Global Research or otherwise, without the prior written consent of UBS.**

This document is for distribution only as may be permitted by law. It is not directed to, or intended for distribution to or use by, any person or entity who is a citizen or resident of or located in any locality, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation or would subject UBS to any registration or licensing requirement within such jurisdiction.

This document is a general communication and is educational in nature; it is not an advertisement nor is it a solicitation or an offer to buy or sell any financial instruments or to participate in any particular trading strategy. Nothing in this document constitutes a representation that any investment strategy or recommendation is suitable or appropriate to an investor's individual circumstances or otherwise constitutes a personal recommendation. By providing this document, none of UBS or its representatives has any responsibility or authority to provide or have provided investment advice in a fiduciary capacity or otherwise. Investments involve risks, and investors should exercise prudence and their own judgment in making their investment decisions. None of UBS or its representatives is suggesting that the recipient or any other person take a specific course of action or any action at all. By receiving this document, the recipient acknowledges and agrees with the intended purpose described above and further disclaims any expectation or belief that the information constitutes investment advice to the recipient or otherwise purports to meet the investment objectives of the recipient. The financial instruments described in the document may not be eligible for sale in all jurisdictions or to certain categories of investors.

Options, structured derivative products and futures (including OTC derivatives) are not suitable for all investors. Trading in these instruments is considered risky and may be appropriate only for sophisticated investors. Prior to buying or selling an option, and for the complete risks relating to options, you must receive a copy of "The Characteristics and Risks of Standardized Options." You may read the document at http://www.theocc.com/publications/risks/riskchap1.jsp or ask your salesperson for a copy. Various theoretical explanations of the risks associated with these instruments have been published. Supporting documentation for any claims, comparisons, recommendations, statistics or other technical data will be supplied upon request. Past performance is not necessarily indicative of future results. Transaction costs may be significant in option strategies calling for multiple purchases and sales of options, such as spreads and straddles. Because of the importance of tax considerations to many options transactions, the investor considering options should consult with his/her tax advisor as to how taxes affect the outcome of contemplated options transactions.

Mortgage and asset-backed securities may involve a high degree of risk and may be highly volatile in response to fluctuations in interest rates or other market conditions. Foreign currency rates of exchange may adversely affect the value, price or income of any security or related instrument referred to in the document. For investment advice, trade execution or other enquiries, clients should contact their local sales representative.

The value of any investment or income may go down as well as up, and investors may not get back the full (or any) amount invested. Past performance is not necessarily a guide to future performance. Neither UBS nor any of its directors, employees or agents accepts any liability for any loss (including investment loss) or damage arising out of the use of all or any of the Information.

Prior to making any investment or financial decisions, any recipient of this document or the information should take steps to understand the risk and return of the investment and seek individualized advice from his or her personal financial, legal, tax and other professional advisors that takes into account all the particular facts and circumstances of his or her investment objectives.

Any prices stated in this document are for information purposes only and do not represent valuations for individual securities or other financial instruments. There is no representation that any transaction can or could have been effected at those prices, and any prices do not necessarily reflect UBS's internal books and records or theoretical model-based valuations and may be based on certain assumptions. Different assumptions by UBS or any other source may yield substantially different results.

No representation or warranty, either expressed or implied, is provided in relation to the accuracy, completeness or reliability of the information contained in any materials to which this document relates (the "Information"), except with respect to Information concerning UBS. The Information is not intended to be a complete statement or summary of the securities, markets or developments referred to in the document. UBS does not undertake to update or keep current the Information. Any opinions expressed in this document may change without notice and may differ or be contrary to opinions expressed by other business areas or groups, personnel or other representative of UBS. Any statements contained in this report attributed to a third party represent UBS's interpretation of the data, information and/or opinions provided by that third party either publicly or through a subscription service, and such use and interpretation have not been reviewed by the third party. In no circumstances may this document or any of the Information (including any forecast, value, index or other calculated amount ("Values")) be used for any of the following purposes:

(i) valuation or accounting purposes;

(ii) to determine the amounts due or payable, the price or the value of any financial instrument or financial contract; or

(iii) to measure the performance of any financial instrument including, without limitation, for the purpose of tracking the return or performance of any Value or of defining the asset allocation of portfolio or of computing performance fees.

By receiving this document and the Information you will be deemed to represent and warrant to UBS that you will not use this document or any of the Information for any of the above purposes or otherwise rely upon this document or any of the Information.

UBS has policies and procedures, which include, without limitation, independence policies and permanent information barriers, that are intended, and upon which UBS relies, to manage potential conflicts of interest and control the flow of information within divisions of UBS and among its subsidiaries, branches and affiliates. For further information on the ways in which UBS manages conflicts and maintains independence of its research products, historical performance information and certain additional disclosures concerning UBS research recommendations, please visit www.ubs.com/disclosures.

Research will initiate, update and cease coverage solely at the discretion of UBS Research Management, which will also have sole discretion on the timing and frequency of any published research product. The analysis contained in this document is based on numerous assumptions. All material information in relation to published research reports, such as valuation methodology, risk statements, underlying assumptions (including sensitivity analysis of those assumptions), ratings history etc. as required by the Market Abuse Regulation, can be found on UBS Neo. Different assumptions could result in materially different results.

The analyst(s) responsible for the preparation of this document may interact with trading desk personnel, sales personnel and other parties for the purpose of gathering, applying and interpreting market information. UBS relies on information barriers to control the flow of information contained in one or more areas within UBS into other

---

**Apple Inc.**   3 January 2019

✻ UBS   15

**Page 604**

**Exhibit 9**

areas, units, groups or affiliates of UBS. The compensation of the analyst who prepared this document is determined exclusively by research management and senior management (not including investment banking). Analyst compensation is not based on investment banking revenues; however, compensation may relate to the revenues of UBS and/or its divisions as a whole, of which investment banking, sales and trading are a part, and UBS's subsidiaries, branches and affiliates as a whole.

For financial instruments admitted to trading on an EU regulated market: UBS AG, its affiliates or subsidiaries (excluding UBS Securities LLC) acts as a market maker or liquidity provider (in accordance with the interpretation of these terms in the UK) in the financial instruments of the issuer save that where the activity of liquidity provider is carried out in accordance with the definition given to it by the laws and regulations of any other EU jurisdictions, such information is separately disclosed in this document. For financial instruments admitted to trading on a non-EU regulated market: UBS may act as a market maker save that where this activity is carried out in the US in accordance with the definition given to it by the relevant laws and regulations, such activity will be specifically disclosed in this document. UBS may have issued a warrant the value of which is based on one or more of the financial instruments referred to in the document. UBS and its affiliates and employees may have long or short positions, trade as principal and buy and sell in instruments or derivatives identified herein; such transactions or positions may be inconsistent with the opinions expressed in this document.

Within the past 12 months UBS AG, its affiliates or subsidiaries may have received or provided investment services and activities or ancillary services as per MiFID II which may have given rise to a payment or promise of a payment in relation to these services from or to this company.

Where Global Research refers to "UBS Evidence Lab Inside" or has made use of data provided by UBS Evidence Lab you understand that UBS Evidence Lab is a separate department to Global Research and that UBS Evidence Lab does not provide research, investment recommendations or advice.

**United Kingdom:** This material is distributed by UBS AG, London Branch to persons who are eligible counterparties or professional clients. UBS AG, London Branch is authorised by the Prudential Regulation Authority and subject to regulation by the Financial Conduct Authority and limited regulation by the Prudential Regulation Authority. **France:** Prepared by UBS Limited and distributed by UBS Limited and UBS Securities France S.A. UBS Securities France S.A. is regulated by the ACPR (Autorité de Contrôle Prudentiel et de Résolution) and the Autorité des Marchés Financiers (AMF). Where an analyst of UBS Securities France S.A. has contributed to this document, the document is also deemed to have been prepared by UBS Securities France S.A. **Germany:** Prepared by UBS Limited and distributed by UBS Limited and UBS Europe SE. UBS Europe SE is regulated by the Bundesanstalt fur Finanzdienstleistungsaufsicht (BaFin). **Spain:** Prepared by UBS Limited and distributed by UBS Limited and UBS Securities España SV, SA. UBS Securities España SV, SA is regulated by the Comisión Nacional del Mercado de Valores (CNMV). **Turkey:** Distributed by UBS Limited. No information in this document is provided for the purpose of offering, marketing and sale by any means of any capital market instruments and services in the Republic of Turkey. Therefore, this document may not be considered as an offer made or to be made to residents of the Republic of Turkey. UBS Limited is not licensed by the Turkish Capital Market Board under the provisions of the Capital Market Law (Law No. 6362). Accordingly, neither this document nor any other offering material related to the instruments/services may be utilized in connection with providing any capital market services to persons within the Republic of Turkey without the prior approval of the Capital Market Board. However, according to article 15 (d) (ii) of the Decree No. 32, there is no restriction on the purchase or sale of the securities abroad by residents of the Republic of Turkey. **Poland:** Distributed by UBS Limited (spolka z ograniczona odpowiedzialnoscia) Oddzial w Polsce regulated by the Polish Financial Supervision Authority. Where an analyst of UBS Limited (spolka z ograniczona odpowiedzialnoscia) Oddzial w Polsce has contributed to this document, the document is also deemed to have been prepared by UBS Limited (spolka z ograniczona odpowiedzialnoscia) Oddzial w Polsce. **Russia:** Prepared and distributed by UBS Bank (OOO). **Switzerland:** Distributed by UBS AG to persons who are institutional investors only. UBS AG is regulated by the Swiss Financial Market Supervisory Authority (FINMA). **Italy:** Prepared by UBS Limited and distributed by UBS Limited and UBS Limited, Italy Branch. Where an analyst of UBS Limited, Italy Branch has contributed to this document, the document is also deemed to have been prepared by UBS Limited, Italy Branch. **Rest of Europe:** Except as otherwise specified herein, this material is distributed by UBS Limited to persons who are eligible counterparties or professional clients. UBS Limited is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. **South Africa:** Distributed by UBS South Africa (Pty) Limited (Registration No. 1995/011140/07), an authorised user of the JSE and an authorised Financial Services Provider (FSP 7328). **Israel:** This material is distributed by UBS Limited. UBS Limited is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. UBS Securities Israel Ltd is a licensed Investment Marketer that is supervised by the Israel Securities Authority (ISA). UBS Limited and its affiliates incorporated outside Israel are not licensed under the Israeli Advisory Law. UBS Limited is not covered by insurance as required from a licensee under the Israeli Advisory Law. UBS may engage among others in issuance of Financial Assets or in distribution of Financial Assets of other issuers for fees or other benefits. UBS Limited and its affiliates may prefer various Financial Assets to which they have or may have Affiliation (as such term is defined under the Israeli Advisory Law). Nothing in this Material should be considered as investment advice under the Israeli Advisory Law. This Material is being issued only to and/or is directed only at persons who are Eligible Clients within the meaning of the Israeli Advisory Law, and this material must not be relied on or acted upon by any other persons. **Saudi Arabia:** This document has been issued by UBS AG (and/or any of its subsidiaries, branches or affiliates), a public company limited by shares, incorporated in Switzerland with its registered offices at Aeschenvorstadt 1, CH-4051 Basel and Bahnhofstrasse 45, CH-8001 Zurich. This publication has been approved by UBS Saudi Arabia (a subsidiary of UBS AG), a Saudi closed joint stock company incorporated in the Kingdom of Saudi Arabia under commercial register number 1010257812 having its registered office at Tatweer Towers, P.O. Box 75724, Riyadh 11588, Kingdom of Saudi Arabia. UBS Saudi Arabia is authorized and regulated by the Capital Market Authority to conduct securities business under license number 08113-37. **UAE / Dubai:** The information distributed by UBS AG Dubai Branch is only intended for Professional Clients and/or Market Counterparties, as classified under the DFSA rulebook. No other person should act upon this material/communication. The information is not for further distribution within the United Arab Emirates. UBS AG Dubai Branch is regulated by the DFSA in the DIFC. UBS is not licensed to provide banking services in the UAE by the Central Bank of the UAE, nor is it licensed by the UAE Securities and Commodities Authority. **United States:** Distributed to US persons by either UBS Securities LLC or UBS Financial Services Inc., subsidiaries of UBS AG; or by a group, subsidiary or affiliate of UBS AG that is not registered as a US broker-dealer (a **'non-US affiliate'**) to major US institutional investors only. UBS Securities LLC or UBS Financial Services Inc. accepts responsibility for the content of a document prepared by another non-US affiliate when distributed to US persons by UBS Securities LLC or UBS Financial Services Inc. All transactions by a US person in the securities mentioned in this document must be effected through UBS Securities LLC or UBS Financial Services Inc., and not through a non-US affiliate. UBS Securities LLC is not acting as a municipal advisor to any municipal entity or obligated person within the meaning of Section 15B of the Securities Exchange Act (the "Municipal Advisor Rule"), and the opinions or views contained herein are not intended to be, and do not constitute, advice within the meaning of the Municipal Advisor Rule. **Canada:** Distributed by UBS Securities Canada Inc., a registered investment dealer in Canada and a Member-Canadian Investor Protection Fund, or by another affiliate of UBS AG that is registered to conduct business in Canada or is otherwise exempt from registration. **Mexico:** This report has been distributed and prepared by UBS Casa de Bolsa, S.A. de C.V., UBS Grupo Financiero, an entity that is part of UBS Grupo Financiero, S.A. de C.V. and is a subsidiary of UBS AG. This document is intended for distribution to institutional or sophisticated investors only. Research reports only reflect the views of the analysts responsible for the reports. Analysts do not receive any compensation from persons or entities different from UBS Casa de Bolsa, S.A. de C.V., UBS Grupo Financiero, or different from entities belonging to the same financial group or business group of such. For Spanish translations of applicable disclosures, please go to www.ubs.com/disclosures. **Brazil:** Except as otherwise specified herein, this material is prepared by UBS Brasil CCTVM S.A. to persons who are eligible investors residing in Brazil, which are considered to be Investidores Profissionais, as designated by the applicable regulation, mainly the CVM Instruction No. 539 from the 13th of November 2013 (determines the duty to verify the suitability of products, services and transactions with regards to the client's profile). **Hong Kong:** Distributed by UBS Securities Asia Limited and/or UBS AG, Hong Kong Branch. Please contact local licensed/registered representatives of UBS Securities Asia Limited and/or UBS AG, Hong Kong Branch in respect of any matters arising from, or in connection with, the analysis or document. **Singapore:** Distributed by UBS Securities Pte. Ltd. [MCI (P) 009/09/2018 and Co. Reg. No.: 198500648C] or UBS AG, Singapore Branch. Please contact UBS Securities Pte. Ltd., an exempt financial adviser under the Singapore Financial Advisers Act (Cap. 110); or UBS AG, Singapore Branch, an exempt financial adviser under the Singapore Financial Advisers Act (Cap. 110) and a wholesale bank licensed under the Singapore Banking Act (Cap. 19) regulated by the Monetary Authority of Singapore, in respect of any matters arising from, or in connection with, the analysis or document. The recipients of this document represent and warrant that they are accredited and institutional investors as defined in the Securities and Futures Act (Cap. 289). **Japan:** Distributed by UBS Securities Japan Co., Ltd. to professional investors (except as otherwise permitted). Where this document has been prepared by UBS Securities Japan Co., Ltd., UBS Securities Japan Co., Ltd. is the author, publisher and distributor of the document. Distributed by UBS AG, Tokyo Branch to Professional Investors (except as otherwise permitted) in relation to foreign exchange and other banking businesses when relevant. **Australia:** Clients of UBS AG: Distributed by UBS AG (Holder of Australian Financial Services License No. 231087). Clients of UBS Securities Australia Ltd: Distributed by UBS Securities Australia Ltd (ABN 62 008 586 481 and holder of Australian Financial Services License No. 231098). This Document contains general information and/or general advice only and does not constitute personal financial product advice. As such, the Information in this document has been prepared without taking into account any investor's objectives, financial situation or needs, and investors should, before acting on the Information, consider the appropriateness of the Information, having regard to their objectives, financial situation and needs. If the Information contained in this document relates to the acquisition, or potential acquisition of a particular financial product by a 'Retail' client as defined by Section 761G of the Corporations Act 2001 where a Product Disclosure Statement would be required, the retail client should obtain and consider the Product Disclosure Statement relating to the product before making any decision about whether to acquire the product. The UBS Securities Australia Limited Financial Services Guide is available at: www.ubs.com/ecs-research-fsg. **New Zealand:** Distributed by UBS New Zealand Ltd. UBS New Zealand Ltd is not a registered bank in New Zealand. You are being provided with this UBS publication or material because you have indicated to UBS that you are a "wholesale client" within the meaning of section 5C of the Financial Advisers Act 2008 of New Zealand (Permitted Client). This publication or material is not intended for clients who are not Permitted Clients (non-permitted Clients). If you are a non-permitted Client you must not rely on this publication or material. If despite this warning you nevertheless rely on this publication or material, you hereby (i) acknowledge that you may not rely on the content of this publication or material and

**Exhibit 9**

that any recommendations or opinions in such this publication or material are not made or provided to you, and (ii) to the maximum extent permitted by law (a) indemnify UBS and its associates or related entities (and their respective Directors, officers, agents and Advisors) (each a 'Relevant Person') for any loss, damage, liability or claim any of them may incur or suffer as a result of, or in connection with, your unauthorised reliance on this publication or material and (b) waive any rights or remedies you may have against any Relevant Person for (or in respect of) any loss, damage, liability or claim you may incur or suffer as a result of, or in connection with, your unauthorised reliance on this publication or material. **Korea:** Distributed in Korea by UBS Securities Pte. Ltd., Seoul Branch. This document may have been edited or contributed to from time to time by affiliates of UBS Securities Pte. Ltd., Seoul Branch. This material is intended for professional/institutional clients only and not for distribution to any retail clients. **Malaysia:** This material is authorized to be distributed in Malaysia by UBS Securities Malaysia Sdn. Bhd (Capital Markets Services License No.: CMSL/A0063/2007). This material is intended for professional/institutional clients only and not for distribution to any retail clients. **India:** Distributed by UBS Securities India Private Ltd. (Corporate Identity Number U67120MH1996PTC097299) 2/F, 2 North Avenue, Maker Maxity, Bandra Kurla Complex, Bandra (East), Mumbai (India) 400051. Phone: +912261556000. It provides brokerage services bearing SEBI Registration Numbers: NSE (Capital Market Segment): INB230951431, NSE (F&O Segment) INF230951431, NSE (Currency Derivatives Segment) INE230951431, BSE (Capital Market Segment) INB010951437; merchant banking services bearing SEBI Registration Number: INM000010809 and Research Analyst services bearing SEBI Registration Number: INH000001204. UBS AG, its affiliates or subsidiaries may have debt holdings or positions in the subject Indian company/companies. Within the past 12 months, UBS AG, its affiliates or subsidiaries may have received compensation for non-investment banking securities-related services and/or non-securities services from the subject Indian company/companies. The subject company/companies may have been a client/clients of UBS AG, its affiliates or subsidiaries during the 12 months preceding the date of distribution of the research report with respect to investment banking and/or non-investment banking securities-related services and/or non-securities services. With regard to information on associates, please refer to the Annual Report at: http://www.ubs.com/global/en/about_ubs/investor_relations/annualreporting.html**Taiwan:** Distributed by UBS Securities Pte. Ltd., Taipei Branch which is regulated by the Taiwan Securities and Futures Bureau. **Indonesia:** This report is being distributed by PT UBS Sekuritas Indonesia and is delivered by its licensed employee(s), including marketing/sales person, to its client. PT UBS Sekuritas Indonesia, having its registered office at Wisma GKBI, 22nd floor, JL. Jend. Sudirman, kav.28, Jakarta 10210, Indonesia, is a subsidiary company of UBS AG and licensed under Capital Market Law no. 8 year 1995, a holder of broker-dealer and underwriter licenses issued by the Capital Market and Financial Institution Supervisory Agency (now Otoritas Jasa Keuangan/OJK). PT UBS Sekuritas Indonesia is also a member of Indonesia Stock Exchange and supervised by Otoritas Jasa Keuangan (OJK). Neither this report nor any copy hereof may bedistributed in Indonesia or to any Indonesian citizens except in compliance with applicable Indonesian capital market laws and regulations. This report is not an offer of securities in Indonesia and may not be distributed within the territory of the Republic of Indonesia or to Indonesian citizens in circumstance whichconstitutes an offering within the meaning of Indonesian capital market laws and regulations.

The disclosures contained in research documents produced by UBS AG, London Branch or UBS Limited shall be governed by and construed in accordance with English law.

UBS specifically prohibits the redistribution of this document in whole or in part without the written permission of UBS and in any event UBS accepts no liability whatsoever for any redistribution of this document or its contents or the actions of third parties in this respect. Images may depict objects or elements that are protected by third party copyright, trademarks and other intellectual property rights. © UBS 2019. The key symbol and UBS are among the registered and unregistered trademarks of UBS. All rights reserved.



---