# EXHIBIT 3

## Apple Inc. (AAPL)

NasdaqGS - NasdaqGS Real Time Price. Currency in USD

Add to watchlist | Visitors trend 2W ↑ 10W ↑ 9M ↑

Quote Lookup

**144.57** +2.55 (+1.80%)
At close: 4:00PM EDT

**144.59** +0.02 (0.01%)
After hours: 06:27PM EDT

Summary | Company Outlook | Chart | Conversations | Statistics | **Historical Data** | Profile | Financials | Analysis | Options | Holders | Sustainability

**Enjoy Presentations with Canva**
Ad by Canva
See More

Time Period: Oct 31, 2018 - Nov 02, 2018 ⌄ Show: Historical Prices ⌄ Frequency: Daily ⌄

Apply

Currency in USD

Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Nov 02, 2018 | 52.39 | 53.41 | 51.36 | 51.87 | 50.33 | 365,314,800 |
| Nov 01, 2018 | 54.76 | 55.59 | 54.20 | 55.56 | 53.90 | 233,292,800 |

*Close price adjusted for splits. **Adjusted close price adjusted for both dividends and splits.

Learn More

### People Also Watch

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| AMZN Amazon.com, Inc. | 3,696.58 | +20.84 | +0.57% |
| TSLA Tesla, Inc. | 644.65 | -14.93 | -2.26% |
| FB Facebook, Inc. | 350.49 | -2.29 | -0.65% |
| GOOG Alphabet Inc. | 2,601.55 | +6.13 | +0.24% |
| NFLX Netflix, Inc. | 535.96 | -5.68 | -1.05% |

**Click to find out more about a new promotion**

Advertise with us

Finance Home | Watchlists | My Portfolio | Screeners | Yahoo Finance Plus | Markets | News ··· y!finance+ Try it free

