# EXHIBIT 8

Finance Home    Watchlists    My Portfolio    Screeners    Yahoo Finance Plus    Markets    News    y!finance+    Try it free

**Apple Inc. (AAPL)**
NasdaqGS - NasdaqGS Real Time Price. Currency in USD

☆ Add to watchlist    👥 Visitors trend 2W↑ 10W↑ 9M↑

**144.57** +2.55 (+1.80%)    144.59 +0.02 (0.01%)
At close: 4:00PM EDT    After hours: 06:27PM EDT

Quote Lookup

Summary | Company Outlook ✚ | Chart | Conversations | Statistics | **Historical Data** | Profile | Financials | Analysis | Options | Holders | Sustainability



Time Period: Nov 11, 2018 - Nov 12, 2018 ⌄    Show: Historical Prices ⌄    Frequency: Daily ⌄

Apply

Currency in USD    ⬇ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Nov 12, 2018 | 49.75 | 49.96 | 48.45 | 48.54 | 47.26 | 204,542,000 |

*Close price adjusted for splits.    **Adjusted close price adjusted for both dividends and splits.





**People Also Watch**

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **AMZN**<br>Amazon.com, Inc. | 3,696.58 | +20.84 | +0.57% |
| **TSLA**<br>Tesla, Inc. | 644.65 | -14.93 | -2.26% |
| **FB**<br>Facebook, Inc. | 350.49 | -2.29 | -0.65% |
| **GOOG**<br>Alphabet Inc. | 2,601.55 | +6.13 | +0.24% |
| **NFLX**<br>Netflix, Inc. | 535.96 | -5.68 | -1.05% |

Follow Team USA anywhere

with Xfinity Internet and Mobile together

Advertise with us