ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
JOHN H. GEORGE (292332)
KENNETH J. BLACK (291871)
HADIYA K. DESHMUKH (328118)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
jgeorge@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
        – and –
MARK SOLOMON (151949)
TOR GRONBORG (179109)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
torg@rgrdlaw.com

Lead Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION | ) Case No. 4:19-cv-02033-YGR ) ) <u>CLASS ACTION</u> ) |
| This Document Relates To:<br><br>    ALL ACTIONS. | ) LEAD PLAINTIFF'S ADMINISTRATIVE ) MOTION TO FILE UNDER SEAL ) ) ) |

4848-1983-1543.v1

Pursuant to Northern District of California Civil Local Rules 7-11 and 79-5 and in accordance with the Stipulated Protective Order (ECF No. 139) ("Protective Order"), Lead Plaintiff Norfolk County Council as Administering Authority of the Norfolk Pension Fund ("Lead Plaintiff") respectfully submits this administrative motion to file under seal (the "Motion") the Reply in Support of Lead Plaintiff's Motion to Certify Class, Appoint Class Representative and Appoint Class Counsel (the "Reply") and certain exhibits thereto (the "Sealed Documents"), filed concurrently herewith.  This Motion is supported by the Declaration of Shawn A. Williams (the "Williams Declaration").  Lead Plaintiff has reviewed and complied with Local Rule 79-5.

Pursuant to the parties' Protective Order, Lead Plaintiff must file the Sealed Documents under seal because they reference or contain information designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL by Named Plaintiffs[1] or Defendants[2] (the "Designating Parties") under the Protective Order.  Lead Plaintiff only seeks to file under seal those portions of the Sealed Documents that cite or reflect information that has been so designated by the Designating Parties.  Pursuant to Civil Local Rule 79-5(e), the Williams Declaration identifies the documents containing the purportedly CONFIDENTIAL or HIGHLY CONFIDENTIAL information.  A redacted version of the Reply will be filed electronically on the CM/ECF docket together with this Motion, with the purportedly confidential information redacted from the Reply highlighted.  An unredacted version of the Reply will be submitted conditionally under seal with this Motion.  The Sealed Documents will be concurrently provided to the Court and served on counsel for the Designating Parties.

---

[1]   "Named Plaintiffs" are City of Roseville Employees' Retirement System and Employees' Retirement System of the State of Rhode Island.

[2]   "Defendants" are Apple Inc., Timothy D. Cook and Luca Maestri.

1   Pursuant to the Protective Order, Lead Plaintiff requests the Court's permission to have the
2   Sealed Documents filed under seal.

3   DATED: August 24, 2021                          Respectfully submitted,

                                                    ROBBINS GELLER RUDMAN
                                                       & DOWD LLP
                                                    SHAWN A. WILLIAMS
                                                    DANIEL J. PFEFFERBAUM
                                                    JOHN H. GEORGE
                                                    KENNETH J. BLACK
                                                    HADIYA K. DESHMUKH


                                                         s/ Shawn A. Williams
                                                        SHAWN A. WILLIAMS

                                                    Post Montgomery Center
                                                    One Montgomery Street, Suite 1800
                                                    San Francisco, CA 94104
                                                    Telephone: 415/288-4545
                                                    415/288-4534 (fax)
                                                    shawnw@rgrdlaw.com
                                                    dpfefferbaum@rgrdlaw.com
                                                    jgeorge@rgrdlaw.com
                                                    kennyb@rgrdlaw.com
                                                    hdeshmukh@rgrdlaw.com

                                                    ROBBINS GELLER RUDMAN
                                                       & DOWD LLP
                                                    MARK SOLOMON
                                                    TOR GRONBORG
                                                    655 West Broadway, Suite 1900
                                                    San Diego, CA 92101
                                                    Telephone: 619/231-1058
                                                    619/231-7423 (fax)
                                                    marks@rgrdlaw.com
                                                    torg@rgrdlaw.com

                                                    Lead Counsel for Lead Plaintiff

                                                    LABATON SUCHAROW
                                                    CAROL C. VILLEGAS
                                                    140 Broadway
                                                    New York, NY 10005
                                                    Telephone: 212/907-0700
                                                    212/883-7524 (fax)
                                                    cvillegas@labaton.com

                                                    Counsel for Employees' Retirement System of
                                                    the State of Rhode Island

LEAD PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL- 4:19-cv-02033-YGR   - 2 -
4848-1983-1543.v1

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on August 24, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

       s/ Shawn A. Williams
       SHAWN A. WILLIAMS

ROBBINS GELLER RUDMAN
    & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:  shawnw@rgrdlaw.com

4848-1983-1543.v1

# Mailing Information for a Case 4:19-cv-02033-YGR IN RE APPLE INC. SECURITIES LITIGATION

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Adam Marc Apton**
  aapton@zlk.com,Files@zlk.com

- **Kevin Michael Askew**
  kaskew@orrick.com

- **Kenneth Joseph Black**
  KennyB@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Mary K. Blasy**
  mblasy@rgrdlaw.com

- **Frank H. Busch**
  busch@wvbrlaw.com,johnson@wvbrlaw.com,pallister@wvbrlaw.com

- **Hadiya Khan Deshmukh**
  hdeshmukh@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **William Joseph Foley**
  wfoley@orrick.com

- **Christine M. Fox**
  cfox@labaton.com,ndonlon@labaton.com,lpina@labaton.com,electroniccasefilings@labaton.com,fmalonzo@labaton.com,6312349420@filings.docketbird.com

- **John Hamilton George**
  jgeorge@rgrdlaw.com

- **Tor Gronborg**
  torg@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Nicomedes Sy Herrera**
  nherrera@herrerakennedy.com

- **J Alexander Hood , II**
  ahood@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Austin Thomas Jackson**
  ajackson@structurelaw.com,cford@structurelaw.com

- **James Neil Kramer**
  jkramer@orrick.com,lpatts@orrick.com,mwatkins@orrick.com,vmorse@orrick.com,tallen@orrick.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,asoto@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Francis P. McConville**
  fmcconville@labaton.com,HChang@labaton.com,lpina@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,ahood@pomlaw.com,egoodman@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,jalieberman@pomlaw.com,asoto@pomlaw.c

- **Daniel Jacob Pfefferbaum**
  DPfefferbaum@rgrdlaw.com,jgeorge@rgrdlaw.com,dpfefferbaumRGRD@ecf.courtdrive.com,e_file_sd@rgrdlaw.com,jgeorge@ecf.courtdrive.com,sbloyd@rgrdlaw.c

- **Samuel H. Rudman**
  srudman@rgrdlaw.com

- **Juan Carlos Sanchez**
  jsanchez@rgrdlaw.com,e_file_SD@rgrdlaw.com

- **Mark Solomon**
  marks@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Alexander K. Talarides**
  atalarides@orrick.com,lpatts@orrick.com,casestream@ecf.courtdrive.com

- **Carol C. Villegas**
  cvillegas@labaton.com,ndonlon@labaton.com,5739893420@filings.docketbird.com,dsaldamando@labaton.com,lpina@labaton.com,acoquin@labaton.com,fmalonzo@

- **James Matthew Wagstaffe**
  wagstaffe@wvbrlaw.com,johnson@wvbrlaw.com

- **Steven Ray Wedeking , II**
  swedeking@robbinsllp.com,notice@robbinsllp.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,ShawnW@ecf.courtdrive.com,smorris@rgrdlaw.com,kennyb@rgrdlaw.com,e_file_sd@rgrdlaw.com,smorris@ecf.courtdrive.com

- **Ariel Brianna Winawer**
  awinawer@orrick.com

Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`