ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
JOHN H. GEORGE (292332)
KENNETH J. BLACK (291871)
HADIYA K. DESHMUKH (328118)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
jgeorge@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
        – and –
MARK SOLOMON (151949)
TOR GRONBORG (179109)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
torg@rgrdlaw.com

Lead Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | ) ) ) ) ) ) ) ) ) ) | Case No. 4:19-cv-02033-YGR<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF SHAWN A. WILLIAMS IN SUPPORT OF LEAD PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL |

4828-9484-2615.v1

I, SHAWN A. WILLIAMS, declare as follows:

1. I am an attorney duly licensed to practice in the State of a California and before this District Court. I am a member of the law firm Robbins Geller Rudman & Dowd LLP, counsel of record for Lead Plaintiff Norfolk County Council as Administering Authority for the Norfolk Pension Fund ("Lead Plaintiff"), in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto. This Declaration is made in support of Lead Plaintiff's Administrative Motion to File Under Seal (the "Motion").

2. I submit this Declaration pursuant to Civil Local Rules 79-5(d)(1)(A) and 79-5(e) in connection with the Reply in Support of Lead Plaintiff's Motion to Certify Class, Appoint Class Representative and Appoint Class Counsel and certain exhibits thereto.

3. Pursuant to the Stipulated Protective Order (ECF No. 139), the following documents or information therein have been designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL (the "Sealed Documents"):

| Document | Reason for Sealing | Designating Party |
|---|---|---|
| Portions of Reply in Support of Lead Plaintiff's Motion to Certify Class, Appoint Class Representative and Appoint Class Counsel | Designated HIGHLY CONFIDENTIAL | Defendants[1] |
| Exhibit 5 | Designated HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 8 | Designated HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 9 | Designated HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 10 | Designated CONFIDENTIAL | Employees' Retirement System of the State of Rhode Island |
| Exhibit 11 | Designated CONFIDENTIAL | City of Roseville Employees' Retirement System |

---

[1] "Defendants" are Apple Inc., Timothy D. Cook and Luca Maestri.

1  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 24th day of August, at San Francisco, California.

                                                s/ Shawn A. Williams
                                                SHAWN A. WILLIAMS