| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN |
|   |   & DOWD LLP |
| 2 | SHAWN A. WILLIAMS (213113) |
|   | DANIEL J. PFEFFERBAUM (248631) |
| 3 | JOHN H. GEORGE (292332) |
|   | KENNETH J. BLACK (291871) |
| 4 | HADIYA K. DESHMUKH (328118) |
|   | Post Montgomery Center |
| 5 | One Montgomery Street, Suite 1800 |
|   | San Francisco, CA  94104 |
| 6 | Telephone:  415/288-4545 |
|   | 415/288-4534 (fax) |
| 7 | shawnw@rgrdlaw.com |
|   | dpfefferbaum@rgrdlaw.com |
| 8 | jgeorge@rgrdlaw.com |
|   | kennyb@rgrdlaw.com |
| 9 | hdeshmukh@rgrdlaw.com |
|   |       – and – |
| 10 | MARK SOLOMON (151949) |
|   | TOR GRONBORG (179109) |
| 11 | 655 West Broadway, Suite 1900 |
|   | San Diego, CA  92101 |
| 12 | Telephone:  619/231-1058 |
|   | 619/231-7423 (fax) |
| 13 | marks@rgrdlaw.com |
|   | torg@rgrdlaw.com |

Lead Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION | ) Case No. 4:19-cv-02033-YGR |
| | ) |
| | ) <u>CLASS ACTION</u> |
| | ) |
| This Document Relates To: | ) [PROPOSED] ORDER GRANTING LEAD |
| | ) PLAINTIFF'S ADMINISTRATIVE |
|     ALL ACTIONS. | ) MOTION TO FILE UNDER SEAL |
| | ) |

4815-0292-3511.v1

Having considered Lead Plaintiff's Administrative Motion to file Under Seal (the "Motion") portions of the Reply in Support of Lead Plaintiff's Motion to Certify Class, Appoint Class Representative and Appoint Class Counsel and certain exhibits thereto, the pleadings and filings herein and such other evidence and written or oral arguments as may be presented to the Court, IT IS HEREBY ORDERED that:

1. Lead Plaintiff's Motion is GRANTED;

2. Lead Plaintiff may file the following documents under seal:

| Document | Reason for Sealing | Designating Party |
|---|---|---|
| Portions of Reply in Support of Lead Plaintiff's Motion to Certify Class, Appoint Class Representative and Appoint Class Counsel | Designated HIGHLY CONFIDENTIAL | Defendants[1] |
| Exhibit 5 | Designated HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 8 | Designated HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 9 | Designated HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 10 | Designated CONFIDENTIAL | Employees' Retirement System of the State of Rhode Island |
| Exhibit 11 | Designated CONFIDENTIAL | City of Roseville Employees' Retirement System |

IT IS SO ORDERED.

DATED: _____   _____
THE HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

---

[1] "Defendants" are Apple Inc., Timothy D. Cook and Luca Maestri.