ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
JOHN H. GEORGE (292332)
KENNETH J. BLACK (291871)
HADIYA K. DESHMUKH (328118)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
jgeorge@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
          – and –
MARK SOLOMON (151949)
TOR GRONBORG (179109)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
torg@rgrdlaw.com

Lead Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No. 4:19-cv-02033-YGR<br><br>CLASS ACTION<br><br>DECLARATION OF SHAWN A. WILLIAMS IN SUPPORT OF REPLY IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO CERTIFY CLASS, APPOINT CLASS REPRESENTATIVE AND APPOINT CLASS COUNSEL |

4843-9415-9351.v2

I, SHAWN A. WILLIAMS, declare as follows:

I am an attorney duly licensed to practice in the State of a California and before this District Court. I am a member of the law firm Robbins Geller Rudman & Dowd LLP, counsel of record for Lead Plaintiff Norfolk County Council as Administering Authority for the Norfolk Pension Fund, in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

Attached are true and correct copies of the following exhibits:

Exhibit 5: Email among Apple employees bearing Bates No. APL-SECLIT_00183226 - APL-SECLIT_00183229 **[FILED UNDER SEAL]**;

Exhibit 6: Excerpt from Apple Inc., 2019 Form 14A Definitive Proxy Statement;

Exhibit 7: Reply Report of Professor Steven P. Feinstein, Ph.D., CFA, dated August 24, 2021;

Exhibit 8: Internal Apple report bearing Bates No. APL-SECLIT_00028100 **[FILED UNDER SEAL]**;

Exhibit 9: Email among Apple employees bearing Bates No. APL-SECLIT_00183236 - APL-SECLIT_00183243 **[FILED UNDER SEAL]**;

Exhibit 10: Excerpt from Deposition Transcript of Justin Maistro, representative of Employees' Retirement System of the State of Rhode Island, pursuant to Fed. R. Civ. P. 30(b)(6), dated August 4, 2021 **[FILED UNDER SEAL]**;

Exhibit 11: Excerpt from Deposition Transcript of Sharon Maas, representative of City of Roseville Employees' Retirement System, pursuant to Fed. R. Civ. P. 30(b)(6), dated July 23, 2021 **[FILED UNDER SEAL]**;

Exhibit 12: Declaration of Alexander Younger in Support of Reply in Support of Lead Plaintiff's Motion to Certify Class, Appoint Class Representative and Appoint Class Counsel, dated August 23, 2021; and

Exhibit 13: Northern Trust, Transitioning Pooled Funds, dated 2012.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 24th day of August, at San Francisco, California.

s/ Shawn A. Williams
SHAWN A. WILLIAMS

4843-9415-9351.v2