# EXHIBIT 12

DocuSign Envelope ID: 7E21D2EE-BC87-441C-AC35-C3CA4S248161

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
JOHN H. GEORGE (292332)
KENNETH J. BLACK (291871)
HADIYA K. DESHMUKH (328118)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
jgeorge@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
        – and –
MARK SOLOMON (151949)
TOR GRONBORG (179109)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
torg@rgrdlaw.com

Lead Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION | ) ) ) ) |
| | Case No. 4:19-cv-02033-YGR |
| | CLASS ACTION |
| This Document Relates To: | ) ) |
| ALL ACTIONS. | ) ) ) ) ) |
| | DECLARATION OF ALEXANDER YOUNGER IN SUPPORT OF REPLY IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO CERTIFY CLASS, APPOINT CLASS REPRESENTATIVE AND APPOINT CLASS COUNSEL |

I, Alexander Younger, declare as follows:

1. I am the Head of Funding and Investment for Lead Plaintiff, Norfolk County Council as Administering Authority of the Norfolk Pension Fund ("Norfolk Pension Fund"), and I am authorized to make this declaration. I am the person at Norfolk Pension Fund who is primarily responsible for monitoring and directing this litigation on behalf of Norfolk Pension Fund. I make this declaration in response to Defendants' assertions in Defendants' July 9, 2021 Opposition to Motion for Class Certification (ECF No. 196) ("Opposition"), regarding the nature, date and price of Norfolk Pension Fund's acquisition of 14,012 shares of Apple Inc. ("Apple") stock on November 12, 2018.

2. On April 18, 2019, Norfolk Pension Fund submitted a Certification Pursuant to Federal Securities Laws and attached Schedule A ("Certification") with its Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel (ECF No. 36) ("Lead Plaintiff Motion"). ECF No. 37-8. That Certification listed Norfolk Pension Fund's transactions in Apple securities from November 2, 2018 through January 2, 2019 (the "Class Period"), including an acquisition of 14,012 shares of Apple stock on November 13, 2018 at $192.23 per share, which is consistent with trade data initially recorded by HSBC. Norfolk Pension Fund's loss estimate filed in connection with the Lead Plaintiff Motion identified the same acquisition. ECF No. 37-9.

3. The November 13, 2018 date and $192.23 price per share for that acquisition in the Certification and loss estimate, which were initially recorded by HSBC, were incorrect and later updated by HSBC. The correct date of the acquisition was one day earlier, November 12, 2018, and the correct price was $204.42 per share. The accurate acquisition date and price for those shares are recorded in the account statements from Norfolk Pension Fund's investment manager, Fidelity International, and custodian, HSBC, and those statements have been produced to Defendants as part of the discovery process. *See* ECF Nos. 165-4, 197-7.

4. I was not aware of a discrepancy between the Certification and loss estimate and the Fidelity and HSBC account statements until after my deposition, which occurred on June 22,

DECL. A. YOUNGER IN SUPPORT OF REPLY IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO
CERTIFY CLASS, APPOINT CLASS REP., APPOINT CLASS COUNSEL  - 4:19-cv-02033-YGR
4813-9950-5911.v2

- 1 -

DocuSign Envelope ID: 7E21D2EE-BC87-441C-AAC5-C3CA4S248161

1   2021.  I have since consulted with counsel, my internal team, Fidelity International and HSBC on

2   the matter.

3          5.      Specifically, on June 28, 2021, I directed my team to confer with HSBC to clarify

4   the timing and pricing of the November 12, 2018 acquisition of Apple shares.  Ex. A. [1]

5          6.      On June 30, 2021, an HSBC Associate, Hollye R. Polese, confirmed to my team in

6   an email that the November 2018 acquisition of the 14,012 shares was priced at $204.42 per share.

7   Ms. Bennet's email states as follows:

> Further to my note this morning, I have just met with the A&V team and can now provide the following clarifications with regards to the pricing:
>
> - The 14,012 shares were transitioned into HSBC using a price of 204.42.  This was the price instructed by Fidelity and Fidelity have confirmed that as standard the price used for transition trades is as at close of business the previous day, *i.e.*, 9th November.
>
> - The "Transaction Listing" report downloaded from HSBCnet shows both the incoming transition trade along with 2 normal market trades, which were executed at market prices: . . . .

14  Ms. Bennet's email also included a screenshot of the transactions to which she referred.  *See Id.*

15         7.      In addition, Ms. Polese's June 30, 2021 email confirmed that on November 13,

16  2018, HSBC had provided an unaudited report of the same transaction reflecting a closing date of

17  November 13, 2018 and a price of $192.23 per share.  That portion of her email states as follows:

> - On 13th November the A&V team provided the unaudited valuation report post transition; this shows the closing price of the asset as of 13.11.2018 on the usual Bid pricing basis.
>
> - For further illustration, below you will see the actual market price of the asset on close of 9th November (price used for transfer, as instructed by Fidelity), as along with the price as of close 13th November, used for the unaudited valuation: . . . .

*Id.*

23         8.      Ms. Bennet's email also provided a screenshot of the initial unaudited recording of

24  the transaction with the date of November 13, 2018 and price of $192.23 per share.  *See Id.*

---

[1]    All "Ex. _" citations herein are attached hereto.

DECL. A. YOUNGER IN SUPPORT OF REPLY IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO
CERTIFY CLASS, APPOINT CLASS REP., APPOINT CLASS COUNSEL  - 4:19-cv-02033-YGR        - 2 -
4813-9950-5911.v2

9.     Norfolk Pension Fund's Certification reflects the initially-recorded price of $192.23 per share and the November 12, 2018 trade date as reflected in the unaudited HSBC data.

10.     On June 30, 2021, Lead Counsel on behalf of the Norfolk Pension Fund, filed a Notice of Errata (ECF No. 194) with a corrected loss estimate to, among other things, accurately reflect the November 12, 2018 acquisition as it is shown in the records of Norfolk Pension Fund, Fidelity and HSBC, rather than the date and price in the unaudited report.  Attached hereto is an updated Certification with the same correction.  *See* Ex. B.

11.     On July 23, 2021, Mark Sutton, Client Service Manager of Fidelity International, wrote to me further confirming the price of $204.42 per share for the Apple shares Norfolk Pension Fund acquired on November 12, 2018:

> Hello Alex, I have confirmed with our Ops team that the Apple 12:00 share price on 12th November 2018 on our system was 204.42, which was used for our in-specie asset load, see screenshot below, and I have attached the final reconciliation for your review . . . .

Ex. C.  Mr. Sutton's email also included a screenshot of the transaction.

12.     I understand that despite the Fidelity and HSBC records documenting the transaction, Defendants' Opposition questions the accuracy of the November 12, 2018 acquisition of 14,012 shares at $204.42 per share, because according to Yahoo! Finance, Apple common stock did not trade at $204.42 per share during market hours on November 12, 2018.  However, as documented above, the date and price are recorded accurately.

13.     I also understand that Defendants' Opposition states that Norfolk Pension Fund's November 12, 2018 acquisition was not an acquisition of Apple shares, but instead a transfer of shares from one Norfolk Pension Fund account to another, suggesting that there was no economic consideration provided for the Apple shares in the transaction.  That is not accurate.

14.     Prior to the beginning of the Class Period, Norfolk Pension Fund invested in units of a pooled investment fund, the Exempt America Multi Manager Fund, managed by Fidelity International.  As a unit holder in the Exempt America Multi Manager Fund, Norfolk Pension Fund did not control or own any of the underlying assets or shares in the Exempt America Multi Manager Fund, including any shares of Apple.

15.     In 2018, Norfolk Pension Fund decided to divest its unitized interest in the Exempt America Multi Manager Fund and move its U.S. equity exposure to a segregated mandate.  On or around November 7, 2018, Norfolk Pension Fund relinquished its interest in the Exempt America Multi Manager Fund and directed Fidelity to transition the assets received as part of the redemption to HSBC on November 12, 2018.  In order to execute the transition from the Exempt America Multi Manager Fund and initiate its segregated mandate, Norfolk Pension Fund acquired certain assets from the Exempt America Multi Manager Fund, including the 14,012 Apple shares at the price of $204.42 per share.

16.     On July 23, 2021, Fidelity also confirmed that had Norfolk Pension Fund sold its interest in the Exempt America Multi Manager Fund instead of conducting an in-specie transaction, Fidelity International would have had to pay Norfolk Pension Fund in cash for the value of Norfolk Pension Fund's unitized interest in the in the Exempt America Multi Manager Fund and then Norfolk Pension Fund would have had to pay cash to acquire the Apple shares:

> Your understanding below is correct, as the amount Fidelity would have paid to Norfolk in cash and that Norfolk would then have had to pay for the shares had the transaction been a straight forward cash sale by Norfolk of its unitised interest in the Fidelity fund for this line of stock.

Ex. C.

17.     Finally, I understand "PFREE" and "SFREE" to be shorthand terms utilized by HSBC within its trade reports that indicate: (1) purchases of shares free of cash ("PFREE") where the economic consideration given is a non-cash item; and (2) sales of shares free of cash ("SFREE"), where the economic consideration received is a non-cash item.

18.     Norfolk Pension Fund is committed to continuing to actively direct this litigation and maximize the recovery for the Class.

DECL. A. YOUNGER IN SUPPORT OF REPLY IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO CERTIFY CLASS, APPOINT CLASS REP., APPOINT CLASS COUNSEL  - 4:19-cv-02033-YGR
4813-9950-5911.v2

- 4 -

1    I declare under penalty of perjury under the laws of the United States of America that the

2    foregoing is true and correct. Executed this 23____ day of August 2021, at Norfolk, United

3    Kingdom.

4

5

6                                                    ALEXANDER YOUNGER

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT A

**From:** Hollye R POLESE <hollye.r.polese@hsbc.com>
**Sent:** 30 June 2021 10:15
**To:** Mayes, Robert <robert.mayes@norfolk.gov.uk>; Stuart BENNETT <stuart.bennett@hsbc.com>
**Cc:** Simon J BAINBRIDGE <simon.j.bainbridge@hsbc.com>
**Subject:** RE: Apple

**WARNING:** External email, think before you click!.

Hi Robert,

Further to my note this morning, I have just met with the A&V team and can now provide the following clarifications with regards to the pricing:

- The 14,012 shares were transitioned into HSBC using a price of 204.42. This was the price instructed by Fidelity and Fidelity have confirmed that as standard the price used for transition trades is as at close of business the previous day, i.e. 9th November.
- The 'Transaction Listing' report downloaded from HSBCnet shows both the incoming transition trade along with 2 normal market trades, which were executed at market prices:

<image010.png>

- On 13th November the A&V team provided the unaudited valuation report post transition; this shows the closing price of the asset as of 13.11.2018 on the usual Bid pricing basis.

- For further illustration, below you will see the actual market price of the asset on close of 9th November (price used for transfer, as instructed by Fidelity), as along with the price as of close13th November, used for the unaudited valuation:

<image011.png>
<image012.png>

Hopefully the above is sufficient for your class action lawyers.

If you have any further questions, please let me know.

Kind regards

Hollye

**Hollye Polese**
Associate | Account Management

Europe, Asset Owners & Managers, Securities Services | Markets & Securities Services
8 Canada Square, Canary Wharf, London, E14 5HQ

**Telephone:**   +44 (0) 207 005 8065
**Mobile:**   +44 (0) 7747 202840
**E-mail:**   hollye.r.polese@hsbc.com


- RESTRICTED

**From:** Mayes, Robert <robert.mayes@norfolk.gov.uk>
**Sent:** 28 June 2021 09:27
**To:** Hollye R POLESE <hollye.r.polese@hsbc.com>; Stuart BENNETT <stuart.bennett@hsbc.com>
**Cc:** Simon J BAINBRIDGE <simon.j.bainbridge@hsbc.com>
**Subject:** EXTERNAL: FW: Apple
**Importance:** High

Hi Hollye,

Please could we receive an urgent written response to the query raised by our class action lawyers detailed in the email below.

**Robert Mayes, Pension Fund Accountant**
Norfolk Pension Fund
Tel: 01603 222870 | Dept: 01603 222139 | Mobile: 07768507483
4th Floor, Lawrence House, 5 St Andrew's Hill, Norwich, NR2 1AD

<image001.png>

<image002.jpg>

www.norfolkpensionfund.org

Please note the Norfolk Pension Fund is not registered under the Financial Services Act to offer "financial advice".  If you require financial advice you should contact an Independent Financial Adviser.


<image009.png>

**From:** Younger, Alexander <alexander.younger@norfolk.gov.uk>
**Sent:** 28 June 2021 08:56
**To:** Mayes, Robert <robert.mayes@norfolk.gov.uk>
**Cc:** Cossey, Glenn <glenn.cossey@norfolk.gov.uk>
**Subject:** FW: Apple

Hi Robert

Can you follow this up with HSBC please?  I think we'll need a written response to unbundle it.

Thanks

Alex

--

To see our email disclaimer click here http://www.norfolk.gov.uk/emaildisclaimer
*********************************************************************
This message originated from the Internet. Its originator may or
may not be who they claim to be and the information contained in
the message and any attachments may or may not be accurate.
*********************************************************************
----------------------------------------
SAVE PAPER - THINK BEFORE YOU PRINT!

This E-mail is confidential.

It may also be legally privileged. If you are not the addressee you may not copy,
forward, disclose or use any part of it. If you have received this message in error,
please delete it and all copies from your system and notify the sender immediately by
return E-mail.

Internet communications cannot be guaranteed to be timely secure, error or virus-free.
The sender does not accept liability for any errors or omissions.

--

To see our email disclaimer click here http://www.norfolk.gov.uk/emaildisclaimer

**REDACTED**

# EXHIBIT B

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Norfolk County Council as Administering Authority of the Norfolk Pension Fund ("Plaintiff") declares:

1.      Plaintiff has reviewed a complaint filed and adopts its allegations. Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|----------|-------------|------|-----------------|

*See* attached Schedule A.

5.      Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*Georgia Firefighters' Pension Fund v. Anadarko Petroleum Corp.,* No. 4:20-cv-00576 (S.D. Tex.)
*Mullen v. Wells Fargo & Company,* No. 3:20-cv-07674 (N.D. Cal.)

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery,

APPLE

except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23 _____ day of August, 2021.

Norfolk County Council as Administering
Authority of the Norfolk Pension Fund

By: _____
Alexander Younger,
Head of Funding and Investment for
Lead Plaintiff, Norfolk County Council
as Administering Authority of the
Norfolk Pension Fund

APPLE

**SCHEDULE A**

**SECURITIES TRANSACTIONS**

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 11/12/2018 | 130 | $196.94 |
| 11/12/2018 | 14,012 | $204.42 |
| 11/14/2018 | 21,205 | $193.64 |
| 12/17/2018 | 2,038 | $166.46 |
| 12/18/2018 | 1,717 | $165.99 |
| 12/20/2018 | 515 | $161.62 |

Prices listed are rounded up to two decimal places.

# EXHIBIT C

**From:** Fredjohn, Suzy <Suzy.Fredjohn@fil.com>
**Sent:** 27 July 2021 10:30
**To:** Younger, Alexander <alexander.younger@norfolk.gov.uk>
**Cc:** Harris, Paul <Paul.Harris@fil.com>
**Subject:** RE: Apple pricing

**WARNING:** External email, think before you click!.

**From:** Fredjohn, Suzy
**Sent:** 27 July 2021 10:29
**To:** alexander.younger@norfolk.gov.uk
**Cc:** Harris, Paul <Paul.Harris@fil.com>
**Subject:** RE: Apple pricing

Here you go

**From:** Sutton, Mark <Mark.Sutton@fil.com>
**Sent:** 23 July 2021 13:01
**To:** alexander.younger@norfolk.gov.uk
**Cc:** Harris, Paul <Paul.Harris@fil.com>; Fredjohn, Suzy <Suzy.Fredjohn@fil.com>
**Subject:** Apple pricing

Hello Alex,  I have confirmed with our Ops team that the Apple 12:00 share price on 12th November 2018 on our system was 204.42,  which was used for our in-specie asset load, see screenshot below, and I have attached the final reconciliation for your review also as confirmation.



The 5pm closing price for 9th  November was: 203.44000000 .

Your understanding below is correct, as the amount Fidelity would have paid to Norfolk in cash and that Norfolk would then have had to pay for the shares had the transaction been a straight forward cash sale by Norfolk of its unitised interest in the Fidelity fund for this line of stock.

Regards

Mark

**Mark Sutton |** **Client Service Manager, UK Institutional Services** **| Fidelity International**

FIL Pensions Management

4 Cannon Street, London EC4M 5AB

T: +44 173783 4169

E: mark.sutton@fil.com

Team email: FIL-UKInstitutionalServices@fil.com

The information transmitted is intended for the person or entity to which it is addressed and may contain confidential, privileged or copyrighted material. If you receive this in error, please contact the sender and delete the material from any computer. Any views or opinions expressed are those of the author and do not necessarily represent those of Fidelity International. All e-mails may be monitored. FIL Investments International (Reg. No.1448245), FIL Investment Services (UK) Limited (Reg. No. 2016555), FIL Pensions Management (Reg. No. 2015142), Financial Administration Services Limited (Reg. No. 1629709) and FIL Retirement Services Limited (Registered. No. 06121251) are authorised and regulated in the UK by the Financial Conduct Authority. FIL Life Insurance Limited (Reg No. 3406905) is authorised in the UK by the Prudential Regulation Authority and regulated in the UK by the Financial Conduct Authority and the Prudential Regulation Authority. Registered offices at Beech Gate, Millfield Lane, Lower Kingswood, Tadworth, Surrey  KT20 6RP.

**From:** Younger, Alexander <alexander.younger@norfolk.gov.uk>
**Sent:** 23 July 2021 11:03
**To:** Harris, Paul <Paul.Harris@fil.com>
**Cc:** Fredjohn, Suzy <Suzy.Fredjohn@fil.com>
**Subject:** RE: Catch Up?
**Importance:** High

Hi Paul

Sorry for the delay in getting back to you.  A catch-up would definitely be good.  If you are around next week I am free Friday other than lunchtime when I have to deliver an internal presentation or Tuesday morning before 11:30?

In the meantime could you help me with something that has come in regarding the Apple class action and the pricing used for Apple stock when we switched the US assets from pooled to segregated.  It would be really helpful to get an answer to this today if that is possible.

Please could you explain the assignment of the $204.42 price per share for the 14,012 shares reflected in both Fidelity and HSBC reports (the closing price on Friday, 9 November 2018) for the purchase transaction that occurred on  Monday, 12 November 2018?  Would the price assigned be a reflection of the amount Fidelity would have paid to Norfolk in cash and that Norfolk would then have had to pay for the shares had the transaction been a straight forward cash sale by Norfolk of its unitised interest in the Fidelity fund (accepting this would only relate to the Apple component of it), followed by a cash purchase of the shares on behalf of Norfolk i.e. had the in specie not been available?

Hopefully this all makes sense.

Kind regards

Alex

**From:** Harris, Paul <Paul.Harris@fil.com>
**Sent:** 13 July 2021 14:09
**To:** Younger, Alexander <alexander.younger@norfolk.gov.uk>; Cossey, Glenn <glenn.cossey@norfolk.gov.uk>
**Cc:** Fredjohn, Suzy <Suzy.Fredjohn@fil.com>
**Subject:** Catch Up?

WARNING: External email, think before you click!.

Hi Chaps,

Do you have time for a quick call to catch up? Nothing in particular, just been a while…

Let me have some slots if you can?

Best wishes,

Paul

Ps - Q2 perf OK at +6.2 vs +6.0, 1Y +24.0 vs +22.6, 3Y +14.4pavs +11.3pa

P

**Paul Harris | Relationship Director, UK Institutional | Fidelity International**

FIL Pensions Management

4 Cannon Street, London EC4M 5AB
T:  +44 20 7074 5480 | M: +44 7507 132 429 | E: paul.harris@fil.com

The information transmitted is intended for the person or entity to which it is addressed and may contain confidential, privileged or copyrighted material. If you receive this in error, please contact the sender and delete the material from any computer. Any views or opinions expressed are those of the author and do not necessarily represent those of Fidelity International. All e-mails may be monitored. FIL Investments International (Reg. No.1448245), FIL Investment Services (UK) Limited (Reg. No. 2016555), FIL Pensions Management (Reg. No. 2015142), Financial Administration Services Limited (Reg. No. 1629709) and FIL Retirement Services Limited (Registered. No. 06121251) are authorised and regulated in the UK by the Financial Conduct Authority. FIL Life Insurance Limited (Reg No. 3406905) is authorised in the UK by the Prudential Regulation Authority and regulated in the UK by the Financial Conduct Authority and the Prudential Regulation Authority. Registered offices at Beech Gate, Millfield Lane, Lower Kingswood, Tadworth, Surrey  KT20 6RP.

--

To see our email disclaimer click here http://www.norfolk.gov.uk/emaildisclaimer

--

To see our email disclaimer click here http://www.norfolk.gov.uk/emaildisclaimer

--

To see our email disclaimer click here http://www.norfolk.gov.uk/emaildisclaimer

Model Name: IXAFA

Data as of:07-Nov-2018 13:49:43 No Orders Proposed Price as of:07-Nov-2018 13:49:45 Run:07-Nov-2018 13:50:25

| Security | | | | | | | | IXAFA | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ticker | BB Code | ISIN | SEDOL | Security Name | Price (Local Ccy) | Curr Code | Exchange Country | Qty | Sedol | ISIN | Nominal | Ccy |
| SU.TO | SU.CN | CA8672241079 | B3NB1P2 | SUNCOR ENERGY INC | 45.070 | CAD | CANADA | 25,727 | TRUE | TRUE | TRUE | TRUE |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| DOX | DOX.US | GB0022569080 | 2256908 | AMDOCS LTD | 64.150 | USD | UNITED STATES | 14,804 | TRUE | TRUE | TRUE | TRUE |
| AGN | AGN.US | IE00BY9D5467 | BY9D546 | ALLERGAN PLC | 165.210 | USD | UNITED STATES | 4,149 | TRUE | TRUE | TRUE | TRUE |
| LIN | LIN.US | IE00BZ12WP82 | BZ12WP8 | LINDE PLC | 165.530 | USD | UNITED STATES | 4,260 | TRUE | TRUE | TRUE | TRUE |
| NXPI | NXPI.US | NL0009538784 | B505PN7 | NXP SEMICONDUCTORS NV | 84.540 | USD | UNITED STATES | 4,243 | TRUE | TRUE | TRUE | TRUE |
| ABT | ABT.US | US0028241000 | 2002305 | ABBOTT LABORATORIES | 70.960 | USD | UNITED STATES | 29,078 | TRUE | TRUE | TRUE | TRUE |
| AET | AET.US | US00817Y1082 | 2695921 | AETNA INC | 207.050 | USD | UNITED STATES | 7,995 | TRUE | TRUE | TRUE | TRUE |
| GOOGL | GOOGL.US | US02079K3059 | BYVY8G0 | ALPHABET INC CL A | 1,069.570 | USD | UNITED STATES | 3,456 | TRUE | TRUE | TRUE | TRUE |
| MO | MO.US | US02209S1033 | 2692632 | ALTRIA GROUP INC | 64.870 | USD | UNITED STATES | 13,349 | TRUE | TRUE | TRUE | TRUE |
| AMZN | AMZN.US | US0231351067 | 2000019 | AMAZON.COM INC | 1,642.810 | USD | UNITED STATES | 1,211 | TRUE | TRUE | TRUE | TRUE |
| AMT | AMT.US | US03027X1000 | B7FBFL2 | AMERICAN TOWER CORP | 156.160 | USD | UNITED STATES | 6,927 | TRUE | TRUE | TRUE | TRUE |
| AMGN | AMGN.US | US0311621009 | 2023607 | AMGEN INC | 190.750 | USD | UNITED STATES | 5,268 | TRUE | TRUE | TRUE | TRUE |
| AAPL | AAPL.US | US0378331005 | 2046251 | APPLE INC | 203.770 | USD | UNITED STATES | 14,012 | TRUE | TRUE | TRUE | TRUE |
| ASH | ASH.US | US0441861046 | BYND5N1 | ASHLAND GLOBAL HOLDINGS INC | 77.840 | USD | UNITED STATES | 14,723 | TRUE | TRUE | TRUE | TRUE |
| BKNG | BKNG.US | US09857L1089 | BDRXDB4 | THE BOOKING HOLDINGS INC | 1,949.460 | USD | UNITED STATES | 541 | TRUE | TRUE | TRUE | TRUE |
| BWA | BWA.US | US0997241064 | 2111955 | BORGWARNER INC | 39.980 | USD | UNITED STATES | 8,738 | TRUE | TRUE | TRUE | TRUE |
| CI | CI.US | US1255091092 | 2196479 | CIGNA CORP | 214.240 | USD | UNITED STATES | 7,503 | TRUE | TRUE | TRUE | TRUE |
| CAT | CAT.US | US1491231015 | 2180201 | CATERPILLAR INC | 129.330 | USD | UNITED STATES | 7,214 | TRUE | TRUE | TRUE | TRUE |
| CSCO | CSCO.US | US17275R1023 | 2198163 | CISCO SYSTEMS INC | 46.500 | USD | UNITED STATES | 29,234 | TRUE | TRUE | TRUE | TRUE |
| CL | CL.US | US1941621039 | 2209106 | COLGATE-PALMOLIVE CO | 60.510 | USD | UNITED STATES | 14,246 | TRUE | TRUE | TRUE | TRUE |
| CMCSA | CMCSA.US | US20030N1019 | 2044545 | COMCAST CORP CL A | 37.730 | USD | UNITED STATES | 52,899 | TRUE | TRUE | TRUE | TRUE |
| CXO | CXO.US | US20605P1012 | B1YWRK7 | CONCHO RESOURCES INC | 141.370 | USD | UNITED STATES | 5,724 | TRUE | TRUE | TRUE | TRUE |
| DG | DG.US | US2566771059 | B5B1S13 | DOLLAR GENERAL CORP | 114.390 | USD | UNITED STATES | 7,191 | TRUE | TRUE | TRUE | TRUE |
| DWDP | DWDP.US | US26078J1007 | BYP66M4 | DOWDUPONT INC | 58.020 | USD | UNITED STATES | 20,628 | TRUE | TRUE | TRUE | TRUE |
| EBAY | EBAY.US | US2786421030 | 2293819 | EBAY INC | 29.950 | USD | UNITED STATES | 18,742 | TRUE | TRUE | TRUE | TRUE |
| EIX | EIX.US | US2810201077 | 2829515 | EDISON INTL | 68.940 | USD | UNITED STATES | 23,379 | TRUE | TRUE | TRUE | TRUE |
| EA | EA.US | US2855121099 | 2310194 | ELECTRONIC ARTS INC | 92.230 | USD | UNITED STATES | 7,399 | TRUE | TRUE | TRUE | TRUE |
| FMC | FMC.US | US3024913036 | 2328603 | FMC CORP NEW | 83.630 | USD | UNITED STATES | 11,372 | TRUE | TRUE | TRUE | TRUE |
| FB | FB.US | US30303M1027 | B7TL820 | FACEBOOK INC CL A | 149.940 | USD | UNITED STATES | 13,116 | TRUE | TRUE | TRUE | TRUE |
| FTDR | FTDR.US | US35905A1097 | BFYF094 | FRONTDOOR INC | 24.880 | USD | UNITED STATES | 19,671 | TRUE | TRUE | TRUE | TRUE |
| GE | GE.US | US3696041033 | 2380498 | GENERAL ELECTRIC CO | 9.420 | USD | UNITED STATES | 54,356 | TRUE | TRUE | TRUE | TRUE |
| HCA | HCA.US | US40412C1018 | B4MGBG6 | HCA HEALTHCARE INC | 135.240 | USD | UNITED STATES | 6,608 | TRUE | TRUE | TRUE | TRUE |
| HRS | HRS.US | US4138751056 | 2412001 | HARRIS CORP | 150.560 | USD | UNITED STATES | 4,635 | TRUE | TRUE | TRUE | TRUE |
| HRTX | HRTX.US | US4277461020 | BJ0XLZ3 | HERON THERAPEUTICS INC | 28.890 | USD | UNITED STATES | 10,895 | TRUE | TRUE | TRUE | TRUE |
| HD | HD.US | US4370761029 | 2434209 | HOME DEPOT INC | 182.010 | USD | UNITED STATES | 2,897 | TRUE | TRUE | TRUE | TRUE |
| HON | HON.US | US4385161066 | 2020459 | HONEYWELL INTL INC | 148.450 | USD | UNITED STATES | 6,522 | TRUE | TRUE | TRUE | TRUE |
| HUM | HUM.US | US4448591028 | 2445063 | HUMANA INC | 331.810 | USD | UNITED STATES | 2,877 | TRUE | TRUE | TRUE | TRUE |
| INTC | INTC.US | US4581401001 | 2463247 | INTEL CORP | 47.250 | USD | UNITED STATES | 31,487 | TRUE | TRUE | TRUE | TRUE |
| ICE | ICE.US | US45866F1049 | BFSSDS9 | INTERCONTINENTAL EXCHANGE INC | 78.100 | USD | UNITED STATES | 15,802 | TRUE | TRUE | TRUE | TRUE |
| JPM | JPM.US | US46625H1005 | 2190385 | JPMORGAN CHASE & CO | 109.600 | USD | UNITED STATES | 27,155 | TRUE | TRUE | TRUE | TRUE |
| JNJ | JNJ.US | US4781601046 | 2475833 | JOHNSON & JOHNSON | 142.570 | USD | UNITED STATES | 19,272 | TRUE | TRUE | TRUE | TRUE |
| KKR | KKR.US | US48251W1045 | BG1FRR1 | KKR & CO INC | 23.990 | USD | UNITED STATES | 30,153 | TRUE | TRUE | TRUE | TRUE |
| KR | KR.US | US5010441013 | 2497406 | KROGER CO | 30.830 | USD | UNITED STATES | 19,774 | TRUE | TRUE | TRUE | TRUE |
| LKQ | LKQ.US | US5018892084 | 2971029 | LKQ CORP | 27.870 | USD | UNITED STATES | 16,981 | TRUE | TRUE | TRUE | TRUE |
| LDOS | LDOS.US | US5253271028 | BDV82B8 | LEIDOS HOLDINGS INC | 63.510 | USD | UNITED STATES | 25,255 | TRUE | TRUE | TRUE | TRUE |
| MPC | MPC.US | US56585A1025 | B3K3L40 | MARATHON PETROLEUM CORP | 68.370 | USD | UNITED STATES | 15,096 | TRUE | TRUE | TRUE | TRUE |
| MMC | MMC.US | US5717481023 | 2567741 | MARSH & MCLENNAN COS INC | 86.370 | USD | UNITED STATES | 13,556 | TRUE | TRUE | TRUE | TRUE |
| MLM | MLM.US | US5732841060 | 2572079 | MARTIN MARIETTA MATERIALS INC | 189.550 | USD | UNITED STATES | 3,235 | TRUE | TRUE | TRUE | TRUE |
| MA | MA.US | US57636Q1040 | B121557 | MASTERCARD INC CL A | 199.150 | USD | UNITED STATES | 9,259 | TRUE | TRUE | TRUE | TRUE |
| MRK | MRK.US | US58933Y1055 | 2778844 | MERCK & CO INC NEW | 73.310 | USD | UNITED STATES | 23,525 | TRUE | TRUE | TRUE | TRUE |
| MSFT | MSFT.US | US5949181045 | 2588173 | MICROSOFT CORP | 107.720 | USD | UNITED STATES | 35,551 | TRUE | TRUE | TRUE | TRUE |
| MS | MS.US | US6174464486 | 2262314 | MORGAN STANLEY | 45.720 | USD | UNITED STATES | 20,545 | TRUE | TRUE | TRUE | TRUE |
| NDAQ | NDAQ.US | US6311031081 | 2965107 | NASDAQ INC | 89.610 | USD | UNITED STATES | 13,382 | TRUE | TRUE | TRUE | TRUE |
| NSC | NSC.US | US6558441084 | 2641894 | NORFOLK SOUTHERN CORP | 167.050 | USD | UNITED STATES | 6,280 | TRUE | TRUE | TRUE | TRUE |
| NOC | NOC.US | US6668071029 | 2648806 | NORTHROP GRUMMAN CORP | 282.740 | USD | UNITED STATES | 2,763 | TRUE | TRUE | TRUE | TRUE |
| NVDA | NVDA.US | US67066G1040 | 2379504 | NVIDIA CORP | 211.060 | USD | UNITED STATES | 3,602 | TRUE | TRUE | TRUE | TRUE |
| ORCL | ORCL.US | US68389X1054 | 2661568 | ORACLE CORP | 49.250 | USD | UNITED STATES | 26,266 | TRUE | TRUE | TRUE | TRUE |
| PNC | PNC.US | US6934751057 | 2692665 | PNC FINANCIAL SERVICES GRP INC | 131.760 | USD | UNITED STATES | 12,517 | TRUE | TRUE | TRUE | TRUE |
| PEP | PEP.US | US7134481081 | 2681511 | PEPSICO INC | 115.210 | USD | UNITED STATES | 9,330 | TRUE | TRUE | TRUE | TRUE |
| PFE | PFE.US | US7170811035 | 2684703 | PFIZER INC | 43.010 | USD | UNITED STATES | 14,084 | TRUE | TRUE | TRUE | TRUE |
| REZI | REZI.US | US76118Y1047 | BFD1TJ6 | RESIDEO TECHNOLOGIES INC | 24.090 | USD | UNITED STATES | 1,086 | TRUE | TRUE | TRUE | TRUE |
| CRM | CRM.US | US79466L3024 | 2310525 | SALESFORCE.COM INC | 133.950 | USD | UNITED STATES | 1,906 | TRUE | TRUE | TRUE | TRUE |
| SMG | SMG.US | US8101861065 | 2781518 | SCOTTS MIRACLE GRO CO | 70.900 | USD | UNITED STATES | 2,860 | TRUE | TRUE | TRUE | TRUE |
| SERV | SERV.US | US81761R1095 | BNG8BF0 | SERVICEMASTER GLOBAL HOLDINGS INC | 41.740 | USD | UNITED STATES | 24,754 | TRUE | TRUE | TRUE | TRUE |
| SIX | SIX.US | US83001A1025 | B43VKB8 | SIX FLAGS ENTERTAINMENT CORP | 58.450 | USD | UNITED STATES | 12,292 | TRUE | TRUE | TRUE | TRUE |
| TMUS | TMUS.US | US8725901040 | B94Q9V0 | T-MOBILE US INC | 68.770 | USD | UNITED STATES | 8,857 | TRUE | TRUE | TRUE | TRUE |
| UNP | UNP.US | US9078181081 | 2914734 | UNION PACIFIC CORP | 150.170 | USD | UNITED STATES | 5,863 | TRUE | TRUE | TRUE | TRUE |
| UNH | UNH.US | US91324P1021 | 2917766 | UNITEDHEALTH GROUP INC | 263.540 | USD | UNITED STATES | 8,421 | TRUE | TRUE | TRUE | TRUE |
| VLO | VLO.US | US91913Y1001 | 2041364 | VALERO ENERGY CORP | 91.280 | USD | UNITED STATES | 12,923 | TRUE | TRUE | TRUE | TRUE |
| VZ | VZ.US | US92343V1044 | 2090571 | VERIZON COMMUNICATIONS INC | 57.210 | USD | UNITED STATES | 34,305 | TRUE | TRUE | TRUE | TRUE |
| WMT | WMT.US | US9311421039 | 2936921 | WALMART INC | 103.330 | USD | UNITED STATES | 16,942 | TRUE | TRUE | TRUE | TRUE |
| WP | WP.US | US9815581098 | BF8D8T0 | WORLDPAY INC | 92.410 | USD | UNITED STATES | 9,701 | TRUE | TRUE | TRUE | TRUE |
| ZTS | ZTS.US | US98978V1035 | B95WG16 | ZOETIS INC CL A | 92.760 | USD | UNITED STATES | 6,696 | TRUE | TRUE | TRUE | TRUE |
| | | | | | | | | 1,027,065 | | | | |

**Country of**
**Risk**

| | |
|---|---|
| 99 | Supra National |
| 35 | 35 |
| AE | United Arab Emirates |
| AG | Antigua & Barbuda |
| AN | Netherlands Antilles |
| AO | Angola |
| AR | Argentina |
| AT | Austria |
| AU | Australia |
| AW | Aruba |
| BA | Bosnia-Herzegovina |
| BB | Barbados |
| BD | Bangladesh |
| BE | Belgium |
| BG | Bulgaria |
| BH | Bahrain |
| BM | Bermuda |
| BN | Brunei |
| BO | Bolivia |
| BR | Brazil |
| BS | Bahamas |
| BW | Botswana |
| BY | Belarus |
| BZ | Belize |
| CA | Canada |
| CD | Congo Democratic Rep Of |
| CG | Congo |
| CH | Switzerland |
| CI | Cote D'Ivoire |
| CL | Chile |
| CM | Cameroon |
| CN | China |
| CO | Colombia |
| CR | Costa Rica |
| CS | Serbia |
| CY | Cyprus |
| CZ | Czech Repulic |
| DE | Germany |
| DK | Denmark |
| DM | Dominica |
| DO | Dominican Republic |
| DZ | Algeria |
| EC | Ecuador |
| EE | Estonia |
| EG | Egypt |
| ES | Spain |
| ES | Spain |
| FI | Finland |
| FJ | Fiji |
| FR | France |
| GA | Gabon |
| GB | UK |
| GE | Georgia |
| GH | Ghana |
| GI | Gibraltar |

| | |
|---|---|
| GL | Greenland |
| GR | Greece |
| GT | Guatemala |
| HK | Hong Kong |
| HN | Honduras |
| HR | Croatia |
| HU | Hungary |
| ID | Indonesia |
| IE | Ireland |
| IL | Israel |
| IN | India |
| IQ | Iraq |
| IR | Iran |
| IS | Iceland |
| IT | Italy |
| JE | Jersey C.I. |
| JM | Jamaica |
| JO | Jordan |
| JP | Japan |
| KE | Kenya |
| KR | Korea |
| KW | Kuwait |
| KY | Cayman Islands |
| KZ | Kazakhstan |
| LB | Lebanon |
| LI | Liechtenstein |
| LK | Sri Lanka |
| LR | Liberia |
| LT | Lithuania |
| LU | Luxembourg |
| LV | Latvia |
| LY | Libya |
| MA | Morocco |
| MC | Monaco |
| MD | Moldova |
| MH | Marshall Islands |
| MK | Macedonia |
| MT | Malta |
| MU | Mauritius |
| MX | Mexico |
| MY | Malaysia |
| NG | Nigeria |
| NI | Nicaragua |
| NL | Netherlands |
| NO | Norway |
| NZ | New Zealand |
| OM | Oman |
| PA | Panama |
| PE | Peru |
| PG | Papua New Guinea |
| PH | Philippines |
| PK | Pakistan |
| PL | Poland |
| PT | Portugal |
| QA | Qatar |
| RO | Romania |
| RS | Republic Of Serbia |
| RU | Russian Federation |

| | |
|---|---|
| SA | Saudi Arabia |
| SE | Sweden |
| SG | Singapore |
| SI | Slovenia |
| SK | Slovakia |
| SN | Senegal |
| SV | El Salvador |
| SZ | Swaziland |
| TC | Turks & Caicos Islands |
| TH | Thailand |
| TN | Tunisia |
| TR | Turkey |
| TT | Trinidad & Tobago |
| TW | Taiwan |
| TZ | Tanzania |
| UA | Ukraine |
| UG | Uganda |
| US | USA |
| UY | Uruguay |
| UZ | Uzbekistan |
| VE | Venezuela |
| VG | Virgin Islands (British) |
| VN | Vietnam |
| YU | Fed Rep Of Yugoslavia |
| ZA | South Africa |
| ZM | Zambia |
| ZR | Zaire |
| ZW | Zimbabwe |