1  JAMES N. KRAMER (SBN 154709)
   jkramer@orrick.com
2  ALEXANDER K. TALARIDES (SBN 268068)
   atalarides@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA  94105-2669
5  Telephone:    (415) 773-5700
   Facsimile:     (415) 773-5759
6
   Attorneys for Defendants Apple Inc.,
7  Timothy Cook, and Luca Maestri

8

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13

| 14 | IN RE APPLE INC. SECURITIES LITIGATION | Case No. 4:19-cv-02033-YGR |
|----|----------------------------------------|----------------------------|
| 15 |                                        | **CLASS ACTION**           |
| 16 | This Document Relates to:              | **DECLARATION OF MARK ROLLINS IN CONNECTION WITH LEAD PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF REPLY BRIEF AND EXHIBITS IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO CERTIFY CLASS, APPOINT CLASS REPRESENTATIVE, AND APPOINT CLASS COUNSEL** |
| 17 | ALL ACTIONS.                           |                            |

I, Mark Rollins, declare as follows:

1. I am a Finance Manager at Apple Inc. ("Apple"). Unless otherwise indicated, the facts set forth in this declaration are based upon my personal knowledge, or information I have learned through my role at Apple or from others at Apple in the ordinary course of business. If called as a witness, I could and would competently testify to them.

2. I understand that on August 24, 2021, Lead Plaintiff filed its Reply in Support of Lead Plaintiff's Motion to Certify Class, Appoint Class Representative and Appoint Class Counsel ("Reply") (ECF No. 202) and the Declaration of Shawn A. Williams in Support of Reply in Support of Lead Plaintiff's Motion to Certify Class, Appoint Class Representative, and Appoint Class Counsel (ECF No. 202-1) ("Williams Declaration"). I understand that the Williams Declaration attached three internal Apple documents as exhibits. Each of these documents contains Apple confidential information, as discussed below and identified in the provided table. In addition, I understand that the Reply references and quotes from portions of these three exhibits containing Apple confidential information.

3. Apple seeks to keep Exhibit 5 to the Williams Declaration (APL-SECLIT_00183226-29) sealed in its entirety. This exhibit relates to internal supply and demand forecasting and tracking. In particular, it discusses non-public aspects of Apple's planning decisions, including non-public information about iPhone production schedules and estimates. Such information is competitively valuable to Apple and is kept confidential in the ordinary course of business. Apple takes steps to ensure this type of information is not released publicly.

4. Apple seeks to keep Exhibit 8 to the Williams Declaration (APL-SECLIT-00028100) sealed in its entirety. This exhibit is a report containing discussion of highly sensitive, non-public, competitive business information. Apple treats this information as confidential in the ordinary course of business and takes steps to ensure it is not released publicly.

5. Apple seeks to keep Exhibit 9 to the Williams Declaration (APL-SECLIT-00183236-43) sealed in its entirety. This exhibit contains internal discussions regarding Apple's non-public planning decisions and related communications with Apple's contract manufacturers. Apple treats this information as confidential in the ordinary course of business and takes steps to

1  ensure it is not released publicly.

2       6.     Apple seeks to keep redacted the portions of Lead Plaintiff's Reply that reference and quote from the information in Exhibits 5, 8, and 9 to the Williams Declaration.

     7.     Apple seeks to have the following documents sealed or redacted in relation to Lead Plaintiff's Reply:

| EXHIBIT NO. | ITEM | DESCRIPTION |
|---|---|---|
| N/A | Portions of Reply in Support of Lead Plaintiff's Motion to Certify Class, Appoint Class Representative and Appoint Class Counsel | Excerpts that reference and quote from Exhibits 5, 8, and 9 below. |
| 5 | APL-SECLIT-00183226-29 | This exhibit relates to internal supply and demand forecasting and tracking. In particular, it discusses non-public aspects of Apple's planning decisions, including non-public information about iPhone production schedules and estimates. Such information is competitively valuable to Apple and is kept confidential in the ordinary course of business. Apple takes steps to ensure this type of information is not released publicly. |
| 8 | APL-SECLIT-00028100 | This exhibit is a report containing discussion of highly sensitive, non-public, competitive business information. Apple treats this information as confidential in the ordinary course of business and takes steps to ensure it is not released publicly. |
| 9 | APL-SECLIT-00183236-43 | This exhibit contains internal discussions regarding Apple's non-public planning decisions and related communications with Apple's contract manufacturers. Apple treats this information as confidential in the ordinary course of business and takes steps to ensure it is not released publicly. |

     8.     Accordingly, Apple requests that Exhibits 5, 8, and 9 to the Williams Declaration remain sealed as described above, and that the portions of Lead Plaintiff's Reply that reference

and quote from Exhibits 5, 8, and 9 remain redacted.

9. Apple takes no position with respect to the request to seal Exhibits 10 and 11 to the Williams Declaration, which are documents that have been designated as confidential by other parties.

I declare under penalty of perjury that the foregoing facts are true and correct to the best of my knowledge and belief. This declaration was executed on August 30, 2021 in Santa Clara, California.

_____
Mark Rollins

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the above signatory.

_____
James N. Kramer

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2021 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

_____
James N. Kramer

- 3 -  DECLARATION OF MARK ROLLINS IN CONNECTION WITH LEAD PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL, Case No. 19-cv-02033-YGR