JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    (415) 773-5700
Facsimile:    (415) 773-5759

WILLIAM J. FOLEY (*Admitted Pro Hac Vice*)
wfoley@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone:    (212) 506-5000
Facsimile:    (212) 506-5151

Attorneys for Defendants Apple Inc.,
Timothy Cook, and Luca Maestri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE APPLE INC. SECURITIES LITIGATION | Civil Action No. 4:19-cv-02033-YGR |
|---|---|
| | **DECLARATION OF WILLIAM J. FOLEY IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY** |
| | Judge:    Honorable Yvonne Gonzalez Rogers |

1        I, William J. Foley, declare as follows:

2        1.        I am associated with the law firm of Orrick, Herrington, & Sutcliffe LLP, counsel

3   for Apple Inc., Timothy Cook, and Luca Maestri (collectively "Defendants"). I submit this

4   declaration in support of Defendants' Administrative Motion for Leave to File a Sur-Reply to the

5   Motion to Certify Class, Appoint Class Representative, and Appoint Class Counsel.  I have

6   personal knowledge of the matters set forth in this declaration, and if called upon to do so I could

7   and would testify thereto.

8        2.        Pursuant to Local Civil Rule 7-11(a), on September 20, 2021, counsel for

9   Defendants emailed counsel for Plaintiff to convey that Defendants intended to file an

10  administrative motion requesting leave to file a sur-reply to the motion for class certification and

11  asked whether Plaintiff would consent to that filing.  This issue had been previously raised during

12  a discovery meet-and-confer on September 15, 2021.  Plaintiff declined to consent to Defendants'

13  filing of the sur-reply without seeing a draft of the submission or receiving a more "substantive

14  overview of [Defendants'] position."

15       3.        Attached hereto as Exhibits 1 and 2 are Defendants' proposed sur-reply to the

16  motion for class certification and a declaration in support thereof.

17       I declare under penalty of perjury under the laws of the United States of America that the

18  foregoing is true and correct.  Executed in New York, NY on September 20, 2021.

19

20                                    _____/s/ William J. Foley_____

21                                        WILLIAM J. FOLEY

22

23

24

25

26

27

28