JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   (415) 773-5700
Facsimile:    (415) 773-5759

WILLIAM J. FOLEY (*Admitted Pro Hac Vice*)
wfoley@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone:   (212) 506-5000
Facsimile:    (212) 506-5151

Attorneys for Defendants Apple Inc.,
Timothy Cook, and Luca Maestri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Civil Action No. 4:19-cv-02033-YGR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SUR-REPLY [L.R. 7-11]**<br><br>Judge:   Honorable Yvonne Gonzalez Rogers |

On September 20, 2021, Apple Inc., Timothy Cook, and Luca Maestri (collectively "Defendants") submitted an Administrative Motion for Leave to File a Sur-Reply ("Motion for Leave") to Plaintiff's Reply Memorandum in support of Motion to Certify Class, Appoint Class Representative and appoint Class Counsel.  Having considered the papers and the contentions of the parties, the arguments of counsel, the Court HEREBY GRANTS the Motion for Leave. Furthermore, the Court orders that Defendants' Sur-Reply is deemed filed as of the date of the Motion for Leave.

**IT IS SO ORDERED.**

Date: September __, 2021

                                        HON. YVONNE GONZALEZ ROGERS
                                        UNITED STATES DISTRICT JUDGE