1   ROBBINS GELLER RUDMAN
        & DOWD LLP
2   SHAWN A. WILLIAMS (213113)
    DANIEL J. PFEFFERBAUM (248631)
3   JOHN H. GEORGE (292332)
    KENNETH J. BLACK (291871)
4   HADIYA K. DESHMUKH (328118)
    Post Montgomery Center
5   One Montgomery Street, Suite 1800
    San Francisco, CA  94104
6   Telephone:  415/288-4545
    415/288-4534 (fax)
7   shawnw@rgrdlaw.com
    dpfefferbaum@rgrdlaw.com
8   jgeorge@rgrdlaw.com
    kennyb@rgrdlaw.com
9   hdeshmukh@rgrdlaw.com
            – and –
10  MARK SOLOMON (151949)
    TOR GRONBORG (179109)
11  655 West Broadway, Suite 1900
    San Diego, CA  92101
12  Telephone:  619/231-1058
    619/231-7423 (fax)
13  marks@rgrdlaw.com
    torg@rgrdlaw.com
14
    Lead Counsel for Lead Plaintiff
15
    [Additional counsel appear on signature page.]
16

                    UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

18                       OAKLAND DIVISION

19

| | | |
|---|---|---|
| 20 | In re APPLE INC. SECURITIES LITIGATION | ) ) ) | Case No. 4:19-cv-02033-YGR |
| 21 | | ) ) | CLASS ACTION |
| 22 | This Document Relates To: | ) ) ) | [PROPOSED] ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SUR- |
| 23 | ALL ACTIONS. | ) ) | REPLY [L.R. 7-11] |

24

25

26

27

28

4823-6098-8156.v1

1    On September 20, 2021, Defendants Apple Inc., Timothy D. Cook and Luca Maestri filed

2 an administrative motion to file a sur-reply.  ECF No. 206.  Having considered the moving and

3 opposition papers and the arguments made in connection therewith, it is hereby ordered that

4 Defendants' administrative motion to file a sur-reply is DENIED.

5    IT IS SO ORDERED.

6 DATED: _____

7                                              THE HONORABLE YVONNE GONZALEZ ROGERS
                                               UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28