JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   (415) 773-5700
Facsimile:    (415) 773-5759

Attorneys for Defendant Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Civil Action No. 4:19-cv-02033-YGR-JCS<br><br>**DECLARATION OF JAMES N. KRAMER IN SUPPORT OF DEFENDANT APPLE INC.'S MOTION FOR ISSUANCE OF LETTERS OF REQUEST PURSUANT TO THE HAGUE CONVENTION**<br><br><u>Hearing</u><br>Date:     January 7, 2022<br>Time:     9:30 a.m.<br>Judge:    Honorable Joseph C. Spero<br>Ctrm:     F, 15th Floor |

I, James N. Kramer, declare as follows:

1. I am a partner at Orrick, Herrington, & Sutcliffe LLP, counsel for Apple Inc. ("Apple"). I submit this declaration in support of Defendant Apple's Motion for Issuance of Letters of Request pursuant to the Hague Convention (the "Motion"). I have personal knowledge of the matters set forth in this declaration, and if called upon to do so I could and would testify thereto.

2. Attached as Exhibit A is a true and correct copy the proposed Letter of Request to Plaintiff's investment manager FIL Pensions Management ("FIL Pensions") with Schedule A and Exhibits 1-5.

3. Attached as Exhibit B is a true and correct copy of proposed Letter of Request to Plaintiff's investment manager Capital International Limited ("Capital International") with Schedule A and Exhibits 1-5.

4. Attached as Exhibit C is a true and correct copy of Plaintiff's March 17, 2021 response to Defendants' discovery requests.

5. Attached as Exhibit D is a true and correct copy of the excerpt pages from the Deposition Transcript of Plaintiff's 30(b)(6) representative, Alexander Younger, dated June 22, 2021.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct. Executed in San Francisco, California on November 23, 2021.

                                                */s/ James N. Kramer*
                                                JAMES N. KRAMER