1  JAMES N. KRAMER (SBN 154709)
   jkramer@orrick.com
2  ALEXANDER K. TALARIDES (SBN 268068)
   atalarides@orrick.com
3  ARIEL B. WINAWER (SBN 317821)
   awinawer@orrick.com
4  TRISTAN K. ALLEN (SBN 335505)
   tallen@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
6  405 Howard Street
   San Francisco, CA  94105-2669
7  Telephone:      (415) 773-5700
   Facsimile:       (415) 773-5759
8
   Attorneys for Defendants Apple Inc.,
9  Timothy Cook, and Luca Maestri

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                    OAKLAND DIVISION

14

15 | IN RE APPLE INC. SECURITIES LITIGATION | Lead Case No. 4:19-cv-02033-YGR |
|---|---|
| | **NOTICE OF APPEARANCE OF TRISTAN K. ALLEN** |
| This Document Relates To: | |
| ALL ACTIONS. | Judge:  Honorable Yvonne Gonzalez Rogers |
| | Ctrm:   1, 4th Floor |

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that **TRISTAN K. ALLEN** of the law firm of Orrick, Herrington & Sutcliffe LLP hereby enters an appearance as counsel for defendants Apple Inc., Timothy D. Cook and Luca Maestri (collectively "Defendants"), and hereby requests that all notices given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided and served upon:

> Tristan K. Allen
> ORRICK, HERRINGTON & SUTCLIFFE LLP
> 405 Howard Street
> San Francisco, CA  94105-2669
> Telephone:  (415) 773-5700
> Facsimile:  (415) 773-5759
> Email:  tallen@orrick.com

Dated:  January 14, 2022

Respectfully submitted,
ORRICK, HERRINGTON & SUTCLIFFE LLP

_/s/ Tristan K. Allen_
TRISTAN K. ALLEN

Attorneys for Defendants Apple Inc., Timothy D. Cook and Luca Maestri