# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** January 18, 2022   **Time:** 2:00 p.m. – 3:01 p.m.   **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 19-cv-02033-YGR   **Case Name:** IN RE APPLE INC. SECURITIES LITIGATION

**Attorney for Plaintiff:** Shawn Williams, Mark Solomon, Daniel Pfefferbaum, Alex Younger
**Attorney for Defendant:** James Kramer, Ariel Winawer, Tristan Allen

**Deputy Clerk:** Aris Garcia   **Reported by:** Pamela Hebel

## PROCEEDINGS

**[165] Lead Plaintiffs Notice of Motion and Motion to Certify Class, Appoint Class Representative and Appoint Class Counsel Held via Zoom Webinar and submitted.**

**Order to be prepared by:**
( )   Plaintiff          ( )   Defendant          (x)   Court