ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
KENNETH J. BLACK (291871)
HADIYA K. DESHMUKH (328118)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
          – and –
MARK SOLOMON (151949)
TOR GRONBORG (179109)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
torg@rgrdlaw.com

Lead Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION | ) ) ) |
| | ) |
| This Document Relates To: | ) ) |
| ALL ACTIONS. | ) ) ) |

Case No. 4:19-cv-02033-YGR

CLASS ACTION

STIPULATION AND [PROPOSED] ORDER EXPANDING DEPOSITION LIMIT

This Stipulation is entered into between Lead Plaintiff Norfolk County Council as Administering Authority of the Norfolk Pension Fund and Defendants Apple Inc., Timothy D. Cook and Luca Maestri (collectively, the "Parties") in the above-captioned action, by and through their undersigned counsel.

WHEREAS, Federal Rule of Civil Procedure 30(a)(2)(A)(i) provides that a party must obtain leave of court or a stipulation from the other parties before taking a deposition, if that deposition would result in more than ten depositions being taken by either plaintiffs or defendants;

WHEREAS, the Parties have met and conferred and reached an agreement to expand the deposition limit, as set forth below;

NOW, THEREFORE, it is stipulated and agreed among the undersigned Parties, and respectfully submitted for the Court's approval as follows:

1.      The limit of ten depositions set forth in Federal Rule of Civil Procedure 30(a)(2)(A)(i) shall be expanded to 20 depositions per side; and

2.      By entering into this Stipulation, the Parties do not concede the appropriateness of any specific deposition, and reserve all rights to object to any specific deposition, under Federal Rule of Civil Procedure 26(b)(2)(C) or otherwise, including on the grounds that such deposition would be cumulative, duplicative, or not proportional to the needs of the case.

DATED:  January 25, 2022

ROBBINS GELLER RUDMAN
 & DOWD LLP
SHAWN A. WILLIAMS
DANIEL J. PFEFFERBAUM
KENNETH J. BLACK
HADIYA K. DESHMUKH


                              s/ Shawn A. Williams
                          SHAWN A. WILLIAMS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com

1

2    ROBBINS GELLER RUDMAN
       & DOWD LLP
3    MARK SOLOMON
     TOR GRONBORG
4    655 West Broadway, Suite 1900
     San Diego, CA  92101
5    Telephone:  619/231-1058
     619/231-7423 (fax)
6    marks@rgrdlaw.com
     torg@rgrdlaw.com

7    Lead Counsel for Lead Plaintiff

8    LABATON SUCHAROW
     CAROL C. VILLEGAS
9    140 Broadway
     New York, NY 10005
10   Telephone: 212/907-0700
     212/883-7524 (fax)
11   cvillegas@labaton.com

12   Counsel for Employees' Retirement System of the
     State of Rhode Island

13   DATED:  January 25, 2022        ORRICK, HERRINGTON & SUTCLIFFE LLP
14                                   JAMES N. KRAMER

15

16                                        s/ James N. Kramer
                                     _____
17                                        JAMES N. KRAMER

18                                   The Orrick Building
                                     405 Howard Street
19                                   San Francisco, CA 94105-2669
                                     Telephone:  415/773-5923
                                     jkramer@orrick.com
20
                                     Attorneys for Defendants Apple Inc., Timothy
21                                   Cook, and Luca Maestri

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXPANDING DEPOSITION LIMIT - 4:19-cv-02033-
YGR                                                                          - 2 -
4869-1330-3051.v1

1    <u>ATTESTATION PURSUANT TO LOCAL RULE 5-1</u>

2        I, Shawn A. Williams, am the ECF user whose identification and password are being used to

3    file the STIPULATION AND [PROPOSED] ORDER EXPANDING DEPOSITION LIMIT.

4    Pursuant to Local Rule 5-1(h)(3) and in compliance with General Order No. 45 X.B., I hereby attest

5    that James N. Kramer has concurred in this filing.

6

7    DATED:  January 25, 2022

8
                                            s/ Shawn A. Williams
9                                         SHAWN A. WILLIAMS

10
                                *     *     *
11
                                **O R D E R**
12
        PURSUANT TO STIPULATION, IT IS SO ORDERED.
13

14    DATED:  January 25, 2022

15                                        THE HON. JOSEPH C. SPERO
                                          UNITED STATES MAGISTRATE JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28