UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION, | Case No. 4:19-CV-2033-YGR<br><br>**ORDER GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTIONS TO SEAL**<br><br>Re: Dkt. Nos. 195, 201 |

Defendants filed an administrative motion to file under seal portions of their opposition brief and exhibits in support of their opposition to the motion for class certification. (Dkt. No. 195.) Specifically, defendants seek to seal portions of their opposition brief and exhibits 6, 7, and 9 to defense counsel declaration filed in support of their opposition to the motion for class certification. (*Id.*) Plaintiff's counsel filed a declaration in connection with the motion, stating that he does not object to the redacted portions of opposition brief and exhibits 6 and 9 being filed publicly. (Dkt. No. 198.) He also does not object to exhibit 7 being filed publicly except for plaintiff's account numbers and transactions in other securities. (*Id.*) Thus, finding good cause, the Court hereby **GRANTS** defendants' administrative motion to seal with respect to the account numbers and transactions in other securities contained in exhibit 7. The motion is otherwise **DENIED**.

Plaintiff also filed an administrative motion to file under seal portions of its reply brief and certain exhibits thereto. (Dkt. No. 201.) Specifically, plaintiff seeks to seal portions of its reply brief and exhibits 5, 8, 9, 10, and 11 to plaintiff's counsel's reply declaration filed in support of the motion for class certification. (*Id.*) Defendant Apple, Inc.'s finance manager filed a declaration, averring that exhibits 5, 8, and 9 and excerpts in the reply brief that reference those exhibits contain confidential business information. (Dkt. No. 203.) Plaintiff's counsel filed a notice withdrawing the confidentiality designations as to the excerpts submitted as exhibits 10 and 11 and stating that he does not object to the redacted portions of the reply brief that reference those exhibits. (Dkt. No.

204.)  Thus, finding good cause, the Court hereby **GRANTS** plaintiff's administrative motion to seal with respect to exhibits 5, 8, and 9 and excerpts in the reply brief that reference those exhibits.  The motion is otherwise **DENIED**.

This Order terminates Docket Number 195 and 201.

**IT IS SO ORDERED.**

Dated: **February 4, 2022**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**