1   ROBBINS GELLER RUDMAN
    & DOWD LLP
2   SHAWN A. WILLIAMS (213113)
  DANIEL J. PFEFFERBAUM (248631)
3   KENNETH J. BLACK (291871)
  HADIYA K. DESHMUKH (328118)
4   Post Montgomery Center
  One Montgomery Street, Suite 1800
5   San Francisco, CA  94104
  Telephone:  415/288-4545
6   415/288-4534 (fax)
  shawnw@rgrdlaw.com
7   dpfefferbaum@rgrdlaw.com
  kennyb@rgrdlaw.com
8   hdeshmukh@rgrdlaw.com
     – and –
9   MARK SOLOMON (151949)
  TOR GRONBORG (179109)
10   JASON A. FORGE (181542)
  RAPHAELLA FRIEDMAN (323324)
11   655 West Broadway, Suite 1900
  San Diego, CA  92101
12   Telephone:  619/231-1058
  619/231-7423 (fax)
13   marks@rgrdlaw.com
  torg@rgrdlaw.com
14   jforge@rgrdlaw.com
  rfriedman@rgrdlaw.com
15
  Lead Counsel for Lead Plaintiff
16
  [Additional counsel appear on signature page.]
17
               UNITED STATES DISTRICT COURT
18
            NORTHERN DISTRICT OF CALIFORNIA
19
                 OAKLAND DIVISION
20

| | | |
|---|---|---|
| In re APPLE INC. SECURITIES LITIGATION | ) ) ) | Case No. 4:19-cv-02033-YGR |
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) | NOTICE OF APPEARANCE OF COUNSEL |
|     ALL ACTIONS. | ) ) ) | |

1   Please note the appearance of the undersigned Raphaella Friedman of Robbins Geller

2   Rudman & Dowd LLP, 655 West Broadway, Suite 1900, San Diego, California 92101-8498, phone

3   number 619/231-1058, email: rfriedman@rgrdlaw.com as counsel for Lead Plaintiff Norfolk County

4   Council as Administering Authority of the Norfolk Pension Fund in this action.  The undersigned

5   respectfully requests to be included via e-mail on the Court's notification of all electronic filings in

6   this action.

7   DATED:  February 18, 2022             ROBBINS GELLER RUDMAN
                                            & DOWD LLP
8                                         MARK SOLOMON
                                          TOR GRONBORG
9                                         JASON A. FORGE
                                          RAPHAELLA FRIEDMAN
10

11                                                 s/ Raphaella Friedman
12                                         RAPHAELLA FRIEDMAN

13                                         655 West Broadway, Suite 1900
                                          San Diego, CA  92101
14                                         Telephone:  619/231-1058
                                          619/231-7423 (fax)
15                                         marks@rgrdlaw.com
                                          torg@rgrdlaw.com
16                                         jforge@rgrdlaw.com
                                          rfriedman@rgrdlaw.com
17
                                          ROBBINS GELLER RUDMAN
18                                          & DOWD LLP
                                          SHAWN A. WILLIAMS
19                                         DANIEL J. PFEFFERBAUM
                                          KENNETH J. BLACK
20                                         HADIYA K. DESHMUKH
                                          Post Montgomery Center
21                                         One Montgomery Street, Suite 1800
                                          San Francisco, CA  94104
22                                         Telephone:  415/288-4545
                                          415/288-4534 (fax)
23                                         shawnw@rgrdlaw.com
                                          dpfefferbaum@rgrdlaw.com
24                                         kennyb@rgrdlaw.com
                                          hdeshmukh@rgrdlaw.com
25
                                          Lead Counsel for Lead Plaintiff
26

27

28

1

2          LABATON SUCHAROW
           CAROL C. VILLEGAS
3          140 Broadway
           New York, NY 10005
4          Telephone: 212/907-0700
           212/883-7524 (fax)
5          cvillegas@labaton.com

6          Counsel for Employees' Retirement System of the
           State of Rhode Island
7
           VANOVERBEKE, MICHAUD & TIMMONY, P.C.
8          THOMAS C. MICHAUD
           79 Alfred Street
9          Detroit, MI  48201
           Telephone:  313/578-1200
10         313/578-1201 (fax)
           tmichaud@vmtlaw.com
11
           Additional Counsel
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

<u>CERTIFICATE OF SERVICE</u>

2

 I hereby certify under penalty of perjury that on February 18, 2022, I authorized the

3

electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will

4

send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List,

5

and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to

6

the non-CM/ECF participants indicated on the attached Manual Notice List.

7

            s/ Raphaella Friedman
           RAPHAELLA FRIEDMAN

8

           ROBBINS GELLER RUDMAN

9

            & DOWD LLP
           655 West Broadway, Suite 1900

10

           San Diego, CA  92101-8498
           Telephone:  619/231-1058

11

           619/231-7423 (fax)
           E-mail:  rfriedman@rgrdlaw.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4884-5349-5311.v1

# Mailing Information for a Case 4:19-cv-02033-YGR IN RE APPLE INC. SECURITIES LITIGATION

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Tristan Allen**
  tallen@orrick.com

- **Adam Marc Apton**
  aapton@zlk.com,Files@zlk.com

- **Kevin Michael Askew**
  kaskew@orrick.com

- **Kenneth Joseph Black**
  KennyB@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Mary K. Blasy**
  mblasy@rgrdlaw.com

- **Frank H. Busch**
  busch@wvbrlaw.com,johnson@wvbrlaw.com,pallister@wvbrlaw.com

- **Hadiya Khan Deshmukh**
  hdeshmukh@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **William Joseph Foley**
  wfoley@orrick.com

- **Jason A. Forge**
  jforge@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Christine M. Fox**
  cfox@labaton.com,ndonlon@labaton.com,lpina@labaton.com,electroniccasefilings@labaton.com,6312349420@filings.docketbird.com

- **Tor Gronborg**
  torg@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Nicomedes Sy Herrera**
  nherrera@herrerakennedy.com

- **J Alexander Hood , II**
  ahood@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Austin Thomas Jackson**
  ajackson@structurelaw.com,cford@structurelaw.com

- **James Neil Kramer**
  jkramer@orrick.com,lpatts@orrick.com,mwatkins@orrick.com,vmorse@orrick.com,tallen@orrick.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,fgravenson@pomlaw.com,ipareja@pomlaw.com

- **Francis P. McConville**
  fmcconville@labaton.com,HChang@labaton.com,lpina@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Danielle Suzanne Myers**
  dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com,dmyers@rgrdlaw.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,jalieberman@pomlaw.com,ahood@pomlaw.com,lobas@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,fgravenson@pomlaw.

- **Daniel Jacob Pfefferbaum**
  DPfefferbaum@rgrdlaw.com,jgeorge@rgrdlaw.com,dpfefferbaumRGRD@ecf.courtdrive.com,e_file_sd@rgrdlaw.com,jgeorge@ecf.courtdrive.com,sbloyd@rgrdlaw.c

- **Samuel H. Rudman**
  srudman@rgrdlaw.com

- **Juan Carlos Sanchez**
  jsanchez@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Craig Wallace Smith**
  notice@robbinsllp.com,csmith@robbinsllp.com

- **Mark Solomon**
  marks@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Alexander K. Talarides**
  atalarides@orrick.com,lpatts@orrick.com,casestream@ecf.courtdrive.com,tallen@orrick.com

- **Carol C. Villegas**
  cvillegas@labaton.com,ndonlon@labaton.com,lpina@labaton.com,5739893420@filings.docketbird.com,acoquin@labaton.com,electroniccasefiling@labaton.com,dsal

- **James Matthew Wagstaffe**
  wagstaffe@wvbrlaw.com,johnson@wvbrlaw.com

- **Steven Ray Wedeking , II**
  swedeking@robbinsllp.com,notice@robbinsllp.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,ShawnW@ecf.courtdrive.com,smorris@rgrdlaw.com,kennyb@rgrdlaw.com,e_file_sd@rgrdlaw.com,mtroncoso@rgrdlaw.com,smorris@ecf.cou

- **Ariel Brianna Winawer**
  awinawer@orrick.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)