UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM,<br><br>        Plaintiff,<br><br>    v.<br><br>APPLE INC., et al.,<br><br>        Defendants. | Case No. 19-cv-02033-YGR   (JCS)<br><br>**ORDER FOR BRIEFING RE DISCOVERY LETTER AND SETTING MOTION HEARING** |

Having reviewed the parties' joint discovery letter [dkt. no. 227], the Court requests that the parties provide full briefing on the issues set forth therein. Accordingly, the Court sets the following schedule:

- Plaintiffs shall file a motion to compel no later than **March 4, 2022**.
- Defendants shall file their responsive brief by **March 11, 2022**.
- Plaintiffs shall file their reply brief by **March 18, 2022**.

After the court receives the briefs in this matter, it will decide whether to have the defendants submit some or all of the documents at issue for in camera inspection. A hearing on the Motion to Compel will be held on **April 15, 2022 at 9:30 a.m. via Zoom, id. 161 926 0804, password 050855**.

      **IT IS SO ORDERED.**

Dated: February 26, 2022

                                        JOSEPH C. SPERO
                                        Chief Magistrate Judge