UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION, | Case No. 4:19-cv-2033-YGR<br><br>**ORDER REGARDING SCHEDULING**<br><br>Re: Dkt. No. 228 |

The Court is in receipt of the parties' joint status update regarding their views on the scheduling for the remainder of the case. (Dkt. No. 228.) Plaintiff proposes extending the current deadlines by approximately six weeks (or less for some dates) on the grounds that it has been diligent pursuing discovery, defendants' production has been slow and incomplete, the schedule for depositions is compressed, and it intends to supplement its class certification submission with respect to the issue regarding options. However, none of these assertions demonstrate sufficient good cause to amend the current schedule, particularly when the parties agreed upon the current deadlines and plaintiff does not dispute that defendants produced "virtually all" of their documents by the agreed-upon date for substantial completion of document discovery. Accordingly, plaintiff's request for an extension of the deadlines is **DENIED**. Absent good cause, the current schedule remains operative.

Further, as plaintiff intends to supplement its class certification motion regarding the options investors no later than April 15, 2022, the Court hereby **SETS** a deadline for such submission by that date.

**IT IS SO ORDERED.**

Dated: **March 4, 2022**

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE