JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:	(415) 773-5700
Facsimile:	(415) 773-5759

Attorneys for Defendants Apple Inc.,
Timothy Cook, and Luca Maestri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Case No. 4:19-cv-02033-YGR<br><br>**CLASS ACTION**<br><br>**DECLARATION OF ARIEL B. WINAWER IN SUPPORT OF DEFENDANTS APPLE INC., TIMOTHY COOK, AND LUCA MAESTRI'S OPPOSITION TO LEAD PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS WITHHELD AS PRIVILEGED** |
|---|---|

I, Ariel B. Winawer, declare as follows:

1. I am an attorney with the law firm of Orrick, Herrington, & Sutcliffe LLP, counsel for Apple Inc., Timothy Cook, and Luca Maestri (collectively "Defendants"). I am a member in good standing of the State Bar of California. I submit this declaration in support of Defendants' Opposition to Lead Plaintiff's Motion to Compel Production of Privileged Documents. I have personal knowledge of the matters set forth in this declaration, and if called upon to do so I could and would testify thereto.

2. Between January and July of 2021, Defendants produced 359,884 pages of discovery to Plaintiff. In response to Plaintiff's demand that Defendants employ broad additional search terms and collect from additional custodians, Defendants produced an additional 192,405 pages between September and October of 2021, and an additional 90,030 pages by January 14, 2022. To date, Defendants have produced a total of 644,784 pages to Plaintiff, collected from a total of 20 individual custodians.

3. In response to a September 15, 2021 email from Plaintiff's counsel regarding the timing of Defendants' privilege log, Defendants explained to Plaintiff's counsel that Defendants' resources were currently focused on completing their production of documents in connection with the most recent agreed-upon set of search terms, which would be forthcoming in October 2021. Defendants informed Plaintiff's counsel that Defendants would provide a privilege log promptly thereafter. Despite the fact that nearly 99% of Plaintiff's document production to Defendants was produced between April and July of 2021, Plaintiff did not serve its own privilege log until October 7, 2021.

4. On November 24, 2021, Defendants served their first privilege log, including communications withheld or redacted on the ground of attorney-client privilege from Defendants' productions as of that date. Following a series of meet and confers, on February 3, 2022, Defendants served a supplemented privilege log that included new documents withheld or redacted on the ground of attorney-client privilege from Defendants' most recent productions, as well as additional information for previous entries at Plaintiff's request, including a field for email subject lines and supplemented privilege descriptions for certain log entries.

5.  On February 23, 2022, as requested by Plaintiff, Defendants served a supplemented privilege log that included a field for document file names and provided additional information requested by Plaintiff with respect to certain log entries.

6.  Defendants' privilege log Entry Nos. 1263-1264 reflect an explicit request for legal advice regarding Apple's response to an article published on November 5, 2018 in the *Nikkei Asian Review*. The name David Tom is mistakenly bolded in these entries. Although Mr. Tom is an attorney, and a member in good standing of the State Bar of California, it is now my understanding that he was not acting in a legal capacity at the time of the article's publication. The redacted portion of the email referenced in these entries is nonetheless privileged because it describes an explicit request by Mr. Tom for legal advice from the legal department.

7.  Attached are true and correct copies of the following exhibits:

Exhibit 1A:   Excerpts from Defendants' privilege log, dated February 23, 2022, containing the corresponding parent emails to the email attachments found in Exhibit 5a to the Declaration of Kenneth J. Black ("Black Declaration").

Exhibit 1B:   Excerpts from Defendants' privilege log, dated February 23, 2022, containing the corresponding parent emails to the email attachments found in Exhibit 5b to the Black Declaration.

I declare under penalty of perjury that the foregoing facts are true and correct to the best of my knowledge and belief. This declaration was executed on March 11, 2022 in San Francisco, California.

                        */s/ Ariel Winawer*
                        ARIEL B. WINAWER

- 2 -

DECLARATION OF ARIEL B. WINAWER I/S/O DEFS.'
OPP'N TO PLTF.'S MOTION TO COMPEL PROD. PRIV.
DOCS., CASE NO. 19-CV-02033-YGR