# EXHIBIT 1A

| | ProdBegControl | ProdEndControl | PrivilegeType | DocDate | From | To | Cc | Bcc | Subject | Filename | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | *In re Apple Inc. Sec. Litig.*, No. 4:19-cv-02033-YGR (N.D. Cal.), Defendants' Privilege Log Pursuant to Fed. R. Civ. P. 26, Highly Confidential | | | | | |
| 2 | | | | | | **Attorney Names Are Bolded** | | | | | |
| 3 | | | | | | The below-listed communications have been maintained as confidential by Apple in its internal systems, and to the best of Apple's knowledge, no unauthorized persons have received the communications. | | | | | |
| 4 | ProdBegControl | ProdEndControl | PrivilegeType | DocDate | From | To | Cc | Bcc | Subject | Filename | Privilege Description |
| 126 | | | AttorneyClient | 2018-07-17 | Lisa P Jackson | Tim Cook; Jeff Williams; **Kate Adams** | Steve Dowling; Josh Rosenstock; Tim Powderly | | I bolded a few items worth noting here... | I bolded a few items worth noting here....eml | Email providing information in connection with seeking legal advice regarding U.S.-China trade relations. |
| 127 | | | AttorneyClient | 2018-07-17 | | | | | | GA China Tariffs Summary of Reactions - 07.16.2018 copy.pdf | Document attached to email providing information in connection with seeking legal advice regarding U.S.-China trade relations. |
| 141 | | | AttorneyClient | 2018-07-25 | Nancy Paxton | Dist Disclosure Committee List | | | Q318 Earnings Materials for Review | Q318 Earnings Materials for Review.eml | Email requesting legal advice from in-house counsel regarding Q318 earnings release materials. |
| 142 | | | AttorneyClient | 2018-07-06 | | | | | | Q3'18 External Data Sheet.xlsx | Attached draft of Q3'18 external data sheet sent for the purpose of obtaining legal advice regarding the disclosure. |
| 192 | | | AttorneyClient | 2018-09-26 | **Sam Whittington** | Luca Maestri | | | Draft AFC and Board Agendas - November 13-14, 2018 | Draft AFC and Board Agendas - November 13-14, 2018.eml | Email providing legal advice from in-house counsel regarding AFC and Board agendas. |
| 193 | | | AttorneyClient | 2018-09-25 | | | | | | 2018.11.13 AFC Agenda.pdf | Document providing legal advice from in-house counsel attached to email providing legal advice from in-house counsel regarding AFC and Board agendas. |
| 194 | | | AttorneyClient | 2018-09-25 | | | | | | 2018.11.13-14 BOD Agenda.pdf | Document providing legal advice from in-house counsel attached to email providing legal advice from in-house counsel regarding AFC and Board agendas. |
| 216 | | | AttorneyClient | 2018-10-23 | Nancy Paxton | Dist Disclosure Committee List | | | Earnings materials for review | 20181023-1220 Earnings materials for review.eml | Email requesting legal advice from in-house counsel regarding draft earnings release materials. |
| 218 | | | AttorneyClient | 2018-10-05 | | | | | | Q4'18 External Data Sheet.xlsx | Attached Q4'18 external data sheet sent for the purpose of obtaining legal advice regarding earnings materials. |
| 219 | | | AttorneyClient | | | | | | | Return of Capital Timeline Q4'18.key | Attached Q4'18 return of capital timeline sent for the purpose of obtaining legal advice regarding earnings materials. |
| 220 | | | AttorneyClient | | | | | | | Net Sales by Category FY18.key | Attached net sales by category document sent for the purpose of obtaining legal advice regarding earnings materials. |
| 329 | | | AttorneyClient | 2018-12-20 | Nancy Paxton | Luca Maestri; **Sam Whittington** | Steve Dowling; Saori Casey; Matt Blake | | Fwd: iPhone installed base | 20181220-1046 Fwd: iPhone installed base.eml | Email sent by employee acting under the direction of in-house counsel seeking advice from in-house counsel regarding guidance update. |
| 330 | | | AttorneyClient | | | | | | | MonthlyInstallBaseUpdate_TimeWithFirstLast.key | Document attached to email sent by employee acting under the direction of in-house counsel seeking advice from in-house counsel regarding guidance update. |
| 335 | | | AttorneyClient | 2018-12-21 | Saori Casey | **Kate Adams**; Steve Dowling | **Sam Whittington**; Nancy Paxton; Matt Blake | | New Numbers | 20181220-1729 New Numbers.eml | Email requesting legal advice from in-house counsel regarding guidance revision. |
| 336 | | | AttorneyClient | 2014-12-10 | | | | | | Rev by Country - 2.0 12.20.18 415pm.xlsx | Attached document sent for the purpose of requesting legal advice regarding guidance revision. |
| 338 | | | AttorneyClient | 2018-12-11 | | | | | | CTG Analysis 12.20.18 v1.xlsx | Attached document sent for the purpose of requesting legal advice regarding guidance revision. |
| 398 | | | AttorneyClient | 2018-12-24 | Matt Blake | Steve Dowling | Jeff Williams; Luca Maestri; **Kate Adams**; Nancy Paxton; **Sam Whittington**; Kyle Andeer; Saori Casey; Adam Talbot | | Re: Privileged and Confidential DRAFT investor letter | 20181224-0713 Re: Privileged and Confidential DRAFT investor letter.eml | Email requesting and reflecting legal advice from in-house counsel regarding draft investor letter. |
| 399 | | | AttorneyClient | 2018-12-24 | | | | | | Price Compares.pdf | Attached document created by employee working under the direction of in-house counsel regarding draft investor letter for the purpose of obtaining legal advice. |
| 452 | | | AttorneyClient | 2018-12-30 | Kevan Parekh | Saori Casey | Donal Conroy | | Re: Investor Letter - supporting information | 20181230-0617 Re: Investor Letter - supporting information.eml | Email prepared by employee acting under the direction of in-house counsel and reflecting legal advice from in-house counsel regarding investor letter. |
| 453 | | | AttorneyClient | | | | | | | iPhone Activation Trends and Research Insights - Dec 2018 Extract 5.key | Attached document prepared by employee acting under the direction of in-house counsel sent for the purpose of obtaining legal advice regarding investor letter. |

| | ProdBegControl | ProdEndControl | PrivilegeType | DocDate | From | To | Cc | Bcc | Subject | Filename | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | *In re Apple Inc. Sec. Litig.*, No. 4:19-cv-02033-YGR (N.D. Cal.), Defendants' Privilege Log Pursuant to Fed. R. Civ. P. 26, Highly Confidential | | | | | |
| 2 | | | | | | **Attorney Names Are Bolded** | | | | | |
| 3 | | | | | | The below-listed communications have been maintained as confidential by Apple in its internal systems, and to the best of Apple's knowledge, no unauthorized persons have received the communications. | | | | | |
| 4 | ProdBegControl | ProdEndControl | PrivilegeType | DocDate | From | To | Cc | Bcc | Subject | Filename | Privilege Description |
| 454 | | | AttorneyClient | | | | | | | iPhone Activation Trends and Research Insights - Dec 2018 Extract 3.key | Attached document prepared by employee acting under the direction of in-house counsel sent for the purpose of obtaining legal advice regarding investor letter. |
| 456 | | | AttorneyClient | 2018-11-12 | | | | | | Oct China SMP.pdf | Attached document prepared by employee acting under the direction of in-house counsel sent for the purpose of obtaining legal advice regarding investor letter. |
| 457 | | | AttorneyClient | 2018-12-10 | | | | | | Nov China SMP.pdf | Attached document prepared by employee acting under the direction of in-house counsel sent for the purpose of obtaining legal advice regarding investor letter. |
| 458 | | | AttorneyClient | 2018-10-15 | | | | | | Sept China SMP.pdf | Attached document prepared by employee acting under the direction of in-house counsel sent for the purpose of obtaining legal advice regarding investor letter. |
| 464 | | | AttorneyClient | 2018-12-30 | Nancy Paxton | **Sam Whittington** | Matt Blake; Saori Casey; **Kyle Andeer** | | Re: Investor Letter - supporting information | 20181230-0935 Re: Investor Letter - supporting information.eml | Email requesting legal advice from in-house counsel regarding investor letter. |
| 465 | | | AttorneyClient | 2013-10-07 | | | | | | 2a. Historical Record Tracking_10.9.18 v1041am.xlsx | Attached document prepared by employee acting under the direction of in-house counsel sent for the purpose of obtaining legal advice regarding investor letter. |
| 472 | | | AttorneyClient | 2018-12-30 | Nancy Paxton | Saori Casey; **Sam Whittington** | Matt Blake; **Kyle Andeer** | | Re: Investor Letter - supporting information | 20181230-0957 Re: Investor Letter - supporting information.eml | Email reflecting and requesting legal advice from in-house counsel regarding investor letter. |
| 473 | | | AttorneyClient | 2015-07-15 | | | | | | Kantar ComTech CQ3'18 results - top models, USA & China details.xlsx | Attached document prepared by employee acting under the direction of in-house counsel for the purpose of obtaining legal advice regarding investor letter. |
| 480 | | | AttorneyClient | 2018-12-30 | Kevan Parekh | Saori Casey | Donal Conroy | | Re: Investor Letter - supporting information | Re: Investor Letter - supporting information.eml | Email reflecting legal advice from in-house counsel regarding investor letter and providing information from employee acting under the direction of in-house counsel. |
| 481 | | | AttorneyClient | | | | | | | iPhone Activation Trends and Research Insights - Dec 2018 Extract 3.key | Attached document prepared by employee acting under the direction of in-house counsel for the purpose of obtaining legal advice regarding investor letter. |
| 485 | | | AttorneyClient | 2019-01-01 | Nancy Paxton | **Sam Whittington** | Matt Blake; Saori Casey; **Kyle Andeer** | | Re: Investor Letter - supporting information | Re: Investor Letter - supporting information.eml | Email requesting legal advice from in-house counsel regarding investor letter and providing information from employee acting under the direction of in-house counsel. |
| 486 | | | AttorneyClient | 2013-10-07 | | | | | | 2a. Historical Record Tracking_10.9.18 v1041am.xlsx | Attached document prepared by employee acting under the direction of in-house counsel sent for the purpose of obtaining legal advice regarding investor letter. |
| 488 | | | AttorneyClient | 2018-12-29 | | | | | | Installed base commentary from Alex Roman.pdf | Attached document prepared by employee acting under the direction of in-house counsel sent for the purpose of obtaining legal advice regarding investor letter. |
| 491 | | | AttorneyClient | 2018-12-30 | Saori Casey | **Sam Whittington** | Nancy Paxton; Matt Blake | | Fwd: Investor Letter - supporting information | 20181230-0951 Fwd: Investor Letter - supporting information.eml | Email reflecting legal advice from in-house counsel regarding investor letter and providing information from employee acting under the direction of in-house counsel. |
| 492 | | | AttorneyClient | | | | | | | iPhone Activation Trends and Research Insights - Dec 2018 Extract 3.key | Attached document reflecting information prepared by employees acting under the direction of in-house counsel for the purpose of seeking legal advice regarding investor letter. |
| 493 | | | AttorneyClient | | | | | | | iPhone Activation Trends and Research Insights - Dec 2018 Extract 5.key | Attached document reflecting information prepared by employees acting under the direction of in-house counsel for the purpose of seeking legal advice regarding investor letter. |
| 587 | | | AttorneyClient | 2019-01-02 | Kevan Parekh | Tim Cook; Luca Maestri | Phil Schiller; Gregory Joswiak; Alex Roman; Saori Casey; Nancy Paxton; **Sam Whittington** | | Re: FY19 Q1 Installed Base Update | 20190101-1921 Re: FY19 Q1 Installed Base Update.eml | Email from employee acting under the direction of in-house counsel sent for the purpose of obtaining legal advice regarding guidance revision. |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | *In re Apple Inc. Sec. Litig.*, No. 4:19-cv-02033-YGR (N.D. Cal.), Defendants' Privilege Log Pursuant to Fed. R. Civ. P. 26, Highly Confidential | | | | | | | | | |
| 2 | **Attorney Names Are Bolded** | | | | | | | | | |
| 3 | The below-listed communications have been maintained as confidential by Apple in its internal systems, and to the best of Apple's knowledge, no unauthorized persons have received the communications. | | | | | | | | | |
| 4 | ProdBegControl | ProdEndControl | PrivilegeType | DocDate | From | To | Cc | Bcc | Subject | Filename | Privilege Description |
| 588 | | | AttorneyClient | 2019-01-02 | | | | | | China FQ1'19 Installed Base Summary 1-1-19.pdf | Document sent from employee acting under the direction of in-house counsel attached to email sent for the purpose of obtaining legal advice regarding guidance revision. |
| 589 | | | AttorneyClient | 2019-01-01 | Kevan Parekh | Tim Cook; Luca Maestri | Phil Schiller; Gregory Joswiak; Alex Roman; Saori Casey; Nancy Paxton; **Sam Whittington** | | FY19 Q1 Installed Base Update | 20190101-1330 FY19 Q1 Installed Base Update.eml | Email from employee acting under the direction of in-house counsel sent for the purpose of obtaining legal advice regarding guidance revision. |
| 591 | | | AttorneyClient | | | | | | | InstalledBaseUpdate_FY19Q1_01jan19.key | Document sent from employee acting under the direction of in-house counsel attached to email sent for the purpose of obtaining legal advice regarding guidance revision. |
| 592 | | | AttorneyClient | 2019-01-01 | | | | | | Rev by Country - 2.0 12.31.18 v252pm.pdf | Document sent from employee acting under the direction of in-house counsel attached to email sent for the purpose of obtaining legal advice regarding guidance revision. |
| 625 | | | AttorneyClient | 2019-01-01 | Saori Casey | Tim Cook; Luca Maestri; **Sam Whittington**; Steve Dowling; Nancy Paxton; Matt Blake; **Kate Adams**; Adam Talbot | Kevan Parekh | | Fwd: iPhone 6s NEP by Country | 20190101-1950 Fwd: iPhone 6s NEP by Country.eml | Email from employee acting under the direction of in-house counsel sent for the purpose of obtaining legal advice regarding investor letter. |
| 626 | | | AttorneyClient | 2019-01-01 | | | | | | iPhone 6s Net Price & Margin - 2019-1-1.pdf | Document prepared by employee acting under the direction of in-house counsel attached to email sent for the purpose of obtaining legal advice regarding investor letter. |
| 688 | | | AttorneyClient | 2019-01-02 | Nancy Paxton | **Sam Whittington** | Saori Casey; Matt Blake | | Re: Back up item - services revenue | 20190102-1234 Re: Back up item - services revenue.eml | Email requesting legal advice from in-house counsel regarding investor letter. |
| 689 | | | AttorneyClient | 2016-01-26 | | | | | | Apple_Q1_2016_Earnings_Supplement.pdf | Attached document sent for the purpose of obtaining legal advice regarding investor letter. |
| 759 | | | AttorneyClient | 2019-01-31 | **Sam Whittington** | Tim Cook; Art Levinson; Ron Sugar; Sue Wagner; James Bell; Bob Iger; Andrea Jung; Al Gore | Kate Adams; Kyle Andeer; Deirdre OBrien; Luca Maestri; **Heather Reinschmidt** | | ISS Report and Voting Recommendations | ISS Report and Voting Recommendations.eml | Email reflecting legal advice from in-house counsel regarding ISS Report and Voting Recommendations. |
| 760 | | | AttorneyClient | 2019-01-31 | | | | | | AAPL911.pdf | Attached ISS Report sent in furtherance of provision of legal advice. |
| 762 | | | AttorneyClient | 2019-02-12 | **Sam Whittington** | Tim Cook; Art Levinson; Bob Iger; Andrea Jung; Ron Sugar | **Kate Adams; Kyle Andeer; Heather Reinschmidt**; Nancy Paxton; Steve Dowling; Luca Maestri; Deirdre OBrien; Josh Rosenstock; Kristin Huguet; Lisa Jackson; Matt Blake | | Shareholder Meeting - Voting Update for February 11, 2019 | Shareholder Meeting - Voting Update for February 11, 2019.eml | Email providing legal advice from in-house counsel regarding shareholder meeting voting update. |
| 763 | | | AttorneyClient | 2019-02-07 | | | | | | Glass Lewis Report 2019.pdf | Document sent from in-house counsel for the purpose of obtaining legal advice and attached to email providing legal advice regarding shareholder meeting voting update. |
| 764 | | | AttorneyClient | 2019-02-11 | | | | | | AAPL Vote Report 02-11-19.pdf | Document sent from in-house counsel for the purpose of obtaining legal advice and attached to email providing legal advice regarding shareholder meeting voting update. |
| 768 | | | AttorneyClient | 2019-02-19 | **Sam Whittington** | Deirdre Obrien | **Kate Adams; Kyle Andeer** | | Feb 28/Mar 1 - BOD agenda | Feb 28/Mar 1 - BOD agenda.eml | Email reflecting legal advice from in-house counsel regarding Board meeting. |
| 769 | | | AttorneyClient | 2019-02-19 | | | | | | 2019.02.28-3.1 BOD Agenda.pdf | Attached document sent from in-house counsel for the purpose of providing legal advice. |
| 840 | | | AttorneyClient | 2018-09-27 | **Sam Whittington** | Tim Cook | **Kate Adams** | | Re: BoD Agenda for Nov | 20180926-1716 Re: BoD Agenda for Nov.eml | Email providing legal advice from in-house counsel regarding board meeting topics. |
| 841 | | | AttorneyClient | | | | | | | draft BOD Nov agenda.pages | Attached document prepared by in-house counsel for the purpose of providing legal advice regarding board meeting topics. |
| 912 | | | AttorneyClient | 2018-11-29 | **Sam Whittington** | Tim Cook | **Kate Adams; Kyle Andeer** | | February/March 2019 Board meeting - scheduling | 20181129-1356 February-March 2019 Board meeting - scheduling.eml | Email providing legal advice from in-house counsel regarding Board meeting topics. |
| 913 | | | AttorneyClient | 2018-11-29 | | | | | | DRAFT 2019.02.xx NGC Agenda.pdf | Attached document prepared by in-house counsel for the purpose of providing legal advice regarding Board meeting topics. |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | *In re Apple Inc. Sec. Litig.* , No. 4:19-cv-02033-YGR (N.D. Cal.), Defendants' Privilege Log Pursuant to Fed. R. Civ. P. 26, Highly Confidential |||||||||||
| 2 | **Attorney Names Are Bolded** |||||||||||
| 3 | The below-listed communications have been maintained as confidential by Apple in its internal systems, and to the best of Apple's knowledge, no unauthorized persons have received the communications. |||||||||||
| 4 | ProdBegControl | ProdEndControl | PrivilegeType | DocDate | From | To | Cc | Bcc | Subject | Filename | Privilege Description |
| 963 | | | AttorneyClient | 2019-01-02 | Saori Casey | Tim Cook; Luca Maestri; **Sam Whittington**; Nancy Paxton; Steve Dowling; Matt Blake; **Kate Adams**; Adam Talbot | Kevan Parekh | | Fwd: iPhone 6s NEP by Country | Q1 QA 1-1pages 1.pdf | Email sent by employee acting under the direction of in-house counsel for the purpose of obtaining legal advice regarding guidance revision. |
| 964 | | | AttorneyClient | 2019-01-01 | | | | | | iPhone 6s Net Price & Margin - 2019-1-1.pdf | Document prepared by employee acting under the direction of in-house counsel attached to email sent for the purpose of obtaining legal advice regarding guidance revision. |
| 1011 | | | AttorneyClient | 2019-02-09 | **Kate Adams** | Isabel Mahe | | | Fwd: China Update 2/8 | Fwd: China Update 2/8.eml | Email reflecting legal advice from in-house counsel regarding PR announcement. |
| 1012 | | | AttorneyClient | | | | | | | Popular Buzzwords  (20190202 - 20190208).png | Attached document sent from in-house counsel for the purpose of providing legal advice regarding PR announcement. |
| 1013 | | | AttorneyClient | | | | | | | 7-Day Sentiment Index (20190202 - 20190208).png | Attached document sent from in-house counsel for the purpose of providing legal advice regarding PR announcement. |
| 1014 | | | AttorneyClient | | | | | | | 7-Day Sentiment Spread (20190202 - 20190208).png | Attached document sent from in-house counsel for the purpose of providing legal advice regarding PR announcement. |
| 1015 | | | AttorneyClient | | | | | | | Sentiment Index since 20181210.png | Attached document sent from in-house counsel for the purpose of providing legal advice regarding PR announcement. |