JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     (415) 773-5700
Facsimile:     (415) 773-5759

Attorneys for Defendants Apple Inc.,
Timothy Cook, and Luca Maestri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Case No. 4:19-cv-02033-YGR<br><br>**CLASS ACTION**<br><br>**DECLARATION OF ROBIN GOLDBERG IN SUPPORT OF DEFENDANTS APPLE INC., TIMOTHY COOK, AND LUCA MAESTRI'S OPPOSITION TO LEAD PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS WITHHELD AS PRIVILEGED** |

I, Robin Goldberg, declare as follows:

1. I am the Discovery Manager at Apple Inc. ("Apple" or the "Company"), and have been employed at Apple since 2015. In my role at Apple, I have responsibility for, among other things, supporting all litigation matters from pre-complaint through post-trial. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them.

2. I am informed that the Plaintiff in this action has filed a Motion to Compel Production of Documents Withheld As Privileged ("Motion"), in which it has challenged Apple's assertion of the attorney-client privilege over documents sent to or from certain internal Apple group distribution email addresses, including: china_ga_group@group.apple.com; wwro@group.apple.com; pac_ro_managers@group.apple.com; pac_ro_cim@group.apple.com; pac_sdm_manager_only@group.apple.com; wwsalesandopssupportleadership@group.apple.com; golden_gate_program_status@group.apple.com; and two internal Apple email addresses: pacro_reports@apple.com; nnpi@apple.com.

3. To my knowledge, it is not feasible to obtain membership lists of internal Apple group distribution email addresses as of a particular date in the past. However, I have verified that the Apple group distribution email addresses listed above presently include only recipients that are internal to Apple. I likewise have verified that only those who are internal to Apple can send emails from and receive emails sent to the two internal Apple email addresses listed above.

4. With respect to the internal Apple group distribution email address d3x_n84_weekly_distro@group.apple.com also referenced in the Motion, I have verified that this group distribution email address is no longer active. I am informed by individuals familiar with that list that, to the best of their knowledge and recollection, this group distribution email address included only recipients that were internal to Apple at all relevant times.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct to the best of my knowledge and belief. This declaration was executed on March 11, 2022 in Scotts Valley, California.

DECLARATION OF ROBIN GOLDBERG I/S/O DEFS.'
OPP'N TO PLTF.'S MOTION TO COMPEL PROD. PRIV.
DOCS., Case No. 19-Cv-02033-YGR

1
2
3   _____
4                Robin Goldberg
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -   DECLARATION OF ROBIN GOLDBERG I/S/O DEFS.'
OPP'N TO PLTF.'S MOTION TO COMPEL PROD. PRIV.
DOCS., CASE NO. 19-CV-02033-YGR