1  JAMES N. KRAMER (SBN 154709)
   jkramer@orrick.com
2  ALEXANDER K. TALARIDES (SBN 268068)
   atalarides@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA  94105-2669
5  Telephone:    (415) 773-5700
   Facsimile:    (415) 773-5759
6
   Attorneys for Defendants Apple Inc.,
7  Timothy Cook, and Luca Maestri

8

9

10                    UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                       OAKLAND DIVISION

13

14  IN RE APPLE INC. SECURITIES              Case No. 4:19-cv-02033-YGR
    LITIGATION
15                                           **CLASS ACTION**

16  This Document Relates to:                **DECLARATION OF SAM
                                             WHITTINGTON IN SUPPORT OF
17  ALL ACTIONS.                             DEFENDANTS APPLE INC., TIMOTHY
                                             COOK, AND LUCA MAESTRI'S
18                                           OPPOSITION TO LEAD PLAINTIFF'S
                                             MOTION TO COMPEL PRODUCTION
19                                           OF DOCUMENTS WITHHELD AS
                                             PRIVILEGED**
20

21

22

23

24

25

26

27

28

1    I, Sam Whittington, declare as follows:

2    1.    I am a Senior Director, Corporate Law at Apple Inc. ("Apple" or the "Company"),

3    and have been employed as in-house counsel at Apple since 2012.  During the time period

4    relevant to this litigation, I served as a Director, Corporate Law at Apple.  In my role at Apple, I

5    have responsibility for matters involving, among other things, corporate governance and SEC

6    reporting requirements.  I am a member in good standing of the State Bar of California.  I have

7    personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and

8    would competently testify to them.

9    2.    I am informed that the Plaintiff in this action has filed a Motion to Compel

10   Production of Documents Withheld As Privileged (the "Motion"), in which it has challenged

11   Apple's assertion of the attorney-client privilege over documents relating to a January 2, 2019

12   letter from Apple CEO Tim Cook to Apple investors (the "Cook Letter").  In the Cook Letter,

13   Apple announced a downward revision to its revenue guidance for its fiscal 2019 first quarter.

14   3.    The Cook Letter was issued outside of Apple's normal financial reporting cycle,

15   several weeks ahead of the Company's announcement of its fiscal 2019 first quarter financial

16   results (which occurred on January 29, 2019), and the Company's filing of its Form 10-Q for the

17   fiscal 2019 first quarter (which occurred on January 30, 2019).  In my role as Director, Corporate

18   Law, I was closely involved in, and provided legal advice with respect to, the Company's

19   decision of whether to release the Cook Letter.  I also oversaw the process by which the Company

20   prepared the Cook Letter, seeking to ensure compliance with the Company's reporting

21   requirements and to minimize legal risk.  I reviewed and commented on drafts of the Cook Letter

22   as they were prepared, again with an eye towards ensuring compliance with reporting

23   requirements and minimizing legal risk to the Company.  I also directed various Apple employees

24   to prepare certain back-up documentation with respect to the assertions made in the Cook Letter.

25   Apple's Senior Vice President and General Counsel, Katherine Adams, likewise had close

26   involvement in these matters.

27   4.    Additionally, at all times relevant to the communications at issue in the Motion, I

28   was a member of Apple's Disclosure Committee and a recipient of emails directed to the

DECLARATION OF SAM WHITTINGTON I/S/O DEFS.'
OPP'N TO PLTF.'S MOTION TO COMPEL PROD. PRIV.
DOCS., CASE NO. 19-CV-02033-YGR

1    Disclosure Committee email distribution list.  I participated in the Disclosure Committee in my

2    capacity as Director, Corporate Law for Apple.  As a member of the Disclosure Committee, I

3    regularly provided legal advice and oversight regarding proposed corporate disclosures.

4         5.      At all times relevant to the communications at issue in the Motion, the Disclosure

5    Committee email distribution list did not include anyone other than Apple employees.

6         I declare under penalty of perjury under the laws of the United States of America that the

7    foregoing facts are true and correct to the best of my knowledge and belief.  This declaration was

8    executed on March 11, 2022 in San Carlos, California.

9

10

11                                        Sam Whittington

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF SAM WHITTINGTON I/S/O DEFS.'
OPP'N TO PLTF.'S MOTION TO COMPEL PROD. PRIV.
DOCS., CASE NO. 19-CV-02033-YGR