JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    (415) 773-5700
Facsimile:     (415) 773-5759

Attorneys for Defendants Apple Inc.,
Timothy Cook, and Luca Maestri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE APPLE INC. SECURITIES LITIGATION | Case No. 4:19-cv-02033-YGR |
|---|---|
| | **CLASS ACTION** |
| This Document Relates to: | **DECLARATION OF ARIEL B. WINAWER REGARDING DELAYED FILINGS DUE TO ECF OUTAGE** |
| ALL ACTIONS. | |

In accordance with General Order No. 45, section VI(E), I Ariel B. Winawer, declare and state as follows:

1. I am an attorney with the law firm of Orrick, Herrington, & Sutcliffe LLP ("Orrick"), counsel for Apple Inc., Timothy Cook, and Luca Maestri (collectively "Defendants"). The facts set forth below are based on my personal knowledge.

2. On Friday, March 11, 2022 at 1:46 p.m. (Pacific time), I received an email regarding the ECF website service disruption and PACER outage. A copy of the email is attached hereto as Exhibit 1.

3. Throughout the day on Friday, March 11, 2022, under my direction, Orrick Senior Paralegal Lenny Patts repeatedly attempted to access the ECF website for the Northern District of California over several hours after 12 p.m. (Pacific time), with attempts separated by at least one hour, in order to electronically file (i) Defendants' Opposition to Lead Plaintiff's Motion to Compel Production of Privileged Documents; (ii) Declaration of Ariel B. Winawer in Support of Defendants' Opposition to Lead Plaintiff's Motion to Compel Production of Privileged Documents ("Winawer Declaration"); (iii) Exhibit 1A to the Winawer Declaration; (iv) Exhibit 1B to the Winawer Declaration; (v) Declaration of Robin Goldberg in Support of Defendants' Opposition to Lead Plaintiff's Motion to Compel Production of Privileged Documents; and (vi) Declaration of Sam Whittington in Support of Defendants' Opposition to Lead Plaintiff's Motion to Compel Production of Privileged Documents. However, Ms. Patts was unable to access the ECF website and it was unavailable to accept any filings that evening.

4. After at least ten failed attempts to access the ECF website and waiting during the evening to see if the ECF website would become accessible after a temporary outage, I instructed Ms. Patts to send the pleadings via email to all counsel of record at 9:26 p.m. (Pacific time) on March 11, 2022. A copy of the transmittal email is attached hereto as Exhibit 2.

5. On Saturday, March 12, 2022 at 9:29 a.m. (Pacific time), I received an email from the ECF Helpdesk stating that as of approximately 8:10 a.m. (Pacific time) that day, all services had returned to normal. A copy of the email is attached hereto as Exhibit 3.

6. The documents identified in Paragraph 3, above, which are being electronically

filed concurrently with the present Declaration, are the same as those sent to the parties on the evening of Friday, March 11, 2022 by email, as evidenced in Exhibit 2.

    I declare under penalty of perjury that the foregoing facts are true and correct to the best of my knowledge and belief. This declaration was executed on March 14, 2022 in San Francisco, California.

                                    */s/ Ariel Winawer*
                                    ARIEL B. WINAWER

# EXHIBIT 1

**Winawer, Ariel**

| | |
|---|---|
| **From:** | Electronic Case Filing News for the Northern District of California <CAND-ECF@nyed.uscourts.gov> on behalf of ECF Helpdesk <ecfhelpdesk@CAND.USCOURTS.GOV> |
| **Sent:** | Friday, March 11, 2022 1:46 PM |
| **To:** | CAND-ECF@NYED.USCOURTS.GOV |
| **Subject:** | SERVICE DISRUPTION: CM/ECF at CAND is Currently Offline |

https://ecf.cand.uscourts.gov/ is currently offline, so e-filing and accessing dockets/documents is unavailable.

The service disruption was first reported around 11:20 AM Pacific time, 3/11/2022.

PACER (https://pacer.uscourts.gov/) is also reporting outages. (1:30 PM)

Please check our announcements at https://www.cand.uscourts.gov/ for updated information.


ECFHELPDESK@cand.uscourts.gov

# EXHIBIT 2

# Winawer, Ariel

| | |
|---|---|
| **From:** | Patts, Lenny |
| **Sent:** | Friday, March 11, 2022 9:26 PM |
| **To:** | Shawn Williams; Dan Pfefferbaum; Jason Forge; Kenny Black; Hadiya Deshmukh; Jacob Gelman; Raffi Friedman; Mark Solomon; TorG@rgrdlaw.com; Carol Villegas; Christine Fox; 'NDonlon@labaton.com'; 'fmalonzo@labaton.com'; Sarah Morris |
| **Cc:** | Kramer, James N.; Talarides, Alex; Askew, Kevin M.; Winawer, Ariel; Scott, M. Todd; Foley, William J.; Allen, Tristan Konstantin |
| **Subject:** | 4:19-cv-02033-YGR:  In re Apple Inc. Securities Litigation |
| **Attachments:** | 2022.03.11 Defendants' Opposition to Plt's Motion to Compel Production of Privileged Documents.zip |

Counsel,

Attached for service in the above-referenced action, please find the following documents:

1. Defendants' Opposition to Lead Plaintiff's Motion to Compel Production of Privileged Documents
2. Declaration of Ariel B. Winawer in Support of Defendants' Opposition to Lead Plaintiff's Motion to Compel Production of Privileged Documents
3. Exhibit 1A to the Declaration of Ariel B. Winawer
4. Exhibit 1B to the Declaration of Ariel B. Winawer
5. Declaration of Robin Goldberg in Support of Defendants' Opposition to Lead Plaintiff's Motion to Compel Production of Privileged Documents
6. Declaration of Sam Whittington in Support of Defendants' Opposition to Lead Plaintiff's Motion to Compel Production of Privileged Documents

Due to the CM/ECF and PACER outage in N.D. Cal., today is deemed a "technical failure" and the attached documents will be e-filed on Monday.

**Lenny T. Patts**
Senior Paralegal

Orrick
San Francisco
T 415.773.5913
M 707.567.3916
lpatts@orrick.com



Securities Litigation Blog

1

# EXHIBIT 3

**Winawer, Ariel**

| | |
|---|---|
| **From:** | Electronic Case Filing News for the Northern District of California <CAND-ECF@nyed.uscourts.gov> on behalf of ECF Helpdesk <ecfhelpdesk@CAND.USCOURTS.GOV> |
| **Sent:** | Saturday, March 12, 2022 9:29 AM |
| **To:** | CAND-ECF@NYED.USCOURTS.GOV |
| **Subject:** | SERVICE DISRUPTION RESOLVED: CM/ECF at CAND is ONLINE |

As of approximately 8:10 AM Pacific time, all services have returned to normal.
Please see https://www.cand.uscourts.gov/ for additional information.


ECFHELPDESK@cand.uscourts.gov



-----Original Message-----
From: Electronic Case Filing News for the Northern District of California <CAND-ECF@nyed.uscourts.gov> On Behalf Of ECF Helpdesk
Sent: Friday, March 11, 2022 1:46 PM
To: CAND-ECF@NYED.USCOURTS.GOV
Subject: SERVICE DISRUPTION: CM/ECF at CAND is Currently Offline

https://ecf.cand.uscourts.gov/ is currently offline, so e-filing and accessing dockets/documents is unavailable.

The service disruption was first reported around 11:20 AM Pacific time, 3/11/2022.

PACER (https://pacer.uscourts.gov/) is also reporting outages. (1:30 PM)

Please check our announcements at https://www.cand.uscourts.gov/ for updated information.


ECFHELPDESK@cand.uscourts.gov