JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    (415) 773-5700
Facsimile:     (415) 773-5759

Attorneys for Defendants Apple Inc.,
Timothy Cook, and Luca Maestri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Case No. 4:19-cv-02033-YGR<br><br>**CLASS ACTION**<br><br>**DECLARATION OF PRIYA BALASUBRAMANIAM IN CONNECTION WITH LEAD PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO COMPEL DOCUMENTS WITHHELD AS PRIVILEGED** |
| This Document Relates to:<br><br>ALL ACTIONS. | |

I, Priya Balasubramaniam, declare as follows:

1. I am a Vice President, Operations at Apple Inc. ("Apple"). Unless otherwise indicated, the facts set forth in this declaration are based upon my personal knowledge, or information I have learned through my role at Apple or from others at Apple in the ordinary course of business. If called as a witness, I could and would competently testify to them.

2. I understand that on March 18, 2022, Lead Plaintiff filed its Reply in Support of Lead Plaintiff's Motion to Compel Documents Withheld as Privileged ("Reply") (ECF No. 234-03) and the Declaration of Kenneth J. Black in Support of Reply in Support of Lead Plaintiff's Motion to Compel Documents Withheld as Privileged (ECF No. 234-04) ("Black Declaration"). I understand that the Black Declaration attached two internal Apple documents as exhibits. Both of these documents contain Apple confidential information, as discussed below and identified in the provided table.

3. Apple seeks to keep Exhibit 7 to the Black Declaration (APL-SECLIT_00151619-26) sealed. This exhibit relates to confidential communications with Apple's contract manufacturers and suppliers. In particular, it includes communications concerning non-public aspects of Apple's planning and production schedule decisions, including non-public information about the timing of such decisions. Such information is competitively valuable to Apple and is kept confidential in the ordinary course of business. Apple takes steps to ensure this type of information is not released publicly.

4. Apple seeks to keep Exhibit 8 to the Black Declaration (APL-SECLIT-00183244-52) sealed. This exhibit contains a discussion of highly sensitive, non-public, competitive business information concerning Apple's production lines, daily production volumes, and master production schedule. Such information is competitively valuable to Apple and is kept confidential in the ordinary course of business. Apple takes steps to ensure this type of information is not released publicly.

5. Apple seeks to have the following documents sealed in relation to Lead Plaintiff's Reply:

- 1 -

DECLARATION OF PRIYA BALASUBRAMANIAM IN CONNECTION WITH LEAD PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL, Case No. 19-Cv-02033-YGR

| EXHIBIT NO. | ITEM | DESCRIPTION |
|---|---|---|
| 7 | APL-SECLIT_00151619-26 | This exhibit relates to confidential communications with Apple's contract manufacturers and suppliers. In particular, it includes communications concerning non-public aspects of Apple's planning and production schedule decisions, including non-public information about the timing of such decisions. Such information is competitively valuable to Apple and is kept confidential in the ordinary course of business. Apple takes steps to ensure this type of information is not released publicly. |
| 8 | APL-SECLIT-00183244-52 | This exhibit contains a discussion of highly sensitive, non-public, competitive business information concerning Apple's production lines, daily production volumes, and master production schedule. Such information is competitively valuable to Apple and is kept confidential in the ordinary course of business. Apple takes steps to ensure this type of information is not released publicly. |

6. Accordingly, Apple requests that Exhibits 7 and 8 to the Black Declaration remain sealed as described above.

I declare under penalty of perjury that the foregoing facts are true and correct to the best of my knowledge and belief. This declaration was executed on March 22, 2022 in Cupertino, California.

_____
Priya Balasubramaniam

DECLARATION OF PRIYA BALASUBRAMANIAM IN CONNECTION WITH LEAD PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL, CASE No. 19-CV-02033-YGR