**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**ZOOM CIVIL MINUTE ORDER**

| Case No.: 19-cv-02033-YGR (JCS) | Case Name: In re Apple Inc., Securities Litigation | |
|---|---|---|
| Chief Magistrate Judge: JOSEPH C. SPERO | Date: April 15, 2022 | Time: 1 H 5 M |

**Attorney for Plaintiff:** Shawn Williams, Dan Pfefferbaum, Ken Black
**Attorney for Defendant:** James Kramer, Kevin Askew, Ariel Winawer

**Deputy Clerk:** Karen Hom         **Court Reporter:** Ruth Ekhaus

**ZOOM WEBINAR PROCEEDINGS**

1. Discovery Hearing re: Joint Letter Brief [dkt 227] - Held

**ORDERED AFTER HEARING**

By May 13, 2022, Defendants shall provide to Plaintiff for each withheld document listed in the exhibits attached to Plaintiff's motion: 1) if not already produced, a redacted version of the document that redacts out any advice that was sought or given primarily for a legal purpose; and 2) a declaration by the attorney whose advice was sought or given establishing that the redacted material was primarily for a legal purpose. With respect to attached documents, the declaration should establish that disclosure of the redacted material will necessarily reveal an attorney's legal advice or a request for legal advice or is otherwise privileged.

By May 20, 2022, Plaintiff and Defendants shall commence meet and confer efforts based on the additional materials supplied by Defendants to determine whether Defendants have met their burden as to the documents withheld on the basis of attorney-client privilege that are at issue in the Motion. If the parties are not able to resolve all of their disputes through these efforts, Plaintiff shall file a supplemental brief by June 3, 2022, identifying the remaining disputes. Defendants shall file their response by June 15, 2022.