# EXHIBIT 2

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                      OAKLAND DIVISION
 4   IN RE APPLE INC. SECURITIES   ) Civil Action No.
     LITIGATION                    ) 4:19-cv-02033-YGR
 5   _____)
                                   )
 6   This Document Relates To:     )
     ALL ACTIONS.                  )
 7   _____)
 8                         - - -
 9              WEDNESDAY, JUNE 16, 2021
10                         - - -
11
12      Remote Video Deposition of STEVEN P. FEINSTEIN,
13   PH.D., beginning at 10:02 a.m., before Nancy J.
14   Martin, a Registered Merit Reporter, Certified
15   Shorthand Reporter.  All parties appeared remotely.
16
17
18
19
20
21
22
23
24
25
                                                     Page 1
```

1  Apple's stock.  And there's a formula that takes one
2  from the per share inflation to the per option
3  inflation.
4          Like I said, I think it's the same formula.
5  It's the exact, same formula for every single call
6  option in, and a slightly different formula for every
7  single put option, although the arguments that go into
8  that option will be different from one contract to the
9  next.
10      Q.  Page 52 of your report in Paragraph 187 you
11 write, sort of right in the middle of the paragraph,
12 "widely used and generally accepted option pricing
13 formula, such as the Black-Scholes formula can be used
14 to determine how much artificial inflation is in each
15 call option on any given day and how much each put
16 option is depressed."
17          Doesn't the Black-Scholes formula apply to
18 European options rather than American options?
19      A.  Well, as Black-Scholes and Merton wrote it,
20 yes.  But there are adjustments that have been applied
21 subsequently for American options.  People still call
22 it the Black-Scholes formula, but there's an
23 adjustment for the early exercise feature that's not
24 impossible.
25      Q.  Can you explain that adjustment?

Page 155

```
 1          A.   Well -- really?
 2          Q.   Sure.
 3          A.   There's a number of different ways it could
 4   be calculated.  One particular way to calculate it is
 5   to model the stock process as a very tight-knit
 6   binomial tree and evaluate the binomial tree at every
 7   node for both optionality value and intrinsic value.
 8   If intrinsic value is greater than optionality value
 9   at any particular node, the tree is modified so that
10   the option value at that point in time is the
11   intrinsic value and early exercise is assumed to take
12   place on that date.
13          You then apply the Martingale probability
14   weighted discounted option value to each preceding
15   node, and that gives you the American value instead of
16   the European value at times zero or any prior period.
17   It sounds complicated, but in practice, it's pretty
18   straightforward.  That's one method.
19          Another method is called the Monte Carlo
20   method, where we simulate paths and then the paths
21   allow for early exercise when intrinsic value is
22   traded in option value.  You take the terminal values
23   and weight them and discount them, and you should get
24   the same value for the American option that way as you
25   did the other way I mentioned, the binomial method.
```

Page 156

```
 1              So those are two methods that give you if not
 2   exactly the same answer, very close.  And then what's
 3   in the literature are a whole bunch of articles where
 4   people point out closed form solutions that work
 5   really, really well and are easier to apply and give
 6   you reliably pretty much the same value as the two
 7   methods I just articulated.  So they exist.
 8        Q.   In your experience, and based on your review
 9   of academic literature, how common is it to use
10   options as part of a hedging strategy?
11             MR. WILLIAMS:  Objection.  Form.  Does that
12   go to the damages calculation testimony of his report?
13             MR. FOLEY:  I'm sorry, Shawn.  I didn't hear
14   that.  Was that a question?
15             MR. WILLIAMS:  Objection.  Form.
16             It feels outside of the scope, and I'm just
17   asking you does that question go to his methodology
18   for calculating damages?
19             MR. FOLEY:  Yes.
20             THE WITNESS:  When you say, "how common,"
21   there's a number of different things it could mean.
22   So I need to know which one you do mean.  Do you mean
23   of all the people who buy Apple stock, how many are
24   also hedging with options, or do you mean of all the
25   people that are trading options, how many are doing it
```

Page 157

```
 1                    C E R T I F I C A T E
 2        I do hereby certify that the aforesaid testimony
 3   was taken before me, pursuant to notice, at the time
 4   and place indicated; that said deponent was by me duly
 5   sworn to tell the truth, the whole truth, and nothing
 6   but the truth; that the testimony of said deponent was
 7   correctly recorded in machine shorthand by me and
 8   thereafter transcribed under my supervision with
 9   computer-aided transcription; that the deposition is a
10   true and correct record of the testimony given by the
11   witness; and that I am neither of counsel nor kin to
12   any party in said action, nor interested in the
13   outcome thereof.
14
15   Dated:  June 18, 2021
16
17
18
19
20
21
22
23              Nancy J. Martin, RMR, CSR
24
25
```