ROBBINS GELLER RUDMAN
  &amp; DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
KENNETH J. BLACK (291871)
HADIYA K. DESHMUKH (328118)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
      – and –
MARK SOLOMON (151949)
TOR GRONBORG (179109)
JASON A. FORGE (181542)
RAPHAELLA FRIEDMAN (323324)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
torg@rgrdlaw.com
jforge@rgrdlaw.com
rfriedman@rgrdlaw.com

Lead Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION | Case No. 4:19-cv-02033-YGR |
| | CLASS ACTION |
| This Document Relates To:<br><br>    ALL ACTIONS. | [PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S SUPPLEMENTAL MOTION TO CERTIFY CLASS OF APPLE OPTIONS INVESTORS |

4869-9437-0332.v1

Having considered Lead Plaintiff's Supplemental Motion to Certify Class of Apple Options Investors, the Declaration of Daniel J. Pfefferbaum in support thereof and the exhibits thereto, the pleadings and filings herein and such other evidence and written or oral arguments as may be presented to the Court, IT IS HEREBY ORDERED that:

1. Lead Plaintiff's Motion is GRANTED;

2. The Court hereby modifies the Class definition as follows (changes emphasized):

All persons and entities who purchased or otherwise acquired the publicly traded securities of Apple Inc., ***including purchasers of Apple Inc. call options and sellers of Apple Inc. put options***, during the period from November 2, 2018 through January 2, 2019, ***inclusive***, and who suffered damages by defendants' alleged violations of Sections 10(b) and 20(a) of the Exchange Act.  Excluded from the class are (i) Apple and the individual defendants; (ii) members of the families of each individual defendant; (iii) officers and directors of Apple; and (iv) the legal representatives, heirs, successors or assigns of any such excluded party.

IT IS SO ORDERED.

DATED: _____     _____
                                    THE HON. YVONNE GONZALEZ ROGERS
                                    UNITED STATES DISTRICT JUDGE