JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    (415) 773-5700
Facsimile:     (415) 773-5759

Attorneys for Defendants Apple Inc.,
Timothy Cook and Luca Maestri

[additional counsel appears on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Case No. 4:19-cv-02033-YGR<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR LEAD PLAINTIFF'S SUPPLEMENTAL MOTION FOR CLASS CERTIFICATION** |

This Stipulation is entered into by and among Lead Plaintiff Norfolk County Council as Administering Authority of the Norfolk Pension Fund ("Lead Plaintiff") and Defendants Apple Inc. ("Apple"), Timothy Cook, and Luca Maestri (collectively "Defendants" and together with the Lead Plaintiff, the "Parties"), through their respective attorneys of record.

WHEREAS, on May 5, 2021, Lead Plaintiff filed a Motion for Class Certification (the "Motion") [Dkt. No. 165];

WHEREAS, on February 4, 2022, the Court issued an order granting in part and denying in part the Motion (the "Order") [Dkt. No. 224].  The Order denied without prejudice Lead Plaintiff's Motion with respect to holders of options on Apple stock and contemplated that Lead Plaintiff may "re-seek certification with respect to this category of investors";

WHEREAS, on March 4, 2022, the Court issued an order setting a deadline of April 15, 2022 for Lead Plaintiff to supplement its class certification motion regarding holders of options on Apple stock [Dkt. No. 231];

WHEREAS, on April 15, 2022, Lead Plaintiff filed a Supplemental Motion to Certify Class of Apple Options Investors (the "Supplemental Motion") [Dkt. No. 239], which attached, among other things, an expert report by Don Chance;

WHEREAS, Lead Plaintiff has agreed to make Professor Chance available for deposition on June 8, 2022;

WHEREAS, it is Defendants' current intention to file an expert report in connection with its opposition to the Supplemental Motion;

WHEREAS, Plaintiff anticipates that a deposition of Defendants' expert may be necessary;

WHEREAS, the Parties have met and conferred and reached an agreement to set a briefing schedule for the Supplemental Motion which sets forth sufficient time for all parties to take any expert discovery, as set forth below;

NOW THEREFORE, it is stipulated and agreed among the undersigned Parties, and respectfully submitted for the Court's approval as follows:

1. Defendants shall file any opposition to the Supplemental Motion no later than June

- 1 -

STIPULATION AND [PROPOSED] ORDER RE BRIEFING
SCHEDULE FOR LEAD PLT'S SUPPLEMENTAL MOTION FOR
CLASS CERTIFICATION, CASE NO. 19-CV-02033-YGR

24, 2022;

2. Lead Plaintiff shall file any reply in support of the Supplemental Motion no later than August 26, 2022;

**IT IS SO STIPULATED.**

Dated: April 28, 2022                              ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ James N. Kramer*
JAMES N. KRAMER
Attorneys for Defendants
Apple Inc., Timothy Cook and Luca Maestri

Dated: April 28, 2022                              ROBBINS GELLER RUDMAN & DOWD LLP

*/s/ Shawn A. Williams*
SHAWN A. WILLIAMS
Counsel for Lead Plaintiff,
Norfolk County Council as Administering Authority of the Norfolk Pension Fund

### CIVIL L.R. 5-1 ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), I, James N. Kramer, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order regarding Briefing Schedule for Lead Plaintiff's Supplemental Motion for Class Certification. In compliance with General Order 45, X.B., I hereby attest that Shawn A. Williams has concurred in this filing.

*/s/ James N. Kramer*
JAMES N. KRAMER

*** 

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE YVONNE GONZALEZ ROGERS