JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   (415) 773-5700
Facsimile:    (415) 773-5759

Attorneys for Defendants Apple Inc.,
Timothy Cook and Luca Maestri

[additional counsel appears on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Case No. 4:19-cv-02033-YGR<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR LEAD PLAINTIFF'S SUPPLEMENTAL MOTION FOR CLASS CERTIFICATION** |

1    This Stipulation is entered into by and among Lead Plaintiff Norfolk County Council as
2 Administering Authority of the Norfolk Pension Fund ("Lead Plaintiff") and Defendants Apple
3 Inc. ("Apple"), Timothy Cook, and Luca Maestri (collectively "Defendants" and together with the
4 Lead Plaintiff, the "Parties"), through their respective attorneys of record.

5    WHEREAS, on May 5, 2021, Lead Plaintiff filed a Motion for Class Certification (the
6 "Motion") [Dkt. No. 165];

7    WHEREAS, on February 4, 2022, the Court issued an order granting in part and denying
8 in part the Motion (the "Order") [Dkt. No. 224]. The Order denied without prejudice Lead
9 Plaintiff's Motion with respect to holders of options on Apple stock and contemplated that Lead
10 Plaintiff may "re-seek certification with respect to this category of investors";

11    WHEREAS, on March 4, 2022, the Court issued an order setting a deadline of April 15,
12 2022 for Lead Plaintiff to supplement its class certification motion regarding holders of options
13 on Apple stock [Dkt. No. 231];

14    WHEREAS, on April 15, 2022, Lead Plaintiff filed a Supplemental Motion to Certify
15 Class of Apple Options Investors (the "Supplemental Motion") [Dkt. No. 239], which attached,
16 among other things, an expert report by Don Chance;

17    WHEREAS, Lead Plaintiff has agreed to make Professor Chance available for deposition
18 on June 8, 2022;

19    WHEREAS, it is Defendants' current intention to file an expert report in connection with
20 its opposition to the Supplemental Motion;

21    WHEREAS, Plaintiff anticipates that a deposition of Defendants' expert may be
22 necessary;

23    WHEREAS, the Parties have met and conferred and reached an agreement to set a
24 briefing schedule for the Supplemental Motion which sets forth sufficient time for all parties to
25 take any expert discovery, as set forth below;

26    NOW THEREFORE, it is stipulated and agreed among the undersigned Parties, and
27 respectfully submitted for the Court's approval as follows:

28    1.    Defendants shall file any opposition to the Supplemental Motion no later than June

24, 2022;

2. Lead Plaintiff shall file any reply in support of the Supplemental Motion no later than August 26, 2022;

**IT IS SO STIPULATED.**

Dated:  April 28, 2022    ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ James N. Kramer*
JAMES N. KRAMER
Attorneys for Defendants
Apple Inc., Timothy Cook and Luca Maestri

Dated:  April 28, 2022    ROBBINS GELLER RUDMAN & DOWD LLP

*/s/ Shawn A. Williams*
SHAWN A. WILLIAMS
Counsel for Lead Plaintiff,
Norfolk County Council as Administering Authority of the Norfolk Pension Fund

## CIVIL L.R. 5-1 ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), I, James N. Kramer, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order regarding Briefing Schedule for Lead Plaintiff's Supplemental Motion for Class Certification.  In compliance with General Order 45, X.B., I hereby attest that Shawn A. Williams has concurred in this filing.

*/s/ James N. Kramer*
JAMES N. KRAMER

*\*\*\**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 29, 2022

_____
HONORABLE YVONNE GONZALEZ ROGERS