JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     (415) 773-5700
Facsimile:     (415) 773-5759

Attorneys for Defendants Apple Inc.,
Timothy Cook, and Luca Maestri

[additional counsel appears on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Case No. 4:19-cv-02033-YGR<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR FURTHER BRIEFING ON LEAD PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS WITHHELD AS PRIVILEGED**<br><br>Hon. Joseph C. Spero |

1  This Stipulation is entered into by and among Lead Plaintiff Norfolk County Council as
2  Administering Authority of the Norfolk Pension Fund ("Lead Plaintiff") and Defendants Apple
3  Inc. ("Apple"), Timothy Cook, and Luca Maestri (collectively "Defendants" and together with the
4  Lead Plaintiff, the "Parties"), through their respective attorneys of record.

5  WHEREAS, on April 15, 2022, the Court held a hearing on Lead Plaintiff's Motion to
6  Compel Production of Documents Withheld as Privileged (the "Motion," Dkt. No. 232-3);

7  WHEREAS, at that hearing, and in a subsequently-issued Minute Order (Dkt. No. 238), the
8  Court directed that by May 13, 2022, Defendants were to provide Lead Plaintiff with documents
9  and declarations concerning the documents at issue in the Motion, and further directed the Parties
10 to engage in additional meet and confer efforts in an effort to resolve the Parties' disputes as to
11 these documents;

12 WHEREAS, the Court set a schedule for further briefing in the event that the Parties were
13 unable to resolve their disputes through the meet and confer process, with Lead Plaintiff's
14 supplemental brief to be filed by June 3, 2022, and Defendants' supplemental brief to be filed by
15 June 15, 2022;

16 WHEREAS, the Court indicated at the hearing on the Motion that the Parties could seek an
17 extension of this briefing schedule if the Parties sought additional time to meet and confer;

18 WHEREAS, following Defendants' production of certain documents and declarations on
19 May 13, 2022, the Parties met and conferred concerning the scope of the production and the status
20 of the dispute between the Parties following the production, as well as the potential production of
21 additional documents and information by Defendants, by engaging in two extended telephonic
22 discussions;

23 WHEREAS, following those meet and confer efforts, Defendants have agreed to produce
24 documents and information in addition to those produced on May 13, 2022, in an effort to
25 facilitate further discussions regarding a potential resolution of any remaining disputes;

26 WHEREAS, the Parties have conferred and agree that a brief extension of the deadlines for
27 further briefing would be appropriate to allow Lead Plaintiff time to review the additional
28 documents that Defendants intend to produce, and to allow the Parties additional time to determine

whether they are able to resolve, or at least narrow, their disputes as to the documents at issue in the Motion;

NOW THEREFORE, it is stipulated and agreed among the undersigned Parties, and respectfully submitted for the Court's approval as follows:

1. By June 16, 2022, Defendants shall complete any production of additional documents and information that Defendants determine to provide as a result of the Parties' recent meet and confer efforts;

2. Lead Plaintiff shall file any supplemental brief in support of the Motion no later than June 22, 2022;

3. Defendants shall file any response no later than July 5, 2022.

**IT IS SO STIPULATED.**

Dated: June 3, 2022                                         ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ James N. Kramer*
JAMES N. KRAMER
Attorneys for Defendants
Apple Inc., Timothy Cook, and Luca Maestri

Dated: June 3, 2022                                         ROBBINS GELLER RUDMAN & DOWD LLP

*/s/ Shawn A. Williams*
SHAWN A. WILLIAMS
Counsel for Lead Plaintiff,
Norfolk County Council as Administering
Authority of the Norfolk Pension Fund

**CIVIL L.R. 5-1 ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I, James N. Kramer, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order regarding Schedule for Further Briefing on Lead Plaintiff's Motion to Compel Production of Documents Withheld as Privileged.  In compliance with General Order 45, X.B., I hereby attest that Shawn A. Williams has concurred in this filing.

*/s/ James N. Kramer*
JAMES N. KRAMER

***

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 6, 2022

HONORABLE JOSEPH C. SPERO
CHIEF MAGISTRATE JUDGE