ROBBINS GELLER RUDMAN
   & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
KENNETH J. BLACK (291871)
HADIYA K. DESHMUKH (328118)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
        – and –
MARK SOLOMON (151949)
TOR GRONBORG (179109)
JASON A. FORGE (181542)
RAPHAELLA FRIEDMAN (323324)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
torg@rgrdlaw.com
jforge@rgrdlaw.com
rfriedman@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No. 4:19-cv-02033-YGR<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF KENNETH J. BLACK IN SUPPORT OF LEAD PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED |

4895-6348-0099.v1

I, KENNETH J. BLACK, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and before this District Court. I am associated with the law firm Robbins Geller Rudman & Dowd LLP, counsel of record for Lead Plaintiff and Class Representative Norfolk County Council as Administering Authority of the Norfolk Pension Fund ("Plaintiff") in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto. This Declaration is made in support of Lead Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

2. I submit this Declaration pursuant to Civil Local Rules 7-11 and 79-5(f) in connection with the Supplemental Brief in Support of Lead Plaintiff's Motion to Compel Documents Withheld as Privileged and the exhibits thereto.

3. Pursuant to the Stipulated Protective Order (ECF No. 139), the documents set forth below or information therein have been designated as CONFIDENTIAL and HIGHLY CONFIDENTIAL by Defendants.[1]

| DOCUMENT | REASON FOR SEALING | DESIGNATING PARTY |
|---|---|---|
| Supplemental Brief in Support of Lead Plaintiff's Motion to Compel Documents Withheld as Privileged | Designated CONFIDENTIAL and HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 10 | Designated CONFIDENTIAL | Defendants |
| Exhibit 11 | Designated HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 12 | Designated HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 15 | Designated HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 16 | Designated HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 19 | Designated CONFIDENTIAL | Defendants |

---

[1] "Defendants" are Apple Inc., Timothy D. Cook and Luca Maestri.

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct. Executed this 22nd day of June, 2022, at San Francisco, California.

s/ Kenneth J. Black<br>
KENNETH J. BLACK

DECL. OF KENNETH J. BLACK IN SUPPORT OF LEAD PLTF'S ADMIN MTN.
CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED - 4:19-cv-02033-YGR  
4895-6348-0099.v1

- 2 -