ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
KENNETH J. BLACK (291871)
HADIYA K. DESHMUKH (328118)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
        – and –
MARK SOLOMON (151949)
TOR GRONBORG (179109)
JASON A. FORGE (181542)
RAPHAELLA FRIEDMAN (323324)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
torg@rgrdlaw.com
jforge@rgrdlaw.com
rfriedman@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | ) Case No. 4:19-cv-02033-YGR<br>)<br>) <u>CLASS ACTION</u><br>)<br>) [PROPOSED] ORDER GRANTING LEAD<br>) PLAINTIFF'S ADMINISTRATIVE<br>) MOTION TO CONSIDER WHETHER<br>) ANOTHER PARTY'S MATERIAL<br>) SHOULD BE SEALED |

4869-4970-7811.v1

Having considered Plaintiff's[1] Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (the "Motion") in connection the Supplemental Brief in Support of Lead Plaintiff's Motion to Compel Documents Withheld as Privileged and the exhibits thereto, the pleadings and filings herein and such other evidence and written or oral arguments as may be presented to the Court, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion is GRANTED;

2. Plaintiff may file the following documents under seal, pending the Court's consideration, pursuant to Civil Local Rule 79-5(f):

| DOCUMENT | REASON FOR SEALING | DESIGNATING PARTY |
|---|---|---|
| Supplemental Brief in Support of Lead Plaintiff's Motion to Compel Documents Withheld as Privileged | Designated CONFIDENTIAL and HIGHLY CONFIDENTIAL | Defendants[2] |
| Exhibit 10 | Designated CONFIDENTIAL | Defendants |
| Exhibit 11 | Designated HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 12 | Designated HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 15 | Designated HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 16 | Designated HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 19 | Designated CONFIDENTIAL | Defendants |

---

[1] "Plaintiff" is Lead Plaintiff and Class Representative Norfolk County Council as Administering Authority of the Norfolk Pension Fund.

[2] "Defendants" are Apple Inc., Timothy D. Cook and Luca Maestri.

\* \* \*

**O R D E R**

IT IS SO ORDERED.

DATED: _____    _____
THE HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING SUPP. BRIEF IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO COMPEL DOCUMENTS WITHHELD AS PRIVILEGED - 4:19-cv-02033-YGR - 2 -
4869-4970-7811.v1