# EXHIBIT 9

1  JAMES N. KRAMER (SBN 154709)
   jkramer@orrick.com
2  ALEXANDER K. TALARIDES (SBN 268068)
   atalarides@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA  94105-2669
5  Telephone:   (415) 773-5700
   Facsimile:   (415) 773-5759
6
   Attorneys for Defendants Apple Inc.,
7  Timothy Cook, and Luca Maestri

8

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           OAKLAND DIVISION

13

14  | IN RE APPLE INC. SECURITIES LITIGATION | Case No. 4:19-cv-02033-YGR |
    |---|---|
15  | | **CLASS ACTION** |
16  | This Document Relates to: | **DECLARATION OF KATHERINE ADAMS REGARDING DOCUMENTS WITHHELD AS PRIVILEGED** |
17  | ALL ACTIONS. | |

1  I, Katherine Adams, declare as follows:

2  1. I am the General Counsel and Senior Vice President of Legal and Global Security at Apple Inc. ("Apple" or the "Company"), and have been employed in this position at Apple since 2017. In my role at Apple, I oversee all legal matters, including corporate governance, litigation, and securities compliance. I am registered with the State Bar of California as a Registered In-House Counsel. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them.

2. I understand that in connection with a pending discovery motion, the Court has directed Apple to provide, for certain documents withheld on the basis of privilege, a declaration by the attorney whose advice was sought or given establishing that the withheld material was primarily for a legal purpose. I am submitting this declaration to comply with that directive with respect to a number of documents, described below, that have been withheld by Apple on the basis of the attorney-client privilege. I refer to these documents by their corresponding entry numbers on Apple's privilege log in this matter.

3. **Nos. 174, 175, 176, and 177.** These four documents include email communications, dated August 20, 2018, between Tim Cook (Apple's Chief Executive Officer), Lisa Jackson (Apple's Vice President of Environment, Policy, and Social Initiatives), and me. In these communications, Ms. Jackson shared a draft of presentation materials for a planned presentation to the Company's board of directors concerning foreign trade issues, and asked for comment from Mr. Cook and me. Mr. Cook responded with comments, copying me. To the best of my understanding, these materials were sent primarily for a legal purpose.

4. **Nos. 285, 286, 287, 288, 289, 290, and 291.** These seven documents are email communications sent between Mr. Cook, Luca Maestri (Apple's Chief Financial Officer), and me, on December 16, 2018 and December 17, 2018. This group of emails includes communications in which Mr. Cook asked me and Mr. Maestri for feedback relating to an upcoming meeting of the Company's board of directors, and in which I advised Mr. Cook and Mr. Maestri concerning certain legal implications of an announcement of lowered revenue guidance. To the best of my understanding, the communications in this group of emails were sent

primarily for a legal purpose.

5.  **No. 297.**  This document is an email dated December 17, 2018, sent by me to a group including Mr. Cook and Mr. Maestri. In this email, which bears the subject line, "Privileged and confidential - Q1 Guidance Update - Legal Considerations," I outlined various legal considerations relating to a potential update of the Company's revenue guidance. I sent this email primarily for a legal purpose.

6.  **Nos. 298, 299, 300.**  These three documents are email communications sent between Mr. Cook, Mr. Maestri, and me, on December 17, 2018. This group of emails includes communications in which Mr. Cook asked me and Mr. Maestri for feedback relating to an upcoming meeting of the Company's board of directors. To the best of my understanding, the communications in these emails were sent primarily for a legal purpose.

7.  **Nos. 367, 368.**  These two documents are email communications sent between me and Steve Dowling, Apple's then-Vice President of Communications, on December 23, 2018. These emails include my comments on a draft of the "Letter from Tim Cook to Apple Investors," which was ultimately published by the Company on January 2, 2019, as well as Mr. Dowling's response to my comments. To the best of my understanding, the communications in this group of emails were sent primarily for a legal purpose.

8.  **No. 953.**  This document contains email communications sent between Mr. Cook, Mr. Maestri, and me, on December 31, 2018 and January 1, 2019. In these emails, Mr. Cook sought feedback from me and Mr. Maestri relating to a revised draft of the "Letter from Tim Cook to Apple Investors." To the best of my understanding, the communications in this group of emails were sent primarily for a legal purpose.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct to the best of my knowledge and belief. This declaration was executed on May 13, 2022 in Princeton, New Jersey.

_____
Katherine Adams