JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    (415) 773-5700
Facsimile:     (415) 773-5759

Attorneys for Defendants Apple Inc.,
Timothy Cook, and Luca Maestri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Civil Action No. 4:19-cv-02033-YGR<br><br>**DECLARATION OF JAMES N. KRAMER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S SUPPLEMENTAL MOTION FOR CLASS CERTIFICATION**<br><br><u>Hearing</u><br>Date:   TBD<br>Time:   2:00 p.m.<br>Ctrm:   1, 14th Floor<br>Judge:  Honorable Yvonne Gonzalez Rogers |

I, James N. Kramer, declare as follows:

1. I am a partner at Orrick, Herrington, & Sutcliffe LLP, counsel for Apple Inc., Timothy Cook, and Luca Maestri (collectively "Defendants"). I submit this declaration in support of Defendants' Opposition to Plaintiff's Supplemental Motion for Class Certification. I have personal knowledge of the matters set forth in this declaration, and if called upon to do so I could and would testify thereto.

2. Attached as Exhibit A is a true and correct copy of excerpted pages from the Deposition Transcript of Plaintiff's Expert Don M. Chance, Ph.D., dated June 8, 2022.

3. Attached as Exhibit B is a true and correct copy of Defendants' Expert Report of Professor Steven Grenadier, dated June 24, 2022.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct. Executed in San Francisco, California on June 24, 2022.

*/s/ James N. Kramer*
JAMES N. KRAMER

1

DECLARATION OF JAMES N. KRAMER IN SUPPORT OF OPPOSITION TO SUPPLEMENTAL MOTION FOR CLASS CERTIFICATION, C.A. NO. 4:19-CV-02033-YGR