# EXHIBIT A

1          UNITED STATES DISTRICT COURT

2         NORTHERN DISTRICT OF CALIFORNIA

3              OAKLAND DIVISION

4

5

6   IN RE APPLE INC. SECURITIES

    LITIGATION.                    No. 4:19-cv-02033-YGR

7

    _____/

8

9

10

11

12

13     VIDEOTAPED DEPOSITION OF DON M. CHANCE, PH.D.

14             Remote Zoom Proceedings

15             Baton Rouge, Louisiana

16             Wednesday, June 8, 2022

17

18

19

20

21

22

23   REPORTED BY:

24   LESLIE ROCKWOOD ROSAS, RPR, CSR 3462

25   Pages 1 - 194                  Job No. 5262235

                                          Page 1

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3                   OAKLAND DIVISION

 4

 5

 6    IN RE APPLE INC. SECURITIES

      LITIGATION.                    No. 4:19-cv-02033-YGR

 7    _____/

 8

 9

10          Videotaped deposition of DON M. CHANCE, PH.D.,

11    taken on behalf of Defendants, Remote Zoom Proceedings

12    from Baton Rouge, Louisiana, beginning at 9:15 a.m.

13    Central Daylight Time and ending at 3:32 p.m. Central

14    Daylight Time, on Wednesday, June 8, 2022, before

15    Leslie Rockwood Rosas, RPR, Certified Shorthand Reporter

16    No. 3462.

17

18

19

20

21

22

23

24

25
```

                                                    Page 2

```
 1    APPEARANCES:

 2

 3    FOR THE CLASS REPRESENTATIVE, NORFOLK COUNTY, THE CLASS,

 4    AND THE WITNESS:

 5         ROBBINS GELLER RUDMAN & DOWD LLP

 6         BY: DANIEL J. PFEFFERBAUM, ESQ.

 7             SHAWN A. WILLIAMS, ESQ.

 8             KENNETH J. BLACK, ESQ.

 9             JACOB G. GELMAN, ESQ.

10         One Montgomery Street, Suite 1800

11         San Francisco, California 94104

12         (415) 288-4545

13         dpfefferbaum@rgrdlaw.com

14         shawnw@rgrdlaw.com

15         kblack@rgrdlaw.com

16         jgelman@rgrdlaw.com

17

18         LABATON SUCHAROW LLP

19         BY: CHRISTINE M. FOX, ESQ.

20         140 Broadway

21         New York, New York 10005

22         (212) 907-0784

23         cfox@labaton.com

24

25
```

Veritext Legal Solutions
866 299-5127

```
 1   APPEARANCES (Continued):

 2

 3   FOR THE DEFENDANTS:

 4        ORRICK HERRINGTON & SUTCLIFFE LLP

 5        BY: WILLIAM J. FOLEY, ESQ.

 6        51 West 52nd Street

 7        New York, New York 10019-6142

 8        (212) 506-5124

 9        wfoley@orrick.com

10             -and-

11        BY: JAMES N. KRAMER, ESQ.

12             TRISTAN KONSTANTIN ALLEN, ESQ.

13        405 Howard Street

14        San Francisco, California 94105-2669

15        (415) 773-5700

16        tallen@orrick.com

17        jkramer@orrick.com

18

19

20   Also Present:

21        John Pokomy, Cornerstone Research

22        Allie Schwartz, Cornerstone Research

23        Jill Warren, Videographer

24

25
```

Page 4

```
1                          I N D E X

2

3

4    WEDNESDAY, JUNE 8, 2022

5

6    WITNESS                               EXAMINATION

7    DON M. CHANCE, PH.D.

8

9         BY MR. FOLEY                              9

10

11

12

13

14         QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER:

15                         (NONE)

16

17

18

19

20

21

22

23

24

25
```

Page 5

1   connection with this report?

2       A.  No.

3       Q.  In today's deposition, I'm going to refer to the

4   company Apple Inc. as just Apple.

5           Is that okay with you?                          09:35:06

6       A.  That's fine.  That's what I would say.

7       Q.  Okay.  Have you ever been engaged by Robbins

8   Geller in the past?

9       A.  No.

10      Q.  Have -- have you ever been engaged by any other  09:35:24

11  law firm to provide expert testimony on the topic of

12  market efficiency?

13      A.  No.

14      Q.  The lead plaintiff in this action is Norfolk

15  County as administering authority of the Norfolk Pension  09:35:44

16  Fund.

17          Have you ever been engaged on a matter involving

18  Norfolk Pension Fund?

19      A.  No.  I'd never heard of it.

20      Q.  Other than this matter, have you ever been       09:36:02

21  engaged in a matter involving Apple?

22      A.  No.

23      Q.  So I'm going to direct you to page 3 of your

24  report.  It's Section 4, and it begins with paragraph 13.

25          This section is -- is called "Materials Relied    09:36:35

Page 21

1    Upon," and it says:  "I have relied on my knowledge and

2    my reading of the following documents."  And then I

3    believe there are eight documents that have been

4    identified here.

5         A.  Is that a question?                              09:36:53

6         Q.  No.  Just making sure I --

7         A.  Okay.  Sorry.  You left it hanging.

8         Q.  Yeah.  How did you identify these eight

9    documents to consider in forming your opinions in this

10   report?                                                    09:37:06

11        MR. PFEFFERBAUM:  Objection to form.

12        THE WITNESS:  I'm not sure what you mean, how

13   did I identify.  I mean, they have opinions on them.

14        Q.  BY MR. FOLEY:  Yeah.  So did you identify these

15   eight specific documents?                                  09:37:18

16        A.  Well, they sent me the documents, and I looked

17   at them, and I put down what I thought were the proper

18   names.  They may have said, well, this is something else.

19   But that was only maybe a word or two.  I'm really not

20   aware, but these are the eight documents.                  09:37:37

21        Q.  Sure.  And when you say "they," you mean Robbins

22   Geller?

23        A.  Yes.

24        Q.  In addition to these documents and your

25   knowledge, did you consider anything else in forming your  09:37:58

Page 22

1    opinions?

2        A.  No.

3            MR. PFEFFERBAUM:  Objection to form.

4            THE WITNESS:  But I didn't.

5        Q.  BY MR. FOLEY:  So you indicated that you've        09:38:12

6    been deposed five times in the past.  Were those

7    depositions -- withdrawn.

8            Were that -- were those depositions in your

9    capacity as an expert witness?

10       A.  Yes.                                               09:38:34

11       Q.  In each of those five?

12       A.  Yes.  I mean, I wasn't a plaintiff or defendant,

13   if that's what you mean.

14       Q.  Yeah.  No, I just want to make sure that --

15       A.  Right.                                             09:38:48

16       Q.  I want to make sure that we're talking about

17   expert depositions.

18       A.  Yes, they were.

19       Q.  All right.  Have you ever been deposed in

20   connection with a securities class action lawsuit?        09:38:58

21       A.  No.

22       Q.  Have you ever written an expert report on market

23   efficiency?

24       A.  No.

25       Q.  Have any of your prior expert opinions been       09:39:22

                                                      Page 23

1    excluded by a court for any reason?

2        A.  No.

3        Q.  Can you please define "market efficiency" for

4    me.

5        A.  Okay.  Well, you're going to have to make that          09:39:51

6    question a lot clearer because there are a variety of

7    forms and degrees of market efficiency, and you're going

8    to have to tell me to what extent you're talking about

9    market efficiency.

10           It's not just market efficiency.  It encompasses       09:40:09

11   everything.  So what do you mean -- what is the scope of

12   your reference to market efficiency?

13       Q.  Well, in this matter you made a determination

14   regarding the market efficiency of certain options;

15   correct?                                                        09:40:28

16       A.  Correct.

17       Q.  So I guess that's the sort of market efficiency

18   that I'm talking about, the market efficiency that you

19   used in connection with this report.

20       A.  Okay.  Well, I was guided by what I read about         09:40:39

21   what the law thinks about market efficiency, which is

22   information efficiency.  Does information move a price.

23   Now there are academic definitions of efficiency that go

24   beyond that, have a much higher threshold.

25           But the question that appears to me to be that         09:41:02

                                                                    Page 24

```
 1    the law is interested in, and I base that on having read

 2    all these documents -- and I also read the Supreme

 3    Court's opinion on the Haliburton case -- that market

 4    efficiency means that information that is relevant that

 5    gets out into the public gets into the price.  It moves      09:41:20

 6    the price.

 7         And I know in -- let me add one more thing.  I

 8    know when we start off defining market efficiency in a

 9    classroom, we say the price incorporates public

10    information.  That's kind of the first level and simplest    09:41:37

11    definition of efficiency.

12         I'm finished.

13    Q.  When you say "the law thinks," what are we

14    talking about here, "the law"?

15    A.  Well, I think you all operate on legal              09:41:52

16    precedent, and from what I've read, it looks like this is

17    what the law is interested in, the Court is interested

18    in.  And it made sense to me because in this case, the

19    issue at question is a possible violation of Rule

20    10(b)(5).                                                    09:42:10

21         Mr. Cook allegedly made a statement that was not

22    true.  So it appears to me, based on everything that I've

23    heard, that if he had made the statement that plaintiffs

24    believe he should have made, the Court needs to know if

25    it would move the price.                                     09:42:30
```

Page 25

1   literature, and I did that.  And then I also presented a

2   logical, rational, heuristic approach to why options have

3   to reflect the efficiency of the market.  Or reflect

4   what's in the stock market, which has been deemed to be

5   efficient.                                          09:55:07

6        Q.  So you analyzed the literature and you --

7        A.  Right.

8        Q.  Let me just make sure I've got this right.  You

9   analyzed the literature and you presented a logical,

10  rational, heuristic approach as to why options have to    09:55:24

11  reflect the efficiency of the market?

12       A.  I -- okay.  I thought you were finished.

13       Q.  Did you do any other analysis to support your

14  opinion that Apple options traded in an efficient market?

15       A.  I don't think there was any other analysis.  It  09:55:40

16  kind of depends maybe on what you call analysis.

17       Q.  When you say you don't think that there was any

18  other analysis, just expand on that a little bit.

19       A.  Well, I mean I thought about it.  I looked at

20  Dr. Feinstein's work.  I looked at your expert's work.  I  09:56:00

21  made a lot of comments on their work.

22           I was asked to -- the Judge asked whether the

23  Cammer factors were applicable.  So I opined on that.

24  You're probably going to ask me some questions about that

25  later.  But I guess you'd call that analysis.          09:56:21

                                                    Page 33

```
 1            I also put some references in there where it is

 2      a fact that one of the six determinants of the option

 3      price is the stock price.  That is in books everywhere,

 4      widely accepted.  Your expert even had it in his report.

 5            So if you want to call that additional analysis,      09:56:46

 6      you know, I guess I did it.

 7            MR. PFEFFERBAUM:  Bill, I didn't get my

 8      objection in.  And I'm sorry.  Just so we have a clear

 9      record, were you asking Dr. Chance if he did any analysis

10      that doesn't appear in his report or were you -- I just    09:56:58

11      wanted us to be clear.  I didn't know if you were asking

12      him that.

13            MR. FOLEY:  No.

14            MR. PFEFFERBAUM:  Okay.

15            MR. FOLEY:  Yeah.  Dan, the question was did he       09:57:09

16      perform any other analysis aside from the two things that

17      he had identified earlier in his response.

18            MR. PFEFFERBAUM:  Okay.

19            THE WITNESS:  And I'm saying I'm not really

20      clear on what you mean by "analysis."  If that means a     09:57:22

21      thought process, yeah.  I mean, I thought about a lot of

22      things.  I thought about your expert's report.  I thought

23      about Dr. Feinstein's report.  I thought about what books

24      say.

25            That's analysis, I suppose.  In my profession,       09:57:38
```

Page 34

1    analysis usually means you crunch numbers and all.  So I

2    don't know what you mean by "analysis."  But I think I've

3    told you everything I did.

4         Q.  BY MR. FOLEY:  Thank you.

5              Was there any other analysis that you considered       09:57:54

6    performing in connection with this report but opted not

7    to?

8         A.  No.

9         Q.  The only data analysis in your report examines

10   aggregate trading in Apple options; is that correct?       09:58:11

11        A.  That's correct.

12        Q.  You did not do any data analysis of individual

13   options to assess where they individually traded in

14   efficient markets, did you?

15             MR. PFEFFERBAUM:  Objection to form.       09:58:31

16             THE WITNESS:  Yeah.  I'm not really comfortable

17   answering that question because it says I'm supposed to

18   presume that options -- these individual options trade in

19   their own markets, and I can't make that presumption

20   because I don't see that as being true.       09:58:45

21        Q.  BY MR. FOLEY:  Well, look, the question is not

22   saying anything about what you're supposed to presume.  I

23   think my only question is:  Did you -- we established

24   that you did a data analyst -- analysis of aggregate

25   trading in Apple options.  And I'm just confirming that       09:59:08

                                                        Page 35

```
1    you did not do a data analysis of individual options to

2    determine whether they individually traded in an

3    efficient way.

4         MR. PFEFFERBAUM:  Same objection.

5         THE WITNESS:  Absolutely.  Same objection for      09:59:26

6    me.  I know I can't object, but that last thing you said

7    to whether they individually traded in an efficient

8    market, you said did I do an analysis to determine if

9    they individually traded in an efficient market.  No, I

10   can't answer that question.  My "no" is in reference that  09:59:42

11   I can't answer that question because I wouldn't do

12   something to determine if they individually trade in an

13   efficient market because I don't see them as a separate

14   market.

15        Now your question was okay until that very last     09:59:52

16   part.

17      Q.  BY MR. FOLEY:  Okay.  Let me ask the question

18   without that part that you're objecting to.

19        Did you do any data analysis of individual

20   options in connection with this matter?                  10:00:02

21      A.  Okay, I'm good with that.  No.

22      Q.  Okay.  Are you aware of any study that concludes

23   that options were traded in an efficient market by

24   examining trading volumes only?

25      A.  I don't know of any.  I mean, I put the          10:00:32
```

Page 36

1    literature out there.  The Judge asked to see the

2    literature.  The literature looks at a lot of things.

3    And Dr. Feinstein also did an efficiency analysis.

4         But what I was trying to do by putting those

5    volumes out there was to point out that your expert had     10:00:48

6    distorted the volume numbers.  And I also wanted to show

7    that Apple was the most heavily traded stock option.

8    That's not an insignificant fact, but it's not the sole

9    basis for my conclusions.

10        I'm finished.  Thank you.                              10:01:07

11        Q.  In your view, does every option for every stock

12   trade in an efficient market?

13        A.  Well, let's say that you're looking at a major

14   options exchange.  And there are 16 exchanges in the US.

15   I'm not familiar with all of them.  I'm pretty familiar    10:02:00

16   with the CBOE.  And I have no reason to doubt that

17   they're traded in an efficient market.

18        You know, the CBOE monitors their market makers,

19   and they're supposed to quote good prices, correct,

20   reasonable prices.  And I just can't see any market        10:02:17

21   inefficiency in a market like that when there is so much

22   information out there, and the only issue at question

23   here is whether the stock price is getting into the

24   option price.

25        And this is -- this has been said repeatedly in       10:02:42

Page 37

1    books.  Academics don't even debate it because it's a

2    no-brainer.  But it's there in books.  And whenever you

3    teach somebody how to price an option, it's like the most

4    important thing.  And if you -- you know, if you look at

5    an options-trading desk -- which I've visited options          10:03:04

6    trading firms; I've visited the floor of the exchange --

7    there is so much information there, and the stock price

8    is the most obvious piece of information.

9           So I can't accept the fact that in a market like

10   that -- CBOE traded three billion contracts last year --       10:03:20

11   that bad prices are out there, and if any of them are out

12   there, they're not predominating, and they're not going

13   to stay out there very long.

14          I know that's a long answer to a short question,

15   but that's...                                                  10:03:36

16      Q.  That is a long answer.  But let me just ask:

17   The question was:  Does every option for every stock

18   trade in an efficient market, and it sounded like your

19   answer was "yes," but can you just confirm that for me?

20          MR. PFEFFERBAUM:  Objection.  Objection to form.        10:03:53

21          THE WITNESS:  Yeah.  I would say that it is

22   largely yes, but we said this earlier.  Efficiency does

23   not mean every stock, every option, at every single point

24   in time is always perfectly efficient.

25          What I'm saying is -- and I'm sorry I have to           10:04:11

Page 38

1    comfortable with that.

2         But I just don't quite understand factors, you

3    know, that don't say, okay, here's the cutoff, here's

4    what it needs to be, you know.

5         Q.  Can you tell me why it is not appropriate to          10:40:42

6    evaluate the efficiency of an options market by assessing

7    the Cammer and Krogman factors?

8         A.  Do you want me to repeat the section in my

9    report?  Because I walk through every one of them.

10        Q.  Well, at a high level, tell me why it is not          10:40:58

11   appropriate.

12            MR. PFEFFERBAUM:  Objection to form.

13            THE WITNESS:  Well, a high level.  What does a

14   high level mean in your question?

15        Q.  BY MR. FOLEY:  Look, I'm not asking you to            10:41:16

16   recite what is in your report.  I'm just asking if you

17   can tell me why Cammer and Krogman -- Cammer and Krogman

18   analysis is not appropriate for determining efficiency

19   for options markets.

20            MR. PFEFFERBAUM:  Same objection.                     10:41:33

21            THE WITNESS:  Okay.  Well, you didn't use the

22   word "high level" there so I guess you're taking that

23   away.  I don't know how to answer that question other

24   than just reading my report.  I mean, I walk through all

25   of them.  They were designed for stocks.  I told you why  10:41:48

                                                        Page 54

1    some of them are, you know, completely off base and the

2    others don't take into account differences between stock

3    and options markets.

4           So I really -- I mean I guess I could walk

5    through everything I said, but I mean, I would say the          10:42:04

6    same thing that I said in my report.  I took each one of

7    them individually.

8        Q.  BY MR. FOLEY:  Isn't the standard for efficiency

9    the same for stocks and options?

10       A.  Well, efficiency, again, defined the way I           10:42:21

11   believe the Court addresses it, which is a very, very low

12   level of efficiency, is -- does information gt into

13   prices?  And yeah.  I mean, that would apply for

14   everything.

15       Q.  Can you point to any peer-reviewed studies that     10:42:44

16   support your claim that one would not apply the same

17   standard used to evaluate the primary market to

18   derivative markets?

19       A.  I'm not sure I understand your question.  And

20   when you -- we use in academia -- because we have higher    10:43:00

21   standards for efficiency -- that many of those tests are

22   the same types of tests.  Some of the tests for stock

23   market efficiency can't be applied to option market

24   efficiency.  But you can test how prices respond.  And I

25   cited a lot of papers about that.                           10:43:19

Page 55

1          I'm not sure how to -- exactly how to answer

2     your question.  I mean, yes, we use a lot of the same

3     tests, but you know, you can't just automatically say,

4     okay, I'm going to do this test over in the options

5     market that I did in the stock market.  No.  I mean,          10:43:35

6     the -- you know, the shoe has to fit.  I mean, it has to

7     fit the circumstances.

8          Q.  Yeah.  Can I direct you to your report,

9     paragraph 69.

10         A.  Okay.  Hold on.                                      10:43:50

11         MR. PFEFFERBAUM:  Don, that's page 16 of your

12     report, if that helps you.

13         THE WITNESS:  BY MR. FOLEY:  You said 69?

14         Q.  BY MR. FOLEY:  Yeah.  And specifically, the last

15     two sentences.  "It is not, however, appropriate to          10:44:26

16     evaluate the efficiency of the derivative market with the

17     same standards the Court used to evaluate the efficiency

18     of the market for common stock.  In other words, one

19     would not apply the same standard used to evaluate the

20     primary market to derivative markets."                       10:44:43

21         A.  That was in reference to the Cammer and Krogman

22     factors.

23         Q.  Right.  And my question is:  Can you point to

24     any peer-reviewed studies that support that assertion?

25         A.  That you can't apply Cammer factors, Krogman        10:45:05

Page 56

```
 1    factors to options markets?  Is that what you're asking?

 2        Q.  You cannot apply the same standard used to

 3    evaluate the primary market to derivative market.

 4        A.  Yeah.  I just want to be careful that you can't

 5    take that out of context.  When I say "standard," is        10:45:22

 6    whether you all in the law in the courts apply these

 7    Cammer-Krogman factors.  That's your standard.  It's get

 8    to pass through those factors.

 9             And that's what I was saying.  You can't apply

10    them to options markets.  No, I can't cite a study.  I      10:45:35

11    can't even imagine a study or a paper that would say,

12    well, you can't apply these.  Maybe I could write one

13    some day after this trial.  I don't know.

14             What I explain why I think -- excuse me.  I

15    explain why I think they don't apply.  Actually, you        10:45:51

16    know, that's my expert opinion.

17             Okay.  Go ahead.

18        Q.  Are you proposing an alternative standard for

19    assessing market efficiency for options?

20        A.  I'm not proposing a specific standard.  I'm         10:46:06

21    saying in this case what the Court needs to know is does

22    information that becomes public that material that gets

23    into the stock price, does it get into the option price?

24    And I've said yes, there is academic literature on that.

25    But I also explain why logically that has to happen.        10:46:28
```

Page 57

```
 1            I walked through it.  I showed the option payoff

 2    is determined by the stock price.  The stock price has to

 3    be in the option price, and it is cited in every book.  I

 4    don't really know why that has to be so much a standard.

 5    Like I said, a lot of academics kind of think that why        10:46:47

 6    are we asking that question, and I say, well, I

 7    understand, you know, you and the law are not options

 8    experts.  You have to ask the question.

 9            But we think, well, of course it is.  Of course

10    the stock price gets into the option price.  So if that's     10:47:01

11    a standard or not a standard, I don't know, but you can't

12    take these factors.  Okay, I'll stop at this point.

13       Q.  Is it your view that any option is efficient if

14    the underlying common stock is found to be efficient?

15       A.  I think if the option is trading in a public          10:47:21

16    market, I can't imagine an exception to that.  Again,

17    maybe a third-world market.  It might be possible when a

18    new options market was established, but in the US, you'd

19    have to go back to 1973.

20            I think probably the first few months, maybe          10:47:41

21    even a year of trading.  A lot of people didn't know what

22    they were doing and all.  But we're not -- we're not

23    concerned with what was happening then, and the empirical

24    studies generally started later than that.

25            So I think it largely follows for sort of             10:47:56
```

Page 58

1   developed markets.  It's not a high level of efficiency.

2   It's just does the stock price get into the options

3   price.  Why would we put this in every textbook?  There

4   are -- and also in your expert's report.  There are six

5   factors.  And why would we list stock price and list it          10:48:14

6   first?  Because it goes into the calculus.  I'm using

7   that term, just your thought process, your computations,

8   of how you determine the value of the option?  It's the

9   most obvious piece of information.

10          So largely yes.                                          10:48:33

11     Q.  And in your view, no further analysis is

12  necessary?

13          MR. PFEFFERBAUM:  Objection to form.

14          THE WITNESS:  Well, my first thought when --

15  when I was approached and asked to determine if options          10:48:46

16  markets for efficient -- typically Apple options, I first

17  thought that's going to be about a one-page report.  But

18  I have come to learn, after reading the Judge's order

19  that -- and I've come to appreciate a lot more what lay

20  people don't understand about options markets, and that         10:49:07

21  is why I took you so carefully through the basic

22  definitions and the payoffs and so forth.

23          So now I'm sort of forgetting your question.

24  But, I mean, to me as an academic and to other academics,

25  it's not even really a question.  And I guess -- and I          10:49:28

Page 59

```
 1    could have said to -- to Mr. Pfefferbaum and

 2    Mr. Williams, you know, this is going to be about a

 3    one-page report.  But then I got to realize, the law does

 4    need to see a little bit more.  And then I did determine

 5    that the Judge said I want to see the academic            10:49:47

 6    literature.

 7           So, yeah, I had to do a lot more that what I

 8    needed to do, but I appreciate that, you know, you all

 9    don't know.

10    Q.  BY MR. FOLEY:  Did you think it was going to be       10:49:59

11    a one-page report because in your mind, the only analysis

12    that's relevant is whether the underlying common stock

13    trades efficiently?

14           MR. PFEFFERBAUM:  Objection to form.

15           THE WITNESS:  Well, I know that Apple options      10:50:13

16    trade in NASDAQ and the CBOE and a handful of other

17    exchanges.  I mean, I know the markets.  I have a pretty

18    good feel for the markets.  I follow the markets and all.

19           And to me, it just follows.  But I know that's

20    not enough.  So I had to write more, and I had to, you    10:50:34

21    know, go through the Cammer factors and all that kind of

22    stuff.

23           So I'm sorry if I'm not quite answering your

24    question, but, you know, it first hit me as like, duh.

25    Sorry about that, but that is what I thought.  And this   10:50:48
```

Page 60

1    is a foregone conclusion.

2         So there's no way I would have submitted a

3    one-page report, but my first thought was do I need to

4    say more.  No, the information is publicly available,

5    easily accessible.  It's right here at my fingertips.        10:51:03

6         If I want to know what Apple is doing or what

7    Apple options are doing, I just pick up my iPhone,

8    coincidentally and all.  So to me, it just follows.  But

9    I know you needed more.  I understand that.

10        Q.  BY MR. FOLEY:  I'm just -- I'm asking about it        10:51:22

11   follows, in your view, because Apple's common stock

12   trades efficiently.  Is that -- is that what you're

13   saying?

14        A.  Yes.  The factors that make the common stock

15   trade efficiently as that information gets out there.        10:51:36

16   It's not missed by anybody.  It's a huge number of people

17   in the market.  Those factors are in common with the

18   options market.  It's a giant financial market loaded

19   with a plethora of low-cost information.

20        So those factors do drive the option price, and        10:51:54

21   in the stock market and the options market are connected.

22   In fact, that's why they call it a derivative market.

23   They are connected.

24        Option traders are looking at the stock market.

25   If the stock market is reflecting information, then        10:52:08

Page 61

```
 1    they're picking it up by virtue of looking at the stock

 2    price.

 3           They sit there and they look at screens, and the

 4    ones on the trading floor are being fed information, and

 5    it's inconceivable to me that they could miss something      10:52:21

 6    so obvious as a move in the stock price.  That is

 7    inconceivable.  But I know inconceivable to me is not

 8    something I could put in a one-page report and expect the

 9    Court to accept it.

10      Q.  And despite what you did, you obviously               10:52:43

11    submitted more than a one-page report.  In your view, the

12    remainder was icing on the cake.  Nothing was -- was

13    necessary above the fact that you have determined that

14    Apple's stock trades efficiently; is that correct?

15           MR. PFEFFERBAUM:  Objection to form.                 10:53:09

16           THE WITNESS:  Well, sort of.  I mean, I know

17    that Apple's stock and Apple options trade in an

18    efficient market, but I know I can't just say that.  You

19    guys are going to need more.

20           I could have said it if I were writing this to       10:53:24

21    an academic, you know.  I think I could have said it.

22      Q.  BY MR. FOLEY:  Just to get back to Cammer and

23    Krogman for a moment, are you aware that Dr. Feinstein

24    submitted a report applying the Cammer and Krogman

25    factors to the Apple options?                               10:53:43
```

Page 62

```
 1        A.   This is the bid-ask spread?

 2        Q.   Yeah.

 3        A.   Okay, I'm there.

 4        Q.   The second sentence there says:  "Narrow bid-ask

 5   spreads suggest a competitive and efficient market."        11:05:27

 6        A.   Is there a question?

 7        Q.   No, no.  That's what I wanted to talk to you

 8   about.

 9        A.   Okay.

10        Q.   I'm letting you sort of make sure you've read      11:05:40

11   it.

12        A.   Okay.  Thank you.

13        Q.   I'm going to read -- I'm going to read a

14   statement from Dr. Feinstein's report.  If you want to

15   look at it, that's fine.  We can --                         11:05:54

16        A.   That's okay.  I trust you.

17             MR. PFEFFERBAUM:  Bill, just to clarify, the

18   class certification report?

19             BY MR. FOLEY:  That's right.

20             MR. PFEFFERBAUM:  Opening report?              11:06:04

21             MR. FOLEY:  It's the opening, Dan.

22             MR. PFEFFERBAUM:  Okay.

23             MR. FOLEY:  Yeah.  And Dan, I'll just tell you

24   you have it.  It's paragraph 54.

25             MR. PFEFFERBAUM:  Okay.  I just want to be sure.   11:06:24
```

Page 70

```
 1    I appreciate you reading it.  I know we discussed that.

 2    If Dr. Chance needs to see it, I don't know.  Maybe

 3    he'll -- he'll tell you if he needs to read it.

 4           MR. FOLEY:  Absolutely.  If he -- if he would

 5    like to see it, we'll introduce it and we can look at it.    11:06:34

 6           MR. PFEFFERBAUM:  Okay.

 7           MR. FOLEY:  I'm going to read it, and we can see

 8    if it's necessary.

 9           MR. PFEFFERBAUM:  Okay.  Thanks.

10      Q.  BY MR. FOLEY:  Okay.  So this is from paragraph    11:06:46

11    54 of Dr. Feinstein's report.  "A narrow bid-ask spread

12    makes trading in the security less costly for investors

13    and thereby tends to attract greater interest, greater

14    coverage, and greater volume, all of which in turn

15    promote market efficiency."                              11:07:03

16           Do you agree with that assertion?

17      A.  Yes.  It's important to say "tends to," and he's

18    only talking about narrow bid-ask spreads.

19      Q.  Right.  He's saying that a narrow bid-ask spread

20    makes -- in essence, the way I read it, a narrow bid-ask    11:07:27

21    spread promotes efficiency; is that -- is that right?

22      A.  Well, I think the phrase said "a narrow bid-ask

23    spread tends to promote volume which tends to prompt

24    efficiency," you know, all these go together, volume and

25    efficiency and bid-ask spread sort of -- it's associated    11:07:48
```

1    with it.  It's hard to say exactly what's cause and

2    effect.  If you have a lot of volume, you're going to

3    have a narrow bid-ask spread.  So I mean, this statement

4    is -- is correct, you know.  But it's hard to say exactly

5    what causes what, but it tends to be associated with it.      11:08:07

6        Q.  Do you agree that high bid-ask spreads could

7    mean market inefficiency in certain circumstances?

8        A.  Well, it could, but it doesn't automatically.

9        Q.  In what situations could it -- could it mean

10   market inefficiency?                                          11:08:32

11       A.  Well, if the bid-ask spreads were so high and

12   the prices were not moving and no one was trading, I

13   suppose it could lead to some temporary inefficiency, but

14   it doesn't much matter if nobody's trading.  An efficient

15   market where nobody's trading doesn't really matter.         11:08:52

16           So there's a possibility that it could, but I

17   guess I don't see that happening here.  There is all

18   sorts of trading can occur within the bid-ask spread, but

19   if there's no volume, clearly there was no trading.

20       Q.  How high would a bid-ask spread need to be for     11:09:11

21   you to consider it -- well, withdraw that.

22           What size of bid-ask spread would you consider

23   to be high when examining options?

24       A.  Well, you can't really say.  There's no metric

25   that says, okay, here's the cutoff between high and low.      11:09:29

Page 72

```
 1    Just like volume, you can't really say what is high

 2    volume and what is low volume.  And we also know option

 3    bid-ask spreads are automatically bigger than stock

 4    bid-ask spreads.  So, you know, you just can't say.

 5           And a lot of these options that have relatively    11:09:47

 6    high bid-ask spreads are really deep out-of-the-money

 7    options, and just people just don't trade them.

 8           They're lottery tickets with incredible long

 9    shots.  That doesn't mean they're inefficient, and it

10    certainly doesn't do anything to the efficiency of the    11:10:04

11    market as a whole.

12           So you just can't really put a cutoff.  I mean,

13    we -- you know, this is something that troubles me a lot

14    about -- I know this is one of the Cammer factors -- or

15    maybe it's a Krogman factor, whatever.  What troubles me  11:10:16

16    about it is there is no way to say where the cutoff is.

17    Okay.

18       Q.  There's no way -- I'm sorry, let me just ask

19    about that last part.  There's no way to say where the

20    cutoff is between efficiency and inefficiency?            11:10:37

21       A.  If that were indicated by a high bid-ask spread.

22    I wasn't saying it necessarily was, but if -- if it is

23    believed that a high bid-ask spread causes inefficiency,

24    then where is the cutoff?  What exactly is a high bid-ask

25    spread?  There's just no way to answer that question.     11:10:55
```

Page 73

```
 1              You know, let me say one more thing.  What you

 2     said earlier and that sentence about narrow bid-ask

 3     spreads, it's the kind of thing when you see narrow

 4     bid-ask spreads, you know there's a lot of volume.  You

 5     know there's a lot of trading.  You tend to think that      11:11:09

 6     makes for an efficient market.

 7              But what I'm trying to say is you can't really

 8     roll down the sequence of options and say, okay, where

 9     does the efficiency end?  You just can't.

10              I view the markets as a -- what you would call      11:11:22

11     it?  An integrated total market, particularly for

12     something like Apple that everybody is paying a lot of

13     attention to.  So, okay, I'll stop now.

14        Q.  Is there a cutoff for efficiency in options

15     markets?                                                    11:11:42

16              MR. PFEFFERBAUM:  Objection to form.

17              THE WITNESS:  Yeah.  I don't understand that

18     myself.  A cutoff for efficiency.  That is really vague.

19        Q.  BY MR. FOLEY:  Well, I guess it would be the

20     cutoff between efficiency where a market becomes            11:11:54

21     inefficient.  Where is the line?

22              MR. PFEFFERBAUM:  Objection to form.

23              THE WITNESS:  Again, that depends on your

24     definition -- which definition of efficiency you're

25     talking about.  But I know when we do empirical studies     11:12:09
```

Page 74

1    he could get the result that I know he wanted, which was

2    the implied stock price is doing almost exactly what the

3    actual stock price is doing.  It is picking up the

4    response.

5         So I thought that was pretty creative, and I          11:22:20

6    liked the fact that he -- he established a tough test,

7    and it passed the test.  The more I think about that, I

8    like it.

9         Q.  Do you know what result Dr. Feinstein wanted?

10             MR. PFEFFERBAUM:  Objection to form.             11:22:35

11             THE WITNESS:  I didn't hear all of it.  What did

12    you say?

13        Q.  BY MR. FOLEY:  How do you know what -- what

14    result Dr. Feinstein wanted?

15             MR. PFEFFERBAUM:  Same objection.                11:22:45

16             THE WITNESS:  Well, I would assume Dr. Feinstein

17    wanted to find evidence the stock price was moving and

18    that the synthetic stock price was moving.  It doesn't

19    really matter what he wanted.  It's just what he found.

20    It is what it is.  He found that the stock price was      11:23:02

21    responding and the synthetic stock price was responding.

22    Whether it's what he wanted or not, that doesn't even

23    matter.  But I would just assume he wants to demonstrate

24    that the market is efficient.

25             Because he, like other academics, we know it's   11:23:15

Page 82

```
 1    efficient.  We just need to put something out there in
 2    front of you that proves our point, but we know it.  It's
 3    a no-brainer.
 4        Q.  BY MR. FOLEY:  I'm just -- I'm just trying to
 5    figure out why you assume he -- why you assume he wanted      11:23:31
 6    to demonstrate that the market was efficient.
 7        A.  Well, I don't necessarily know.  I'm just going
 8    to give you the same answer I said.  But his task was to
 9    show the market was efficient, and he knew the market was
10    efficient because he's an academic.                           11:23:54
11            So I would assume that he would believe this
12    test should show the market is efficient, and it will do
13    what you all want to see.  I don't know whether his --
14    internally he said, gosh, I hope we get this result.  He
15    probably didn't.  We don't tend to do that, but it           11:24:13
16    doesn't even matter.  He put up a very high hurdle to
17    pass, and it passed.
18        Q.  Are you familiar with Cammer Factor 5?
19        A.  I don't know them by their numbers so you'll
20    have to tell me what that is.                                 11:24:45
21        Q.  It's that prices react to new value relevant
22    information.
23        A.  Well, that's the whole usual issue.
24        Q.  Usually in an event study?
25            MR. PFEFFERBAUM:  Object to form.                     11:24:57
```

Page 83

```
 1              THE WITNESS:  I mean, that's our -- our
 2    definition of efficiency for this -- you know, for this
 3    procedure.  For this trial, I guess I should say.
 4         Q.  BY MR. FOLEY:  Is it your opinion that that
 5    factor does not apply to options?                      11:25:15
 6              MR. PFEFFERBAUM:  Objection to form.
 7              THE WITNESS:  Well, that factor is relevant,
 8    highly relevant.
 9         Q.  BY MR. FOLEY:  Okay.  But you did not test
10    whether there was a cause-and-effect relationship between  11:25:30
11    new information and option prices; right?
12         A.  No, no.  I was satisfied that Dr. Feinstein had
13    done that.  There was nothing I could add to it.
14         Q.  Okay.  And if you had wanted to go about doing
15    so, how would you have done it?                         11:25:49
16         A.  That's pretty speculative.  I don't know.  I
17    mean, nobody asked me to do it.  Nobody asked me to check
18    what he had done.  I'm not sure.  I know he pointed out
19    correctly that you can't do a traditional event study
20    with options, you know, where you -- he said that the  11:26:05
21    parameters of the option, the -- it's the parameters of
22    the distribution, this changes constantly so you can't do
23    a traditional event study.
24              And if I had been asked -- if I had been hired
25    instead of Dr. Feinstein, I don't know, but I would have  11:26:21
```

Page 84

```
 1    thought about it.  And I'm not sure what I would have

 2    done, but I probably would have come up with something.

 3    There might be some other ways to do it.  I don't know.

 4          But you know what he did, I think, worked very

 5    well.  You know, the R squared -- that's a measure of        11:26:38

 6    your regression statistic -- that he got was very similar

 7    in the option regression to what it was in the stock

 8    regression.  I'm not actually sure that was pointed out

 9    earlier.  And I thought, well, that looks like you're

10    picking up the same thing.                                   11:26:54

11       Q.  I'm going to point out two partial quotes from

12    your report.  And obviously, I'm happy to point you to

13    them if you think that's necessary.  And by the way, that

14    is continuing.  If at any point, if I quote you, just let

15    me know if you'd like to see it, and we'll pull it up.       11:27:16

16       A.  Sure.  If it's not too long, you can read it.

17    If it is, I'll let you know.

18       Q.  These are fairly short.

19          You opined that options markets -- sorry.

20          You opined that options make the stock market        11:27:28

21    more efficient and that an options market can make a

22    stock market more efficient only if it is efficient

23    itself.

24          Does that sound right to you?

25       A.  Yeah, that sounds right.                             11:27:43
```

Page 85

1        Q.   Okay.   What is your basis for the notion that

2    options can only make a market more efficient if they are

3    efficient themselves?

4        A.   Well, I think I've got -- you raised two points.

5    I think you made two quotes.   I need to go back to the         11:27:57

6    first quote in order to answer your question, but I will

7    do it.

8             Options markets can make the stock market more

9    efficient.   They can process information faster than the

10   stock market.   I know there was some academic studies         11:28:11

11   that I cited on this, but they can process information

12   faster than stock markets because we don't take as much

13   capital to, you know -- to invest in an option.   That's

14   always been the theory.

15            And when information gets into a market, a          11:28:26

16   derivative market, before a primary market, that's not

17   unusual.   They have a term for it, by the way, kind of a

18   humorous term.   It's called the tail wagging the dog.

19            But if the options market is -- is not efficient

20   itself, it can't help the stock market become more           11:28:44

21   efficient.   That was the second quote.   If the options

22   market is not picking up the information, then it can't

23   help the stock market.

24            If it is picking up that information, stock

25   market investors could, if they're paying attention to        11:28:58

                                                          Page 86

1  got maybe 12 of that option.  That's delta hedged.  And I

2  can go into kind of what the delta and all, but I'm just

3  kind of making it up on the fly here.

4       If you can't do that, you may hedge with the

5  stock.  If you short, the option you may need to buy the      11:34:51

6  stock.

7       So this is the integration where options and

8  stock end up being substitutable for each other, and they

9  allow hedging that can be -- it's actually a lot easier

10  to do if he hedges with an option because he doesn't have     11:35:05

11  to take the trade anywhere else.  Like stock market, you

12  know, is elsewhere.

13       And the Chicago Board Options Exchange, if I'm a

14  market maker, I'm standing in the pit.  You know, they

15  have these pits there they trade in.  They also have          11:35:21

16  electronic trading where you're at a desk.  But the

17  market maker is standing in the pits.  He might be able

18  to turn to the fellow right next to him and do an offset

19  with another option on the same stock, and he takes into

20  account the deltas.  He says I've got to buy so many of       11:35:37

21  this to hedge so many of this.

22       And that's what an integrated market is.  These

23  things are all capable of substituting for each other.

24  That's what I mean.

25       And I probably should have gone into that in the        11:35:49

Page 91

1    report, but I'm glad you asked.  That's it.

2        Q.  Thank you.

3            What is the basis for your conclusion that the

4    Apple options traded in an integrated market?

5        A.  Because all options do.                          11:36:00

6        Q.  All options?

7        A.  Yeah.  There's no -- there's no case -- I don't

8    think anybody could find a case where you find an option

9    on some company -- you know, let's call it X-Y-Z or so --

10   and there's only one option trading.  It's just -- it     11:36:15

11   just doesn't work that way.

12           The CBOE knows and the NASDAQ, they all know

13   that they need to offer a whole slate of options out

14   there.  There are a lot of people interested in different

15   options, and the market makers need to have some variety  11:36:32

16   out there so when we need to do some hedging.

17           So you're not going to see the kind of situation

18   where that can't be done.

19       Q.  Did you perform any analysis to reach the

20   conclusion that Apple options traded in an integrated     11:36:46

21   market?

22       A.  I don't know that I need an analysis.  All I

23   need to do is to know that what I just told you is

24   correct, and you can go look.  You could look at the

25   volume of any option.  You know, pick any option and go   11:36:59

                                                    Page 92

```
 1    look.  When I say the volume, that's not the only thing

 2    you look at.  I mean, you look at the prices, look at the

 3    different strikes, look at the different expirations.

 4    You'll see there is a plethora of options spanning a wide

 5    range of strikes, a wide range of maturities.            11:37:18

 6          And I know --  I know because I'm an expert,

 7    these options are all united by one thing in common, and

 8    that is the stock.  And they all have deltas and the

 9    market makers take these deltas into account.

10          I don't know what kind of analysis it would take   11:37:32

11    to actually prove something that is so obvious.

12       Q.  Are all derivative markets for a stock

13    integrated?

14          MR. PFEFFERBAUM:  Objection to form.

15          THE WITNESS:  Yeah.  What do you mean by "all       11:37:46

16    derivative markets"?

17       Q.  BY MR. FOLEY:  Well, not just options.  I'm

18    asking for, you know, bonds, for example.

19       A.  Well, bonds aren't really derivatives.  I mean,

20    some people might loosely call them derivatives.  I       11:37:58

21    don't.

22       Q.  Okay.

23       A.  I teach a course in derivatives, and I don't

24    teach bonds in my course.

25       Q.  What other derivatives do you teach in your       11:38:08
```

Page 93

1    derivatives course?

2         A.   Futures and swaps.

3         Q.   Are the futures and swaps markets integrated?

4         A.   Well, I need to take them separately.  Futures

5    trade at various future exchanges like the Chicago          11:38:29

6    Mercantile Exchange.  I know that they are paying

7    attention to the stock market.  Like, for example, if

8    you're trading a stock index futures contract, you do pay

9    attention to the stock market because you look at the --

10   you know, let's say it's S&P 500.  You look at the S&P     11:38:49

11   500 because you've got a futures contract on the S&P 500.

12   I'm a little bit afraid we might have to segue into

13   define futures contracts so let me know if we need to.

14        But there are futures out there with different

15   expirations.  They don't have what you call strikes.       11:39:07

16   Again, I have to explain the difference.  But they have

17   different expirations.

18        Okay.  So if I'm a futures trader and I go short

19   of futures, I need to hedge it.  And the best way to

20   hedge is to take a different futures on that same          11:39:21

21   underlying.

22        All these futures are priced off of the

23   underlying.  So, yeah, they're -- they're, you know,

24   they're integrated.  It's just that I'm not -- unlike the

25   options market, I am a futures market.  I am not standing  11:39:37

Page 94

1    next to an options market maker.

2              Now one thing I should add.  I believe we talked

3    about swaps.  Yeah.  The swaps market does do its pricing

4    off of the underlying market.

5              Now I'm not proclaiming efficiency of the swaps        11:39:54

6    market, and frankly, most swaps are not on like stocks,

7    like Apple.  I mean, you could.  So I don't really know,

8    and I'm not opining on the efficiency of the swaps

9    market.  But I do know that swaps traders do pay

10   attention.                                                       11:40:14

11             Now swaps do not trade in these like electronic

12   markets.  They trade in the over-the-counter market.  So

13   like a privately negotiated transaction.  They do go onto

14   platforms.  Don't take that word literally.  It's not

15   literal.  It's a trading environment, electronic trading        11:40:29

16   environment.

17             And they do get their information from the

18   underlying market.  So if you're not really integrated,

19   you're not paying attention, you're not picking up

20   information, changes coming out of one market, somebody's       11:40:44

21   going to take money from you.

22             So, yeah, I think there's a high degree of

23   integration in the derivative markets.

24        Q.  Are you aware of any peer-reviewed study that

25   establishes that options markets are integrated?                11:41:02

                                                          Page 95

1        A.  You don't have to study the market.  This is

2    what market makers do, and this is what traders do.  You

3    can substitute different options for a particular option.

4    You don't have to study that.  I'm not even sure exactly

5    how you'd define a study.  I'm not even sure what you're         11:41:31

6    showing with such a study.

7            They're integrated because they're all tied to

8    the same underlying and because they can be substituted

9    for each other through the deltas, the ratio of the

10   deltas.                                                          11:41:48

11           I mean, I've had market makers tell me, look,

12   I've got so many of this and I'm hedging it with so many

13   of that.  You know, one option versus the other option.

14   Sometimes they need to go long the stock, sometimes they

15   need to go short the stock.                                      11:42:01

16           That's what makes for an integrated market where

17   everything has something strongly in common, and they're

18   pretty good substitutes for each other.

19       Q.  But just -- just to follow up, the answer to

20   that question about peer-reviewed articles on the               11:42:14

21   specific question of whether options markets are

22   integrated, is the answer "no," you're not aware of any

23   article that has --

24           MR. PFEFFERBAUM:  Objection to form.

25       Q.  BY MR. FOLEY:  Has that?                                11:42:29

Page 96

1      A.  Yeah, I'm not just going to say no.  You know,

2  no, I'm not aware.  What I mean going to say is it's not

3  something you need to study.  So just because somebody

4  hasn't studied it doesn't mean it was something they

5  should have studied.                                    11:42:42

6          MR. PFEFFERBAUM:  Bill, we've been going for

7  over an hour.  Is this a good moment or if you're in the

8  middle of questioning.

9          MR. FOLEY:  No, I was just about to suggest.  I

10  mean, I'm fine to keep going, but if your preference is   11:43:01

11  to take a break here.  Here, let's go off the record for

12  a minute.

13          THE VIDEOGRAPHER:  This is the end of Media

14  Number 3.  Going off the record at 11:43 a.m.

15          (Recess.)                                        11:43:39

16          THE VIDEOGRAPHER:  We are back on the record at

17  12:01 p.m.  This is the beginning of Media Number 4.

18      Q.  BY MR. FOLEY:  Dr. Chance, you write in

19  paragraph 14 of your report:  "Simply stated, the options

20  market must reflect the information provided in the price   12:01:02

21  of the stock and it must do it rapidly."

22          What do you mean by the statement "the options

23  market must rapidly reflect information"?

24      A.  Well, I think I explained it.  I think that was

25  a bit of a concluding statement.  I'm happy to restate my   12:01:28

Page 97

```
 1    explanation.  I didn't just throw that out there without

 2    support.

 3            Options markets trade off of the stock market,

 4    and the value of the option is driven by the price of the

 5    stock.  And if they're not reflecting the stock market,      12:01:45

 6    as I pointed out, somebody's going to take advantage of

 7    an options trader.

 8            These options trader -- and it's really anybody

 9    in the options market that wants to put a bid or an offer

10    out there, they've got to be up to date on the stock        12:01:59

11    market.  Somebody is going to take advantage of them.

12    And it's the kind of mistake that when you make it, you

13    lose money and you learn real fast from those mistakes.

14            So, yeah, it's got to.  It's got to reflect.

15    And one other thing that's really important is that stock   12:02:14

16    price is an extremely obvious piece of information.  You

17    can't miss it.  People trade options, they're not just

18    sitting there surfing the web and all that.  I mean,

19    they're paying attention to the underlying stock.  So,

20    yeah, that's what I mean.  They've got to.                  12:02:38

21        Q.  And you did not do any empirical analysis to

22    confirm this statement, did you?

23        A.  I don't need to.  But no, I didn't.

24        Q.  In connection with your report, did you actually

25    test whether the market for Apple options reflected        12:02:56
```

Page 98

1    information in the stock price?

2       A.  You asked me earlier if the report contained

3    everything, and I said it contained everything that I

4    did.

5       Q.  And so the answer to that question is "no"?        12:03:10

6       A.  Did I directly test the efficiency of the Apple

7    options market?  In some sense, I did, in that I drew

8    conclusions that were based on logical reasoning, but I

9    didn't do an independent formal statistical test.  That's

10   already been done.                                         12:03:30

11      Q.  And when you say it's already been done, it's

12   already been done by Dr. Feinstein?

13      A.  Well, I'm also including the academic

14   literature.

15      Q.  Does the market for a long shot                     12:04:21

16   far-out-of-the-money option rapidly reflect the

17   information provided in the price of the stock?

18      A.  Well, I think it does, but I think you've got to

19   make sure you understand that these long-shot options

20   have very, very low deltas.  So they're not going to       12:04:37

21   react very much, but that's consistent with what they're

22   supposed to do.

23          It's kind of like -- to give you analogy, it's

24   kind of like a sporting event, a long-shot option is like

25   a team that's way behind or favored to lose a lot, so if   12:04:53

                                                        Page 99

```
1    you're watching the game and they score and they're still

2    way behind, well, that didn't really change your

3    perception of what's ultimately going to happen.

4         So they're efficient oftentimes by not reacting

5    very much.                                            12:05:10

6         Q.  Explain that, that last sentence, they're

7    efficient by not reacting very much.

8         A.  Yeah, yeah.  And I go back to the sports analogy

9    that your perception of who's going to win the game, a

10   team is way behind and they score, they're just a little   12:05:26

11   bit closer.  Your perception didn't change.  That option

12   has got to have value based on expectations of what's

13   going to happen over the remaining life of the option and

14   the likelihood that it's going to expire in the money.

15        And that likelihood did not change notably -- if    12:05:44

16   it didn't change notably, like if the piece of

17   information -- like if the stock moved a lot, which it

18   rarely does, but if it moved a lot, that might be

19   different, and the option will move accordingly.  But

20   these deep out-of-the-money options are not going to move   12:06:03

21   very much until they get a lot closer to being near the

22   money.

23        And that's efficient.  If they were moving, that

24   would be -- that would be wrong.  They have -- those

25   deltas are very, very low for a reason because these      12:06:18
```

Page 100

1    movements in the stock aren't materially affecting the

2    likelihood that the person who buys that option is going

3    to end up with some money, you know, exercising it for

4    value.

5        Q.  So if a lack of movement for a                    12:06:34

6    far-out-of-the-money option is consistent with

7    efficiency, how could you establish inefficiency for a

8    far-out-of-the-money option?

9        A.  Well, I think I just said if they did move by a

10   lot, that would be an example of inefficiency.  Like if  12:06:52

11   they moved inconsistent with their deltas and gammas,

12   that would be indicative of inefficiency.  They'd be

13   behaving a bit irrationally.

14       Q.  So in near-to-the-money option -- so let's

15   consider a nearer-to-the-money option, in order to       12:07:13

16   establish that such an option reflected information in

17   the stock price, you would look for movement; is that

18   correct?

19           MR. PFEFFERBAUM:  Objection to form.

20           THE WITNESS:  I'm not sure I understand the       12:07:33

21   question.  They have larger deltas, you know.  An

22   at-the-money option, sort of -- there's sort of a rule of

23   thumb that you think of these deltas at point five.  In

24   the market, by the way, that's called 50, 50 delta.

25       Q.  BY MR. FOLEY:  Right.                             12:07:51

                                                     Page 101

```
1    that are really bizarre or not realistic, I can't imagine

2    they wouldn't be exploited.  But it is hard for people

3    like us to do it because we do have the -- the -- you

4    know, the public quotes.  We have to deal with the public

5    quotes.  But that's only really going to be on the widest      12:34:40

6    situations and, you know, widest bid-ask spreads and the

7    low volume and so forth.

8         Q.  BY MR. FOLEY:  As the bid-ask spread gets wider,

9    does it get more difficult to take advantage of an

10   arbitrage opportunity?                                         12:34:59

11        A.  Yeah, for public investors, it's definitely

12   harder.

13        Q.  So if transaction costs are large, would that

14   mean that some arbitrage opportunities may not be worth

15   exploiting?                                                    12:35:18

16        MR. PFEFFERBAUM:  Objection to form.

17        THE WITNESS:  Again, I want to say for you and

18   me, for the public.  But, you know, let me add something

19   to that.  I know you're about to say something, but let

20   me add one more thing.                                         12:35:35

21        People like you and me are not arbitragers.  The

22   arbitragers are the big institutions.  The market makers

23   can even do arbitrage as well.  And as I said, they have

24   access to better quotes than we have.  You know, those

25   wide bid-ask spreads are a little bit misleading.  And I       12:35:50
```

Page 120

```
 1    know you all talked about that.  I read about it in, I

 2    think, Dr. Feinstein's deposition.

 3           So, yeah, but don't expect, you know, us to be

 4    arbitragers, but there are plenty of arbitragers out

 5    there.                                             12:36:09

 6       Q.  BY MR. FOLEY:  Do you market makers never face

 7    wide bid-ask spreads?

 8       A.  Well, I don't know.  I mean, they're offering

 9    bid-ask spreads.  They're quoting wide bid-ask spreads.

10    We talked a little bit earlier about why they're doing  12:36:22

11    that.  But they do have opportunities to trade within the

12    bid-ask spread.  And I -- you know, nobody really knows.

13    Nobody, to my knowledge, is really tracking, okay, here

14    was a bid-ask spread at, you know, what is it?  My time,

15    it's, what, 12:38 and 19 seconds, something like that.  12:36:41

16    I'm not aware of data that that's granular.  So there's

17    no way to really know that.

18       Q.  Now you didn't -- you didn't perform any data

19    analysis to check if there were arbitrage opportunities

20    in the Apple options, did you?                     12:37:22

21       A.  Obviously, no.

22       Q.  So Dr. Chance, I'm going to ask you a few

23    questions about Section 10 of your report, which begins

24    on page 18.  You know, I'll do my best to read the

25    pertinent stuff to you, just so you know, that's where -- 12:38:13
```

Page 121

```
1          A.   Which section is this?

2          Q.   It's Section 10.

3          A.   What's it called?  What's the theme?

4          Q.   Academic Research on Options Market Efficiency.

5          A.   Okay.  I'm good.                          12:38:27

6          Q.   Do any of the articles that you cite in -- in

7     this report find that an option is efficient specifically

8     because the underlying stock is efficient?

9               MR. PFEFFERBAUM:  Objection to form.

10              THE WITNESS:  I don't recall that anybody said    12:38:47

11    that.  But remember, they were testing a much higher

12    degree of efficiency than we're talking about here.

13         Q.   BY MR. FOLEY:  Do any of the studies that you

14    cite reach a conclusion about market efficiency, the

15    theoretical arguments on it?                        12:39:12

16              MR. PFEFFERBAUM:  Objection to form.

17              THE WITNESS:  Yeah, I have a problem with that,

18    too, because I don't quite understand it.  You can't test

19    market efficiency in -- well, I don't know.  Yeah, I

20    mean, you're just going to have to ask that question a    12:39:30

21    little better.  Sorry.

22         Q.   BY MR. FOLEY:  Sure.

23              Do any of the studies reach a conclusion about

24    market efficiency without conducting an empirical

25    analysis?                                           12:39:40
```

Veritext Legal Solutions
866 299-5127

1        A.   Well, those are all empirical papers.

2        Q.   Right.   So the answer is "no."   Each of the ones

3   that you cited conducted an empirical analysis?

4        A.   They do.

5             MR. PFEFFERBAUM:   Objection to form.              12:39:55

6             THE WITNESS:   Yeah, they did.

7        Q.   BY MR. FOLEY:   Do any of the studies reach a

8   conclusion that a market was efficient by looking solely

9   at the total trading volume of options?

10       A.   You asked me that earlier, you know.   None of     12:40:14

11  them looked solely at trading volume.

12       Q.   Is it your view that the literature cited in

13  Section 10 or anywhere else in your report is a

14  comprehensive inventory of the literature on options

15  market efficiency?                                           12:40:31

16       A.   Well, I've read all that literature years ago,

17  and I looked at it again, tried to find out if there was

18  anything recent, and I couldn't find anything.

19            I have restricted my sampling -- it's not really

20  a sampling, I should say.   I have restricted the articles   12:40:50

21  to those that are in the top journals.   There might be a

22  lot of others that, you know, I could have come up with,

23  but those are the ones that meet the highest standards.

24            So I'm not aware of anything else, and I'm also

25  not aware -- I think it's important to point out that all    12:41:06

Page 123

```
 1    of these articles are testing a higher degree of
 2    efficiency than we're talking about here, and I think
 3    that's very important because the degree of efficiency
 4    we're talking about here gets subsumed within those
 5    higher standards there.                                    12:41:22
 6            Now academics aren't going around testing to see
 7    is stock price changes, did the option price reflect that
 8    change.  As I said, they're not doing that.  It's just
 9    obvious.
10            There may have been some times in the early days   12:41:36
11    of the options exchange when they wonder, when there were
12    a lot of people trading that didn't know what they were
13    doing, but they're not doing it since then.  They're
14    testing much higher degrees of market efficiency.  And
15    that subsumes the most basic efficiency.                   12:41:52
16        Q.  Can you tell me how you went about looking for
17    and collecting these articles?
18        A.  Sure.  Well, for one is I know this stuff.  You
19    know, I read these articles when they came out years ago.
20    And you know, obviously you don't remember everything,     12:42:19
21    but you go and -- you know, you survey the literature.
22    And you know, there's various -- you know, you can search
23    for certain keywords and all.
24            And then the main thing you sort of do is in the
25    nature of how you do research is you find an article, you  12:42:33
```

Page 124

```
 1    look at it, you see that what they cited.  So they've

 2    done your literature search for you.  And that leads you

 3    to more articles, and then you check those, and that

 4    leads you to more articles.

 5           And then you get -- ultimately, you get -- you        12:42:47

 6    know, any time you write an article, you have a

 7    bibliography, obviously.  You have a lot of articles in

 8    there, and it's a pretty good representation of the main

 9    body of knowledge.

10           So that's what I did, and went and downloaded        12:42:59

11    the articles.  You know, we have access to the -- through

12    our library to the journals and all.  I had to get one or

13    two through a library loan.  I think I have all the

14    articles.  In fact, I know I have them because I wrapped

15    them up in a ZIP file and sent them to the attorneys.       12:43:19

16           That's how you do research when you study in the

17    literature.  I believe you probably all do that as well

18    in law.

19       Q.  BY MR. FOLEY:  Are you aware of any studies that

20    support the conclusion that options markets are            12:43:34

21    inefficient?

22       A.  I've never seen any.  I couldn't find any.

23    Again, that's definitely true with respect to the

24    question of does the stock price get into the option

25    price.  And that's so inconceivable, I cannot imagine it.   12:43:53
```

Page 125

```
 1        Q.  Buy or sell, yeah.

 2        A.  Okay.  Okay.  All right.

 3            I think that's kind of the answer that I gave a

 4   moment ago that I don't know that any studies have

 5   actually looked at that.  That's pretty private data.          14:49:34

 6   You know, the databases will give you the prices and all

 7   and the volumes and all like that.  But they don't tell

 8   you who was buying.  You know, that's -- it goes through

 9   brokerage accounts and all that.  I know the SEC has

10   access to all of that, but I don't recall any academic        14:49:51

11   studies that could put a number on that.  It probably --

12   I will say this:  I do have an opinion that it varies a

13   lot with the type of investor, that I think institutions,

14   I'm almost positive, do more of the multiple

15   transactions.  Individuals probably do less.  I don't         14:50:11

16   have the data to back that up, but it's just based on my

17   experience.

18        Q.  In your report you claim that option holders can

19   be damaged by an artificially inflated stock price; is

20   that correct?                                                 14:50:30

21        A.  Would you read that again?  I was drinking some

22   water and ice and it interfered with the -- you said in

23   my report I said something.

24        Q.  Yeah.  In your report you claim that option

25   holders can be damaged by an artificially inflated stock      14:50:49
```

```
 1    price; is that correct?

 2         A.  Yes, that's correct.

 3              MR. PFEFFERBAUM:  Objection to form.

 4              What page are you at, Bill?

 5              MR. FOLEY:  So just -- I don't have a specific     14:51:03

 6    reference to that, Dan.  I probably do, but not at my

 7    fingertips.

 8              Yeah, page 22, Section 11, how often holders can

 9    be damaged by an artificially inflated stock price.

10         Q.  So in paragraphs 87 through 89, you put together     14:51:28

11    an example of how an options holder might be damaged if

12    Apple stock price was artificially inflated.

13              You wrote:  "How is the investor affected?  The

14    investor purchased a five-point-behind option but

15    unknowingly received a ten-point-behind option.  The       14:51:59

16    investor bought an object that was of lesser value than

17    the one the investor thought he was buying and on which

18    the premium was determined by the stock price.  Had the

19    market price of the stock not been inflated, he might

20    still have bought the option, but he would have paid       14:52:18

21    less."

22              Now you would agree that investors may choose

23    what option to trade in based on the moneyness of the

24    option; correct?

25         A.  Yes.                                               14:52:36
```

                                                Page 172

```
 1        Q.  Why would the moneyness of the option matter for

 2   investors?

 3        A.  I'm kind of amazed at that question.  There

 4   are -- there is an array of options out there.  The

 5   moneyness suggests the degree of the bet that they're        14:52:53

 6   making.  So, for example, an at-the-money option, you can

 7   kind of think of that as sort of an even bet.  A five

 8   point out-of-the-money option is a more -- slightly more

 9   challenging bet, and you pay less for it.

10        We are talking about calls, by the way.  We've          14:53:15

11   got to make sure we're talking about calls out of -- you

12   could do an analogy to puts pretty easily.  So the stock

13   prices lower, should be lower, you've got a five-point

14   out-of-the-money option, an option should be costing

15   less.                                                        14:53:29

16        You could choose a ten -- and you could have

17   chosen it if the stock price, you know, were fair.  And

18   ten point out-of-the-money option is a, you know,

19   somewhat longer bet.

20        And again, all this sort of depends on the              14:53:42

21   maturity.  You know, if this thing's maturing in six

22   months or so, a ten point out-of-the-money option might

23   not be that long of a bet.

24        But the point is the moneyness tells them sort

25   of the nature of the odds in the bet, and it's a huge        14:53:56
```

Page 173

```
1    factor in, you know, determining, you know, what to pay

2    for it and all.  They can choose whatever option they

3    want, certainly.

4        Q.  So in your report you noted that the investor

5    might still have bought the option if the stock was not        14:54:17

6    inflated.  But do you agree that it's possible that an

7    investor might have bought another option instead?

8            MR. PFEFFERBAUM:  Objection to form.

9            THE WITNESS:  Well, you say instead like if it

10   weren't inflated.  Is that what you mean by "instead"?         14:54:36

11       Q.  BY MR. FOLEY:  Correct.

12       A.  Okay.  You know, I can't get in the mind of an

13   investor.  One investor might; one investor might not.  I

14   mean, there are thousands of investors out there.

15   They're at liberty to do whatever they want to do.            14:54:48

16       Q.  How would you determine whether an investor

17   would have bought the same option or would have, you

18   know, conversely bought another option or no option at

19   all absent the alleged misrepresentation?

20           MR. PFEFFERBAUM:  Objection to form.                   14:55:03

21           THE WITNESS:  I knew that was coming.  You just

22   asked me to get into the mind of an investor.  How could

23   I get into the mind of an investor and say but for, what

24   would you have done?  You can't do that.

25       Q.  BY MR. FOLEY:  But isn't that what you're doing        14:55:17
```

Page 174

1    here?  You said had the market price of the stock not

2    been inflated, he might still have bought the option.

3         A.  Well, I said he might.  I didn't say he would.

4    He might have bought that option; he might have bought a

5    different option.  You can't say exactly what a person          14:55:32

6    would or would not do.  In fact, on a different day, he

7    might do something entirely differently.  It just depends

8    on how he feels.

9         MR. PFEFFERBAUM:  I'm just going to object to

10   the form of the previous question and just point out,          14:55:44

11   Bill, that you didn't read the entire sentence.

12        THE WITNESS:  And I want to add something, too.

13   Also, a day later, there might be some information that

14   comes out, maybe not even about that option, about, you

15   know, inflation or unemployment or something like that.        14:55:59

16   It might change his mood.  He might do something

17   different.

18        There are just too many things going on in the

19   investor's mind for you to try and get in there and say

20   what he would or wouldn't do.                                  14:56:12

21        Q.  BY MR. FOLEY:  Right.

22        A.  An option pricing theory does not try to -- to

23   do that.

24        MR. FOLEY:  Thank you.

25        Dan, can you tell me what you said earlier that           14:56:33

Page 175

```
 1    I had not read something --

 2          MR. PFEFFERBAUM:  Yeah, absolutely.  I thought

 3    what you were referencing was on page 23, paragraph -- I

 4    think that's 89.  And you had quoted a part where you

 5    said that had the market price of the stock not been          14:56:48

 6    inflated, he might still have bought the option.  And the

 7    part you left out was "but he would have paid less."  And

 8    I just wanted the record to reflect that you had left out

 9    the "but he would have paid less."

10          MR. FOLEY:  Got it.                                      14:57:03

11       Q.  Dr. Chance, in your report you provide a

12    multistep process for estimating damages for a given

13    option that involves revaluing the option using the

14    option price that would have been if the stock price had

15    not been inflated due to alleged misstatements; is that       14:57:22

16    right?

17       A.  That's correct.

18       Q.  Okay.  Can we refer to this as the but-for

19    price?

20       A.  You mean like if the inflation --                      14:57:34

21       Q.  Yes.

22       A.  -- was out of there, that's the but-for price?

23       Q.  Yeah, yeah.  But for the fact that the stock

24    price was inflated due to the alleged misstatements?

25       A.  Right.  Yeah, I'm good with that.                      14:57:47
```

Page 176

1        Q.  I want to be able to confirm that we can use

2    that shorthand.

3        A.  Sure.

4        Q.  So I'm -- just for everyone to follow along, I'm

5    on paragraph 118 with your report on page 29.                    14:58:00

6            You state that step -- step two is to use the

7    dividend adjusted binomial American option pricing model

8    to infer the volatility parameter that was used by the

9    market based upon the price at which the option traded.

10           Can you please define the term "implied                   14:58:27

11   volatility"?

12       A.  Sure.

13           Although we have used it previously in this

14   deposition.  I did, at least.  The implied volatility is

15   the volatility that was used by the investor to price the        14:58:45

16   option, given an option-pricing model.  It is supposed to

17   be what the investor thinks the volatility of the stock

18   is.

19       Q.  The volatility of the stock over the life of the

20   option?                                                          14:59:01

21       A.  That's correct.

22       Q.  You would agree with me that it's important to

23   consider whether the implied volatility of an option is

24   reasonable when pricing an option?

25           MR. PFEFFERBAUM:  Objection to form.                      14:59:14

Page 177

```
 1              THE WITNESS:  Yeah, that's kind of clunky.  An

 2    investor -- what happens is investors have volatility

 3    numbers in their heads, presumably, if they're -- if

 4    they're good traders as opposed to the bad traders we

 5    talked about earlier.  They have some volatility numbers    14:59:33

 6    in their heads.  And when they do a trade, that trade

 7    implied what that volatility number was.  So it's kind of

 8    a way of getting at what they use to price the option.

 9    Okay.

10         Q.  BY MR. FOLEY:  How does one go about pricing an     15:00:17

11    option if the implied volatility is unusually high?

12              MR. PFEFFERBAUM:  Objection to form.

13              THE WITNESS:  Yeah.  That's kind of weird there,

14    too.

15              I think you're still not understanding what        15:00:30

16    implied volatility is.  You have to price the option

17    first to get the implied volatility.  Now an investor has

18    in mind a volatility.  I don't want to call it an implied

19    volatility.  I can't.  An investor has in mind a

20    volatility, assuming they're, you know, a good investor,    15:00:47

21    a good trader.  They have in mind a volatility, and they

22    price the option.  They do a trade, and that implies the

23    volatility.

24              So I don't know, the way you phrased that

25    question, if the implied volatility is really high, how     15:01:01
```

Page 178

1    does the investor price the option.  Yeah, I just I can't

2    get my hands around -- you're kind of putting the cart

3    before the horse, I think.

4        Q.  BY MR. FOLEY:  What option prices are you

5    proposing to use in your methodology to calculate implied        15:01:16

6    volatility and damages?

7        A.  Well, you have people who did options.  Now it's

8    my understanding when you have a class-action lawsuit

9    that if that class is admitted into the suit, the

10   plaintiffs go out and put out announcements or whatever        15:01:37

11   that did anybody buy Apple options between this period

12   and this period.  I think we have to say sell, too,

13   because they're short puts.  And, you know, some people

14   come forward, some people won't.

15            They have to -- we indicated or indicated, you        15:01:58

16   know, and they understand, you know, that they've got to

17   prove it.  They can't just say I bought an option, you

18   know.

19            I've been approached on class-action lawsuits

20   and had to have a bill of sale, you know.  I bought a        15:02:11

21   disk man or something like that.  So we've got to be able

22   to prove it.  And so that's going to take a brokerage

23   statement, something that indicates like on November 3rd

24   or whatever -- actually, that was a Saturday, so it

25   wouldn't be November 3rd -- 5th, I bought ten contracts        15:02:29

Veritext Legal Solutions
866 299-5127

```
 1    of this option and here are the characteristics.  So

 2    they've got to prove it.

 3        Q.  So but specifically what option prices are you

 4    proposing to use in your methodology?  Are we talking

 5    about closing prices, trade prices, something else?          15:02:51

 6            MR. PFEFFERBAUM:  Objection to form.

 7            THE WITNESS:  Yeah.  And I'm sorry I jumped in,

 8    in the middle there.

 9            You present a brokerage statement, and that says

10    this is what you paid for it.  So that's the price.          15:03:04

11    Chances are that's not a closing price because you

12    probably didn't buy it right at the close, but if you --

13    we're talking about calls here.  If you bought it, that

14    was the ask price that you got when you bought it.  So it

15    is the actual price at which the investor traded.            15:03:21

16            It would be absolutely wrong to use any other

17    price because that's what the person actually paid.

18        Q.  BY MR. FOLEY:  But I mean, is it your assumption

19    that every potential class member is going to submit

20    brokerage statements in connection with this action?         15:03:33

21            MR. PFEFFERBAUM:  Objection to form.

22            THE WITNESS:  I can't imagine everyone would.

23    First of all, they've got to find out about it.  I know

24    this suit has some visibility and all, and I know they

25    have means of getting whatever it is, an announcement,       15:03:51
```

Page 180

```
 1    out there.  But everybody's not going to see it, and some

 2    people almost surely are not going to participate.  But I

 3    couldn't tell you how many.  I just don't know.

 4        Q.  BY MR. FOLEY:  Would you agree that Apple's

 5    stock price volatility varies over time?                    15:04:25

 6            MR. PFEFFERBAUM:  Objection to form.

 7            THE WITNESS:  Yeah.  I mean, there's variability

 8    in the volatility.  Actually, I need to get you to

 9    rephrase -- either phrase it again -- because I'm not

10    sure I -- now I'm not sure I interpreted it correctly.      15:04:40

11    Just say it again, if you would.

12        Q.  BY MR. FOLEY:  Do you agree that Apple's stock

13    price volatility varies over time?

14        A.  Yes.

15            MR. PFEFFERBAUM:  Objection to form.               15:04:49

16            THE WITNESS:  Yes, it does.

17        Q.  BY MR. FOLEY:  Okay.  Do you agree that it's

18    possible that Apple's stock price volatility could have

19    changed in response to the but-for disclosure?

20        A.  It could have changed, and the model can          15:04:59

21    accommodate that.

22            MR. PFEFFERBAUM:  Objection to form on that.

23    Sorry.

24        Q.  BY MR. FOLEY:  Do you know why implied

25    volatilities can change?                                   15:05:16
```

Page 181

```
1           MR. PFEFFERBAUM:  Objection to form.

2           THE WITNESS:  Yeah.  People have different

3     perceptions of the volatility.

4        Q.  BY MR. FOLEY:  Is that the only -- is that the

5     only --                                          15:05:30

6        A.  Well, I mean, yeah.  You know, it's 40 percent

7     today, maybe it's 42 percent tomorrow.  Things change.

8     Yeah.  I mean, you know, there's no question if you

9     looked at the numbers that, you know, implied volatility

10    can and does change.                              15:05:49

11       Q.  Earlier you said that the model can accommodate

12    any change in response to the but -- but-for disclosure.

13    How could the model accommodate that?

14       A.  Yeah, anything that might change will be

15    revealed by the market.  You can find that out if it does  15:06:17

16    change, and it takes the corrected disclosures, of

17    course, to do that.  But if it reveals the volatility has

18    changed -- and I didn't want to make any assumptions in

19    illustrating it, but I said that the model can

20    accommodate it, if you -- you know, an example I gave,    15:06:36

21    you just took the implied volatility.  But if it turned

22    out to be that it changed, you could put a different

23    volatility in there.

24           There is -- that's one of the beauties of the

25    model.  Actually, most models have that same feature, is  15:06:51
```

Page 182

```
1    that they're pretty generalizable to these factors, and

2    what happens in the market, you know, can be determined

3    and can be accounted for in the model.

4        Q.  Did you -- did you provide any analysis to

5    support your claim that the actual implied volatility is      15:07:27

6    the correct value to use in calculating option inflation?

7            MR. PFEFFERBAUM:  Objection to form.

8            THE WITNESS:  I want to make sure I got the

9    question right.  Did I provide any what support?

10       Q.  BY MR. FOLEY:  Did you provide any analysis to       15:07:46

11   support your claim that the actual implied volatility is

12   the correct value to use in calculating option inflation?

13           MR. PFEFFERBAUM:  Same objection.

14           THE WITNESS:  That was an illustration, and I

15   acknowledged that that illustration, that application of     15:08:01

16   the illustration can be adjusted.  I just needed an

17   illustration.

18           And by the way, I might point out that if you

19   adjust that implied volatility, it's going to push the

20   numbers in one way for calls and push the numbers in         15:08:17

21   another way for puts.  And I didn't actually show puts,

22   but I would assume that would be apparent from there,

23   from what I did.

24           But I acknowledge that the -- excuse me, but

25   I -- yeah.  I acknowledged that you can accommodate          15:08:29
```

Page 183

```
 1    anything that the data when you -- when you all actually

 2    get to that point of actually doing damages calculations,

 3    that data will tell you if there are adjustments that

 4    need to be done, and they can be easily done.  But I

 5    can't foresee what these adjustments are at this point.    15:08:50

 6         Q.  BY MR. FOLEY:  If the but-for disclosure would

 7    have led to higher implied volatility, how would that

 8    affect option damages?

 9         A.  There's no way to really tell.  That would lower

10    the call damages and raise the put damages.  I couldn't    15:09:23

11    say how much.  But if you pushed -- you know, pushed in a

12    higher implied volatility, I thought through the process,

13    and I say, well, I think it would lower the call damages

14    because it would offset some of the effect of the stock

15    price inflation, but it would raise the put damages.       15:09:41

16         And so, gosh, there's no way to tell.  That's a

17    function of so many things like how many calls were there

18    versus how many puts and, you know, how many participants

19    jumped in on the call side and the put side.  So there's

20    just no way to tell, not at this point.                    15:09:59

21         I mean, there's obviously a way to tell later

22    on, but not at this point.

23         Q.  How would you tell later on?

24         A.  Well, you'll have the data.  You'll know who --

25    who got -- who jumped in the pool there and became a       15:10:10
```

Page 184

1    member of the class, and as we said earlier, they'll have

2    to provide their brokerage statements, and so then

3    you'll -- then you'll know precisely what happened.

4          You'll also be able to take -- you know, the

5    market information, dig in a little bit further and see,        15:10:26

6    you know, does the volatility look like it changed.  And

7    then you can put that into the models and you can see.

8          There's no way to predict the bottom line, but

9    it does look like to me that what would move in one

10   direction for one type of instrument and move in the           15:10:42

11   opposite for the other.  I am not implying that is an

12   offset, but I mean, obviously there is some

13   countervailing force going on.

14        Q.  How many hours did you spend on this engagement?

15        A.  Are we counting up through preparation or just        15:11:03

16   the report?

17        Q.  Let's -- let's count through the report.

18        A.  Okay.  I think probably 100, 110, 120, something

19   like that.

20        Q.  And that was all your time; correct?                  15:11:19

21        A.  Meaning what?

22        Q.  You said -- you said earlier that you didn't

23   have any assistance in connection with the report, but I

24   didn't know if that meant with writing the report.  I

25   mean did you have any assistance at all with the               15:11:33

Page 185

1    analysis, research, any aspect of it?

2        A.  I understand now.  Yes.  I mean "yes" means I

3    understand.  But that's all my time, yes.

4        Q.  Okay.

5        A.  And I will add that one other thing.  Because of   15:11:43

6    my vision difficulties, I know I spent more hours than I

7    billed them for.  I just try to take a haircut off the

8    top for the fact that I don't do things as fast as

9    others.

10       Q.  And none of your students or -- or colleagues   15:12:02

11   were involved in any way in any aspect of this

12   engagement?

13       A.  Definitely not students.  After the report, I

14   did talk to some colleagues.  I think I mentioned that

15   earlier.  Didn't change anything.  Didn't really learn   15:12:14

16   anything.

17       Q.  Sorry to interrupt.

18           That was after you had submitted the report?

19       A.  Yeah.  But when you said "this engagement," I

20   actually thought you were being global in nature.   15:12:26

21       Q.  Right.

22       A.  But no, definitely not my students.  And yeah, I

23   didn't get any help from anybody else.  Did it all

24   myself.

25       Q.  The hundred to 110 hours, can you allocate that   15:12:40

Page 186

1    between sort of the research and analysis versus the

2    actual writing process?

3         A.  Wow, that's tough.  I know on my time sheets, I

4    usually write down roughly what I did during a given day.

5    I don't know.  I'd be taking a wild guess.  I just really      15:13:08

6    don't know.

7              I actually don't see a whole lot of difference.

8    You know, I'm just working on it.  So, you know, I don't

9    think I could make an estimate, honestly.

10        Q.  Based on the deposition today, is there anything      15:13:22

11   that you would like to change in your report?

12        A.  I did have one small insignificant error, but I

13   did want to point that out.  And I think it's in

14   paragraph 26.  I made a reference to a chapter in my book

15   that I said the previous material largely comes from        15:13:42

16   chapter 3, and its actually chapter 2.

17             Can you all turn to and see if that's the right

18   paragraph?

19        Q.  That is the right paragraph.

20        A.  Okay.  It's a real short paragraph.               15:13:57

21             I know why I said chapter 3 because what I was

22   about to talk about was chapter 3, and I know I always

23   tend to get ahead of myself.  So if you want to make a

24   note, it's really chapter 2 there.

25        Q.  And that's the -- that's the book you're          15:14:11

Page 187

1    referring to is the textbook you did with Robert Brooks?

2        A.   That's right.  I did find a few other minor sort

3    of grammatical typos where the subject and verb didn't

4    agree, and they were just so insignificant, if you read

5    them, you would know what I meant.  So I don't see any          15:14:29

6    reason to correct those.

7        Q.   Based on any work you did following the

8    submission of your expert report and anything that we've

9    discussed today, is there any analysis that you wished

10   you'd done in connection with this engagement?                 15:14:50

11       A.   No.

12           MR. FOLEY:  Dan, I think I'm really close.  I'm

13   just -- if we could take maybe two minutes, two or

14   three minutes for me to collect my thoughts, and I can

15   just -- I think we're in the last sprint here.                 15:15:18

16           MR. PFEFFERBAUM:  No problem.  Why don't we go

17   off the record.

18           THE VIDEOGRAPHER:  This is the end of Media

19   Number 6.  Off the record at 3:15 p.m.

20           (Recess.)                                              15:15:30

21           THE VIDEOGRAPHER:  We are back on the record at

22   3:21 p.m.  This is the beginning of Media Number 7.

23       Q.   BY MR. FOLEY:  Dr. Chance, you said earlier that

24   the volatility could have changed in response to the

25   but-for disclosure.  How would you determine the change        15:21:06

                                                      Page 188

1    in volatility using the data?

2        A.  Well, there's a couple of ways you could do

3    that.  One is you could look at the actual volatility

4    that ensued and compare it to what was in place

5    beforehand.                                          15:21:23

6        If the option -- that would cause, you know, the

7    but-for would cause maybe the moneyness to change, and

8    you could look for an actual traded option that had

9    approximately that same moneyness and use its implied

10   volatility.                                          15:21:39

11       Because actually you've got a number of -- I

12   almost said options.  You've got a number of choices, and

13   it would be pretty easy to implement those choices,

14   whichever choice you made.  That's what I meant to say.

15       Q.  Is there any other way?  It sounded like you   15:21:58

16   started that question by saying there are a couple of

17   ways you could do it.  Are there any other ways?

18       A.  Well, I don't know of any other way, but

19   typically when you do a volatility estimate, you talk

20   about implied volatility, historical volatility.        15:22:13

21   Sometimes you even assume that people had foresight of

22   the future volatility, but I'm not really keen on that.

23       But what you could do is look at the volatility

24   when it changed.  Like, for example, you might need finer

25   data than you have, but that can be obtained.  But if you   15:22:39

Page 189

1    had actual Apple option transaction prices at the times

2    of these corrected --

3              THE REPORTER:  What prices?

4              THE WITNESS:  I'm sorry.  Transaction.

5              And you could get that.  I mean, that data          15:22:52

6    exists.  You can get the actual -- all the trades that

7    existed at the time.  And the only way you can do this is

8    with corrective disclosures.  Obviously, if something

9    isn't disclosed, you'll never know.  But you can look at

10   the volatility just before the corrected disclosure.  You   15:23:08

11   know, you can actually take a standard deviation of the

12   transaction cases -- and Apple's a very active stock so

13   you'd have a lot of data -- before the corrective

14   disclosure, and then you could take it after the

15   corrective disclosure, and then you could see it.          15:23:24

16             It's not -- definitely not going to be exactly

17   the same, but you can see if there's any material change.

18        Q.  Would the change in implied volatility be the

19   same for every option?

20             MR. PFEFFERBAUM:  Objection to form.             15:23:39

21             THE WITNESS:  I don't think it would.

22        Q.  BY MR. FOLEY:  What might be the differences be?

23        A.  Oh.

24             MR. PFEFFERBAUM:  Same objection.

25             THE WITNESS:  There is no way to say.  But in    15:23:48

                                                  Page 190

```
 1    any case, you'll have the data to be able to do that.

 2        Q.  BY MR. FOLEY:  What do you mean there's no way

 3    to say?

 4        A.  You're asking me to predict something, what

 5    would be the differences in the implied volatilities of        15:24:04

 6    different options before or after.  I can't predict that.

 7        Q.  Would there be different volatilities for

 8    near-the-money options versus far-out-of-the-money

 9    options?

10        A.  Yeah, it could be, but the data will -- will          15:24:21

11    show that.

12        Q.  And what do you mean, "the data will show that"?

13        A.  Well, again, we're talking about the corrective

14    disclosures.  The data will show before and after what

15    the applied volatilities of near-the-money options are        15:24:39

16    and any other options.  It will show you what the implied

17    volatilities were before and what the implied

18    volatilities were after.

19            So it will -- it will point to what you need to

20    do, you know, if the Court says you need to account for       15:24:55

21    this.

22            MR. FOLEY:  Okay, Dr. Chance, I think that's all

23    I have for you today.  I appreciate your time.

24            THE WITNESS:  Thank you, Mr. Foley.

25            MR. PFEFFERBAUM:  Okay.  Why don't we go off the       15:25:12
```

Page 191

```
 1   STATE OF CALIFORNIA     ) ss:

 2   COUNTY OF MARIN         )

 3

 4          I, LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462, do

 5   hereby certify:

 6          That the foregoing deposition testimony was

 7   taken before me at the time and place therein set forth

 8   and at which time the witness was administered the oath;

 9          That testimony of the witness and all objections

10   made by counsel at the time of the examination were

11   recorded stenographically by me, and were thereafter

12   transcribed under my direction and supervision, and that

13   the foregoing pages contain a full, true and accurate

14   record of all proceedings and testimony to the best of my

15   skill and ability.

16          I further certify that I am neither counsel for

17   any party to said action, nor am I related to any party

18   to said action, nor am I in any way interested in the

19   outcome thereof.

20          IN WITNESS WHEREOF, I have subscribed my name

21   this 10th day of June, 2022.

22

23

24

25          LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462
```

Page 194