JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    (415) 773-5700
Facsimile:      (415) 773-5759

Attorneys for Defendants Apple Inc.,
Timothy Cook, and Luca Maestri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Case No. 4:19-cv-02033-YGR<br><br>**CLASS ACTION**<br><br>**DECLARATION OF KEVIN M. ASKEW IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEF IN OPPOSITION TO MOTION TO COMPEL PRODUCTION OF DOCUMENTS WITHHELD AS PRIVILEGED** |

I, Kevin M. Askew, declare as follows:

1. I am a partner in the law firm of Orrick, Herrington, & Sutcliffe LLP, counsel for Apple Inc. ("Apple"), Timothy Cook, and Luca Maestri (collectively "Defendants"). I am a member in good standing of the State Bar of California. I submit this declaration in support of Defendants' Supplemental Brief in Opposition to Lead Plaintiff's Motion to Compel Production of Privileged Documents. I have personal knowledge of the matters set forth in this declaration, and if called upon to do so I could and would testify thereto.

2. Based on my familiarity with Apple's document production in this action, I can confirm that Apple has produced, in unredacted form, in excess of 100 documents relating to the January 2, 2019 Letter from Tim Cook to Apple Investors.

3. Based on my searches of the document repository in which Apple maintains copies of the documents produced in this action, I understand that Apple has produced 1,430 unredacted emails in which Katherine Adams, Apple's General Counsel, is a sender or recipient, 34 of which contain a "Privileged and Confidential" label. I further understand that Apple has produced 810 unredacted emails in which Apple in-house counsel Sam Whittington is a sender or recipient, 38 of which contain a "Privileged and Confidential" label.

4. Attached are true and correct copies of the following documents:

Exhibit 1: Excerpts from Defendants' privilege log, containing entries for the documents identified in the first bullet point of paragraph 15 of the Declaration of Kenneth J. Black (Dkt. No. 246-4) ("Black Declaration"), together with entries for corresponding parent emails.

Exhibit 2: Excerpts from Defendants' privilege log, containing entries for the documents identified in the second bullet point of paragraph 15 of the Black Declaration.

Exhibit 3: Excerpts from Defendants' privilege log, containing entries for the documents identified in the third bullet point of paragraph 15 of the Black Declaration.

Exhibit 4: Excerpts from Defendants' privilege log, containing entries for the documents identified in the fourth bullet point of paragraph 15 of the Black Declaration.

Exhibit 5a: Excerpts from Defendants' privilege log, containing entries for the documents identified in the fifth bullet point of paragraph 15 of the Black Declaration, together with entries for corresponding parent emails.

Exhibit 5b: Excerpts from Defendants' privilege log, containing entries for the documents identified in the sixth bullet point of paragraph 15 of the Black Declaration, together with entries for corresponding parent emails.

Exhibit 6: A redline comparison showing changes from the Declaration of Sam Whittington in Support of Defendants Apple Inc., Timothy Cook, and Luca Maestri's Opposition to Lead Plaintiff's Motion to Compel Production of Documents Withheld as Privileged, dated March 11, 2022 (Dkt. No. 233-5), to the Supplemental Declaration of Sam Whittington Regarding Documents Withheld as Privileged (Black Decl., Ex. 10).

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct to the best of my knowledge and belief. This declaration was executed on July 5, 2022, in Los Angeles, California.

/s/ *Kevin M. Askew*
KEVIN M. ASKEW