# EXHIBIT 1

**EXHIBIT 1**

**In re Apple Inc. Sec. Litig., No. 4:19-cv-02033-YGR (N.D. Cal.), Defendants' Privilege Log Pursuant to Fed. R. Civ. P. 26, Highly Confidential**
**Attorney Names Are Bolded**
**The below-listed communications have been maintained as confidential by Apple in its internal systems, and to the best of Apple's knowledge, no unauthorized persons have received the communications.**

| No. | Production Bates | DocDate | From | To | Cc | Bcc | Subject | Filename | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 31 | APL-SECLIT_00646182 | 2018-12-24 | Tejas Gala's files | | | | | Letter v4 23 December 10pm.pages | Draft investor letter reflecting legal advice from in-house counsel. |
| 32 | APL-SECLIT_00647117 | 2018-12-26 | Adam Talbot's files | | | | | Letter 26 December 200pm.pages | Draft investor letter reflecting legal advice from in-house counsel. |
| 178 | APL-SECLIT_00646447 | 2018-08-23 | **Sam Whittington** | Nancy Paxton | | | Quarterly guidance | | Email providing legal advice from in-house counsel regarding quarterly guidance. |
| 179 | APL-SECLIT_00646445 | 2018-08-24 | Nancy Paxton | **Sam Whittington** | | | Re: Quarterly guidance | Re: Quarterly guidance.eml | Email reflecting legal advice from in-house counsel regarding quarterly guidance. |
| 285 | APL-SECLIT_00646171 | 2018-12-17 | **Kate Adams** | Luca Maestri | Tim Cook | | Re: BoD call----privileged and confidential | Re: BoD call----privileged and confidential.eml | Email providing legal advice from in-house counsel regarding board of directors call and pre-announcement of revenue guidance miss. |
| 286 | APL-SECLIT_00646142 | 2018-12-16 | Luca Maestri | **Kate Adams** | Tim Cook | | Re: BoD call----privileged and confidential | Re: BoD call----privileged and confidential.eml | Email requesting legal advice from in-house counsel regarding board of directors call and pre-announcement of revenue guidance miss. |
| 287 | APL-SECLIT_00646145 | 2018-12-16 | **Kate Adams** | Tim Cook | Luca Maestri | | Re: BoD call----privileged and confidential | Re: BoD call----privileged and confidential.eml | Email providing legal advice from in-house counsel regarding board of directors call and pre-announcement of revenue guidance miss. |
| 288 | APL-SECLIT_00646175 | 2018-12-16 | Tim Cook | Kate Adams; Luca Maestri | | Tim Cook | BoD call----privileged and confidential | BoD call----privileged and confidential.eml | Email requesting legal advice from in-house counsel regarding board of directors call and pre-announcement of revenue guidance miss. |
| 289 | APL-SECLIT_00646148 | 2018-12-16 | Luca Maestri | Tim Cook | **Kate Adams** | | Re: BoD call----privileged and confidential | 20181216-1514 Re: BoD call---- privileged and confidential.eml | Email providing legal advice from in-house counsel regarding board of directors call and pre-announcement of revenue guidance miss. |
| 290 | APL-SECLIT_00646151 | 2018-12-17 | Luca Maestri | Tim Cook | **Kate Adams** | | Re: BoD call----privileged and confidential Draft #2 | Re: BoD call----privileged and confidential Draft #2.eml | Email providing legal advice from in-house counsel regarding board of directors call and pre-announcement of revenue guidance miss. |
| 291 | APL-SECLIT_00646154 | 2018-12-17 | Tim Cook | Luca Maestri; **Kate Adams** | | | BoD call----privileged and confidential Draft #2 | BoD call----privileged and confidential Draft #2.eml | Email reflecting and requesting legal advice from in-house counsel regarding board of directors call and pre-announcement of revenue guidance miss. |
| 298 | APL-SECLIT_00646177 | 2018-12-17 | Tim Cook | Luca Maestri; **Kate Adams** | | Tim Cook | BoD call----privileged and confidential---- Draft #3 | BoD call----privileged and confidential---- Draft #3.eml | Email reflecting and requesting legal advice from in-house counsel regarding board of directors call and pre-announcement of revenue guidance miss. |
| 299 | APL-SECLIT_00646156 | 2018-12-17 | **Kate Adams** | Tim Cook; Luca Maestri | | | Re: BoD call----privileged and confidential----Draft #3 | Re: BoD call----privileged and confidential----Draft #3.eml | Email providing legal advice from in-house counsel regarding board of directors call and pre-announcement of revenue guidance miss. |
| 300 | APL-SECLIT_00646158 | 2018-12-17 | Luca Maestri | Tim Cook | **Kate Adams** | | Re: BoD call----privileged and confidential----Draft #3 | Re: BoD call----privileged and confidential----Draft #3.eml | Email reflecting and requesting legal advice from in-house counsel regarding board of directors call and pre-announcement of revenue guidance miss. |
| 329 | APL-SECLIT_00645344 | 2018-12-20 | Nancy Paxton | Luca Maestri; **Sam Whittington** | Steve Dowling; Saori Casey; Matt Blake | | Fwd: iPhone installed base | 20181220-1046 Fwd: iPhone installed base.eml | Email sent by employee acting under the direction of in-house counsel seeking advice from in-house counsel regarding guidance update. |
| 335 | APL-SECLIT_00645349 | 2018-12-21 | Saori Casey | Kate Adams; Steve Dowling | **Sam Whittington**; Nancy Paxton; Matt Blake | | New Numbers | 20181220-1729 New Numbers.eml | Email requesting legal advice from in-house counsel regarding guidance revision. |
| 361 | | 2018-12-23 | Luca Maestri | **Kate Adams** | Steve Dowling; Nancy Paxton; Saori Casey; Adam Talbot; Kyle Andeer; **Sam Whittington**; Matt Blake | | Re: Investor letter DRAFT -- privileged and confidential | - 1237 Re: Investor letter DRAFT - privileged and confidential.eml | Email requesting legal advice from in-house counsel regarding draft investor letter. |
| 362 | | 2018-12-23 | **Kate Adams** | Steve Dowling | Luca Maestri; Nancy Paxton; Saori Casey; Adam Talbot; Kyle Andeer; **Sam Whittington**; Matt Blake | | Re: Investor letter DRAFT -- privileged and confidential | 20181223-1124 Re: Investor letter DRAFT - privileged and confidential.eml | Email providing legal advice from in-house counsel regarding draft investor letter. |
| 363 | APL-SECLIT_00645350 | 2018-12-23 | Steve Dowling | Luca Maestri; Kate Adams | Nancy Paxton; Saori Casey; Adam Talbot; Kyle Andeer; **Sam Whittington**; Matt Blake | | Investor letter DRAFT -- privileged and confidential | 20181223-1109 Investor letter DRAFT -- privileged and confidential.eml | Email requesting legal advice from in-house counsel regarding draft investor letter. |
| 364 | APL-SECLIT_00645351 | | | | | | | Letter 23 December 11am.pages | Attached draft investor letter reflecting legal advice from in-house counsel sent for the purpose of obtaining legal advice. |
| 365 | APL-SECLIT_00645355 | 2018-12-23 | Luca Maestri | **Kate Adams** | Steve Dowling; Nancy Paxton; Saori Casey; Adam Talbot; Kyle Andeer; **Sam Whittington**; Matt Blake | | Re: Investor letter DRAFT -- privileged and confidential | 20181223-1547 Re: Investor letter DRAFT - privileged and confidential.eml | Email requesting and reflecting legal advice from in-house counsel regarding draft investor letter. |
| 366 | APL-SECLIT_00645360 | | | | | | | Letter 23 December 11am LM input.pages | Attached draft investor letter reflecting legal advice from in-house counsel sent for the purpose of obtaining legal advice. |
| 369 | APL-SECLIT_00645370 | 2018-12-23 | Matt Blake | Steve Dowling | Nancy Paxton; **Sam Whittington**; Adam Talbot; Saori Casey | | Re: Investor letter DRAFT 1 for review | 20181223-1144 Re: Investor letter DRAFT 1 for review.eml | Email requesting and reflecting legal advice from in-house counsel regarding draft investor letter. |
| 370 | APL-SECLIT_00645372 | 2018-12-23 | Steve Dowling | Nancy Paxton; **Sam Whittington** | Adam Talbot; Matt Blake; Saori Casey | | Re: Investor letter DRAFT 1 for review | 20181223-1110 Re: Investor letter DRAFT 1 for review.eml | Email requesting and reflecting legal advice from in-house counsel regarding draft investor letter. |

**EXHIBIT 1**

In re Apple Inc. Sec. Litig., No. 4:19-cv-02033-YGR (N.D. Cal.), Defendants' Privilege Log Pursuant to Fed. R. Civ. P. 26, Highly Confidential
Attorney Names Are Bolded
The below-listed communications have been maintained as confidential by Apple in its internal systems, and to the best of Apple's knowledge, no unauthorized persons have received the communications.

| No. | Production Bates | DocDate | From | To | Cc | Bcc | Subject | Filename | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 371 | APL-SECLIT_00645373 | 2018-12-23 | Nancy Paxton | Adam Talbot; **Sam Whittington** | Matt Blake; Saori Casey; Steve Dowling | | Re: Investor letter DRAFT 1 for review | 20181223-1106 Re: Investor letter DRAFT 1 for review.eml | Email requesting and reflecting legal advice from in-house counsel regarding draft investor letter. |
| 372 | APL-SECLIT_00647162 | 2018-12-23 | Nancy Paxton | Adam Talbot; **Sam Whittington** | Matt Blake; Saori Casey; Steve Dowling | | Re: Investor letter DRAFT 1 for review | Re: Investor letter DRAFT 1 for review.eml | Email requesting and reflecting legal advice from in-house counsel regarding draft investor letter. |
| 373 | APL-SECLIT_00645376 | 2018-12-23 | Adam Talbot | Nancy Paxton; Matt Blake; Saori Casey; Steve Dowling; **Sam Whittington** | | | Re: Investor letter DRAFT 1 for review | 20181223-0914 Re: Investor letter DRAFT 1 for review.eml | Email requesting and reflecting legal advice from in-house counsel regarding draft investor letter. |
| 374 | APL-SECLIT_00645378 | 2018-12-23 | Nancy Paxton | Steve Dowling; Sam Whittington | Saori Casey; Matt Blake; Adam Talbot | | Re: Investor letter DRAFT 1 for review | 20181223-0634 Re: Investor letter DRAFT 1 for review.eml | Email requesting and reflecting legal advice from in-house counsel regarding draft investor letter. |
| 375 | APL-SECLIT_00645380 | 2018-12-24 | Adam Talbot | Luca Maestri; Steve Dowling; Nancy Paxton; Matt Blake; Kate Adams | Jeff Williams; **Sam Whittington**; Kyle Andeer; Saori Casey | | Re: Privileged and Confidential DRAFT investor letter | 20181224-0846 Re: Privileged and Confidential DRAFT investor letter.eml | Email requesting and reflecting legal advice from in-house counsel regarding draft investor letter. |
| 376 | APL-SECLIT_0045384 | | | | | | | Letter v4 24 December 845am.pages | Attached draft investor letter reflecting legal advice from in-house counsel. |
| 377 | APL-SECLIT_00645389 | 2018-12-24 | Luca Maestri | Steve Dowling | Jeff Williams; Kate Adams; Nancy Paxton; **Sam Whittington**; Kyle Andeer; Matt Blake; Saori Casey; Adam Talbot | | Re: Privileged and Confidential DRAFT investor letter | 20181224-0714 Re: Privileged and Confidential DRAFT investor letter.eml | Email requesting and reflecting legal advice from in-house counsel regarding draft investor letter. |
| 378 | APL-SECLIT_00645391 | 2018-12-24 | Steve Dowling | Jeff Williams; Luca Maestri; Kate Adams; Nancy Paxton | **Sam Whittington**; Kyle Andeer; Matt Blake; Saori Casey; Adam Talbot | | Privileged and Confidential DRAFT investor letter | 20181223-2212 Privileged and Confidential DRAFT investor letter.eml | Email requesting and reflecting legal advice from in-house counsel regarding draft investor letter. |
| 379 | APL-SECLIT_0045392 | | | | | | | Letter v4 23 December 10pm.pages | Attached draft investor letter reflecting legal advice from in-house counsel. |
| 382 | APL-SECLIT_0045405 | 2018-12-24 | Saori Casey | Adam Talbot | Jeff Williams; Kate Adams; Luca Maestri; Steve Dowling; Nancy Paxton; Matt Blake; **Sam Whittington**; Kyle Andeer | | Re: Privileged and Confidential DRAFT investor letter | 20181224-1157 Re: Privileged and Confidential DRAFT investor letter.eml | Email requesting and reflecting legal advice from in-house counsel regarding draft investor letter. |
| 383 | APL-SECLIT_00645408 | 2018-12-24 | Adam Talbot | Jeff Williams; Kate Adams; Luca Maestri; Saori Casey | Steve Dowling; Nancy Paxton; Matt Blake; **Sam Whittington**; Kyle Andeer | | Re: Privileged and Confidential DRAFT investor letter | 20181224-1038 Re: Privileged and Confidential DRAFT investor letter.eml | Email requesting and reflecting legal advice from in-house counsel regarding draft investor letter. |
| 384 | APL-SECLIT_0045414 | | | | | | | Letter v4 24 December 1030am.pages | Attached draft investor letter reflecting legal advice from in-house counsel. |
| 385 | APL-SECLIT_00647164 | 2018-12-24 | Jeff Williams | Saori Casey; Kate Adams | Adam Talbot; Luca Maestri; Steve Dowling; Nancy Paxton; Matt Blake; **Sam Whittington**; Kyle Andeer | | Re: Privileged and Confidential DRAFT investor letter | Re: Privileged and Confidential DRAFT investor letter.eml | Email requesting legal advice from in-house counsel regarding draft investor letter. |
| 386 | APL-SECLIT_00645419 | 2018-12-24 | Saori Casey | Adam Talbot | Luca Maestri; Steve Dowling; Nancy Paxton; Matt Blake; Kate Adams; Jeff Williams; **Sam Whittington**; Kyle Andeer | | Re: Privileged and Confidential DRAFT investor letter | 20181224-1013 Re: Privileged and Confidential DRAFT investor letter.eml | Email requesting and reflecting legal advice from in-house counsel regarding draft investor letter. |
| 387 | APL-SECLIT_00645422 | 2018-12-24 | Luca Maestri | Adam Talbot | Steve Dowling; Nancy Paxton; Matt Blake; Kate Adams; Jeff Williams; **Sam Whittington**; Kyle Andeer; Saori Casey | | Re: Privileged and Confidential DRAFT investor letter | 20181224-0958 Re: Privileged and Confidential DRAFT investor letter.eml | Email requesting and reflecting legal advice from in-house counsel regarding draft investor letter. |
| 388 | APL-SECLIT_00645424 | 2018-12-24 | Luca Maestri | Nancy Paxton | Adam Talbot; Kate Adams; Steve Dowling; Matt Blake; Jeff Williams; **Sam Whittington**; Kyle Andeer; Saori Casey | | Re: Privileged and Confidential DRAFT investor letter | 20181224-1001 Re: Privileged and Confidential DRAFT investor letter.eml | Email requesting and reflecting legal advice from in-house counsel regarding draft investor letter. |
| 389 | APL-SECLIT_00645427 | 2018-12-24 | **Sam Whittington** | Adam Talbot; Luca Maestri; Steve Dowling; Nancy Paxton; Matt Blake; Jeff Williams; Saori Casey | Kyle Andeer; Kate Adams | | Re: Privileged and Confidential DRAFT investor letter | 20181224-1037 Re: Privileged and Confidential DRAFT investor letter.eml | Email providing legal advice from in-house counsel regarding draft investor letter. |
| 390 | APL-SECLIT_00647121 | 2018-12-26 | Adam Talbot | **Sam Whittington**; Steve Dowling | | | Re: Privileged and Confidential DRAFT investor letter | Re: Privileged and Confidential DRAFT investor letter.eml | Email requesting and reflecting legal advice from in-house counsel regarding draft investor letter. |
| 391 | APL-SECLIT_00647132 | | | | | | | Letter v5 26 December 530am.pages | Attached draft investor letter reflecting legal advice from in-house counsel. |
| 395 | APL-SECLIT_00645431 | 2018-12-24 | Nancy Paxton | Adam Talbot; Kate Adams | Luca Maestri; Steve Dowling; Matt Blake; Jeff Williams; **Sam Whittington**; Kyle Andeer; Saori Casey | | Re: Privileged and Confidential DRAFT investor letter | 20181224-1000 Re: Privileged and Confidential DRAFT investor letter.eml | Email requesting and reflecting legal advice from in-house counsel regarding draft investor letter. |
| 397 | APL-SECLIT_00645438 | 2018-12-24 | Nancy Paxton | Steve Dowling; Kate Adams | Jeff Williams; Luca Maestri; **Sam Whittington**; Kyle Andeer; Matt Blake; Saori Casey; Adam Talbot | | Re: Privileged and Confidential DRAFT investor letter | 20181224-0623 Re: Privileged and Confidential DRAFT investor letter.eml | Email requesting and reflecting legal advice from in-house counsel regarding draft investor letter. |
| 398 | APL-SECLIT_00645439 | 2018-12-24 | Matt Blake | Steve Dowling | Jeff Williams; Luca Maestri; Kate Adams; Nancy Paxton; **Sam Whittington**; Kyle Andeer; Saori Casey; Adam Talbot | | Re: Privileged and Confidential DRAFT investor letter | 20181224-0713 Re: Privileged and Confidential DRAFT investor letter.eml | Email requesting and reflecting legal advice from in-house counsel regarding draft investor letter. |
| 400 | APL-SECLIT_00645442 | 2018-12-26 | Luca Maestri | Adam Talbot | **Sam Whittington**; Steve Dowling; Saori Casey; Jeff Williams; Nancy Paxton; Matt Blake; Kate Adams; Kyle Andeer | | Re: Privileged and Confidential DRAFT investor letter | 20181226-1110 Re: Privileged and Confidential DRAFT investor letter.eml | Email requesting and reflecting legal advice from in-house counsel regarding draft investor letter. |
| 401 | APL-SECLIT_00645448 | 2018-12-26 | **Sam Whittington** | Saori Casey; Jeff Williams; Luca Maestri; Nancy Paxton; Matt Blake | Adam Talbot; Steve Dowling; Kate Adams; Kyle Andeer | | Re: Privileged and Confidential DRAFT investor letter | 20181226-0903 Re: Privileged and Confidential DRAFT investor letter.eml | Email providing legal advice from in-house counsel regarding draft investor letter. |

| No. | Production Bates | DocDate | From | To | Cc | Bcc | Subject | Filename | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **In re Apple Inc. Sec. Litig., No. 4:19-cv-02033-YGR (N.D. Cal.), Defendants' Privilege Log Pursuant to Fed. R. Civ. P. 26, Highly Confidential**<br>**Attorney Names Are Bolded**<br>The below-listed communications have been maintained as confidential by Apple in its internal systems, and to the best of Apple's knowledge, no unauthorized persons have received the communications. | | | | |
| 402 | APL-SECLIT_00645457 | | | | | | | Letter v5 26 December 530am.pages | Draft investor letter reflecting legal advice from in-house counsel attached to email providing legal advice from in-house counsel. |
| 403 | APL-SECLIT_00647167 | 2018-12-26 | Jeff Williams | **Sam Whittington**; Saori Casey; Kate Adams | Luca Maestri; Nancy Paxton; Matt Blake; Adam Talbot; Steve Dowling; Kyle Andeer | | Re: Privileged and Confidential DRAFT investor letter | Re: Privileged and Confidential DRAFT investor letter.eml | Email requesting and reflecting legal advice from in-house counsel regarding draft investor letter. |
| 404 | APL-SECLIT_00645462 | 2018-12-26 | Luca Maestri | **Kate Adams** | Adam Talbot; Jeff Williams; Steve Dowling; Nancy Paxton; **Sam Whittington**; Saori Casey; Matt Blake; Kyle Andeer | | Re: Privileged and Confidential DRAFT investor letter | 20181226-1301 Re: Privileged and Confidential DRAFT investor letter.eml | Email requesting and reflecting legal advice from in-house counsel regarding draft investor letter. |
| 405 | APL-SECLIT_00645469 | 2018-12-26 | Luca Maestri | Nancy Paxton | Kate Adams; **Sam Whittington**; Saori Casey; Jeff Williams; Matt Blake; Adam Talbot; Steve Dowling; Kyle Andeer | | Re: Privileged and Confidential DRAFT investor letter | 20181226-1111 Re: Privileged and Confidential DRAFT investor letter.eml | Email requesting and reflecting legal advice from in-house counsel regarding draft investor letter. |
| 406 | APL-SECLIT_00645475 | 2018-12-26 | Nancy Paxton | Luca Maestri; Kate Adams | **Sam Whittington**; Saori Casey; Jeff Williams; Matt Blake; Adam Talbot; Steve Dowling; Kyle Andeer | | Re: Privileged and Confidential DRAFT investor letter | 20181226-1058 Re: Privileged and Confidential DRAFT investor letter.eml | Email requesting and reflecting legal advice from in-house counsel regarding draft investor letter. |
| 407 | APL-SECLIT_00645481 | 2018-12-26 | Luca Maestri | **Sam Whittington** | Saori Casey; Jeff Williams; Nancy Paxton; Matt Blake; Adam Talbot; Steve Dowling; Kate Adams; Kyle Andeer | | Re: Privileged and Confidential DRAFT investor letter | 20181226-1053 Re: Privileged and Confidential DRAFT investor letter - 1.eml | Email requesting and reflecting legal advice from in-house counsel regarding draft investor letter. |
| 408 | APL-SECLIT_00645486 | 2018-12-26 | Adam Talbot | **Sam Whittington**; Luca Maestri; Steve Dowling | Saori Casey; Jeff Williams; Nancy Paxton; Matt Blake; Kate Adams; Kyle Andeer | | Re: Privileged and Confidential DRAFT investor letter | 20181226-1053 Re: Privileged and Confidential DRAFT investor letter.eml | Email requesting and reflecting legal advice from in-house counsel regarding draft investor letter. |
| 409 | APL-SECLIT_00645492 | 2018-12-26 | **Kate Adams** | Adam Talbot | Luca Maestri; Jeff Williams; Steve Dowling; Nancy Paxton; **Sam Whittington**; Saori Casey; Matt Blake; Kyle Andeer | | Re: Privileged and Confidential DRAFT investor letter | 20181226-1202 Re: Privileged and Confidential DRAFT investor letter.eml | Email providing legal advice from in-house counsel regarding draft investor letter. |
| 410 | APL-SECLIT_00645499 | 2018-12-26 | Adam Talbot | Luca Maestri; Jeff Williams; Steve Dowling; Kate Adams | Nancy Paxton; **Sam Whittington**; Saori Casey; Matt Blake; Kyle Andeer | | Re: Privileged and Confidential DRAFT investor letter | 20181226-1138 Re: Privileged and Confidential DRAFT investor letter.eml | Email requesting and reflecting legal advice from in-house counsel regarding draft investor letter. |
| 411 | APL-SECLIT_00645512 | | | | | | | Letter v6 26 December 1130am.pages | Attached draft investor letter reflecting legal advice from in-house counsel. |
| 417 | APL-SECLIT_00645529 | 2018-12-30 | Saori Casey | **Sam Whittington** | Steve Dowling; Nancy Paxton; Matt Blake; Saori Casey; Jeff Williams; Adam Talbot; Kate Adams; Kyle Andeer | | Re: Privileged and Confidential DRAFT investor letter | 20181230-0949 Re: Privileged and Confidential DRAFT investor letter.eml | Email requesting and reflecting legal advice from in-house counsel regarding draft investor letter. |
| 418 | APL-SECLIT_00645531 | 2018-12-30 | **Sam Whittington** | Steve Dowling; Saori Casey; Nancy Paxton; Matt Blake; Luca Maestri; Jeff Williams; Adam Talbot | **Kate Adams**; Kyle Andeer | | Fwd: Privileged and Confidential DRAFT investor letter | 20181230-0855 Fwd: Privileged and Confidential DRAFT investor letter.eml | Email providing legal advice from in-house counsel regarding draft investor letter. |
| 419 | APL-SECLIT_00645534 | | | | | | | Letter 26 December 200pm.pages | Draft investor letter reflecting legal advice from in-house counsel attached to email providing legal advice from in-house counsel regarding draft investor letter. |
| 420 | APL-SECLIT_00645538 | 2018-12-26 | Adam Talbot | Tim Cook; Luca Maestri; Kate Adams; Jeff Williams; Steve Dowling | Nancy Paxton; **Sam Whittington**; Saori Casey; Matt Blake; Kyle Andeer | | Privileged and Confidential DRAFT investor letter | 20181226-1352 Privileged and Confidential DRAFT investor letter.eml | Email requesting and reflecting legal advice from in-house counsel regarding draft investor letter. |
| 421 | APL-SECLIT_00645539 | | | | | | | Letter 26 December 200pm.pages | Attached investor letter reflecting legal advice from in-house counsel. |
| 449 | APL-SECLIT_00645561 | 2018-12-29 | Saori Casey | **Sam Whittington** | | | Re: Investor Letter - supporting information | 20181229-1351 Re: Investor Letter - supporting information.eml | Email requesting legal advice from in-house counsel regarding investor letter. |
| 450 | APL-SECLIT_00645564 | 2018-12-29 | **Sam Whittington** | Saori Casey | | | Re: Investor Letter - supporting information | 20181229-1313 Re: Investor Letter - supporting information.eml | Email providing legal advice from in-house counsel regarding investor letter. |
| 451 | APL-SECLIT_00645567 | 2018-12-29 | Saori Casey | **Sam Whittington** | | | Fwd: Investor Letter - supporting information | 20181229-1245 Fwd: Investor Letter - supporting information.eml | Email requesting legal advice from in-house counsel regarding investor letter. |
| 452 | APL-SECLIT_00645570 | 2018-12-30 | Kevan Parekh | Saori Casey | Donal Conroy | | Re: Investor Letter - supporting information | 20181230-0617 Re: Investor Letter - supporting information.eml | Email prepared by employee acting under the direction of in-house counsel and reflecting legal advice from in-house counsel regarding investor letter. |
| 455 | APL-SECLIT_00645577 | 2018-12-30 | Matt Blake | **Sam Whittington** | Saori Casey; Kyle Andeer; Nancy Paxton | | Re: Investor Letter - supporting information | 20181230-1032 Re: Investor Letter - supporting information.eml | Email requesting legal advice from in-house counsel regarding investor letter. |
| 459 | APL-SECLIT_00645593 | 2018-12-29 | Matt Blake | **Sam Whittington** | Saori Casey; Kyle Andeer; Nancy Paxton | | Re: Investor Letter - supporting information | 20181229-1252 Re: Investor Letter - supporting information.eml | Email requesting legal advice from in-house counsel regarding investor letter. |
| 460 | APL-SECLIT_00645596 | 2018-12-29 | Nancy Paxton | Saori Casey; **Sam Whittington** | Matt Blake; Kyle Andeer | | Re: Investor Letter - supporting information | 20181229-1224 Re: Investor Letter - supporting information.eml | Email reflecting and requesting legal advice from in-house counsel regarding investor letter. |
| 461 | APL-SECLIT_00645598 | 2018-12-29 | Saori Casey | **Sam Whittington** | Nancy Paxton; Matt Blake; Kyle Andeer | | Re: Investor Letter - supporting information | 20181229-1218 Re: Investor Letter - supporting information.eml | Email reflecting and requesting legal advice from in-house counsel regarding investor letter. |
| 462 | APL-SECLIT_00645600 | 2018-12-29 | **Sam Whittington** | Nancy Paxton; Matt Blake; Saori Casey | **Kyle Andeer** | | Investor Letter - supporting information | 20181229-0956 Investor Letter - supporting information.eml | Email providing legal advice from in-house counsel regarding investor letter. |
| 463 | APL-SECLIT_00645603 | | | | | | | BACKUP VERSION Letter 26 December 200pm.pages | Attached document reflecting legal advice from in-house counsel regarding investor letter. |

**EXHIBIT 1**

| In re Apple Inc. Sec. Litig., No. 4:19-cv-02033-YGR (N.D. Cal.), Defendants' Privilege Log Pursuant to Fed. R. Civ. P. 26, Highly Confidential |
|---|
| Attorney Names Are Bolded |
| The below-listed communications have been maintained as confidential by Apple in its internal systems, and to the best of Apple's knowledge, no unauthorized persons have received the communications. |

| No. | Production Bates | DocDate | From | To | Cc | Bcc | Subject | Filename | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 464 | APL-SECLIT_00645609 | 2018-12-30 | Nancy Paxton | **Sam Whittington** | Matt Blake; Saori Casey; Kyle Andeer | | Re: Investor Letter - supporting information | 20181230-0935 Re: Investor Letter - supporting information.eml | Email requesting legal advice from in-house counsel regarding investor letter. |
| 466 | APL-SECLIT_00645613 | | | | | | | | Attached document prepared by employee acting under the direction of in-house counsel sent for the purpose of obtaining legal advice regarding investor letter. |
| 469 | APL-SECLIT_00645617 | 2018-12-29 | Donal Conroy | Saori Casey | Kevan Parekh | | Re: Investor Letter - supporting information | 20181229-1550 Re: Investor Letter - supporting information.eml | Email reflecting legal advice from in-house counsel and requesting information from employees acting under the direction of in-house counsel regarding investor letter. |
| 470 | APL-SECLIT_00645620 | 2018-12-29 | Saori Casey | Donal Conroy; Kevan Parekh | | | Fwd: Investor Letter - supporting information | 20181229-1241 Fwd: Investor Letter - supporting information.eml | Email reflecting legal advice from in-house counsel regarding investor letter and providing information from employees acting under the direction of in-house counsel. |
| 471 | APL-SECLIT_00645625 | | | | | | | BACKUP VERSION Letter 26 December 200pm.pages | Attached document prepared by employee acting under the direction of in-house counsel for the purpose of obtaining legal advice regarding investor letter. |
| 472 | APL-SECLIT_00645631 | 2018-12-30 | Nancy Paxton | Saori Casey; **Sam Whittington** | Matt Blake; Kyle Andeer | | Re: Investor Letter - supporting information | 20181230-0957 Re: Investor Letter - supporting information.eml | Email reflecting and requesting legal advice from in-house counsel regarding investor letter. |
| 474 | APL-SECLIT_00645638 | 2018-12-30 | Saori Casey | **Sam Whittington** | Nancy Paxton; Matt Blake; Kyle Andeer | | Re: Investor Letter - supporting information | 20181229-2144 Re: Investor Letter - supporting information.eml | Email requesting legal advice from in-house counsel regarding investor letter and providing information to in-house counsel from employees acting under the direction of in-house counsel. |
| 478 | APL-SECLIT_00645644 | 2018-12-30 | **Sam Whittington** | Saori Casey | | | Re: Investor Letter - supporting information | 20181230-0740 Re: Investor Letter - supporting information.eml | Email reflecting legal advice from in-house counsel regarding investor letter. |
| 479 | APL-SECLIT_00645647 | 2018-12-30 | Saori Casey | Kevan Parekh | | | Re: Investor Letter - supporting information | 20181230-0936 Re: Investor Letter - supporting information.eml | Email reflecting legal advice from in-house counsel regarding investor letter and providing information from employee acting under the direction of in-house counsel. |
| 480 | APL-SECLIT_00646260 | 2018-12-30 | Kevan Parekh | Saori Casey | Donal Conroy | | Re: Investor Letter - supporting information | Re: Investor Letter - supporting information.eml | Email reflecting legal advice from in-house counsel regarding investor letter and providing information from employee acting under the direction of in-house counsel. |
| 482 | APL-SECLIT_00646267 | 2018-12-29 | Kevan Parekh | Saori Casey | Donal Conroy | | Re: Investor Letter - supporting information | Re: Investor Letter - supporting information.eml | Email reflecting legal advice from in-house counsel regarding investor letter and providing information from employee acting under the direction of in-house counsel. |
| 483 | APL-SECLIT_00645650 | 2018-12-29 | Saori Casey | Kevan Parekh | Donal Conroy | | Re: Investor Letter - supporting information | 20181229-1649 Re: Investor Letter - supporting information.eml | Email reflecting legal advice from in-house counsel regarding investor letter and providing information from employee acting under the direction of in-house counsel. |
| 484 | APL-SECLIT_00646757 | 2018-12-30 | Nancy Paxton | **Sam Whittington** | | | Re: Investor Letter - supporting information | Re: Investor Letter - supporting information.eml | Email requesting legal advice from in-house counsel regarding investor letter and providing information from employee acting under the direction of in-house counsel. |
| 485 | APL-SECLIT_00646759 | 2019-01-01 | Nancy Paxton | **Sam Whittington** | Matt Blake; Saori Casey; Kyle Andeer | | Re: Investor Letter - supporting information | Re: Investor Letter - supporting information.eml | Email reflecting legal advice from in-house counsel regarding investor letter and providing information from employee acting under the direction of in-house counsel. |
| 488 | APL-SECLIT_00646759 | 2018-12-29 | | | | | | Installed base commentary from Alex Roman.pdf | Attached document prepared by employee acting under the direction of in-house counsel sent for the purpose of obtaining legal advice regarding investor letter. |
| 490 | APL-SECLIT_00645653 | 2018-12-30 | **Sam Whittington** | Saori Casey | | | Re: Investor Letter - supporting information | 20181230-1011 Re: Investor Letter - supporting information.eml | Email reflecting legal advice from in-house counsel regarding investor letter. |
| 491 | APL-SECLIT_00645657 | 2018-12-30 | Saori Casey | **Sam Whittington** | Nancy Paxton; Matt Blake | | Fwd: Investor Letter - supporting information | 20181230-0951 Fwd: Investor Letter - supporting information.eml | Email reflecting legal advice from in-house counsel regarding investor letter and providing information from employee acting under the direction of in-house counsel. |
| 497 | APL-SECLIT_00645665 | 2018-12-30 | **Sam Whittington** | Saori Casey | Nancy Paxton; Matt Blake | | Re: Investor Letter - supporting information | 20181230-1328 Re: Investor Letter - supporting information.eml | Email reflecting legal advice from in-house counsel regarding investor letter. |
| 498 | APL-SECLIT_00645669 | 2018-12-30 | Saori Casey | **Sam Whittington** | Nancy Paxton; Matt Blake | | Fwd: Investor Letter - supporting information | 20181230-1327 Fwd: Investor Letter - supporting information.eml | Email requesting legal advice from in-house counsel regarding investor letter and providing information from employee acting under the direction of in-house counsel. |

**EXHIBIT 1**

In re Apple Inc. Sec. Litig., No. 4:19-cv-02033-YGR (N.D. Cal.), Defendants' Privilege Log Pursuant to Fed. R. Civ. P. 26, Highly Confidential
Attorney Names Are Bolded
The below-listed communications have been maintained as confidential by Apple in its internal systems, and to the best of Apple's knowledge, no unauthorized persons have received the communications.

| No. | Production Bates | DocDate | From | To | Cc | Bcc | Subject | Filename | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 512 | APL-SECLIT_00646063 | 2018-12-31 | Tim Cook | Steve Dowling; Nancy Paxton; Luca Maestri; Kate Adams; Adam Talbot; Saori Casey; **Sam Whittington**; Kyle Andeer; Jeff Williams | | Tim Cook | Letter revision | 20181231-1026 Letter revision.eml | Email requesting legal advice from in-house counsel regarding investor letter. |
| 513 | APL-SECLIT_00646064 | | | | | | | Letter 26 December 200pm copy.pages | Draft investor letter reflecting legal advice for in-house counsel sent for the purpose of obtaining legal advice. |
| 514 | APL-SECLIT_00645674 | 2019-01-01 | Adam Talbot | Saori Casey; Steve Dowling; **Sam Whittington**; Kate Adams; Luca Maestri | Nancy Paxton; Kyle Andeer; Jeff Williams | | Re: Letter revision | 20181231-1822 Re: Letter revision.eml | Email requesting legal advice from in-house counsel regarding investor letter. |
| 515 | APL-SECLIT_00645680 | | | | | | | 12_31 edits 615pm.pages | Draft investor letter reflecting legal advice from in-house counsel sent for the purpose of obtaining legal advice. |
| 516 | APL-SECLIT_00645685 | 2019-01-01 | Saori Casey | Adam Talbot | **Sam Whittington**; Steve Dowling; Nancy Paxton; Luca Maestri; Kate Adams; Kyle Andeer; Jeff Williams | | Re: Letter revision | 20181231-1751 Re: Letter revision.eml | Email requesting legal advice from in-house counsel regarding investor letter. |
| 517 | APL-SECLIT_00645688 | 2018-12-31 | **Sam Whittington** | Saori Casey | Steve Dowling; Nancy Paxton; Matt Blake; Adam Talbot; Kyle Andeer | | Re: Letter revision | 20181231-1208 Re: Letter revision.eml | Email providing legal advice from in-house counsel regarding investor letter. |
| 518 | APL-SECLIT_00645690 | 2018-12-31 | **Sam Whittington** | Steve Dowling; Saori Casey; Nancy Paxton; Matt Blake; Adam Talbot | **Kyle Andeer** | | Fwd: Letter revision | 20181231-1126 Fwd: Letter revision.eml | Email providing legal advice from in-house counsel regarding investor letter. |
| 519 | APL-SECLIT_00645692 | | | | | | | Letter 26 December 200pm copy.pages | Draft investor letter reflecting legal advice from in-house counsel attached to email providing legal advice from in-house counsel regarding investor letter. |
| 520 | APL-SECLIT_00645700 | 2019-01-01 | Luca Maestri | Adam Talbot | **Sam Whittington**; Steve Dowling; Nancy Paxton; Kate Adams; Saori Casey; Kyle Andeer; Jeff Williams | | Re: Letter revision | 20181231-1750 Re: Letter revision.eml | Email requesting legal advice from in-house counsel regarding investor letter. |
| 521 | APL-SECLIT_00645711 | 2018-12-31 | **Sam Whittington** | Steve Dowling; Adam Talbot | Nancy Paxton; Luca Maestri; Kate Adams; Saori Casey; Kyle Andeer; Jeff Williams | | Re: Letter revision | 20181231-1538 Re: Letter revision.eml | Email providing legal advice from in-house counsel regarding investor letter. |
| 522 | APL-SECLIT_00645706 | | | | | | | 12_31 edits to TC comments 445 pm draft.pages | Draft investor letter reflecting legal advice from in-house counsel sent for the purpose of obtaining legal advice. |
| 523 | APL-SECLIT_00645711 | 2018-12-31 | **Sam Whittington** | Steve Dowling; Adam Talbot | Nancy Paxton; Luca Maestri; Kate Adams; Saori Casey; Kyle Andeer; Jeff Williams | | Re: Letter revision | 20181231-1538 Re: Letter revision.eml | Email providing legal advice from in-house counsel regarding investor letter. |
| 524 | APL-SECLIT_00645713 | | | | | | | 12_31 edits to TC comments.pages | Draft investor letter reflecting legal advice from in-house counsel attached to email providing legal advice from in-house counsel regarding investor letter. |
| 525 | APL-SECLIT_00645718 | 2019-01-01 | Steve Dowling | Adam Talbot; **Sam Whittington** | Nancy Paxton; Luca Maestri; Kate Adams; Saori Casey; Kyle Andeer; Jeff Williams | | Re: Letter revision | 20181231-1742 Re: Letter revision.eml | Email requesting legal advice from in-house counsel regarding investor letter. |
| 526 | APL-SECLIT_00645722 | | | | | | | 12_31 edits 6pm.pages | Draft investor letter reflecting legal advice from in-house counsel sent for the purpose of obtaining legal advice. |
| 531 | APL-SECLIT_00645730 | 2019-01-01 | Adam Talbot | Luca Maestri; **Sam Whittington**; Steve Dowling; Kate Adams | Saori Casey; Nancy Paxton; Kyle Andeer; Jeff Williams | | Re: Letter revision - - Privileged and Confidential | 20190101-0930 Re: Letter revision - - Privileged and Confidential.eml | Email requesting legal advice from in-house counsel regarding investor letter. |
| 532 | APL-SECLIT_00645740 | | | | | | | 01_01 edits 930am.pages | Attached draft investor letter reflecting legal advice from in-house counsel sent for the purpose of obtaining legal advice. |
| 533 | APL-SECLIT_00645745 | 2019-01-01 | Luca Maestri | Adam Talbot | Saori Casey; Steve Dowling; **Sam Whittington**; Kate Adams; Nancy Paxton; Kyle Andeer; Jeff Williams | | Re: Letter revision - - Privileged and Confidential | 20190101-0803 Re: Letter revision - - Privileged and Confidential.eml | Email reflecting and requesting legal advice from in-house counsel regarding investor letter. |
| 534 | APL-SECLIT_00645750 | 2019-01-01 | **Kate Adams** | Luca Maestri | Steve Dowling; Adam Talbot; **Sam Whittington**; Saori Casey; Nancy Paxton; Kyle Andeer; Jeff Williams | | Re: Letter revision - - Privileged and Confidential | 20190101-1054 Re: Letter revision - - Privileged and Confidential.eml | Email providing legal advice from in-house counsel regarding investor letter. |
| 536 | APL-SECLIT_00647151 | 2019-01-01 | **Sam Whittington** | Adam Talbot | | | Re: Letter revision | Re: Letter revision.eml | Email providing legal advice from in-house counsel regarding investor letter. |
| 537 | APL-SECLIT_00646070 | 2019-01-01 | Nancy Paxton | Adam Talbot | Tim Cook; Kate Adams; Jeff Williams; Steve Dowling; Kyle Andeer; **Sam Whittington**; Saori Casey; Luca Maestri | | Re: Draft #2 | 20190101-1139 Re: Draft #2.eml | Email reflecting legal advice from in-house counsel regarding investor letter. |
| 538 | APL-SECLIT_00646072 | 2019-01-01 | Adam Talbot | Tim Cook; Kate Adams; Jeff Williams; Steve Dowling; Kyle Andeer; **Sam Whittington**; Saori Casey; Luca Maestri; Nancy Paxton | | | Re: Draft #2 | 20190101-1124 Re: Draft #2.eml | Email requesting legal advice from in-house counsel regarding investor letter. |

**In re Apple Inc. Sec. Litig., No. 4:19-cv-02033-YGR (N.D. Cal.), Defendants' Privilege Log Pursuant to Fed. R. Civ. P. 26, Highly Confidential**
**Attorney Names Are Bolded**
**The below-listed communications have been maintained as confidential by Apple in its internal systems, and to the best of Apple's knowledge, no unauthorized persons have received the communications.**

| No. | Production Bates | DocDate | From | To | Cc | Bcc | Subject | Filename | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 539 | APL-SECLIT_00646075 | | | | | | | 01_01 edits 1115am.pages | Attached draft investor letter reflecting legal advice from in-house counsel sent for the purpose of obtaining legal advice. |
| 540 | APL-SECLIT_00645760 | 2018-12-31 | Tim Cook | Kate Adams; Kyle Andeer; **Sam Whittington**; Jeff Williams; Saori Casey; Luca Maestri; Nancy Paxton; Steve Dowling; Adam Talbot | | | Draft #2 | 20181231-1444 Draft #2.eml | Email requesting legal advice from in-house counsel regarding investor letter. |
| 541 | APL-SECLIT_00645761 | | | | | | | Letter 26 December 200pm copy 2-1.pages | Attached draft investor letter reflecting legal advice from in-house counsel sent for the purpose of obtaining legal advice. |
| 542 | APL-SECLIT_00645767 | 2018-12-31 | Saori Casey | Jessie Zhang; Jason Malat | | | Fwd: Draft #2 | 20181231-1450 Fwd: Draft #2.eml | Email reflecting legal advice from in-house counsel regarding investor letter and requesting information of employees acting under the direction of in-house counsel. |
| 543 | APL-SECLIT_00645769 | | | | | | | Letter 26 December 200pm copy 2-1.pages | Attached draft investor letter reflecting legal advice from in-house counsel. |
| 544 | APL-SECLIT_00645775 | 2019-01-01 | Saori Casey | **Sam Whittington; Kyle Andeer** | | | Q1 FX impact | 20181231-1754 Q1 FX impact.eml | Email requesting legal advice from in-house counsel regarding investor letter. |
| 571 | APL-SECLIT_00645795 | 2019-01-01 | Saori Casey | Kevan Parekh; | | | Fwd: Letter revision | 20181231-2118 Fwd: Letter revision.eml | Email reflecting legal advice from in-house counsel regarding investor letter. |
| 573 | APL-SECLIT_00645807 | 2019-01-01 | **Sam Whittington** | Saori Casey; Nancy Paxton; Matt Blake | | | Fwd: Letter revision | 20190101-0926 Fwd: Letter revision.eml | Email providing legal advice from in-house counsel regarding investor letter. |
| 574 | APL-SECLIT_00645814 | | | | | | | 12_31 edits 615pm.pages | Draft investor letter reflecting legal advice from in-house counsel attached to email providing legal advice from in-house counsel regarding investor letter. |
| 575 | APL-SECLIT_00646772 | 2019-01-01 | Nancy Paxton | Matt Blake; **Sam Whittington** | | | Fwd: Letter revision | Fwd: Letter revision.eml | Email reflecting legal advice from in-house counsel regarding investor letter. |
| 577 | APL-SECLIT_00645819 | 2019-01-01 | Adam Talbot | Nancy Paxton; **Sam Whittington** | Steve Dowling; Matt Blake; Saori Casey | | Re: Net cash | 20190101-1537 Re: Net cash.eml | Email reflecting legal advice of in-house counsel regarding investor letter. |
| 578 | APL-SECLIT_00645821 | 2019-01-01 | Nancy Paxton | Adam Talbot; Steve Dowling; **Sam Whittington** | Matt Blake; Saori Casey | | Net cash | 20190101-1516 Net cash.eml | Email reflecting legal advice of in-house counsel regarding investor letter. |
| 582 | APL-SECLIT_00645832 | 2019-01-01 | Nancy Paxton | Saori Casey; **Sam Whittington** | | | Re: Treasury input | 20181231-2119 Re: Treasury input.eml | Email reflecting legal advice of in-house counsel regarding investor letter. |
| 583 | APL-SECLIT_00645835 | 2019-01-01 | Saori Casey | **Sam Whittington** | Nancy Paxton; Matt Blake | | Fwd: Customer Activations Week 14 (FQ1 week 12) | 20190101-1249 Fwd: Customer Activations Week 14 (FQ1 week 12).eml | Email from employee acting under the direction of in-house counsel regarding investor letter. |
| 587 | APL-SECLIT_00646101 | 2019-01-02 | Kevan Parekh | Tim Cook; Luca Maestri | Phil Schiller; Gregory Joswiak; Alex Roman; Saori Casey; Nancy Paxton; **Sam Whittington** | | Re: FY19 Q1 Installed Base Update | 20190101-1921 Re: FY19 Q1 Installed Base Update.eml | Email from employee acting under the direction of in-house counsel for the purpose of obtaining legal advice regarding guidance revision. |
| 589 | APL-SECLIT_00646105 | 2019-01-02 | Kevan Parekh | Tim Cook; Luca Maestri | Phil Schiller; Gregory Joswiak; Alex Roman; Saori Casey; Nancy Paxton; **Sam Whittington** | | FY19 Q1 Installed Base Update | 20190101-1330 FY19 Q1 Installed Base Update.eml | Email from employee acting under the direction of in-house counsel sent for the purpose of obtaining legal advice regarding guidance revision. |
| 593 | APL-SECLIT_00646783 | 2019-01-01 | Nancy Paxton | Matt Blake; **Sam Whittington** | | | Fwd: Letter revision - - Privileged and Confidential | Fwd: Letter revision - - Privileged and Confidential.eml | Email reflecting legal advice of in-house counsel regarding investor letter. |
| 594 | APL-SECLIT_00646794 | | | | | | | 01_01 edits 930am.pages | Attached draft investor letter reflecting legal advice from in-house counsel. |
| 616 | APL-SECLIT_00645842 | 2019-01-02 | **Kate Adams** | **Sam Whittington** | Luca Maestri; Saori Casey; Kyle Andeer | | Re: Confidential - Draft Announcement | 20190101-1914 Re: Confidential - Draft Announcement.eml | Email providing legal advice from in-house counsel regarding investor letter. |
| 617 | APL-SECLIT_00645844 | 2019-01-02 | **Sam Whittington** | Kate Adams; Luca Maestri; Saori Casey; Kyle Andeer | | | Re: Confidential - Draft Announcement | 20190101-1909 Re: Confidential - Draft Announcement.eml | Email providing legal advice from in-house counsel regarding investor letter. |
| 618 | APL-SECLIT_00645846 | 2019-01-02 | Luca Maestri | **Kate Adams** | **Sam Whittington**; Saori Casey; Kyle Andeer | | Re: Confidential - Draft Announcement | 20190101-1916 Re: Confidential - Draft Announcement.eml | Email reflecting legal advice from in-house counsel regarding investor letter. |
| 619 | APL-SECLIT_00645848 | 2019-01-02 | Saori Casey | Kevan Parekh | Tim Billups | | Re: Back up item - services revenue | 20190102-1754 Re: Back up item - services revenue.eml | Email from employee acting under the direction of in-house counsel regarding investor letter. |
| 620 | APL-SECLIT_00645850 | 2019-01-03 | Kevan Parekh | Saori Casey | Tim Billups | | Re: Back up item - services revenue | 20190102-1624 Re: Back up item - services revenue.eml | Email from employee acting under the direction of in-house counsel regarding investor letter. |
| 621 | APL-SECLIT_00645852 | 2019-01-02 | Saori Casey | Kevan Parekh; Tim Billups | | | Fwd: Back up item - services revenue | 20190102-1307 Fwd: Back up item - services revenue.eml | Email from employee acting under the direction of in-house counsel and forwarding request from in-house counsel regarding investor letter. |
| 622 | APL-SECLIT_00645854 | 2019-01-02 | Tim Billups | Saori Casey | Kevan Parekh | | Re: Back up item - services revenue | 20190102-1311 Re: Back up item - services revenue.eml | Email responding to employee acting under the direction of in-house counsel and forwarding request from in-house counsel regarding investor letter |

**In re Apple Inc. Sec. Litig., No. 4:19-cv-02033-YGR (N.D. Cal.), Defendants' Privilege Log Pursuant to Fed. R. Civ. P. 26, Highly Confidential**
**Attorney Names Are Bolded**
**The below-listed communications have been maintained as confidential by Apple in its internal systems, and to the best of Apple's knowledge, no unauthorized persons have received the communications.**

| No. | Production Bates | DocDate | From | To | Cc | Bcc | Subject | Filename | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 625 | APL-SECLIT_00646089 | 2019-01-01 | Saori Casey | Tim Cook; Luca Maestri; **Sam Whittington**; Steve Dowling; Nancy Paxton; Matt Blake; **Kate Adams**; Adam Talbots | Kevan Parekh | | Fwd: iPhone 6s NEP by Country | 20190101-1950 Fwd: iPhone 6s NEP by Country.eml | Email from employee acting under the direction of in-house counsel sent for the purpose of obtaining legal advice regarding investor letter. |
| 629 | APL-SECLIT_00645856 | 2019-01-01 | Saori Casey | Kevan Parekh; Donal Conroy | | | Fwd: Privileged and Confidential REVISED investor letter | 20190101-1635 Fwd: Privileged and Confidential REVISED investor letter.eml | Email reflecting legal advice from in-house counsel regarding investor letter. |
| 630 | APL-SECLIT_00645860 | | | | | | | 01_01 edits 430pm.pages | Attached draft investor letter reflecting legal advice from in-house counsel. |
| 651 | APL-SECLIT_00645883 | 2019-01-01 | Luca Maestri | Adam Talbot | Steve Dowling; **Sam Whittington**; Saori Casey; Kate Adams; Jeff Williams; Nancy Paxton; Matt Blake; Kyle Andeer | | Re: Privileged and Confidential REVISED investor letter | 20190101-2029 Re: Privileged and Confidential REVISED investor letter.eml | Email reflecting legal advice from in-house counsel regarding investor letter. |
| 653 | APL-SECLIT_00645889 | 2019-01-01 | Luca Maestri | Steve Dowling | **Sam Whittington**; Adam Talbot; Saori Casey; Kate Adams; Jeff Williams; Nancy Paxton; Matt Blake; Kyle Andeer | | Re: Privileged and Confidential REVISED investor letter | 20190101-1750 Re: Privileged and Confidential REVISED investor letter.eml | Email reflecting legal advice from in-house counsel regarding investor letter. |
| 655 | APL-SECLIT_00645895 | 2019-01-01 | Luca Maestri | **Sam Whittington** | Adam Talbot; Saori Casey; Kate Adams; Jeff Williams; Steve Dowling; Nancy Paxton; Matt Blake; Kyle Andeer | | Re: Privileged and Confidential REVISED investor letter | 20190101-1735 Re: Privileged and Confidential REVISED investor letter.eml | Email reflecting legal advice from in-house counsel regarding investor letter. |
| 656 | APL-SECLIT_00645898 | 2019-01-01 | **Sam Whittington** | Adam Talbot; Luca Maestri | Saori Casey; Kate Adams; Jeff Williams; Steve Dowling; Nancy Paxton; Matt Blake; Kyle Andeer | | Re: Privileged and Confidential REVISED investor letter | 20190101-1703 Re: Privileged and Confidential REVISED investor letter.eml | Email providing legal advice from in-house counsel regarding investor letter. |
| 657 | APL-SECLIT_00645900 | 2019-01-01 | Adam Talbot | **Sam Whittington** | Saori Casey; Luca Maestri; Jeff Williams; Steve Dowling; Nancy Paxton; Matt Blake; Kyle Andeer | | Re: Privileged and Confidential REVISED investor letter | 20190101-1648 Re: Privileged and Confidential REVISED investor letter.eml | Email reflecting legal advice from in-house counsel regarding investor letter. |
| 658 | APL-SECLIT_00645902 | 2019-01-01 | **Sam Whittington** | Adam Talbot | Saori Casey; Luca Maestri; Jeff Williams; Steve Dowling; Nancy Paxton; Matt Blake; Kyle Andeer | | Re: Privileged and Confidential REVISED investor letter | 20190101-1636 Re: Privileged and Confidential REVISED investor letter.eml | Email providing legal advice from in-house counsel regarding investor letter. |
| 659 | APL-SECLIT_00645904 | 2019-01-01 | Adam Talbot | Saori Casey; Luca Maestri; Kate Adams | Jeff Williams; Steve Dowling; Nancy Paxton; **Sam Whittington**; Matt Blake; Kyle Andeer | | Re: Privileged and Confidential REVISED investor letter | 20190101-1632 Re: Privileged and Confidential REVISED investor letter.eml | Email reflecting legal advice from in-house counsel regarding investor letter. |
| 660 | APL-SECLIT_00645907 | | | | | | | 01_01 edits 430pm.pages | Attached draft investor letter reflecting legal advice from in-house counsel. |
| 661 | APL-SECLIT_00645912 | 2019-01-01 | Saori Casey | Luca Maestri | Adam Talbot; Jeff Williams; Steve Dowling; Kate Adams; Nancy Paxton; **Sam Whittington**; Matt Blake; Kyle Andeer | | Re: Privileged and Confidential REVISED investor letter | 20190101-1617 Re: Privileged and Confidential REVISED investor letter.eml | Email reflecting legal advice from in-house counsel regarding investor letter. |
| 662 | APL-SECLIT_00645914 | 2019-01-01 | Luca Maestri | Saori Casey | Adam Talbot; Jeff Williams; Steve Dowling; Kate Adams; Nancy Paxton; **Sam Whittington**; Matt Blake; Kyle Andeer | | Re: Privileged and Confidential REVISED investor letter | 20190101-1615 Re: Privileged and Confidential REVISED investor letter.eml | Email reflecting legal advice from in-house counsel regarding investor letter. |
| 670 | APL-SECLIT_00645925 | 2019-01-02 | Nate Barton | Saori Casey | Jason Malat; Jessie Zhang | | Re: Back up item - services revenue | 20190102-1253 Re: Back up item - services revenue.eml | Email from employee acting under the direction of in-house counsel regarding investor letter and reflecting legal advice from in-house counsel regarding the same. |
| 672 | APL-SECLIT_00645927 | 2019-01-02 | Saori Casey | Nate Barton; Jason Malat | Jessie Zhang | | Re: Back up item - services revenue | 20190102-1251 Re: Back up item - services revenue.eml | Email from employee acting under the direction of in-house counsel regarding investor letter and reflecting legal advice from in-house counsel regarding the same. |
| 673 | APL-SECLIT_00645929 | 2019-01-02 | Jessie Zhang | Saori Casey | Jason Malat | | Re: Back up item - services revenue | 20190102-1316 Re: Back up item - services revenue.eml | Email from employee acting under the direction of in-house counsel regarding investor letter and reflecting legal advice from in-house counsel regarding the same. |
| 681 | APL-SECLIT_00647154 | 2019-01-02 | **Sam Whittington** | Adam Talbot; Steve Dowling | Nancy Paxton; Matt Blake; Saori Casey | | Re: Privileged and Confidential Revised Letter Draft | Re: Privileged and Confidential Revised Letter Draft.eml | Email providing legal advice from in-house counsel regarding investor letter. |
| 682 | APL-SECLIT_00647157 | | | | | | | sw edits to 01_01 edits 845 pm.pages | Draft investor letter reflecting legal advice from in-house counsel attached to email providing legal advice from in-house counsel regarding investor letter. |
| 686 | APL-SECLIT_00645934 | 2019-01-02 | Saori Casey | **Sam Whittington** | Nancy Paxton; Matt Blake; Jason Malat | | Re: Back up item - services revenue | 20190102-1300 Re: Back up item - services revenue.eml | Email requesting legal advice from in-house counsel regarding investor letter. |
| 688 | APL-SECLIT_00645936 | 2019-01-02 | Nancy Paxton | **Sam Whittington** | Saori Casey; Matt Blake | | Re: Back up item - services revenue | 20190102-1234 Re: Back up item - services revenue.eml | Email requesting legal advice from in-house counsel regarding investor letter. |
| 690 | APL-SECLIT_00645938 | 2019-01-02 | **Sam Whittington** | Saori Casey | Nancy Paxton; Matt Blake; Jason Malat | | Re: Back up item - services revenue | 20190102-1301 Re: Back up item - services revenue.eml | Email providing legal advice from in-house counsel regarding investor letter. |
| 691 | APL-SECLIT_00645940 | 2019-01-02 | **Sam Whittington** | Nancy Paxton | Saori Casey; Matt Blake | | Re: Back up item - services revenue | 20190102-1235 Re: Back up item - services revenue.eml | Email providing legal advice from in-house counsel regarding investor letter. |

**EXHIBIT 1**

**In re Apple Inc. Sec. Litig., No. 4:19-cv-02033-YGR (N.D. Cal.), Defendants' Privilege Log Pursuant to Fed. R. Civ. P. 26, Highly Confidential**
**Attorney Names Are Bolded**
**The below-listed communications have been maintained as confidential by Apple in its internal systems, and to the best of Apple's knowledge, no unauthorized persons have received the communications.**

| No. | Production Bates | DocDate | From | To | Cc | Bcc | Subject | Filename | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 692 | APL-SECLIT_00645942 | 2019-01-02 | Saori Casey | Nate Barton | | | Fwd: Back up item - services revenue | 20190102-1310 Fwd: Back up item - services revenue.eml | Email from employee acting under the direction of in-house counsel regarding investor letter and reflecting legal advice from in-house counsel regarding the same. |
| 951 | APL-SECLIT_00645698 | 2018-12-31 | Saori Casey | Jessie Zhang | | | Fwd: Letter revision | 20181231-1404 Fwd: Letter revision.eml | Email reflecting legal advice from in-house counsel regarding investor letter. |
| 952 | APL-SECLIT_00646161 | 2019-01-01 | Tim Cook | Kate Adams; Kyle Andeer; **Sam Whittington**; Jeff Williams; Saori Casey; Luca Maestri; Nancy Paxton; Steve Dowling; Adam Talbot | | | Re: Draft #2 | Re: Draft #2.eml | Email requesting legal advice from in-house counsel regarding investor letter. |
| 953 | APL-SECLIT_00646163 | 2019-01-01 | Luca Maestri | Tim Cook | **Kate Adams** | | Re: Draft #2 | Re: Draft #2.eml | Email requesting legal advice from in-house counsel regarding investor letter. |
| 961 | APL-SECLIT_00646799 | 2019-01-01 | Nancy Paxton | Adam Talbot; **Sam Whittington**; Steve Dowling | Matt Blake | | Christmas Day records | Christmas Day records.eml | Email sent from employee acting under the direction of in-house counsel regarding investor letter. |
| 965 | APL-SECLIT_00646190 | 2019-01-02 | Luca Maestri | Steve Dowling | **Sam Whittington**; Adam Talbot; Saori Casey; Kate Adams; Jeff Williams; Nancy Paxton; Matt Blake; Kyle Andeer | | Re: Privileged and Confidential REVISED investor letter | Re: Privileged and Confidential REVISED investor letter.eml | Email reflecting legal advice from in-house counsel regarding investor letter. |