# EXHIBIT 2

**EXHIBIT 2**

| | In re Apple Inc. Sec. Litig., No. 4:19-cv-02033-YGR (N.D. Cal.), Defendants' Privilege Log Pursuant to Fed. R. Civ. P. 26, Highly Confidential |
| --- | --- |
| | **Attorney Names Are Bolded** |
| | The below-listed communications have been maintained as confidential by Apple in its internal systems, and to the best of Apple's knowledge, no unauthorized persons have received the communications. |

| No. | Production Bates | DocDate | From | To | Cc | Bcc | Subject | Filename | Privilege Description |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1263 | APL-SECLIT_00527634 | 2018-11-06 | Priya Balasubramaniam | Jeff Williams | Sabih Khan; Daniel Rosckes; **David Tom** | | Re: Nikkei: Apple cancels production boost for budget iPhone XR: sources | | Redacted email communication reflecting legal advice from in-house counsel David Tom regarding response to article. |
| 1264 | APL-SECLIT_00551837 | 2018-11-06 | Priya Balasubramaniam | Jeff Williams | Sabih Khan; Daniel Rosckes; **David Tom** | | Re: Nikkei: Apple cancels production boost for budget iPhone XR: sources | | Redacted email communication reflecting legal advice from in-house counsel David Tom regarding response to article. |