# EXHIBIT 3

# EXHIBIT 3

| | In re Apple Inc. Sec. Litig., No. 4:19-cv-02033-YGR (N.D. Cal.), Defendants' Privilege Log Pursuant to Fed. R. Civ. P. 26, Highly Confidential<br>Attorney Names Are Bolded<br>The below-listed communications have been maintained as confidential by Apple in its internal systems, and to the best of Apple's knowledge, no unauthorized persons have received the communications. |
|---|---|

| No. | Production Bates | DocDate | From | To | Cc | Bcc | Subject | Filename | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 67 | APL-SECLIT_00646938 | 2018-04-25 | Nancy Paxton | **Dist Disclosure Committee List** | | | Earnings materials for review | Earnings materials for review.eml | Email requesting legal advice from in-house counsel regarding draft earnings release materials. |
| 81 | APL-SECLIT_00646940 | 2018-04-27 | Greg Sandberg | **Disclosure Committee Dist List** | | | [For Reference] Disclosure Committee Distribution: Q2'18 Form 10-Q Disclosure Committee Draft #3 | [For Reference] Disclosure Committee Distribution: Q2'18 Form 10-Q Disclosure Committee Draft #3.eml | Email requesting legal advice from in-house counsel regarding earnings release materials. |
| 100 | APL-SECLIT_00646942 | 2018-06-21 | Greg Sandberg | **Disclosure Committee Dist List** | | | [Review Required] Disclosure Committee Distribution: Q3'18 Form 10-Q Draft #1 | [Review Required] Disclosure Committee Distribution: Q3'18 Form 10-Q Draft #1.eml | Email requesting legal advice from in-house counsel regarding Q3'18 draft Form 10-Q. |
| 101 | APL-SECLIT_00646944 | 2018-06-21 | | | | | | Q3'18 Form 10-Q Disclosure Committee Draft #1.pdf | Attached Q3'18 Form 10-Q sent for the purpose of obtaining legal advice regarding the disclosure. |
| 141 | APL-SECLIT_00646991 | 2018-07-25 | Nancy Paxton | **Dist Disclosure Committee List** | | | Q318 Earnings Materials for Review | Q318 Earnings Materials for Review.eml | Email requesting legal advice from in-house counsel regarding Q318 earnings release materials. |
| 216 | APL-SECLIT_00645307 | 2018-10-23 | Nancy Paxton | **Dist Disclosure Committee List** | | | Earnings materials for review | 20181023-1220 Earnings materials for review.eml | Email requesting legal advice from in-house counsel regarding draft earnings release materials. |
| 271 | APL-SECLIT_00646203 | 2018-12-14 | Greg Sandberg | **Disclosure Committee Dist List** | | | [Review Required] Disclosure Committee Distribution: Q1'19 Form 10-Q Draft #1 | [Review Required] Disclosure Committee Distribution: Q1'19 Form 10-Q Draft #1.eml | Email requesting legal advice from in-house counsel regarding Q1'19 Form 10-Q. |
| 731 | APL-SECLIT_00645944 | 2019-01-19 | Greg Sandberg | **Disclosure Committee Dist List** | | | [Review Required] Disclosure Committee Distribution: Q1'19 Form 10-Q Draft #2 | 20190118-1626 [Review Required] Disclosure Committee Distribution: Q1'19 F.eml | Email requesting legal advice from in-house counsel regarding Q1'19 Form 10-Q. |
| 734 | APL-SECLIT_00645998 | 2019-01-22 | Nancy Paxton | **Dist Disclosure Committee List** | | | Q119 Earnings Materials for Review | 20190122-1737 Q119 Earnings Materials for Review.eml | Email requesting legal advice from in-house counsel regarding Q1'19 earnings materials. |
| 735 | APL-SECLIT_00646000 | 2019-01-23 | Nancy Paxton | **Dist Disclosure Committee List** | | | Q119 Earnings Materials for Review - Financial Statements | 20190122-1929 Q119 Earnings Materials for Review - Financial Statements.eml | Email requesting legal advice from in-house counsel regarding Q1'19 earnings materials. |
| 755 | APL-SECLIT_00646006 | 2019-01-29 | Greg Sandberg | **Disclosure Committee Dist List** | | | [Review Required] Disclosure Committee Distribution: Q1'19 Form 10-Q Draft #3 | 20190128-1844 [Review Required] Disclosure Committee Distribution: Q1'19 F.eml | Email requesting legal advice from in-house counsel regarding Q1'19 Form 10-Q. |
| 775 | APL-SECLIT_00646356 | 2019-03-20 | Greg Sandberg | **Disclosure Committee Dist List** | | | [Review Required] Disclosure Committee Distribution: Q2'19 Form 10-Q Draft #1 | [Review Required] Disclosure Committee Distribution: Q2'19 Form 10-Q Draft #1.eml | Email requesting legal advice from in-house counsel regarding Q2'19 Form 10-Q |
| 831 | APL-SECLIT_00646270 | 2018-09-14 | Greg Sandberg | **Disclosure Committee Dist List** | | | [Review Required] Disclosure Committee Distribution: 2018 Form 10-K Draft #1 (Word Doc) | | Email requesting legal advice from in-house counsel regarding 2018 Form 10-K. |
| 885 | APL-SECLIT_00647030 | 2018-10-19 | Greg Sandberg | **Disclosure Committee Dist List** | | | [Review Required] Disclosure Committee Distribution: 2018 Form 10-K Draft #2 | [Review Required] Disclosure Committee Distribution: 2018 Form 10-K Draft #2.eml | Email requesting legal advice from in-house counsel regarding 2018 Form 10-K. |