# EXHIBIT 4

**EXHIBIT 4**

**In re Apple Inc. Sec. Litig., No. 4:19-cv-02033-YGR (N.D. Cal.), Defendants' Privilege Log Pursuant to Fed. R. Civ. P. 26, Highly Confidential**
**Attorney Names Are Bolded**
The below-listed communications have been maintained as confidential by Apple in its internal systems, and to the best of Apple's knowledge, no unauthorized persons have received the communications.

| No. | Production Bates | DocDate | From | To | Cc | Bcc | Subject | Filename | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 31 | APL-SECLIT_00646182 | 2018-12-24 | Tejas Gala's files | | | | | Letter v4 23 December 10pm.pages | Draft investor letter reflecting legal advice from in-house counsel. |
| 32 | APL-SECLIT_00647117 | 2018-12-26 | Adam Talbot's files | | | | | Letter 26 December 200pm.pages | Draft investor letter reflecting legal advice from in-house counsel. |

1