# EXHIBIT 5A

**EXHIBIT 5A**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| \multicolumn{10}{c}{In re Apple Inc. Sec. Litig., No. 4:19-cv-02033-YGR (N.D. Cal.), Defendants' Privilege Log Pursuant to Fed. R. Civ. P. 26, Highly Confidential<br>Attorney Names Are Bolded<br>The below-listed communications have been maintained as confidential by Apple in its internal systems, and to the best of Apple's knowledge, no unauthorized persons have received the communications.} |

| No. | Production Bates | DocDate | From | To | Cc | Bcc | Subject | Filename | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 141 | APL-SECLIT_00646991 | 2018-07-25 | Nancy Paxton | **Dist Disclosure Committee List** | | | Q318 Earnings Materials for Review | Q318 Earnings Materials for Review.eml | Email requesting legal advice from in-house counsel regarding Q318 earnings release materials. |
| 142 | APL-SECLIT_00646993 | 2018-07-06 | | | | | | Q3'18 External Data Sheet.xlsx | Attached draft of Q3'18 external data sheet sent for the purpose of obtaining legal advice regarding the disclosure. |
| 216 | APL-SECLIT_00645307 | 2018-10-23 | Nancy Paxton | **Dist Disclosure Committee List** | | | Earnings materials for review | 20181023-1220 Earnings materials for review.eml | Email requesting legal advice from in-house counsel regarding draft earnings release materials. |
| 218 | APL-SECLIT_00645312 | 2018-10-05 | | | | | | Q4'18 External Data Sheet.xlsx | Attached Q4'18 external data sheet sent for the purpose of obtaining legal advice regarding earnings materials. |
| 219 | APL-SECLIT_00645318 | | | | | | | Return of Capital Timeline Q4'18.key | Attached Q4'18 return of capital timeline sent for the purpose of obtaining legal advice regarding earnings materials. |
| 220 | APL-SECLIT_00645328 | | | | | | | Net Sales by Category FY18.key | Attached net sales by category document sent for the purpose of obtaining legal advice regarding earnings materials. |
| 485 | APL-SECLIT_00646759 | 2019-01-01 | Nancy Paxton | **Sam Whittington** | Matt Blake; Saori Casey; Kyle Andeer | | Re: Investor Letter - supporting information | Re: Investor Letter - supporting information.eml | Email requesting legal advice from in-house counsel regarding investor letter and providing information from employee acting under the direction of in-house counsel. |
| 488 | APL-SECLIT_00646759 | 2018-12-29 | | | | | | Installed base commentary from Alex Roman.pdf | Attached document prepared by employee acting under the direction of in-house counsel sent for the purpose of obtaining legal advice regarding investor letter. |