# EXHIBIT 5B

**EXHIBIT 5B**

**In re Apple Inc. Sec. Litig., No. 4:19-cv-02033-YGR (N.D. Cal.), Defendants' Privilege Log Pursuant to Fed. R. Civ. P. 26, Highly Confidential**
**Attorney Names Are Bolded**
The below-listed communications have been maintained as confidential by Apple in its internal systems, and to the best of Apple's knowledge, no unauthorized persons have received the communications.

| No. | Production Bates | DocDate | From | To | Cc | Bcc | Subject | Filename | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 84 | APL-SECLIT_00646406 | 2018-04-30 | Greg Sandberg | Nancy Paxton; Chris Kondo; Gene Levoff; **Sam Whittington**; Stephanie Shingai | | | Re: Earnings Release Form 8-K PDF | Re: Earnings Release Form 8-K PDF.eml | Email requesting legal advice from in-house counsel regarding draft Form 8-K. |
| 85 | APL-SECLIT_00646408 | 2018-04-30 | | | | | | 8-K Q2 2018 Proof (4.30.2018 2.00pm).pdf | Attached draft Q2'18 Form 8-K sent for the purpose of obtaining legal advice regarding the disclosure. |
| 106 | APL-SECLIT_00646417 | 2018-07-09 | Nancy Paxton | **Katerina Kousoula** | **Sam Whittington** | | Re: Updated drafts of Risk Factors | Re: Updated drafts of Risk Factors.eml | Email requesting legal advice from in-house counsel regarding risk factors. |
| 107 | APL-SECLIT_00646421 | 2018-07-05 | | | | | | Updated Risk Factors July 9NP.docx | Attached draft of risk factors reflecting legal advice from in-house counsel regarding the same. |
| 108 | APL-SECLIT_00646424 | 2018-07-09 | **Katerina Kousoula** | Nancy Paxton | **Sam Whittington** | | Re: Updated drafts of Risk Factors | Re: Updated drafts of Risk Factors.eml | Email providing legal advice from in-house counsel regarding risk factors. |
| 109 | APL-SECLIT_00646427 | 2018-07-05 | | | | | | Updated Risk Factors July 9.docx | Draft risk factors reflecting legal advice from in-house counsel attached to email providing legal advice from in-house counsel. |
| 141 | APL-SECLIT_00646991 | 2018-07-25 | Nancy Paxton | **Dist Disclosure Committee List** | | | Q318 Earnings Materials for Review | Q318 Earnings Materials for Review.eml | Email requesting legal advice from in-house counsel regarding Q318 earnings release materials. |
| 143 | APL-SECLIT_00647018 | | | | | | | Q318 Earnings Press Release - Pages.pages | Attached draft of Q3'18 earnings press release sent for the purpose of obtaining legal advice regarding the disclosure. |
| 144 | APL-SECLIT_00647021 | | | | | | | Q318 Executive Script.pages | Attached draft of Q3'18 executive script sent for the purpose of obtaining legal advice regarding the disclosure. |
| 150 | APL-SECLIT_00646430 | 2018-07-25 | **Katerina Kousoula** | Nancy Paxton | **Sam Whittington** | | Earnings Materials | Earnings Materials.eml | Email providing legal advice from in-house counsel regarding earnings release materials. |
| 151 | APL-SECLIT_00646432 | | | | | | | Q318 Earnings Press Release - Track Changes July 25.pages | Earnings release materials reflecting legal advice from in-house counsel attached to email providing legal advice regarding earnings release materials. |
| 164 | APL-SECLIT_00646435 | 2018-07-30 | Greg Sandberg | Chris Kondo; Nancy Paxton; **Sam Whittington**; Stephanie Shingai; **Katerina Kousoula** | | | Earnings Release Form 8-K PDF | Earnings Release Form 8-K PDF.eml | Email requesting legal advice from in-house counsel regarding earnings release Form 8-K. |
| 165 | APL-SECLIT_00646436 | 2018-07-30 | | | | | | 8-K Q3 2018 Proof (7.30.2018 12.00pm).pdf | Attached Q3'18 Form 8-K sent for the purpose of obtaining legal advice regarding the disclosure. |
| 174 | APL-SECLIT_00646127 | 2018-08-20 | Tim Cook | Lisa P Jackson; Kate Adams | | Tim Cook | Fwd: draft preso for BoD - Privileged and Confidential | 20180820-1642 Fwd: draft preso for BoD - Privileged and Confidential.eml | Email reflecting legal advice and providing information in connection with seeking legal advice regarding board presentation. |
| 175 | APL-SECLIT_00646128 | 2018-08-20 | | | | | | Lisa Board Preso Aug 2018.pdf | Attached draft board presentation sent for the purpose of obtaining legal advice. |
| 176 | APL-SECLIT_00646112 | 2018-08-20 | Lisa P Jackson | Tim Cook; Kate Adams | | | draft preso for BoD - Privileged and Confidential | | Email requesting legal advice from in-house counsel regarding draft board presentation. |
| 177 | APL-SECLIT_00646113 | 2018-08-20 | | | | | | | | Attached draft board presentation sent for the purpose of obtaining legal advice regarding the same. |
| 211 | APL-SECLIT_00645301 | 2018-10-22 | **Sam Whittington** | Saori Casey | **Katerina Kousoula** | | Re: Gross Margin Language | 20181022-1314 Re: Gross Margin Language.eml | Email reflecting legal advice from in-house counsel regarding gross margin language in Form 10-K. |
| 212 | APL-SECLIT_00645306 | 2018-10-22 | | | | | | | GM Revision October 22.pdf | Attached document reflecting legal advice from in-house counsel regarding gross margin language in Form 10-K. |
| 216 | APL-SECLIT_00645307 | 2018-10-23 | Nancy Paxton | **Dist Disclosure Committee List** | | | Earnings materials for review | 20181023-1220 Earnings materials for review.eml | Email requesting legal advice from in-house counsel regarding draft earnings release materials. |
| 217 | APL-SECLIT_00645309 | | | | | | | | Q418 Earnings Press Release Pages.pages | Attached Q4'18 press release sent for the purpose of obtaining legal advice regarding earnings materials. |

**In re Apple Inc. Sec. Litig., No. 4:19-cv-02033-YGR (N.D. Cal.), Defendants' Privilege Log Pursuant to Fed. R. Civ. P. 26, Highly Confidential**
**Attorney Names Are Bolded**
The below-listed communications have been maintained as confidential by Apple in its internal systems, and to the best of Apple's knowledge, no unauthorized persons have received the communications.

| No. | Production Bates | DocDate | From | To | Cc | Bcc | Subject | Filename | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 221 | APL-SECLIT_00645319 | | | | | | | Q418 Executive Script.pages | Attached Q4'18 executive script sent for the purpose of obtaining legal advice regarding earnings materials. |
| 223 | APL-SECLIT_00646706 | 2018-10-23 | **Katerina Kousoula** | Nancy Paxton | **Sam Whittington** | | Re: Earnings materials for review | Re: Earnings materials for review.eml | Email providing legal advice from in-house counsel regarding draft earnings release materials. |
| 224 | APL-SECLIT_00646709 | | | | | | | Q418 Earnings Press Release Pages KK Comments.pages | Draft earnings release materials reflecting legal advice from in-house counsel attached to email providing legal advice from in-house counsel regarding draft earnings release materials. |
| 269 | APL-SECLIT_00646187 | 2018-12-13 | Tejas Gala | Matt Blake; **Sam Whittington** | | | EPS Impact | EPS Impact.eml | Email prepared by employees acting under the direction of in-house counsel regarding EPS calculation. |
| 270 | APL-SECLIT_00646189 | 2018-12-13 | | | | | | PastedGraphic-1.png | Document prepared by employees acting under the direction of in-house counsel regarding EPS calculation attached to email prepared by employees acting under the direction of in-house counsel regarding EPS calculation. |
| 271 | APL-SECLIT_00646203 | 2018-12-14 | Greg Sandberg | **Disclosure Committee Dist List** | | | [Review Required] Disclosure Committee Distribution: Q1'19 Form 10-Q Draft #1 | [Review Required] Disclosure Committee Distribution: Q1'19 Form 10-Q Draft #1.eml | Email requesting legal advice from in-house counsel regarding Q1'19 Form 10-Q. |
| 272 | APL-SECLIT_00646205 | 2018-12-14 | | | | | | Q1'19 Form 10-Q Disclosure Committee Draft #1.pdf | Attached draft Q1'19 Form 10-Q sent for the purpose of obtaining legal advice regarding the disclosure. |
| 273 | APL-SECLIT_00646712 | 2018-12-14 | Matt Blake | Nancy Paxton; **Sam Whittington** | | | Privileged and Confidential - Q&A | Privileged and Confidential - Q&A.eml | Email requesting legal advice from in-house counsel regarding earnings Q&A. |
| 274 | APL-SECLIT_00646713 | | | | | | | Pre-Q1'19 Q&A.pages | Attached draft Q&A sent for the purpose of obtaining legal advice. |
| 302 | APL-SECLIT_00646717 | 2018-12-17 | Matt Blake | Nancy Paxton | **Sam Whittington** | | Re: Q&A | Re: Q&A.eml | Email chain reflecting and requesting legal advice from in-house counsel regarding Q&A. |
| 303 | APL-SECLIT_00646719 | | | | | | | Pre-Q1'19 Q&A.pages | Attached draft Q&A sent for the purpose of obtaining legal advice. |
| 314 | APL-SECLIT_00645329 | 2018-12-18 | Nancy Paxton | **Sam Whittington**; Saori Casey; Steve Dowling | Matt Blake | | Fwd: Q&A | 20181218-1033 Fwd: Q&A.eml | Email chain requesting legal advice from in-house counsel regarding Q&A. |
| 315 | APL-SECLIT_00645331 | | | | | | | Pre-Q1'19 Q&A.pages | Attached draft Q&A sent for the purpose of obtaining legal advice. |
| 316 | APL-SECLIT_00646725 | 2018-12-18 | **Sam Whittington** | Nancy Paxton; Matt Blake | | | Fwd: Q&A | Fwd: Q&A.eml | Email providing legal advice from in-house counsel regarding Q&A. |
| 317 | APL-SECLIT_00646727 | | | | | | | Pre-Q1'19 Q&A.pages | Attached draft Q&A providing legal advice from in-house counsel. |
| 318 | APL-SECLIT_00645295 | 2018-12-19 | Matt Blake | Nancy Paxton | **Sam Whittington** | | Re: Privileged and Confidential - Q&A DRAFT v 2 | Re: Privileged and Confidential - Q&A DRAFT v 2.eml | Email requesting legal advice from in-house counsel regarding Q&A. |
| 319 | APL-SECLIT_00645298 | | | | | | | Pre-Q1'19 Q&A v2NP+MB.pages | Attached draft Q&A reflecting legal advice from in-house counsel and sent for the purpose of obtaining legal advice. |
| 320 | APL-SECLIT_00645337 | 2018-12-19 | Nancy Paxton | Steve Dowling; **Sam Whittington** | Matt Blake; Saori Casey | | Re: Privileged and Confidential - Q&A DRAFT v 2 | 20181219-1227 Re: Privileged and Confidential - Q&A DRAFT v 2.eml | Email requesting legal advice from in-house counsel regarding Q&A. |
| 321 | APL-SECLIT_00645339 | | | | | | | Pre-Q1'19 Q&A v2NP+MB.pages | Attached draft Q&A sent for the purpose of obtaining legal advice. |
| 322 | APL-SECLIT_00645341 | 2018-12-19 | Steve Dowling | **Sam Whittington**; Nancy Paxton; Matt Blake; Saori Casey | | | Privileged and Confidential - Q&A DRAFT v 2 | 20181218-2336 Privileged and Confidential - Q&A DRAFT v 2.eml | Email requesting legal advice from in-house counsel regarding Q&A. |
| 323 | APL-SECLIT_00645342 | | | | | | | Pre-Q1'19 Q&A v2.pages | Attached draft Q&A reflecting legal advice from in-house counsel. |
| 324 | APL-SECLIT_00646733 | 2018-12-19 | Nancy Paxton | Matt Blake; **Sam Whittington** | | | Fwd: Privileged and Confidential - Q&A DRAFT v 2 | Fwd: Privileged and Confidential - Q&A DRAFT v 2.eml | Email requesting legal advice from in-house counsel regarding Q&A. |

| | In re Apple Inc. Sec. Litig., No. 4:19-cv-02033-YGR (N.D. Cal.), Defendants' Privilege Log Pursuant to Fed. R. Civ. P. 26, Highly Confidential<br>**Attorney Names Are Bolded**<br>The below-listed communications have been maintained as confidential by Apple in its internal systems, and to the best of Apple's knowledge, no unauthorized persons have received the communications. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| No. | Production Bates | DocDate | From | To | Cc | Bcc | Subject | Filename | Privilege Description |
| 325 | APL-SECLIT_00646735 | | | | | | | Pre-Q1'19 Q&A v2NP.pages | Attached draft Q&A reflecting legal advice from in-house counsel and sent for the purpose of obtaining legal advice. |
| 326 | APL-SECLIT_00646737 | | | | | | | Pre-Q1'19 Q&A v2.pages | Attached draft Q&A reflecting legal advice from in-house counsel and sent for the purpose of obtaining legal advice. |
| 333 | APL-SECLIT_00645346 | 2018-12-20 | Steve Dowling | **Sam Whittington**; Nancy Paxton; Matt Blake; Saori Casey | | | Privileged and Confidential - DRAFT Q&A v3 | 20181220-1507 Privileged and Confidential - DRAFT Q&A v3.eml | Email requesting legal advice from in-house counsel regarding Q&A. |
| 334 | | | | | | | | Q1 Q&A v 3.pages | Attached Q&A reflecting legal advice from in-house counsel and sent for the purpose of obtaining legal advice. |
| 342 | | 2018-12-21 | Matt Blake | **Sam Whittington**; Adam Talbot | Steve Dowling; Nancy Paxton | | Re: Latest drafts | Re: Latest drafts.eml | Email chain requesting legal advice from in-house counsel regarding Q&A. |
| 343 | APL-SECLIT_00645300 | | | | | | | Screen Shot 2018-12-21 at 2.20.19 PM.png | Attached draft Q&A sent for the purpose of obtaining legal advice. |
| 363 | APL-SECLIT_00645350 | 2018-12-23 | Steve Dowling | Luca Maestri; Kate Adams | Nancy Paxton; Saori Casey; Adam Talbot; Kyle Andeer; **Sam Whittington**; Matt Blake | | Investor letter DRAFT -- privileged and confidential | 20181223-1109 Investor letter DRAFT -- privileged and confidential.eml | Email requesting legal advice from in-house counsel regarding draft investor letter. |
| 364 | APL-SECLIT_00645351 | | | | | | | Letter 23 December 11am.pages | Attached draft investor letter reflecting legal advice from in-house counsel sent for the purpose of obtaining legal advice. |
| 365 | APL-SECLIT_00645355 | 2018-12-23 | Luca Maestri | **Kate Adams** | Steve Dowling; Nancy Paxton; Saori Casey; Adam Talbot; Kyle Andeer; **Sam Whittington**; Matt Blake | | Re: Investor letter DRAFT -- privileged and confidential | 20181223-1547 Re: Investor letter DRAFT - privileged and confidential.eml | Email requesting and reflecting legal advice from in-house counsel regarding draft investor letter. |
| 366 | APL-SECLIT_00645360 | | | | | | | Letter 23 December 11am LM input.pages | Attached draft investor letter reflecting legal advice from in-house counsel sent for the purpose of obtaining legal advice. |
| 375 | APL-SECLIT_00645380 | 2018-12-24 | Adam Talbot | Luca Maestri; Steve Dowling; Nancy Paxton; Matt Blake; Kate Adams | Jeff Williams; **Sam Whittington**; Kyle Andeer; Saori Casey | | Re: Privileged and Confidential DRAFT investor letter | 20181224-0846 Re: Privileged and Confidential DRAFT investor letter.eml | Email requesting and reflecting legal advice from in-house counsel regarding draft investor letter. |
| 376 | APL-SECLIT_00645384 | | | | | | | Letter v4 24 December 845am.pages | Attached draft investor letter reflecting legal advice from in-house counsel. |
| 378 | APL-SECLIT_00645391 | 2018-12-24 | Steve Dowling | Jeff Williams; Luca Maestri; Kate Adams; Nancy Paxton | **Sam Whittington**; Kyle Andeer; Matt Blake; Saori Casey; Adam Talbot | | Privileged and Confidential DRAFT investor letter | 20181223-2212 Privileged and Confidential DRAFT investor letter.eml | Email requesting and reflecting legal advice from in-house counsel regarding draft investor letter. |
| 379 | APL-SECLIT_00645392 | | | | | | | Letter v4 23 December 10pm.pages | Attached draft investor letter reflecting legal advice from in-house counsel. |
| 383 | APL-SECLIT_00645408 | 2018-12-24 | Adam Talbot | Jeff Williams; Kate Adams; Luca Maestri; Saori Casey | Steve Dowling; Nancy Paxton; Matt Blake; **Sam Whittington**; Kyle Andeer | | Re: Privileged and Confidential DRAFT investor letter | 20181224-1038 Re: Privileged and Confidential DRAFT investor letter.eml | Email requesting and reflecting legal advice from in-house counsel regarding draft investor letter. |
| 384 | APL-SECLIT_00645414 | | | | | | | Letter v4 24 December 1030am.pages | Attached draft investor letter reflecting legal advice from in-house counsel. |

**In re Apple Inc. Sec. Litig., No. 4:19-cv-02033-YGR (N.D. Cal.), Defendants' Privilege Log Pursuant to Fed. R. Civ. P. 26, Highly Confidential**
**Attorney Names Are Bolded**
The below-listed communications have been maintained as confidential by Apple in its internal systems, and to the best of Apple's knowledge, no unauthorized persons have received the communications.

| No. | Production Bates | DocDate | From | To | Cc | Bcc | Subject | Filename | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 390 | APL-SECLIT_00647121 | 2018-12-26 | Adam Talbot | **Sam Whittington**; Steve Dowling | | | Re: Privileged and Confidential DRAFT investor letter | Re: Privileged and Confidential DRAFT investor letter.eml | Email requesting and reflecting legal advice from in-house counsel regarding draft investor letter. |
| 391 | APL-SECLIT_00647132 | | | | | | | Letter v5 26 December 530am.pages | Attached draft investor letter reflecting legal advice from in-house counsel. |
| 401 | APL-SECLIT_00645448 | 2018-12-26 | **Sam Whittington** | Saori Casey; Jeff Williams; Luca Maestri; Nancy Paxton; Matt Blake | Adam Talbot; Steve Dowling; Kate Adams; Kyle Andeer | | Re: Privileged and Confidential DRAFT investor letter | 20181226-0903 Re: Privileged and Confidential DRAFT investor letter.eml | Email providing legal advice from in-house counsel regarding draft investor letter. |
| 402 | APL-SECLIT_00645457 | | | | | | | Letter v5 26 December 530am.pages | Draft investor letter reflecting legal advice from in-house counsel attached to email providing legal advice from in-house counsel. |
| 410 | APL-SECLIT_00645499 | 2018-12-26 | Adam Talbot | Luca Maestri; Jeff Williams; Steve Dowling; Kate Adams | Nancy Paxton; **Sam Whittington**; Saori Casey; Matt Blake; Kyle Andeer | | Re: Privileged and Confidential DRAFT investor letter | 20181226-1138 Re: Privileged and Confidential DRAFT investor letter.eml | Email requesting and reflecting legal advice from in-house counsel regarding draft investor letter. |
| 411 | APL-SECLIT_00645512 | | | | | | | Letter v6 26 December 1130am.pages | Attached draft investor letter reflecting legal advice from in-house counsel. |
| 418 | APL-SECLIT_00645531 | 2018-12-30 | **Sam Whittington** | Steve Dowling; Saori Casey; Nancy Paxton; Matt Blake; Luca Maestri; Jeff Williams; Adam Talbot | **Kate Adams; Kyle Andeer** | | Fwd: Privileged and Confidential DRAFT investor letter | 20181230-0855 Fwd: Privileged and Confidential DRAFT investor letter.eml | Email providing legal advice from in-house counsel regarding draft investor letter. |
| 419 | APL-SECLIT_00645534 | | | | | | | Letter 26 December 200pm.pages | Draft investor letter reflecting legal advice from in-house counsel attached to email providing legal advice from in-house counsel regarding draft investor letter. |
| 420 | APL-SECLIT_00645538 | 2018-12-26 | Adam Talbot | Tim Cook; Luca Maestri; Kate Adams; Jeff Williams; Steve Dowling | Nancy Paxton; **Sam Whittington**; Saori Casey; Matt Blake; Kyle Andeer | | Privileged and Confidential DRAFT investor letter | 20181226-1352 Privileged and Confidential DRAFT investor letter.eml | Email requesting and reflecting legal advice from in-house counsel regarding draft investor letter. |
| 421 | APL-SECLIT_00645539 | | | | | | | Letter 26 December 200pm.pages | Attached draft investor letter reflecting legal advice from in-house counsel. |
| 425 | APL-SECLIT_00646739 | 2018-12-29 | Steve Dowling | **Sam Whittington** | Nancy Paxton; Matt Blake | | Re: Q&A Prep | Re: Q&A Prep.eml | Email reflecting legal advice from in-house counsel regarding Q&A. |
| 426 | APL-SECLIT_00646744 | | | | | | | Q1 Q&A 12-29.pages | Attached draft Q&A reflecting legal advice from in-house counsel. |
| 427 | APL-SECLIT_00646748 | 2018-12-28 | Nancy Paxton | **Sam Whittington** | Matt Blake; Steve Dowling | | Re: Q&A Prep | Re: Q&A Prep.eml | Email requesting legal advice from in-house counsel regarding Q&A. |
| 428 | APL-SECLIT_00646751 | | | | | | | Q1 Q&A 12-28.pages | Attached draft Q&A sent for the purpose of obtaining legal advice. |
| 432 | APL-SECLIT_00645543 | 2018-12-29 | Luca Maestri; Jeff Williams; Kate Adams | **Sam Whittington**; Saori Casey; Nancy Paxton; Matt Blake; Kyle Andeer; Adam Talbot | | Privileged and confidential - Q&A DRAFT | 20181229-1241 Privileged and confidential - Q&A DRAFT.eml | Email requesting legal advice from in-house counsel regarding Q&A. |

**EXHIBIT 5B**

**In re Apple Inc. Sec. Litig., No. 4:19-cv-02033-YGR (N.D. Cal.), Defendants' Privilege Log Pursuant to Fed. R. Civ. P. 26, Highly Confidential**
**Attorney Names Are Bolded**
The below-listed communications have been maintained as confidential by Apple in its internal systems, and to the best of Apple's knowledge, no unauthorized persons have received the communications.

| No. | Production Bates | DocDate | From | To | Cc | Bcc | Subject | Filename | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 433 | APL-SECLIT_00645544 | | | | | | | Q1 Q&A 12-29.pages | Attached draft Q&A sent for the purpose of obtaining legal advice. |
| 436 | APL-SECLIT_00645548 | 2018-12-29 | Saori Casey | Jason Malat; Jessie Zhang | | | Fwd: Privileged and confidential - Q&A DRAFT | 20181229-1351 Fwd: Privileged and confidential - Q&A DRAFT.eml | Email reflecting legal advice from in-house counsel regarding Q&A. |
| 437 | APL-SECLIT_00645550 | | | | | | | Q1 Q&A 12-29.pages | Attached draft Q&A reflecting legal advice from in-house counsel. |
| 443 | APL-SECLIT_00645554 | 2018-12-30 | Luca Maestri; **Sam Whittington** | Jeff Williams; Kate Adams; Saori Casey; Nancy Paxton; Matt Blake; Kyle Andeer; Adam Talbot | | Re: Privileged and confidential - Q&A DRAFT | 20181229-2126 Re: Privileged and confidential - Q&A DRAFT.eml | Email reflecting legal advice from in-house counsel regarding Q&A. |
| 444 | APL-SECLIT_00645557 | | | | | | | Q1 Q&A 12-30.pages | Attached draft Q&A reflecting legal advice from in-house counsel. |
| 462 | APL-SECLIT_00645600 | 2018-12-29 | **Sam Whittington** | Nancy Paxton; Matt Blake; Saori Casey | **Kyle Andeer** | | Investor Letter - supporting information | 20181229-0956 Investor Letter - supporting information.eml | Email providing legal advice from in-house counsel regarding investor letter. |
| 463 | APL-SECLIT_00645603 | | | | | | | BACKUP VERSION Letter 26 December 200pm.pages | Attached document reflecting legal advice from in-house counsel regarding investor letter. |
| 464 | APL-SECLIT_00645609 | 2018-12-30 | Nancy Paxton | **Sam Whittington** | Matt Blake; Saori Casey; Kyle Andeer | | Re: Investor Letter - supporting information | 20181230-0935 Re: Investor Letter - supporting information.eml | Email requesting legal advice from in-house counsel regarding investor letter. |
| 466 | APL-SECLIT_00645613 | | | | | | | | Attached document prepared by employee acting under the direction of in-house counsel sent for the purpose of obtaining legal advice regarding investor letter. |
| 470 | APL-SECLIT_00645620 | 2018-12-29 | Saori Casey | Donal Conroy; Kevan Parekh | | | Fwd: Investor Letter - supporting information | 20181229-1241 Fwd: Investor Letter - supporting information.eml | Email reflecting legal advice from in-house counsel regarding investor letter and providing information from employees acting under the direction of in-house counsel. |
| 471 | APL-SECLIT_00645625 | | | | | | | BACKUP VERSION Letter 26 December 200pm.pages | Attached document prepared by employee acting under the direction of in-house counsel for the purpose of obtaining legal advice regarding investor letter. |
| 518 | APL-SECLIT_00645690 | 2018-12-31 | **Sam Whittington** | Steve Dowling; Saori Casey; Nancy Paxton; Matt Blake; Adam Talbot | **Kyle Andeer** | | Fwd: Letter revision | 20181231-1126 Fwd: Letter revision.eml | Email providing legal advice from in-house counsel regarding investor letter. |
| 519 | APL-SECLIT_00645692 | | | | | | | Letter 26 December 200pm copy.pages | Draft investor letter reflecting legal advice from in-house counsel attached to email providing legal advice from in-house counsel regarding investor letter. |
| 523 | APL-SECLIT_00645711 | 2018-12-31 | **Sam Whittington** | Steve Dowling; Adam Talbot | Nancy Paxton; Luca Maestri; Kate Adams; Saori Casey; Kyle Andeer; Jeff Williams | | Re: Letter revision | 20181231-1538 Re: Letter revision.eml | Email providing legal advice from in-house counsel regarding investor letter. |
| 524 | APL-SECLIT_00645713 | | | | | | | 12_31 edits to TC comments.pages | Draft investor letter reflecting legal advice from in-house counsel attached to email providing legal advice from in-house counsel regarding investor letter. |

**EXHIBIT 5B**

**In re Apple Inc. Sec. Litig., No. 4:19-cv-02033-YGR (N.D. Cal.), Defendants' Privilege Log Pursuant to Fed. R. Civ. P. 26, Highly Confidential**
**Attorney Names Are Bolded**
The below-listed communications have been maintained as confidential by Apple in its internal systems, and to the best of Apple's knowledge, no unauthorized persons have received the communications.

| No. | Production Bates | DocDate | From | To | Cc | Bcc | Subject | Filename | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 531 | APL-SECLIT_00645730 | 2019-01-01 | Adam Talbot | Luca Maestri; **Sam Whittington**; Steve Dowling; Kate Adams | Saori Casey; Nancy Paxton; Kyle Andeer; Jeff Williams | | Re: Letter revision - - Privileged and Confidential | 20190101-0930 Re: Letter revision - - Privileged and Confidential.eml | Email requesting legal advice from in-house counsel regarding investor letter. |
| 532 | APL-SECLIT_00645740 | | | | | | | 01_01 edits 930am.pages | Attached draft investor letter reflecting legal advice from in-house counsel sent for the purpose of obtaining legal advice. |
| 538 | APL-SECLIT_00646072 | 2019-01-01 | Adam Talbot | Tim Cook; Kate Adams; Jeff Williams; Steve Dowling; Kyle Andeer; **Sam Whittington**; Saori Casey; Luca Maestri; Nancy Paxton | | | Re: Draft #2 | 20190101-1124 Re: Draft #2.eml | Email requesting legal advice from in-house counsel regarding investor letter. |
| 539 | APL-SECLIT_00646075 | | | | | | | 01_01 edits 1115am.pages | Attached draft investor letter reflecting legal advice from in-house counsel sent for the purpose of obtaining legal advice. |
| 540 | APL-SECLIT_00645760 | 2018-12-31 | Tim Cook | Kate Adams; Kyle Andeer; **Sam Whittington**; Jeff Williams; Saori Casey; Luca Maestri; Nancy Paxton; Steve Dowling; Adam Talbot | | | Draft #2 | 20181231-1444 Draft #2.eml | Email requesting legal advice from in-house counsel regarding investor letter. |
| 541 | APL-SECLIT_00645761 | | | | | | | Letter 26 December 200pm copy 2-1.pages | Attached draft investor letter reflecting legal advice from in-house counsel sent for the purpose of obtaining legal advice. |
| 542 | APL-SECLIT_00645767 | 2018-12-31 | Saori Casey | Jessie Zhang; Jason Malat | | | Fwd: Draft #2 | 20181231-1450 Fwd: Draft #2.eml | Email reflecting legal advice from in-house counsel regarding investor letter and requesting information of employees acting under the direction of in-house counsel. |
| 543 | APL-SECLIT_00645769 | | | | | | | Letter 26 December 200pm copy 2-1.pages | Attached draft investor letter reflecting legal advice from in-house counsel. |
| 555 | APL-SECLIT_00645776 | 2019-01-02 | Saori Casey | Nancy Paxton | **Sam Whittington**; Matt Blake | | Re: Q&A | 20190101-1615 Re: Q&A.eml | Email sent for the purpose of obtaining legal advice from in-house counsel regarding Q&A. |
| 556 | APL-SECLIT_00645778 | | | | | | | Q1 Q&A 1-1.pages | Attached draft Q&A reflecting legal advice from in-house counsel sent for the purpose of obtaining legal advice. |
| 557 | APL-SECLIT_00646765 | 2019-01-01 | Nancy Paxton | Saori Casey; **Sam Whittington** | Matt Blake | | Fwd: Q&A | Fwd: Q&A.eml | Email reflecting legal advice from in-house counsel regarding Q&A. |
| 558 | APL-SECLIT_00646767 | | | | | | | Q1 Q&A 1-1.pages | Attached draft Q&A reflecting legal advice from in-house counsel sent for the purpose of obtaining legal advice. |
| 559 | APL-SECLIT_00645783 | 2019-01-01 | Nancy Paxton | Steve Dowling; **Sam Whittington** | Matt Blake; Saori Casey | | Q&A | 20190101-1525 Q&A.eml | Email requesting legal advice from in-house counsel regarding Q&A. |
| 560 | APL-SECLIT_00645784 | | | | | | | Q1 Q&A 1-1.pages | Attached draft Q&A reflecting legal advice from in-house counsel sent for the purpose of obtaining legal advice. |
| 566 | APL-SECLIT_00645789 | 2019-01-01 | Nancy Paxton | Steve Dowling; **Sam Whittington** | Matt Blake; Saori Casey | | Q&A | 20190101-1114 Q&A.eml | Email requesting legal advice from in-house counsel regarding Q&A. |
| 567 | APL-SECLIT_00645790 | | | | | | | Q1 Q&A 1-1.pages | Attached draft Q&A reflecting legal advice from in-house counsel sent for the purpose of obtaining legal advice. |
| 573 | APL-SECLIT_00645807 | 2019-01-01 | **Sam Whittington** | Saori Casey; Nancy Paxton; Matt Blake | | | Fwd: Letter revision | 20190101-0926 Fwd: Letter revision.eml | Email providing legal advice from in-house counsel regarding investor letter. |
| 574 | APL-SECLIT_00645814 | | | | | | | 12_31 edits 615pm.pages | Draft investor letter reflecting legal advice from in-house counsel attached to email providing legal advice from in-house counsel regarding investor letter. |

| | In re Apple Inc. Sec. Litig., No. 4:19-cv-02033-YGR (N.D. Cal.), Defendants' Privilege Log Pursuant to Fed. R. Civ. P. 26, Highly Confidential<br>**Attorney Names Are Bolded**<br>The below-listed communications have been maintained as confidential by Apple in its internal systems, and to the best of Apple's knowledge, no unauthorized persons have received the communications. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **No.** | **Production Bates** | **DocDate** | **From** | **To** | **Cc** | **Bcc** | **Subject** | **Filename** | **Privilege Description** |
| 593 | APL-SECLIT_00646783 | 2019-01-01 | Nancy Paxton | Matt Blake; **Sam Whittington** | | | Fwd: Letter revision - - Privileged and Confidential | Fwd: Letter revision - - Privileged and Confidential.eml | Email reflecting legal advice of in-house counsel regarding investor letter. |
| 594 | APL-SECLIT_00646794 | | | | | | | 01_01 edits 930am.pages | Attached draft investor letter reflecting legal advice from in-house counsel. |
| 600 | APL-SECLIT_00646080 | 2019-01-02 | Nancy Paxton | Tim Cook; Kate Adams | Steve Dowling; Saori Casey; **Sam Whittington**; Luca Maestri; ; Jeff Williams; Adam Talbot; Matt Blake | | Q&A | 20190102-0941 Q&A.eml | Email reflecting and requesting legal advice from in-house counsel regarding Q&A. |
| 601 | APL-SECLIT_00646081 | | | | | | | Q1 Q&A 1-2.pages | Attached draft Q&A reflecting legal advice from in-house counsel. |
| 623 | APL-SECLIT_00646801 | 2019-01-01 | Nancy Paxton | Steve Dowling; **Sam Whittington** | Saori Casey; Matt Blake | | Latest Q&A | Latest Q&A.eml | Email reflecting legal advice from in-house counsel regarding Q&A. |
| 624 | APL-SECLIT_00646802 | | | | | | | Q1 Q&A 1-1.pages | Attached draft Q&A reflecting legal advice from in-house counsel. |
| 629 | APL-SECLIT_00645856 | 2019-01-01 | Saori Casey | Kevan Parekh; Donal Conroy | | | Fwd: Privileged and Confidential REVISED investor letter | 20190101-1635 Fwd: Privileged and Confidential REVISED investor letter.eml | Email reflecting legal advice from in-house counsel regarding investor letter. |
| 630 | APL-SECLIT_00645860 | | | | | | | 01_01 edits 430pm.pages | Attached draft investor letter reflecting legal advice from in-house counsel. |
| 644 | APL-SECLIT_00645865 | 2019-01-02 | Saori Casey | Jessie Zhang; Jason Malat; Ai Ling | | | Fwd: Q&A | 20190102-0946 Fwd: Q&A.eml | Email reflecting legal advice from in-house counsel regarding Q&A. |
| 645 | APL-SECLIT_00645867 | | | | | | | Q1 Q&A 1-2.pages | Attached draft Q&A reflecting legal advice from in-house counsel. |
| 647 | | 2019-01-02 | Saori Casey | Donal Conroy; Kevan Parekh | | | Fwd: Q&A | 20190102-0949 Fwd: Q&A.eml | Email reflecting legal advice from in-house counsel regarding Q&A. |
| 648 | APL-SECLIT_00645875 | | | | | | | Q1 Q&A 1-2.pages | Attached draft Q&A reflecting legal advice from in-house counsel. |
| 659 | APL-SECLIT_00645904 | 2019-01-01 | Adam Talbot | Saori Casey; Luca Maestri; Kate Adams | Jeff Williams; Steve Dowling; Nancy Paxton; **Sam Whittington**; Matt Blake; Kyle Andeer | | Re: Privileged and Confidential REVISED investor letter | 20190101-1632 Re: Privileged and Confidential REVISED investor letter.eml | Email reflecting legal advice from in-house counsel regarding investor letter. |
| 660 | APL-SECLIT_00645907 | | | | | | | 01_01 edits 430pm.pages | Attached draft investor letter reflecting legal advice from in-house counsel. |
| 668 | APL-SECLIT_00645918 | 2019-01-01 | Nancy Paxton | Steve Dowling; **Sam Whittington** | Saori Casey; Matt Blake | | Q&A | 20190101-1707 Q&A.eml | Email requesting legal advice from in-house counsel regarding Q&A. |
| 669 | APL-SECLIT_00645919 | | | | | | | Q1 Q&A 1-1.pages | Attached draft Q&A reflecting legal advice from in-house counsel sent for the purpose of obtaining legal advice. |
| 681 | APL-SECLIT_00647154 | 2019-01-02 | **Sam Whittington** | Adam Talbot; Steve Dowling | Nancy Paxton; Matt Blake; Saori Casey | | Re: Privileged and Confidential Revised Letter Draft | Re: Privileged and Confidential Revised Letter Draft.eml | Email providing legal advice from in-house counsel regarding investor letter. |

**In re Apple Inc. Sec. Litig., No. 4:19-cv-02033-YGR (N.D. Cal.), Defendants' Privilege Log Pursuant to Fed. R. Civ. P. 26, Highly Confidential**
**Attorney Names Are Bolded**
The below-listed communications have been maintained as confidential by Apple in its internal systems, and to the best of Apple's knowledge, no unauthorized persons have received the communications.

| No. | Production Bates | DocDate | From | To | Cc | Bcc | Subject | Filename | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 682 | APL-SECLIT_00647157 | | | | | | | sw edits to 01_01 edits 845 pm.pages | Draft investor letter reflecting legal advice from in-house counsel attached to email providing legal advice from in-house counsel regarding investor letter. |
| 684 | APL-SECLIT_00646093 | 2019-01-02 | Steve Dowling | Tim Cook; **Sam Whittington** | Jeff Williams; Kate Adams; Kyle Andeer; Saori Casey; Luca Maestri; Nancy Paxton; Matt Blake; Adam Talbot | | Privileged and Confidential Updated Q&A | 20190101-2244 Privileged and Confidential Updated Q&A.eml | Email reflecting legal advice from in-house counsel regarding Q&A. |
| 685 | APL-SECLIT_00646094 | | | | | | | Q1 Q&A 1-1.pages | Attached draft Q&A reflecting legal advice from in-house counsel. |
| 698 | APL-SECLIT_00646808 | 2019-01-02 | Nancy Paxton | **Sam Whittington** | | | Fwd: Final letter (Final 8-K Filing Proof) | Fwd: Final letter (Final 8-K Filing Proof).eml | Email requesting legal advice from in-house counsel regarding Form 8-K. |
| 699 | APL-SECLIT_00646813 | 2019-01-21 | | | | | | 8-K January 2019, 1.2.2019 (FINAL PROOF #2).pdf | Attached draft Form 8-K sent for the purpose of obtaining legal advice regarding the disclosure. |
| 731 | APL-SECLIT_00645944 | 2019-01-19 | Greg Sandberg | **Disclosure Committee Dist List** | | | [Review Required] Disclosure Committee Distribution: Q1'19 Form 10-Q Draft #2 | 20190118-1626 [Review Required] Disclosure Committee Distribution: Q1'19 F.eml | Email requesting legal advice from in-house counsel regarding Q1'19 Form 10-Q. |
| 732 | APL-SECLIT_00645947 | 2019-01-18 | | | | | | Q1'19 Form 10-Q Disclosure Committee Draft #2.pdf | Attached draft Q1'19 Form 10-Q sent for the purpose of obtaining legal advice regarding the disclosure. |
| 735 | APL-SECLIT_00646000 | 2019-01-23 | Nancy Paxton | **Dist Disclosure Committee List** | | | Q119 Earnings Materials for Review - Financial Statements | 20190122-1929 Q119 Earnings Materials for Review - Financial Statements.eml | Email requesting legal advice from in-house counsel regarding Q1'19 earnings materials. |
| 736 | APL-SECLIT_00646003 | 2019-01-22 | | | | | | 2. Q1'19 Earnings Release Financials v4.docx | Attached draft Q1'19 earnings release financials sent for the purpose of obtaining legal advice. |
| 755 | APL-SECLIT_00646006 | 2019-01-29 | Greg Sandberg | **Disclosure Committee Dist List** | | | [Review Required] Disclosure Committee Distribution: Q1'19 Form 10-Q Draft #3 | 20190128-1844 [Review Required] Disclosure Committee Distribution: Q1'19 F.eml | Email requesting legal advice from in-house counsel regarding Q1'19 Form 10-Q. |
| 756 | APL-SECLIT_00646008 | 2019-01-28 | | | | | | Q1'19 Form 10-Q Disclosure Committee Draft #3.pdf | Attached draft Q1'19 Form 10-Q sent for the purpose of obtaining legal advice regarding the disclosure. |
| 757 | APL-SECLIT_00646820 | 2019-01-29 | Greg Sandberg | Nancy Paxton; **Sam Whittington**; **Katerina Kousoula** | Stephanie Shingai | | Fwd: [Review Required] Disclosure Committee Distribution: Q1'19 Form 10-Q Draft #3 (Word Doc) | Fwd: [Review Required] Disclosure Committee Distribution: Q1'19 Form 10-Q Draft #3 (Word Doc).eml | Email forwarding request for legal advice from in-house counsel regarding Q1'19 Form 10-Q. |
| 758 | APL-SECLIT_00646823 | 2019-01-29 | | | | | | Q1'19 Form 10-Q Disclosure Committee Draft #3.docx | Attached draft Q1'19 Form 10-Q sent for the purpose of obtaining legal advice regarding the disclosure. |
| 775 | APL-SECLIT_00646356 | 2019-03-20 | Greg Sandberg | **Disclosure Committee Dist List** | | | [Review Required] Disclosure Committee Distribution: Q2'19 Form 10-Q Draft #1 | [Review Required] Disclosure Committee Distribution: Q2'19 Form 10-Q Draft #1.eml | Email requesting legal advice from in-house counsel regarding Q2'19 Form 10-Q |
| 776 | APL-SECLIT_00646358 | 2019-03-20 | | | | | | Q2'19 Form 10-Q Disclosure Committee Draft #1.pdf | Attached draft Q2'19 Form 10-Q sent for the purpose of obtaining legal advice regarding the disclosure. |
| 777 | APL-SECLIT_00646881 | 2019-03-20 | Greg Sandberg | Nancy Paxton; **Sam Whittington**; **Katerina Kousoula** | Stephanie Shingai | | Fwd: [Review Required] Disclosure Committee Distribution: Q2'19 Form 10-Q Draft #1 (Word Doc) | Fwd: [Review Required] Disclosure Committee Distribution: Q2'19 Form 10-Q Draft #1 (Word Doc).eml | Email requesting legal advice from in-house counsel regarding Q2'19 Form 10-Q |
| 778 | APL-SECLIT_00646884 | 2019-03-20 | | | | | | Q2'19 Form 10-Q Disclosure Committee Draft #1.docx | Attached draft Q2'19 Form 10-Q sent for the purpose of obtaining legal advice regarding the disclosure. |

**EXHIBIT 5B**

| | In re Apple Inc. Sec. Litig., No. 4:19-cv-02033-YGR (N.D. Cal.), Defendants' Privilege Log Pursuant to Fed. R. Civ. P. 26, Highly Confidential<br>**Attorney Names Are Bolded**<br>The below-listed communications have been maintained as confidential by Apple in its internal systems, and to the best of Apple's knowledge, no unauthorized persons have received the communications. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| No. | Production Bates | DocDate | From | To | Cc | Bcc | Subject | Filename | Privilege Description |
| 831 | APL-SECLIT_00646270 | 2018-09-14 | Greg Sandberg | **Disclosure Committee Dist List** | | | [Review Required] Disclosure Committee Distribution: 2018 Form 10-K Draft #1 (Word Doc) | | Email requesting legal advice from in-house counsel regarding 2018 Form 10-K. |
| 832 | APL-SECLIT_00646273 | | | | | | | | Attached draft 2018 Form 10-K sent for the purpose of obtaining legal advice regarding the disclosure. |
| 833 | APL-SECLIT_00646448 | 2018-09-15 | Greg Sandberg | Nancy Paxton; **Sam Whittington**; **Katerina Kousoula** | Stephanie Shingai | | Fwd: [Review Required] Disclosure Committee Distribution: 2018 Form 10-K Draft #1 (Word Doc) | Fwd: [Review Required] Disclosure Committee Distribution: 2018 Form 10-K Draft #1 (Word Doc).eml | Email requesting legal advice from in-house counsel regarding 2018 Form 10-K. |
| 834 | APL-SECLIT_00646453 | 2018-09-14 | | | | | | 2018 Form 10-K Disclosure Committee Draft #1.pdf | Attached draft 2018 Form 10-K sent for the purpose of obtaining legal advice regarding the disclosure. |
| 882 | APL-SECLIT_00646536 | 2018-10-19 | Greg Sandberg | Nancy Paxton; **Sam Whittington**; **Katerina Kousoula** | Stephanie Shingai | | Fwd: [Review Required] Disclosure Committee Distribution: 2018 Form 10-K Draft #2 (Word Doc) | Fwd: [Review Required] Disclosure Committee Distribution: 2018 Form 10-K Draft #2 (Word Doc).eml | Email requesting legal advice from in-house counsel regarding 2018 Form 10-K. |
| 883 | APL-SECLIT_00646540 | 2018-10-19 | | | | | | 2018 Form 10-K Disclosure Committee Draft #2.docx | Attached draft 2018 Form 10-K sent for the purpose of obtaining legal advice regarding the disclosure. |
| 884 | APL-SECLIT_00646627 | 2018-01-04 | | | | | | 2018 Form 10-K Disclosure Committee Draft #2.pdf | Attached draft 2018 Form 10-K sent for the purpose of obtaining legal advice regarding the disclosure. |
| 885 | APL-SECLIT_00647030 | 2018-10-19 | Greg Sandberg | **Disclosure Committee Dist List** | | | [Review Required] Disclosure Committee Distribution: 2018 Form 10-K Draft #2 | [Review Required] Disclosure Committee Distribution: 2018 Form 10-K Draft #2.eml | Email requesting legal advice from in-house counsel regarding 2018 Form 10-K. |
| 886 | APL-SECLIT_00647033 | 2018-01-04 | | | | | | 2018 Form 10-K Disclosure Committee Draft #2.pdf | Attached draft 2018 Form 10-K sent for the purpose of obtaining legal advice regarding the disclosure. |