ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
KENNETH J. BLACK (291871)
HADIYA K. DESHMUKH (328118)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
        – and –
MARK SOLOMON (151949)
JASON A. FORGE (181542)
RAPHAELLA FRIEDMAN (323324)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
jforge@rgrdlaw.com
rfriedman@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION | ) ) ) ) |
| This Document Relates To: | ) ) ) |
| ALL ACTIONS. | ) ) ) ) ) ) |

Case No. 4:19-cv-02033-YGR

CLASS ACTION

DECLARATION OF SHAWN A. WILLIAMS IN SUPPORT OF LEAD PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

1    I, SHAWN A. WILLIAMS, declare as follows:

2    1.    I am an attorney duly licensed to practice before all of the courts of the State of

3    California and before this District Court.  I am a member of the law firm Robbins Geller Rudman

4    & Dowd LLP, counsel of record for Lead Plaintiff and Class Representative Norfolk County

5    Council as Administering Authority of the Norfolk Pension Fund ("Plaintiff") in the above-entitled

6    action.  I have personal knowledge of the matters stated herein and, if called upon, I could and

7    would competently testify thereto.  This Declaration is made in support of Lead Plaintiff's

8    Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

9    2.    I submit this Declaration pursuant to Civil Local Rules 7-11 and 79-5(f) in

10   connection with the Lead Plaintiff's Motion for Leave to File the [Proposed] Second Amended

11   Class Action Complaint for Violation of the Federal Securities Laws and the exhibit thereto.

12   3.    Pursuant to the Stipulated Protective Order (ECF No. 139), the documents set forth

13   below or information therein have been designated as HIGHLY CONFIDENTIAL by

14   Defendants.[1]

| DOCUMENT | REASON FOR SEALING | DESIGNATING PARTY |
|---|---|---|
| Lead Plaintiff's Notice of Motion and Motion for Leave to File the [Proposed] Second Amended Class Action Complaint for Violation of the Federal Securities Laws; Memorandum of Points and Authorities in Support Thereof | Designated HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 1 | Designated HIGHLY CONFIDENTIAL | Defendants |

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.  Executed this 5th day of July, 2022, in the State of California.

s/ Shawn A. Williams
SHAWN A. WILLIAMS

---

[1]    "Defendants" are Apple Inc., Timothy D. Cook, and Luca Maestri.

DECL. OF SHAWN A. WILLIAMS IN SUPPORT OF LEAD PLTF'S ADMIN MTN.
CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED - 4:19-cv-02033-YGR                                                                - 1 -
4872-0363-9079.v1