| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN |
|   |   & DOWD LLP |
| 2 | SHAWN A. WILLIAMS (213113) |
|   | DANIEL J. PFEFFERBAUM (248631) |
| 3 | KENNETH J. BLACK (291871) |
|   | HADIYA K. DESHMUKH (328118) |
| 4 | Post Montgomery Center |
|   | One Montgomery Street, Suite 1800 |
| 5 | San Francisco, CA  94104 |
|   | Telephone:  415/288-4545 |
| 6 | 415/288-4534 (fax) |
|   | shawnw@rgrdlaw.com |
| 7 | dpfefferbaum@rgrdlaw.com |
|   | kennyb@rgrdlaw.com |
| 8 | hdeshmukh@rgrdlaw.com |
|   |     – and – |
| 9 | MARK SOLOMON (151949) |
|   | JASON A. FORGE (181542) |
| 10 | RAPHAELLA FRIEDMAN (323324) |
|   | 655 West Broadway, Suite 1900 |
| 11 | San Diego, CA  92101 |
|   | Telephone:  619/231-1058 |
| 12 | 619/231-7423 (fax) |
|   | marks@rgrdlaw.com |
| 13 | jforge@rgrdlaw.com |
|   | rfriedman@rgrdlaw.com |
| 14 | |
|   | Lead Counsel for Lead Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION | Case No. 4:19-cv-02033-YGR |
| | CLASS ACTION |
| This Document Relates To: | [PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED |
| ALL ACTIONS. | |

4884-1356-4711.v1

Having considered Plaintiff's[1] Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (the "Motion") in connection with Lead Plaintiff's Motion for Leave to File the [Proposed] Second Amended Class Action Complaint for Violation of the Federal Securities Laws (the "Motion for Leave"), and the exhibit thereto, the pleadings and filings herein and such other evidence and written or oral arguments as may be presented to the Court, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion is GRANTED;

2. Plaintiff may file the following documents under seal, pending the Court's consideration, pursuant to Civil Local Rule 79-5(f):

| DOCUMENT | REASON FOR SEALING | DESIGNATING PARTY |
|---|---|---|
| Lead Plaintiff's Notice of Motion and Motion for Leave to File the [Proposed] Second Amended Class Action Complaint for Violation of the Federal Securities Laws; Memorandum of Points and Authorities in Support Thereof | Designated HIGHLY CONFIDENTIAL | Defendants[2] |
| Exhibit 1 | Designated HIGHLY CONFIDENTIAL | Defendants |

\* \* \*

**O R D E R**

IT IS SO ORDERED.

DATED: _____     _____
THE HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

---

[1] "Plaintiff" is Lead Plaintiff and Class Representative Norfolk County Council as Administering Authority of the Norfolk Pension Fund.

[2] "Defendants" are Apple Inc., Timothy D. Cook, and Luca Maestri.