ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
KENNETH J. BLACK (291871)
HADIYA K. DESHMUKH (328118)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
     – and –
MARK SOLOMON (151949)
TOR GRONBORG (179109)
JASON A. FORGE (181542)
RAPHAELLA FRIEDMAN (323324)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
jforge@rgrdlaw.com
rfriedman@rgrdlaw.com

Lead Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>   ALL ACTIONS. | Case No. 4:19-cv-02033-YGR<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION FOR LEAVE TO FILE THE [PROPOSED] SECOND AMENDED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS |

4882-8615-8375.v1

Having considered Plaintiff's[1] Motion for Leave to File the [Proposed] Second Amended Class Action Complaint for Violation of the Federal Securities Laws (the "Motion"), the Memorandum of Points and Authorities in Support Thereof, the Declaration of Shawn A. Williams and the exhibit thereto, the pleadings and filings herein, and such other evidence and written or oral arguments as may be presented to the Court, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion is GRANTED;

2. The Court amends the Case Management Order (ECF 128) to permit the filing of this Motion;

3. Plaintiff shall file the [Proposed] Second Amended Class Action Complaint for Violation of the Federal Securities Laws within seven days of the entry of this Order.

IT IS SO ORDERED.

DATED: _____     _____
THE HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

---

[1] "Plaintiff" is Lead Plaintiff and Class Representative Norfolk County Council as Administering Authority of the Norfolk Pension Fund.

[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S SUPPLEMENTAL MOTION TO CERTIFY CLASS OF APPLE OPTIONS INVESTORS - 4:19-cv-02033-YGR - 1 -
4882-8615-8375.v1