UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., et al.,<br><br>Defendants. | Case No. 19-cv-02033-YGR   (JCS)<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Re: Dkt. No. 232 |

Plaintiff filed an administrative motion ("Motion to Seal") to consider whether its motion to compel and supporting materials designated by Defendants as confidential under the protective order in this case should be sealed. Pursuant to Civil Local Rule 79-5, the party that designates material as confidential must, within 7 days of the filing of such a motion, file a response establishing that the material at issue should be sealed. Civ.L.R. 79-5(c), (f). Defendants did not file a response to the Motion to Seal and stipulated at the April 15, 2022 motion hearing on the motion to compel that it does not seek to seal the documents listed in the Motion to Seal. Accordingly, the Motion to Seal is DENIED. Plaintiff shall file the documents that are the subject of the Motion to Seal in the public record.

**IT IS SO ORDERED.**

Dated: July 7, 2022

JOSEPH C. SPERO
Chief Magistrate Judge