JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    (415) 773-5700
Facsimile:    (415) 773-5759

Attorneys for Defendants Apple Inc.,
Timothy Cook and Luca Maestri

[additional counsel appears on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Case No. 4:19-cv-02033-YGR<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING: (1) BRIEFING SCHEDULE FOR LEAD PLAINTIFF'S MOTION FOR LEAVE TO FILE THE PROPOSED SECOND AMENDED CLASS ACTION COMPLAINT; AND (2) EXPERT DEPOSITIONS DEADLINE** |

1   This Stipulation is entered into by and among Lead Plaintiff Norfolk County Council as Administering Authority of the Norfolk Pension Fund ("Lead Plaintiff") and Defendants Apple Inc. ("Apple"), Timothy Cook, and Luca Maestri (collectively "Defendants" and together with the Lead Plaintiff, the "Parties"), through their respective attorneys of record.

WHEREAS, on July 5, 2022, Lead Plaintiff filed a Motion for Leave to File the Proposed Second Amended Class Action Complaint (the "Motion") [Dkt. No. 250];

WHEREAS, in light of competing deadlines, Defendants have requested a one-week extension of the deadline set by the Local Rules for their opposition to the Motion, and Lead Plaintiff does not oppose that request;

WHEREAS, because the Motion makes reference to a substantial volume of discovery materials that Defendants have designated as Confidential or Highly Confidential pursuant to the Stipulated Protective Order, Lead Plaintiff has also filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (the "Administrative Motion") [Dkt. No. 249];

WHEREAS, in light of competing deadlines, Defendants have requested an extension of the deadline set by Local Rule 79-5(f)(3) to file a statement and/or declaration in support of any sealing request in connection with the Administrative Motion, to align that deadline with the deadline for Defendants' opposition to the Motion, and Lead Plaintiff does not oppose that request;

WHEREAS, the Court's Case Management Order [Dkt. No. 128] set a deadline of July 22, 2022 for the Parties to complete expert depositions;

WHEREAS, Lead Plaintiff has requested a one-week extension of the deadline for expert depositions for the sole purpose of permitting the deposition of one of Lead Plaintiff's experts to proceed during the week of July 25, 2022, and Defendants do not oppose that request;

NOW THEREFORE, it is stipulated and agreed among the undersigned Parties, and respectfully submitted for the Court's approval as follows:

1. Defendants shall file any opposition to the Motion no later than July 26, 2022;

2. Lead Plaintiff shall file any reply in support of the Motion no later than August 5,

2022;

3. Defendants shall file any statement and/or declaration in support of any sealing request in connection with the Administrative Motion no later than July 26, 2022.

4. The July 22, 2022 deadline for depositions of other expert witnesses remains unchanged, except that the deposition of one of Lead Plaintiff's experts may be completed by July 29, 2022.

**IT IS SO STIPULATED.**

Dated: July 8, 2022                                    ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ James N. Kramer*
JAMES N. KRAMER
Attorneys for Defendants
Apple Inc., Timothy Cook, and Luca Maestri

Dated: July 8, 2022                                    ROBBINS GELLER RUDMAN & DOWD LLP

*/s/ Shawn A. Williams*
SHAWN A. WILLIAMS
Counsel for Lead Plaintiff,
Norfolk County Council as Administering
Authority of the Norfolk Pension Fund

**CIVIL L.R. 5-1 ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I, James N. Kramer, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order regarding Briefing Schedule for Lead Plaintiff's Motion for Leave to File the Proposed Second Amended Complaint. In compliance with General Order 45, X.B., I hereby attest that Shawn A. Williams has concurred in this filing.

                                        */s/ James N. Kramer*
                                        JAMES N. KRAMER

***

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____                                               
HONORABLE YVONNE GONZALEZ ROGERS