# EXHIBIT 2

Exhibit 2: Withheld Documents Related to Supplier Cuts

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | *In re Apple Inc. Sec. Litig.* , No. 4:19-cv-02033-YGR (N.D. Cal.), Defendants' Privilege Log Pursuant to Fed. R. Civ. P. 26, Highly Confidential | | | | | | | | | | |
| 2 | **Attorney Names Are Bolded** | | | | | | | | | | |
| 3 | The below-listed communications have been maintained as confidential by Apple in its internal systems, and to the best of Apple's knowledge, no unauthorized persons have received the communications. | | | | | | | | | | |
| 4 | ProdBegControl | ProdEndControl | PrivilegeType | DocDate | From | To | Cc | Bcc | Subject | Filename | Privilege Description |
| 1263 | APL-SECLIT_00527634 | APL-SECLIT_00527642 | AttorneyClient | 2018-11-06 | Priva Balasubramaniam | Jeff Williams | sabih khan ; Daniel Rosckes **David Tom** | | Re Nikkei Apple cancels production boost for budget iPhone XR sources | | Redacted email communication reflecting legal advice from in-house counsel David Tom regarding response to article. |
| 1264 | APL-SECLIT_00551837 | APL-SECLIT_00551845 | AttorneyClient | 2018-11-06 | Priva Balasubramaniam | Jeff Williams | sabih khan ; Daniel Rosckes **David Tom** | | Re Nikkei Apple cancels production boost for budget iPhone XR sources | | Redacted email communication reflecting legal advice from in-house counsel David Tom regarding response to article. |