# EXHIBIT 3

|   | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | *In re Apple Inc. Sec. Litig.* , No. 4:19-cv-02033-YGR (N.D. Cal.), Defendants' Privilege Log Pursuant to Fed. R. Civ. P. 26, Highly Confidential ||||||||||| 
| 2 | Attorney Names Are Bolded ||||||||||| 
| 3 | The below-listed communications have been maintained as confidential by Apple in its internal systems, and to the best of Apple's knowledge, no unauthorized persons have received the communications. ||||||||||| 
| 4 | ProdBegControl | ProdEndControl | PrivilegeType | DocDate | From | To | Cc | Bcc | Subject | Filename | Privilege Description |
| 34 |  |  | AttorneyClient | 2018-04-19 |  | Lisa Jackson | David McIntosh ; Ammann ; Nick Isabel Mahe |  | Weekly Update (April 19) - GC GA - Apple Confidential | Weekly Update (April 19) - GC GA - Apple Confidential.eml | Email reflecting legal advice regarding US-China trade tensions and export issue. |
| 35 |  |  | AttorneyClient | 2018-07-12 | Frank Fan | Lisa Jackson | David McIntosh ; Ammann ; Nick Isabel Mahe |  | Weekly Update (July 12) - GC GA - Apple Confidential | Weekly Update (July 12) - GC GA - Apple Confidential.eml | Email reflecting legal advice regarding US-China trade tensions and risks regarding receipt of facial data. |
| 36 |  |  | AttorneyClient | 2018-07-06 | Frank Fan | Lisa Jackson | David McIntosh ; Ammann ; Nick Isabel Mahe |  | Weekly Update (July 6) - GC GA - Apple Confidential | Weekly Update (July 6) - GC GA - Apple Confidential.eml | Email reflecting legal advice regarding US-China trade tensions and regulatory approval of gaming licenses in China. |
| 67 |  |  | AttorneyClient | 2018-04-25 | Nancy Paxton | Dist Disclosure Committee List |  |  | Earnings materials for review | Earnings materials for review.eml | Email requesting legal advice from in-house counsel regarding draft earnings release materials. |
| 81 |  |  | AttorneyClient | 2018-04-27 | Greg Sandberg | Disclosure Committee Dist List |  |  | [For Reference] Disclosure Committee Distribution  Q2'18 Form 10-Q Disclosure Committee Draft #3 | [For Reference] Disclosure Committee Distribution  Q2'18 Form 10-Q Disclosure Committee Draft #3.eml | Email requesting legal advice from in-house counsel regarding earnings release materials. |
| 100 |  |  | AttorneyClient | 2018-06-21 | Greg Sandberg | Disclosure Committee Dist List |  |  | [Review Required] Disclosure Committee Distribution  Q3'18 Form 10-Q Draft #1 | [Review Required] Disclosure Committee Distribution  Q3'18 Form 10-Q Draft #1.eml | Email requesting legal advice from in-house counsel regarding Q3'18 draft Form 10-Q. |
| 141 |  |  | AttorneyClient | 2018-07-25 | Nancy Paxton | Dist Disclosure Committee List |  |  | Q318 Earnings Materials for Review | Q318 Earnings Materials for Review.eml | Email requesting legal advice from in-house counsel regarding Q318 earnings release materials. |
| 216 |  |  | AttorneyClient | 2018-10-23 | Nancy Paxton | Dist Disclosure Committee List |  |  | Earnings materials for review | 20181023-1220 Earnings materials for review.eml | Email requesting legal advice from in-house counsel regarding draft earnings release materials. |
| 244 |  |  | AttorneyClient | 2019-03-15 | Frank Fan | Lisa Jackson | David McIntosh ; Ammann ; Nick Isabel Mahe |  | Weekly Update (March 15 2019) - GC GA - Apple Confidential | Weekly Update (March 15 2019) - GC GA - Apple Confidential.eml | Email reflecting legal advice regarding investigation into refurbed product sales in China. |
| 245 |  |  | AttorneyClient | 2019-01-17 | Frank Fan | Lisa Jackson | David McIntosh ; Ammann ; Nick Isabel Mahe |  | Weekly Update (Jan 17 2019) - GC GA - Apple Confidential | Weekly Update (Jan 17 2019) - GC GA - Apple Confidential.eml | Email reflecting legal advice regarding Qualcomm injunction update. |
| 246 |  |  | AttorneyClient | 2018-12-20 | Frank Fan | Lisa Jackson | David McIntosh ; Ammann ; Nick Isabel Mahe |  | Weekly Update (Dec 20) - GC GA - Apple Confidential | Weekly Update (Dec 20) - GC GA - Apple Confidential.eml | Email reflecting legal advice regarding China App Store regulations and refurbed product sales in China. |
| 247 |  |  | AttorneyClient | 2018-11-01 | Frank Fan | Lisa Jackson | David McIntosh ; Ammann ; Nick Isabel Mahe |  | Weekly Update (Nov 1) - GC GA - Apple Confidential | Weekly Update (Nov 1) - GC GA - Apple Confidential.eml | Email reflecting legal advice regarding U.S.-China trade relations. |
| 248 |  |  | AttorneyClient | 2018-08-23 | Frank Fan | Lisa Jackson | David McIntosh ; Ammann ; Nick Isabel Mahe |  | Weekly Update (August 23) - GC GA - Apple Confidential | Weekly Update (August 23) - GC GA - Apple Confidential.eml | Email reflecting legal advice regarding U.S.-China trade relations and China App Store regulations. |
| 249 |  |  | AttorneyClient | 2018-08-16 | Frank Fan | Lisa Jackson | David McIntosh ; Ammann ; Nick Isabel Mahe |  | Weekly Update (August 16) - GC GA - Apple Confidential | Weekly Update (August 16) - GC GA - Apple Confidential.eml | Email reflecting legal advice regarding U.S.-China trade relations and China App Store regulations. |
| 250 |  |  | AttorneyClient | 2018-05-03 | Frank Fan | Lisa Jackson | David McIntosh ; Ammann ; Nick Isabel Mahe |  | Weekly Update (May 3) - GC GA - Apple Confidential | Weekly Update (May 3) - GC GA - Apple Confidential.eml | Email reflecting legal advice regarding U.S.-China trade relations. |
| 251 |  |  | AttorneyClient | 2018-04-05 | Frank Fan | Lisa Jackson | David McIntosh ; Ammann ; Nick Isabel Mahe |  | Weekly Update (April 5) - GC GA - Apple Confidential | Weekly Update (April 5) - GC GA - Apple Confidential.eml | Email reflecting legal advice regarding U.S.-China trade relations. |

| A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|
| 252 | | | AttorneyClient | 2018-04-19 | | Lisa Jackson | David McIntosh ; Nick Ammann ; Isabel Mahe | | Weekly Update (April 19) - GC GA - Apple Confidential | Weekly Update (April 19) - GC GA - Apple Confidential.eml | Email reflecting legal advice regarding U.S.-China trade relations. |
| 253 | | | AttorneyClient | 2018-07-12 | Frank Fan | Lisa Jackson | David McIntosh ; Nick Ammann ; Isabel Mahe | | Weekly Update (July 12) - GC GA - Apple Confidential | Weekly Update (July 12) - GC GA - Apple Confidential.eml | Email reflecting legal advice regarding U.S.-China trade relations. |
| 254 | | | AttorneyClient | 2018-07-06 | Frank Fan | Lisa Jackson | David McIntosh ; Nick Ammann ; Isabel Mahe | | Weekly Update (July 6) - GC GA - Apple Confidential | Weekly Update (July 6) - GC GA - Apple Confidential.eml | Email reflecting legal advice regarding U.S.-China trade relations. |
| 255 | | | AttorneyClient | 2018-08-02 | Frank Fan | Lisa Jackson | David McIntosh ; Nick Ammann ; Isabel Mahe | | Weekly Update (August 2) - GC GA - Apple Confidential | Weekly Update (August 2) - GC GA - Apple Confidential.eml | Email reflecting legal advice regarding U.S.-China trade relations. |
| 256 | | | AttorneyClient | 2018-08-09 | Frank Fan | Lisa Jackson | David McIntosh ; Nick Ammann ; Isabel Mahe | | Weekly Update (August 9) - GC GA - Apple Confidential | Weekly Update (August 9) - GC GA - Apple Confidential.eml | Email reflecting legal advice regarding U.S.-China trade relations. |
| 259 | | | AttorneyClient | 2019-03-08 | Frank Fan | Lisa Jackson | David McIntosh ; Nick Ammann ; Isabel Mahe | | Weekly Update (March 8 2019) - GC GA - Apple Confidential | Weekly Update (March 8 2019) - GC GA - Apple Confidential.eml | Email reflecting legal advice regarding U.S.-China trade relations. |
| 271 | | | AttorneyClient | 2018-12-14 | Greg Sandberg | Disclosure Committee Dist List | | | [Review Required] Disclosure Committee Distribution  Q1'19 Form 10-Q Draft #1 | [Review Required] Disclosure Committee Distribution  Q1'19 Form 10-Q Draft #1.eml | Email requesting legal advice from in-house counsel regarding Q1'19 Form 10-Q. |
| 731 | | | AttorneyClient | 2019-01-19 | Greg Sandberg | Disclosure Committee Dist List | | | [Review Required] Disclosure Committee Distribution  Q1'19 Form 10-Q Draft #2 | 20190118-1626 [Review Required] Disclosure Committee Distribution Q1'19 F.eml | Email requesting legal advice from in-house counsel regarding Q1'19 Form 10-Q. |
| 734 | | | AttorneyClient | 2019-01-22 | Nancy Paxton | Dist Disclosure Committee List | | | Q119 Earnings Materials for Review | 20190122-1737 Q119 Earnings Materials for Review.eml | Email requesting legal advice from in-house counsel regarding Q1'19 earnings materials. |
| 735 | | | AttorneyClient | 2019-01-23 | Nancy Paxton | Dist Disclosure Committee List | | | Q119 Earnings Materials for Review - Financial Statements | 20190122-1929 Q119 Earnings Materials for Review - Financial Statements.eml | Email requesting legal advice from in-house counsel regarding Q1'19 earnings materials. |
| 755 | | | AttorneyClient | 2019-01-29 | Greg Sandberg | Disclosure Committee Dist List | | | [Review Required] Disclosure Committee Distribution  Q1'19 Form 10-Q Draft #3 | 20190128-1844 [Review Required] Disclosure Committee Distribution Q1'19 F.eml | Email requesting legal advice from in-house counsel regarding Q1'19 Form 10-Q. |
| 775 | | | AttorneyClient | 2019-03-20 | Greg Sandberg | Disclosure Committee Dist List | | | [Review Required] Disclosure Committee Distribution  Q2'19 Form 10-Q Draft #1 | [Review Required] Disclosure Committee Distribution  Q2'19 Form 10-Q Draft #1.eml | Email requesting legal advice from in-house counsel regarding Q2'19 Form 10-Q |
| 831 | | | AttorneyClient | 2018-09-14 | Greg Sandberg | Disclosure Committee Dist List | | | [Review Required] Disclosure Committee Distribution  2018 Form 10-K Draft #1 (Word Doc) | | Email requesting legal advice from in-house counsel regarding 2018 Form 10-K. |
| 885 | | | AttorneyClient | 2018-10-19 | Greg Sandberg | Disclosure Committee Dist List | | | [Review Required] Disclosure Committee Distribution  2018 Form 10-K Draft #2 | [Review Required] Disclosure Committee Distribution  2018 Form 10-K Draft #2.eml | Email requesting legal advice from in-house counsel regarding 2018 Form 10-K. |
| 1086 | APL-SECLIT_00255907 | APL-SECLIT_00255919 | AttorneyClient | 2018-06-28 | Pac RO Reports | WWRO ; Cathy Kearney ; Anish Patel ; Rob McDowell ; Donal Conroy | PAC RO Reports ; Anna Matthiasson ; Deepak ; Govi ; Kim Hui ; Lee ; PAC RO CIM ; Nicole Kam ; Managers SDM | | Pac RO Update - FY18Q3W13 | Pac RO Update - FY18Q3W13.eml | Redacted email communication reflecting legal advice from in-house counsel regarding SKU management. |
| 1142 | APL-SECLIT_00257012 | APL-SECLIT_00257020 | AttorneyClient | 2018-08-15 | Eric Dante | Anish Patel | Rob McDowell ; Adam Jeevuniee ; WWSalesandOpsSupportLeadership ; Donal Conroy ; Vince Rizz ; Jill Sample | | Re  Joe Phillip - Director for TCP | Re  Joe Phillip - Director for TCP.eml | Redacted email communication reflecting legal advice from in-house counsel regarding a contemplated transaction. |
| 1166 | APL-SECLIT_00271451 | APL-SECLIT_00271453 | AttorneyClient | 2018-09-08 | Linden Ellis | Golden Gate Program Status | | | Golden Gate iCloud Program Status | Golden Gate iCloud Program Status.eml | Redacted email communication reflecting legal advice from in-house counsel regarding business agreement. |
| 1169 | APL-SECLIT_00271454 | APL-SECLIT_00271456 | AttorneyClient | 2018-09-14 | Linden Ellis | Golden Gate Program Status | | | Golden Gate iCloud Program Status | Golden Gate iCloud Program Status.eml | Redacted email communication requesting legal advice from in-house counsel regarding business agreement. |

Exhibit 3: Withheld Documents Sent to Group Emails

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1858 | APL-SECLIT_00568943 | APL-SECLIT_00568943 | AttorneyClient | 2018-12-17 | NNPI ▮ | Priya Balasubramaniam | D3x N84 Weekly Distro<br>Dheeraj Chugh<br>Brian Bishop ▮ | | iPhone Operations Weekly Update 12/16 | iPhone Operations Weekly Update 12/16.eml | Email with redacted text reflecting legal advice from in-house counsel regarding WTO ruling. |
| 1860 | APL-SECLIT_00569760 | APL-SECLIT_00569768 | AttorneyClient | 2018-12-30 | NNPI ▮ | Priya Balasubramaniam | Dheeraj Chugh<br>Brian Bishop ▮ | | iPhone Operations Weekly Update 12/29 | iPhone Operations Weekly Update 12/29.eml | Email with redacted text reflecting legal advice from in-house counsel regarding WTO ruling. |
| 1861 | APL-SECLIT_00569836 | APL-SECLIT_00569845 | AttorneyClient | 2019-01-06 | NNPI ▮ | Priya Balasubramaniam | D3x N84 Weekly Distro<br>Dheeraj Chugh<br>Brian Bishop ▮ | | iPhone Operations Weekly Update 1/5 | iPhone Operations Weekly Update 1/5.eml | Email with redacted text reflecting legal advice from in-house counsel regarding WTO ruling. |
| 1862 | APL-SECLIT_00571042 | APL-SECLIT_00571052 | AttorneyClient | 2019-01-27 | NNPI ▮ | Priya Balasubramaniam | D3x N84 Weekly Distro<br>Dheeraj Chugh<br>Brian Bishop ▮ | | iPhone Operations Weekly Update 1/26 | iPhone Operations Weekly Update 1/26.eml | Email with redacted text reflecting legal advice from in-house counsel regarding WTO ruling. |
| 1863 | APL-SECLIT_00571699 | APL-SECLIT_00571710 | AttorneyClient | 2019-02-03 | NNPI ▮ | Priya Balasubramaniam | D3x N84 Weekly Distro<br>Dheeraj Chugh<br>Brian Bishop ▮ | | iPhone Operations Weekly Update 2/2 | iPhone Operations Weekly Update 2/2.eml | Email with redacted text reflecting legal advice from in-house counsel regarding WTO ruling. |