# EXHIBIT 4

Exhibit 4: Unsent Documents in Non-Lawyers' Custodial Files

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | *In re Apple Inc. Sec. Litig.*, No. 4:19-cv-02033-YGR (N.D. Cal.), Defendants' Privilege Log Pursuant to Fed. R. Civ. P. 26, Highly Confidential | | | | | | |
| 2 | | | | | **Attorney Names Are Bolded** | | | | | | |
| 3 | | | | | The below-listed communications have been maintained as confidential by Apple in its internal systems, and to the best of Apple's knowledge, no unauthorized persons have received the communications. | | | | | | |
| 4 | ProdBegControl | ProdEndControl | PrivilegeType | DocDate | From | To | Cc | Bcc | Subject | Filename | Privilege Description |
| 26 | | | AttorneyClient | 2019-01-01 | Tejas Gala's files | | | | | 01_01 edits 1115ampages.pdf | Draft investor letter reflecting legal advice from in-house counsel. |
| 27 | | | AttorneyClient | 2019-01-01 | Tejas Gala's files | | | | | Q1 QA 1-1pages.pdf | Draft Q1'19 Q&A reflecting legal advice from in-house counsel. |
| 28 | | | AttorneyClient | 2019-01-02 | Tejas Gala's files | | | | | 01_01 edits 845 pmpages.pdf | Draft investor letter reflecting legal advice from in-house counsel. |
| 29 | | | AttorneyClient | 2019-01-02 | Tejas Gala's files | | | | | Q1 QA 1-1pages 1.pdf | Draft Q1'19 Q&A reflecting legal advice from in-house counsel. |
| 31 | | | AttorneyClient | 2018-12-24 | Tejas Gala's files | | | | | Letter v4 23 December 10pm.pages | Draft investor letter reflecting legal advice from in-house counsel. |
| 32 | | | AttorneyClient | 2018-12-26 | Adam Talbot's files | | | | | Letter 26 December 200pm.pages | Draft investor letter reflecting legal advice from in-house counsel. |
| 33 | | | AttorneyClient | 2018-12-17 | Tim Cook's files | | | | | BoD call—-privileged and confidential.rtfd | Document reflecting legal advice from in-house counsel regarding board of directors call and pre-announcement of revenue guidance miss. |