# EXHIBIT 5a

Exhibit 5a: Withheld Attachments (Facially Improper Assertions of Privilege)

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | *In re Apple Inc. Sec. Litig.*, No. 4:19-cv-02033-YGR (N.D. Cal.), Defendants' Privilege Log Pursuant to Fed. R. Civ. P. 26, Highly Confidential | | | | | | |
| 2 | | | | | **Attorney Names Are Bolded** | | | | | | |
| 3 | | | | | The below-listed communications have been maintained as confidential by Apple in its internal systems, and to the best of Apple's knowledge, no unauthorized persons have received the communications. | | | | | | |
| 4 | ProdBegControl | ProdEndControl | PrivilegeType | DocDate | From | To | Cc | Bcc | Subject | Filename | Privilege Description |
| 127 | | | AttorneyClient | 2018-07-17 | | | | | | GA China Tariffs Summary of Reactions - 07.16.2018 copy.pdf | Document attached to email providing information in connection with seeking legal advice regarding U.S.-China trade relations. |
| 142 | | | AttorneyClient | 2018-07-06 | | | | | | Q3'18 External Data Sheet.xlsx | Attached draft of Q3'18 external data sheet sent for the purpose of obtaining legal advice regarding the disclosure. |
| 193 | | | AttorneyClient | 2018-09-25 | | | | | | 2018.11.13 AFC Agenda.pdf | Document providing legal advice from in-house counsel attached to email providing legal advice from in-house counsel regarding AFC and Board agendas. |
| 194 | | | AttorneyClient | 2018-09-25 | | | | | | 2018.11.13-14 BOD Agenda.pdf | Document providing legal advice from in-house counsel attached to email providing legal advice from in-house counsel regarding AFC and Board agendas. |
| 218 | | | AttorneyClient | 2018-10-05 | | | | | | Q4'18 External Data Sheet.xlsx | Attached Q4'18 external data sheet sent for the purpose of obtaining legal advice regarding earnings materials. |
| 219 | | | AttorneyClient | | | | | | | Return of Capital Timeline Q4'18.key | Attached Q4'18 return of capital timeline sent for the purpose of obtaining legal advice regarding earnings materials. |
| 220 | | | AttorneyClient | | | | | | | Net Sales by Category FY18.key | Attached net sales by category document sent for the purpose of obtaining legal advice regarding earnings materials. |
| 330 | | | AttorneyClient | | | | | | | MonthlyInstallBaseUpdate_TimeWithFirst Last.key | Document attached to email sent by employee acting under the direction of in-house counsel seeking advice from in-house counsel regarding guidance update. |
| 336 | | | AttorneyClient | 2014-12-10 | | | | | | Rev by Country - 2.0 12.20.18 415pm.xlsx | Attached document sent for the purpose of requesting legal advice regarding guidance revision. |
| 338 | | | AttorneyClient | 2018-12-11 | | | | | | CTG Analysis 12.20.18 v1.xlsx | Attached document sent for the purpose of requesting legal advice regarding guidance revision. |
| 399 | | | AttorneyClient | 2018-12-24 | | | | | | Price Compares.pdf | Attached document created by employee working under the direction of in-house counsel regarding draft investor letter for the purpose of obtaining legal advice. |
| 453 | | | AttorneyClient | | | | | | | iPhone Activation Trends and Research Insights - Dec 2018 Extract 5.key | Attached document prepared by employee acting under the direction of in-house counsel sent for the purpose of obtaining legal advice regarding investor letter. |
| 454 | | | AttorneyClient | | | | | | | iPhone Activation Trends and Research Insights - Dec 2018 Extract 3.key | Attached document prepared by employee acting under the direction of in-house counsel sent for the purpose of obtaining legal advice regarding investor letter. |
| 456 | | | AttorneyClient | 2018-11-12 | | | | | | Oct China SMP.pdf | Attached document prepared by employee acting under the direction of in-house counsel sent for the purpose of obtaining legal advice regarding investor letter. |
| 457 | | | AttorneyClient | 2018-12-10 | | | | | | Nov China SMP.pdf | Attached document prepared by employee acting under the direction of in-house counsel sent for the purpose of obtaining legal advice regarding investor letter. |
| 458 | | | AttorneyClient | 2018-10-15 | | | | | | Sept China SMP.pdf | Attached document prepared by employee acting under the direction of in-house counsel sent for the purpose of obtaining legal advice regarding investor letter. |
| 465 | | | AttorneyClient | 2013-10-07 | | | | | | 2a. Historical Record Tracking_10.9.18 v1041am.xlsx | Attached document prepared by employee acting under the direction of in-house counsel sent for the purpose of obtaining legal advice regarding investor letter. |
| 473 | | | AttorneyClient | 2015-07-15 | | | | | | Kantar ComTech CQ3'18 results - top models, USA & China details.xlsx | Attached document prepared by employee acting under the direction of in-house counsel for the purpose of obtaining legal advice regarding investor letter. |
| 481 | | | AttorneyClient | | | | | | | iPhone Activation Trends and Research Insights - Dec 2018 Extract 3.key | Attached document prepared by employee acting under the direction of in-house counsel for the purpose of obtaining legal advice regarding investor letter. |
| 486 | | | AttorneyClient | 2013-10-07 | | | | | | 2a. Historical Record Tracking_10.9.18 v1041am.xlsx | Attached document prepared by employee acting under the direction of in-house counsel sent for the purpose of obtaining legal advice regarding investor letter. |
| 488 | | | AttorneyClient | 2018-12-29 | | | | | | Installed base commentary from Alex Roman.pdf | Attached document prepared by employee acting under the direction of in-house counsel sent for the purpose of obtaining legal advice regarding investor letter. |

Exhibit 5a: Withheld Attachments (Facially Improper Assertions of Privilege)

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 492 | | | AttorneyClient | | | | | | | iPhone Activation Trends and Research Insights - Dec 2018 Extract 3.key | Attached document reflecting information prepared by employees acting under the direction of in-house counsel for the purpose of seeking legal advice regarding investor letter. |
| 493 | | | AttorneyClient | | | | | | | iPhone Activation Trends and Research Insights - Dec 2018 Extract 5.key | Attached document reflecting information prepared by employees acting under the direction of in-house counsel for the purpose of seeking legal advice regarding investor letter. |
| 588 | | | AttorneyClient | 2019-01-02 | | | | | | China FQ1'19 Installed Base Summary 1-1-19.pdf | Document sent from employee acting under the direction of in-house counsel attached to email sent for the purpose of obtaining legal advice regarding guidance revision. |
| 591 | | | AttorneyClient | | | | | | | InstalledBaseUpdate_FY19Q1_01jan19.key | Document sent from employee acting under the direction of in-house counsel attached to email sent for the purpose of obtaining legal advice regarding guidance revision. |
| 592 | | | AttorneyClient | 2019-01-01 | | | | | | Rev by Country - 2.0 12.31.18 v252pm.pdf | Document sent from employee acting under the direction of in-house counsel attached to email sent for the purpose of obtaining legal advice regarding guidance revision. |
| 626 | | | AttorneyClient | 2019-01-01 | | | | | | iPhone 6s Net Price & Margin - 2019-1-1.pdf | Document prepared by employee acting under the direction of in-house counsel attached to email sent for the purpose of obtaining legal advice regarding investor letter. |
| 689 | | | AttorneyClient | 2016-01-26 | | | | | | Apple_Q1_2016_Earnings_Supplement.pdf | Attached document sent for the purpose of obtaining legal advice regarding investor letter. |
| 760 | | | AttorneyClient | 2019-01-31 | | | | | | AAPL911.pdf | Attached ISS Report sent in furtherance of provision of legal advice. |
| 763 | | | AttorneyClient | 2019-02-07 | | | | | | Glass Lewis Report 2019.pdf | Document sent from in-house counsel for the purpose of obtaining legal advice and attached to email providing legal advice regarding shareholder meeting voting update. |
| 764 | | | AttorneyClient | 2019-02-11 | | | | | | AAPL Vote Report 02-11-19.pdf | Document sent from in-house counsel for the purpose of obtaining legal advice and attached to email providing legal advice regarding shareholder meeting voting update. |
| 769 | | | AttorneyClient | 2019-02-19 | | | | | | 2019.02.28-3.1 BOD Agenda.pdf | Attached document sent from in-house counsel for the purpose of providing legal advice. |
| 841 | | | AttorneyClient | | | | | | | draft BOD Nov agenda.pages | Attached document prepared by in-house counsel for the purpose of providing legal advice regarding board meeting topics. |
| 913 | | | AttorneyClient | 2018-11-29 | | | | | | DRAFT 2019.02.xx NGC Agenda.pdf | Attached document prepared by in-house counsel for the purpose of providing legal advice regarding Board meeting topics. |
| 964 | | | AttorneyClient | 2019-01-01 | | | | | | iPhone 6s Net Price & Margin - 2019-1-1.pdf | Document prepared by employee acting under the direction of in-house counsel attached to email sent for the purpose of obtaining legal advice regarding guidance revision. |
| 1012 | | | AttorneyClient | | | | | | | Popular Buzzwords (20190202 - 20190208).png | Attached document sent from in-house counsel for the purpose of providing legal advice regarding PR announcement. |
| 1013 | | | AttorneyClient | | | | | | | 7-Day Sentiment Index (20190202 - 20190208).png | Attached document sent from in-house counsel for the purpose of providing legal advice regarding PR announcement. |
| 1014 | | | AttorneyClient | | | | | | | 7-Day Sentiment Spread (20190202 - 20190208).png | Attached document sent from in-house counsel for the purpose of providing legal advice regarding PR announcement. |
| 1015 | | | AttorneyClient | | | | | | | Sentiment Index since 20181210.png | Attached document sent from in-house counsel for the purpose of providing legal advice regarding PR announcement. |