# EXHIBIT 5b

Exhibit 5b: Withheld Attachments (Insufficient Descriptions)

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | *In re Apple Inc. Sec. Litig.*, No. 4:19-cv-02033-YGR (N.D. Cal.), Defendants' Privilege Log Pursuant to Fed. R. Civ. P. 26, Highly Confidential | | | | | | | | | | |
| 2 | Attorney Names Are Bolded | | | | | | | | | | |
| 3 | The below-listed communications have been maintained as confidential by Apple in its internal systems, and to the best of Apple's knowledge, no unauthorized persons have received the communications. | | | | | | | | | | |
| 4 | ProdBegControl | ProdEndControl | PrivilegeType | DocDate | From | To | Cc | Bcc | Subject | Filename | Privilege Description |
| 66 | | | AttorneyClient | | | | | | | TC DC visit FINAL 4.23.18 .pages | Attached memorandum reflecting legal advice regarding U.S.-China trade relations and tariffs. |
| 85 | | | AttorneyClient | 2018-04-30 | | | | | | 8-K Q2 2018 Proof (4.30.2018 2.00pm).pdf | Attached draft Q2'18 Form 8-K sent for the purpose of obtaining legal advice regarding the disclosure. |
| 95 | | | AttorneyClient | 2018-06-15 | | | | | | NPI MPS waterfall 2018-06-15.xlsx | Document attached to email providing information requested by employee acting under the direction of in-house counsel regarding APAC investigation. |
| 96 | | | AttorneyClient | | | | | | | PastedGraphic-14.png | Document attached to email providing information requested by employee acting under the direction of in-house counsel regarding APAC investigation. |
| 101 | | | AttorneyClient | 2018-06-21 | | | | | | Q3'18 Form 10-Q Disclosure Committee Draft #1.pdf | Attached Q3'18 Form 10-Q sent for the purpose of obtaining legal advice regarding the disclosure. |
| 107 | | | AttorneyClient | 2018-07-05 | | | | | | Updated Risk Factors July 9NP.docx | Attached draft of risk factors reflecting legal advice from in-house counsel regarding the same. |
| 109 | | | AttorneyClient | 2018-07-05 | | | | | | Updated Risk Factors July 9.docx | Draft risk factors reflecting legal advice from in-house counsel attached to email providing legal advice from in-house counsel. |
| 114 | | | AttorneyClient | 2018-07-12 | | | | | | Updated Risk Factors July 9 MES .docx | Draft risk factors reflecting legal advice from in-house counsel attached to email providing legal advice from in-house counsel regarding risk factors. |
| 137 | | | AttorneyClient | 2018-07-20 | | | | | | Updated Risk Factors July 20 Clean.docx | Draft 3Q'18 Form 10-Q providing legal advice from in-house counsel and attached to email providing legal advice regarding risk factor update. |
| 143 | | | AttorneyClient | | | | | | | Q318 Earnings Press Release - Pages.pages | Attached draft of Q3'18 earnings press release sent for the purpose of obtaining legal advice regarding the disclosure. |
| 144 | | | AttorneyClient | | | | | | | Q318 Executive Script.pages | Attached draft of Q3'18 executive script sent for the purpose of obtaining legal advice regarding the disclosure. |
| 151 | | | AttorneyClient | | | | | | | Q318 Earnings Press Release - Track Changes July 25.pages | Earnings release materials reflecting legal advice from in-house counsel attached to email providing legal advice regarding earnings release materials. |
| 156 | | | AttorneyClient | | | | | | | PastedGraphic-7.png | Attached document reflecting legal advice from in-house counsel regarding tariff impact and product classes. |
| 157 | | | AttorneyClient | | | | | | | HS Codes & Descriptions (7-29-18).key | Attached document reflecting legal advice from in-house counsel regarding tariff impact and product classes. |
| 158 | | | AttorneyClient | | | | | | | PastedGraphic-11.png | Attached document reflecting legal advice from in-house counsel regarding tariff impact and product classes. |
| 159 | | | AttorneyClient | | | | | | | PastedGraphic-6.png | Attached document reflecting legal advice from in-house counsel regarding tariff impact and product classes. |
| 165 | | | AttorneyClient | 2018-07-30 | | | | | | 8-K Q3 2018 Proof (7.30.2018 12.00pm).pdf | Attached Q3'18 Form 8-K sent for the purpose of obtaining legal advice regarding the disclosure. |
| 168 | | | AttorneyClient | 2018-08-09 | | | | | | President Trump - 09 August 2018 copy.pdf | Attached document reflecting legal advice regarding U.S.-China trade relations. |
| 169 | | | AttorneyClient | | | | | | | President Trump - 09 August 2018 copy.pages | Attached document reflecting legal advice regarding U.S.-China trade relations. |
| 175 | | | AttorneyClient | 2018-08-20 | | | | | | Lisa Board Preso Aug 2018.pdf | Attached draft board presentation sent for the purpose of obtaining legal advice. |
| 177 | | | AttorneyClient | 2018-08-20 | | | | | | | Attached draft board presentation sent for the purpose of obtaining legal advice regarding the same. |
| 212 | | | AttorneyClient | 2018-10-22 | | | | | | GM Revision October 22.pdf | Attached document reflecting legal advice from in-house counsel regarding gross margin language in Form 10-K. |
| 217 | | | AttorneyClient | | | | | | | Q418 Earnings Press Release Pages.pages | Attached Q4'18 press release sent for the purpose of obtaining legal advice regarding earnings materials. |
| 221 | | | AttorneyClient | | | | | | | Q418 Executive Script.pages | Attached Q4'18 executive script sent for the purpose of obtaining legal advice regarding earnings materials. |
| 224 | | | AttorneyClient | | | | | | | Q418 Earnings Press Release Pages KK Comments.pages | Draft earnings release materials reflecting legal advice from in-house counsel attached to email providing legal advice from in-house counsel regarding draft earnings release materials. |

Exhibit 5b: Withheld Attachments (Insufficient Descriptions)

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 270 | | | AttorneyClient | 2018-12-13 | | | | | | PastedGraphic-1.png | Document prepared by employees acting under the direction of in-house counsel regarding EPS calculation attached to email prepared by employees acting under the direction of in-house counsel regarding EPS calculation. |
| 272 | | | AttorneyClient | 2018-12-14 | | | | | | Q1'19 Form 10-Q Disclosure Committee Draft #1.pdf | Attached draft Q1'19 Form 10-Q sent for the purpose of obtaining legal advice regarding the disclosure. |
| 274 | | | AttorneyClient | | | | | | | Pre-Q1'19 Q&A.pages | Attached draft Q&A sent for the purpose of obtaining legal advice. |
| 303 | | | AttorneyClient | | | | | | | Pre-Q1'19 Q&A.pages | Attached draft Q&A sent for the purpose of obtaining legal advice. |
| 315 | | | AttorneyClient | | | | | | | Pre-Q1'19 Q&A.pages | Attached draft Q&A sent for the purpose of obtaining legal advice. |
| 317 | | | AttorneyClient | | | | | | | Pre-Q1'19 Q&A.pages | Attached draft Q&A providing legal advice from in-house counsel. |
| 319 | | | AttorneyClient | | | | | | | Pre-Q1'19 Q&A v2NP+MB.pages | Attached draft Q&A reflecting legal advice from in-house counsel and sent for the purpose of obtaining legal advice. |
| 321 | | | AttorneyClient | | | | | | | Pre-Q1'19 Q&A v2NP+MB.pages | Attached draft Q&A sent for the purpose of obtaining legal advice. |
| 323 | | | AttorneyClient | | | | | | | Pre-Q1'19 Q&A v2.pages | Attached draft Q&A reflecting legal advice from in-house counsel. |
| 325 | | | AttorneyClient | | | | | | | Pre-Q1'19 Q&A v2NP.pages | Attached draft Q&A reflecting legal advice from in-house counsel and sent for the purpose of obtaining legal advice. |
| 326 | | | AttorneyClient | | | | | | | Pre-Q1'19 Q&A v2.pages | Attached draft Q&A reflecting legal advice from in-house counsel and sent for the purpose of obtaining legal advice. |
| 334 | | | AttorneyClient | | | | | | | Q1 Q&A v 3.pages | Attached Q&A reflecting legal advice from in-house counsel and sent for the purpose of obtaining legal advice. |
| 337 | | | AttorneyClient | 2018-12-21 | | | | | | PastedGraphic-5.pdf | Attached document sent for the purpose of requesting legal advice regarding guidance revision. |
| 343 | | | AttorneyClient | | | | | | | Screen Shot 2018-12-21 at 2.20.19 PM.png | Attached draft Q&A sent for the purpose of obtaining legal advice. |
| 345 | | | AttorneyClient | | | | | | | Q1 Q&A v 4.pages | Attached draft of Q&A reflecting legal advice from in-house counsel and sent for the purpose of obtaining legal advice. |
| 346 | | | AttorneyClient | | | | | | | Press Release 1-2-19.pages | Attached draft of press release reflecting legal advice from in-house counsel and sent for the purpose of obtaining legal advice. |
| 350 | | | AttorneyClient | | | | | | | Q1 Q&A v 3 NP+MB.pages | Attached draft of Q&A reflecting legal advice from in-house counsel sent for the purpose of obtaining legal advice. |
| 353 | | | AttorneyClient | | | | | | | Q1 Q&A v 3 NP.pages | Attached draft of Q&A reflecting legal advice from in-house counsel sent for the purpose of obtaining legal advice. |
| 355 | | | AttorneyClient | | | | | | | PastedGraphic-2.png | Attached document reflecting information prepared by employees acting under the direction of in-house counsel regarding interview preparation. |
| 356 | | | AttorneyClient | | | | | | | PastedGraphic-1.png | Attached document reflecting information prepared by employees acting under the direction of in-house counsel regarding interview preparation. |
| 357 | | | AttorneyClient | | | | | | | PastedGraphic-3.png | Attached document reflecting information prepared by employees acting under the direction of in-house counsel regarding interview preparation. |
| 364 | | | AttorneyClient | | | | | | | Letter 23 December 11am.pages | Attached draft investor letter reflecting legal advice from in-house counsel sent for the purpose of obtaining legal advice. |
| 366 | | | AttorneyClient | | | | | | | Letter 23 December 11am LM input.pages | Attached draft investor letter reflecting legal advice from in-house counsel sent for the purpose of obtaining legal advice. |
| 376 | | | AttorneyClient | | | | | | | Letter v4 24 December 845am.pages | Attached draft investor letter reflecting legal advice from in-house counsel. |
| 379 | | | AttorneyClient | | | | | | | Letter v4 23 December 10pm.pages | Attached draft investor letter reflecting legal advice from in-house counsel. |
| 384 | | | AttorneyClient | | | | | | | Letter v4 24 December 1030am.pages | Attached draft investor letter reflecting legal advice from in-house counsel. |
| 391 | | | AttorneyClient | | | | | | | Letter v5 26 December 530am.pages | Attached draft investor letter reflecting legal advice from in-house counsel. |
| 402 | | | AttorneyClient | | | | | | | Letter v5 26 December 530am.pages | Draft investor letter reflecting legal advice from in-house counsel attached to email providing legal advice from in-house counsel. |
| 411 | | | AttorneyClient | | | | | | | Letter v6 26 December 1130am.pages | Attached draft investor letter reflecting legal advice from in-house counsel. |
| 419 | | | AttorneyClient | | | | | | | Letter 26 December 200pm.pages | Draft investor letter reflecting legal advice from in-house counsel attached to email providing legal advice from in-house counsel regarding draft investor letter. |
| 421 | | | AttorneyClient | | | | | | | Letter 26 December 200pm.pages | Attached draft investor letter reflecting legal advice from in-house counsel. |

Exhibit 5b: Withheld Attachments (Insufficient Descriptions)

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 426 | | | AttorneyClient | | | | | | | Q1 Q&A 12-29.pages | Attached draft Q&A reflecting legal advice from in-house counsel. |
| 428 | | | AttorneyClient | | | | | | | Q1 Q&A 12-28.pages | Attached draft Q&A sent for the purpose of obtaining legal advice. |
| 433 | | | AttorneyClient | | | | | | | Q1 Q&A 12-29.pages | Attached draft Q&A sent for the purpose of obtaining legal advice. |
| 437 | | | AttorneyClient | | | | | | | Q1 Q&A 12-29.pages | Attached draft Q&A reflecting legal advice from in-house counsel. |
| 444 | | | AttorneyClient | | | | | | | Q1 Q&A 12-30.pages | Attached draft Q&A reflecting legal advice from in-house counsel. |
| 463 | | | AttorneyClient | | | | | | | BACKUP VERSION Letter 26 December 200pm.pages | Attached document reflecting legal advice from in-house counsel regarding investor letter. |
| 466 | | | AttorneyClient | | | | | | | | Attached document prepared by employee acting under the direction of in-house counsel sent for the purpose of obtaining legal advice regarding investor letter. |
| 467 | | | AttorneyClient | | | | | | | | Attached document prepared by employee acting under the direction of in-house counsel sent for the purpose of obtaining legal advice regarding investor letter. |
| 468 | | | AttorneyClient | | | | | | | PastedGraphic-2.png | Attached document prepared by employee acting under the direction of in-house counsel sent for the purpose of obtaining legal advice regarding investor letter. |
| 471 | | | AttorneyClient | | | | | | | BACKUP VERSION Letter 26 December 200pm.pages | Attached document prepared by employee acting under the direction of in-house counsel for the purpose of obtaining legal advice regarding investor letter. |
| 475 | | | AttorneyClient | | | | | | | | Attached document prepared by employee acting under the direction of in-house counsel sent for the purpose of obtaining legal advice regarding investor letter. |
| 476 | | | AttorneyClient | | | | | | | | Attached document prepared by employee acting under the direction of in-house counsel sent for the purpose of obtaining legal advice regarding investor letter. |
| 477 | | | AttorneyClient | 2018-12-30 | | | | | | PastedGraphic-3.pdf | Attached document prepared by employee acting under the direction of in-house counsel sent for the purpose of obtaining legal advice regarding investor letter. |
| 487 | | | AttorneyClient | | | | | | | PastedGraphic-2.png | Attached document prepared by employee acting under the direction of in-house counsel sent for the purpose of obtaining legal advice regarding investor letter. |
| 489 | | | AttorneyClient | | | | | | | PastedGraphic-2.png | Attached document prepared by employee acting under the direction of in-house counsel sent for the purpose of obtaining legal advice regarding investor letter. |
| 494 | | | AttorneyClient | | | | | | | PastedGraphic-1.png | Attached document reflecting information prepared by employees acting under the direction of in-house counsel for the purpose of seeking legal advice regarding investor letter. |
| 496 | | | AttorneyClient | | | | | | | Q1 Q&A 12-30.pages | Attached draft Q&A reflecting legal advice from in-house counsel sent for the purpose of obtaining legal advice. |
| 499 | | | AttorneyClient | | | | | | | Screen Shot 2018-12-29 at 8.17.51 PM.png | Attached document prepared by employee acting under the direction of in-house counsel sent for the purpose of obtaining legal advice regarding investor letter. |
| 500 | | | AttorneyClient | | | | | | | Screen Shot 2018-12-29 at 8.11.35 PM.png | Attached document prepared by employee acting under the direction of in-house counsel sent for the purpose of obtaining legal advice regarding investor letter. |
| 501 | | | AttorneyClient | | | | | | | Screen Shot 2018-12-29 at 8.14.40 PM.png | Attached document prepared by employee acting under the direction of in-house counsel sent for the purpose of obtaining legal advice regarding investor letter. |
| 502 | | | AttorneyClient | | | | | | | Screen Shot 2018-12-29 at 8.14.12 PM.png | Attached document prepared by employee acting under the direction of in-house counsel sent for the purpose of obtaining legal advice regarding investor letter. |
| 503 | | | AttorneyClient | | | | | | | Screen Shot 2018-12-29 at 8.19.41 PM.png | Attached document prepared by employee acting under the direction of in-house counsel sent for the purpose of obtaining legal advice regarding investor letter. |
| 504 | | | AttorneyClient | | | | | | | Screen Shot 2018-12-29 at 8.10.46 PM.png | Attached document prepared by employee acting under the direction of in-house counsel sent for the purpose of obtaining legal advice regarding investor letter. |
| 505 | | | AttorneyClient | | | | | | | Screen Shot 2018-12-29 at 8.16.20 PM.png | Attached document prepared by employee acting under the direction of in-house counsel sent for the purpose of obtaining legal advice regarding investor letter. |

Exhibit 5b: Withheld Attachments (Insufficient Descriptions)

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 506 | | | AttorneyClient | | | | | | | Screen Shot 2018-12-29 at 8.18.26 PM.png | Attached document prepared by employee acting under the direction of in-house counsel sent for the purpose of obtaining legal advice regarding investor letter. |
| 507 | | | AttorneyClient | | | | | | | Screen Shot 2018-12-29 at 8.12.24 PM.png | Attached document prepared by employee acting under the direction of in-house counsel sent for the purpose of obtaining legal advice regarding investor letter. |
| 508 | | | AttorneyClient | | | | | | | Screen Shot 2018-12-29 at 8.17.02 PM.png | Attached document prepared by employee acting under the direction of in-house counsel sent for the purpose of obtaining legal advice regarding investor letter. |
| 509 | | | AttorneyClient | | | | | | | Screen Shot 2018-12-29 at 8.12.39 PM.png | Attached document prepared by employee acting under the direction of in-house counsel sent for the purpose of obtaining legal advice regarding investor letter. |
| 510 | | | AttorneyClient | | | | | | | Screen Shot 2018-12-29 at 8.20.26 PM.png | Attached document prepared by employee acting under the direction of in-house counsel sent for the purpose of obtaining legal advice regarding investor letter. |
| 519 | | | AttorneyClient | | | | | | | Letter 26 December 200pm copy.pages | Draft investor letter reflecting legal advice from in-house counsel attached to email providing legal advice from in-house counsel regarding investor letter. |
| 524 | | | AttorneyClient | | | | | | | 12_31 edits to TC comments.pages | Draft investor letter reflecting legal advice from in-house counsel attached to email providing legal advice from in-house counsel regarding investor letter. |
| 530 | | | AttorneyClient | | | | | | | Q1 Q&A 1-1.pages | Attached draft Q&A sent for the purpose of obtaining legal advice. |
| 532 | | | AttorneyClient | | | | | | | 01_01 edits 930am.pages | Attached draft investor letter reflecting legal advice from in-house counsel sent for the purpose of obtaining legal advice. |
| 539 | | | AttorneyClient | | | | | | | 01_01 edits 1115am.pages | Attached draft investor letter reflecting legal advice from in-house counsel sent for the purpose of obtaining legal advice. |
| 541 | | | AttorneyClient | | | | | | | Letter 26 December 200pm copy 2-1.pages | Attached draft investor letter reflecting legal advice from in-house counsel sent for the purpose of obtaining legal advice. |
| 543 | | | AttorneyClient | | | | | | | Letter 26 December 200pm copy 2-1.pages | Attached draft investor letter reflecting legal advice from in-house counsel. |
| 546 | | | AttorneyClient | 2019-01-01 | | | | | | Q1 QA 1-1pages.pdf | Attached draft Q&A reflecting legal advice from in-house counsel. |
| 550 | | | AttorneyClient | 2019-01-01 | | | | | | 01_01 edits 1115ampages.pdf | Attached draft investor letter reflecting legal advice from in-house counsel sent for the purpose of obtaining legal advice. |
| 552 | | | AttorneyClient | 2019-01-01 | | | | | | 01_01 edits 1115ampages.pdf | Attached draft investor letter reflecting legal advice from in-house counsel sent for the purpose of obtaining legal advice. |
| 556 | | | AttorneyClient | | | | | | | Q1 Q&A 1-1.pages | Attached draft Q&A reflecting legal advice from in-house counsel sent for the purpose of obtaining legal advice. |
| 558 | | | AttorneyClient | | | | | | | Q1 Q&A 1-1.pages | Attached draft Q&A reflecting legal advice from in-house counsel sent for the purpose of obtaining legal advice. |
| 560 | | | AttorneyClient | | | | | | | Q1 Q&A 1-1.pages | Attached draft Q&A reflecting legal advice from in-house counsel sent for the purpose of obtaining legal advice. |
| 567 | | | AttorneyClient | | | | | | | Q1 Q&A 1-1.pages | Attached draft Q&A reflecting legal advice from in-house counsel sent for the purpose of obtaining legal advice. |
| 572 | | | AttorneyClient | | | | | | | 12_31 edits 615pm.pages | Attached draft investor letter reflecting legal advice from in-house counsel. |
| 574 | | | AttorneyClient | | | | | | | 12_31 edits 615pm.pages | Draft investor letter reflecting legal advice from in-house counsel attached to email providing legal advice from in-house counsel regarding investor letter. |
| 576 | | | AttorneyClient | | | | | | | 12_31 edits 615pm.pages | Attached draft investor letter reflecting legal advice from in-house counsel. |
| 590 | | | AttorneyClient | | | | | | | image1.png | Document sent from employee acting under the direction of in-house counsel attached to email sent for the purpose of obtaining legal advice regarding guidance revision. |
| 594 | | | AttorneyClient | | | | | | | 01_01 edits 930am.pages | Attached draft investor letter reflecting legal advice from in-house counsel. |
| 596 | | | AttorneyClient | 2019-01-02 | | | | | | Q1 QA 1-1pages 1.pdf | Attached draft Q&A reflecting legal advice from in-house counsel. |
| 598 | | | AttorneyClient | 2019-01-02 | | | | | | Q1 QA 1-1pages 1.pdf | Attached draft Q&A reflecting legal advice from in-house counsel sent for the purpose of obtaining legal advice. |
| 601 | | | AttorneyClient | | | | | | | Q1 Q&A 1-2.pages | Attached draft Q&A reflecting legal advice from in-house counsel. |
| 603 | | | AttorneyClient | 2019-01-02 | | | | | | 01_01 edits 845 pmpages.pdf | Attached draft investor letter reflecting legal advice from in-house counsel. |

Exhibit 5b: Withheld Attachments (Insufficient Descriptions)

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 605 | | | AttorneyClient | 2019-01-02 | | | | | | 01_01 edits 845 pmpages.pdf | Draft investor letter reflecting legal advice from in-house counsel attached to email equesting legal advice from in-house counsel regarding draft Q&A. |
| 624 | | | AttorneyClient | | | | | | | Q1 Q&A 1-1.pages | Attached draft Q&A reflecting legal advice from in-house counsel. |
| 630 | | | AttorneyClient | | | | | | | 01_01 edits 430pm.pages | Attached draft investor letter reflecting legal advice from in-house counsel. |
| 632 | | | AttorneyClient | | | | | | | 01_02 Investor Letter 930 am FINAL.pages | Attached draft investor letter reflecting legal advice from in-house counsel. |
| 634 | | | AttorneyClient | | | | | | | 01_02 Investor Letter 930 am FINAL.pages | Attached draft investor letter reflecting legal advice from in-house counsel. |
| 641 | | | AttorneyClient | | | | | | | 01_02 Investor Letter 930 am FINAL.pages | Attached draft investor letter reflecting legal advice from in-house counsel. |
| 645 | | | AttorneyClient | | | | | | | Q1 Q&A 1-2.pages | Attached draft Q&A reflecting legal advice from in-house counsel. |
| 648 | | | AttorneyClient | | | | | | | Q1 Q&A 1-2.pages | Attached draft Q&A reflecting legal advice from in-house counsel. |
| 660 | | | AttorneyClient | | | | | | | 01_01 edits 430pm.pages | Attached draft investor letter reflecting legal advice from in-house counsel. |
| 665 | | | AttorneyClient | | | | | | | 01_01 edits 400pm.pages | Attached draft investor letter reflecting legal advice from in-house counsel. |
| 669 | | | AttorneyClient | | | | | | | Q1 Q&A 1-1.pages | Attached draft Q&A reflecting legal advice from in-house counsel sent for the purpose of obtaining legal advice. |
| 676 | | | AttorneyClient | | | | | | | Messages Image(3511051605).png | Document prepared by employee acting under the direction of in-house counsel attached to email sent for the purpose of obtaining legal advice regarding action items from earnings prep call. |
| 682 | | | AttorneyClient | | | | | | | sw edits to 01_01 edits 845 pm.pages | Draft investor letter reflecting legal advice from in-house counsel attached to email providing legal advice from in-house counsel regarding investor letter. |
| 685 | | | AttorneyClient | | | | | | | Q1 Q&A 1-1.pages | Attached draft Q&A reflecting legal advice from in-house counsel. |
| 687 | | | AttorneyClient | | | | | | | PastedGraphic-9.png | Attached document prepared by employee acting under the direction of in-house counsel sent for the purpose of obtaining legal advice regarding investor letter. |
| 693 | | | AttorneyClient | | | | | | | PastedGraphic-9.png | Attached document prepared by employee acting under the direction of in-house counsel sent for the purpose of obtaining legal advice regarding investor letter. |
| 699 | | | AttorneyClient | 2019-01-21 | | | | | | 8-K January 2019, 1.2.2019 (FINAL PROOF #2).pdf | Attached draft Form 8-K sent for the purpose of obtaining legal advice regarding the disclosure. |
| 704 | | | AttorneyClient | | | | | | | 01_02 Investor Letter 1000 am FINAL.pages | Attached investor letter reflecting legal advice from in-house counsel. |
| 706 | | | AttorneyClient | | | | | | | 01_02 Investor Letter 1000 am FINAL.pages | Attached investor letter reflecting legal advice from in-house counsel. |
| 708 | | | AttorneyClient | | | | | | | 010219 Press Release.pages | Attached investor letter reflecting legal advice from in-house counsel. |
| 710 | | | AttorneyClient | | | | | | | 010219 Press Release.pages | Attached draft investor letter reflecting legal advice from in-house counsel. |
| 732 | | | AttorneyClient | 2019-01-18 | | | | | | Q1'19 Form 10-Q Disclosure Committee Draft #2.pdf | Attached draft Q1'19 Form 10-Q sent for the purpose of obtaining legal advice regarding the disclosure. |
| 736 | | | AttorneyClient | 2019-01-22 | | | | | | 2. Q1'19 Earnings Release Financials v4.docx | Attached draft Q1'19 earnings release financials sent for the purpose of obtaining legal advice. |
| 740 | | | | | | | | | | | Attached document reflecting legal advice from in-house counsel regarding trade issues and Qualcomm litigation. |
| 743 | | | AttorneyClient | | | | | | | Q1'19 Q&A_1-23-19.pages | Draft Q1'19 Q&A reflecting legal advice from in-house counsel attached to email providing legal advice from in-house counsel regarding Q1'19 Q&A. |
| 748 | | | AttorneyClient | 2019-01-28 | | | | | | 8-K Q1 2019 Proof (1.28.2019 5.30pm).pdf | Attached Form 8-K sent for the purpose of obtaining legal advice regarding the disclosure. |
| 750 | | | AttorneyClient | 2019-01-28 | | | | | | 8-K Q1 2019 Proof (1.28.2019 1.00pm).pdf | Attached Form 8-K sent for the purpose of obtaining legal advice regarding the disclosure. |
| 756 | | | AttorneyClient | 2019-01-28 | | | | | | Q1'19 Form 10-Q Disclosure Committee Draft #3.pdf | Attached draft Q1'19 Form 10-Q sent for the purpose of obtaining legal advice regarding the disclosure. |
| 758 | | | AttorneyClient | 2019-01-29 | | | | | | Q1'19 Form 10-Q Disclosure Committee Draft #3.docx | Attached draft Q1'19 Form 10-Q sent for the purpose of obtaining legal advice regarding the disclosure. |
| 776 | | | AttorneyClient | 2019-03-20 | | | | | | Q2'19 Form 10-Q Disclosure Committee Draft #1.pdf | Attached draft Q2'19 Form 10-Q sent for the purpose of obtaining legal advice regarding the disclosure. |
| 778 | | | AttorneyClient | 2019-03-20 | | | | | | Q2'19 Form 10-Q Disclosure Committee Draft #1.docx | Attached draft Q2'19 Form 10-Q sent for the purpose of obtaining legal advice regarding the disclosure. |

Exhibit 5b: Withheld Attachments (Insufficient Descriptions)

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 787 | | | AttorneyClient | | | | | | | PastedGraphic-27.png | Attached document reflecting legal advice from in-house counsel regarding tariff impact. |
| 788 | | | AttorneyClient | | | | | | | Tariff Follow up Slides (8-6-18).key | Attached document reflecting legal advice from in-house counsel regarding tariff impact. |
| 789 | | | AttorneyClient | | | | | | | PastedGraphic-26.png | Attached document reflecting legal advice from in-house counsel regarding tariff impact. |
| 790 | | | AttorneyClient | | | | | | | PastedGraphic-25.png | Attached document reflecting legal advice from in-house counsel regarding tariff impact. |
| 794 | | | AttorneyClient | | | | | | | GA China Tariffs Summary of Reactions - 08.08.2018 copy.pages | Attached report reflecting legal advice from in-house counsel regarding tariffs summary of reactions. |
| 796 | | | AttorneyClient | | | | | | | Tariff Slides (8-9-18).key | Attached document reflecting legal advice from in-house counsel regarding trade material. |
| 797 | | | AttorneyClient | | | | | | | PastedGraphic-1.png | Attached document reflecting legal advice from in-house counsel regarding trade material. |
| 798 | | | AttorneyClient | | | | | | | | Attached document reflecting legal advice from in-house counsel regarding trade material. |
| 801 | | | AttorneyClient | | | | | | | PastedGraphic-3.png | Attached document reflecting legal advice from in-house counsel regarding trade material. |
| 802 | | | AttorneyClient | | | | | | | Tariff Slides (8-9-18).key | Attached document reflecting legal advice from in-house counsel regarding trade material. |
| 805 | | | AttorneyClient | | | | | | | Lisa Board Preso Aug 2018.key | Attached board presentation sent to in-house counsel for the purpose of obtaining legal advice. |
| 830 | | | AttorneyClient | | | | | | | 1. US Tariffs Review Follow Up v2.key | Attached document sent for the purpose of obtaining legal advice regarding tariffs review. |
| 832 | | | AttorneyClient | | | | | | | | Attached draft 2018 Form 10-K sent for the purpose of obtaining legal advice regarding the disclosure. |
| 834 | | | AttorneyClient | 2018-09-14 | | | | | | 2018 Form 10-K Disclosure Committee Draft #1.pdf | Attached draft 2018 Form 10-K sent for the purpose of obtaining legal advice regarding the disclosure. |
| 852 | | | AttorneyClient | | | | | | | PastedGraphic-1.png | Attached data sheet sent to in-house counsel for the purpose of obtaining legal advice regarding data sheet. |
| 880 | | | AttorneyClient | 2018-10-16 | | | | | | 10-K 2018_RFs as of 10-16-2018.docx | Document reflecting legal advice from in-house counsel attached to email providing legal advice from in-house counsel regarding Form 10-K risk factor updates. |
| 881 | | | AttorneyClient | 2018-10-18 | | | | | | 10-K RFs Main Changes Oct 18.pdf | Document reflecting legal advice from in-house counsel attached to email providing legal advice from in-house counsel regarding Form 10-K risk factor updates. |
| 883 | | | AttorneyClient | 2018-10-19 | | | | | | 2018 Form 10-K Disclosure Committee Draft #2.docx | Attached draft 2018 Form 10-K sent for the purpose of obtaining legal advice regarding the disclosure. |
| 884 | | | AttorneyClient | 2018-01-04 | | | | | | 2018 Form 10-K Disclosure Committee Draft #2.pdf | Attached draft 2018 Form 10-K sent for the purpose of obtaining legal advice regarding the disclosure. |
| 886 | | | AttorneyClient | 2018-01-04 | | | | | | 2018 Form 10-K Disclosure Committee Draft #2.pdf | Attached draft 2018 Form 10-K sent for the purpose of obtaining legal advice regarding the disclosure. |
| 901 | | | AttorneyClient | 2018-11-21 | | | | | | Call November 21.pdf | Attached document reflecting legal advice from in-house counsel regarding state aid and U.S.-China and U.S.-India trade relationships briefing. |
| 929 | | | AttorneyClient | | | | | | | PastedGraphic-17.png | Attached document reflecting legal advice from in-house counsel regarding preliminary injunction. |
| 955 | | | AttorneyClient | | | | | | | Employee Email 1 Jan 11pm.pages | Attached draft document reflecting and requesting legal advice from in-house counsel regarding employee communication. |
| 970 | | | AttorneyClient | 2016-01-26 | | | | | | Apple_Q1_2016_Earnings_Supplement.pdf | Attached draft investor letter reflecting legal advice from in-house counsel. |
| 976 | | | AttorneyClient | 2019-01-02 | | | | | | Employee Email 1 Jan 11pmpages.pdf | Attached draft document reflecting and requesting legal advice from in-house counsel regarding employee communication. |
| 978 | | | AttorneyClient | | | | | | | | Document prepared by employee acting under the direction of in-house counsel attached to email sent for the purpose of obtaining legal advice regarding guidance revision. |
| 979 | | | AttorneyClient | | | | | | | | Document prepared by employee acting under the direction of in-house counsel attached to email sent for the purpose of obtaining legal advice regarding guidance revision. |
| 984 | | | AttorneyClient | 2019-01-05 | | | | | | | Attached document sent to in-house counsel for the purpose of obtaining legal advice regarding interview preparation. |

Exhibit 5b: Withheld Attachments (Insufficient Descriptions)

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 985 | | | AttorneyClient | | | | | | | | Attached document sent to in-house counsel for the purpose of obtaining legal advice regarding interview preparation. |
| 986 | | | AttorneyClient | 2019-01-07 | | | | | | PastedGraphic-5.pdf | Attached document sent to in-house counsel for the purpose of obtaining legal advice regarding interview preparation. |
| 1031 | | | AttorneyClient | | | | | | | BOD M&A Review 2019Q2 v09.key | Attached document sent to in-house counsel for the purpose of obtaining legal advice regarding draft M&A Board presentation. |