ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
KENNETH J. BLACK (291871)
HADIYA K. DESHMUKH (328118)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
        – and –
MARK SOLOMON (151949)
TOR GRONBORG (179109)
JASON A. FORGE (181542)
RAPHAELLA FRIEDMAN (323324)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
torg@rgrdlaw.com
jforge@rgrdlaw.com
rfriedman@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No. 4:19-cv-02033-YGR<br><br>CLASS ACTION<br><br>DECLARATION OF KENNETH J. BLACK IN SUPPORT OF REPLY IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO COMPEL DOCUMENTS WITHHELD AS PRIVILEGED<br><br>DATE:   April 15, 2022<br>TIME:    9:30 a.m.<br>CTRM:  F, 15th Floor<br>JUDGE:  Hon. Joseph C. Spero |

4882-7992-6294.v1

I, KENNETH J. BLACK, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and before this District Court. I am associated with the law firm Robbins Geller Rudman & Dowd LLP, counsel of record for Lead Plaintiff and Class Representative Norfolk County Council as Administering Authority of the Norfolk Pension Fund ("Plaintiff") and Lead Counsel for the Class in the above-entitled action. This Declaration is made in support of the Reply in Support of Lead Plaintiff's Motion to Compel Documents Withheld as Privileged.[1] I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. On March 17, 2022, using Relativity software, I searched productions made by non-parties Hon Hai Precision Industry Co., Ltd. a/k/a Foxconn Technology Group ("Foxconn") and Pegatron Corporation and Pegatron USA, Inc. (collectively, "Pegatron") to Plaintiff for the term "@group.apple.com." That term yielded results for, or hit on, 5,539 message or email documents in the Foxconn production and 477 message or email documents in the Pegatron production.

3. Attached are true and correct copies of the following exhibits:

Exhibit 7:  Email from Tim Cook to Jeff Williams, Subject: "Re: Nikkei: Apple cancels production boost for budget iPhone XR: sources," dated November 5, 2018, APL-SECLIT_00151619-APL-SECLIT_00151626 **[FILED UNDER SEAL]**; and

Exhibit 8:  Email from Priya Balasubramaniam to Jeff Williams, Subject: "Re: Nikkei: Apple cancels production boost for budget iPhone XR: sources," Attachment: "2018 NPI Nikkei Article Compare," dated November 5, 2018, APL-SECLIT_00183244-APL-SECLIT_00183252 **[FILED UNDER SEAL]**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 18th day of March, 2022, at San Francisco, California.

s/ Kenneth J. Black<br>KENNETH J. BLACK

---

[1] "Defendants" are Apple Inc. ("Apple"), Timothy D. Cook and Luca Maestri.