JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
MICHAEL D. TORPEY (SBN 79424)
mtorpey@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:      +1 (415) 773-5700
Facsimile:       +1 (415) 773-5759

Attorneys for Defendants Apple Inc.,
Timothy Cook, and Luca Maestri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No. 4:19-cv-02033-YGR<br><br>**NOTICE OF APPEARANCE OF MICHAEL D. TORPEY**<br><br>Judge:  Honorable Yvonne Gonzalez Rogers<br>Ctrm:   1, 4th Floor |
|---|---|

1  **TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

3      **PLEASE TAKE NOTICE** that **MICHAEL D. TORPEY** of the law firm of Orrick, Herrington & Sutcliffe LLP hereby enters an appearance as counsel for defendants Apple Inc., Timothy D. Cook, and Luca Maestri (collectively "Defendants"), and hereby requests that all notices given or required to be given, and all papers filed, served, or required to be served in the above-captioned matter, be provided and served upon:

> Michael D. Torpey
> ORRICK, HERRINGTON & SUTCLIFFE LLP
> 405 Howard Street
> San Francisco, CA  94105-2669
> Telephone:  (415) 773-5700
> Facsimile:  (415) 773-5759
> Email:  mtorpey@orrick.com

Dated: July 19, 2022

Respectfully submitted,
ORRICK, HERRINGTON & SUTCLIFFE LLP

      */s/ Michael D. Torpey*
      MICHAEL D. TORPEY

Attorneys for Defendants Apple Inc., Timothy D. Cook, and Luca Maestri