# EXHIBIT 11
# [Filed Under Seal]

CONFIDENTIAL

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3                   OAKLAND DIVISION
 4
     In re APPLE INC. SECURITIES   )
 5   LITIGATION                    ) Case No.
     ------------------------------) 4:19-cv-02033-YGR
 6   This Document Relates To:     )
                                   )
 7        ALL ACTIONS.             )
     ------------------------------)
 8
 9                       - - -
10                FRIDAY, JULY 23, 2021
11                       - - -
12
13       Videotaped Remote Deposition of SHARON MAAS,
14   beginning at 12:03 P.M., before Nancy J. Martin, a
15   Registered Merit Reporter, Certified Shorthand
16   Reporter.
17
18
19
20
21
22
23
24
25
                                              Page 1
```

```
 1    A P P E A R A N C E S :
 2
      TODD SCOTT, ESQ.
 3    ARIEL WINAWER, ATTORNEY AT LAW
      TRISTAN ALLEN, ESQ.
 4    ORRICK HERRINGTON & SUTCLIFFE
      405 Howard Street
 5    San Francisco, California  94105-2675
      (415) 773.5992
 6    tscott@orrick.com
      Counsel for Defendants
 7
 8
      SHAWN A. WILLIAMS, ESQ.
 9    DAN PFEFFERBAUM, ESQ.
      THOMAS MICHAUD, ESQ.
10    ROBBINS GELLER RUDMAN & DOWD LLP
      One Montgomery Street
11    Suite 1800
      San Francisco, California  94104
12    (415) 288-4545
      shawnw@rgrdlaw.com
13    Counsel for Plaintiffs
14
15    CHRISTINE M. FOX, ATTORNEY AT LAW
      LABATON SUCHAROW
16    140 Broadway
      34th Floor
17    New York, New York  10005
      (212) 907-0700
18    cfox@labaton.com
      Counsel for Plaintiffs and the Class
19
20    ALSO PRESENT:
21    STEPHANIE FINE, IN-HOUSE COUNSEL, APPLE INC.
22    SOSEH KAVORKIAN, LEGAL VIDEOGRAPHER
23
24
25
                                              Page 2
```

| | | |
|---|---|---|
| 1 | A. I believe there was other -- other investors | 14:15:10 |
| 2 | with larger losses than ours. Even though, I mean, | 14:15:13 |
| 3 | the allegations, you know, were substantial, but our | 14:15:17 |
| 4 | loss wasn't as large as others. | 14:15:23 |
| 5 | Q. Did you or someone at the fund compare the | 14:15:27 |
| 6 | stock loss information of the plaintiffs yourself? | 14:15:30 |
| 7 | A. No. | 14:15:33 |
| 8 | Q. And how did you learn that other plaintiffs | 14:15:37 |
| 9 | had larger stock losses than the fund? | 14:15:41 |
| 10 | A. Through legal counsel. | 14:15:45 |
| 11 | Q. Are you aware that the stock loss information | 14:15:49 |
| 12 | that Norfolk, the current lead plaintiff, provided in | 14:15:54 |
| 13 | connection with its lead plaintiff motion was | 14:15:56 |
| 14 | misstated? | 14:15:59 |
| 15 | A. Yes, I am. | 14:16:00 |
| 16 | Q. What do you know about that? | 14:16:04 |
| 17 | A. I think it just more had to do with just like | 14:16:06 |
| 18 | a delay. Because sometimes, you know, like they'll | 14:16:10 |
| 19 | post the trade for a Friday, and then assuming it's | 14:16:14 |
| 20 | going to clear, and then for whatever reason, it | 14:16:17 |
| 21 | doesn't clear until the following Monday, and the | 14:16:19 |
| 22 | pricing is different from one day to the next. | 14:16:23 |
| 23 | Q. Do you believe that the error in Norfolk's | 14:16:27 |
| 24 | stock loss information was -- I'm sorry -- that they | 14:16:31 |
| 25 | used the wrong price in the stock? | 14:16:38 |

Page 86

```
 1              MR. WILLIAMS:  Objection.  Objection.  Form.      14:16:41
 2     This is not what she's here for.                           14:16:42
 3              THE WITNESS:  I mean I just think it was an       14:16:47
 4     honest mistake, and it was corrected.                      14:16:49
 5     BY MR. SCOTT:                                              14:17:10
 6         Q.   Have you reviewed the errata that Norfolk         14:17:10
 7     filed with the court correcting the mistake on its         14:17:12
 8     stock loss information?                                    14:17:16
 9         A.   No, I have not.                                   14:17:17
10         Q.   Have you discussed with the board -- strike       14:17:24
11     that.                                                      14:17:28
12              Are you aware of whether, with the                14:17:28
13     corrections, the Norfolk stock loss information, they      14:17:31
14     still have larger stock losses than the fund?              14:17:33
15              MR. WILLIAMS:  Objection.  Form.                  14:17:39
16              THE WITNESS:  Do I know Norfolk still has a       14:17:42
17     larger loss than Roseville is what you're asking?          14:17:44
18     BY MR. SCOTT:                                              14:17:50
19         Q.   Uh-huh.                                           14:17:50
20         A.   Yeah, I do believe they have a larger loss        14:17:51
21     still.                                                     14:17:52
22         Q.   On what basis do you hold that belief?            14:17:53
23         A.   Because I want to say their initial loss was      14:17:57
24     close to a million dollars, and I believe it's still       14:18:00
25     somewhere in that range, and I know what our loss is,      14:18:03
```

Page 87

| | | |
|---|---|---|
| 1 | and I know it's nowhere near that. | 14:18:06 |
| 2 | Q. Are you aware, that in defendant's opposition | 14:18:08 |
| 3 | to the motion to class certification, they assert that | 14:18:11 |
| 4 | the errata that Norfolk filed still contains incorrect | 14:18:14 |
| 5 | information about their stock losses? | 14:18:18 |
| 6 | A. No, I was not. | 14:18:20 |
| 7 | Q. Have you discussed with the board at the fund | 14:18:22 |
| 8 | whether the fund should seek to serve as lead | 14:18:26 |
| 9 | plaintiff given Norfolk's errors? | 14:18:31 |
| 10 | A. No, we have not. | 14:18:33 |
| 11 | Q. Given the errors in Norfolk's lead plaintiff | 14:18:38 |
| 12 | submission to the court, do you believe that Norfolk | 14:18:44 |
| 13 | should still be lead plaintiff in this case? | 14:18:46 |
| 14 | MR. WILLIAMS: Objection. | 14:18:48 |
| 15 | THE WITNESS: Yes, I do. | 14:18:48 |
| 16 | BY MR. SCOTT: | 14:18:50 |
| 17 | Q. Okay. I think that's all I have for today. | 14:18:50 |
| 18 | If we can just take a few minutes. I want to speak | 14:18:52 |
| 19 | with my cohorts here and see if we have anything more. | 14:18:56 |
| 20 | Give us just a couple minutes. | 14:19:01 |
| 21 | MR. WILLIAMS: We'll go to the breakout room. | 14:19:02 |
| 22 | THE VIDEOGRAPHER: Off the record at | 14:19:06 |
| 23 | 2:19 p.m. This is the end of Media 3. | 14:19:07 |
| 24 | (WHEREUPON a recess was taken from 2:19 p.m. | 14:30:15 |
| 25 | to 2:30 p.m.) | 14:30:15 |