JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
MICHAEL D. TORPEY (SBN 79424)
mtorpey@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:      +1 (415) 773-5700
Facsimile:       +1 (415) 773-5759

Attorneys for Defendants Apple Inc.,
Timothy Cook, and Luca Maestri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Civil Action No. 4:19-cv-02033-YGR-JCS<br><br>**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (DKT. NO. 249)**<br><br>Judge:  Honorable Yvonne Gonzalez Rogers |

On July 5, 2022, Lead Plaintiff filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. No. 249, the "Administrative Motion"). Defendants Apple Inc., Timothy Cook, and Luca Maestri (collectively, "Defendants"), have submitted a declaration in support of their request that the material presented in connection with the Administrative Motion (the "Sealed Records") remain under seal. Having considered the papers and the contentions of the parties, the Court HEREBY GRANTS the Administrative Motion as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Motion for Leave, p. i, lines 8-16 | Kramer Decl. ¶ 6. | |
| Motion for Leave, pp. 2:20-3:18 | Kramer Decl. ¶ 6. | |
| Motion for Leave, pp. 5:19-14:23 | Kramer Decl. ¶ 6. | |
| Motion for Leave, pp. 17:25- 18:2; 18:5-27; 19:3-10; 19:14- 20:17; 20:25-28; fn. 20; 25:1-20 | Kramer Decl. ¶ 6. | |
| [Proposed] Second Amended Complaint, p. i, lines 22-27; p. ii, lines 3-4, lines 7-8. | Kramer Decl. ¶ 6. | |
| [Proposed] Second Amended Complaint, pp. 2:20-3:3; 3:5; 3:8-10; 3:13-19. | Kramer Decl. ¶ 6. | |
| [Proposed] Second Amended Complaint, pp. 11:3-10; 25:6-24; 27:5-10 | Kramer Decl. ¶ 8. | |
| [Proposed] Second Amended Complaint, p. 12:8-20 | Kramer Decl. ¶ 6. | |
| [Proposed] Second Amended Complaint, pp. 19:9-20:17; 21:23; 22:20-23 | Kramer Decl. ¶ 6. | |

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| [Proposed] Second Amended Complaint, pp. 27:11-24 | Kramer Decl. ¶ 6. | |
| [Proposed] Second Amended Complaint, pp. 28:14-27; 29:8-45:17 | Kramer Decl. ¶ 6. | |
| [Proposed] Second Amended Complaint, p. 47:13-24 | Kramer Decl. ¶ 6. | |
| [Proposed] Second Amended Complaint, p. 47:24-27 | Kramer Decl. ¶ 7. | |
| [Proposed] Second Amended Complaint, pp. 48:1-49:18; 50:25-51:10 | Kramer Decl. ¶ 6. | |

Accordingly, the Court orders that the Clerk of the Court shall maintain the "sealed/unredacted" version of the Sealed Records under seal.  Only this Court, court personnel, and interested parties to this case may inspect the records sealed by this Order.

**IT IS SO ORDERED.**

Date: _____, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE