JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
MICHAEL D. TORPEY (SBN 79424)
mtorpey@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1 (415) 773-5700
Facsimile:      +1 (415) 773-5759

Attorneys for Defendants Apple Inc.,
Timothy Cook, and Luca Maestri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>  ALL ACTIONS. | Civil Action No. 4:19-cv-02033-YGR<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge:    Honorable Yvonne Gonzalez Rogers |

Pursuant to Local Rules 7-11 and 79-5(d), Defendants Apple Inc., Timothy Cook, and Luca Maestri (collectively, "Defendants") hereby move this Court for an order permitting Defendants to file under seal portions of their Opposition to Plaintiff's Motion for Leave to File Second Amended Class Action Complaint (at p. 13, fn. 6), and portions of Exhibit 2 to the Declaration of James N. Kramer in Support of Opposition to Plaintiff's Motion for Leave to File Second Amended Class Action Complaint (at pp. 5:21-6:16) (the "Sealed Records"). This Motion is supported by the Declaration of James N. Kramer, filed concurrently herewith (the "Kramer Declaration").

For the reasons set out in the Kramer Declaration, Defendants respectfully request that the Court grant their Motion to Seal the Sealed Records.

Dated: July 26, 2022

ORRICK, HERRINGTON & SUTCLIFFE LLP

*James N. Kramer*
JAMES N. KRAMER

Attorneys for Defendants Apple Inc., Timothy Cook, and Luca Maestri