JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
MICHAEL D. TORPEY (SBN 79424)
mtorpey@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:      +1 (415) 773-5700
Facsimile:      +1 (415) 773-5759

Attorneys for Defendants Apple Inc.,
Timothy Cook, and Luca Maestri

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION<br><br>———————————————————————<br><br>This Document Relates To:<br><br> ALL ACTIONS. | Civil Action No. 4:19-cv-02033-YGR-JCS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge:  Honorable Yvonne Gonzalez Rogers |

On July 26, 2022, Apple Inc., Timothy Cook, and Luca Maestri (collectively "Defendants") submitted an Administrative Motion to File Under Seal ("Motion to Seal") portions of their Opposition to Plaintiff's Motion for Leave to File Second Amended Class Action Complaint, and an exhibit submitted therewith (the "Sealed Records").  Having considered the papers and the contentions of the parties, the Court HEREBY GRANTS the Motion to Seal as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered In Support of Sealing | Ruling |
|---|---|---|
| Defendants' Opposition to Plaintiff's Motion for Leave to File Second Amended Class Action Complaint, p. 13, fn. 6. | Kramer Decl. ¶ 5. | |
| Declaration of James N. Kramer in Support of Opposition to Plaintiff's Motion for Leave to File Second Amended Class Action Complaint, Ex. 2 (Lead Plaintiff's Responses to Apple's Second Set of Interrogatories) at 5:21-6:16. | Kramer Decl. ¶ 5. | |

Accordingly, the Court orders that the Clerk of the Court shall maintain the "sealed/unredacted" version of the Sealed Records under seal.  Only this Court, court personnel, and interested parties to this case may inspect the records sealed by this Order.

**IT IS SO ORDERED.**

Date: _____, 2022

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE