1  JAMES N. KRAMER (SBN 154709)
   jkramer@orrick.com
2  MICHAEL D. TORPEY (SBN 79424)
   mtorpey@orrick.com
3  ALEXANDER K. TALARIDES (SBN 268068)
   atalarides@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone:     +1 (415) 773-5700
   Facsimile:      +1 (415) 773-5759
7
   Attorneys for Defendants Apple Inc.,
8  Timothy Cook, and Luca Maestri

9

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                                  OAKLAND DIVISION

13

14 | IN RE APPLE INC. SECURITIES        | Civil Action No. 4:19-cv-02033-YGR
   | LITIGATION                         |
15 |                                    | **PROOF OF SERVICE BY ELECTRONIC MAIL OF SEALED RECORDS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT**
16 |                                    |
   | This Document Relates To:          |
17 |                                    |
   |   ALL ACTIONS.                     |
18 |                                    |
19 |                                    | Judge:   Honorable Yvonne Gonzalez Rogers
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE BY ELECTRONIC MAIL**

I am over the age of eighteen years and not a party to the within-entitled action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669.

On July 26, 2022, I served the following document(s):

- **SEALED VERSION OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT; and**

- **SEALED VERSION OF DEFENDANTS' EXHIBIT 2 IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT.**

on the interested parties in this action:

| NAME | FIRM | EMAIL |
|---|---|---|
| Shawn A. Williams<br>Daniel J. Pfefferbaum<br>Kenneth J. Black<br>Hadiya K. Deshmukh | ROBBINS GELLER RUDMAN & DOWD LLP<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104 | shawnw@rgrdlaw.com<br>dpfefferbaum@rgrdlaw.com<br>kennyb@rgrdlaw.com<br>hdeshmukh@rgrdlaw.com |
| Mark Solomon<br>Tor Gronborg<br>Danielle S. Myers<br>Juan Carlos Sanchez | ROBBINS GELLER RUDMAN & DOWD LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101 | marks@rgrdlaw.com<br>torg@rgrdlaw.com<br>dmyers@rgrdlaw.com<br>jsanchez@rgrdlaw.com |
| Carol C. Villegas<br>Christine M. Fox<br>Ross M. Kamhi | LABATON SUCHAROW<br>140 Broadway<br>New York, NY 10005 | cvillegas@labaton.com<br>cfox@labaton.com<br>rkamhi@labaton.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 26, 2022, at San Francisco, California.

        */s/ Lenny T. Patts*
        LENNY T. PATTS