JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
MICHAEL D. TORPEY (SBN 79424)
mtorpey@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    (415) 773-5700
Facsimile:     (415) 773-5759

Attorneys for Defendants Apple Inc.,
Timothy Cook, and Luca Maestri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Civil Action No. 4:19-cv-02033-YGR<br><br>**DECLARATION OF JAMES N. KRAMER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>Hearing<br>Date:    None Set<br>Ctrm:   1, 14th Floor<br>Judge:  Honorable Yvonne Gonzalez Rogers |

I, James N. Kramer, declare as follows:

1. I am a partner at Orrick, Herrington, & Sutcliffe LLP, counsel for Apple Inc., Timothy Cook, and Luca Maestri (collectively "Defendants"). I submit this declaration in support of Defendants' Opposition to Plaintiff's Motion for Leave to File a Second Amended Class Action Complaint. I have personal knowledge of the matters set forth in this declaration, and if called upon to do so I could and would testify thereto.

2. Attached as Exhibit 1 is a true and correct copy of excerpted pages from the transcript of the initial Case Management Conference held in this action on December 14, 2020.

3. Attached as Exhibit 2 is a true and correct copy of excerpted pages from Lead Plaintiff's Objections and Responses to Defendant Apple Inc.'s Second Set of Interrogatories to Lead Plaintiff, dated March 16, 2022.

4. Apple has produced more than 600,000 pages of documents in this action, with more than 550,000 pages produced by October 25, 2021.

5. The chart set forth below identifies, by beginning Bates number, the internal Apple documents referenced in Plaintiff's [Proposed] Second Amended Class Action Complaint (the "PSAC"), and further specifies the date on which Apple produced each document to Plaintiff.

| PSAC Paragraph | Beginning Bates Number | Production Date |
|---|---|---|
| 59 | APL-SECLIT_00497261 | 10/25/2021 |
| 60-61 | APL-SECLIT_00151377 | 7/15/2021 |
| 77-78 | APL-SECLIT_00546950 | 10/25/2021 |
| 83 | APL-SECLIT_00139890 | 7/15/2021 |
| 84 | APL-SECLIT_00434999 | 9/22/2021 |
| 85 | APL-SECLIT_00028048 | 6/25/2021 |
| 86 | APL-SECLIT_00088690 | 7/15/2021 |
| 87 | APL-SECLIT_00284425 | 7/15/2021 |
| 88 | APL-SECLIT_00117954 | 7/15/2021 |

| PSAC Paragraph | Beginning Bates Number | Production Date |
|---|---|---|
| 89 | APL-SECLIT_00643905 | 2/21/2022 |
| 90 | APL-SECLIT_00028100 | 6/25/2021 |
| 91 | APL-SECLIT_00375439 | 9/22/2021 |
| 92 | APL-SECLIT_00421921 | 9/22/2021 |
| 93 | APL-SECLIT_00199045 | 7/15/2021 |
| 94 | APL-SECLIT_00188017 | 7/15/2021 |
| 96 | APL-SECLIT_00182917 | 7/15/2021 |
| 97 | APL-SECLIT_00251301 | 7/15/2021 |
| 98 | APL-SECLIT_00162372 | 7/15/2021 |
| 100 | APL-SECLIT_00284431 | 7/15/2021 |
| 101 | APL-SECLIT_00151138 | 7/15/2021 |
| 102 | APL-SECLIT_00429314 | 9/22/2021 |
| 103 | APL-SECLIT_00118041 | 7/15/2021 |
| 104 | APL-SECLIT_00199608 | 7/15/2021 |
| 105 | APL-SECLIT_00163798 | 7/15/2021 |
| 106 | APL-SECLIT_00483067 | 9/22/2021 |
| 107-08 | APL-SECLIT_00099279 | 7/15/2021 |
| 110 | APL-SECLIT_00565784 | 1/14/2022 |
| 111 | APL-SECLIT_00183244 | 7/15/2021 |
| 113 | APL-SECLIT_00643904 | 2/18/2022 |
| 114 | APL-SECLIT_00183226 | 7/15/2021 |
| 115 | APL-SECLIT_00099767 | 7/15/2021 |
| 116 | APL-SECLIT_00093901 | 7/15/2021 |

| PSAC Paragraph | Beginning Bates Number | Production Date |
|---|---|---|
| 117 | APL-SECLIT_00504048 | 10/25/2021 |
| 125, 127 | APL-SECLIT_00140720 | 7/15/2021 |
| 126 | APL-SECLIT_00566703 | 1/14/2022 |
| 128 | APL-SECLIT_00183236 | 7/15/2021 |
| 129 | APL-SECLIT_00151611 | 7/15/2021 |
| 130 | APL-SECLIT_00200023 | 7/15/2021 |
| 131 | APL-SECLIT_00183244 | 7/15/2021 |
| 132 | APL-SECLIT_00183252 | 7/15/2021 |
| 137 | APL-SECLIT_00164215 | 7/15/2021 |

6. As shown in the chart above, of these 41 Apple documents, more than 70% had been produced by July 2021. More than 90% had been produced by October 2021. Only four of these documents were produced after October 2021—two of them in January 2022 and two in February 2022.

7. Plaintiff took the depositions of Mr. Cook, Mr. Maestri, and numerous other senior Apple executives before the fact discovery cutoff on March 16, 2022. Mr. Cook's deposition took place on February 9, 2022, and Mr. Maestri's deposition took place on February 25, 2022.

8. With respect to the ongoing discovery dispute before Magistrate Judge Spero concerning Defendants' assertions of privilege, referenced in Plaintiff's Motion for Leave to Amend at 5 n.6, fewer than 250 documents remain in dispute.

9. On April 27, 2022, Defendants served opening reports from four expert witnesses, and Plaintiff served two opening reports. The parties served rebuttal reports on June 10, 2022— five rebuttal reports from Defendants, and one from Plaintiff. All told, the parties designated a total of nine separate merits-phase experts.

10. After requesting, and then confirming, deposition dates for all six of Defendants' expert witnesses, Plaintiff unilaterally cancelled each deposition without explanation, waiting

until the business day before each deposition (in one case, two days before) to do so.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct. Executed in San Francisco, California on July 26, 2022.

*/s/ James N. Kramer*
JAMES N. KRAMER