# EXHIBIT 1

```
                                          Pages 1 - 14

              UNITED STATES DISTRICT COURT

           NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable YVONNE GONZALEZ ROGERS, Judge


In re Apple, Inc.           )    NO. C-19-2033 YGR
Securities Litigation,      )
_____ )    Monday, December 14, 2020

                                 Oakland, California

                                 Case Management Conference


           REPORTER'S TRANSCRIPT OF ZOOM PROCEEDINGS

APPEARANCES:

City of Roseville           ROBBINS GELLER
Employees' Retirement       RUDMAN & DOWD LLP
System:                     One Montgomery Street, Suite 1800
                            San Francisco, California 94104
                       By:  SHAWN A. WILLIAMS, ESQUIRE


For Defendant Apple:        ORRICK, HERRINGTON & SUTCLIFFE LLP
                            405 Howard Street
                            San Francisco, California 94105
                       By:  ALEXANDER K. TALARIDES, ESQUIRE
                            ARIEL B. WINAWER, ESQUIRE
                            JAMES N. KRAMER, ESQUIRE


For Defendant               LABATON SUCHAROW, LLP
Employees' Retirement       140 Broadway
System of the State         New York, New York 10005
of Rhode Island:       By:  CAROL C. VILLEGAS, ESQUIRE



Reported By:           Diane E. Skillman, CSR 4909, RPR, FCRR
                       Official Court Reporter

       TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION
```

**DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC**

1  Mr. Williams, about the motion to amend the pleadings.  How
2  can -- this is after all the briefing on the class action.  So
3  why would I let you amend the pleadings without motion after?
4      **MR. WILLIAMS:**  So, to be clear, what we've proposed
5  is a date to the last day to file a motion to amend the
6  pleadings.  So, again, this is an issue that we talked about
7  pretty thoroughly with the other side.
8      Their proposal of March of 2021 is a bit early.  The
9  likelihood is that they will not even have produced their
10 initial slug of documents responsive to our requests by then,
11 and their proposal is, you know, similar to, you know, us
12 amending tomorrow or next week.  What we propose --
13     **THE COURT:**  What about May 5th?  By May 5th you
14 should know.
15     **MR. WILLIAMS:**  I hope so.  And if we have, you know,
16 documents by then and we've been through them and we have a
17 basis to move the Court for leave to amend, which we would
18 have to show good cause anyway, we would do that.
19     So we -- you know, have seen this issue before.  I thought
20 our proposal was reasonable.  But if May 5th seems more
21 reasonable to Your Honor, we will obviously comply with that.
22     **THE COURT:**  I think May 5th.  I don't want to see --
23 I don't want to see that motion after I've already had full
24 briefing on class cert.  So let's make that May 5th, 2021.
25     **MR. KRAMER:**  Your Honor, may I ask a question?

```
 1  much.
 2          THE COURT:  Mr. Kramer, anything else?
 3          MR. KRAMER:  No, Your Honor.  Thank you for your time
 4  today.
 5          THE COURT:  Okay.  Everybody stay safe.  Happy
 6  Holidays.
 7          MR. KRAMER:  Happy Holidays.
 8          THE COURT:  We are adjourned on your case.  Thank
 9  you.
10              (Proceedings concluded at 2:20 p.m.)
11
12
13                    **CERTIFICATE OF REPORTER**
14          I, Diane E. Skillman, Official Reporter for the
15  United States Court, Northern District of California, hereby
16  certify that the foregoing is a correct transcript from the
17  record of proceedings in the above-entitled matter.
18
19                  _/s/ Diane E. Skillman_____
20              DIANE E. SKILLMAN, CSR 4909, RPR, FCRR
21                    Thursday, July 14, 2022
22
23
24
25
```

**DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC**