JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
MICHAEL D. TORPEY (SBN 79424)
mtorpey@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 (415) 773-5700
Facsimile:    +1 (415) 773-5759

Attorneys for Defendants Apple Inc.,
Timothy Cook, and Luca Maestri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Civil Action No. 4:19-cv-02033-YGR<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT**<br><br><u>Hearing</u><br>Date:   None Set<br>Ctrm:   1, 14th Floor<br>Judge:  Honorable Yvonne Gonzalez Rogers |

1      On July 5, 2022, Lead Plaintiff Norfolk County Council as Administering Authority of the Norfolk Pension Fund filed a Motion for Leave to File a Second Amended Class Action Complaint (the "Motion").  Having considered the papers and the contentions of the parties, the Court HEREBY DENIES Lead Plaintiff's Motion.

       The Case Management Order in this action (Dkt. No. 128) set a deadline of May 5, 2021 for motions for leave to amend.  Because Lead Plaintiff's Motion came more than a year after that deadline, Lead Plaintiff must demonstrate, as a threshold matter, that that there is good cause to modify the scheduling order under Federal Rule of Civil Procedure 16(b)(4).  The Court finds that Lead Plaintiff was not diligent in seeking its proposed amendment, and therefore has not demonstrated good cause to amend the scheduling order deadlines under Rule 16.

       The Court additionally concludes that leave to amend should be denied under Federal Rule of Civil Procedure 15.  Amendment at this late stage of the litigation would prejudice Defendants; the record shows that Lead Plaintiff unduly delayed in seeking leave to amend; and the proposed amendment would be futile.

       Lead Plaintiff's Motion is DENIED.

       **IT IS SO ORDERED.**

Date: _____, 2022

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE