# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# ZOOM CIVIL MINUTE ORDER

| Case No.: 19-cv-02033-YGR (JCS) | Case Name: IN RE APPLE SECURITIES LITIGATION | |
|---|---|---|
| **Chief Magistrate Judge:** JOSEPH C. SPERO | **Date**: July 29, 2022 | **Time:** 45 M (9:34-10:14) |

**Attorney for Plaintiff:** Shawn Williams, Dan Pfefferbaum, Ken Black
**Attorney for Defendant:** James Kramer, Kevin Askew

**Deputy Clerk:** Karen Hom     **Court Reporter:** Ruth Levine Ekhaus

## ZOOM WEBINAR PROCEEDINGS

1. Discovery Hearing re: Discovery Letter Brief [ dkt 227] - Held

## ORDERED AFTER HEARING

Court will issue Order.

**Order to be prepared by:**
 [ ]  Plaintiff          [ ]  Defendant          [X] Court