ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
KENNETH J. BLACK (291871)
HADIYA K. DESHMUKH (328118)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
    – and –
MARK SOLOMON (151949)
JASON A. FORGE (181542)
RAPHAELLA FRIEDMAN (323324)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
jforge@rgrdlaw.com
rfriedman@rgrdlaw.com

Lead Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) | Case No. 4:19-cv-02033-YGR <br><br> <u>CLASS ACTION</u> <br><br> LEAD PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED |
| This Document Relates To: <br><br>     ALL ACTIONS. | | |

4854-4122-7565.v1

1    Pursuant to Civil Local Rules ("L.R.") 7-11 and 79-5(f) and in accordance with the

2    Stipulated Protective Order (ECF No. 139) ("Protective Order"), Lead Plaintiff and Class

3    Representative Norfolk County Council as Administering Authority of the Norfolk Pension Fund

4    ("Plaintiff") respectfully submits this Administrative Motion to Consider Whether Another Party's

5    Material Should Be Sealed (the "Motion") in connection with Lead Plaintiff's Response to

6    Defendants' Request for Motion for Summary Judgment Pre-Filing Conference (the "Sealed

7    Document"), filed concurrently herewith.  This Motion is supported by the Declaration of Shawn A.

8    Williams (the "Williams Declaration").  Plaintiff has reviewed and complied with L.R. 79-5(f).

9    Pursuant to the parties' Protective Order, Plaintiff must file the Sealed Document under seal

10   because it references or contains information designated as CONFIDENTIAL or HIGHLY

11   CONFIDENTIAL by Defendants[1] (the "Designating Party") under the Protective Order.  Plaintiff

12   seeks to file under seal those portions of the Sealed Document that cite or reflect information that has

13   been so designated by the Designating Party.  Pursuant to L.R. 7-11 and 79-5(f), the Williams

14   Declaration identifies the documents containing the purportedly CONFIDENTIAL or HIGHLY

15   CONFIDENTIAL information.  The Sealed Document will be submitted conditionally under seal

16   with this Motion.  The Sealed Document will be concurrently provided to the Court and served on

17   counsel for the Designating Party.

18   DATED:  August 3, 2022                    ROBBINS GELLER RUDMAN
                                                & DOWD LLP
19                                           SHAWN A. WILLIAMS
                                             DANIEL J. PFEFFERBAUM
20                                           KENNETH J. BLACK
                                             HADIYA K. DESHMUKH
21

22                                                    s/ Shawn A. Williams
23                                           SHAWN A. WILLIAMS

24

25

26

27

---

[1]      "Defendants" are Apple Inc., Timothy D. Cook and Luca Maestri.

28   LEAD PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER
     PARTY'S MATERIAL SHOULD BE SEALED - 4:19-cv-02033-YGR                      - 1 -
     4854-4122-7565.v1

1

2                  Post Montgomery Center
One Montgomery Street, Suite 1800

3                  San Francisco, CA  94104
Telephone:  415/288-4545

4                  415/288-4534 (fax)
shawnw@rgrdlaw.com

5                  dpfefferbaum@rgrdlaw.com
kennyb@rgrdlaw.com

6                  hdeshmukh@rgrdlaw.com

7                  ROBBINS GELLER RUDMAN
  & DOWD LLP

8                  MARK SOLOMON
JASON A. FORGE

9                  RAPHAELLA FRIEDMAN
655 West Broadway, Suite 1900

10               San Diego, CA  92101
Telephone:  619/231-1058

11               619/231-7423 (fax)
marks@rgrdlaw.com

12               jforge@rgrdlaw.com
rfriedman@rgrdlaw.com

13               Lead Counsel for Lead Plaintiff

14               LABATON SUCHAROW
CAROL C. VILLEGAS

15               140 Broadway
New York, NY 10005

16               Telephone: 212/907-0700
212/883-7524 (fax)

17               cvillegas@labaton.com

18               Counsel for Employees' Retirement System of the
State of Rhode Island

19

20               VANOVERBEKE, MICHAUD & TIMMONY, P.C.
THOMAS C. MICHAUD

21               79 Alfred Street
Detroit, MI  48201

22               Telephone:  313/578-1200
313/578-1201 (fax)

23               tmichaud@vmtlaw.com

24               Additional Counsel

25

26

27

28

1

<u>CERTIFICATE OF SERVICE</u>

2          I hereby certify under penalty of perjury that on August 3, 2022, I authorized the electronic

3 filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send

4 notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I

5 hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the

6 non-CM/ECF participants indicated on the attached Manual Notice List.

7                                                           s/ Shawn A. Williams
                                                            SHAWN A. WILLIAMS
8
                                                            ROBBINS GELLER RUDMAN
9                                                              & DOWD LLP
                                                            Post Montgomery Center
10                                                          One Montgomery Street, Suite 1800
                                                            San Francisco, CA  94104
11                                                          Telephone:  415/288-4545
                                                            415/288-4534 (fax)
12                                                          Email:  shawnw@rgrdlaw.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4854-4122-7565.v1

# Mailing Information for a Case 4:19-cv-02033-YGR IN RE APPLE INC. SECURITIES LITIGATION

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Tristan Allen**
  tallen@orrick.com

- **Adam Marc Apton**
  aapton@zlk.com,Files@zlk.com

- **Kevin Michael Askew**
  kaskew@orrick.com

- **Kenneth Joseph Black**
  KennyB@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Mary K. Blasy**
  mblasy@rgrdlaw.com

- **Frank H. Busch**
  busch@wvbrlaw.com,abarca@wvbrlaw.com,pallister@wvbrlaw.com

- **Hadiya Khan Deshmukh**
  hdeshmukh@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **William Joseph Foley**
  wfoley@orrick.com

- **Jason A. Forge**
  jforge@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Christine M. Fox**
  cfox@labaton.com,ndonlon@labaton.com,lpina@labaton.com,electroniccasefilings@labaton.com,6312349420@filings.docketbird.com

- **Raphaella Friedman**
  rfriedman@rgrdlaw.com

- **Tor Gronborg**
  torg@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Nicomedes Sy Herrera**
  nherrera@herrerakennedy.com

- **J Alexander Hood , II**
  ahood@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Austin Thomas Jackson**
  ajackson@structurelaw.com,cford@structurelaw.com

- **James Neil Kramer**
  jkramer@orrick.com,lpatts@orrick.com,mwatkins@orrick.com,vmorse@orrick.com,tallen@orrick.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,fgravenson@pomlaw.com,ipareja@pomlaw.com

- **Francis P. McConville**
  fmcconville@labaton.com,HChang@labaton.com,lpina@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Danielle Suzanne Myers**
  dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com,dmyers@rgrdlaw.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,ahood@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,jalieberman@pomlaw.com,abarbosa@pomlaw.com,fgravenson@poml

- **Daniel Jacob Pfefferbaum**
  DPfefferbaum@rgrdlaw.com,jgeorge@rgrdlaw.com,dpfefferbaumRGRD@ecf.courtdrive.com,e_file_sd@rgrdlaw.com,jgeorge@ecf.courtdrive.com,sbloyd@rgrdlaw.c

- **Samuel H. Rudman**
  srudman@rgrdlaw.com

- **Juan Carlos Sanchez**
  jsanchez@rgrdlaw.com,e_file_SD@rgrdlaw.com

- **Craig Wallace Smith**
  notice@robbinsllp.com,noticerobbinsllp@ecf.courtdrive.com,csmith@robbinsllp.com

- **Mark Solomon**
  marks@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Alexander K. Talarides**
  atalarides@orrick.com,lpatts@orrick.com,casestream@ecf.courtdrive.com,tallen@orrick.com

- **Michael David Torpey**
  mtorpey@orrick.com

- **Carol C. Villegas**
  cvillegas@labaton.com,ndonlon@labaton.com,lpina@labaton.com,5739893420@filings.docketbird.com,electroniccasefiling@labaton.com,dsaldamando@labaton.com

- **James Matthew Wagstaffe**
  wagstaffe@wvbrlaw.com,abarca@wvbrlaw.com,johnson@wvbrlaw.com

- **Steven Ray Wedeking , II**
  swedeking@robbinsllp.com,notice@robbinsllp.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,kennyb@rgrdlaw.com,jgelman@rgrdlaw.com,rfriedman@ecf.courtdrive.com,ShawnW@ecf.courtdrive.com,smorris@rgrdlaw.com,e_file_sd@r

- **Ariel Brianna Winawer**
  awinawer@orrick.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)