1  JAMES N. KRAMER (SBN 154709)
   jkramer@orrick.com
2  MICHAEL D. TORPEY (SBN 79424)
   mtorpey@orrick.com
3  ALEXANDER K. TALARIDES (SBN 268068)
   atalarides@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone:     +1 (415) 773-5700
   Facsimile:      +1 (415) 773-5759
7
   Attorneys for Defendants Apple Inc.,
8  Timothy Cook, and Luca Maestri

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                             OAKLAND DIVISION

13

| 14 | IN RE APPLE INC. SECURITIES LITIGATION | Civil Action No. 4:19-cv-02033-YGR |
|---|---|---|
| 15 | | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |
| 16 | This Document Relates To: | |
| 17 | ALL ACTIONS. | Judge:  Honorable Yvonne Gonzalez Rogers |
| 18 | | |
| 19 | | |

1    On August 5, 2022, Defendants Apple Inc., Timothy Cook, and Luca Maestri filed a
2  Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge (the "Motion").
3  Having considered the papers and the contentions of the parties, and for good cause shown, the
4  Court hereby GRANTS Defendants' Motion.  The Magistrate Judge's August 3, 2022 Order
5  Granting in Part and Denying in Part Plaintiff's Motion to Compel (ECF No. 272, the "Order") is
6  hereby overruled to the extent it determined that the documents at issue that were withheld by
7  Defendants in discovery are not protected by the attorney-client privilege.
8       **IT IS SO ORDERED.**

10  Date: _____, 2022

         _____
         HON. YVONNE GONZALEZ ROGERS
         UNITED STATES DISTRICT JUDGE