JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
MICHAEL D. TORPEY (SBN 79424)
mtorpey@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 (415) 773-5700
Facsimile:     +1 (415) 773-5759

Attorneys for Defendants Apple Inc.,
Timothy Cook, and Luca Maestri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br> ALL ACTIONS. | Civil Action No. 4:19-cv-02033-YGR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' EMERGENCY ADMINISTRATIVE MOTION FOR STAY OF DISCOVERY ORDER PENDING REVIEW AND FOR AN ADMINISTRATIVE STAY PENDING DECISION ON MOTION TO STAY**<br><br>Judge:  Honorable Yvonne Gonzalez Rogers |

1  On August 5, 2022, Defendants Apple Inc., Tim Cook, and Luca Maestri filed an
2  Emergency Administrative Motion for Stay of Discovery Order Pending Review and For an
3  Administrative Stay Pending Decision on Motion to Stay (the "Motion").  Having considered the
4  papers, and for good cause shown, the Court hereby GRANTS Defendants' Motion.  The
5  Magistrate Judge's August 3, 2022 Order Granting in Part and Denying in Part Plaintiff's Motion
6  to Compel (ECF No. 272, the "Order") is hereby stayed pending this Court's consideration of
7  Defendants' Motion for Relief from the Order pursuant to Federal Rule of Civil Procedure 72 and
8  Local Rule 72-2.
9  **IT IS SO ORDERED.**
10
11  Date: _____, 2022
12  _____
    HON. YVONNE GONZALEZ ROGERS
    UNITED STATES DISTRICT JUDGE