# EXHIBIT 4

| | |
|---|---|
| **From:** | Askew, Kevin M. |
| **To:** | Kenny Black; Dan Pfefferbaum; Shawn Williams; Hadiya Deshmukh; John George |
| **Cc:** | Kramer, James N.; Winawer, Ariel; Foley, William J.; Scott, M. Todd; Allen, Tristan Konstantin |
| **Subject:** | RE: In re Apple Securities Litigation -- Search Term Counterproposal |
| **Date:** | Thursday, August 5, 2021 1:24:08 PM |
| **Attachments:** | image001.jpg<br>image002.png<br>Hit Counts for Plaintiff"s Search Term Counterproposal (8-5-2021) 4143-6282-3216 1.xlsx |

Kenny,

I'm attaching the hit counts for the revised search term proposal you provided on July 29. The terms result in an additional review population of 205,710 documents (including families). We can agree to go forward with these terms. We're reviewing these documents and will make additional productions on a rolling basis.

Best,
Kevin

**From:** Askew, Kevin M.
**Sent:** Friday, July 30, 2021 1:17 PM
**To:** 'Kenny Black' <KennyB@rgrdlaw.com>; Dan Pfefferbaum <DPfefferbaum@rgrdlaw.com>; Shawn Williams <shawnw@rgrdlaw.com>; Hadiya Deshmukh <HDeshmukh@rgrdlaw.com>; John George <JGeorge@rgrdlaw.com>
**Cc:** Kramer, James N. <jkramer@orrick.com>; Winawer, Ariel <awinawer@orrick.com>; Foley, William J. <wfoley@orrick.com>; Scott, M. Todd <tscott@orrick.com>; Allen, Tristan Konstantin <tallen@orrick.com>
**Subject:** RE: In re Apple Securities Litigation -- Search Term Counterproposal

Kenny,

Thanks very much for this counterproposal. We appreciate you making an effort to reduce the number of hits.

We are working to get hit counts for this set of terms. Because you have added new terms that could potentially pick up some documents that have not already been loaded to Apple's review platform, we're having to go through the additional step of running these searches in Apple's in-house system, and exporting the results to the review vendor, before we can obtain the new counts. We'll do that promptly, but it will likely take a bit longer than the potential 2-day turnaround time we discussed on Wednesday.

Separately, we had our vendor take another look at the two search strings in the previous set that were returning identical hit counts. Upon further investigation it appears that individual terms in those two strings ("value" and "modif*") were hitting on a non-substantive field that was found in the metadata for each of the documents in the search set. The hit counts for those two search strings were identical because they were returning all documents hitting on the second parentheticals in the search strings (which were identical to each other). We believe this issue impacted only those two search strings. When we re-run the search terms from your revised proposal, we will adjust the search parameters to address this issue and make sure we are getting accurate counts.

Best,
Kevin

**From:** Kenny Black <KennyB@rgrdlaw.com>
**Sent:** Thursday, July 29, 2021 3:12 PM
**To:** Askew, Kevin M. <kaskew@orrick.com>; Dan Pfefferbaum <DPfefferbaum@rgrdlaw.com>; Shawn Williams <shawnw@rgrdlaw.com>; Hadiya Deshmukh <HDeshmukh@rgrdlaw.com>; John George <JGeorge@rgrdlaw.com>
**Cc:** Kramer, James N. <jkramer@orrick.com>; Winawer, Ariel <awinawer@orrick.com>; Foley, William J. <wfoley@orrick.com>; Scott, M. Todd <tscott@orrick.com>; Allen, Tristan Konstantin <tallen@orrick.com>
**Subject:** RE: In re Apple Securities Litigation -- Search Term Counterproposal

Kevin:

As discussed yesterday, attached please find our search term counter-proposal. We have sought to significantly reduce the number of potential hits by, among other things, reducing the largest date range, replacing certain AND connectors with NEAR/50, eliminating terms, and in certain cases eliminating entire searches.

Note, however, that we have added internal terms for the iPhone which we have learned about through discovery, e.g. N84, D32, D33, etc. These terms should have been a part of defendants' initial search term proposal from the outset, as these were the terms that the Company and relevant custodians used when discussing iPhones. We also added one narrow search for relevant documents concerning the trading window.

Best,
Kenny

**From:** Askew, Kevin M. <kaskew@orrick.com>
**Sent:** Monday, July 26, 2021 3:54 PM
**To:** Kenny Black <KennyB@rgrdlaw.com>; Dan Pfefferbaum <DPfefferbaum@rgrdlaw.com>; Shawn Williams <shawnw@rgrdlaw.com>; Hadiya Deshmukh <HDeshmukh@rgrdlaw.com>; John George <JGeorge@rgrdlaw.com>
**Cc:** Kramer, James N. <jkramer@orrick.com>; Winawer, Ariel <awinawer@orrick.com>; Foley, William J. <wfoley@orrick.com>; Scott, M. Todd <tscott@orrick.com>; Allen, Tristan Konstantin <tallen@orrick.com>
**Subject:** RE: In re Apple Securities Litigation -- Search Term Counterproposal

Kenny,

I'm attaching an Excel sheet with hit counts that we obtained after: (1) horizontal de-duping; (2) de-duping against documents that have already been reviewed; and (3) application of agreed-upon date ranges. Applying these terms without any modifications would require defendants to review an additional 428,985 documents. That is a substantial burden that we do not believe is justified given the scope of the claims at issue, the substantial volume of documents already reviewed and produced, and the indiscriminate nature of some of the proposed terms. That said, we remain willing to apply a modified version of this search term list. We are working on a new counterproposal and will provide it shortly. Happy to discuss.

Thanks,
Kevin

---

**From:** Askew, Kevin M.
**Sent:** Friday, July 23, 2021 7:08 PM
**To:** 'Kenny Black' <KennyB@rgrdlaw.com>; Dan Pfefferbaum <DPfefferbaum@rgrdlaw.com>; Shawn Williams <shawnw@rgrdlaw.com>; Hadiya Deshmukh <HDeshmukh@rgrdlaw.com>; John George <JGeorge@rgrdlaw.com>
**Cc:** Kramer, James N. <jkramer@orrick.com>; Winawer, Ariel <awinawer@orrick.com>; Foley, William J. <wfoley@orrick.com>; Scott, M. Todd <tscott@orrick.com>; Allen, Tristan Konstantin <tallen@orrick.com>
**Subject:** RE: In re Apple Securities Litigation -- Search Term Counterproposal

Hi Kenny,

It's taken slightly longer than expected to obtain new hit counts after de-duping, but we should have something to you on Monday.

Kevin

---

**From:** Kenny Black <KennyB@rgrdlaw.com>
**Sent:** Friday, July 23, 2021 12:27 PM
**To:** Askew, Kevin M. <kaskew@orrick.com>; Dan Pfefferbaum <DPfefferbaum@rgrdlaw.com>; Shawn Williams <shawnw@rgrdlaw.com>; Hadiya Deshmukh <HDeshmukh@rgrdlaw.com>; John George <JGeorge@rgrdlaw.com>
**Cc:** Kramer, James N. <jkramer@orrick.com>; Winawer, Ariel <awinawer@orrick.com>; Foley, William J. <wfoley@orrick.com>; Scott, M. Todd <tscott@orrick.com>; Allen, Tristan Konstantin <tallen@orrick.com>
**Subject:** RE: In re Apple Securities Litigation -- Search Term Counterproposal

Hi Kevin,

I'm checking to see whether you will have the below de-duping numbers for us sometime today, and if not if you can tell us when we can expect them next week.

Thanks,
Kenny

---

**From:** Askew, Kevin M. <kaskew@orrick.com>
**Sent:** Monday, July 12, 2021 3:03 PM
**To:** Kenny Black <KennyB@rgrdlaw.com>; Dan Pfefferbaum <DPfefferbaum@rgrdlaw.com>; Shawn Williams <shawnw@rgrdlaw.com>; Hadiya Deshmukh <HDeshmukh@rgrdlaw.com>; John George <JGeorge@rgrdlaw.com>
**Cc:** Kramer, James N. <jkramer@orrick.com>; Winawer, Ariel <awinawer@orrick.com>; Foley, William J. <wfoley@orrick.com>; Scott, M. Todd <tscott@orrick.com>; Allen, Tristan Konstantin <tallen@orrick.com>
**Subject:** RE: In re Apple Securities Litigation -- Search Term Counterproposal

Dan and Kenny,

I'm writing to follow up on Friday's discussion regarding additional search terms.  Apple is willing to upload the hits for plaintiffs' proposed terms to its review platform, after which we should be able to obtain and provide you with revised hit counts reflecting horizontal de-duping, and de-duping against the documents in the database that have already been reviewed.  We are getting that process started and expect to have those hit counts for you by next week.

Thanks,
Kevin

**From:** Kenny Black <KennyB@rgrdlaw.com>
**Sent:** Thursday, July 8, 2021 11:46 AM
**To:** Askew, Kevin M. <kaskew@orrick.com>; Dan Pfefferbaum <DPfefferbaum@rgrdlaw.com>; Shawn Williams <shawnw@rgrdlaw.com>; Hadiya Deshmukh <HDeshmukh@rgrdlaw.com>; John George <JGeorge@rgrdlaw.com>
**Cc:** Kramer, James N. <jkramer@orrick.com>; Winawer, Ariel <awinawer@orrick.com>; Foley, William J. <wfoley@orrick.com>; Scott, M. Todd <tscott@orrick.com>; Allen, Tristan Konstantin <tallen@orrick.com>
**Subject:** RE: In re Apple Securities Litigation -- Search Term Counterproposal

2:30pm works for us, we look forward to talking to you then.

**From:** Askew, Kevin M. <kaskew@orrick.com>
**Sent:** Thursday, July 8, 2021 11:28 AM
**To:** Kenny Black <KennyB@rgrdlaw.com>; Dan Pfefferbaum <DPfefferbaum@rgrdlaw.com>; Shawn Williams <shawnw@rgrdlaw.com>; Hadiya Deshmukh <HDeshmukh@rgrdlaw.com>; John George <JGeorge@rgrdlaw.com>
**Cc:** Kramer, James N. <jkramer@orrick.com>; Winawer, Ariel <awinawer@orrick.com>; Foley, William J. <wfoley@orrick.com>; Scott, M. Todd <tscott@orrick.com>; Allen, Tristan Konstantin <tallen@orrick.com>
**Subject:** RE: In re Apple Securities Litigation -- Search Term Counterproposal

Hi Kenny,

The best window for us tomorrow is between 2:30 and 5.  Does something in that timeframe work for you?

We can use the same dial-in:

1-877-211-3621
979 990

Thanks,
Kevin

**From:** Kenny Black <KennyB@rgrdlaw.com>
**Sent:** Thursday, July 8, 2021 11:12 AM

**To:** Askew, Kevin M. <kaskew@orrick.com>; Dan Pfefferbaum <DPfefferbaum@rgrdlaw.com>; Shawn Williams <shawnw@rgrdlaw.com>; Hadiya Deshmukh <HDeshmukh@rgrdlaw.com>; John George <JGeorge@rgrdlaw.com>
**Cc:** Kramer, James N. <jkramer@orrick.com>; Winawer, Ariel <awinawer@orrick.com>; Foley, William J. <wfoley@orrick.com>; Scott, M. Todd <tscott@orrick.com>; Allen, Tristan Konstantin <tallen@orrick.com>
**Subject:** RE: In re Apple Securities Litigation -- Search Term Counterproposal

Hi Kevin,

As you suggest, we would like more time to review your counter proposal. Let us know when you are free tomorrow and if we can use the same call in information.

Best,
Kenny

---

**From:** Askew, Kevin M. <kaskew@orrick.com>
**Sent:** Thursday, July 8, 2021 10:11 AM
**To:** Kenny Black <KennyB@rgrdlaw.com>; Dan Pfefferbaum <DPfefferbaum@rgrdlaw.com>; Shawn Williams <shawnw@rgrdlaw.com>; Hadiya Deshmukh <HDeshmukh@rgrdlaw.com>; John George <JGeorge@rgrdlaw.com>
**Cc:** Kramer, James N. <jkramer@orrick.com>; Winawer, Ariel <awinawer@orrick.com>; Foley, William J. <wfoley@orrick.com>; Scott, M. Todd <tscott@orrick.com>; Allen, Tristan Konstantin <tallen@orrick.com>
**Subject:** In re Apple Securities Litigation -- Search Term Counterproposal

Kenny and Dan,

Following up on our discussion last week, we have taken another look at plaintiffs' remaining proposed terms, and have prepared the attached counterproposal reflecting terms we are willing to implement for an additional review and production following our July 15 production.

You'll see that we are amenable to implementing some form of the vast majority of plaintiffs' proposed terms, many with modifications but some without modifications. Where we have made modifications, they generally fall into three categories: (1) adding terms to narrow the searches to documents relating to Greater China; (2) the addition of proximity limiters; and (3) the elimination of overly general terms that were returning too many hits. Where we have declined to accept your proposed terms, it is generally because we do not understand the relevance, or because the terms were so broad that it was difficult to determine how to make meaningful changes. We're happy to discuss these terms to determine whether they might be acceptable to us with some modifications.

Our counterproposal results in a substantial number of hits: 185,439 documents (including attachments), after vertical de-duping. As we have discussed, these counts are not horizontally de-duped, or de-duped against the current review population. That information cannot be obtained until we upload these materials to Apple's review platform. Before we do that, we'd like to try to make further progress on our search term negotiations so that we're only uploading one final set of documents—which will greatly simplify things on our

end from a logistical perspective.  We would provide you with the further de-duped counts following that upload, and are willing to have discussions about further additions if the de-duping produces greater-than-expected efficiencies.

We're happy to entertain any proposed revisions to our counterproposal, but given the substantial number of hits already at issue, we would ask that to the extent you suggest broadening certain terms, you also consider narrowing others.

We previously arranged to speak at 1:30 today.  I realize that doesn't give you much time to review this proposal prior to the call.  If you'd prefer to reschedule, we'll make ourselves available tomorrow or sometime next week.  Just let us know.

Thanks,
Kevin

**Kevin M. Askew**
Senior Associate

Orrick
Los Angeles
T +1-213-612-2477
kaskew@orrick.com


Securities Litigation Blog

---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.


```
NOTICE: This email message is for the sole use of the intended
recipient(s) and may contain information that is confidential and
protected from disclosure by the attorney-client privilege, as
attorney work product, or by other applicable privileges.  Any
unauthorized review, use, disclosure or distribution is prohibited.
If you are not the intended recipient, please contact the sender
by reply email and destroy all copies of the original message.
```

---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

```
NOTICE: This email message is for the sole use of the intended
recipient(s) and may contain information that is confidential and
protected from disclosure by the attorney-client privilege, as
attorney work product, or by other applicable privileges.  Any
unauthorized review, use, disclosure or distribution is prohibited.
If you are not the intended recipient, please contact the sender
by reply email and destroy all copies of the original message.
```

---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

```
NOTICE: This email message is for the sole use of the intended
recipient(s) and may contain information that is confidential and
protected from disclosure by the attorney-client privilege, as
attorney work product, or by other applicable privileges.  Any
unauthorized review, use, disclosure or distribution is prohibited.
If you are not the intended recipient, please contact the sender
by reply email and destroy all copies of the original message.
```

---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

```
NOTICE: This email message is for the sole use of the intended
recipient(s) and may contain information that is confidential and
protected from disclosure by the attorney-client privilege, as
attorney work product, or by other applicable privileges.  Any
unauthorized review, use, disclosure or distribution is prohibited.
If you are not the intended recipient, please contact the sender
by reply email and destroy all copies of the original message.
```

---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit http://www.orrick.com.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

| Date Range | Plaintiffs' Proposed Terms | Docs | Docs w/ Families |
|---|---|---|---|
| July 1, 2018 -- March 1, 2019 | (dual NEAR/1 sim) AND (china OR gc) | 904 | 1,492 |
| | (contracti* OR expan* OR declin* OR recession OR depression OR competition OR risk* OR pressur*) NEAR/50 (iphone* OR xr* OR xs* OR phone* OR smartphone* OR n84 OR d32 OR d33 OR d3x OR hero) | 14,875 | 25,506 |
| | (competit* OR decelerat* OR rival) AND (iphone* OR xr* OR xs* OR phone* OR n84 OR d32 OR d33 OR d3x OR hero) | 10,504 | 17,337 |
| | (economic OR economy OR industry OR (macro NEAR/1 economic) OR macroeconomic OR (consumer* NEAR/2 spend*) OR market* OR conditions OR sector) NEAR/50 (iphone* OR xr* OR xs* OR phone* OR smartphone* OR n84 OR d32 OR d33 OR d3x OR hero) | 24,375 | 38,841 |
| | (launch OR release OR npi OR ("new product" BEFORE/1 introduction*)) NEAR/50 (iphone* OR xr* OR xs* OR phone* OR smartphone* OR n84 OR d32 OR d33 OR d3x OR hero) | 26,193 | 42,548 |
| | ("pre-order" OR preorder OR "pre-sale" OR presale) AND (iphone* OR xr* OR xs* OR phone* OR n84 OR d32 OR d33 OR d3x OR hero) | 1,908 | 4,315 |
| | (pric* OR featur* OR cost* OR discount* OR cheap* OR expensive OR value) NEAR/50 (iphone* OR xr* OR xs* OR phone* OR smartphone* OR n84 OR d32 OR d33 OR d3x OR hero) | 36,253 | 57,340 |
| | (reduc* OR declin* OR stop* OR cut* OR delay* OR slash* OR modif* OR cancel* OR decreas* OR downturn* OR slow* OR halt*) NEAR/50 (iphone* OR xr* OR xs* OR phone* OR n84 OR d32 OR d33 OR d3x OR hero) | 8,742 | 14,785 |
| | (survey OR response OR enthusiasm OR desire OR interest) NEAR/50 (iphone* OR xr* OR xs* OR phone* OR n84 OR d32 OR d33 OR d3x OR hero) | 10,387 | 15,948 |
| | (volume* OR unit* OR hourly OR daily OR weekly OR monthly OR annual* OR yearly OR compar*) NEAR/50 (iphone* OR xr* OR xs* OR phone* OR n84 OR d32 OR d33 OR d3x OR hero) | 39,759 | 62,173 |
| | ("worldwide supply demand management" OR "ww sdm" OR wwsdm) NEAR/50 (iphone* OR xr* OR xs* OR n84 OR d32 OR d33 OR d3x OR hero) | 1,613 | 3,186 |
| | "operational packets" AND (iphone* OR xr* OR xs* OR n84 OR d32 OR d33 OR d3x OR hero) | 0 | 0 |
| | actual* AND (expected OR guid* OR forecast* OR anticipat* OR plan*) AND (iphone* OR xr* OR xs* OR n84 OR d32 OR d33 OR d3x OR hero) | 11,481 | 20,159 |
| | (board OR "bod") NEAR/20 (meeting OR minutes OR package OR book*) | 3,277 | 4,276 |
| | channel AND (iphone* OR xr* OR xs* OR n84 OR d32 OR d33 OR d3x OR hero) | 14,348 | 25,549 |

| | | | |
|---|---|---:|---:|
| | (china OR gc OR cn) NEAR/20 (trade OR tension* OR "trump" OR tariff* OR sanction* OR pressure* OR risk*) | 4,380 | 6,918 |
| | demand NEAR/20 (iphone* OR x OR xr OR xs OR phone* OR smartphone* OR n84 OR d32 OR d33 OR d3x OR hero) | 4,550 | 9,518 |
| | misled OR mislead OR lie OR withheld OR withhold* OR conceal* OR fraud OR (fail* NEAR/20 disclos*) OR omit* OR sued OR fired | 13,071 | 17,992 |
| | (nikkei OR (bloomberg AND "fire drill") OR rosenblatt OR bear OR skeptic*) AND (iphone* OR xr* OR xs* OR smartphone OR n84 OR d32 OR d33 OR d3x OR hero) | 2,090 | 3,371 |
| | order* NEAR/50 (iphone* OR xr* OR xs* OR n84 OR d32 OR d33 OR d3x OR hero) | 11,296 | 19,271 |
| | sale* NEAR/50 (iphone* OR xr* OR xs* OR n84 OR d32 OR d33 OR d3x OR hero) | 15,796 | 25,380 |
| | traffic AND (jun* OR jul* OR aug* OR sept* OR oct* OR nov* OR dec* OR report OR month* OR quarter* OR year OR annual* OR summer OR fall OR holiday OR christmas OR "11/11" OR (single* NEAR/1 day)) | 5,150 | 8,783 |
| | transcript OR script OR "q&a" OR "question and answer" OR "questions and answers" OR "q & a" | 7,930 | 10,634 |
| | unbrick* | 6,872 | 10,063 |
| | wechat OR weibo | 3,383 | 5,898 |
| | ("ops review" OR "operations review") NEAR/50 (iphone* OR xr* OR xs* OR n84 OR d32 OR d33 OR d3x OR hero) | 8,555 | 14,377 |
| | ("supply demand management" OR "sdm" OR "csdm") NEAR/50 (iphone* OR xr* OR xs* OR n84 OR d32 OR d33 OR d3x OR hero) | 7,486 | 15,161 |
| | (huawei OR oppo OR vivo OR xiaomi) AND (iphone* OR xr* OR xs* OR phone OR handset OR smartphone OR n84 OR d32 OR d33 OR d3x OR hero) | 3,226 | 5,762 |
| | (shit OR fuck* OR screwed OR fraud) NEAR/50 (iphone* OR xr* OR xs* OR phone OR handset OR smartphone OR guidance OR numbers OR forecast OR investors OR street OR market) | 6,315 | 9,377 |
| | activat* NEAR/20 (iphone* OR xr* OR xs* OR n84 OR d32 OR d33 OR d3x OR hero) | 2,860 | 5,261 |
| | cadence NEAR/20 (iphone* OR xr* OR xs* OR n84 OR d32 OR d33 OR d3x OR hero) | 325 | 569 |
| | (npi OR "new product introduction") NEAR/20 (iphone* OR xr* OR xs* OR n84 OR d32 OR d33 OR d3x OR hero) | 6,562 | 13,330 |
| | syncs NEAR/50 (iphone* OR xr* OR xs* OR n84 OR d32 OR d33 OR d3x OR hero) | 179 | 228 |
| | upgrade* NEAR/50 (iphone* OR xr* OR xs* OR phone OR smartphone OR n84 OR d32 OR d33 OR d3x OR hero) | 9,384 | 14,625 |
| July 1, 2018 -- January 31, 2019 | "supply chain" AND (forecast* OR plan* OR guidance OR order OR production OR outlook OR adjust*) AND (iphone* OR xr* OR xs* OR n84 OR d32 OR d33 OR d3x OR hero) | 1,755 | 2,713 |

| Query | | |
|---|---|---|
| (boost* OR surg* OR ramp* OR *increas*) NEAR/20 (iphone* OR xr* OR xs* OR phone* OR n84 OR d32 OR d33 OR d3x OR hero) | 7,115 | 13,430 |
| (disclos* OR investor*) NEAR/50 (miss* OR shortfall OR loss OR below OR declin* OR decelerat* OR low* OR contract* OR declin* OR reduc* OR disappoint* OR shock* OR surpris*) | 6,914 | 10,443 |
| (financ* OR result* OR earning*) NEAR/50 (miss* OR short OR shortfall OR loss OR below OR declin* OR decelerat* OR low* OR contract* OR declin* OR reduc* OR disappoint* OR shock* OR surpris*) | 20,689 | 33,503 |
| (iphone* OR xr* OR xs* OR phone OR n84 OR d32 OR d33 OR d3x OR hero) NEAR/20 (tsmc OR ase OR intel OR samsung OR lgd OR jdi OR sharp OR micron OR catcher OR sony OR sharp OR alps OR tdk OR aac) | 3,956 | 7,262 |
| (press OR media OR analyst* OR news OR reporter*) NEAR/20 (miss* OR loss OR negativ* OR disappoint* OR surpris* OR contract* OR declin* OR decreas* OR weak OR disclos* OR "failed to keep it real") | 8,544 | 11,989 |
| (press OR media OR analyst* OR news OR reporter*) AND (report OR article OR story OR inquir* OR quote*) AND (iphone OR xs OR xr OR china) | 17,060 | 24,747 |
| assembl* NEAR/20 (iphone* OR xr* OR xs* OR phone* n84 OR d32 OR d33 OR d3x OR hero) | 624 | 1,045 |
| manufact* NEAR/20 (iphone* OR xr* OR xs* OR phone* OR n84 OR d32 OR d33 OR d3x OR hero) | 2,188 | 3,461 |
| produc* NEAR/20 (iphone* OR xr* OR xs* OR phone* OR n84 OR d32 OR d33 OR d3x OR hero) | 23,353 | 36,784 |
| signal NEAR/50 (iphone* OR xr* OR xs* OR phone* OR n84 OR d32 OR d33 OR d3x OR hero) | 1,010 | 2,027 |
| "mechanical forecast" NEAR/50 (iphone* OR xr* OR xs* OR phone* OR n84 OR d32 OR d33 OR d3x OR hero) | 0 | 0 |
| ((component BEFORE/1 supplier*) OR (channel BEFORE/1 partner*)) AND (iphone* OR xr* OR xs* OR phone* OR handset* OR smartphone* OR n84 OR d32 OR d33 OR d3x OR hero) | 8 | 11 |
| ((channel BEFORE/1 inventor*) OR (partner BEFORE/1 inventor*) OR (supplier BEFORE/1 inventor*) OR ("supplier-owned" BEFORE/1 inventor*) OR ("supplier owned" BEFORE/1 inventor*) OR soi OR (apple BEFORE/1 owned BEFORE/1 inventor*) OR ("apple owned" BEFORE/1 inventor*) OR aoi) AND (iphone* OR xr* OR xs* OR phone* OR n84 OR d32 OR d33 OR d3x OR hero) | 305 | 643 |
| (iphone* OR xr* OR xs* OR phone OR n84 OR d32 OR d33 OR d3x OR hero OR mps* OR ("master production" BEFORE/1 schedule*)) AND (foxconn OR "hon hai" OR honhai OR lumentum OR pegatron OR wistron OR "japan display") | 1,489 | 2,477 |

| September 29, 2018 -- January 2, 2019 | (repurchase* OR buyback OR "buy back" OR "buy-back") AND (apple OR stock OR shares) | 467 | 803 |
|---|---|---|---|
| | trad* NEAR/3 window | 24 | 41 |
| | | | |
| | | | |
| | **Total Documents with Families** | | 205,710 |