ROBBINS GELLER RUDMAN
  &amp; DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
KENNETH J. BLACK (291871)
HADIYA K. DESHMUKH (328118)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
      – and –
MARK SOLOMON (151949)
JASON A. FORGE (181542)
RAPHAELLA FRIEDMAN (323324)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
jforge@rgrdlaw.com
rfriedman@rgrdlaw.com

Lead Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | ) Case No. 4:19-cv-02033-YGR<br>)<br>) <u>CLASS ACTION</u><br>)<br>) DECLARATION OF SHAWN A.<br>) WILLIAMS IN SUPPORT OF REPLY IN<br>) SUPPORT OF LEAD PLAINTIFF'S<br>) MOTION FOR LEAVE TO FILE THE<br>) [PROPOSED] SECOND AMENDED CLASS<br>) ACTION COMPLAINT FOR VIOLATION<br>) OF THE FEDERAL SECURITIES LAWS |

**[REDACTED]**

4860-5242-9357.v1

I, SHAWN A. WILLIAMS, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and before this District Court. I am a member of the law firm Robbins Geller Rudman & Dowd LLP, Lead Counsel for Lead Plaintiff and Class Representative Norfolk County Council as Administering Authority of the Norfolk Pension Fund ("Plaintiff") in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto. This Declaration is made in support of the Reply in Support of Lead Plaintiff's Motion for Leave to File the [Proposed] Second Amended Class Action Complaint for Violation of the Federal Securities Laws.

2. On August 5, 2021, Kevin M. Askew of Orrick Herrington & Sutcliffe LLP, counsel for Defendants[1], sent an email to Kenneth J. Black of Robbins Geller Rudman & Dowd LLP, counsel for Plaintiff, stating: "I'm attaching the hit counts for the revised search term proposal you provided on July 29. The terms result in an additional review population of 205,710 documents (including families). We can agree to go forward with these terms. We're reviewing these documents and will make additional productions on a rolling basis." Ex. 4.[2] Mr. Askew's email also attached a spreadsheet identifying the agreed-to search terms, which included search strings combining "XR" and ▇▇▇ (Apple's internal code for the iPhone XR) with terms including "demand," "volume," "pressure," "worldwide supply demand management," and "decline," without geographical limiters applied to those terms or search strings. *Id*.

3. In the course of analyzing Apple documents, Plaintiff identified a ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. After determining that Defendants had not produced ▇▇▇▇▇▇▇▇▇▇▇▇, Plaintiff requested it. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

---

[1] "Defendants" are Apple Inc. ("Apple" or the "Company"), Timothy D. Cook, and Luca Maestri. All terms not defined herein have the same meaning as in Plaintiff's Motion (ECF 250).

[2] All "Ex. _" references herein are attached hereto.

██████████████████████████████████████████

████████████████████████.

4. Attached are true and correct copies of the following exhibits:

Exhibit 2: Excerpts of Deposition Transcript of Timothy D. Cook, dated February 9, 2022 **[FILED UNDER SEAL]**;

Exhibit 3: Excerpts of Deposition Transcript of Luca Maestri, dated February 25, 2022 **[FILED UNDER SEAL]**; and

Exhibit 4: Email from Kevin M. Askew, counsel for Defendants, to Kenneth J. Black, counsel for Plaintiff, Subject: "RE: In re Apple Securities Litigation -- Search Term Counterproposal," dated August 5, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 5th day of August, 2022, in the State of California.

s/ Shawn A. Williams  
SHAWN A. WILLIAMS
