ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
KENNETH J. BLACK (291871)
HADIYA K. DESHMUKH (328118)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
        – and –
MARK SOLOMON (151949)
JASON A. FORGE (181542)
RAPHAELLA FRIEDMAN (323324)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
jforge@rgrdlaw.com
rfriedman@rgrdlaw.com

Lead Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No. 4:19-cv-02033-YGR<br><br><u>CLASS ACTION</u><br><br>STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE |

4860-9760-9773.v1

This Stipulation is entered into by and among Lead Plaintiff and Class Representative Norfolk County Council as Administering Authority of the Norfolk Pension Fund ("Plaintiff") and Defendants Apple Inc. ("Apple"), Timothy D. Cook, and Luca Maestri (collectively "Defendants" and together with Plaintiff, the "Parties"), through their respective attorneys of record.

WHEREAS, on February 24, 2022, the Parties filed a Joint Discovery Letter Brief (the "Discovery Letter Brief") (ECF 227);

WHEREAS, on February 26, 2022, Magistrate Judge Spero requested full briefing on the issues set forth in the Discovery Letter Brief (ECF 229);

WHEREAS, on April 15, 2022, following Plaintiff's filing of a Motion to Compel Production (the "Motion to Compel"), and briefing by the Parties on the Motion to Compel, Magistrate Judge Spero held a hearing regarding the Motion to Compel (ECF 238);

WHEREAS, on April 15, 2022, Magistrate Judge Spero ordered Defendants to produce additional redacted documents and declarations and directed the Parties to engage in further meet-and-confer efforts, as well as provided for additional briefing should the Parties be unable to resolve their disputes (ECF 238);

WHEREAS, on July 13, 2022, after the additional briefing, Magistrate Judge Spero ordered Defendants to electronically lodge the documents that remained in dispute by July 20, 2022, and set a further hearing on the Motion to Compel for July 29, 2022 (ECF 257);

WHEREAS, on July 29, 2022, Magistrate Judge Spero held a further hearing on the Motion to Compel (ECF 268);

WHEREAS, on August 3, 2022, Magistrate Judge Spero issued an order granting in part and denying in part the Motion to Compel, requiring Defendants to produce certain documents deemed by Magistrate Judge Spero to be non-privileged by August 5, 2022 (ECF 272);

STIP AND [PROP] ORDER RE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE - 4:19-cv-02033-YGR  - 1 -
4860-9760-9773.v1

1  WHEREAS, on August 5, 2022, Defendants filed Defendants' Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge (ECF 276) (the "Motion for Relief"), and Defendants' Emergency Administrative Motion for Stay of Discovery Order Pending Review and for an Administrative Stay Pending Decision on Motion to Stay (ECF 277);

WHEREAS, on August 8, 2022, the Court granted a limited stay and issued an Order directing the Parties to meet and confer no later than Tuesday, August 9, 2022, as to a briefing schedule on the Motion for Relief (ECF 280);

WHEREAS, the Parties have met and conferred and agreed to the following briefing schedule on the Motion for Relief;

NOW THEREFORE, it is stipulated and agreed among the undersigned Parties, and respectfully submitted for the Court's approval as follows:

1. Plaintiff shall file any opposition to the Motion for Relief, not to exceed five pages, no later than August 16, 2022; and

2. Defendants shall file any reply in support of the Motion for Relief, not to exceed three pages, no later than August 23, 2022.

DATED:  August 9, 2022

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
DANIEL J. PFEFFERBAUM
KENNETH J. BLACK
HADIYA K. DESHMUKH


                    *Kenneth J. Black*
                    KENNETH J. BLACK

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com

STIP AND [PROP] ORDER RE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE - 4:19-cv-02033-YGR - 2 -
4860-9760-9773.v1

| | | |
|---|---|---|
| 1 | | |
| 2 | | ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>MARK SOLOMON |
| 3 | | JASON A. FORGE<br>RAPHAELLA FRIEDMAN |
| 4 | | 655 West Broadway, Suite 1900<br>San Diego, CA  92101 |
| 5 | | Telephone:  619/231-1058<br>619/231-7423 (fax) |
| 6 | | marks@rgrdlaw.com<br>jforge@rgrdlaw.com |
| 7 | | rfriedman@rgrdlaw.com |
| 8 | | Lead Counsel for Lead Plaintiff |
| 9 | | LABATON SUCHAROW<br>CAROL C. VILLEGAS |
| 10 | | 140 Broadway<br>New York, NY 10005 |
| 11 | | Telephone: 212/907-0700<br>212/883-7524 (fax) |
| 12 | | cvillegas@labaton.com |
| 13 | | Counsel for Employees' Retirement System of the<br>State of Rhode Island |
| 14 | | |
| 15 | | VANOVERBEKE, MICHAUD & TIMMONY, P.C.<br>THOMAS C. MICHAUD |
| 16 | | 79 Alfred Street<br>Detroit, MI  48201 |
| 17 | | Telephone:  313/578-1200<br>313/578-1201 (fax) |
| 18 | | tmichaud@vmtlaw.com |
| 19 | | Additional Counsel |
| 20 | DATED:  August 9, 2022 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>KEVIN M. ASKEW |
| 21 | | |
| 22 | | <u>         Kevin M. Askew                      </u> |
| 23 | | KEVIN M. ASKEW |
| 24 | | 777 South Figueroa Street, Suite 3200<br>Los Angeles, CA 90017-5855 |
| 25 | | Telephone:  213/612-2477<br>kaskew@orrick.com |
| 26 | | Attorneys for Defendants Apple Inc., Timothy Cook,<br>and Luca Maestri |
| 27 | | |
| 28 | | |

STIP AND [PROP] ORDER RE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE - 4:19-cv-02033-YGR        - 3 -
4860-9760-9773.v1

ATTESTATION PURSUANT TO LOCAL RULE 5-1

I, Kenneth J. Black, am the ECF user whose identification and password are being used to file the Stipulation and [Proposed] Order Regarding Briefing Schedule for Defendants' Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge.  Pursuant to Local Rule 5-1(h)(3) and in compliance with General Order No. 45 X.B., I hereby attest that Kevin M. Askew has concurred in this filing.

DATED:  August 9, 2022

                                                                           s/ Kenneth J. Black
                                                                           KENNETH J. BLACK

\*   \*   \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  _____    _____
                                                                            THE HON. YVONNE GONZALEZ ROGERS
                                                                            UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on August 9, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

       s/ Kenneth J. Black
KENNETH J. BLACK
ROBBINS GELLER RUDMAN
    & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
Email:  kennyb@rgrdlaw.com

4860-9760-9773.v1

# Mailing Information for a Case 4:19-cv-02033-YGR IN RE APPLE INC. SECURITIES LITIGATION

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Tristan Allen**
  tallen@orrick.com

- **Adam Marc Apton**
  aapton@zlk.com,Files@zlk.com

- **Kevin Michael Askew**
  kaskew@orrick.com

- **Kenneth Joseph Black**
  KennyB@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Mary K. Blasy**
  mblasy@rgrdlaw.com

- **Frank H. Busch**
  busch@wvbrlaw.com,abarca@wvbrlaw.com,pallister@wvbrlaw.com

- **Hadiya Khan Deshmukh**
  hdeshmukh@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **William Joseph Foley**
  wfoley@orrick.com

- **Jason A. Forge**
  jforge@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Christine M. Fox**
  cfox@labaton.com,ndonlon@labaton.com,lpina@labaton.com,electroniccasefilings@labaton.com,6312349420@filings.docketbird.com

- **Raphaella Friedman**
  rfriedman@rgrdlaw.com

- **Tor Gronborg**
  torg@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Nicomedes Sy Herrera**
  nherrera@herrerakennedy.com

- **J Alexander Hood , II**
  ahood@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Austin Thomas Jackson**
  ajackson@structurelaw.com,cford@structurelaw.com

- **James Neil Kramer**
  jkramer@orrick.com,lpatts@orrick.com,mwatkins@orrick.com,vmorse@orrick.com,tallen@orrick.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,fgravenson@pomlaw.com,ipareja@pomlaw.com

- **Francis P. McConville**
  fmcconville@labaton.com,HChang@labaton.com,lpina@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Danielle Suzanne Myers**
  dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com,dmyers@rgrdlaw.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,ahood@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,jalieberman@pomlaw.com,abarbosa@pomlaw.com,fgravenson@poml

- **Daniel Jacob Pfefferbaum**
  DPfefferbaum@rgrdlaw.com,jgeorge@rgrdlaw.com,dpfefferbaumRGRD@ecf.courtdrive.com,e_file_sd@rgrdlaw.com,jgeorge@ecf.courtdrive.com,sbloyd@rgrdlaw.co

- **Samuel H. Rudman**
  srudman@rgrdlaw.com

- **Juan Carlos Sanchez**
  jsanchez@rgrdlaw.com,e_file_SD@rgrdlaw.com

- **Craig Wallace Smith**
  notice@robbinsllp.com,noticerobbinsllp@ecf.courtdrive.com,csmith@robbinsllp.com

- **Mark Solomon**
  marks@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Alexander K. Talarides**
  atalarides@orrick.com,lpatts@orrick.com,casestream@ecf.courtdrive.com,tallen@orrick.com

- **Michael David Torpey**
  mtorpey@orrick.com

- **Carol C. Villegas**
  cvillegas@labaton.com,ndonlon@labaton.com,lpina@labaton.com,5739893420@filings.docketbird.com,electroniccasefiling@labaton.com,dsaldamando@labaton.com

- **James Matthew Wagstaffe**
  wagstaffe@wvbrlaw.com,abarca@wvbrlaw.com,johnson@wvbrlaw.com

- **Steven Ray Wedeking , II**
  swedeking@robbinsllp.com,notice@robbinsllp.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,kennyb@rgrdlaw.com,jgelman@rgrdlaw.com,rfriedman@ecf.courtdrive.com,ShawnW@ecf.courtdrive.com,smorris@rgrdlaw.com,e_file_sd@r

- **Ariel Brianna Winawer**
  awinawer@orrick.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`