1    JAMES N. KRAMER (SBN 154709)
     jkramer@orrick.com
2    MICHAEL D. TORPEY (SBN 79424)
     mtorpey@orrick.com
3    ALEXANDER K. TALARIDES (SBN 268068)
     atalarides@orrick.com
4    ORRICK, HERRINGTON & SUTCLIFFE LLP
     The Orrick Building
5    405 Howard Street
     San Francisco, CA  94105-2669
6    Telephone:      +1 (415) 773-5700
     Facsimile:      +1 (415) 773-5759
7
     Attorneys for Defendants Apple Inc.,
8    Timothy Cook, and Luca Maestri

9

10                        UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13

| 14 | IN RE APPLE INC. SECURITIES LITIGATION | Civil Action No. 4:19-cv-02033-YGR-JCS |
|---|---|---|
| 15 | | **[PROPOSED] ORDER GRANTING IN PART LEAD PLAINTIFF'S** |
| 16 | This Document Relates To: | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER** |
| 17 | ALL ACTIONS. | **PARTY'S MATERIAL SHOULD BE SEALED (DKT. NO. 278)** |
| 18 | | |
| 19 | | Judge:  Honorable Yvonne Gonzalez Rogers |

20

21

22

23

24

25

26

27

28

On August 5, 2022, Lead Plaintiff filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. No. 278, the "Administrative Motion"). Defendants Apple Inc., Timothy Cook, and Luca Maestri (collectively, "Defendants"), have submitted a declaration in support of their request that the material presented in connection with the Administrative Motion remain under seal.  Having considered the papers and the contentions of the parties, the Court HEREBY GRANTS IN PART the Administrative Motion as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Reply, pp. 2:2-3; 2:4-6 | Kramer Decl. ¶ 5. | |
| Reply, p. 2:7-10 | Kramer Decl. ¶ 5. | |
| Reply, p. 2:11-13 | Kramer Decl. ¶ 5. | |
| Reply, pp. 5:1-5; 5, fn. 6 | Kramer Decl. ¶ 5. | |
| Reply, p. 7:15-25 | Kramer Decl. ¶ 5. | |
| Reply, p. 8:1-20 | Kramer Decl. ¶ 5. | |
| Reply, pp. 9:8-10:5 | Kramer Decl. ¶ 5. | |
| Reply, p. 11:15-17 (ending with "¶102") | Kramer Decl. ¶ 5. | |
| Reply, p. 11:20-27 | Kramer Decl. ¶ 5. | |
| Reply, p. 14:17-24 | Kramer Decl. ¶ 5. | |
| Reply, pp. 15:9-11; 15:13-15 | Kramer Decl. ¶ 5. | |
| Williams Decl., Exhibit 2 | Kramer Decl. ¶ 5. | |
| Williams Decl., Exhibit 3 | Kramer Decl. ¶ 5. | |

[PROPOSED] ORDER GRANTING PLAINTIFF'S
ADMINISTRATIVE MOTION TO SEAL
C.A. NO. 4:19-CV-02033-YGR-JCS

1    Accordingly, the Court orders that the Clerk of the Court shall maintain the

2  "sealed/unredacted" version of the records identified above under seal.  Only this Court, court

3  personnel, and interested parties to this case may inspect the records sealed by this Order.

4    Defendants have indicated that the records identified below need not be sealed.

5  Accordingly, the Administrative Motion is DENIED as to the records identified below.

6

| **Documents or Portions of Document That Need Not Be Sealed** |
|---|
| Reply, pp. i, lines 10-11; 1:8-10; 2:17-18; 7:12-14; 8:24-9:1; 9:4-7; 10:6; 10:9-11; 11:6-7; 11:17-18 (beginning with *see also*); 13:1-13; 13, fn. 14 |
| Williams Decl., pp. 1:17; 1:20-22; 1:22-2:2 |

13    **IT IS SO ORDERED.**

14

15  Date: _____, 2022

16                                                    _____
                                                     HON. YVONNE GONZALEZ ROGERS
17                                                   UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFF'S
ADMINISTRATIVE MOTION TO SEAL
C.A. NO. 4:19-CV-02033-YGR