ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
KENNETH J. BLACK (291871)
HADIYA K. DESHMUKH (328118)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
        – and –
MARK SOLOMON (151949)
JASON A. FORGE (181542)
RAPHAELLA FRIEDMAN (323324)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
jforge@rgrdlaw.com
rfriedman@rgrdlaw.com

Lead Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION | ) ) ) |  Case No. 4:19-cv-02033-YGR |
| | )  CLASS ACTION |
| This Document Relates To: | ) ) [PROPOSED] ORDER DENYING |
| | ) DEFENDANTS' MOTION FOR RELIEF |
| ALL ACTIONS. | ) FROM NONDISPOSITIVE PRETRIAL |
| | ) ORDER OF MAGISTRATE JUDGE |

4873-1322-4750.v1

1    Having considered Magistrate Judge Spero's Order Granting in Part and Denying in Part

2  Motion to Compel (ECF 272) (the "Order"), Defendants' Motion for Relief from Nondispositive

3  Pretrial Order of Magistrate Judge (ECF 276) (the "Motion"), and Lead Plaintiff's Opposition to

4  Defendants' Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge, the filings

5  herein and such other evidence and written or oral arguments as may be presented to the Court, IT

6  IS HEREBY ORDERED that:

7    The Motion is DENIED.

8                                    *      *      *

9                               **O R D E R**

10    IT IS SO ORDERED.

11  DATED: _____    _____

12                                   THE HON. YVONNE GONZALEZ ROGERS
                                     UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR RELIEF FROM NONDISPOSITIVE
PRETRIAL ORDER OF MAGISTRATE JUDGE - 4:19-cv-02033-YGR                    - 1 -
4873-1322-4750.v1