ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
KENNETH J. BLACK (291871)
HADIYA K. DESHMUKH (328118)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
        – and –
MARK SOLOMON (151949)
JASON A. FORGE (181542)
RAPHAELLA FRIEDMAN (323324)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
jforge@rgrdlaw.com
rfriedman@rgrdlaw.com

Lead Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION | ) Case No. 4:19-cv-02033-YGR ) ) <u>CLASS ACTION</u> ) |
| This Document Relates To:<br><br>    ALL ACTIONS. | ) STIPULATION AND [PROPOSED] ORDER ) REGARDING *DAUBERT* MOTIONS ) ) |

4858-7416-4271.v2

This Stipulation is entered into between Lead Plaintiff and Class Representative Norfolk County Council as Administering Authority of the Norfolk Pension Fund ("Plaintiff") and Defendants Apple Inc., Timothy D. Cook, and Luca Maestri ("Defendants" and collectively, the "Parties") in the above-captioned action, by and through their undersigned counsel.

WHEREAS, on April 27, 2022, pursuant to Fed R. Civ. P. 26(a)(2) and the Case Management Order (ECF 128) ("Case Management Order"), Plaintiff disclosed two expert witnesses and their written reports and Defendants disclosed four expert witnesses and their written reports;

WHEREAS, on June 10, 2022, pursuant to Fed R. Civ. P. 26(a)(2) and the Case Management Order, Plaintiff disclosed one rebuttal expert witness and his written report and Defendants disclosed two additional rebuttal experts, and served a total of five written expert rebuttal reports;

WHEREAS, by June 10, 2022, Plaintiff disclosed three experts, and three expert reports, and Defendants disclosed six experts, and nine expert reports;

WHEREAS, on June 22, 2022, the Court issued an updated Standing Order in Civil Cases ("Standing Order") that limits each party to three *Daubert* motions throughout the entire case absent leave of Court (Standing Order, ¶11);

WHEREAS, both Parties intend to challenge some or all of the opposing Party's experts;

WHEREAS, under the Case Management Order entered by the Court on December 22, 2020, the last day to file *Daubert* motions is September 9, 2022;

WHEREAS, the Parties have met and conferred and agreed, to promote efficiency and economy for the both the Court and the Parties, to request that the Court permit each side to file a single consolidated *Daubert* brief of up to 40 pages to challenge the other Party's experts, as well as a consolidated opposition of up to 40 pages and a consolidated reply of up to 20 pages.

NOW, THEREFORE, it is stipulated and agreed among the undersigned Parties, and respectfully submitted for the Court's approval as follows:

1.  Each Party shall present all of its motions to exclude expert testimony as a single consolidated *Daubert* motion, and will also file consolidated opposition and reply briefing;

2. There shall be no limit on the number of experts whose testimony a Party may seek to exclude;

3. The consolidated *Daubert* opening brief may not exceed 40 pages, any opposition brief may not exceed 40 pages, and any reply brief may not exceed 20 pages.

DATED: August 25, 2022

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
DANIEL J. PFEFFERBAUM
KENNETH J. BLACK
HADIYA K. DESHMUKH


              s/ Shawn A. Williams
            SHAWN A. WILLIAMS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
MARK SOLOMON
JASON A. FORGE
RAPHAELLA FRIEDMAN
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
jforge@rgrdlaw.com
rfriedman@rgrdlaw.com

Lead Counsel for Lead Plaintiff

LABATON SUCHAROW
CAROL C. VILLEGAS
140 Broadway
New York, NY 10005
Telephone: 212/907-0700
212/883-7524 (fax)
cvillegas@labaton.com

Counsel for Employees' Retirement System of the State of Rhode Island

STIPULATION AND [PROPOSED] ORDER REGARDING *DAUBERT* MOTIONS - 4:19-cv-02033-YGR - 2 -
4858-7416-4271.v2

| | | |
|---|---|---|
| 1 | | |
| 2 | | VANOVERBEKE, MICHAUD & TIMMONY, P.C. |
| 3 | | THOMAS C. MICHAUD<br>79 Alfred Street |
| 4 | | Detroit, MI 48201<br>Telephone: 313/578-1200 |
| 5 | | 313/578-1201 (fax)<br>tmichaud@vmtlaw.com |
| 6 | | Additional Counsel |
| 7 | DATED: August 25, 2022 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>JAMES N. KRAMER |
| 8 | | |
| 9 | | |
| 10 | |     s/ James N. Kramer<br>JAMES N. KRAMER |
| 11 | | The Orrick Building |
| 12 | | 405 Howard Street<br>San Francisco, CA 94105-2669 |
| 13 | | Telephone: 415/773-5923<br>jkramer@orrick.com |
| 14 | | Attorneys for Defendants Apple Inc., Timothy D. Cook, and Luca Maestri |

STIPULATION AND [PROPOSED] ORDER REGARDING *DAUBERT* MOTIONS - 4:19-cv-02033-YGR

4858-7416-4271.v2

- 3 -

ATTESTATION PURSUANT TO LOCAL RULE 5-1

I, Shawn A. Williams, am the ECF user whose identification and password are being used to file the STIPULATION AND [PROPOSED] ORDER REGARDING *DAUBERT* MOTIONS. Pursuant to Local Rule 5-1(h)(3) and in compliance with General Order No. 45 X.B., I hereby attest that James N. Kramer has concurred in this filing.

DATED: August 25, 2022

                                            s/ Shawn A. Williams
                                            SHAWN A. WILLIAMS

\*   \*   \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____   _____
                                                                                 THE HON. YVONNE GONZALEZ ROGERS
                                                                                 UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on August 25, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                    s/ Shawn A. Williams
                    SHAWN A. WILLIAMS
                    ROBBINS GELLER RUDMAN
                        & DOWD LLP
                    Post Montgomery Center
                    One Montgomery Street, Suite 1800
                    San Francisco, CA  94104
                    Telephone:  415/288-4545
                    415/288-4534 (fax)
                    Email:  shawnw@rgrdlaw.com

4858-7416-4271.v2

# Mailing Information for a Case 4:19-cv-02033-YGR IN RE APPLE INC. SECURITIES LITIGATION

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Tristan Allen**
  tallen@orrick.com

- **Adam Marc Apton**
  aapton@zlk.com,Files@zlk.com

- **Kevin Michael Askew**
  kaskew@orrick.com

- **Kenneth Joseph Black**
  KennyB@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Mary K. Blasy**
  mblasy@rgrdlaw.com

- **Frank H. Busch**
  busch@wvbrlaw.com,abarca@wvbrlaw.com,pallister@wvbrlaw.com

- **Hadiya Khan Deshmukh**
  hdeshmukh@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **William Joseph Foley**
  wfoley@orrick.com

- **Jason A. Forge**
  jforge@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Christine M. Fox**
  cfox@labaton.com,ndonlon@labaton.com,lpina@labaton.com,electroniccasefilings@labaton.com,6312349420@filings.docketbird.com

- **Raphaella Friedman**
  rfriedman@rgrdlaw.com

- **Tor Gronborg**
  torg@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Nicomedes Sy Herrera**
  nherrera@herrerakennedy.com

- **J Alexander Hood , II**
  ahood@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Austin Thomas Jackson**
  ajackson@structurelaw.com,cford@structurelaw.com

- **James Neil Kramer**
  jkramer@orrick.com,lpatts@orrick.com,mwatkins@orrick.com,vmorse@orrick.com,tallen@orrick.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,fgravenson@pomlaw.com,ipareja@pomlaw.com

- **Francis P. McConville**
  fmcconville@labaton.com,HChang@labaton.com,lpina@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Danielle Suzanne Myers**
  dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com,dmyers@rgrdlaw.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,jalieberman@pomlaw.com,ahood@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,abarbosa@pomlaw.com,fgravenson@poml

- **Daniel Jacob Pfefferbaum**
  DPfefferbaum@rgrdlaw.com,jgeorge@rgrdlaw.com,dpfefferbaumRGRD@ecf.courtdrive.com,e_file_sd@rgrdlaw.com,jgeorge@ecf.courtdrive.com,sbloyd@rgrdlaw.c

- **Samuel H. Rudman**
  srudman@rgrdlaw.com

- **Juan Carlos Sanchez**
  jsanchez@rgrdlaw.com,e_file_SD@rgrdlaw.com

- **Craig Wallace Smith**
  notice@robbinsllp.com,noticerobbinsllp@ecf.courtdrive.com,csmith@robbinsllp.com

- **Mark Solomon**
  marks@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Alexander K. Talarides**
  atalarides@orrick.com,lpatts@orrick.com,casestream@ecf.courtdrive.com,tallen@orrick.com

- **Michael David Torpey**
  mtorpey@orrick.com

- **Carol C. Villegas**
  cvillegas@labaton.com,ndonlon@labaton.com,lpina@labaton.com,5739893420@filings.docketbird.com,electroniccasefiling@labaton.com,dsaldamando@labaton.com

- **James Matthew Wagstaffe**
  wagstaffe@wvbrlaw.com,pallister@wvbrlaw.com

- **Steven Ray Wedeking , II**
  swedeking@robbinsllp.com,notice@robbinsllp.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,kennyb@rgrdlaw.com,jgelman@rgrdlaw.com,rfriedman@ecf.courtdrive.com,ShawnW@ecf.courtdrive.com,smorris@rgrdlaw.com,e_file_sd@r

- **Ariel Brianna Winawer**
  awinawer@orrick.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`