ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
KENNETH J. BLACK (291871)
HADIYA K. DESHMUKH (328118)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
    – and –
MARK SOLOMON (151949)
JASON A. FORGE (181542)
RAPHAELLA FRIEDMAN (323324)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
jforge@rgrdlaw.com
rfriedman@rgrdlaw.com

Lead Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION | Case No. 4:19-cv-02033-YGR |
| | CLASS ACTION |
| This Document Relates To: | STIPULATION AND [PROPOSED] ORDER REGARDING *DAUBERT* MOTIONS |
|     ALL ACTIONS. | |

4858-7416-4271.v2

1    This Stipulation is entered into between Lead Plaintiff and Class Representative Norfolk

2   County Council as Administering Authority of the Norfolk Pension Fund ("Plaintiff") and

3   Defendants Apple Inc., Timothy D. Cook, and Luca Maestri ("Defendants" and collectively, the

4   "Parties") in the above-captioned action, by and through their undersigned counsel.

5    WHEREAS, on April 27, 2022, pursuant to Fed R. Civ. P. 26(a)(2) and the Case

6   Management Order (ECF 128) ("Case Management Order"), Plaintiff disclosed two expert

7   witnesses and their written reports and Defendants disclosed four expert witnesses and their written

8   reports;

9    WHEREAS, on June 10, 2022, pursuant to Fed R. Civ. P. 26(a)(2) and the Case

10   Management Order, Plaintiff disclosed one rebuttal expert witness and his written report and

11   Defendants disclosed two additional rebuttal experts, and served a total of five written expert

12   rebuttal reports;

13    WHEREAS, by June 10, 2022, Plaintiff disclosed three experts, and three expert reports,

14   and Defendants disclosed six experts, and nine expert reports;

15    WHEREAS, on June 22, 2022, the Court issued an updated Standing Order in Civil Cases

16   ("Standing Order") that limits each party to three *Daubert* motions throughout the entire case

17   absent leave of Court (Standing Order, ¶11);

18    WHEREAS, both Parties intend to challenge some or all of the opposing Party's experts;

19    WHEREAS, under the Case Management Order entered by the Court on December 22,

20   2020, the last day to file *Daubert* motions is September 9, 2022;

21    WHEREAS, the Parties have met and conferred and agreed, to promote efficiency and

22   economy for the both the Court and the Parties, to request that the Court permit each side to file a

23   single consolidated *Daubert* brief of up to 40 pages to challenge the other Party's experts, as well

24   as a consolidated opposition of up to 40 pages and a consolidated reply of up to 20 pages.

25    NOW, THEREFORE, it is stipulated and agreed among the undersigned Parties, and

26   respectfully submitted for the Court's approval as follows:

27    1.    Each Party shall present all of its motions to exclude expert testimony as a single

28   consolidated *Daubert* motion, and will also file consolidated opposition and reply briefing;

1     2.     There shall be no limit on the number of experts whose testimony a Party may seek

2 to exclude;

3     3.     The consolidated *Daubert* opening brief may not exceed 40 pages, any opposition

4 brief may not exceed 40 pages, and any reply brief may not exceed 20 pages.

5 DATED:  August 25, 2022

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
DANIEL J. PFEFFERBAUM
KENNETH J. BLACK
HADIYA K. DESHMUKH

                        s/ Shawn A. Williams
                   SHAWN A. WILLIAMS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
MARK SOLOMON
JASON A. FORGE
RAPHAELLA FRIEDMAN
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
jforge@rgrdlaw.com
rfriedman@rgrdlaw.com

Lead Counsel for Lead Plaintiff

LABATON SUCHAROW
CAROL C. VILLEGAS
140 Broadway
New York, NY 10005
Telephone: 212/907-0700
212/883-7524 (fax)
cvillegas@labaton.com

Counsel for Employees' Retirement System of the
State of Rhode Island

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

VANOVERBEKE, MICHAUD & TIMMONY,
P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

Additional Counsel

DATED:  August 25, 2022                  ORRICK, HERRINGTON & SUTCLIFFE LLP
                                                            JAMES N. KRAMER


                                                                  s/ James N. Kramer
                                                            JAMES N. KRAMER

                                                            The Orrick Building
                                                            405 Howard Street
                                                            San Francisco, CA 94105-2669
                                                            Telephone: 415/773-5923
                                                            jkramer@orrick.com

                                                            Attorneys for Defendants Apple Inc., Timothy D.
                                                            Cook, and Luca Maestri

1   <u>ATTESTATION PURSUANT TO LOCAL RULE 5-1</u>

2        I, Shawn A. Williams, am the ECF user whose identification and password are being used

3   to file the STIPULATION AND [PROPOSED] ORDER REGARDING *DAUBERT* MOTIONS.

4   Pursuant to Local Rule 5-1(h)(3) and in compliance with General Order No. 45 X.B., I hereby

5   attest that James N. Kramer has concurred in this filing.

6

7    DATED:  August 25, 2022

8

9                            s/ Shawn A. Williams
                        SHAWN A. WILLIAMS

10                     *      *      *

11                        **O R D E R**

12        PURSUANT TO STIPULATION, IT IS SO ORDERED.

13

14   DATED:   August 26, 2022

15                      THE HON. YVONNE GONZALEZ ROGERS
                   UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28