| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN |
|   |    & DOWD LLP |
| 2 | SHAWN A. WILLIAMS (213113) |
|   | DANIEL J. PFEFFERBAUM (248631) |
| 3 | KENNETH J. BLACK (291871) |
|   | HADIYA K. DESHMUKH (328118) |
| 4 | Post Montgomery Center |
|   | One Montgomery Street, Suite 1800 |
| 5 | San Francisco, CA  94104 |
|   | Telephone:  415/288-4545 |
| 6 | 415/288-4534 (fax) |
|   | shawnw@rgrdlaw.com |
| 7 | dpfefferbaum@rgrdlaw.com |
|   | kennyb@rgrdlaw.com |
| 8 | hdeshmukh@rgrdlaw.com |
|   |          – and – |
| 9 | MARK SOLOMON (151949) |
|   | JASON A. FORGE (181542) |
| 10 | RAPHAELLA FRIEDMAN (323324) |
|   | 655 West Broadway, Suite 1900 |
| 11 | San Diego, CA  92101 |
|   | Telephone:  619/231-1058 |
| 12 | 619/231-7423 (fax) |
|   | marks@rgrdlaw.com |
| 13 | jforge@rgrdlaw.com |
|   | rfriedman@rgrdlaw.com |
| 14 | |
|   | Lead Counsel for Lead Plaintiff |
| 15 | |
|   | [Additional counsel appear on signature page.] |
| 16 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | | |
|---|---|---|---|
| 19 | | | |
| 20 | In re APPLE INC. SECURITIES LITIGATION | ) ) ) | Case No. 4:19-cv-02033-YGR |
| 21 | | ) ) | CLASS ACTION |
| 22 | This Document Relates To: | ) ) | DECLARATION OF DANIEL J. PFEFFERBAUM IN SUPPORT OF REPLY IN SUPPORT OF LEAD PLAINTIFF'S SUPPLEMENTAL MOTION TO CERTIFY CLASS OF APPLE OPTIONS INVESTORS |
| 23 | ALL ACTIONS. | ) ) ) | |

4878-3486-6992.v1

I, DANIEL J. PFEFFERBAUM, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and before this District Court. I am a member of the law firm Robbins Geller Rudman & Dowd LLP, Lead Counsel for Lead Plaintiff and Class Representative Norfolk County Council as Administering Authority of the Norfolk Pension Fund in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto. This Declaration is made in support of the Reply in Support of Lead Plaintiff's Supplemental Motion to Certify Class of Apple Options Investors.

2. Attached are true and correct copies of the following exhibits:

Exhibit 3:   Reply Report of Professor Don Chance, Ph.D., CFA; and

Exhibit 4:   Excerpts of Deposition Transcript of Professor Don M. Chance, Ph.D.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26th day of August, 2022, in the State of California.

                                                s/ Daniel J. Pfefferbaum
                                                DANIEL J. PFEFFERBAUM