UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION, | Case No. 4:19-cv-2033-YGR<br><br>**ORDER RELIEVING PARTIES FROM SUMMARY JUDGMENT PRE-FILING CONFERENCE REQUIREMENT**<br><br>Dkt. Nos. 271, 274, 275 |

Based upon the Court's review of the pre-filing letters submitted by the parties, no pre-filing conference is required, and the requested motion may be filed. The parties are reminded of the requirement to file separate statements of fact in the format set forth in paragraph 9(c) of this Court's Standing Order, including the requirement that counsel attest that the evidence cited for each fact or dispute fairly and accurately supports the fact or dispute. Parties are also reminded to comply with local rules regarding the formatting of all briefing, including Local Rule 3-4(c)(2)'s requirement that all written text be in 12-point type or larger.

The Court considers summary judgment a tool to be used prudently, when there are no disputed issues of material fact. To the extent there are triable issues of material fact, summary judgment will be denied with a succinct denial order, without extensive commentary, so that the determination is left wholly for the trier of fact.

1       Plaintiffs' motion to seal portions of their letter is **GRANTED**. (Dkt. No. 274.) However, the order is this regard should not be expected for the motion for summary judgment. A higher bar exists to justify sealing such information for dispositive motions especially given the importance of the evidence to the issues and the lack of any showing that current business operations would be impacted by disclosure. The parties shall meet and confer and attempt to address this issue with as little motion practice as possible.

      This terminates docket number 274.

      **IT IS SO ORDERED.**

Dated: **September 1, 2022**

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE