JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
MICHAEL D. TORPEY (SBN 79424)
mtorpey@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 (415) 773-5700
Facsimile:    +1 (415) 773-5759

Attorneys for Defendants Apple Inc.,
Timothy Cook, and Luca Maestri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No. 4:19-cv-02033-YGR<br><br>**DECLARATION OF JAMES N. KRAMER IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY**<br><br><u>Hearing</u><br>Date:   TBD<br>Time:   2:00 p.m.<br>Ctrm:   1, 14th Floor<br>Judge:  Honorable Yvonne Gonzalez Rogers |

I, James N. Kramer, declare as follows:

1. I am a partner at Orrick, Herrington & Sutcliffe LLP, counsel for Apple Inc., Timothy Cook, and Luca Maestri (collectively "Defendants") in this action. I have personal knowledge of the facts stated below and, if called as a witness, I could and would testify competently thereto.

2. I am a member in good standing of the State Bar of California and am eligible to practice before state and federal courts.

3. I submit this declaration in support of Defendants' Motion to Exclude Expert Testimony, filed concurrently herewith.

4. Attached as **Exhibit 1** is a true and copy of the Rebuttal Expert Report of Professor Frank Partnoy, dated June 10, 2022.

5. Attached as **Exhibit 2** is a true and copy of the Expert Report of Professor Brett Trueman, Ph.D., dated April 27, 2022.

6. Attached as **Exhibit 3** is a true and copy of the Corrected Expert Report of Alex Gauna, MBA, dated May 9, 2022.

7. Attached as **Exhibit 4** is a true and copy of a Sales Commentary report from Morgan Stanley Tech, APL-SECLIT_00587555, dated November 1, 2018.

8. Attached as **Exhibit 5** is a true and copy of the Expert Report of Oded Shenkar, dated April 27, 2022.

9. Attached as **Exhibit 6** is a true and copy of relevant excerpts from the transcript of the deposition of Oded Shenkar, taken in this litigation on July 27, 2022, along with the court reporter's certification thereof.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct. Executed in San Francisco, California on September 9, 2022.

                                                  */s/ James N. Kramer*
                                                  JAMES N. KRAMER