# EXHIBIT 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE APPLE INC. SECURITIES
LITIGATION

Civil Action No. 4:19-cv-02033-YGR

**Expert Report of Professor Brett Trueman, Ph.D.**

**Confidential under the Stipulated Protective Order**

Brett Trueman, Ph.D.

April 27, 2022

Confidential

Expert Report of Brett Trueman, Ph.D.

## TABLE OF CONTENTS

I.   INTRODUCTION ...........................................................................................................2

    A.   EXPERT QUALIFICATIONS AND COMPENSATION.............................................................2

    B.   ASSIGNMENT AND SCOPE ...............................................................................................5

    C.   INFORMATION CONSIDERED ...........................................................................................6

    D.   ANALYSIS FRAMEWORK ..................................................................................................7

    E.   SUMMARY OF OPINIONS .................................................................................................8

II.   BACKGROUND ............................................................................................................9

III.   IN MY OPINION, ANALYSTS, AND BY EXTENSION THE MARKET, DID NOT UNDERSTAND MR. COOK'S CHALLENGED STATEMENT TO SAY THERE WAS NO PRESSURE ON APPLE'S BUSINESS IN CHINA ...........................................................................................12

IV.   IN MY OPINION, SUBSEQUENT TO THE NOVEMBER 1, 2018 CONFERENCE CALL, ANALYSTS, AND BY EXTENSION THE MARKET, UNDERSTOOD THAT APPLE FACED PRESSURE IN CHINA .......................................................................................................19

V.   IN MY OPINION, THE MARKET DID NOT UNDERSTAND MR. COOK TO BE OFFERING AN INTRA-QUARTER UPDATE OR FORWARD-LOOKING GUIDANCE, BUT THAT HE WAS MERELY DISCUSSING THE FQ42018 RESULTS THAT WERE THE SUBJECT OF THE CONFERENCE CALL..25

Expert Report of Brett Trueman, Ph.D.

## I.    INTRODUCTION

### A.  Expert Qualifications and Compensation

1.    I am an Emeritus Professor of Accounting at the UCLA Anderson School of Management and was previously the chair of the accounting area.  I have served on the University's Council on Academic Personnel, a campus-wide committee that reviews cases for tenure and promotion.

2.    I have taught the core financial accounting course to MBA and FEMBA students, as well as an elective in corporate finance reporting.

3.    My research interests include the performance of security analysts' stock recommendations; the impact of earnings forecasts and earnings announcements on stock returns; earnings and expectations management; financial statement analysis; information disclosures; shareholder litigation; the behavior of individual investors; and investor sentiment.

4.    I have extensive research and practical experience in the area of analysts' research reports.  My research has involved an examination of (a) the information content of analysts' reports, (b) the market reaction to the release of these reports, and (c) the predictive value of analysts' recommendations for future returns.  I have published the following papers, all in top-tier journals in accounting and finance:

- "Ratings Changes, Ratings Levels, and the Predictive Value of Analysts' Recommendations,"[1]
- "Comparing the Stock Recommendation Performance of Investment Banks and Independent Research Firms,"[2]
- "Buys, Holds, and Sells: The Distribution of Investment Banks' Stock Ratings and the Implications for the Profitability of Analysts' Recommendations,"[3]

---

[1] Barber, B., R. Lehavy, and B. Trueman, 2010, "Ratings Changes, Ratings Levels, and the Predictive Value of Analysts' Recommendations," Financial Management, 39, pp. 533-553.

[2] Barber, B., R. Lehavy, and B. Trueman, 2007, "Comparing the Stock Recommendation Performance of Investment Banks and Independent Research Firms," *Journal of Financial Economics*, 85, pp. 490-517.

[3] Barber, B., R. Lehavy, M. McNichols, and B. Trueman, 2006, "Buys, Holds, and Sells: The Distribution of Investment Banks' Stock Ratings and the Implications for the Profitability of Analysts' Recommendations," *Journal of Accounting and Economics*, 41, 1-2, pp. 87-117.

**Expert Report of Brett Trueman, Ph.D.**

- "Reassessing the Returns to Analysts' Stock Recommendations,"[4] and

- "Can Investors Profit from the Prophets? Security Analyst Recommendations and Stock Returns."[5]

5.      These papers have been cited over 2,700 times by others who have done academic research in the area.

6.      In terms of practical experience, I have served as an expert consultant in more than 20 arbitration cases with regard to the content of analysts' research reports. I provided opinions on whether those reports fairly reflected the analysts' assessment of the prospects of the companies they were following. I have also testified as an expert in federal court on completeness and accuracy of corporate disclosures.

7.      I have published a number of research papers in top accounting and finance journals involving investor sentiment. The paper "Overnight Returns and Firm-Specific Investor Sentiment"[6] developed an empirical measure for the level of investor sentiment (optimism or pessimism) embodied in a firm's stock price. The papers "Limited Attention and the Earnings Announcement Returns of Past Stock Market Winners"[7] and "Anomalous Stock Returns Around Internet Firms' Earnings Announcements"[8] discussed the role that investor sentiment might play in the market reaction to firms' earnings announcements.

8.      I am a member of the editorial board of the *Journal of Investment Management*. I am a former associate editor of *The Accounting Review* and was previously on the editorial boards of the *Financial Analysts Journal*, *Contemporary Accounting Research*, the *Journal of Accounting and Public Policy*, and the *Journal of*

[4] Barber, B., R. Lehavy, M. McNichols, and B. Trueman, 2003, "Reassessing the Returns to Analysts' Stock Recommendations," *Financial Analysts Journal*, 59, 2, pp. 88-96.

[5] Barber, B., R. Lehavy, M. McNichols, and B. Trueman, 2001, "Can Investors Profit from the Prophets? Security Analyst Recommendations and Stock Returns," *Journal of Finance*, 56, 2, pp. 531-563.

[6] Aboody, D., O. Even-Tov, R. Lehavy, and B. Trueman, 2018, "Overnight Returns and Firm-Specific Investor Sentiment," *Journal of Financial and Quantitative Analysis*, 53, pp. 485-505.

[7] Aboody, D., R. Lehavy, and B. Trueman, 2010, "Limited Attention and the Earnings Announcement Returns of Past Stock Market Winners," *Review of Accounting Studies*, 15, pp, 317-344.

[8] Trueman, B., M.H.F. Wong, and X. Zhang, 2003, "Anomalous Stock Returns Around Internet Firms' Earnings Announcements," *Journal of Accounting and Economics*, 34, 1-3, pp. 249-271.

**Expert Report of Brett Trueman, Ph.D.**

*Accounting, Auditing and Finance*.  I have also authored a financial accounting primer, a self-guided, interactive online course designed for incoming MBA students.

9.    My expertise has been cited in national and international media, including the *Associated Press*, *Business Week*, the *New York Times*, *CBS MarketWatch*, *Fortune*, *Financial Times,* and the *Wall Street Journal*.  I have been interviewed on radio and television.  Among other programs, I appeared on PBS's *Newshour*.

10.   I have worked extensively with doctoral students.  Students whose dissertation committees I have chaired have been placed at top schools, including Columbia University, Wharton, Yale, UC Berkeley, London Business School, University of Illinois at Urbana-Champaign, and Southern Methodist University.  I won the Dean's Award for Exceptional Mentorship of Doctoral Students in 2015 and 2019.

11.   I began my career at UCLA Anderson as an assistant professor in the accounting and finance areas, working there from 1981 through 1988, the last two years of which I served as area chair.  I spent the ensuing 15 years at the Haas School of Business at UC Berkeley, where I was the chair of the accounting group for seven years.  While at Haas, I established the Center for Financial Reporting and Management, was its first faculty director, and received an award for excellence in teaching in the MBA program and an Honorable Mention for Evening MBA teaching.  I rejoined the UCLA Anderson faculty in 2003 and became a chaired professor in 2018.

12.   I earned a Ph.D. in Finance in 1981, an MBA in Finance in 1977, an M.S. in Industrial Engineering in 1976, and a B.S. in Industrial Engineering in 1975 — all from Columbia University.  Attached as **Appendix I** is a copy of my current resume, including a listing of publications I have authored.

13.   I am being compensated for my time on this matter at a rate of $950 an hour.  In addition, under my direction, FTI Consulting performed research and other support work for me on this matter.  My compensation is not contingent upon any conclusions I reach or the outcome of this matter.

Expert Report of Brett Trueman, Ph.D.

14. My opinions in this matter are based on my education, knowledge, and research, as well as the documents and information available to me at the time of this report. I reserve the right to amend or supplement my opinions should additional information become available, and in response to opinions offered by other experts in this matter.

## B. Assignment and Scope

15. I have been retained by Orrick Herrington & Sutcliffe LLP ("Counsel"), counsel for Apple Inc. ("Apple" or "the Company"), Timothy D. Cook, and Luca Maestri (collectively, the "Defendants") in connection with the litigation matter filed by Plaintiffs entitled *In re Apple Inc. Securities Litigation*.[9]

16. I understand that the Complaint alleges a statement that Apple CEO Mr. Cook made on a November 1, 2018 conference call that Apple held with market analysts (the "Conference Call") was false and misleading. That statement, which is bolded below, and which I refer to as the "Challenged Statement," is:

> "Starting with emerging markets. The emerging markets that we're seeing pressure in are markets like Turkey, India, Brazil, Russia, these are markets where currencies have weakened over the recent period. In some cases, that resulted in us raising prices, and those markets are not growing the way we would like to see. To give you a perspective in -- at some detail, our business at India in Q4 was flat. Obviously, we would like to see that be a huge growth. Brazil was down somewhat compared to the previous year. And so I think -- or at least the way that I see these is each one of the emerging markets has a bit of a different story. And I don't see it as some sort of issue that is common between those for the most part. **In relation to China specifically, I would not put China in that category.** Our business in China was very strong last quarter. We grew 16%, which we're very happy with. iPhone, in particular, was very strong double-digit growth there. Our other products category was also stronger, in fact, a bit stronger than even the company -- overall company number."[10]

17. I have been asked to review analyst reports and assess analyst reactions to the Challenged Statement. I have also been asked to review and consider other public information, if deemed relevant, for my analysis. Furthermore, I have been asked to review analyst reports published prior to the Conference Call to develop my

---

[9] Revised Consolidated Class Action Complaint (the "Complaint") June 23, 2020. Plaintiffs include Lead Plaintiff Norfolk County Council as Administering Authority of the Norfolk Pension Fund and Plaintiffs City of Roseville Employees' Retirement System and Employees' Retirement System of the State of Rhode Island.
[10] Apple's Q4 2018 Earnings Call held on November 1, 2018 (emphasis added).

understanding of the analysts' assessment of Apple's business in China prior to November 1, 2018.

18.    To perform my analyses, I have relied on my own research, my knowledge of other research in the field, and my practical experience in reading, analyzing, and contextualizing analyst reports.  These analyses served as the basis for my assessments and opinions presented in this report.

19.    This report sets forth my findings in this matter based on the information available and the analyses I have performed through the date of this report.  This report, and my opinions contained herein, are subject to change or modification should additional relevant information become available, which bears on my analyses.  I am prepared to amend my analyses and to perform additional calculations should I consider it necessary after receiving further information regarding this action.

20.    I anticipate using at trial selected exhibits in this report, documents reviewed in connection with their preparation, and enhanced graphic versions of selected exhibits included in this report (redrafted to improve their presentation quality).  In addition, I may create or assist in the creation of certain demonstrative schedules to assist me in testifying.  To date, I have yet to create such demonstratives.

### C.  Information Considered

21.    The opinions expressed in this report and the information presented in the accompanying exhibits represent my current opinions.  Amendments or supplements to this report and its accompanying exhibits may be required because of developments prior to or at trial, including, but not limited to, the discovery of new evidence, expert discovery, and the testimony of any other witnesses in deposition or at trial.  I reserve the right to amend, modify, and provide supplements to this report as additional information is obtained and additional work is requested or required.

22.    In preparing this report, I have reviewed numerous documents, including documents provided by Counsel and publicly available information.  I provide a list of

Expert Report of Brett Trueman, Ph.D.

documents that I reviewed or relied upon in **Appendix II**.  The documents that I rely upon include documents cited in this report and its exhibits.

### D.  Analysis Framework

23.    Academic research has found that one of the most important roles of security analysts is to interpret corporate disclosures.[11]   In particular, it has been shown that the bulk of analyst reports issued promptly after conference calls are devoted to interpreting the managerial disclosures made during the call, and that their interpretative role provides valuable information to investors and, by extension, the market.  As such, these analyst reports also help direct investors' attention to the most relevant topics in the call.

24.    For example, Chen et al. note that "[r]ight after companies announce earnings … analyst reports for the most part interpret the just-released earnings and therefore they are most likely to help investors understand the implication of the earnings announcements for future performance."[12]   Huang et al. also find that  "…by interpreting only the relevant topics in corporate disclosures, analysts attract and direct investors' limited attention to what they view as being important."[13]

25.    Based on this academic research and my own expertise, I have performed an analysis of analyst reports and other information before and after the Conference Call.  My analysis is based on the statements that analysts made with respect to Apple's business in China generally before and after the Conference Call as well as their statements referencing the Challenged Statement after the Conference Call.

---

[11] *See*, for example, Asquith, Paul, Mikhail, Michael B., and Su, Andrea S., "Information Content of Analyst Reports," *Journal of Financial Economics* 75, (2005) 245-282 ("Asquith et al."); Chen, Xia, Cheng, Qiang, and Lo, Kin, "On the Relationship Between Analyst Reports and Corporate Disclosures: Exploring the Roles of Information Discovery and Interpretation," *Journal of Accounting and Economics* 49, (2010) 206-226 ("Chen et al."); Livnat, Joshua and Zhang, Yuan, "Information Interpretation or Information Discovery: Which Role of Analysts do Investors Value More?" *Review of Accounting Studies* 17, (2012) 612–641 ("Livnat and Zhang") and Huang, Allen H., Lehavy, Reuven, Zang, Amy Y., and Zheng, Rong, "Analyst Information Discovery and Interpretation Roles: A Topic Modeling Approach," *Management Science* 64(6):2833-2855 (2018) ("Huang et al.").
[12] Chen et al. p. 207. A footnote to the statement explains that "[q]uarterly earnings announcements contain much more than the summary earnings number. For brevity, we often use the term 'earnings' as short hand for the set of information contained in quarterly earnings announcements." (emphasis added)
[13] Huang et al. p. 2834.

Confidential                                    -7-

Expert Report of Brett Trueman, Ph.D.

26.     Throughout this report I refer to my opinion of what analysts did or did not
        "understand" from Mr. Cook's statements.  I could instead have used the term
        "heard" or "interpreted." Note that I am not suggesting that I can read the minds of
        the analysts, but rather that I am concluding from the carefully crafted language of
        their reports what I believe they understood, heard, and interpreted Mr. Cook to
        mean.[14]

## E.  Summary of Opinions

27.     The following are my opinions, as discussed in more detail throughout this report:

   a.   In my opinion, analysts, and by extension the market, did not understand Mr.
        Cook's Challenged Statement to say there was no pressure on Apple's business in
        China. Given the important role that analysts play in interpreting corporate
        disclosures, if they would have interpreted it that way, there would have been a
        mention of that interpretation in the reports issued immediately after the
        Conference Call.  My analysis of those analyst reports found no analyst who
        reported, based on Mr. Cook's Challenged Statement, that Apple was not
        experiencing pressure in the Chinese market in FQ12019 (*i.e.,* October,
        November, and December 2018).  My review of analyst reports finds that, like my
        interpretation of the Challenged Statement, many analysts distinguished China
        from other emerging markets due to foreign currency issues.

   b.   In my opinion, subsequent to the November 1, 2018 Conference Call, analysts,
        and by extension the market, understood that Apple faced pressure in China.
        Rather than seeing statements in analysts' reports that Apple's business was not
        experiencing pressure in China, I found that none of the vast majority of analysts
        who had expressed concerns about Apple's business in China in October 2018

---

[14] A fundamental role of analysts is to interpret corporate disclosures; these interpretations can prove useful to
investors.  As stated by Huang et al., p. 2833, "We show that analysts discuss exclusive topics beyond those from
conference calls and interpret topics from conference calls." They go on to find empirical evidence consistent with
these interpretations being useful to investors.  Quoting Huang et al. p. 2834, "Next, we find that investor reactions
to both information roles [information interpretation and information discovery] are economically significant and
incremental to their reaction to the conference call information and earnings news."

going into the Company's November 1, 2018 Conference Call changed their views after the Challenged Statement.

c.   Plaintiffs have suggested that Mr. Cook's Challenged Statement constituted an intra-quarter update on Apple's business in China, but my analysis shows otherwise. All or nearly all of the analyst reports issued after the Conference Call and referencing the Challenged Statement reported the information in the statement as being historical for FQ42018.  Given analysts' role in interpreting corporate disclosures, if the Challenged Statement were an intra-quarter update, there would have been further discussion of it in analysts' reports and, in particular, its implications for Apple's performance in its FQ12019. In short, in my opinion, analysts, and by extension the market, did not understand Mr. Cook to be offering an intra-quarter update or forward-looking guidance, but rather that he was merely discussing the FQ42018 results that were the subject of the Conference Call.

## II.   BACKGROUND

28.   In the Complaint, Plaintiffs alleged that statements made on the Conference Call related to "(i) the purported successful launch of, and status of demand for, the newly released iPhone XS, XS Max, and XR; and (ii) the current state of Apple's business in Greater China and the impact of macroeconomic trends on the Company's sales in Greater China"[15] were materially misleading due to the "true facts" at the time:

> "(a) that the U.S.-China trade tensions and economic conditions in China were negatively impacting sales and demand for Apple products, particularly iPhones;
>
> (b) the Company had already begun to see declining traffic in Apple's retail store and those of its channel partner stores in Greater China, and reports of an overall contraction of the smartphone industry; and

---

[15] Complaint, ¶ 24.

**Expert Report of Brett Trueman, Ph.D.**

> (c) the Company had already, or was preparing to, cut iPhone production at multiple manufacturers and reduce orders from its largest suppliers of iPhone components for the current quarter and holiday season."[16]

29.  In the Court's Order Granting in Part and Denying In Part Defendants' Motion to Dismiss The Revised Consolidated Class Action Complaint dated November 4, 2020, the Court dismissed allegations related to the statement related to the iPhones ((i) above) but did not dismiss the allegations related to the statement about China ((ii) above).[17]

30.  The alleged corrective disclosures, according to the Complaint, are the following:

- On November 5, 2018, before the opening of the market, a *Nikkei Asian Review* article was published stating that Apple had told two of its smartphone manufacturers to halt plans for new production lines for the iPhone XR and told another producer that had been on stand-by for rush production orders that it should not expect any such orders in the holiday season;[18]

- On November 12, 2018, Wells Fargo issued a report on Apple following a negative pre-announcement by supplier Lumentum.  The Lumentum announcement had indicated that one of its customers had reduced its shipments during the quarter. The customer was presumed by Wells Fargo to be Apple;[19]

- On December 4, 2018, *Bloomberg* published an article stating that Apple had shifted marketing staff to work on bolstering sales of the new iPhone models in October right after their launch in a "fire drill" in response to poor sales;[20] and

- On January 2, 2019, after the close of trading, Apple pre-announced FQ12019 results to be revenue of approximately $84 billion, below the guidance range of $89 billion to $93 billion, largely due to Apple's business (particularly iPhone) in China.[21]

31.  I understand that Plaintiffs allege that the alleged truth was partially revealed through the three alleged disclosures in November and December 2018 identified above and that the market fully learned the alleged truth on January 2, 2019 when Apple pre-announced its FQ12019 results.

---

[16] Complaint, ¶ 24.
[17] Order Granting in Part and Denying In Part Defendants' Motion to Dismiss The Revised Consolidated Class Action Complaint dated November 4, 2020, p. 23.
[18] Complaint, ¶ 68.
[19] Complaint, ¶ 74.
[20] Complaint, ¶ 78.
[21] Complaint, ¶ 82.

**Expert Report of Brett Trueman, Ph.D.**

32.     On February 4, 2022, the Court certified a class in this matter.[22]  In its order, the Court observed:

- "Although the Court previously held that plaintiff failed to adequately plead a misrepresentation with respect to defendants' statements regarding the launch of Apple's then-new iPhones (the XS, XS Max, and XR) (Dkt. No. 123 at 10–11), that holding does not mean that disclosures regarding reduced iPhone demand are wholly irrelevant to the remaining China-related statements. Defendants repeatedly attempt to divorce these topics despite the connection Cook makes about the two."[23]

- "At face value, the January 2 disclosure reveals much more about the iPhone's performance in China than the November 5 disclosures."[24]

33.     On March 16, 2022, Lead Plaintiff stated in response to Defendants' Interrogatories that:

"The 'category' within which Lead Plaintiff contends that Cook stated he would not put China is the category of emerging markets where the Company was then currently experiencing deceleration and pressure, or the risk of such pressure from economic deceleration.  Cook's Response was in the context of an analyst's question that specifically asked Cook about the deceleration occurring in some emerging markets, and, in particular, factors that were more specific to China.  Cook began his response by identifying markets such as Turkey, India, Brazil and Russia where currencies had purportedly weakened.  Those emerging markets were also markets, according to Cook, where Apple's business was flat, declining or not growing in the way that Apple and Cook would have liked to have seen."[25]

---

[22] Order Granting in Part and Denying in part Motion for Class Certification, February 4, 2022 (the "Class Certification Order"), p. 21. Proposed Class includes "'All persons and entities who purchased or otherwise acquired the publicly traded securities of Apple Inc. during the period from November 2, 2018 through January 2, 2019, including, and who suffered damages by defendants' alleged violations of [Sections] 10(b) and 20(a) of the Exchange Act.' Excluded from the class are (i) Apple and the individual defendants; (ii) members of the families of each individual defendant; (iii) officers and directors of Apple; and (iv) the legal representatives, heirs, successors or assigns of any such excluded party." The Court further excluded from the class holders of Apple stock options, although it is my understanding that Plaintiff has filed a supplemental motion to also include these holders in the class.

[23] Class Certification Order p. 14.

[24] Class Certification Order pp. 14-15.

[25] Lead Plaintiff Norfolk County Council as Administering Authority of the Norfolk Pension Fund's Objection and Responses to Defendant Tim Cook's First Set of Interrogatories to Lead Plaintiff, March 16, 2022, p. 326.

Expert Report of Brett Trueman, Ph.D.

### III. IN MY OPINION, ANALYSTS, AND BY EXTENSION THE MARKET, DID NOT UNDERSTAND MR. COOK'S CHALLENGED STATEMENT TO SAY THERE WAS NO PRESSURE ON APPLE'S BUSINESS IN CHINA

34.    It is my opinion that analysts, and by extension the market, did not hear Mr. Cook say that Apple's business in China was not facing pressure.  Given the important role that analysts play in interpreting corporate disclosures and in directing investors' attention to the most relevant topics in the disclosures,[26] if analysts had interpreted Mr. Cook's statements that way, there would have been a mention of that interpretation in the reports issued immediately after the Conference Call.  Further, my analysis shows that analysts who commented on the statement distinguished between China and other emerging markets due to foreign currency issues.

35.    I reviewed thirty-eight analyst reports that were issued after the Conference Call from November 1 through November 4, 2018.[27]  My analysis of these reports indicates that sixteen did not discuss China.[28]  Another eighteen of these analysts reported that there was ongoing pressure on Apple's business in China.  I did not identify any analyst reports in which the analysts, based on Mr. Cook's Challenged Statement, discussed

---

[26] *See*, for example, Chen et al. p. 207 and Huang et al. p. 2834.

[27] I include in my analysis reports issued through November 4, 2018, as the Complaint alleges a corrective disclosure on November 5, 2018. *See* Complaint, ¶ 68. *See* **Exhibit 1** for the list of reports in this time period included in my review.

In addition to the analyst reports I reviewed, as described in this report and listed in **Appendix II**, I reviewed news articles as well, based on the following criteria: (i) a search of the Dow Jones & Company platform Factiva over the period from October 15, 2018 through November 4, 2018 of sources classified as "Major News and Business Sources" for company Apple Inc. for articles in English with the text "China" in the headline or lead paragraph and excluding republished news, recurring pricing and market data, and obituaries, sports, or calendars, and (ii) a search on Bloomberg for news for the company Apple from source Bloomberg containing the text "China" from October 15, 2018 through November 4, 2018. In particular, I found the Bloomberg article "Global Smartphone Market 3Q18, IDC Preliminary Update," by John Butler, dated November 2, 2018, to express both views of caution and positive sentiment about Apple's business in China.  Under the heading "Apple's Potential Market Shrinks in China With Pricier iPhones", the author writes: "Apple's upscale move on its newest iPhones -- all based on the iPhone X design -- along with discontinuing the iPhone SE, may cut into the company's market opportunity in China. This tack aligns with Apple's latest strategy of expanding the iPhone's average selling price (ASP) to fuel revenue gains instead of relying on unit-sales growth. Apple's share in China rose to 8.5% in 3Q, according to IDC, up from 6.7% in 2Q and 7.7% in 3Q17, suggesting that the iPhone X may be resonating with China's consumers. While iPhone shipments in China have been volatile, with units falling 2.3% in the trailing 12-month period ended 3Q, the decline was less pronounced than the 12.1% drop in total smartphone shipments in China in the period."

[28] This includes analyst reports that may repeat publicly released information (including the Challenged Statement) but that do not offer commentary on China.

Confidential                    -12-

**Expert Report of Brett Trueman, Ph.D.**

that the Company was not experiencing pressure in China in FQ12019 or which indicated strength in the Company's business in China in FQ12019.

36.    Below are some examples of the comments that analysts made discussing concerns about Apple's business in China following the Conference Call:

- "China is the question that generates the most debate.  Although greater China reported double digit growth in FY2Q18 [*sic*], **risks to AAPL in China appear to be rising**;"[29]

- "China was strong in C3Q but emerging signs of weakness could pressure the next few quarters…Greater China (China, Hong Kong, Taiwan) revenue increased 16% year over year to $11.4bn, which was slightly lower than the 19% y/y growth reported last quarter.  This is the fifth consecutive quarter of double digit growth in China, **but we expect meaningful deceleration heading into the December quarter**.  Management noted that due to new regulations around gaming led to a halt in new game approvals for the App Store;"[30] and

- "We also consider the 16.4% revenue growth for its greater China region as also remarkable given some investors were concerned about slowing growth for that region and given, again, the aforementioned trade war between the U.S. and China. The results suggest to us that Apple's management is doing an amazing job of walking the tight rope - managing its supply chain, with a heavy usage of China for, at least, assembly and offering Chinese consumers products they desire.  **That said, we still see China as representing the single greatest risk to shares and will be monitoring tariffs closely**, especially in the event the next round is EVERYTHING out of China."[31]

37.    I note that at least one analyst expressed a viewpoint after the Conference Call that Apple's operations in China were one of the drivers of the weaker than expected FQ12019 guidance that the Company announced on the call.  Goldman Sachs noted that "The company said they did not see weak consumer demand in China in FQ4 **but we believe FQ1 guidance may still assume some potential for weaker demand there given ongoing macro uncertainty**…We believe consumer weakness in

---

[29] Needham, "Not a Hardware Company. Buy AAPL on Weakness," November 2, 2018, APL-SECLIT_00002082, p. 8 (emphasis added).

[30] Bank of America, "Long term winner but near term headwinds, Downgrading to Neutral," November 2, 2018, APL-SECLIT_00001761, pp. 1, 7 (emphasis added). I note that this report from Bank of America was authored by Research Analyst Wamsi Mohan (among others), who was the analyst who asked Mr. Cook the question that led to the Challenged Statement.

[31] DA Davidson, "Selling Products at Higher Prices Is a Great Thing; BUY," November 2, 2018, APL-SECLIT_00002061, p. 1 (emphasis added).

Expert Report of Brett Trueman, Ph.D.

markets such as Turkey, Russia, India, Brazil **and possibly China is driving the weaker guidance**."[32]

38.     *See* **Exhibit 1** for a listing of the reports I reviewed and their references to China.

39.     In short, following the Conference Call, the majority of the twenty-two analysts who discussed China stated that they continued to be concerned about risks to Apple's business in China in FQ12019.  Further, I did not find any analyst reports where the report, based on Mr. Cook's statements, discussed that the Company was indicating that its business at the time was strengthening in China or not experiencing pressure.

40.     As discussed previously, the academic literature shows that one of the most important roles of analysts is to provide an interpretation of information in corporate disclosures.[33]  As such, these analyst reports also help direct investors' attention to the most relevant topics in the call.[34]  In my opinion, the absence of reports indicating that Apple's business at the time was strengthening in China or not experiencing pressure leads to the conclusion that analysts did not interpret the Challenged Statement in this manner.

41.     My analysis shows that, subsequent to the Conference Call, analysts distinguished China from other emerging markets with regard to currency issues. Of the thirty-eight analyst reports issued from November 1 through 4, 2018, there are nine reports that discussed the foreign currency issues or resulting price increases that some emerging markets were experiencing.  The nine reports that reported currency issues (including

---

[32] Goldman Sachs, "FQ4'18 Wrap: Guidance weak on EM and FX weakness; ASPs higher," November 1, 2018, APL-SECLIT_00001868, p. 1 (emphasis added).

[33] *See*, for example, Asquith et al., Chen et al., Livnat and Zhang, and Huang et al.

[34] *See*, for example, Huang et al. p. 2834, stating "We consider analysts as serving an information interpretation role when they discuss topics that have already been discussed in the recent corporate disclosure. Similar to the media's providing value through information dissemination or rebroadcasting, as shown by recent research (e.g., Miller 2006, Bushee et al. 2010, Drake et al. 2014), analysts might be able to provide value by discussing these conference call topics. First, **by interpreting only the relevant topics in corporate disclosures, analysts attract and direct investors' limited attention to what they view as being important**. Second, analysts can clarify managers' disclosure by using their own language, offering their opinions on issues raised by managers, and quantitatively assessing management's subjective statements. Third, perceived as independent agents, analysts can enhance the reliability of statements from managers, who may suffer from agency problems. Taken together, we posit that the analyst information interpretation role helps investors understand corporate disclosures better by lowering processing costs and enhancing information quality." (emphasis added, internal citation omitted)

**Expert Report of Brett Trueman, Ph.D.**

currency issues leading to price increases) in emerging markets did not include China in that group of emerging markets. This is consistent with my interpretation of how Mr. Cook distinguished China from other emerging markets (India, Brazil, Russia, and Turkey) on the Conference Call.

42.   For example, the analyst commentary below draws that distinction.

- "Weaker growth in emerging markets including **India, Brazil, Russia and Turkey given currency moves** which makes it harder for customers to buy iPhones;"[35]

- "While we believe that there is not much of a shortfall relative to guidance when it comes to F1Q, it is important to remember that the firm has to navigate and execute amidst higher macro risks, particularly as relates to a softer outlook for emerging market growth, **weakening EM currencies necessitating price increases**, as well as softening consumer confidence in that backdrop.  **For example, Apple cited pressures in emerging markets including Turkey, Brazil, India and Russia and challenges in growth following price increases**.  Separately, while Apple continues to see solid growth in EM countries like China (+16% y/y in F4Q), it is facing regulatory hurdles relative to growth for the App Store;"[36]

- "Revenue guidance would have been at least in line excluding a handful of transitory items that arose.  Specifically, **FX revenue translation headwind, USD strength impacting demand in India, Bazil** [*sic*]**, Russia, Turkey** (etc.), production constraints for some of AAPL's new products (i.e., watches and AirPods), and some macro demand stall / impact;"[37]

- "Revenue also grew across geographies, and notably growth in the Americas up 19%, Greater China 16% and Europe in 18%, Japan 34%, but **there was weakness in Turkey, Russia, India and Brazil.  Part of the issue is the movement in FX;**"[38]

- "Pressures from emerging markets in the September quarter could also continue in December.  Countries such as **Turkey, India, Brazil, and Russia saw weakened currencies and price increases** in certain instances which we expect to further impact demand.  **China however has not been impacted outside of gaming in the App Store**.  Apple noted that game approvals by regulators in China are

---

[35] Bank of America, "Long term winner but near term headwinds, Downgrading to Neutral," November 2, 2018, APL-SECLIT_00001761, p. 3 (emphasis added).
[36] JP Morgan, "Growth Fundamentals Intact, Despite Softer Revenue Guide on FX Headwind and Conservatism Related to Macro Risks," November 2, 2018, APL-SECLIT_00001749, p. 1 (emphasis added).
[37] Loop Capital Markets, "Look Under The Layers And Buy Any Pullback," November 2, 2018, APL-SECLIT_00001816, p. 1 (emphasis removed; emphasis added).
[38] Daiwa Capital, "Good, above guidance 4Q, but weaker q/q momentum," November 1, 2018, APL-SECLIT_00001935, p. 1 (emphasis added).

Expert Report of Brett Trueman, Ph.D.

improving though there is uncertainty around when it returns back to its normal pace;"[39] and

- "Apple noted that the Emerging Markets they are seeing pressure in are markets like **Turkey, India, Brazil, and Russia, where currencies have weakened** over the recent period. India was flat in 4Q and Brazil was down."[40]

43.    In short, in my opinion, like the Challenged Statement, many analysts distinguished China from other emerging markets due to foreign currency issues.

44.    My analysis further shows that analysts, and by extension the market, understood that China was facing a slowdown due to gaming app issues. Mr. Cook disclosed related challenges and risks facing Apple's business in China. As the Conference Call transcript shows, Mr. Cook discussed Chinese regulatory issues that were affecting the approval of games to be sold in the App Store. Mr. Cook stated:

> "The App Store in China, **we have seen a slowdown or a moratorium to be more accurate on new game approvals**. There is a new regulatory setup in China, and there's -- **things are not moving the way they were moving previously**. We did see a few games approved recently, but **it's very far below the historic pace**. And as you're probably seeing, some of the larger companies there that are public have talked about this as they've announced their earnings as well. **We don't know exactly when this will -- the approvals will sort of return to a normal pace. So I would not want to predict that.** I do not view, just to try -- for avoidance of doubt here, I don't view that, that issue has anything to do with the trade-related discussions between the countries. **I think that is strictly a domestic issue in China.**"[41]

45.    Before the Conference Call, one analyst estimated the magnitude of China App Store revenue as $1 billion in FQ42018, and another estimated that China gaming revenue may be $3 billion per year. See below for these comments.

- "**China remains the single largest revenue generating country for the App Store**, producing slightly more than $1B in net revenue in the September quarter and accounting for 29% of total App Store net revenue, slightly lower than the T12M average of 31%. China App Store growth has now decelerated for 8 consecutive quarters, largely due to the after-effects of a pause in gaming license

---

[39] Nomura, "More than a Miss; Sustained Downturn Likely," November 2, 2018, APL-SECLIT_00001940, p. 5 (emphasis added).
[40] Macquarie Research, "F4Q'18: Increased Uncertainty; Services Key," November 2, 2018, APL-SECLIT_00002044, p. 3 (emphasis added).
[41] Q4 2018 Apple Inc. Earnings Call, November 1, 2018 (emphasis added).

Expert Report of Brett Trueman, Ph.D.

approvals in the country (see next paragraph), with growth in the most recent quarter falling to 16% Y/Y (Exhibit 3)."[42]

- "Monthly Chinese government data suggests that year-over-year unit demand from non-Chinese smartphone manufacturers in the mainland may have decelerated in CQ3 18 (down -20%+ year-over-year) after four consecutive quarters of relatively flat unit demand from foreign OEMs.  Similarly, Tencent reported weak smartphone gaming revenue in China in its CQ2 18 earnings release (~50% deceleration in growth) - (Exhibit 19), which could portent to weak App Store sales in China.  **We estimate that China might account for ~1/3 of Apple App Store revenue, with games accounting for perhaps 75%+ of that, meaning that Chinese gaming might account for ~$3B of Services revenue each year or ~9% of total Services revenue.**  In other words, if Tencent's CQ2 gaming weakness was indicative of Apple's gaming revenue in China, FQ3 gaming might have been up to a ~450 bps sequential headwind to Apple's services growth.  While Tencent cites short-term factors in its CQ2 weakness (timing of game launches, etc.) and they have not reported CQ3 18 earnings yet, **prolonged weakness in gaming could be a material headwind to Apple's all-important services revenue growth.**"[43]

46.     As I mentioned earlier, of the thirty-eight analyst reports I reviewed issued on November 1 through 4, 2018, sixteen did not discuss China.  Of those that did, eighteen reported that there was ongoing pressure on Apple's business in China, while the remaining four did not.  My review also found that ten analysts noted the gaming app approval challenges in China discussed on the Conference Call.

47.     Some examples of analysts' commentary on Apple's gaming approval challenges in China are below.

- "The App Store, however, has seen a slowdown, specifically on new game approvals, far below the historical pace.  Mgmt. commented that they don't believe the slowdown has anything to do with trade-related discussions, rather it is strictly a domestic issue regarding China's new regulatory setup regarding the approval of new video games in the country.  China has recently resumed approving new games, but the months-long freeze has created a significantly large backlog that will need to be moved through.  The issue has impacted all game developers in the region, most notably Tencent, and **with the App Store's disproportionate reliance on China games this issue has naturally impacted AAPL as well**;"[44]

---

[42] Morgan Stanley, "China a Growing Headwind to App Store Growth Near-term," October 17, 2018, APL-SECLIT_00001080, p. 1 (emphasis added).
[43] Bernstein, "AAPL: Q4 18 Preview - Expect upside to ASPs, but iPhone unit growth in FY 19 most likely to shape investor sentiment," October 24, 2018, APL-SECLIT_00001251, p. 4 (emphasis added; internal citation omitted).
[44] Macquarie, "F4Q'18: Increased Uncertainty; Services Key," November 2, 2018, APL-SECLIT_00002044, p. 3 (emphasis added).

Expert Report of Brett Trueman, Ph.D.

- "The China app store revenues decelerated to flat y/y growth in the month of October from 10%y/y in Sep, 16%y/y in Aug and 24%y/y in July (Figure 4). We are surprised at the magnitude of deceleration globally given that the app store revs are based off a growing installed base. **We are less surprised in China given the gaming deceleration but believe the magnitude is significant**. The deceleration in app store could drive roughly a few points of overall services growth deceleration. Services revenues also have a tougher compare in the December quarter"[45] and "While [Services] revenue growth was strong in the Sep quarter, **we remain concerned about App Store revenue slowdown in China in October, partly related to slowdown in approval for new games, and partly due to macroeconomic and political issues and lower consumer confidence**. We model a significant deceleration in the December quarter to account for the tougher compare but also for the weaker uptake in China and Globally;"[46] and

- "Surprisingly, Apple executives did not appear uniquely concerned about China, which grew 16% in Q4 – in part due to a continued very rich mix of iPhones. **That said, executives stated that the gaming slowdown in China is a 'real issue' and is impacting App Store revenues – we estimate Chinese iPhone gaming could account for 9% of total Services revs**."[47]

48.    Additionally, a number of analysts also noted general "risks" related to Apple's business in China after the Conference Call. Those are listed below.

- " [W]e still see China as representing **the single greatest risk to shares**…;"[48]

- "While Apple indicated China was fine in FQ4 to Sept for them **we believe the company likely sees some demand risk there in the December quarter**;"[49]

- "China is the question that generates the most debate.  Although greater China reported double digit growth in FY2Q18 [*sic*], **risks to AAPL in China appear to be rising**;"[50]

- "Risks to our Apple thesis include…macro weakness dampening product demand, especially in China…;"[51] and

---

[45] Bank of America, "Long term winner but near term headwinds, Downgrading to Neutral," November 2, 2018, APL-SECLIT_00001761, p. 3 (emphasis added).

[46] Bank of America, "Long term winner but near term headwinds, Downgrading to Neutral," November 2, 2018, APL-SECLIT_00001761, p. 6 (emphasis added).

[47] Bernstein, "AAPL: Q4 18 Debrief - How much might iPhone units decline in FY19? The world may never know," November 2, 2018, APL-SECLIT_00001993, p. 1 (emphasis added).

[48] DA Davidson, "Selling Products at Higher Prices Is a Great Thing; BUY," November 2, 2018, APL-SECLIT_00002061, p. 1 (emphasis added).

[49] Goldman Sachs, "FQ4'18 Wrap: Guidance weak on EM and FX weakness; ASPs higher," November 1, 2018, APL-SECLIT_00001868, p.3 (emphasis added).

[50] Needham, "Not a Hardware Company. Buy AAPL on Weakness," November 2, 2018, APL-SECLIT_00002082, p. 8 (emphasis added).

[51] UBS, "It's The End of iPhone Units As We Know It, And It Might Ultimately Be Just Fine," November 2, 2018, APL-SECLIT_00001802, p. 8.

Expert Report of Brett Trueman, Ph.D.

- "Risks include…Slowdown in Chinese growth impacting expanding operations in the country…"[52]

49.     From this data, and given the role analysts play in the market, it is my opinion that the inclusion in analyst reports of the issues related to gaming apps means that analysts, and by extension the market, understood Apple and Mr. Cook had communicated pressures on Apple's business in China due to gaming apps-related issues.

50.     Given the important role that analysts play in interpreting corporate disclosures and in directing investors' attention to the most relevant topics in the disclosures,[53] if analysts had interpreted Mr. Cook's statements to indicate that there was no pressure on Apple's business in China, there would have been a mention of that interpretation in the reports issued immediately after the Conference Call.

### IV.     IN MY OPINION, SUBSEQUENT TO THE NOVEMBER 1, 2018 CONFERENCE CALL, ANALYSTS, AND BY EXTENSION THE MARKET, UNDERSTOOD THAT APPLE FACED PRESSURE IN CHINA

51.     It is my opinion that analysts, and by extension the market, understood following the Conference Call that Apple's business in China was facing pressure.

52.     As discussed below, many analysts had expressed concerns about China prior to the Conference Call.  Given the important role that analysts play in interpreting corporate disclosures and in directing investors' attention to the most relevant topics in the disclosures,[54] if information disclosed during the Conference Call, including the Challenged Statement, contradicted or assuaged those concerns, I would have expected to see a discussion of that information in the analyst reports issued following the Conference Call.  In particular, I would have expected the analysts to identify the new information and discuss how the new information impacted their outlook for FQ12019 and FY2019 and/or discuss the information within their commentary regarding more positive future prospects for Apple in China than

---

[52] Wells Fargo, "Solid Results Overshadowed By Pulled Unit Disclosures + Macro Angst," November 1, 2018, APL-SECLIT_00001847, p. 9.
[53] *See*, for example, Chen et al. p. 207 and Huang et al. p. 2834.
[54] *See*, for example, Chen et al. p. 207 and Huang et al. p. 2834.

Expert Report of Brett Trueman, Ph.D.

previously expressed.  My review of analyst reports did not find such discussion.  Of the thirty-eight analyst reports I reviewed issued from November 1 through 4, 2018, none stated that Apple at the time was not experiencing pressure on its business in China.

53.     Further, I found no analysts that softened their concerns about Apple's business in China after the conference call.  In other words, it is my opinion that Mr. Cook's statements did not assuage analysts' concerns regarding pressure on Apple's business in China.

54.     My review of analyst reports leading up to the Conference Call indicates that an overwhelming majority of the analysts that discussed China discussed that Apple's business in China was facing pressure prior to the call.[55]  I identified seventeen analysts who issued reports in October and who discussed China.[56]  Of those, the overwhelming majority (*i.e.*, all but two) expressed concerns about Apple's business in China.[57]  Below are some examples of that commentary.

- "There are **multiple signs of rapidly slowing consumer demand in China** which we believe could easily affect Apple's demand there this Fall;"[58]

- "**China macro indicators weakening substantially**.  Macro data points out of China have weakened substantially…We also believe that smartphone unit volume deteriorated by ~15% Y/Y in Q3 which is unheard of in a typically seasonally strong Q3;"[59]

- "China's Contributions.  We are currently assuming China contributes ~13m of our ~80m total iPhone unit forecast in the Dec '18 QTR.  **Our 13m unit forecast implies that Apple will continue to lose share in the high end smartphone**

---

[55] In addition, my review of news articles found that this Bloomberg article similarly expressed concerns about Apple's business in China: "Mobile Game Performance – Week of Oct. 14" by Matthew Kanterman dated October 20, 2018 stating "Mobile-game net revenue growth on iOS stalled in the week ended Oct. 14, amid a slowdown in Chinese and Japanese game markets, despite strong U.S. performance. China's slowdown may persist until a freeze on new-game approvals is lifted. Mobile games are the bulk of App Store sales and a key component of Apple's services revenue."

[56] I also reviewed reports issued in October by an additional eight analysts who either did not discuss China or did not discuss it in any substantive way. These are Cleveland Research, KeyBanc, Longbow Research, Monness Crespi, Nomura, Piper Jaffray, Raymond James, and TF International.

[57] Those two other reports were issued by Baird and RBC and did not express concerns about Apple's business in China.

[58] Goldman Sachs, "China slowdown raises EPS risk for Apple. We provide sensitivity analysis to various outcomes," October 14, 2018, APL-SECLIT_00001043, p. 1 (emphasis added).

[59] Goldman Sachs, "China slowdown raises EPS risk for Apple. We provide sensitivity analysis to various outcomes," October 14, 2018, APL-SECLIT_00001043, p. 1 (emphasis in original).

**Expert Report of Brett Trueman, Ph.D.**

**category** (to 30% in Q4'18 from 32% in Q4'17) though it also assumes demand in that category is unaffected by macro;"[60]

- "China Market Weakness.   We flagged **potential weakness in the Chinese smartphone market** and laid out Apple's EPS sensitivity scenarios in our recent report (click here for the note).  Growth in the 6"+ smartphone category could be an offsetting tailwind for Apple but the potential to materially beat consensus with December guidance may be somewhat lower due to recent macro issues.  We are currently forecasting China to contribute ~13m of 80m iPhone shipments in the December quarter;"[61]

- "We revise down our 2018E and 2019E global smartphone shipment forecasts by 0.9% and 2.6%...**We are particularly cautious on the China market given lackluster sell-through data**…;"[62]

- "**We continue to have concerns of China consumer spending confidence declines impacting overall iPhone sales in China, however**. …We have been tracking iPhone XR preorder data in China, and our tracks indicate overall iPhone XR pre-registrations in China are ~2 million units for the first three days (Combining 900K+ from JD.Com [JD: NR], 600K+ from Suning.Com [002024.SHE: NR], and Chinese operator retail channels).  iPhone XR pre-orders are similar to iPhone 8/8+ preorders in China last year, and slightly better than the 1.5 million XS/Max preorders in China.  **This is not a very exciting result.  We will continue to track pre-order volumes in China, but so far, we believe iPhone XR demand may be lower than our previous estimates.**  We believe Apple will likely adjust down its iPhone XR production for November and December by about 3-4 million units;"[63]

- "We continue to believe that China and possibly widening consumer weakness represent unit risk for Apple…**in the December quarter**;"[64]

- "China Continues to Weaken.  **Macro data points out of China continued to weaken in October**;"[65]

- "Chinese Smartphones declined 15% in Q3.  **In our recent smartphone model update, we reduced our estimates for Chinese smartphones for H2'18 and 2019**

---

[60] Goldman Sachs, "China slowdown raises EPS risk for Apple. We provide sensitivity analysis to various outcomes," October 14, 2018, APL-SECLIT_00001043, p. 3 (emphasis removed, emphasis added).

[61] Goldman Sachs, "China impact on guidance is the main focus," October 15, 2018, APL-SECLIT_00001067, p. 1 (emphasis added).

[62] Citi, "Trimming Our Global Smartphone Forecasts; Innovation Lab Data Points to No iPhone 'Super Cycle' This Year," October 15, 2018, APL-SECLIT_00000916, p. 1 (emphasis added).

[63] Rosenblatt, "Earnings preview iPhone XR preorders weaker than expected," October 22, 2018, APL-SECLIT_00001233, p. 1 (emphasis added).

[64] Goldman Sachs, "iPhone Mix Trending Better; Increasing ASPs. China/Macro unit risk remains. Reiterate Neutral," October 24, 2018, APL-SECLIT_00001330, p. 1 (emphasis added).

[65] Goldman Sachs, "iPhone Mix Trending Better; Increasing ASPs. China/Macro unit risk remains. Reiterate Neutral," October 24, 2018, APL-SECLIT_00001330, p. 1 (emphasis added).

Expert Report of Brett Trueman, Ph.D.

due to end market weakness…we find it hard to believe that the weaker consumer environment, should it persist, is going to be helpful to Apple;"[66]

- "We retain our 12-month price target of $240 based on 16.3x P/E (Previous: 16.7x)…**We use a slightly lower multiple in order to factor in the risk from China consumer demand weakness**;"[67]

- "While **we see China as the single biggest risk to shares**, from both a tariff-related standpoint and when considering more than 20% of its sales come from China, we believe there opportunities [*sic*] for the company to manage the situation;"[68]

- "**China is the clear risk to our call**…In the near term, the mobile game approval freeze in China could pressure App Store revs although this looks like a classic short-term issue;"[69]

- "Interestingly, iPhone Xs and Xs Max interest is higher in Hong Kong compared to iPhone 8, which supports our view that China would be less of a drag and could see some growth. …In Hong Kong, the interest in iPhone Xs and Xs Max is similar to that for iPhone 8 a year ago.  This supports our view that iPhones could do slightly better in China this year and there could be some upside to our -3% estimate.  Having said that, **China is the greatest unknown given macro uncertainties**;"[70] and

- "The dollar strengthened significantly against the Chinese RMB (Fig 4) at a time when iPhone ASPs have increased significantly (Fig 5).  **During the past cycle of a strengthening dollar (2015-2016), China iPhone units declined 20% and overall Apple China sales declined 24% y/y (Fig 2)**.  A similar unit decline would impact EPS today by $0.30 (Fig 3, although impact could be lower as prior cycle had added y/y headwind of a strong iPhone 6/6+ cycle)."[71]

55.   In the days leading up to the Conference Call, Bank of America lowered its FY2019 EPS estimates due to "risk from a weaker China," stating "we lower our iPhone estimates for the Dec quarter and for **F19 to account for a slowdown in China (double digit unit decline although ASP drives rev growth) and for broader FX**

---

[66] Goldman Sachs, "iPhone Mix Trending Better; Increasing ASPs. China/Macro unit risk remains. Reiterate Neutral," October 24, 2018, APL-SECLIT_00001330, p. 3 (emphasis added).

[67] Goldman Sachs, "iPhone Mix Trending Better; Increasing ASPs. China/Macro unit risk remains. Reiterate Neutral," October 24, 2018, APL-SECLIT_00001330, p. 5 (emphasis added).

[68] DA Davidson, "High ASPirations for the iPhone; BUY," October 25, 2018, APL-SECLIT_00001348, p. 1 (emphasis added).

[69] Jefferies, "Building a Valuable Services Business on Top of Apple's Core. Initiate at Buy," October 29, 2018, APL-SECLIT_00001419, p. 1 (emphasis added).

[70] UBS, "FQ4:18 (Sep) Earnings Preview: Survey Work Supports Very Strong iPhone ASP Narrative," October 29, 2018, APL-SECLIT_00001379, pp. 4-5 (emphasis added).

[71] Bank of America "Lowering estimates to account for China risk, FX headwinds," October 29, 2018, APL-SECLIT_00001401, p. 1 (emphasis added).

Expert Report of Brett Trueman, Ph.D.

headwinds."[72]  Just two days later, a day before the Conference Call, Bank of America issued another report focused on App Store downloads and revenue, noting that "China downloads from the app store turned negative in July and stayed negative through October.  Revenues have also decelerated…"[73]

56.    Below are some examples of analysts' commentary about their concerns about Apple's business in China before the Conference Call, which were repeated after the Conference Call.

- Bank of America lowered their iPhone estimates for FQ12019 and FY2019 "to account for a slowdown in China"[74] on October 29, 2018 and continued to express the same expectations after the Conference Call, noting that "[t]his is the fifth consecutive quarter of double digit growth in China, but **we expect meaningful deceleration heading into the December quarter**;"[75]

- DA Davidson stated on October 25, 2018 that "we see China as the single biggest risk to shares…"[76] and stated on November 2, 2018, after the Conference Call, that "we **still see China** as representing the single greatest risk to shares…;"[77]

- Goldman Sachs stated on October 24, 2018 that "[w]e continue to believe that China and possibly widening consumer weakness represent **unit risk for Apple…in the December quarter**"[78] and stated after the Conference Call that "[w]hile Apple indicated China was fine in FQ4 to Sept for them we believe the company likely sees some **demand risk there in the December quarter**;"[79] and

- UBS stated in both October and November that "Risks to our Apple thesis include…macro weakness dampening product demand, **especially in China**…"[80]

---

[72] Bank of America, "Lowering estimates to account for China risk, FX headwinds," October 29, 2018, APL-SECLIT_00001401, p. 1 (emphasis added).

[73] Bank of America, "App Store trends: Deceleration in October China growth stalls," October 31, 2018, APL-SECLIT_00001726, p.1.

[74] Bank of America, "Lowering estimates to account for China risk, FX headwinds," October 29, 2018, APL-SECLIT_00001401, p. 1.

[75] Bank of America, "Long term winner but near term headwinds, Downgrading to Neutral," November 2, 2018, APL-SECLIT_00001761, p. 7 (emphasis added).

[76] DA Davidson, "High ASPirations for the iPhone; BUY," October 25, 2018, APL-SECLIT_00001348, p. 1.

[77] DA Davidson, "Selling Products at Higher Prices Is a Great Thing; BUY," November 2, 2018, APL-SECLIT_00002061, p. 1 (emphasis added).

[78] Goldman Sachs, "iPhone Mix Trending Better; Increasing ASPs. China/Macro unit risk remains. Reiterate Neutral," October 24, 2018, APL-SECLIT_00001330, p. 1 (emphasis added).

[79] Goldman Sachs, "FQ4'18 Wrap: Guidance weak on EM and FX weakness; ASPs higher," November 1, 2018, APL-SECLIT_00001868, p. 3 (emphasis added).

[80] UBS, "FQ4:18 (Sep) Earnings Preview: Survey Work Supports Very Strong iPhone ASP Narrative," October 29, 2018, APL-SECLIT_00001379, p. 16 and UBS, "It's The End of iPhone Units As We Know It, And It Might Ultimately Be Just Fine," November 2, 2018, APL-SECLIT_00001802, p. 8 (emphasis added).

**Expert Report of Brett Trueman, Ph.D.**

57.   Of the seventeen analysts who referenced China in October, fifteen of them expressed concerns about Apple's business in China.  Of those, eleven also expressed concerns in November and four did not comment substantively on Apple's business in China in November.[81]

58.   Because many analysts explicitly discussed pressure on Apple's business in China prior to the Conference Call, and given the important role that analysts play in interpreting corporate disclosures, if the Challenged Statement disclosed that Apple was **not** experiencing pressure in its business in China, I would have expected analysts to have commented on that information[82] and/or to have updated their commentary regarding future prospects for Apple by including a discussion of the new information.[83]  I do not see such discussion or updated commentary in the analyst reports.

59.   In short, in my opinion, going into the Company's November 1, 2018 Conference Call, the overwhelming majority of analysts that discussed China explicitly noted that Apple's business in China was facing pressure or deceleration prior to the conference call.  Under the maintained assumption that Apple's stock has been trading in an

---

[81] These four are BMO Capital, which did not comment on China in November; Citi, which reported the 16% year-over-year growth rate for China in FQ42018 but did not provide commentary related to China; Jefferies, which did not mention China in November beyond a comment related to a potential trade war; and Rosenblatt, which did not provide commentary related to China.

[82] The only commentary I noted that would potentially fit into this category is in a report by Bernstein.  That report stated that "Surprisingly, Apple executives did not appear uniquely concerned about China" and that "management was adamant about differentiating between these weaker markets and China, which still grew +16% year-over-year – including 'strong double digit' iPhone revenue growth." However, none of the analyst's comments indicate that they heard the Challenged Statement to be based on anything other than historical (FQ42018) results or that it contradicted the analysts' prior finding of the pressure to Apple's business in China, including "macroeconomic headwinds" and tariffs.  Bernstein, "AAPL: Q4 18 Debrief - How much might iPhone units decline in FY19? The world may never know," November 2, 2018, APL-SECLIT_00001993, pp. 1, 3-5.

[83] *See*, for example, Livnat and Zhang, p. 616, stating "… we posit that revisions issued immediately after corporate public disclosures tend to reflect analysts' interpretations of the newly released information. This is because analysts have incentives to compete for trading volume (for example, Cooper et al. 2001). **Thus when analysts receive public disclosures from the firm, they have incentives to process the information and issue revisions as soon as possible in order to have greater influence on market trading**." (emphasis added)

Expert Report of Brett Trueman, Ph.D.

efficient market,[84] this information publicly reported in analyst reports would have been incorporated into the stock price prior to the Conference Call.[85]

60.   In my opinion, Mr. Cook's challenged statement did not assuage analysts', and by extension the market's, concerns regarding the pressures Apple faced in China. Analysts generally noted that Apple's business in China was facing pressure, and none of the reports after the November 1, 2018 Conference Call can be interpreted to suggest that their views had changed in light of anything Mr. Cook said. *See* **Exhibit 1** for a listing of the reports I reviewed and their references to Apple's business in China in October.

## V.   IN MY OPINION, THE MARKET DID NOT UNDERSTAND MR. COOK TO BE OFFERING AN INTRA-QUARTER UPDATE OR FORWARD-LOOKING GUIDANCE, BUT THAT HE WAS MERELY DISCUSSING THE FQ42018 RESULTS THAT WERE THE SUBJECT OF THE CONFERENCE CALL

61.   In my opinion, analysts, and by extension the market, did not understand Mr. Cook to be offering an intra-quarter update or forward-looking guidance in the Challenged Statement, but was merely discussing the FQ42018 results that were the subject of the Conference Call. Given the important role that analysts play in interpreting corporate disclosures and in directing investors' attention to the most relevant topics in the disclosures,[86] if analysts had interpreted Mr. Cook's statements as an intra-quarter update or forward-looking guidance, there would have been a mention of that interpretation in the reports issued immediately after the Conference Call.

---

[84] Class Certification Order p. 10, noting that "Nor do defendants challenge the findings of plaintiff's expert, Professor Steven P. Feinstein, Ph.D., CFA, demonstrating that Apple stock, specifically, traded in an efficient market over the course of the class period."
[85] In a semi-strong form efficient market, "prices always 'fully reflect' available information." *See* Fama, Eugene F., "Efficient Capital Markets: A Review of Theory and Empirical Work," *Journal of Finance*, 1970, p. 383; *see also* Brealey, R. A., Myers, S. C., and Allen, F., Principles of Corporate Finance (New York: McGraw- Hill/Irwin, 2011), 10th edition, pp. 317, 318.
[86] *See*, for example, Chen et al. p. 207 and Huang et al. p. 2834.

**Expert Report of Brett Trueman, Ph.D.**

62.    Of the thirty-eight analyst reports I reviewed issued from November 1 through 4, 2018, twenty-two of the analysts referenced the Challenged Statement.[87]  All or nearly all of the reports that referenced the Challenged Statement mentioned the information contained in the statement as historical. Those analyst comments are listed below:[88]

- "Despite mounting concerns over tariffs, Apple's China business continues to recover, based on high-end appetite for the new phones; **China revenue rose 16%**;"[89]

- "Geographically, **Greater China was the weakest reported region** (16% YoY), though management highlighted greater weakness in other EMs, particularly India (flat) and Brazil (down), a trend that seems likely to continue near-term;"[90]

- "China solid.  **Greater China revenue of $11.4 billion grew 16% YOY** and 19% sequentially, though it was the slowest growing region.  The company noted regulatory delays on gaming reviews, but doesn't believe trade rhetoric has had a meaningful impact…China improving.  **Greater China revenue grew 16% YOY in FQ4 and the full fiscal year**;"[91]

- "**China was strong in C3Q** but emerging signs of weakness could pressure the next few quarters…Greater China (China, Hong Kong, Taiwan) **revenue increased 16% year over year to $11.4bn, which was slightly lower than the 19% y/y growth reported last quarter.  This is the fifth consecutive quarter of double digit growth in China**, but we expect meaningful deceleration heading into the December quarter."[92]

- "During the earnings call Q&A, management struck us as surprisingly forthcoming about macroeconomic uncertainty within emerging markets, admitting for instance that Apple's business had weakened substantially in India (disclosed to be "flat" year-over-year), Brazil (disclosed to be "down somewhat"), Turkey, and Russia.

---

[87] The twenty-two analyst reports included in this figure differ from the twenty-two (eighteen plus four) referred to in §III as having discussed China. This set of twenty-two specifically included a reference to the Challenged Statement in a way that indicates it to be historical or not. This set excludes Morgan Stanley and UBS that addressed China following the Conference Call, but did not specifically address the Challenged Statement, and adds two additional analysts, Citi and Yuanta, who reported the 16% revenue growth in China from the Challenged Statement without offering commentary.

[88] One of the twenty-one references to the Challenged Statement in a historical context, by Yuanta Investment Consulting, is not included in the quotations listed here because the reference in the report was not a statement, but a table showing the FQ42018 regional revenue breakdown, including the 16% year-over-year growth in China. *See* Yuanta Investment Consulting "APPL (APPL US) – FY4Q18 results, guidance and implications," November 2, 2018, p. 3.

[89] Argus, "Analyst Notes," November 2, 2018, p. 2 (emphasis added).

[90] Atlantic Equities, "Disappointing Dec qtr revenue outlook," November 2, 2018, APL-SECLIT_00001963, p. 1 (emphasis added).

[91] Baird, "Macro Pressures, but Also Silver Linings," November 2, 2018, APL-SECLIT_00001905, pp. 1,3 (emphasis added).

[92] Bank of America, "Long term winner but near term headwinds, Downgrading to Neutral," November 2, 2018, APL-SECLIT_00001761, pp. 1-7.

Expert Report of Brett Trueman, Ph.D.

Nonetheless, management was adamant about differentiating between these weaker markets and China, **which still grew +16% year-over-year – including 'strong double digit' iPhone revenue growth**.  Given that Chinese government data has pointed to -20%+ year-over-year declines in smartphone unit sales from non-Chinese manufacturers within recent months, **this suggests that Apple may have seen ASP growth of 35%+ year-over-year during FQ4,** likely due to good customer reception of the high-end, large-screen iPhone XS and XS Max;"[93]

- "Geographically sales grew double digits year over year in all major regions (Japan +34%, Rest of Asia Pac +22%, Americas +19%, Europe +18% and Greater China +16%);"[94]

- **"Greater China revenue was up 16% y/y including strong double-digit growth in iPhone and Other revenue**.  Management noted the Chinese App Store did see a slow down related to the change in game approvals, although we believe revenue was still up double digits supported by growth in the iPhone installed base.  **Chinese iPhone revenue was up more than 20% y/y** and we assume mix shifted to the high-end Xs and Xs Max, similar to prior launches.  Regarding macro headwinds, management did not call out any specific impact in the quarter or next quarter related to China-US trade tensions and noted its supply chain is spread across many regions around the world;"[95]

- "We also consider the **16.4% revenue growth for its greater China region** as also remarkable given some investors were concerned about slowing growth for that region and given, again, the aforementioned trade war between the U.S. and China.  The results suggest to us that Apple's management is doing an amazing job of walking the tight rope - managing its supply chain, with a heavy usage of China for, at least, assembly and offering Chinese consumers products they desire.  That said, we still see China as representing the single greatest risk to shares and will be monitoring tariffs closely, especially in the event the next round is EVERYTHING out of China;"[96]

- "**Revenue also grew** across geographies, and notably growth in the Americas up 19%, **Greater China 16%** and Europe in 18%, Japan 34%, but **there was weakness** in Turkey, Russia, India and Brazil.  Part of the issue is the movement in FX;"[97]

[93] Bernstein, "AAPL: Q4 18 Debrief - How much might iPhone units decline in FY19? The world may never know," November 2, 2018, APL-SECLIT_00001993, p. 4 (emphasis added).

[94] Citi, "Leaving Investors Speechless with a -7% Stock Drop Heading into Christmas!," November 2, 2018, APL-SECLIT_00001641, p. 5.

[95] Cross Research, "F4Q18 Review; Focusing Attention on Services, Limiting Hardware Disclosure," November 1, 2018, APL-SECLIT_00001917, p. 2 (emphasis added).

[96] DA Davidson, "Selling Products at Higher Prices Is a Great Thing; BUY," November 2, 2018, APL-SECLIT_00002061, p. 1 (emphasis added).

[97] Daiwa Capital, "Good, above guidance 4Q, but weaker q/q momentum," November 1, 2018, APL-SECLIT_00001935, p. 1 (emphasis added).

Expert Report of Brett Trueman, Ph.D.

- "[A]lthough many investors are concerned about AAPL's China business, **the Greater China segment grew by 16% Y/Y** (down only slightly from 19% Y/Y growth in FQ3) against a tougher Y/Y comparison;"[98]

- "By geo, Americas revs were +19%Y/Y, Europe +18%Y/Y and **China held solid at +16%Y/Y** even as it now returns to tougher Y/Y comps (e.g., China revs were +12%Y/Y in Sep-17 after 6 preceding quarters of 10-33%Y/Y declines), with China iPhone revs up >20%Y/Y.  Apple did, however, call out macro weakness it now sees in some other emerging markets, including Turkey, Brazil, Russia and India (e.g., where revs were just flat Y/Y), compounded by the stronger USD;"[99]

- "For example, Apple cited pressures in emerging markets including Turkey, Brazil, India and Russia and challenges in growth following price increases.  Separately, while Apple continues to see solid growth in EM countries like **China (+16% y/y in F4Q)**, it is facing regulatory hurdles relative to growth for the App Store;"[100]

- "**Greater China revenue grew 16% to $11.4B, the fifth straight quarter of double-digit growth.**  Apple noted that the Other Products category was a bit stronger than the overall company number of 31% growth.  iPhone also saw double-digit growth;"[101]

- "China is the question that generates the most debate.  Although greater China reported double **digit growth in FY2Q18** [*sic*], risks to AAPL in China appear to be rising;"[102]

- "We believe the miss may be related to the slowdown in the App Store in China due to regulatory approvals of games.  Apple noted that this is a domestic issue and not related to trade concerns as **overall Greater China sales were up 16% YoY**;"[103]

- "While **Greater China delivered a respectable 16% Y/Y sales growth**, all other regions grew faster;"[104]

- "AAPL reported modest upside to Sept-qtr results with no notable slowdown from China as better iPhone ASP's and stable GM's enabled both revenue and EPS

---

[98] FBN, "AAPL: Buy on Pullback as Somewhat Weak FQ1 Guidance Partly Caused by Timing of New iPhones," November 2, 2018, APL-SECLIT_00001860, p. 1 (emphasis added).

[99] Guggenheim, "AAPL - May Want its Growth-via-ASP Strategy to be Less Obvious," November 1, 2018, APL-SECLIT_00002121, p. 1 (emphasis removed, emphasis added).

[100] JP Morgan, "Growth Fundamentals Intact, Despite Softer Revenue Guide on FX Headwind and Conservatism Related to Macro Risks," November 2, 2018, APL-SECLIT_00001749, p. 1 (emphasis added).

[101] Macquarie Research, "F4Q'18: Increased Uncertainty; Services Key," November 2, 2018, APL-SECLIT_00002044, p. 3 (emphasis added).

[102] Needham, "Not a Hardware Company. Buy AAPL on Weakness," November 2, 2018, APL-SECLIT_00002082, p. 8 (emphasis added).

[103] Nomura, "More than a Miss; Sustained Downturn Likely," November 2, 2018, APL-SECLIT_00001940, p. 4 (emphasis added).

[104] Oppenheimer, "Attention Shifting To Experience from Hardware, Apple Changing the Game for Itself and Analysts," November 2, 2018, APL-SECLIT_00002110, p. 1 (emphasis added).

Expert Report of Brett Trueman, Ph.D.

upside vs. expectations" [105] and "From a geographic basis, **Greater China reported 16.4% y/y revenue growth**;"[106]

- "**China came in at $11.4 billion growing 16% y/y** from $9.8 billion last year;"[107] and

- "While Apple **reported continued strong growth in China (+16% y/y in F4Q18; iPhone +DD%)**, the company's commentary was relatively cautious on emerging market demand given the strengthening U.S. Dollar;"[108]

63.     In particular, Goldman Sachs analysts discussed that Apple's announcement included China results being "fine" in FQ42018 only.  Specifically, the Goldman Sachs analyst report stated:

> "Revenue in Greater China grew 16% Y/Y in FQ4'18 to $11.4bn and management commented that they have not seen any signs of weakness in China **through the end of September**… We believe Golden week **smartphone sales in early October were down about 20% Y/Y with Apple also seeing some weakness in that holiday** but this was before the popular XR launched.  While **Apple indicated China was fine in FQ4 to Sept** for them we believe **the company likely sees some demand risk there in the December quarter**."[109]

64.     The one report that does not clearly state that the Challenged Statement refers to FQ42018 is from CCS Insight, where it is written:

> "Performance was consistently impressive around the world, with all regions delivering revenue growth in double digits year-on-year, led by Japan and Asia–Pacific. This was despite comments pointing to softness in emerging markets that have seen severe currency weakness against a strong dollar over recent quarters.  Apple cited Turkey, India, Brazil and Russia specifically, but emphasized that China is not in the same category and continues to see strong demand."[110]

---

[105] RBC, "Privacy Commitment Now Extends To iPhone Unit Disclosure Apparently," November 1, 2018, APL-SECLIT_00001880, p. 1.

[106] RBC, "Privacy Commitment Now Extends To iPhone Unit Disclosure Apparently," November 1, 2018, APL-SECLIT_00001880, p. 3 (emphasis added).

[107] Wedbush, "Cook Pulls the Plug on Metrics in a Houdini Like Move; Bullish Thesis Unchanged," November 2, 2018, APL-SECLIT_00002071, November 2, 2018, p. 4 (emphasis added).

[108] Wells Fargo, "Solid Results Overshadowed By Pulled Unit Disclosures + Macro Angst," November 1, 2018, APL-SECLIT_00001847, p. 1 (emphasis added).

[109] Goldman Sachs, "FQ4'18 Wrap: Guidance weak on EM and FX weakness; ASPs higher," November 1, 2018, APL-SECLIT_00001868, pp. 1, 3 (emphasis added).

[110] CCS Insight, "Instant Insight: Apple Results, Fiscal 4Q18," November 2, 2018, APL-SECLIT_00165511, p. 1.

Expert Report of Brett Trueman, Ph.D.

65.    The analyst at CCS Insight does not explicitly refer to the Challenged Statement as referring to FQ42018. However, in reading the entire report, my interpretation is that the analyst considers it to be related to FQ42018, as the analyst referenced emerging markets that "have seen severe currency weakness…over recent quarters," and noted that "all regions [delivered] revenue growth in double digits year-on-year."[111]

66.    Therefore, in my opinion, all or nearly all of the twenty-two analyst reports issued after the Conference Call and referencing the Challenged Statement reported the information in the statement as referring to FQ42018.  Further, nineteen of the twenty-two reports mentioned the 16% year-over-year growth rate mentioned by Mr. Cook, but their comments did not indicate that they drew any inferences from that for FQ12019 or the future. Based on these findings, it is my opinion that, analysts, and by extension the market, did not understand Mr. Cook to be offering an intra-quarter update or forward-looking guidance in the Challenged Statement, but was merely discussing the FQ42018 results that were the subject of the Conference Call. Given the important role that analysts play in interpreting corporate disclosures and in directing investors' attention to the most relevant topics in the disclosures,[112] if analysts had interpreted Mr. Cook's statements as an intra-quarter update or forward-looking guidance, there would have been a mention of that interpretation in the reports issued immediately after the Conference Call.

67.    I note that the Complaint states that "[o]n November 2, 2018, investment analysts reiterated Defendants' statements concerning the Company's performance, in particular referencing continuing growth in China, and that China was not being affected by issues impacting performance in emerging markets."  The Complaint identifies analyst reports from J.P. Morgan and Argus issued on November 2, 2018 to support this statement.

68.    I have reviewed both reports.  As discussed above, I find that analysts understood the Challenged Statement to be related to FQ42018 results rather than an intra-quarter

---

[111] CCS Insight, "Instant Insight: Apple Results, Fiscal 4Q18," November 2, 2018, APL-SECLIT_00165511, p. 1.
[112] *See*, for example, Chen et al. p. 207 and Huang et al. p. 2834.

**Expert Report of Brett Trueman, Ph.D.**

update or forward-looking guidance.  These two reports are consistent with that.  J.P. Morgan noted the China result of "+16% y/y in F4Q"[113] and Argus stated that "China revenue rose 16%."[114]

69.     In short, I am of the opinion that the two November 2, 2018 analyst reports referenced in the Complaint as having "reiterated Defendants' statements"[115] are interpreting the Challenged Statement as reflecting FQ42018 results for China. Furthermore, the analysts did not, based on Mr. Cook's Challenged Statement, discuss that the Company was not experiencing pressure in China in FQ12019 or indicate strength in the Company's business in China in FQ12019.


****************


My work is ongoing and my opinions are subject to revision based on new information, which subsequently may be provided to or obtained by me.

---

[113] JP Morgan, "Growth Fundamentals Intact, Despite Softer Revenue Guide on FX Headwind and Conservatism Related to Macro Risks," November 2, 2018, APL-SECLIT_00001749, p. 1.
[114] Argus, "Analyst's Notes," November 2, 2018, p. 2.
[115] Complaint, ¶ 22.

**Expert Report of Brett Trueman, Ph.D.**

# Appendix I: CV of Brett Trueman, Ph.D.

**Confidential**

**Expert Report of Brett Trueman, Ph.D.**

# CURRICULUM VITAE
# BRETT TRUEMAN

UCLA Anderson School
110 Westwood Plaza
Los Angeles, CA   90095
(310) 266-9483 (cell)
e-mail: brett.trueman@anderson.ucla.edu

**EDUCATION**:

| | | |
|---|---|---|
| Ph.D. (Finance) | - | Columbia University, May 1981 |
| M.B.A. (Finance) | - | Columbia University, May 1977 |
| M.S. (Industrial Engr.) | - | Columbia University, May 1976 |
| B.S. (Industrial Engr.) | - | Columbia University, January 1975 |

**FACULTY APPOINTMENTS**:

| | | |
|---|---|---|
| Professor Emeritus | Anderson Grad. School of Mgmt., UCLA | 2020-Pres. |
| Lee and Seymour Graff Endowed Professor | Anderson Grad. School of Mgmt., UCLA | 2018-2020 |
| Professor | Anderson Grad. School of Mgmt., UCLA | 2003-2018 |
| Donald and Ruth Seiler Professor of Public Accounting | Haas School of Business, UC, Berkeley | 1999-2003 |
| Professor | Haas School of Business, UC, Berkeley | 1996-1999 |
| Associate Professor | Haas School of Business, UC, Berkeley | 1988-1996 |
| Assistant Professor | Graduate School of Mgmt., UCLA | 1981-1988 |

**AWARDS**:
Clayburn LaForce Faculty Leadership Award, 2019
Dean's Award for Exceptional Mentorship of Doctoral Students, 2015, 2020
Honorable Mention for Evening MBA teaching, 2002
Earl Cheit Outstanding MBA Teaching Award, 1995

**PUBLICATIONS**:
Aboody, D., O. Even-Tov, R. Lehavy, and B. Trueman, 2018, "Overnight Returns and Firm-Specific Investor Sentiment," *Journal of Financial and Quantitative Analysis*, 53, 485-505.

Versano, T. and B. Trueman, 2017, "Expectations Management," *The Accounting Review*, 92, 227-246.

Barber, B., E. DeGeorge, R. Lehavy, and B. Trueman, 2013, "The Earnings Announcement Premium Around the Globe," *Journal of Financial Economics*, 108, 118-138.

**Confidential**

**Expert Report of Brett Trueman, Ph.D.**

Aboody, D., R. Lehavy, and B. Trueman, 2010, "Limited Attention and the Earnings Announcement Returns of Past Stock Market Winners," *Review of Accounting Studies*, 15, 317-344.

Barber, B., R. Lehavy, and B. Trueman, 2010, "Ratings Changes, Ratings Levels, and the Predictive Value of Analysts' Recommendations," *Financial Management*, 39, pp. 533-553.

Barber, B., R. Lehavy, and B. Trueman, 2007, "Comparing the Stock Recommendation Performance of Investment Banks and Independent Research Firms," *Journal of Financial Economics*, 85, pp. 490-517.

Barber, B., R. Lehavy, M. McNichols, and B. Trueman, 2006, "Buys, Holds, and Sells: The Distribution of Investment Banks' Stock Ratings and the Implications for the Profitability of Analysts' Recommendations," *Journal of Accounting and Economics*, 41, 1-2, pp. 87-117.

Barber, B., R. Lehavy, M. McNichols, and B. Trueman, 2003, "Reassessing the Returns to Analysts' Stock Recommendations," *Financial Analysts Journal*, 59, 2, pp. 88-96.

Trueman, B., M.H.F. Wong, and X. Zhang, 2003, "Anomalous Stock Returns Around Internet Firms' Earnings Announcements," *Journal of Accounting and Economics*, 34, 1-3, pp. 249-271.

Dutta, S. and B. Trueman, 2002, "The Interpretation of Information and Corporate Disclosure Strategies," *Review of Accounting Studies*, 7, 1, pp. 75-96.

Trueman, B., M.H.F. Wong, and X. Zhang, 2001, "Back to Basics: Forecasting the Revenues of Internet Firms," *Review of Accounting Studies*, 6, 2-3, pp. 305-329.

Barber, B., R. Lehavy, M. McNichols, and B. Trueman, 2001, "Can Investors Profit from the Prophets? Security Analyst Recommendations and Stock Returns," *Journal of Finance*, 56, 2, pp. 531-563.

Trueman, B., M.H.F. Wong, and X. Zhang, 2000, "The Eyeballs Have It: Searching for the Value in Internet Stocks," *Journal of Accounting Research*, 38, Supplement, pp. 137-162.

Trueman, B., 1997, "Managerial Disclosures and Shareholder Litigation," *Review of Accounting Studies*, 2, 2, pp. 181-199.

Gennotte, G. and B. Trueman, 1996, "The Strategic Timing of Corporate Disclosures," *Review of Financial Studies*, 9, 2, pp. 665-690.

Trueman, B., 1996, "The Impact of Analyst Following on Stock Prices and the Implications for Firms' Disclosure Policies," *Journal of Accounting, Auditing, and Finance*, 11, 3, pp. 333-354.

**Expert Report of Brett Trueman, Ph.D.**

Trueman, B., 1994, "Analyst Forecasts and Herding Behavior," *Review of Financial Studies*, 7, 1, pp. 97-124.

McNichols, M. and B. Trueman, 1994, "Public Disclosure, Private Information Collection and Short-term Trading", *Journal of Accounting and Economics*, 17, 1-2, pp. 69-94.

Trueman, B., 1990, "Theories of Earnings-Announcement Timing," *Journal of Accounting and Economics*, 13, 3, pp. 285-301.

Trueman, B., 1990, "On the Incentives for Security Analysts to Revise Their Earnings Forecasts," *Contemporary Accounting Research*, 7, 1, pp. 203-222.

Masulis, R. and B. Trueman, 1988, "Corporate Investment and Dividend Decisions Under Differential Personal Taxation," *Journal of Financial and Quantitative Analysis*, 23, 4, pp. 369-385.

Trueman, B. and S. Titman, 1988, "An Explanation For Accounting Income Smoothing," *Journal of Accounting Research*, 26, Supplement, pp. 127-139.

Trueman, B., 1988, "A Theory of Noise Trading in Securities Markets," *Journal of Finance*, 43, 1, pp. 83-96.

Trueman, B., 1987, Discussion of "Operating Decisions and the Disclosure of Management Accounting Information", *Journal of Accounting Research*, 25, Supplement, pp. 190-193.

Titman, S. and B. Trueman, 1986, "Information Quality and the Valuation of New Issues," *Journal of Accounting and Economics*, 8, 2, pp. 159-172.

Trueman, B., 1986, "The Relationship Between the Level of Capital Expenditures and Firm Value," *Journal of Financial and Quantitative Analysis*, 21, 2, pp. 115-129.

Trueman, B., 1986, "Why Do Managers Voluntarily Release Earnings Forecasts?," *Journal of Accounting and Economics*, 8, 1, pp. 53-71.

Trueman, B., 1983, "Motivating Management to Reveal Inside Information," *Journal of Finance*, 38, 4, pp. 1253-1269.

Trueman, B., 1983, "Optimality of the Disclosure of Private Information in a Production-Exchange Economy", *Journal of Finance*, 38, 3, pp. 913-924.


**WORKING PAPER**:
Even-Tov, E., K. Huang, and B. Trueman, 2020, "Call Me by Your Name: The Effect of Analyst-CEO First Name Commonality on Analyst Forecast Accuracy".

**Expert Report of Brett Trueman, Ph.D.**

## EXPERT WITNESS TESTIMONY (last four years)
<u>Deposition Testimony</u>
*Hsu v. Puma Biotechnology*, No. 8:15cv865 (U.S. District Court, Central District of California) (May 2018), retained by Plaintiff

<u>Trial Testimony</u>
*Hsu v. Puma Biotechnology*, No. 8:15cv865 (U.S. District Court, Central District of California) (January 2019), retained by Plaintiff

## MEMBERSHIP ON EDITORIAL BOARDS:
*Journal of Accounting and Public Policy*, 3/95 – 6/18
*Journal of Investment Management*, 1/03 -
*Review of Accounting Studies*, 1/00 – 6/06
*Accounting Review*, Associate Editor, 6/96 - 5/99
*Contemporary Accounting Research*, 7/93 - 6/02
*Journal of Accounting, Auditing, and Finance*, 11/94 - 12/00
*Financial Analysts Journal*, 9/99 - 12/02

## SELECTED TELEVISION/RADIO APPEARANCES:
BBC radio
BBC TV
CBSMarketwatch Weekend
CNBC
CNet Radio
CNNfn
KABC-TV News
KGO-TV News
KQED-TV *Digital West* program
KRON-TV News
KTTV-TV News
KTVU-TV News
National Public Radio
*Newshour with Jim Lehrer*

## SELECTED NEWSPAPER/MAGAZINE/INTERNET MENTIONS:
*Associated Press*
*Business Week*
*CBSMarketwatch.com*
*cnnfn.com*
*Denver Post*
*Financial Times*
*Forbes*
*Forbes ASAP*

**Confidential**

**Expert Report of Brett Trueman, Ph.D.**

*Fortune*
*Los Angeles Times*
*New York Times*
*Reuters*
*San Francisco Chronicle*
*Slate.com*
*Smart Money*
*USA Today*
*Wall Street Journal*

**Confidential**

**Expert Report of Brett Trueman, Ph.D.**

**Appendix II**
**Materials Considered**

| Analyst Reports | Bates Number Range |
|---|---|
| • Argus, "Apple Inc: Analyst's Notes," August 2, 2018 | N/A |
| • Argus, "Apple Inc: Analyst's Notes," July 24, 2018 | N/A |
| • Argus, "Apple Inc: Analyst's Notes," November 2, 2018 | N/A |
| • Argus, "Apple Inc: Analyst's Notes," November 28, 2018 | N/A |
| • Atlantic Equities, "Better monetising the base," August 1, 2018 | (APL-SECLIT_00305690-7) |
| • Atlantic Equities, "Disappointing Dec qtr revenue outlook," November 2, 2018 | (APL-SECLIT_00001963-9) |
| • Baird, "Apple Watch Enhancements Upstage iPhone," September 13, 2018 | (APL-SECLIT_00306557-67) |
| • Baird, "Macro Pressures, but Also Silver Linings," November 2, 2018 | (APL-SECLIT_00001905-16) |
| • Baird, "New iPad Pros and Macbook Air Look Solid," October 30, 2018 | (APL-SECLIT_00001581-7) |
| • Baird, "Services and iPhone ASP to Headline Results," July 31, 2018 | (APL-SECLIT_00643325-32) |
| • Baird, "Sticking with an Apple a Day," August 1, 2018 | (APL-SECLIT_00305403-14) |
| • Baird, "Torn from the Tech Wreckage," October 15, 2018 | (APL-SECLIT_00001053-66) |
| • Baird, "Trump Trumping iPhone Launch? We Remain Buyers," September 10, 2018 | (APL-SECLIT_00197305-16) |
| • Baird, "Watch Stats Support Positive Thesis," September 4, 2018 | (APL-SECLIT_00306149-55) |
| • Baird, "When It Rains It Pours; Trump Piles On," November 27, 2018 | (APL-SECLIT_00002581-7) |
| • Bank of America Merrill Lynch, "10K review: purchase commitments grow; FX and accruals remain F1Q headwinds," November 5, 2018 | (APL-SECLIT_00002161-74) |
| • Bank of America Merrill Lynch, "10Q review: purchase commitments grow; FX and accruals likely F4Q headwinds," August 1, 2018 | (APL-SECLIT_00305860-73) |
| • Bank of America Merrill Lynch, "App Store diversifying away from gaming bullish for Services; Raising PO to $250," August 21, 2018 | (APL-SECLIT_00128346-62) |
| • Bank of America Merrill Lynch, "App Store revenue continues to grow double digits y/y; China growing slower," November 29, 2018 | (APL-SECLIT_00002681-98) |
| • Bank of America Merrill Lynch, "App Store trends: Deceleration in October China growth stalls," October 31, 2018 | (APL-SECLIT_00001726-34) |
| • Bank of America Merrill Lynch, "AppStore Deep Dive–Dollars per download continues to grow meaningfully," October 19, 2018 | (APL-SECLIT_00001166-87) |
| • Bank of America Merrill Lynch, "BofAML Hardware Disruptive Tech Series conference call," November 30, 2018 | (APL-SECLIT_00002677-80) |
| • Bank of America Merrill Lynch, "Can App Store users sue Apple, and what would the impact be?," November 26, 2018 | (APL-SECLIT_00002574-80) |
| • Bank of America Merrill Lynch, "Compelling new products should drive upside to ASPs," October 30, 2018 | (APL-SECLIT_00001573-80) |
| • Bank of America Merrill Lynch, "Expect inline quarter, strong services growth; Focus on Sep iPhone launches," July 30, 2018 | (APL-SECLIT_00280103-17) |
| • Bank of America Merrill Lynch, "Five reasons to buy Apple post the quarter," July 31, 2018 | (APL-SECLIT_00305478-91) |
| • Bank of America Merrill Lynch, "Global RIWI smartphone survey July update – consistency across market," July 30, 2018 | (APL-SECLIT_00280068-102) |
| • Bank of America Merrill Lynch, "Global RIWI smartphone survey Oct update – iPhone upgrade interest rising," October 9, 2018 | (APL-SECLIT_00000857-92) |
| • Bank of America Merrill Lynch, "Handicapping the China risk and potential for ramping US manufacturing," September 10, 2018 | (APL-SECLIT_00197317-34) |
| • Bank of America Merrill Lynch, "How is the iPhone installed base growing double digits with no unit growth?," November 20, 2018 | (APL-SECLIT_00002514-31) |
| • Bank of America Merrill Lynch, "iPhone availability better as with other 's' cycles," September 17, 2018 | (APL-SECLIT_00307009-17) |
| • Bank of America Merrill Lynch, "iPhone pricing the wildcard at launch event; most scenarios suggest upside," September 6, 2018 | (APL-SECLIT_00114634-47) |
| • Bank of America Merrill Lynch, "Long term winner but near term headwinds, Downgrading to Neutral," November 2, 2018 | (APL-SECLIT_00001761-77) |
| • Bank of America Merrill Lynch, "Lowering estimates to account for China risk, FX headwinds," October 29, 2018 | (APL-SECLIT_00001401-18) |
| • Bank of America Merrill Lynch, "New iPhones, Watch announced; ASPs continue to reflect value provided," September 13, 2018 | (APL-SECLIT_00306513-28) |
| • Bank of America Merrill Lynch, "Putting the weaker guide from LITE in context," November 12, 2018 | (APL-SECLIT_00002345-9) |
| • Bank of America Merrill Lynch, "Quick take: Solid qtr, services strength continues; GM guide solid for Sep," July 31, 2018 | (APL-SECLIT_00643309-14) |
| • Bank of America Merrill Lynch, "Revenue upside from Augmented Reality; Raising PO to $230," July 10, 2018 | (APL-SECLIT_00304632-59) |
| • Bank of America Merrill Lynch, "Ten points made by the bulls and bears following our downgrade," November 7, 2018 | (APL-SECLIT_00002233-41) |
| • Bank of America Merrill Lynch, "TSM guidance in-line with our iPhone estimates," October 18, 2018 | (APL-SECLIT_00011130-7) |
| • Bank of America Merrill Lynch, "What do the past 18 years tell us about stocks to own in a down market?," October 11, 2018 | (APL-SECLIT_00001005-18) |
| • Bank of America Merrill Lynch, "What do your neighbors own? Oct data: Hardware relative low weight persists," November 7, 2018 | (APL-SECLIT_00002210-32) |
| • Bank of America Merrill Lynch, "What do your neighbors own? Sept data: Hardware low weight persists, buy AAPL," October 10, 2018 | (APL-SECLIT_00000960-82) |
| • Bernstein, "AAPL: Q3 18 Debrief: iPhone Customer Satisfaction -Priceless?," August 1, 2018 | (APL-SECLIT_00196329-50) |
| • Bernstein, "AAPL: Does Apple REALLY want you to keep your phone for longer?," November 12, 2018 | (APL-SECLIT_00002315-29) |
| • Bernstein, "AAPL: Q3 18 Preview - Investor focus shifts to the next iPhone; will guidance provide hints on Apple's expectations?," July 23, 2018 | (APL-SECLIT_00128074-97) |
| • Bernstein, "AAPL: Q4 18 Debrief - How much might iPhone units decline in FY19? The world may never know," November 2, 2018 | (APL-SECLIT_00001993-2016) |
| • Bernstein, "AAPL: Q4 18 Preview -Expect upside to ASPs, but iPhone unit growth in FY 19 most likely to shape investor sentiment," October 24, 2018 | (APL-SECLIT_00001251-78) |
| • Bernstein, "Apple: Advertising -The next multi-billion dollar services business? A deep dive," October 22, 2018 | (APL-SECLIT_00001206-32) |
| • Bernstein, "Apple: Déjà vu? What can we learn from previous pullbacks in the stock?," November 28, 2018 | (APL-SECLIT_00002590-608) |
| • Bernstein, "Global PCs: Q3 18 PC data -Solid, despite processor availability concerns; Big vendors (HPQ, Dell) continue to win," October 11, 2018 | (APL-SECLIT_00000983-98) |
| • Bernstein, "IT Hardware and Quantitative Research: How important is revenue growth? It's everything... especially in tech," November 14, 2018 | (APL-SECLIT_00002378-93) |
| • Bernstein, "QuickTake: AAPL: Our Takeaways from Apple's Product Announcements Today," October 30, 2018 | (APL-SECLIT_00001604-13) |

**Confidential**

**Expert Report of Brett Trueman, Ph.D.**

### Appendix II
### Materials Considered

- BMO, "Catalyst Impact – China Handsets Weak With Less Help From New iPhones," October 15, 2018 — (APL-SECLIT_00573351-5)
- BMO, "Less Revenue and Fewer Disclosures; Lowering Estimates, Target," November 2, 2018 — (APL-SECLIT_00001790-1801)
- BMO, "More New Products Announced," October 30, 2018 — (APL-SECLIT_00001527-31)
- BMO, "No Major Surprises at Launch Event," September 12, 2018 — (APL-SECLIT_00306622-34)
- BMO, "Outlook and Models Before the Call," July 31, 2018 — (APL-SECLIT_00643315-24)
- BMO, "Raising Price Target, but Lower on Guidance," July 22, 2018 — (APL-SECLIT_00333109-21)
- BTIG, "Apple Reduces Disclosure; Typically Not A Good Sign," November 1, 2018 — (APL-SECLIT_00001778-89)
- BWS Financial, "AQ: Apple Keeps the Doctor Away," November 5, 2018 — N/A
- Canaccord, "Solid Q4/F18; long-term positive thesis intact - reiterate BUY and $250 PT," November 1, 2018 — (APL-SECLIT_00002017-27)
- Canaccord, "Strong iPhone ASPs and services revenue drive Q3 upside," August 1, 2018 — (APL-SECLIT_00305698-708)
- Canaccord, "Surveys indicated soft smartphone and overall iPhone demand; lowering estimates," November 28, 2018 — (APL-SECLIT_00002631-9)
- Capital Market Labs, "Here Comes Apple," July 20, 2018 — N/A
- CCS Insight, "Apple Results Fiscal 4Q18," November 19, 2018 — (APL-SECLIT_00165511-3)
- Citi, "Alert: Rolls Out Strong Lineup Ahead of Holiday Shopping; Raises Prices Across the Board," October 30, 2018 — (APL-SECLIT_00001588-95)
- Citi, "Consensus Is Missing This; 5 Reasons to Buy Apple Stock," October 8, 2018 — (APL-SECLIT_00000756-805)
- Citi, "Improved 2H Setup As Consensus Estimates Have Recalibrated Lower; Reiterate 5 Reasons to Buy Apple Stock," July 2, 2018 — (APL-SECLIT_00167364-407)
- Citi, "Leaving Investors Speechless with a -7% Stock Drop Heading into Christmas!," November 2, 2018 — (APL-SECLIT_00001641-68)
- Citi, "Trimming Our Global Smartphone Forecasts; Innovation Lab Data Points to No iPhone 'Super Cycle' This Year," October 15, 2018 — (APL-SECLIT_00000916-40)
- Citi, "What Consensus Missed and Why We Still Say Buy = Applewood," August 1, 2018 — (APL-SECLIT_00305746-89)
- Cleveland Research Company, "Channel Discussions Suggest iPhone Share Gains and Encouraging Outlook," July 18, 2018 — (APL-SECLIT_00439057-63)
- Cleveland Research Company, "Encouraged by iphone Mix & Units - See Margin Expansion Opportunity," October 16, 2018 — (APL-SECLIT_00001074-9)
- Cleveland Research Company, "Initial iPhone Feedback Suggests Favorable Mix & Improved Supply," September 26, 2018 — (APL-SECLIT_00643372-6)
- Cleveland Research Company, "Reduced iPhone Units by 10M in FY19 - Hearing ~20M Decline in XR Units & 10M Increase to Legacy Units," November 16, 2018 — (APL-SECLIT_00002478-83)
- Cleveland Research Company, "Results and Guidance Ahead of Consensus on Strong Revenue and Margin Performance," August 1, 2018 — (APL-SECLIT_00128278-81)
- Credit Suisse, "3Q18 sales/GM missed and 4Q18 guidance below due to Apple/macro impact," October 22, 2018 — N/A
- Credit Suisse, "Apple (US) plans capex down 16% YoY; negative impression for smartphone-related FA names," November 6, 2018 — N/A
- Credit Suisse, "Apple behind us, A fresh start," November 2, 2018 — N/A
- Credit Suisse, "Apple bites again," November 15, 2018 — N/A
- Credit Suisse, "Apple launching iPad Pro – read-across," October 18, 2018 — N/A
- Credit Suisse, "More 3D at Apple," October 31, 2018 — N/A
- Credit Suisse, "Solid operational growth driven by IMT casing and Apple going into 2019; valuation appears attractive," October 4, 2018 — N/A
- Crispidea, "Growing intensely with EPS growth of 40%," September 6, 2018 — N/A
- Crispidea, "Recommending 'Buy' with a 'Cautious' view," November 19, 2018 — N/A
- Cross Research, "10-K Review; Warranty Accruals Up Significantly, Capex Spending Coming Down," November 5, 2018 — (APL-SECLIT_00002133-5)
- Cross Research, "Expanding Silicon Expertise, Power Management Now In-House," October 11, 2018 — (APL-SECLIT_00001019-20)
- Cross Research, "F3Q18 Review; Flagship iPhones Strong, Installed Base Drives Services," July 31, 2018 — (APL-SECLIT_00221349-53)
- Cross Research, "F4Q18 Preview; Solid Quarter Expected, Benefit From Earlier XS Launch," October 18, 2018 — (APL-SECLIT_00001138-42)
- Cross Research, "F4Q18 Quick Take; Solid Quarter But Guidance Reflects Uncertainty," November 1, 2018 — (APL-SECLIT_00587788-90)
- Cross Research, "F4Q18 Review; Focusing Attention on Services, Limiting Hardware Disclosure," November 1, 2018 — (APL-SECLIT_00001917-22)
- Cross Research, "iPhone Insights From Tokyo Meetings, Mix To Impact Results," November 14, 2018 — (APL-SECLIT_00002413-8)
- Cross Research, "iPhone XR & XS Black Friday/Cyber Monday Promotions," November 27, 2018 — (APL-SECLIT_00002588-9)
- Cross Research, "Long Awaited Mac & iPad Refreshes Focused On Performance," October 30, 2018 — (APL-SECLIT_00001596-8)
- Cross Research, "New iPhones Drive Sales ASPs, FDA Watch Surprises," September 13, 2018 — (APL-SECLIT_00306568-71)
- Cross Research, "Rebooting X, Subsidizing XR, Responding To Demand Issues," November 23, 2018 — (APL-SECLIT_00002532-4)
- DA Davidson, "Apple's New AMPed Product Line Up; BUY," October 31, 2018 — (APL-SECLIT_00001710-21)
- DA Davidson, "High ASPirations for the iPhone; BUY," October 25, 2018 — (APL-SECLIT_00001348-58)
- DA Davidson, "How Will AAPL Fare against Increased Expectations? BUY," July 24, 2018 — (APL-SECLIT_00304748-58)
- DA Davidson, "Selling Products at Higher Prices Is a Great Thing; BUY," November 2, 2018 — (APL-SECLIT_00002061-70)
- DA Davidson, "When Less Is Still Plenty; BUY," August 1, 2018 — (APL-SECLIT_00305662-71)
- Daiwa, "Good, above guidance 4Q, but weaker q/q momentum," November 1, 2018 — (APL-SECLIT_00001935-9)
- Daiwa, "Room to grow in Services, Other Products, Enterprise," August 30, 2018 — (APL-SECLIT_00223384-413)
- Deutsche Bank, "3Q Preview: Tracking 2H guidance driven by Apple and seasonal build," October 28, 2018 — N/A
- Deutsche Bank, "Expect F4Q in-line with conservative F1Q guide on China/Apple headwinds," November 4, 2018 — N/A
- Deutsche Bank, "Expect F4Q in-line with conservative F1Q guide on China/Apple headwinds," November 4, 2018 — (APL-SECLIT_00586664-747)
- Deutsche Bank, "F3Q-18 results: No summer doldrums," July 31, 2018 — (APL-SECLIT_00305587-601)
- Deutsche Bank, "Margin boost, but hedging on Apple," October 22, 2018 — N/A
- Deutsche Bank, "Slim bezel display on new iPad Pro and MacBook Air," October 31, 2018 — N/A
- Deutsche Bank, "Supply chain view: strong 3Q18/soft 4Q18, as we expected (on Oct 31 note)," November 2, 2018 — N/A
- FBN, "AAPL: Buy on Pullback as Somewhat Weak FQ1 Guidance Partly Caused by Timing of New iPhones," November 2, 2018 — (APL-SECLIT_00001860-7)
- FBN, "AAPL: Strong for a FQ3 as Strong iPhone ASP, Services, and Wearables Drive Growth –Raising Pt to $230," August 1, 2018 — (APL-SECLIT_00221170-8)
- Goldman Sachs, " FQ3'18 10-Q Review: Purchase commitment growth suggests ramp toward earlier iPhone launch this year," August 3, 2018 — (APL-SECLIT_00280657-63)
- Goldman Sachs, "Americas Technology: Hardware: PC market update: Prelim Q3 data in-line with estimates; Apple weak," October 10, 2018 — (APL-SECLIT_00000955-59)

**Confidential**

**Expert Report of Brett Trueman, Ph.D.**

### Appendix II
### Materials Considered

- Goldman Sachs, "China slowdown raises EPS risk for Apple. We provide sensitivity analysis to various outcomes.," October 14, 2018 (APL-SECLIT_00001043-52)
- Goldman Sachs, "Deep dive on TAC suggests consensus is too low, we also update and expand our Services analysis," September 28, 2018 (APL-SECLIT_00000726-43)
- Goldman Sachs, "FQ4'18 Preview: China impact on guidance is the main focus," October 15, 2018 (APL-SECLIT_00001067-73)
- Goldman Sachs, "FQ4'18 Wrap: Guidance weak on EM and FX weakness; ASPs higher," November 1, 2018 (APL-SECLIT_00001735-41)
- Goldman Sachs, "Friday's trade letter suggests minimal earnings impact from current tariffs," September 10, 2018 (APL-SECLIT_00313696-702)
- Goldman Sachs, "FY18 10-K Takeaways: Purchase obligations up with earlier product cycle, RoAPAC margin contribution high," November 5, 2018 (APL-SECLIT_00002186-91)
- Goldman Sachs, "iPhone Mix Trending Better; Increasing ASPs. China/Macro unit risk remains. Reiterate Neutral," October 24, 2018 (APL-SECLIT_00001330-8)
- Goldman Sachs, "Preview Update: Quick reference into an important print," November 1, 2018 (APL-SECLIT_00001735-41)
- Goldman Sachs, "Reducing iPhone estimates following LITE's negative pre-announcement; reiterate Neutral," November 12, 2018 (APL-SECLIT_00002370-7)
- Goldman Sachs, "The march to higher prices continues," October 30, 2018 (APL-SECLIT_00001549-54)
- Goldman Sachs, "Thoughts on recent weakness, reducing price target. Reiterate Neutral," November 19, 2018 (APL-SECLIT_00002492-98)
- Guggenheim, "AAPL - Cutting Through the Noise with Upside in ASPs and Services; PT +$10 to $235; Reiterate BUY," July 31, 2018 (APL-SECLIT_00305604-14)
- Guggenheim, "AAPL – Dec Qtr Consensus Looks Too Low," October 18, 2018 (APL-SECLIT_00001155-65)
- Guggenheim, "AAPL – Downgrade to NEUTRAL as ASPs No Longer Enough," November 14, 2018 (APL-SECLIT_00002443-54)
- Guggenheim, "AAPL – May Want its Growth-via-ASP Strategy to be Less Obvious," November 1, 2018 (APL-SECLIT_00002121-32)
- Jefferies, "Brooklyn Baby! Apple Testing Higher Prices Across All Products," October 30, 2018 (APL-SECLIT_00001680-85)
- Jefferies, "Building a Valuable Services Business on Top of Apple's Core. Initiate at Buy," October 29, 2018 (APL-SECLIT_00014419-501)
- Jefferies, "New Disclosure Will Shift Focus to Services Margin, Away from iPhone Units," November 2, 2018 (APL-SECLIT_00001970-82)
- JP Morgan, "Brooklyn Launches Focus on Installed Base Upgrade with iPad Pro and New Customers with MacBook Air," October 31, 2018 (APL-SECLIT_00001614-24)
- JP Morgan, "Deal with Dialog; Apple Brings PMIC In-house to Drive Further Differentiation on Hardware - ALERT," October 11, 2018 (APL-SECLIT_00000999-1004)
- JP Morgan, "Favorably Positioned into F4Q On a Combination of Upside on iPhone ASP and Services; Reiterate OW," October 29, 2018 (APL-SECLIT_00001502-15)
- JP Morgan, "Growth Fundamentals Intact, Despite Softer Revenue Guide on FX Headwind and Conservatism Related to Macro Risks," November 2, 2018 (APL-SECLIT_00001749-60)
- JP Morgan, "Investor Feedback on Our Recent Initiation," October 10, 2018 (APL-SECLIT_00000941-54)
- JP Morgan, "Revisiting Earnings Sensitivities Amidst Volume and XR Noise," November 30, 2018 (APL-SECLIT_00002640-52)
- JP Morgan, "Trim Volume Estimates on Softer EM and XR; Look Past Cyclical Volumes to Secular Services Transformation; Reiterate OW," November 12, 2018 (APL-SECLIT_00002330-42)
- KeyBanc, "AAPL - ALERT: F3Q Earnings Preview: Set Up Into Next Cycle Appears Favorable Outside of Trade Concerns," July 30, 2018 (APL-SECLIT_00280027-31)
- KeyBanc, "AAPL: iPhone Pricing Should Drive GM% Expansion," October 21, 2018 (APL-SECLIT_00001196-205)
- KeyBanc, "AAPL: Units May Not Matter, but Price Does," November 1, 2018 (APL-SECLIT_00001983-92)
- KeyBanc, "Semiconductors: iPhone XS/Max Demand Stable, While iPhone XR Disappoints," November 8, 2018 (APL-SECLIT_00002302-6)
- Longbow Research, "AAPL (NEUTRAL): Focus on How Much, Not How Many," November 2, 2018 (APL-SECLIT_00002028-43)
- Longbow Research, "AAPL (NEUTRAL): July Supplier Sales Positively Surprise," August 10, 2018 (APL-SECLIT_00496284-306)
- Longbow Research, "AAPL (NEUTRAL): Robust CY3Q Supplier Orders Even as September Slowed," October 11, 2018 (APL-SECLIT_00001021-42)
- Longbow Research, "AAPL (NEUTRAL): Shifting iPhone ASPs and Shipment Forecasts," October 17, 2018 (APL-SECLIT_00001098-129)
- Longbow Research, "AAPL (NEUTRAL): Supplier Sales Beat Seasonality and Searches Expand Ahead of iPhone Launches," September 10, 2018 (APL-SECLIT_00313575-97)
- Longbow Research, "AAPL (NEUTRAL): Testing Price Elasticity Beyond the iPhone," October 31, 2018 (APL-SECLIT_00001606-701)
- Longbow Research, "AAPL: Checks Indicate iPhone Shipments Running Slightly Ahead of Consensus," September 4, 2018 (APL-SECLIT_00197119-35)
- Longbow Research, "AAPL: Weaker Supplier and Search Trends Exiting CY2Q, but Steady iPhone Shipment View Into 2H," July 11, 2018 (APL-SECLIT_00643277-300)
- Longbow Research, "Initial iPhone XS/XS Max Teardown Thoughts," September 21, 2018 (APL-SECLIT_00643344-71)
- Longbow Research, "Putting the weaker guide from LITE in context," November 12, 2018 (APL-SECLIT_00002350-69)
- Loop Capital Markets, "Look Under The Layers And Buy Any Pullback," November 2, 2018 (APL-SECLIT_00001816-22)
- Loop Capital Markets, "Reducing iPhone Estimates While Awaiting Official AAPL Cuts," November 26, 2018 (APL-SECLIT_00002535-42)
- Macquarie, "3Q'18 Preview: Not for the Faint of Heart," October 24, 2018 (APL-SECLIT_00001279-96)
- Macquarie, "Apple v. Pepper Conference Call with Pepper's Lead Attorney," November 12, 2018 (APL-SECLIT_00002394-9)
- Macquarie, "Apple v. Pepper Summary; Conference Call Monday 1PM ET," November 8, 2018 (APL-SECLIT_00002296-301)
- Macquarie, "Are App Store Economics at Risk? Potential Pressure on Commission Rates," August 15, 2018 (APL-SECLIT_00148208-32)
- Macquarie, "F3Q'18: Broad Growth," August 1, 2018 (APL-SECLIT_00305719-28)
- Macquarie, "F4Q'18: Increased Uncertainty; Services Key," November 2, 2018 (APL-SECLIT_00002044-56)
- Macquarie, "Impressive Hardware Refresh," October 31, 2018 (APL-SECLIT_00001702-9)
- Macquarie, "Preview of Apple's Supreme Court Case on App Store Economics," November 1, 2018 (APL-SECLIT_00001742-8)
- Macquarie, "UK and EU digital services tax," November 2, 2018 (APL-SECLIT_00002057-60)
- Maxim, "Guidance and No More Unit Disclosures Indicate that iPhone Installed Base Growth is Likely Slowing to Low-Single Digits," November 2, 2018 (APL-SECLIT_00001923-34)
- Monness Crespi, "Amidst the Tech Wreck, Apple on Tap with a FreshPortfolio for the Holiday Season," October 29, 2018 (APL-SECLIT_00001359-68)
- Monness Crespi, "Apple Monitor Falls Short in September but Handily Exceeds Seasonal Trends in 3Q," October 8, 2018 (APL-SECLIT_00000906-15)
- Monness Crespi, "Exceptional Performance in a Volatile Tech World -Raising Estimates and PT to $275," August 1, 2018 (APL-SECLIT_00221157-66)
- Monness Crespi, "No 3Q Fireworks but Another Step Forward in the Growing Appreciation for Planet Apple," July 30, 2018 (APL-SECLIT_00220808-17)

**Expert Report of Brett Trueman, Ph.D.**

**Appendix II**
**Materials Considered**

- Monness Crespi, "Puts and Takes but Planet Apple Remains a Shining City on a Hill in a Volatile Tech World," November 2, 2018 (APL-SECLIT_00001837-46)
- Monness Crespi, "Taiwan Monitors Deliver a Respectable Performance in October," November 12, 2018 (APL-SECLIT_00002343-4)
- Monness Crespi, "Taking the Apple Magic to Brooklyn and Strengthening Portfolio Ahead of Holidays," October 31, 2018 (APL-SECLIT_00001669-79)
- Morgan Stanley, "10-K Highlights Lower Capex and Work Down of Inventory," November 6, 2018 (APL-SECLIT_00002175-85)
- Morgan Stanley, "A Clean Beat on the Path to $1 Trillion," August 1, 2018 (APL-SECLIT_00305430-45)
- Morgan Stanley, "AlphaWise Survey Signals Long Runway for Apple Services Growth," November 7, 2018 (APL-SECLIT_00002242-92)
- Morgan Stanley, "App Store Growth Sustains in June Q," July 11, 2018 (APL-SECLIT_00313476-92)
- Morgan Stanley, "China a Growing Headwind to App Store Growth Near-term," October 17, 2018 (APL-SECLIT_00001080-97)
- Morgan Stanley, "Large-Cap Institutional Ownership 3Q18: Tech Ownership Largely Flat Q/Q," November 20, 2018 (APL-SECLIT_00002499-513)
- Morgan Stanley, "Long-awaited Mac/iPad Upgrades," October 30, 2018 (APL-SECLIT_00001542-8)
- Morgan Stanley, "Muted Expectations and Services Momentum Keep Us Positive into iPhone Launch," September 7, 2018 (APL-SECLIT_00321378-86)
- Morgan Stanley, "NFLX Potentially Bypassing the App Store an Overblown Concern For Now," August 21, 2018 (APL-SECLIT_00306028-34)
- Morgan Stanley, "Raising iPhone ASPs Post iPhone Launch," September 13, 2018 (APL-SECLIT_00306642-60)
- Morgan Stanley, "Strong ASPs and Services With a Dose of Macro Uncertainty," November 2, 2018 (APL-SECLIT_00001823-36)
- Morgan Stanley, "Supply Chain Noise Creates Buying Opportunity; Still Bullish on Services," November 15, 2018 (APL-SECLIT_00002466-77)
- Morgan Stanley, "We expect an In-Line Quarter; All Eyes on Services & Fall iPhone Launch," July 23, 2018 (APL-SECLIT_00304726-47)
- Morgan Stanley, "Weak China More than Offsets Revenue Strength Outside of iPhone; Lowering Estimates," January 3, 2019 (APL-SECLIT_00003363-77)
- Morgan Stanley, "What Investors Are Asking: AAPL Tariff Risk and Expectations into HPE Earnings," November 30, 2018 (APL-SECLIT_00002653-676)
- Morgan Stanley, "What Investors Are Asking: Early Read on Demand for iPhone XS and XS Max," October 4, 2018 (APL-SECLIT_00000815-36)
- Morgan Stanley, "What Investors Are Asking: Expectations Into Earnings," October 25, 2018 (APL-SECLIT_00001297-329)
- Morgan Stanley, "Why Dual-SIM Integration in the iPhone Is Important," September 19, 2018 (APL-SECLIT_00280145-60)
- Morningstar, "No Disputing Apple iPhone Hegemony, But Decision to Mask Units Is Dubious; Shares Fairly Valued," November 1, 2018 (N/A)
- Needham, "Not a Hardware Company. Buy AAPL on Weakness.," November 2, 2018 (APL-SECLIT_00002082-100)
- Needham, "Raising PT based on AAPL Ecosystem Value," August 1, 2018 (APL-SECLIT_00221236-53)
- Needham, "Raising PT Based on Lock-In, On-Ramps, and Churn Stats," September 13, 2018 (APL-SECLIT_00306483-99)
- Nomura, "Apple Peels: Earnings Laterals Thus Far," July 30, 2018 (APL-SECLIT_00280032-42)
- Nomura, "Apple Peels: Telco DPs, Shipment Times," October 28, 2018 (APL-SECLIT_00001369-74)
- Nomura, "Apple Raises ASPs Again...to Excess?," September 12, 2018 (APL-SECLIT_00306445-51)
- Nomura, "ASPs, Buyback Lead EPS Higher," August 1, 2018 (APL-SECLIT_00305637-50)
- Nomura, "First Weekend Trends: Steady as She Goes," September 16, 2018 (APL-SECLIT_00307018-26)
- Nomura, "iPhone Launch Not the Catalyst of Yore," August 31, 2018 (APL-SECLIT_00280499-514)
- Nomura, "More than a Miss; Sustained Downturn Likely," November 2, 2018 (APL-SECLIT_00001940-53)
- Nomura, "Neutral Stance Remains Appropriate," July 13, 2018 (APL-SECLIT_00332936-46)
- Nomura, "New Macs / iPads, Same Playbook," October 30, 2018 (APL-SECLIT_00001599-603)
- Nomura, "No Solace Yet in Either Units or Services," November 30, 2018 (APL-SECLIT_00002620-30)
- Nomura, "X-Ray on XR: Shipment Times Consistent," October 21, 2018 (APL-SECLIT_00001237-42)
- Nomura, "XS Trajectory Resolving; Units Down, ASPs Up," September 28, 2018 (APL-SECLIT_00000744-55)
- Oppenheimer, "2018 Fall Press Event Review - Bigger, Faster, Pricier," September 12, 2018 (APL-SECLIT_00306419-23)
- Oppenheimer, "Apple Defines Current Generation Platform Dominance With Share Gain and Impressive Segments Growth," August 1, 2018 (APL-SECLIT_00305672-82)
- Oppenheimer, "Attention Shifting To Experience from Hardware, Apple Changing the Game for Itself and Analysts," November 2, 2018 (APL-SECLIT_00002110-20)
- PiperJaffray, "Holiday 2018: Consumer Backdrop Along With Aligned Inventory To Fuel Strength," November 14, 2018 (APL-SECLIT_00002419-42)
- PiperJaffray, "iPhone Upgrade Survey Suggests Consensus ASP May Be Conservative; Raising Estimates," October 1, 2018 (APL-SECLIT_00000806-14)
- PiperJaffray, "Solid Sept Qtr, But Outlook & Less Disclosure Disappoint; Maintain OW & $250 PT," November 2, 2018 (APL-SECLIT_00001954-62)
- PiperJaffray, "Teen Survey: iPhone Ownership Flat, But Intent to Buy Rises; Reit OW & 250 PT," October 22, 2018 (APL-SECLIT_00001243-50)
- Raymond James, "F4Q18 Preview:  As Good as It Gets?," October 25, 2018 (APL-SECLIT_00001339-47)
- Raymond James, "FX Headwinds; No Longer Disclosing Unit Sales," November 2, 2018 (APL-SECLIT_00002101-9)
- Raymond James, "iPhone to the Max - Launch Highlights, No Big Surprises," September 12, 2018 (APL-SECLIT_00306576-81)
- Raymond James, "Semi Mailbag: Apple Rundown Edition," November 6, 2018 (APL-SECLIT_00002203-9)
- Raymond James, "Semiconductors: iPhone Launch Preview," September 7, 2018 (APL-SECLIT_00321329-40)
- RBC, "'TOP FIVE' Stocks With Highest Incoming Call Volume.," October 14, 2018 (RBC_0002775-8)
- RBC, "10-K Review: High Off-balance Sheet Commitments Indicating Multiple Ramps," November 5, 2018 (APL-SECLIT_00002192-202)
- RBC, "10-Q: Capex Increase, Inventory levels, FX and More," August 2, 2018 (APL-SECLIT_00305884-95)
- RBC, "AAPL - Sept-qtr Beat But Dec-qtr EPS Below Expectations.," November 1, 2018 (RBC_0000701)
- RBC, "Adjusting Estimates for March-Qtr and Beyond," November 27, 2018 (APL-SECLIT_00002557-64)
- RBC, "Data Download – Upside Ahead," October 8, 2018 (APL-SECLIT_00000849-56)
- RBC, "Hit Snooze For 90 Days. Path to Trillion Intact.," July 31, 2018 (APL-SECLIT_00305515-39)
- RBC, "Imagine 2025 – Apple Services Becomes Your Digital Everything," July 15, 2018 (APL-SECLIT_00279970-80002)
- RBC, "Investor Feedback Post Print, Bulls vs Bears Debate," November 12, 2018 (APL-SECLIT_00002307-14)
- RBC, "Jun-Qtr Preview & 'Cheat Sheets' - All About Services and Buybacks," July 29, 2018 (APL-SECLIT_00280016-26)
- RBC, "Privacy Commitment Now Extends To iPhone Unit Disclosure Apparently," November 1, 2018 (APL-SECLIT_00001880-904)
- RBC, "Sep-Qtr Preview and 'Cheat Sheets' - Stable Fundamentals in a Shaky Market?," October 30, 2018 (APL-SECLIT_00001555-64)
- RBC, "Takeaways from NY Event - More Items to Add to Your Xmas Wish List," October 30, 2018 (APL-SECLIT_00001565-72)
- RBC, "Thinking Past The Supply Chain Noise, Is The Sell-Off Overdone?," November 18, 2018 (APL-SECLIT_00002484-91)
- RBC, "Thinking Through Impact from China Gaming Crackdown.," October 21, 2018 (APL-SECLIT_00001188-95)
- RBC, "What Will Trump Tariffs Cost AAPL?," November 27, 2018 (APL-SECLIT_00002565-73)
- Rosenblatt, "Another Round of Production Cuts, Slow Down in Component Pull-ins Might be Attributable to Skyworks Quality Issue," November 7, 2018 (APL-SECLIT_00002293-5)

**Confidential**

**Expert Report of Brett Trueman, Ph.D.**

**Appendix II**
**Materials Considered**

| | |
|---|---|
| • Rosenblatt, "Apple Event Takeaways," October 31, 2018 | (APL-SECLIT_0001722-25) |
| • Rosenblatt, "C4Q Guidance Reflects our Cautious View on Weaker than Expected Sell Through and Production Reductions for iPhone XS/XR, Downgrade to Neutral, Maintain our Price Target," November 2, 2018 | N/A |
| • Rosenblatt, "Combined iPhone XS and XS Max Preorders Around 10 Million, Below iPhone X Preorders Based on Our Estimates," September 17, 2018 | (APL-SECLIT_00307027-30) |
| • Rosenblatt, "Earnings Preview, iPhone XR Preorders Weaker than Expected, Reducing our XR Shipment Estimates, iPhone Max Production Increases Expected for the Holiday Season, iPad Pro and New MacBook Production Ramp," October 22, 2018 | (APL-SECLIT_00001233-6) |
| • Rosenblatt, "Initial iPhone XR Sales Weak, Trimming our Production Estimates, Production Adjustments Earlier than we Expected," October 29, 2018 | (APL-SECLIT_00001375-8) |
| • Rosenblatt, "iPhone XR Sales Improved during China's 11.11 'Holiday' but Production may still Face Headwinds from Increasing Competition from Huawei," November 21, 2018 | N/A |
| • Rosenblatt, "iPhone XS Weekend Sales Weak but iPhone XS Max Sales Strong, 512G More Popular than 64G, iPhone XR Preorders Look Positive," September 24, 2018 | (APL-SECLIT_00198050-2) |
| • Rosenblatt, "iPhone XS/Max Preorders - Initial Preorder Weakness for iPhone XS and XS Max in China; Expect Short Wait Time for iPhone XS and XS Max," September 14, 2018 | (APL-SECLIT_00306735-7) |
| • Sadif Analytics, "Rating Update for Apple Inc," November 13, 2018 | N/A |
| • TF International, "2H19 new iPhone's upgraded Face ID and potential adoption of ToF in 2019/2020; IQE, Lumentum, and WinSemito be the major winners," October 22, 2018 | N/A |
| • TF International, "iPhone XR first weekend pre-order takeaways: stronger pre-order demand than that of iPhone 8 series," October 22, 2018 | N/A |
| • TF International, "iPhone XR shipment estimation to cut 30mn units during the new product lifecycle (4Q18–3Q19)," November 12, 2018 | N/A |
| • TF International, "MPI likely to replace LCP and become the mainstream antenna technology of 2H19 new iPhone models," November 9, 2018 | N/A |
| • TF International, "Revising up iPhone XR shipment forecasts in 4Q18; iPhone supply chain to beat slow seasonality in 1Q19.," October 14, 2018 | N/A |
| • Trefis, "Analysis for NASDAQ: AAPL," November 16, 2018 | N/A |
| • Trefis, "Analysis for NASDAQ: AAPL," November 21, 2018 | N/A |
| • Trefis, "Analysis for NASDAQ: AAPL," November 4, 2018 | N/A |
| • UBS, "Apple Watch: New Interest/Availability Data Supports Strong Momentum In The Category," October 31, 2018 | (APL-SECLIT_00001625-40) |
| • UBS, "Center Cut, Middle of The Fairway - Target to $215, SOTP Math Would Be Better; Maintain Buy," August 1, 2018 | (APL-SECLIT_00305415-29) |
| • UBS, "Cutting Estimates And Target Given Supply Chain Cuts; FX Remains a Headwind," November 14, 2018 | (APL-SECLIT_00002400-12) |
| • UBS, "Demand Looks Solid, Especially iPhone Xs Max; Remain Bullish on iPhone Units and ASPs," October 8, 2018 | (APL-SECLIT_00000893-905) |
| • UBS, "FQ3 (Jun) Preview: Expect in line results with bias to the upside," July 30, 2018 | (APL-SECLIT_00280053-67) |
| • UBS, "FQ4:18 (Sep) Earnings Preview: Survey Work Supports Very Strong iPhone ASP Narrative," October 29, 2018 | (APL-SECLIT_00001379-400) |
| • UBS, "It's The End of iPhone Units As We Know It, And It Might Ultimately Be Just Fine," November 2, 2018 | (APL-SECLIT_00001802-15) |
| • UBS, "Product Launch Largely As Expected, But Pricing Supports Upside Bias," September 12, 2018 | (APL-SECLIT_00306529-40) |
| • UBS, "Pushing the Price Narrative In More Categories; Line-Up Now Fully Refreshed," October 30, 2018 | (APL-SECLIT_00001532-41) |
| • UBS, "Trump Comments Seem Like Negotiating Tactic, But The Impact Could Be Significant," November 26, 2018 | (APL-SECLIT_00002547-56) |
| • UBS, "UBS Evidence Lab: Hardware as a Recurring Revenue Stream? Raising PT to $250 on Deep Dive," September 11, 2018 | (APL-SECLIT_00313598-672) |
| • UBS, "UBS Evidence Lab: Sentiment Perception Not Reality - iPhone Units Remain Laser Focus," October 5, 2018 | (APL-SECLIT_00000837-48) |
| • UBS, "UBS Tech Conference – A Debate With Three Apple Experts," November 15, 2018 | (APL-SECLIT_00002455-65) |
| • ValuEngine, "Rating and Forecast Report," November 1, 2018 | N/A |
| • Wedbush, "Apple's Darkest Day in the iPhone Era; Massive Negative Dec Results on China," January 14, 2019 | (APL-SECLIT_00003603-13) |
| • Wedbush, "Cook & Co. Focused on Services Gold Mine; iPhone Cycle Humming-Initiating at OP," October 18, 2018 | (APL-SECLIT_00011143-54) |
| • Wedbush, "Cook Pulls the Plug on Metrics in a Houdini Like Move; Bullish Thesis Unchanged," November 2, 2018 | (APL-SECLIT_00002071-81) |
| • Wedbush, "iPhone Black Clouds in FY19; Pivotal Hand Holding Period Ahead for Cook & Co.," November 28, 2018 | (APL-SECLIT_00002609-19) |
| • Wedbush, "iPhone Tariff Threat Represents a Near-Term Overhang," November 26, 2018 | (APL-SECLIT_00002543-6) |
| • Wedbush, "Price Cuts in China and Content M&A Will Lay the Groundwork for Apple's Future," January 14, 2019 | (APL-SECLIT_00004050-61) |
| • Wedbush, "Taking a Bite Out of the Apple Bear Thesis; Seeing the Forest Through the Trees," November 5, 2018 | (APL-SECLIT_00002151-60) |
| • Wedbush, "The Drum Roll Begins for iPhone December Guidance; Tea Leaves Positive So Far," October 29, 2018 | (APL-SECLIT_00001516-26) |
| • Wells Fargo, "AAPL: 10-K Review -Record Mfg. Purchase Commit, F2019 Capex Guide & More," November 5, 2018 | N/A |
| • Wells Fargo, "AAPL: Another Day, Another iPhone Supplier Cut - Qorvo Lowers C4Q18 Guide," November 13, 2018 | N/A |
| • Wells Fargo, "AAPL: Appreciating A Key Driver To Apple's Services Growth -Google's TAC," November 29, 2018 | N/A |
| • Wells Fargo, "AAPL: Lumentum Cuts Revenue Outlook by 17%+ (Midpoint) on Apple Order Cuts," November 12, 2018 | N/A |
| • Wells Fargo, "AAPL: Neg. F1Q19 Prean. - iPhone Rev. -15%+ Y/Y; A Multi-Quarter Challenge," January 2, 2019 | (APL-SECLIT_00003532-43) |
| • Wells Fargo, "AAPL: Solid Results Overshadowed By Pulled Unit Disclosures + Macro Angst," November 1, 2018 | (APL-SECLIT_00001847-59) |
| • Yuanta Investment Consulting, "APPL (APPL US) – FY4Q18 results, guidance and implications," November 2, 2018 | N/A |

**News Articles**

• "'Apple needs to come clean' over its dealings with China says ex-Facebook security chief as he slams tech giant for enabling Beijing's online crackdown," *Shanghai Daily Online*, October 25, 2018
• "'Art of the Deal' May Have Just Saved This Market: Taking Stock," *Bloomberg*, November 2, 2018
• "'In the Clear' With October Out of the Way? Hardly: Taking Stock," *Bloomberg*, November 1, 2018
• "A $33 Billion Opportunity Just Presented Itself: Taking Stock," *Bloomberg*, October 29, 2018
• "Amazon and Super Micro back Tim Cook and call for Bloomberg to withdraw China chip hack story," *South China Morning Post*, October 19, 2018
• "Amazon and Super Micro back Tim Cook and call for Bloomberg to withdraw China chip hack story," *South China Morning Post*, October 19, 2018
• "Apple 'deeply apologetic' for payment app phishing hacks in China," *iCrowdNewswire*, October 16, 2018
• "Apple 'Deeply Apologetic' Over Account Hacks in China," *Dow Jones Institutional News*, October 16, 2018
• "Apple 'deeply apologetic' over China phishing scams; Apple offers few details, but notes users had not enabled two-factor authentication," *MarketWatch*, October 16, 2018

**Confidential**

**Expert Report of Brett Trueman, Ph.D.**

**Appendix II**
**Materials Considered**

- "Apple Adds Performance Management To Throttle iPhone X Battery," *Forbes*, October 31, 2018
- "Apple Boss Tim Cook Stays Low-Key in Busy Visit to China," *Caixin Global*, October 11, 2018
- "Apple cancels production boost for budget iPhone XR: sources," *Nikkei Asia*, November 5, 2018
- "Apple censors sensitive names and phrases from gadget engraving offer on Hong Kong and China websites," *Hong Kong Free Press*, November 1, 2018
- "Apple CEO Tim Cook Calls For Retraction Of Hacking Story -- MarketWatch," *Dow Jones Institutional News*, October 19, 2018
- "Apple CEO Tim Cook hints at popularity of new lower cost iPhone XR in China," *South China Morning Post*, October 29, 2018
- "Apple CEO urges Bloomberg to retract its story of alleged China spying chips," *Shanghai Daily Online*, October 19, 2018
- "Apple China Downloads Negative, Revenue Turns Flat Y/Y: BofAML," *Bloomberg*, November 1, 2018
- "Apple Climbs Off Worst Levels But Remains Notably Lower," *Markets Insider*, November 5, 2018
- "Apple earnings: Can pricey new phones carry the holidays?," *Dow Jones Newswires*, October 29, 2018
- "Apple earnings: Can pricey new phones carry the holidays? China concerns will also be in focus during Apple's earnings call Thursday," *MarketWatch*, November 1, 2018
- "Apple Faces App Store Slowdown in China: Cook -- Market Talk," *Dow Jones Institutional News*, November 1, 2018
- "Apple investigates illegal student labour at Watch assembly plant," *Financial Times*, October 28, 2018
- "Apple iPhone Loses Ground to China's Homegrown Rivals; Despite developing more features to woo Chinese consumers, Apple's market share has stagnated," *The Wall Street Journal*, January 3, 2019
- "Apple is investigating a report that illegal student labor was used to build Apple Watches," *iCrowdNewswire*, October 29, 2018
- "Apple on guard against fraudulent refund cases after scammers hack into accounts in China," *South China Morning Post*, October 17, 2018
- "Apple Probes Illegal Student Labor at Watch Assembly Plant: FT," *Bloomberg*, October 29, 2018
- "Apple probes illegal student labour claim," *Financial Times*, October 29, 2018
- "Apple probes suspected abuse at plant," *Shanghai Daily Online*, October 30, 2018
- "Apple resorts to promo deals, trade-ins to boost iPhone sales," *Daily Herald*, December 4, 2018
- "Apple Says It's Investigating Apple ID Thefts in China: Sina," *Bloomberg*, October 16, 2018
- "Apple Seeks Engineers in China for Siri Development," *Yicai Global*, October 26, 2018
- "Apple Stock Rises After Jefferies Initiates At Buy -- MarketWatch," *Dow Jones Institutional News*, October 29, 2018
- "Apple to Send Two-Thirds of 3 Million iPhone XRs to China," *Yicai Global*, October 23, 2018
- "Apple Watch supplier probe over Chinese student labour," *RTEI*, October 30, 2018
- "Apple Watch supplier under fire over China student labour," *Agence France Presse*, October 29, 2018
- "Apple Will Keep Throttling iPhones With Old Batteries. Here's How to Stop It," *Wired*, November 3, 2018
- "Apple will no longer report iPhone numbers after growth went to 0%, and analysts are now worried iPhone sales may decline," *Business Insider*, November 2, 2018
- "Apple will no longer reveal how many iPhones, iPads, and Macs it sells," *The Verge*, November 1, 2018
- "Apple will throttle phones because of degrading batteries - but you can turn the feature off," *Daily Mail*, November 1, 2018
- "Apple's China warning 'deflects deeper problems' for firm," *BBC*, January 3, 2019
- "Apple's Cook Remains Optimistic About U.S.-China Trade -- Market Talk," *Dow Jones Institutional News*, November 1, 2018
- "Apple's earnings could be hit by weak demand in China, Goldman warns," *Dow Jones Newswires*, October 15, 2018
- "Apple's earnings could be hit by weak demand in China, Goldman warns; Economic woes in China could hamper iPhone demand, says Goldman," *Marketwatch*, October 15, 2018
- "Apple's iPhone Sales Are at Risk as Chinese Currency Falls -- Barrons.com," *Dow Jones Institutional News*, October 29, 2018
- "Apple's iPhone warning comes years too late," *The Hamilton Spectator*, January 3, 2019
- "Apple's iPhone Warning Comes Years Too Late: Shira Ovide," *Bloomberg*, January 2, 2019
- "Apple's mind-blowing warning means CEO Tim Cook now has a major credibility problem," *Yahoo!*, January 3, 2019
- "Are China's Consumers in Trouble? Disappointing retail sales have analysts debating whether consumption is heading for a bigger slowdown," *The Wall Street Journal*, September 24, 2018
- "As China Curbs Borrowing, Growth Shows Signs of Faltering," *The New York Times*, June 14, 2018
- "Asia Stocks Rally Faces Apple-Disappointment Test: Markets Wrap," *Bloomberg*, November 2, 2018
- "Asia Stocks Rise as Trade Hopes Offset Apple Woes: Markets Wrap," *Bloomberg*, November 2, 2018
- "Asia's Technology Bear Isn't Ready to Hibernate: Shuli Ren," *Bloomberg*, October 17, 2018
- "At midday: TSX reverses course as energy stocks dip with oil; Apple drags Wall Street lower," *The Globe and Mail*, November 2, 2018
- "At the open: TSX rises on U.S.-China trade deal optimism; Apple hits Nasdaq," *The Globe and Mail*, November 2, 2018
- "China Association Calls on Apple to Face up to Its Safety Issue," *Bloomberg*, October 19, 2018
- "China consumer group raps Apple after ID thefts," *Reuters*, October 19, 2018
- "China Consumers Association urges Apple to face security complaints," *ECNS*, October 19, 2018
- "China denies report it spies on Trump's iPhone, suggests he get a Huawei instead," *South China Morning Post*, October 25, 2018
- "China is becoming Apple's most important market," *The Verge*, October 27, 2015
- "China says Trump should dump iPhone for Huawei," *Shanghai Daily Online*, October 25, 2018
- "China's Consumption Downgrade: Skip Avocados, Cocktails and Kids," *The New York Times*, August 22, 2018
- "China's economy shows signs of slowing trade war won't help," *CNN*, June 20, 2018
- "China's Xiaomi Aims its Priciest Phone at Huawei and Apple," *Bloomberg*, October 25, 2018
- "China's Huawei Debuts Mate 20 Series to Rival Apple," *Yicai Global*, October 18, 2018
- "China's Huawei steps up in high-end smartphone segment," *Global Times*, October 18, 2018
- "China's Smartphone Market Saturation Led Global Decline in 3Q," *Bloomberg*, November 2, 2018
- "China's Xiaomi surpasses Apple in sales in Israel: report," *Xinhua's China Economic Information Service*, October 24, 2018
- "Chinese consumption concerns weigh on luxury groups," *Financial Times*, October 10, 2018
- "CNBC Exclusive: CNBC Transcript: Apple CEO Tim Cook Speaks with CNBC's Josh Lipton Today," *CNBC*, January 2, 2019
- "Comparing the Huawei Mate 20 Pro to Apple, Samsung Flagships," *Bloomberg*, October 17, 2018
- "Cook Doesn't View Slowing Game Approvals in China on Trade War," *Bloomberg*, November 2, 2018
- "Despite a Strong Jobs Report, Technology Stocks Pull Markets Lower," *The New York Times*, November 3, 2018
- "Fanuc Posts Revenue Drop as U.S.-China Trade Spat Damps Demand," *Bloomberg*, October 29, 2018
- "Foreign Investment: Apple Supplier GoerTek Plans to Shift Production from China to Vietnam," *Vietnam News Brief Service*, October 15, 2018
- "Foreign Investment: Apple's Suppliers Plan to Shift Their Plants to Vietnam," *Vietnam News Brief Service*, October 25, 2018
- "Forget About Zuckerberg and Cook Bailing Us Out: Taking Stock," *Bloomberg*, October 26, 2018
- "GE's 'Black Hole' Grows (Podcast)," *Bloomberg*, October 30, 2018

**Expert Report of Brett Trueman, Ph.D.**

### Appendix II
### Materials Considered

- "Global VOD Market Ultimate Analysis by Prominent Players – Netflix, Apple Inc, Comcast Corporation, Amazon Video(VoD), YouTube etc.," *iCrowdNewswire*, October 26, 2018
- "How $1 Trillion May End Up Being a Sign of the Top: Taking Stock," *Bloomberg*, October 30, 2018
- "How China complicates Apple's chest-thumping about privacy," *iCrowdNewswire*, October 25, 2018
- "Huawei launches four new smartphones under flagship Mate 20 series, with Pro model doubling as wireless power bank," *South China Morning Post*, October 16, 2018
- "Huawei Technologies Reveals New Flagship Smartphone (Video)," *Bloomberg*, October 17, 2018
- "Imagining a Post-iPhone Apple: Bloomberg Opinion Today," *Bloomberg*, November 3, 2018
- "Inside Samsung's Bid to Challenge Apple with 5G, Folding Phones," *Bloomberg*, October 26, 2018
- "iOS 12.1 brings Apple's CPU throttling 'feature' to the iPhone 8 and iPhone X," *The Inquirer*, November 1, 2018
- "IOS Mobile-Game Growth Lower as China, Japan Slow," *Bloomberg*, October 20, 2018
- "iPhone XR to Improve China Growth on Expanded High-End Offerings," *Bloomberg*, October 26, 2018
- "iPhone XS and XS Max sales are 'weak' says historically bearish Apple analyst," *Apple Insider*, September 24, 2018
- "Japan Machine-Tool Orders May Weaken on U.S.-China Trade Spat," *Bloomberg*, October 15, 2018
- "Japan Machine-Tool Orders to Struggle as Trade Spat Persists," *Bloomberg*, October 31, 2018
- "Last year's iPhones get controversial processor throttling feature after all," *The Verge*, October 31, 2018
- "Many Billions of Dollars Shaken Out From Mini-Rout: Taking Stock," *Bloomberg*, October 19, 2018
- "Markets Whipsaw With China Trade Deal Hopes: Macro Squawk Wrap," *Bloomberg*, November 3, 2018
- "Moutai Takes Second-Biggest Stake in New Unit of Apple iCloud Provider," *Yicai Global*, November 3, 2018
- "Oppo, Vivo bolster BBK's No 2 position by revenue in FY18," *The Economic Times*, October 23, 2018
- "Paying giant Alipay leaves Apple & Co to German market," *Die Welt*, October 15, 2018
- "Pupils 'forced to work' on Apple Watch in Chinese factory," *The Times*, October 30, 2018
- "Samsung is Said to Plan Bringing Folding Phone to Mass Market," *Bloomberg*, October 26, 2018
- "Samsung is Said to Work with Verizon on 5G Phone for US Market," *Bloomberg*, October 26, 2018
- "Samsung Plots to Challenge iPhone (Video)," *Bloomberg*, October 26, 2018
- "Samsung's S10 to Have Embedded Fingerprint Sensor, Four Cameras," *Bloomberg*, October 26, 2018
- "Smartphone Maker That Overtook Apple Reveals New Flagship," *Bloomberg*, October 17, 2018
- "Stocks Decline as Investors Assess Trade Tensions: Markets Wrap," *Bloomberg*, November 3, 2018
- "The Headwinds Causing Apple's Disappointment Forecast (Video)," *Bloomberg*, November 2, 2018
- "Theft of Micron Chip Secrets Embarrasses Taiwan: Tim Culpan," *Bloomberg*, November 2, 2018
- "To woo China, Apple must learn that it's not in California any more," *The Guardian*, January 6, 2019
- "Treasuries Fall, Dollar Pares Loss on Jobs Report (Correct)," *Bloomberg*, November 2, 2018
- "Trump Phone Security Follows 'Best Practices,' White House Says," *Bloomberg*, October 26, 2018
- "Trump Uses One Official Government iPhone, White House Says," *Bloomberg*, October 26, 2018
- "Trump Was Warned China, Russia Eavesdrop on His Cell Calls: NYT," *Bloomberg*, October 25, 2018
- "Trump's Phone is Rotated Regularly for Security: White House," *Bloomberg*, October 26, 2018
- "U.S. Auto, Retail Parts Poised for China Tariff Pain in 2019," *Bloomberg*, October 23, 2018
- "U.S. Autos, Retail Poised for China Tariff Pain in 2019," *Bloomberg*, November 1, 2018
- "U.S. Futures Pare Gain, Dollar Trims Loss on Jobs: Markets Wrap," *Bloomberg*, November 2, 2018
- "Upgrade? No Thanks. Americans Are Sticking With Their Old Phones," *The Wall Street Journal*, October 29, 2018
- "US senators demand probe into China's alleged hacking of tech giants' supply chains," *South China Morning Post*, November 2, 2018
- "US stocks snapped a three-day rally yesterday as Apple shares dropped following...," *The Herald*, November 3, 2018
- "US STOCKS-Oil stocks lift S&P 500; Apple pushes Nasdaq lower," *Reuters*, November 5, 2018
- "Weak Smartphone Demand In China Threatens iPhone: Goldman -- Market Talk," *Dow Jones Institutional News*, October 15, 2018
- "Why 40% iPhone Discount is Bad For Apple," *Forbes*, December 6, 2018
- "Worried about Trump iPhone eavesdroppers? China recommends a Huawei," *Reuters*, October 25, 2018
- "Xiaomi aims its priciest Phone at Huawei and Apple," *Macau Daily Times*, October 26, 2018

**Court / Case Filings**

- *In Re Apple Inc. Securities Litigation*, Consolidated and Amended Class Action Complaint, October 15, 2019
- *In Re Apple Inc. Securities Litigation*, Corrected Consolidated and Amended Class Action Complaint for Violation of the Federal Securities Laws, January 15, 2020
- *In Re Apple Inc. Securities Litigation*, Revised Consolidated and Amended Class Action Complaint, June 23, 2020
- *In Re Apple Inc. Securities Litigation*, Defendants' Motion to Dismiss the Revised Consolidated Class Action Complaint, July 13, 2020
- *In Re Apple Inc. Securities Litigation*, Lead Plaintiff's Opposition to Defendants' Motion to Dismiss the Revised Consolidated Class Action Complaint, July 27, 2020
- *In Re Apple Inc. Securities Litigation*, Defendants' Reply in Support of Motion to Dismiss the Revised Consolidated Class Action Complaint, August 3, 2020
- *In Re Apple Inc. Securities Litigation*, Order Granting in Part and Denying in Part Defendants' Motion to Dismiss the Revised Consolidated Class Action Complaint, November 4, 2020
- *In Re Apple Inc. Securities Litigation*, Order Granting in Part and Denying in Part Motion for Class Certification, February 4, 2022
- *In Re Apple Inc. Securities Litigation*, Lead Plaintiff Norfolk County Council as Administering Authority of the Norfolk Pension Fund's Objections and Responses to Defendant Tim Cook's First Set of Interrogatories to Lead Plaintiff, March 16, 2022

**Academic Literature and Textbooks**

- Asquith, Paul, Mikhail, Michael B., and Su, Andrea S., "Information Content of Analyst Reports," *Journal of Financial Economics* 75, (2005) 245-282
- Brealey, R. A., Myers, S. C., and Allen, F., Principles of Corporate Finance (New York: McGraw- Hill/Irwin, 2011), 10th edition
- Chen, Xia, Cheng, Qiang, and Lo, Kin, "On the Relationship Between Analyst Reports and Corporate Disclosures: Exploring the Roles of Information Discovery and Interpretation," *Journal of Accounting and Economics* 49, (2010) 206-226
- Fama, Eugene F., "Efficient Capital Markets: A Review of Theory and Empirical Work," *Journal of Finance*, 1970
- Huang, Allen H., Lehavy, Reuven, Zang, Amy Y., and Zheng, Rong, "Analyst Information Discovery and Interpretation Roles: A Topic Modeling Approach," *Management Science* 64(6):2833-2855 (2018)
- Livnat, Joshua and Zhang, Yuan, "Information Interpretation or Information Discovery: Which Role of Analysts do Investors Value More?" *Review of Accounting Studies* 17, (2012) 612–641

**Other**

**Confidential**

**Expert Report of Brett Trueman, Ph.D.**

**Appendix II**
**Materials Considered**

- Apple Inc. Q3 2018 Earnings Call
- Apple Inc. Q4 2018 Earnings Call
- "Apple Reports Third Quarter Results," *Apple Press Release* , July 31, 2018 (including Consolidated Financial Statements)
- "Apple Reports Fourth Quarter Results," *Apple Press Release* , November 1, 2018 (including Consolidated Financial Statements)
- "Apple Stock is Tanking Amid Questions About Demand for the iPhone XR," *Apple Press Release* , November 5, 2018
- "Letter from Tim Cook to Apple investors," *Apple Press Release* , January 2, 2019
- "Global Smartphone Shipments Down 6.0% in Q3 2018 as the Leading Vendor and the Largest Market Face Challenges, According to IDC," *Business Wire* , November 1, 2018

**Expert Report of Brett Trueman, Ph.D.**

Exhibit 1
Comparison of Analyst Commentary Before and After the Conference Call

| Analyst | | October Reports | | | | | November Reports | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Bates | Discussion re: China | Relevant? | Concern About China? | Date | Bates | Discussion re: China | Relevant? | Concern About China? | |
| Argus | | | No October Reports | N/A | N/A | 11/2/2018 | N/A | "Despite mounting concerns over tariffs, Apple's China business continues to recover, based on high-end appetite for the new phones; China revenue rose 16%." | Yes | No | [1] 16% is current growth, not an implication for future growth<br>[2] No caution expressed in November regarding China |
| Atlantic Equities | | | No October Reports | N/A | N/A | 11/2/2018 | APL-SECLIT_00001963 | "Geographically, Greater China was the weakest reported region (16% YoY) though management highlighted greater weakness in other EMs, particularly India (flat) and Brazil (down), a trend that seems likely to continue near-term." | Yes | Yes | [1] 16% is current growth, not an implication for future growth<br>[2] Caution expressed in November regarding China |
| Baird | 10/30/2018 | APL-SECLIT_00001581 | "China improving. Greater China revenue grew 19% YOY in FQ3, following 21% growth last quarter." | Yes | No | 11/2/2018 | APL-SECLIT_00001905 | [1] "China solid. Greater China revenue of $11.4 billion grew 16% YOY and 19% sequentially, though it was the slowest growing region. The company noted regulatory delays on gaming reviews…"<br>[2] "Emerging markets. Driven in part by Fx, the company called out pressure in several emerging markets, including India, Brazil and Turkey." | Yes | Yes | [1] 16% is current growth, not an implication for future growth<br>[2] Analyst states that the company mentioned regulatory delays in China, which adversely affected service revenues. This means that Tim Cook was not silent about problems in China.<br>[3] Analyst does not include China in group of emerging markets that Apple said are experiencing FX pressure.<br>[4] No caution expressed in October regarding China; caution expressed in November regarding China |

**Expert Report of Brett Trueman, Ph.D.**

Exhibit 1
Comparison of Analyst Commentary Before and After the Conference Call

| Analyst | | October Reports | | | | | November Reports | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Bates | Discussion re: China | Relevant? | Concern About China? | Date | Bates | Discussion re: China | Relevant? | Concern About China? | |
| Bank of America | 10/29/2018 | APL-SECLIT_00001401 | [1] "Lowering iPhone units on risk from a weaker China…we lower our iPhone estimates for the Dec quarter and for F19 to account for a slowdown in China…" [2] "During the past cycle of a strengthening dollar (2015-2016), China iPhone units declined 20% and overall Apple China sales declined 24% y/y (Fig 2). A similar unit decline would impact EPS today by $0.30…" [3] "We lower our iPhone estimates for the Dec quarter and for F19 to account for overall macroeconomic weakness and for a slowdown in China." [4] "Recent China survey points to continued strength of Apple brand. Our recent survey found smartphone users in China still prefer Apple to other brands when purchasing their next phone…" | Yes | Yes | 11/2/2018 | APL-SECLIT_00001761 | [1] "Most troublesome near-term trends. China was strong in C3Q but emerging signs of weakness could pressure the next few quarters…" [2] Downgrading to Neutral, from Buy. "…our reasons for downgrading include the following: Slower growth of Services revenues in F19. Third-party data suggests significant slowdown in App Store revenues in the month of October (especially in China, partly due to slower Chinese approval of new games)...Weaker growth in emerging markets including India, Brazil, Russia and Turkey given currency moves…" [3] "App store sales slowed significantly in October. We are less surprised in China given the gaming deceleration but believe the magnitude is significant." [4] Greater China up 16% from last year; Deceleration likely in F1Q19. "Greater China (China, Hong Kong, Taiwan) revenue increased 16% year over year to $11.4bn, which was slightly lower than the 19% y/y growth reported last quarter. This is the fifth consecutive quarter of double digit growth in China, but we expect meaningful deceleration heading into the December quarter. Management noted that due to new regulations around gaming led to a halt in new game approvals for the App Store." | Yes | Yes | [1] Reducing estimates in October due to macro weakness in China. [2] Analyst mentions that there are emerging signs of weakness in China in October that could cause pressure the next few quarters. [3] Also cites the slowdown in gaming approval in China. [4] Expects meaningful deceleration in China heading into the December quarter. [5] Conference call did not cause analyst's concerns about China to be assuaged, inconsistent with the contention that Tim Cook was being upbeat on the call. [6] Downgraded to neutral from buy after the call. [7] 16% is current growth, not an implication for future growth [8] Analyst does not include China in group of emerging markets experiencing FX pressure. [9] Caution expressed in October regarding China; caution expressed in November regarding China |
| | 10/31/2018 | APL-SECLIT_00001726 | "The China app store revenues decelerated to flat y/y growth in the month of October from 10% y/y in Sep, 16% y/y in Aug and 24% y/y in July…We are surprised at the magnitude of deceleration globally…We are less surprised in China given the gaming deceleration but the magnitude is significant." | | | | | | | | |

**Confidential**

**Expert Report of Brett Trueman, Ph.D.**

Exhibit 1
Comparison of Analyst Commentary Before and After the Conference Call

| Analyst | | | October Reports | | | | | | November Reports | | | Comments |
|---------|------|-------|-----------------|-----------|------------------|------|-------|-----------------|-----------|------------------|---|
| | Date | Bates | Discussion re: China | Relevant? | Concern About China? | Date | Bates | Discussion re: China | Relevant? | Concern About China? | |
| Bernstein | 10/24/2018 | APL-SECLIT_00001251 | "Monthly Chinese government data suggests that year-over-year unit demand from non-Chinese smartphone manufacturers in the mainland may have decelerated in CQ3 18 (down -20%+ year-over-year) after four consecutive quarters of relatively flat unit demand from foreign OEMs. Similarly, Tencent reported weak smartphone gaming revenue in China in its CQ2 18 earnings release (~50% deceleration in growth)…which could portent to weak App Store sales in China." | Yes | Yes | 11/2/2018 | APL-SECLIT_00001993 | [1] "Surprisingly, Apple executives did not appear uniquely concerned about China, which grew 16% in Q4 – in part due to a continued very rich mix of iPhones. That said, executives stated that the gaming slowdown in China is a "real issue" and is impacting App Store revenues – we estimate Chinese iPhone gaming could account for 9% of total Services revs." [2] "Strong Q4 in China, good reception on new phones… During the earnings call Q&A, management struck us as surprisingly forthcoming about macroeconomic uncertainty within emerging markets, admitting for instance that Apple's business had weakened substantially in India (disclosed to be "flat" year-over-year), Brazil (disclosed to be "down somewhat"), Turkey, and Russia. Nonetheless, management was adamant about differentiating between these weaker markets and China, which still grew +16% year-over-year – including 'strong double digit' iPhone revenue growth" | Yes | Yes | [1] October analyst report suggests possible weak app store sales in China. [2] In November report, continued to view the gaming slowdown to be a real issue. [3] Weakness in China app store revenues has a significant impact on total service revenues (being 9% of total service revenues). [4] 16% is current growth, not an implication for future growth [5] November conference call did not assuage analyst's concerns about China. [6] Analyst infers that Tim Cook's differentiation between China and other emerging markets is around the past quarter's performance. [7] Caution expressed in October regarding China; caution expressed in November regarding China |
| BMO Capital | 10/15/2018 | APL-SECLIT_00573351 | [1] "We estimate that Apple had a weak unit quarter in Q3, with units down three million units compared to last year, or a 34% drop, and units about flat sequentially [in China]. Domestic brands are poised to gain about 200 bp of market share in Q3." [2] "Apple units did not get as much of a bump as they usually do on a new launch, with a 150% increase in this year's September compared to an average of about 200% in the prior two years [in China]." | Yes | Yes | 11/2/2018 | APL-SECLIT_00001790 | No relevant information: discussed results and guidance for the firm as a whole; updated estimates; no commentary on China | No | N/A | Caution expressed in October regarding China |
| BTIG | | | No October Reports | N/A | N/A | 11/1/2018 | APL-SECLIT_00001778 | No relevant information | No | N/A | |
| Canaccord | | | No October Reports | N/A | N/A | 11/1/2018 | APL-SECLIT_00002017 | No relevant information | No | N/A | |

**Confidential**

**Expert Report of Brett Trueman, Ph.D.**

Exhibit 1
Comparison of Analyst Commentary Before and After the Conference Call

| Analyst | Date | Bates | Discussion re: China | Relevant? | Concern About China? | Date | Bates | Discussion re: China | Relevant? | Concern About China? | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | October Reports | | | | | November Reports | | | |
| CCS Insight | | | No October Reports | N/A | N/A | 11/2/2018 | APL-SECLIT_00165511 | "Performance was consistently impressive around the world, with all regions delivering revenue growth in double digits year-on-year, led by Japan and Asia–Pacific. This was despite comments pointing to softness in emerging markets that have seen severe currency weakness against a strong dollar over recent quarters. Apple cited Turkey, India, Brazil and Russia specifically, but emphasized that China is not in the same category and continues to see strong demand." | Yes | No | [1] Analyst repeated Tim Cook's statement.<br>[2] No caution expressed in November regarding China. |
| Citi | 10/15/2018 | APL-SECLIT_00000916 | "We revise down our 2018E and 2019E global smartphone shipment forecasts by 0.9% and 2.6%...We are particularly cautious on the China market given lackluster sell-through data…" | Yes | Yes | 11/2/2018 | APL-SECLIT_00001641 | No relevant information: just reported the 16% growth rate in China without providing any commentary | No | N/A | Cautious on China market in October; no commentary on China in November. |
| Cross Research | 10/18/2018 | APL-SECLIT_00001138 | "While we are watching smartphone demand in China, we expect iPhone demand to remain solid (especially y/y) as Chinese customers tend to buy the high-end of Apple's line-up…In addition, we believe Apple incorporated some potential weakness in Chinese gaming within its F4Q18 guidance (related to the halting of new game approvals in June)…" | Yes | Yes | 11/1/2018 | APL-SECLIT_00001917 | [1] "Greater China revenue was up 16% y/y…Management noted the Chinese App Store did see a slow down related to the change in game approvals…Regarding macro headwinds, management did not call out any specific impact in the quarter or next quarter related to China-US trade tensions."<br>[2] "In addition, emerging markets are further under pressure due to general economic challenges, especially Turkey, India, Brazil and Russia." | Yes | Yes | [1] In October, along with other analysts, discusses app store weakness.<br>[2] 16% is current growth, not an implication for future growth<br>[3] Noted in November report that company did say that there was a slowdown in game approvals.<br>[4] Analyst does not explicitly mention China in group of emerging markets experiencing general economic challenges.<br>[5] Caution expressed in October; regarding China caution expressed in November regarding China |

**Confidential**

**Expert Report of Brett Trueman, Ph.D.**

Exhibit 1
Comparison of Analyst Commentary Before and After the Conference Call

| Analyst | October Reports | | | | | November Reports | | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Bates | Discussion re: China | Relevant? | Concern About China? | Date | Bates | Discussion re: China | Relevant? | Concern About China? | |
| DA Davidson | 10/25/2018 | APL-SECLIT_00001348 | "While we see China as the single biggest risk to shares,...we believe there opportunities for the company to manage the situation." | Yes | Yes | 11/2/2018 | APL-SECLIT_00002061 | [1] "We also consider the 16.4% revenue growth for its greater China region as also remarkable given some investors were concerned about slowing growth for that region...The results suggest to us that Apple's management is doing an amazing job of walking the tight rope - managing its supply chain...and offering Chinese consumers products they desire. That said, we still see China as representing the single greatest risk to shares..." [2] "We see the weakness mentioned by management in emerging markets - Brazil, India, Russia, and Turkey - as an indication that the company still lacks a low-end smartphone to maximize its sales in those countries. Given its robust performance on almost every other region of the globe, we are not overly concerned." | Yes | Yes | [1] In October report, analyst says that China is biggest risk. [2] Despite revenue growth being greater than some investors expected, report in November again says that China is biggest risk. [3] November conference call did not change analyst's perception that China is the biggest risk. [4] 16% is current growth, not an implication for future growth [5] Caution expressed in October regarding China; caution expressed in November regarding China |
| Daiwa | | | No October Reports | N/A | N/A | 11/1/2018 | APL-SECLIT_00001935 | "Revenue also grew across geographies, and notably growth in the Americas up 19%, Greater China 16% and Europe at 18%, Japan 34%, but there was weakness in Turkey, Russia, India and Brazil. Part of the issue is the movement in FX." | Yes | No | [1] 16% is current growth, not an implication for future growth [2] Analyst does not include China in group of emerging markets experiencing FX pressure. [3] No caution expressed in November regarding China |
| FBN | | | No October Reports | N/A | N/A | 11/2/2018 | APL-SECLIT_00001860 | "Moreover, although many investors are concerned about AAPL's China business, the Greater China segment grew by 16% Y/Y (down only slightly from 19% Y/Y growth in FQ3) against a tougher Y/Y comparison." | Yes | Yes | [1] 16% is current growth, not an implication for future growth [2] Caution expressed in November regarding China |

**Confidential**

**Expert Report of Brett Trueman, Ph.D.**

Exhibit 1
Comparison of Analyst Commentary Before and After the Conference Call

| Analyst | October Reports | | | | | November Reports | | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Bates | Discussion re: China | Relevant? | Concern About China? | Date | Bates | Discussion re: China | Relevant? | Concern About China? | |
| Goldman Sachs | 10/14/2018 | APL-SECLIT_00001043 | [1] "There are multiple signs of rapidly slowing consumer demand in China which we believe could easily affect Apple's demand there this Fall." [2] "China macro indicators weakening substantially. Macro data points out of China have weakened substantially…We also believe that smartphone unit volume deteriorated by ~15% Y/Y in Q3 which is unheard of in a typically seasonally strong Q3." [3] "China's Contributions. We are currently assuming China contributes ~13m of our ~80m total iPhone unit forecast in the Dec '18 QTR. Our 13m unit forecast implies that Apple will continue to lose share in the high end smartphone category (to 30% in Q4'18 from 32% in Q4'17) though it also assumes demand in that category is unaffected by macro." | Yes | Yes | 11/1/2018 | APL-SECLIT_00001868 | [1] "The company said they did not see weak consumer demand in China in FQ4 but we believe FQ1 guidance may still assume some potential for weaker demand there given ongoing macro uncertainty." [2] "We believe consumer weakness in markets such as Turkey, Russia, India, Brazil and possibly China is driving the weaker guidance." [3] "No Signs of Weakness in China. Revenue in Greater China grew 16% Y/Y in FQ4'18 to $11.4bn and management commented that they have not seen any signs of weakness in China through the end of September…While Apple indicated China was fine in FQ4 to Sept for them we believe the company likely sees some demand risk there in the December quarter." | Yes | Yes | [1] October reports state concern for Apple's first quarter 2019 due to macro indicators weakening in China and slowing consumer demand. [2] October reports also noted problems with game app revenues. [3] As a result of November conference call, analyst believes that China might be a driver of the weaker guidance. [4] Even though Apple said that China was fine in the fourth quarter, analyst believes that the company sees some demand risk for the first quarter of 2019. [5] This is consistent with the notion that the conference call statement about fourth quarter China revenue pertained just to that quarter.  The statement did not change the analyst's concern about the first quarter of 2019. [6] Weakness in China due to severe demand weakness was difficult for the company to have |
| | 10/15/2018 | APL-SECLIT_00001067 | "China Market Weakness. We flagged potential weakness in the Chinese smartphone market and laid out Apple's EPS sensitivity scenarios in our recent report…In the near term, we remain concerned about the potential for Services deceleration due to slowing app downloads in China…" | | | 11/12/2018 | APL-SECLIT_00002370 | "China could be driving incremental weakness. On the FQ1'19 call, Apple indicated macro and FX driven consumer weakness in EMs such as Russia, Brazil, Turkey and India. We suspect that China also weakened during the quarter…" | | | |

**Expert Report of Brett Trueman, Ph.D.**

**Exhibit 1**
**Comparison of Analyst Commentary Before and After the Conference Call**

| Analyst | | | October Reports | | | | | | November Reports | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Bates | Discussion re: China | Relevant? | Concern About China? | Date | Bates | Discussion re: China | Relevant? | Concern About China? | | |
| | 10/24/2018 | APL-SECLIT_ 00001330 | [1] "We continue to believe that China and possibly widening consumer weakness represent unit risk for Apple…in the December quarter." [2] "China Continues to Weaken. Macro data points out of China continued to weaken in October." [3] "Chinese Smartphones declined 15% in Q3. In our recent smartphone model update, we reduced our estimates for Chinese smartphones for H2'18 and 2019 due to end market weakness…we find it hard to believe that the weaker consumer environment, should it persist, is going to be helpful to Apple." [4] "We retain our 12-month price target of $240 based on 16.3x P/E (Previous: 16.7x)…We use a slightly lower multiple in order to factor in the risk from China consumer demand weakness." | | | 11/19/2018 | APL-SECLIT_ 00002492 | [1] "The Wall Street Journal reported this morning…that Apple is seeing deteriorating demand relative to what the company had initially expected. We flagged this risk in our October 15th Apple preview here due to rapid smartphone demand deterioration in China." [2] "Unexpected weakness in China unfortunate for Apple. While it now seems that Apple may have miscalculated on the price/feature balance for the XR, we also believe that severe Chinese demand weakness in late Summer and a stronger USD were unexpected headwinds for the company that were difficult to predict." | | | |
| Guggenheim | 10/18/2018 | APL-SECLIT_ 00001155 | "China comps get tougher again now starting in the Sep-qtr,…which could add to growing new concerns already surrounding trade…" | Yes | Yes | 11/1/2018 | APL-SECLIT_ 00002121 | "China held solid at +16%Y/Y even as it now returns to tougher Y/Y comps…with China iPhone revs up >20%Y/Y. Apple did, however, call out macro weakness it now sees in some other emerging markets, including Turkey, Brazil, Russia and India (e.g., where revs were just flat Y/Y), compounded by the stronger USD." | Yes | Yes | [1] 16% is current growth, not an implication for future growth [2] According to analyst, separating other emerging markets from China was due, in part, to FX weakness. [3] Caution expressed in October regarding China; caution expressed in November regarding China |
| Jefferies | 10/29/2018 | APL-SECLIT_ 00001419 | [1] "China is the clear risk to our call…In the near term, the mobile game approval freeze in China could pressure App Store revs although this looks like a classic short-term issue." [2] "Y/Y expected revenue growth in China for F2018 was 15%..." [3] "Greater China Revenue Peaked in 2015, but Returns to Growth in 2018" [4] "We believe Apple has pricing power in China, a reversal from 2016 and 2017…" [5] "The recent game approval freeze in China could be a short term headwind." | Yes | Yes | 11/2/2018 | APL-SECLIT_ 00001970 | No relevant information:  mentions numbers in press release; only mention of China is that "Trade war with China would have a material impact on sales, COGS, ASP." | No | N/A | [1] October report mentions concern about risk due to China. [2] October report also mentions negative effect of game app approval slowdown. [3] Nothing in November report to indicate that the analyst has become less pessimistic |

**Expert Report of Brett Trueman, Ph.D.**

Exhibit 1
Comparison of Analyst Commentary Before and After the Conference Call

| | | | October Reports | | | | | | November Reports | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Analyst | Date | Bates | Discussion re: China | Relevant? | Concern About China? | Date | Bates | Discussion re: China | Relevant? | Concern About China? | Comments |
| JP Morgan | 10/29/2018 | APL-SECLIT_00001502 | "Apple is increasingly participating in international markets, such as China and India, where local players, which are better situated, could leverage their position and pull on levers such as pricing to make the market more competitive." | Yes | Yes | 11/2/2018 | APL-SECLIT_00001749 | [1] "Solid growth in Services revenue of +17% y/y to $10 bn in F4Q, largely in line with JPMe of $10.1 bn, despite a slowdown in China led by regulatory hurdles… [2] "…the firm has to navigate and execute amidst higher macro risks, particularly as relates to a softer outlook for emerging market growth, weakening EM currencies necessitating price increases, as well as softening consumer confidence in that backdrop. For example, Apple cited pressures in emerging markets including Turkey, Brazil, India and Russia and challenges in growth following price increases. Separately, while Apple continues to see solid growth in EM countries like China (+16% y/y in F4Q), it is facing regulatory hurdles relative to growth for the App Store." [3] "Apple is increasingly participating in international markets, such as China and India, where local players, which are better situated, could leverage their position and pull on levers such as pricing to make the market more competitive." [4] "…Apple disclosed it has seen a slowdown in the App Store in China related to greater oversight on new video game approvals. However, Apple importantly stressed it does not believe this oversight is related to US-China trade issues, but is instead a domestic issue." | Yes | Yes | [1] 16% is current growth, not an implication for future growth [2] In November report, mentions game app revenue slowdown. [3] Competition could hurt Apple. [4] Caution expressed in October regarding China; caution expressed in November regarding China |
| | | | | | | 11/12/2018 | APL-SECLIT_00002330 | "China comprises for roughly 50% of Apple's iPhone shipments to EMs, but management affirmed that it is not seeing any material change in volume trends till date in the region." | | | |
| Keybanc | | | No relevant information | No | N/A | 11/1/2018 | APL-SECLIT_00001983 | No relevant information | No | N/A | |
| Longbow Research | | | No relevant information | No | N/A | 11/2/2018 | APL-SECLIT_00002028 | No relevant information | No | N/A | |

**Confidential**

**Expert Report of Brett Trueman, Ph.D.**

Exhibit 1
Comparison of Analyst Commentary Before and After the Conference Call

| | | | October Reports | | | | | November Reports | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Analyst | Date | Bates | Discussion re: China | Relevant? | Concern About China? | Date | Bates | Discussion re: China | Relevant? | Concern About China? | Comments |
| Loop Capital | | | No October Reports | N/A | N/A | 11/2/2018 | APL-SECLIT_00001816 | "Revenue guidance would have been at least in line excluding a handful of transitory items that arose. Specifically, FX revenue translation headwind, USD strength impacting demand in India, Bazil, Russia, Turkey (etc.), production constraints for some of AAPL's new products (i.e., watches and AirPods), and some macro demand stall / impact." | Yes | No | [1] Analyst does not include China in group of emerging markets experiencing FX pressure. [2] No caution expressed in November regarding China |
| Macquarie | 10/24/2018 | APL-SECLIT_00001279 | "We do expect that China games can negatively impact Services growth in the near term, but think that the other drivers will make up for China's slowdown in Services." | Yes | Yes | 11/2/2018 | APL-SECLIT_00002044 | [1] "China – Greater China revenue grew 16% to $11.4B, the fifth straight quarter of double-digit growth. Apple noted that the Other Products category was a bit stronger than the overall company number of 31% growth. iPhone also saw double-digit growth. The App Store, however, has seen a slowdown, specifically on new game approvals, far below the historical pace. Mgmt. commented that they don't believe the slowdown has anything to do with trade-related discussions, rather it is strictly a domestic issue regarding China's new regulatory setup regarding the approval of new video games in the country." [2] "Apple noted that the Emerging Markets they are seeing pressure in are markets like Turkey, India, Brazil, and Russia, where currencies have weakened over the recent period." | Yes | Yes | [1] Like other analysts, comments in October on game app slowdown. [2] Similar comments in November report. [3] 16% is current growth, not an implication for future growth [4] Analyst notes that Apple put Turkey, India, Brazil, and Russia (but not China) together because their countries' currencies have weakened. [5] Caution expressed in October regarding China; caution expressed in November regarding China |
| Maxim Group | | | No October Reports | N/A | N/A | 11/2/2018 | APL-SECLIT_00001923 | No relevant information | No | N/A | |
| Monness Crespi | | | No relevant information | No | N/A | 11/2/2018 | APL-SECLIT_00001837 | No relevant information | No | N/A | |

**Confidential**

**Expert Report of Brett Trueman, Ph.D.**

Exhibit 1
Comparison of Analyst Commentary Before and After the Conference Call

| Analyst | October Reports | | | | | November Reports | | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Bates | Discussion re: China | Relevant? | Concern About China? | Date | Bates | Discussion re: China | Relevant? | Concern About China? | |
| Morgan Stanley | 10/17/2018 | APL-SECLIT_00001080 | [1] "China a Growing Headwind to App Store Growth Near-term" [2] "Pause in China new gaming approvals coupled with fear of economic slowdown in China present a near-term overhang but we see limited downside to near-term estimates and remain bullish on the long term sustainability of Services growth." [3] "Coupled with slower Chinese gaming approvals, decelerating gaming/luxury brand growth in China, and implications of a potentially escalating trade tensions, we see China exposure as the biggest near-term risk." [4] "And while we expect a stricter license approval policy going forward, we view this slow down in China gaming-related revenue as temporary…" | Yes | Yes | 11/2/2018 | APL-SECLIT_00001823 | "F4Q revenue (+20% Y/Y) beat expectations largely on iPhone ASPs (+28%) and Mac sales (+3%) with Services (+17% reported, +27% normalized) maintaining momentum from previous quarters despite China game approval headwind." | Yes | Yes | [1] In October report, expresses concern about macro weakness and slowdown in game app approvals. [2] In October, analyst sees China exposure as biggest near-term risk.  After conference call, analyst mentions that China is the biggest risk to iPhone demand. [3] Caution expressed in October regarding China; caution expressed in November regarding China |
| | | | | | | 11/15/2018 | APL-SECLIT_00002466 | "China remains a wild card and the biggest risk to further pressure on iPhone demand next year." | | | |
| Morningstar | | | No October Reports | N/A | N/A | 11/2/2018 | N/A | No relevant information | No | N/A | |
| Needham | | | No October Reports | N/A | N/A | 11/2/2018 | APL-SECLIT_00002082 | [1] "Risks to Our Target Price: Economic Weakness. If macro economies slow owing to Brexit or China, etc. AAPL's premium price point may lower its device sales." [2] "China is the question that generates the most debate. Although greater China reported double digit growth in FY2Q18, risks to AAPL in China appear to be rising." | Yes | Yes | [1] This is one of many reports that mention that China is a big risk going forward. [2] Caution expressed in November regarding China |

**Expert Report of Brett Trueman, Ph.D.**

**Exhibit 1**
**Comparison of Analyst Commentary Before and After the Conference Call**

| Analyst | Date | Bates | Discussion re: China | Relevant? | Concern About China? | Date | Bates | Discussion re: China | Relevant? | Concern About China? | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | October Reports | | | | | November Reports | | | | |
| Nomura | 10/21/2018 | APL-SECLIT_00001237 | No relevant information: discussed shipment times on some models, as well as estimates of unit sales and average selling prices, all at company level; no commentary on China | No | N/A | 11/2/2018 | APL-SECLIT_00001940 | [1] "Services decelerated, App Store impacted by China regulatory approval of games: Normalized Services growth of 27% YoY slightly missed our and consensus expectations of ~30%. We believe the miss may be related to the slowdown in the App Store in China due to regulatory approvals of games. Apple noted that this is a domestic issue and not related to trade concerns as overall Greater China sales were up 16% YoY." [2] "Pressures from emerging markets in the September quarter could also continue in December. Countries such as Turkey, India, Brazil, and Russia saw weakened currencies and price increases in certain instances which we expect to further impact demand. China however has not been impacted outside of gaming in the App Store. Apple noted that game approvals by regulators in China are improving though there is uncertainty around when it returns back to its normal pace." | Yes | Yes | [1] This is another analyst who comments on the weakness of the game apps in China. [2] 16% is current growth, not an implication for future growth [3] Analyst puts Turkey, Brazil, India, and Russia (but not China) together because their countries' currencies have weakened. [4] Caution expressed in November regarding China |
| Oppenheimer | | | No October Reports | N/A | N/A | 11/2/2018 | APL-SECLIT_00002110 | [1] "While Greater China delivered a respectable 16% Y/Y sales growth, all other regions grew faster." [2] "Greater China: Management indicated that the 16% Y/Y growth was driven by non-iPhone products, although iPhone did deliver double-digit growth. A slowdown in the supply of new mobile games in mainland China also contributed to this region's relatively slower growth compared to rest of the world." | Yes | Yes | [1] 16% is current growth, not an implication for future growth [2] Caution expressed in November regarding China |
| Piper Jaffray | | | No relevant information | No | N/A | 11/2/2018 | APL-SECLIT_00001954 | No relevant information | No | N/A | |
| Raymond James | | | No relevant information | No | N/A | 11/2/2018 | APL-SECLIT_00002101 | No relevant information | No | N/A | |

**Confidential**

**Expert Report of Brett Trueman, Ph.D.**

**Exhibit 1**
**Comparison of Analyst Commentary Before and After the Conference Call**

| Analyst | | October Reports | | | | | November Reports | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Bates | Discussion re: China | Relevant? | Concern About China? | Date | Bates | Discussion re: China | Relevant? | Concern About China? | |
| RBC | 10/21/2018 | APL-SECLIT_00001188 | "Our view: We don't think that headwinds related to China's video game industry would have a meaningful impact on AAPL's results." | Yes | No | 11/1/2018 APL-SECLIT_00001880 / 11/5/2018 APL-SECLIT_00002192 | [1] "AAPL reported modest upside to Sept-qtr results with no notable slowdown from China…" [2] "From a geographic basis, Greater China reported 16.4% y/y revenue growth…" "AAPL saw operating margin decrease sequentially in all regions except China." | Yes | No | No caution expressed in October regarding China; no caution expressed in November regarding China |
| Rosenblatt | 10/22/2018 | APL-SECLIT_00001233 | "iPhone XR pre-orders are similar to iPhone 8/8+ preorders in China last year, and slightly better than the 1.5 million XS/Max preorders in China. This is not a very exciting result. We will continue to track pre-order volumes in China, but so far, we believe iPhone XR demand may be lower than our previous estimates" | Yes | Yes | 11/2/2018 N/A | No relevant information: mentioned results reported by AAPL for Q4 2018 and the guidance for the firm as a whole, mentioned AAPL's production cuts; no commentary on China | No | N/A | Caution expressed in October regarding China |
| Trefis | | No October Reports | | N/A | N/A | 11/4/2018 N/A | No relevant information | No | N/A | |
| UBS | 10/8/2018 APL-SECLIT_00000893 / 10/29/2018 APL-SECLIT_00001379 | | "Expect growth in Western regions, China likely to be a less of a drag." / [1] "Flattish demand in Western regions; China could be better" [2] "China is the greatest unknown given macro uncertainties." [3] "Risks to our Apple thesis include…macro weakness dampening product demand, especially in China…" | Yes | Yes | 11/2/2018 APL-SECLIT_00001802 | "Risks to our Apple thesis include…macro weakness dampening product demand, especially in China…" | Yes | Yes | Caution expressed in October regarding China; caution expressed in November regarding China |
| Wedbush | 10/18/2018 | APL-SECLIT_00001143 | [1] "Looking out into FY19; China consumer demand a key driver… The main swing factor in our opinion looking ahead is China…" [2] "In particular, we estimate between 60 million and 70 million Chinese iPhones will be in the "upgrade window" over the coming year with iPhone's next generation trifecta of smartphones as a major potential product catalyst in the all-important Chinese market, which could see a renaissance of | Yes | Yes | 11/2/2018 APL-SECLIT_00002071 | [1] "Bear case: This latest XS iPhone product cycle disappoints and does not experience significant upgrades; especially within China." [2] "The China region grew 16% year over year this quarter, in line with our expectations.  While competition from lower cost smartphones remain an issue for Apple in China, the underlying growth opportunity out of this region is massive…" | Yes | Yes | [1] Analyst says that China macro/tariffs issue remains a long-term risk. Analyst reiterates that concern after November conference call. [2] 16% is current growth, not an implication for future growth [3] Caution expressed in October regarding China; caution expressed in November regarding China |

**Confidential**

**Expert Report of Brett Trueman, Ph.D.**

Exhibit 1
Comparison of Analyst Commentary Before and After the Conference Call

| Analyst | October Reports | | | | | November Reports | | | | | Comments |
|---------|------|-------|--------------------|-----------|----------------------------|------|-------|--------------------|-----------|----------------------------|----------|
| | Date | Bates | Discussion re: China | Relevant? | Concern About China? | Date | Bates | Discussion re: China | Relevant? | Concern About China? | |
| | | | growth on the horizon for Apple despite lingering worries around the overall China market given current tariff/trade tensions." [3] "China macro/tariffs issue remain a long-term risk." | | | 11/5/2018 | APL-SECLIT_ 00002151 | "Risks to the Attainment of Our Price Target and Rating: ● Success of Apple's product strategy in China, which remains a key growth driver for the coming years and could be impaired by lower priced smartphones and competition. China macro/tariffs issue remain a long-term risk." | | | |
| Wells Fargo | | | No October Reports | N/A | N/A | 11/1/2018 | APL-SECLIT_ 00001847 | [1] "Apple did note that AppStore growth slowed given regulatory changes in China." [2] "Risks include…Slowdown in Chinese growth impacting expanding operations in the country…" [3] "While Apple reported continued strong growth in China (+16% y/y in F4Q18; iPhone +DD%), the company's commentary was relatively cautious on emerging market demand given the strengthening U.S. Dollar." | Yes | Yes | [1] This is another example of an analyst mentioning that gaming app store growth has slowed. [2] Caution expressed in November regarding China |
| Yuanta Investment Consulting | | | No October Reports | N/A | N/A | 11/2/2018 | N/A | They report a 16% year-over-year growth in revenues for Greater China | Yes | No | The analyst just reported the historical revenue growth rate in China.  No mention is made of an expected revenue growth rate for China for fiscal 2019. |

**Notes:**
Emphasis removed from all quotes.

**Confidential**