# EXHIBIT 5

**EXPERT REPORT OF ODED SHENKAR**
**April 27, 2022**

*In re Apple Inc. Securities Litigation*, No. 4:19-cv-02033-YGR (N.D. Cal.)

<u>**HIGHLY CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER**</u>

# TABLE OF CONTENTS

**Page**

I.     INTRODUCTION AND SUMMARY OPINION.................................................................1

    A.     The Nature of My Assignment ...........................................................................1

    B.     Complaint Allegations and Background Relevant to my Analysis and
        Opinions .............................................................................................................1

    C.     Experience and Qualifications ...........................................................................3

    D.     Summary of Material Considered .......................................................................4

    E.     Summary of Opinions ........................................................................................5

II.    RELEVANT BACKGROUND .......................................................................................6

    A.     China's Economic Rise .......................................................................................6

    B.     Chinese Social and Consumer Culture ...............................................................9

    C.     The Luxury Goods Market in China .................................................................15

    D.     The Smartphone Market in China .....................................................................17

III.   EVIDENCE OF HEADWINDS TO CONTINUED ECONOMIC GROWTH IN
      GREATER CHINA .....................................................................................................21

    A.     Rise in Chinese Consumer Debt .......................................................................22

    B.     Demographics ...................................................................................................24

    A.     Trade Friction With the United States in 2018 ..................................................26

    B.     Public Opinion .................................................................................................27

    C.     Slowdown in the Global Smartphone Market and Specifically China .................28

    D.     The Increasing Smartphone Competition in China.............................................30

IV.    APPLE'S DEPENDENCE ON CHINA DRIVES CLOSE MONITORING OF
      CHINESE ECONOMY, COMPETITION AND CONSUMER BEHAVIOR .................38

    A.     Apple's Dependence on the Chinese Labor and Consumer Markets ...................38

    B.     Knowledge, Monitoring and Control .................................................................43

    C.     Apple's Corporate Structure and Human Resources Focused on China ..............47

**Page**

V.    INTERNAL COMPANY SOURCES CONFIRM APPLE'S MONITORING AND REVIEW OF THE ECONOMIC AND SMARTPHONE MARKET TRENDS IN CHINA ..........................................................................50

    A.    Internal Sources Confirm Apple's Access to Data from and Keen Focus on China ............................................................................................50

    B.    Internal Sources Confirm Apple's Awareness of and Interest in Economic Deceleration in China ............................................................55

    C.    Internal Sources Confirm that Apple had a Close Relationship with iPhone Resellers and Other Partners in China, and Relied on Them for Smartphone Market Demand Signals ....................................................57

    D.    Internal Sources Also Confirm that Apple Collected Contemporaneous Information About Competitors in the Chinese Smartphone Market ...................60

VI.    CONCLUSION ....................................................................................62

## I.     INTRODUCTION AND SUMMARY OPINION

### A.     The Nature of My Assignment

1.     I have been asked by counsel for Lead Plaintiff, Robbins Geller Rudman & Dowd LLP, in the above-referenced action to evaluate and provide an opinion on the history of economic growth in modern China, defined as the portion of the People's Republic of China (PRC) that is commonly labeled as the Chinese Mainland.[1]  I have also been asked to provide an opinion on the type of data foreign corporations typically rely upon to assess consumer sentiment and consumer preferences in China, including economic conditions and business conditions.  I have also been asked to provide an opinion on whether the type of data that Apple collected and analyzed concerning the Chinese market is consistent with the type of data typically available to foreign corporations that are dependent on business in China as an important part of their overall operations, and whether it was rigorous and accessible to the Company's senior decision-makers.  Accordingly, the following is my professional assessment of the circumstances leading up to Apple's November 1, 2018 earnings announcement, and the subsequent January 2, 2019, pre-announcement of 1Q19 financial results[2], as they related to Apple's likely knowledge of their market position in China on November 1, 2018.  In particular, I have focused on the smartphone market and the Apple iPhone, which is the Company's flagship product globally, as well as in the China market.

### B.     Complaint Allegations and Background Relevant to my Analysis and Opinions

2.     In the Revised Consolidated Class Action Complaint for Violation of the Federal Securities Laws (the "Complaint"), Lead Plaintiff alleges that "Apple issued a series of materially false and misleading statements and omissions about the current condition of its business, in particular, demand for the Company's new iPhone XS, XS Max, and XR, and the strength of its business in China."[34]

3.     The alleged misstatements took place during a conference call for analysts and investors on November 1, 2018.  As relevant for my report, Lead Plaintiff alleges that in response

---

[1]   This does not include Hong Kong and Macao SAR (Special Administrative Regions), nor Taiwan.  The latter are part of Apple's Greater China region but, at least as compared to the Mainland, are relatively minor in market size.

[2]   Apple fiscal 1Q19 is the period from September 30, 2018 to December 29, 2018.

[3]   I understand that the Court has permitted Lead Plaintiff to proceed with claims based on its allegations regarding Cook's comments in response to the question about emerging markets and China, in part, because that statement plausibly referred to pressure Apple was experiencing in the China market in the present (*i.e.*, as of November 1, 2018).  The Court did not allow Lead Plaintiff to proceed on the other alleged misrepresentations.

[4]   Complaint, ¶18.

to a question about deceleration in emerging markets, including factors specific to China, Apple CEO Tim Cook misrepresented the strength of Apple's business in China.

> [Analyst:] Tim, there has been some real deceleration in some of these emerging markets, partly driven by some concerns around some of the rules the administration is contemplating and partly driven by things more specific to China, for instance, like some of the regulations around gaming. So can you talk about how you see the trajectory there for the business and what you think of the initiatives of some companies like Netflix and Fortnite trying to bypass the App Store around subscriptions? . . .

> [Cook:] Starting with emerging markets. The emerging markets that we're seeing pressure in are markets like Turkey, India, Brazil, Russia, these are markets where currencies have weakened over the recent period. In some cases, that resulted in us raising prices, and those markets are not growing the way we would like to see. To give you a perspective in – at some detail, our business at India in Q4 was flat. Obviously, we would like to see that be a huge growth. Brazil was down somewhat compared to the previous year. And so I think – or at least the way that I see these is each one of the emerging markets has a bit of a different story. And I don't see it as some sort of issue that is common between those for the most part.

> In relation to China specifically, I would not put China in that category. Our business in China was very strong last quarter. We grew 16%, which we're very happy with. iPhone, in particular, was very strong double-digit growth there. Our other products category was also stronger, in fact, a bit stronger than even the company – overall company number.[5]

    4.    Lead Plaintiff alleges that Tim Cook's statement excluding China from the category of markets where Apple was experiencing pressure was materially false and misleading when made because Defendants[6] knew or deliberately disregarded, and failed to disclose, the following true facts:

        (a)    that the U.S.-China trade tensions and economic conditions in China were negatively impacting sales and demand for Apple products, particularly iPhones;

        (b)    the Company had already begun to see declining traffic in Apple's retail stores and those of its channel partner stores in Greater China, and reports of an overall contraction of the smartphone industry; and

---

[5]    Order Granting in Part and Denying in Part Defendants' Motion to Dismiss the Revised Consolidated Class Action Complaint, dated November 4, 2020 at p. 2-3.

[6]    "Defendants" refers to Apple Inc. (Apple or the Company) and Individual Defendants Tim Cook and Luca Maestri.

(c) the Company had already, or was preparing to, cut iPhone production at multiple manufacturers and reduce orders from its largest suppliers of iPhone components for the current quarter and holiday season.

5. The Complaint alleges that subsequent to the November 1, 2018 misstatements that Apple's stock traded at an artificially inflated price, although there were partial disclosures of the true facts in the form of news reports detailing production cuts of iPhones by Chinese manufacturers, other supplier cuts and the extreme lengths Apple went to in order to promote iPhone sales.

6. Lead Plaintiff alleges that the true facts, "including the impact of deteriorating economic conditions in China," were only completely revealed on January 2, 2019, in a "Letter from Tim Cook to Apple Investors" that preannounced Apple's first earnings shortfall relative to public revenue projections in fifteen years.

7. The Complaint further describes how the letter detailed:

(a) "Most" of the revenue shortfall to guidance occurred in Greater China.

(b) "Over 100%" of the quarter-over-quarter worldwide revenue decline occurred in Greater China.

(c) iPhone revenue accounted for all of the revenue shortfall and was "primarily" due to poor sales in Greater China.

8. Lead Plaintiff also alleges that Cook stated in a television interview with CNBC following publication of the letter that, with respect to China, "it's clear that the economy begins to slow there for the second half" and "we saw, as the quarter went on, things like traffic in our retail stores, traffic in our channel partner stores, the reports of the smartphone industry contracting, particularly bad in November."

C. Experience and Qualifications

9. I have a B.A. degree in East Asian (Chinese) Studies from the Hebrew University of Jerusalem, and an MSc.soc degree in sociology (with business and modernization studies) from the same institution. I also have an M.Phil and PhD degrees from Columbia University, where I was the first doctoral student to qualify in Chinese sociology and wrote a dissertation on the Chinese bureaucracy, supervised by faculty from sociology, the graduate school of business, and the East-Asian Institute. I have taught in business schools for forty years and, in addition to my current post, have held positions and visiting positions at various institutions, *e.g.*, University of Cambridge (where I was the first Andersen Senior Fellow at the Judge Institute of Management), as well as at several major Chinese universities, including, but not limited to, Peking University, the Chinese University of Hong Kong, Hong Kong University of Science and Technology, the University of International Business and Economics (UIBE) (Beijing), and Sun Yat-Sen University (Guangzhou), where I am an honorary professor.

10. I have been the inaugural appointee and currently hold the Ford Motor Company Chair in Global Business Management at the Fisher College of Business, the Ohio State

University, where I am also a Professor of Management and Human Resources and a member of the China Institute and the East-Asian Studies Center.  I am a Fellow of the Academy of International Business and served as its Vice President.  I have also been a member of the Conference Board's Council of Integrating Executives.  I have published over 130 scholarly papers in the major journals in international business, strategy, and related fields (*e.g.*, finance), and have written over ten books, many of which have been published in numerous foreign editions.  My recent books include International Business (Routledge, 4th edition, with Y. Luo and T. Chi, 2021), Navigating Global Business: A Cultural Compass (Cambridge University Press, with S. Ronen, 2017), Copycats: How smart companies use imitation to gain a strategic edge (Harvard Business Press, 2010), and The Chinese Century (Wharton Publishing, 2004/6).  My work has been cited in major print outlets around the world, *e.g.*, the New York Times, the Financial Times, the Economist, and the China Daily, as well as on various web outlets and on the air, *e.g.*, the BBC, CNN, and China Global Television (formerly CCTV), where I have been a frequent guest.

11.     I have provided consulting advice to major companies around the world, including, but not limited to, the United States and China.  This includes well known firms, *e.g.*, Walmart, Citigroup, and Geely, as well as small and medium sized enterprises, government agencies, *e.g.*, the United States Postal Service (USPS) and the State of Hawaii, and international organizations, *e.g.*, the International Labor Office (ILO) in Geneva.  I have served as an expert witness on several cases involving China.  On the policy front, I have appeared a number of times before the U.S.-China Economic and Security Review Commission of the US Congress, presented on China to the Western Governors Association, among others, and provided advice to government at the highest (*e.g.*, cabinet and presidential adviser) level.  With the exception of 2020/2021 (Covid-19 restrictions), I have been in China every year since 1987, not only in all of the major metropolitan areas known as First-Tier cities, *i.e.*, Beijing, Shanghai, Guangzhou and Shenzhen, but also in virtually all "New Tier I" cities such as Xian, Nanjing, Hangzhou and Chongqing, and in many Tier-2 and Tier-3 cities, as well as smaller townships and villages.  This includes those located in far-flung provinces such as Yunnan and Inner Mongolia.

12.     I have served as an expert witness on at least five occasions.[7]  I am being compensated at the hourly rate of $750 for researching and drafting my opinion and $850 for deposition and $950 trial testimony.  A copy of my curriculum vitae is attached hereto as Exhibit 1.

### D.     Summary of Material Considered

13.     To accomplish my assignments, I reviewed a variety of sources, including, but not limited to, the scholarly literature in relevant disciplines, industry and bank reports, government data and reports, academic center and nonprofit centers' publications, think tank reports, analyst reports, print and electronic media.  I have also made use of materials made available to me by Robbins Geller.  Finally, I have also relied on my personal experience in research, consulting, and

---

[7]     In the past four years, I have provided written testimony in the following action: *Dahua Technology USA, Inc. v. Feng Zhang*, Civil Action No. 1:18-cv-11147-IT (D. Mass).

policy related work, as stated above.  All sources considered in forming my opinion are cited within the body of my report, in the footnotes, or as listed in the attached Exhibit 2.

###   E.   Summary of Opinions

14.   I have formed the following opinions in connection with my assignment:

(a)   Approaching 2018, and continuing through it, there were signs of the maturation and commoditization within the global smartphone market, to which Apple, as an innovator and premium price leader, was especially vulnerable.

(b)   In 2018 in China, there was significant evidence of major economic headwinds across multiple indicators, that, combined with the global industry trends, had a visibly adverse impact on the local smartphone market.

(c)   Apple's high level of dependence on China, for both manufacturing and sales, as well as the emergence of local competitors with global ambitions, would have caused Apple to closely monitor competition, consumer behavior, and demand trends in China.

(d)   Apple's organizational structure and executive staffing, especially the changes undertaken just prior to 2018, are indicators of the Company's strong attention to the China market and are consistent with Apple's public statements and internal documents.

(e)   Frequent trips to China by Tim Cook and his personal meetings with President Trump and Chinese leadership indicate that Cook was well versed in contemporary events, including rising trade tensions, impacting the China market.

(f)   Leading up to Apple's 1Q19 earnings announcement on November 1, 2018, a multitude of warning signs concerning a deterioration of China's smartphone market were apparent to Apple and its top executives, with some translated into tangible corporate actions including reduction of iPhone production levels.

(g)   In the years prior to 2018, Apple observed, and monitored, intensifying competition from Chinese smartphone makers, ranging from established players to startups, that offered competitive pricing while matching, or exceeding features, especially those desired by Chinese consumers.  That competition continued to escalate in the lead up to November 1, 2018 as major domestic competitors launched smartphones clearly inspired by (if not copying) Apple's products but at lower price points and/or better specifications.

(h)   Internal documents confirm that Apple systematically monitored and reviewed the state of the Chinese economy in general and the smartphone market in particular, as well as the local competitive landscape, and that it triangulated in-house sources with those of outside analysts, research organizations, and the media to obtain a comprehensive and accurate picture of Apple's overall business.

15.   These opinions are based on my understanding of the relevant facts related to the action, my experience and research concerning economic, social and political factors related to Greater China and related geographic markets, materials made available to me by counsel and

documents independently collected concerning U.S. and China trade markets occurring in and around calendar year 2018.

16.     My engagement and work on this case are continuing and I reserve the right to update, amend or supplement my opinions in the event I learn additional facts or obtain additional materials or evidence relevant to the case.

## II.     RELEVANT BACKGROUND

### A.     China's Economic Rise

17.     Established in 1949, the People's Republic of China (PRC; henceforth "China") started out by establishing a Soviet-like centrally planned economy. In a matter of few years, China developed its own version, which would be called today an "economy with Chinese characteristics."   Among the features were more decentralization of economic power and production than that in the Soviet model (partly a remnant of imperial patterns, partly out of fear of a foreign invasion), as well as ideological campaigns such as the Great Leap Forward of the late 1950's and the Cultural Revolution launched in mid-1966 and lasting, albeit in a more muted form, into the 1970's, both of which badly damaged the economy.  The inherent limitations of the model, and these destructive campaigns, kept the Chinese economy hobbled, and performing well below its potential.  This potential would have been apparent to anyone who studied the success of other predominantly Chinese societies such as Taiwan, Hong Kong and Singapore in the 1960's and beyond, not to mention the overseas Chinese who made up much of the business elite throughout South East Asia.  By the mid-1970's, with the Cultural Revolution fading and the country cautiously opening up to worldwide trade and economic opportunity, it became clear that China was lagging behind the rest of the world, and that a dramatic transformation would be necessary for the country to live up to its potential.

18.     This dramatic change came in the Fall of 1978, when the Chinese leadership, led by Deng Xiaoping, embarked on one of the most ambitious political and economic reform programs in history.  The country, which until then had featured an autarkic economy virtually closed to the outside world, was set to open up to foreign investment, starting with four Special Economic Zones where such investment was allowed.  These Special Economic Zones first opened in the more developed areas on the coastal seaboard and then expanded, first into regions nearby and, incrementally, into the heartland.[8]   Foreign investment, essentially prohibited since the 1950's, was invited in the hope that it would bring technology and modernization, much as it did for Japan at the onset of the Meiji restoration and more so in the aftermath of World War II, and as it did for South Korea, Taiwan and Singapore, the so called "Little Dragons."[9]  China opened

---

[8]     *See*, *e.g.*, Shenkar, O. *Organization and Management in China*, 1979-1990. M.E. Sharpe; Lin, G.C.S., State policy and spatial restructuring in post-reform China, 1978-95, *International Journal of Urban and Regional Research*, 23, 4, 1999, 670-696.

[9]     *E.g.*, Bradshaw, J. The four little dragons: The spread of industrialization in East Asia, *Korean Studies,* 18, 1994, 241-245.

faster and wider to foreign investment than Japan did, leveraging its bigger size and labor force to extract more concessions from investors.  Many of the investors came from Hong Kong, Taiwan and overseas Chinese communities, but also from the U.S., Europe, and Japan.  A modern regulatory framework was gradually developed, though it was "with Chinese characteristics," that is, with features that differentiated the Chinese system from that of other economies, in particular, retaining a strong and active role for the government, beyond mere regulation.[10]  It is not surprising that most multinational enterprises in China include government affairs executives in their senior management team.[11]

19.     Throughout its rise, the active role of the government in the Chinese economy remained somewhat of an enigma to Western observers, many of whom have wrongly expected the Chinese government to gradually retreat from an active economic role.[12]  It is useful to recall that when the reforms were launched, and well into the twenty-first century, most economic textbooks stated that a substantially free market was possible only under a free political system.

20.     Outside observers were baffled by China's economic progression via a hybrid, "market socialism" model, in which the government retained a central role of "economic guidance."  The "market socialism" model allowed for competition in sectors not considered "Pillar" or "Strategic," while keeping others the exclusive domain of the state sector or, at least, domestic players, and establishing a nation-wide network of competitive intelligence that was designated, among other tasks, to assist with the collection, analysis and dissemination of information that could facilitate the ascent of local Chinese firms.[13]  This data, thus used in the service of national policies, were in turn translated into actionable steps to assist implementation.

21.     Foreign observers were also baffled by other 'anomalies' in the Chinese economic landscape which were inconsistent with the dominant economic thinking in Western countries and the empirical evidence available up to that point.  For example, it was assumed in Western economic thinking that an economy lacking protection of intellectual property rights (IPR) would be unable to draw substantial foreign investment.[14]  And yet, China has managed, to do just that,

---

[10]   *E.g.*, Gong, X., A socialist market economy with Chinese characteristics: The accounting annual report of China mobile. *Accounting Forum,* 41, 3, 206-220.

[11]   Chen, Y.R.R., The strategic management of government affairs in China: How multinational corporations interact with the Chinese government, *Journal of Public Relations Research*, 19, 3, 2007, 283-306.

[12]   Jefferson, G.H. & Rawski, T.G. Enterprise reform in Chinese industry, *Journal of Economic Perspectives,* 8, 2, 1994, 47-70.

[13]   Wright, S., Examining differences in competitive intelligence practice: China, Japan and the West, *Thunderbird International Business Review*, 51, 3, 249-261.

[14]   *E.g.*, Javorcik, B.S., The composition of foreign direct investment and protection of intellectual property rights: Evidence from transition economies. *European Economic Review,* 48, 1, 2004, 39-62.

becoming the number one IPR violator in the world at the same time that it attracted, eventually, more foreign investment than any other nation.[15]   Throughout it all, foreign companies were "encouraged" to invest in "appropriate" sectors, per government policies (more on that later) as well as share their technology and knowledge.

22.     As China's economy developed and local absorptive capacity has grown to the point of being able to digest and deploy advanced knowledge, foreign firms were encouraged and, more often than not, pressured not only to turn a blind eye to IPR violations, but also to proactively transfer technology to local competitors as a condition for entry, in the hope that local companies will challenge the foreign firms and leverage the local market as a stepping stone on their way to become "global champions."[16]

23.     Economic and political peculiarities notwithstanding, the advent of the Chinese economy since the launch of the reforms has been among the most impressive in history.  It has catapulted the country from representing roughly 3% of the global economy prior to the 1978 launch of the reforms to close to 17% in 2018 and more than 18% today. The magnitude and the pace of the rise confounded even the most optimistic projections.  For example, early in this century, Goldman Sachs predicted that China would overtake the United States as the world's largest economy around 2042, whereas my own forecast, stated in *The Chinese Century*, was that this this threshold would be crossed by 2025.  In fact, using Purchasing Power Parity (PPP) numbers, China is already the world's largest economy, having overtaken the United States years ago.[17]  In the 1980's and 1990's, and into the first decade of the twenty-first century, China has enjoyed a double-digit annual growth rate, and has become the number one market globally in many sectors, *e.g.*, automobiles.

24.     The combination of an already large size with the double-digit growth rates that characterized its economy, with interruptions that have proved temporary (*e.g.*, after Tiananmen), has made China a country that companies could only ignore at their peril.  Though the pipedream of "selling a toothbrush to every Chinese"[18] has quickly evaporated, the *making* of toothbrushes or most other consumer products has proved to be lucrative.  A wealth of cheap and available labor drew manufacturers from around the world, with many relying on local original equipment manufacturers (OEMs) while others established their own production facilities, first in the form of joint ventures, the entry mode preferred by Chinese authorities thanks to its technology transfer potential, and then also in the form of wholly owned foreign enterprises (WOFEs).   The contribution of those Foreign Invested Enterprises (FIEs) proved prescient, and was a key factor

---

[15]   Yu, P.K. Intellectual property, economic development, and the China puzzle, *Michigan State University Legal Studies Research Paper* No. 04-23, 2018*; Shenkar, O., *The Chinese century,* Wharton Publishing, 2004

[16]   Kelley, L. & Shenkar, O., *International Business in China*, Routledge, 2013.

[17]   Shenkar, O. *The Chinese Century*, PA: Wharton, 2014; Datastream.

[18]   Shenkar, O. *The Chinese Century,* Wharton Publishing, 2004/2006.

behind the fast and furious rise of local Chinese competitors challenging foreign players at home and, eventually, also in foreign markets.

25.    By the turn of the century, foreign firms were looking at China as a consumer market, eventually positioning themselves, in the terminology of the U.S. Chamber of Commerce in China (AmCham) as "in China for China," that is, manufacturing in China for the local market as opposed to using the country primarily as a production and export platform to foreign markets, a so called "factory to the world."  A rapid rise in living standards, a growing middle class, and continued robust economic growth, further supported in a later phase of the reforms by a move to stimulate domestic demand, has made China a globally important market.  Surveys of foreign firms have shown the country as the number one investment priority or, at the least, one of the top three globally.[19]

26.    Generally speaking, the only major companies that are not in China today are firms that have not been allowed to do business there, e.g., because their sector has been on the "prohibited" or "restrictive" lists.  Updated every few years since 1995, foreign investment has been classified into "encouraged," "permitted," "restricted" or "prohibited."  In 2017, the two latter categories were merged into a "negative list," where foreign investment was not allowed, though the list was somewhat shortened in 2018 (foreign trade zones had a still shortened list).  Also absent from China are companies that have left for reasons varying from failing to adapt to the Chinese market (e.g., Home Depot), having to contend with glaring preferences for local competitors (e.g., Uber), or being required to hand the government control over domestic data (e.g., LinkedIn), among other reasons.  Those foreign companies that have stayed in China have often come to depend on the Chinese market and its potential for growth.  For example, China is Volkswagen's largest market,[20] so when sales in China fall, as they did for 2020 following the Covid-19 pandemic, this is immediately felt in Volkswagen's bottom line.

### B.    Chinese Social and Consumer Culture

27.    Culture is a potent force that is studied in virtually all disciplines.[21]  In consumer behavior, culture is a key construct, explaining variations in buying patterns across and within nations.[22]  This goes beyond product adaptation.  The brand, after all, is a cultural marker, positioning consumer choice not only as a function of cultural fit, but also as a signal of that culture,

---

[19]   American Chamber of Commerce in China, Annual surveys.

[20]   Volkswagen, *Country report*, 2019.

[21]   Ronen, S., and Shenkar, O., *Navigating Global Business: A Cultural Compass*, Cambridge University Press, 2017; Shenkar, Oded, Using Interdisciplinary Lenses to Enrich the Treatment of Culture in International Business, *International Business Review*, Anniversary Issue, 30, 2, 2021.

[22]   McCort, D.J. & Malhotra, N.K. 1993. Culture and consumer behavior: Towards an understanding of cross-cultural consumer behavior in international marketing. *Journal of International Consumer Marketing*, 6, 2, 91-127.

primarily at the national but also at the industry and corporate level.[23]   Globalization notwithstanding, evidence shows little if any change in cultural patterns over time.  The argument that cultures have been converging around some universal values, tempting as it may be, is not supported by evidence.   An analysis of the largest and most diversified aggregate of cultural surveys available to date, has shown virtually no change in cultural clustering (grouping based on relative similarity) over a span of over two decades.   Other evidence from such fields as psychology and anthropology shows that core cultural traits tend to survive over long periods of time.[24]  Culture however should not be treated as a "residual category."  This means that one should not automatically attribute any variation, say in consumer behavior, to culture, without assessing alternative explanations and the potential role of other variables.  Business behavior, including, but not limited to consumer choice, is a result of a complex interplay of various cultural, institutional, and other layers.[25]  Price, positioning and other variables interact to inform customer decisions, which also vary along regional and personal lines, among others.  For example, a consumer may find a product culturally appealing, but be unable to afford it.

28.    A comprehensive review of Chinese cultural values, as situated within the organizational, strategic, and business context in which they are embedded, is beyond the scope of this report, as are variations in region, sector, industry and ownership, among others, all typically missed or misinterpreted when using a U.S.-centric lens.[26]  The reason for the misinterpretation is simple: The national cultures of the United States and China are not only different, as evidenced, for instance, by their disparate culture cluster affiliation at the highest cutoff level in the Ronen & Shenkar map[27]; the two cultures are diametrically opposed,[28] so much so that they are often chosen to illustrate the magnitude and power of cross-cultural differences by way of contrasting

---

[23]   Craig, C.S. & Douglas, S.P. 2006. Beyond national culture: implications of cultural dynamics for consumer research. *International Marketing Review,* 23, 3, 322-342.

[24]   Ronen & Shenkar, 2017, Ibid.

[25]   Ronen & Shenkar, 2017, Ibid.

[26]   Shenkar, O., and von Glinow, M. A.  Paradoxes of Organizational Theory and Research: Using the Case of China to Illustrate National Contingency.  *Management Science*, Special Issue on the Universality of Management Science, 40 (2), 1994, 56-71; Shenkar, O., Management with Chinese characteristics, *Quarterly Journal of Management*, 1, 1, 2017, 1-11 (in Chinese).

[27]   Ronen, S. & Shenkar, O., *Navigating global business: A cultural compass*, Cambridge, 2017.

[28]   Oyserman, D., Con, H.M. & Kemmelmeier, M., Rethinking individualism and collectivism: Evaluation of theoretical assumptions and meta-analyses, *Psychological Bulletin,* 128, 1, 2002, 3-72.

examples.[29]  Evidence shows limited cultural change in those patterns across Chinese societies,[30] with patterns surviving into second and third generation Chinese immigrants.[31]

29.     China is a member of the Confucian cultural cluster in Ronen & Shenkar's clustering map.[32]  Members of the Confucian cluster, like all cultural clusters, share values and beliefs that are correlated with organizational and business behavior.  Members of this cluster include, at the highest similarity level, mainland China, Taiwan, Hong Kong and Singapore.  South Korea and Japan are also members of this cluster but at a lower level of similarity to that of the four predominantly Chinese societies.[33]  Among the attitudes and behaviors associated with this cultural cluster is an elevated reliance on vertical sources of guidance, deference to higher status individuals, and reliance on the group as the focal actor.  Hierarchy is one of the most important tenets of Confucianism. In addition to the sources noted earlier, the GLOBE survey shows the value of power distance, a synonym term for hierarchy, not only to be high relative to most other cultures, but also as having among the lowest discrepancies between "as is" and "should be" readings, implying high tolerance for vertical social relations.[34]  Equally relevant is the concept of 'face,' that, to oversimplify, implies avoiding embarrassment of oneself and relevant others, especially those in one's *guanxi* (relations) network.[35]  A more detailed review of Chinese culture can be found elsewhere in this document.

30.     The aforementioned values of Chinese culture have a profound impact on consumer behavior, among other business features.  They imply, for instance, that status and status display are of great importance, and explain, for instance, why China strikes above its per capita economic

---

[29]  Ma, R., Huang, Y.C. & Shenkar, O. Social networks and opportunity recognition: A cultural comparison between Taiwan and the United States, *Strategic Management Journal,* 32, 2011, 1183-205.

[30]  Structure and importance of work goals among managers in the People's Republic of China, *Academy of Management Journal,* 30, 3, 1987, 564-576.

[31]  Rosenthal, D.A, & Feldman, S.S., The nature and stability of ethnic identity in Chinese youth: Effects of length of residence in two cultural contexts, *Journal of Cross-Cultural Psychology,* 23, 2, 1992, 241-227.

[32]  Ronen and Shenkar, 2017, Ibid.

[33]  Ronen & Shenkar, 2017, Ibid.; Shenkar, O. & Ronen, S., Structure and importance of work goals among managers in the People's Republic of China, *Academy of Management Journal,* 30, 3, 1987,564-576.

[34]  Fu, P.P., Wu, R.X. & Yang, Y.K. Chinese culture and leadership. In Chhokar, J.S., Brodbeck, F.C. & House, R.J., eds.), *Culture and leadership across the world,* NY: Taylor & Francis, 2008, 877-908.

[35]  Bond, M.H. & Hwang, K.K. The social psychology of Chinese people. In Bond, M. (Ed.), *The psychology of the Chinese people*, Oxford University Press, 1986, 213-266.

weight in purchasing luxury products.  Still, as I will explain in more detail later, not all products send a clear status signal.  The smartphone, for one, does so because it is frequently visible, for example, when one takes a call, sends a text, browses the internet or pays in a restaurant.[36]  Having said that, it is important to remember that price does not have a one-to-one relationship with status, for example, a cheaper phone with, say, a bigger screen, might be more attractive (as noted elsewhere in this document, a large screen is especially important in China because the smartphone is the primary computing device for many consumers) than an expensive device with a smaller screen.

31.    In addition to economic and cultural factors, there are institutional factors that impact consumer behavior in China, which are mentioned throughout this report, such as the government's direct role in impacting consumption, *e.g.*, by alternating constraining and liberalizing measures concerning housing purchases, a big ticket item that influences, for instance, the disposable income available for other items.  Doug Guthrie (an Apple advisor at the time) and Brandon Edwards proposed a political economy framework which provides a contemporary Chinese consumer behavior including five elements: (i) a centralized state, taking a heavy handed, often protectionist approach; (ii) local government, which is closely engaged in economic development; (iii) grassroot populism, that rapidly disseminates ideas across the society; (iv) a network social structure; and (v) a private sector that facilitates grassroot aspirations.[37]

32.    Guthrie and Edwards, cited above, note, and seem to be critical of, most of the literature on consumer behavior in China, arguing that it only takes a perspective on the individual.  My view is that context matters, but institutional factors are only part of it (for instance, culture is of great importance), that macro, contextual factors are *complementary* to group and individual variations, and that in the end, it is an individual who makes a buying decision.  For example, a migrant worker on a construction site might be less worried about how his coworkers judge his phone than a young urban dweller interacting with a significant other.  Note, for instance, that the purchase of luxury goods declined markedly in the Great Recession of 2008,[38] but has shown resilience for certain customers in some recessionary environments.[39]  It is important to remember the "Chinese characteristics" that are relevant here: Status is not the only factor in the decision of customers to purchase a status-laden product.  For instance, cost matters in China where there is a

---

[36]   O'Regan and Chang, H., Smartphone adoption among Chinese youth during leisure-based tourism: Challenges and opportunities, *Journal of China Tourism Research,* 2015, 1-17.

[37]   Guthrie, D. & Edwards, B., Consumption in the age of Xi: Understanding China's evolving consumer market. APL_SECLIT_00244367.

[38]   Choi, S.H., Global luxury brands strategies to fight recession, *SERI Quarterly,* 2,4, 2009, 108-111.

[39]   Davari, A., Iyer, P., Guzman, F. & Veloutsou, C., The determinants of personal luxury purchase intentions in a recessionary environment. *Journal of Marketing Management,* 2022.

large group of the "merely wealthy" that is not as immune to cost as the "super wealthy."[40] Practical features also count, perhaps not for a handbag but definitely for a mobile phone or smartphone.[41]

33.     Anywhere, paying much more for a product with similar or inferior features may be embarrassing, but in China it can make the buyer lose face, a cardinal sin in Chinese culture, and one that is doubly problematic in a recession.[42] This phenomenon cross-cuts with the uniquely Chinese notion of *shanzhai* culture, where a fake product gains the cache of urban chic, making a local copycat as, if not more, desirable than the premium original.[43] Contemporary internal Apple documents analyze, at length, the *shanzhai*, or "copycat" movement, and discuss not only its cultural and historical origins, but also how the government deployed copying "as an innovative populist movement that was fully sanctioned and protected by the State."[44]

34.     Consumer spending in China has grown as the product of several intertwined developments.  First is the overall growth in the economy (GDP) and in particular GDP per capita, uneven as it may be (regional variations will be noted later).  Between 1990 and 2019, China's per capita GDP grew more than thirty-fold, more than triple the rate of second-ranked Poland, many times faster than other major economies, and roughly ten times faster than that of the U.S.[45] Average income of Chinese employees has not lagged behind, almost tripling between 2010, when it was 37,000 Yuan, and 2020, when it reached close to 100,000 Yuan.[46] It is thus no surprise that the "factory to the world" has quickly become not only an export juggernaut but also a base for making products and offering services "in China for China."

---

[40]   Atsmon, Y., Dixit, V & Wu, C., Tapping China's luxury-goods market, *McKinsey Quarterly,* 2011.

[41]   Xiao, Q., Understanding the asymmetric perceptions of smartphone security from security feature perspective: A comparative study, *Telematics and Informatics,* 58, May 2021. This example is focused on security fetures.

[42]   Li, J.J. & Su, C., How face influences consumption, *International Journal of Market Research,* 49, 2, 2007, 237-256.

[43]   The Information: Inside Apple's War on iPhone Fraud in China by Wayne Ma, Oct 09, 2018 7:02 AM PDT; see also APL-SECLIT_00510337 (email re: "WSJ: Apple Comes Under Media Fire in China").

[44]   APL-SECLIT_00244366, at 77 (Guthrie, D. and Edwards, B., Consumption in the Age of Xi: Understanding China's Evolving Consumer Markets).

[45]   Dychtwald, Z., China's new innovation advantage, *Harvard Business Review*, May/June 2021.

[46]   National Bureau of Statistics, China. Cited, for instance, in Ip, C., China's luxury goods market: how big is it, and what impact has the coronavirus pandemic had?, *South China Morning Post*, November 6, 2021.

35.     The rise in disposable income for Chinese people was also a result not only of economic growth but of a gradual policy shift from investment (much of it in infrastructure), production and exports towards domestic consumption.  It may sound surprising, but it was only in the second decade of the twenty-first century that the share of consumer spending as a proportion of GDP has started to grow.[47]  A 2016 forecast foresaw continuous growth, though this depended on, among other factors, further decline in the household savings rate and heavier reliance on household income going forward.[48]

36.     Relatedly, it is important to mention that savings are not only a narrowly defined economic indicator but also a cultural and institutional trait.  On the cultural side, Chinese tend to have very high rates of savings (between five and ten times the U.S. rate, depending on the time period), a phenomenon also observed among overseas Chinese.  On the institutional side, the high rate of savings is also the result of a rudimentary safety net that, with the reforms, had to be created anew (pre-reform, "cradle to grave" security was provided within the State-Owned Enterprise (SOE) or the *danwei* (work unit) to which all Chinese belonged, and it has taken the government time to establish a national alternative).  Even today, a hospital procedure will often require an advanced cash payment.  The mandatory one child policy also played a role, as parents could spend all their resources on a single child.  As a result, the offspring of upper and middle class Chinese have the ability to spend much of their income, especially when living at home, or are assisted by their parents if living independently.  Indeed, studies show that urban, young Chinese adults score higher than their American counterparts on materialism and conspicuous consumption.  This represents a significant change from findings several years earlier (albeit in the Chinese hinterland),[49] but is well within cultural variations observed in other countries across age groups and regional location.[50]  In other words, as parents, the young spenders of today will save and invest in their own children, perpetuating vaunted family continuity.

37.     When the economic picture darkens, as happened in 2018, consumers tend to slow their spending on non-essentials and a larger percentage goes towards essentials such as food.[51]  In China, where a safety net is limited, consumers lean towards preservation of savings, as they

---

[47]    Textor, C. Total consumption as a share of GDP in China, 1980-2020, Statista, Nov. 24, 2021.

[48]    Nie, J. & Palmer, A. Consumer spending in China: The past and the future, Federal Reserve Bank of Kansas City, 2016.

[49]    Podoshen, J.S., Li, L. & Zhang, J., Materialism and conspicuous consumption in China: A cross-cultural examination, *International Journal of Consumer Studies*, 35, 2011, 17-25.

[50]    *E.g.*, Ronen & Shenkar, 2017, Ibid.; Minola, T., Criaco, J. & Obschonka, M., Age, culture, and self-employment motivation, *Small Business Economics,* 46, 2, 2016, 187-213.

[51]    Reed, S. & Crawford, M., How does consumer spending change during boom, recession, and recovery? *US Bureau of Labor Statistics,* 3, 15, 2014.

need to be prepared for prioritized goals and contingencies such as medical care.[52]  This inevitably leads to lower spending.

### C.      The Luxury Goods Market in China

38.      Apple's iPhones are positioned as a luxury product priced at the top of the range of smartphone devices offered in the Chinese market.[53]  This is true even for "cheaper" more budget-conscious iPhone models,[54] and holds true even for secondhand iPhones.[55]   When it comes to luxury goods in general, the United States, China and Japan (in that order) are the three largest markets.[56]  China currently has close to a third of the global luxury market, and is projected to overtake the U.S. within a few years.[57]  China's ranking in the luxury market may seem surprising, since its large population base still has a modest average income per capita, but, as noted, the nation has high rates of saving and parental assistance, as well as a relevant cultural disposition.[58] Like Japan and France (home of most luxury goods makers), Chinese culture scores high on hierarchy (or "Power Distance"), which means that signaling rank and wealth is of great value. Owning and displaying a luxury good, whether a Jaguar car, a Louis Vuitton bag, or staying in a luxury accommodation, is one way of showing one's elevated status.  This does not mean that functionality is of no value, but rather that it is only one of the criteria a shopper will use.  By definition, only a slice of the customer base can afford a luxury product but in such a large population, the number of those who can afford luxury is substantial and is also growing fast.[59]

---

[52]   Cristadoro, R & Marconi, D., *Household savings in China,* Banca d'Italia, 2011.

[53]   *E.g.*, Hashemi, S.R., Moeini, H. & Shirazi, H., Identifying and ranking of factors affecting customer experience for purchasing luxury brands, *International Journal of Nonlinear Analytic Applications,* 12, 2021, 2385-2401.

[54]   Osborne, M & Ken, K.K., Mobiado luxury mobile instruments: Form over features, Ivey cases 9B16A020.

[55]   Hawari, M.T. & Rustiadi, S., Premium on a budget: Second-hand Iphones in Indonesia, *International Journal of Current Science Research and Review,* 5, 2, 2022, 375-382.

[56]   *E.g.*, Rovai, S., *Luxury the Chinese way: The emergence of new competitive scenario,* Springer.

[57]   Euromonitor International, November 6, 2021; Ip, C., China's luxury goods market: how big is it, and what impact has the coronavirus pandemic had?, *South China Morning Post*, November 6, 2021.

[58]   Rovai, Ibid.

[59]   Cui, A.P., Wajda, T.A. & Walsh, M.F., Luxury brands in emerging markets: A case study on China, *Entrepreneurship in International Marketing (Advances in International Marketing),* 25, 2015, 287-305.

Plus, as we have also seen in Japan, young urban consumers in particular may forego even items of necessity to purchase branded luxury.[60]

39.     Accordingly, consumers may be more willing to splurge on a luxury good that sends a clear and visible status signal.  The smartphone is different than many of the typical luxury goods that are defined as "those for which the mere use or display of a particular branded product brings prestige to the owner, *apart from any functional utility*" (my emphasis).[61]  In the case of a smartphone, functional utility is as important as the brand. For example, a recent study found that "fashionableness" and "innovativeness" were two of the three (in-store shopping atmosphere was the third) most important determinants of "conspicuous value" among Chinese smartphone purchasers.[62]  A designer bag may be a status symbol, but a smartphone is also expected to perform, and its performance is for everyone to see, including in the culturally important group, say when one pays for a restaurant meal (Chinese will fight to have the honor).  Not having the necessary functionality, say a large screen, is a problem, especially where the smartphone is by far the dominant user interface, especially for such applications as ecommerce and finance, which is the case in China.  While Apple did eventually introduce iPhones, notably in 2018, with a large screens, its main Chinese competitors had high brand loyalty[63] and so customers were unlikely to switch just because Apple had matched existing offerings.

40.     Prestige and functionality aside, the smartphone is not immune to pricing pressures, practicality, or national origin considerations, among others.[64]  Consumers with limited means, as one would find, for example, in rural areas, may look for practicality, that is, a "good enough" product at an affordable price.[65]  This is partly due to different usage profile.  For instance, data show a gap ranging from 20% to 25% between rural and urban Chinese in the use of apps for

---

[60]   Tsai, W.S, Yang, Q. & Liu, Y., Young Chinese consumers' snob and bandwagon luxury consumption preferences, *Journal of International Consumer Marketing,* 25, 2013, 290-304.

[61]   Grossman, G.M. & Shapiro, C., Foreign counterfeiting of luxury goods, *Quarterly Journal of Economics,* 103, 1, 1988, 79-100, as cited by Filieri, R., Chen, W. & Dey, B.L., The importance of enhancing, maintaining and saving face in smartphone repurchase intentions of Chinese early adopters: An exploratory study, *Information Technology and People,* 30, 3, 2017, 629-652.

[62]   Oe, H. & Yamaoka, Y., Chinese consumers' conspicuous perspectives: The context of smartphone purchase behavior. *Journal of Business Management and Economic Research,* 4, 1, 1-20.

[63]   China smartphone survey: Xiaomi enjoys higher user popularity and loyalty in China market, *Seeking Alpha,* July 30, 2018.

[64]   Filieri, R. & Lin, Z., The role of aesthetic, cultural, utilitarian and branding factors in young Chinese consumers' repurchase intention of smartphone brands, *Computers in Human Behavior,* 67, 2917, 139-150.

[65]   Hammond, A.L. & Prahalad, C.K., Selling to the poor, *Foreign Policy, 142*, May-June 2004, 30-37.

online shopping, travel booking, online payment, and internet finance.[66] Or, consumers may favor a domestic product over its foreign brand equivalent, especially during times of nationalist fervor. Finally, customers with the means to buy a luxury phone may lose face if performance falls short of expectations. Again, this is where brand meets functionality, in a context where economics and social mores combine.

41.     Finally, as happened with many product lines before, the smartphone market had been maturing by 2018, with the phones incrementally becoming commodities.[67] This means that the rate of innovations slows down, and new editions and features are fewer and more minor, and viewed as offering declining marginal value. At this point, imitation mushrooms, and just about every product on the shelf appears to offer more or less similar performance. It becomes more difficult for branded makers to differentiate and customers start to rethink the wisdom of paying a premium for a branded offering. Again, this does not negate the impact of other decision factors, *e.g.*, nationalism or status seeking, but it can be a significant drag on the performance of firms with a reputation as innovation leaders. As noted, the smartphone belongs to a group of products where luxury and functionality are not divorced of each other.

42.     As noted in *The Information* report by the *Patently Apple* site, Ben Cavendish, a senior analyst at the Shanghai-based Consultancy China Market Research Group, stated that "the novelty of the iPhone attracted throngs of Chinese shoppers to Apple stores a decade ago . . . (but) in 2018 it is not clear what Apple is selling that's dramatically different or better than anything else in the market."[68]

**D.     The Smartphone Market in China**

43.     As happened in many other developing and emerging markets, China leapfrogged a fixed-line phone system which was limited in scope and had little investment sunk into which could delay the introduction of mobile phones. In other words, for the majority of adopters, the mobile phone is the first and only phone they have ever used, at least on a regular basis (pre-reform fixed-line phones were mostly found in work units, often in the public security office). Since

---

[66]   Nie, P., Ma, W. & Sousa-Poza, A., The relationship between smartphone use and subjective well-being in rural China, *Electronic Commerce Research,* 21, 2021, 983-1009, data is from the China Internet Network Information Center in Beijing, as reported in the 36th statistical report on Internet development in China, 2015-2020.

[67]   Bagur, H., The commoditization of the smartphone, *Wired.com,* 2018.

[68]   "A new report claims that Apple's retail vision for China is waning as natives begin to prefer Chinese brands," *Patently Apple*, October 29, 2018. The same report referenced Tim Cook's tendency to embellish Apple's China position: "Cook is a little sensitive when it comes to China and he'll have no problem correcting anything found in today's report by *The Information* that he deems to be too negative."

smartphones have become available, user numbers have grown exponentially.[69]  By 2014, China had the largest number of cellphone users globally, accounting for one out of every three phones sold in the world.[70]  Between 2015 and 2019, China's mobile phone market grew at a compounded annual growth rate of 3.7%, while that of India declined by 3.7%.[71]  The number of Chinese users in 2018 was estimated at 829 million, with projections for further growth.[72]  As cell phones evolved into smartphones, their range of usages has rapidly grown, as did the interest of a government which saw communications as a double-edged sword – an essential tool for modernization but also a potential hazard, as millions of citizens become able to talk to each other anytime, anywhere.[73]  This may be taken for granted in a Western country, but not in one where monitoring was always paramount.

44.    It goes without saying that any company that relies heavily on consumers in China to purchase its goods will pay very close attention to such a market and study its consumer behavior.[74]  Apple, whose dependence on China will be documented later, naturally paid close attention to the country, which was not only a key market but also the world's largest production/assembly base for smartphone manufacturing.[75]  This is where almost all iPhones, as well as other Apple products, are assembled and many of their components procured.[76]  For example, Cook explained in his deposition that "the final assembly and test generally takes place in China, and so it's an important supply chain country."[77]  China is also where most new startups are emerging, which impacts not only the China market but also other markets globally.

---

[69]  Sangwan, S. & Pau, L.F., Diffusion of mobile phones in China, *ERIM Report Series Research in Management,* 2005, ERS-2005-056-LIS.

[70]  "Smartening up their act", *The Economist,* October 25, 2014.

[71]  Sun, L. & Fah, C.T. Xiaomi, Transforming the competitive smartphone market to become a major player, *Eurasian Journal of Social Sciences,* 8, 3, 2020, 96-110.

[72]  Nie *et al.*, Ibid, based on data from the China Internet Network Information Center in Beijing, as reported in the 36th statistical report on Internet development in China, 2015-2020.

[73]  MacKinnon, R., Liberation technology: China's "Networked Authoritarianism", *Journal of Democracy,* 22, 2, 2011, 32-46.

[74]  Muraalidharan, R., Strategic control for fast-moving markets: Updating the strategy and monitoring performance, *Long Range Planning,* 30, 1, 1997, 64-73.

[75]  *E.g.*, Kawakami, M., Competition and collaboration among East Asian firms in the smartphone supply chain, in E. Solingen (Ed.), *Geopolitics, supply chains, and international relations in East Asia,* 2021, 77-95.

[76]  *E.g.*, Conklin, A., Where does Apple make iPhones?, FoxBusiness, July 13, 2020.

[77]  Feb. 9, 2022 Tim Cook Dep. 46:20-22.

45.     The mobile carriers are key partners to the manufacturers and the availability or withdrawal of carriers' subsidies makes a difference in most markets.  This was especially the case for Apple in China in 2018, and the results of the withdrawal were, well, predictable.  On February 25, 2018, an article in Forbes carried an article titled "Why Apple Will Lose China Market Share in 2018, Despite the Success of the iPhone X."  It continued: "Apple's impressive China share is due to drop over the coming year, analysts believe."  Cited was Neil Mawston, executive director for wireless devices at Strategy Analytics: "We expect 2018 to be another tough year for Apple iPhone in China, as the overall smartphone market is slowing, compounding the already harsh conditions of reduced carrier subsidies and fierce local hardware competition."  "Mid-range consumers," he added, "can no longer afford a full-fat iPhone because of diminished carrier subsidies."[78]

46.     What is more unique to China, at least as compared to the US, is that the mobile carriers are essentially state-owned, giving the government a direct voice in their decisions.[79]  I say "essentially" because China Mobile is formally a publicly traded company but the Chinese government owns close to three quarters of its shares, and the other two large carriers, China Telecom and China Unicom, are owned outright by the government.[80]  The remaining players are indirectly owned by the government: According to the U.S. government, smaller players, such as Pacific Networks and ComNet, are "ultimately controlled by CITIC," a closely overseen state-owned conglomerate.[81]   The carriers have an impact on phone purchases and answer to the government, for example they can impact customer choice by placing local makes more prominently, arranging for service discounts, etc.  While government decisions can be abrupt, it is possible, especially for a sophisticated player, like Apple, to forecast many such decisions, *e.g.*, those associated with the intention to either cool or stimulate the economy.

47.     That the phone carriers are state owned or mostly so should not come as a surprise: Communications has always been defined, and increasingly so in recent years, as critical infrastructure, especially for a government obsessed with data monitoring and control as that of China, which is worried as much about internal security as about external eavesdropping.  What this means is that whilst carriers play an important role in the smartphone market the world over, this is more so in China, where the government uses state ownership and control to achieve national goals, stimulate the economy when it sags or cool it when it overheats, level the playing field between center and periphery when it concludes that the wealth gap has grown too wide and can threaten social stability, or provide preferences to local firms at the expense of their foreign competitors.  Thus, a foreign firm competing with locals, whether agile upstarts like Vivo or

---

[78]    Jennings, R., Why Apple will lose China market share in 2018, despite the success of the iPhone X, *Forbes,* February 25, 2018.

[79]    Zhang, X. & Prybutok, V.R., How the mobile communication markets differ in China, the U.S., and Europe, *Communications of the ACM,* 48, 3, 111-114.

[80]    Zhang & Prybutok, Ibid.

[81]    *See In re Pacific Networks Corp. & ComNet (USA) LLC*, FCC-22-22 (Mar. 16, 2022).

established, quasi state-owned Huawei, will need to make considerable concessions, such as those Apple is reported to have made (*e.g.*, handing the government control over all data collected in the country) to stay competitive, and even with that may be at a disadvantage.

48.     Of special importance to the case before us is that Apple sold the majority of its iPhones in China via the re-seller network (as opposed to via its Apple Online Store).[82]  A source relying on information from former employees suggested that only 10% of iPhones were sold in Apple retail locations, with the other 90% generated by third party resellers, mobile carriers, and e-commerce sites.[83][84]

49.     The smartphone market in China is, as almost everything else, a "market with Chinese characteristics," that is, one with features that are fairly unique.  First, and perhaps foremost, the smartphone is the primary gate of entry to the internet, and, as such, is in the midst of the information flow which is at the heart of what the Chinese Communist Party and the government see as an essential ingredient in its ability to monitor and control data, information, and narrative.[85]  Commentaries in 2018 have made it clear how important that control was to the Chinese government.  Truly, this was not new, the Chinese state always had a penchant for control, going back to imperial times, when it exercised the Pao Chia system – a monitoring scheme where households were held accountable for others in their assigned group if the latter failed to comply with government decrees – much of which has been imitated by the People's Republic.

50.     What has changed in the twenty-first century, especially its second decade, was, first, that the need to control has become more salient, and, second, that it was lumped together with another government goal, that is, the Made in China initiative, which was first announced in 2015 and sought to catapult China to the ranks of global technology leaders.  Control of the internet stood at the junction of those two streams.[86]  This meant that local players were to be assisted in a variety of ways, while foreign firms were curtailed unless they agreed to strict government rules on how information is accessed, monitored, and, especially, stored as well as made other major concessions concerning investment and technology transfer.[87]  For Apple, this surely was one more signal that local competition would be encouraged.

---

[82]     *See* March 10, 2021 Kevan Parekh 30(b)(6) Dep. 35:15-19.

[83]     Ma, W., Apple's iconic stores struggle in China, *The Information,* October 29, 2018.

[84]     "A new report claims that Apple's retail vision for China is waning as natives begin to prefer Chinese brands," *Patently Apple*, October 29, 2018.

[85]     Dong, F., Controlling the internet in China: The real story, *Convergence,* 18, 4, 2012, 403-425.

[86]     *See*, *e.g.*, Siegel, A.,  When China rules the web, *Foreign Affairs*, September/October 2018, 10-18.

[87]     Segal, A. When China rules the web, *Foreign Affairs,* September-October 2018, 10-18.

51.     Chinese smartphone users rely on their smartphone to a greater extent than users in most other countries, certainly the U.S.  For example, internal Apple documents report that in 2017, there were $48.9 billion in mobile transactions in the United States, whereas there were $12.8 trillion in such transactions in China over the same time period.[88]  China is therefore in the forefront of the mobile revolution, with usage shifting from desktops and laptops to mobile devices.  Of China's 829 million internet users in 2018, 817 million were mobile users.[89]  For example, Chinese are far ahead of Americans and residents of most other nations in using their smartphone for payment.[90]  Thus, monitoring the Chinese market may be a harbinger of things to come in other markets, a vital learning opportunity a company would not want to miss.  Indeed, smartphone applications are where China has caught up with U.S. innovations, *e.g.*, with Alipay and WeChat Pay launched in the same year (2014) that Apple Pay was launched in the U.S.[91]

## III.    EVIDENCE OF HEADWINDS TO CONTINUED ECONOMIC GROWTH IN GREATER CHINA

52.     As the year 2018 approached, significant clouds were gathering over the Chinese economy, threatening its growth in general and that of high growth segments, especially its smartphones sales, in particular.  Some of the macro-economic factors are consistent with what has been observed in other economies at this stage of development, while others, such as those associated with trade friction, have also happened before, for example, between the U.S. and Japan in the 1980's.  By and large, those factors were there for everyone to see.

53.     The reasons for the deterioration in the economic environment of China around 2018 include a number of intertwined factors in a largely predictable chain reaction.  For instance, a rise in consumer debt is often associated with various indicators of an economic slowdown.  In other words, we are not looking at a war, a pandemic, or a global economic crisis that would likely have caught many companies by surprise, but rather an evolution that started before 2018 and continued apace or accelerated into and during that year.  All that was in full sight to any observer, let alone a sophisticated firm with plenty of resources and an experienced leadership team, including one devoted to the China market.

54.     Emerging economies are known to grow briskly early on, but cannot sustain the rapid pace forever, and growth gradually levels off.  A study covering the 1997 to 2017 period (that is, up to and leading to 2018) concludes that "taken together (that is, China as a whole) the

---

[88]  APL-SECLIT_00244366, at APL-SECLIT_00244368 (Guthrie, D. and Edwards, B., Consumption in the Age of Xi: Understanding China's Evolving Consumer Markets).

[89]  Nie et al., Ibid.

[90]  Rosa-Bohrer, R., Why China leads the world in mobile payments, Mobile payment Conference, 2018.

[91]  Dychtwald, Z., China's new innovation advantage, *Harvard Business Review*, May/June 2021.

economic growth slowed down."[92]  Specifically, China's GDP growth rate went from 10.6% in 2010 to 9.6% in 2011, 7.9% in 2012, 7.8% in 2013, 7.4% in 2014, 7.0% in 2015, 6.9% in 2016, 7.0% in 2017, and 6.8% in 2018.  In other words, China experienced a trend of declining GDP growth, of which a slowdown in the second part of 2018 was a natural evolution.  And, as noted, changes would be closely monitored.

## A.    Rise in Chinese Consumer Debt

55.    Cultural tendencies notwithstanding, the growing availability of credit, with both formal and 'shadow' financial products (see latter explanation) that proliferated, and the spread of modern marketing methods, including layaway plans, have contributed to a growing problem of consumer debt which has put a break on consumption.  Between 2008 and 2018, household debt grew, on average, by 20% annually.[93]  Much of the debt was accounted for by housing, whose price has risen dramatically, and which in China also serves as a major, if not the major store of wealth.  At the same time, credit card debt also rose fast, from 2% of total household debt in 2009 to 15% by 2018.  Such numbers would be flashing red lights to any market player, as higher debt repayments weaken aggregate demand and constrain future consumption.[94]

56.    According to the Bank of China, by the end of 2017, Chinese household debt was approaching the 60% (of its GDP) mark, raising serious concerns among policy makers and analysts and bumping against the government's effort to stimulate consumption partly to counter the impact of its trade war with the U.S. (see latter discussion).[95]  This number, high as it is, is most likely an underestimate.  One reason is that many Chinese have started borrowing via other channels flourishing at the time, such as "shadow banking," financial products that are largely "off the books" and unregulated.  In June 2017, Fitch reported on "early signs that the recent tightening of regulatory enforcement in China's financial sector is cooling credit growth in the shadow-banking sector" and noted that "one potential risk in trying to contain financial risk is a credit crunch."[96]

57.    Another reason why debt levels are likely underestimated is that Chinese use informal financing channels such as borrowing from family members and close friends, debts that

---

[92]  Chen, Y., Liu, Y. & Fang, X. The new evidence of China's economic downturn: From structural bonus to structural imbalance."  *Plos One*, September 23, 2021.

[93]  *E.g.*, Klein, M.C., China's household debt problem, *Financial Times,* March 6, 2018.

[94]  Chan, S. China's rising household debt: A new debt trap? EAI Background Brief No. 1547.

[95]  Lee, A., China's rising household debt a 'major concern' as government tries to boost consumption amid trade war, *South China Morning Post*, December 4, 2019.

[96]  "China shadow banking crackdown shows initial results", *Fitch Ratings,* June 22, 2017.

are not registered anywhere.[97]   Such informal borrowing can be seen in other collectivistic societies, but it is rarely accompanied by a proliferation of institutional, unregulated products offered by the banks and other institutions and at such magnitude.[98]

58.     So persistent was the economic slowdown in China, that it was prompting loud voices on the part of both foreign and local observers, as well as international agencies and scholars, about the country risking a fall into the so-called "Middle Income Trap," a situation where an economy fails to achieve the velocity needed to catapult to the next level of a higher income country.[99]

59.     Closer to the year 2018, the state of the Chinese economy looked increasingly precarious.  A scholarly article covering the period outlines some of the main challenges around that time:

> Leaving year 2017 China's macro-economy is continuously characterized by unbalanced and inadequate development.  Whereas some aggregate indicators have shown improvement over the year, the cumulative growth rates in consumption and fixed asset investment have continued their downward trajectories.  Worsening income inequality and resource misallocations, both between secondary and tertiary industries, and within the latter, posed serious challenges, let alone the systemic risk associated with the flourishing shadow banking system, rapid credit growth and debt overhang that weigh on the Chinese economy like the sword of Damocles.[100]

60.     These economic uncertainties were not unknown to market participants.  Multiple stories and points of data covered in the popular media were clearly showing a slowdown in the Chinese economy.  Consumption and retail sales were already weak in 2017, with calls for rebalancing economics and society.[101]  Household borrowing grew at a rate of 10% in 2016 and 2017, much of it driven by mortgages taken to finance ever more expensive housing (which, as

---

[97]   Fan, Y., Wu, J. & Yang, Z., Informal borrowing and home purchase: Evidence from urban china. *Ideas,* 2017, 108-118.

[98]   Sun, G., China's shadow banking: Bank's shadow and traditional shadow banking, *BIS Working Papers,* November 2019.

[99]   Glawe, L. & Wagner, H., China in the middle-income trap? *China Economic Review,* 60, 2020.

[100]  Huang, K.X.D., Ning, L. & Tian, G. Conquering China's unbalanced and inadequate development: Macroeconomic outlook, policy simulations, and reform implementation – A summary of annual SUFE Macro economic Report (2017-2018), *Frontiers of Economics China*, 13, 2, 147-170.

[101]  Mano, R.C. & Zhang, J., *China's rebalancing: Recent progress, prospects and policies*, IMF Working Paper WP/18/243, 2018 (covering 2017).

noted, is also a major store of value and investment in China).[102]  Earnings growth and industrial profits were both weakening, and this is even before the impact of U.S. tariffs.[103]  China reported growth of 6.8% in the first quarter of 2018, and 6.7% growth in the second quarter.[104]  On October 12, 2018, the Chinese government reported that the economy grew in the third quarter at a rate of just 6.5%.[105]  The U.S. media, and its counterparts around the world, highlighted that the number was the lowest since early 2009, when the Great Recession was in full force.[106]

61.    The slowdown was observed before the full brunt of an intensifying trade war with the U.S., with tariffs imposed by both sides in July, came to be.  Other headwinds, such as a rising household debt and the rising liabilities of local authorities, were well known and were discussed explicitly by the Chinese authorities, as was the realization that much of these liabilities, as much as six trillion dollars, represented hitherto hidden, "off the books" loans and other financial commitments.  Consumers had been resorting to shadow banking products, which could mean that consumer purchasing power was not as robust as it appeared.  Shadow banking proliferated, and, according to Fitch, had as much as "$2 trillion worth of risky assets in off-balance sheet lending."[107]  Retail sales, which initially seemed to hold, also started to show signs of weakness, reflected, for instance, in a slowdown in durables, especially automotive sales.[108]

### B.    Demographics

62.    While China's population had grown marginally from 2017 to 2018, from 1.390 to 1.395 billion, its working age population has already been in a decline for some time, falling below 1 billion in 2017.  Not only was the seemingly ever-growing pie of potential customers no longer growing, but it had crossed an inflection point from which the population base was declining.  To arrest the decline, the Chinese government in 2016 reversed its decades-old one child policy, but there were already indications that the presumed sharp rise in births was not to materialize.  Chinese appear to have gotten used to having a single child, with many worried that the expenses of raising children in the current environment were too onerous.  All this implied that China might

---

[102] Grigorian, G., What you need to know about China's soaring household debt, *Pandaily,* September 23, 2019, reporting based on 2017 data.

[103] Taplin, D., Are China's consumers in trouble? *The Wall Street Journal*), September 24, 2018.

[104] Deng, C., China growth slows slightly in second quarter, *Market Watch,* July 16, 2018.

[105] Stevenson, A., China's growth hits slowest pace in a decade. *The New York Times*, October 18, 2018.

[106] *E.g.*, Stevenson, A., China's growth hits slowest pace in a decade, WSJ, October 18, 2018.

[107] Perkins, R., Shadow banking threatens China's economy – but what is it, exactly?  *The Atlantic,* June 28, 2013.

[108] *E.g.*, Ferris, R., China annual auto sales fall for the first time in about two decades with more pain on the way, *CNBC,* January 3, 2019.

be on course to "become old before it got rich," placing a significant burden on an economy that has to provide a social safety net supported by an ever-decreasing working population base.[109]

63.    Demographic changes were having an impact on the prospects of consumer goods such as smartphones.  The iPhone's target demographics were young and urban, and the iPhone XR announced in September 2018 and offered for sale in October 2018, was set to reach a wider swath of the market, *e.g.*, those called in marketing jargon "strivers."[110]   At least one source suggests that even the buyers of the more expensive iPhone models are strivers of sort: a survey by research agency MobData, published in the *South China Morning Post*, reported that iPhone users had **lower** income than users of Huawei (a local competitor that sells both high and low end models, which was the leading seller at the time).[111]   According to the report, the typical demographics of iPhone users were unmarried females aged 18-34 with only high school education and a monthly income lower than $430, as compared to the $720-$2800 of Huawei users.[112]   This iPhone customer group, which this source calls "the invisible poor," would be sensitive to pricing and the iPhone XR was still more expensive than most of the local offerings.  Older people, now the fastest growing segment of the population, were less able, or willing, to buy smartphones, let alone the more expensive varieties, especially since many of the features and apps would likely be of little interest to them (think gaming) or they would have difficulty mastering the applications; cost, in particular, has been found to be a critical factor in smartphone purchase and usage by older Chinese adults. [113]   According to Pew Research, less than one third of Chinese over 50 owned a smartphone in 2016, half their share in the U.S.  A survey by the Chinese Academy of Social Sciences and Tencent found that only 17% of that group often paid for purchases with their phones, and close to half have never done that.[114]

## IV.    FOREIGN TENSIONS

---

[109]   Johnston, L.A., "Getting old before getting rich": Origins and policy, *China: An International Journal,* 19, 3, 2021, 91-111.

[110]   Breman, P., Smartphone personalities, *Strategic Business Insights,* October 2014.

[111]   Tao, L., Divide between 'poor' Apple iPhone and 'rich' Huawei users in China, *South China Morning Post,* November 21, 2018.

[112]   Tao, L., Divide between 'poor' Apple iPhone and 'rich' Huawei users in China, *South China Morning Post*, November 21, 2018.

[113]   Ma, Q., Chan, A.H.S., & Chen, K. Personal and other factors affecting acceptance of smartphone technology by older Chinese adults, *Applied Ergonomics,* 54, May 2016, 62-71.

[114]   "The elderly are the next big growth market for Chinese tech firms", *The Economist,* August 19, 2019.

### A.     Trade Friction With the United States in 2018

64.     Tension between the United States and China had been building up for years, but accelerated with the election of Donald Trump.[115]   Signs of increasing tension were abound, starting with statements made during the presidential campaign, and later with the appointment of 'China hawks' to key positions of influence.[116]   One such appointment was that of Peter Navarro, a member the administration since day 1, whose coauthored book "Death by China" (subtitle: Confronting the Dragon – A Global Call to Action) published in 2011 (Navarro also produced a movie by the same name) had brought him to the attention of Trump's senior staff.  Navarro has been vocal about using tariffs to force China to reduce its huge merchandise trade surplus with the U.S., and eventually won a White House power struggle with Gary Cohn who was against tariffs; Cohn resigned on March 6, 2018.[117]   Navarro's win and promotion from Deputy Assistant to Assistant to the President (he was also Director of the White House National Trade Council which later became part of the Office of Trade and Manufacturing Policy) sent a clear signal that the Trump administration was taking a hard line on China.  Indeed, the first tariffs on Chinese goods were announced on March 22, 2018.  Apple won a reprieve following an extensive lobbying campaign but it was not clear how long it might hold.[118]   In any event, this would not release the Company from increasingly nationalistic Chinese consumers who resented the US policy.[119]

65.     China retaliated almost immediately, announcing on March 22, 2018, reciprocal tariffs on U.S. goods.[120]   Apple had not been directly exposed since the products it sells were not on the list and, since the vast majority of its products are made in China.  It was clear however that sentiments vis-à-vis U.S. products had taken a turn for the worse, and that this could have consequences for U.S. branded consumer products.  This negative turn and its potential consequences should not have come as a surprise.  For example, during nationalist tension against Japan in the Fall of 2012 (following the purchase by Japan of contested islands in the South China Sea), sales of Japanese cars plunged by roughly 35% to 45% year over year (September 2011 to September 2012).  It did not matter that most of the cars were made in China.  Nationalist

---

[115] Beckley, M., The end of the affair: US-China relations under Trump, in Renshon, S. & Suedfeld, P. (eds.), *The Trump doctrine and the emerging international system.  The evolving American presidency.* Palgrave MacMillan, 2021.

[116] *E.g.*, Smith, A., Trump has filled his vaunted trade team with China hawks – and his allies love it, Business *Insider,* January 5, 2017.

[117] Kelly, K. & Haberman, M., Gary Cohn says he will resign as Trump's top economic adviser, *The New York Times,* March 6, 2018.

[118] Salinas, S., Apple CEO Tim Cook explains why Apple products were exempt from Trump's China tariffs, *CNBC,* September 18, 2018.

[119] Kynge, J., Many Chinese consumers ready to boycott US googs in trade war, *Financial Times,* July 17, 2018

[120] Liu, L. China plans reciprocal tariffs on $3 billion of US imports, *Bloomberg* March 22, 2018.

sentiments are often played up by the Chinese authorities and can also be triggered independently by consumers who have been intently educated in Chinese schools about China's humiliation at the hand of foreign powers in the 19th and 20th centuries.[121]

66.    Apple's efforts to stay out of the fray notwithstanding, there were indications that this might not save it from future trade moves.  For example, the Mandarin text of a report published by Tsinghua's Center for China in the World Economy proposed Chinese state sanctions against Apple should the U.S. government impose any new sanctions against Chinese high tech firms.[122]  Two points of notice: First, Tsinghua University, the alma mater of most senior Chinese officials, often reflects the views of the Chinese government.[123]  Second, this report was cited in Apple's TRADE AND TARIFFS: SUMMARY OF REACTIONS, showing that the Company was meticulously following China related information, including identifying content that appeared in Chinese only and was absent in English language versions.[124]

67.    Indeed, there should be no doubt that Apple was closely monitoring the trade tension between the U.S. and China and its potential impact on Apple's business.  Kevan Parekh, an Apple vice president, testified that the company evaluated the trade tension between China and the U.S. and Tim Cook has met both President Trump and senior Chinese officials in an effort to smooth the relations between the two countries and, in particular, try to keep Apple out of the fray. Still, for a company with a long experience in China it should have been clear that whatever it did would at best mitigate some of the negative impact of a nationalistic fervor rather than prevent it altogether.  As noted, Japanese firms have learned this lesson the hard way during the Senkaku Islands debacle in the South China Sea (documented in this report), and the impact of nationalism on consumer choice remains intact today.[125]

## B.    Public Opinion

68.    Chinese public opinion vis-a-vis the U.S. had also been deteriorating during the relevant time period before November 1, 2018.  A 2017 survey (conducted every five years), showed that 80% of Chinese thought that China should trust the U.S. "little" or "none at all," up

---

[121] Wang, Z., National humiliation, history education, and the politics of historical memory: Patriotic education campaign in China, *International Studies Quarterly,* 52, 2008, 783-806.

[122] Tsingua report: Trade war shows need for new approach to China-US ties, CGTN, 7/20/18, APL-SECLIT_00147073.

[123] *E.g.*, Pan, S.Y., Intertwining of academia and offialdom and university autonomy: Experience from Tsinghua University in China, *Higher Education Policy,* 20, 2, 2007, 121-144.

[124] TRADE AND TARIFFS: SUMMARY OF REACTIONS, July 17, 2018, APL-SECLIT_00147073.

[125] Tan, E.T., Rising nationalism spurs Chinese consumers to go local, Nikko am, June 3, 2021.

from 56% in 2012.[126]  Another survey conducted around the same time showed a combination of strong Chinese awareness of the U.S. combined with negative sentiments towards the country, *e.g.*, alleged seeking of hegemony.  Respondents also expressed a dim view of the Trump administration.[127]  While I'm aware of no such survey that was conducted in 2018, a later survey shows that unfavorable view of the U.S. was especially pronounced among higher income Chinese.[128]  This is important given that the typical customers of an iPhone, which costs roughly an average monthly wage, are Chinese consumers who command a higher disposable income (elsewhere in this document I mention a source suggesting that the customers are young women of modest means, but those may have a substantial disposable income since they often live at home and spend relatively little on other items).

69.    Overall, the public opinion polls clearly show a negative and worsening sentiment towards the United States that could impact the attitude towards U.S. products and services.  As the aforementioned example of Japanese autos shows, selling "Made in China for China" does not buy one immunity from the impact of nationalist feelings, especially where local substitutes are available (*see* the next section).

C.    **Slowdown in the Global Smartphone Market and Specifically China**

70.    The IMF Blog, a forum for the views of the International Monetary Fund (IMF) staff and officials, reported in February 2018 that the global smartphone market looked saturated and had probably peaked in 2015.[129]  The blog noted that this was especially important since smartphones were taking over from PCs as the primary device for many users, and suggested that the iPhone release schedule had shaped a new industry cycle which has taken hold starting with the 2014 release of the iPhone 6/6 Plus.  In this cycle, calendar second and third quarter smartphone sales tend to be weaker, as buyers await a new release.[130]

71.    With global smartphone sales slowing, Apple was also facing more competition, both within and outside China.  In addition to its long running global competition with Samsung, and less so with other foreign makers such as LG and Sony, the Company was facing increasingly stiff competition from Chinese smartphone makers, who were quick to access international

---

[126]  Committee of 100, US-China Public Perceptions, 2017.

[127] Institute of National Communication Strategy (INCS, HUST), Peking University, Investigation Report on the Chinese Public's Perception of the World (2017-2018).

[128]  US-China Perception Monitor, The Pulse: Chinese Public Opinion.  The Carter Center and RIWI, 2020.

[129]  Carlton, B. Mongardini, J. & Li, Y., Smartphone drive new global tech cycle, but is demand picking? IMFBlog, February 8, 2018.

[130]  Molla, R., How Apple's Iphone changed the world: 10 years in 10 charts, *Vox,* June 26, 2017.

markets, starting with developing and emerging economies but rapidly ramping up into the developed world.

72.     The aforementioned IMF Blog noted that China's domestic smartphone market declined in 2017 and that Apple suffered a year-on-year sales decline in the fourth quarter (of 2017).  To maintain revenue growth, the blog suggested, "smartphone makers may have to count on price increases."  While the blog did not discuss that, it was likely that such a strategy would encounter resistance at a certain price point, especially with the growing availability of lower priced models offering competitive features.  In any event, Apple decided to do just that – offer still pricier models to enhance revenues, seemingly willing to sacrifice market share, or, at best keeping it flat.[131]

73.     In January of 2018, the BBC published a story titled: "China's eight- year-long smartphone growth comes to an end."[132]  The article, citing research firm Canalys, described an overall slowdown in the Chinese smartphone market, as well as the resurgence of Huawei and smaller Chinese startups who were "almost equivalent in specs and hardware" to the iPhone but offered at a significantly lower price.  For instance, Huawei's Mate 10 and Mate 10 Plus had specs comparable to iPhone 8 and iPhone 8 Plus, but the Chinese phones were at least 30 percent cheaper. In a deposition, on behalf of the Company, Kevan Parekh, Vice President, Sales, Marketing and Retail Finance, testified that "[w]e would have considered a lot of the factors that are called out in this article."[133]  Mr. Parekh in fact acknowledged that the company was well attuned to the fact that Chinese consumers have specific preferences that Apple gave serious attention to and made efforts to meet. For example, he testified as follows:

> So I think a way to think about that is people in China and in the US focus on a lot of the same attributes for smartphones.  There were some trends around larger screen sizes that were important in China, and Chinese customers do focus on technical specifications more than US customers in some respects.[134]

---

[131]  Khanna, C. Apple's challenge: Win over China with pricey new IPhones. WSJ, September 13, 2018; October 26, 2018 Wall Street Journal "Apple May Lean on iPhone XR to Juice Sales"; January 7, 2019 Wall Street Journal, "iPhone XR Revisited: The Best iPhone Apple Can't Sell"; Kubota, Y. & Mickle, T., Apple to cut iPhone production in the face of weak demand, *Tech,* January 30, 2018, EX 005 – CONROY, D.

[132]  Russon, M.A., China's eight-year-long smartphone growth comes to an end. BBC News, January 26, 2018.

[133]  March 10, 2021 Kevan Parekh 30(b)(6) Dep. 332:5-6.

[134]  *See* Parekh March 10, 2021 testimony at 262-263.  Mr. Parekh also testified that "dual SIM is one feature that is important in China, but, again, I think we talked about China, and we always view China to have an opportunity for us from a market share standpoint." March 10, 2021 Parekh deposition testimony at 363.

74.     By April of 2018, with first quarter results of smartphone shipments out, the forecasted trend had become clear, when it was reported that China's smartphone shipments declined by a whopping 21% year-on-year (first quarter 2017 to first quarter 2018).[135]  The same source shows that both Huawei and Xiaomi saw an ***increase*** in shipments.  Combining these two pieces of information, it was evident that Apple was facing an uphill battle to defend, not to mention buttress, its Chinese market position.

75.     Indeed, as we will see in the next section and later in this report, there were clear signals that not only was the overall pie, that is, the Chinese smartphone market, shrinking, but that Apple was likely to capture a smaller share of the shrinking pie.  On September 15, 2018, a Global Times article received by senior Apple executives, including Cook, suggested that Apple's problems in China were also self-inflicted rather than just a result of the overall deterioration in the economy, as the Company continued to claim later on.  As the materials I have reviewed show, the Company was fully aware of its own shortcomings in the China market, and that those problems, *e.g.*, an erosion of competitiveness exacerbated the macro challenges prevailing at the national (economic slowdown) and industry (maturation of the smartphone business) levels.

## D.     The Increasing Smartphone Competition in China

76.     During 2017 to 2018, the growing competition from local Chinese makers was the subject of much media attention.  One likely reason was the deviation from the global picture where Apple and Samsung clamored for leadership, as Samsung's market share in China crashed from around 20% a decade earlier to about 1.5% going into 2018.[136]  While a significant portion of the decline can be attributed to the Samsung Note-7 battery problems (the device often caught fire), other factors covered by the media,[137] in particular the rise of local competition, contributed to the decline, and one can surmise that Samsung's travails were looked at closely within Apple.

77.     Starting around 2010 (year Xiaomi was founded), local Chinese competitors have multiplied, offering cut-throat prices for phones with broadly similar features at a significantly more competitive price.  As an example, whereas the iPhone models available in 2018 were priced in the range of $950 to $1,400, depending on the model, Huawei offered a phone with a similar screen size and a dual SIM at $660.  Devices from Xiaomi and other Chinese competitors were usually priced much lower, often, but not always, with lesser features.  For example, in March of 2018, Xiaomi introduced its MiMIX2S phone, offering it in China for 3,299 yuan ($527), less than half of the iPhone X price of 8,388 yuan ($1,335), while offering mostly similar features (*e.g.*, a

---

[135] Chinese   smartphone   shipments   have   plunged,   but   Xiaomi   is   surging, Androidauthority.com/news, April 27, 2018.

[136] Samsung's smartphone market share has dropped to a mere 0.8 percent in China: Report, *Tech 2,* April 12, 2018.

[137] *E.g.*, Carlton *et al*., Ibid.; Russon, Ibid.

display that covers almost the entire phone's face).[138]  An email from Kevan Parekh to Tim Cook, dated October 28, 2018, included comparative pricing for Huawei and Apple phones in the Chinese market.  While the Apple products were priced at 6,499 (XR), 8,699 (XS), and 9,599 (XS Max) Yuan respectively, Huawei's phones were offered at 3,999 (Mate 20), 4,999 (Mate 20 X), 5,399 (Mate 20 pro), and 5,999 (Mate 20 Pro UD) Yuan.  At 6.1", the iPhone XR offered a smaller screen than even the Mate 20, with a comparable memory and screen type (LCD), and the XS had an even smaller screen (5.8").  Both makers offered an OLED screen on all models except the cheapest. Huawei also had one premium model, the Mate RS Porsche, priced at 12,999 Yuan, with superior features (*e.g.*, a triple vs. a dual camera).[139]

78.    Long priding itself on being a trend setter and an innovator, Apple was a latecomer when it came to some features desirable to Chinese consumers, whether a larger screen (important when the smartphone is used as one's main device, including for payments and travel planning, which, as I have noted, is the case in China) or a dual-SIM card, which was available locally years before Apple implemented the feature in 2018.[140]  A professor at the Intellectual Property Right School, the University of the Chinese Academy of Sciences, said the following: "Apple's innovation capability was widely considered plateaued after the release of the iPhone X in 2017. This has created space for Chinese brands to overtake the US giant."[141]

79.    China was scheduled to launch 5G networks the following year (2019), ahead of the U.S.  This was projected to give a leg up to Chinese smartphone players who were encouraged and directed by the Chinese government to start related research back in 2013, setting the ground for local innovation in the sector.[142]

80.    Competition from Chinese makers came fast and furious but approaching 2018 the pattern should not have been a surprise.  Xiaomi, for instance, launched its first smartphone in 2011, and merely a year later already had $1 billion in sales.[143]  In 2017, the share of multinationals in the smartphone market was reported to be 13%, a whopping 81% decline from the 2008-2017 period.  This was almost five times the multinational market share decline in the second highest

---

[138]  Haselton, T., Xiaomi unveils an IPhone X rival that costs half as much, but it probably won't launch in the US, *CNBC,* March 27, 2018.

[139]  EX 016 – COOK, T.

[140]  Khanna, C. Apple's challenge: Win over China with pricey new iPhones. WSJ, September 13, 2018.

[141]  Zhang, S., Sending a new signal, *Beijing Review,* 2, January 4, 2019.

[142]  Woyke, E., China is racing ahead in 5G. Here's what that means, *MIT Technology Review,* December 18, 2018.

[143]  "Xiaomi eyes a giant Chinese IPO, *The Economist,* May 12, 2018.

category to suffer, pet food, which declined by 17%.[144]  This was a key factor in the decisions of Apple's main foreign competitors, LG and Samsung, to retreat from the China market around 2018.[145]  LG exited the China market altogether in 2018, a prelude to its complete exit from the global smartphone market in 2021; it appears that not being able to compete in the biggest market in the world hobbled its global ambitions as well.  Samsung stopped making its phones in China in 2019, by which time it held a tiny fraction of the Chinese market.[146]  Samsung, Apple's big competitor globally, now barely registered in a market where it was the leading seller just a decade earlier.  Other well-known firms like Sony, held a tiny share of the Chinese market.  This left a series of local players as Apple's main competitors in that market and, eventually, as key competitors globally.

81.    First is Huawei, which is in a class by itself, both in terms of its size and its range of offerings.  Huawei competes with Apple on both high-end and low-end sets.[147]  At the high end, the value proposition it offers are similar features at a more competitive price point, while at the low end, it sells a middle of the road product at a much cheaper price.[148]  Huawei is also state controlled (the Company argues it is private but the U.S. government considers it, by and large, state owned) and is known to have close relationships with China's military, both of which provide it with distinct advantages (*e.g.*, agencies may be instructed to only use its phone presumably for security reasons).

82.    The second group of Chinese competitors are large, established companies for whom the smartphone is just one product, and often not the main one.  These include, for instance, Lenovo, which is a dominant player in desktops and laptops (acquired IBM's PC business in 2005), Haier, known for its home appliances (bought GE's appliance business in 2016), Hisense and TCL, both major makers of TV sets and air conditioners, among other products.  This group tends to be less innovative but has financial clout and, if needed, can divert profits from its main segments to subsidize smartphones.  Members of this group can also build on a large customer base and on close connections with the authorities.

83.    The third segment, shown to present the greatest challenge to Apple, includes upstarts such as Xiaomi, Vivo, Oppo and LeEco. Between them, Vivo and Oppo (sister companies of BBK, a Chinese conglomerate), controlled roughly one third of the Chinese market in 2016. Oppo's R9, which cost about $400, half of the cheapest iPhone, was China's best-selling

---

[144]  McKinsey Global Institute, Ibid.'s analysis, based on Euromonitor and HIS Markit data.

[145]  Thubron, R., LG is quitting the Chinese smartphone market, *Techspot,* February 4, 2018.

[146]  Park, J.M., Samsung ends mobile phone manufacturing in China, Reuters, October 2, 2019.

[147]  Choudhury, S.R., China's Huawei pulls ahead of Apple to become number-two smartphone seller in the world, CNBC, July 31, 2018.

[148]  January 7, 2019 Wall Street Journal, iPhone XR Revisited: The Best iPhone Apple Can't Sell ("Chinese brands such as Huawei, Xiaomi, Oppo and Vivo offer similar looking all-screen phones for much less money").

smartphone in 2016.[149]  Most of the upstarts compete at the low end, though the more established among them, such as Xiaomi offer a range of price points.  They typically target consumers who are less well to do or live in regions outside the major urban centers.  As I report elsewhere in this document, the dramatic increase in this part of the market gives those players an advantage.  In addition, the Chinese startups have the same advantage any startup would have in a crowded market: Innovativeness, flexibility, ability to operate on a shoestring and resilience honed in a tough marketplace where only the most agile survive.  These 'come from nowhere' smartphone makers quickly emerged as robust competitors, first domestically and then in global markets, scaling up from the base of the largest smartphone market in the world, that of China.[150]  They entered developing markets, especially in the Southeast first, parlaying their cost advantage, and then continued into developed markets as well, targeting the low end of the market but then ramping up to middle of the road offerings.  By 2016, Vivo and Oppo were among the five biggest brands globally.[151]  This, and their intention to eventually go upscale, gave Apple more reason to monitor them.

84.    The local competitors, in particular the upstarts, had other advantages, including a very low breakeven point, the result of low wages not only in assembly but also in marketing and sales costs, little to no R&D cost (a natural edge of a copycat, who leverages the technological advances of the innovator[152]), government subsidies (*e.g.*, tax rebates, deferral of otherwise mandatory employee benefits), and a willingness to accept very low margins.[153]  While Apple has positioned itself as the prime player competing on features and innovation rather than on pricing, it was not immune to price pressures.  Typically, Chinese players in various sectors, including, for instance, automobiles, start at the low end, but then move upmarket in search of fatter margins.  To upgrade, those imitators were often able to parlay their R&D savings into innovation, usually focusing on features rather than core technology.[154]  This was also the route pursued by Chinese smartphone makers, especially upstarts like Xiaomi, who were content to capture entry level segments and then move up the value chain as their customers were gaining purchasing power.  The aforementioned Guthrie and Edwards report acknowledges the encouragement of indigenous entrepreneurship and innovation as a government priority and describes "how one type of Chinese company . . . develops competitive advantage through innovation."[155]  In other words, the

---

[149]  "Beating Apple, Xiaomi and the gang in China," *The Economist,* February 4, 2017.

[150]  "Smartening up their act; Chinese phonemakers are preparing to take over the world," *The Economist,* October 25, 2014.

[151]  The Economist, February 4, 2017, Ibid.

[152]  Shenkar, Copycats, Ibid.

[153]  Pasick, A., The world's fastest-growing smartphone maker is barely profitable, *Quartz*, December 15, 2014.

[154]  *See* Shenkar, *Copycats*, Ibid.

[155]  Guthrie and Edwards, Ibid.

competitive challenge from Chinese startups who were becoming more innovative as well as lightning fast in copying others' innovation, was very much on the screen of Apple at the time.

85.    As noted, the initial strength of local smartphone competitors was often in rural areas, where smartphone use had exploded – by 2017, rural China had 209 million internet users.[156] Local competitors were quick to ride the changes, so, in addition to going after budget conscious urban dwellers, they went after three emerging groups: First, people who moved from villages to cities, part of a massive urbanization trend, who now needed to connect with dispersed family members, had options such as ecommerce that were often unavailable in rural communities.  The second group were migrant laborers, for whom the phone was the only way to connect with their families, including children left behind with grandparents.  The third group were people who stayed on the farm but were now able to supplement their income by converting to cash crops and or by doing seasonal work in factories.  Indeed, evidence shows that participation in non-farm work significantly increased smartphone usage.[157]

86.    While Apple's smartphone shipments in the fourth quarter of 2017 declined from 14 million units to 10.9 million units in the fourth quarter of 2018 shipments of devices made by Huawei, its main competitor at that time, went up from 24.3 million to 30 million during the same time period.[158]   In addition to Huawei (which sells both high end and low-end phones), Vivo (which sells mostly low-end phones), has also increased its sales during that period.

87.    As noted, the competitive threat to Apple's smartphone business in China came from local Chinese firms, who were multiplying and capturing market share by offering what many consumers believed to be a superior value proposition: More or less similar features offered for a lower price (*e.g.*, the top-of-the-line Huawei models) or more limited features for a still lower price (*e.g.*, Xiaomi).[159]   In addition to Huawei and Xiaomi, local competitors such as Oppo, Vivo, BBK and OnePlus, among others, appeared with enticing value propositions.[160]

88.    The crowded, competitive field should not have been a surprise to industry professionals, following the Chinese market, or emerging markets in general, which tend to start with low concentration, that is, a large number of competitors.  None of this would have been a surprise to any China observer, let alone a major company for which the country had been a key market.  Indeed, an October 26, 2018 email forwarded by Apple's Donal Conroy, Vice President, Finance, to senior executives like Cook and Maestri shows that the Company was monitoring an

---

[156]  Nie et al., Ibid.

[157]  Ma, W., Renwick, A., Nie, P., Tang, J & Cai, R., Off-farm work, smartphone use and household income: Evidence from rural China, *China Economic Review,* 52, 2018, 80-94.

[158]  Strategy Analytics reports.

[159]  Shen, S., A battle in the red ocean: The positioning strategies of Chinese smartphone brands, *Labbrand 2017.*

[160]   Shen, Ibid.

increasingly competitive field whose main players were timing product launches around Apple's, and that it was doing so using multiple data points (see my note on triangulation elsewhere in this document): "Feedback from partners in China is that consumers are waiting on competitor flagship launches from Huawei and Xiaomi, to make final purchase decision. Both products are at lower price points and are launching this week."[161]

89.    The competitive position of local smartphone players was further buttressed by the shift in China's development from Tier-1 cities (*e.g.*, Shanghai) to Tier-2 (now called "New Tier-1") and Tier-3 (now "Tier-2") cities and beyond.  The move, the result of both natural evolution (*e.g.*, saturation of Tier-1 markets) and government policy intended to lower inequality and bring the center and periphery closer, created a large pool of would-be consumers with more modest means who were eager to buy smartphones but were willing to forgo 'fancy' features as long as the price was right.[162]    Unlike Apple, local competitors offered cheaper products.[163]    They benefitted from support by local authorities, especially where their phones are assembled, *e.g.*, by way of providing access to more convenient retail locations.  Apple's leading competitor in 2018, Huawei, is regarded by many, including the U.S. government, as a State Owned Enterprise (SOE), a sector that has been known to benefit from especially strong preferences on the part of the Chinese government at both central and local level, *e.g.*, in the form of cheap capital.[164]    And as discussed above, Huawei is also viewed to have strong ties to the Chinese military, conferring additional benefits in a country where national security is an obsession and where data is tightly controlled (as noted elsewhere, Apple's own 'secret' agreement with the Chinese government appears to involve handing control of user data to the Chinese authorities[165]).

90.    Local companies were also, as is typically the case, more knowledgeable about their market.  For example, Lenovo provided charging stations in rural areas where the electricity grid is absent or unreliable.  Consumers in lower tier cities and in the countryside are much more price sensitive than those in the major urban centers and were likely taken aback by Apple's high prices and sometimes by the risk of paying a premium for a counterfeit product (Apple's smartphones have been vulnerable to that).[166]    Another segment looking for cheaper phones, briefly mentioned

---

[161]  APL_SECLIT_00631297.

[162]  McDonald, T., Desiring mobiles, desiring education: Mobile phones and families in a rural Chinese town, in Lim, S. (ed.), *Mobile communication and the family,* Springer, 2016.

[163]  Huang, E., China's smartphone market plunges, CNBC, April 26, 2018.

[164]  For example, the US-China Business Council 2017 Member Survey asks whether Chinese competitors are receiving tangible benefits. 40% answered yes, the other 60% said they suspected this was the case (the equivalent numbers for non-SOEs were 26% yes, 55% suspect, and 19% no).

[165]  Perez, B., Apple to build massive data centre at China's new high-tech hub in Guizhou province, *South China Morning Post,* July 12, 2017.

[166]   Zuo, M., Chinese police seize fake iPhones as trade war with US moves tech theft centre stage, *South China Morning Post,* November 7, 2018.

earlier, was the "floating population," which mostly consists of migrant workers.[167] Size estimates for this group vary widely, with one estimate suggesting 270 million people.[168] Their disposable income is limited, first, because their wages are significantly lower, and second, because this group generally does not receive basic benefits accorded to permanent residents with a hukou (residence permit), such as public education and healthcare. Those whose families stay behind, which is often the case, visit their homes once a year (during the Chinese New Year), and cell phones are the only way by which they maintain contact with their families who are typically left behind (only a smartphone would provide video capability). The rise of local producers upended the assumption that consumers will forever want more features regardless of their usefulness, novelty and price. Apple has been a market leader in introducing new features such as face recognition but their innovation seemed to have started to fall behind at that time or was offered at a price point that fancy features would not compensate for.[169]

91.    Whatever innovation Apple did introduce, it was quickly imitated by Chinese copycats. Jony Ive, then Apple's Chief Designer, was quoted in 2014 about Xiaomi: "It really is theft and it's lazy and I don't think it's OK at all."[170] YeeWee Koh, Apple's marketing lead in China, sent a message on April 2, 2018, incorporated in an email from Kevan Parekh to Mike Fenger dated April 12, 2018: "All of our Chinese competition have now announced their flagship devices – Huawei, Oppo, and Vivio. Incredibly, they all look similar (to varying degrees) to iPhone X, right down to the wallpaper, portrait lighting UI, and even the marketing how-to-videos. I expect Q3 to be challenging for us."[171] Isabel Mahe, Vice President and Managing Director of Greater, made a similar point when she emailed Tim Cook and other senior managers on November 1, 2018, that Huawei's newly opened flagship store in Shanghai "looks shockingly familiar to our new Apple store designs."[172] Thus, the threat of copying by Chinese competitors, whether of features or of design, was communicated directly to Cook and the rest of the top management team, though it must have been known to them by now. Surely the Apple team was also aware of

---

[167] Farrar, L., Smartphone explosion liberating China's migrants, *CNN*, September 18, 2012; APL-SECLIT_00244366 at 68 (Guthrie, D. and Edwards, B., Consumption in the Age of Xi: Understanding China's Evolving Consumer Markets) (describing "[a]pproximately 220MM Chinese citizens" who are members of the "floating population" as "the base of the migrant labor force that powers China's manufacturing base").

[168] 5 things to know about China's floating population, Paulson Institute, November 13, 2015.

[169] Statt, N., This is Samsung's foldable smartphone, *The Verge,* November 7, 2018; Shead, S., Folding phones could soon be mainstream, with Apple thought to have one in the works, *CNBC,* March 4, 2022.

[170] "Smartening up their act", *The Economist,* October 25, 2014.

[171] APL-SECLIT_00191009.

[172] EX 019 to the deposition of Luca Maestri.

the counterfeit problem, with fake iPhones selling for as low as $50[173], with fake stores and even a fake service center showing up later.[174]

92.    By 2018, however, Chinese competitors were fast approaching a stage where innovation was possible and feasible.[175]  Again, this was no surprise to Apple, which itself has a history of being an *imovator* – a company that knew how to combine imitation and innovation in a winning formula (Apple, after all, did not invent the desktop, the smartphone or the tablet).[176] Chinese firms were now building on and from their imitation capabilities.[177]  The upgrading of capabilities of Chinese players was also apparent from the surveys regularly conducted by foreign firm associations.  For instance, a survey by the European Chamber of Commerce in China found that in a span of one year, from 2017 to 2018, the percentage of European firms who thought that Chinese companies were less innovative declined from 53% to 39%.[178]  Much of the innovation in the smartphone sector was in user interface and applications, where local players benefitted from access to the largest user base in the world and from the wide use of smartphones for a broader array of uses that in developed countries are either distributed across multiple devices (*e.g.*, PC, laptop, iPad) and or are used more often (*e.g.*, payment).   Add to this a penchant for experimentation and quick adjustment to new trends, at least in urban centers, and you end up with an environment where new players and new offerings are almost a routine.

93.    Given its dependence on the Chinese market, the primacy of the country in its organizational structure, and its close monitoring of this market, Apple understood the threat of local competition and the 2018 challenges.  Indeed, in April that year Kevan Parekh forwarded an email from Yeewee Koh, head of marketing for Greater China, to Mike Fenger, VP of iPhone sales, noting the aggressive pricing of new Huawei phones and the challenge this posed to the

---

[173]  Chase, B., Shanzhai Ji: All you need to know about fake phones. *CNET,* July 9, 2009.

[174]  Lovejoy, B., Chinese authorities shut down elaborate fake Apple service center in Beijing, more may follow, *9to5Mac.com,* February 7, 2018.

[175]  Zhu, H. & Euchner, J. The evolution of China's innovation capability, Research-Technology Management, 61, 3, 2018, 11-15; Malkin, A., The made in China challenge to US structural power: industrial policy, intellectual property and multinational corporations, *Review of International Political Economy*, published on line August 4, 2019; Hoberg, G., Li, Y. & Phillips, G. US innovation and Chinese competition for innovation products, Working Paper, University of Southern California, Marshall School of Business.

[176]  Shenkar, Copycats, Ibid.

[177]  Shenkar, Copycats, Ibid ; Agarwal, N., Brem, A. & Dwivedi, S. Frugal and reverse innovation for harnessing the business potential of merging markets – The case of a Danish MNC, *International Journal of Innovation Management*, 24, 1, 2020.

[178]  European Chamber of Commerce in China, Business Confidence Survey 2019 (data provided form 2017, 2018 & 2019).

iPhone X, to which Fenger replied "tough times ahead for us in China."[179]  One cannot get much more explicit than that.

## IV.   APPLE'S DEPENDENCE ON CHINA DRIVES CLOSE MONITORING OF CHINESE ECONOMY, COMPETITION AND CONSUMER BEHAVIOR

94.    All sophisticated, multinational organizations routinely monitor their environment for relevant information, be it opportunities, threats, or other pertinent data. Reviewing the vast literature on environmental scanning is beyond the scope of this assignment, though scholarship on that issue is abundant.[180]  Multinational enterprises face an additional challenge in that they must scan multiple environments and need to develop an understanding of those markets lest they misinterpret phenomena even if nominally observable.[181]  Multinational companies are however well versed in this undertaking, in fact, it is considered one of their competitive advantages.[182]  Markets that are large and promising, and those that a multinational depends upon, are especially likely to be targets for developing and sustaining such expertise.  China, as I explain below, represented all that for Apple.  Indeed, with a cash hoard of a quarter of a trillion dollars,[183] Apple did not lack the resources to devote to such an endeavor.

### A.    Apple's Dependence on the Chinese Labor and Consumer Markets

95.    It should come as no surprise that a company like Apple would pay special attention to a key market, which normally would be a market of significant scale with apparently strong growth prospects.  That a market is, at the same time, a global production base, would make it doubly important, as would a contentious market where one is accorded the opportunity to learn, and compete with, sets of competitors that are already, or are likely to become, global competitors. Note, for instance, Kainn Drance's, Vice President of iPhone Marketing, October 29, 2018, email to Parekh, where she recommended that Apple "prioritize China and Western Europe where we are seeing competitive pressure from Huawei Mate 20 phones."[184]

96.    All of the above applied to Apple in China prior to and during the Class Period: China had been Apple's most important foreign market with the potential to one day become its

---

[179]  APL-SECLIT_00191007.

[180]  Voros, J. (ed.), *Reframing environmental scanning*, Australian Foresight Institute, Monograph Series #4, 2003; Robinson, C.V. & Simmons, J.E.L., *Long Range Planning,* 51, 4, 2018, 526-539.

[181]  *E.g.*, Muralidharan, R., Environmental scanning and strategic decisions in multinational corporations, *Multinational Business Review,* 11, 1, 2003, 67-88; Davidson, W.H., The role of global scanning in business planning, *Organizational Dynamics,* 19, 3, 1991, 5-16.

[182]  Shenkar, Luo & Chi, Ibid.

[183]  *E.g.*, Apple's cash hoard falls to $267.2 billion, *CNBC,* May 1, 2018.

[184]  APL-SECLIT_00536441.

largest; it has been Apple's major and almost exclusive production base, and it was subject to competition from both established international players and local startups which have already transformed into global competitors or have had the potential to do so.  No company, let alone an established global company that views itself as a technology and market leader, and that has almost unlimited resources at its disposal, would fail to do its utmost to deepen its understanding of such a market or neglect to monitor changes in what has already proved to be a dynamic and rapidly changing arena.

97.     As I noted, the threat to Apple from Chinese competitors is not only in the China market, but rather globally.  According to the McKinsey report (cited earlier), in 2018, multinationals held a mere 13% share of the China smartphone market, a dramatic fall from the 81% in 2008.  In that year (2018), Chinese firms commanded a 25% of the global smartphone market.  In many development regions, where much of future demand rests, the Chinese share is still higher, for instance, Chinese brands held about 30% share of the African market.

98.     Things are not very different on the manufacturing side.  In 2018, the percentage of components from local Chinese makers in the smartphone sector had been steadily rising, and, according to the McKinsey report, cited earlier, had reached 35-50%, more than that of any other nation in a globally dispersed supply chain.  According to a Reuters analysis, from 2015 to 2019, the percentage of local Chinese content went from 44.9% to 47.6%.[185]  While Apple opened plants in Brazil and India, they are relatively small and mostly serve their respective domestic markets as a way to circumvent domestic tariffs; they certainly have done very little to weaken the Company's dependence on China.[186]

99.     At the same time, according to the Reuters report, Apple's main iPhone assembler, Foxconn, expanded in China from 19 locations in 2015 to 29 locations in 2019, while its second assembler, Pegatron, has gone from 8 to 12 during the same time period.  In 2018, 42 of Apple's biggest suppliers were in mainland China, only Taiwan had more (by 2021, China, including Hong Kong, had the largest number, 52).  About half of Apple's suppliers globally are in China.[187]  As I noted elsewhere, having a large share of local inputs, a likely part of the deal Apple made with the Chinese government, exposes a company to imitation, because local players can use the same providers along the supply chain.  This is what has happened, for instance, in the Chinese motorcycle market.[188]

---

[185]  Reuters Technology News, Apple's data shows a deepening dependence on China as Trump's tariffs loom, August 28, 2019.

[186]  "Apple's India and Brazil iPhone plants haven't reduced its dependence on China: Report," Tech (Reuters), August 29, 2019.

[187]  Cheng, T.F. & Li, L., China ousts Taiwan as Apple's biggest source of suppliers, *Nikkei Asia*, June 2, 2021.

[188]  Zaun, T. & Leggett, K, Motorcycle makers from Japan discover piracy made in China, *WSJ*, July 25, 2001.

100.    Given the mutual dependence, the long record of cooperation between them, and the vertical tie-up between Apple and Foxconn, it goes without saying that production levels must have been sensitive in real time to demand and or projected demand.  Negative signals also came from resellers, as we learn from the email chain response by Vice President of Finance, Donal Conroy, on October 9, 2018, concerning disappointing sales of the iPhone XR, that "Tim is aware overall that we are disappointed with N84 Reseller orders, so not a complete surprise."[189]  In other words, the disappointment was expected.  On October 20, 2018, an email from Rachel Yong to Donal Conroy and other Apple executives, reported requests for PO cancellations from key partners and noted "soft demand," "decline in street price," and higher than normal inventory.[190]

101.    When it comes to knowledge management, companies also rely on information coming from outside stakeholders, be they customers, suppliers, resellers or retailers, competitors, and the like.  Information from suppliers is always important, especially at a time of "de-verticalization," that is, the dispersion of the value chain across internal and external entities.[191]  In the case of Apple, this is even more so, since the company does not engage in manufacturing, but rather farms it out to third-party partners.  The knowledge coming from such suppliers, especially those who produce a complete product as opposed to a single or a few components, are vertically integrated (*e.g.*, also control raw materials), and ship directly to customers, is among the most critical to a firm.

102.    Apple has a long tradition with outsourcing, and China is at the very heart of it.  The Company's relationship with Foxconn Technology Group, also known as Hon Hai Precision Industry, Inc., goes back decades, and no manufacturer is more important to Apple than Foxconn.  As reported earlier, Foxconn produces the vast majority the devices that Apple sells globally.[192]  The scale and experience of Foxconn give it the ability to make last minute changes on a grand scale, and ramp up production at a rate virtually no other company can match.[193]  Underlying the importance of the relationship is that not only is Apple dependent on Foxconn, but Foxconn is dependent on Apple.  According to *Nikkei Asia*, Foxconn's dependence on Apple for revenue has grown from roughly 25% in 2009 to about 55% in 2016.[194]  The relationship between the two firms is deeper than in a conventional supplier-buyer setup.  For example, the two are partners in

---

[189]   APL-SECLIT_00628660.

[190]   EX 025 – CONROY, D.

[191]   Shenkar, *Copycats,* Ibid.

[192]   Moorhead, P., Who are Apple's iPhone contract manufacturers? *Forbes*, April 13, 2019

[193]   Kiyoshi, U., Outsourcing and corporate social responsibility: Apple in China, MPRA paper #38614, 2012.

[194]   Kanematsu, Y., Foxconn, Apple and the partnership that changed the tech sector. *Nikkei Asia,* July 13, 2017.

SoftBank's Technology fund.[195]   Taiwan-based, Foxconn was early to realize the production promise of China, establishing manufacturing in Shenzhen that has grown immensely, to become its own city, and, eventually expanding into other Chinese regions.[196]   For the all-important China market, and for the global market, Foxconn, Apple and China are tightly intertwined, each depending on the others for its operations, profitability, and growth.

103.    In August of 2018, Foxconn reported declining earnings and the lowest quarterly profitability since 2013.[197]   Reuters reported that this was partially the result of the cost of carrying an unsold inventory of the iPhone X, a fact that was, without a doubt, known to Apple.[198]   In the prior week, Foxconn's mobile unit, FIH, reported a wide loss and acknowledged the risk of saturation in the smartphone market.[199]   An article in May of 2018 covering the Foxconn plant in Zhengzhou, where "half of Apple's i-Phones are produced," cited a merchant catering to Foxconn's employees: "Liu estimated that this time of year, the factory usually has 120,000 employees.   This year, she said, it seems like half of that."[200]   This is consistent with an October 10, 2018 email sent by Donal Conroy (VP, Finance) to Mike Fenger, stating that "now we are telling the factory we don't need the China supply. . ."[201]

104.    Apple's high level of dependence on China, noted earlier, can be summarized at the macro (*e.g.*, national), industry (sector) and firm level.   At the macro level, according to a McKinsey report, the U.S. overall economic dependency on China has doubled between the 2003-2007 and the 2013-2017 time periods.[202]   At the industry level, globally, the electronics sector is one of the most highly integrated with China, trailing only textile and apparel.   Highly integrated sectors are exposed to China both as a market and as a supplier, and this exposure has been growing.   From 2003-2007 to 2013-2017, the integration level of the global electronics sector with China has grown from 12% to 16% in terms of China's share of global imports, and from 15% to

[195] "Apple confirms $1 billion investment in Softbank's tech fund," *Techmonitor*, January 5, 2017.

[196] Pun, N., Chan, J., Guo, Y., & Selden, M., Apple, Foxconn, and Chinese workers' struggle from a global labor perspective, *Inter-Asia Cultural Studies,* April 2016.

[197] Li, L. Foxconn earnings miss market forecast despite Apple's strength, *Nikkei*, August 14, 2018.

[198] Yu, J.M., Foxconn profit below forecast on soaring operating costs, shares fall.   Reuters, August 13, 2018.

[199] Yu, J.M., Foxconn profit below forecast on soaring operating costs, shares fall.   Reuters, August 13, 2018.

[200] Jacobs, H., "Inside iPhone city, the massive Chinese factory town where half of the world's iPhones are produced", *Business Insider,* May 7, 2018.

[201] APL-SECLIT_00367917.

[202] McKinsey Global Institute, *China and the World,* 2019.

28% of China's share of global exports.[203]  At the firm level, Apple placed at the very top of the Economist's "Sinodependency Index," which weighs S&P 500 firms by their China revenues, applied to 104 firms.  The second ranked, Intel, had roughly half of Apple's exposure.[204]  Not surprisingly, according to CNBC, in 2018 Apple was "the big tech firm most at risk from a US-China trade war."  The article states that two Apple services, the iBooks store and the iTunes movies were shut down in 2016.[205]

105.    The previously cited Apple report titled Consumption in the age of Xi: Understanding China's evolving consumer market (APL_SECLIT_00244367), co-written by Guthrie, effectively an Apple insider, gushes over the size and promise of the Chinese market as compared to that of the US, *e.g.*, 150 million iPhone users vs. 100 in the US, 400 million millennial users vs. 90 million in the US, and 12.8 trillion mobile transactions vs. 48.9 billion in the US (2017 data).[206]  This piece makes evident that China is not only a market of major importance to Apple, but is likely the most important market for the Company globally.

106.    It should also be mentioned that the Economist's index only looked at revenues, whereas an index made of China production and procurement would also likely have placed Apple very high, and possibly at the very top.  Together, this dual dependency, on both the supply/production and sales side, made up for an extremely elevated dependency, and this is without even looking at other elements covered in this report, such as the ability to learn quickly and first-hand about the local competitors that would then enter international markets, such as Vivo, which was founded in 2009 and entered international markets by 2014.[207]

107.    Given Apple's high level of dependence on China, any adverse change in the Chinese economy or consumer environment, from deteriorating market conditions to employment conditions (*see*, for instance, the wave of suicides in a Foxconn plant), must have been very high on the priority list of its senior executives, especially but not only those in charge, not to mention senior most executives like the CEO and CFO.  This is in addition to the leaders of the Company's Greater China region and hired advisors, such as Doug Guthrie, an expert in international business, with a focus on China, who has been a professor at New York University, and the dean of the George Washington University School of Business, before being hired to head Apple University's

---

[203]  McKinsey Global Institute, *China and the World,* 2019.

[204]  Gauging America's exposure to China, *the Economist,* August 26, 2015.

[205]  Kharpal, A., Apple is the big tech firm most at risk from a US-China trade war, CNBC, June 19, 2018.

[206]  Guthrie & Edwards, Ibid.

[207]  Long, D., Vivo reveals global ambitions to become top smartphone brand after securing world cup sponsorship, *The Drum*, May 31, 2018.

China learning.[208]  In and of itself, such an appointment shows Apple's emphasis on the detailed study of China.[209]

108.    However, the sales and marketing side is possibly the most important for Apple in both the short and long range, as it drives all other functions, such as supply chain.  This does not mean however that other functions, such as manufacturing, are immaterial, especially in the context of a company that outsources virtually all production.  Thus, production levels and inventory among its OEMs, in particularly Foxconn, provide important information regarding the trajectory of current and future sales.  Given its dependence on the China market, one can assume that Apple invests large resources in market research in the country, likely relying not only on its resources but also on outside expertise.

## B.    Knowledge, Monitoring and Control

109.    Knowledge of the host environment is undeniably vital to entering into and striving in foreign markets.  Prior to the 1978 reforms, getting information about China was an arduous and imperfect task.  The country was virtually closed to the outside world, with the only information obtained from refugees or escapees who have managed to get to Hong Kong, and beyond.  This state of affairs changed both with the opening of China and the advent of electronic communications, monitored and censored as it is in the country.  Today, even a lay person, let alone a large multinational, can easily find information on the pages of English language newspapers from *The New York Times* to the *South China Morning Post*, a variety of surveys conducted by both foreign (*e.g.*, AmCham; the European Chamber; the UK Chamber) and domestic outfits (*e.g.*, academic centers at Peking and other major universities).  For instance, Apple appears on the member list of both the American Chamber of Commerce in China (AmCham) and the U.S.-China Business Council, the two most important associations of U.S. companies in or doing business with the country.[210]  These two organizations also operate as lobbying groups, both in China and in the U.S., which implies close contact with policy makers and, often, the opportunity to impact policies that would impact them.  Apple, for one, went beyond that, by directly negotiating with the senior most Chinese leadership, not to mention its place at the table of U.S. presidents and cabinet members.  For example, Cook described meeting with President Trump on multiple occasions regarding U.S.-China tariffs in his deposition.[211]  He also

---

[208] https://isearch.asu.edu/profile/3577049.

[209] APL-SECLIT_00244366 (Guthrie, D. and Edwards, B., Consumption in the Age of Xi: Understanding China's Evolving Consumer Markets).

[210] Websites of American Chamber of Commerce in China (Am-Cham) and the US-China Business Council.

[211] February 9, 2022 Tim Cook Dep. 68:11-13.

met with the administration's United States Trade Representative, Robert Lighthizer, on the same topic.[212]

110.     There are many ways through which knowledge is mined and exploited by international firms, for example, third parties (*e.g.*, consulting firms, both at home and abroad), retired or transferred industry executives, and so forth.  The most efficient and effective channel, especially where it comes to the complex and tacit facets of the requisite knowledge, is a firm's own experience, which leads to the accumulation of experiential knowledge.[213]  This experience resides at and is embedded in the organizational level as well as with key decision makers, namely C-Suite members starting with the CEO.  How do CEOs and other senior managers learn from their international experience?  An international assignment is helpful, but a review of the scholarly literature from 1998 to 2019 also suggests that short-term business travel, of the sort Tim Cook conducted multiple times to China during his tenure, is also conducive to the development of global skills and awareness.[214]  For example, during October 2018, Cook personally went to China to meet with representatives of China Mobile, as discussed above, a major reseller of iPhones in China.[215]  This meeting with China Mobile was not just for show.  Anna Matthiasson, who led operations for the Pacific region, including Greater China, under Donal Conroy, Vice President, Finance, sent an email to members of China sales team regarding potential demand and shipping issue on the "[u]nderstanding that Tim is in town."[216]

111.     Moreover, this meeting with China Mobile was far from Cook's first encounter with the world's largest telecom company.  Leander Kahney, in his recent biography of Cook, "Tim Cook: the Genius Who Took Apple to the Next Level," describes how it was Cook, who after Steve Jobs tried and failed to do so, convinced China Mobile to distribute iPhones in 2013 after years of efforts, and sought to make China Apple's biggest market in the world, surpassing that of the US.[217]

112.     Personal visits by company leaders are a way to cement relations with government leaders, obtain vital information on macro and geopolitical trends, and lobby for favorable policies.

---

[212] https://www.nytimes.com/2018/06/18/technology/apple-tim-cook-china.html; Apple's chief Tim Cook steps up charm offensive in China amid trade war, *The Washington Post,* October 10, 2018.

[213] Johanson, J. and Vahlne, J.E., The internationalization process of the firm: A model of knowledge development and increasing foreign market commitment.  *Journal of International Business Studies,* 8, 1, 23-32 (see also their 1996 and 2006 articles).

[214] Fey, N., How global leaders learn from international experience reviewing and advancing global leadership development, *Advances in global Leadership,* 13, 2021, 129-172.

[215] APL-SECLIT_00628660.

[216] APL-SECLIT_00367917.

[217] Leander Kahney, "Tim Cook: The Genius Who Took Apple to the Next Level," p. 116-117.

Tim Cook not only made multiple such visits to China, meeting with the country's leaders, but is reported to have signed a five-year confidential agreement with the Chinese government in 2016, that included investment of U.S. $275 million in China, technology transfer to Chinese firms, and concessions concerning data handling.[218]  It is reasonable to assume that such negotiations and the resulting agreement represent a close relationship that would entail intimate access to knowledge about the market, including important policy changes, such as the subsequent reduction in carrier subsidies that has had a direct impact on smartphone sales in the country (recall the carriers are state owned).  Such a close relationship is especially vital in Chinese culture, where guanxi (loosely translated as "relationships") is critical to the pursuit of successful business, especially in a system where the government is an overwhelmingly active player and not just a regulator.  Nor was this new to Apple – The Guthrie and Edwards report explicitly acknowledges that Guthrie's own prediction from the 1990's concerning the eventual erosion of guanxi was proven wrong (which is consistent with my earlier statement about the relative stability of cultures).

113.    Firms have multiple options in which to organize their activities, *e.g.*, by function, by product line, or by geography, among others.  The existence of a regional organization (in this case, in the form of Greater China) is an indication of the importance of a market as well as an awareness of certain unique features that require specialized expertise and customization.[219]

114.    Another indication of the organizational importance of a market is the position of the executive in charge of the unit in the overall corporate hierarchy.  In that respect, the 2017 establishment of a new role, Managing Director of Greater China, is a very clear indication of the importance of China to Apple.  The appointee, Isabel Ge Mahe, would be a Vice President reporting directly to the CEO, Tim Cook, and the COO, Jeff Williams (rather than, say to the SVP of Worldwide Marketing), and be based in Shanghai.  No other region appears to be represented on the organization chart at that level, and no other executive at that level appears to be placed outside the US. Cook notes in his official statement about the appointment that "Apple is committed to invest and grow in China."[220]

115.    Another angle scholars and practitioners employ when assessing strategic priorities are the reporting requirements, *e.g.*, the frequency and detail of the formal communications to upper echelons.[221]  We know that relevant data, gathered by Apple employees in China and the U.S., included weekly sales reports that identified results and *forecasts week by week*.  These were

---

[218]  While the secret deal was made in 2016, details emerged in 2021, when the five year deal was set for more or less automatic renewal. *See, e.g.*, "Apple's Tim Cook reportedly signed five-year $275 billion deal with China, *The Guardian,* December 7, 2021.

[219]  *See e.g.*, Shenkar, Luo & Chi, Ibid (chapter 11).

[220]  "Isabel Ge Mahe named Apple's managing director of greater China," Apple press release, July 18, 2017.

[221]  Schmidt, S.M., Managers' pursuit of individual and organizational goals, *Human Relations,* 37, 10, 1084, 781-794.

sent to the uppermost executives, including the CEO, CFO and COO.[222]  It is thus reasonable to assess that these executives were very well versed in the trends in the China market.  For example, an October 22, 2018 email from Stella Ye mentions data collected from in-store surveys, online store statistics, daily activation tracking, and external vendors data.[223]  Those multiple internal data points, Mr. Parekh acknowledges in his deposition, are combined with outside reports from analysts and research organizations.[224]  The juxtaposition of multiple and diverse data sources is termed "triangulation" in the professional literature, and its value resides, among other things, in the ability to provide a more comprehensive picture while detecting errors and avoiding biases.[225]  For example, an email summary sent by Mike Fenger to Tim Cook consolidates views from different research organizations, comparing their forecasts and commenting on their underlying views.[226]  This gives further credence to the view that Apple not only received relevant and timely information and data concerning the Chinese market, but that it was also well equipped to properly interpret it and that the information went all the way to the top of the organization.

116.    Firms of Apple's scale and reach also have in-house experts on their key markets, and, if needed, would hire area experts for help monitoring and interpreting market developments.  As discussed above, in 2014, Apple hired Doug Guthrie, a Chinese business scholar previously at NYU and the George Washington University, to head its Apple University work on China and advise the Company on its China operations.  Dr. Guthrie stayed in this position until 2019, so he must have been keenly aware of the market trends described in this opinion and as a Company insider was in an excellent position to inform the Company's upper leadership directly and effectively.  I find that he did so, in a report titled "Consumption in the Age of Xi: Understanding China's Evolving Consumer Markets," which: "advance[d] a political economy framework to examine China's evolving market economy.  This discussion decidedly extends beyond Chinese consumer behavior to focus instead on the context in which Chinese consumers are embedded."[227]  The metadata of this document indicates that it was in the possession of Phillip Schiller, who has been at Apple for over thirty years and served as the Senior Vice President of Worldwide Marketing.[228]

117.    To sum up, I do not find obstacles to either the free flow of information from various value chain links (*e.g.*, suppliers, sellers) to Apple that would prevent the collection of data

---

[222] *E.g.*, EX 016 – COOK, T.

[223] APL-SECLIT_00346969.

[224] March 10, 2021, Kevan Parekh depo.

[225] Flick, U., Triangulation in data collection, *The Sage Handbook of Qualitative Data Collection,* 2018, 527-544.

[226] APL_SECLIT_00146060.

[227] APL-SECLIT_00244366 at 67 (Guthrie, D. and Edwards, B., Consumption in the Age of Xi: Understanding China's Evolving Consumer Markets).

[228] https://www.apple.com/leadership/phil-schiller/.

and information relevant to the emerging situation in the China market that would have prevented the Company from getting clear picture of the situation in that market.  On the contrary, what I observe is a company that diligently collects and juxtaposes various data points, thus establishing parallel information flows that would compensate if a particular channel were clogged (a remote possibility).  Nor do I find lack of knowledge and expertise that would interfere with the proper interpretation and absorption of the information and data collected.  Finally, I do not see any organizational bottlenecks that would have prevented relevant information from reaching the uppermost, decision-making level of the Company.  The personal involvement of the CEO and the elevated position of China in the organizational chart make for a tight control over both strategic and operational issues.

118.    Control is one of the most basic components of management.  Firms, especially those of the scale and global reach of Apple, continuously scan their environment.  In particular, they closely follow sales trends in their key markets and look for any signs of change in trajectory, with the aim of taking corrective action.  Greater China (which includes Taiwan and Hong Kong) is, after all, Apple's second largest market after that of the United States and one of its more promising, if not the most promising.  Greater China has grown from constituting about 4% of Apple's global revenues in 2010 to a high of 25% in 2015, levelling off at around 20% in 2017.[229] And, as I have already noted, China is also by far the most important manufacturing site for Apple, so that any disruption would have had consequences globally, as well as a testing ground for features and applications and an arena for battling local competitors who then challenge Apple globally.  Such a vital region would surely have been on the Company's radar when it was scanning the environment for signs and signals of changing trends, which can be anything from a new technology to the emergence of a new competitors or developments among key suppliers and sellers.

## C.    Apple's Corporate Structure and Human Resources Focused on China

119.    The "plumbing," or mechanics, of knowledge flow and management are a company's organizational structure and its human resources.  Together, and among other things, they determine attention to events and interpretation of the environment, and transparency to the outside world, be it to their investors, analysts, regulators, or the public at large.[230]

120.    In terms of organizational structure, Apple is rare among large companies in its continuous use of a functional structure, meaning that the senior most officers are each in charge of a function, say, marketing, rather than a product, or a business line, or a geography.  Such an organization relies on technological expertise and tends to be more centralized.[231]  In this context,

---

[229]  Bary, E., The surprise in Apple's earnings: Big growth in China, *Marketwatch,* May 2, 2018.

[230]  Shenkar, Luo & Chi, 2021, Ibid.

[231]  Hansen, M.T., How Apple is organized for innovation, *Harvard Business Review*, November-December 2020.

the dependence of Apple on China, the scale and trendsetting of this market, and the fact that it is the only major market where global manufacturing takes place, are of fundamental importance. This implies that all functions, from sales and marketing to operations and services likely follow China closely.  Furthermore, as I mention elsewhere, Greater China appears to be the only geographic region represented at the uppermost level of the organizational chart.  Using international business vocabulary, China is more than a proactive subsidiary, it is, in a way, ground zero of the entire operations.[232]  When this is the case, knowledge flows relating to this market are likely to receive priority and, save serious organizational failure, are unlikely to be lost, interrupted, or misinterpreted.

121.    Complementary to the role of China in the company at large is its extensive Greater China presence.  In 2017, Apple appointed Isabel Ge Mahe as its first Vice President and Managing Director of its Greater China business,[233] illustrating the importance of the market.  Isabel Ge Mahe was previously the functional head of wireless technologies engineering at Apple helps to cement a close relation with the functional setting and reports, as discussed above, to CEO Tim Cook and COO Jeff Williams.

122.    I have excerpted a 2017 Apple press release[234] announcing Ms. Mahe's appointment to that position:

Cupertino, California – Apple today announced that Isabel Ge Mahe, vice president of Wireless Technologies, has been named vice president and managing director of Greater China, reporting to CEO Tim Cook and COO Jeff Williams.  In this newly created role, Isabel will provide leadership and coordination across Apple's China-based team.

"Apple is strongly committed to invest and grow in China, and we are thrilled that Isabel will be bringing her experience and leadership to our China team," said Tim Cook, Apple's CEO.  "She has dedicated a great deal of her time in recent years to delivering innovation for the benefit of Apple customers in China, and we look forward to making even greater contributions under her leadership."

In China, she has worked closely with Apple's R&D team and carrier partners to develop new China-specific features for iPhone and iPad, including recently announced iOS 11 features such as QR Code support, SMS fraud prevention and enabling the use of a phone number as an Apple ID.

---

[232]  Shenkar, Luo & Chi, Ibid.

[233]  Russell, J., Apple's Greater China business has its own managing director for the first time, *TechCrunch*, July 18, 2017.

[234]  Isabel Ge Mahe named Apple's managing director of Greater China, Apple Press Release (July 17, 2017).

"I'm honored to have this opportunity to represent Apple in China and work more closely with our incredibly talented team," said Isabel. "Everyone at Apple is proud of the contributions we make to the communities where we do business, and I am looking forward to deepening our team's connections with customers, government and businesses in China to advance innovation and sustainability.

123.   Crucially, the Company's announcement also states that one of the main roles of Mahe, a China native, would be liaising with the Chinese authorities.[235]   Someone of that background would be aware of the most recent developments in the country and, in light of their functional background, would be expected to call attention to such developments within the Company, which I find from my review (discussed below) was the case.

124.   In terms of human resources, given Apple's aforementioned dependence on China, it is not surprising that this is translated into building a human resource base that is thoroughly familiar with China and is stationed both at its California headquarters and, in particular, on the ground, in China.  Indeed, I understand based on my review of publicly available documents and litigation materials that during the relevant time period, Apple also had an extensive operational focus on the Greater China market.

125.   Ms. Mahe appears to have corresponded directly with many other Apple executives concerning product-related issues in China, including consumer preferences and reports on demand for Apple smartphones.[236]

126.   YeeWee Koh, according to Apple executive Kevan Parekh, Vice President of Sales, Marketing and Retail Finance, was the Company's marketing lead in China.[237]  Mr. Koh appears to have communicated regularly with senior Apple executives concerning business conditions in China, including Parekh, and Greg Joswiak, then-Vice President of Product Marketing.[238]

127.   Brian Lu, also according to Parekh, was the head of sales in China and he appears to have provided reports on the status of sales in China to Apple executives, including Cook, and assisted in the preparation of materials for the Company's earnings calls.[239]  There appears to be,

---

[235]  https://www.apple.com/leadership/isabel-ge-mahe/.

[236]  APL-SECLIT_00148897 (Mahe proposing to discuss "current political / economic conditions in China" at the September 24, 2018 executive team meeting); APL-SECLIT_00515053 (Mahe's "Greater China Update – October 2018" to Cook and other executives describing how the launch of iPhone XR "has been somewhat overshadowed by that of Huawei's Mate 20").  Mahe is the only market-specific member of Apple's executive team listed on its website.

[237]  *See* Parekh March 10, 2021 Tr. at 243:22-25.

[238]  *See* APL-SECLIT00347168 (Parekh), APL-SECLIT_00162989 (Joswiak).

[239]  *See* March 10, 2021 Parekh Depo Tr. at 250:7-12; *see also* APL-SECLIT_00148965 (Cook communications); APL-SECLIT_00199039 (earnings call preparation).

based on my review of some of the litigation materials, a host of other individuals on the ground in China that report directly on matters pertaining to the Company's business in China.[240]

128.     Further it has been reported that as of 2021, Mahe led an Apple Greater China team of 12,000.[241]  The magnitude of Apple's staff in China that looked after various aspects of the Company's business in China is consistent with what one would expect from a large Company that has a substantial amount of its products assembled and sold in the region.

129.     Tim Cook has run Apple since 2011, so by 2018 he has served well above the median, and just around the average, for CEOs of large cap companies.[242]  Not less importantly, prior to his elevation to the CEO position, Mr. Cook had been with Apple since 1998, and his last position before his rise to the top was that of Chief Operating Officer.  Cook had responsibility over logistic operations, and so would be intimately familiar with how Apple's global supply chain works; in this capacity, he would also have close relations with its chief vendors, and especially with its main manufacturer, Foxconn.  To cite a recent empirical scholarly article, "internally promoted CEOs should have a deeper understanding of their firm's products, supply chain, operations, business climate, corporate culture, and how to navigate among employees to get the information they need."[243]

## V.     INTERNAL COMPANY SOURCES CONFIRM APPLE'S MONITORING AND REVIEW OF THE ECONOMIC AND SMARTPHONE MARKET TRENDS IN CHINA

130.     Apple internal company documents, testimony from Company executives, and other sources confirm that Apple executives had access to and analyzed the information I would expect a foreign company with Apple's resources operating in China to monitor and analyze.

### A.     Internal Sources Confirm Apple's Access to Data from and Keen Focus on China

131.     Based on my review of documents and testimony from Apple and Apple executives, it is clear that during the timeframe relevant to the case that Apple, through its employees both in the United States and in China gathered a significant quantity of data on the Company's business prospects China, which tracked performance results and forecasts by week, lines of business

---

[240]  *See* APL-SECLIT_00199045 (Maggie Du); APL-SECLIT_00607122 (Jacques Qu); APL-SECLIT_0089798 ("GC Sales Organization" chart).

[241]  https://businesschief.asia/videos/meet-ceo-isabel-ge-mahe-heading-apple-china.

[242]  Marcec, D., CEO tenure rates, Equilar, Inc., cited in Harvard Law School Forum on Corporate Governance, 2018.

[243]  Brockman, P., Campbell, J.L., Lee, H.S. & Salas, J.M., CEO experience and voluntary disclosure quality: Evidence from management forecasts, *Journal of Business, Finance & Accounting*, 46, 2019, 420-456.

product and by geography.[244]   The Company also tracked geopolitical issues (not to mention regulatory, cultural and other issues, as well as metrics such as awareness and excitement of or for products), such as via "**TRADE AND TARIFFS: SUMMARY OF REACTIONS**" reports.[245]

132.   For example, as early as April 29, 2018, Tim Cook asked his staff about an IDC (International Data Corporation) report that China's smartphone "market shrank by 8 percent year on year in units during Q2."[246]   He asked Mike Fenger, Vice President of iPhone Sales, whether he had "a perspective of why and a realtime view of April."   Fenger responded:

> I will have the local team put together a more detailed response, but I did want to point out that a few other research firms have reported a much greater market decline than IDC.  Canalys estimated -21% and CAICT (MIIT's subsidiary), -28% for CY Q1'18.

133.   The next day, April 30, 2018, Fenger forwarded Cook an email with extensive internal Apple analysis of "China data," referencing multiple China email threads and analyzing reports from multiple outside organizations, including Kantar, CAICT, Strategy Analytics, Canalys, and Counterpoint.[247]

134.   In addition, the testimony of Apple employees confirmed that these are the type of data points that the Company collected to keep abreast of business and consumer trends in China. Kevan Parekh, Vice President of Sales, Marketing and Retail Finance, testified that Apple conducts market research to "understand [] what the consumer experience with our products are."[248]   He further explained that in order to obtain that information, Apple "really tr[ies] to get feedback from our consumers on products, and we also follow market data, as well, with syndicated firms like IBC [sic], Kantar, and others."[249]   Parekh also described how Apple combines information from its own research and from third-party firms like "a local Chinese firm called BCI that gathers informationally locally on sales trends.  IDC is another firm I mentioned . . . Kantar is another market research firm that provides estimates" in order to understand the China market.[250] According to his testimony, Apple collects various forms of product information, including

---

[244]  *See* Patel 006-008, 011-012 (*e.g.*, Patel 006, APL-SECLIT 00159367).

[245]  *See*  APL-SECLIT_00149244,  APL-SECLIT_00149245,  APL-SECLIT_00147073,  APL-SECLIT_00151400, APL-SECLIT_00156427.

[246]  APL-SECLIT_00146060.

[247]  APL-SECLIT_00146065.

[248]  March 10, 2021 Kevan Parekh depo at P. 211 lines 10-12.

[249]  *Id.* at lines 12-15.

[250]  *Id.* at P. 246 line 23 to P. 247 line 25.

pricing[251] as well as preferred features in the Chinese smartphone market, in China.  The company also received information regarding customer traffic from certain partner stores in China in 2018.[252]  In addition to product and demand information, Apple, according to Parekh, gathered significant amounts of macroeconomic data, such as foreign exchange, GDP, and consumer confidence.[253]

135.    In his deposition, Parekh not only described the broad set of information that Apple possessed regarding its performance in China, but also how the Company reviewed it.  Parekh explained that Apple reviewed analyst reports in Greater China and the United States when they discussed relevant issues[254] as well as news stories.[255]  Information, in particular regarding economic conditions in China, was initially monitored by Apple's team in China.[256]  He also explained "[t]hat data is compiled locally and sent over.  In some cases, we review that with teams, you know, live.  It depends on – there's various ways that we interact with the team to understand what's going on with China."[257]

136.    Shortly after his early October 2018 trip to China, on or about October 17, 2018, Tim Cook led an internal Apple meeting regarding iPhone units sales in 1Q19 and where he told Apple executives that "he is concerned about demand risk in China & Japan."[258]

137.    On October 18, 2018, Matt Blake, Director, Corporate Finance, wrote to Parekh and others summarizing data requests from Tim Cook regarding dual SIM performance."[259]  Blake wrote, "During our earnings prep meeting yesterday, Tim asked that we reach out to you to get some data and anecdotal feedback on dual SIM performance in China" and asked for help in "pull[ing] together some market stats, channel color and other relevant information."  Fenger's request for the collection of data from Apple employees is indicative of the tremendous amount of data that Apple had access to regarding the Chinese smartphone market and regulations.  This is

---

[251]  *Id.* at p. 251 lines 6-11.

[252]  *Id.* at p. 286 line 23 to P. 287 line 22.

[253]  *Id.* at p. 322 line 15 to P. 323 line 3.

[254]  *Id.* at p. 323 lines 4-19; *id.* at P. 341 lines 9-25.

[255]  *Id.* at p. 325 line 6 to P. 326 line 8.

[256]  *Id.* at p. 331 lines 3-4.

[257]  *Id.* at p. 248 lines 13-17.

[258]  APL-SECLIT_00368207, APL-SECLIT_00182917, APL-SECLIT_00182917.

[259]  APL-SECLIT_00199039.

the type of detailed data gathering one would expect a company like Apple to engage in to maintain information flow in foreign regions, in particular, China.

138.     In addition to the analysts and broad-based data that the company collected, I understand that Apple executives also collected factual data pertaining to Apple specific sales in China.  For example, on October 19, 2018, Priya Balasubramaniam, Vice President, Operations, asked Anish Patel, Vice President, Worldwide Supply Demand Management: "How are the China orders for n84 [*i.e.*, iPhone XR]?"[260]  Patel was able to respond almost immediately, "[b]elow expectations across the board but we also did not expect Xr to be a strong preorder product."

139.     On October 20, 2018, a number of Apple executives, including Cook and Maestri, were sent an email entitled "iPhone XR Launch Update," which revealed that "[o]nline bookings are -82% y/y v. iPhone 8/8+ (-75% y/y ex. GC)," indicating that while the XR was doing poorly, it was doing even worse in Greater China.[261]

140.     On October 22, 2018, Stella Ye, a member of the China sales team, sent Mike Fenger, Vice President, iPhone Sales, a presentation entitled "China Dual SIM & Q1'19 Forecast." That presentation detailed how "[r]ecent US/China trade tensions pose[] some uncertainty to China overall economy."  The report utilized various forms of data, including in-store surveys, Apple Online Store statistics, daily activation tracking and data from external vendors.[262]

141.     On October 23, 2018, Sabih Khan sent Matt Blake an email titled "Need some help on research," including "any analyst research/papers/articles on the following topics":

      (a)     China smartphone market outlook and trends
      (b)     Company analysis on Huawei, Xiaomi and Oppo/Vivo
      (c)     Global smartphone market outlook and trends
      (d)     China smartphone manufacturing[263]

142.     In addition to the collection of narrative and anecdotal data, the Company also collected and analyzed actual data which appeared to be highly up to date concerning sales by geography, and specifically, China.  On October 23, 2018, Ai Ling Loo, Finance Director, Corporate FP&A, wrote to Donal Conroy, Vice President, Finance, and Kevan Parekh, Vice President, Sales, Marketing, and Retail Finance, with an "Updated Q1'19 Revenue Y/Y by Geo"

---

[260]  APL-SECLIT_00565563.

[261]  APL-SECLIT_00161836.

[262]  APL-SECLIT_00346976, APL-SECLIT_0034969.

[263]  Blake 006, APL-SECLIT_00586234.

and noted that "US Revenue went up significantly followed by slight increases in Europe.  This is offset by significant reductions in Japan and Greater China (turned negative at -1% Rev Y/Y."[264]

143.    On October 24, 2018, Apple investor relations and other executives exchanged emails, and the China team noted the following "Risks about Q1 forecast": "China overall economy is under challenges given the recent US & China trade tension.  Some macro economic index are not promising.  Overall China smartphone market continued with double digit drop in 2H of 2018."[265]

144.    On October 25, 2018, Thomas Paine, a Senior Director of Worldwide Supply Demand Management, sent a Q1 projection and product update to Cook and Jeff Williams, Chief Operating Officer, which, among other data points, reviewed total direct demand for the iPhone XR, which was about to go on sale the next day, with a specific focus on the negative impact of Greater China market.

145.    An October 26, 2018, an email sent to Conroy and others titled "Fall 18 - PAC Launch Day Qualitative Feedback - iPhone XR," provided information about the XR launch in the regions, including China, and stated that "Overall feedback on XR is of less excitement and awareness versus previous launches."[266]

146.    On October 27, 2018, Karen Starkweather, a Senior Director of Worldwide Supply Demand Management, sent a draft guidance update to Donal Conroy, Vice President, Finance, detailing a tremendous drop in projected iPhone sales driven by what I understand to be weaker than expected demand for the iPhone XR, particularly in China.[267]   The related presentation also calculated demand numbers specifically excluding Greater China, highlighting the Greater China market's impact on Apple's projections in a presentation to the Company's Chief Financial Officer.[268]

147.    On October 28, 2018, Parekh sent Cook, Maestri, and others a "Q1'19 Update." The update – sent in the form of a slide deck – collected more than 50 pages of data, such as a "Macro Considerations" summary which indicated that the smartphone market, competition, and poor iPhone launch were "challenges."[269]

---

[264]  APL-SECLIT_00368970.

[265]  APL-SECLIT_00346969.

[266]  Parekh 026, APL-SECLIT_00199321.

[267]  *See* February 9, 2022 Cook depo at p. 234 line 11-12 ("Demand for the phone [*i.e.*, XR] was weaker than our expectations . . . .").

[268]  APL-SECLIT_00093341.

[269]  Cook 016, APL-SECLIT_00099226.

148.    Also on October 28, 2018, Priya Balasubramaniam sent an email to Donal Conroy reporting feedback from Chinese partners, that is, carriers and resellers that, as mentioned before, are responsible for the bulk of Apple's sales in that market.   The feedback was by and large negative, with some partners being more assertive. For instance, an email from Li Yeong Ann in the same email chain from October 26, 2018, states that "CM (China Mobile) is escalating to Apple Sales to stop further XR shipments immediately" and "warned that they may reject any XR shipment next week that is beyond three week launch plan."  Similarly, China Unicom "mentioned that if we continue to ship, they will consider not accepting shipment and hold future payment."[270]

149.    On October 29, 2018, Maggie Du sent an email to Stella Ye, copying Kevan Parekh and others, reporting on popular news lines in China comparing the opening of Huawei's flagship store in Shanghai, concurrent with the launch of the Mate 20, with the launch of the iPhone XR in an Apple Retail Store, the latter showing "no queue, few customers."[271]

### B.    Internal Sources Confirm Apple's Awareness of and Interest in Economic Deceleration in China

150.    Based on my review of documents and testimony from Apple and Apple executives, it is also clear that during the timeframe relevant to the case that Apple, through its employees both in the United States and in China, was keenly aware that economic conditions in China were decelerating.  Apple was aware, as would any company with significant operations in China would be, that Chinese economic growth was not only decelerating, but that such deceleration was likely to have significant impacts on Apple's business in Greater China.

151.    As mentioned above, Kevan Parekh, Vice President of Sales, Marketing and Retail Finance, on behalf of Apple, testified that the Company monitored and considered headlines around economic conditions in China "throughout the year."[272]   Parekh also testified that the Company evaluated trade tensions between the United States and China by "monitoring the headlines and trying to get a sense of whether or not that was impacting demand for our products."[273]   Parekh also testified that Apple "understood that analysts were expecting the smartphone markets to slow"[274] and that Chinese consumers were overall buying fewer smartphones.[275]  This is consistent with other internal sources, *e.g.*, an October 22, 2018 email by Stella Ye to Mike Fenger, discussing risks about Q1 forecasting: "China overall economy is under challenges given the recent U.S. & China trade tension.  Some macro-economic index are not

---

[270]  APL-SECLIT_00183204.

[271]  Parekh 33, APL-SECLIT_00199045.

[272]  March 10, 2021 Kevan Parekh depo p. 325 line 24 to p. 326 line 8.

[273]  *Id.* at p. 325 lines 6-22.

[274]  March 10, 2021 Kevan Parekh depo p. 345 lines 6-12.

[275]  *Id.* at p. 348 lines 5-11.

promising.  Overall China smartphone market continued with double digit drop in 2H of 2018."
She also notes that Apple fans "may prolong the purchase decision cycle" and that the XR "may
be perceived as the 'less superior' one." [276]

152.     On October 19, 2018, Cook, Maestri and others were sent the highlights from a
CNBC interview with financial analyst Dan Ives, during which Ives asserted that iPhone sales in
China were critical to Apple's success and worried that supply and pricing, not demand or the
broader economy, were the key risks:

> He says "China is the fuel in the engine" and suggests to meet targets, Apple's
> strategy should be "executing on China" and "execute on iPhone."  Ives says
> potential pitfalls include supply chain disruption and determining if consumers will
> pay the higher price for phones.

> Asked if increased tariffs or finding skilled labor are a concern for Apple, Ives said
> Apple has been "ahead of the curve," citing work that's "been done with Foxconn"
> and calling China the "linchpin" from both a R&D and a demand perspective.[277]

153.     On October 31, 2018, Cook, Maestri and others were sent the highlights from the
Wall Street Journal's, CNBC's and Bloomberg's coverage.  According to The Wall Street Journal,
"Apple will need to increase sales of handsets and other devices overseas."  And, in anticipation
of Apple's November 1, 2018 financial earnings and next quarter guidance:

> In other preview coverage CNBC and Bloomberg point out themes to look for
> tomorrow include initial demand for iPhone XS and XS Max, holiday guidance,
> China and Services.  CNBC's Josh Lipton highlights the importance of "how
> China's consumers feel about those new iPhones, especially the Max."[278]

154.     On October 30, 2018, Mahe sent an email to Apple marketing executives
explaining, "In China, as a normal consumer, everywhere I look I see Huawei Mate 20's
advertisement (airports, billboards) and all sorts of news articles on social network about how great
Mate 20 is.  News and information on Mate 20 dominate the internet.  Frankly I don't see a lot of
buzz on the new iPhones anymore, especially not much on XR."[279]

155.     On October 31, 2018, Kevan Parekh, Vice President of Sales, Marketing and Retail
Finance was forwarded a newsletter from Bill Bishop at Sinocism by Yeewee Koh, the marketing
lead for Greater China.  The newsletter described efforts the Chinese government was signaling it

---

[276]  APL_SECLIT_00199047.

[277]  Cook 003; APL-SECLIT_00599341.

[278]  Blake 009; APL-SECLIT 00504029.

[279]  APL-SECLIT_00357757.

was going to take to support the economy amid downward pressure, including from the trade war with the United States, and Koh noted:

> Broader economic situation is probably worse than what officials will admit to.

> I'm seeing the auto industry hit by broad and deep declines, according to my friends working in it.

> My sense is consumer confidence and spending and will further decline in 2019. People haven't stopped spending, but they will get a lot more careful about what they spend on.[280]

### C. Internal Sources Confirm that Apple had a Close Relationship with iPhone Resellers and Other Partners in China, and Relied on Them for Smartphone Market Demand Signals

156.   My review of documents and testimony from Apple and Apple executives shows that Apple's partners in China, including major telecoms such as China Mobile, China Unicom, and China Telecom, were providing Apple with reliable and timely information or demand signals – including but not limited to cancellations of orders for Apple's iPhones.  As discussed above, these relationships with local resellers and distributors are helpful to understand local preferences and trends and necessary to measure business prospects.  These signals from Chinese partners confirm that Apple received reliable indications that demand for iPhones in China was far lower than Apple anticipated.

157.   On October 9, 2018, Mr. Conroy explained in an email with the subject "China Mobile TC Exec Brief" that reseller orders for the XR ("N84") were lower than expected, stating:

- Tim is aware overall that we are disappointed with N84 Reseller orders, so not a complete surprise

- on the first bullet, the -21% y/y is a glaring issue - I assume this is a combo low end drop off not enough N84 orders…[281]

158.   On October 13, 2018, a number of executives received a "Q1'19 W2 Reseller Update" which reported:

> as we approach the XR launch it is becoming more difficult to hold the current orders as some partners are reducing S[ell ]I[n ]F[orecast] or asking to push it out into Q2... We also still have the option to pull the trigger on the "break glass in case

---

[280]  Ex 034 – Parekh, K (APL-SECLIT_00347168)

[281]  Patel 003, Cook 005, Conroy 010, APL-SECLIT_00139890, APL-SECLIT_00628660.

of emergency" options we took you through last week in the US, and will continue
to monitor to determine if and when those make sense.[282]

159.    On October 17, 2018, Mr. Parekh sent an email describing problems with the
iPhone XR ("N84") which had not even launched yet, in particular getting resellers to "place
orders."[283]

160.    On October 19, 2018, Mr. Parekh emailed a number of other executives concerning
"N84 Reseller Pre-Orders Update - 10/19."  Parekh asserted:

We knew pre orders would be lighter but this feels lighter than I would have
expected. Also, the partner order outlook (sell in forecast) is going to be driven by
customer demand signals which may lead to nearer term adjustments down until
we see runrate demand.[284]

161.    On October 20, 2018, Mr. Cook and others received an "iPhone XR Launch
Update", which reported that pre-orders from Apple resellers "are softer than expectations across
all reporting partners."[285]

162.    On October 22, 2018, Priya Balasubramaniam wrote to Tang Yew Tan concerning
reductions in Apple's master production schedule for the iPhone XR, noting that Apple had already
reduced the production of the iPhone XR by 2M the prior week (from 43M to 41M) and that Apple
was planning discussion of a further reduction from 41M to 38M.[286]

163.    On October 25, 2018, Donal Conroy wrote to Cook, Maestri and others, subject
"Fwd: iPhone XR Pacific Day 1 Executive Summary (as of 5:00 pm SGT)" which noted the
particular lack of interest in the iPhone XR compared to the iPhone XS and XS Max on reseller
JD.com's website:

There were no high profile launch events, and less interest and awareness compared
to the previous XS/XS Max launch.  JD.com page views through seven days of pre-
order was 1.1M for XR vs. one hour to reach 1.1M page views for XS/XS Max.[287]

---

[282]  Parekh 016, APL-SECLIT_00198901.

[283]  Maestri 003, APL-SECLIT_00198985.

[284]  Cook 007, Conroy 012, APL-SECLIT_00643587; Parekh 019, APL-SECLIT_00516988.

[285]  Maestri 004, Balasubramaniam 007, APL-SECLIT_00161836.

[286]  APL-SECLIT_00565784.

[287]  APL-SECLIT_00631297.

164.    On October 26, 2018, the first day I understand that the company made the iPhone XR available for sale, Rob McDowell, a Senior Director in the planning organization under Mr. Conroy, sent an email regarding new product introduction ("NPI") iPhones, including the XS and XS Max, to senior Apple executives, which demonstrated the importance of the Greater China market and Chinese resellers to the iPhone XR's success.[288]  Mr. McDowell included an iPhone Launch Summary that showed that China was the second largest market for the iPhone XR, and that specifically detailed the performance of resellers in Greater China, including China Mobile, China Unicom and China Telecom.

165.    On October 26, 2018, Li Yeong Ann, a Channel Support Account Manager, reported that China Mobile ("CM") "has requested even before launch that we do not execute faster than 3 weeks' XR SP, due to poor dealer response when they are trying to allocate since early W4.  This morning's soft UB [unbricking] trend prompted them to remind us not to execute ahead of 3 weeks' SP."[289]  Li followed up shortly therefore and relayed that "CM has just verbally warned that they may reject any XR shipment next week that is beyond 3 weeks launch ship plan (i.e., W3-W5 cum 241k)" and she explained that "[h]igh XR EOH stacking up at their main DCs is jeopardizing their monthly inventory audit KPI, while XR take-up rate from province/dealers are so far low."  On October 27, 2018, Mr. Conroy explained that "I wanted to give you a heads up that we have significant Xr ship clean risk in China next week.  The poor kick off over the weekend has caused pressure from partners and the local sales team not to ship in next week's planned supply (~ 700k).  They may have a point but we have not agreed to stop next weeks shipments yet."[290]

166.    On October 27, 2018, Mr. Conroy and other executives received an email with the subject "iPhone XR Launch Weekend Velocity Update - Data as of 10/27 8am."  The email reported as "Key Points":

- Global partners reported lower excitement and awareness vs previous launches.

- China Mobile and China Unicom are asking to push out 500k of Frozen mBS. mBS thru W6 is 940k vs ship plan of 440k.[291]

167.    On October 28, 2018, Li Yeong Ann, a Channel Support Account Manager, explained that "CM is escalating to Apple Sales to stop further XR shipments immediately."  Li's warnings from CM were then forwarded to Conroy by Anna Matthiasson, who led the operations team for the Pacific region, including Greater China, under Conroy, and who recommended not

---

[288]  APL-SECLIT_00284425.

[289]  APL-SECLIT_00183204.

[290]  Balasubramanaim 010, APL-SECLIT_00183204.

[291]  Parekh 032, APL-SECLIT_00125757.

shipping all discrete supply in, so as not to "erode relationships with partners and/or they may delay payment."[292]

168.   Kevan Parekh testified that certain resellers in China also provided Apple with traffic information from their stores, which I understand to be indicative of both customer excitement and awareness.[293]

169.   On October 30, 2018, Apple employees internally discussed that "key partners" adding up to 85% of iPhone sell through had asked Apple to stop shipping them the iPhone XR: "Our key partners (Telco/OTC/Mono- 85% of iPhone ST contribution) have escalated and requested for PO cancellation /stop shipments since Sunday."[294]

170.   On October 30, 2018, members of the China sales team and Apple executives discussed the "Updated G[reater ]C[hina] Q1 SI & UB projection."  As reported to Conroy, Apple resellers' demand for the XR was much lower than supply in what was described as "[t]ough quarter."[295]

171.   By October 31, 2018, in response to this negative information concerning poor sales and weak demand, the Company began reducing iPhone manufacturing, particularly for the iPhone XR.  For example, on October 31, 2018, James Venter sent an email to Conroy and others, subject "Intel Supply 10.31.1" which indicated that Apple was making a "10.5M MPS [Master Production Schedule] reduction" which was comprised of "N84 [i.e. iPhone XR]: -9.5M, D3X [i.e., iPhone Xs and XS Max]: -1.0M".[296]

### D.   Internal Sources Also Confirm that Apple Collected Contemporaneous Information About Competitors in the Chinese Smartphone Market

172.   My review of documents and testimony from Apple and Apple executives also shows that Apple and those same executives were acutely aware that Apple's competitors in China were scheduled to and had released highly competitive products that posed a significant risk to Apple's smartphone market share in China.

173.   On April 12, 2018, Kevan Parekh, Vice President of Sales, Marketing and Retail Finance, forwarded an email from Yeewee Koh, Head of Marketing for Greater China, with Chinese pricing for new Huawei phones, including the P20 and P20 Pro, to Mike Fenger, Vice

---

[292]   APL-SECLIT_00183204.

[293]   March 10, 2021 Kevan Parekh depo at p. 286 line 23 to p. 287 line 22.

[294]   Patel 019, APL-SEC LIT 00140649; Conroy 025.

[295]   Conroy 023, APL-SECLIT_00610497.

[296]   APL-SECLIT_00093550.

President of iPhone Sales.  Koh specifically noted "[h]uge delta between P20 Pro and iPhone X."[297]
Fenger thanked Parekh for the message and noted, "Tough Times ahead for us in China."  Parekh
recognized, "They [Huawei] are being really aggressive."

174.    Parekh testified that Apple was "aware of the competitive dynamics and where
competitors were pricing, and so I would say we were aware of all those developments," including
that Huawei and Xiaomi phone pricing would be a competitive headwind.[298]  In his March 10,
2021 deposition, Parekh also testified that "[w]e would consider how Chinese consumers view our
products versus competitive products" in early 2018.[299]  He also recognized that Apple was aware
that analysts considered competition between Apple and other smartphone manufacturers to be
fierce.[300]

175.    In an October 22, 2018 "N84 Pre-Orders Update," the Worldwide Reseller
Operations team sent an email to a number of Apple executives, including Mr. Conroy explaining
that "[m]edia in China was focusing on the 10/16 announcement of Huawei Mate 20.  The new
flagship model will launch on 10/26."[301]

176.    On October 27, 2018, Apple marketing executives discussed competition from
Huawei, both within and outside of China: "The China team is a little concerned about the Huawei
Mate launch - it looks like they priced aggressively in China . . . we really need to ramp up our
marketing activities for XR . . . especially in places like Europe and China."[302]

177.    On October 29, 2018, as mentioned earlier, Joswiak shared "Marketing thoughts
from Tim [Cook] meeting," which included "Prioritize China and Western Europe where we are
seeing competitive pressure from Huawei Mate 20 phones."[303]  Parekh and others discussed
competition from Huawei, including sharing pictures of crowds at stores and noting that the
company should really be careful about what the company said publicly about the XR launch:

> I think that we may want to be cautious on the tone of XR launch in China. One of
> the popular news headlines in China last weekend was the direct comparison of
> Huawei Mate 20 launch, in conjunction with the opening of Huawei flagship store

---

[297]  APL_SECLIT_00191007.

[298]  March 10, 2021 Kevan Parekh depo at p. 342 lines 12-22.

[299]  *Id.* at P. 338 lines 6-17.

[300]  *Id.* at p. 345 line 24 to p. 346 line 8.

[301]  APL-SECLIT_00630936.

[302]  Parekh 027, APL-SECLIT_00163618.

[303]  Joswiak 005, APL-SECLIT_00536441.

in Shanghai, versus iPhone XR's 1st day. Unfortunately the below pictures were flooded in Weibo and Wechat.[304]

178.    On October 29, 2018, Joswiak and Parekh traded thoughts by email about the poor XR results following a "Sunday Tim Meeting."  As Parekh stated:

> we are worried about the risk in Greater China (and to a lesser extent Europe) with the Huawei Mate 20 launch. They have priced aggressively in China with a 128GB entry point depending on the model (we have a comparison chart in the China section and are still gathering European pricing).[305]

179.    On November 1, 2018, Isabel Ge Mahe sent a "Greater China Update" to Cook and others, explaining the effect that competition, from Huawei in particular, was already having on Apple's smartphone sales:

> iPhone XR — Customers Taking "Wait and See" Approach: Customers in Greater China are price sensitive while purchasing iPhone XR, bearing in mind upcoming 11/11 (Single's Day) discounts in just under two weeks. iPhone XR launch, from what we're seeing so far, has been somewhat overshadowed by that of Huawei 's Mate 20.

> Huawei Mate 20 Pro, Worthy iPhone Competitor: Huawei launched the Mate 20 and Mate 20 Pro on October 26th (coinciding with iPhone XR on-shelf), comprising aggressive media hype, advertising, and China pricing at 35% less than equivalent EU models – prompting fierce debate over its comparable features to iPhone XS and XS Max, with Mate 20 Pro priced USD 160 cheaper and Mate 20 priced nearly USD 360 cheaper than our entry iPhone XR.[306]

180.    On November 2, 2018, in an email to Priya Balasubramaniam, Henry Hoang writes that "news media is picking the up low (sic) sales and the fact that nobody wants Apple..."[307]

## VI.    CONCLUSION

181.    Looking at the relevant facts concerning economic, social, political and geopolitical factors related to Greater China and mainland China in particular, as they appear in the literature, scholarly and otherwise (*e.g.*, research organizations, open media), the materials made available to me by counsel and documents independently collected concerning U.S. and China trade markets

---

[304]  Parekh 033, APL-SECLIT_00199045.

[305]  Joswiak 004, APL-SECLIT_00169666.

[306]  Maestri 019, APL-SECLIT_00515053.

[307]  APL_SECLIT_00439960.

occurring in and around calendar year 2018, and interpreted via my professional knowledge and experience of many years, I arrive at the following conclusions.

(a)     Approaching 2018, and continuing through it, there were signs of the maturation and commoditization within the global smartphone market, to which Apple, as an innovator and premium price leader, was especially vulnerable.

(b)     In 2018 in China, there was significant evidence of major economic headwinds across multiple indicators, that, combined with the global industry trends, had a visibly adverse impact on the local smartphone market.

(c)     Apple's high level of dependence on China, for both manufacturing and sales, as well as the emergence of local competitors with global ambitions, would have caused Apple to closely monitor competition, consumer behavior, and demand trends in China.

(d)     Apple's organizational structure and executive staffing, especially the changes undertaken just prior to 2018, are indicators of the Company's strong attention to the China market and are consistent with Apple's public statements and internal documents.

(e)     Frequent trips to China by Tim Cook and his personal meetings with President Trump and Chinese leadership indicate that Cook was well versed in contemporary events, including rising trade tensions, impacting the China market.

(f)     Leading up to Apple's 1Q19 earnings announcement on November 1, 2018, a multitude of warning signs concerning a deterioration of China's smartphone market were apparent to Apple and its top executives, with some translated into tangible corporate actions including reduction of iPhone production levels.

(g)     In the years prior to 2018, Apple observed, and monitored, intensifying competition from Chinese smartphone makers, ranging from established players to startups, that offered competitive pricing while matching, or exceeding features, especially those desired by Chinese consumers.  That competition continued to escalate in the lead up to November 1, 2018 as major domestic competitors launched smartphones clearly inspired by (if not copying) Apple's products but at lower price points and/or better specifications.

(h)     Internal documents confirm that Apple systematically monitored and reviewed the state of the Chinese economy in general and the smartphone market in particular, as well as the local competitive landscape, and that it triangulated in-house sources with those of outside analysts, research organizations, and the media to obtain a comprehensive and accurate picture of Apple's overall business.

I declare under penalty of perjury that the foregoing is true and correct.

_____
ODED SHENKAR

# EXHIBIT 1

**ODED SHENKAR**

**Ford Motor Company Chair in Global Business Management**
**Professor of Management and Human Resources**
**Fisher College of Business, The Ohio State University**
**Member, East Asian Studies Center/ Institute for Chinese Studies**

| Address: | Contact: |
|---|---|
| Fisher College of Business | Phone:  (614) 292-0083 |
| The Ohio State University | Cellphone: (614) 804-4690 |
| 2100 Neil Avenue | Fax:     (614) 292-7062 |
| Columbus, OH 43210, USA | E-mail: shenkar.1@osu.edu |

**Languages:**        English, Hebrew, French, some Chinese

**Member:**        Academy of International Business (AIB)
        International Association of Chinese Management Researchers (IACMR)
        Academy of Management (AOM)

**EDUCATION**

1981        Ph.D., Columbia University, Sociology

        Dissertation committee membership:
        Department of Sociology, Graduate School of Business, the East-Asian Institute

        Qualifications:
        Organization Theory (distinction), Sociological Theory, Sociology of China
        Dissertation: "The Confucian Ethic and the Spirit of Bureaucracy"

1979        M. Phil., Sociology, Columbia University

1978        MSc.soc, Sociology, The Hebrew University of Jerusalem (cum-laude)

1976        B.A., East-Asian (Chinese) Studies, and Sociology, The Hebrew University of
        Jerusalem (cum-laude)

**ACADEMIC EXPERIENCE**

| | |
|---|---|
| 2015-present | Academic Director, National Center for the Middle Market, Fisher College of Business, The Ohio State University |
| 1999-present | Ford Motor Company Chair in Global Business Management (inaugural) |
| | Professor of Management & Human Resources, Fisher College of Business; member, East Asian Studies Center/ China Institute; The Ohio State University |
| 1990-1999 | Professor of International Management, College of Business Administration and Center for Chinese Studies, University of Hawaii |
| 1983-1999 | Lecturer to Full Professor, Graduate School of Business, Tel-Aviv University |
| 1982-1983 | Lecturer, Industrial Engineering & Management, Ben-Gurion University |
| 1981-1982 | Lecturer, Graduate School of Public Administration, New York University |
| 1977-1981 | Researcher, Truman Institute, the Hebrew University of Jerusalem |

**Visiting Positions** (sample)

The Chinese University of Hong Kong

Hong Kong University of Science & Technology

International University of Japan

University of Cambridge

Peking University

University of International Business and Economics (China)

**TEACHING**

B.A., BSc, MBA, M.A., MSc, EMBA, PhD/ DBA, Executive Programs, Customized Company Programs, Government Sponsored Programs, experiential classes in cooperation with firms and governments

**EDITORIAL RESPONSIBILITIES**

Management and Organization Review:

Senior Editor [2008-2010, 2013-present]
Consulting Editor [2004-2007]

Guest Editor for special issues

Editorial Board Membership

- Academy of Management Executive [2000-2006]
- China Review International (Advisory Board) [1995-1997]
- Human Relations [1999 –2006]
- International Journal of Cross-Cultural Management [launch (2000 - present]
- International Studies of Management and Organization (ISMO) [2020-present]
- Journal of International Business Studies [1994 - 2008]
- Journal of International Management [2000 – present]
- Journal of Management Inquiry (Dialog) [1995 - 2000]
- Management and Organization Review [2004-2010; presently on Editorial Advisory Board]
- Management International Review [1993 - 2014]
- Multinational Business Review (Advisory Board) [2003 – present]
- Organization Studies [1993 - 2006]
- Sage Series in International Business [1996 - 1999]
- Thunderbird International Business Review [1998 – 1999; 2006 - 2010]

## POLICY/ ADMINISTRATIVE / OUTREACH

| | |
|---|---|
| 2015-2021 | Academic Director, National Center for the Middle Market, The Ohio State University |
| 2007-2009 | Vice President and Board Member, Academy of International Business |
| 2006-2008 | Member of the Board, International Association of Chinese Management Researchers |
| 2007-2008 | Executive Committee member, Fisher College of Business, Ohio State University |
| 2006-2007 | Oversight Committee Member, Mershon Center, Ohio State University |
| 1998-2010 | Member of the Council of Business Development & Integration Executives (M&A), The Conference Board |
| 1996-1999 | International Business Area Head, Director-international exchange, Tel-Aviv University |
| 2005-2017 | Appearances before US-China Economic & Security Review Commission (US Congress) |
| 2012 | Appearance before the Presidents of US Scientific Societies |
| 2005 | Appearance before the Western Governors Association |
| 1990-present | Expert witness assignments |

+ Corporate Advisory Boards, corporate and community presentations are not listed in this document

**ACADEMIC HONORS**

| | |
|---|---|
| 2021 | Advisory Board member, Africa-Asia Centre for Sustainability, University of Aberdeen |
| 2019 | JIBS Gold Medal for Scholarly Contributions to International Business |
| 2019 | President's list of OSU internationally recognized Ohio State University scholars |
| 2018 | Distinguished Scholarly Contribution Award, International Association of Chinese Management Researchers (IACMR) |
| 2016 | Distinguished Honorary Professorship, Sun Yat-sen (Zhongshan) University |
| 2013-2015 | Distinguished Honorary Professorship, Sun Yat-sen (Zhongshan) University |
| 2012 | Founding Member of the Global Corporate Culture Research Center (GCCRC) |
| 2011 | Decade Best Paper Award, JIBS |
| 2008-2011 | Outstanding Paper Awards, Emerald Literary Network |
| 2010 | Keynote speaker, China Global Conference, Kennedy School, Harvard University |
| 2010 | Honorary Professorship, Xi'an Jiaotong University (China) |
| 2010 | Honorary Professorship, Xi'an University of Architecture & Technologies (China) |
| 2009 | Best Paper Nominations, Academy of International Business Annual Meeting |
| Kjui. 2006 | Academy of International Business: Elected Vice President & Program Chair |
| 2004 | Academy of International Business: Elected Fellow |
| 2002 | International Association of Chinese Management Research: Representative-at-Large |
| 2002 | International Journal of Organizations Research: Appointed Consulting Editor |
| 2002 | Hong Kong institute of Business Studies, Lingnan University (Hong Kong): Member of the Advisory Board |
| 2002 | The Conference Board: Invited to join the newly formed Council for Business Development and Integration Executives |
| 2001 | Journal of Business Research: Rated first among Chinese management scholars |

4

| | |
|---|---|
| 2000 | The Conference Board: Invited to the Working Group on mergers & acquisitions |
| 2000 | Center for Human Resources and Strategic Development, Zhejiang University: Appointed member of the Academic Advisory Board |
| 1999 | Hang Lung Center for Organizational Research at the Hong Kong University of Science and Technology: Appointed to the Academic Board |
| 1997 | Journal of International Management: Top 30 international strategy scholars |
| 1997 | INFORMS Committee Review of *Organization Science*: One of 300 most prolific top journal authors in management over the prior ten years |
| 1995 | Judge Institute of Management, University of Cambridge: First Arthur Andersen Fellow |
| 1995 | Lingnan University, Hong Kong: Appointed Visiting Examiner in Management. |
| 1994-1997 | Chinese University of Hong Kong: Appointed External Examiner of Undergraduate Programs in Management |
| 1978 | Columbia University: Distinction in Organization Theory |
| 1977-1981 | Truman Institute: Research Fellowships |
| 1975-1977 | Hebrew University: Awarded Graduate Fellowships |

**MEDIA**

**Print Publications**
Wall Street Journal (European and Asian editions)
New York Times
Financial Times
Los Angeles Times
Chicago Tribune
Washington Post
USA Today
The Boston Globe
Dallas Morning News
San Jose Mercury
International Herald Tribune
Daily Mail (UK)
L' Express (France)
Liberation (France)
Business Times (France)
Guardian (UK)
The Independent (UK)
Irish Times (Ireland)
Die Welt (Germany)

Business Week
Compass Magazine
Forbes
The Economist
Time Magazine
Chief Executive Magazine
Xinhua (China's News Agency)
The China Business Weekly
The China Daily
Caixin (China)
The Economic Times (India)
Nikkei Financial Daily (Japan)
Economic Times (India)
The Australian
RIA Novosti News Agency (Moscow)
Russian Journal
Reuters
Associated Press
Columbus Dispatch
Business First
Career Times
Multiple Online venues

**Radio** (sample)
Voice of America, CNN, NPR, WHNZ, KCSN, WOSU, WFNF, KPSI (ABC), Chicago Public radio,
Oregon Public Radio, Radio Berlin, Australian Broadcasting Corporation, Russian Radio, China Radio
International

**TV** (sample)
ABC (US), ABC (Australian Broadcasting Corporation), BBC, Bloomberg, CBC (Canada), CCTV
(China Central Television)/ CGTN (China Global Television Network), CNN, Reuters, RT (Russia
Today), Turkish Television, TV Korea, WOSU


**GRANTS**

2017-22 Mershon Center, with Ilgaz Arikan and Chengguang Li (US$40,000)

2000-17 OSU CIBER – four consecutive $1,000,000 + CIBER rounds

2012-3  Mershon center, with Ilgaz Arikan (US$30,000)

2012-3  OSU CIBER, Global Competence Award, with Ilgaz Arikan, (US$6000)

2011    OSU CIBER, Global Competence Award (US$5,000)

2011    Prosper Foundation, Data Grant Award (US$40,000 equivalent)

2010    OSU CIBER Global Competence Award (US$4,000)

2008    US – Israel Bi-national Science Foundation (with A. Fiegrnbaum, S. Lev (US$60,000)

2007    OSU CIBER Global Competence Award, with M. Makhija (US$6,000)

2007    OSU CIBER Global Competence Award (US$6,000)

2006    Hong Kong Research Grant Council (RGC), with Y. Gong and Y. Luo (HK$609,000)

2006    US Department of Commerce, contribution to CIBER proposal (US$1.5 million/4 years)

2005-6  OSU CIBER Global Competence Award (US$4,500)

2005-6  OSU CIBER Global Competence Award (US$12,000)

2004    State of Ohio, Real Estate Commission, with Ilgaz Arikan (US$43,650)

2004    OSU CIBER: Global Competence Award (US$4,500)

2004    OSU CIBER: Global Competence Award, with Anil Makhija) (US$12,000)

2003    OSU CIBER: Global Competence Award (US$8,500)

2002    Hong Kong Government Research Grant Council, with J.T. Li) (HK$598,000)

2002    PricewaterhouseCoopers (IBM) (US$15,000)

2001/2  OSU CIBER: Global Competence Award (US$8,000)

2000    OSU CIBER Global Competence Award (US$5,000)

1999    Mershon Center, Ohio State University (US$20,000)

1995    University of Hawaii CIBER, with M. Peng and J.T. Li, US$10,000)

1993    University of Hawaii CIBER, with J.T. Li (US$10,000)

1991    University of Hawaii-CIBER, with D. C. Bangert & E. Bailey (US$10,000)

1990    The Chinese University of Hong Kong, with M.K. Nyaw

1987-8  The Chinese University of Hong Kong

1987    Jerusalem Institute for Israel Studies

1987    Israel Institute of Business Research, Tel-Aviv University

1986    Center for Entrepreneurial Studies, New York University, with S. Ronen

1985     Multinational Enterprises Program, International Labor Office (ILO), with Y. Zeira

1983-6  Israel Institute of Business Research, with E. Yuchtman-Yaar, Y. Zeira


**CONSULTING** (sample)

Amiad Water Systems
AWT Technologies
Battelle
Bank Leumi
China National Offshore Oil Corporation (CNOOC)
Citigroup
Diamond Power International (A Babcock & Wilcox division)
Geely/ Volvo
Insightec
Lehman
Netafim
PIC
Sinopec
State of Hawaii
Strauss-Elite
Syngenta/ Zeraim Gdera,
Tivall
United States Postal Service (USPS) / OIG
Univerve
Wal-Mart Stores
Scott


# PUBLICATIONS


**Citation Count:** Google Scholar, as of April 12, 2022

*h-index 55; i-10 index 103
*Citation count: 20,617
*Highest cited: Shenkar 2001 (2,480); Ronen & Shenkar 1985 (2,472);; Xu & Shenkar 2002 (1,416)
*Gold Medal for scholarly contributions to international business (AIB/JIBS 2019)
*Distinguished Scholarly Contribution to Chinese Management Research (IACMR 2018)
*Highest combined ranking in culture articles citations [#3 and #7] (BAR, 2017)
*Top three worldwide in number of JIBS articles (JIBS, 2017)
*JIBS Decade Award (JIBS, 2012)

## 1. BOOKS, EDITED VOLUMES & MONOGRAPHS

1.30   Shenkar, Oded, Luo, Yadong, and Chi, Tailan, **International Business.** Routledge (4th Edition, 2021; Italian edition coming 2022)

1.29   Ronen, Simcha, and Shenkar, Oded, **Navigating Global Business: A Cultural Compass**, Cambridge University Press, 2017

1.28   Sio, Benjamin, Gootman, Marek, Shenkar, Oded, and Stewart, Thomas A., **Accelerating Exports in the Middle Market: Global opportunities for US firms and Metro Areas.** Brookings Institute and the National Center for the Middle Market, 2016

1.27   Shenkar, Oded, Luo, Yadong, and Chi, Tailan, **International Business**. Routledge, 2014 (3rd Edition; 2020)

1.26   Dickson, Henry C., and Shenkar, Oded. **The Great Deleveraging: Economic Growth and Investment Strategies for the Future.** Financial Times Press, 2011 (Chinese edition, 2013)

1.25   Shenkar, Oded, **Copycats: How Smart Companies Use Imitation to Gain a Strategic Edge.** Harvard Business Press, 2010 (eleven foreign language editions; numerous media citations and reviews, including the *Economist* and *Financial Times*)

1.24   Shenkar, Oded, and Luo, Yadong, **International Business**. Thousand Oaks, CA: Sage Publications, 2008 (second edition)

1.23   Shenkar, Oded, **The Chinese Century**, Wharton School Publishing, 2006 (revised paperback edition)

1.22   Shenkar, Oded, and Reuer, Jeff (Editors), **The Handbook for Strategic Alliances**. Thousand Oaks, CA: Sage, 2005

1.21   Yehezkel, Orly, and Shenkar, Oded, **International Management**. Tel-Aviv, Israel: The Open University, 2005 (in Hebrew)

1.20   Shenkar, Oded, **The Chinese Century**. Wharton School Publishing, 2004 (twelve foreign language editions; numerous citations, including the *New York Times*, The *Economist*, Tom Friedman's *The World is Flat*)

1.19   Punnett, Betty Jane and Shenkar, Oded, **Handbook for International Management Research** (second edition). Ann Arbor, Michigan: The University of Michigan Press, 2004

1.18   Shenkar, Oded, and Luo, Yadong, **International Business**. Hoboken, NJ: John Wiley, 2004

9

1.17    Shenkar, Oded, **Public-Private Strategic Partnerships: The US Postal Service-Federal Express Alliance**. IBM Endowment for the Business of Government, 2003

1.16    Shenkar, Oded and Lewicki, Roy (Senior Editors), **Olin: an American Insurance Company in China** (Negotiation Simulation, written by Maureen McGuire), 2003

1.15    Shenkar, Oded, and Feigenbaum, Avi (coordinators). Country Close-Up: Israel, **Academy of Management Executive**, vol. 15, No. 1, 2001

1.14    Shenkar, Oded, and Bruton, Garry (coordinators). Country Close-Up: China, **Academy of Management Executive**, vol. 14, No. 1, 2000

1.13    Shenkar, Oded, and Serapio, Manuel G. (Editors). Tamed Tigers: Restructuring, Liberalization, and Changing Business Systems in the East Asian Economies. Special Issue of **Management International Review**, Volume 39, No. 4, 1999

1.12    Punnet, Betty Jane, and Shenkar, Oded (Editors). **Handbook for International Management Research.** Oxford, U.K.: Blackwell, 1996

1.11    Shenkar, Oded (Editor). **Global Perspectives on Human Resource Management.** New York, NY: Prentice Hall, 1995

1.10    Punnet, Betty Jane, and Shenkar, Oded (Editors).  International Management Research.  Special double Issue of **International Studies of Management and Organization**, Vol. 2, 1994

1.9     Shenkar, Oded.  **From Beijing to Jerusalem:  Pitfalls of a Hybrid Economy.**  Institute for Advanced Strategic and Political Studies, Jerusalem, Israel (Monograph in Hebrew and English), 1994

1.8     Fass, Yaacov, with Raz, Yaacov, Ben-Yossef, Abraham, Shenkar, Oded, alpeter, Reuven, and Blumenthal, Tuvia. **The Japan Business Guide**. Tel-Aviv: Israel Export Institute, 1993 (in Hebrew)

1.7     Kelley, Lane and Shenkar, Oded (Editors). **International Business in China**. London: Routledge, 1993 (Routledge's Series in International Business)

1.6     Shenkar, Oded (Editor). **Organization and Management in China 1979-1990**. Armonk, NY: M.E. Sharpe, 1991 (based on 1.4 and 1.5).  Reviewed in the China Quarterly, the Journal of Chinese Studies: A Quarterly Review, and the Journal of Business History, among others

1.5     Shenkar, Oded (Editor). Management in China: Foreign Affiliates and Trade. Special Issue of **International Studies of Management and Organization**.  Vol. 20, No. 2, Summer, 1990

1.4     Shenkar, Oded (Editor). Management in China: Domestic Challenges. Special Issue of **International Studies of Management and Organization**. Vol. 20, No. 1, Spring, 1990.

1.3     Zeira, Yoram and Shenkar, Oded (Editors). Human Resource Management in International Joint Ventures.  Special Issue of **Management International Review**, Spring 1990

1.2     Ronen, Simcha and Shenkar, Oded. **Entrepreneurship in a Planned Economy: The Case of the People's Republic of China**. Center for Entrepreneurial Studies, New York University, 1987 (Monograph)

1.1.1.1 Zeira, Yoram and Shenkar, Oded.  **Patterns of Decision Making in Wholly Owned Subsidiaries and International Joint Ventures**: The International Labor Office, Geneva, 1986 (Monograph Series)

## 2. JOURNAL ARTICLES

2.133   Shenkar, Oded, and Ellis, Shmuel, The Rise and Fall of Structural Contingency: A Theory's 'Autopsy'. **Journal of Management Studies** (forthcoming).

2.132   Zhong, Bijuan, Gong, Yaping, Shenkar, Oded, Luo, Yadong, Xiao, Zhixing, and Zhao, Shuming, Managing the hearts of boundary spanners: CEO organizational identification and international joint venture performance. **Asia Pacific Journal of Management** (forthcoming).

2.131   Arikan, Ilgaz, Arikan, Asli, and Shenkar, Oded, Revisiting Emerging Market Multinational Enterprise Views: The Goldilocks Story Restated, **Journal of International Business Studies** (forthcoming).

2.130   Arikan, Ilgaz, and Shenkar, Oded. Neglected Elements: What We Should Cover More of in International Business Research, **Journal of International Business Studies** (forthcoming).

2.129   Arikan, Ilgaz, Ipek, Koparan, Arikan, Asli, and Shenkar, Oded, Dynamic Capabilities and Internationalization of Authentic Firms: Role of Heritage Assets, Administrative Heritage, and Signature Processes, **Journal of International Business Studies**, special issue on dynamic capabilities (forthcoming).

2.128   Tallman, Stephen B., Shenkar, Oded, and Wu, Jie, Culture Eats Strategy for Breakfast: Use and Abuse of Culture in International Strategy Research, **Strategic Management Review** (forthcoming).

2.127   Choi, Jongmoo Jay, Li, Yuanzhi, Shenkar, Oded, and Zhang, Jian, Internal Governance and Corporate Fraud, **Journal of Accounting, Auditing and Finance** (forthcoming).

2.126   Shenkar, Oded, Tallman, Stephen B., Wang, Hao, and Wu, Jie, National Culture and International Business: A Path Forward. **Journal of International Business Studies**, 53, 2022, 516-533

2.125   Shenkar, Oded, Liang, Guoyong, and Shenkar, Rakefet, The Last Frontier of Globalization: Trade

11

and Foreign Direct Investment in Healthcare. **Journal of International Business Studies**, 53, 2022, 362-374.

2.124   Child, John, Karmowska, Joanna, and Shenkar, Oded, The Role of Context in SME Internationalization – A Review. **Journal of World Business**, 57, 1, 2022.

2.123   Zhao, Shasha, Liu, Xiaohui, Andersson, Ulf R., and Shenkar, Oded, Knowledge Management of Emerging Economy Multinationals, **Journal of World Business,** 57, 1, 2022

2.122   Li, Chengguang, Shenkar, Oded, Newburry, William E., and Tang, Yinuo, How Host Country Reputation Differentials Influence Market Reaction to International Acquisitions, **Journal of Management Studies**, 58, 6, 2021, 1609-1639.

2.121   Wang, Hao, Zhang, Yuping, and Shenkar, Oded, Agricultural Roots and Subnational Cultural Heterogeneity in Domestic Acquisitions, **Strategy Science,** special issue on strategy and culture, 6, 2, 2021, 141-165.

2. 120   Shenkar, Oded, Using Interdisciplinary Lenses to Enrich the Treatment of Culture in International Business, **International Business Review,** Anniversary Issue, 30, 2, 2021.

2.119   Shenkar, Oded, ISMO and International Business: Past and Future. **International Studies of Management and Organization,** Anniversary Issue, 50, 4, 2021, 300-302.

2.118   Cooper, Joseph T., Stanley, Laura J., Stevens, Charles E., Shenkar, Oded, and Kausch, Caterina, Switching Analytical Mindsets: A Person-Centered Approach to the Analysis of Cultural Values, **International Journal of Cross-Cultural Management**, 20, 2, 2020, 223-247

2.117   Li, Chengguang, Arikan, Ilgaz, Arikan, Shenkar, Oded, and Arikan, Asli, The Impact of Country-Dyadic Military Conflicts on Market Reaction to Cross-Border Acquisitions. Lead article in the **Journal of International Business Studies**, 51, 3, 2020, 299-325.

2.116   Arikan, Ilgaz, Arikan, Asli M., and Shenkar, Oded, Nation Dyadic History and Cross-Border Corporate Deals: Role of Conflict, Trade, Generational Distance, and Professional Education. **Strategic Management Journal**, special issue on history and strategy, 41, 3, 2020, 422-466.

2.115   Zaidman, Nurit, Itzhaki, Rinat, and Shenkar, Oded, "When Context Trumps Culture: Persuasion in International Business Disputes, Lead article in the **International Journal of Cross-Cultural Management**, 18, 3, 2019, 271-292.

2.114   Golesorkhi, Soogand, Mersland, Roy, Randoy, Trond, and Shenkar, Oded, The Performance Impact of Informal and Formal Institutional Differences in Cross-Border Alliances: The Case of the Microfinance Industry, **International Business Review,** 28, 1, 2019, 104-118.

2.113   Drori, Israel, Manos, Ronny, Santacreu-Vasut, Estefania, Shenkar, Oded, and Shoham, Amir, Language and Market Inclusivity for Women Entrepreneurship: The Case of Microfinance, **Journal of Business Venturing**, 33, 2018, 395-415.

12

2.112  He, Shaowei, Khan, Zaheer, and Shenkar, Oded, Subsidiary Capability Upgrading under
                Emerging Market Acquirers, **Journal of World Business**, 53, 2, 2018, 248-262.

2.111  Li, Chengguang, Brodbeck, Felix C., Shenkar, Oded, Ponzi, Leonard J., and Fisch, Jan Hendrik,
                Embracing the foreign: Cultural Attractiveness and Country Reputation, Foreign Direct
                Investment, and Cross-Border Acquisition Performance, **Strategic Management
                Journal**, 38, 4, 2017, 950-971.

2.110  Shenkar, Oded, Management with Chinese Characteristics, Lead article in the **Quarterly Journal
                of Management**, 1, 1, 2017, 1-11 (in Chinese).

2.109  Lim, Jongha, Makhija, Anil K., and Shenkar, Oded, The Asymmetric Relationship between
                National Cultural Distance and Target Premiums in Cross-Border M&A, **Journal of
                Corporate Finance**, 41, 2016, 542-571.

2.108  Koch, Pamela, Koch, Bradley, Menon, Tanya, and Shenkar, Oded, Cultural Friction in
                Leadership Beliefs and Foreign Invested Enterprise Survival, **Journal of International
                Business Studies,** 47, 4, 2016, 453-470 (also featured in *LSE Business Review*)

2.107  Zoogah, David, Noe, Ray, and Shenkar, Oded, Shared Mental Model, Team Communication, and
                Collective Self-Efficacy; An Investigation of Strategic Alliance Team Effectiveness,
                **International Journal of Strategic Business Alliances**, 4, 4, 2015, 244-270.

2.106  Choi, Jongmoo Jay, Shenkar, Oded, and Jiang, Cao, The Quality of Local Government and Firm
                Performance: The Case of China's Provinces. **Management and Organization Review**,
                11, 4, October 2015, 679-710. Reprinted in *Management Insights* (IACMR/ Fudan
                University).

2.105   Khan, Zaheer, and Shenkar, Oded, Knowledge Transfer from International Joint Ventures to
                Local Suppliers in a Developing Economy, **Journal of International Business Studies**,
                46, 6, 2015, 656-675.

2.104  Santacreu Vasut, Estefania, Shenkar, Oded, and Shoham Amir, Linguistic Gender Marking and
                its International Business Ramifications, **Journal of International Business Studies**
                (RN), 45, 9, 2014, 1170-1178. Reprinted in M.Y. Brannen & Terry Mughan, **Language
                in International Business**, UK: Palgrave Macmillan, 2017, 194-208.

2.103  Arikan, Ilgaz, and Shenkar, Oded, National Animosity and Cross-Border Alliances, Lead article
                in the **Academy of Management Journal**, 56, 6, 2013, 1516-1544

2.102  Ronen, Simcha, and Shenkar, Oded, Mapping World Cultures: Cluster Formation, Sources and
                Implications, Lead Article in the **Journal of International Business Studies**, 44, 9**,**
                2013, 867-897.

2.101  Zeng, Yuping, Shenkar, Oded, Lee, Seung-Hyun, and Song, Sangcheol, FDI Experience
                Location and Subsidiary Mortality: Differences in national culture and the expansion of
                Korean MNEs, **Management International Review**, 53, 3, 2013, 477-509.

13

2.100   Zeng, Yuping, Shenkar, Oded, Lee, Seung-Hyun, and Song, sangcheol, Cultural Differences, the MNE Learning Ability, and the Effect of Experience on Subsidiary Mortality in a Dissimilar Culture: Evidence from Korean MNEs, **Journal of International Business Studies**, 44, 1, 2013, 42-65.

2.99   Stevens, Charles, and Shenkar, Oded, The Liability of Home: Institutional Friction and Firm Disadvantage Abroad, **Advances in International Comparative Management**, 25, 2012,127-148.

2.98   Shenkar, Oded, Beyond "Cultural Distance:" Switching to a friction Lens in the Study of Cultural Differences, **Journal of International Business Studies**, 43 (1), 2012, 12-17, Retrospective on my Decade Award Paper, reprinted in this issue.

2.97   Ma, Rong, Huang, Yen-Chih, and Shenkar, Oded, Social Networks and Opportunity Recognition: A Cultural Comparison between Taiwan and the United States, **Strategic Management Journal**, 32 (11), 2011, 1183-1205.

2.96   Luo, Yadong, and Shenkar, Oded, Toward a Perspective of Friction in International Business. Lead article in **Journal of International Management**, 17, 2011, 1-14.

2.95   Shenkar, Miriam, and Shenkar, Oded, Labor Conflict on the National Stage: Metaphorical Lenses in Israel Teachers' Strike. **Comparative Education Review**, 55, 2, 210-230, May 2011.

2.94   Shenkar, Oded, Copycats: how smart companies use imitation to gain a strategic edge. **Strategic Direction**, Viewpoint Section, 26 (10), 2010, 3-5.

2.93   Shenkar, Oded, Imitation Strategy, **Harvard Business Review** [Chinese Edition], Interview Format, September 2010.

2.92   Shenkar, Oded, Imitate More, Innovate Less. **Harvard Business Review,** Defend Your Research (Interview Format) Section, April 2010, 28-29.

2.91   Shenkar, Oded, and Arikan, Ilgaz, Business as International Politics: Drawing Insights from nation-State to Inter-Firm Alliances. Lead article in **Business and Politics**, 11 (4), 2009, 1-31.

2.90   Shenkar, Oded, Becoming Multinational: Challenges for Chinese Firms. **Journal of Chinese economic and Foreign Trade Studies**, 2 (3), 2009, 149-162.

2.89   Yeheskel, Orly and Shenkar, Oded, Knowledge Flows in International Business: A JIBS Citation Analysis. **EuroMed Journal of Business**, 4 (2), 2009, 111-126. Also a chapter in S. Mariano, M. Mirghani and M. Qadir (eds.), The Role of Expatriates in MNC's Knowledge Mobilization, Emerald, 2011.

2.88   Lee, Seung-Hyun, Shenkar, Oded, and Li, J.T., Cultural Distance, Investment Flow, and Control in Cross-Border Cooperation (Research Note), **Strategic Management Journal**, 29 (10), 2008, 1117-1125.

14

2.87    Shenkar, Oded, Luo, Yadong and Yeheskel, Orly, From Distance to Friction:  Substituting, Metaphors and Redirecting intercultural research, **Academy of Management Review**, 33 (4), 2008, 905-923. Special Theory Forum on "International Management: Critique and New Directions".

2.86    Luo, Yadong, Shenkar, Oded, and Haresh, Gunani, Control-Cooperation Interfaces in Global Strategic Alliances:  A Situational Typology and Strategic Responses, **Journal of International Business Studies**, 39 (3), 2008, 428-453.

2.85    Brock, David, Shenkar, Oded, Shoham, Amir, and Siskocick, Ilene C., National culture and expatriate deployment, **Journal of International Business Studies**, 39 (3), 2008, 1-18.

2.84    Gong, Yaping, Shenkar, Oded, Luo, Yadong, and Nyaw, Mee-Kau, Do multiple parents help or hinder international joint venture performance? The mediating roles of contract completeness and partner cooperation, **Strategic Management Journal,** 28 (10), 2007,1021-1034.

2.83    Selmer, Jan, Chiu, Randy K., and Shenkar, Oded, Cultural Distance Asymmetry in Expatriate Adjustment, **Cross Cultural Management**, 14 (2), 2007, 150-160.

2.82    Luo, Yadong, and Shenkar, Oded, The Multinational Corporation as a Multilingual Community: Language and Organization in a Global Context. Lead article in the **Journal of International Business Studies**, 37 (3), 2006, 321-339. Reprinted in M.Y. Brannen and T. Mughan (eds.), **Language in International Business**. UK: Palgrave Macmillan, 59-92.

2.81    Shenkar, Oded, China's Economic Rise and the New Geopolitics, **International Journal**, 61 (2), 2006, 313-319 [Invited].

2.80    Gong, Yaping, Shenkar, Oded, Luo, Yadong and Nyaw, Mee-kau, Human Resources and International Joint Venture Performance: A System Perspective. Lead article in the **Journal of International Business Studies**, 36 (5), 2005, 505-518, Number 1 SSRN downloads in its category.

2.79    Shenkar, Oded, China, Economics and FDI: Reflections on "Selling China" (a commentary), **Management and Organization Review,** 1 (2), 2005, 315-318.

2.78    Tan, Justin, Luo, Yadong, and Shenkar, Oded, Entrepreneurial strategies in a transitional economy: Chinese state and non-state enterprises compared and contrasted. **International Journal of Entrepreneurship and Innovation Management**, 5(5/6), 2005, 518-539, top ten SSRN downloads in its category.

2.77    Makhija, Mona, and Shenkar, Oded, The Role of National Context in the Metanational Perspective of International Strategy: A Commentary, **Advances in International Management**, 16 (2004), (Special Issue on Theories of the Multinational Enterprise: Diversity, Complexity and Relevance), 67-82.

2.76    Shenkar, Oded, One more time: International Business in a Global Economy. **Journal of International Business Studies**, 35 (2), 2004, 161-171.

15

2.75    Reuer, Jeff, Shenkar, Oded, and Ragozzino, Roberto, Mitigating Risk in International Mergers and Acquisitions: The Role of Contingent Payouts. Lead Article in the **Journal of International Business Studies**, 35, (1), 2004, 19-22.

2.74    Li, Jiatao, and Shenkar, Oded, Knowledge Search and Governance Choice: International Joint Ventures in the People's Republic of China, **Management International Review**, 43 (3), (Special Issue 2003), 91-109.

2.73    Ellis, Shmuel, Almor, Tamar and Shenkar, Oded, Structural Contingency Revisited: Toward a Dynamic System Model. **Emergence**, 4 (4), 2003, 51-85.

2.72    Xu, Dean, and Shenkar, Oded, Institutional Distance and the Multinational Enterprise, **Academy of Management Review**, 27 (4), 2002, 608-618.

2.71    Luo, Yadong, Shenkar, Oded, and Nyaw, Mee-Kau, Overcoming the Liability of Foreignness: Contracts versus Guanxi. **Journal of International Management**, 8 (October 2002), 283-300. Showcased as "Blending cultural business styles" in **Sloan Management Review** Intelligence section (Fall 2002), 12-13.

2.70    Peng, Mike W. and Shenkar, Oded, Joint Venture Dissolution as Corporate Divorce. The **Academy of Management Executive**, 16 (2), 2002, 92-105.

2.69    Shenkar, Oded, and Yan, Aimin, Failure as a Consequence of partner Politics: Learning from the Life and Death of an International Joint Venture. **Human Relations,** 55 (5), 2002, 565-601.

2.68    Gong, Yaping, Shenkar, Oded, Luo, Yadong, and Nyaw, Mee-Kau, Role Conflict and Role Ambiguity of International Joint Ventures' CEOs: A Transaction Cost Perspective. Lead article in the **Journal of Applied Psychology,** 86 (4), 2001, 1-10.

2.67    Shenkar, Oded, Cultural Distance Revisited: Towards a More Rigorous Conceptualization and Measurement of Cultural Differences. Lead article in the **Journal of International Business Studies**, 32 (3), 2001, 1-17.  Top ten all time citations in the Journal of International Business Studies. Reprinted as Decade Paper Award, **Journal of International Business Studies**, 43 (1), 1- 11, Lead Article, 2011; in Research Methods Series (IACMR; in Chinese), 2014; reprinted in B.J. Punnett and O. Shenkar, **Handbook for International Management Research**. Ann Arbor: University of Michigan Press, 2004, second edition, 168-188.

2.66    Salk, Jane E., and Shenkar, Oded, Social Identity in an International joint Venture: An Exploratory Case Study. **Organization Science,** 32 (3), (March/April 2001), 161-178.

2.65    Yeheskel, Orly, Zeira, Yoram, Shenkar, Oded and Newburry, William, Parent-Company Dissimilarity and Equity international Joint Venture Effectiveness. Lead article in **Journal of International Management**, 7 (2), (Spring 2001), 81-104.

2.64    Yehezkel, Orly, Shenkar, Oded, Fiegenbaum, Avi and Cohen, Ezra, Cooperative Wealth Creation: Strategic Alliances in Israeli Medical Technology Ventures. **Academy of**

16

**Management Executive** (Special Issue on Wealth Creation),15 (1), (February 2001), 16-24.

2.63    Luo, Yadong, Shenkar, Oded and Nyaw, Mee-Kau, A Dual Parent Perspective on Control and Performance in International Joint ventures: Lessons from a Developing Economy. **Journal of International Business Studies**, special Issue on "The Impact of Developing Economies and Economies in Transition on the Future of International Business", 32 (1), 2001, 41-58.

2.62    Peng, Mike W., Lu, Yuan, Shenkar, Oded, and Wang, Denis, Treasures in the China house: A Review of Management and Organizational Research on Greater China. **Journal of Business Research**, 52 (2), 2001, 95-110 (Lead article in special issue on Doing Business in China).

2.61    Shenkar, Oded, On the Integration of Comparative and International Management: Comments on Child's Essay. **Advances in International Comparative Management**, 13, 2000, 107-112.

2.60    Shenkar, Oded, and Li, Jiatao, Skill possession and Search among Prospective Partners in International Cooperative Ventures.  **Organization Science**, 10 (2), 1999, 134-143.

2.59    Serapio, Manuel G. and Shenkar, Oded, Reflections on the Asian Crisis. **Management International Review** (Introduction to Special Issue), 1999, 3-12.

2.58    Luo, Yadong, Tan, J. Justin, and Shenkar, Oded, Strategic Responses to Competitive Pressure: The Case of Township and Village Enterprises in China.  **Asia Pacific Journal of Management** 15 (1998), 33-50.

        Reprinted in Lane Kelley and Yadong Luo (Eds). **China 2000: Emerging business issues**. Thousand Oaks, CA: Sage, 1999, 3-23.

2.57    Shenkar, Oded, Ronen, Simcha, Sheffy, Arella, and Chow, Irene Hau-siu, The Role Structure of Chinese Managers, **Human Relations**, 51 (1), January 1998, 51-72.

2.56    Shenkar, Oded, and Yuchtman-Yaar, Ephraim: Reputation, Image, Prestige and Goodwill: An Interdisciplinary Approach to Organizational Standing. **Human Relations**, 50 (11), November 1997, 1361-1382.

2.55    Barkema, Harry, Shenkar, Oded, Vermeulen, Freek A.M. and Bell, John H.J. Working abroad, working with others: How firms learn to operate international joint ventures. **Academy of Management Journal** (Research Forum on Alliances and Networks), 40 (2), 1997, 426-442.  Reprinted in **International and Global Strategy** (T. Pedersen, editor).

        Reprinted in Jeffrey Reuer (Editor), Strategic Alliances: Theory and Evidence. Oxford, UK: Oxford University Press, 2004.

2.54    Shenkar, Oded, The Firm as a Total Institution: Reflections on the Chinese State Enterprise. Lead article in **Organization Studies**, 17 (6), 1996, 885-907.

17

2.53    Barnard, Mark, and Shenkar, Oded. The Return of the Red Eye Disease: Wage Inequality in the People's Republic of China. **The Social Science Journal**, 34 (1), 1996, 57-70.

2.52    Weber, Yaakov, Shenkar, Oded, and Raveh, Adi. National versus Corporate Cultural Fit in Mergers and Acquisitions:  An Exploratory Study. **Management Science**, 42 (8), 1996, 1215-1227. Reprinted in J.A. Krug (ed.), Mergers and Acquisitions, Sage, 2008.

2.51    Ellis, Shmuel, and Shenkar, Oded.  Death of the "Organization Man":  Temporal Relations in Strategic Alliances. **The International Executive**, 38 (1), 1996, 537-553.

2.50    Shenkar, Oded, and Yuchtman-Yaar, Ephraim. Applying Non Parametric Methodology to the Study of Corporate Reputation. **Quality and Quantity**, 30, 1996, 371-388

2.49    Shenkar, Oded, Aranya, Nissim, and Almor, Tamar.  Construct Dimensions in the Contingency Model:  An Analysis Based on Metric and Non-Metric Multivariate Instruments. **Human Relations**, 48 (5), 1995, 559-580.

2.48    Globerson, Shlomo, Shalev, Iris, and Shenkar, Oded.  The Impact of Technological Change in Service Companies. **IEEE Transactions on Engineering Management**, August 1995

2.47    Thomas, Anisya, Shenkar, Oded, and Clarke, Linda.  The Globalization of Our Mental Maps:  25 Years of JIBS Coverage. Lead article in the anniversary issue of the **Journal of International Business Studies**, 25 (4), 1994, 675-686.

2.46    Tallman, Stephen B., and Shenkar, Oded. A Managerial Decision Model of International Cooperative Venture Formation.  **Journal of International Business Studies**, Vol. 25, No. 1, 1994, pp. 91-114. Reprinted in Paul W. Beamish  (Editor), **Strategic Alliances**. Cheltenham, UK: Edward Elgar Press; and in Heidi Vernon-Wortzel & Lawrence Wortzel, **Strategic Management in a Global Economy**, 1996 (3rd Edition).

2.45    Shenkar, Oded, and von Glinow, Mary Ann.  Paradoxes of Organizational Theory and Research: Using the Case of China to Illustrate National Contingency.  **Management Science**, Special Issue on the Universality of Management Science, 40 (2), 1994, 56-71. Ranked among most cited articles on Chinese management in Tsui & Lau, 2002.

2.44    Shenkar, Oded.  Raising the Bamboo Screen:  International Management Research in the People's Republic of China. **International Studies of Management and Organization**, Special Issue on International Management Research, 1994, 9-34.

2.43    Shenkar, Oded, and Nyaw, Mee-kau. How to Run a Successful Joint Venture in China. **Advances in Chinese Industrial Studies, Vol. 4:  Joint Ventures in the People's Republic of China**, 4, 1994, 273-283.

2.42    Palia, Aspy, Shenkar, Oded, and Qiu, Mangmang. Joint Ventures in the PRC: The Countertrade and Foreign Exchange Dimensions. **Advances in Chinese Industrial Studies, Vol 4: Joint Ventures in the People's Republic of China**, 4, 1994, 255-271.

2.41    Bailey, Elaine K., and Shenkar, Oded.  Management Education for International Joint Venture Managers.  **Leadership and Organization Development Journal**, 14 (3), 1993, 15-20.

18

2.40     Shenkar, Oded, and Tallman, Stephen.  Formation of International Joint Ventures: An organizational Perspective. **Advances in International Comparative Management**, July/August 1993, 101-117.

2.39     Shenkar, Oded and Zeira, Yoram. Role Conflict and Role Ambiguity of CEOs in International Joint Ventures. **Journal of International Business Studies**, 23 (1), 1992, 55-75.

        Reprinted in Paul W. Beamish (Editor), **Strategic Alliances**. Cheltenham, UK: Edward Elgar Press, 1998

2.38     Shenkar, Oded, Hattem, Ezer, and Globerson, Shlomo.  Cost Benefit Analysis of Quality Circles: A Case Study. **Human Systems Management**, 11 (1), 1992, 35-40.

2.37     Shenkar, Oded. Macro Variables and Technological Change: The Diffusion of Industrial Robots in Japan and the United States.  **Journal of High Technology Management Research**, 13 (2), 1992, 189-211.

2.36     Shenkar, Oded. The Robot Masters: How Japan Has Won the Race to the Robotized Work Place. **International Journal of Human Factors in Engineering**, 1 (2), 1991, 143-153.

2.35     Shenkar, Oded, and Zeira, Yoram. International Joint Ventures:  The Case of Israel. **Journal of Global Marketing**, Special Issue on International Joint Ventures, 5 (1-2),1991, 145-161.

2.34     Palia, Aspy, and Shenkar, Oded. Counting on Countertrade. **China Business Review**, 18 (2), 1991, 51-53.

2.33     Palia, Aspy, and Shenkar, Oded. Countertrade Practices in China. **Industrial Marketing Management**, 20, 1991, 57-85.

2.32     Bernard, Mark, and Shenkar, Oded.  Variations in the Economic Development of China's Provinces.  **Geo Journal**, 21 (1 & 2), 1990, 177-192.

2.31     Chow, Irene Hau-Siu, and Shenkar, Oded. Cong zhen zhi jia xu gu feng zhi kan zhong guo gong zi gai ge.  **Hong Kong Journal of Business Management**, 1990, 85-95 (in Chinese).

2.30     Shenkar, Oded. Management in China: Challenges and Obstacles. **International Studies of Management and Organization**, 30, (1990).

2.29     Shenkar, Oded, and Ronen, Simcha. Culture, Ideology or Economy: A Comparative Exploration of Work Goal Importance among Managers in Chinese Societies. **Advances in International Comparative Management**, 5, 1990, 117-134.

2.28     Shenkar, Oded.  International Joint Ventures' Problems in China:  Risks and Remedies.  **Long Range Planning**, April 1990, 82-90.

2.27     Tallman, Stephen, and Shenkar, Oded.  International Cooperative Ventures Strategies: Outward Investment and Small Firms from NICs.  **Management International Review**, 39, 1990, 299-315.

Reprinted in **Management International Review**, 34 (2), 75-91 [special anniversary issue of landmark articles]; and in Henry W.C. Yeung (Editor), **The Globalization of Business Firms from Emerging Economies**. London: Edward Elgar, 1999.

2.26    Zeira, Yoram, and Shenkar, Oded.  Interactive and Specific Parent Characteristics: Implications for Management and Human Resources in International Joint Ventures.  **Management International Review**, Special Issue on Human Resource Management in International Joint Ventures, 1990, 7-22.

2.25    Shenkar, Oded, and Zeira, Yoram.  International Joint Ventures: A Tough Test for HR. **Personnel**, 66 (1), 1990, 26-31.

2.24    Shenkar, Oded.  Managing in a Robotic Age.  **Human Systems Management**,  9 (2), 1990, 107-114.

2.23    Shenkar, Oded.  Japanology in Organizational Sciences:  The Myth and Its Dangers. **Human Systems Management**,  1990 (1), 47-49 (A Comment).

2.22    Chow, Irene, and Shenkar, Oded.  HR Practices in the People's Republic of China. **Personnel**, 66 (12), 1989, 41-47.

2.21    Shenkar, Oded, and Chow, Irene Hau-Siu.  From Political Praise to Stock Options: Reforming Compensation Systems in the People's Republic of China.  **Human Resource Management**, 28 (1), 1989, 65-85.

2.20    Shenkar, Oded.  Rejoinder to Clegg and Higgins:  Better Expert than Orthodox. **Organization Studies**, 10 (3), 1989, 423-424.

2.19    Shenkar, Oded. The Chinese Case and the Radical School in Organizational Studies. **Organization Studies**, 10 (1), 1989, 117-122.

2.18    Shenkar, Oded.  Blue, White and Steel Collar:  A Case Study of Robot Introduction. **New Technology, Work and Employment**, 3 (2), 1988, 66-73.

2.17    Shenkar, Oded.  Robotics: A Challenge for Occupational Psychology.  **The Journal of Occupational Psychology**, January 1988, 103-112.

2.16    Ronen, Simcha, and Shenkar, Oded.  Establishing MNC Regional Divisions on the Basis of Employee Attitudes. **Personnel**, 65 (8), 1988, 32-38.

2.15    Ronen, Simcha, and Shenkar, Oded.  Clustering Variables: The Application of Non Metric Multivariate Analysis Techniques in Comparative Management Research. **International Studies of Management and Organization**, 28 (3), 1988, 72-78.

2.14    Shenkar, Oded, and Ronen, Simcha.  The Structure and Importance of Work Goals among Managers in the People's Republic of China.  **Academy of Management Journal**, 30 (3), 564-576. Ranked 12th among most cited articles on Chinese management in Tsui & Lau, 2002.

20

2.13    Shenkar, Oded, and Ronen, Simcha.  The Cultural Context of Negotiation:  The Implications of Chinese Interpersonal Norms.  **The Journal of Applied Behavioral Science**, 23 (2), 1987, 263-275.

2.12    Shenkar, Oded, and Zeira, Yoram. International Joint Ventures:  Implications for Organizational Development. **Personnel Review**, 16 (1), 1987, 30-37.

2.11    Shenkar, Oded, and Zeira, Yoram. Human Resources Management in International Joint Ventures:  Directions for Research. **Academy of Management Review**, 12 (3), 1987, 546-557.  Reprinted in a number of management textbooks.

2.10    Shenkar, Oded. Uncovering Some Paths in the Japanese Management Theory Jungle.  **Human Systems Management**, 7 (3), 1987, 221-230.

2.9     Shenkar, Oded. Perceptions of Bank Branch Employees on Computerization. **International Journal of Bank Marketing**, Special Issue on the Impact of Technological Change in Banking, 5 (4), 1987, 43-58.

2.8     Yuchtman-Yaar, Ephraim, and Shenkar, Oded.  The Meaning of Industrial Prestige: Some Evidence from Banking and Insurance.  **Quality and Quantity**, 21, 1987, 409-423.

2.7     Shenkar, Oded, and Yuchtman-Yaar, Ephraim. The Image of Israeli Banking. **International Journal of Bank Marketing**, 4 (2), 1986, 69-80.

2.6     Ronen, Simcha, and Shenkar, Oded.  Organizational Studies: The Merits of the Blunt Approach. **Academy of Management Review**, 11 (4), 1986, 860-863.

2.5     Ronen, Simcha, and Shenkar, Oded.  Clustering Countries on Attitudinal Dimensions:  A Review and Synthesis. **Academy of Management Review**, 10 (3), 1985, 435-454.  [Excerpts reprinted in over twenty textbooks].

2.4     Vitner, Gad, and Shenkar, Oded.  Motivational Implications of Different Robot Types. **International Journal of Operations and Production Management**, 5 (2), 1985, 50-57.

2.3     Shenkar, Oded. Organizational Coordination and Motivation According to Confucius and the Human Relations School:  A Comparison. **The Chinese Journal of Administration**, 38 (February 1985), 1-8.

2.2     Shenkar, Oded. Is Bureaucracy Inevitable: The Chinese Experience. Lead article in **Organization Studies**, 5 (4), 1984, 289-306.

2.1     Shenkar, Oded. The Cultural Revolution against the Chinese Bureaucracy: An Ideological-Structural Analysis.  Lead article in **Asian Profile**, 11 (4), 1983, 323-338.

3.      **BOOK CHAPTERS**

3.20    Morris, Shad, Shenkar, Oded, and Mackey, Alison, Managing across organizational boundaries: The new employment relationship and its human resource implications. In Adrian Wilkinson, Nicholas Bacon, David Lepak, and Scott Snell (eds.), **The Sage Handbook of Human Resource Management**, pp.110-120

3.19    Shenkar, Oded, Culture and cross-Border alliances: Unholy matrimony. In Farok Contractor and Jeffrey Reuer (eds.), **Frontiers of Strategic Alliance Research: Negotiating, Structuring and Governing Partnerships.** Cambridge, UK: Cambridge University Press, 2019, 411-420

3.18    Zhong, Bijuan, Goldsmith, Emily, and Shenkar, Oded, Cross-border alliance behavior by mid-size firms, in T.K. Das, **Strategic alliances for SME development**, 2015

3.17    Shenkar, Oded, and Reuer, Jeffrey, The Alliance Puzzle: Known Terrain, Black Boxes, and the Road Ahead, **Handbook of Strategic Alliances**. Thousand Oaks, CA: Sage Publications, 2005

3.16    Shenkar, O., Organization Behavior East and West. Opening chapter in Leung, Kwok & Tsjovold, Dean, **Handbook of Asian Management Research**. Boston: Kluwer, 2004, 295-313

3.15    Punnett, B.J., and Shenkar, Oded, International Management Research at the Dawn of the Twenty First Century. In Punnett, B.J. and Shenkar, Oded, **Handbook for International Management Research** (second edition). Ann Arbor, MI: The University of Michigan Press, 2004, 477-498.

3.14    Luo, Yadong, Shenkar, Oded and Park, Namgyoo K. Contract completeness in international joint ventures. In Farok J. Contractor and Peter Lorange, **Cooperative strategies and alliances: What we know 15 years later**, 2002

3.13    Luo, Yadong, Tan, Justin J., and Shenkar, Oded. Township and village enterprises. In China. Lead chapter in Lane Kelley and Yadong Luo (Editors), **China 2000: Emerging business issues. Thousand Oaks**, CA: Sage International Business Series, 1999.

3.12    Li, Jiatao, and Shenkar, Oded, The perspectives of local partners: Strategic objectives and structure preferences in international cooperative ventures in China, In Paul W. Beamish and Peter Killing (Editors), **Cooperative Strategies: Asian Perspectives**. The New Lexington Press, 1997.

3.11    Punnett, Betty Jane, and Shenkar, Oded.  Ethics in International Management Research: A Contingency Approach.  In B.J. Punnett and Oded Shenkar (Editors), **Handbook of International Management Research**. Oxford, UK: Blackwell, 1996, pp. 145-154.

3.10    Li, Jiatao, and Shenkar, Oded.  In Search of Complimentary Assets:  Comparative Strategies and Knowledge Seeking by Prospective Chinese Partners.  In J. Child and Lu Yuan (Editors), **Management Issues for China in the 1990s - International Enterprises**. London, U.K.: Routledge, 1996, pp. 52-65.

3.9    Shenkar, Oded, and Nyaw, Mee-kau.  Yin and Yang:  The Interplay of Human Resources in Chinese-Foreign Ventures.  In Oded Shenkar (Editor), **Global Perspective of Human Resource Management**. New York:  Prentice Hall, 1995, pp. 273-292.

3.8    Shenkar, Oded.  Japanese Management:  Lessons for Israel.  In A. Shenkar and A. Yarkoni, (Editors), **Culture and Management Style in Israel**, Tel-Aviv, Israel. 1994, pp.195-211 (in Hebrew).

3.7    Shenkar, Oded.  The People's Republic of China.  In Richard P. Peterson (Editor), **Managerial Behavior from an International Perspective**. Quorum Books, 1993, pp 348-376.

3.6    Palia, Aspy, and Shenkar, Oded.  Countertrade in China.  In Lane Kelley and Oded Shenkar (Editors), **International Business in China**. London: Routledge, 1993, pp 137-151.

3.5    Shenkar, Oded. Chinese Management: Reforms and Obstacles. In Oded Shenkar (Editor), **Management in China**. New York: M.E. Sharpe, 1991, pp 1-6.

3.4    Shenkar, Oded.  Robot Diffusion in Industrial Nations: A Framework for Analysis.  In V. Karwoski and M. Rahimi (Editors), **Ergonomics of Advanced Manufacturing and Hybrid Automated Systems** (II). Amsterdam: Elsevier Science Publishers B.V. (North Holland), 1990. (Also presented at the Second International Conference on Human Aspects of Advanced Manufacturing and Hybrid Automation, Honolulu, Hawaii, August, 1990).

3.3    Shenkar, Oded, Hattem, Ezer, and Globerson, Shlomo.  Quality Circles and Job Design: An Empirical Examination.  In Kazuo Shibagaki, Malcolm Trevor and Tetsuo Abo (Editors), **Japanese and European Management: Their International Adaptability**. Tokyo, Japan: University of Tokyo Press, 1989, pp. 57-72.

3.2    Shenkar, Oded, and Richter, Judith.  On Robot and Spouses: Social Interaction in and out of the Robotized Workplace.  In D. Millin and B.H. Raab (Editors),  **The Social implications of Robotics and Advanced Industrial Automation.** Amsterdam: Elsevier Science Publishers B.V. (North Holland), 1989, pp. 163-171.

3.1    Shenkar, Oded. Just in Time vs. Just-in-Case: An Information Processing Approach In R. Blumenthal (Editor), Japanese Management at Home and Abroad. Beer-Sheba, Israel: Ben Gurion University Press, 1988, pp. 117-134 (an earlier version was presented at the Conference on Japanese Management Practices and their Transferability to other Countries, Beer-Sheba, Israel, 1986).

## 4.    BOOK REVIEWS

4.8    Shenkar, Oded, a review of "Developing China: the Remarkable Impact of Foreign Direct

Investment", by Michael J. Enright. **Transnational Corporations**, 24, 2, 2021.

4.7     Shenkar, Oded, a review of "Managing Network Resources:  Alliances, Affiliations, and Relational Assets" by Ranjay Gulati.  **American Journal of Sociology**, 113, 3, 2007, 888-890.

4.6     Shenkar, Oded, a review of "Multinational Corporations in China: Benefiting from Structural Transformation", by Yadong Luo, Copenhagen Business School Press, 2000. **Transnational Corporations**, 10, 1, 2001, pp. 146-147.

4.5     Shenkar, Oded, a review of "Management in China: The Experience of Foreign Businesses", edited by Roger Strange, Frank Cass, 1998. **The China Journal**, No. 42, July 1999, pp. 139-140.

4.4     Shenkar, Oded, a review of "Business Decision-Making in China", edited by Huang Quanyu, Joseph Leonard and Chen Tong, International Business Press, 1997. **The China Journal**, No.42, July 1999, pp. 135-137.

4.3     Shenkar, Oded, a review of "The Chinese Staff System: A Mechanism for Bureaucratic Control and Integration" by Wei Li, Center for Chinese Studies (China Research Monograph Series), 1994. **China Review International** (forthcoming).

4.2     Shenkar, Oded, a review of "Management in China During the Age of Reform", by John Child, Cambridge University Press, 1994.  **Academy of Management Review**, 1996, pp. 568-571.

4.1     Shenkar, Oded, a review of "Expanding Sino-American Business and Trade", edited by Dennis A. Rondinelli. **China Review International**, Vol. 2, No. 2, 1995, pp. 542-544.


**CASE STUDIES**

5.1     Fan, Libo, Zhou, Yingchao, and Shenkar, Oded, **Nestle and Totole: Ownership and Control of a Foreign Invested Enterprise in China**, Ivey School case studies, 2016.

+Please note: Published conference proceedings and conference presentations are not listed in this document, nor are presentations to companies, government agencies, and the like.

EXHIBIT 2

## DOCUMENTS CONSIDERED

- An Apple Exec's Comments About iPhone XR Sales Only Tell Us So Much
- Apple made secret 5-year $275B deal with Chinese government
- Apple says the iPhone XR has been its top-selling iPhone since launch
- Apple says the iPhone XR is its best-selling phone, but doesn't provide sales figures
- Apple VP Greg Joswiak says iPhone XR has been the topselling iPhone each day since release
- Consumption in the Age of Xi: Understanding China's Evolving Consumer Markets
- If the iPhone XR is selling so well, why is Apple messing with the price?
- iPhone XR Revisited: The Best iPhone Apple Can't Sell
- Ten questions about China in 2019
- Why Apple Will Lose China Market Share In 2018, Despite The Success Of The iPhone X

- Defendant Luca Maestri's Objections and Responses to Lead Plaintiff's First Set of Interrogatories
- Defendants' Answer to the Revised Consolidated Class Action Complaint
- Defendants' Objections and Responses to Lead Plaintiff's Second Set of Interrogatories
- Deposition Transcript of Anish Patel and Exhibits 1-25 thereto, dated January 28, 2022
- Deposition Transcript of Donal Conroy and Exhibits 1-5 thereto, dated March 15, 2021
- Deposition Transcript of Donal Conroy and Exhibits 6-26 thereto, dated February 21, 2022
- Deposition Transcript of Greg Joswiak and Exhibits 1-17 thereto, dated March 15, 2022
- Deposition Transcript of Kevan Parekh and Exhibits 1-14 thereto, dated March 10, 2021
- Deposition Transcript of Kevan Parekh and Exhibits 15-36 thereto, dated March 8, 2022
- Deposition Transcript of Luca Maestri and Exhibits 1-25 thereto, dated February 25, 2022
- Deposition Transcript of Matt Blake and Exhibits 1-32 thereto, dated March 4, 2022
- Deposition Transcript of Priya Balasubraminian and Exhibits 1-25 thereto, dated February 7, 2022
- Deposition Transcript of Tim Cook and Exhibits 1-21 thereto, dated February 9, 2022
- Expert Report of Professor Steven Grenadier
- Lead Plaintiffs' Amended Notice of Depositions
- Order Granting in Part and Denying in Part Defendants' Motion to Dismiss the Revised Consolidated Class Action Complaint
- Revised Consolidated Class Action Complaint for Violation of the Federal Securities Laws

- APL-SECLIT_00021023
- APL-SECLIT_00026625
- APL-SECLIT_00028100
- APL-SECLIT_00089798
- APL-SECLIT_00093341
- APL-SECLIT_00093347
- APL-SECLIT_00093550
- APL-SECLIT_00093902

- APL-SECLIT_00099204
- APL-SECLIT_00099223
- APL-SECLIT_00099225
- APL-SECLIT_00099226
- APL-SECLIT_00099227
- APL-SECLIT_00099279
- APL-SECLIT_00099283
- APL-SECLIT_00118071
- APL-SECLIT_00118074
- APL-SECLIT_00125764
- APL-SECLIT_00128931
- APL-SECLIT_00131435
- APL-SECLIT_00140619
- APL-SECLIT_00140649
- APL-SECLIT_00140698
- APL-SECLIT_00140736
- APL-SECLIT_00140801
- APL-SECLIT_00148897
- APL-SECLIT_00148965
- APL-SECLIT_00150951
- APL-SECLIT_00151138
- APL-SECLIT_00151146
- APL-SECLIT_00151218
- APL-SECLIT_00151387
- APL-SECLIT_00151431
- APL-SECLIT_00151432
- APL-SECLIT_00151619
- APL-SECLIT_00151627
- APL-SECLIT_00151876
- APL-SECLIT_00152779
- APL-SECLIT_00153774
- APL-SECLIT_00158516
- APL-SECLIT_00160102
- APL-SECLIT_00161836
- APL-SECLIT_00161840
- APL-SECLIT_00162372
- APL-SECLIT_00162380
- APL-SECLIT_00162432
- APL-SECLIT_00162989
- APL-SECLIT_00163798
- APL-SECLIT_00164493
- APL-SECLIT_00183226
- APL-SECLIT_00183229
- APL-SECLIT_00183244

- APL-SECLIT_00183252
- APL-SECLIT_00185104
- APL-SECLIT_00185106
- APL-SECLIT_00187976
- APL-SECLIT_00188017
- APL-SECLIT_00198985
- APL-SECLIT_00199039
- APL-SECLIT_00199045
- APL-SECLIT_00199578
- APL-SECLIT_00199608
- APL-SECLIT_00201014
- APL-SECLIT_00249460
- APL-SECLIT_00250407
- APL-SECLIT_00251299
- APL-SECLIT_00261334
- APL-SECLIT_00280722
- APL-SECLIT_00281557
- APL-SECLIT_00284170
- APL-SECLIT_00284425
- APL-SECLIT_00284431
- APL-SECLIT_00284436
- APL-SECLIT_00284452
- APL-SECLIT_00284901
- APL-SECLIT_00284939
- APL-SECLIT_00284941
- APL-SECLIT_00287814
- APL-SECLIT_00294596
- APL-SECLIT_00307780
- APL-SECLIT_00308488
- APL-SECLIT_00368207
- APL-SECLIT_00329844
- APL-SECLIT_00338913
- APL-SECLIT_00346969
- APL-SECLIT_00347147
- APL-SECLIT_00347151
- APL-SECLIT_00347168
- APL-SECLIT_00356004
- APL-SECLIT_00356516
- APL-SECLIT_00357993
- APL-SECLIT_00358864
- APL-SECLIT_00368970
- APL-SECLIT_00369256
- APL-SECLIT_00369454
- APL-SECLIT_00369490

- APL-SECLIT_00388840
- APL-SECLIT_00388889
- APL-SECLIT_00389371
- APL-SECLIT_00390358
- APL-SECLIT_00394091
- APL-SECLIT_00421921
- APL-SECLIT_00421924
- APL-SECLIT_00421928
- APL-SECLIT_00429314
- APL-SECLIT_00429831
- APL-SECLIT_00433090
- APL-SECLIT_00434999
- APL-SECLIT_00435396
- APL-SECLIT_00468726
- APL-SECLIT_00468727
- APL-SECLIT_00474474
- APL-SECLIT_00474633
- APL-SECLIT_00474637
- APL-SECLIT_00474667
- APL-SECLIT_00474913
- APL-SECLIT_00475548
- APL-SECLIT_00482871
- APL-SECLIT_00482889
- APL-SECLIT_00496597
- APL-SECLIT_00496646
- APL-SECLIT_00496647
- APL-SECLIT_00499582
- APL-SECLIT_00499631
- APL-SECLIT_00499648
- APL-SECLIT_00503833
- APL-SECLIT_00503996
- APL-SECLIT_00504044
- APL-SECLIT_00514678
- APL-SECLIT_00515053
- APL-SECLIT_00527633
- APL-SECLIT_00536472
- APL-SECLIT_00546525
- APL-SECLIT_00546956
- APL-SECLIT_00551846
- APL-SECLIT_00565784
- APL-SECLIT_00566508
- APL-SECLIT_00587774
- APL-SECLIT_00588254
- APL-SECLIT_00588561

- APL-SECLIT_00588760
- APL-SECLIT_00590703
- APL-SECLIT_00598978
- APL-SECLIT_00599341
- APL-SECLIT_00599497
- APL-SECLIT_00601685
- APL-SECLIT_00601690
- APL-SECLIT_00607122
- APL-SECLIT_00610154
- APL-SECLIT_00610264
- APL-SECLIT_00610431
- APL-SECLIT_00610432
- APL-SECLIT_00610497
- APL-SECLIT_00610500
- APL-SECLIT_00610504
- APL-SECLIT_00610596
- APL-SECLIT_00610598
- APL-SECLIT_00610599
- APL-SECLIT_00610622
- APL-SECLIT_00610800
- APL-SECLIT_00610801
- APL-SECLIT_00610852
- APL-SECLIT_00610853
- APL-SECLIT_00616529
- APL-SECLIT_00616930
- APL-SECLIT_00631297
- APL-SECLIT_00631308
- APL-SECLIT_00631311
- APL-SECLIT_00643543
- APL-SECLIT_00643545
- APL-SECLIT_00643905
- HH10225
- PEGA12850