# EXHIBIT 6

```
1              UNITED STATES DISTRICT COURT
2              NORTHERN DISTRICT OF CALIFORNIA
3
4    _____
                                    )
5    IN RE APPLE INC. SECURITIES   )Civil Action
     LITIGATION                    )No. 4:19-cv-2033-YGR
6                                   )
                                    )
7    _____)
8
9
10
11
12
13        ***CONFIDENTIAL - UNDER PROTECTIVE ORDER***
14
15              REMOTE PROCEEDINGS OF THE
16      VIDEOTAPED DEPOSITION OF ODED SHENKAR, PH.D.,
17                WEDNESDAY, JULY 27, 2022
18
19
20
21
22
23   REPORTED BY NANCY J. MARTIN
24   CSR. NO. 9504, RMR, RPR
25   PAGES 1 - 169
```

Page 1

CONFIDENTIAL - UNDER PROTECTIVE ORDER

```
 1                UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3
 4      _____
                                       )
 5      IN RE APPLE INC. SECURITIES    )Civil Action
        LITIGATION                     )No. 4:19-cv-2033-YGR
 6                                     )
                                       )
 7      _____)
 8
 9                         - - -
10              WEDNESDAY, JULY 27, 2022
11                         - - -
12
13         Videotaped Deposition of ODED SHENKAR, PH.D.,
14      beginning at 10:02 a.m., before Nancy J. Martin, a
15      Registered Merit Reporter, Certified Shorthand
16      Reporter.  All parties appeared remotely
17
18
19
20
21
22
23
24
25
                                                    Page 2
```

CONFIDENTIAL - UNDER PROTECTIVE ORDER

```
 1      A P P E A R A N C E S
 2
        MICHAEL TORPEY, ESQ.
 3      MEGAN BENTON, ATTORNEY AT LAW
        ORRICK HERRINGTON & SUTCLIFFE
 4      405 Howard Street
        San Francisco, California  94105-2675
 5      (415) 773-5932
        mtorpey@orrick.com
 6      Counsel for Defendant
 7
 8      SHAWN A. WILLIAMS, ESQ.
        DANIEL PFEFFERBAUM, ESQ.
 9      JACOB GELMAN, ESQ.
        HADIYA DESHMUKH, ATTORNEY AT LAW
10      KENNETH BLACK, ESQ.
        ROBBINS GELLER RUDMAN & DOWD LLP
11      One Montgomery Street
        Suite 1800
12      San Francisco, California  94104-5503
        (415) 288-4545
13      shawnw@rgrdlaw.com
        Counsel for Plaintiff
14
15
        ALSO PRESENT:
16
        STEPHANIE FINE, APPLE INC.
17
        JEFF NICHOLS, LEGAL VIDEOGRAPHER
18
19
20
21
22
23
24
25
```

Page 3

1   Columbia University, which is typically a degree that
2   one receives enroute to the Ph.D., before one writes a
3   dissertation.
4        Q.   And what does M. Phil. mean?
5        A.   Master of philosophy.
6        Q.   So Master of philosophy in sociology?
7        A.   Yes.  Sociology, again, it's within the
8   graduate school of arts and sciences, which was, at
9   the time, the home for all of the social sciences as
10  well as the school of business.
11       Q.   You have -- and then the last degree here is
12  a B.A. from Hebrew University, again in Chinese
13  studies and in sociology; is that correct?
14       A.   That is correct.
15       Q.   You don't have any degrees in economics.
16            Is that true, sir?
17       A.   Not narrowly in economics.  I have definitely
18  audited classes in economics, and I've worked on
19  economic issues for maybe 40 years.
20       Q.   Okay.  Will you go to the front of your
21  report.
22       A.   To the front of my report.  Okay.  I'm back
23  to the front, yes.
24       Q.   And then there's a section called "The Nature
25  of My Assignment."  Do you see that?

Page 15

CONFIDENTIAL - UNDER PROTECTIVE ORDER

```
 1                    C E R T I F I C A T E
 2         I do hereby certify that the aforesaid testimony
 3     was taken before me, pursuant to notice, at the time
 4     and place indicated; that said deponent was by me duly
 5     sworn to tell the truth, the whole truth, and nothing
 6     but the truth; that the testimony of said deponent was
 7     correctly recorded in machine shorthand by me and
 8     thereafter transcribed under my supervision with
 9     computer-aided transcription; that the deposition is a
10     true and correct record of the testimony given by the
11     witness; and that I am neither of counsel nor kin to
12     any party in said action, nor interested in the
13     outcome thereof.
14
15                    [signature]
                      Nancy J. Martin, RMR, CSR
16
17     Dated:  July 30, 2022
18
19
20
21     (The foregoing certification of this transcript does
22     not apply to any reproduction of the same by any
23     means, unless under the direct control and/or
24     supervision of the certifying shorthand reporter.)
25
```

Veritext Legal Solutions
866 299-5127