JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
MICHAEL D. TORPEY (SBN 79424)
mtorpey@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 (415) 773-5700
Facsimile:     +1 (415) 773-5759

Attorneys for Defendants Apple Inc.,
Timothy Cook, and Luca Maestri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No. 4:19-cv-02033-YGR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY**<br><br><u>Hearing</u><br>Date:    TBD<br>Time:   2:00 p.m.<br>Ctrm:   1, 14th Floor<br>Judge: Honorable Yvonne Gonzalez Rogers |
|---|---|

1  On September 9, 2022, Defendants Apple Inc., Tim Cook, and Luca Maestri (collectively
2  "Defendants") submitted a Motion to Exclude Expert Testimony (the "Motion").  Having
3  considered the papers, and for good cause shown, the Court hereby **GRANTS** Defendants'
4  Motion and excludes (1) the expert testimony of Frank Partnoy, as contained in paragraphs 9-21,
5  25-26, and 28-31 of his Rebuttal Expert Report dated June 10, 2022; and (2) the expert testimony
6  of Oded Shenkar, as contained in paragraphs 4, 14, 52-63, 75-91, 103, 116, 123, 129, 150, and
7  172 of his Expert Report dated April 27, 2022.

**IT IS SO ORDERED.**

Dated: _____, 2022

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT
COURT JUDGE