JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
MICHAEL D. TORPEY (SBN 79424)
mtorpey@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:  +1 (415) 773-5700
Facsimile:   +1 (415) 773-5759

Attorneys for Defendants Apple Inc.,
Timothy Cook, and Luca Maestri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No. 4:19-cv-02033-YGR<br><br>**SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br><u>Hearing</u><br>Date:   TBD<br>Time:   2:00 p.m.<br>Ctrm:   1, 14th Floor<br>Judge:  Honorable Yvonne Gonzalez Rogers |

Defendants Apple Inc., Timothy Cook, and Luca Maestri (collectively "Defendants") submit this separate statement of undisputed material facts, together with references to supporting evidence, in support of the Motion for Summary Judgment.[1]

The facts set forth below are undisputed solely for the purpose of this summary judgment motion.

| Issue No. | Defendants' Undisputed Material Facts and Supporting Evidence | Plaintiff's Response and Supporting Evidence |
|---|---|---|
| **Issue 1: Mr. Cook's challenged statement[2] was not false or misleading.** | Fact 1. Messrs. Cook and Maestri reviewed data from FQ4 2018 to prepare for Apple's FQ4 2018 Call and anticipated that analysts would ask questions about China and currency pressures.<br><br>Cook Decl. ¶¶ 4-17; Maestri Decl. ¶¶ 4-5; Ex. 1 at 1-2; Ex. 2 at 13, 20-21, 23. | |
| Issue 1 | Fact 2. With his challenged statement, Mr. Cook intended to give his opinion that China was not in the same category of emerging markets like Turkey, India, Brazil, and Russia, based on Apple's performance in FQ4 2018.<br><br>Cook Decl. ¶¶ 22-25. | |

---

[1] The terms used herein are as defined in the Glossary of Terms Used accompanying Defendants' Motion for Summary Judgment. All "Ex." citations herein are to the exhibits attached to the declarations filed in support of Defendants' Motion for Summary Judgment. A sequential list of the exhibits, which shows where each may be found, is attached as Appendix A to the Declaration of James N. Kramer in support of the same.

[2] The "challenged statement" refers to the bolded language below in the context of Mr. Cook's answer to an analyst question on Apple's FQ4 2018 Call:

> The emerging markets that we're seeing pressure in are markets like Turkey, India, Brazil, Russia. These are markets where currencies have weakened over the recent period. In some cases, that resulted in us raising prices and those markets are not growing the way we would like to see. To give you a perspective in of some detail, our business in India in Q4 was flat. Obviously, we would like to see that be a huge growth. Brazil was down somewhat compared to the previous year. And so I think, or at least the way that I see these, is each one of the emerging markets has a bit of a different story, and I don't see it as some sort of issue that is common between those for the most part. **In relation to China specifically, I would not put China in that category.** Our business in China was very strong last quarter. We grew 16%, which we're very happy with. iPhone in particular was very strong, very strong double-digit growth there. Our other products category was also stronger, in fact, a bit stronger than even the overall company number.

| Issue No. | Defendants' Undisputed Material Facts and Supporting Evidence | Plaintiff's Response and Supporting Evidence |
|---|---|---|
| Issue 1 | Fact 3. Mr. Cook's challenged statement was made with reference to Apple's FQ4 2018 data that was contained in the preparation materials he had in front of him.<br><br>Cook Decl. ¶¶ 22-25; Maestri Decl. ¶ 6; Ex. 2 at 13, 20-21, 23; Ex. 3 at 7. | |
| Issue 1 | Fact 4. The FQ4 2018 data in Mr. Cook's preparation materials demonstrated that weakened currencies decelerated Apple's FQ4 2018 revenue growth in Turkey by 26%, in India by 7%, in Brazil by 16%, and in Russia by 11%, but had only a 1% adverse impact on China's revenue, which grew 16% year-over-year in FQ4 2018.<br><br>Cook Decl. ¶¶ 10-11, 13-16; Ex. 2 at 13, 20-21, 23. | |
| Issue 1 | Fact 5. Apple's overall revenue in China for FY 2018 grew YoY by 11% in FQ1, by 21% in FQ2, by 19% in FQ3, and by 16% in FQ4 and iPhone revenue in China for FY 2018 grew YoY by 25% in FQ2, by 23% in FQ3, and by 27% in FQ4.<br><br>Ex. 2 at 19-20; Ex. 85 at 209:21-210:4, 231:21-232:1; Ex. 95 ¶¶ 9-10, 14-15. | |
| Issue 1 | Fact 6. On Apple's FQ4 2018 Call, Mr. Cook noted that Apple had seen "a slowdown or a moratorium, to be more accurate, on new game approvals" for the App Store in China.<br><br>Cook Decl. ¶ 30; Ex. 3 at 7. | |

| Issue No. | Defendants' Undisputed Material Facts and Supporting Evidence | Plaintiff's Response and Supporting Evidence |
|---|---|---|
| Issue 1 | Fact 7. In October 2018, seventeen analysts published reports on Apple that referenced Apple's business in China, and fifteen of them expressed concerns about the Company's business there.<br><br>Ex. 27 at 2; Ex. 28 at 1, 3-5, 8; Ex. 29 at 1, 3; Ex. 30 at 1, 4; Ex. 31 at 1; Ex. 32 at 1, 3; Ex. 33 at 1; Ex. 34 at 1; Ex. 35 at 1-2; Ex. 36 at 1, 3, 5; Ex. 37 at 1; Ex. 38 at 1-2, 28, 44, 68; Ex. 39 at 6; Ex. 40 at 1, 4; Ex. 41 at 1-3; Ex. 42 at 1; Ex. 43 at 1-2; Ex. 44 at 5, 11-12; Ex. 45 at 5, 9; Ex. 97 ¶¶ 54-57. | |
| Issue 1 | Fact 8. Between November 1 and 4, 2018, thirty-eight securities analysts published research reports about Apple.<br><br>Exs. 46-83; Ex. 97 ¶ 35. | |
| Issue 1 | Fact 9. Of the thirty-eight analyst reports about Apple that were published between November 1-4, 2018, twenty-two of them referenced Mr. Cook's challenged statement.<br><br>Ex. 46 at 2; Ex. 47 at 1; Ex. 48 at 1, 3; Ex. 49 at 1, 3, 7; Ex. 50 at 1, 3-4; Ex. 54 at 1; Ex. 55 at 5; Ex. 56 at 2; Ex. 57 at 1; Ex. 58 at 1; Ex. 59 at 1; Ex. 60 at 1, 3; Ex. 61 at 1; Ex. 63 at 1; Ex. 67 at 3; Ex. 72 at 8; Ex. 73 at 4-5; Ex. 74 at 1; Ex. 77 at 1, 3; Ex. 81 at 4; Ex. 82 at 1-2: Ex. 83 at 3; Ex. 97 ¶¶ 61-69. | |

| Issue No. | Defendants' Undisputed Material Facts and Supporting Evidence | Plaintiff's Response and Supporting Evidence |
|---|---|---|
| Issue 1 | <u>Fact 10</u>.  Of the twenty-two analyst reports about Apple published between November 1-4, 2018 that referenced Mr. Cook's challenged statement, at least twenty-one of them reported it to be about FQ4 2018.<br><br>Ex. 46 at 2; Ex. 47 at 1; Ex. 48 at 1, 3; Ex. 49 at 1, 3, 7; Ex. 50 at 1, 3-4; Ex. 54 at 1; Ex. 55 at 5; Ex. 56 at 2; Ex. 57 at 1; Ex. 58 at 1; Ex. 59 at 1; Ex. 60 at 1, 3; Ex. 61 at 1; Ex. 63 at 1; Ex. 67 at 3; Ex. 72 at 8; Ex. 73 at 4-5; Ex. 74 at 1; Ex. 77 at 1, 3; Ex. 81 at 4; Ex. 82 at 1-2: Ex. 83 at 3; Ex. 97 ¶¶ 61-69. | |
| Issue 1 | <u>Fact 11</u>.  None of the analyst reports about Apple published between November 1-4, 2018 that referenced Mr. Cook's challenged statement reported it to be an update on Apple's performance in China during FQ1 2019.<br><br>Exs. 46-83; Ex. 97 ¶¶ 61-69. | |
| Issue 1 | <u>Fact 12</u>.  None of the analyst reports about Apple published between November 1-4, 2018 reported that Mr. Cook said there was "no deceleration or pressure" on Apple's business in China in FQ1 2019.<br><br>Exs. 46-83; Ex. 97 ¶¶ 34-60. | |
| Issue 1 | <u>Fact 13</u>.  None of the analyst reports about Apple published between November 1-4, 2018 reported that Apple faced "no deceleration or pressure" on its business in China in FQ1 2019.<br><br>Exs. 46-83; Ex. 97 ¶¶ 34-60. | |

| Issue No. | Defendants' Undisputed Material Facts and Supporting Evidence | Plaintiff's Response and Supporting Evidence |
|---|---|---|
| Issue 1 | Fact 14. Eighteen of the analyst reports about Apple published between November 1-4, 2018 expressed concern about Apple's business in China in FQ1 2019.<br><br>Ex. 47 at 1; Ex. 48 at 1; Ex. 49 at 1, 3, 7; Ex. 50 at 1, 3-5; Ex. 56 at 2; Ex. 57 at 1; Ex. 59 at 1; Ex. 60 at 1, 3; Ex. 61 at 1; Ex. 63 at 1-2; Ex. 67 at 3; Ex. 70 at 1; Ex. 72 at 8; Ex. 73 at 5; Ex. 74 at 1-2; Ex. 80 at 8; Ex. 81 at 3; Ex. 82 at 1-2; Ex. 97 ¶¶ 51-60. | |
| Issue 1 | Defendants incorporate Facts 15-26 as if restated in full here. | |
| **Issue 2: Mr. Cook did not act with scienter.** | Defendants incorporate Facts 1-14 and 21-26 as if restated in full here. | |
| Issue 2 | Fact 15. Mr. Cook did not intend to mislead Apple investors on Apple's FQ4 2018 Call, and the challenged statement represented his honestly held opinion.<br><br>Cook Decl. ¶ 34. | |
| Issue 2 | Fact 16. Mr. Cook knew that Apple's FQ1 2019 guidance would disappoint the market when it was disclosed on November 1, 2018, and expected it to cause Apple's stock price to decline.<br><br>Ex. 85 at 229:22-230:4; Ex. 101 at 1. | |
| Issue 2 | Fact 17. On November 1, 2018, Mr. Cook emailed Apple's board of directors noting that Apple was concerned about FQ1 2019 revenue headwinds "we are seeing in the emerging markets, particularly Turkey, India, Russia, and Brazil," but did not mention China.<br><br>Ex. 101 at 1. | |

| Issue No. | Defendants' Undisputed Material Facts and Supporting Evidence | Plaintiff's Response and Supporting Evidence |
|---|---|---|
| Issue 2 | Fact 18. As of November 1, 2018, Mr. Cook owned almost 880,000 shares of Apple stock. He sold no Apple stock during the class period.<br><br>Cook Decl. ¶ 36. | |
| Issue 2 | Fact 19. During the class period, Apple repurchased over 9 million shares of its own stock for over $1.8 billion.<br><br>Maestri Decl. ¶ 19; Ex. 8 at 3. | |
| Issue 2 | Fact 20. On December 17, 2018, Mr. Cook informed Apple's board of directors that Apple was going to miss its FQ1 2019 revenue guidance and that the Company would pre-announce that guidance miss, despite having no legal obligation to do so.<br><br>Cook Decl. ¶ 37; Ex. 6. | |
| **Issue 3: There is no loss causation.** | Fact 21. Apple's FQ1 2019 revenue guidance that it provided on its FQ4 2018 Call was accurate as of November 1, 2018, the date it was provided.<br><br>Dkt. No. 279 at 9 ("To be clear, Plaintiff does not allege the 1Q19 guidance is actionable, materially false, or misleading."); Maestri Decl. ¶¶ 10-11; Parekh Decl. ¶¶ 15-16; Ex. 7 at 5. | |
| Issue 3 | Fact 22. Apple's FQ1 2019 revenue guidance incorporated all relevant, available data about Apple's actual performance results up until November 1, 2018, the date it was provided.<br><br>Dkt. No. 279 at 9 ("To be clear, Plaintiff does not allege the 1Q19 guidance is actionable, materially false, or misleading."); Maestri Decl. ¶¶ 10-11; Parekh Decl. ¶¶ 14-16; Ex. 106 ¶¶ 38-39. | |

| Issue No. | Defendants' Undisputed Material Facts and Supporting Evidence | Plaintiff's Response and Supporting Evidence |
|---|---|---|
| Issue 3 | Fact 23.  As of November 1, 2018, Apple was on track to meet its FQ1 2019 revenue guidance.<br><br>Dkt. No. 279 at 9 ("To be clear, Plaintiff does not allege the 1Q19 guidance is actionable, materially false, or misleading."); Maestri Decl. ¶ 13; Parekh Decl. ¶ 20; Ex. 7 at 5. | |
| Issue 3 | Fact 24.  The FQ1 2019 revenue guidance that Apple disclosed on November 1, 2018 accounted for the reduced iPhone sales estimates that caused Apple to notify its suppliers of production cuts on November 2, 2018.<br><br>Ex. 7 at 5 (November 1, 2018 revenue forecast with "likely" case of 70.6 million iPhone unit sales); Ex. 13 at 9 (November 1, 2018 iPhone unit sales or "SI" forecast of 70.6 million units); Ex. 104; Ex. 105 at 1; Ex. 106 ¶¶ 47-49; Ex. 107 at 5 (November 5, 2018 iPhone unit sales or "SI" forecast of 70.6 million units); Ex. 108 at 2 (Master Production Schedule or "MPS" as of November 3, 2018 calling for 81.5 million iPhone units); Ex. 109 at 2 (Master Production Schedule or "MPS" as of November 10, 2018 calling for 81.5 million iPhone units). | |
| Issue 3 | Fact 25.  On Apple's FQ4 2018 Call, Mr. Maestri disclosed that, in FQ1 2019, Apple "expect[ed] almost $2 billion of foreign exchange headwinds" and "face[d] some macroeconomic uncertainty, particularly in emerging markets," which included China.<br><br>Maestri Decl. ¶ 12; Ex. 3 at 6. | |

| Issue No. | Defendants' Undisputed Material Facts and Supporting Evidence | Plaintiff's Response and Supporting Evidence |
|---|---|---|
| Issue 3 | Fact 26. Apple missed its FQ1 2019 revenue guidance for reasons that occurred after the November 1, 2018 date the guidance was issued.<br><br>Dkt. No. 279 at 9 ("To be clear, Plaintiff does not allege the 1Q19 guidance is actionable, materially false, or misleading."); Maestri Decl. ¶ 14; Parekh Decl. ¶¶ 20-31. | |
| **Issue 4: Mr. Maestri is not a liable control person.** | Fact 27. Mr. Maestri believed at the time (and continues to believe) that Mr. Cook's challenged statement was true, accurate, and not misleading.<br><br>Maestri Decl. ¶ 8. | |
| Issue 4 | Fact 28. The analyst question that prompted Mr. Cook's challenged statement was an oral question that Apple did not receive in advance of the FQ4 2018 Call and that was directed at Mr. Cook, not at Mr. Maestri.<br><br>Maestri Decl. ¶ 9; Ex. 3 at 7. | |
| Issue 4 | Fact 29. Mr. Maestri did not direct, or otherwise induce, Mr. Cook to make the challenged statement.<br><br>Maestri Decl. ¶¶ 4, 9. | |
| Issue 4 | Fact 30. As of November 1, 2018, Mr. Maestri owned 27,324 shares of Apple stock. He sold no Apple stock during the class period.<br><br>Maestri Decl. ¶ 20. | |

I attest that the evidence cited herein fairly and accurately supports the facts as asserted.

Dated: September 9, 2022

Respectfully submitted,
ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ James N. Kramer*
JAMES N. KRAMER

Attorneys for Defendants Apple Inc., Timothy D. Cook, and Luca Maestri