JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
MICHAEL D. TORPEY (SBN 79424)
mtorpey@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     (415) 773-5700
Facsimile:      (415) 773-5759

Attorneys for Defendants Apple Inc.,
Timothy Cook, and Luca Maestri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No. 4:19-cv-02033-YGR<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br><u>Hearing</u><br>Date:   TBD<br>Time:   2:00 p.m.<br>Ctrm:   1, 14th Floor<br>Judge:  Honorable Yvonne Gonzalez Rogers |

Defendants Apple Inc., Timothy Cook, and Luca Maestri (collectively, "Defendants") request that the Court take judicial notice of the documents described below and attached as exhibits ("Ex.") to the declarations filed in support of Defendants' Motion for Summary Judgment. A sequential list of the exhibits, which shows where each may be found, is attached as Appendix A to the Declaration of James N. Kramer in support of Defendants' Motion for Summary Judgment.

Pursuant to Federal Rule of Evidence 201, this request provides a supplemental basis for the admissibility of the documents described below that is separate and in addition to that provided in the declarations themselves.

## DISCUSSION

Federal Rule of Evidence 201 authorizes judicial notice of facts that are "generally known within the trial court's territorial jurisdiction" or that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). A court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c). As detailed below, each of the documents described below and attached to the Kramer Declaration is subject to judicial notice and properly considered by the Court in connection with Defendants' Motion for Summary Judgment.

**I.    THE COURT MAY TAKE JUDICIAL NOTICE OF SEC FILINGS**

Courts may properly take judicial notice of public records, including public filings made with the U.S. Securities Exchange Commission ("SEC"). *In re Extreme Networks, Inc. S'holder Derivative Litig.*, 573 F. Supp. 2d 1228, 1231 n.2 (N.D. Cal. 2008) (stating that SEC filings "are properly the subject of judicial notice"); *see, e.g.*, *In re Violin Memory Sec. Litig.* 2014 WL 5525946, at *6 (N.D. Cal. Oct. 31, 2014) (Gonzalez Rogers, J.) (taking judicial notice of SEC filing that was not referred to in the complaint); *In re Intel Corp. Sec. Litig.*, 2019 WL 1427660, at *7 (N.D. Cal. Mar. 29, 2019) (Gonzalez Rogers, J.) ("SEC filings are routinely subject to judicial notice.").

Defendants therefore respectfully request that the Court take judicial notice of the following SEC filings:

| DOCUMENT | EXHIBIT NO. |
|---|---|
| SEC Form 10-K, filed with the SEC on November 5, 2018 | 5 |
| Letter from Tim Cook to Apple Investors, filed with the SEC on January 2, 2019 | 26 |

## II. THE COURT MAY TAKE JUDICIAL NOTICE OF NEWS ARTICLES AND STOCK PRICE INFORMATION

In securities cases, courts may also properly take judicial notice of (i) publicly available news articles to show "'that the market was aware of the information contained in [the] news articles,'" *In re Intel*, 2019 WL 1427660, at *6 (quoting *Heliotrope Gen., Inc. v. Ford Motor Co.*, 189 F.3d 971, 981 n.18 (9th Cir. 1999)), as well as (ii) historical stock prices and related publicly available financial information, such as market capitalization. *See Metzler Inv. GMBH v. Corinthian Colls., Inc.*, 540 F.3d 1049, 1064 n.7 (9th Cir. 2008); *In re Copper Mt. Sec. Litig.*, 311 F. Supp. 2d 857, 864 (N.D. Cal. 2004) ("Information about the stock price of publicly traded companies [is] the proper subject of judicial notice."). Defendants request that the Court take judicial notice of the following news articles and stock price information:

| DOCUMENT | EXHIBIT NO. |
|---|---|
| *iPhone XR was the world's best-selling smartphone in 2019, new data suggests*, published by *9to5Mac* on February 25, 2020, and available at https://9to5mac.com/2020/02/25/iphone-xr-2019-best-seller/ | 15 |
| *World's Most Admired Companies*, published by *Fortune*, and available at https://fortune.com/worlds-most-admired-companies/ | 84 |
| Yahoo Finance re AAPL (market cap), published by *Yahoo! Finance*, and available at https://finance.yahoo.com/quote/AAPL/ | 86 |
| *World's Greatest Leaders*, published by *Fortune*, and available at https://fortune.com/worlds-greatest-leaders/2015/tim-cook/ | 87 |
| *Tim Cook's decade at Apple makes him the most successful "successor CEO" ever*, published by *The Economist* on August 25, 2021, and available at https://www.economist.com/graphic-detail/2021/08/25/tim-cooks-decade-at-apple-makes-him-the-most-successful-successor-ceo-ever | 88 |
| *Model N Revenue Management Survey: Apple's CFO Luca Maestri Is Most Admired Fortune 500 CFO*, published by *Model N* on February 3, 2015, and available at https://investor.modeln.com/news/news-details/2015/Model-N-Revenue-Management-Survey-Apples-CFO-Luca-Maestri-Is-Most-Admired-Fortune-500-CFO/default.aspx | 89 |

| DOCUMENT | EXHIBIT NO. |
|---|---|
| *China Freezes Game Approvals Amid Agency Shakeup*, published by *Bloomberg* on August 15, 2018, and available at https://www.bloomberg.com/news/articles/2018-08-15/china-is-said-to-freeze-game-approvals-amid-agency-shakeup#xj4y7vzkg | 92 |
| Yahoo Finance re AAPL (stock price), published by *Yahoo! Finance*, and available at https://finance.yahoo.com/quote/AAPL/history?period1=15410&period2=1541289600&interval=1d&filter=history&frequency=1d&includeAdjustedClose=true | 98 |

### III.   THE COURT MAY TAKE JUDICIAL NOTICE OF ANALYST REPORTS

"[C]ourts routinely take judicial notice of analyst reports . . . in order to determine what may or may not have been disclosed to the public," *In re Century Aluminum Co. Sec. Litig.*, 2011 WL 830174, at *9 (N.D. Cal. Mar. 3, 2011), and "to determine the information available to the market," *Yaron v. Intersect ENT, Inc.*, 2020 WL 6750568, at *4 (N.D. Cal. June 19, 2020). Courts also regularly rely on analyst reports as objective evidence of how investors interpreted corporate disclosures. *See, e.g.*, *In re Oracle Corp. Sec. Litig.*, 627 F.3d 376, 393 (9th Cir. 2010) (affirming summary judgment and relying on "numerous analyst reports" in reaching its holding on how "the market understood Oracle's earnings miss"); *In re Convergent*, *In re Convergent Techs. Sec. Litig.*, 948 F.2d 507, 512-13 (9th Cir. 1991) (no liability where analyst reports showed "the market clearly understood" what plaintiffs alleged investors were misled about); *In re Symbol Tech. Sec. Class Action Litig.*, 950 F. Supp. 1237, 1244 (E.D.N.Y. 1997) (granting summary judgment because "analysts' interpretations of the statement all suggest that the statement was limited to assessing" prior earnings rather than providing an intra-quarter update).

Accordingly, Defendants request that the Court take judicial notice of the following analyst reports:

| DOCUMENT | EXHIBIT NO. |
|---|---|
| *New iPad Pros and Macbook Air Look Solid*, published by Baird on October 30, 2018 | 27 |
| *Lowering estimates to account for China risk, FX headwinds*, published by Bank of America Merrill Lynch on October 29, 2018 | 28 |

| DOCUMENT | EXHIBIT NO. |
|---|---|
| *App Store trends: Deceleration in October China growth stalls*, published by Bank of America Merrill Lynch on October 31, 2018 | 29 |
| *AAPL: Q4 18 Preview – Expect upside to ASPs, but iPhone unit growth in FY 19 most likely to shape investor sentiment*, published by Bernstein on October 24, 2018 | 30 |
| *Catalyst Impact – China Handsets Weak With Less Help From New iPhones*, published by BMO Capital Markets on October 15, 2018 | 31 |
| *Global Smartphones – Trimming Our Global Smartphone Forecasts; Innovation Lab Data Points to No iPhone "Super Cycle" This Year*, published by Citi on October 15, 2018 | 32 |
| *F4Q18 Preview; Solid Quarter Expected, Benefit From Earlier XS Launch*, published by Cross Research on October 18, 2018 | 33 |
| *High ASPirations for the iPhone; BUY*, published by DA Davidson on October 25, 2018 | 34 |
| *Apple Inc. (AAPL): FQ4'18 Preview: China impact on guidance is the main focus*, published by Goldman Sachs on October 15, 2018 | 35 |
| *iPhone Mix Trending Better; Increasing ASPs. China/Macros unit risk remains. Reiterate Neutral*, published by Goldman Sachs on October 24, 2018 | 36 |
| *AAPL – Dec Qtr Consensus Looks Too Low*, published by Guggenheim on October 18, 2018 | 37 |
| *Building a Valuable Services Business on Top of Apple's Core. Initiate at Buy*, published by Jefferies on October 29, 2018 | 38 |
| *Favorably Positioned into F4Q On a Combination of Upside on iPhone ASP and Services; Reiterate OW*, published by J.P. Morgan on October 29, 2018 | 39 |
| *U.S. Large-Cap Internet – 3Q'18 Preview: Not for the Faint of Heart*, published by Macquarie Research on October 24, 2018 | 40 |
| *China a Growing Headwind to App Store Growth Near-term*, published by Morgan Stanley on October 17, 2018 | 41 |
| *Thinking Through Impact from China Gaming Crackdown*, published by RBC Capital Markets on October 21, 2018 | 42 |
| *Earnings Preview, iPhone XR Preorders Weaker than Expected, Reducing our XR Shipment Estimates, iPhone Max Production Increases Expected for the Holiday Season, iPad Pro and New MacBook Production Ramp*, published by Rosenblatt Securities Inc. on October 22, 2018 | 43 |
| *FQ4:18 (Sep) Earnings Preview: Survey Work Supports Very Strong iPhone ASP Narrative*, published by UBS on October 29, 2018 | 44 |
| *Cook & Co. Focused on Services Gold Mine; iPhone Cycle Humming-Initiating At OP*, published by Wedbush on October 18, 2018 | 45 |

| DOCUMENT | EXHIBIT NO. |
|---|---|
| *Analyst's Notes*, published by Argus on November 2, 2018 | 46 |
| *Disappointing Dec qtr revenue outlook*, published by Atlantic Equities on November 2, 2018 | 47 |
| *Macro Pressures, but Also Silver Linings*, published by Baird on November 2, 2018 | 48 |
| *Long term winner but near term headwinds, Downgrading to Neutral*, published by Bank of America Merrill Lynch on November 2, 2018 | 49 |
| *AAPL: Q4 18 Debrief – How much might iPhone units decline in FY19? The world may never know*, published by Bernstein on November 2, 2018 | 50 |
| *Less Revenue and Fewer Disclosures; Lowering Estimates, Target*, published by BMO Capital Markets on November 2, 2018 | 51 |
| *Apple Reduces Disclosure; Typically Not A Good Sign*, published by BTIG on November 1, 2018 | 52 |
| *Solid Q4/F18; long-term positive thesis intact – reiterate BUY and $250 PT*, published by Canaccord Genuity on November 1, 2018 | 53 |
| *Instant Insight: Apple Results, Fiscal 4Q18*, published by CCS Insight on November 2, 2018 | 54 |
| *Leaving Investors Speechless with a -7% Stock Drop Heading into Christmas!*, published by Citi on November 2, 2018 | 55 |
| *F4Q18 Review; Focusing Attention on Services, Limiting Hardware Disclosure*, published by Cross Research on November 1, 2018 | 56 |
| *Selling Products at Higher Prices Is a Great Thing; BUY*, published by DA Davidson on November 2, 2018 | 57 |
| *Good, above guidance 4Q, but weaker q/q momentum*, published by Daiwa Capital Markets America Inc. on November 1, 2018 | 58 |
| *AAPL: Buy on Pullback as Somewhat Weak FQ1 Guidance Partly Caused by Timing of New iPhones*, published by FBN Securities on November 2, 2018 | 59 |
| *FQ4'18 Wrap: Guidance weak on EM and FX weakness; ASPs higher*, published by Goldman Sachs on November 1, 2018 | 60 |

| Document | Exhibit No. |
|---|---|
| *AAPL – May Want its Growth-via-ASP Strategy to be Less Obvious*, published by Guggenheim on November 1, 2018 | 61 |
| *New Disclosure Will Shift Focus to Services Margin, Away from iPhone Units*, published by Jefferies on November 2, 2018 | 62 |
| *Growth Fundamentals Intact, Despite Softer Revenue Guide on FX Headwind and Conservatism Related to Macro Risks*, published by J.P. Morgan on November 2, 2018 | 63 |
| *AAPL: Units May Not Matter, but Price Does*, published by KeyBanc Capital Markets on November 1, 2018 | 64 |
| *AAPL (NEUTRAL): Focus on How Much, Not How Many*, published by Longbow Research on November 2, 2018 | 65 |
| *Look Under The Layers And Buy Any Pullback*, published by Loop Capital Markets on November 2, 2018 | 66 |
| *F4Q'18: Increased Uncertainty; Services Key*, published by Macquarie Research on November 2, 2018 | 67 |
| *Guidance and No More Unit Disclosures Indicate that iPhone Installed Base Growth is Likely Slowing to Low-Single Digits*, published by Maxim Group on November 2, 2018 | 68 |
| *Puts and Takes but Planet Apple Remains a Shining City on a Hill in a Volatile Tech World*, published by Monness Crespi Hardt on November 2, 2018 | 69 |
| *Strong ASPs and Services With a Dose of Macro Uncertainty*, published by Morgan Stanley on November 2, 2018 | 70 |
| *No Disputing Apple iPhone Hegemony, But Decision to Mask Units Is Dubious; Shares Fairly Valued*, published by Morningstar on November 1, 2018 | 71 |
| *Not a Hardware Company. Buy AAPL on Weakness.*, published by Needham on November 2, 2018 | 72 |
| *More than a Miss; Sustained Downturn Likely*, published by Nomura Instinet on November 2, 2018 | 73 |
| *Attention Shifting to Experience from Hardware, Apple Changing the Game for Itself and Analysts*, published by Oppenheimer on November 2, 2018 | 74 |

6                         REQUEST FOR JUDICIAL NOTICE
                                   C.A. No. 4:19-cv-02033-YGR

| Document | Exhibit No. |
|---|---|
| *Solid Sept Qtr, But Outlook & Less Disclosure Disappoint; Maintain OW & $250 PT*, published by Piper Jaffray on November 2, 2018 | 75 |
| *FX Headwinds; No Longer Disclosing Unit Sales*, published by Raymond James on November 2, 2018 | 76 |
| *Privacy Commitment Now Extends to iPhone Unit Disclosure Apparently*, published by RBC Capital Markets on November 1, 2018 | 77 |
| *C4Q Guidance Reflects our Cautious View on Weaker than Expected Sell Through and Production Reductions for iPhone XS/XR, Downgrade to Neutral, Maintain our Price Target*, published by Rosenblatt Securities Inc. on November 2, 2018 | 78 |
| *Apple – Analysis for NASDAQ: AAPL*, published by Trefis on November 4, 2018 | 79 |
| *It's The End of iPhone Units As We Know It, And It Might Ultimately Be Just Fine*, published by UBS on November 2, 2018 | 80 |
| *Cook Pulls the Plug on Metrics in a Houdini Like Move; Bullish Thesis Unchanged*, published by Wedbush on November 2, 2018 | 81 |
| *AAPL: Solid Results Overshadowed By Pulled Unit Disclosures + Macro Angst*, published by Wells Fargo Securities, LLC on November 1, 2018 | 82 |
| *APPL (APPL US) – FYQ418 results, guidance and implications*, published by Yuanta Investment Consulting on November 2, 2018 | 83 |

**IV.   THE COURT MAY TAKE JUDICIAL NOTICE OF PUBLIC PRESS RELEASES AND EARNINGS CALL TRANSCRIPTS**

Finally, the Court "may properly take judicial notice of . . . earnings call transcripts, and press releases under Federal Rule of Evidence 201(b)(2)." *City of Miami Gen. Emps.' & Sanitation Emps.' v. RH, Inc.*, 302 F. Supp. 3d 1028, 1033 n.1 (N.D. Cal. 2018) (Gonzalez Rogers, J.); *see also In re Dynavax Sec. Litig.*, 2017 WL 4005584, at *1 n.1 (N.D. Cal. Sept. 12, 2017) (Gonzalez Rogers, J.) (taking judicial notice of press releases and call transcripts); *Primo v. Pac. Biosciences of Cal., Inc.*, 940 F. Supp. 2d 1105, 1115 n.1 (N.D. Cal. 2013) (taking judicial notice of earnings call transcripts because they are "capable of immediate determination by resort to accurate sources and not subject to reasonable dispute"); *In re Bare Escentuals, Inc. Sec. Litig.*,

745 F. Supp. 2d 1052, 1067 (N.D. Cal. 2010) ("The court is also permitted to take judicial notice of the content of relevant public disclosure documents required to be filed with the SEC, as well as of press releases and conference call transcripts cited in the complaint.").

Defendants request that the Court take judicial notice of the following public press releases and earnings call transcripts:

| DOCUMENT | EXHIBIT NO. |
|---|---|
| *Q4 2018 Earnings Call*, published by Bloomberg | 3 |
| *Apple Reports Fourth Quarter Results*, released by Apple on November 1, 2018, and available at https://www.apple.com/newsroom/2018/11/apple-reports-fourth-quarter-results/#:~:text=CUPERTINO%2C%20California%20—%20November%201%2C,of%20%242.91%2C%20up%2041%20percent. | 93 |

## V. **CONCLUSION**

For the foregoing reasons, Defendants respectfully request that, in connection with its adjudication of Defendants' Motion for Summary Judgment, the Court take judicial notice of the exhibits referenced above.

Dated: September 9, 2022        ORRICK, HERRINGTON & SUTCLIFFE LLP

                                */s/ James N. Kramer*
                                JAMES N. KRAMER
                                Attorneys for Defendants
                                Apple Inc., Timothy Cook, and Luca Maestri