JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
MICHAEL D. TORPEY (SBN 79424)
mtorpey@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1 (415) 773-5700
Facsimile:      +1 (415) 773-5759

Attorneys for Defendants Apple Inc.,
Timothy Cook, and Luca Maestri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No. 4:19-cv-02033-YGR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br><u>Hearing</u><br>Date:   TBD<br>Time:   2:00 p.m.<br>Ctrm:   1, 14th Floor<br>Judge:  Honorable Yvonne Gonzalez Rogers |

On September 9, 2022, Defendants Apple Inc., Tim Cook, and Luca Maestri (collectively "Defendants") submitted a Motion for Summary Judgment ("Motion for Summary Judgment"). Having considered the papers, the contentions of the parties, and the arguments of counsel, the court **GRANTS** Defendants' Motion for Summary Judgment.

**IT IS SO ORDERED.**

Dated: _____, 2022

                                                  HON. YVONNE GONZALEZ ROGERS
                                                      UNITED STATES DISTRICT
                                                           COURT JUDGE