JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
MICHAEL D. TORPEY (SBN 79424)
mtorpey@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     (415) 773-5700
Facsimile:     (415) 773-5759

Attorneys for Defendants Apple Inc.,
Timothy Cook, and Luca Maestri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No. 4:19-cv-02033-YGR<br><br>**DECLARATION OF TIMOTHY COOK IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br><u>Hearing</u><br>Date:   TBD<br>Time:   2:00 p.m.<br>Ctrm:   1, 14th Floor<br>Judge: Honorable Yvonne Gonzalez Rogers |

I, Timothy Cook, hereby declare as follows:

1. I am the Chief Executive Officer of Apple Inc. ("Apple" or the "Company").

2. I submit this declaration in support of Defendants' Motion for Summary Judgment on all claims asserted in the Revised Consolidated Class Action Complaint for Violation of the Federal Securities Laws. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

3. On November 1, 2018, I participated in Apple's earnings conference call for its Fourth Fiscal Quarter of 2018 financial results (the "FQ4 2018 Call") together with Luca Maestri, Apple's Chief Financial Officer, and Nancy Paxton, Apple's (then) Senior Director of Investor Relations. The purpose of the FQ4 2018 Call was to discuss Apple's business results for the fourth quarter of its fiscal 2018 ("FQ4 2018"), which ended on September 29, 2018, and to provide revenue guidance for the first quarter of its fiscal 2019 ("FQ1 2019"), which began on September 30, 2018. At Apple, we call the fourth quarter of our fiscal year the September quarter, because it always ends on the last Saturday in September.

**Preparation for the FQ4 2018 Call**

4. Mr. Maestri and I, with members of Apple's investor relations and financial planning and analysis ("FP&A") teams, carefully prepare for each quarterly earnings call. As part of our preparation, we review securities analyst reports and try to anticipate the questions that analysts may ask on the call. Attached as **Exhibit ("Ex.") 1** is a true and correct copy of a November 1, 2018 email from Mr. Maestri to me that lists the questions we anticipated that analysts might ask on the FQ4 2018 Call.

**Predicted Analyst Questions**

5. As Mr. Maestri's email shows, Wamsi Mohan, an analyst from Bank of America, Merrill Lynch ("BofA") had "[r]ecently cut estimates and price objective[s]" on Apple's stock over "concerns of broader China deceleration and FX [or currency exchange] headwinds that can cause some unit shortfall, but believe[d] 'ASPs [or the average selling prices of Apple's products] can still carry the day.'" *Id.* at 1. I understood Mr. Mohan's concerns about "FX headwinds" to relate to the way in which Apple's business in foreign markets is affected by currency

1

DECLARATION OF TIMOTHY COOK IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
CASE NO. 4:19-CV-02033-YGR

fluctuations.  In short, when a foreign currency devalues against the dollar, Apple's revenue from that market, which we report in U.S. dollars, devalues as well.  Mr. Mohan's speculation that "ASPs [average selling prices] can still carry the day" recognized that increased average selling prices can cause revenues to grow in the face of currency issues even if we sell fewer units.

6.   Mr. Maestri's November 1, 2018 email to me references an October 29, 2018 analyst report from Mr. Mohan for BofA.  In that report, Mr. Mohan wrote "[t]he dollar strengthened significantly against the Chinese RMB [] at a time when iPhone ASPs have increased significantly [].  During the past cycle of a strengthening dollar (2015-2016), China iPhone units declined 20% and overall Apple China sales declined 24% y/y []."  Attached as **Exhibit 28** is a true and correct copy of Mr. Mohan's October 29, 2018 report.  *See* Ex. 28 at 1.

7.   We believed that Mr. Mohan might ask: "[t]here is broader concern about the economic situation in China, how is your business performing there?"  Ex. 1 at 1.  We believed he might also ask "[h]ave you seen a material slowdown in the China App Store due to gaming license approvals?"  *Id.*

8.   Mr. Maestri's email also recognized that Shannon Cross, an analyst from Cross Research, had been "[w]atching smartphone demand in China and weakness in Chinese gaming."  *Id.*  We thought she might ask "[d]o you believe currency rates have impacted demand?"  *Id.* at 2.

9.   We believed still other analysts might ask us to "elaborate on the macro[economic] headwinds" facing Apple's global business and to "tell us about [Apple's] demand outlook for the new iPhones given the global macro[economic] environment."  *Id.* at 2-3.

**The FQ4 2018 Call Q&A Prep Document**

10.  In preparing for earnings calls we draft a comprehensive document that contains detailed information on Apple's prior quarter results and other business information that analysts might ask about, and also includes talking points for potential questions from analysts.  During each call, I have the document in front of me so I can accurately report the information it contains.  A true and correct copy of the Q&A Prep Document for the FQ4 2018 Call is attached as **Exhibit 2** (the "Q&A Prep Document").

11.  Because the point of the FQ4 2018 Call was to discuss the results of FQ4 2018 and

FY 2018 more generally, all of the financial data in the Q&A Prep Document is through the end of FQ4 2018 (September 29, 2018), except for where the document references forward-looking guidance, or other forward-looking estimates. To be clear, the Q&A Prep Document does not reference Apple's financial data from October of 2018, because Apple does not disclose intra-quarter or interim business results on its earnings calls, and it was well understood we would not be discussing the first month of Apple's fiscal 2019 on the FQ4 2018 Call.

**Data In The Q&A Prep Document Regarding the Effect of Currency Fluctuations On Revenue Growth**

12. The Q&A Prep Document contains a number of data points relevant to the anticipated analyst questions discussed above. First, the document shows that Apple's global revenue in FQ4 2018 grew 20% year-over-year to $62.9 billion. *See* Ex. 2 at 2. It also shows, under a header entitled "**How did currencies impact September quarter revenue?**" that "[o]n a [year over year] basis, FX had a ~100 bps [or basis points] unfavorable impact on revenue." *Id.* at 13.[1] In other words, while Apple had achieved its highest fourth quarter revenue ever in fiscal 2018, with revenue of $62.9 billion, currency fluctuations caused revenue to be approximately 100 basis points lower (~$629 million) than revenue would have been otherwise.

13. Page 13 of the Q&A Prep Document cites data showing that the effects of currency fluctuations on Apple's revenue growth were especially pronounced in certain emerging markets. *Id.* at 13. Under a header titled "**Major Y/Y Revenue Deltas**," the Q&A Prep Document includes a chart comparing Apple's reported year-over-year revenue growth in individual markets against what the revenue would have been if that market's currency had held constant during that period (*i.e.*, constant currency or "CC"). For example, Apple's revenue in Turkey for FQ4 2018 would have been equal to that of FQ4 2017, but a decline in the value of the Turkish lira against the U.S. dollar caused Apple's reported FQ4 2018 revenue in Turkey to decline by 26% year-over-year. *See id.* Said another way, in "constant currency" terms Apple's FQ4 2018 revenue in Turkey was flat on a year-over-year basis, but Turkey's FX or currency

---

[1] All bolded emphasis is in the original.

headwinds caused Apple's revenue in Turkey to decline by 26% year-over-year. *Id.* at 13, 23 ("**Turkey** revenue declined double digits in Q4, although it was essentially flat Y/Y in CC terms").

14. Similar FX headwinds adversely affected Apple's revenue growth in other emerging markets. *See id.* at 13. In India, Apple's revenue for FQ4 2018 was up 6% year-over-year on a constant currency basis, but the devalued rupee caused Apple to experience a 1% decline in revenue year-over-year, which is to say currency headwinds adversely affected Apple's revenue growth in India by 7%. *Id.* In Brazil, Apple's revenue for FQ4 2018 was up 9% year-over-year on a constant currency basis, but the devalued Brazilian real caused Apple to experience a 7% decline in revenue year-over-year, meaning currency headwinds negatively affected Apple's revenue growth in Brazil by 16%. *Id.* And in Russia, Apple's revenue for FQ4 2018 was up by 35% year-over-year on a constant currency basis but the devalued ruble limited revenue growth to just 25% year-over-year, meaning currency headwinds negatively affected Apple's revenue growth in Russia by 11% (after rounding). *Id.*

15. Greater China ("China") is not included in the **"Major Y/Y Revenue Deltas"** chart on page 13 of the Q&A Prep Document, because as the Q&A Prep Document shows, Apple's FQ4 2018 revenue growth in China was not affected by currency headwinds the way it was in those other markets. *Id.* at 23. In China, Apple's revenue for FQ4 2018 was up 17% year-over-year on a constant currency basis (Apple's best revenue growth rate in China in constant currency terms in three years, *id.* at 20), and up 16% as reported, meaning fluctuations in the Chinese renminbi had only a 1% adverse effect on Apple's revenue growth in China in FQ4 2018. *Id.* at 23. In other words, as compared to Apple's year-over-year revenue growth in Turkey, India, Brazil, and Russia, currency fluctuations had a far smaller effect on Apple's year-over-year revenue growth in China.

16. As the Q&A Prep Document further shows, Apple's 16% year-over-year revenue growth in China during FQ4 2018 constituted Apple's fifth consecutive quarter of double-digit revenue growth in China, and was driven by iPhone revenue growth of 27% year-over-year. *Id.* at 20. iPhone revenue in China grew by 27% in FQ4 2018 despite a 14% decline in iPhone unit

sales in China year-over-year, which is to say that as compared to FQ4 2017, in FQ4 2018 Apple sold fewer iPhones at a higher ASP. *Id.*; *see also id.* at 11 (showing that globally the iPhone ASP increased by $175 in fiscal 2018). Indeed, for three of the four quarters of fiscal 2018, Apple sold fewer iPhones in China but still realized more revenue year-over-year in each of those quarters. *Id.* at 19 (bottom chart showing that for FQ1, FQ3 and FQ4 2018, "SI iPhone," or "sell-in" iPhone units decreased year-over-year as revenues grew year-over-year).

17. Lastly with regard to China, the Q&A Prep Document contained a header entitled **"Have the new regulations around gaming license approvals in China caused a slowdown in App Store performance?"** *Id.* at 21. There, the document explained that "[t]here is a moratorium on new game approvals in China, and although we have seen a few games get approved recently, it is far below the historic pace. We are unsure of when this might change." *Id*.

**Information About Revenue Guidance In The Q&A Prep Document**

18. On the issue of forward-looking revenue guidance, the Q&A Prep Document reflects the guidance we gave for FQ1 2019 of $89-$93 billion, which implied 1%-5% year-over year revenue growth. *Id.* at 55. As the Q&A Prep Document states, that "revenue guidance reflect[ed] an almost [$2 billion] headwind to growth from foreign exchange," as well as the "impact of macroeconomic uncertainty in some emerging markets." *Id*.

19. Relatedly, on the topic of Apple's recently introduced iPhone models XS, XS Max, and XR, the Q&A Prep Document correctly explained that, at that time: "it's still very early in this launch, particularly for iPhone XR, and we're not really going to know the relative demand or mix until all 3 products have been in the market for longer. We've obviously **put our best current estimates into the creation of guidance.**" *Id.* at 24.

**The FQ4 2018 Call**

20. As noted above, on November 1, 2018, I participated in the FQ4 2018 Call with Mr. Maestri and Ms. Paxton. After Ms. Paxton's warning that the call would include forward-looking information, we gave our prepared remarks, and then the call was opened to questions from analysts. Attached as **Exhibit 3** is a true and correct copy of the transcript of the FQ4 2018 Call. The first analyst question came from Mr. Mohan of BofA, who asked the following:

> Tim, there has been some real deceleration in some of these emerging markets, partly driven by some concerns around some of the rules the administration is contemplating and partly driven by things that are more specific to China, for instance, like some of the regulations around gaming. So can you talk about how you see the trajectory there for the business and what you think of the initiatives of some companies like Netflix and Fortnite trying to bypass the App Store around subscriptions and I have a follow up.

Ex. 3 at 7.

21. My answer came in two parts, which I will discuss separately. First, I responded as follows:

> Sure. Great question. Starting with emerging markets. The emerging markets that we're seeing pressure in are markets like Turkey, India, Brazil, Russia. These are markets where currencies have weakened over the recent period. In some cases, that resulted in us raising prices and those markets are not growing the way we would like to see.
>
> To give you a perspective in of some detail, our business in India in Q4 was flat. Obviously, we would like to see that be a huge growth. Brazil was down somewhat compared to the previous year. And so I think, or at least the way that I see these, is each one of the emerging markets has a bit of a different story, and I don't see it as some sort of issue that is common between those for the most part.
>
> In relation to China specifically, I would not put China in that category. Our business in China was very strong last quarter. We grew 16%, which we're very happy with. iPhone in particular was very strong, very strong double-digit growth there. Our other products category was also stronger, in fact, a bit stronger than even the overall company number.

*Id.*

22. I had the Q&A Prep Document with me on the call, and this first part of my answer was made with reference to the currency headwind data discussed above. When I said Apple was "seeing pressure in [] markets like Turkey, India, Brazil, Russia" where "currencies have weakened over the recent period," resulting in Apple "raising prices [in some cases] and those markets [] not growing the way we would like to see," I was referencing the data in the chart at the bottom of page 13 of the Q&A Prep Document. *See* Ex. 2 at 13. As discussed, that data shows that currency headwinds had adversely affected Apple's revenue growth in FQ4 2018 by 26% in Turkey, by 7% in India, by 16% in Brazil, and by 11% in Russia. Even though Apple

1   saw FQ4 2018 revenue growth in Russia of 25% year-over-year, that growth was undercut by
2   11% due to a weakening ruble, *see id.*, which is why even there, revenue was not "growing the
3   way we would like to see," as I said on the call.  By way of examples, in my answer to Mr.
4   Mohan I said that "our business in India in Q4 was flat," *see id*. at 23 (showing revenue in India
5   down 1% year-over-year in FQ4 2018 and that "**India** was essentially flat for the quarter"), and
6   "Brazil was down somewhat compared to the previous year," *see id*. (showing revenue in Brazil
7   down 7% year-over-year in FQ4 2018).  When I responded with these illustrations of Apple's
8   FQ4 2018 revenue performance in certain emerging markets, I was referencing the data on page
9   23 of the Q&A Prep Document and repeated some of that data and talking points word for word.
10          23.     I went on to say that "[i]n relation to China specifically, I would not put China in
11  that category" because, as discussed above, in FY 2018 China's currency was far more stable, and
12  had only a 1% adverse effect on our revenue growth in that market in FQ4 2018.  *See id.* at 13,
13  20.  This comment was made with reference to the data on pages 20 and 21 of the Q&A Prep
14  Document.  As I correctly stated on the call, "[o]ur business in China was very strong last
15  quarter," or FQ4 2018, and "[w]e grew 16%."  *See id.* at 20.  As the data shows, when compared
16  to Turkey, India, Brazil, and Russia, China was not in the same category of emerging markets
17  where a weakened currency had materially adversely affected Apple's revenue growth.
18          24.     Of course, in comparing China to other emerging markets with regard to
19  FX/currency effects on revenue growth, my answer was grounded in historical fact, but I was also
20  offering my opinion.  Macroeconomic forces can be difficult to parse, and as I said on the call,
21  "the way that I see these[] is [that] each one of the emerging markets has a bit of a different story"
22  for why revenue grew (or did not), and "I don't see it as some sort of issue that is common
23  between [them] for the most part."  Ex. 3 at 7.  Mr. Mohan had asked about "deceleration in some
24  of these emerging markets" and the "trajectory there," and so I offered my informed opinion that
25  currency pressures set China apart from those other emerging markets in terms of revenue growth
26  in FQ4 2018.  *Id.*
27          25.     It is my understanding that the Plaintiff in this action claims that because part of
28  my answer to Mr. Mohan was phrased in the present tense, I was not referencing Apple's

1  historical business results for FQ4 2018, but rather Apple's then-current business performance as
2  of November 1, 2018, one month into the first quarter of Apple's fiscal 2019. Plaintiff is
3  incorrect, as I did not say that and did not intend to convey that impression on the call. As
4  discussed above, the purpose of the FQ4 2018 Call was to discuss Apple's results for FQ4 2018
5  and fiscal 2018 year-end, and to give specific forward-looking guidance for FQ1 2019.
6  Responding to Mr. Mohan, I referenced "markets where currencies have weakened over the
7  recent period," "our business in India in Q4," the fact that "Brazil was down somewhat compared
8  to the previous year," the fact that "[o]ur business in China was very strong last quarter" when we
9  "grew 16%," and that "iPhone in particular was very strong." *Id.* All of those statements are
10 about Apple's business in FQ4 2018 and the year that ended on September 29, 2018.

11         26.     It is my understanding that the Plaintiff further claims that when I said "I would
12 not put China in that category," the "category" I was discussing was not emerging markets where
13 weakened currencies had undercut Apple's revenue growth, but rather emerging markets where
14 Apple was seeing any "pressure" at all. As I understand it, Plaintiff claims that I effectively said
15 "Apple [is not] experiencing any deceleration or pressure on its business in China." *See* **Exhibit
16 4** at 5. Plaintiff is again incorrect, for several reasons.

17         27.     First, Apple, like every company, experiences "pressure" in every market, all the
18 time. Even when Apple's business is growing robustly in a particular market, there are always
19 competitive, political, social, macroeconomic, and potentially other pressures at play. As such, I
20 would not say that Apple faces "no pressure" at all in any given market.

21         28.     Second, a claim that Apple was experiencing "no pressure" at all in China would
22 have been contrary to the written risk warnings in Apple's SEC filings, which specifically warned
23 of numerous risks that Apple faces. For example, in Apple's Form 10-K for FY 2018, Apple
24 warned the "[t]he Company's products and services are offered in highly competitive global
25 markets characterized by aggressive price competition and resulting downward pressure on gross
26 margins, frequent introduction of new products and services, short product life cycles, evolving
27 industry standards, continual improvement in product price/performance characteristics, rapid
28 adoption of technological advancements by competitors and price sensitivity on the part of

consumers and businesses." See **Exhibit 5** (a true and correct copy of Apple's 2018 Form 10-K) at 8. Those are just some of the many "pressures" that Apple's business faced in China (and elsewhere), and FQ4 2018 was not unique in that regard.

29.     Third, if I had said something like "Apple is not experiencing any deceleration or pressure on its business in China," I would have expected analysts to have questioned me extensively about it, because they were keenly focused on headwinds in China's market. As noted above, Mr. Mohan himself had recently cut estimates and lowered price objectives on Apple's stock over "concerns of broader China deceleration," s*ee* Ex. 1 at 1, and if I had said to him "Apple is not experiencing any deceleration or pressure on its business in China," as Plaintiff claims, I expect he would have immediately asked follow up questions on that issue. He did not.

30.     At bottom, I did not intend to communicate that "Apple is not experiencing any deceleration or pressure on its business in China," because in the second part of my answer to Mr. Mohan I went on to discuss a specific "deceleration or pressure" on Apple's App Store business in China. As I continued in my answer, I said:

> The App Store in China, we have seen a slowdown or a moratorium, to be more accurate, on new game approvals. There is a new regulatory setup in China, and there things are not moving the way they were moving previously. We did see a few games approved recently, but it's very far below the historic pace. And as you've probably seen, some of the larger companies there that are public have talked about this as they've announced their earnings as well. We don't know exactly when this will -- the approvals will return to a normal pace, so I would not want to predict that.
>
> I do not view -- just for avoidance of doubt here, I don't view that that issue has anything to do with the trade-related discussions between the countries. I think that is strictly a domestic issue in China.

Ex. 3 at 7. This part of my answer was made with reference to the notes on page 21 of the Q&A Prep Document. *See* Ex. 2 at 21. If I had said "Apple is not experiencing any deceleration or pressure on its business in China," as Plaintiff claims, but then went on to discuss how the Chinese government had dramatically slowed the approval of new games for our App Store, the contradiction would have been obvious.

31. I understand that the Plaintiff also claims that my answer to Mr. Mohan's question was false and misleading because, at the time of the FQ4 2018 Call, I was aware that early global demand for the iPhone XR, which had been released in stores just days earlier, was softer than we hoped. That softness, however, was experienced globally, and was not specific to or markedly more pronounced in China. More importantly, the slower than expected start for the iPhone XR had already been factored into the forward-looking revenue guidance we provided on the FQ4 2018 Call. I would not and did not say anything in my answer to Mr. Mohan that contradicted the guidance we provided.

32. I note, as well, that my knowledge of the iPhone XR's launch is not inconsistent with or contradictory to my answer to Mr. Mohan. Mr. Mohan's question concerned "deceleration in some of these emerging markets," and in my answer I discussed how China was different from other emerging markets because its currency had not weakened in a way that materially adversely affected Apple's revenue growth. My answer was not intended to address and did not address the iPhone XR launch or global iPhone demand, and therefore the pace of the iPhone XR's launch had no bearing on the point I was making.

33. Even where my answer referenced iPhone performance in China, the reference was to Apple's business in China "last quarter," where we "grew 16%" and "iPhone in particular was very strong." Ex. 3 at 7. Obviously, global data about the iPhone XR launch that occurred in October of 2018, weeks after the end of FQ4 2018, does not and cannot contradict my factually accurate historical statements about revenue growth and iPhone performance in China during the prior quarter.

**I Spoke Truthfully**

34. As explained above, my answer to Mr. Mohan's question about "deceleration in some of these emerging markets" on the FQ4 2018 Call was a true and accurate explanation, and my opinion, of how currency headwinds had affected Apple's revenue growth in some emerging markets in FQ4 2018, but not China. I work very hard to always give accurate information about Apple to the market, and I would never say anything to intentionally mislead.

35. To ensure I gave an accurate answer on the FQ4 2018 Call, I had the Q&A Prep

1  Document with me during the call, and I gave my answer with reference to the carefully vetted
2  data contained therein.
3      36.   I had no reason to be anything other than completely truthful. I did not sell or
4  attempt to sell any Apple stock during the alleged class period, or otherwise attempt to gain some
5  improper advantage or financial benefit from my statements to Mr. Mohan. When Apple's stock
6  price declined on January 3, 2019, the value of my holdings in Apple stock—almost 880,000
7  shares in total—declined in the same way as the holdings of Apple's other shareholders.
8      37.   Additionally, when it became clear in mid-December 2018 that we were going to
9  miss the revenue guidance we had announced on November 1, 2018, I made the decision to pre-
10 announce to the market that shortfall to guidance in order to be transparent with our investors,
11 even though we were legally allowed to wait until the normal release of Apple's FQ1 2019
12 financial results, on January 29, 2019, to disclose that information. Attached as **Exhibit 6** is a
13 true and correct copy of my notes for a meeting with Apple's board of directors on December 17,
14 2018, when I informed the board that Apple would not meet its revenue guidance and of this
15 decision to pre-announce.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct. Executed in Cupertino, California on September 2, 2022.

_____
TIMOTHY COOK