# EXHIBIT 1

| From: | Luca Maestri < ██████████████ > |
|---|---|
| **Subject:** | Fwd: Potential questions by analyst |
| **To:** | Tim Cook < ███████████ > |
| **Received(Date):** | Thu, 01 Nov 2018 09:28:44 -0700 |
| **Date:** | Thu, 01 Nov 2018 09:28:44 -0700 |

Begin forwarded message:

**From:** Nancy Paxton < ███████████████ >

**Subject: Potential questions by analyst**

**Date:** November 1, 2018 at 9:27:16 AM PDT

**To:** Luca Maestri < ██████████████ >

**Cc:** Matt Blake < ███████████████ >

Luca,

Here is the list of analysts we are likely to hear from on the call in the order we discussed with some predictions of questions based on their recent reports. Toni S. and Rod H. are added at the bottom as you will have callbacks with them.

Nancy

**1. Wamsi Mohan - B of A - Buy, $235,  Q1 $90.9B**

(Recently cut estimates and price objective on concerns of broader China deceleration and FX headwinds that can cause some unit shortfall, but believes "ASPs can still carry the day")

Have you seen a material slowdown in the China App Store due to gaming license approvals?

Is the momentum in other Services business enough to offset any current App Store weakness?

There is broader concern about the economic situation in China, how is your business performing there?

**2. Shannon Cross - Cross Research, Buy, $260, Q1 $94.7B**

(Watching smartphone demand in China and weakness in Chinese gaming, but believe broad iPhone line-up, recurring Services portfolio, new Mac and iPad launches, and share repurchase position Apple well to meet/exceed estimates)

What have you learned about elasticity of demand through the X cycle and XS/XR cycle thus far?

Do you believe currency rates have impacted demand?

How would you contrast the impact of the timing of the XS and XR launches this year vs. 8 and X launches last year (i.e., top-of-the-line available first this year vs. consumers having to wait last year)?

**3. Mike Olson - Piper Jaffray, Outperform, $250, Q1 $93.1B**

(Believes replacement rates have been hampered by price point of X but now people have more choice. Teen purchase intentions very high for iPhone and Watch)

How are sales of iPhone XR going?

What is the current mix of XR vs. Xs and Xs Max?

Do you believe iPhone XR will help shorten the replacement cycle?

Do you have any early read on who is buying your latest phones?

**4. Katy Huberty - Morgan Stanley - Buy, $247, Q1 $93.9B**

(Given the December quarter is historically a channel fill period, believe Apple has flexibility in setting Street guidance expectations and December guidance will be most important driver of investor sentiment)

What can you tell us about demand for each of iPhone XS, XS Max and XR at this point?

Does your revenue guidance imply weak demand for XR?

Are the recent growth rates in Services sustainable?

How is the situation with gaming license approvals in China affecting your App Store performance in the country?

**5. Will Power - Baird - Outperform, $235, Q1 N/A**

(Believes with latest product intro Apple ecosystem is "as strong as ever" but names a number of caveats)

Can you update us on the status of QCOM litigation?

Can you elaborate on the macro headwinds you referred to?

Do you consider your current inventory levels "steady state?"

**6. Jim Suva - Citi - Outperform, $265 Q1 $94.1B**

(Cautious on China due to lackluster smartphone market.)

How is the weak smartphone market impacting your China business?

Do you expect additional tariffs and how will this impact you?

How is your business in India?

What is driving your large increase in OPEX in Q1 (expects $8.1 to 8.2)

**7. Amit Daryanani -  RBC - Outperform, $250, Q1 $95.2B**

(Believes Apple can continue to gain share, and strength of US App Store business mitigates impact of China gaming crackdown)

Can you comment on the impact of China's crackdown on video games on your App Store business?

Do believe you can continue to gain share in the smartphone market with your current lineup?

**8. Samik Chatterjee - JP Morgan - Overweight, $272, Q1 $93.1B**

(Recently initiated bullishly. Key investor pushback has been ASP sustainability for FY19).

What do you predict for iPhone ASPs in FY19?

Can you sustain double-digit or low single digit installed base growth?

Can you maintain healthy double-digit growth in Services if device sales have plateaued?

**9. Tim Arcuri - UBS - Buy, $250, Q1 $95.5B**

(Expects solid results and guidance on in-line units and higher ASP)

What can you tell us about your demand outlook for the new iPhones given the global macro environment and tariff risk?

We think replacement cycles seem to be lengthening at a slower rate - what are you seeing?

Any update on your video/content strategy?

What does your guidance contemplate in terms of Services growth?

Any update on your thinking with respect to the buyback program?

**Toni Sacconaghi - Bernstein - Neutral, $225, Q1 $95.9B**

Units of iPhone, iPad and Mac have gone ex-growth. Should we infer that's a permanent situation and that's why you're no longer reporting units?

Can you reasonably sustain revenue growth by continually taking price, and are you not concerned about the impact of price elasticity on volume?

With higher prices generally, why are we not seeing more gross margin strength in Q1?

With the increased functionality of iPad Pro, should we conclude that Mac and iPad will converge, and how quickly?

Can you provide more color on the size and growth of your search ad business?

**Rod Hall - Goldman Sachs - Neutral, $240, Q1 $95.1B**

With the higher pricing of your newest iPhone, iPads and Macs, and the apparent strength of iPhone Xs Max, why are we not seeing more robust gross margin implications in your Q1 guidance?

What is happening to your smartphone market share in China?

What is your outlook for the China market given recent Chinese government stimulus efforts for consumers?

What is driving the deceleration in Services growth, and how much of this is a function of tough comps on licensing?