# EXHIBIT 6

BoD call—-privileged and confidential

Will not achieve revenue guidance.  Currently expect revenues of $84.5B vs our guidance of $89-93B.   Expect GM to be at the low end of our 38-38.5% guidance at 38%.

I take full responsibility.

Shortfall compared to the low of our guidance is $4.5B

-iPhone accounts for essentially all of the miss.  We expected to sell at least 70M units and we now believe we will sell 65M.  IPhone XR is 4.7M units lower than our guidance.   We have also been more promotional than we planned to attempt to counter the demand trends and this impacted our expected ASP.

-From a geo perspective, Greater China accounts for about two thirds of the miss.

From a year over year perspective:

-We are projecting to be down about $3.7B.

-iPhone revenues will be down about $9B.  We are expecting growth in all other categories to exceed $5B to close the gap to $3.7B.  Non iPhone revenues are up 20%.

- Geographically, Greater China alone will be down over $4B and Turkey will be down $700M.

Additional color on iPhone:

We think the contributing factors to the iPhone shortfall are:

-Last year likely better than we thought at the time. Makes for a difficult comp.
-We made a fundamental error with the launch.  Normal fan base focused on iPhone XS/XS Max.  Momentum from event wasn't sustained.  Didn't need to be last year but in retrospect we should have done more to keep the buzz going.  Product reviews seemed to have minimal affect.
-Subsidy removal which both lowered the price and acted as a trigger to upgrade
-Price increase at the entry price point (From $649 to $699 to $749) compounded by strong USD.
-Carrier focus on other revenue streams (content, etc)
-Battery program. (Now expect 10-11M users to participate)

Trying a number of actions to increase sales (trade in, carrier, etc)

Highly Confidential

APL-SECLIT_00644943

**2**

Additional color on China:

-Economy
-Competition
-Trade war, nationalism
-Tough quarter on all products in China.

==No Legal requirement to pre-announce but want to do it==
-likely the end of next week
-assessing best approach
-will not include Q2 guidance.
-will make a comment about buyback TBD (net cash zero)
-numbers will move around some over the next two weeks.

Some good news
-Services, Wearables, and Mac will hit all time records
-iPad will grow double digit in units and revenue
-Watch will grow over 50%
-Services will come in just shy of $11B.
-Each of the categories are above current consensus estimates.
-Installed base continued to grow.


Questions

Highly Confidential
APL-SECLIT_00644944