JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
MICHAEL D. TORPEY (SBN 79424)
mtorpey@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    (415) 773-5700
Facsimile:     (415) 773-5759

Attorneys for Defendants Apple Inc.,
Timothy Cook, and Luca Maestri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No. 4:19-cv-02033-YGR<br><br>**DECLARATION OF LUCA MAESTRI IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br><u>Hearing</u><br>Date:   TBD<br>Time:   2:00 p.m.<br>Ctrm:   1, 14th Floor<br>Judge:  Honorable Yvonne Gonzalez Rogers |
|---|---|

I, Luca Maestri, hereby declare as follows:

1. I am the Chief Financial Officer ("CFO") of Apple Inc. ("Apple" or the "Company") and have been employed by the Company since 2013. As CFO, I report to Timothy Cook, Apple's Chief Executive Officer.

2. I submit this declaration in support of Defendants' Motion for Summary Judgment on all claims asserted in the Revised Consolidated Class Action Complaint for Violation of the Federal Securities Laws. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

3. On November 1, 2018, I participated in Apple's earnings conference call for its Fourth Fiscal Quarter of 2018 financial results (the "FQ4 2018 Call") together with Mr. Cook and Nancy Paxton, Apple's (then) Senior Director of Investor Relations. The purpose of the FQ4 2018 Call was to discuss Apple's newly released business results for the fourth quarter of its fiscal 2018 ("FQ4 2018"), which ended on September 29, 2018, and to provide revenue guidance for the first quarter of its fiscal 2019 ("FQ1 2019"), which began on September 30, 2018. Since becoming CFO in May of 2014, I have participated on each of Apple's earnings calls with investors together with Mr. Cook.

**The Challenged Statement on Apple's FQ4 2018 Call**

4. At Apple, we prepare extensively for our earnings calls. In advance of each call, I meet with Mr. Cook, members of Apple's investor relations team, members of Apple's forecasting team, and sometimes others in order to discuss the information that we'll present to investors and how we'll present it. Our goal is to provide investors with accurate, reliable, and relevant information available on Apple's business. At no point during my time at Apple have I ever directed or induced anyone to make any public statement on behalf of or regarding Apple's business which I knew to be false or misleading.

5. Heading into Apple's FQ4 2018 Call, we were aware that analysts were concerned about headwinds in China and were interested in how Apple's business performed in China in the just completed fiscal fourth quarter. We were also aware that analysts were concerned about the impact that the strengthening U.S. dollar had on Apple's business in that quarter. We anticipated

1  questions on those topics and drafted responses to those questions into a Q&A Prep Document

2  based on the data from the quarter that had just closed, FQ4 2018.  A true and correct copy of the

3  Q&A Prep Document for the FQ4 2018 Call is attached hereto as **Exhibit 2** (the "Q&A Prep

4  Document").  Like Mr. Cook, I carefully reviewed this Q&A Prep Document in preparation for

5  the FQ4 2018 Call and had it in front of me during the call so that I could accurately reference the

6  information that it contained.

7        6.  During the FQ4 2018 Call, an analyst from Bank of America Merrill Lynch,

8  Wamsi Mohan, asked Mr. Cook a question about emerging markets and China.  *See* **Exhibit**

9  **("Ex.") 3** at 7.  When Mr. Cook responded that he "would not put China in that category" (the

10 "Challenged Statement"), I understood Mr. Cook to be distinguishing China's performance in

11 FQ4 2018, where revenue grew a strong 16% YoY, from Apple's FQ4 2018 performance in other

12 emerging markets like Turkey, India, Brazil, and Russia, where currency weakness had

13 significantly decelerated Apple's revenue growth.  Mr. Cook's opinion was accurate and

14 supported by the historic FQ4 2018 data in the Q&A Prep Document that we had in front of us.

15       7.  Despite what Plaintiff alleges, I did not understand Mr. Cook to be giving an

16 update on Apple's performance in China as of November 1, 2018 for several reasons.  First, we

17 do not give intra-quarter or interim updates about Apple's financial performance for the current

18 quarter on Apple's earnings call.  To reiterate, we discuss the previous quarter's results and we

19 provide forward-looking guidance for the current quarter.  Second, the context of Mr. Cook's

20 answer made clear to me that he was talking about FQ4 2018 results.  For example, Mr. Cook

21 said "[t]hese are markets where currencies have weakened over the recent period"; "[o]ur

22 business in China was very strong last quarter"; and "iPhone in particular was very strong."  Ex. 3

23 at 7.

24       8.  I did not comment on Mr. Cook's Challenged Statement during the FQ4 2018 Call

25 because I did not—and do not—believe that it needed to be addressed or corrected.  To my

26 knowledge, and for all the reasons discussed above, Mr. Cook's response was supported by facts,

27 was true, and it was not misleading.

28       9.  I also never induced, directly or indirectly, Mr. Cook's Challenged Statement.  Mr.

Mohan directed an oral question squarely at Mr. Cook and Mr. Cook answered with his opinion on the matter. Although we anticipated questions from analysts on China and currency pressures, we did not know the exact question that Mr. Mohan—or any other analyst—would ask and therefore did not have an exact response predetermined. At no point during our preparation for the earnings call did I direct Mr. Cook to make the Challenged Statement.

**Apple's FQ1 2019 Revenue Guidance**

10. On Apple's FQ4 2018 Call, we also disclosed our revenue guidance range for the FQ1 2019 quarter, which was $89 to $93 billion. Ex. 3 at 6. This revenue guidance incorporated all of the available, relevant information about Apple's business performance leading up to November 1, 2018, including but not limited to the slower-than-expected iPhone XR launch. Indeed, ahead of the FQ4 2018 Call, we lowered the guidance range that we would provide to investors from a previous range of $93 to $97 billion. Even though we knew the $89 to $93 billion revenue range would disappoint our investors and cause Apple's stock price to decline, we provided the market with an accurate view of Apple's business as of that date and set a revenue target that represented our view of the company's business for FQ1 2019.

11. To illustrate these points, attached as **Exhibit 7** is a true and correct copy of Apple's internal profit and loss ("P&L") forecast that Saori Casey, Apple's Vice President of Corporate Financial Planning, emailed to me, Mr. Cook, and other members of the Apple team on November 1, 2018. This forecast represented the last iteration of Apple's internal P&L forecasts prior to the FQ4 2018 Call. As shown on column J, row 21, Apple's internal high revenue scenario at this time was $93.4 billion. Ex. 7 at APL-SECLIT_00284951. As shown on column N, row 21, Apple's internal low revenue scenario at this time was $88.8 billion. *Id.* Both of these figures are consistent with the $89 to $93 billion revenue range that we provided to investors on November 1, 2018.

12. Although our guidance range incorporated Apple's actual performance in October 2018, it also represented our forward-looking forecast of Apple's future performance in November and December 2018. While the future is inherently uncertain, we were aware of certain risks and incorporated those factors into our guidance range. As I discussed on Apple's

FQ4 2018 Call, one of those factors was that "we expect[ed] almost $2 billion of foreign exchange headwinds" and another was that Apple "face[d] macroeconomic uncertainty [in FQ1 2019], particularly in emerging markets." Ex. 3 at 6. Apple considers China, Turkey, India, Brazil, and Russia, among other countries, to be emerging markets and we were aware that Apple faced macroeconomic risks in those markets in FQ1 2019. Indeed, Apple's $4 billion guidance range of $89 to $93 billion represented the widest revenue range that we had ever provided to the market, and which we had widened, in part, to account for these risks.

13. As of November 1, 2018, Apple was on track to meet this guidance range. As shown in Exhibit 7, on November 1, 2018, we internally forecasted our likely revenue scenario to be $90.7 billion (column P, row 21)—well within our $89 to $93 billion guidance. Ex. 7 at APL-SECLIT_00284951. When Apple announced on January 2, 2019 that our revenue for FQ1 2019 would be approximately $84 billion, the entirety of the shortfall to our November 1, 2018 guidance was based on Apple's business performance later in November and December 2018. In other words, none of our shortfall to guidance was based on Apple's business performance in October 2018.

14. Apple has a very robust and comprehensive forecasting process. In FQ1 2019, Apple's shortfall to its revenue guidance was caused by factors that we did not and could not have reasonably foreseen as of November 1, 2018, including but not limited to the deterioration of economic conditions in China in November and December 2018. This marked our first guidance miss under my tenure as CFO and the Company's first since 2002.

**Apple Share Repurchases**

15. One of the key programs through which Apple returns capital to its investors is its share repurchase program. Through this program, Apple repurchases its own stock on the open market, which decreases Apple's public float (or shares outstanding) and appreciates the value of each share that remains outstanding. Since 2013, Apple has returned almost $700 billion in capital to our investors through dividends and this share repurchase program.

16. In April 2018, I recommended a $100 billion share repurchase program to Apple's board of directors, which the board approved and Apple announced on May 1, 2018. Although I

DECLARATION OF LUCA MAESTRI IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
CASE NO. 4:19-CV-02033-YGR

was not responsible for placing Apple's day-by-day trades, I provided direction on strategy and had the authority and discretion to increase, decrease, maintain, or stop buybacks during any given period.

17. Attached as **Exhibit 8** is a true and correct copy of a spreadsheet containing Apple's share repurchases in FQ1 2019 that Michael Shapiro, Apple's current Treasurer and then-Assistant Treasurer, emailed to me and other Apple employees on January 3, 2019.

18. After Apple's share price declined by nearly 10% following the FQ4 2018 Call, we viewed Apple's stock to be undervalued by the market. On November 2, 2018, Apple repurchased 2,406,000 shares of its own stock for a net cost of $499,860,695.40. Ex. 8 at APL-SECLIT_00028739. This was Apple's largest single-day repurchase since April 27, 2018. *Id.*

19. Apple continued to repurchase shares of its stock through November 13, 2018. Between November 2 and November 13, 2018, Apple repurchased 9,086,741 shares of its own stock for a net cost of $1,849,875,606.35. *Id.*

20. Between November 2, 2018 and January 2, 2019, inclusive, I did not sell any of the 27,324 shares of Apple stock that I owned during this period.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct. Executed in Cupertino, California on September 6th, 2022.

_____
LUCA MAESTRI