# EXHIBIT 2

| | |
|---|---|
| **From:** | Nancy Paxton <████████████> |
| **Subject:** | Script and Q&A |
| **Received(Date):** | Wed, 31 Oct 2018 18:47:01 -0700 |
| **Cc:** | matt Blake <████████████> |
| **To:** | Tim Cook <████████████>, Luca Maestri <████████████>,Steve Dowling <████████████>, Saori Casey <████████████> |
| **Attachment:** | Q418 Executive Script.pages |
| **Attachment:** | Q4'18 Q&A.pages |
| **Attachment:** | Q4'18 Q&A_Tim Carveout.pages |
| **Date:** | Wed, 31 Oct 2018 18:47:01 -0700 |

Here are the latest drafts, including Tim's carve-out.

APL-SECLIT_00261103

**Q4'18  Q&A**                                                                                          **11/1/18**

| | |
|---|---|
| HIGHLIGHTS | 2 |
| RESULTS – FINANCIAL (Luca) | 3 |
| OI&E (Luca) | 7 |
| SHARE REPURCHASE ACTIVITY (Luca) | 8 |
| ASPs (Luca) | 11 |
| CURRENCY (Luca) | 13 |
| CHANNEL INVENTORY (Tim) | 14 |
| RESULTS – GEO - AMR (Luca) | 15 |
| RESULTS – GEO - EMEIA (Luca) | 16 |
| RESULTS – GEO - RPAC (Luca) | 17 |
| RESULTS – GEO - Japan (Luca) | 18 |
| RESULTS - GEO - Greater China   (Tim) | 19 |
| CHINA (PRC) iPHONE BUY MIX (Tim) | 22 |
| EMERGING MARKETS (Tim) | 23 |
| iPHONE KEY MESSAGES (Tim) | 24 |
| iPHONE RESULTS (Tim) | 25 |
| iPHONE UPGRADE CYCLE/RATE (Tim) | 26 |
| iPHONE BUY MIX (Tim) | 28 |
| iPAD RESULTS (Tim) | 29 |
| MAC RESULTS (Tim) | 30 |
| OTHER PRODUCTS (Tim) | 31 |
| APPLE WATCH  (Tim) | 32 |
| HEALTH  (Tim) | 33 |
| HOMEPOD (Tim) | 34 |
| AR (Tim) | 35 |
| SERVICES RESULTS (Tim) | 36 |
| SERVICES RESULTS (Luca) | 38 |
| PLATFORM METRICS (Tim) | 39 |
| APPLE MUSIC (Tim) | 40 |
| APPLE PAY (Tim) | 41 |
| CONTENT STRATEGY (Tim) | 42 |
| AI: SIRI vs GOOGLE ASSISTANT (Tim) | 43 |
| OPERATIONS (Tim) | 44 |
| HOT TOPICS – TARIFFS  (Tim) | 45 |
| HOT TOPICS – DISCLOSURE CHANGES  (Luca) | 46 |
| HOT TOPICS – GENERAL  (Tim) | 48 |

> Attorney Client Privilege

| | |
|---|---|
| OUTLOOK – Revenue (Luca) | 55 |
| OUTLOOK - Gross Margin (Luca) | 57 |
| OUTLOOK – OpEx/Other (Luca) | 59 |
| OUTLOOK FUTURE (Tim) | 60 |
| OUTLOOK FUTURE  (Luca) | 61 |
| APPENDIX | 62 |

Highly Confidential                                                                 APL-SECLIT_00261104

# HIGHLIGHTS

- ==Revenue grew 20% to $62.9B,== net income grew 32% to $14.1B, and EPS grew 41% to $2.91 ==(all new Q4 records)==
  - New all-time high for installed base of iPhone, iPad, Mac, Watch, and Apple TV
  - Highest revenue growth rate in 3 years
  - 29% iPhone revenue growth, 27% Services growth (excl. $640M OT adj.), >50% Wearables growth
  - All-time record quarters for Mac and Services revenue
  - Q4 revenue records for iPhone and Wearables

- New Q4 revenue records in Americas, Europe, Japan, and Rest of Asia Pacific
  - Y/Y growth in all of our geographic segments (all double digits)
  - Set new revenue records in almost every market we track

- All-time record Services revenue of $10B
  - 27% Services growth (excl. $640M OT), on track for doubling of FY16 revenue by 2020
  - All-time record revenue for App Store, AppleCare, Apple Music, Cloud Services, and Apple Pay
  - >330M paid subscriptions, up >50% Y/Y (vs. >210M in Q4'17)

- FY18 revenue >$265B (highest ever), $36B higher than last year (with 1 week less), equivalent of F100 company in a single year
  - Established new revenue and earnings records in every quarter of FY18
  - Double-digit revenue growth in all geos, with new records in AMR, EUR, Japan, and RPAC
  - $59.5B net income (highest ever), $11B/23% higher than last year (with 1 week less)
  - $11.91 EPS (highest ever), 29% higher than last year (with 1 week less)

- iPhone FY18 revenue ~$167B
  - Up 18% or $25B Y/Y and $12B higher than the next highest Fiscal Year (FY15)
  - Double digit revenue growth in all geographic segments in FY18

- Capital return / net cash
  - In Q4, returned over $23B to investors, including $19.4B of share repurchase and $3.5B of dividends and equivalents
  - In FY18, returned nearly $90B, including over $73B of share repurchase and almost $14B of dividends and equivalents
  - $123B net cash (from $163B reported at QE1'18 when we provided our net cash neutral target): $237B cash less $114B total debt (incl. $12B commercial paper)

- Q1 guidance
  - Revenue of $89-93B implies 1-5% Y/Y growth

Highly Confidential

# RESULTS – FINANCIAL (Luca)

| LOB | Y/Y Unit | WW IDC | Y/Y Rev | WW IDC |
|---|---|---|---|---|
| iPhone | +0.5% | -2% | +29% | +12% |
| iPad | -6% | -8% | -15% | -1% |
| Mac | -2% | -1% | +3% | +0% |
| Watch | +39% | +58% | +47% | +38% |

## What factors contributed to revenue growth of 20% Y/Y (+21% CC; -1pp impact)?

- Revenue of $62.9B (guidance of $60B-$62B) was a <u>Q4 record (as were Q1-Q3) and $10B above last year</u>.

[•<u>Revenue growth highest in 12 Qs (Q4'15 +22%), accelerated for the 8th consecutive Q</u>: Q1'17 +3%, Q2'17 +5%, Q3'17 +7%, Q4'17 +12%, Q1'18 +13% (+21% normalized), Q2'18 +16%, Q3'18 +17%, Q4'18 +20%.]

- <u>Revenue growth across all geos for 4th consecutive Q</u>; Q4 results: AMR (+19%), Europe (+18%), GC (+16%), Japan (+34%), and RoAP (+22%), with <u>Q4 record revenue for AMR, Europe, Japan and RPAC</u>.

- <u>iPhone revenue was up 29% to a new Q4 record, accelerating for 4th consecutive Q</u>. <u>Q4 record revenue in AMR, Europe, Japan and RPAC</u>.
  - o <u>FY18 iPhone revenue of $167B (+21% Y/Y average weekly sales) and double-digit revenue growth in all geos</u>.

- <u>All-time record quarter for Services, reaching $10B —> 27% Y/Y growth excl. $640M OT adj. we called out in Q4'17 [17% reported]</u>.
  - o All-time record revenue for App Store, AppleCare, Apple Music, Cloud Services, and Apple Pay.
  - o Well on track with our goal to double by 2020 (off FY16 base).

- <u>All-time record quarter for Mac revenue of $7.4B</u> [prior record was $7.2B in Q1'17].

- <u>Wearables revenue grew more than 50%</u> [Revenue of $2.9B Q4'18 +55% Y/Y; $11.5B LTM (F264)].
  - o <u>Watch had Q4 record revenue and units with strong double-digit growth in both metrics</u> —> continues to be best-selling smartwatch by wide margin.
  - o <u>AirPods continue to be very popular</u>  [Y/Y growth: 214% revenue / 223% units] <u>and contributed strongly to Wearables performance</u>.

- <u>FY18 revenue of over $265B and double-digit revenue growth in all geos</u>. <u>FY18 growth: $36B, ~ annual revenue of F84 co.</u> [normalized FY18 Y/Y growth: $43B = ~F68].

| Y/Y Revenue Bridge | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Drivers** | **+$10.3B** | **Q4 Products** | **+$10.3B** | | **FY18 Products** | **+$36.4B** | |
| **Q4'17 Actual** | **$52.6B** | **Q4'17 Actual** | **$52.6B** | | **FY17 Actual** | **$229.2B** | |
| Volume | +$2.2B | iPhone | +$8.3B | | iPhone | +$25.4B | |
| Mix | +$8.4B | iPad | -$0.7B | | iPad | -$0.4B | |
| Price | +$0.1B | Mac | +$0.2B | | Mac | -$0.4B | |
| FX | -$0.2B | Other Products | +$1.0B | | Other Products | +$4.6B | |
| Share | -$0.1B | Services | +$1.5B | | Services | +$7.2B | |
| **Q4'18 Actual** | **$62.9B** | **Q4'18 Actual** | **$62.9B** | | **FY18 Actual** | **$265.6B** | |

Highly Confidential

**Q4'18  Q&A**                                                                                          **11/1/18**

**Why is gross margin flat sequentially? What were the puts and takes?**
This was in line with our expectations. We had transition costs related to the launch of new products, and a 40 bps FX headwind. We offset these factors with positive leverage and mix to Services.
[Alternate: Seasonal transition costs offset positive leverage.]

| **Q3'18 Actual** | **38.3%** | | **Q3'17 Actual** | **38.5%** |
|---|---|---|---|---|
| Leverage | +1.1% | | Leverage | +0.7% |
| Price | +0.8% | | Price | +0.5% |
| Services Mix | +0.3% | | Services Mix [+0.8% OT] | +1.0% |
| Transition Costs | -1.1% | | Transition Costs | -1.2% |
| Cost | -0.6% | | Cost (-0.2% memory) | -1.5% |
| FX | -0.4% | | FX | +0.4% |
| Mix | -0.2% | | Mix | -0.5% |
| **Q4'18 Actual** | **38.3%** | | **Q4'17 Actual** | **37.9%** |

**How much did memory market/supplier cost impact GM?**
Q/Q +30bps [NAND +40bps; DRAM -20bps; HDD/SSD +10bps]
Y/Y -30bps [NAND +30bps; DRAM -50bps; HDD/SSD flat]

**How much did FX impact GM?**
Q/Q -40bps; Y/Y +70bps

**Why was GM 40bps higher on a Y/Y basis?**
We prefer to not look at GM on a Y/Y basis as it is less relevant for our business. However, mix to Services and favorable FX (+70 bps) offset higher costs, including memory.

| **Q4'17 Actual** | **37.9%** |
|---|---|
| Services | +1.0% |
| FX | +0.7% |
| Mix | +0.3% |
| Leverage | +0.2% |
| Price | +0.1% |
| Cost | -2.0% |
| **Q4'18 Actual** | **38.3%** |

**Why is GM flat sequentially this year while down 60 bps sequentially LY?**
Every cycle is different and is affected by many factors. This year, we had a more favorable commodity environment and stronger leverage. (Memory was a 20bps headwind sequentially LY vs. a 30bps tailwind sequentially this year.)

Highly Confidential                                                        APL-SECLIT_00261107

**Why was full year FY18 GM down 13bp?**

We prefer not to look at GM on a Y/Y basis as it is less relevant for our business. However, mix to Services and favorable FX (+60 bps) were offset by higher costs, including memory.

| | |
|---|---|
| **FY17 Actual** | **38.5%** |
| Services | +1.2% |
| FX | +0.6% |
| Price | +0.5% |
| Leverage | +0.2% |
| Cost | -1.6% |
| Mix | -0.8% |
| **FY18 Actual** | **38.3%** |

**Why did OPEX grow 17%?  Why did SG&A grow 11%?**

OPEX of $8.0B was in line with our guidance range ($7.95B-$8.05B) and below revenue growth of 20% (12.7% E/R vs. 13.0% in Q4'17). We continue to invest confidently in innovation and product development, including our fast-growing Services business.

**Your R&D efficiency has been going down over time.  Why?**

Apple has the lowest R&D expense/revenue ratio in our sector.  When you compare Apple to other companies in our industry, we are the most efficient by far (5.4% LTM).

The reasons why our R&D/revenue ratio has gone up are:

- Broader portfolio today with new categories such as Watch, AirPods, and HomePod
- Growing services business that requires adequate investment
- More core technologies developed in house —> huge differentiator for our products and cost effective
- New categories that we are working on (that are not generating revenue today)

**Will this level of OPEX growth continue?**

- Our OpEx growth rate was below revenue growth in the September Q (17% OpEx growth vs. 20% revenue growth) and FY18 (15% OpEx growth vs. 16% revenue growth).
- We will not underinvest in the business —> significant investments in R&D (FY16 +25%; FY17 +15%; FY18 +23%) to enhance user experience and differentiate our products
- There will be periods where our OPEX growth rate exceeds our revenue growth, especially as we have been investing in R&D ahead of revenue to be generated in the future.
- LTM E/R was 11.6%, very competitive compared to others in our industry
    [LTM reported: FB: 37%; GOOG: 37%; MSFT: 33%]

Apple Confidential

Highly Confidential                                        APL-SECLIT_00261108

**Why did the tax rate land at 14.0% vs. your 15% guidance (before discrete items)?**

We were <u>relatively close to our guidance</u>. The actual tax rate in Q4 was 100bps lower than our guidance due to <u>the geographic mix of earnings for the year</u> [and the tax impact of stock-based compensation].

Highly Confidential                                                       APL-SECLIT_00261109

# OI&E (Luca)

| Q4'17 Actual | Q3'18 Actual | Q4'18 Guidance | Q4'18 Actual | Q1'19 Guidance |
|---|---|---|---|---|
| $797M | $672M | $300M | $303M | $300M |

OI&E was $303M:
- In line with guidance of $300M.
- $369M below Q3'18 primarily due to higher FX related expenses.
- $494M below Q4'17 primarily due to lower net interest income [lower cash balances resulting in lower interest income and higher rates resulting in higher interest expense on commercial paper and floating rate debt].

  [Note: We recognized a $255M credit in Q4'17 for capitalized interest on AP that did not recur in Q4'18.]

Q1'19 OI&E guidance of $300M:
- Flat to Q4'18.
- $456M below Q1'18 ($756M) primarily due to lower net interest income [lower cash balances resulting in lower interest income and higher rates resulting in higher interest expense on commercial paper and floating rate debt].

Highly Confidential APL-SECLIT_00261110

**11/1/18**

# SHARE REPURCHASE ACTIVITY (Luca)

| ASR Summary | | | |
|---|---|---|---|
| | **# Shares** | **Avg Price** | **Spend** |
| ASR 1 | 28.5M | $68 | $2.0B |
| ASR 2 | 172.5M | $70 | $12.0B |
| ASR 3 | 132M | $91 | $12.0B |
| ASR 4 | 83.8M | $107 | $9.0B |
| ASR 5 | 48.3M | $124 | $6.0B |
| ASR 6 | 29.1M | $103 | $3.0B |
| ASR 7 | 60.5M | $99 | $6.0B |
| ASR 8 | 26.9M | $112 | $3.0B |
| ASR 9 | 51.2M | $117 | $6.0B |
| ASR 10 | 20.9M | $143 | $3.0B |
| ASR 11 | 20.1M | $149 | $3.0B |
| ASR 12 | 18.9M | $159 | $3.0B |
| ASR 13 | 29.3M | $171 | $5.0B |
| **ASR to Date** | **722M** | | **$73.0B** |

| Open Market Summary | | | |
|---|---|---|---|
| | **# Shares (M)** | **Avg Price** | **Spend** |
| 2H'13 | 135.7M | $66 | $9.0B |
| FY14 | 286.5M | $84 | $24.0B |
| FY15 | 255.1M | $118 | $30.0B |
| FY16 | 167.6M | $101 | $17.0B |
| FY17 | 134.8M | $133 | $18.0B |
| Q1'18 | 30.2M | $169 | $5.1B |
| Q2'18 | 137M | $171 | $23.5B |
| Q3'18 | 112.8M | $177 | $20.0B |
| Q4'18 | 92.5M | $210 | $19.4B |
| **OM to Date** | **1,352.3M** | | **$166.1B** |

| **Cumulative** | **2,074.2M** | | **$239.0B** |
|---|---|---|---|

32% of shares O/S at Q4'12 ending

*Average price of open market purchases and **completed** ASRs is $115

Highly Confidential                                                                                    APL-SECLIT_00261111

## What was share repurchase activity in the September quarter?

| Activity | Shares Retired (M) | Spend |
|---|---|---|
| No ASR Activity | | |
| Open Market Purchase | 92.5M | $19.4B |
| **Total Q4'18 Activity** | **92.5M** | **$19.4B** |
| **Q4 Net Diluted Share Change** | | **-79.1M** |
| Jun Q diluted EPS Shares | | 4,926.6M |
| Additional impact of Jun quarter $20.0B Open Market | | -42.6M |
| Weighted impact of $19.4B open market purchases | | -43.4M |
| Grants, amortization, stock price, etc. | | 6.9M |
| **Sep Q diluted EPS shares** | | **4,847.6M** |

## You repurchased $23.5B, $20.0B, and $19.4B of shares over the last 3 quarters. Should we assume ~$20B is the buyback pace going forward?

During the March quarter, after tax reform was enacted, we repurchased $23.5B worth of shares. During the June quarter, we completed the $10B remaining under our prior authorization, three quarters earlier than the timeframe we gave you last year. We also completed $10B under our new $100B authorization during Q3, and $19.4B during Q4. This large authorization and the access to the overseas cash gives us the flexibility to buy at a faster pace than we have historically.

We are committed to executing this deployment in an efficient, effective, and disciplined manner. We ended Q4 with net cash of $123B, and as you recall, on our Q1 call we stated that we plan to get to approximately net cash zero over time. We plan to keep you updated at the end of every quarter on our capital allocation progress, and provide a new update to our strategy in the Spring next year, consistent with our practice from past years.

## Do you continue to view AAPL as undervalued at these levels?

Our fundamental view remains the same. We have the best pipeline of products and services we've ever had. We have a very large installed base of active devices that is growing across all products. We have the highest customer loyalty and satisfaction in the industry. We have a very large and margin accretive Services business that is growing strongly. We have a very strong balance sheet position and cash flow generation that allows us to invest significantly in our roadmap and still return a lot of capital to investors. Still today, we are valued lower than the S&P 500, tech peers, and consumer peers across every valuation metric. We are valued as a consumer hardware company, but we are much more than that: we combine the best hardware, software, and services across a very strong ecosystem that enables an unparalleled customer experience.

Highly Confidential

**If you determine AAPL shares become overvalued will you continue to buyback the stock?**

We believe our repurchase of AAPL shares needs to be underpinned by a sound valuation thesis, and we continue to be very optimistic about our future.

We will continue to review our capital allocation regularly, taking into account the needs of our business, our investment opportunities, our financial outlook, and shareholder input. This approach allows us to be flexible and thoughtful about the size, the mix and the pace of our program.
We have established an annual cadence of updating shareholders on our plans each spring and expect to provide a new update to our capital allocation plans in the same general timeframe next year.

**With the rising rates environment, have your thoughts on capital allocation changed?**

We continue to review our capital allocation regularly, taking into account the needs of our business, our investment opportunities, our financial outlook, shareholder input, as well as macroeconomic conditions. This approach allows us to be flexible and thoughtful about the size, the mix and the pace of our program.

We have established an annual cadence of updating shareholders on our plans each spring and expect to provide a new update to our capital allocation plans in the same general timeframe next year.

Apple Confidential

Highly Confidential

APL-SECLIT_00261113

# ASPs (Luca)

## iPhone

**Y/Y:   Why is iPhone ASP up $175 Y/Y?**

Bear in mind that we're comparing the <u>launch of iPhone XS and XS Max this year vs. the launch of iPhone 8 and 8 Plus last year</u>. The iPhone X launched early in November last year. Also, our ASPs have been higher throughout FY18 even before the launch of the new products.

| | |
|---|---|
| Mix | +$181 |
| FX | -$3 |
| Price | -$2 |
| **Q4'18 ASP Y/Y** | **+$175** |

**Q/Q:**  +$69 —> Increase driven by mix (the launch of iPhone XS and XS Max and our typical Q3 to Q4 seasonality).

| | |
|---|---|
| Mix | +$82 |
| FX | -$19 |
| Price | +$6 |
| **Q4'18 ASP  Q/Q** | **+$69** |

| Q4'18 ASP Table | | | |
|---|---|---|---|
| **Q4'17** | **Q4'18** | **Y/Y** | |
| $618 | $793 | +$175 | |
| **Q3'18** | **Q4'18** | **Q/Q** | **LY Q/Q** |
| $724 | $793 | +$69 | +$12 |

**Where do you anticipate iPhone ASPs going in Q1?**

We <u>do not provide guidance</u> on ASPs, but <u>iPhone XS and XS Max were shipped in the September quarter and iPhone XR just started shipping</u>. <u>Last year the iPhone 8 and 8 Plus shipped in the September quarter and iPhone X shipped in November</u>.

| Q1'19 ASP Table | | | |
|---|---|---|---|
| **Q1'18** | **Q1'19e** | **Y/Y** | |
| $790* | $831 | +$41 | |
| **Q4'18** | **Q1'19e** | **Q/Q** | **LY Q/Q** |
| $784* | $831 | +$47 | +$178 |

*ASP restated

Highly Confidential

APL-SECLIT_00261114

## iPad

**Y/Y:** (-$46) or –10% <u>due to mix</u>. Q4 last year was the first full quarter of the new iPad Pro.

**Q/Q:** (+$12) or +3% <u>due to mix (Favorable mix to iPad Pro)</u>.

| Q4'18 ASP Table | | | |
|---|---|---|---|
| **Q4'17** | **Q4'18** | **Y/Y** | |
| $468 | $422 | -$46 | |
| **Q3'18** | **Q4'18** | **Q/Q** | **LY Q/Q** |
| $410 | $422 | +$12 | +$33 |

| Q1'19 ASP Table | | | |
|---|---|---|---|
| **Q1'18** | **Q1'19e** | **Y/Y** | |
| $437* | $448 | +$11 | |
| **Q4'18** | **Q1'19e** | **Q/Q** | **LY Q/Q** |
| $411* | $448 | +$37 | -$23 |

*ASP restated

## Mac

**Y/Y:** <u>+$68 or +5% driven by mix [+$51].</u>

**Q/Q:** <u>-$34, driven by BTS promotions.</u>

| Q4'18 ASP Table | | | |
|---|---|---|---|
| **Q4'17** | **Q4'18** | **Y/Y** | |
| $1331 | $1399 | +$68 | |
| **Q3'18** | **Q4'18** | **Q/Q** | **LY Q/Q** |
| $1433 | $1399 | -$34 | +$28 |

| Q1'19 ASP Table | | | |
|---|---|---|---|
| **Q1'18** | **Q1'19e** | **Y/Y** | |
| $1335* | $1429 | +$94 | |
| **Q4'18** | **Q1'19e** | **Q/Q** | **LY Q/Q** |
| $1385* | $1429 | +$44 | +$18 |

*ASP restated

Highly Confidential APL-SECLIT_00261115

# CURRENCY (Luca)

| Currency | Y/Y Δ | Q/Q Δ | Q/Q Q1 QTD |
|---|---|---|---|
| Turkish Lira | -34% | -21% | -10% |
| Brazilian Real | -18% | -9% | +0% |
| Russian Ruble | -8% | -6% | -1% |
| Indian Rupee | -7% | -4% | -5% |
| Mexican Peso | -7% | -1% | -0% |
| Australian Dollar | -6% | -3% | -3% |
| Canadian Dollar | -3% | -1% | +1% |
| Japanese Yen | -0% | -3% | -1% |
| Chinese Renminbi | -1% | -6% | -2% |
| Euro | -0% | -3% | -1% |
| GB Pound | +1% | -5% | -0% |

**How did currencies impact September quarter revenue?**

On a sequential basis, FX had a 40 bps unfavorable impact on GM in Q4.

On a Y/Y basis, FX had a ~100 bps unfavorable impact on revenue[ and a ~70 bps favorable impact on GM in Q4].

For Q1'19, we expect FX to be ~90 bps unfavorable to GM sequentially Q/Q [~50 bps unfavorable Y/Y]. Our revenue guidance reflects a ~200 bps Y/Y headwind from currency.

**Major Y/Y Revenue Deltas:**

| Country | As Reported | CC | CC Δ |
|---|---|---|---|
| Turkey | -26% | -0% | -26% |
| Brazil | -7% | +9% | -16% |
| Russia | +25% | +35% | -11% |
| Sweden | +40% | +50% | -11% |
| Australia | +20% | +27% | -7% |
| India | -1% | +6% | -7% |
| Mexico | -3% | +4% | -7% |
| **WW** | **+20%** | **+21%** | **-1%** |

Apple Confidential

Highly Confidential                                                APL-SECLIT_00261116

**11/1/18**

# CHANNEL INVENTORY (Tim)

| Q4'18 (M) | Sell-In | Sell-Thru | EOH | Seq Inv Δ | LY Seq Inv Δ | Y/Y EOH Δ | Weeks Bk | Weeks Fwd* |
|-----------|---------|-----------|-----|-----------|--------------|-----------|----------|------------|
| iPhone | 46.9 | 45.3 | 18.1 | +1.6 | +1.3 | +0.4 | 5.2 | 3.8 |
| iPad | 9.7 | 10.2 | 3.2 | -0.5 | -0.1 | -0.3 | 5.0 | 3.5 |
| Mac | 5.3 | 5.2 | 0.8 | +0.1 | -0.1 | -0.0 | 3.2 | 3.0 |
| Watch | 3.4 | 3.5 | 1.3 | -0.0 | +0.3 | +0.2 | 7.0 | 3.3 |

*Based on reseller ST forecast

**By how much did you increase iPhone channel inventory?**
iPhone channel inventory increased by 1.6M units as compared to a 1.3M increase last year, and we exited the quarter well below our five- to seven-week target range of channel inventory.

We reduced **iPad** channel inventory by 0.5M units and we ended well below our five- to seven-week target range. **Mac** channel inventory was relatively unchanged and was also well below its four- to five-week target range.

In general, we are comfortable with our channel inventory levels for all products as we enter the December quarter.

Highly Confidential APL-SECLIT_00261117

# RESULTS – GEO - AMR (Luca)

## What drove the 19% revenue increase in AMR? [+20% CC]

- Achieved Q4 record revenue for AMR.
- Double-digit revenue growth in US and Canada and Q4 records in US, Canada, and Latin America.

| USA | Canada | Latin America | Brazil | Mexico | Chile | ALAC |
|-----|--------|---------------|--------|--------|-------|------|
| +21% | +14% | +2% | -7% | -3% | +14% | +15% |

- iPhone revenue grew double digits [+26%], with units outpacing the market [+7% vs. -2% IDC].
- Services Revenue grew strong double-digits [+24%] driven by AppleCare [+66%], App Store [+28%], Apple Music [+44%], and Cloud Services [+41%] growth.
- Other Products revenue was up strongly [+28%] driven by Apple Watch [+50% revenue Y/Y; +38% units Y/Y] and AirPods.

| LOB | Y/Y Unit Growth | IDC |
|-----|-----------------|-----|
| iPhone | +7% | -2% |
| iPad | -7% | -11% |
| Mac | -1% | -2% |
| Watch | +38% | +66% |

## What drove the 21% revenue increase in the U.S.?

- iPhone revenue was up double-digits [+28%], and units outperformed the market [+9% vs. -0.5% IDC].
- According to Kantar, the 3 top-selling smartphone models were iPhone (7 of top 10).
- Services revenue grew double-digits [+26%] as did the App Store [+29%], Cloud Services [+41%], and AppleCare [+75%].
- Other Products revenue was up strongly [+29% Y/Y] driven by Apple Watch [revenue +47%; units +34%] and AirPods.

| LOB | Y/Y Unit Growth | IDC | NPD US Retail |
|-----|-----------------|-----|---------------|
| iPhone | +9% | -0.5% | |
| iPad | -11% | -7% | -7% (Sep Q) |
| Mac | -0% | +2% | -0% (Sep Q) |
| Watch | +34% | +65% | |

Highly Confidential

# RESULTS – GEO - EMEIA (Luca)

## What drove the 18% revenue increase in EMEIA?  [+20% CC]

- Achieved Q4 record revenue for EMEIA.
- Achieved Q4 records in Western Europe, Middle East and Africa, and Central and Eastern Europe.
  - At a country level, achieved Q4 records in UK, Germany, France, Italy, Spain, Switzerland, Netherlands, Sweden, Belgium and Luxembourg, Austria, Portugal, UAE, Russia, and Poland.
- iPhone revenue grew strong double digits [+25%].
- Services revenue grew double digits [+11%] with strong contribution from App Store [+27%], Apple Music [+46%], and Cloud Services [+50%].
- Other Products revenue was up strongly [+34%] driven by Apple Watch [+47% revenue; +50% units] and AirPods.
- iPad units grew [+8%] in a market forecasted by IDC to decline [-6%].
- Mac units also grew [+3%] in a market forecasted by IDC to decline [-2%].

| LOB | Y/Y Unit Growth | EMEIA IDC | W. Europe IDC |
|-----|-----------------|-----------|---------------|
| iPhone | -6% | +3% | -3% |
| iPad | +8% | -6% | -2% |
| Mac | +3% | -2% | +2% |
| Watch | +50% | +27% | +24% |

Highly Confidential                                                                                      APL-SECLIT_00261119

# RESULTS – GEO - RPAC (Luca)

## What drove the 22% revenue increase in Rest of Asia Pacific? [+25% CC]

- Achieved Q4 record revenue for RPAC.
- All regions achieved strong double-digit growth and set Q4 records (ANZ +20%, Korea +32%, and South Asia +19%).
  - At a country level, achieved Q4 records in Australia, New Zealand, Korea, Thailand, Malaysia and Brunei, Philippines and Guam, and Vietnam/Cambodia.
  - Australia grew +20%, New Zealand +20%, Korea +32%, Singapore +19%, Malaysia +22%, Philippines and Guam +28%, Vietnam/Cambodia +43%, and Thailand +9%.
- iPhone revenue grew strong double digits [+46%].
- Services revenue was up double digits [+11%] with double digit growth from AppleCare [+26%] and App Store [+14%].
- Very strong double digit Other Product revenue growth [48%] was driven by Apple Watch [+71% units; +74% revenue] and AirPods.
- iPad units were up [+1%], in a tablet market forecasted by IDC to contract by -12%.

| LOB | Y/Y Unit Growth | IDC |
|-----|-----------------|-----|
| iPhone | +13% | +1% |
| iPad | +1% | -12% |
| Mac | -8% | +5% |
| Watch | +71% | +54% |

Highly Confidential                                                 APL-SECLIT_00261120

# RESULTS – GEO - Japan (Luca)

**What drove Japan's revenue growth of 34% Y/Y [+34% CC]**

- Achieved Q4 record revenue for Japan.
- iPhone revenue grew very strong double digits [+54%].
- Services revenue grew strong double digits [+17%] with strong growth from the App Store [+18%], AppleCare [+19%], Apple Music [+77%], and Cloud Services [+62%].
- Double digit growth in Other Products [+23%].
    - Apple Watch had a great quarter [units +17%; revenue +21% Y/Y].
    - AirPods were very popular again.
- Mac revenue grew double digits [+12%].
- iPad units grew [+4%] in a market forecasted by IDC to decline [-22%].

| LOB | Y/Y Unit Growth | IDC |
|-----|-----------------|-----|
| iPhone | +27% | +3% |
| iPad | +4% | -22% |
| Mac | +2% | +9% |
| Watch | +17% | +32% |

Highly Confidential                                            APL-SECLIT_00261121

11/1/18

## RESULTS - GEO - Greater China  (Tim)

| Mainland China | Q1'17 | Q2'17 | Q3'17 | Q4'17 | FY17 | Q1'18 | Q2'18 | Q3'18 | Q4'18 | FY18 |
|---|---|---|---|---|---|---|---|---|---|---|
| SI iPhone | -8% | -25% | -1% | +12% | -8% | -2% | -1% | -17% | -19% | -8% |
| ST iPhone | -11% | -19% | -12% | +14% | -9% | -5% | -3% | -16% | -14% | -9% |
| Revenue | 0% | -15% | 0% | +15% | -1% | +12% | +15% | +10% | +13% | +12% |
| Revenue CC | +6% | -10% | +6% | +16% | +3% | +10% | +7% | +1% | +13% | +8% |

| Greater China | Q1'17 | Q2'17 | Q3'17 | Q4'17 | FY17 | Q1'18 | Q2'18 | Q3'18 | Q4'18 | FY18 |
|---|---|---|---|---|---|---|---|---|---|---|
| SI iPhone | -19% | -23% | -14% | +4% | -15% | -4% | +5% | -9% | -14% | -5% |
| ST iPhone | -18% | -23% | -18% | +6% | -16% | -8% | +4% | -10% | -12% | -6% |
| Revenue | -12% | -14% | -10% | +12% | -8% | +11% | +21% | +19% | +16% | +16% |
| Revenue CC | -8% | -10% | -5% | +12% | -4% | +9% | +15% | +12% | +17% | +12% |

Highly Confidential                                                              APL-SECLIT_00261122

# CHINA RESULTS  (Tim)

| LOB | Y/Y Unit | IDC | Y/Y Revenue | IDC |
|-----|----------|-----|-------------|-----|
| iPhone | -14% | -7% | +27% | +10% |
| iPad | -22% | +2% | -27% | +11% |
| Mac | -10% | -2% | -3% | +1% |
| Watch | +18% | +76% | +33% | +72% |

**What drove GC revenue growth of 16% [17% CC]?**
We recorded our fifth consecutive quarter of double digit revenue growth in Greater China driven by strong double digit iPhone revenue growth [+27%]. Services [+9%], and Other Products [+35%] also contributed to growth. Greater China had its best revenue growth rate (+17% Y/Y) in constant currency in 3 years.

**Positive Greater China Highlights:**
- We grew GC revenue +16% Y/Y in Q4 and for the full fiscal year.
- iPhone revenue [+27% in Q4 and +19% in FY18 / +23% normalized] grew strong double digits Y/Y in Q4 and for the full fiscal year.
- Kantar: iPhones were 3 of the top 4 selling phones in Urban China.
- Very strong double-digit growth for Other Products [+35%], driven by AirPods and strong double digit growth in Apple Watch [+18% units; +33% revenue].
- More than two-thirds [69%] of customers were new to iPad and 4 out of 5 [80%] were new to Mac.
- Services revenue growth [+9% Y/Y] driven by App Store performance [+10% Y/Y].

**With the Dual SIM capability, larger screen size on the XS Max, new gold color, and addition of the XR in this year's lineup, are you expecting strong iPhone results in China? What does initial demand tell you?**
In general, while there are some macro-related headwinds, we believe the larger screen of the XS Max, updated performance, Gold Color and Dual Sim have all positively resonated with customers. Given the importance of Dual SIM phones in China [from carriers: 76% of the installed base with 60% of customers actively using the 2nd SIM slot], we believe there was strong pent-up demand for an iPhone with that capability, and we believe it opens up an even larger market opportunity. In fact, we have been blown away by the great reception our Dual SIM iPhone XS Max has received and how quickly our customers are already taking advantage of the dual SIM capability.

[Dual SIM usage post launch is higher than our expectations; as of Oct 10, we are estimating Dual SIM usage of ~37% on the Max so far in China with the two most popular combos (China Mobile + China Telecom (data) and China Mobile + China Unicom (data) respectively).]

Highly Confidential APL-SECLIT_00261123

**Have the new regulations around gaming license approvals in China caused a slowdown in App Store performance?**

There is a moratorium on new game approvals in China, and although we have seen a few games get approved recently, it is far below the historic pace. We are unsure of when this might change.

**Q4'18  Q&A**                                                                                    **11/1/18**

# CHINA (PRC) iPHONE BUY MIX (Tim)

For internal reference only – do not quote numbers

| Mix | Q1'16 | Q2'16 | Q3'16 | Q4'16 | Q1'17 | Q2'17 | Q3'17 | Q4'17 | Q1'18 | Q2'18 | Q3'18 | Q4'18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First Smartphone | 7% | 7% | 9% | 8% | 6% | 7% | 9% | 7% | 7% | 7% | 8% | 7% |
| Switchers | 46% | 50% | 55% | 51% | 42% | 44% | 50% | 51% | 37% | 40% | 41% | 39% |
| Upgraders | 47% | 42% | 36% | 41% | 52% | 48% | 41% | 41% | 56% | 53% | 51% | 53% |
| Total | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| *Boomerangs | 14% | 14% | 15% | 17% | 17% | 18% | 20% | 19% | 14% | 15% | 15% | 14% |
| *New To | 40% | 44% | 49% | 42% | 31% | 34% | 39% | 40% | 30% | 32% | 34% | 33% |

| Unbricks (M) | Q1'16 | Q2'16 | Q3'16 | Q4'16 | Q1'17 | Q2'17 | Q3'17 | Q4'17 | Q1'18 | Q2'18 | Q3'18 | Q4'18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Upgraders | 7.6 | 5.4 | 3.5 | 2.8 | 7.5 | 4.8 | 3.6 | 3.3 | 7.4 | 5.5 | 3.8 | 3.7 |
| Switchers | 7.6 | 6.4 | 5.3 | 3.5 | 6.0 | 4.4 | 4.4 | 4.1 | 4.8 | 4.2 | 3.1 | 2.7 |
| First Smartphone | 1.2 | 0.9 | 0.9 | 0.5 | 0.8 | 0.7 | 0.8 | 0.6 | 1.0 | 0.7 | 0.6 | 0.5 |
| Total | 16.3 | 12.7 | 9.7 | 6.9 | 14.3 | 9.9 | 8.8 | 8.0 | 13.2 | 10.4 | 7.6 | 6.9 |
| *Boomerangs | 2.2 | 1.7 | 1.5 | 1.2 | 2.4 | 1.8 | 1.8 | 1.5 | 1.8 | 1.6 | 1.2 | 0.9 |
| *New To | 6.5 | 5.6 | 4.8 | 2.9 | 4.4 | 3.3 | 3.4 | 3.2 | 4.0 | 3.3 | 2.6 | 2.3 |

| Y/Y | Q1'16 | Q2'16 | Q3'16 | Q4'16 | Q1'17 | Q2'17 | Q3'17 | Q4'17 | Q1'18 | Q2'18 | Q3'18 | Q4'18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Upgraders | +19% | -21% | -34% | -21% | -2% | -11% | +3% | +17% | -1% | +15% | +6% | +11% |
| Switchers | +49% | +16% | +10% | -35% | -21% | -31% | -18% | +16% | -20% | -5% | -29% | -34% |
| First Smartphone | +7% | -27% | -22% | -47% | -31% | -20% | -10% | +5% | +19% | -4% | -26% | -11% |

| Unbricks (M) | FY14 | FY15 | FY16 | FY17 | FY18 | Y/Y |
|---|---|---|---|---|---|---|
| Upgraders | 9.3 | 22.0 | 19.3 | 19.2 | 20.4 | +6% |
| Switchers | 16.4 | 20.9 | 22.8 | 18.9 | 14.8 | -22% |
| First Smartphone | 1.9 | 4.6 | 3.6 | 3.0 | 2.8 | -5% |
| Total | 27.7 | 47.5 | 45.7 | 41.0 | 38.0 | -7% |
| *Boomerangs | 3.1 | 4.8 | 6.6 | 7.4 | 5.5 | -26% |
| *New To | 15.2 | 20.6 | 19.8 | 14.4 | 12.1 | -16% |

**Takeaways**:

[Mainland China had a Q4 record number of upgraders but did not have a record number of upgraders during FY18, unlike the overall company.]

Highly Confidential                                                        APL-SECLIT_00261125

**Q4'18  Q&A**                                                                                        **11/1/18**

# EMERGING MARKETS (Tim)

| | Revenue ($B) | | | | | Y/Y | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Market** | **FY'17** | **Q1'18** | **Q2'18** | **Q3'18** | **Q4'18** | **FY'18** | **FY'17** | **Q1'18** | **Q2'18** | **Q3'18** | **Q4'18** | **CC** | **FY'18** | **CC** |
| Greater China | $44.8 | $18.0 | $13.0 | $9.6 | $11.4 | $51.9 | -8% | +11% | +21% | +19% | +16% | +17% | +16% | +12% |
| Mainland China | $36.6 | $14.4 | $10.0 | $7.6 | $9.1 | $41.2 | -1% | +12% | +15% | +10% | +13% | +13% | +12% | +8% |
| C/E Europe (ex Russia) | $3.4 | $1.2 | $1.0 | $0.7 | $0.9 | $3.9 | +31% | +27% | +21% | -7% | +12% | +12% | +14% | +7% |
| Russia | $2.4 | $1.1 | $0.8 | $0.6 | $0.9 | $3.5 | +39% | +47% | +81% | +47% | +25% | +35% | +47% | +46% |
| Turkey | $2.1 | $0.9 | $0.6 | $0.4 | $0.3 | $2.2 | +19% | +12% | +34% | -4% | -26% | -0% | +6% | +24% |
| ME / Africa | $7.8 | $3.4 | $2.2 | $2.3 | $2.0 | $9.8 | +19% | +27% | +14% | +42% | +17% | +22% | +25% | +25% |
| India | $2.0 | $0.8 | $0.4 | $0.3 | $0.5 | $2.0 | +32% | +17% | -11% | -18% | -1% | +6% | -1% | -1% |
| Brazil | $1.7 | $0.6 | $0.4 | $0.3 | $0.3 | $1.7 | +25% | -3% | +3% | -6% | -7% | +9% | -3% | +2% |
| Latin America | $6.0 | $2.2 | $1.6 | $1.5 | $1.3 | $6.7 | +11% | +18% | +13% | +7% | +2% | +9% | +11% | +11% |
| Total EM | $70.3 | $28.5 | $20.3 | $16.0 | $17.9 | $82.6 | +1% | +15% | +20% | +19% | +15% | +17% | +17% | +15% |
| Total EM ex GC | $25.5 | $10.5 | $7.3 | $6.4 | $6.4 | $30.6 | +19% | +25% | +18% | +20% | +12% | +18% | +19% | +19% |

## EM Results Overview

Q4'18: EM revenue was up double digits [+15%], and set a new Q4 record. For the full year, FY18 EM revenue was also a record.

We had great growth in many EM countries during Q4, led by China [+13%], Russia [+25%], Saudi Arabia [+57%], UAE [+16%], Poland [+35%], Malaysia [+22%], Philippines and Guam [+28%], Vietnam and Cambodia [+43%], and Chile [+14%].

EM posted 5th consecutive quarter of double digit iPhone revenue growth [+21%], fueled by GC performance [+27%].

| Market | iPhone Unit Y/Y | IDC |
|---|---|---|
| EM Countries | -12% | -1% |
| BRIC Countries | -18% | -2% |
| EM ex GC | -10% | +2% |

**Turkey** revenue declined double digits in Q4, although it was essentially flat Y/Y in CC terms, and for the full year, mid-single digit Y/Y reported growth was strong double digits in CC.

**India** was essentially flat for the quarter and for the full year in terms of revenue growth vs. our record performance last year. We have recently faced macro economic headwinds in the forms of duty/tax changes which have impacted our performance.

Investments and improvements in sales experience:

- ~70K iPhone POS in BRIC
- More affordable iPhones (SE, iP6, 2nd hand) attracting first-time smartphone owners
- More installment financing options from carriers
- More Apple direct presence online and retail stores; plans for India (online)

Highly Confidential                                                          APL-SECLIT_00261126

# iPHONE KEY MESSAGES (Tim)

| Y/Y | Q1'16 | Q2'16 | Q3'16 | Q4'16 | FY16 | Q1'17 | Q2'17 | Q3'17 | Q4'17 | FY17 | Q1'18 | Q1'18 AWS | Q2'18 | Q3'18 | Q4'18 | FY18 | FY18 AWS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | +1% | -18% | -23% | -13% | -12% | +5% | +1% | +3% | +2% | +3% | +13% | +22% | +14% | +20% | +29% | +18% | +21% |
| Sell In | +0% | -16% | -15% | -5% | -8% | +5% | -1% | +2% | +3% | +2% | -1% | +6% | +3% | +1% | +0% | +0% | 3% |
| Sell Thru | -4% | -14% | -8% | -7% | -8% | +8% | +1% | +0% | +5% | +4% | -5% | +2% | +4% | +1% | -0% | -1% | 2% |

## Revenue Growth

- All-time **Q4 revenue record** of $37B of revenue, **up 29% or $8B Y/Y**. Growth accelerated for the 4th straight quarter and was the highest growth rate since Q4'15.
- We also had **all-time FY iPhone revenue record** of $167B, **up 18% or $25B Y/Y** and $12B higher than the next highest Fiscal Year (FY15).
- **Double digit revenue growth in all geographic segments in Q4 and FY18**. In Q4, all geographic segments grew more than 25%.
- Achieved Q4 [27 of 46] and FY18 [32 of 46] revenue records in most markets we track.

## Unit Growth

- When you compare the performance of our top-of-the-line iPhones in Q4 VLY (XS, XS Max, X, 8+, 8 vs. 8, 8+, 7, 7+ last year), **unit growth is double digits** [SI +10% Y/Y; +3.0M units].
- Performance of the top-of-the-line iPhones on a **demand / ST basis was even stronger** [ST +14.3% Y/Y; +3.9M units and unbrick +14.2% Y/Y; +3.9M units].
- Growth impacted by the sustaining portion of our portfolio —> difficult comp on the SE [Sustaining SI -17% Y/Y; -2.5M units]. We had strong sales of iPhone SE in Q4'17 [SI -41% Y/Y; -1.9M units].
- iPhone outpaced the industry and **gained global market share in every quarter in FY18** (IDC).

## Installed Base / Customer Satisfaction / Loyalty

- **iPhone installed base grew** [+11% Y/Y; +28% Y/2Y], faster than unit sales growth.
- According to 451 Research, in the US we had a **98% satisfaction for iPhone X with consumers** (Sep'18; 97% with consumers for iPhone overall and 98% for iPhone X / 8 / 8 Plus combined).
- Kantar: iPhones were the top 3 selling phones in the US, and 3 of the top 4 in Urban China.

## Very Successful iPhone XS / XS Max / XR Launch!

- **Our most advanced iPhones ever**, including industry's first 7-nanometer A12 Bionic chip with 8-core Neural Engine and the amazing dual camera system that shoots Portrait mode photos with Smart HDR and dynamic depth of field. The response has been incredible!
- **Supply / Demand Balance**: We are very pleased with demand for iPhone XS and XS Max since launching in late Q4. The ramp is going well. We exited last quarter constrained and expect to achieve supply/demand balance this quarter. On XR, the ramp is going well and we are working to get as many of them as possible to our customers.
- **Mix**: it's still very early in this launch, particularly for iPhone XR, and we're not really going to know the relative demand or mix until all 3 products have been in the market for longer. We've obviously **put our best current estimates into the creation of guidance**.

Highly Confidential

**Q4'18  Q&A**                                                                                      **11/1/18**

# iPHONE RESULTS (Tim)

| Y/Y | Q1'16 | Q2'16 | Q3'16 | Q4'16 | FY16 | Q1'17 | Q2'17 | Q3'17 | Q4'17 | FY17 | Q1'18 | Q1'18 AWS | Q2'18 | Q3'18 | Q4'18 | FY18 | FY18 AWS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | +1% | -18% | -23% | -13% | -12% | +5% | +1% | +3% | +2% | +3% | +13% | +22% | +14% | +20% | +29% | +18% | +21% |
| Sell In | +0% | -16% | -15% | -5% | -8% | +5% | -1% | +2% | +3% | +2% | -1% | +6% | +3% | +1% | 0% | 0% | +3% |
| Sell Thru | -4% | -14% | -8% | -7% | -8% | +8% | +1% | +0% | +5% | +4% | -5% | +2% | +4% | +1% | 0% | -1% | 2% |

| Q/Q Growth | Q1'16 | Q2'16 | Q3'16 | Q4'16 | Q1'17 | Q2'17 | Q3'17 | Q4'17 | Q1'18 | Q2'18 | Q3'18 | Q4'18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | +60% | -36% | -27% | +17% | +93% | -39% | -25% | +16% | +113% | -38% | -21% | +24% |
| Sell In | +56% | -32% | -21% | +13% | +72% | -35% | -19% | +14% | +66% | -32% | -21% | +14% |
| Sell Through | +55% | -28% | -14% | -3% | +79% | -33% | -15% | +2% | +61% | -26% | -17% | +1% |

**In FY18, iPhone revenue grew by 18% while units were flat with growth driven by taking price with iPhone X. Depending on how mix shakes out on this new iPhone lineup, there may be some additional ASP benefit this year. How sustainable is this as a growth engine for iPhone?**

- We don't provide guidance on ASPs, but we remain bullish on our ability to grow our iPhone business in the future.
- We have gained market share in the vast majority of markets we track.
- We just launched 3 incredible new phones.
- The iPhone installed base continues to grow faster than unit sales, because our customers are loyal and we continue to attract a significant amount of switchers. This gives us optimism about the future.
- There continue to be opportunities for smartphone penetration in emerging markets.
- iOS 12 is making everyday tasks faster and more responsive. It also includes shared AR experiences, Memoji, Group FaceTime, Siri Shortcuts, and Screen Time to help customers understand and take control of the time they spend interacting with their iOS devices along with many other updates.

### What percentage of your iPhones are sold on a traditional subsidy model?

| | Q1'16 | Q2'16 | Q3'16 | Q4'16 | Q1'17 | Q2'17 | Q3'17 | Q4'17 | Q1'18 | Q2'18 | Q3'18 | Q4'18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Subsidized (any) | 36% | 37% | 34% | 35% | 31% | 32% | 31% | 29% | 28% | 28% | 26% | 27% |
| Traditional | 12% | 11% | 11% | 13% | 10% | 9% | 10% | 11% | 8% | 9% | 10% | 10% |
| Installment plans | 41% | 43% | 45% | 49% | 49% | 51% | 49% | 48% | 49% | 50% | 52% | 53% |

We believe we can be successful with both traditional subsidies and financing models.

Highly Confidential

**11/1/18**

# iPHONE UPGRADE CYCLE/RATE (Tim)

**What was the upgrade rate for iPhone XS and XS Max?  How does it compare to past cycles?**

It's too early to comment on iPhone XS and XS Max. We've only started shipping and don't have the data.

For FY18, we had the largest number of iPhone upgraders we have ever seen. For our sales growth, it's the absolute number that's important, not the rate, and we are growing the absolute number of upgraders. And our iPhone installed base is growing faster than unit sales [+11% Y/Y and +28% Y/2Y], because our customers are loyal and we continue to attract a significant amount of switchers. This gives us optimism about the future.

[The upgrade rate is similar to last year; 15% on N-Gen vs. 16% LY; 21% on total repeat buyers vs. 22% LY.]

**If pressed on comparison to iPhone 6/6 Plus cycle:**

The upgrade rate in FY18 was similar to the last cycle while our installed base of iPhones continues to grow Y/Y. Bear in mind that our installed base of iPhones has grown dramatically since Q4'15 [+58% Y/3Y or +326M active iPhones]. [The upgrade rate was lower than 3 years ago: 15% on N-Gen vs. 29% for iPhone 6; 21% on total repeat buyers vs. 36% for iPhone 6 cycle.]

**Is the replacement cycle lengthening?**

As I said on the Q1 call, the answer probably looks different by geography. In geographies that had traditional subsidies in the early days of the smartphone market, I think the replacement cycle is likely longer. It's also very difficult to ever get a real-time handle on replacement rate, because you obviously don't know the replacement rate for the products you're currently selling. You only know that in a historical sense. So it's not something we fixate on.

The reliability of iPhone is fantastic. The secondary market has expanded in units over the years, and you see vibrant carrier and reseller iPhone trade-in programs. And because iPhone has the highest residual value, it acts as a buffer for the customer who wants to buy a new one. If a traded-in iPhone winds up with another customer somewhere else, that is perfectly fine - we view all of this to be incredibly positive. The more people on iPhones the better. Our installed base continues to grow, faster than units, which we view as very positive for the future of iPhone.

**How are you doing with switchers?**

They continue to be a significant portion of our sales. We could not grow the installed base without a significant number of switchers.

Apple Confidential

Highly Confidential APL-SECLIT_00261129

## Q4'18

| Worldwide (M) | Q4'17 | Q4'18 | Y/Y | |
|---|---|---|---|---|
| Upgraders | 25.1 | 28.6 | +14% | Largest Absolute Q4 |
| Switchers | 15.8 | 12.8 | -19% | |
| First Smartphone | 3.4 | 3.4 | +0% | |
| WW ex China (M) | Q4'17 | Q4'18 | Y/Y | |
| Upgraders | 21.8 | 25.0 | +15% | Largest Absolute Q4 |
| Switchers | 11.7 | 10.1 | -14% | |
| First Smartphone | 2.8 | 2.9 | +3% | |
| China (M) | Q4'17 | Q4'18 | Y/Y | |
| Upgraders | 3.3 | 3.7 | +11% | Largest Absolute Q4 |
| Switchers | 4.1 | 2.7 | -34% | |
| First Smartphone | 0.6 | 0.5 | -11% | |

## FY18

| Worldwide (M) | FY17 | FY18 | Y/Y | |
|---|---|---|---|---|
| Upgraders | 128.1 | 139.0 | +9% | Largest Absolute |
| Switchers | 71.4 | 60.7 | -15% | |
| First Smartphone | 17.0 | 16.7 | -2% | |
| WW ex China (M) | FY17 | FY18 | Y/Y | |
| Upgraders | 109.0 | 118.6 | +9% | Largest Absolute |
| Switchers | 52.5 | 45.9 | -13% | |
| First Smartphone | 14.1 | 13.9 | -1% | |
| China (M) | FY17 | FY18 | Y/Y | |
| Upgraders | 19.2 | 20.4 | +6% | |
| Switchers | 18.9 | 14.8 | -22% | |
| First Smartphone | 3.0 | 2.8 | -5% | |

## How big is the active installed base now?  By how much did it grow?

We mentioned on our Q1 call that our active installed base of devices reached 1.3B, which represented approximately 30% growth in just two years.  We don't provide this metric each quarter, but the installed base is growing across our products, and is at an all-time high for iPhone, iPad, Mac, Apple Watch, and Apple TV. This speaks to the strength of our products and the loyalty and engagement of our customers.  And of course it's fueling incredible growth in our Services business.

[Our active installed base of iPhone grew faster than the overall active installed base at 11% Y/Y and +28% Y/2Y.]

Highly Confidential

**11/1/18**

# iPHONE BUY MIX (Tim)

### For internal reference only – do not quote numbers

| Mix | Q1'16 | Q2'16 | Q3'16 | Q4'16 | Q1'17 | Q2'17 | Q3'17 | Q4'17 | Q1'18 | Q2'18 | Q3'18 | Q4'18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First Smartphone | 8% | 9% | 9% | 8% | 7% | 9% | 8% | 8% | 7% | 8% | 8% | 8% |
| Switchers | 32% | 37% | 38% | 35% | 30% | 33% | 35% | 36% | 26% | 29% | 29% | 28% |
| Upgraders | 60% | 55% | 53% | 57% | 63% | 58% | 57% | 57% | 67% | 63% | 63% | 64% |
| Total | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| *Boomerangs | 9% | 9% | 10% | 10% | 10% | 10% | 10% | 10% | 8% | 9% | 8% | 8% |
| *New To | 31% | 36% | 37% | 33% | 27% | 31% | 33% | 33% | 26% | 29% | 29% | 28% |

| Unbricks (M) | Q1'16 | Q2'16 | Q3'16 | Q4'16 | Q1'17 | Q2'17 | Q3'17 | Q4'17 | Q1'18 | Q2'18 | Q3'18 | Q4'18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Upgraders | 42.2 | 28.4 | 23.6 | 24.2 | 48.2 | 29.6 | 25.3 | 25.1 | 47.8 | 34.4 | 28.3 | 28.6 |
| Switchers | 22.7 | 19.0 | 16.7 | 14.8 | 23.2 | 16.9 | 15.5 | 15.8 | 18.7 | 16.1 | 13.1 | 12.8 |
| First Smartphone | 5.3 | 4.6 | 4.2 | 3.6 | 5.5 | 4.4 | 3.7 | 3.4 | 5.1 | 4.4 | 3.8 | 3.4 |
| Total | 70.2 | 52.0 | 44.5 | 42.7 | 76.9 | 50.9 | 44.5 | 44.3 | 71.6 | 54.9 | 45.1 | 44.8 |
| *Boomerangs | 6.3 | 4.9 | 4.4 | 4.3 | 7.8 | 5.3 | 4.6 | 4.5 | 5.5 | 4.9 | 3.8 | 3.6 |
| *New To | 21.6 | 18.7 | 16.5 | 14.2 | 20.9 | 16.0 | 14.6 | 14.7 | 18.4 | 15.7 | 13.1 | 12.6 |

| Mix | FY14 | FY15 | FY16 | FY17 | FY18 | Y/Y |
|---|---|---|---|---|---|---|
| First Smartphone | 15% | 10% | 8% | 8% | 8% | -0 pp |
| Total Switchers | 34% | 32% | 35% | 33% | 28% | -5 pp |
| Upgraders | 51% | 58% | 57% | 59% | 64% | +5 pp |
| Total | 100% | 100% | 100% | 100% | 100% | |
| *Boomerangs | 5% | 7% | 9% | 10% | 8% | -2 pp |
| *New To | 44% | 35% | 34% | 31% | 28% | -3 pp |

| Unbricks (M) | FY14 | FY15 | FY16 | FY17 | FY18 | Y/Y |
|---|---|---|---|---|---|---|
| Upgraders | 83.5 | 131.8 | 118.5 | 128.1 | 139.0 | +9% |
| Switchers | 55.7 | 72.7 | 73.3 | 71.4 | 60.7 | -15% |
| First Smartphone | 24.1 | 22.2 | 17.6 | 17.0 | 16.7 | -2% |
| Total | 163.3 | 226.8 | 209.4 | 216.6 | 216.5 | 0% |
| *Boomerangs | 8.2 | 16.4 | 19.9 | 22.2 | 17.7 | -20% |
| *New To | 71.6 | 78.5 | 71.0 | 66.2 | 59.7 | -10% |

Apple Confidential

Highly Confidential APL-SECLIT_00261131

# iPAD RESULTS (Tim)

**What is driving the iPad unit (-6%) and revenue (-15%) decline?**

We reduced channel inventory significantly more in Q4 this year than last year [0.5M sequential reduction this year vs. 0.1M last year], and this accounts for roughly half of the unit decline. iPad Pro more than accounts for the rest of the decline. iPad faced a challenging comp in the September quarter because of the launch of the new iPad Pro in June last year. [Excluding iPad Pro, iPad units grew 6% Y/Y.]

Earlier this week, we announced the new iPad Pro, which marks the biggest change to iPad ever, with all-screen design and next-generation performance. The all-new design pushes 11-inch and 12.9-inch Liquid Retina displays to the edges of iPad Pro and integrates Face ID to securely unlock iPad with just a glance. The A12X Bionic chip with next-generation Neural Engine in iPad Pro outperforms most PC laptops and enables powerful new mobile workflows. With over a million apps designed to take advantage of the large Multi-Touch display, the new iPad Pro will push what users can do on a computer further than ever before. Along with the new iPad Pro, we announced a second-generation Apple Pencil and a new Smart Keyboard folio. Apple Pencil magnetically attaches to iPad Pro and wirelessly charges at the same time and has a new touch sensor built onto Apple Pencil detects taps, introducing an entirely new way to interact within apps.

While units shrank for the first time in 6 quarters, the active installed base of iPad reached a new all-time high thanks to extremely high loyalty rates and large numbers of first-time iPad users. In fact, almost half [47%] of our sales in Q4 went to customers who were new to iPad.

Among consumers in the U.S., iPad has the highest customer sat: 94%  (451 Research 8/18), the highest share:  83% in the >$200 price band and 58% overall (NPD Sep Q), and the highest intent to buy: 71% (451 Research 8/18).

We also outpaced the market for the 6th straight quarter based on the latest IDC data. This was broad based as we gained market share in Q4 in nearly every country we track. [For context, the market is forecasted to contract -8% (IDC).]

We grew iPad units double digits in Canada, Brazil, Germany, Italy, Spain, Poland, and India. [In emerging markets ex China, we had double-digit unit growth (+11% Y/Y SI).]

Highly Confidential

# MAC RESULTS (Tim)

**What drove Mac unit decline of -2% Y/Y?**

During the September quarter, we recorded an <u>all time revenue record</u> ($7.4B) for Mac on the back of our MacBook Pro refresh. It was an <u>all-time revenue record in the US, Mainland China, and Emerging Markets</u>. We grew units in key markets such as UK, Germany, Italy, Spain, and Japan.

- <u>When looking at FY18, we were especially pleased with Mac momentum in emerging markets,</u> with strong growth in LatAm, India, Middle East and Africa, and Central and Eastern Europe.
    - <u>8th consecutive quarter of revenue growth in emerging markets.</u>
- <u>At over 100 million units, our active installed base of Macs has reached an all-time high,</u> as the <u>majority of customers purchasing Macs in the September quarter were new to Mac.</u>
    - <u>More than half</u> [55%] of our sales in Q4 went to customers who were <u>new to Mac,</u> and <u>in China, 4 out of 5 were new to Mac</u> [80%].
- [Among <u>consumers</u>, Mac has the <u>highest</u> customer sat, <u>an amazing 100%</u> score according to 451 Research (5/18; Mac won't have an update until 2/19).]

On Tuesday, we introduced an all-new <u>MacBook Air</u> with a <u>stunning 13-inch Retina display</u>, <u>Touch ID</u>, and an <u>even more portable design</u> for the world's most loved notebook. Delivering all-day battery life, the most affordable Retina-display Mac ever also includes an Apple-designed keyboard, a spacious Force Touch trackpad, wide stereo sound, the Apple T2 Security Chip and Thunderbolt 3, making the new MacBook Air the perfect notebook to take with you everywhere you go.

We also gave <u>Mac mini</u> a massive increase in performance. Now with quad- and 6-core processors, up to 64GB of faster memory and blazing fast all-flash storage, <u>the new Mac mini delivers an insane five times faster performance</u>, making it the most powerful Mac mini ever made. And with Thunderbolt 3 ports, the Apple T2 Security Chip and a 10Gb Ethernet option, the new Mac mini is a faster and more capable desktop that can do so much more.

**<u>How did the Mac perform during BTS season?</u>**

We had solid results, especially considering we were getting ready for the launch. BTS is an important time for Apple. We want to help teachers and students unleash their creative potential not only with powerful products, but also with tools, inspiration and curricula. During BTS season there were various promotions both at Apple and with our partners that helped contribute to the all time revenue record ($7.4B) for Mac.

[BTS for Mac was down -4% Y/Y in retail, down -13% in Education resellers (ST basis), and down -5% combined (ST basis).]

**<u>Positive Highlights In the U.S. according to NPD (Sep Q)</u>**

<u>We had the top 2 selling notebook SKU (3 of top 4), the top 2 selling desktop SKUs (3 of the top 4), 40% share of the $700-$999 price band (units), and 63% share of the >$1,000 price band (units).</u> (From a <u>revenue perspective, we were #1 with a 41% share</u> of the overall market (all price bands).)

# OTHER PRODUCTS (Tim)

**Other Products revenue is up 31% Y/Y to $4.2B.  How did Apple Watch and AirPods do?**

Apple Watch delivered a Q4 record performance with strong double digit growth [+47% Y/Y revenue; +39% units] and helped drive a Q4 record for Other Products revenue (+31% Y/Y) and our 7th consecutive quarter of double-digit Y/Y revenue growth in Other Products.  Demand for AirPods continues to be off the charts [+214% revenue growth Y/Y; 223% unit growth Y/Y]. Our Wearables business surpassed $11B revenue on an LTM basis after growing nearly 60% in FY18 [+59%].

[**FYI:** "wearable products" (Watch, Watch Accy, Beats, AirPods, iOS headphones) = $2.9B in Q4'18 (+55%); TTM revenue of $11.5B = F264 company (similar revenue to Netflix, Tesla)]

**Why did your Other Products growth rate come down in Q4 vs. prior quarters?**

Accessories faced a more difficult comp in Q4 driven by accessory sales related to the launch of the new iPad Pro last year [Accessories revenue growth Y/Y in Q3'18 was +5% vs. -2% in Q4'18].

Apple TV also faced a difficult comp, lapping the launch of the Apple TV 4k in Q4'17, although it still grew units and revenue by double digits Y/Y [+14% units, +21% revenue Y/Y in Q4'18; +44% Y/Y revenue growth in Q3'18] and set a new Q4 record.

**What is the latest on the supply/demand situation with AirPods?**

Demand for AirPods continues to be extremely strong. We have continued to increase output capacity; however, I can't predict, at this point, when we will achieve supply/demand balance.

Highly Confidential
APL-SECLIT_00261134

# APPLE WATCH  (Tim)

**What can you tell us about sales momentum for Apple Watch?**

We feel really good about the momentum of Apple Watch, which <u>grew strong double digits</u> [+47% revenue; +39% units] and <u>set Q4 units and revenue records</u>. We had <u>strong double-digit unit and revenue growth in every one of our geographic segments</u>.

- In September we launched the **Series 4** and have been pleased with response to the product. <u>Customers love the all-new design with the larger display, faster performance, fall detection, enhanced cellular reception, and electrical heart sensor</u>.
  - Apple Watch Series 4 with GPS is now available in 57 countries and territories, with 7 additional countries launching tomorrow (Nov 2).
  - <u>Demand for Apple Watch Series 4 with cellular has been particularly high</u> [representing 57% of the unit sales mix in Q4 and 60% of customers have activated service]. <u>Cellular service is now available in 18 countries around the world with 38 carriers</u> (Series 4; Series 3 is 22 countries, 48 carriers). <u>Tomorrow (Nov 2), 6 additional carriers will offer cellular service on Apple Watch Series 4</u>, including China Telecom and Korea Telecom, which are new to Apple Watch.
  - <u>We are currently constrained on Series 4 and don't expect to achieve balance in Q1</u>. Increasing capacity and working to get as many as possible to our customers.
- Apple Watch continues to be the **most loved smartwatch in the world**.
  - **<u>95% customer satisfaction</u>** (451 Research, Aug. 2018).
- <u>Apple Watch continues to be the **top selling watch in the world**</u>, as customers find it is the ultimate device for staying connected, active, and healthy.
- Customers are <u>significantly more likely to consider Apple Watch</u> than any other smartwatch
  - **<u>69% intend to buy Apple Watch vs 5% for the next highest Samsung</u>** (451 Research, Aug. 2018).
- Customers upgrading to <u>watchOS 5</u> at an increased adoption rate, enjoying new features like Activity competitions, automatic workout detection, Podcasts, Walkie-Talkie and Siri Shortcuts.
- <u>Later this year, we look forward to launching</u> two of our most impactful features for heart health on Apple Watch, **<u>the ECG app and irregular rhythm notifications</u>**.  The ECG app will give Apple Watch Series 4 customers in the US the ability to take an electrocardiogram anytime, right from their wrist.  And the irregular rhythm notification on Series 1 and later for customers in the US will occasionally check for irregular heart rhythms that may be suggestive of atrial fibrillation.  <u>These features will make Apple Watch an even better intelligent guardian for your health</u> and <u>we anticipate bringing these two new heart features to even more countries in 2019</u>."

**What is your plan to get the ECG app approved in other countries?**

We are hard at work on this, and we anticipate more countries rolling out over 2019.

# HEALTH (Tim)

**Do you have any updates on your Health initiatives?**

- Over 600 hospitals and clinics now enable access to Health Records in the Health app, enabling consumers to view their records all in one place.  Recent participating institutions include Intermountain Healthcare, University of Utah Health, and UVA Health System.
  - A new Health Records API is available for developers and researchers to create an ecosystem of apps that use health record data to better manage medications, nutrition plans, diagnosed diseases and more. Consumers will now be able to share medical records from multiple hospitals with their favorite trusted apps, helping them improve their overall health.
    - This data is encrypted and protected with the user's iPhone passcode, and it can help them better understand their health history, have informed conversations with physicians and family members, and make future decisions.
- In healthcare, more than one hundred thousand iPhone devices are in use across leading health systems with iOS apps to support clinical workflows, communications, and care delivery.  Industry leaders include Cedars-Sinai, Mayo Clinic, and Hospital Corporation of America (HCA).
- The overall health ecosystem continues to grow with almost 12,000 third-party apps integrating with the Health app, including apps that are partnerships with major research hospitals that allow you to participate in their studies on concussions, melanoma, postpartum depression, and sleep health.
- The ECG app is coming later this year to Apple Watch Series 4 customers in the US, enabling them to take an ECG right from the wrist.  Apple Watch Series 4 also utilizes a next-generation accelerometer and gyroscope for fall detection.

Highly Confidential                                                                                      APL-SECLIT_00261136

# HOMEPOD (Tim)

**How is the HomePod ramp going? Are sales meeting your expectations?**

HomePod is a part of the Other Products category, which grew 31% in the quarter. We are just getting started with HomePod with the product available in eight countries with Mexico and Spain launching last week. Customers love the audio quality. HomePod was designed to be a breakthrough wireless speaker that brings advanced audio technologies into any home for an incredible listening experience. It's also an intelligent home assistant, capable of handling everyday tasks — and controlling your smart home. In iOS 12, HomePod added new features that let customers do even more with Siri on HomePod, including the ability to search by lyrics, set multiple timers, make and receive phone calls and more. HomePod also added support for Spanish in the US, Spain and Mexico as well as expanded support in Canada with Canadian French.

**HomePod reviews have been stellar from an audio perspective, but lukewarm on AI and Siri. Do you feel like you are trailing Google and Amazon?**

Siri is by far the most popular personal assistant in the world with hundreds of millions of active devices accessing Siri each month. Siri responds to more than 10 billion requests each month and is built into and optimized for all of our devices. Siri is also deeply integrated into Apple's services including Apple Music, HomeKit and CarPlay, providing the best experience for our customers.

We also continue to innovate on Siri using the latest advancements in machine learning and AI. With iOS 12, we're excited for our customers to be able to streamline the things they do often with Siri Shortcuts. Siri intelligently pairs daily routines with third-party apps to suggest convenient shortcuts right when you need them, and you can also run shortcuts with your voice or create your own with the new Shortcuts app.

Siri is available across 36 countries, supported by 21 languages, and can translate English words and phrases into Chinese, French, German, Italian or Spanish.

Highly Confidential                                              APL-SECLIT_00261137

# AR (Tim)

**Any update on AR since the last call?**

Apple has been delivering major AR advancements to developers at a rapid pace since ARKit shipped last fall, launching ARKit 1.5 in March and unveiling ARKit 2 at WWDC in June. ARKit gives developers the tools to create AR experiences that change the way iOS users see the world in both fun and productive ways.

ARKit 2 is a platform that allows developers to integrate shared experiences, persistent AR experiences tied to a specific location, object detection and image tracking to make AR apps even more dynamic. Shared experiences with ARKit 2 make AR even more engaging on iPhone and iPad, allowing multiple users to play a game or collaborate on projects like home renovations. Developers can also add a spectator mode, giving friends and family the best views of AR gameplay from a different iOS device. Persistent AR will also change the way consumers interact with AR apps by creating opportunities to leave virtual objects in the real world to which users can return. They can start a puzzle on a table and come back to it later in the same state or create an art project over the course of a few weeks without starting over each time. During our September event, Directive Games demoed Galaga AR, which uses ARKit 2 and the power of shared AR experiences to bring multiplayer gaming to the arcade classic.

We also introduced the Measure app for iOS, which uses AR to quickly gauge the size of real-world objects, as well as a new open file format with iOS 12, usdz, which is designed to more deeply integrate AR throughout iOS and make AR objects available across the ecosystem of Apple apps.

When you take the heavy lifting of augmented reality and put it into the operating system, as we've done, it encourages millions of seeds to be planted, and there will be lots of those that are profound. We think that AR will transform multiple industries and have an impact on countless apps in every category on the App Store. We can't wait to see what developers will continue to deliver in the coming months and years ahead!

**Can you really have a good AR experience on the phone; wouldn't glasses be better?**

We think the best AR experience today is on an iPhone or iPad. People have been chasing the notion of AR for years, but that has mostly been in labs and its required special, non-mainstream hardware. We have created the biggest AR platform in the world, available on hundreds of millions of devices with iOS 12. Only Apple could create this type of scale virtually overnight because of our incredible hardware and software integration. Since the launch of iOS 12, we continue to see incredible use cases across a variety of categories including games, shopping, lifestyle, education, enterprise, and many more.  Today, there are thousands of AR apps and games on the App Store and this is very much just the beginning. Just like they did with iPhone apps starting in 2008, developers can take this places we can only begin to try to imagine right now.  We're already seeing incredible use cases across a variety of categories including games, shopping, lifestyle, education, and many more.  And this is very much just the beginning as developers have only had a very short time with the technology. We can't wait to see what they'll continue to deliver!

Apple Confidential

Highly Confidential                                                                                          APL-SECLIT_00261138

11/1/18

# SERVICES RESULTS (Tim)

**What drove Services revenue growth of 17%?**

Recall that we are comparing against the $640M one-time revenue adjustment we called out in Q4'17. On a run-rate basis, <u>excluding this adjustment, Services growth was outstanding at 27%</u>, <u>comparable to the underlying 28% growth rate we saw in Q3'18</u> after adjusting for the $236M one-time item we called out last quarter (in connection with the final resolution of various lawsuits). With both of these adjustments, <u>our growth rate was even larger this quarter vs. last in terms of absolute dollar growth</u>. We generated <u>all-time record revenue of $10.0B</u>, fueled in part by <u>growth in our overall installed base</u>. We continue to feel great about the momentum of our Services business and we're <u>on target to reach our goal of doubling</u> our fiscal 2016 Services revenue by 2020.

The <u>App Store, AppleCare, Apple Music, Cloud Services and Apple Pay all set new all-time records</u>. <u>Paid subscriptions from Apple and third parties have now surpassed 330M</u>, an <u>increase of approximately 120M subscriptions</u> in the past year alone.

| ($ Billions) | Q1'16 | Q2'16 | Q3'16 | Q4'16 | Q1'17 | Q2'17 | Q3'17 | Q4'17 | Q1'18 | Q2'18 | Q3'18 | Q4'18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Services | $5.5 [1] | $6.0 | $6.0 | $6.3 | $7.2 | $7.0 | $7.3 | $8.5 | $8.5 | $9.2 | $9.5 | $10.0 |
| Y/Y | 15% | 20% | 19% | 24% | 21% [2] | 18% | 22% | 24% [3] | 27% [2] | 31% | 28% [4] | 27% [3] |

[1] ex Samsung payment; [2] normalized for 14th week; [3] normalized for one-time $640M adj.; [4] ex OT resolution of various lawsuits

| ($ Billions) | Q1'16 | Q2'16 | Q3'16 | Q4'16 | Q1'17 | Q2'17 | Q3'17 | Q4'17 | Q1'18 | Q2'18 | Q3'18 | Q4'18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| App Store Rev* | $1.4 | $1.7 | $1.8 | $1.9 | $2.3 | $2.4 | $2.3 | $2.6 | $2.6 | $3.1 | $2.9 | $3.1 |
| Y/Y | 27% | 35% | 37% | 43% | 43%** | 40% | 32% | 33% | 23%** | 29% | 22% | 19% |

*iOS + Mac from Q416 forward;  iOS only prior; ** normalized for 14th week

**How sustainable are the growth rates we've seen the past couple of quarters in Services?**

We have set a goal for ourselves to double our Services revenue between 2016 and 2020 and are on pace to achieve this. Our services growth has been driven by our large, growing installed base, and our plan is to continue to grow our existing services portfolio and add new services over time.

Highly Confidential                                                                                  APL-SECLIT_00261139

Q4'18  Q&A                                                                                          11/1/18

**How should we think about the risk that large developers decide to circumvent the App Store in order to avoid sharing a portion of the billings with Apple (e.g., Fortnite with Google Play, Netflix in certain markets)?**

There are two important parts to this topic: <u>the user and the developer</u>.

<u>Let me start first with the user</u>. We built the best, safest place for users to get apps. To provide as safe an environment as possible for users and families to get apps we have created guidelines that apps must follow, we review every submission and update (over 100,000 per week), and respond to issues that arise with apps that have issues and work with the developers to fix them quickly if they want to remain on the store. We provide one payment model for purchasing apps, subscriptions, and in app purchases, so the user doesn't have to create accounts and share their private information across many vendors. And they receive one bill, and have one place to manage their purchases. It really is the easiest and safest place for users to make app purchases.

<u>Then for the developer</u> — We have created the best opportunity for all developers with the App Store. We create the developer program, compilers, languages, tools, operating system, APIs, and SDKs all designed to enable for everyone from individuals developers to the largest enterprises to create the most innovative apps, including our latest frameworks for machine learning and augmented reality. We have built the world's largest store (based on revenue) for developers to reach hundreds of millions of users around the world in most every country where we take care of the distribution and billing for millions of apps. We also do a tremendous amount of marketing for developers with our store design, including the new Today editorial, new personal recommendations, search tools, top lists, social marketing, and much more. It is the best software marketplace in the world and we are constantly evolving it. We also provide a streamlined bank account set-up and payments experience, facilitating timely payment for developers in their currency of choice, and leveraging our scale to reduce significant frictional costs, so developers keep more of their earnings.

In order to meet our requirement that the App Store be the safest place for users and best opportunity for developers, all apps must be distributed their our App Store, meet our guidelines, including respecting user privacy and properly using our APIs and frameworks, and charge for features and services using our payment system.

<u>On the App Store, there are actually very few specific situations where we are involved in the purchase transactions, and the rest all goes 100% to the developer</u>:

- The App Store does not make money for distributing free apps.
- The App Store does not make money for advertising in apps.
- The App Store does not make any money from physical goods or services.
- The App Store does not make money from revenue developers receive for features and services purchased off of our platform, like in a multi platform game, as long as earned in accordance with our rules and guidelines.
- <u>We earn revenue specifically when a developer charges for digital features, services, or goods, within an app</u>. Thats it. It is a big business but a very specific set of circumstances.

Highly Confidential                                              APL-SECLIT_00261140

# SERVICES RESULTS (Luca)

**Why are you changing what is included within Product revenue and Services revenue?**
Beginning this December quarter, we are adopting the FASB's new standard for revenue recognition. This won't result in any change to our total revenue, but it will impact the way we report the classification of revenue between Products and Services.

In particular, the revenue corresponding to the amortization of the deferred value of bundled services such as Maps, Siri, and free iCloud Services was previously reported in Product revenue. After adopting the new standard, this revenue will now be reported in Services revenue. The change in classification between Products and Services will also apply to the costs associated with the delivery of such bundled services.

**Was this change contemplated in your Services revenue doubling goal?**
No. This is incremental and was not contemplated in our goal. The goal is the same as before, and we remain well on track to achieve our goal to double our FY16 services revenue by 2020, excluding the revenue that is now shifting from Products to Services over that timeframe.

**Google has discussed increases in their TAC due to changes in partner agreements and that pace of Y/Y growth in their TAC as a % of revenue will slow going forward. What do these comments mean relative to payments you receive from Google? Where are the Google payments to Apple reported in your financials?**
We don't comment on the terms of our commercial relationships, but any revenue that is not from the sale of a device or accessory is reflected in Services.

**In the Services business, what is in the "licensing" sub-category?**
Licensing includes search-related revenue including our own search ad revenue on the App Store, Made for iPhone/Made for iPad fees and other IP licensing revenue.

**How fast did the App Store grow? Why aren't you disclosing your App Store growth rate?**
We have set a goal for ourselves to double our Services revenue between 2016 and 2020. There are many components of our Services business including the fast-growing App Store.

**What is the ARPU per paying customer?  Per avg. customer? Increasing over time?**
The number of people transacting and paying on our stores is growing strongly Y/Y.
**For internal only**: Q417: $58.20, Q418: $57.10, -2% Y/Y (paid, billings)
**For internal only:**  Q417: $19.60, Q418: $21.30, +9% Y/Y (overall, billings)
[647M transacting accounts (QAA paid + free), +9% Y/Y; 242M paid QAA, +21% Y/Y]

**Q4'18  Q&A**                                                                                          **11/1/18**

# PLATFORM METRICS (Tim)

| | Q2'17 | Q3'17 | Q4'17 | Q1'18 | Q2'18 | Q3'18 | Q4'18 |
|---|---|---|---|---|---|---|---|
| Total Accounts (content stores) (M) | 1,074 | 1,115 | 1,159 | 1,210 | 1,259 | 1,305 | 1,344 |
| | | | | | | | |
| QAA Transacting customers: all stores (M) | 561 | 572 | 592 | 615 | 635 | 642 | 647 |
| QAA Transacting / Total Accounts | 52% | 51% | 51% | 51% | 50% | 49% | 48% |
| Q/Q Δ (M) | 11 | 11 | 20 | 23 | 20 | 7 | 5 |
| QAA Transacting customers: App Store (M) | 551 | 560 | 581 | 602 | 622 | 628 | 632 |
| | | | | | | | |
| QAA Paying customers: all stores (M) | 181 | 186 | 199 | 214 | 228 | 229 | 242 |
| QAA Paying / QAU Transacting | 32% | 33% | 34% | 35% | 36% | 36% | 37% |
| Q/Q Δ (M) | 9 | 5 | 13 | 15 | 14 | 1 | 13 |
| | | | | | | | |
| Cloud Services Accounts (M) | 1202 | 1358 | 1428 | 1505 | 1570 | 1633 | 1696 |
| Q/Q Δ (M) | 108 | 156 | 70 | 77 | 65 | 63 | 63 |
| | | | | | | | |
| QAU Cloud Services (M) | 667 | 687 | 704 | 744 | 766 | 784 | 801 |
| Q/Q Δ (M) | 12 | 21 | 17 | 40 | 22 | 18 | 17 |
| | | | | | | | |
| Paid Cloud Services users of storage (M) | 59 | 67 | 75 | 85 | 95 | 102 | 110 |
| % of QAU accounts | 8.8% | 9.7% | 10.7% | 11.4% | 12.4% | 13.0% | 13.7% |
| | | | | | | | |
|  Music Paid Subscriptions (M) | 24.9 | 27.9 | 31.8 | 35.8 | 39.9 | 43.3 | 47.2 |
|  Music Paid & Trial Subscriptions (M) | 31.2 | 34.5 | 39 | 44.5 | 48.1 | 52.7 | 56.1 |
| | | | | | | | |
|  Pay Users (at least 1 card) (M) | 39.3 | 43.9 | 48.7 | 59.4 | 67.7 | 76.4 | 83.5 |
| Q/Q Δ | 9% | 12% | 11% | 22% | 14% | 13% | 9% |
| | | | | | | | |
| Active Paid Subscriptions (M) | 172 | 190 | 216 | 247 | 279 | 306 | 339 |
| Q/Q Δ (M) | 16 | 18 | 26 | 31 | 32 | 27 | 33 |
| Y/Y Δ (M) | 53 | 60 | 76 | 91 | 107 | 116 | 123 |
| Active Paid Subscriptions Disclosure | >165M | >185M | >210M | >240M | >270M | >300M | >330M |
| | | | | | | | |
| MAD Siri (at least 1 completed request) (M) | 357 | 368 | 400 | 455 | 451 | 445 | 458 |
| Q/Q Δ (M) | -26 | 11 | 32 | 55 | -4 | -6 | 13 |
| | | | | | | | |
| Siri Requests / Month (B) | 9 | 9.7 | 10.2 | 10.3 | 10.5 | 10.5 | 10.6 |
| | | | | | | | |
| MAA iMessage (M) | 455 | 454 | 466 | 491 | 503 | 548 | 559 |
| Q/Q Δ | 1% | -0% | 3% | 5% | 2% | 9% | 2% |
| Y/Y Δ | 15% | 9% | 5% | 9% | 11% | 21% | 20% |
| | | | | | | | |
| iMessages sent/M (B) | 137.8 | 132.4 | 133.6 | 134.7 | 140.6 | 139.4 | 141.9 |
| | | | | | | | |
| Notifications sent/day (B) | 170 | 171.6 | 167 | 171.3 | 180.9 | 183.7 | 188.3 |
| Q/Q Δ | 7% | 1% | -3% | 3% | 6% | 2% | 3% |
| | | | | | | | |
| Face Time Calls/M (B) | 1.5 | 1.5 | 1.5 | 1.7 | 1.9 | 1.9 | 1.9 |
| Q/Q Δ | 9% | 1% | -1% | 14% | 10% | -0% | 2% |
| | | | | | | | |
| News - Monthly Active Users (M) | 79 | 80 | 83 | 85 | 85 | 87 | 86 |
| Monthly Articles Read (M) | 1,645 | 1,758 | 1,948 | 2,644 | 3,359 | 3,513 | 3,997 |
| | | | | | | | |
| Active Installed Base (M) | 1,181 | 1,201 | 1,232 | 1,289 | 1,321 | 1,337 | 1,357 |

Highly Confidential                                                                     APL-SECLIT_00261142

# APPLE MUSIC (Tim)

**What are the latest subscription stats for Apple Music?**
The success of Apple Music continues to build, with over 45% revenue growth and an increase in paid subscriptions to over 47M. Thanks to the popularity of Apple Music, our music business is growing again, with subscription revenue more than offsetting the decline in music downloads.

**How can Apple Music compete with well-established players like Spotify and Pandora who have millions of sticky customers?**
With paid subscriptions crossing 47M in just 3 years, we are competing quite well!

The real objective is to grow the pie of music subscribers in the world.  The total number of paying music streaming customers is very small [Pandora 6M Jun Q 2018;  Spotify 83M Jun 2018], compared to the many millions of people in the world who love and listen to music.

The TAM is huge and we're focused on building the best music service in the world, appealing to music lovers everywhere with a unique platform that includes:
- Apple Music: entire music library with human-curated playlists and recommendations
- Music Videos: users can stream all the music videos they want without being interrupted by ads
- Beats Radio: the best DJs on the planet, broadcasting worldwide, celebrating the latest and greatest music in the world
- Exclusives: songs, music videos, concert films, live shows premiering first on Apple Music

**Spotify is expecting to be effectively a breakeven business this year. Does this mean that Apple Music is dilutive to Apple margin?**
Music is part of our DNA at Apple, and Apple Music is a key component of our Services business and of our overall ecosystem. As I've said before, our Services business is accretive to company margin.

Highly Confidential

**11/1/18**

# APPLE PAY (Tim)

**Are you happy with the rate of Apple Pay adoption, expansion and global growth?**
Yes! The performance of Apple Pay has been exceptional. It is by far the number one mobile contactless payment service worldwide. Transaction volume tripled year over year, and to put that into perspective, Apple Pay generated significantly more transactions than PayPal Mobile, with over four times the growth rate. As a testament to accelerating US growth, Costco completed the rollout of Apple Pay to over 500 US warehouses last quarter, while Neiman Marcus is now accepting Apple Pay at over 40 luxury stores across the country. With these additions, 71 of the top 100 merchants and 60% of all US retail locations support Apple Pay. Apple Pay launched 8 new countries in FY18 and is now live in 24 markets.

[We are planning to expand to reach 30+ markets in the coming months, including Germany, Belgium and Saudi Arabia.]

**Are you pleased with the rollout of Apple Pay Cash?**
Yes. And I would highlight that Consumer Reports recently named Apple Pay Cash the highest-rated mobile peer-to-peer service based on exceptional payment authentication and data privacy.

**How are person-to-person payments with Apple Pay different from services like Venmo and Square Cash, and bank offerings like Zelle?**
Paying friends and family with Apple Pay is easier to use because Apple Pay is built right into iOS and watchOS and available right within Messages. Our customers already use Messages to communicate with their friends and family, and now they can get paid right within those conversations, or just tell Siri to pay someone. They can use the cards they already have added to Apple Pay, so there's no need to install another app, create an account or provide any login or account details.

Apple customers can use their money instantly - to pay someone or make purchases using Apple Pay. When users get paid, the money appears in their new Apple Pay Cash account, ready to use. They can also choose to transfer it from Apple Pay Cash to their bank account.

**What is the business model behind Apple Pay Cash transactions? Luca**
Apple Pay Cash allows our users to make very fast, private and secure peer-to-peer payments.  It is a great new feature that makes the use of Apple Pay even more compelling.  It is not a meaningful revenue driver in the short term.

Apple Confidential

Highly Confidential                                                              APL-SECLIT_00261144

# CONTENT STRATEGY (Tim)

**You announced a multi-year partnership with Oprah to create original content. Can you comment on how this will fit in the content strategy and how we should be thinking about content strategy holistically?**

We are excited to work with Oprah and think her incomparable ability to connect with audiences around the world will lead to some incredible original content.

Last year we hired two highly respected television executives, Zack Van Amburg and Jamie Erlicht, to oversee worldwide video for Apple. They have been at the forefront of the golden age of television and have worked with some of today's most imaginative filmmakers, writers and directors to bring critically acclaimed programming to viewers. Eddy, Jamie and Zack have been hard at work and we have exciting plans in store for our customers. We're not ready to announce anything quite yet.

Additionally, we think there is an incredible opportunity for content creators with ARKit. We can't wait to see what the creative community does with augmented reality.

[Examples of their shows: Breaking Bad and its spinoff Better Call Saul, The Crown, Rescue Me]

**Can you update us on Apple's content strategy?**

We think that there are huge changes in customer behavior taking place, the days of the large cable bundle with a large cable bill is breaking down. Cord cutting is only accelerating.

In addition to being a contributor to this massive shift in how content is consumed, we are participating in 3 ways:

1.  Apple TV grew units and revenue by double digits Y/Y in Q4 [14% units, 21% revenue Y/Y].
2.  Among the more than 330M paid subscriptions we have, there are many third-party video subscriptions services where we participate economically.
3.  And third, original content. We think there is a lot we can bring to customers in terms of entertainment. We announced a multi-year content partnership with Oprah, but, we're not ready to announce anything else quite yet.

**Is it true that you plan to give away video content for free as CNBC reported?**

We're not ready to announce anything quite yet. As you know, we don't comment on future product or services plans.

**What are your plans for the Texture acquisition? How does it integrate into your Services business?**

We are committed to quality journalism from trusted sources and allowing magazines to keep producing beautifully designed and engaging stories for users. We're excited to have Texture join Apple, and we have nothing further to announce today.

# AI: SIRI vs GOOGLE ASSISTANT (Tim)

**You recently hired John Giannandrea from Google as chief of machine learning and AI. Can you comment on his impact and any changes this may have on your approach to AI and Siri?**
We are thrilled that one of the most experienced and respected leaders in AI and machine learning is joining our team. He brings over two decades of expertise and leadership in the AI space. John will take on a new role as chief of Apple's machine learning and AI strategy, reporting directly to me.

We believe that for AI and ML to best serve our users, our technology must be infused with the values we all hold dear. John shares our commitment to privacy and our thoughtful approach as we make computers even smarter and more personal.

**Why do reviewers rate Siri behind Google Assistant and Alexa?**
When you look at intelligent assistants, there are a lot of factors to consider when evaluating them. It can be difficult to know what types of questions users really ask and how to best reflect real world usage. This is something we think deeply about. We have a lot of experience with how people actually use an intelligent assistant. We've been at it longer than any other platform. We look at what users ask Siri and the biggest segments of requests are around getting things done through your day — from simple tasks like placing a phone call or sending a message to more complicated tasks like creating location based reminders or rearranging your calendar, Siri is great at helping you get things done – and this is what Siri is best at.

It's something we've worked very hard at and today Siri is by far the most popular personal assistant in the world with hundreds of millions of active devices accessing Siri each month. Siri responds to more than 10 billion requests each month and is built into and optimized for all of our devices. Siri is also deeply integrated into Apple's services including Apple Music, HomeKit and CarPlay, providing the best experience for our customers.

We also continue to innovate on Siri using the latest advancements in machine learning and AI. With iOS 12, we're excited for our customers to now be able to streamline the things they do often with Siri Shortcuts. Siri now intelligently pairs daily routines with third-party apps to suggest convenient shortcuts right when you need them, and you can also run shortcuts with your voice or create your own with the new Shortcuts app.

Siri is available across 36 countries, supported by 21 languages, and can translate English words and phrases into Chinese, French, German, Italian or Spanish.

Apple Confidential

Highly Confidential                                                          APL-SECLIT_00261146

# OPERATIONS (Tim)

**Did component costs come in as expected during Q4?  December quarter expectations?**

In the September quarter, pricing declined for NAND, DRAM, and other commodities. We expect further declines in NAND and DRAM pricing in the December quarter.

Most other commodities are in supply and demand balance, and prices are also expected to decline.

**It seems like you're moving away from certain vendor technologies and developing your own in house (e.g. Imagination, Dialog, baseband).  Why?**

Without commenting on any specific vendor, Apple has a history of wanting to own and control the technologies and IP that make a meaningful difference in the user experience, create a competitive advantage, and potentially provide efficiencies and cost savings.

**If asked about supply/demand balance:**

We launched many products recently. The ramp is going really well, but there are going to be some products where we are facing constraints.

- **iPhone XS / iPhone XS Max:** We are very pleased with demand for iPhone XS and XS Max since launching in late Q4. The ramp is going well. We exited last quarter constrained and expect to achieve supply/demand balance this quarter.

- **iPhone XR:** The ramp for iPhone XR is going well and we are working to get as many of them as possible to our customers.

- **Watch Series 4:** Demand for Series 4 has been very strong since launching in late Q4. We are currently constrained and don't expect to achieve balance in Q1. We are increasing output capacity and working to get as many as possible to our customers.

- **AirPods:** Demand for AirPods continues to be extremely strong. We have continued to increase output capacity however, I can't predict, at this point, when we will achieve supply/demand balance.

Apple Confidential

Highly Confidential

APL-SECLIT_00261147

# HOT TOPICS – TARIFFS  (Tim)

**If asked about tariffs:**

I've spoken out about tariffs because I believe that, in order for the whole world to do well, the two largest economies need to do well. There's a mutuality to this relationship, and that's what makes robust US-China trade so beneficial globally and tariffs so harmful. As this trade conflict spirals, the chief result is lower economic growth for everybody, and the chief victims are consumers everywhere.

That doesn't mean there aren't things about the U.S.-China trade relationship worth discussing or improving. These are two huge countries with very complex economies, and it's important to be in dialogue. I just don't want us to miss the forest for the trees. We've seen from experience that both China and the U.S. benefit from a free and open trading relationship. The economic benefit is greater than the sum of its parts and the prosperity that results is widely shared.

I'm optimistic that if people sit down, turn down the temperature and discuss these things, the result will be a positive one: for the U.S., for China, and for the global economy.

Highly Confidential                                                    APL-SECLIT_00261148

# HOT TOPICS – DISCLOSURE CHANGES  (Luca)

**If asked about units/ASP/etc.:**

As I mentioned in my prepared remarks, starting with the December quarter we will no longer be providing unit sales data for iPhone, iPad and Mac. Let me elaborate on our rationale:

- As we have stated many times, our objective is to make great products and services that enrich people's lives, and to provide an unparalleled customer experience so that our users are highly satisfied, loyal and engaged. As we accomplish these objectives, strong financial results follow.

- We are trying to get away from short-termism. As demonstrated by our financial performance in recent years, the number of units sold during any 90-day period is not necessarily representative of the underlying strength of our business.

- Importantly, a unit of sale is less relevant for us today than it was in the past given the breadth of our portfolio with wider sales price dispersion.

- From a financial perspective, we are focused on making decisions that optimize for revenue and gross margin dollars, which we believe is in the best interests of our investors.

- Finally, as I am sure you are all aware, our top competitors do not provide quarterly unit sales information.

We may provide qualitative commentary on unit sales if required to provide additional relevant information to investors.

**How often will you update installed base data? Will you provide more info on the composition of the installed base (e.g., by product, aging)?**

As we have done in the past, we plan to continue to provide periodic updates on the installed base.

**Will you continue to discuss channel inventory?**

We may provide qualitative commentary on channel inventory if required to provide additional relevant information to investors.

**Why are you changing what is included within Product revenue and Services revenue?**

Beginning this December quarter, we are adopting the FASB's new standard for revenue recognition. This won't result in any change to our total revenue, but it will impact the way we report the classification of revenue between Products and Services.

In particular, the revenue corresponding to the amortization of the deferred value of bundled services such as Maps, Siri, and free iCloud Services was previously reported in Product revenue. After adopting the new standard, this revenue will now be reported in Services revenue. The change in classification between Products and Services will also apply to the costs associated with the delivery of such bundled services.

Highly Confidential APL-SECLIT_00261149

**Was this change contemplated in your Services revenue doubling goal?**

No. This is incremental and was not contemplated in our goal. The goal is the same as before, and we remain well on track to achieve our goal to double our FY16 services revenue by 2020, excluding the revenue that is now shifting from Products to Services over that timeframe.

**Since you will be providing Products and Services gross margin individually going forward, can you provide us with any of the historical data now?**

No, but we will going forward. After we file our 10-K, we will post a schedule to our investor relations website showing the reclassification of fiscal 2018 revenue from Products to Services in connection with adoption of the new standard. The size of this reclassification amounts to less than 1% of total company revenue.

Highly Confidential

# HOT TOPICS – GENERAL  (Tim)

**If asked about Bloomberg Businessweek story on Super Micro:**

We encourage you all to read our statement in full on apple.com/newsroom, but, in short, Apple has never found malicious chips, "hardware manipulations" or vulnerabilities purposely planted in any server. Apple never had any contact with the FBI or any other agency about such an incident. We are not aware of any investigation by the FBI, nor are our contacts in law enforcement. We are deeply disappointed that in their dealings with us, Bloomberg's reporters have not been open to the possibility that they or their sources might be wrong or misinformed. We continue to believe Bloomberg should do the right thing and retract the story.

In the weeks following Bloomberg's report, there have been many other strong denials. Of note:

- The U.K.'s national cyber security agency, the National Cyber Security Centre, said it had no reason to doubt the detailed assessments made by Apple and Amazon challenging the report.

- The U.S. Department of Homeland Security issued a statement indicating that they "have no reason to doubt the statements from the companies named in the story".

- In response to a question about the story during a Senate Homeland Security Committee hearing, DHS Secretary Kirstjen Nielsen said her department "do[es] not have any evidence that supports the article." And FBI Director Chris Wray told senators "be careful what you read" before clarifying the FBI has specific policies that preclude it from confirming or denying the existence of investigations. Wray added that his comments should not be read to imply there is an investigation and that they have an obligation to notify victims when they've been targeted.

- At a U.S. Chamber of Commerce cyber event, NSA senior official Rob Joyce denied the story saying: "I have pretty good understanding about what we're worried about and what we're working on from my position. I don't see it. ... nobody's found anything. ... There's no there there yet. At this point, I have no leads I can specifically work. I have pretty great access. I don't have a lead to pull from the government side. We're just befuddled. ... I worry that we're chasing shadows right now."

- Finally, Director of National Intelligence Dan Coats said they've seen no evidence of Chinese actors tampering with motherboards made by Supermicro. And former NSA Director Mike Rogers also cast doubt telling Forbes: "I'm not sure I agree with everything I read."

While there has been no claim that customer data was involved, we take these allegations seriously and we want users to know that we do everything possible to safeguard the personal information they entrust to us. We also want them to know that what Bloomberg is reporting about Apple is inaccurate.

Apple has always believed in being transparent about the ways we handle and protect data. If there were ever such an event as Bloomberg News has claimed, we would be forthcoming about it and we would work closely with law enforcement. Apple engineers conduct regular and rigorous security screenings to ensure that our systems are safe. We know that security is an endless race and that's why we constantly fortify our systems against increasingly sophisticated hackers and cybercriminals who want to steal our data.

Highly Confidential APL-SECLIT_00261151

**If asked about concerns new privacy regulations could affect Apple:**

Just last week, I was in Brussels, speaking to a body of the world's privacy regulators.

There I called for a comprehensive privacy law in the United States for a simple reason. Technology's potential is, and always must be, rooted in the faith people have in it. Apple will do everything in our power to preserve that faith, and we believe that if we can do it, then everyone can do it.

At Apple the customer is not our product and our business model does not depend on collecting vast amounts of personally identifiable information to enrich targeted profiles for advertisers. Because we have very strong privacy practices, most of the issues raised during the Congressional hearings either don't apply to Apple or we already conform.  In Europe, GDPR's obligations align perfectly with our privacy values and will give us an opportunity to provide customers with even more control over their personal data. Beginning in May, starting with EU countries and later rolling out worldwide, we introduced a set of privacy management tools all consolidated on one page.

Innovation at Apple means designing a new product or service with customer privacy as a key element of design, and not an obligation. The latest versions of all our operating systems include a new privacy icon that appears when an Apple feature asks to use your personal information. We build encryption, on-device intelligence, and other tools into our products to let users share what they want on their terms. When we use data to create better experiences for users, we work hard to do it in a way that doesn't compromise privacy. For example our pioneering use of Differential Privacy means we scramble data and combine it with the data of millions of others so we see trends but nothing that can be traced back to a user.

**If asked whether privacy regulation may be needed:**

We think well crafted regulation may be the only way to protect consumers' data from some of the issues and abuses we've seen.

**If asked about Dialog Semiconductor transaction:**

This agreement includes the license of certain power management technologies from Dialog. Apple will employ more than 300 Dialog engineers and other employees already supporting Apple chip development, representing approximately 16% of Dialog's total workforce. Apple will assume certain Dialog facilities in Livorno (Italy), Swindon (U.K.), Nabern and Neuaubing (Germany). We will pay $300M in cash for the transaction and prepay $300M for Dialog products to be delivered over the next three years.

Dialog has deep expertise in chip development, and we are thrilled to have this talented group of engineers who've long supported our products now working directly for Apple. Our relationship with Dialog goes all the way back to the early iPhones, and we look forward to continuing this long-standing relationship with them.

This transaction will enable Apple to more closely integrate power management with our SOC's resulting in a better experience for our customers.

Highly Confidential                                                                       APL-SECLIT_00261152

**If asked about tech scrutiny:**

Apple is a company of strong values and we are laser focused on the customer experience- that guides the decisions we make. Our products are the devices you buy and the services that go along with them. We are not a monopoly and the customer is not our product. We respect customers' privacy and offer our users industry leading tools to keep their data safe.

I think it's also important to remember that Apple has always curated the content we offer, whether it's music, apps, news or anything else. We've believed from the beginning that curation is an important part of the platform, even though many people have criticized us over the years — especially at the beginning. But the way we curate our stores is a reflection of our company values and customers understand they can trust Apple as a result.

Perhaps the most important differentiator for Apple is that we infuse humanity into our products — real people on our team make the decisions, we don't leave them to an algorithm — and our business model is very straightforward. Anyone can easily understand how we make money. It's not from trading on their personal information or promoting questionable content to keep people clicking.

**If asked about Saudi Arabia:**

1. The stories we've read about Jamal Khashoggi's murder are horrifying. Our hearts go out to his family, his fiancé, his colleagues at the Washington Post and across the journalism community. If he was targeted for being a journalist or for expressing his opinions, we condemn it in the strongest possible terms.

2. Our relationships in Saudi Arabia are with our customers and users:

- We sell through local carriers and channel partners.
- Small staff of ~60 men and women, most of whom (47) support customers at the point of sale.
- Apple does not have an online or retail presence.

3. We've always said that for Apple to do business in a country, we have to be able to treat our employees the way we would at our headquarters or anywhere else — as equals — and be able to offer the same benefits we provide other employees.

4. We're proud that our products help connect people and allow them to share ideas — we have always believed that our products and participation in markets helps make the world a better place.

Highly Confidential                                                                    APL-SECLIT_00261153

**If asked about interest rates, FX, trade wars, financial markets slowdown, etc. (Luca)**

Keep in mind that our guidance implies an all-time record quarter for both revenue and earnings. We are very focused on our business, and we have the strongest product line-up ever, and launched many new products in the last 6 weeks. We are very confident about our position in the marketplace, and are optimistic about the future.

 There are four factors embedded in our revenue guidance to be considered in the Y/Y revenue comparison:

1.  We considered <u>the effect on Q4 and Q1 of the launch timing of our new iPhones this year vs. last year</u>. Last year, we launched the top-end of our iPhone lineup, which was iPhone X, during Q1, and placed the entirety of our channel fill for iPhone X in Q1. This year, we launched the top-end of our iPhone lineup, which is iPhone XS and XS Max, during Q4. <u>This results in a more pronounced ASP growth in Q4 of '18, and, obviously, a tougher compare for Q1</u>. You can see this in our reported ASPs in Q4 — for your reference, the Y/Y increase was $175. <u>This was by far the largest Y/Y ASP increase in our history</u>. [**If pressed:** The ASP effect that we are talking about here is not relevant for the Q2 Y/Y compare. It only affects Q4 and Q1.]

2.  Our revenue guidance reflects <u>an almost $2B headwind to growth from foreign exchange</u>.

3.  We have an unprecedented number of products ramping, and, while the ramps are going fairly well, we have <u>uncertainty around supply/demand balance</u>.

4.  And we have also considered the impact of <u>macroeconomic uncertainty in some emerging markets</u>. [**If pressed:** e.g., Turkey.]

Highly Confidential

Attorney Client Privilege

APL-SECLIT_00261155

Attorney Client Privilege

APL-SECLIT_00261156

Attorney Client Privilege

APL-SECLIT_00261157

# OUTLOOK – Revenue (Luca)

**Why are you guiding revenue growth of 1% to 5% ($89-93B)?**

This range represents a new all-time quarterly revenue record. We are very excited by the initial customer response to all the new products we launched in September and October. We think we have the strongest product lineup we've ever had heading into the holiday season, with an unprecedented number of new products which are receiving extremely positive reviews.

There are four factors embedded in our revenue guidance to be considered in the Y/Y revenue comparison:

1.  We considered the effect on Q4 and Q1 of the launch timing of our new iPhones this year vs. last year. Last year, we launched the top-end of our iPhone lineup, which was iPhone X, during Q1, and placed the entirety of our channel fill for iPhone X in Q1. This year, we launched the top-end of our iPhone lineup, which is iPhone XS and XS Max, during Q4. This results in a more pronounced ASP growth in Q4 of '18, and, obviously, a tougher compare for Q1. You can see this in our reported ASPs in Q4 — for your reference, the Y/Y increase was $175. This was by far the largest Y/Y ASP increase in our history. [**If pressed:** The ASP effect that we are talking about here is not relevant for the Q2 Y/Y compare. It only affects Q4 and Q1.]

2.  Our revenue guidance reflects an almost $2B headwind to growth from foreign exchange.

3.  We have an unprecedented number of products ramping, and, while the ramps are going fairly well, we have uncertainty around supply/demand balance.

4.  And we have also considered the impact of macroeconomic uncertainty in some emerging markets. [**If pressed:** e.g., Turkey.]

**Do you expect iPhone units to grow in Q1, and what should we expect for ASPs?**

As you know, we do not provide guidance for either units or ASPs for any product category, and going forward we will no longer be reporting units as I discussed in the prepared remarks.

**What does your guidance assume about iPhone channel inventory in Q1?**

As you know, we do not provide guidance for channel inventory. We are exiting Q4 in a very good inventory position on all our product lines.

**Do you expect Services revenue to continue to grow at these elevated rates?**

We have set a goal for ourselves to double our Services revenue between 2016 and 2020 and are on pace to achieve this. Our services growth has been driven by our large, growing installed base, and our plan is to continue to grow our existing services portfolio and add new services over time.

Highly Confidential

11/1/18

### Historical Q4 to Q1 sequential comparisons (FY19e based on mid-point Q1'19 SI $91.0B)

| LOB | FY'19e | FY18 | FY17 | FY16 |
|---|---|---|---|---|
| iPhone SI | +50% | +66% | +72% | +56% |
| Mac SI | +4% | -5% | +10% | -7% |
| iPad SI | +47% | +28% | +41% | +63% |
| Revenue | +45% | +68% | +67% | +47% |

### Historical Q1 to Q1 Y/Y comparisons (FY19e based on mid-point of Q1'19 SI $91.0B)

| LOB | FY'19e | FY18 | FY17 | FY16 |
|---|---|---|---|---|
| iPhone SI | -9% | -1% | +5% | +0% |
| Mac SI | +8% | -5% | +1% | -4% |
| iPad SI | +8% | +1% | -19% | -25% |
| Revenue | +3% | +13% | +3% | +2% |

Apple Confidential

Highly Confidential                                                                  APL-SECLIT_00261159

**Q4'18  Q&A**                                                                                                                   **11/1/18**

# OUTLOOK - Gross Margin (Luca)

**Why are you guiding 38.0%-38.5% GM (Q/Q down -5bps)?  What are the puts and takes?**
We are going to <u>benefit from revenue leverage and commodity savings</u>. On the other hand, the USD has strengthened in recent weeks, and we expect a <u>90 bps headwind from FX sequentially</u>. Also, we have launched many new products during the last six weeks, so <u>we have higher cost structures</u> at this point in the cycle.

**Why is GM down -15 bps Y/Y (38.4% LY)?**
We prefer to not look at GM on a Y/Y basis as it is less relevant for our business. However, we expect <u>mix and Services growth to be offset by higher cost structures and a 50 bps headwind from FX</u>.

**Why is GM down -5 bps sequentially this year vs. up 50 bps sequentially LY?**
Every cycle is different and is affected by many factors. This year, although we have a <u>more favorable commodity environment</u>, we expect a <u>90 bps headwind from FX sequentially vs. a 40 bps tailwind sequentially last year</u>.

| Sequential | -5 bps | At mid-point |
|---|---|---|
| **Q4'18 Actual** | 38.3% | |
| Price | +3.0% | |
| Leverage | +2.6% | |
| Mix | +0.2% | |
| Services | +0.2% | |
| Cost Structure | -5.2% | Includes +30bps memory pricing |
| FX | -0.9% | |
| **Q1'19e midpoint** | 38.25% | |

| LY Seq | +50 bps |
|---|---|
| **Q4'17 Actual** | 37.9% |
| Price | +1.4% |
| Leverage | +1.9% |
| Mix | -1.1% |
| Services | -0.1% (+0.3% ex. OT) |
| Cost Structure | -2.0% (-0.4% memory) |
| FX | +0.4% |
| **Q1'18 Actual** | 38.4% |

| Y/Y | -15 bps | At mid-point |
|---|---|---|
| **Q1'18** | 38.4% | |
| Price / Mix | +3.0% | |
| Services | +0.9% | |
| Mix | +0.6% | |
| Leverage | +0.0% | |
| Cost Structure | -4.1% | Includes +40bps memory pricing |
| FX | -0.5% | |
| **Q1'19e midpoint** | 38.25% | |

Apple Confidential

Highly Confidential

APL-SECLIT_00261160

**Is gross margin going to be under pressure going forward?**

We only provide guidance for the current quarter, but let me make a few observations:

- Every product cycle is different.

- Over the years, we have managed gross margin well, and have made good decisions balancing units, revenue and margins.  We think about all 3 and are willing to trade off short-term profitability where we see long-term potential.  Our main objective is to maximize gross margin $.

- When we launch new products, they tend to have higher cost structures than the products they replace, as we introduce new features and technologies.

- We have a good track record of reducing those costs structures over the life cycle of the product

- There are however factors that are outside of our control, like FX.  FX has had a very large negative impact on our margins in recent years given the strong USD environment.

- Also, our products and services have different levels of profitability and their relative success in the marketplace has a significant impact on overall gross margin.

Apple Confidential

Highly Confidential

APL-SECLIT_00261161

# OUTLOOK – OpEx/Other (Luca)

**Why are you guiding Y/Y OpEx growth +14% to +15% ($8.7-$8.8B) vs. Y/Y revenue growth of +1% to +5%?**

- We will <u>not underinvest in the business</u> —> significant investments in R&D to enhance the user experience and differentiate our products and services in the marketplace
- We will continue to <u>run SG&A tightly</u>, and we will continue to make investments in the business, especially in R&D, given our expanded product portfolio and our investments ahead of revenue to be generated in the future
- We also expect to continue to <u>invest in marketing and advertising</u> as we expand distribution to take our brand to more places around the world
- Finally, we continue to <u>open new retail stores</u> around the world

Our (mid-point) guidance implies a <u>Q1'19 E/R of 9.6%</u> <u>which is extremely competitive relative to other tech companies</u>.

| E/R | FY16 | FY17 | FY18 |
|---------|------|------|------|
| Q1 | 8.2% | 8.7% | 8.7% |
| Q2 | 11.7% | 12.3% | 12.3% |
| Q3 | 14.2% | 14.8% | 14.7% |
| Q4 | 12.9% | 13.0% | 12.7% |
| Full Year | 11.2% | 11.7% | 11.6% |

There have been and there will be times when our expense growth may exceed our revenue growth. We will not underinvest in the business.

We will continue to confidently invest in the business for the long term and make good business decisions.

**Why is OpEx increasing so much sequentially (+10% at the midpoint)?**
We continue to run SG&A tightly, and we continue to invest confidently in the business for the long term, especially in R&D, given our expanded product portfolio and our investments ahead of revenue to be generated in the future. (Last year, OpEx increased by 12% sequentially from Q4'17 to Q1'18.)

**Why is the Q1'19 tax rate guidance (16.5%) higher than the past 3 quarters after tax reform?**
Our Q1'19 guidance reflects the full effects of US tax reform, including the application of new minimum taxes on foreign earnings.

[Drivers include: (1) new US statutory rate now in full effect (21% vs. 24.5% for FY18), worth ~1% reduction in the rate; (2) introduction of new minimum tax on certain foreign earnings effective in FY19; (3) SBC tax benefits, worth ~1% reduction in the rate; and (4) new accounting for income tax changes (forcing us to set up a deferred tax asset for the remaining Irish tax intangibles), worth ~1% increase in the rate.]

Highly Confidential

# OUTLOOK FUTURE (Tim)

**What growth rate do you expect for Q2'19 and beyond?**

As you know we only provide guidance for the current quarter, so I can't comment on any specific future quarter or year.  However . . .

- We have our strongest hardware portfolio ever with spectacular, brand new products across iPhone, Watch
- Our product pipeline is full of amazing new products and services.
- We have very loyal customers and we continue to attract an impressive number of Android switchers.
- Our installed base of customers continues to grow across all product categories, and is fueling our Services business, which is already the size of a Fortune 100 company. We just set an all-time Services record and exceeded $10B in revenue during the September quarter and we are on track to reach our 2020 goal.
- Our Wearable products, which includes Apple Watch, AirPods, and Beats, has produced more than $11B in revenue during FY18, a truly remarkable accomplishment for a set of products that has only been in the market for a few years.

Future Market Opportunities

- EM:  low share (8% iPhone Jun Q) + low LTE penetration (41% September 2018) —> opp. for growth
  - EM revenue up a huge +17% in FY18.
  - Greater China continues to grow strong double digits (+16% FY18; +16% Q4'18, +19% Q3'18, +21% Q2'18, +11% Q1'18) and remains an incredible LT opportunity.
  - India continues to be a focus area and represents an enormous opportunity —> making investments today.
- Enterprise markets:  IBM, Cisco, SAP, Deloitte, Accenture, GE, Salesforce + mobility partners —> front end of the mobile app revolution.
  - iOS is THE mobility platform of choice for the Enterprise.
    - Security, Ease of app creation, ease of use, familiarity among employees
- Augmented Reality  transformative technology, horizontal in use.
  - iOS is the world's biggest Augmented Reality Platform —> significant lead.

I feel very confident about Apple's ability to succeed and in our ability to grow our businesses.

Apple Confidential

Highly Confidential

APL-SECLIT_00261163

11/1/18

# OUTLOOK FUTURE (Luca)

**FY18 showed strong, accelerated growth primarily through iPhone ASP increases. How should we think about FY19 iPhone units and ASP?**

In addition to the strong performance of iPhone, we've had outstanding growth this year from Services and Wearables. Our Services business generated all-time record revenue of $10B in Q4 and $37B in FY18, and we are very confident about reaching our goal of doubling our FY16 Services revenue by 2020. Our Wearables business grew nearly 60% Y/Y in FY18, and it has produced over $11B in revenue over the last four quarters.

Our installed base of iPhones continues to grow [+11% Y/Y; +28% Y/2Y], faster than unit sales growth. This growing installed base driven by the highest loyalty and best customer experience gives us optimism about future iPhone sales.

We set an all-time revenue record for Mac in the September quarter, and we just launched new products earlier this week, so we are very optimistic about the future for Mac.

We just launched the new iPad Pro with all-screen design and next-generation performance, marking the biggest change to iPad ever.

Finally, the guidance that we provided for Q1 implies growth of 1-5%.

We do not comment either on future products or future ASPs.

**Where do you see future GM?**

We do not provide guidance past the current quarter, but looking back over the last several years, we have made very good business decisions balancing units, revenue, and the bottom line. We think about all 3, and we are willing to trade off short-term profits where we see long-term potential. FX has been a very large headwind over the last 4 years, as the USD has appreciated on average ~17% against foreign currencies, even after the weakening trend over the past couple quarters.  In spite of that, our margins have remained quite stable thanks to a combination of cost savings, pricing actions and hedging initiatives.

**Is this (16.5%) the steady-state tax rate for the company?**

We only provide guidance on the tax rate for the current quarter. The future tax rate will depend on many factors, including our outlook for profitability and geographic mix of earnings. We will provide tax rate guidance for our March quarter when we report our December quarter results.

Highly Confidential                                                          APL-SECLIT_00261164

# APPENDIX

Accounting & Reporting

Cash Flow

Distribution

Enterprise

Apple TV

India Factsheet

LTE Penetration

Retail

State Aid

Warranty, Commitments & CapEx

Facts & Figures

Highly Confidential                                                      APL-SECLIT_00261165

# ACCOUNTING & REPORTING  (Luca)

## How much revenue are you deferring for software updates and services?

| LOB | Unspecified Updates | Services | Current Recurring Deferrals | Prior Recurring Deferrals |
|---|---|---|---|---|
| iPhone | $3 | $7 | $10 | $10 |
| iPad | $5 | $10 | $15 | $15 |
| iPod Touch | $3 | $7 | $10 | $10 |
| Apple TV | $3 | $2 | $5 | $5 |
| Apple Watch | $3 | $0-4 | $3-7 | $3-7 |
| HomePod | $3 | $2 | $5 | $5 |
| Mac | $10 | $15 | $25 | $25 |

## Did you make any changes to the amounts you defer for software updates and services in the current period?

We review ESPs for all products each quarter to determine whether they remain the best estimate of what we would sell these deliverables for on a standalone basis or whether an increase or decrease is necessary. Our routine review includes consideration of the latest estimated costs to provide free services and the existence of competitive offerings, where applicable.

We disclose ESP changes that have a material impact on our consolidated financial statements. We did not make any changes to ESPs in the current reporting period that had a material impact.

## Why do you still defer revenue for USURs when all competitive offerings are free?

We believe USURs represent a deliverable in our arrangements as defined by the accounting guidance. While our USURs are not separately charged for, we believe they do provide value to our customers delivering new features to previously sold devices and are a key differentiator for our products as compared to competitor products, both in the extent and quality of features delivered and in the availability of SW upgrades given the non-fragmented nature of our OSs.

We do believe the fact that all competitor offerings are free limits the amount we could reasonably charge for USURs on a standalone basis and this has been qualitatively included in our evaluation.

Highly Confidential

APL-SECLIT_00261166

**Q4'18  Q&A**                                                                                         **11/1/18**

# CASH FLOW  (Luca)

| $M | Q4'18 | Q4'17 | FY18 | FY17 |
|---|---|---|---|---|
| **Share-based compensation expense** | 1,345 | 1,174 | 5,340 | 4,840 |

Exited Q4'18 w/132K FTEs compared to 123K at Q4'17.

| | Q4'18 | Q4'17 | FY18 | FY17 |
|---|---|---|---|---|
| **Deferred income tax expense/(benefit)** | 519 | 1,202 | -32,590 | 5,966 |

YTD impact primarily due to remeasurement of DTAs and adjustment of DTLs in accordance with lower tax rates and deemed repatriation of foreign earnings under the new tax law. (Primarily offset in Other current and non-current liabilities)

| | Q4'18 | Q4'17 | FY18 | FY17 |
|---|---|---|---|---|
| **Accounts receivable, net** | -9,078 | -5,474 | -5,322 | -2,093 |

A/R was a bigger use of cash Y/Y in Q4 and YTD due to higher overall revenue and more back-end loaded nature of Q4'18 vs. Q4'17. DSO increased by 10 from 24 to 34 in Q4'18 compared to an increase of 6 from 25 to 31 in Q4'17. DSO increased by 3 across FY'18 but was flat across FY'17.

| | Q4'18 | Q4'17 | FY18 | FY17 |
|---|---|---|---|---|
| **Inventories** | 1,942 | -1,709 | 828 | -2,723 |

In Q4'18 inventory declined by 33% Q/Q and 19% Y/Y due to our planned consumption of commodities strategically purchased ahead. We exited FY18 with 9 days, comparable to our average across FY'17.

| | Q4'18 | Q4'17 | FY18 | FY17 |
|---|---|---|---|---|
| **Vendor non-trade receivables** | -13,546 | -7,566 | -8,010 | -4,254 |

VNTR increased by over $13.5B Q/Q due to increased buy/sell activity primarily across new iPhone commodities ($9B impact) and more back-end activity ($3.8B impact).

| | Q4'18 | Q4'17 | FY18 | FY17 |
|---|---|---|---|---|
| **Other current and non-current assets** | -358 | -2,089 | -423 | -5,318 |

Biggest drivers of Y/Y difference for Q4 was higher tooling in Q4'17 and bigger increases in other receivables, partially offset by impact of changes in cash collateral receivable. Biggest drivers of difference Y/Y for full FY were more tooling in FY'17 and bigger increases in other receivables and the Nokia payment, partially offset by impact of changes of cash collateral receivable.

| | Q4'18 | Q4'17 | FY18 | FY17 |
|---|---|---|---|---|
| **Accounts payable** | 19,585 | 13,220 | 9,175 | 8,966 |

In Q4'18, we reclassified amounts that were historically reported as accounts payable to other current liabilities in the balance sheets. Prior balance sheets were recast to match the current period presentation. A/P and DPO were atypically high at the end of Q4'18 due to higher overall revenue and back-end nature of Q4'18 combined with record outlook for business in Q1'19. DPO increased by 14 from 103 to 117 across FY17 and increased by 21 to 138 over the course of FY18.

| | Q4'18 | Q4'17 | FY18 | FY17 |
|---|---|---|---|---|
| **Other current and non-current liabilities** | 2,210 | 4,025 | 38,490 | 1,125 |

YTD impact driven primarily by reclassification of DTLs to payables. (Largely offset by impact of changes to deferred income tax expense/benefit - see above)

| | Q4'18 | Q4'17 | FY18 | FY17 |
|---|---|---|---|---|
| **Payments for acquisition of property, plant and equipment** | -3,041 | -3,865 | -13,313 | -12,451 |

On an accrual basis, CAPEX was $5.7B Q4'18 vs. $6.5B in Q4'17, and $16.7B in FY'18 vs. to $14.9B in FY17.

| | Q4'18 | Q4'17 | FY18 | FY17 |
|---|---|---|---|---|
| **Payments made in connection with business acquisitions, net** | -290 | -81 | -721 | -329 |

Acquired 5 companies in Q4'18 and 18 across FY'18, compared to 4 in Q4'17 and 16 in FY'17.

| | Q4'18 | Q4'17 | FY18 | FY17 |
|---|---|---|---|---|
| **Repurchases of common stock** | -19,104 | -7,795 | -72,738 | -32,900 |

Cash flow impact is slightly different from reported share repurchase activity due to T+2 settlement (and T+3 for FY'17)

| | Q4'18 | Q4'17 | FY18 | FY17 |
|---|---|---|---|---|
| **Cash paid for income taxes, net** | 1,598 | 1,839 | 10,417 | 11,591 |

Repatriation tax resulting from new tax legislation is payable over 8 years, with payments beginning in FY'20.

Highly Confidential                                                                          APL-SECLIT_00261167

# DISTRIBUTION

## Worldwide

| LOB | POS Count | Seq Δ | Seq Δ (abs) | Y/Y Δ |
|-----|-----------|-------|-------------|-------|
| iPhone | ~239K | -0% | -0.5k | -1% |
| iPad | ~136K | -1% | -1.3k | +12% |
| Mac | ~44K | +5% | +2.0k | +48% |
| Apple TV | ~59K | +0% | +0.2k | +46% |
| Watch | ~77K | +2% | +1.6k | +91% |

## Greater China

| LOB | POS Count | Seq Δ | Y/Y Δ |
|-----|-----------|-------|-------|
| iPhone | ~38K | -2% | -10% |
| iPad | ~9K | +1% | -7% |
| Mac | ~4K | +0% | -2% |
| Watch | ~8K | +7% | +27% |

## BRIC

| LOB | POS Count | Seq Δ | Y/Y Δ |
|-----|-----------|-------|-------|
| iPhone | ~70K | -1% | -3% |
| iPad | ~27K | -5% | +52% |
| Mac | ~20K | +10% | +97% |
| Watch | ~19K | +6% | +192% |

| iPhone | Count | Seq Δ | Y/Y Δ |
|--------|-------|-------|-------|
| Country | 162 | +0 | +3 |
| Carrier | 499 | +1 | +5 |

| Apple Watch | Count | Seq Δ | Y/Y Δ |
|-------------|-------|-------|-------|
| Country | 85 | +11 | +13 |

| Stores WW | # Countries |
|-----------|-------------|
| iTunes | 119 |
| Movies | 109 |
| Apps | 155 |
| Books | 51 (for sale); 154 (for sale + free) |
| Online | 35 |

Highly Confidential

APL-SECLIT_00261168

# ENTERPRISE (Tim)

| U.S. Commercial (per IDC) | Jun Q 2017 | Jun Q 2018 |
|---|---|---|
| iPhone  (Business & Gov't) | 51% | 60% |
| iPhone (Education) | 39% | 47% |
| iPad (Business & Gov't) | 50% | 50% |
| iPad (Education) | 96% | 92% |

## Enterprise Partnership Updates

**Salesforce**: announced a strategic partnership in September that brings together the number one customer relationship management platform and iOS. Salesforce is redesigning its app to embrace the native mobile platform with exclusive new features on iOS. The companies will also provide tools and resources for millions of Salesforce developers to build their own native apps with a new Salesforce Mobile SDK for iOS, and a new iOS app development course on Trailhead, Salesforce's free, web-based learning platform.

**Accenture**: dedicated iOS practice within Accenture Digital Studios in select locations around the world. Experts from Apple will be co-located with this team. Working together, the two companies will launch a new set of tools and services that will take full advantage of the latest Apple technologies and tap into Accenture's leading digital and analytics capabilities.

**GE**: partnership to reinvent how industrial companies work by bringing the power of Predix, GE's industrial cloud-based platform, to iOS.

**CISCO** has unveiled the next set of technology enhancements adding a whole new category of security features designed to help enterprises defend against growing cyber threats.

**SAP** has a pipeline of hundreds of global opportunities since launching SAP Cloud Platform SDK for iOS last year.  Additionally, SAP has released SuccessFactors Mobile, its first native iOS app for human resources, which will support 47M iPhone/iPad users across multiple industries.

**Deloitte** is off to a great start with its Apple Practice and has a growing number of engagements in the pipeline, and has recently expanded Apple teams in several more European countries. Jointly, we are helping clients transform their businesses with iOS, with programs such as the *Connected Store,* a pop-up version of a retail environment, as well as tailored apps for sales associates, store management and customers.

**IBM**: In March, we announced two new services with IBM to bring more dynamic, intelligent insights into apps. IBM Watson Services for Core ML and IBM Cloud Developer Console for Apple will enable developers to more easily build native iOS apps that bring together machine learning with artificial intelligence and cloud services.

Highly Confidential

# APPLE TV (Tim)

**How's Apple TV doing?**

We're really pleased with the performance of Apple TV, which grew units and revenue by double digits Y/Y again in Q4 [14% units, 21% revenue Y/Y]. <u>Apple TV revenue was a Q4 record, and our installed base of Apple TV reached an all-time record in Q4</u>.

tvOS 12 is a powerful operating system designed for enjoying entertainment on the big screen, which takes the cinematic experience of Apple TV 4K to the next level with support for Dolby Atmos audio, convenient new features to easily access the shows and movies you love and breathtaking aerials shot from space.

Video providers around the world are choosing Apple TV 4K to deliver their subscription services to customers. At WWDC in June, we announced that Charter Communications, the second-largest cable operator in the US, will begin offering Apple TV 4K to their customers. Charter joins AT&T's DirecTV Now in the US, CANAL+ in France and Salt in Switzerland, which have begun offering their customers Apple TV 4K with their services.

**How does Apple TV 4K compare to the competition?**

Customers love the experience they get with Apple TV 4K, which delivers a stunning cinematic experience at home. Apple TV 4K brings support for both 4K and HDR, as well as a fantastic selection of 4K HDR content on iTunes and other popular video services.

Plus, Apple TV does so much more. Apple TV 4K delivers the best experience in the living room with an incredible selection of content, amazing performance for apps and games — driven by the A10x Fusion, the same chip used to power the latest iPad Pro —  and great integration with iPhone, iPad, HomePod, and Apple services with features like AirPlay, Apple Music, Photos, HomeKit control, and more.

Apple Confidential

Highly Confidential

APL-SECLIT_00261170

Q4'18  Q&A                                                                                          11/1/18

# INDIA FACTSHEET  (Tim)

**<u>Macro trends:</u>**

India poised for China-like trajectory:

- ~7% annual GDP growth over next 5 years —> will become fastest-growing BRIC country.
- India GDP/capita today is comparable to China ~10 [12-13 years] years ago.
- Indian economy expected to grow to $5 trillion (current size $2.6 trillion) by 2025 (per Indian government comments to World Bank).
- India's "consuming class" is expected to almost triple to ~90M households by 2025 (McKinsey).
- Favorable demographics: young (47% <25 yrs) and fast-growing (surpass PRC in 2022).
- Prime minister Modi (2014) economic reforms.
- Rural-to-urban transition is in early stages potential to drive growth for years to come.
- Smartphone penetration was only 34% (WCIS Dec 2017; 42% forecast for 2018E) and LTE rollout is only just beginning (32% penetration WCIS Sep 2018).
- Reliance has launched the first-of-its-kind all-IP network in India with 4G coverage in 18K cities and 200K villages.  We've partnered with them to optimize the performance of the iPhone on their network.

**<u>Smartphone:  a vast pool to be exploited</u>**

- 3rd largest smartphone market today @ 124M (behind PRC @ 444M and U.S. 176M CY2017).
- Growing to 207M units in CY21 (~1.7X CY17 124M) surpassing the U.S.
- 1B mobile phone customers —> massive opportunity to leverage 3G/4G rollout.

Highly Confidential                                                                    APL-SECLIT_00261171

# LTE PENETRATION (Tim)

LTE penetration as of September 2018 (WCIS Research).

| Country | Penetration |
|---------|-------------|
| India | 32% |
| Philippines | 20% |
| Indonesia | 39% |
| Russia | 31% |
| Mexico | 29% |
| Colombia | 28% |
| Chile | 37% |
| Brazil | 55% |
| Thailand | 52% |
| Malaysia | 50% |
| Turkey | 69% |
| Mainland China | 79% |

| | |
|---------|-------------|
| EM Total | 41% |
| Developed | 66% |
| WW | 45% |

Highly Confidential                                                                      APL-SECLIT_00261172

Q4'18 Q&A                                                                                   11/1/18

# RETAIL  (Luca)

| Revenue | Q4'17 | Q4'18 | Y/Y |
|---|---|---|---|
| Stores | $5.8B | $6.6B | +13% |
| Online | $2.9B | $3.5B | +22% |
| Total Direct | $8.7B | $10.1B | +16% |

| Traffic (M) | Q4'17 | Q4'18 | Y/Y |
|---|---|---|---|
| Stores | 112 | 115 | +3% |
| Online | 307 | 314 | +2% |
| Total Direct | 418 | 430 | +3% |

| FY | New Stores | Closed | Cumulative | Replacements | CapEx |
|---|---|---|---|---|---|
| FY12 | 33 | | 390 | 14 | $865M |
| FY13 | 26 | | 416 | 23 | $499M |
| FY14 | 21 | | 437 | 14 | $491M |
| FY15 | 26 | | 463 | 5 | $670M |
| FY16 | 25 | -1 | 487 | 31 | $1,152M |
| Q1'17 | 3 | | 490 | 7 | $135M |
| Q2'17 | 4 | | 494 | 3 | $205M |
| Q3'17 | 3 | | 497 | 3 | $280M |
| Q4'17 | 1 | -1 | 497 | 12 | $279M |
| FY17 | 11 | -1 | 497 | 25 | $899M |
| Q1'18 | 2 | | 499 | 9 | $209M |
| Q2'18 | 2 | | 501 | 1 | $221M |
| Q3'18 | 2 | -1 | 502 | 2 | $297M |
| Q4'18 | 3 | | 505 | 10 | $339M |
| FY18 | 9 | -1 | 505 | 22 | $1,066M |

## Store count by country (total 505)

| | | | | |
|---|---|---|---|---|
| U.S 271 | Italy 17 | Netherlands 3 | Austria 1 | South Korea 1 |
| Canada 29 | Switzerland 4 | Sweden 3 | Japan 9 | |
| Brazil 2 | Germany 15 | Turkey 2 | Australia 22 | |
| Mexico 1 | France 20 | Belgium 1 | Gr. China 51 | |
| U.K. 38 | Spain 11 | UAE 3 | Singapore 1 | |

Highly Confidential                                                          APL-SECLIT_00261173

Attorney Client Privilege

Highly Confidential

# WARRANTY, COMMITMENTS & CAPEX (Post 10-Q) (Luca)

|  | Q4'18 | Q3'18 | Q4'17 |
|---|---|---|---|
| Beginning Balance | $3,553 | $4,030 | $4,299 |
| Claims | ($1,156) | ($1,044) | ($1,022) |
| Accrual | $1,295 | $567 | $557 |
| Ending Balance | $3,692 | $3,553 | $3,834 |
| *Accrual as % of Rev* | 2.1% | 1.1% | 1.1% |

|  | FY18 | FY17 | FY16 | FY15 | FY14 | FY13 |
|---|---|---|---|---|---|---|
| Beginning Balance | $3,834 | $3,702 | $4,780 | $4,159 | $2,967 | $1,638 |
| Claims | ($4,115) | ($4,322) | ($4,663) | ($4,401) | ($3,760) | ($3,703) |
| Accrual | $3,973 | $4,454 | $3,585 | $5,022 | $4,952 | $5,032 |
| Ending Balance | $3,692 | $3,834 | $3,702 | $4,780 | $4,159 | $2,967 |
| *Accrual as % of Rev* | 1.5% | 1.9% | 1.7% | 2.1% | 2.7% | 2.9% |

**What are your CAPEX plans for FY19?**

We expect our CAPEX requirements for FY19 to be about $14B.

Highly Confidential

Q4'18  Q&A                                                                                  11/1/18

# FACTS & FIGURES

## Acquisitions

|       | FY14   | FY15  | FY16  | Q1'17 | Q2'17 | Q3'17 | Q4'17 | FY17  | Q1'18 | Q2'18 | Q3'18 | Q4'18 | | FY17  | FY18  |
|-------|--------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|--|-------|-------|
| Count | 20     | 15    | 14    | 3     | 6     | 3     | 4     | 16    | 6     | 3     | 4     | 5     | | 16    | 18    |
| Cost  | $4,230M | $552M | $475M | $29M  | $80M  | $292M | $114M | $515M | $266M | $211M | $151M | $348M | | $515M | $975M |

## CAPEX ($B)

|            | FY15   | FY16   | Q1'17 | Q2'17 | Q3'17 | Q4'17 | FY17   | Q1'18 | Q2'18 | Q3'18 | Q4'18 | FY18   |
|------------|--------|--------|-------|-------|-------|-------|--------|-------|-------|-------|-------|--------|
| Accrual    | $11.2B | $12.8B | $2.1B | $2.4B | $4.0B | $6.5B | $14.9B | $2.2B | $3.5B | $5.4B | $5.7B | $16.7B |
| Cash Basis | $11.2B | $12.7B | $3.3B | $3.0B | $2.3B | $3.9B | $12.5B | $2.8B | $4.2B | $3.3B | $3.0B | $13.3B |

## Cash Conversion Cycle (days)

| Q1'16 | Q2'16 | Q3'16 | Q4'16 | Q1'17 | Q2'17 | Q3'17 | Q4'17 | Q1'18 | Q2'18 | Q3'18 | Q4'18 |
|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|
| (37)  | (34)  | (43)  | (65)  | (44)  | (44)  | (58)  | (72)  | (64)  | (29)  | (61)  | (95)  |

## Direct Sales Mix

We define direct sales as direct education sales, online sales to individuals, Apple retail store sales, iTunes Store sales and revenue from licensing.

| Q4'15 | Q1'16 | Q2'16 | Q3'16 | Q4'16 | Q1'17 | Q2'17 | Q3'17 | Q4'17 | Q1'18 | Q2'18 | Q3'18 | Q4'18 |
|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|
| 25%   | 22%   | 23%   | 29%   | 28%   | 26%   | 26%   | 30%   | 31%   | 26%   | 29%   | 31%   | 30%   |

## Headcount (K)

|           | Q4'17 | Q4'18 | Y/Y | Y/Y Δ |
|-----------|-------|-------|-----|-------|
| US        | 74.2  | 79.8  | 8%  |       |
| Int'l     | 48.5  | 52.1  | 7%  |       |
| Total     | 122.7 | 131.9 | 7%  | 9.2   |
| Retail    | 54.8  | 56.3  | 3%  |       |
| % Retail  | 45%   | 43%   |     |       |

## International Sales Mix

| Q1'16 | Q2'16 | Q3'16 | Q4'16 | Q1'17 | Q2'17 | Q3'17 | Q4'17 | Q1'18 | Q2'18 | Q3'18 | Q4'18 |
|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|
| 66%   | 67%   | 63%   | 62%   | 64%   | 65%   | 61%   | 62%   | 65%   | 65%   | 60%   | 61%   |

Highly Confidential                                                        APL-SECLIT_00261176

**Q4'18  Q&A**                                                                                    **11/1/18**

## POS

| LOB | Q1'16 | Q2'16 | Q3'16 | Q4'16 | Q1'17 | Q2'17 | Q3'17 | Q4'17 | Q1'18 | Q2'18 | Q3'18 | Q4'18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| iPhone | 233K | 232K | 231K | 236K | 240K | 236K | 241K | 241k | 242k | 241k | 240k | 239k |
| iPad | 122K | 123K | 119K | 118K | 121K | 120K | 121K | 122k | 131k | 131k | 138k | 136k |
| Mac | 29K | 29K | 29K | 30K | 31K | 28K | 29K | 30k | 37k | 39k | 42k | 44k |
| Watch | 12K | 14K | 15K | 20K | 24K | 26K | 29K | 40k | 57k | 62k | 75k | 77k |
| TV |  | 30K | 30K | 33K | 40K | 41K | 40K | 41k | 51k | 53k | 59k | 59k |

## Carrier count

|  | Q1'16 | Q2'16 | Q3'16 | Q4'16 | Q1'17 | Q2'17 | Q3'17 | Q4'17 | Q1'18 | Q2'18 | Q3'18 | Q4'18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Count | 428 | 436 | 457 | 456 | 469 | 488 | 494 | 496 | 500 | 504 | 498 | 499 |
| % Subs | 77% | 78% | 77% | 78% | 79% | 76% | 77% | 77% | 77% | 79% | 81% | 85% |

## What is the MTM on the investment portfolio? ($M)

|  | Q1'16 | Q2'16 | Q3'16 | Q4'16 | Q1'17 | Q2'17 | Q3'17 | Q4'17 | Q1'18 | Q2'18 | Q3'18 | Q4'18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MTM | -$2,081 | -$521 | $1,270 | $1,775 | -$983 | -$288 | $257 | $496 | -$923 | -$3,431 | -$4,121 | -$4,080 |

## What is the outstanding debt? ($B)

|  | Q1'16 | Q2'16 | Q3'16 | Q4'16 | Q1'17 | Q2'17 | Q3'17 | Q4'17 | Q1'18 | Q2'18 | Q3'18 | Q4'18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Debt | $63 | $80 | $85 | $87 | $88 | $99 | $108 | $116 | $122 | $122 | $115 | $114 |

## What is Apple's tablet share in the U.S. Education market?

| Q4'15 | Q1'16 | Q2'16 | Q3'16 | Q4'16 | Q1'17 | Q2'17 | Q3'17 | Q4'17 | Q1'18 | Q2'18 | Q3'18 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 86% | 81% | 84% | 93% | 88% | 87% | 89% | 96% | 91% | 82% | 87% | 92% |

## What is Apple's PC share in the U.S. Education market?

| Q4'15 | Q1'16 | Q2'16 | Q3'16 | Q4'16 | Q1'17 | Q2'17 | Q3'17 | Q4'17 | Q1'18 | Q2'18 | Q3'18 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13% | 8% | 9% | 10% | 11% | 8% | 10% | 11% | 10% | 7% | 8% | 9% |

Highly Confidential                                                          APL-SECLIT_00261177