# EXHIBIT 7

| | |
|---|---|
| **From:** | Saori Casey <​████████​> |
| **Subject:** | Q1 Internal Range |
| **Received(Date):** | Thu, 1 Nov 2018 09:45:34 -0700 |
| **Cc:** | Ai Ling Loo <​████████​>,Jessie Zhang <​████████​>,Jason Malat <​████████​> |
| **To:** | Tim Cook <​████████​>,Luca Maestri <​████████​>,Jeff Williams <​████████​>,Donal Conroy <​████████​>,Kevan Parekh <​████████​>,Larry McDevitt <​████████​> |
| **Attachment:** | PastedGraphic-8.pdf |
| **Date:** | Thu, 01 Nov 2018 09:45:34 -0700 |

Some adjustments made:
- new internal low is the previous low less -2M XR
- retail safety stock revenue upside ($250M) added only to the Internal low case as the contingency plan
- GM % level adjusted to align to our internal goals

Column N: previous Low iPhone (-2M XR), Hybrid Rest => Internal Low $88.8B
Column P: previous Low iPhone, Likely Rest => Likely $90.7B   (final bottoms up to be run as the Likely forecast for comparison)
Column J: previous Likely => Internal High $93.4B

Thanks,
Saori

> On Nov 1, 2018, at 8:28 AM, Saori Casey <​████████​> wrote:
>
> Just received a final update on Q1 First Call update (Mizuho removed) going into the earnings cll.  Revenue is up $104M and EPS +$0.01.
>
> Our high revenue guidance is the same but EPS falls short $0.15 due to 10bps short on GM% (-$0.01) and the remaining $0.14 from some combination of higher opex, tax rate and share count.
> Against the Comprehensive Analysts EPS (column A), we are $0.09 away comprising of -$0.01 GM, -$0.02 Opex, -$0.04 tax rate, and -$0.02 share count
>
> For our internal scenarios, based on yesterday's discussion, I'm thinking the following re-assignment of the forecast classification:
>
> Column N: Low iPhone, Hybrid Rest => Internal Low $88.2B
> Column P: Low iPhone, Likely Rest => Likely $90.9B   (we'll run a final bottoms up on these volumes and compare against this for the rest of the quarter as the beginning of the quarter Likely forecast)
> Column J: Likely => Internal High $93.6B

>
> Please let me know if you'd rather use a different scenario as the forecast comparison, and we'll run the final bottoms up accordingly.
>
> Thanks,
> Saori
>
>
> <PastedGraphic-5.pdf>
>
>
>> On Nov 1, 2018, at 7:35 AM, Saori Casey <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>
<mailto:​​​​​​​​​​​​​​​​​​​​​​>> wrote:
>>
>> These are based on the consensus from 10/30.  If I get an update today with a material change this morning, I will send an update.
>>
>> <PastedGraphic-3.pdf>
>>
>> <PastedGraphic-4.pdf>
>>
>>> On Nov 1, 2018, at 6:33 AM, Tim Cook <
<mailto:​​​​​​​​​​​​​​​​​​​​​​>> wrote:
>>>
>>> Please send me Q4 results vs consensus and Q1 guidance vs consensus. >>>
>>> Tim
>>>
>>> Sent from my iPad Pro
>>
>

Some adjustments made:

- new internal low is the previous low less -2M XR

- retail safety stock revenue upside ($250M) added only to the Internal low case as the contingency plan

- GM % level adjusted to align to our internal goals

Column N: previous Low iPhone (-2M XR), Hybrid Rest => **Internal Low $88.8B**

Column P: previous Low iPhone, Likely Rest => **Likely $90.7B**   **(final bottoms up to be run as the Likely forecast for comparison)**

Highly Confidential

APL-SECLIT_00284948

Column J: previous Likely => **Internal High $93.4B**

Thanks,

Saori

On Nov 1, 2018, at 8:28 AM, Saori Casey <████████> wrote:

Just received a final update on Q1 First Call update (Mizuho removed) going into the earnings cll.  Revenue is up $104M and EPS +$0.01.

Our high revenue guidance is the same but EPS falls short $0.15 due to 10bps short on GM% (-$0.01) and the remaining $0.14 from some combination of higher opex, tax rate and share count.

Against the Comprehensive Analysts EPS (column A), we are $0.09 away comprising of -$0.01 GM, -$0.02 Opex, -$0.04 tax rate, and -$0.02 share count

For our internal scenarios, based on yesterday's discussion, I'm thinking the following re-assignment of the forecast classification:

Column N: Low iPhone, Hybrid Rest => **Internal Low $88.2B**

Column P: Low iPhone, Likely Rest => **Likely $90.9B**   **(we'll run a final bottoms up on these volumes and compare against this for the rest of the quarter as the beginning of the quarter Likely forecast)**

Column J: Likely => **Internal High $93.6B**

Please let me know if you'd rather use a different scenario as the forecast comparison, and we'll run the final bottoms up accordingly.

Thanks,

Saori

<PastedGraphic-5.pdf>

On Nov 1, 2018, at 7:35 AM, Saori Casey <████████> wrote:

These are based on the consensus from 10/30.  If I get an update today with a material change this morning, I will send an update.

<PastedGraphic-3.pdf>

<PastedGraphic-4.pdf>

> On Nov 1, 2018, at 6:33 AM, Tim Cook <░░░░░░░░░░░░░░> wrote:
>
> Please send me Q4 results vs consensus and Q1 guidance vs consensus.
>
> Tim
>
> Sent from my iPad Pro

Highly Confidential

**4**

APL-SECLIT_00284950

**Q1'19 P&L Dashboard**
Scenarios 11/1 v2 (w/GAAP Product/Services change est)

GM $ challenge=> $ (340)   $ (650)   $ (505)   $ (645)

| Row | $M, Sell In K units | Q1'18 ASP restated to GAAP | Q4'18 ASP restated to GAAP | First Call | A 11/1 Consensus (ASP restated to GAAP) | B Guidance Low | C Guidance Mid Point | D Guidance High | Column D vs. Consensus | I 10/23 Oct Fcst v2 | J 11/1 Internal High | Column J vs. Consensus | K 11/1 Likely iPhone, Low Rest | Column L vs. Consensus | L 11/1 Internal Low | Column N vs. Consensus | N | Column O vs. Consensus | P 11/1 Likely | Q Column P vs. Consensus |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **iPhone units** | 77,316 | 46,890 | | 77,454 | 70,000 | 71,500 | 73,000 | (4,454) | 76,568 | 73,074 | (4,380) | 70,567 | | (6,887) | 68,567 | (8,887) | | 70,567 | (6,887) |
| 2 | YoY | -1% | 0% | | 0% | -9% | -8% | -6% | | -1% | -5% | | -9% | | | -11% | | | -9% | |
| 3 | Sequential | 66% | 14% | | 65% | 49% | 52% | 56% | | 63% | 56% | | 50% | | | 46% | | | 50% | |
| 4 | ASP | 790 | 784 | | 803 | 813 | 819 | 824 | 22 | 835 | 825 | 22 | 815 | | 13 | 816 | 13 | | 815 | 13 |
| 5 | Mac units | 5,112 | 5,299 | | 4,946 | 5,400 | 5,500 | 5,600 | 654 | 5,592 | 5,755 | 809 | 5,446 | | 500 | 5,456 | 510 | | 5,755 | 809 |
| 6 | YoY | -5% | -2% | | -3% | 6% | 8% | 10% | | 9% | 13% | | 7% | | | 7% | | | 13% | |
| 7 | Sequential | -5% | 42% | | -7% | 2% | 4% | 6% | | 6% | 9% | | 3% | | | 3% | | | 9% | |
| 8 | ASP | 1,335 | 1,385 | | 1,400 | 1,426 | 1,428 | 1,430 | 30 | 1,424 | 1,419 | 20 | 1,428 | | 28 | 1,440 | 40 | | 1,419 | 20 |
| 9 | **iPad units** | 13,170 | 9,699 | | 13,282 | 14,300 | 14,500 | 14,700 | 1,418 | 14,276 | 14,773 | 1,491 | 14,319 | | 1,037 | 14,546 | 1,264 | | 14,773 | 1,491 |
| 10 | YoY | 1% | -6% | | 1% | 9% | 10% | 12% | | 8% | 12% | | 9% | | | 10% | | | 12% | |
| 11 | Sequential | 28% | -16% | | 37% | 47% | 49% | 52% | | 47% | 52% | | 48% | | | 50% | | | 52% | |
| 12 | ASP | 437 | 411 | | 454 | 454 | 454 | 454 | 23 | 450 | 454 | 23 | 454 | | 23 | 454 | 33 | | 454 | 23 |
| 17 | **Watch units** | 6,919 | 3,448 | | 6,968 | 8,400 | 8,600 | 8,800 | 1,832 | 8,736 | 8,883 | 1,915 | 8,481 | | 1,513 | 8,682 | 1,714 | | 8,883 | 1,915 |
| 18 | YoY | 58% | 39% | | 1% | 21% | 24% | 27% | | 26% | 28% | | 23% | | | 25% | | | 28% | |
| 19 | Sequential | 179% | -8% | | 102% | 144% | 149% | 155% | | 153% | 158% | | 146% | | | 152% | | | 158% | |
| 20 | ASP | 347 | 368 | | 434 | 407 | 405 | 403 | -31 | 406 | 402 | -33 | 406 | | (29) | 419 | (15) | | 402 | (33) |
| 21 | **Revenue (M$)** | $88,293 | $62,900 | $93,015 | $92,820 | $89,000 | $91,000 | $93,000 | $ 180 | $96,553 | $93,423 | $ 603 | $89,760 | | $ (3,060) | $88,813 | $ (4,007) | | $90,678 | $ (2,142) |
| 22 | YoY | 13% | 20% | 5% | 5.1% | 1% | 3% | 5% | | 9.4% | 6% | | 2% | | | 1% | | | 3% | |
| 23 | Sequential | 68% | 18% | | 48% | 41% | 45% | 48% | | 54% | 49% | | 43% | | | 41% | | | 44% | |
| 28 | Gross Margin | $33,913 | $24,085 | | $35,829 | $33,820 | $34,808 | $35,805 | $ (24) | $37,324 | $35,781 | $ (48) | $34,375 | | | $33,743 | | | $34,730 | |
| 29 | *% revenue* | 38.4% | 38.3% | 38.6% | 38.6% | 38.0% | 38.25% | 38.5% | -0.10% | 38.7% | 38.3% | -0.3% | 38.3% | | -0.3% | 38.0% | -0.6% | | 38.3% | -0.3% |
| 30 | OpEx | $7,638 | $7,965 | | $8,539 | $8,800 | $8,750 | $8,700 | $ 161 | $8,824 | $8,824 | $ 285 | $8,824 | | $ 285 | $8,824 | $ 285 | | $8,824 | 285 |
| 31 | *% of revenue* | 8.7% | 12.7% | | 9.2% | 9.9% | 9.6% | 9.4% | | 9.1% | 9.4% | | 9.8% | | | 9.9% | | | 9.7% | |
| 32 | YoY | 12% | 17% | | 12% | 15% | 15% | 14% | | 16% | 16% | | 16% | | | 16% | | | 16% | |
| 34 | Op Mrgn | $26,275 | $16,120 | | $27,289 | $25,020 | $26,058 | $27,105 | | $28,500 | $26,957 | $ (332) | $25,551 | | $ (1,738) | $24,919 | $ (2,370) | | $25,906 | $ (1,383) |
| 35 | OpMrgn % | 29.8% | 25.6% | 29.5% | 29.4% | 28.1% | 28.6% | 29.1% | -0.3% | 29.5% | 28.9% | -0.5% | 28.5% | | -0.9% | 28.1% | -1.3% | | 28.6% | -0.8% |
| 36 | YoY | 12% | 23% | | 4% | -5% | -1% | 3% | | 8% | 3% | | -3% | | | -5% | | | -1% | |
| 37 | OI&E | $756 | $303 | | $300 | $300 | $300 | $300 | | $375 | $375 | | $375 | | | $375 | | | $375 | |
| 38 | Tax | $6,965 | $2,296 | | $4,359 | $4,178 | $4,349 | $4,522 | | $4,764 | $4,510 | | $4,278 | | | $4,174 | | | $4,336 | |
| 39 | *Tax rate* | 25.8% | 14.0% | | 15.8% | 16.5% | 16.5% | 16.5% | | 16.5% | 16.5% | | 16.5% | | | 16.5% | | | 16.5% | |
| 40 | **Net Income** | $20,066 | $14,127 | | $23,230 | $21,142 | $22,009 | $22,883 | $ (347) | $24,111 | $22,822 | $ (408) | $21,648 | | $ (1,582) | $21,121 | $ (2,109) | | $21,945 | $ (1,285) |
| 41 | *% of revenue* | 23% | 22% | | 25% | 24% | 24% | 25% | | 25% | 24% | | 24% | | | 24% | | | 24% | |
| 42 | YoY | 12% | 32% | | 16% | 5% | 10% | 14% | | 20% | 14% | | 8% | | | 5% | | | 9% | |
| 43 | Shares | 5,158 | 4,848 | | 4,750 | 4,771 | 4,771 | 4,771 | | 4,771 | 4,771 | | 4,771 | | | 4,771 | | | 4,771 | |
| 44 | **Diluted EPS** | $3.89 | $2.91 | $4.95 | $4.89 | $4.43 | $4.61 | $4.80 | -$0.09 | $5.05 | $4.78 | -$0.11 | $4.54 | | -$0.35 | $4.43 | -$0.46 | | $4.60 | -$0.29 |
| 45 | YoY | | 41% | | 26% | 14% | 19% | 23% | | 30% | 23% | | 17% | | | 14% | | | 18% | |
| 53 | iPhone ST Units | 73,139 | 45,313 | | | | | | | 72,335 | 69,564 | | 66,274 | | | 64,274 | | | 66,274 | |
| 54 | iPhone UB | 71,289 | 45,246 | | | | | | | 70,664 | 67,893 | | 64,603 | | | 63,186 | | | 64,603 | |
| 54 | EOH change | 4,177 | 1,577 | | | | | | | 4,233 | 3,510 | | 4,293 | | | 2,984 | | | 4,293 | |
| 55 | Fwd Wks | 5.8 | 3.8 | | | | | | | 4.3 | 6.1 | | 7.1 | | | | | | 7.1 | |
| 56 | XR - SI | 72,660 | | | | 22,300 | 24,350 | 26,400 | | 32,164 | 26,400 | | 22,300 | | | 20,300 | | | 22,300 | |
| 57 | XR - ST | 72,660 | | | | 15,797 | 17,597 | 19,397 | | 23,430 | 19,397 | | 15,797 | | | 14,380 | | | 15,797 | |
| 57 | XR - UB | 4,748 | | | | 14,600 | 16,400 | 18,200 | | 22,233 | 18,200 | | 14,600 | | | 13,291 | | | 14,600 | |

**Revenue $M (post GAAP change est)**

| Row | | Q1'18 | Q4'18 | Y/Y | A | B | C | D | Y/Y | I | J | Y/Y | K | L | Y/Y | N | O | Y/Y | P | Q Y/Y |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 46 | iPhone | $61,103 | $36,755 | 29% | $62,178 | $56,924 | $58,556 | $60,188 | -1% | $63,945 | $60,277 | -1% | $57,532 | | -6% | $55,956 | | -8% | $57,532 | -6% |
| 47 | Mac | $6,824 | $7,340 | 3% | $6,923 | $7,699 | $7,853 | $8,007 | 17% | $7,963 | $8,168 | 20% | $7,775 | | 14% | $7,857 | | 15% | $8,168 | 20% |
| 48 | iPad | $5,755 | $3,983 | -15% | $5,725 | $6,494 | $6,587 | $6,679 | 16% | $6,428 | $6,703 | 16% | $6,500 | | 13% | $6,753 | | 17% | $6,703 | 16% |
| 49 | Watch | $2,400 | $1,268 | 47% | $3,026 | $3,418 | $3,482 | $3,546 | 48% | $3,544 | $3,569 | 49% | $3,441 | | 43% | $3,638 | | 52% | $3,569 | 49% |
| 50 | W/H/A (ex Watch) | $3,081 | $2,955 | 25% | $3,645 | $3,854 | $3,915 | $3,975 | 29% | $3,919 | $3,995 | 30% | $3,882 | | 26% | $3,929 | | 28% | $3,975 | 29% |
| 51 | Wrbls/Home/Accy | $5,481 | $4,223 | 31% | $6,672 | $7,273 | $7,397 | $7,521 | 37% | $7,463 | $7,564 | 38% | $7,323 | | 34% | $7,567 | | 38% | $7,544 | 38% |
| 52 | **Total Products** | 79,163 | 52,301 | 20% | 81,498 | 78,390 | 80,392 | 82,395 | 4% | 85,798 | 82,712 | 4% | 79,130 | | 0% | 78,133 | | -1% | 79,947 | 1% |
| 53 | Services | $9,129 | $10,599 | 16% | $11,286 | $10,611 | $10,661 | $10,711 | 17% | $10,755 | $10,711 | 17% | $10,611 | | 16% | $10,661 | | 17% | $10,711 | 17% |
| 55 | **Total Revenue** | $88,292 | $62,900 | 20% | $92,784 | $89,001 | $91,054 | $93,106 | 5% | $96,553 | $93,424 | 6% | $89,741 | | 2% | $88,794 | | 1% | $90,659 | 3% |
| | Revenue Mix | | | | | | | | | | | | | vs likey | | | vs low | | | |
| | Non-iPh Prod only | $18,060 | | | | | | | | $21,854 | $22,435 | 24% | $21,598 | ($837) | | $22,177 | $579 | | $22,415 | |
| | Non iPh- all | $27,189 | | | | | | | | $32,608 | $33,147 | 22% | $32,210 | ($937) | | $32,838 | $629 | | $33,127 | |