# EXHIBIT 8

|           |                                                                                      |
|----------:|--------------------------------------------------------------------------------------|
| **Subject:** | Share Repurchase |
| **From:** | "Michael Shapiro" <​█████████████​> |
| **Received(Date):** | Thu, 03 Jan 2019 23:34:29 +0000 |
| **To:** | "Eric Petersen" <​████████​>, "Matt Miller" <​████████████​>,"Gary Wipfler" <​████████████​>, "Luca Maestri" <​██████████​>,"Matt Blake" <​████████████​>, "Tejas Gala" <​██████████​> |
| **Attachment:** | Share Repurchase Summary.xlsx |
| **Date:** | Thu, 03 Jan 2019 23:34:29 +0000 |

Highly Confidential - Attorneys' Eyes Only                                                                                          APL-SECLIT_00028738

Case 4:19-cv-02033-YGR   Document 295-3   Filed 09/09/22   Page 3 of 6

## AAPL Share Repurchase Summary By Quarter
**Inception to Date**

| Trade Date | Shares | Ave. Price | Principal | Commissions | Net Amt | ASR Amt | Total Repurchases | ASR Shares | Total Shares |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Q1'13 | - | $ - | $ - | $ - | $ - | $ 1,950,000,000.00 | $ 1,950,000,000.00 | 18,079,474 | 18,079,474 |
| Q2'13 | - | $ - | $ - | $ - | $ - | $ - | $ - | - | - |
| Q3'13 | 62,675,984 | $ 63.8196 | $ 3,999,957,328.85 | $ 66,058.12 | $ 4,000,023,386.97 | $ 12,000,000,000.00 | $ 15,999,957,328.85 | 175,017,570 | 237,693,554 |
| Q4'13 | 73,063,718 | $ 68.4302 | $ 4,999,764,071.46 | $ 78,241.78 | $ 4,999,842,313.24 | $ - | $ 4,999,764,071.46 | - | 73,063,718 |
| Q1'14 | 66,847,389 | $ 74.7877 | $ 4,999,364,811.61 | $ 71,625.30 | $ 4,999,436,436.91 | $ - | $ 4,999,364,811.61 | - | 66,847,389 |
| Q2'14 | 79,749,026 | $ 75.2387 | $ 6,000,213,210.49 | $ 86,317.47 | $ 6,000,299,527.96 | $ 12,000,000,000.00 | $ 18,000,213,210.49 | 142,242,184 | 221,991,210 |
| Q3'14 | 58,661,049 | $ 85.2348 | $ 4,999,961,220.68 | $ 72,448.08 | $ 5,000,033,668.76 | $ - | $ 4,999,961,220.68 | - | 58,661,049 |
| Q4'14 | 81,254,264 | $ 98.4592 | $ 8,000,226,307.03 | $ 243,899.76 | $ 8,000,470,206.79 | $ 9,000,000,000.00 | $ 17,000,226,307.03 | 59,923,626 | 141,177,890 |
| Q1'15 | 45,704,075 | $ 109.3982 | $ 4,999,942,826.38 | $ 136,685.34 | $ 5,000,079,511.72 | $ - | $ 4,999,942,826.38 | 8,349,505 | 54,053,580 |
| Q2'15 | 56,400,050 | $ 124.1123 | $ 6,999,940,091.14 | $ 168,619.75 | $ 7,000,108,710.89 | $ - | $ 6,999,940,091.14 | 13,251,676 | 69,651,726 |
| Q3'15 | 31,230,522 | $ 128.0784 | $ 3,999,955,728.87 | $ 89,990.94 | $ 4,000,045,719.81 | $ 6,000,000,000.00 | $ 9,999,955,728.87 | 38,320,294 | 69,550,816 |
| Q4'15 | 121,802,413 | $ 115.1505 | $ 14,025,605,467.19 | $ 348,460.56 | $ 14,025,953,927.75 | $ - | $ 14,025,605,467.19 | 9,972,926 | 131,775,339 |
| Q1'16 | 25,984,180 | $ 115.4549 | $ 2,999,999,886.33 | $ 77,598.36 | $ 3,000,077,484.69 | $ 3,000,000,000.00 | $ 5,999,999,886.33 | 20,382,166 | 46,366,346 |
| Q2'16 | 71,766,258 | $ 97.5389 | $ 6,999,999,704.89 | $ 179,415.68 | $ 7,000,179,120.57 | $ - | $ 6,999,999,704.89 | - | 71,766,258 |
| Q3'16 | 41,238,456 | $ 96.9968 | $ 3,999,999,629.34 | $ 110,716.39 | $ 4,000,110,345.73 | $ 6,000,000,000.00 | $ 9,999,999,629.34 | 56,922,803 | 98,161,259 |
| Q4'16 | 28,578,844 | $ 104.9728 | $ 3,000,000,427.52 | $ 82,495.15 | $ 3,000,082,922.67 | $ 3,000,000,000.00 | $ 6,000,000,427.52 | 34,737,054 | 63,315,898 |
| Q1'17 | 44,332,981 | $ 112.7828 | $ 4,999,996,835.55 | $ 110,832.51 | $ 5,000,107,668.06 | $ 6,000,000,000.00 | $ 10,999,996,835.55 | 49,196,267 | 93,529,248 |
| Q2'17 | 31,069,897 | $ 128.7416 | $ 3,999,989,278.17 | $ 85,071.10 | $ 4,000,074,349.27 | $ 3,000,000,000.00 | $ 6,999,989,278.17 | 23,870,243 | 54,940,140 |
| Q3'17 | 30,355,648 | $ 148.2426 | $ 4,500,000,451.93 | $ 82,856.85 | $ 4,500,083,308.78 | $ 3,000,000,000.00 | $ 7,500,000,451.93 | 19,019,578 | 49,375,226 |
| Q4'17 | 29,073,183 | $ 154.7818 | $ 4,499,999,829.67 | $ 72,683.05 | $ 4,500,072,512.72 | $ 3,000,000,000.00 | $ 7,499,999,829.67 | 19,578,865 | 48,652,048 |
| Q1'18 | 30,180,795 | $ 169.2596 | $ 5,108,388,230.22 | $ 75,452.03 | $ 5,108,463,682.25 | $ 5,000,000,000.00 | $ 10,108,388,230.22 | 27,420,364 | 57,601,159 |
| Q2'18 | 137,040,531 | $ 171.4821 | $ 23,499,995,459.59 | $ 342,601.39 | $ 23,500,338,060.98 | $ - | $ 23,499,995,459.59 | 5,666,336 | 142,706,867 |
| Q3'18 | 112,778,125 | $ 177.3394 | $ 19,999,999,717.02 | $ 287,955.52 | $ 20,000,287,672.54 | $ - | $ 19,999,999,717.02 | - | 112,778,125 |
| Q4'18 | 92,463,297 | $ 210.3175 | $ 19,446,646,614.25 | $ 239,395.68 | $ 19,446,886,009.93 | $ - | $ 19,446,646,614.25 | - | 92,463,297 |
| Q1'19 | 38,023,539 | $ 216.6094 | $ 8,236,255,857.73 | $ 95,058.89 | $ 8,236,350,916.62 | $ - | $ 8,236,255,857.73 | - | 38,023,539 |
| Q2'19 | 1,739,514 | $ 143.7183 | $ 249,999,994.91 | $ 4,348.79 | $ 250,004,343.70 | $ - | $ 249,999,994.91 | - | 1,739,514 |
| Total | 1,392,013,738 | $ 125.4055 | $ 174,566,202,980.82 | $ 3,208,828.49 | $ 174,569,411,809.31 | $ 72,950,000,000.00 | $ 247,516,202,980.82 | 721,950,931 | 2,113,964,669 |

| | |
|---|---:|
| Average Price OMR + Completed ASRs | $ 117.0863 |

**AAPL Share Repurchase Summary**
Q1'19

| | | | OPEN MARKET PURCHASES | | | | | 10b5-1 PURCHASES | | | | | TOTAL PURCHASES | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Settle Date | Bank Cparty | Shares | Ave. Price | Principal | Commissions | Net Amt | Shares | Ave. Price | Principal | Commissions | Net Amt | Total Shares | Ave. Price | Principal | Commissions | Net Amt |
| 10/1/2018 | 10/3/2018 | GS | | $ - | $ - | $ - | $ - | 1,051,500 | $ 228.1995 | $ 239,951,774.25 | $ 2,628.75 | $ 239,954,403.00 | 1,051,500 | $ 228.1995 | $ 239,951,774.25 | $ 2,628.75 | $ 239,954,403.00 |
| 10/2/2018 | 10/4/2018 | GS | | | | | | 1,048,025 | 229.0023 | 240,000,135.46 | 2,620.06 | 240,002,755.52 | 1,048,025 | 229.0023 | 240,000,135.46 | 2,620.06 | 240,002,755.52 |
| 10/3/2018 | 10/5/2018 | GS | | | | | | 946,808 | 232.3584 | 219,998,791.99 | 2,367.02 | 220,001,159.01 | 946,808 | 232.3584 | 219,998,791.99 | 2,367.02 | 220,001,159.01 |
| 10/4/2018 | 10/8/2018 | GS | | | | | | 1,052,162 | 228.9657 | 240,909,008.84 | 2,630.41 | 240,911,639.25 | 1,052,162 | 228.9657 | 240,909,008.84 | 2,630.41 | 240,911,639.25 |
| 10/5/2018 | 10/9/2018 | GS | | | | | | 1,177,742 | 224.7695 | 264,720,480.47 | 2,944.36 | 264,723,424.83 | 1,177,742 | 224.7695 | 264,720,480.47 | 2,944.36 | 264,723,424.83 |
| 10/8/2018 | 10/10/2018 | GS | | | | | | 1,188,147 | 222.8011 | 264,720,458.56 | 2,970.37 | 264,723,428.93 | 1,188,147 | 222.8011 | 264,720,458.56 | 2,970.37 | 264,723,428.93 |
| 10/9/2018 | 10/11/2018 | GS | | | | | | 1,057,250 | 225.4982 | 238,407,971.95 | 2,643.13 | 238,410,615.08 | 1,057,250 | 225.4982 | 238,407,971.95 | 2,643.13 | 238,410,615.08 |
| 10/10/2018 | 10/12/2018 | GS | | | | | | 1,256,954 | 222.8154 | 280,068,708.29 | 3,142.39 | 280,071,850.68 | 1,256,954 | 222.8154 | 280,068,708.29 | 3,142.39 | 280,071,850.68 |
| 10/11/2018 | 10/15/2018 | GS | | | | | | 1,364,002 | 216.0754 | 294,727,277.75 | 3,410.01 | 294,730,687.76 | 1,364,002 | 216.0754 | 294,727,277.75 | 3,410.01 | 294,730,687.76 |
| 10/12/2018 | 10/16/2018 | GS | | | | | | 1,199,053 | 219.7888 | 263,538,420.01 | 2,997.63 | 263,541,417.64 | 1,199,053 | 219.7888 | 263,538,420.01 | 2,997.63 | 263,541,417.64 |
| 10/15/2018 | 10/17/2018 | GS | | | | | | 1,279,700 | 218.9492 | 280,189,291.24 | 3,199.25 | 280,192,490.49 | 1,279,700 | 218.9492 | 280,189,291.24 | 3,199.25 | 280,192,490.49 |
| 10/16/2018 | 10/18/2018 | GS | | | | | | 1,194,850 | 219.5642 | 262,346,284.37 | 2,987.13 | 262,349,271.50 | 1,194,850 | 219.5642 | 262,346,284.37 | 2,987.13 | 262,349,271.50 |
| 10/17/2018 | 10/19/2018 | GS | | | | | | 1,186,942 | 221.0174 | 262,334,834.79 | 2,967.36 | 262,337,802.15 | 1,186,942 | 221.0174 | 262,334,834.79 | 2,967.36 | 262,337,802.15 |
| 10/18/2018 | 10/22/2018 | GS | | | | | | 1,302,485 | 217.3972 | 283,156,592.04 | 3,256.21 | 283,159,848.25 | 1,302,485 | 217.3972 | 283,156,592.04 | 3,256.21 | 283,159,848.25 |
| 10/19/2018 | 10/23/2018 | GS | | | | | | 1,290,230 | 219.4771 | 283,175,938.73 | 3,225.58 | 283,179,164.31 | 1,290,230 | 219.4771 | 283,175,938.73 | 3,225.58 | 283,179,164.31 |
| 10/22/2018 | 10/24/2018 | GS | | | | | | 1,166,520 | 221.3201 | 258,174,323.05 | 2,916.30 | 258,177,239.35 | 1,166,520 | 221.3201 | 258,174,323.05 | 2,916.30 | 258,177,239.35 |
| 10/23/2018 | 10/25/2018 | GS | | | | | | 1,184,981 | 217.9238 | 258,235,562.45 | 2,962.45 | 258,238,524.90 | 1,184,981 | 217.9238 | 258,235,562.45 | 2,962.45 | 258,238,524.90 |
| 10/24/2018 | 10/26/2018 | GS | | | | | | 1,312,980 | 220.4162 | 289,402,062.28 | 3,282.45 | 289,405,344.73 | 1,312,980 | 220.4162 | 289,402,062.28 | 3,282.45 | 289,405,344.73 |
| 10/25/2018 | 10/29/2018 | GS | | | | | | 1,156,996 | 219.2822 | 253,708,628.27 | 2,892.49 | 253,711,520.76 | 1,156,996 | 219.2822 | 253,708,628.27 | 2,892.49 | 253,711,520.76 |
| 10/26/2018 | 10/30/2018 | GS | | | | | | 1,417,713 | 216.2237 | 306,543,150.40 | 3,544.28 | 306,546,694.68 | 1,417,713 | 216.2237 | 306,543,150.40 | 3,544.28 | 306,546,694.68 |
| 10/29/2018 | 10/31/2018 | GS | | | | | | 1,588,087 | 216.0193 | 343,057,442.08 | 3,970.22 | 343,061,412.30 | 1,588,087 | 216.0193 | 343,057,442.08 | 3,970.22 | 343,061,412.30 |
| 10/30/2018 | 11/1/2018 | GS | | | | | | 1,612,850 | 212.7632 | 343,155,127.12 | 4,032.13 | 343,159,159.25 | 1,612,850 | 212.7632 | 343,155,127.12 | 4,032.13 | 343,159,159.25 |
| 10/31/2018 | 11/2/2018 | GS | | | | | | 1,146,594 | 219.0151 | 251,121,399.57 | 2,866.49 | 251,124,266.06 | 1,146,594 | 219.0151 | 251,121,399.57 | 2,866.49 | 251,124,266.06 |
| 11/1/2018 | 11/5/2018 | GS | | | | | | 754,227 | 218.4479 | 164,759,304.27 | 1,885.57 | 164,761,189.84 | 754,227 | 218.4479 | 164,759,304.27 | 1,885.57 | 164,761,189.84 |
| 11/2/2018 | 11/6/2018 | GS | | | | | | 2,406,000 | 207.7534 | 499,854,680.40 | 6,015.00 | 499,860,695.40 | 2,406,000 | 207.7534 | 499,854,680.40 | 6,015.00 | 499,860,695.40 |
| 11/5/2018 | 11/7/2018 | GS | 1,244,680 | $ 200.8543 | $ 249,999,330.12 | $ 3,111.70 | $ 250,002,441.82 | | | | | | 1,244,680 | 200.8543 | 249,999,330.12 | 3,111.70 | 250,002,441.82 |
| 11/6/2018 | 11/8/2018 | GS | 1,230,240 | 203.2108 | 249,998,054.59 | 3,075.60 | 250,001,130.19 | | | | | | 1,230,240 | 203.2108 | 249,998,054.59 | 3,075.60 | 250,001,130.19 |
| 11/7/2018 | 11/9/2018 | GS | 1,209,200 | 206.7503 | 250,002,462.76 | 3,023.00 | 250,005,485.76 | | | | | | 1,209,200 | 206.7503 | 250,002,462.76 | 3,023.00 | 250,005,485.76 |
| 11/8/2018 | 11/12/2018 | GS | 721,505 | 207.8983 | 149,999,662.94 | 1,803.76 | 150,001,466.70 | | | | | | 721,505 | 207.8983 | 149,999,662.94 | 1,803.76 | 150,001,466.70 |
| 11/9/2018 | 11/13/2018 | GS | 735,085 | 204.0579 | 149,999,901.42 | 1,837.71 | 150,001,739.13 | | | | | | 735,085 | 204.0579 | 149,999,901.42 | 1,837.71 | 150,001,739.13 |
| 11/12/2018 | 11/14/2018 | GS | 766,726 | 195.6368 | 149,999,821.12 | 1,916.82 | 150,001,737.94 | | | | | | 766,726 | 195.6368 | 149,999,821.12 | 1,916.82 | 150,001,737.94 |
| 11/13/2018 | 11/15/2018 | GS | 773,305 | 193.9713 | 149,998,976.15 | 1,933.26 | 150,000,909.41 | | | | | | 773,305 | 193.9713 | 149,998,976.15 | 1,933.26 | 150,000,909.41 |
| 11/14/2018 | 11/16/2018 | TBD | - | $ - | $ - | $ - | $ - | | | | | | - | $ - | $ - | $ - | $ - |
| 11/15/2018 | 11/19/2018 | TBD | - | - | - | - | - | | | | | | - | - | - | - | - |
| 11/16/2018 | 11/20/2018 | TBD | - | - | - | - | - | | | | | | - | - | - | - | - |
| 11/19/2018 | 11/21/2018 | TBD | - | - | - | - | - | | | | | | - | - | - | - | - |
| 11/20/2018 | 11/23/2018 | TBD | - | - | - | - | - | | | | | | - | - | - | - | - |
| 11/21/2018 | 11/26/2018 | TBD | - | - | - | - | - | | | | | | - | - | - | - | - |
| 11/23/2018 | 11/27/2018 | TBD | - | - | - | - | - | | | | | | - | - | - | - | - |
| 11/26/2018 | 11/28/2018 | TBD | - | - | - | - | - | | | | | | - | - | - | - | - |
| 11/27/2018 | 11/29/2018 | TBD | - | - | - | - | - | | | | | | - | - | - | - | - |
| 11/28/2018 | 11/30/2018 | TBD | - | - | - | - | - | | | | | | - | - | - | - | - |
| 11/29/2018 | 12/3/2018 | TBD | - | - | - | - | - | | | | | | - | - | - | - | - |
| 11/30/2018 | 12/4/2018 | TBD | - | - | - | - | - | | | | | | - | - | - | - | - |
| 12/3/2018 | 12/5/2018 | TBD | | - | - | - | - | - | $ - | $ - | $ - | $ - | - | - | - | - | - |
| 12/4/2018 | 12/6/2018 | TBD | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 12/6/2018 | 12/10/2018 | TBD | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 12/7/2018 | 12/11/2018 | TBD | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 12/10/2018 | 12/12/2018 | TBD | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 12/11/2018 | 12/13/2018 | TBD | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 12/12/2018 | 12/14/2018 | TBD | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 12/13/2018 | 12/17/2018 | TBD | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 12/14/2018 | 12/18/2018 | TBD | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 12/17/2018 | 12/19/2018 | TBD | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 12/18/2018 | 12/20/2018 | TBD | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 12/19/2018 | 12/21/2018 | TBD | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 12/20/2018 | 12/24/2018 | TBD | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 12/21/2018 | 12/26/2018 | TBD | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 12/24/2018 | 12/27/2018 | TBD | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 12/26/2018 | 12/28/2018 | TBD | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 12/27/2018 | 12/31/2018 | TBD | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 12/28/2018 | 1/2/2019 | TBD | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Q1'19 Total** | | | **6,680,741** | **$ 202.0731** | **$ 1,349,998,209.10** | **$ 16,701.85** | **$ 1,350,014,910.95** | **31,342,798** | **$ 219.7078** | **$ 6,886,257,648.63** | **$ 78,357.04** | **$ 6,886,336,005.67** | **38,023,539** | **$ 216.6094** | **$ 8,236,255,857.73** | **$ 95,058.89** | **$ 8,236,350,916.62** |

**AAPL Share Repurchase Summary**
Q4'18

| | | | OPEN MARKET PURCHASES | | | | | 10b5-1 PURCHASES | | | | | TOTAL PURCHASES | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Settle Date | Bank Cparty | Shares | Ave. Price | Principal | Commissions | Net Amt | Shares | Ave. Price | Principal | Commissions | Net Amt | Total Shares | Ave. Price | Principal | Commissions | Net Amt |
| 7/2/2018 | 7/5/2018 | JPM | | $ - | $ - | $ - | $ - | 1,221,571 | $ 186.0495 | $ 227,272,673.76 | $ 3,053.93 | $ 227,275,727.69 | 1,221,571 | $ 186.0495 | $ 227,272,673.76 | $ 3,053.93 | $ 227,275,727.69 |
| 7/3/2018 | 7/6/2018 | JPM | | $ - | $ - | $ - | $ - | 1,346,400 | $ 186.4374 | $ 251,019,315.36 | $ 3,366.00 | $ 251,022,681.36 | 1,346,400 | $ 186.4374 | $ 251,019,315.36 | $ 3,366.00 | $ 251,022,681.36 |
| 7/5/2018 | 7/9/2018 | JPM | | $ - | $ - | $ - | $ - | 1,218,628 | $ 185.5244 | $ 226,085,228.52 | $ 3,046.57 | $ 226,088,275.09 | 1,218,628 | $ 185.5244 | $ 226,085,228.52 | $ 3,046.57 | $ 226,088,275.09 |
| 7/6/2018 | 7/10/2018 | JPM | | $ - | $ - | $ - | $ - | 1,207,508 | $ 187.2330 | $ 226,085,345.36 | $ 3,018.77 | $ 226,088,364.13 | 1,207,508 | $ 187.2330 | $ 226,085,345.36 | $ 3,018.77 | $ 226,088,364.13 |
| 7/9/2018 | 7/11/2018 | JPM | | $ - | $ - | $ - | $ - | 1,043,083 | $ 190.1165 | $ 198,307,289.17 | $ 2,607.71 | $ 198,309,896.88 | 1,043,083 | $ 190.1165 | $ 198,307,289.17 | $ 2,607.71 | $ 198,309,896.88 |
| 7/10/2018 | 7/12/2018 | JPM | | $ - | $ - | $ - | $ - | 1,039,693 | $ 190.7366 | $ 198,307,507.86 | $ 2,599.23 | $ 198,310,107.09 | 1,039,693 | $ 190.7366 | $ 198,307,507.86 | $ 2,599.23 | $ 198,310,107.09 |
| 7/11/2018 | 7/13/2018 | JPM | | $ - | $ - | $ - | $ - | 1,217,780 | $ 188.5050 | $ 229,557,618.90 | $ 3,044.45 | $ 229,560,663.35 | 1,217,780 | $ 188.5050 | $ 229,557,618.90 | $ 3,044.45 | $ 229,560,663.35 |
| 7/12/2018 | 7/16/2018 | JPM | | $ - | $ - | $ - | $ - | 1,029,518 | $ 190.5982 | $ 196,224,277.67 | $ 2,573.80 | $ 196,226,851.47 | 1,029,518 | $ 190.5982 | $ 196,224,277.67 | $ 2,573.80 | $ 196,226,851.47 |
| 7/13/2018 | 7/17/2018 | JPM | | $ - | $ - | $ - | $ - | 1,024,899 | $ 191.4572 | $ 196,224,292.82 | $ 2,562.25 | $ 196,226,855.07 | 1,024,899 | $ 191.4572 | $ 196,224,292.82 | $ 2,562.25 | $ 196,226,855.07 |
| 7/16/2018 | 7/18/2018 | JPM | | $ - | $ - | $ - | $ - | 1,025,739 | $ 191.3003 | $ 196,224,178.42 | $ 2,564.35 | $ 196,226,742.77 | 1,025,739 | $ 191.3003 | $ 196,224,178.42 | $ 2,564.35 | $ 196,226,742.77 |
| 7/17/2018 | 7/19/2018 | JPM | | $ - | $ - | $ - | $ - | 1,028,843 | $ 190.7232 | $ 196,224,229.26 | $ 2,572.11 | $ 196,226,801.37 | 1,028,843 | $ 190.7232 | $ 196,224,229.26 | $ 2,572.11 | $ 196,226,801.37 |
| 7/18/2018 | 7/20/2018 | JPM | | $ - | $ - | $ - | $ - | 1,030,903 | $ 190.3421 | $ 196,224,241.92 | $ 2,577.26 | $ 196,226,819.18 | 1,030,903 | $ 190.3421 | $ 196,224,241.92 | $ 2,577.26 | $ 196,226,819.18 |
| 7/19/2018 | 7/23/2018 | JPM | | $ - | $ - | $ - | $ - | 1,022,902 | $ 191.8309 | $ 196,224,211.27 | $ 2,557.26 | $ 196,226,768.53 | 1,022,902 | $ 191.8309 | $ 196,224,211.27 | $ 2,557.26 | $ 196,226,768.53 |
| 7/20/2018 | 7/24/2018 | JPM | | $ - | $ - | $ - | $ - | 1,023,540 | $ 191.7111 | $ 196,223,979.29 | $ 2,558.85 | $ 196,226,538.14 | 1,023,540 | $ 191.7111 | $ 196,223,979.29 | $ 2,558.85 | $ 196,226,538.14 |
| 7/23/2018 | 7/25/2018 | JPM | | $ - | $ - | $ - | $ - | 1,029,000 | $ 190.6958 | $ 196,225,978.20 | $ 2,572.50 | $ 196,228,550.70 | 1,029,000 | $ 190.6958 | $ 196,225,978.20 | $ 2,572.50 | $ 196,228,550.70 |
| 7/24/2018 | 7/26/2018 | JPM | | $ - | $ - | $ - | $ - | 1,017,610 | $ 192.8284 | $ 196,224,108.12 | $ 2,544.03 | $ 196,226,652.15 | 1,017,610 | $ 192.8284 | $ 196,224,108.12 | $ 2,544.03 | $ 196,226,652.15 |
| 7/25/2018 | 7/27/2018 | JPM | | $ - | $ - | $ - | $ - | 1,014,421 | $ 193.4347 | $ 196,224,221.81 | $ 2,536.05 | $ 196,226,757.86 | 1,014,421 | $ 193.4347 | $ 196,224,221.81 | $ 2,536.05 | $ 196,226,757.86 |
| 7/26/2018 | 7/30/2018 | JPM | | $ - | $ - | $ - | $ - | 1,007,471 | $ 194.7690 | $ 196,224,119.20 | $ 2,518.68 | $ 196,226,637.88 | 1,007,471 | $ 194.7690 | $ 196,224,119.20 | $ 2,518.68 | $ 196,226,637.88 |
| 7/27/2018 | 7/31/2018 | JPM | | $ - | $ - | $ - | $ - | 1,017,667 | $ 192.8147 | $ 196,221,157.30 | $ 2,544.17 | $ 196,223,701.47 | 1,017,667 | $ 192.8147 | $ 196,221,157.30 | $ 2,544.17 | $ 196,223,701.47 |
| 7/30/2018 | 8/1/2018 | JPM | | $ - | $ - | $ - | $ - | 1,735,430 | $ 189.9440 | $ 329,634,515.92 | $ 4,338.58 | $ 329,638,854.50 | 1,735,430 | $ 189.9440 | $ 329,634,515.92 | $ 4,338.58 | $ 329,638,854.50 |
| 7/31/2018 | 8/2/2018 | JPM | | $ - | $ - | $ - | $ - | 680,567 | $ 190.3130 | $ 129,520,747.47 | $ 1,701.42 | $ 129,522,448.89 | 680,567 | $ 190.3130 | $ 129,520,747.47 | $ 1,701.42 | $ 129,522,448.89 |
| 8/1/2018 | 8/3/2018 | JPM | | $ - | $ - | $ - | $ - | - | $ - | $ - | $ - | $ - | 0 | $ - | $ - | $ - | $ - |
| 8/2/2018 | 8/6/2018 | JPM | 1,946,151 | $ 205.5338 | $ 399,999,810.40 | $ 4,865.38 | $ 400,004,675.78 | | | | | | 1,946,151 | $ 205.5338 | $ 399,999,810.40 | $ 4,865.38 | $ 400,004,675.78 |
| 8/3/2018 | 8/7/2018 | JPM | 1,929,981 | $ 207.2559 | $ 399,999,949.14 | $ 4,824.95 | $ 400,004,774.09 | | | | | | 1,929,981 | $ 207.2559 | $ 399,999,949.14 | $ 4,824.95 | $ 400,004,774.09 |
| 8/6/2018 | 8/8/2018 | JPM | 1,919,124 | $ 208.4284 | $ 399,999,944.72 | $ 4,797.81 | $ 400,004,742.53 | | | | | | 1,919,124 | $ 208.4284 | $ 399,999,944.72 | $ 4,797.81 | $ 400,004,742.53 |
| 8/7/2018 | 8/9/2018 | JPM | 1,927,008 | $ 207.5756 | $ 399,999,841.80 | $ 4,817.52 | $ 400,004,659.32 | | | | | | 1,927,008 | $ 207.5756 | $ 399,999,841.80 | $ 4,817.52 | $ 400,004,659.32 |
| 8/8/2018 | 8/10/2018 | MS | 1,933,051 | $ 206.9267 | $ 399,999,864.36 | $ 4,832.63 | $ 400,004,696.99 | | | | | | 1,933,051 | $ 206.9267 | $ 399,999,864.36 | $ 4,832.63 | $ 400,004,696.99 |
| 8/9/2018 | 8/13/2018 | MS | 1,912,552 | $ 209.1446 | $ 399,999,923.02 | $ 4,781.38 | $ 400,004,704.40 | | | | | | 1,912,552 | $ 209.1446 | $ 399,999,923.02 | $ 4,781.38 | $ 400,004,704.40 |
| 8/10/2018 | 8/14/2018 | MS | 1,923,384 | $ 207.9667 | $ 399,999,823.31 | $ 4,808.46 | $ 400,004,631.77 | | | | | | 1,923,384 | $ 207.9667 | $ 399,999,823.31 | $ 4,808.46 | $ 400,004,631.77 |
| 8/13/2018 | 8/15/2018 | MS | 1,908,505 | $ 209.5881 | $ 399,999,936.79 | $ 4,771.26 | $ 400,004,708.05 | | | | | | 1,908,505 | $ 209.5881 | $ 399,999,936.79 | $ 4,771.26 | $ 400,004,708.05 |
| 8/14/2018 | 8/16/2018 | MS | 1,909,825 | $ 209.4432 | $ 399,999,859.44 | $ 4,774.56 | $ 400,004,634.00 | | | | | | 1,909,825 | $ 209.4432 | $ 399,999,859.44 | $ 4,774.56 | $ 400,004,634.00 |
| 8/15/2018 | 8/17/2018 | MS | 1,911,533 | $ 209.2561 | $ 399,999,940.60 | $ 4,778.83 | $ 400,004,719.43 | | | | | | 1,911,533 | $ 209.2561 | $ 399,999,940.60 | $ 4,778.83 | $ 400,004,719.43 |
| 8/16/2018 | 8/20/2018 | MS | 1,877,859 | $ 213.0085 | $ 399,999,928.80 | $ 4,694.65 | $ 400,004,623.45 | | | | | | 1,877,859 | $ 213.0085 | $ 399,999,928.80 | $ 4,694.65 | $ 400,004,623.45 |
| 8/17/2018 | 8/21/2018 | MS | 1,852,914 | $ 215.8761 | $ 399,999,847.96 | $ 4,632.29 | $ 400,004,480.25 | | | | | | 1,852,914 | $ 215.8761 | $ 399,999,847.96 | $ 4,632.29 | $ 400,004,480.25 |
| 8/20/2018 | 8/22/2018 | BAML | 1,847,498 | $ 216.5090 | $ 399,999,944.48 | $ 4,618.75 | $ 400,004,563.23 | | | | | | 1,847,498 | $ 216.5090 | $ 399,999,944.48 | $ 4,618.75 | $ 400,004,563.23 |
| 8/21/2018 | 8/23/2018 | BAML | 1,853,673 | $ 215.7877 | $ 399,999,833.22 | $ 4,634.18 | $ 400,004,467.40 | | | | | | 1,853,673 | $ 215.7877 | $ 399,999,833.22 | $ 4,634.18 | $ 400,004,467.40 |
| 8/22/2018 | 8/24/2018 | BAML | 1,858,407 | $ 215.2380 | $ 399,999,805.87 | $ 4,646.02 | $ 400,004,451.89 | | | | | | 1,858,407 | $ 215.2380 | $ 399,999,805.87 | $ 4,646.02 | $ 400,004,451.89 |
| 8/23/2018 | 8/27/2018 | BAML | 1,850,774 | $ 216.1257 | $ 399,999,826.29 | $ 4,626.94 | $ 400,004,453.23 | | | | | | 1,850,774 | $ 216.1257 | $ 399,999,826.29 | $ 4,626.94 | $ 400,004,453.23 |
| 8/24/2018 | 8/28/2018 | BAML | 1,851,124 | $ 216.0849 | $ 399,999,944.43 | $ 4,627.81 | $ 400,004,572.24 | | | | | | 1,851,124 | $ 216.0849 | $ 399,999,944.43 | $ 4,627.81 | $ 400,004,572.24 |
| 8/27/2018 | 8/29/2018 | DB | 1,699,417 | $ 217.7181 | $ 369,993,840.35 | $ 5,947.96 | $ 369,999,788.31 | | | | | | 1,699,417 | $ 217.7181 | $ 369,993,840.35 | $ 5,947.96 | $ 369,999,788.31 |
| 8/28/2018 | 8/30/2018 | DB | 1,684,268 | $ 219.6763 | $ 369,993,762.45 | $ 5,894.94 | $ 369,999,657.39 | | | | | | 1,684,268 | $ 219.6763 | $ 369,993,762.45 | $ 5,894.94 | $ 369,999,657.39 |
| 8/29/2018 | 8/31/2018 | DB | 1,671,930 | $ 221.2974 | $ 369,993,761.98 | $ 5,851.76 | $ 369,999,613.74 | | | | | | 1,671,930 | $ 221.2974 | $ 369,993,761.98 | $ 5,851.76 | $ 369,999,613.74 |
| 8/30/2018 | 9/4/2018 | DB | 1,646,884 | $ 224.6631 | $ 369,994,064.78 | $ 5,764.09 | $ 369,999,828.87 | | | | | | 1,646,884 | $ 224.6631 | $ 369,994,064.78 | $ 5,764.09 | $ 369,999,828.87 |
| 8/31/2018 | 9/5/2018 | DB | 1,534,864 | $ 227.7345 | $ 349,541,485.61 | $ 5,372.02 | $ 349,546,857.63 | | | | | | 1,534,864 | $ 227.7345 | $ 349,541,485.61 | $ 5,372.02 | $ 349,546,857.63 |
| 9/4/2018 | 9/6/2018 | JPM | | $ - | $ - | $ - | $ - | 1,384,329 | $ 228.1172 | $ 315,789,255.36 | $ 3,460.82 | $ 315,792,716.18 | 1,384,329 | $ 228.1172 | $ 315,789,255.36 | $ 3,460.82 | $ 315,792,716.18 |
| 9/5/2018 | 9/7/2018 | JPM | | $ - | $ - | $ - | $ - | 1,389,082 | $ 227.3366 | $ 315,789,179.00 | $ 3,472.71 | $ 315,792,651.71 | 1,389,082 | $ 227.3366 | $ 315,789,179.00 | $ 3,472.71 | $ 315,792,651.71 |
| 9/6/2018 | 9/10/2018 | JPM | | $ - | $ - | $ - | $ - | 1,542,550 | $ 223.7815 | $ 345,194,152.83 | $ 3,856.38 | $ 345,198,009.21 | 1,542,550 | $ 223.7815 | $ 345,194,152.83 | $ 3,856.38 | $ 345,198,009.21 |
| 9/7/2018 | 9/11/2018 | JPM | | $ - | $ - | $ - | $ - | 1,541,326 | $ 223.9560 | $ 345,189,205.66 | $ 3,853.32 | $ 345,193,058.98 | 1,541,326 | $ 223.9560 | $ 345,189,205.66 | $ 3,853.32 | $ 345,193,058.98 |
| 9/10/2018 | 9/12/2018 | JPM | | $ - | $ - | $ - | $ - | 1,734,224 | $ 218.2738 | $ 378,535,662.53 | $ 4,335.56 | $ 378,539,998.09 | 1,734,224 | $ 218.2738 | $ 378,535,662.53 | $ 4,335.56 | $ 378,539,998.09 |
| 9/11/2018 | 9/13/2018 | JPM | | $ - | $ - | $ - | $ - | 1,548,375 | $ 221.4072 | $ 342,821,373.30 | $ 3,870.94 | $ 342,825,244.24 | 1,548,375 | $ 221.4072 | $ 342,821,373.30 | $ 3,870.94 | $ 342,825,244.24 |
| 9/12/2018 | 9/14/2018 | JPM | | $ - | $ - | $ - | $ - | 1,546,804 | $ 221.6319 | $ 342,821,109.45 | $ 3,867.01 | $ 342,824,976.46 | 1,546,804 | $ 221.6319 | $ 342,821,109.45 | $ 3,867.01 | $ 342,824,976.46 |
| 9/13/2018 | 9/17/2018 | JPM | | $ - | $ - | $ - | $ - | 1,333,590 | $ 225.8227 | $ 301,154,894.49 | $ 3,333.98 | $ 301,158,228.47 | 1,333,590 | $ 225.8227 | $ 301,154,894.49 | $ 3,333.98 | $ 301,158,228.47 |
| 9/14/2018 | 9/18/2018 | JPM | | $ - | $ - | $ - | $ - | 1,544,904 | $ 224.3566 | $ 346,609,408.77 | $ 3,862.26 | $ 346,613,271.03 | 1,544,904 | $ 224.3566 | $ 346,609,408.77 | $ 3,862.26 | $ 346,613,271.03 |
| 9/17/2018 | 9/19/2018 | JPM | | $ - | $ - | $ - | $ - | 1,802,153 | $ 220.0621 | $ 396,585,573.70 | $ 4,505.38 | $ 396,590,079.08 | 1,802,153 | $ 220.0621 | $ 396,585,573.70 | $ 4,505.38 | $ 396,590,079.08 |
| 9/18/2018 | 9/20/2018 | JPM | | $ - | $ - | $ - | $ - | 1,805,867 | $ 219.6139 | $ 396,593,494.75 | $ 4,514.67 | $ 396,598,009.42 | 1,805,867 | $ 219.6139 | $ 396,593,494.75 | $ 4,514.67 | $ 396,598,009.42 |
| 9/19/2018 | 9/21/2018 | JPM | | $ - | $ - | $ - | $ - | 1,823,848 | $ 217.4589 | $ 396,611,979.85 | $ 4,559.62 | $ 396,616,539.47 | 1,823,848 | $ 217.4589 | $ 396,611,979.85 | $ 4,559.62 | $ 396,616,539.47 |
| 9/20/2018 | 9/24/2018 | JPM | | $ - | $ - | $ - | $ - | 1,471,850 | $ 220.9456 | $ 325,198,781.36 | $ 3,679.63 | $ 325,202,460.99 | 1,471,850 | $ 220.9456 | $ 325,198,781.36 | $ 3,679.63 | $ 325,202,460.99 |
| 9/21/2018 | 9/25/2018 | JPM | | $ - | $ - | $ - | $ - | 1,864,420 | $ 219.1123 | $ 408,517,354.37 | $ 4,661.05 | $ 408,522,015.42 | 1,864,420 | $ 219.1123 | $ 408,517,354.37 | $ 4,661.05 | $ 408,522,015.42 |
| 9/24/2018 | 9/26/2018 | JPM | | $ - | $ - | $ - | $ - | 1,434,936 | $ 218.9027 | $ 314,111,364.73 | $ 3,587.34 | $ 314,114,952.07 | 1,434,936 | $ 218.9027 | $ 314,111,364.73 | $ 3,587.34 | $ 314,114,952.07 |
| 9/25/2018 | 9/27/2018 | JPM | | $ - | $ - | $ - | $ - | 1,386,205 | $ 221.5534 | $ 307,118,430.85 | $ 3,465.51 | $ 307,121,896.36 | 1,386,205 | $ 221.5534 | $ 307,118,430.85 | $ 3,465.51 | $ 307,121,896.36 |
| 9/26/2018 | 9/28/2018 | JPM | | $ - | $ - | $ - | $ - | 1,386,188 | $ 222.3698 | $ 308,246,348.32 | $ 3,465.47 | $ 308,249,813.79 | 1,386,188 | $ 222.3698 | $ 308,246,348.32 | $ 3,465.47 | $ 308,249,813.79 |
| 9/27/2018 | 10/1/2018 | JPM | | $ - | $ - | $ - | $ - | 908,857 | $ 224.9200 | $ 204,420,116.44 | $ 2,272.14 | $ 204,422,388.58 | 908,857 | $ 224.9200 | $ 204,420,116.44 | $ 2,272.14 | $ 204,422,388.58 |
| 9/28/2018 | 10/2/2018 | JPM | | $ - | $ - | $ - | $ - | 1,579,890 | $ 224.9174 | $ 355,344,751.09 | $ 3,949.73 | $ 355,348,700.82 | 1,579,890 | $ 224.9174 | $ 355,344,751.09 | $ 3,949.73 | $ 355,348,700.82 |
| Q4'18 Total | | | 40,450,726 | $ 213.3340 | $ 8,629,514,939.80 | $ 109,364.19 | $ 8,629,624,303.99 | 52,012,571 | $ 207.9715 | $ 10,817,131,674.45 | $ 130,031.49 | $ 10,817,261,705.94 | 92,463,297 | $ 210.3175 | $ 19,446,646,614.25 | $ 239,395.68 | $ 19,446,886,009.93 |

**AAPL Share Repurchase Summary**
**Q3'18**

| | | | OPEN MARKET PURCHASES | | | | | 10b5-1 PURCHASES | | | | | TOTAL PURCHASES | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Settle Date | Bank Cparty | Shares | Ave. Price | Principal | Commissions | Net Amt | Shares | Ave. Price | Principal | Commissions | Net Amt | Total Shares | Ave. Price | Principal | Commissions | Net Amt |
| 4/2/2018 | 4/4/2018 | JPM | | $ - | $ - | $ - | | 3,126,878 | $ 166.5655 | $ 520,829,997.51 | $ 7,817.20 | $ 520,837,814.71 | 3,126,878 | $ 166.5655 | $ 520,829,997.51 | $ 7,817.20 | $ 520,837,814.71 |
| 4/3/2018 | 4/5/2018 | JPM | | $ - | $ - | $ - | | 3,125,175 | $ 166.6560 | $ 520,829,164.80 | $ 7,812.94 | $ 520,836,977.74 | 3,125,175 | $ 166.6560 | $ 520,829,164.80 | $ 7,812.94 | $ 520,836,977.74 |
| 4/4/2018 | 4/6/2018 | JPM | | $ - | $ - | $ - | | 3,084,889 | $ 168.8326 | $ 520,829,830.58 | $ 7,712.22 | $ 520,837,542.80 | 3,084,889 | $ 168.8326 | $ 520,829,830.58 | $ 7,712.22 | $ 520,837,542.80 |
| 4/5/2018 | 4/9/2018 | JPM | | $ - | $ - | $ - | | 3,004,785 | $ 173.3335 | $ 520,829,900.80 | $ 7,511.96 | $ 520,837,412.76 | 3,004,785 | $ 173.3335 | $ 520,829,900.80 | $ 7,511.96 | $ 520,837,412.76 |
| 4/6/2018 | 4/10/2018 | JPM | | $ - | $ - | $ - | | 3,054,904 | $ 170.4891 | $ 520,827,833.55 | $ 7,637.26 | $ 520,835,470.81 | 3,054,904 | $ 170.4891 | $ 520,827,833.55 | $ 7,637.26 | $ 520,835,470.81 |
| 4/9/2018 | 4/11/2018 | JPM | | $ - | $ - | $ - | | 3,029,990 | $ 171.8916 | $ 520,829,829.08 | $ 7,574.98 | $ 520,837,404.06 | 3,029,990 | $ 171.8916 | $ 520,829,829.08 | $ 7,574.98 | $ 520,837,404.06 |
| 4/10/2018 | 4/12/2018 | JPM | | $ - | $ - | $ - | | 3,010,149 | $ 173.0246 | $ 520,829,826.67 | $ 7,525.37 | $ 520,837,352.04 | 3,010,149 | $ 173.0246 | $ 520,829,826.67 | $ 7,525.37 | $ 520,837,352.04 |
| 4/11/2018 | 4/13/2018 | JPM | | $ - | $ - | $ - | | 3,012,855 | $ 172.8692 | $ 520,829,833.57 | $ 7,532.14 | $ 520,837,365.71 | 3,012,855 | $ 172.8692 | $ 520,829,833.57 | $ 7,532.14 | $ 520,837,365.71 |
| 4/12/2018 | 4/16/2018 | JPM | | $ - | $ - | $ - | | 2,985,506 | $ 174.4528 | $ 520,829,881.12 | $ 7,463.77 | $ 520,837,344.89 | 2,985,506 | $ 174.4528 | $ 520,829,881.12 | $ 7,463.77 | $ 520,837,344.89 |
| 4/13/2018 | 4/17/2018 | JPM | | $ - | $ - | $ - | | 2,977,347 | $ 174.9309 | $ 520,829,990.32 | $ 7,443.37 | $ 520,837,433.69 | 2,977,347 | $ 174.9309 | $ 520,829,990.32 | $ 7,443.37 | $ 520,837,433.69 |
| 4/16/2018 | 4/18/2018 | JPM | | $ - | $ - | $ - | | 2,965,065 | $ 175.6554 | $ 520,829,678.60 | $ 7,412.66 | $ 520,837,091.26 | 2,965,065 | $ 175.6554 | $ 520,829,678.60 | $ 7,412.66 | $ 520,837,091.26 |
| 4/17/2018 | 4/19/2018 | JPM | | $ - | $ - | $ - | | 2,925,656 | $ 178.0216 | $ 520,829,962.17 | $ 7,314.14 | $ 520,837,276.31 | 2,925,656 | $ 178.0216 | $ 520,829,962.17 | $ 7,314.14 | $ 520,837,276.31 |
| 4/18/2018 | 4/20/2018 | JPM | | $ - | $ - | $ - | | 2,925,583 | $ 178.0260 | $ 520,829,839.16 | $ 7,313.96 | $ 520,837,153.12 | 2,925,583 | $ 178.0260 | $ 520,829,839.16 | $ 7,313.96 | $ 520,837,153.12 |
| 4/19/2018 | 4/23/2018 | JPM | | $ - | $ - | $ - | | 2,997,895 | $ 173.7319 | $ 520,829,994.35 | $ 7,494.74 | $ 520,837,489.09 | 2,997,895 | $ 173.7319 | $ 520,829,994.35 | $ 7,494.74 | $ 520,837,489.09 |
| 4/20/2018 | 4/24/2018 | JPM | | $ - | $ - | $ - | | 3,123,959 | $ 166.7211 | $ 520,829,880.83 | $ 7,809.90 | $ 520,837,690.73 | 3,123,959 | $ 166.7211 | $ 520,829,880.83 | $ 7,809.90 | $ 520,837,690.73 |
| 4/23/2018 | 4/25/2018 | JPM | | $ - | $ - | $ - | | 3,144,924 | $ 165.6097 | $ 520,829,920.16 | $ 7,862.31 | $ 520,837,782.47 | 3,144,924 | $ 165.6097 | $ 520,829,920.16 | $ 7,862.31 | $ 520,837,782.47 |
| 4/24/2018 | 4/26/2018 | JPM | | $ - | $ - | $ - | | 3,181,748 | $ 163.6930 | $ 520,829,875.36 | $ 7,954.37 | $ 520,837,829.73 | 3,181,748 | $ 163.6930 | $ 520,829,875.36 | $ 7,954.37 | $ 520,837,829.73 |
| 4/25/2018 | 4/27/2018 | JPM | | $ - | $ - | $ - | | 3,167,551 | $ 164.4267 | $ 520,829,958.01 | $ 7,918.88 | $ 520,837,876.89 | 3,167,551 | $ 164.4267 | $ 520,829,958.01 | $ 7,918.88 | $ 520,837,876.89 |
| 4/26/2018 | 4/30/2018 | JPM | | $ - | $ - | $ - | | 3,165,545 | $ 164.5309 | $ 520,829,967.84 | $ 7,913.86 | $ 520,837,881.70 | 3,165,545 | $ 164.5309 | $ 520,829,967.84 | $ 7,913.86 | $ 520,837,881.70 |
| 4/27/2018 | 5/1/2018 | JPM | | $ - | $ - | $ - | | 3,208,051 | $ 162.3509 | $ 520,829,967.10 | $ 8,020.13 | $ 520,837,987.23 | 3,208,051 | $ 162.3509 | $ 520,829,967.10 | $ 8,020.13 | $ 520,837,987.23 |
| 4/30/2018 | 5/2/2018 | JPM | | $ - | $ - | $ - | | 1,359,344 | $ 165.5209 | $ 224,999,842.29 | $ 3,398.36 | $ 225,003,240.65 | 1,359,344 | $ 165.5209 | $ 224,999,842.29 | $ 3,398.36 | $ 225,003,240.65 |
| 5/1/2018 | 5/3/2018 | JPM | | $ - | $ - | $ - | | 1,343,905 | $ 167.4225 | $ 224,999,934.86 | $ 3,359.76 | $ 225,003,294.62 | 1,343,905 | $ 167.4225 | $ 224,999,934.86 | $ 3,359.76 | $ 225,003,294.62 |
| 5/2/2018 | 5/4/2018 | JPM | | $ - | $ - | $ - | | 1,274,573 | $ 176.5296 | $ 224,999,861.86 | $ 3,186.43 | $ 225,003,048.29 | 1,274,573 | $ 176.5296 | $ 224,999,861.86 | $ 3,186.43 | $ 225,003,048.29 |
| 5/3/2018 | 5/7/2018 | JPM | 1,278,142 | $ 176.0367 | $ 224,999,899.81 | $ 3,195.36 | $ 225,003,095.17 | | $ - | $ - | $ - | | 1,278,142 | 176.0367 | 224,999,899.81 | 3,195.36 | 225,003,095.17 |
| 5/4/2018 | 5/8/2018 | JPM | 1,232,551 | $ 182.5482 | $ 224,999,966.46 | $ 3,081.38 | $ 225,003,047.84 | | $ - | $ - | $ - | | 1,232,551 | 182.5482 | 224,999,966.46 | 3,081.38 | 225,003,047.84 |
| 5/7/2018 | 5/9/2018 | DB | 1,206,727 | $ 186.4547 | $ 224,999,920.77 | $ 4,223.54 | $ 225,004,144.31 | | $ - | $ - | $ - | | 1,206,727 | 186.4547 | 224,999,920.77 | 4,223.54 | 225,004,144.31 |
| 5/8/2018 | 5/10/2018 | DB | 1,214,941 | $ 185.1941 | $ 224,999,905.05 | $ 4,252.29 | $ 225,004,157.34 | | $ - | $ - | $ - | | 1,214,941 | 185.1941 | 224,999,905.05 | 4,252.29 | 225,004,157.34 |
| 5/9/2018 | 5/11/2018 | DB | 1,207,787 | $ 186.2910 | $ 224,999,848.02 | $ 4,227.25 | $ 225,004,075.27 | | $ - | $ - | $ - | | 1,207,787 | 186.2910 | 224,999,848.02 | 4,227.25 | 225,004,075.27 |
| 5/10/2018 | 5/14/2018 | DB | 1,189,066 | $ 189.2239 | $ 224,999,705.88 | $ 4,161.73 | $ 225,003,867.61 | | $ - | $ - | $ - | | 1,189,066 | 189.2239 | 224,999,705.88 | 4,161.73 | 225,003,867.61 |
| 5/11/2018 | 5/15/2018 | DB | 1,191,612 | $ 188.8197 | $ 224,999,820.36 | $ 4,170.64 | $ 225,003,991.00 | | $ - | $ - | $ - | | 1,191,612 | 188.8197 | 224,999,820.36 | 4,170.64 | 225,003,991.00 |
| 5/14/2018 | 5/16/2018 | MS | 1,191,766 | $ 188.7954 | $ 224,999,938.68 | $ 2,979.42 | $ 225,002,918.10 | | $ - | $ - | $ - | | 1,191,766 | 188.7954 | 224,999,938.68 | 2,979.42 | 225,002,918.10 |
| 5/15/2018 | 5/17/2018 | MS | 1,209,129 | $ 186.0843 | $ 224,999,923.57 | $ 3,022.82 | $ 225,002,946.39 | | $ - | $ - | $ - | | 1,209,129 | 186.0843 | 224,999,923.57 | 3,022.82 | 225,002,946.39 |
| 5/16/2018 | 5/18/2018 | MS | 1,198,810 | $ 187.6861 | $ 224,999,973.54 | $ 2,997.03 | $ 225,002,970.57 | | $ - | $ - | $ - | | 1,198,810 | 187.6861 | 224,999,973.54 | 2,997.03 | 225,002,970.57 |
| 5/17/2018 | 5/21/2018 | MS | 1,198,688 | $ 187.7052 | $ 224,999,970.78 | $ 2,996.72 | $ 225,002,967.50 | | $ - | $ - | $ - | | 1,198,688 | 187.7052 | 224,999,970.78 | 2,996.72 | 225,002,967.50 |
| 5/18/2018 | 5/22/2018 | MS | 1,202,993 | $ 187.0335 | $ 224,999,991.27 | $ 3,007.48 | $ 225,002,998.75 | | $ - | $ - | $ - | | 1,202,993 | 187.0335 | 224,999,991.27 | 3,007.48 | 225,002,998.75 |
| 5/21/2018 | 5/23/2018 | BAML | 1,143,471 | $ 188.0230 | $ 214,998,847.83 | $ 2,858.68 | $ 215,001,706.51 | | $ - | $ - | $ - | | 1,143,471 | 188.0230 | 214,998,847.83 | 2,858.68 | 215,001,706.51 |
| 5/22/2018 | 5/24/2018 | BAML | 1,145,760 | $ 187.6479 | $ 214,999,457.90 | $ 2,864.40 | $ 215,002,322.30 | | $ - | $ - | $ - | | 1,145,760 | 187.6479 | 214,999,457.90 | 2,864.40 | 215,002,322.30 |
| 5/23/2018 | 5/25/2018 | BAML | 1,151,430 | $ 186.7243 | $ 214,999,960.75 | $ 2,878.58 | $ 215,002,839.33 | | $ - | $ - | $ - | | 1,151,430 | 186.7243 | 214,999,960.75 | 2,878.58 | 215,002,839.33 |
| 5/24/2018 | 5/29/2018 | BAML | 1,144,658 | $ 187.8289 | $ 214,999,853.02 | $ 2,861.65 | $ 215,002,714.67 | | $ - | $ - | $ - | | 1,144,658 | 187.8289 | 214,999,853.02 | 2,861.65 | 215,002,714.67 |
| 5/25/2018 | 5/30/2018 | BAML | 1,137,830 | $ 188.9557 | $ 214,999,464.13 | $ 2,844.58 | $ 215,002,308.71 | | $ - | $ - | $ - | | 1,137,830 | 188.9557 | 214,999,464.13 | 2,844.58 | 215,002,308.71 |
| 5/29/2018 | 5/31/2018 | MS | 1,145,665 | $ 187.6638 | $ 214,999,847.43 | $ 2,864.16 | $ 215,002,711.59 | | $ - | $ - | $ - | | 1,145,665 | 187.6638 | 214,999,847.43 | 2,864.16 | 215,002,711.59 |
| 5/30/2018 | 6/1/2018 | MS | 1,148,084 | $ 187.2684 | $ 214,999,853.75 | $ 2,870.21 | $ 215,002,723.96 | | $ - | $ - | $ - | | 1,148,084 | 187.2684 | 214,999,853.75 | 2,870.21 | 215,002,723.96 |
| 5/31/2018 | 6/4/2018 | MS | 1,086,310 | $ 187.2475 | $ 203,408,831.73 | $ 2,715.78 | $ 203,411,547.51 | | $ - | $ - | $ - | | 1,086,310 | 187.2475 | 203,408,831.73 | 2,715.78 | 203,411,547.51 |
| 6/1/2018 | 6/5/2018 | GS | | $ - | $ - | $ - | | 910,979 | $ 189.5008 | $ 172,631,249.28 | $ 2,277.45 | $ 172,633,526.73 | 910,979 | 189.5008 | 172,631,249.28 | 2,277.45 | 172,633,526.73 |
| 6/4/2018 | 6/6/2018 | GS | | $ - | $ - | $ - | | 865,336 | $ 192.2587 | $ 166,368,374.42 | $ 2,163.34 | $ 166,370,537.76 | 865,336 | 192.2587 | 166,368,374.42 | 2,163.34 | 166,370,537.76 |
| 6/5/2018 | 6/7/2018 | GS | | $ - | $ - | $ - | | 861,445 | $ 193.1271 | $ 166,368,374.66 | $ 2,153.61 | $ 166,370,528.27 | 861,445 | 193.1271 | 166,368,374.66 | 2,153.61 | 166,370,528.27 |
| 6/6/2018 | 6/8/2018 | GS | | $ - | $ - | $ - | | 861,995 | $ 193.0036 | $ 166,368,138.18 | $ 2,154.99 | $ 166,370,293.17 | 861,995 | 193.0036 | 166,368,138.18 | 2,154.99 | 166,370,293.17 |
| 6/7/2018 | 6/11/2018 | GS | | $ - | $ - | $ - | | 860,932 | $ 193.2422 | $ 166,368,393.73 | $ 2,152.33 | $ 166,370,546.06 | 860,932 | 193.2422 | 166,368,393.73 | 2,152.33 | 166,370,546.06 |
| 6/8/2018 | 6/12/2018 | GS | | $ - | $ - | $ - | | 871,837 | $ 190.8250 | $ 166,368,295.53 | $ 2,179.59 | $ 166,370,475.12 | 871,837 | 190.8250 | 166,368,295.53 | 2,179.59 | 166,370,475.12 |
| 6/11/2018 | 6/13/2018 | GS | | $ - | $ - | $ - | | 870,212 | $ 191.1814 | $ 166,368,348.46 | $ 2,175.53 | $ 166,370,523.99 | 870,212 | 191.1814 | 166,368,348.46 | 2,175.53 | 166,370,523.99 |
| 6/12/2018 | 6/14/2018 | GS | | $ - | $ - | $ - | | 867,960 | $ 191.6776 | $ 166,368,489.70 | $ 2,169.90 | $ 166,370,659.60 | 867,960 | 191.6776 | 166,368,489.70 | 2,169.90 | 166,370,659.60 |
| 6/13/2018 | 6/15/2018 | GS | | $ - | $ - | $ - | | 866,306 | $ 192.0434 | $ 166,368,349.68 | $ 2,165.77 | $ 166,370,515.45 | 866,306 | 192.0434 | 166,368,349.68 | 2,165.77 | 166,370,515.45 |
| 6/14/2018 | 6/18/2018 | GS | | $ - | $ - | $ - | | 871,230 | $ 190.9581 | $ 166,368,425.46 | $ 2,178.08 | $ 166,370,603.54 | 871,230 | 190.9581 | 166,368,425.46 | 2,178.08 | 166,370,603.54 |
| 6/15/2018 | 6/19/2018 | GS | | $ - | $ - | $ - | | 1,361,295 | $ 188.9924 | $ 257,274,409.16 | $ 3,403.24 | $ 257,277,812.40 | 1,361,295 | 188.9924 | 257,274,409.16 | 3,403.24 | 257,277,812.40 |
| 6/18/2018 | 6/20/2018 | GS | | $ - | $ - | $ - | | 1,363,878 | $ 188.6369 | $ 257,277,717.90 | $ 3,409.70 | $ 257,281,127.60 | 1,363,878 | 188.6369 | 257,277,717.90 | 3,409.70 | 257,281,127.60 |
| 6/19/2018 | 6/21/2018 | GS | | $ - | $ - | $ - | | 1,391,000 | $ 185.0831 | $ 257,450,592.10 | $ 3,477.50 | $ 257,454,069.60 | 1,391,000 | 185.0831 | 257,450,592.10 | 3,477.50 | 257,454,069.60 |
| 6/20/2018 | 6/22/2018 | GS | | $ - | $ - | $ - | | 1,377,958 | $ 186.6902 | $ 257,251,254.61 | $ 3,444.90 | $ 257,254,699.51 | 1,377,958 | 186.6902 | 257,251,254.61 | 3,444.90 | 257,254,699.51 |
| 6/21/2018 | 6/25/2018 | GS | | $ - | $ - | $ - | | 1,455,160 | $ 186.2518 | $ 271,026,169.29 | $ 3,637.90 | $ 271,029,807.19 | 1,455,160 | 186.2518 | 271,026,169.29 | 3,637.90 | 271,029,807.19 |
| 6/22/2018 | 6/26/2018 | GS | | $ - | $ - | $ - | | 1,374,667 | $ 185.4860 | $ 254,981,483.16 | $ 3,436.67 | $ 254,984,919.83 | 1,374,667 | 185.4860 | 254,981,483.16 | 3,436.67 | 254,984,919.83 |
| 6/25/2018 | 6/27/2018 | GS | | $ - | $ - | $ - | | 2,494,894 | $ 182.3442 | $ 454,929,450.51 | $ 6,237.24 | $ 454,935,687.75 | 2,494,894 | 182.3442 | 454,929,450.51 | 6,237.24 | 454,935,687.75 |
| 6/26/2018 | 6/28/2018 | GS | | $ - | $ - | $ - | | 1,139,786 | $ 184.5756 | $ 210,376,684.82 | $ 2,849.47 | $ 210,379,534.29 | 1,139,786 | 184.5756 | 210,376,684.82 | 2,849.47 | 210,379,534.29 |
| 6/27/2018 | 6/29/2018 | GS | | $ - | $ - | $ - | | 2,119,117 | $ 185.4249 | $ 392,937,057.81 | $ 5,297.79 | $ 392,942,355.60 | 2,119,117 | 185.4249 | 392,937,057.81 | 5,297.79 | 392,942,355.60 |
| 6/28/2018 | 7/2/2018 | GS | | $ - | $ - | $ - | | 1,005,670 | $ 184.7981 | $ 185,845,905.23 | $ 2,514.18 | $ 185,848,419.41 | 1,005,670 | 184.7981 | 185,845,905.23 | 2,514.18 | 185,848,419.41 |
| 6/29/2018 | 7/3/2018 | GS | | $ - | $ - | $ - | | 164,771 | $ 186.3362 | $ 30,702,802.01 | $ 411.93 | $ 30,703,213.94 | 164,771 | 186.3362 | 30,702,802.01 | 411.93 | 30,703,213.94 |
| Q3'18 Total | | | 23,625,420 | $ 186.5958 | $ 4,408,404,980.73 | $ 65,073.70 | $ 4,408,470,054.43 | 89,152,705 | $ 174.8864 | $ 15,591,594,736.29 | $ 222,881.82 | $ 15,591,817,618.11 | 112,778,125 | $ 177.3394 | $ 19,999,999,717.02 | $ 287,955.52 | $ 20,000,287,672.54 |