JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
MICHAEL D. TORPEY (SBN 79424)
mtorpey@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:  (415) 773-5700
Facsimile:  (415) 773-5759

Attorneys for Defendants Apple Inc.,
Timothy Cook, and Luca Maestri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No. 4:19-cv-02033-YGR<br><br>**DECLARATION OF KEVAN PAREKH IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br><u>Hearing</u><br>Date:  TBD<br>Time:  2:00 p.m.<br>Ctrm:  1, 14th Floor<br>Judge:  Honorable Yvonne Gonzalez Rogers |

I, Kevan Parekh, hereby declare as follows:

1. I am the Vice President of Sales, Marketing, and Retail Finance at Apple Inc. ("Apple" or the "Company") and have been employed by the Company since 2013. In 2018, I was the Vice President of Sales and Marketing Finance where I had a dual reporting line to Phil Schiller, Apple's then-Senior Vice President of Worldwide Marketing, and Luca Maestri, Apple's Chief Financial Officer.

2. I submit this declaration in support of Defendants' Motion for Summary Judgment on all claims asserted in the Revised Consolidated Class Action Complaint for Violation of the Federal Securities Laws. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

**Apple's FQ4 2018 Call**

3. On November 1, 2018, Apple reported the financial results for its fourth fiscal quarter of 2018 ("FQ4 2018"), which ended September 29, 2018, and then held a conference call with analysts to discuss those results (the "FQ4 2018 Call"). I did not participate on Apple's FQ4 2018 Call, but I did listen to it, as I regularly do for Apple's earnings calls. I am familiar with Apple's practices on these calls from working with Messrs. Cook and Maestri over the years.

4. Attached as **Exhibit ("Ex.") 9** is a true and correct copy of Apple's FQ4 2018 earnings call binder that Tabitha Ahearn, a member of Apple's corporate financial planning and analysis ("FP&A") team, emailed to me, members of Apple's investor relations team, and others on October 10, 2018. As the title of this document (the "Q4'18 Quarter End Earnings Report Final") suggests, this binder consists of an extensive analysis on Apple's performance in FQ4 2018 and its performance in the full fiscal year 2018 ("FY 2018"), which Apple used to prepare for the FQ4 2018 Call. Ex. 9 at APL_SECLIT_00281758. This report only contains historical data and does not contain any information about Apple's performance in its first fiscal quarter of 2019 ("FQ1 2019"), which began on September 30, 2018.

5. During the FQ4 2018 Call, an analyst from Bank of America Merrill Lynch, Wamsi Mohan, asked Mr. Cook a question about emerging markets and China. Exhibit 3 at 7. When Mr. Cook responded that he "would not put China in that category," I understood Mr. Cook

to be distinguishing Apple's business in China during FQ4 2018, where revenue grew 16% year-over-year ("YoY"), from Apple's FQ4 2018 performance in Turkey, India, Brazil, and Russia, where currency weakness had significantly decelerated Apple's revenue growth. I did not understand Mr. Cook to be giving an intra-quarter or interim update on Apple's business in China in FQ1 2019 or to say that "no pressure" existed on Apple's business in China.

**Apple's Performance in China in October 2018**

6.  Despite the difficult market conditions that existed in China throughout 2018, Apple was performing well in China leading up to November 1, 2018. Attached as **Exhibit 10** is a true and correct copy of Apple's daily iPhone performance report dated November 1, 2018. I am familiar with these reports and am a regular recipient of them. As the report indicates, as of November 1, 2018, YoY iPhone unbrickings[1] in Greater China[2] ("China") were 7% higher than they were in FQ4 2018. *Id.* at APL-SECLIT_00057926. In other words, while China iPhone unbrickings were negative 4% YoY through October 2018, they were negative 11% YoY in FQ4 2018. *Id.* This is a notable fact because in FQ4 2018, Apple's iPhone revenue in China grew 27% YoY. Ex. 9 at APL-SECLIT_00281845. Although Apple was selling fewer iPhones in China, it was earning more revenue because consumers were purchasing more expensive models. *Id.* (showing that iPhone ASPs or average selling prices in China increased $300 YoY in FQ4 2018). Notably, unbrickings of Apple's newly-released iPhones (the iPhones XS Max, XS, and XR) as of November 1, 2018 in China were 12% higher YoY than unbrickings of Apple's newly-released iPhones from the fall of 2017. Ex. 10 at APL-SECLIT_00057926.

**The iPhone XR Launch**

7.  On October 26, 2018, Apple launched its new iPhone model, the iPhone XR, in stores in most but not all of its markets. The markets where the iPhone XR started selling in stores on October 26, 2018 included China, the United States, Japan, most European countries, Russia, and India, but not Brazil or Turkey. The iPhone XR launched in Brazil on November 9,

---

[1] An unbricking refers to the moment a consumer activates an iPhone. We consider this metric to be a proxy of consumer demand.

[2] Apple's "Greater China" region includes China, Hong Kong, and Taiwan, and which I refer to herein as "China," for the sake of simplicity.

2018 and Turkey on November 30, 2018.

8. The launch of the iPhone XR was unprecedented in several respects which created uncertainty around how to judge and forecast demand for the product. First, the iPhone XR was a first-of-its-kind product and therefore did not have a true comparison to predecessor iPhones that we could build our forecasts from. The iPhone XR had a unique form factor (or screen size), it was available in brand new colors, and had various other first-time specifications, including a new liquid-crystal display and an aluminum enclosure. The iPhone XR was also offered at new, more consumer-friendly price points. In the United States, the entry level iPhone XR was available for $749 compared to the entry level iPhones XS and XS Max, which were available for $999 and $1,099, respectively.

9. Furthermore, the launch of the iPhone XR was the first time Apple had ever conducted a staggered launch where it launched its consumer product (*i.e.*, lower priced, more budget-friendly) a month after its top-of-the-line products (*i.e.*, higher priced, geared for technology professionals or enthusiasts). Apple's top-of-the-line iPhone models in the fall of 2018 were the iPhones XS and XS Max, which launched on September 21, 2018. The timing of the iPhone XR launch was dictated by what the engineering schedule required in order for the product to be ready for mass production. This unique, staggered launch created uncertainty around the mix of the new iPhone models that consumers would purchase; for example, whether a consumer who did not purchase the iPhone XS or XS Max in September was waiting to see the iPhone XR or whether a consumer waiting to see the iPhone XR would instead decide to purchase the iPhone XS or XS Max, or a different iPhone altogether.

10. Because the iPhone XR was Apple's consumer iPhone line, we did not expect it to be an early-adopter product. Early-adopter products are typically Apple's top-of-the-line products, like the iPhone XS and XS Max, which generate great fanfare around their launches and can lead to long lines before their release and early purchases. We expected demand for the iPhone XR to be something that built over time, once consumers had more opportunity to see the product in person, appreciate its unique attributes, and realize the value proposition. For this reason, comparisons of the iPhone XR's early performance against the early performance of

early-adopter iPhones, like the iPhones XS, XS Max, or the previous year's iPhone X, were not meaningful measures. Similarly, comparisons of the iPhone XR's launch performance against the launch performance of the iPhones 8 and 8 Plus were also flawed measurements because that was comparing two phones against one. In short, all of the iPhone XR performance comparisons, especially in its early going, were imprecise measurements of its performance.

11. Although we expected the iPhone XR to be a slower starter, early performance still came in below our expectations. We believed that the underperformance of the iPhone XR in its early going may have been due to the fact that we had not done enough to market the product and bring awareness to its value and unique attributes following the launch of iPhone XS and XS Max. We did not believe, however, that the slower-than-expected iPhone XR launch was due to macroeconomic reasons unique to any particular country because the iPhone XR's performance was similar across the entire world. In other words, this was a product-specific issue, not a region-specific issue.

12. The iPhone XR's early performance in China was consistent with, or even better than, its performance in other major regions. Attached as **Exhibit 11** is a true and correct copy of an email that I sent Mr. Cook, Mr. Maestri, and other Apple executives on October 28, 2018 attaching a presentation that we reviewed together later that day. On page ten of the presentation is a chart that details Apple retail store traffic on a YoY basis in major regions. *Id.* at APL-SECLIT_00099236. On launch day, October 26, 2018, traffic to Apple stores in China was 39% higher than it was on the same day a year ago, compared to 11% higher in the U.S. and the worldwide average of 16%. *Id.* Retail traffic in China was growing on a YoY basis in each of the first four weeks of FQ1 2019 and higher than the worldwide average in weeks two through four. *Id.* The region where retail store traffic performed the worst on a YoY basis was Apple's IMMEA region, which includes India, Turkey, and Russia. *Id.*

13. Moreover, as detailed in Exhibit 10, iPhone XR unbrickings in China as of November 1, 2018 were down 75% YoY compared to the iPhones 8 and 8 Plus (Ex. 10 at APL-SECLIT_00057926), which was better than the worldwide average of negative 80% YoY (*id.* at APL-SECLIT_00057900); better than major regions like the U.S. (negative 80% YoY, *id.* at

4

DECLARATION OF KEVAN PAREKH IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
CASE NO. 4:19-CV-02033-YGR

APL-SECLIT_00057920), Western Europe (negative 81% YoY, *id.* at APL-SECLIT_00057923), and Japan (negative 84% YoY, *id.* at APL-SECLIT_00057925); and better than Russia (negative 86% YoY, *id.* at APL-SECLIT_00057982) and India (negative 88% YoY, *id.* at APL-SECLIT_00057999).

14. Because of the iPhone XR's slower-than-expected start, we lowered our FQ1 2019 sales forecasts for the iPhone XR to account for the fact that, even though we expected its demand to pick up, there were fewer days left in the quarter to make those sales. Attached as **Exhibit 12** is a true and correct copy of Apple's FQ1 2019 unit sales forecasts that Apple's Supply Demand Management ("SDM") team emailed to me, Mr. Cook, Mr. Maestri, and others on October 25, 2018. As of October 25, 2018, a day before the launch of the iPhone XR, we forecasted that we would sell 32.2 million units of the iPhone XR over the course of FQ1 2019 in all markets. *Id.* at APL-SECLIT_00283669. Attached as **Exhibit 13** is a true and correct copy of Apple's FQ1 2019 unit sales forecasts that Apple's SDM team emailed to me, Mr. Cook, Mr. Maestri, and others on November 1, 2018. As of November 1, 2018, we had reduced our forecasted iPhone XR sales for FQ1 2019 to 22.3 million units in all markets. *Id.* at APL-SECLIT_00285262. This reduction in our iPhone XR sales forecasts, however, did not mean that we expected to lose those sales altogether. Instead, between this same time period, we increased our sales forecasts for Apple's older models from 20.8 million to 26.4 million, as we expected that would-be iPhone XR purchasers were shifting towards older generation iPhones, like the iPhones X, 8, and 8 Plus. *See* Ex. 12 at APL-SECLIT_00283669; Ex. 13 at APL-SECLIT_00285262.

15. We incorporated these lowered iPhone XR forecasts into our overall revenue forecasts for FQ1 2019, which informed the revenue guidance that we provided the market on November 1, 2018. Attached as **Exhibit 14** is a true and correct copy of our internal profit and loss ("P&L") forecast that Ms. Casey emailed to me on October 25, 2018. As of October 25, 2018, we forecasted a likely revenue scenario of $93 billion (column J, row 21), a low revenue scenario of $90.7 billion (column L, row 21), and a high revenue scenario of $99.2 billion (column P, row 21), with a placeholder guidance range of $93 to $97 billion (columns B and D,

1   row 21). *Id.* at APL-SECLIT_00496566. Attached as **Exhibit 7** is a true and correct copy of our

2   internal P&L forecasts that Ms. Casey emailed to me, Mr. Cook, Mr. Maestri, and others on

3   November 1, 2018. As of Apple's FQ4 2018 Call, we forecasted a likely revenue scenario of

4   $90.7 billion (column P, row 21), a low revenue scenario of $88.8 billion (column N, row 21),

5   and a high revenue scenario of $93.4 billion (column J, row 21), with the lowered revenue

6   guidance range of $89 to $93 billion. *Id.* at APL-SECLIT_00284951.

7       16.    Through these changes, everything we knew about the iPhone XR's performance

8   in October, as well as everything we knew about the rest of Apple's business in October, was

9   incorporated into the $89 to $93 billion forecasted guidance range that Apple provided the market

10  on November 1, 2018. In other words, the $89 to $93 billion revenue range that Apple

11  announced on its FQ4 2018 Call provided the market with an up-to-date, accurate, and informed

12  estimate of how much revenue we predicted Apple would generate by the end of FQ1 2019.

13      17.    Even though we lowered our revenue forecasts to take into account the slower-

14  than-expected iPhone XR start, we still had very little data available on the product. As of

15  November 1, 2018, we had only six days' worth of actual sales data on the iPhone XR, which is a

16  small amount by any objective measure and was far from enough information for us to be

17  comfortable drawing a conclusion on the product's demand, especially considering the fact that

18  we knew the iPhone XR was not an early-adopter product. The iPhone XR had not even

19  launched in numerous markets yet, including Turkey, Brazil, South Korea, and Indonesia.

20      18.    We also remained optimistic about the iPhone XR's potential as a product, despite

21  the slower-than-expected start. The product reviews on the iPhone XR were some of the

22  strongest reviews we'd had in years and we felt that as consumers were able to see and handle the

23  product in person, they would appreciate its value and demand would build. Indeed, major sales

24  event were on the horizon as of November 1, 2018, including Singles' Day in China (on

25  November 11), Black Friday, and Christmas.

26      19.    Ultimately, demand for the iPhone XR did build and it ended up being a

27  tremendously successful product for us. The iPhone XR became our best-selling iPhone in FQ1

28  2019 and reports estimated that it was the world's top selling smartphone in calendar 2019.

1  Attached as **Exhibit 15** is a true and correct copy of a February 26, 2020 article from
2  9to5Mac.com that references this research data.
3  **Apple's Performance In China After Its FQ4 2018 Call**
4        20.      As of November 1, 2018, Apple was on track to meet its forecast in China.  In fact,
5  Apple even exceeded its iPhone forecasts for China in early- to mid-November 2018.  Attached
6  as **Exhibit 16** is a true and correct copy of Apple's FQ1 2019 iPhone unbrickings forecast by
7  week as of November 1, 2018.  Attached as **Exhibit 17** is a true and correct copy of Apple's FQ1
8  2019 iPhone unbrickings results by week as of December 28, 2018.  For ease of reference and
9  mathematical computation, attached as **Exhibit 18** are the schedules to the Summary and Expert
10 Report of Eric Poer, dated April 27, 2022, of which Schedules 6 and 7-8 refer to the same data
11 contained in Exhibits 16 and 17.
12       21.      As of November 1, 2018, Apple projected to unbrick 944,000 iPhones in China for
13 its FQ1 2019 week five ending November 3, 2018.  Ex. 18 at Schedule 6.  Apple exceeded that
14 forecast by 8% when 1,018,000 iPhones were unbricked in China in week five.  *Id.*  Similarly, as
15 of November 1, 2018, Apple projected to unbrick 1.3 million iPhones for its FQ1 2019 week
16 seven ending November 17, 2018.  *Id.*  Apple exceeded that forecast by 4% when 1.4 million
17 iPhones were unbricked in China in week seven.  *Id.*
18       22.      Apple beating its week seven forecast in China was especially notable because
19 FQ1 2019 week seven included a major selling day in China, Singles' Day, which happened on
20 November 11, 2018.  Attached as **Exhibit 19** is a true and correct copy of an email that Brian Lu,
21 one of Apple's sales managers in China, sent to me, Mr. Cook, and Mike Fenger, Apple's Vice
22 President of iPhone Sales, informing us that Apple did well during Singles' Day in China and that
23 the iPhone XR performed even better than expected.  In all, by the end of FQ1 2019 week seven
24 on November 17, 2018, iPhone unbrickings in China were roughly in line with expectations as of
25 November 1, 2018.  Where we had forecasted to unbrick 3.36 million iPhones in weeks five
26 through seven, we actually unbricked 3.33 million iPhones, or less than a 1% difference.  Ex. 18
27 at Schedule 7-8.
28       23.      However, while iPhone performance in China was consistent with our November

1, 2018 forecast as of mid-November, other major geographies were down. Between FQ1 2019 weeks five through seven, iPhone results in all regions excluding China were cumulatively down 12% compared to their forecasts as of November 1, 2018. *Id.*

24. The unexpected iPhone underperformance in these non-China regions caught Mr. Cook's attention. Attached as **Exhibit 20** is a true and correct copy of an email that Mr. Cook sent to me, Mr. Maestri, Ms. Casey, and others on November 17, 2018. In this email, Mr. Cook noted that the quarter-to-date YoY reduction in Apple's top-of-the-line iPhones (the XS, XS Max, XR, and X in 2018 compared to the X, 8, and 8 Plus in 2017) was entirely split between the U.S. (1.2 million units) and Japan (600,000 units). *Id.* at APL-SECLIT_00292395. I responded to Mr. Cook's email with a chart, of which the attached **Exhibit 21** is a true and correct copy. As the chart illustrates, through the first seven weeks of FQ1 2019, top-of-the-line iPhone unbrickings in China were relatively flat compared to the previous year (negative 2%) while the U.S. was down 18%, Japan was down 31%, and the worldwide average was negative 10%. *Id.* at APL-SECLIT_00292388.

25. Starting around mid-November, however, iPhone performance in China started to decline below our November 1, 2018 forecast. Compared to our November 1, 2018 forecast, China iPhone unbrickings in FQ1 2019 week eight, which ended November 24, 2018, underperformed by 24%. Ex. 18 at Schedule 6. Similarly, China iPhone unbrickings in FQ1 2019 week nine, which ended December 1, 2018, missed our forecast by 28%. *Id.* Attached as **Exhibit 22** is a true and correct copy of the updated top-of-the-line iPhone comparison chart that I emailed to Mr. Cook and others on November 26, 2018, which showed that those same iPhones in China had performed 58% worse in FQ1 2019 week eight than during the same week a year prior. *Id.* at APL-SECLIT_00286356.

26. As iPhone performance in China started to deteriorate, however, the rest of the world started to recover. Attached as **Exhibit 23** is a true and correct copy of an email sent to me, Mr. Cook, Mr. Maestri, and others on November 24, 2018. In this email, the SDM team noted that while iPhone was performing above plan in Black Friday markets like the U.S. and the United Kingdom, China was performing below plan after Singles' Day, or November 11, 2018.

1 *Id.* at APL-SECLIT_00152727. That same day, Mr. Cook emailed me and Mr. Fenger asking what was happening in China and what we were doing about it. Attached as **Exhibit 24** is a true and correct copy of that email.

27. China's iPhone performance deteriorated further in December 2018. In FQ1 2019 week ten, which ended December 8, 2018, iPhone unbrickings in China were 27% below our November 1, 2018 forecast; in FQ1 2019 week eleven, which ended December 15, 2018, iPhone unbrickings were 39% below our November 1, 2018 forecast; in FQ1 2019 week twelve, which ended December 22, 2018, iPhone unbrickings were 38% below our November 1, 2018 forecast; and in FQ1 2019 week thirteen, which ended December 29, 2018, iPhone unbrickings were 31% below our November 1, 2018 forecast. Ex. 18 at Schedule 6. During this same time period, iPhone unbrickings in the rest of the world excluding China were only slightly below our November 1, 2018 plan. *Id.*

28. When it became clear that we were going to miss the revenue guidance that Apple provided on November 1, 2018, and that China's performance was responsible for the majority of that miss, we attempted to determine what caused China to underperform in the unexpected manner that it did. Though difficult to pinpoint precisely, it became evident that the significant and unexpected deterioration of macroeconomic conditions in November and December 2018 was a major factor in Apple's poor performance in China.

29. Attached as **Exhibit 25** is a true and correct copy of an email with a presentation on China attached that I sent to Mr. Maestri, Ms. Casey, and others on December 26, 2018. As discussed in the presentation, economic conditions in China soured decisively in November 2018. *Id.* at APL-SECLIT_00288415. The Manufacturing Purchasing Managers' Index (or PMI) slid to the critical level of 50 points in November, which indicated a contracting sector and the lowest level since July 2016. *Id.* Retail sales in November declined to 8.1% YoY growth, the lowest growth in ten years, from 9.2% YoY growth in September and 8.6% YoY growth in October. *Id.* The impact of this economic downturn was evident through traffic data to Apple's retail stores in China, which after growing on a YoY basis in the four weeks leading up to Apple's FQ4 2018 Call, turned negative for the remainder of the quarter. *Id.* at APL-SECLIT_00288423.

30.     Difficult market conditions do not always mean that Apple's business will not perform well.  For example, in FQ4 2018, the government-reported gross domestic product growth in China was the (then) second lowest in the last 25 years, but Apple's revenue in China still grew 16% YoY.  **Exhibit 26** (a true and correct copy of Mr. Cook's January 2, 2019 letter to Apple investors) at 2.  Even throughout FY 2018, when the Chinese smartphone market was shrinking, Apple was able to post strong double-digit revenue growth there each quarter.  Ex. 9 at APL-SECLIT_00281855, APL-SECLIT_00281868.  For this reason, it is difficult to predict how a particular economic environment might affect Apple's business performance.  While we factored into our FQ1 2019 revenue guidance risks relating to the macroeconomic uncertainty in China, we did not foresee the magnitude of the economic deceleration that would play out there.

31.     Ultimately, Apple closed its FQ1 2019 quarter with $84.3 billion in revenue, which represented a $4.7 billion, or 5%, shortfall to its $89 to $93 billion guidance range.  The majority of our shortfall to guidance came from China.  However, for the reasons discussed above, 100% of that shortfall came from Apple's performance in November and December 2018, and none of it was due to Apple's performance in October 2018, which had been incorporated into Apple's revenue guidance range that it issued on November 1, 2018.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.  Executed in Cupertino, California on September _9_, 2022.

_____
KEVAN PAREKH