# EXHIBIT 9



| | |
|---|---|
| **From:** | Tabitha Ahearn <​███​> |
| **Subject:** | Re: Q4'18 Quarter End Earnings Material |
| **Received(Date):** | Wed, 10 Oct 2018 18:42:04 -0700 |
| **Cc:** | Jason Malat <​███​>, Jessie Zhang <​███​>,Ai Ling Loo <​███​> |
| **To:** | Luca Maestri <​███​>, Saori Casey <​███​>,Nancy Paxton <​███​>, Chris Kondo <​███​>,Stephanie Shingai <​███​>, Donal Conroy <​███​>,Kevan Parekh <​███​>, Matt Blake <​███​>,Greg Sandberg <​███​> |
| **Attachment:** | PastedGraphic-14.png |
| **Attachment:** | 0 Q4'18 Table of Contents Master 8.17.18.xlsx.pdf |
| **Attachment:** | Q4'18 QE Earnings Reports Final.pdf |
| **Date:** | Wed, 10 Oct 2018 18:42:04 -0700 |

Hello Everyone,

Attached below are the final Quarter End Earnings reports. Items marked "10/10/18" in the distribution date have been updated or newly made available.

The reports have been consolidated into one PDF with a Table of Contents that should make it easier to navigate to specific reports.

To view these reports, open the attached file using preview and navigate to view on the preview toolbar. Then select "Table of Contents" and "Single Page."

If you have any questions or need any additional information, please let us know.

Thank you,

Corporate FP&A

> On Oct 5, 2018, at 8:17 PM, Tabitha Ahearn <​███​> wrote:
>
> Hello Everyone,
>
> Attached below are the Quarter End Earnings reports. Items marked preliminary will be updated when the final versions become available next week.
>
> If you have any questions or need any additional information, please let us know.
>
> Thank you,
>

> Corporate FP&A
>
> Tabitha Ahearn |    Corporate FP&A |
> <​​​​​​​​​​​​​​​​​​​​​​​​​> | * US: (C) Office:
>
> <Q4'18 Table of Contents Master.pdf>
> <Q4'18 QE Earnings Call Reports.pdf>

Tabitha Ahearn |    Corporate FP&A | | * US: (C) Office:

Hello Everyone,

Attached below are the final Quarter End Earnings reports. Items marked "10/10/18" in the distribution date have been updated or newly made available.

The reports have been consolidated into one PDF with a Table of Contents that should make it easier to navigate to specific reports.

To view these reports, open the attached file using preview and navigate to view on the preview toolbar. Then select "Table of Contents" and "Single Page."

If you have any questions or need any additional information, please let us know.

Thank you,

Corporate FP&A

On Oct 5, 2018, at 8:17 PM, Tabitha Ahearn <​​​​​​​​​​​​​​​​​​​​​​​> wrote:

Hello Everyone,

Attached below are the Quarter End Earnings reports. Items marked preliminary will be updated when the final versions become available next week.

If you have any questions or need any additional information, please let us know.

Thank you,

Corporate FP&A

Tabitha Ahearn | Corporate FP&A | ███████████ | * US: ████████ (C) Office:

<Q4'18 Table of Contents Master.pdf>

<Q4'18 QE Earnings Call Reports.pdf>

Tabitha Ahearn | Corporate FP&A | ███████████ | * US: ████████ (C) Office:

| Q4'18 Quarter End Earnings Call Folder | | | | |
|---|---|---|---|---|
| Document | Distribution Date | CQ | CFX | ST |
| **Total Company:** | | | | |
| 1. Key Highlights and Quarter End Analysis Package | | | | |
|     1a. Key Highlights & Stats | 10/10/18 | X | X | X |
|     1b. Quarter End Analysis Package | 10/10/18 | X | X | X |
| 2. Historical Record Tracking | | X | | |
|     2a. Historical Record Tracking | 10/5/18 (Prelim) 10/10/18 (Final) | X | | |
|     2b. Units and Revenue Records | 10/5/18 | X | | |
| 3. Data Sheet | | | | |
|     3a. Data Sheet (External, Internal and FY) | 10/5/18 | X | X | |
|     3b. Data Sheet Revenue Trending | 10/5/18 | X | | |
|     3c. Data Sheet Backup | 10/5/18 | X | | |
| 4. Market Stats | | | | |
|     4a. Market Stats – Revenue, ST Proxy, and Constant Currency | 10/5/18 (Prelim) 10/10/18 (Final) | X | X | X |
|     4b. Market Stats – Developed vs Emerging | 10/5/18 (Prelim) 10/10/18 (Final) | X | X | X |
|     4c. Market Stats – Revenue by Product Contribution (Q4'18/FY'18) | 10/5/18 | X | X | |
|     4d. Market Stats – Additional Market Growth | 10/5/18 (Prelim) 10/10/18 (Final) | X | | X |
| 5. Channel Inventory Summary | 10/5/18 (Prelim) 10/10/18 (Final) | X | | X |
| 6. Direct / Indirect Revenue Trending | 10/5/18 | X | | |
| 7. Revenue Linearity Summary | 10/5/18 | X | | |
| **Product:** | | | | |
| 8. iPhone | | | | |
|     8a. Data Sheet SI Units Trending – iPhone | 10/5/18 | X | | |
|     8b. Market Stats – SI & ST Units – iPhone | 10/5/18 (Prelim) 10/10/18 (Final) | X | | X |
|     8c. Market Stats – SI & ST Units – iPhone Analysis (Hero vs Sustaining) | 10/5/18 (Prelim) 10/10/18 (Final) | X | | X |
|     8d. Market Stats – Preliminary IDC Market Share Analysis – iPhone | 10/5/18 | X | | |
| 9. iPad | | | | |
|     9a. Data Sheet SI Units Trending – iPad | 10/5/18 | X | | |
|     9b. Market Stats – SI & ST Units – iPad | 10/5/18 (Prelim) 10/10/18 (Final) | X | | X |
|     9c. Market Stats – Preliminary IDC Market Share Analysis – iPad | 10/5/18 | X | | |
| 10. Mac | | | | |
|     10a. Data Sheet SI Units Trending – Mac | 10/5/18 | X | | |
|     10b. Market Stats – SI & ST Units – Mac | 10/5/18 (Prelim) 10/10/18 (Final) | X | | X |
|     10c. Market Stats – Preliminary IDC Market Share Analysis – Mac | 10/5/18 | X | | |
| 11. Watch | | | | |
|     11a. Market Stats – SI & ST Units – Watch | 10/5/18 (Prelim) 10/10/18 (Final) | X | | X |
|     11b. Market Share Analysis – Watch | 10/5/18 | X | | |
| 12. Market Stats – Other Products | 10/5/18 | X | | |
| 13. Key Product Supply Outlook | 10/5/18 (Prelim) 10/10/18 (Final) | X | | |
| **Services:** | | | | |
| 14. Market Stats – Services | 10/5/18 | X | | |
| **Supplemental:** | | | | |
| 15. iOS Devices Life to Date Performance | 10/5/18 | X | | |
| 16. Channel Sales Programs POS Count | 10/5/18 | X | | |
| 17. WW Storefront Count | 10/5/18 | X | | |
| 18. WW Total Sales In Transit Summary | 10/10/18 | X | | |
| **Ad Hoc:** | | | | |
| 19. iPhone by Generation – Revenue, SI, ST and UB | 10/5/18 (Prelim) 10/10/18 (Final) | X | | X |
| 20. Top iPhone Model by Market | 10/5/18 | X | | |
| 21. iPhone Weekly Units Trending | 10/5/18 (Prelim) 10/10/18 (Final) | X | | X |

## Greater China

(Quarter View) — Units in thousands, $ in millions

| Products | FY18Q4 Units | FY18Q4 Revenue | FY18Q4 ASP | FY17Q4 Units | FY17Q4 Revenue | FY17Q4 ASP | Y/Y Units | Y/Y Units % | Y/Y Revenue | Y/Y Revenue % | Y/Y ASP | Seq Units | Seq Units % | Seq Revenue | Seq Revenue % | Seq ASP | Units Mix FY18Q4 | Units Mix FY17Q4 | Units Mix FY18Q3 | Rev Mix FY18Q4 | Rev Mix FY17Q4 | Rev Mix FY18Q3 | PRMA FY18Q4 | PRMA FY17Q4 | PRMA FY18Q3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| iPhone 5S | - | 1 | - | (0) | 5 | - | 0 | -100% | (5) | -85% | - | - | 0% | (1) | -46% | - | 0% | 0% | 0% | 0% | 0% | 0% | | | |
| iPhone SE | 14 | 7 | 467 | 55 | 24 | 436 | (41) | -74% | (17) | -72% | 31 | (3) | -19% | (3) | -34% | (111) | 0% | 1% | 0% | 0% | 0% | 0% | | | |
| iPhone 6 | 211 | 58 | 273 | 1,663 | 466 | 280 | (1,452) | -87% | (408) | -88% | (7) | (454) | -68% | (107) | -65% | 26 | 2% | 17% | 8% | 1% | 7% | 3% | | | |
| iPhone 6 Plus | (0) | 1 | - | 0 | 9 | - | (0) | -103% | (8) | -94% | - | 0 | -71% | (1) | -63% | - | 0% | 0% | 0% | 0% | 0% | 0% | | | |
| iPhone 6S | 12 | 11 | 910 | 110 | 96 | 877 | (98) | -89% | (86) | -89% | 33 | (7) | -37% | (8) | -44% | (116) | 0% | 1% | 0% | 0% | 2% | 0% | | | |
| iPhone 6S Plus | 550 | 218 | 397 | 1,306 | 700 | 536 | (756) | -58% | (482) | -69% | (139) | (44) | -7% | (48) | -18% | (51) | 6% | 13% | 7% | 3% | 11% | 4% | | | |
| iPhone 7 | 150 | 108 | 721 | 1,282 | 813 | 634 | (1,132) | -88% | (705) | -87% | 87 | (84) | -36% | (55) | -34% | 24 | 2% | 13% | 3% | 1% | 13% | 3% | | | |
| iPhone 7 Plus | 187 | 160 | 854 | 1,766 | 1,360 | 770 | (1,579) | -89% | (1,200) | -88% | 84 | (17) | -8% | (28) | -15% | (65) | 2% | 18% | 3% | 2% | 21% | 3% | | | |
| iPhone 8 | 698 | 448 | 642 | 1,468 | 1,034 | 704 | (770) | -52% | (586) | -57% | (63) | (621) | -47% | (425) | -49% | (20) | 8% | 15% | 17% | 6% | 16% | 14% | | | |
| iPhone 8 Plus | 1,239 | 956 | 772 | 2,201 | 1,809 | 822 | (962) | -44% | (853) | -47% | (50) | (943) | -43% | (786) | -45% | (27) | 14% | 22% | 28% | 12% | 29% | 28% | | | |
| iPhone X | 1,629 | 1,583 | 972 | - | - | - | 1,629 | 0% | 1,583 | 0% | 972 | (936) | -36% | (1,199) | -43% | (113) | 19% | 0% | 32% | 20% | 0% | 44% | | | |
| iPhone XS | 897 | 934 | 1,042 | - | - | - | 897 | 0% | 934 | 0% | 1,042 | 897 | 0% | 934 | 0% | 1,042 | 10% | 0% | 0% | 12% | 0% | 0% | | | |
| iPhone XS Max | 2,888 | 3,520 | 1,219 | - | - | - | 2,888 | 0% | 3,520 | 0% | 1,219 | 2,888 | 0% | 3,520 | 0% | 1,219 | 34% | 0% | 0% | 44% | 0% | 0% | | | |
| iPhone Refurb/As-Is | 80 | 31 | 384 | 70 | 25 | 362 | 11 | 15% | 6 | 22% | 22 | (52) | -39% | (30) | -49% | (74) | 1% | 1% | 2% | 0% | 1% | 1% | | | |
| Other iPhone | - | 0 | - | - | (2) | - | - | 0% | 2 | -130% | - | - | 0% | 0 | 0% | - | 0% | 0% | 0% | 0% | 0% | 0% | | | |
| *NPI* | *3,785* | *4,455* | *1,177* | *3,669* | *2,843* | *775* | *115* | *3%* | *1,611* | *57%* | *402* | *3,785* | *0%* | *4,455* | *0%* | *1,177* | *44%* | *37%* | *0%* | *55%* | *45%* | *0%* | | | |
| *Hero* | *3,566* | *2,987* | *838* | *3,048* | *2,173* | *713* | *518* | *17%* | *814* | *37%* | *125* | *(2,499)* | *-41%* | *(2,410)* | *-45%* | *(52)* | *37%* | *31%* | *76%* | *37%* | *34%* | *86%* | | | |
| *Sustaining Mid* | *337* | *268* | *795* | *1,415* | *796* | *563* | *(1,078)* | *-76%* | *(528)* | *-66%* | *233* | *(101)* | *-23%* | *(83)* | *-24%* | *(6)* | *4%* | *14%* | *6%* | *3%* | *13%* | *6%* | | | |
| *Sustaining Entry* | *786* | *295* | *375* | *1,718* | *503* | *293* | *(932)* | *-54%* | *(208)* | *-41%* | *82* | *(508)* | *-39%* | *(167)* | *-36%* | *18* | *9%* | *17%* | *16%* | *4%* | *8%* | *7%* | | | |
| *Refurb* | *80* | *31* | *384* | *70* | *25* | *362* | *11* | *15%* | *6* | *22%* | *22* | *(52)* | *-39%* | *(30)* | *-49%* | *(74)* | *1%* | *1%* | *2%* | *0%* | *0%* | *1%* | | | |
| **iPhone** | **8,554** | **8,036** | **939** | **9,921** | **6,341** | **639** | **(1,367)** | **-14%** | **1,695** | **27%** | **300** | **624** | **8%** | **1,765** | **28%** | **149** | **100%** | **100%** | **100%** | **100%** | **100%** | **100%** | **70%** | **65%** | **66%** |
| iPad (5th Gen) | 1 | 9 | - | 1,782 | 612 | 343 | (1,781) | -100% | (603) | -98% | (343) | (366) | -100% | (82) | -90% | (250) | 0% | 69% | 13% | 1% | 58% | 9% | | | |
| iPad (6th Gen) | 1,631 | 561 | 344 | - | - | - | 1,631 | 0% | 561 | 0% | 344 | (340) | -17% | (151) | -21% | (17) | 81% | 0% | 72% | 73% | 0% | 68% | | | |
| iPad Pro 10" (1st Gen) | - | 2 | - | 2 | 3 | 1,506 | (2) | -100% | (1) | -30% | (1,506) | - | 0% | (0) | -4% | - | 0% | 0% | 0% | 0% | 0% | 0% | | | |
| iPad Pro 10" (2nd Gen) | 122 | 82 | 675 | 274 | 183 | 669 | (152) | -55% | (101) | -55% | 6 | (17) | -12% | (16) | -16% | (32) | 6% | 11% | 5% | 11% | 17% | 9% | | | |
| **iPad 10"** | **1,754** | **664** | **379** | **2,058** | **819** | **398** | **(304)** | **-15%** | **(155)** | **-19%** | **(19)** | **(723)** | **-29%** | **(251)** | **-27%** | **9** | **88%** | **80%** | **91%** | **86%** | **78%** | **88%** | | | |
| iPad Mini 4 | 186 | 68 | 368 | 408 | 156 | 383 | (222) | -55% | (88) | -56% | (15) | 1 | 1% | (6) | -8% | (32) | 9% | 16% | 7% | 9% | 15% | 7% | | | |
| **iPad Mini** | **186** | **72** | **386** | **408** | **169** | **415** | **(222)** | **-55%** | **(98)** | **-58%** | **(29)** | **1** | **1%** | **(8)** | **-10%** | **(43)** | **9%** | **16%** | **7%** | **9%** | **16%** | **8%** | | | |
| iPad Pro 13" (1st Gen) | - | 1 | - | 2 | 2 | 1,119 | (2) | -100% | (1) | -49% | (1,119) | - | 0% | (0) | -4% | - | 0% | 0% | 0% | 0% | 0% | 0% | | | |
| iPad Pro 13" (2nd Gen) | 36 | 31 | 862 | 67 | 56 | 837 | (31) | -46% | (25) | -45% | 25 | (8) | -18% | (8) | -21% | (29) | 2% | 3% | 2% | 4% | 5% | 4% | | | |
| **iPad 13"** | **36** | **32** | **886** | **69** | **58** | **843** | **(33)** | **-47%** | **(26)** | **-45%** | **43** | **(8)** | **-18%** | **(8)** | **-21%** | **(25)** | **2%** | **3%** | **2%** | **4%** | **6%** | **4%** | | | |
| iPad Refurb/As Is | 27 | 5 | 187 | 33 | 7 | 219 | (6) | -18% | (2) | -30% | (32) | 7 | 36% | 1 | 17% | (31) | 1% | 1% | 1% | 1% | 1% | 0% | | | |
| Other iPad | - | (0) | - | - | - | - | - | 0% | - | 0% | - | - | 0% | - | 0% | - | 0% | 0% | 0% | 0% | 0% | 0% | | | |
| **iPad** | **2,003** | **773** | **386** | **2,568** | **1,054** | **410** | **(565)** | **-22%** | **(281)** | **-27%** | **(24)** | **(722)** | **-27%** | **(267)** | **-26%** | **4** | **100%** | **100%** | **100%** | **100%** | **100%** | **100%** | **7%** | **11%** | **11%** |
| iMac | 53 | 79 | 1,507 | 61 | 87 | 1,418 | (9) | -14% | (7) | -9% | 89 | (3) | -6% | (19) | -19% | (240) | 8% | 8% | 12% | 9% | 9% | 15% | | | |
| Mac Mini | 9 | 6 | 670 | 10 | 6 | 652 | (1) | -7% | (0) | -4% | 18 | (3) | -24% | (2) | -23% | 6 | 1% | 1% | 3% | 1% | 1% | 1% | | | |
| Mac Pro | 2 | 5 | 2,978 | 3 | 8 | 3,190 | (1) | -32% | (3) | -37% | (212) | 1 | 57% | 1 | 31% | (597) | 0% | 0% | 0% | 1% | 1% | 1% | | | |
| **Desktops** | **64** | **91** | **1,426** | **74** | **102** | **1,378** | **(10)** | **-14%** | **(11)** | **-11%** | **48** | **(6)** | **-8%** | **(19)** | **-18%** | **(161)** | **9%** | **10%** | **15%** | **10%** | **11%** | **17%** | | | |
| MacBook | 29 | 30 | 1,036 | 61 | 70 | 1,162 | (32) | -52% | (40) | -57% | (126) | 6 | 24% | 2 | 8% | (159) | 4% | 8% | 5% | 3% | 8% | 4% | | | |
| MacBook Air | 233 | 186 | 796 | 315 | 268 | 852 | (82) | -26% | (83) | -31% | (56) | 59 | 34% | 27 | 17% | (116) | 34% | 41% | 38% | 21% | 29% | 25% | | | |
| MacBook Pro | 355 | 588 | 1,656 | 318 | 485 | 1,526 | 37 | 12% | 103 | 21% | 131 | 167 | 88% | 259 | 79% | (91) | 51% | 41% | 41% | 65% | 52% | 52% | | | |
| **Portables** | **617** | **803** | **1,302** | **693** | **824** | **1,188** | **(76)** | **-11%** | **(20)** | **-2%** | **114** | **231** | **60%** | **288** | **56%** | **(35)** | **89%** | **90%** | **84%** | **89%** | **89%** | **82%** | | | |
| Mac Refurb/As Is | 9 | 10 | 1,088 | 1 | 2 | 1,332 | 8 | 570% | 8 | 448% | (244) | 3 | 47% | 3 | 42% | (40) | 1% | 0% | 1% | 1% | 0% | 1% | | | |
| **Mac** | **689** | **904** | **1,311** | **768** | **927** | **1,207** | **(79)** | **-10%** | **(23)** | **-3%** | **104** | **228** | **50%** | **271** | **43%** | **(61)** | **100%** | **100%** | **100%** | **100%** | **100%** | **100%** | **8%** | **9%** | **7%** |
| App Store | | 961 | | | 877 | | | | 84 | 10% | | | | 55 | 6% | | | | | 76% | 76% | 77% | | | |
| Music Downloads | | 1 | | | 1 | | | | 0 | 9% | | | | (0) | -2% | | | | | 0% | 0% | 0% | | | |
| Apple Music | | 13 | | | 9 | | | | 4 | 50% | | | | 0 | 4% | | | | | 1% | 1% | 1% | | | |
| Match | | 0 | | | 0 | | | | (0) | -32% | | | | (0) | -7% | | | | | 0% | 0% | 0% | | | |
| *Music* | | *14* | | | *10* | | | | *4* | *46%* | | | | *0* | *3%* | | | | | *1%* | *1%* | *1%* | | | |
| Video | | 2 | | | 2 | | | | 1 | 43% | | | | 0 | 13% | | | | | 0% | 0% | 0% | | | |
| iCloud | | 24 | | | 11 | | | | 13 | 116% | | | | (3) | -12% | | | | | 2% | 1% | 2% | | | |
| Advertising | | 139 | | | 122 | | | | 17 | 14% | | | | 20 | 17% | | | | | 11% | 11% | 10% | | | |
| AppleCare | | 77 | | | 69 | | | | 8 | 12% | | | | 7 | 10% | | | | | 6% | 6% | 6% | | | |
| Other | | 42 | | | 65 | | | | (22) | -34% | | | | 5 | 13% | | | | | 3% | 6% | 3% | | | |
| **Services** | | **1,260** | | | **1,155** | | | | **105** | **9%** | | | | **85** | **7%** | | | | | **100%** | **100%** | **100%** | **11%** | **12%** | **12%** |
| Watch | 300 | 118 | 392 | 255 | 89 | 349 | 46 | 18% | 29 | 33% | 43 | (0) | 0% | (1) | -1% | (3) | | | | 27% | 27% | 27% | | | |
| iPhone Accys | 325 | 13 | 41 | 292 | 11 | 36 | 33 | 11% | 3 | 27% | 5 | 63 | 24% | 2 | 22% | (1) | | | | 3% | 3% | 3% | | | |
| Mac Accys & Displays | 140 | 13 | 91 | 279 | 21 | 75 | (139) | -50% | (8) | -40% | 15 | (17) | -11% | (1) | -10% | 1 | | | | 3% | 6% | 3% | | | |
| iPad Accys | 269 | 24 | 89 | 246 | 25 | 103 | 24 | 10% | (1) | -5% | (14) | (61) | -18% | (7) | -22% | (4) | | | | 5% | 8% | 7% | | | |
| Connectivity Accys | 864 | 19 | 23 | 896 | 20 | 22 | (32) | -4% | (0) | -2% | 0 | (256) | -23% | (0) | 0% | 5 | | | | 4% | 6% | 5% | | | |
| Watch Accys | 59 | 3 | 57 | 61 | 4 | 59 | (3) | -4% | (0) | -8% | (2) | (12) | -17% | (1) | -21% | (3) | | | | 1% | 1% | 1% | | | |
| App-Enabled Accys | 18 | 2 | 119 | 22 | 3 | 151 | (3) | -16% | (1) | -33% | (32) | (4) | -17% | (1) | -28% | (19) | | | | 0% | 1% | 1% | | | |
| Apple TV Accessories | 1 | 0 | 29 | 1 | 0 | 24 | 0 | 10% | 0 | 31% | 5 | 1 | 0% | 0 | 6% | 2 | | | | 0% | 0% | 0% | | | |
| Misc Accessories | 278 | 0 | 0 | 2 | 0 | 32 | 276 | 15368% | (0) | -43% | (32) | 278 | -220952% | (0) | -8% | 0 | | | | 0% | 0% | 0% | | | |
| **Accessories** | **1,955** | **75** | **38** | **1,799** | **84** | **47** | **156** | **9%** | **(9)** | **-10%** | **(8)** | **(8)** | **0%** | **(7)** | **-9%** | **38** | | | | **17%** | **26%** | **19%** | | | |
| Beats | 518 | 68 | 131 | 570 | 69 | 121 | (52) | -9% | (1) | -1% | 10 | (36) | -6% | 9 | 15% | 24 | | | | 15% | 21% | 14% | | | |
| Audio* | 1,517 | 173 | 114 | 728 | 75 | 103 | 789 | 108% | 98 | 130% | 11 | 82 | 6% | 5 | 3% | (3) | | | | 39% | 23% | 39% | | | |
| Apple TV | 15 | 3 | 170 | 13 | 2 | 160 | 2 | 19% | 1 | 26% | 9 | 1 | 8% | 0 | 6% | (4) | | | | 1% | 1% | 1% | | | |
| iPod | 8 | 2 | 218 | 46 | 5 | 112 | (38) | -83% | (3) | -67% | 105 | (0) | -1% | (0) | -8% | (16) | | | | 0% | 2% | 0% | | | |
| **Other Products** | **4,314** | **438** | **102** | **3,411** | **324** | **95** | **903** | **26%** | **114** | **35%** | **7** | **39** | **1%** | **6** | **1%** | **0** | | | | **100%** | **100%** | **100%** | **4%** | **3%** | **5%** |
| **Grand Total** | | **11,411** | | | **9,801** | | | | **1,609** | **16%** | | | | **1,860** | **19%** | | | | | | | | | | |

*Audio is a new category which includes: Headphones (excluding Beats), HomePods, and AirPods
Data Sheet Backup is generated on current hierarchy. Numbers are not rounded and may have small deltas vs the Data Sheet.
iPhone Mapping for FY'18: NPI (XS/XS Max), Hero (X/8/8 Plus), Sust Mid (7/7 Plus), Sust Entry (all others excl refurb)
iPhone Mapping for FY'17: NPI (8/8 Plus), Hero (7/7 Plus), Sust Mid (6S/6S Plus), Sust Entry (all others excl refurb)
3c. Data Sheet Backup Total Apple

CONFIDENTIAL

10/9/18 4:12 PM

Market Stats - Developed vs Emerging ($M)

| | Revenue Trending | | | | | YoY Revenue Growth Trend | | | | | ST Proxy Trending | | | | | YoY ST Proxy Growth Trend | | | | | Current Quarter Revenue Performance | | | | | | FY Revenue Performance | | | FY ST Proxy Performance | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q4'17 | Q1'18 | Q2'18 | Q3'18 | Q4'18 | Q4'17 | Q1'18 | Q2'18 | Q3'18 | Q4'18 | Q4'17 | Q1'18 | Q2'18 | Q3'18 | Q4'18 | Q4'17 | Q1'18 | Q2'18 | Q3'18 | Q4'18 | Mix | QoQ | QoQ @CFX | YoY @CFX | CFX $Δ | CFX %Δ | FY'17 | FY'18 | YoY | FY'17 | FY'18 | YoY |
| US | $20,129 | $30,561 | $21,669 | $21,533 | $24,299 | 14% | 9% | 17% | 22% | 21% | $19,169 | $30,151 | $22,357 | $21,655 | $23,242 | 13% | 9% | 20% | 21% | 21% | 39% | 13% | 13% | 21% | $0 | 0% | $84,339 | $98,061 | 16% | $83,408 | $97,404 | 17% |
| Japan | $3,858 | $7,237 | $5,468 | $3,868 | $5,160 | -11% | 26% | 22% | 7% | 34% | $3,873 | $5,983 | $5,770 | $4,595 | $4,699 | 5% | 3% | 25% | 17% | 21% | 8% | 33% | 38% | 34% | -$2 | 0% | $17,733 | $21,733 | 23% | $18,235 | $21,048 | 15% |
| UK | $2,845 | $3,861 | $2,516 | $2,502 | $3,353 | 1% | 3% | -5% | 8% | 18% | $2,590 | $3,860 | $2,674 | $2,561 | $2,992 | -4% | 1% | 0% | 9% | 15% | 5% | 34% | 41% | 17% | $18 | 1% | $11,556 | $12,231 | 6% | $11,430 | $12,087 | 6% |
| Germany | $1,612 | $2,750 | $1,776 | $1,473 | $2,046 | 12% | 19% | 3% | 20% | 27% | $1,520 | $2,680 | $1,806 | $1,577 | $1,848 | 13% | 10% | 10% | 24% | 22% | 3% | 39% | 44% | 27% | $1 | 0% | $6,891 | $8,045 | 17% | $6,864 | $7,911 | 15% |
| Canada | $1,633 | $2,370 | $1,511 | $1,494 | $1,859 | 15% | 18% | 23% | 19% | 14% | $1,577 | $2,275 | $1,561 | $1,499 | $1,762 | 15% | 11% | 26% | 21% | 12% | 3% | 24% | 26% | 16% | -$39 | -2% | $6,121 | $7,233 | 18% | $6,104 | $7,097 | 16% |
| Australia | $1,227 | $2,335 | $1,403 | $1,292 | $1,474 | 4% | 21% | 3% | 13% | 20% | $1,185 | $2,042 | $1,634 | $1,367 | $1,371 | 6% | 11% | 23% | 13% | 16% | 2% | 14% | 18% | 27% | -$83 | -7% | $5,648 | $6,505 | 15% | $5,556 | $6,414 | 15% |
| France | $1,176 | $1,861 | $1,147 | $919 | $1,275 | 13% | 7% | 9% | 8% | 8% | $1,102 | $1,781 | $1,165 | $1,027 | $1,177 | 10% | 6% | 14% | 12% | 7% | 2% | 39% | 43% | 9% | -$3 | 0% | $4,815 | $5,202 | 8% | $4,729 | $5,151 | 9% |
| Italy | $595 | $1,199 | $713 | $521 | $784 | 20% | 2% | 9% | 1% | 32% | $578 | $1,083 | $748 | $628 | $710 | 13% | -5% | 14% | 14% | 20% | 1% | 51% | 55% | 32% | -$2 | 0% | $2,938 | $3,217 | 10% | $2,900 | $3,169 | 9% |
| Korea | $506 | $1,939 | $887 | $593 | $668 | 15% | 16% | 6% | 19% | 32% | $653 | $1,281 | $989 | $915 | $812 | 32% | -4% | 16% | 37% | 24% | 1% | 13% | 13% | 26% | $29 | 6% | $3,508 | $4,087 | 17% | $3,511 | $3,998 | 14% |
| Sweden | $471 | $634 | $445 | $483 | $657 | 26% | -1% | -1% | 13% | 40% | $454 | $644 | $437 | $509 | $601 | 23% | 4% | 1% | 23% | 32% | 1% | 36% | 41% | 50% | -$51 | -11% | $1,990 | $2,220 | 12% | $1,920 | $2,191 | 14% |
| Spain | $569 | $925 | $552 | $517 | $619 | 34% | 7% | 9% | 17% | 9% | $529 | $838 | $628 | $537 | $575 | 23% | 2% | 17% | 21% | 9% | 1% | 20% | 24% | 9% | -$1 | 0% | $2,379 | $2,612 | 10% | $2,330 | $2,577 | 11% |
| Netherlands | $450 | $673 | $455 | $377 | $505 | 1% | 5% | -7% | 2% | 12% | $436 | $645 | $471 | $420 | $464 | 4% | -2% | -2% | 12% | 7% | 1% | 34% | 38% | 13% | -$2 | 0% | $1,956 | $2,011 | 3% | $1,952 | $2,000 | 2% |
| Switzerland | $383 | $743 | $434 | $342 | $479 | 17% | 13% | 11% | 23% | 25% | $361 | $678 | $451 | $393 | $441 | 19% | 11% | 18% | 25% | 22% | 1% | 40% | 42% | 28% | -$10 | -3% | $1,712 | $1,997 | 17% | $1,670 | $1,964 | 18% |
| Singapore | $329 | $621 | $338 | $227 | $394 | 8% | 9% | -20% | -10% | 19% | $296 | $547 | $362 | $301 | $334 | 15% | -4% | -10% | -2% | 13% | 1% | 73% | 78% | 19% | $0 | 0% | $1,573 | $1,579 | 0% | $1,572 | $1,544 | -2% |
| Norway | $230 | $383 | $302 | $251 | $299 | 5% | 29% | 64% | 27% | 30% | $226 | $361 | $300 | $264 | $273 | 1% | 22% | 60% | 36% | 21% | 0% | 19% | 22% | 32% | -$5 | -2% | $909 | $1,236 | 36% | $903 | $1,198 | 33% |
| Denmark | $254 | $385 | $269 | $194 | $259 | 1% | 7% | -1% | -17% | 2% | $251 | $367 | $274 | $216 | $261 | 4% | 2% | 3% | -8% | 4% | 0% | 33% | 38% | 2% | -$0 | 0% | $1,118 | $1,107 | -1% | $1,110 | $1,117 | 1% |
| Belgium and Luxembourg | $214 | $398 | $262 | $178 | $255 | 6% | 13% | 3% | 9% | 20% | $217 | $351 | $269 | $211 | $246 | 11% | 5% | 20% | 15% | 13% | 0% | 43% | 47% | 20% | -$0 | 0% | $969 | $1,094 | 13% | $959 | $1,078 | 12% |
| Austria | $151 | $296 | $182 | $129 | $191 | 2% | 11% | 17% | 7% | 26% | $146 | $282 | $184 | $150 | $165 | 12% | 5% | 21% | 17% | 13% | 0% | 47% | 44% | 20% | $10 | 7% | $695 | $798 | 15% | $697 | $781 | 12% |
| New Zealand | $131 | $234 | $168 | $168 | $157 | 6% | 0% | 1% | 7% | 20% | $140 | $207 | $175 | $163 | $154 | 14% | 1% | 16% | 16% | 10% | 0% | -7% | -2% | 28% | -$11 | -9% | $644 | $726 | 13% | $636 | $699 | 10% |
| Finland | $104 | $164 | $135 | $90 | $118 | -5% | -2% | -2% | -13% | 13% | $107 | $158 | $119 | $107 | $114 | -3% | -5% | -7% | 0% | 6% | 0% | 32% | 36% | 13% | -$0 | 0% | $513 | $507 | -1% | $509 | $497 | -2% |
| Ireland | $83 | $121 | $95 | $71 | $90 | -6% | -5% | 9% | -21% | 8% | $83 | $127 | $86 | $82 | $86 | -1% | 2% | -5% | -7% | 4% | 0% | 27% | 34% | 11% | -$2 | -2% | $387 | $377 | -3% | $386 | $381 | -1% |
| Portugal | $78 | $121 | $88 | $72 | $88 | 33% | 18% | 16% | 12% | 13% | $71 | $119 | $85 | $75 | $82 | 25% | 10% | 24% | 19% | 15% | 0% | 22% | 27% | 13% | -$0 | 0% | $320 | $368 | 15% | $310 | $360 | 16% |
| Iceland | $12 | $12 | $14 | $8 | $10 | 37% | -13% | 56% | 7% | -12% | $12 | $12 | $14 | $8 | $11 | 37% | -13% | 57% | 7% | -12% | 0% | 32% | 32% | -12% | $0 | 0% | $42 | $44 | 5% | $42 | $44 | 5% |
| **Developed Countries** | **$37,048** | **$59,831** | **$40,835** | **$37,309** | **$45,047** | **9%** | **11%** | **13%** | **16%** | **22%** | **$35,584** | **$56,481** | **$42,568** | **$39,268** | **$42,425** | **11%** | **7%** | **17%** | **19%** | **19%** | **72%** | **21%** | **22%** | **22%** | **-$153** | **0%** | **$158,784** | **$183,021** | **15%** | **$157,760** | **$180,742** | **15%** |
| China | $8,086 | $14,419 | $10,047 | $7,595 | $9,115 | 15% | 12% | 15% | 10% | 13% | $7,467 | $13,277 | $10,570 | $8,208 | $8,425 | 13% | 7% | 14% | 9% | 13% | 14% | 20% | 28% | 13% | -$50 | -1% | $36,606 | $41,175 | 12% | $36,446 | $40,480 | 10% |
| Hong Kong | $1,161 | $2,401 | $2,362 | $1,487 | $1,572 | -9% | -3% | 64% | 114% | 35% | $1,129 | $2,371 | $2,326 | $1,578 | $1,332 | -11% | -10% | 88% | 73% | 18% | 2% | 6% | 6% | 35% | -$0 | 0% | $5,779 | $7,822 | 35% | $5,907 | $7,606 | 29% |
| Russia | $748 | $1,112 | $820 | $643 | $934 | 84% | 47% | 81% | 47% | 25% | $666 | $1,039 | $757 | $660 | $747 | 75% | 44% | 67% | 47% | 12% | 1% | 45% | 55% | 35% | -$80 | -11% | $2,394 | $3,508 | 47% | $2,294 | $3,203 | 40% |
| Taiwan | $554 | $1,136 | $616 | $469 | $724 | 19% | 28% | 13% | 20% | 31% | $569 | $982 | $687 | $542 | $572 | 32% | 16% | 33% | 28% | 1% | 1% | 54% | 55% | 29% | $12 | 2% | $2,379 | $2,945 | 24% | $2,356 | $2,783 | 18% |
| Saudi Arabia | $420 | $741 | $431 | $678 | $658 | 56% | 34% | 20% | 121% | 57% | $286 | $676 | $474 | $645 | $503 | 67% | 23% | 44% | 115% | 76% | 1% | -3% | nm | 53% | $16 | 4% | $1,638 | $2,508 | 53% | $1,464 | $2,297 | 57% |
| Other Central and Eastern Europe | $450 | $726 | $590 | $458 | $541 | 46% | 34% | 36% | -7% | 20% | $458 | $659 | $540 | $509 | $528 | 51% | 20% | 50% | -2% | 15% | 1% | 18% | 21% | 21% | -$1 | 0% | $1,915 | $2,315 | 21% | $1,886 | $2,235 | 19% |
| India | $518 | $772 | $406 | $326 | $513 | 101% | 17% | -11% | -18% | -1% | $594 | $664 | $451 | $436 | $429 | 95% | 4% | 4% | 24% | -28% | 1% | 57% | 65% | 6% | -$37 | -7% | $2,031 | $2,018 | -1% | $2,021 | $1,980 | -2% |
| Mexico | $477 | $778 | $433 | $574 | $463 | 35% | 24% | 7% | 11% | -3% | $422 | $701 | $501 | $517 | $472 | 14% | 17% | 19% | 5% | 12% | 1% | -19% | -17% | 4% | -$33 | -7% | $1,966 | $2,231 | 14% | $1,895 | $2,191 | 16% |
| Rest of Latin America (ALAC) | $380 | $734 | $625 | $434 | $438 | 20% | 34% | 25% | 3% | 15% | $405 | $641 | $654 | $475 | $420 | 24% | 20% | 35% | 8% | 4% | 1% | 1% | 2% | 15% | $1 | 0% | $1,849 | $2,231 | 21% | $1,864 | $2,190 | 18% |
| Other Middle East | $322 | $492 | $386 | $433 | $348 | 106% | 55% | -31% | 45% | 8% | $294 | $363 | $518 | $403 | $306 | 48% | 7% | 50% | 2% | 4% | 1% | -20% | -15% | -14% | -$20 | -6% | $1,348 | $1,558 | 16% | $1,373 | $1,589 | 16% |
| Brazil | $359 | $552 | $441 | $333 | $334 | 15% | -3% | 3% | -6% | -7% | $379 | $495 | $404 | $378 | $355 | 21% | -7% | -9% | -1% | -6% | 1% | 0% | 10% | 9% | -$56 | -16% | $1,711 | $1,661 | -3% | $1,734 | $1,632 | -6% |
| UAE | $288 | $651 | $392 | $356 | $333 | 35% | 34% | 8% | 33% | 16% | $277 | $556 | $413 | $340 | $346 | 24% | 21% | 15% | 6% | 25% | 1% | -6% | -10% | 11% | $13 | 5% | $1,406 | $1,733 | 23% | $1,419 | $1,656 | 17% |
| Med Africa | $257 | $623 | $464 | $388 | $333 | 29% | 20% | 44% | 30% | 30% | $277 | $520 | $461 | $418 | $331 | 37% | 21% | 29% | 37% | 20% | 1% | -14% | -13% | 31% | -$3 | -1% | $1,399 | $1,809 | 29% | $1,401 | $1,731 | 24% |
| Turkey | $401 | $855 | $632 | $398 | $298 | 40% | 12% | 34% | -4% | -26% | $396 | $743 | $617 | $477 | $292 | 11% | 5% | 43% | 9% | -26% | 0% | -25% | -15% | 0% | -$103 | -26% | $2,056 | $2,183 | 6% | $2,014 | $2,129 | 6% |
| Thailand | $242 | $805 | $400 | $330 | $264 | -1% | 23% | -4% | 10% | 9% | $328 | $560 | $436 | $406 | $313 | 18% | -2% | 14% | 12% | -4% | 0% | -20% | -17% | 7% | $5 | 2% | $1,612 | $1,799 | 12% | $1,644 | $1,716 | 4% |
| Poland | $148 | $239 | $202 | $167 | $199 | 10% | 13% | 12% | 33% | 35% | $147 | $245 | $191 | $165 | $182 | 18% | 5% | 21% | 28% | 24% | 0% | 19% | 25% | 36% | -$2 | -1% | $665 | $807 | 21% | $666 | $784 | 18% |
| Czech Republic and Slovakia | $206 | $279 | $200 | $122 | $162 | 52% | 22% | -4% | -35% | -21% | $185 | $264 | $170 | $171 | $155 | 12% | 15% | 4% | -28% | -16% | 0% | 32% | 37% | -22% | $2 | 1% | $832 | $763 | -8% | $816 | $761 | -7% |
| Malaysia | $119 | $364 | $193 | $138 | $145 | 15% | 12% | -5% | -12% | 22% | $158 | $256 | $228 | $183 | $161 | 23% | -6% | 4% | 5% | 2% | 0% | 5% | 8% | 16% | $7 | 6% | $805 | $839 | 4% | $823 | $828 | 1% |
| Philippines and Guam | $100 | $182 | $199 | $182 | $128 | 8% | 4% | 44% | 96% | 28% | $117 | $146 | $183 | $201 | $142 | 10% | -1% | 29% | 72% | 22% | 0% | -30% | -30% | 28% | -$0 | 0% | $507 | $691 | 36% | $523 | $672 | 29% |
| Vietnam/Cambodia | $72 | $223 | $216 | $116 | $103 | -25% | -4% | 39% | 50% | 43% | $119 | $152 | $192 | $172 | $129 | 48% | -9% | 32% | 34% | 8% | 0% | -11% | -11% | 43% | $0 | 0% | $537 | $658 | 22% | $560 | $645 | 15% |
| Chile | $86 | $169 | $139 | $144 | $98 | -4% | 15% | 6% | 6% | 14% | $119 | $142 | $150 | $139 | $122 | 8% | -1% | 33% | 12% | 3% | 0% | -32% | -29% | 11% | -$2 | -2% | $499 | $549 | 10% | $490 | $554 | 13% |
| Indonesia | $59 | $96 | $109 | $73 | $62 | 20% | 148% | 11% | 46% | 3% | $68 | $83 | $99 | $97 | $71 | 25% | 58% | 99% | 30% | 4% | 0% | -16% | -15% | 7% | -$2 | -3% | $247 | $340 | 38% | $245 | $349 | 43% |
| **Emerging Countries** | **$15,531** | **$28,462** | **$20,302** | **$15,956** | **$17,853** | **21%** | **15%** | **20%** | **19%** | **15%** | **$14,942** | **$25,639** | **$21,116** | **$17,234** | **$16,426** | **18%** | **8%** | **25%** | **18%** | **10%** | **28%** | **12%** | **17%** | **17%** | **-$380** | **-2%** | **$70,450** | **$82,574** | **17%** | **$70,307** | **$80,415** | **14%** |
| **TOTAL APPLE** | **$52,579** | **$88,293** | **$61,137** | **$53,265** | **$62,900** | **12%** | **13%** | **16%** | **17%** | **20%** | **$50,525** | **$82,120** | **$63,684** | **$56,502** | **$58,852** | **13%** | **7%** | **20%** | **18%** | **16%** | **100%** | **18%** | **21%** | **21%** | **-$533** | **-1%** | **$229,234** | **$265,595** | **16%** | **$228,067** | **$261,157** | **15%** |

Note (1): FX Hedge included in Total Europe for Constant Currency calculation.
Note (2): iTunes revenues based on sales orgs. Beginning in Q1'13 iTunes revenues were allocated to the respective markets.
Note (3): Numbers are not rounded and may have small deltas vs the Data Sheet.

Legend:
- All-Time Quarter/Year Record
- >25% Y/Y Growth
- Positive Growth

**Preliminary IDC Market Share Analysis - iPhone**

Preliminary IDC Market Share as of August 24, 2018.

| | Apple Reported YoY (Units) | | | | | YoY (Units) | | | | | Apple vs Market | Apple IDC Unit Share | | | | | LY QoQ Δ | TY QoQ Δ | YoY Δ | Apple IDC Dollar Share | | | | | LY QoQ Δ | TY QoQ Δ | YoY Δ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q4'17 | Q1'18 | Q2'18 | Q3'18 | Q4'18 | Q4'17 | Q1'18 | Q2'18 | Q3'18 | Q4'18 | | Q4'17 | Q1'18 | Q2'18 | Q3'18 | Q4'18 | | | | Q4'17 | Q1'18 | Q2'18 | Q3'18 | Q4'18 | | | |
| US | 4% | -7% | 8% | 13% | 9% | 3% | -8% | 7% | -15% | 0% | 9% pts | 35% | 44% | 39% | 43% | 40% | 3% pts | -3% pts | 5% pts | 58% | 70% | 62% | 64% | 59% | 6% pts | -5% pts | 1% pts |
| Canada | 5% | 13% | 14% | 10% | 6% | 2% | 3% | 10% | -1% | -1% | 7% pts | 47% | 59% | 47% | 51% | 51% | 6% pts | 0% pts | 3% pts | 58% | 68% | 58% | 62% | 59% | 7% pts | -2% pts | 2% pts |
| (E) Mexico | 16% | -2% | 10% | 22% | -32% | 9% | -16% | -9% | 7% | -9% | -23% pts | 6% | 7% | 7% | 9% | 4% | -2% pts | -5% pts | -1% pts | 18% | 26% | 24% | 24% | 20% | -5% pts | -4% pts | 1% pts |
| (E) Brazil | -4% | -18% | -5% | -5% | -3% | 3% | -1% | -3% | -7% | -1% | -3% pts | 4% | 6% | 5% | 4% | 4% | 0% pts | 0% pts | 0% pts | 12% | 17% | 16% | 11% | 15% | 1% pts | 4% pts | 3% pts |
| (E) Chile | -34% | -2% | 7% | -8% | 39% | 2% | -12% | -8% | 8% | -2% | 41% pts | 4% | 8% | 9% | 10% | 6% | -8% pts | -4% pts | 2% pts | 13% | 27% | 28% | 13% | 13% | -17% pts | -15% pts | -1% pts |
| (E) Other Latin America (ALAC) | 29% | 21% | 8% | 3% | 13% | 20% | 1% | 0% | -3% | -4% | 17% pts | 3% | 5% | 4% | 3% | 3% | 0% pts | 0% pts | 0% pts | 9% | 16% | 12% | 11% | 11% | -1% pts | 0% pts | 2% pts |
| Latin America | 7% | -3% | 4% | 6% | -7% | 11% | -5% | -3% | -2% | -4% | -3% pts | 4% | 6% | 5% | 5% | 4% | -1% pts | -1% pts | 0% pts | 12% | 19% | 16% | 15% | 14% | -2% pts | -1% pts | 2% pts |
| **Americas Geo** | **4%** | **-5%** | **8%** | **12%** | **7%** | **7%** | **-6%** | **3%** | **-9%** | **-2%** | **10% pts** | **21%** | **29%** | **25%** | **25%** | **24%** | **1% pts** | **-1% pts** | **3% pts** | **44%** | **58%** | **49%** | **49%** | **46%** | **4% pts** | **-3% pts** | **2% pts** |
| UK | -8% | -12% | -28% | -13% | 1% | -3% | -13% | -20% | -12% | -7% | 8% pts | 42% | 48% | 42% | 41% | 46% | 3% pts | 5% pts | 4% pts | 58% | 67% | 59% | 54% | 61% | 7% pts | 7% pts | 3% pts |
| Germany | -1% | 8% | -3% | 12% | 5% | -8% | -2% | -5% | -2% | -3% | 8% pts | 25% | 34% | 29% | 29% | 29% | 5% pts | 5% pts | 3% pts | 40% | 54% | 43% | 37% | 44% | 10% pts | 8% pts | 4% pts |
| France | 1% | -5% | -6% | -13% | -16% | 0% | -9% | -4% | -1% | -10% | -6% pts | 19% | 27% | 20% | 15% | 18% | 2% pts | 3% pts | -1% pts | 37% | 50% | 40% | 31% | 47% | 6% pts | 16% pts | 10% pts |
| Italy | 37% | -10% | -4% | -29% | -13% | -2% | -5% | -4% | -15% | 3% | -16% pts | 15% | 22% | 14% | 9% | 13% | 2% pts | 4% pts | -2% pts | 26% | 43% | 28% | 23% | 38% | 4% pts | 15% pts | 11% pts |
| Spain | 37% | -2% | -8% | 2% | -25% | -6% | -15% | -8% | 0% | 0% | -24% pts | 14% | 18% | 12% | 11% | 11% | 3% pts | 0% pts | -3% pts | 28% | 39% | 27% | 23% | 32% | 8% pts | 9% pts | 4% pts |
| Switzerland | -2% | -7% | 23% | 14% | 17% | 12% | -7% | -5% | -3% | 5% | 12% pts | 32% | 50% | 45% | 32% | 36% | 3% pts | 4% pts | 4% pts | 43% | 65% | 60% | 46% | 54% | 4% pts | 8% pts | 12% pts |
| Netherlands | -24% | -10% | -23% | -20% | -6% | 0% | -16% | -11% | -7% | -3% | -4% pts | 21% | 35% | 26% | 18% | 20% | -1% pts | 2% pts | -1% pts | 34% | 54% | 42% | 29% | 49% | 1% pts | 19% pts | 15% pts |
| Sweden | 23% | -22% | -20% | -2% | 28% | 21% | -14% | -13% | -11% | 9% | 19% pts | 45% | 49% | 51% | 39% | 53% | 1% pts | 14% pts | 8% pts | 55% | 66% | 65% | 53% | 60% | -2% pts | 7% pts | 5% pts |
| Denmark | -20% | -11% | -23% | -46% | -35% | 2% | -8% | -6% | -8% | 6% | -41% pts | 41% | 52% | 48% | 40% | 24% | -1% pts | -16% pts | -17% pts | 51% | 68% | 61% | 54% | 57% | -2% pts | 4% pts | 6% pts |
| Norway | -18% | -3% | 73% | 4% | 31% | 8% | -6% | -7% | -10% | -5% | 37% pts | 31% | 46% | 38% | 36% | 42% | -8% pts | 7% pts | 12% pts | 40% | 61% | 55% | 49% | 52% | -7% pts | 3% pts | 12% pts |
| Belgium and Luxembourg | -10% | 0% | 21% | -25% | -7% | 5% | -3% | -3% | -9% | -7% | 0% pts | 23% | 40% | 35% | 20% | 23% | -2% pts | 3% pts | 0% pts | 41% | 63% | 56% | 35% | 52% | 0% pts | 17% pts | 11% pts |
| Austria | -16% | 1% | 17% | -19% | 12% | 1% | -8% | -5% | -4% | 2% | 10% pts | 24% | 37% | 31% | 19% | 27% | -3% pts | 7% pts | 2% pts | 35% | 59% | 48% | 32% | 48% | -3% pts | 16% pts | 13% pts |
| Finland | -4% | 1% | 1% | -35% | -26% | 10% | -3% | -2% | -2% | -8% | -18% pts | 23% | 35% | 38% | 26% | 19% | -8% pts | -8% pts | -5% pts | 34% | 55% | 57% | 38% | 44% | -6% pts | 6% pts | 10% pts |
| Ireland | -21% | -16% | 12% | -27% | -3% | 0% | -6% | -2% | -3% | 5% | -9% pts | 23% | 28% | 31% | 20% | 21% | -8% pts | 1% pts | -2% pts | 38% | 52% | 50% | 35% | 50% | -6% pts | 16% pts | 13% pts |
| Portugal | 9% | 6% | 16% | -12% | -22% | 2% | -4% | -3% | -2% | -7% | -15% pts | 12% | 13% | 14% | 9% | 10% | -2% pts | 1% pts | -2% pts | 23% | 28% | 30% | 19% | 28% | -1% pts | 8% pts | 5% pts |
| **Western Europe** | **-1%** | **-6%** | **-11%** | **-10%** | **-3%** | **-2%** | **-9%** | **-8%** | **-5%** | **-3%** | **1% pts** | **25%** | **33%** | **27%** | **23%** | **26%** | **1% pts** | **3% pts** | **0% pts** | **41%** | **55%** | **46%** | **39%** | **48%** | **5% pts** | **10% pts** | **7% pts** |
| (E) Turkey | 27% | 4% | 39% | -20% | -38% | -5% | -10% | 6% | -2% | -8% | -30% pts | 20% | 28% | 25% | 17% | 13% | 0% pts | -3% pts | -6% pts | 33% | 51% | 43% | 33% | 31% | -1% pts | -2% pts | -2% pts |
| (E) UAE | 40% | 7% | -3% | 43% | -13% | 1% | 4% | -4% | -15% | -17% | 4% pts | 19% | 25% | 24% | 22% | 27% | 1% pts | 5% pts | 9% pts | 36% | 54% | 47% | 44% | 38% | 1% pts | -7% pts | 2% pts |
| (E) Saudi Arabia | 75% | 3% | 22% | 85% | 21% | 2% | -19% | -29% | -19% | -28% | 48% pts | 23% | 30% | 28% | 29% | 41% | 0% pts | 12% pts | 18% pts | 40% | 58% | 49% | 47% | 45% | -1% pts | -2% pts | 6% pts |
| (E) Other Middle East | 111% | 28% | -31% | 41% | -25% | 26% | -7% | 20% | 3% | -8% | -17% pts | 11% | 16% | 12% | 15% | 3% | 0% pts | -12% pts | -8% pts | 27% | 43% | 31% | 36% | 32% | -1% pts | -4% pts | 5% pts |
| (E) Med Africa | 2% | -3% | 39% | 22% | 23% | 4% | -14% | -4% | 6% | 3% | 20% pts | 2% | 3% | 2% | 2% | 1% | 0% pts | 0% pts | -1% pts | 11% | 16% | 11% | 8% | 11% | -2% pts | 3% pts | 1% pts |
| **Middle East and Africa** | **46%** | **6%** | **13%** | **30%** | **-8%** | **8%** | **-12%** | **1%** | **3%** | **-3%** | **-5% pts** | **7%** | **10%** | **9%** | **8%** | **5%** | **0% pts** | **-3% pts** | **-2% pts** | **22%** | **35%** | **27%** | **25%** | **23%** | **-1% pts** | **-2% pts** | **1% pts** |
| (E) Russia | 63% | 32% | 49% | 28% | -11% | 0% | -16% | 1% | 11% | -5% | -6% pts | 18% | 19% | 19% | 13% | 15% | 7% pts | 2% pts | -3% pts | 43% | 48% | 44% | 32% | 43% | 16% pts | 11% pts | 0% pts |
| (E) Poland | -2% | -16% | 1% | 4% | 15% | 9% | 9% | 2% | 6% | 8% | 7% pts | 8% | 9% | 11% | 7% | 8% | 1% pts | 2% pts | 1% pts | 15% | 23% | 29% | 14% | 23% | -4% pts | 8% pts | 8% pts |
| (E) Czech Republic and Slovakia | 41% | 9% | -13% | -64% | -42% | -43% | -16% | 8% | 25% | 40% | -82% pts | 12% | 14% | 11% | 11% | 29% | 3% pts | 19% pts | 17% pts | 27% | 32% | 25% | 23% | 28% | 7% pts | 5% pts | 1% pts |
| (E) Other Central and Eastern Europe | 18% | 14% | 14% | -27% | -4% | 16% | -7% | 10% | -1% | -1% | -3% pts | 7% | 8% | 8% | 6% | 6% | 1% pts | 0% pts | 0% pts | 17% | 24% | 21% | 14% | 18% | 3% pts | 3% pts | 1% pts |
| **Central and Eastern Europe** | **42%** | **18%** | **22%** | **-13%** | **-11%** | **6%** | **-10%** | **6%** | **5%** | **-1%** | **-9% pts** | **11%** | **13%** | **12%** | **9%** | **10%** | **4% pts** | **1% pts** | **-1% pts** | **27%** | **33%** | **30%** | **21%** | **28%** | **7% pts** | **6% pts** | **1% pts** |
| (E) India | 81% | 1% | -22% | -52% | -28% | 21% | 18% | 11% | 20% | 14% | -42% pts | 2% | 3% | 2% | 1% | 1% | 0% pts | 0% pts | -1% pts | 7% | 14% | 6% | 3% | 5% | -1% pts | 2% pts | -2% pts |
| **Europe Geo** | **13%** | **-1%** | **-3%** | **-6%** | **-6%** | **8%** | **-5%** | **1%** | **6%** | **3%** | **-9% pts** | **11%** | **16%** | **12%** | **9%** | **9%** | **0% pts** | **0% pts** | **-1% pts** | **28%** | **43%** | **33%** | **26%** | **31%** | **2% pts** | **5% pts** | **3% pts** |
| (E) China | 12% | -2% | -1% | -17% | -19% | -1% | -16% | -16% | -6% | -7% | -13% pts | 8% | 13% | 11% | 7% | 7% | 1% pts | 0% pts | -1% pts | 19% | 34% | 31% | 18% | 24% | 1% pts | 6% pts | 5% pts |
| (E) Hong Kong | -38% | -21% | 44% | 169% | 29% | -2% | 5% | 25% | 11% | 3% | 25% pts | 36% | 54% | 48% | 33% | 89% | 8% pts | 56% pts | 53% pts | 47% | 67% | 61% | 46% | 49% | 10% pts | 3% pts | 2% pts |
| (E) Taiwan | -14% | 8% | -5% | -16% | 30% | -4% | -8% | -9% | -10% | -7% | 38% pts | 18% | 37% | 23% | 17% | 25% | -1% pts | 8% pts | 8% pts | 37% | 65% | 45% | 36% | 42% | 1% pts | 6% pts | 4% pts |
| **Greater China Geo** | **4%** | **-4%** | **5%** | **-9%** | **-14%** | **-1%** | **-15%** | **-15%** | **-6%** | **-7%** | **-7% pts** | **8%** | **14%** | **12%** | **7%** | **8%** | **1% pts** | **1% pts** | **0% pts** | **20%** | **36%** | **32%** | **19%** | **25%** | **1% pts** | **6% pts** | **5% pts** |
| **Japan Geo** | **-29%** | **23%** | **11%** | **-8%** | **27%** | **-8%** | **14%** | **9%** | **1%** | **3%** | **24% pts** | **40%** | **56%** | **50%** | **35%** | **49%** | **2% pts** | **15% pts** | **9% pts** | **52%** | **70%** | **65%** | **45%** | **46%** | **1% pts** | **0% pts** | **-6% pts** |
| Australia | -20% | 15% | -15% | 9% | 39% | 1% | 12% | 7% | -11% | -3% | 42% pts | 37% | 56% | 44% | 45% | 53% | 0% pts | 7% pts | 16% pts | 52% | 76% | 53% | 59% | 54% | 3% pts | -5% pts | 2% pts |
| New Zealand | -17% | -7% | 36% | 9% | 57% | -11% | -16% | 29% | 1% | 3% | 54% pts | 22% | 35% | 34% | 32% | 34% | -8% pts | 1% pts | 11% pts | 41% | 66% | 58% | 48% | 41% | -4% pts | -7% pts | 0% pts |
| **ANZ** | **-20%** | **12%** | **-11%** | **9%** | **41%** | **-1%** | **6%** | **10%** | **-9%** | **-2%** | **43% pts** | **34%** | **53%** | **43%** | **43%** | **49%** | **-1% pts** | **7% pts** | **15% pts** | **51%** | **75%** | **53%** | **57%** | **52%** | **2% pts** | **-5% pts** | **1% pts** |
| Korea | -7% | 9% | -11% | -15% | 14% | 56% | 9% | 53% | 1% | -18% | 32% pts | 9% | 41% | 14% | 11% | 13% | -3% pts | 2% pts | 4% pts | 8% | 50% | 15% | 12% | 13% | -5% pts | 1% pts | 5% pts |
| Singapore | 16% | -11% | -47% | -48% | -27% | -1% | -12% | -24% | -29% | -6% | -22% pts | 43% | 55% | 36% | 26% | 33% | 8% pts | 7% pts | -10% pts | 57% | 67% | 49% | 42% | 62% | 15% pts | 20% pts | 5% pts |
| (E) Thailand | -22% | 9% | -23% | -16% | -11% | 27% | 0% | -29% | 9% | 5% | -16% pts | 5% | 16% | 8% | 4% | 4% | -2% pts | -1% pts | -1% pts | 12% | 42% | 26% | 15% | 17% | -8% pts | 2% pts | 5% pts |
| (E) Malaysia | 23% | 0% | -28% | -26% | 0% | -7% | -6% | -8% | -7% | 7% | -6% pts | 6% | 14% | 7% | 5% | 6% | 0% pts | 1% pts | 0% pts | 15% | 37% | 20% | 13% | 21% | -2% pts | 8% pts | 6% pts |
| (E) Philippines and Guam | -19% | -11% | 18% | 7% | -5% | -4% | -10% | 9% | 3% | 5% | -10% pts | 3% | 4% | 5% | 3% | 2% | 0% pts | 0% pts | 0% pts | 11% | 22% | 21% | 11% | 10% | -1% pts | -1% pts | -1% pts |
| (E) Vietnam/Cambodia | -46% | -13% | 16% | 36% | 32% | 6% | 2% | 18% | 8% | 5% | 27% pts | 2% | 5% | 4% | 3% | 2% | 0% pts | -1% pts | 0% pts | 7% | 17% | 17% | 7% | 6% | 0% pts | -1% pts | -1% pts |
| (E) Indonesia | 50% | 8% | 27% | 159% | -51% | -1% | -9% | 5% | 18% | 17% | -68% pts | 1% | 1% | 1% | 1% | 1% | 1% pts | -1% pts | -1% pts | 6% | 4% | 5% | 5% | 4% | 3% pts | 0% pts | -2% pts |
| South Asia | -8% | -2% | -16% | -6% | -11% | 3% | -8% | -6% | 3% | 4% | -15% pts | 4% | 7% | 5% | 3% | 3% | 0% pts | -1% pts | 0% pts | 13% | 27% | 18% | 11% | 13% | 0% pts | 2% pts | 0% pts |
| **Rest of Asia Pacific Geo** | **-13%** | **6%** | **-13%** | **-2%** | **13%** | **7%** | **-5%** | **0%** | **2%** | **1%** | **11% pts** | **6%** | **15%** | **8%** | **6%** | **6%** | **0% pts** | **0% pts** | **0% pts** | **16%** | **41%** | **21%** | **17%** | **18%** | **-2% pts** | **2% pts** | **2% pts** |
| **TOTAL** | **3%** | **-1%** | **3%** | **1%** | **0%** | **4%** | **-8%** | **-3%** | **-2%** | **-2%** | **2% pts** | **12%** | **20%** | **16%** | **12%** | **13%** | **1% pts** | **0% pts** | **0% pts** | **30%** | **47%** | **38%** | **30%** | **33%** | **2% pts** | **3% pts** | **3% pts** |
| Developed Countries | -3% | -2% | 1% | 3% | 8% | 2% | -5% | 4% | -9% | -2% | 10% pts | 31% | 42% | 35% | 34% | 35% | 2% pts | 2% pts | 0% pts | 49% | 65% | 53% | 50% | 52% | 4% pts | 1% pts | 3% pts |
| Emerging Countries | 13% | 0% | 6% | -4% | -12% | 5% | -9% | -6% | 0% | -1% | -11% pts | 6% | 10% | 8% | 6% | 5% | 0% pts | 0% pts | -1% pts | 18% | 31% | 26% | 17% | 20% | 0% pts | 3% pts | 3% pts |
| BRIC | 18% | 0% | 1% | -16% | -18% | 3% | -10% | -9% | -1% | -2% | -17% pts | 7% | 11% | 9% | 6% | 5% | 0% pts | 0% pts | 0% pts | 18% | 31% | 27% | 16% | 21% | 1% pts | 5% pts | 3% pts |
| *Total w/o Greater China* | *2%* | *-1%* | *2%* | *3%* | *4%* | *7%* | *-5%* | *2%* | *0%* | *1%* | *3% pts* | *14%* | *22%* | *17%* | *14%* | *15%* | *0% pts* | *0% pts* | *0% pts* | *34%* | *51%* | *40%* | *35%* | *36%* | *2% pts* | *2% pts* | *2% pts* |
| *Emerging Countries w/o Greater China* | *29%* | *5%* | *7%* | *3%* | *-10%* | *10%* | *-5%* | *1%* | *5%* | *2%* | *-13% pts* | *5%* | *7%* | *6%* | *5%* | *4%* | *0% pts* | *-1% pts* | *-1% pts* | *15%* | *25%* | *20%* | *15%* | *15%* | *0% pts* | *0% pts* | *0% pts* |

Apple Reported Growth Rate = Apple reported for all quarters
IDC Market Growth Rate = IDC reported for all quarters
Apple IDC $ Share = IDC Reported Apple / IDC Market
Apple IDC Units -- Prior quarter = IDC Reported Apple / IDC Market
Apple IDC Units -- Current quarter = Apple Reported / IDC Market

Apple growth outpaced market
Positive growth