# EXHIBIT 11



Hi Tim,

Please find materials to help guide the discussion for today's call pertaining to our iPhone forecast ranges. We've tried to incorporate your input including run-charts, etc.

Best,

Kevan and Donal

Kevan Parekh  |  Apple Inc.  |  office:              |  iPhone:
       |



Hi Tim,

Please find materials to help guide the discussion for today's call pertaining to our iPhone forecast ranges. We've tried to incorporate your input including run-charts, etc.

Best,

Kevan and Donal

Kevan Parekh  |  Apple Inc.  |  office:           |  iPhone:           |

Highly Confidential

APL-SECLIT_00099226

# Q1'19

1
Apple Confidential–Internal Use Only

Highly Confidential

APL-SECLIT_00099227

# Macro Considerations

| Positives | Challenges | Uncertainties |
|---|---|---|
| • Installed base customers with 2-4 year old phones are up Y/Y in the $600 - $800 Price Bands | • Smartphone market expected to be flat to down YoY. | • Larger reliance on switchers and older / price sensitive cohorts; Migration to new ID (Face ID, etc); The new-to may become more challenging in China |
| • Product strength - bringing the innovative features of X down the line, positive reviews | • Competition is at larger screen sizes for lower prices (China, SEA and WE) - Hauwei launch of Mate 20 | • Need to see the device physically may impact velocity and ramp-up; Dependency on Store traffic and potentially gets further impacted where online orders are larger % of sales |
| • 128 GB with minimal sell-up - especially important for 7/7+ 2 year upgrades who bought 128GB | • Pricing in certain geos makes entry price impact more pronounced; Turkey significant increase | • Historical curves may not be beneficial |
| • Consumers historically value the latest technology vs N-1; Now have product in between N-1 and $1,000 | • Customers interested in seeing all colors before buying. Channel partners have 1-2 demo colors today. | • Economic environment |
| • When people see and understand product is a well-spec'd device not a cheaper device, we are seeing positive consideration | • Launch is starting slower than expected. | • Single lens camera for + customers with dual lens |

**2**

Apple Confidential—Need to Know

**3**

Highly Confidential                                                                                    APL-SECLIT_00099228

# Retail Store Traffic Y/Y

|  | W1 | W2 | W3 | W4 | W4 Sun | W4 Mon | W4 Tue | W4 Wed | W4 Thu | W4 Fri (XR Launch) | W4 Sat |
|---|---|---|---|---|---|---|---|---|---|---|---|
| USA | +5% | +2% | +1% | +3% | +4% | +2% | +1% | (-1%) | (-2%) | +11% | +3% |
| Canada | (-0%) | (-5%) | (-5%) | +0% | +2% | +0% | (-5%) | (-4%) | (-3%) | +11% | (-2%) |
| G. China | +3% | +10% | +18% | +16% | +11% | +9% | +17% | +18% | +14% | +39% | +9% |
| W. Europe | (-0%) | (-0%) | +1% | (-0%) | (-2%) | (-4%) | (-5%) | (-7%) | (-5%) | +10% | +4% |
| IMMEA | (-9%) | (-12%) | (-11%) | (-23%) | (-16%) | (-22%) | (-29%) | (-30%) | (-24%) | (-22%) | (-22%) |
| Japan | +31% | +48% | +47% | +61% | +96% | +32% | +40% | +41% | +38% | +86% | +72% |
| S. Korea | - | - | - | - | - | - | - | - |  |  |  |
| S. Asia | +3% | +2% | (-4%) | +1% | +1% | (-1%) | +1% | +0% | (-4%) | +12% | (-4%) |
| ALAC | +8% | (-6%) | +4% | (-1%) | (-4%) | +5% | +7% | (-1%) | (-5%) | +1% | (-3%) |
| **Total WW** | +4% | +3% | +4% | +5% | +6% | +2% | +2% | +1% | flat | +16% | +5% |

Apple Confidential—Need to Know   10

Highly Confidential                                                                                                                  APL-SECLIT_00099236

# NPI Entry Pricing (LC – ALP)

| | Plus OLED | Entry OLED | | Plus LCD | | | Entry LCD | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | FY19 XS Max | FY19 XS | FY18 iPX | FY18 iP8+ | FY17 iP7+ | FY16 iP6s+ | FY19 iPXR | FY18 iP8 | FY17 iP7 | FY16 iP6s |
| USD | 1,099 | 999 | 999 | 799 | 769 | 749 | 749 | 699 | 649 | 649 |
| JPY | 124,800 | 112,800 | 112,800 | 89,800 | 85,800 | 98,800 | 84,800 | 78,800 | 72,800 | 86,800 |
| CAD | 1,519 | 1,379 | 1,319 | 1,059 | 1,049 | 1,029 | 1,029 | 929 | 899 | 899 |
| AUD | 1,799 | 1,629 | 1,579 | 1,229 | 1,269 | 1,229 | 1,229 | 1,079 | 1,079 | 1,079 |
| EUR | 1,249 | 1,149 | 1,149 | 909 | 899 | 855 | 849 | 799 | 759 | 745 |
| GBP | 1,099 | 999 | 999 | 799 | 719 | 619 | 749 | 699 | 599 | 539 |
| RMB | 9,599 | 8,699 | 8,388 | 6,688 | 6,388 | 6,088 | 6,499 | 5,888 | 5,388 | 5,288 |
| TRY | 12,299 | 11,299 | 6,099 | 4,799 | 3,799 | 3,499 | 8,499 | 4,199 | 3,249 | 3,099 |
| RUB | 96,990 | 87,990 | 79,990 | 64,990 | 67,990 | 65,990 | 64,990 | 56,990 | 56,990 | 56,990 |
| INR | 109,900 | 99,900 | 89,000 | 73,000 | 72,000 | 72,000 | 76,900 | 64,000 | 60,000 | 62,000 |
| TWD | 39,900 | 35,900 | 35,900 | 28,900 | 28,900 | 28,500 | 26,900 | 25,500 | 24,500 | 24,500 |
| SGD | 1,799 | 1,649 | 1,648 | 1,308 | 1,248 | 1,218 | 1,229 | 1,148 | 1,048 | 1,048 |
| THB | 43,900 | 39,900 | 40,500 | 32,500 | 31,500 | 30,500 | 29,900 | 28,500 | 26,500 | 26,500 |

Apple Confidential—Need to Know

Highly Confidential

APL-SECLIT_00099250

# NPI Entry Pricing (LC – ALP LoL %)

| | Plus OLED | Entry OLED | | Plus LCD | | | Entry LCD | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | FY19<br>XS Max | FY19<br>XS | FY18<br>iPX | FY18<br>iP8+ | FY17<br>iP7+ | FY16<br>iP6s+ | FY19<br>iPXR | FY18<br>iP8 | FY17<br>iP7 | FY16<br>iP6s |
| USD | - | - | - | 4% | 3% | - | 7% | 8% | - | - |
| JPY | - | - | - | 5% | (-13%) | - | 8% | 8% | (-16%) | - |
| CAD | - | 5% | - | 1% | 2% | - | 11% | 3% | - | - |
| AUD | - | 3% | - | (-3%) | 3% | - | 14% | - | - | - |
| EUR | - | - | - | 1% | 5% | - | 6% | 5% | 2% | - |
| GBP | - | - | - | 11% | 16% | - | 7% | 17% | 11% | - |
| RMB | - | 4% | - | 5% | 5% | - | 10% | 9% | 2% | - |
| TRY | - | 85% | - | 26% | 9% | - | 102% | 29% | 5% | - |
| RUB | - | 10% | - | (-4%) | 3% | - | 14% | - | - | - |
| INR | - | 12% | - | 1% | - | - | 20% | 7% | (-3%) | - |
| TWD | - | - | - | - | 1% | - | 5% | 4% | - | - |
| SGD | - | 0% | - | 5% | 2% | - | 7% | 10% | - | - |
| THB | - | (-1%) | - | 3% | 3% | - | 5% | 8% | - | - |

Apple Confidential—Need to Know

Highly Confidential

APL-SECLIT_00099251