# EXHIBIT 12



| | |
|---|---|
| **From:** | SDM Exec Updates <​████​> |
| **Subject:** | Thursday Update - Q1 Week 4 |
| **Received(Date):** | Thu, 25 Oct 2018 16:31:43 -0700 |
| **To:** | Tim Cook <​████​>, Jeff Williams <​████​>,Donal Conroy <​████​>, Luca Maestri <​████​>,Saori Casey <​████​>, Kevan Parekh <​████​>,Sabih Khan <​████​>, Rory Sexton <​████​>,Tony Blevins <​████​>, Daniel Rosckes <​████​>,Nick Forlenza <​████​>, Rob York <​████​>,Brendan Lawry <​████​>, Priya Balasubramaniam <​████​>,Mike Fisher <​████​>, Donny McFadyen <​████​>,"Anish (WW SDM) Patel" <​████​>, Rob McDowell <​████​>,Karen Starkweather <​████​>, Thomas Paine <​████​>,Anuj Saigal <​████​>,Mike Montgomery <​████​>,Mike Lee <​████​>, Angela Chan <​████​>,Janice Lin <​████​>, Matthew Costello <​████​> |
| **Attachment:** | PastedGraphic-3.png |
| **Attachment:** | PastedGraphic-1.png |
| **Attachment:** | PastedGraphic-5.pdf |
| **Attachment:** | Q12019 Supply Demand Summary Oct Wk4 FINAL.pdf |
| **Attachment:** | FY19 Oct Consolidated Launch Summary Oct Wk4 v2.pdf |
| **Date:** | Thu, 25 Oct 2018 16:31:43 -0700 |

Tim, Jeff,

Please see Thursday update below including Q1 projections and product updates.

Sell in changes compared to last week are:  iPhone -1.1M, iPad +217k, and Watch -38k.

Regards,
Thomas

Q1 Projections:

- iPhone:  Proj. SI is 75.5M, -2% y/y, UB 70.2M, -2% y/y and ST 71.8M -2% y/y.  SI decreased by 1.1M driven by D3X demand (-1.6M), partially offset by stronger sustaining demand (0.5M).  UB decreased -0.5M (-0.9M D3X, +0.4M Sustaining)

- iPad:  Proj. SI is 14.5M, 10% y/y and ST is 14.4M, 10% y/y. SI increased 217k driven by deals and improved Mini4 supply.  ST increased 77k, mainly driven by deals.

- Mac:  Proj. SI is 5.6M, 9% y/y, and ST is 5.5M, 8% y/y.  SI/ST unchanged.

- Watch:  Proj SI is 8.7M, 26% y/y, and ST is 8.7M, 30% y/y.  SI decreased by -38k and ST by -32k driven by lower S4 supply, partially offset by increased DG on S3.

- iPod:  Proj. SI is 0.6M, -31% y/y, and ST is 0.7M, -35% y/y.

- Apple TV:  Proj. SI is 1.5M, -14% y/y, and ST is 1.4M, -7% y/y.

- Beats:  Proj SI Plan is 5.3M, -13% y/y and ST is 5.3M, -11% y/y.

- Accessories:  Proj. SI is 49.4M, 23% y/y, and ST is 49.5M, 23% y/y.
    - Airpods:  Proj. SI is 9.3M and ST is 9.8M.
    - HomePod:  Proj. SI is 115k, and ST is 181k.

iPhone XR:
- Projecting 3M landed for Friday launch; AOS of 0.2M, Retail of 0.6M, and Reseller of 2.2M.
- Total Direct demand is 217k. AOS bookings of 181k are -76% LoL vs. iPhone 8/8+ (-60% LoL ex. GC).  Retail bookings of 36k are -76% LoL vs. iPhone 8/8+ (-37% LoL ex. GC).
- AOS NAND bookings mix remains at 32/55/12 (64/128/256GB) versus all channel quarter plan at 40/50/10.
- Retail projecting to start Friday with 100% SL across all Geos with the exception of AMR (98-99%) due to quality hold. Projecting to maintain 90-100% SL through launch weekend.
- Resellers' end consumer pre-orders across 32 partners are 343k, -74% vs 8/8+ LoL. These partners represent ~54% of D2X Q1'18 UB. - Current Q1 Reseller iPhone XR mBS is 22.1M, in addition to 21.7M for D3X.
- iPhone XR direct color mix:

iPhone Xs and Xs Max:
- LTD UB is 11.5M (+1% vs iPhone X, flat vs iPhone 8/8+).  No significant change to program and NAND mix at 41/59 and 40/54/6.
- D3x UB projection for the week is 1.5M.
- Quotes and Service Levels are at Goal.
- iPhone Xs is unconstrained at POS and Xs Max is unconstrained, with the exception of Australia where ex-factory recovery ships this week.

iPad Pro:
- Projected Landed at Launch on 11/7 is 468k, or ~2 WOS  (92k AOS, 124k Retail, 252k Reseller).  Projecting ~2-3 WOS ex-factory through Nov, and ~4-5 WOS through December.
- SW dropped on 10/20, pack out began 10/23. Ok2ship approved subject to TA on 10/26.
- AOS quotes will begin with 'ships by 11/6'.
- Retail will start at 100% on 11/7 and expected to drop to 40-60% SL within the first

week.

MacBook Air 13" J140:
- Ok2ship approved on 10/25.
- Projected landed at launch 457k, ~4 WOS.
- AOS quotes will begin with 'ships by 11/6'.
- Retail will start at 100% on 11/7.

Mac Mini J174:
- Projected landed at launch 93k, ~6.5 WOS.
- AOS quotes will begin with 'ships by 11/6'.
- Retail will start at 100% on 11/7.

Watch Series 4:
- LTD performance is 1701k (19% y/y vs Series 3 is highly constrained).  Cellular mix is 53%, unchanged.
- AOS net bookings are 544k, 34% y/y.  Quotes are 'ships 2-3 wks' in most countries, working to reduce 5 remaining countries by end of October.
- Retail UB are 553k, 23% y/y.  SL% are 47%, (57% LTE, 38% GPS).
- Reseller UB are 583k, 3% y/y.  Resellers are constrained, with wk2 velocity of 38% and strong across all Regions.

Mac Supply Update (J130A, J132, J113B):
- MBAir 13" (J113B) and MBPro 13" w/TB (J132) constrained through Q1 (J132 WOS chart below).
- MBAir 13" (J113B) supply is constraining DG activities, primarily in EMEIA.

HomePod:
- Launching Spain and Mexico on Friday 10/26.
- Supply is unconstrained.  Direct launches at goal and all 13k Reseller launch requests have shipped.

Tim, Jeff,

Please see Thursday update below including Q1 projections and product updates.

Sell in changes compared to last week are:  iPhone -1.1M, iPad +217k, and Watch -38k.

Regards,

Thomas

Highly Confidential
APL-SECLIT_00283661

**Q1 Projections:**

- iPhone:  Proj. SI is 75.5M, -2% y/y, UB 70.2M, -2% y/y and ST 71.8M -2% y/y.  SI decreased by 1.1M driven by D3X demand (-1.6M), partially offset by stronger sustaining demand (0.5M).  UB decreased -0.5M (-0.9M D3X, +0.4M Sustaining)

- iPad:  Proj. SI is 14.5M, 10% y/y and ST is 14.4M, 10% y/y. SI increased 217k driven by deals and improved Mini4 supply.  ST increased 77k, mainly driven by deals.

- Mac:  Proj. SI is 5.6M, 9% y/y, and ST is 5.5M, 8% y/y.  SI/ST unchanged.

- Watch:  Proj SI is 8.7M, 26% y/y, and ST is 8.7M, 30% y/y.  SI decreased by -38k and ST by -32k driven by lower S4 supply, partially offset by increased DG on S3.

- iPod:  Proj. SI is 0.6M, -31% y/y, and ST is 0.7M, -35% y/y.

- Apple TV:  Proj. SI is 1.5M, -14% y/y, and ST is 1.4M, -7% y/y.

- Beats:  Proj SI Plan is 5.3M, -13% y/y and ST is 5.3M, -11% y/y.

- Accessories:  Proj. SI is 49.4M, 23% y/y, and ST is 49.5M, 23% y/y.

- Airpods:  Proj. SI is 9.3M and ST is 9.8M.

- HomePod:  Proj. SI is 115k, and ST is 181k.

iPhone XR:

- Projecting 3M landed for Friday launch; AOS of 0.2M, Retail of 0.6M, and Reseller of 2.2M.

- Total Direct demand is 217k. AOS bookings of 181k are -76% LoL vs. iPhone 8/8+ (-60% LoL ex. GC).  Retail bookings of 36k are -76% LoL vs. iPhone 8/8+ (-37% LoL ex. GC).

- AOS NAND bookings mix remains at 32/55/12 (64/128/256GB) versus all channel quarter plan at 40/50/10.

- Retail projecting to start Friday with 100% SL across all Geos with the exception of AMR (98-99%) due to quality hold. Projecting to maintain 90-100% SL through launch weekend.

- Resellers' end consumer pre-orders across 32 partners are 343k, -74% vs 8/8+ LoL. These partners represent ~54% of D2X Q1'18 UB.

- Current Q1 Reseller iPhone XR mBS is 22.1M, in addition to 21.7M for D3X.

- iPhone XR direct color mix:

iPhone Xs and Xs Max:

- LTD UB is 11.5M (+1% vs iPhone X, flat vs iPhone 8/8+).  No significant change to program and NAND mix at 41/59 and 40/54/6.

- D3x UB projection for the week is 1.5M.

- Quotes and Service Levels are at Goal.

- iPhone Xs is unconstrained at POS and Xs Max is unconstrained, with the exception of Australia where ex-factory recovery ships this week.

iPad Pro:

- Projected Landed at Launch on 11/7 is 468k, or ~2 WOS  (92k AOS, 124k Retail, 252k Reseller).  Projecting ~2-3 WOS ex-factory through Nov, and ~4-5 WOS through December.

- SW dropped on 10/20, pack out began 10/23. Ok2ship approved subject to TA on 10/26.

- AOS quotes will begin with 'ships by 11/6'.

- Retail will start at 100% on 11/7 and expected to drop to 40-60% SL within the first week.

MacBook Air 13" J140:

- Ok2ship approved on 10/25.

- Projected landed at launch 457k, ~4 WOS.

- AOS quotes will begin with 'ships by 11/6'.

- Retail will start at 100% on 11/7.

Mac Mini J174:

- Projected landed at launch 93k, ~6.5 WOS.

- AOS quotes will begin with 'ships by 11/6'.

- Retail will start at 100% on 11/7.

Watch Series 4:

- LTD performance is 1701k (19% y/y vs Series 3 is highly constrained).  Cellular mix is 53%, unchanged.

- AOS net bookings are 544k, 34% y/y.  Quotes are 'ships 2-3 wks' in most countries, working to reduce 5 remaining countries by end of October.

- Retail UB are 553k, 23% y/y.  SL% are 47%, (57% LTE, 38% GPS).

- Reseller UB are 583k, 3% y/y.  Resellers are constrained, with wk2 velocity of 38% and strong across all Regions.

Mac Supply Update (J130A, J132, J113B):

- MBAir 13" (J113B) and MBPro 13" w/TB (J132) constrained through Q1 (J132 WOS chart below).

- MBAir 13" (J113B) supply is constraining DG activities, primarily in EMEIA.

HomePod:

- Launching Spain and Mexico on Friday 10/26.

- Supply is unconstrained.  Direct launches at goal and all 13k Reseller launch requests have shipped.

Apple Confidential - For planning purposes only
25-Oct

| | BOH | SI | ST | UB | ST vs UB | ST EOH | Δ | ST EOH WOS (Bwd) | ST EOH WOS (Fwd) | EOH WOS (Jan RR) | RSLR RR (Jan) | ST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **iPhone** | **18119** | **75460** | **71846** | **70175** | **1671** | **21732** | **3613** | **4.4** | **6.1** | **5.8** | **3728** | **51283** |
| y/y vs iPhone | 2% | -2% | -2% | -2% | | -1% | | | | | 0% | -5% |
| **iPhone XS & XS Max & XR** | **6275** | **53915** | **45531** | **43634** | **1897** | **14659** | **8385** | **4.7** | **6.4** | **5.8** | **2528** | **33665** |
| y/y vs iPhone 8 + 8P + X | -7% | -2% | -3% | -3% | | -2% | | | | | 5% | -5% |
| **iPhone XS & XS Max** | **6275** | **21752** | **22100** | **21400** | **700** | **5926** | **-349** | **4.1** | **7.0** | **5.8** | **1022** | **12668** |
| y/y vs X | #### | -17% | 14% | 18% | | -14% | | | | | -6% | -14% |
| iPhone XS Max | 2917 | 13212 | 12668 | 12335 | 333 | 3462 | 544 | 4.2 | 6.9 | 5.8 | 597 | 7490 |
| y/y vs X | #### | -50% | -35% | -32% | | -50% | | | | | -45% | -49% |
| iPhone XS | 3358 | 8540 | 9433 | 9066 | 367 | 2465 | -893 | 4.0 | 7.1 | 5.8 | 425 | 5178 |
| y/y vs X | #### | -67% | -51% | -50% | | -64% | | | | | -61% | -65% |
| iPhone XR | 0 | 32163 | 23430 | 22233 | 1197 | 8733 | 8733 | 5.3 | 6.0 | 5.8 | 1506 | 20997 |
| y/y vs 8 + 8P | -100% | 12% | -15% | -17% | | 9% | | | | | 13% | 2% |
| **Total Sustaining (excl. Refurb)** | **11844** | **20849** | **25621** | **25815** | **-194** | **7073** | **-4771** | **3.8** | **5.7** | **5.9** | **1200** | **16607** |
| y/y vs Sust (excl. Refurb) | 8% | -4% | -1% | -1% | | 2% | | | | | -9% | -7% |
| **iPhone 8 & 8P & X** | **5788** | **12259** | **14036** | **14207** | **-171** | **4011** | **-1777** | **4.0** | **6.2** | **6.0** | **665** | **8620** |
| y/y vs 7 + 7P | -2% | 22% | 10% | 13% | | 22% | | | | | 17% | 14% |
| iPhone X | 1999 | 3104 | 3899 | 3936 | -37 | 1204 | -795 | 4.0 | 5.6 | 5.3 | 227 | 2800 |
| y/y vs 7 + 7P | -66% | -69% | -69% | -69% | | -63% | | | | | -60% | -63% |
| **iPhone 8 & 8P** | **3788** | **9155** | **10137** | **10271** | **-134** | **2807** | **-982** | **3.9** | **6.6** | **6.4** | **438** | **5820** |
| y/y vs 7 + 7P | -36% | -9% | -20% | -19% | | -15% | | | | | -23% | -23% |
| iPhone 8 Plus | 1482 | 3587 | 3962 | 4012 | -50 | 1107 | -375 | 4.1 | 7.4 | 7.0 | 159 | 2048 |
| y/y vs 7P | -37% | 16% | -9% | -7% | | 1% | | | | | -10% | -14% |
| iPhone 8 | 2306 | 5568 | 6175 | 6258 | -84 | 1700 | -607 | 3.8 | 6.1 | 6.1 | 279 | 3772 |
| y/y vs 7 | -36% | -20% | -26% | -25% | | -22% | | | | | -29% | -27% |
| **iPhone 7 & 7P** | **1889** | **3887** | **4378** | **4377** | **1** | **1398** | **-491** | **4.7** | **4.8** | **5.4** | **259** | **3980** |
| y/y vs 6s + 6sP | 41% | 3% | 12% | 7% | | 17% | | | | | 2% | 24% |
| iPhone 7 Plus | 615 | 1097 | 1159 | 1102 | 57 | 553 | -62 | 7.3 | 5.8 | 6.6 | 84 | 1310 |
| y/y vs 6sP | 14% | -15% | -14% | -17% | | 12% | | | | | -21% | 1% |
| iPhone 7 | 1274 | 2790 | 3219 | 3275 | -56 | 845 | -429 | 3.8 | 4.3 | 4.8 | 175 | 2670 |
| y/y vs 6s | 60% | 12% | 25% | 20% | | 20% | | | | | 18% | 40% |
| **iPhone Low** | **4167** | **4703** | **7206** | **7231** | **-25** | **1663** | **-2504** | **3.0** | **5.4** | **6.0** | **276** | **4007** |
| y/y vs iPhone Low | -17% | -60% | -45% | -46% | | -55% | | | | | -63% | -61% |
| **iPhone 6 & 6s & 6s Plus** | **2992** | **4295** | **5624** | **5702** | **-79** | **1663** | **-1329** | **3.8** | **5.4** | **6.0** | **276** | **4007** |
| y/y vs 6 | 50% | -6% | 7% | 13% | | 28% | | | | | 1% | -2% |
| iPhone 6s Plus | 407 | 993 | 1082 | 1065 | 16 | 318 | -88 | 3.8 | 5.3 | 5.2 | 61 | 776 |
| y/y vs 6sP | -25% | -23% | -19% | -20% | | -35% | | | | | -43% | -40% |
| iPhone 6s | 758 | 3116 | 2529 | 2490 | 39 | 1345 | 587 | 6.9 | 5.4 | 6.3 | 215 | 3231 |
| y/y vs 6s | -5% | 25% | -2% | -9% | | 92% | | | | | 45% | 69% |
| iPhone 6 | 1827 | 186 | 2013 | 2147 | -134 | 0 | -1827 | 0.0 | 0.0 | 0.0 | 0 | 0 |
| y/y vs 6 | -9% | -96% | -62% | -58% | | -100% | | | | | -100% | -100% |
| iPhone SE | 1175 | 408 | 1583 | 1528 | 54 | 0 | -1175 | 0.0 | 0.0 | 0.0 | 0 | 0 |
| y/y vs SE | -30% | -88% | -60% | -61% | | -100% | | | | | -100% | -100% |
| iPhone Refurb | 0 | 695 | 695 | 695 | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 | 3 | 1011 |
| y/y vs iPhone Refurb | 0% | 67% | 67% | 67% | | 0% | | | | | 554% | -3% |
| **iPad** | **3168** | **14493** | **14417** | | | **3244** | **76** | **3.6** | **5.6** | **6.2** | **526** | **9831** |
| y/y vs iPad | -9% | 10% | 10% | | | -7% | | | | | 9% | 6% |
| **iPad Pro** | **538** | **3206** | **2978** | | | **766** | **227** | **5.1** | **7.4** | **7.7** | **100** | **1902** |
| y/y vs Total Pro | -38% | 13% | 4% | | | -11% | | | | | 5% | 2% |
| **iPad Pro 13** | **145** | **1001** | **998** | | | **148** | **3** | **3.1** | **4.9** | **5.1** | **29** | **596** |
| y/y vs J120 | -25% | 21% | 23% | | | -30% | | | | | 3% | 3% |
| iPad J320 | 0 | 793 | 645 | | | 148 | 148 | 5.8 | 4.9 | 5.1 | 29 | 596 |
| iPad J120 | 145 | 208 | 353 | | | 0 | -145 | 0.0 | 0.0 | 0.0 | 0 | 0 |
| **iPad Pro 10** | **394** | **2205** | **1980** | | | **618** | **224** | **6.1** | **8.4** | **8.7** | **71** | **1306** |
| y/y vs J207 | -33% | 10% | 2% | | | -4% | | | | | 6% | 1% |
| iPad J317 | 0 | 1542 | 1167 | | | 375 | 375 | 7.0 | 6.9 | 7.4 | 51 | 961 |
| iPad J207 | 394 | 663 | 813 | | | 243 | -151 | 5.0 | 12.5 | 12.4 | 20 | 345 |
| **iPad Non-Pro Total** | **2630** | **11130** | **11281** | | | **2479** | **-151** | **3.3** | **5.3** | **5.8** | **426** | **7840** |
| y/y vs Total Non-Pro | 1% | 9% | 11% | | | -6% | | | | | 10% | 7% |
| **iPad Non-Pro 10"** | **2375** | **9988** | **10141** | | | **2221** | **-154** | **3.3** | **5.3** | **5.8** | **383** | **6833** |
| y/y vs 5th + 6th | 7% | 18% | 20% | | | -1% | | | | | 17% | 12% |
| iPad 6th Gen | 2375 | 9988 | 10141 | | | 2221 | -154 | 3.3 | 5.3 | 5.8 | 383 | 6481 |
| y/y vs 5th + 6th | 7% | 18% | 20% | | | -1% | | | | | 17% | 6% |
| iPad J217 | 0 | 0 | 0 | | | 0 | 0 | 0.0 | 0.0 | 0.0 | 0 | 352 |
| **iPad Non-Pro Mini** | **255** | **1142** | **1140** | | | **257** | **2** | **3.4** | **5.2** | **6.0** | **43** | **1006** |
| y/y vs Mini 4 | -33% | -33% | -33% | | | -35% | | | | | -28% | -16% |
| iPad Mini 4 | 255 | 1142 | 1140 | | | 257 | 2 | 3.4 | 5.2 | 6.0 | 43 | 784 |
| y/y vs Mini 4 | -33% | -33% | -33% | | | -35% | | | | | -28% | -34% |
| iPad J210 | 0 | 0 | 0 | | | 0 | 0 | 0.0 | 0.0 | 0.0 | 0 | 222 |
| iPad Refurb | 0 | 100 | 100 | | | 0 | 0 | 0.0 | 0.0 | 0.0 | 0 | 89 |
| y/y vs iPad Refurb | 0% | -24% | -24% | | | 0% | | | | | -100% | -24% |
| **Mac** | **832** | **5592** | **5488** | | | **936** | **104** | **3.4** | **4.1** | **4.4** | **214** | **4574** |
| y/y vs Mac | -6% | 9% | 8% | | | 3% | | | | | 17% | 10% |
| **Mobile** | **699** | **4631** | **4559** | | | **771** | **72** | **3.2** | **3.9** | **4.2** | **183** | **3825** |
| y/y vs Mobile | 3% | 11% | 10% | | | 2% | | | | | 22% | 14% |
| MacBook Air | 302 | 2303 | 2230 | | | 375 | 73 | 3.0 | 3.5 | 4.0 | 94 | 1863 |
| y/y vs MBA | -3% | 20% | 21% | | | 1% | | | | | 37% | 29% |
| MBA J140 | 0 | 1538 | 1268 | | | 270 | 270 | 4.3 | 3.5 | 4.0 | 68 | 1351 |
| MBA J113B + J110 | 302 | 765 | 962 | | | 105 | -197 | 1.7 | 3.6 | 4.0 | 26 | 512 |
| MacBook | 43 | 132 | 132 | | | 43 | 0 | 8.9 | 9.7 | 11.8 | 4 | 107 |
| y/y vs MacBook | -23% | -43% | -44% | | | -14% | | | | | -42% | -44% |
| **Total MacBook Pro** | **354** | **2196** | **2197** | | | **353** | **-1** | **3.3** | **4.1** | **4.2** | **85** | **1855** |
| y/y vs Total MBP | 14% | 8% | 6% | | | 5% | | | | | 14% | 9% |
| **MacBook Pro 13** | **263** | **1545** | **1558** | | | **250** | **-13** | **3.3** | **4.1** | **4.1** | **61** | **1311** |
| y/y vs MBP 13 | 18% | 8% | 8% | | | 2% | | | | | 16% | 9% |
| MB Pro 13 w/ Touchbar | 102 | 603 | 648 | | | 57 | -45 | 1.9 | 2.3 | 2.5 | 23 | 551 |
| y/y vs MBP 13 w/ TB | 17% | 15% | 16% | | | -31% | | | | | 27% | 25% |
| MB Pro 13 w/o Touchbar | 161 | 942 | 910 | | | 193 | 32 | 4.2 | 5.2 | 5.1 | 38 | 760 |
| y/y vs MBP 13 w/o TB | 19% | 3% | 3% | | | 18% | | | | | 11% | -1% |
| MacBook Pro 15 | 91 | 650 | 638 | | | 103 | 12 | 3.2 | 4.0 | 4.4 | 24 | 544 |
| y/y vs MBP 15 | 4% | 9% | 2% | | | 14% | | | | | 7% | 9% |
| **Desktop** | **133** | **855** | **823** | | | **165** | **32** | **4.0** | **5.5** | **5.3** | **31** | **663** |
| y/y vs Desktop | -6% | 5% | 1% | | | 13% | | | | | -1% | -6% |
| iMac | 108 | 590 | 582 | | | 116 | 8 | 4.1 | 5.3 | 5.1 | 23 | 484 |
| y/y vs iMac | -7% | -13% | -14% | | | 2% | | | | | -9% | -14% |
| iMac Pro | 3 | 21 | 21 | | | 3 | 0 | 4.2 | 5.3 | 5.5 | 1 | 18 |
| y/y vs Mac Pro | 74% | 35% | 35% | | | 78% | | | | | -4% | 35% |
| **Mac Mini** | **20** | **234** | **210** | | | **44** | **24** | **4.1** | **6.3** | **6.3** | **7** | **151** |
| y/y vs Mac Mini | -16% | 114% | 92% | | | 87% | | | | | 66% | 55% |
| Mac Mini J174 | 0 | 198 | 163 | | | 35 | 35 | 4.3 | 5.1 | 5.0 | 7 | 151 |
| Mac Mini J64 | 20 | 36 | 47 | | | 9 | -11 | 3.4 | 0.0 | 0.0 | 0 | 0 |
| Mac Pro | 2 | 11 | 11 | | | 2 | 0 | 2.7 | 3.0 | 3.4 | 0 | 10 |
| y/y vs Mac Pro | -15% | -29% | -29% | | | -13% | | | | | -24% | -25% |
| Mac Refurb | 0 | 95 | 95 | | | 0 | 0 | 0.0 | 0.0 | 0.0 | 2 | 86 |
| y/y vs Mac Refurb | 0% | -20% | -20% | | | 0% | | | | | 1728% | -20% |
| **Total Watch** | **1319** | **8698** | **8679** | | | **1338** | **19** | **3.3** | **4.3** | **4.8** | **280** | **6174** |
| y/y vs Total Watch | 23% | 26% | 30% | | | 3% | | | | | 65% | 72% |
| **Series 4** | **329** | **5949** | **5639** | | | **639** | **310** | **3.1** | **3.0** | **3.2** | **200** | **4646** |
| y/y vs Series 3 | -44% | 2% | 3% | | | -34% | | | | | 29% | 42% |
| Series 4: Cellular | 193 | 2677 | 2499 | | | 371 | 178 | 4.0 | 4.3 | 4.6 | 81 | 1904 |
| y/y vs Series 3: Cellular | 17% | -5% | 1% | | | -29% | | | | | 31% | 38% |
| Series 4: GPS | 135 | 3272 | 3140 | | | 267 | 132 | 2.4 | 2.1 | 2.2 | 119 | 2742 |
| y/y vs Series 3: GPS | -68% | 8% | 5% | | | -41% | | | | | 28% | 46% |
| **Series 3** | **990** | **2739** | **3030** | | | **699** | **-291** | **3.5** | **7.3** | **8.7** | **80** | **1513** |
| y/y vs Series 1 + Series 2 | 106% | 156% | 147% | | | 114% | | | | | 431% | 382% |
| Series 3: Cellular | 503 | 535 | 758 | | | 280 | -223 | 5.1 | 9.9 | 10.0 | 28 | 409 |
| Series 3: GPS | 487 | 2204 | 2272 | | | 419 | -68 | 2.9 | 6.2 | 8.0 | 52 | 1104 |
| Watch As-Is | 0 | 10 | 10 | | | 0 | 0 | 0.0 | 0.0 | 0.0 | 0 | 15 |
| y/y vs Watch As-Is | 0% | 107% | 107% | | | 0% | | | | | 0% | 132% |
| **iPod** | **271** | **594** | **667** | | | **198** | **-73** | **5.1** | **10.0** | **10.4** | **19** | **331** |
| y/y vs iPod | -46% | -31% | -35% | | | -41% | | | | | -30% | -31% |
| **Apple TV** | **415** | **1450** | **1430** | | | **435** | **20** | **5.3** | **7.3** | **7.6** | **57** | **1072** |
| y/y vs Apple TV | 54% | -14% | -7% | | | 5% | | | | | -14% | -9% |
| **Beats** | **1955** | **5294** | **5332** | | | **1917** | **-38** | **5.2** | **8.5** | **12.0** | **160** | **3248** |
| y/y vs Beats | -7% | -13% | -11% | | | -12% | | | | | -4% | 20% |
| **Accy (Excl. ATV & Beats)** | **14287** | **49373** | **49549** | | | **14111** | **-176** | **5.7** | **6.7** | **6.7** | **2093** | **42511** |
| y/y vs Accy (Excl. ATV & Beats) | 22% | 23% | 23% | | | 24% | | | | | 41% | 22% |
| Accy (Excl. AirPods & HomePod) | 12508 | 39910 | 39544 | | | 12874 | 366 | 0.0 | 0.0 | 7.4 | 1736 | 34021 |
| y/y vs Accy (Excl. AirPods & HP) | 12% | 9% | 8% | | | 16% | | | | | 32% | 9% |
| **AirPods** | **1678** | **9348** | **9824** | | | **1202** | **-476** | **2.0** | **2.9** | **3.4** | **353** | **8330** |
| y/y vs AirPods | 230% | 169% | 166% | | | 317% | | | | | 111% | 119% |
| AirPods B288 | 0 | 0 | 0 | | | 0 | 0 | 0.0 | 0.0 | 0.0 | 10 | 1088 |
| AirPods B188 | 1678 | 9348 | 9824 | | | 1202 | -476 | 2.0 | 3.0 | 3.5 | 343 | 7242 |
| HomePod | 101 | 115 | 181 | | | 35 | -66 | 5.5 | 5.8 | 7.8 | 5 | 160 |

| | Before this qtr | QTD (EOW) | LTD (EOW) | | | Before this qtr | QTD (EOW) | LTD (EOW) |
|---|---|---|---|---|---|---|---|---|
| **Total Device Sell-In (M)** | 2353.8 | 33.9 | 2387.6 | | **Total iOS Devices** | 2016.5 | 29.6 | 2046.0 |
| iOS | 2016.5 | 29.6 | 2046.0 | | iPhone | 1468.1 | 24.5 | 1492.6 |
| watchOS | 43.3 | 2.6 | 45.9 | | iPad | 424.9 | 4.9 | 429.9 |
| tvOS | 45.4 | 0.3 | 45.7 | | iPod Touch | 123.4 | 0.1 | 123.6 |
| macOS | 247.9 | 1.4 | 249.4 | | | | | |
| homepodOS | 0.6 | 0.0 | 0.7 | | | | | |

Highly Confidential

APL-SECLIT_00283669

7