# EXHIBIT 13

# (REDACTED VERSION – CONDITIONALLY FILED UNDER SEAL)

| | |
|---|---|
| **From:** | SDM Exec Updates <​███​> |
| **Subject:** | Thursday Update - Q1 Week 5 |
| **Received(Date):** | Thu, 01 Nov 2018 17:49:57 -0700 |
| **To:** | Tim Cook <​███​>, Jeff Williams <​███​>, Donal Conroy <​███​>, Luca Maestri <​███​>, Saori Casey <​███​>, Kevan Parekh <​███​>, Sabih Khan <​███​>, Rory Sexton <​███​>, Tony Blevins <​███​>, Daniel Rosckes <​███​>, Nick Forlenza <​███​>, Rob York <​███​>, Brendan Lawry <​███​>, Priya Balasubramaniam <​███​>, Mike Fisher <​███​>, Donny McFadyen <​███​>, Anish Patel <​███​>, Rob McDowell <​███​>, Karen Starkweather <​███​>, Thomas Paine <​███​>, Anuj Saigal <​███​>, Michael Montgomery <​███​>, Mike Lee <​███​>, Angela Chan <​███​>, Janice Lin <​███​>, Matthew Costello <​███​> |
| **Attachment:** | PastedGraphic-30.png |
| **Attachment:** | PastedGraphic-4.png |
| **Attachment:** | Q12019 Supply Demand Summary Oct Wk5 FINAL.pdf |
| **Attachment:** | FY19 Oct Consolidated Launch Summary Oct Wk5.pdf |
| **Attachment:** | Q1-Q2 19 Total Summary Template TSQ119_V6.xlsx |
| **Attachment:** | Q12019 Supply Demand Summary Oct Wk5 FINAL.xlsx |
| **Attachment:** | FY19 Oct Consolidated Launch Summary Oct Wk5.xlsx |
| **Date:** | Thu, 01 Nov 2018 17:49:57 -0700 |

Tim, Jeff,

Please see Thursday update below including Q1 projections and product updates.

NPI updates are included at the bottom.

Regards,

Mike

Q1 Projections:

- iPhone:  Proj. SI is 70.6M, -9% y/y, UB 64.6M, -9% y/y and ST 66.3M -9% y/y.

- iPad:  Proj. SI is 14.8M, 12% y/y and ST is 14.6M, 11% y/y. ST increased 87k driven

by iPad 6th Gen DG.

- Mac:  Proj. SI is 5.8M, +13% y/y, and ST is 5.5M, +8% y/y.

- Watch:  Proj SI is 8.9M, 28% y/y, and ST is 8.9M, 33% y/y.

- iPod:  Proj. SI is 0.7M, -23% y/y, and ST is 0.7M, -29% y/y.

- Apple TV:  Proj. SI is 1.5M, -14% y/y, and ST is 1.4M, -7% y/y.

- Beats:  Beats: Proj SI Plan is 5.3M, -13% y/y and ST is 5.3M, -11% y/y.

- Accessories:  Proj. SI is 49.6M, 24% y/y, and ST is 49.7M, 23% y/y.
- Airpods: Proj. SI is 9.3M and ST is 9.8M.
- HomePod: Proj. SI is 115k, and ST is 181k.

Watch Series 4:
- LTD performance is 1,934, (17% y/y vs Series 3 is highly constrained).  Cellular mix is 52% vs 53% last week.
- AOS net bookings are 565k, 32% y/y.  Dropping quotes to 1-2 wks on N141 and 1-2 wks on N131 for US & China only.
- Retail UB are 553k, 25% y/y.  SL% are 57%, (64% LTE, 53% GPS).
- Reseller UB are 698k, -1% y/y.  Resellers are constrained, with wk4 velocity of 36% and strong across all Regions.

Apple Pencil:
- LTD bookings are 437k (81k Online, 2k Retail, 354k Reseller).- AOS attach is unchanged at 68%, slightly behind Q1 plan of 86%. This implies an all channel attach of ~49% vs our 52-62% range. Quotes remain 'ships 7-10d'.
- For 11/7 on-shelf we are projecting 299k landed which supports an effective attach rate of 60% against hero supply.

iPad Smart Keyboard:
- LTD bookings are 211k (51k Online, 2k Retail, 158k Reseller).
- AOS attach remains 39% / 49% for the 11" / 12.9" Keyboards respectively, both ahead of plan (34% / 42%). Quotes remain 'ships 7-10d'.
- For 11/7 on-shelf we are projecting 227k landed (11", 146k / 13", 81k), which supports an effective attach rate of 42% / 54% against hero supply.

iPad Pro NPI Cases:
- LTD bookings are 159k (25k Online, 1k Retail, 133k Reseller).
- AOS attach rate is 21% (28% Q1 plan).  We expect quotes to remain at goal moving forward.

Mac Supply Update (J113B & J132):
- MBP 13" w/TB (J132) constrained through Q1 (see summary below)
- MBAir 13" (J113B) supply is constraining DG activities, primarily in EMEIA

Highly Confidential
APL-SECLIT_00285252

_____

NPI Updates

iPhone XR:

- LTD UB is 1,545k (-60% vs. 8/8+)
- LTD Performance (Direct Bookings + Reseller UB) is 1,555k (-59% vs 8/8+), 198k Online, 227k Retail, 1,130k Reseller
    - 64/128/256gb NAND performance mix ex-demo is 45/47/8 vs. quarter plan of 40/50/10
    - Color performance mix ex-demo is 37/20/20/10/9/4 (Black/White/Red/Blue/Coral/Yellow)
- Current Q1 Reseller iPhone XR mBS is 18.7M, in addition to 20.9M for iPhone XS/XS Max
- Quotes are at w24/SDS everywhere except some skus in AMR, expecting to be at Goal next week. WW retail service level is at 99%, will be 98-100% next week.

iPhone XS/XS Max:
- LTD UB is 12.9M (-3% vs iPhone X, -2% vs 8/8+). No significant change to program and NAND mix at 41/59 and 41/53/6.
- Quotes and service levels are at Goal.

iPad

- As of 10 am, LTD bookings are 823k, -6% LoL.
- Net Online bookings are 118k, 57% LoL. Orders are mixing slightly heavier towards 13" Pro by 8% vs plan.
    - Quotes for 49% of MPNs have pushed to 7-10days and 44% have pushed to 2-3 weeks.  We do not expect to push quotes beyond 2-3 weeks and are working to pull in the quotes from 2-3 weeks to 7-10 days.
- Retail and Reseller on shelf begins on 11/7, with retail launch expected to launch at 100% IS/SL, and to drop to 40-60% within the first week, projecting 499k landed for announce.
    - Reseller LTD bookings are 698k, -11% LoL.

Accessories

Apple Pencil
- LTD bookings are 437k (81k Online, 2k Retail, 354k Reseller).
- AOS attach is unchanged at 68%, slightly behind Q1 plan of 86%. This implies an all channel attach of ~49% vs our 52-62% range. Quotes remain 'ships 7-10d'.
- For 11/7 on-shelf we are projecting 299k landed which supports an effective attach rate of 60% against hero supply.

iPad Smart Keyboard

- LTD bookings are 211k (51k Online, 2k Retail, 158k Reseller).
- AOS attach remains 39% / 49% for the 11" / 12.9" Keyboards respectively, both ahead of plan (34% / 42%). Quotes remain 'ships 7-10d'.
- For 11/7 on-shelf we are projecting 227k landed (11", 146k / 13", 81k), which supports an effective attach rate of 42% / 54% against hero supply.

iPad Pro NPI Cases:
- LTD bookings are 159k (25k Online, 1k Retail, 133k Reseller).
- AOS attach rate is 21% (28% Q1 plan).  We expect quotes to remain at goal moving forward.

Mac

- As of 10am, AOS net bookings were 18.1k for MBAir (behind plan), 8.5k for Mac Mini (on plan)
    - MBAir and MacMini initial mix is trending inline with plan, except for MBAir is richer on Spc Gray.
- Aside from a few MPNs, all BTR quotes remain at launch quote of "Ships by 11/6". CTO changed to "3-5d" as planned. Plan to step down BTR/CTO to goal in Nov W1.
- Retail and Reseller on-shelf begins on 11/7. Expect to launch and hold Retail at 100% SL for both programs, launch Reseller at 5WOS for J140 and 7 WOS for J174.
- Overall Reseller BoB is higher than Wk5 ship plan with risk of 39k driven primarily by BBY (27k) due to forecast misalignment and PAC (4k China, 8k HK) due to high sustaining inventory and limited credit availability.

Michael Montgomery

Cell:

---

Tim, Jeff,

Please see Thursday update below including Q1 projections and product updates.

NPI updates are included at the bottom.

Regards,

Mike

**Q1 Projections:**

- iPhone:  Proj. SI is 70.6M, -9% y/y, UB 64.6M, -9% y/y and ST 66.3M -9% y/y.

- iPad: Proj. SI is 14.8M, 12% y/y and ST is 14.6M, 11% y/y. ST increased 87k driven by iPad 6th Gen DG.

- Mac: Proj. SI is 5.8M, +13% y/y, and ST is 5.5M, +8% y/y.

- Watch: Proj SI is 8.9M, 28% y/y, and ST is 8.9M, 33% y/y.

- iPod: Proj. SI is 0.7M, -23% y/y, and ST is 0.7M, -29% y/y.

- Apple TV: Proj. SI is 1.5M, -14% y/y, and ST is 1.4M, -7% y/y.

- Beats: Beats: Proj SI Plan is 5.3M, -13% y/y and ST is 5.3M, -11% y/y.

- Accessories: Proj. SI is 49.6M, 24% y/y, and ST is 49.7M, 23% y/y.

- Airpods: Proj. SI is 9.3M and ST is 9.8M.

- HomePod: Proj. SI is 115k, and ST is 181k.

**Watch Series 4:**

- LTD performance is 1,934, (17% y/y vs Series 3 is highly constrained). Cellular mix is 52% vs 53% last week.

- AOS net bookings are 565k, 32% y/y. Dropping quotes to 1-2 wks on N141 and 1-2 wks on N131 for US & China only.

- Retail UB are 553k, 25% y/y. SL% are 57%, (64% LTE, 53% GPS).

- Reseller UB are 698k, -1% y/y. Resellers are constrained, with wk4 velocity of 36% and strong across all Regions.

**Apple Pencil:**

- LTD bookings are 437k (81k Online, 2k Retail, 354k Reseller).

- AOS attach is unchanged at 68%, slightly behind Q1 plan of 86%. This implies an all channel attach of ~49% vs our 52-62% range. Quotes remain 'ships 7-10d'.

- For 11/7 on-shelf we are projecting 299k landed which supports an effective attach rate of 60% against hero supply.

**iPad Smart Keyboard:**

- LTD bookings are 211k (51k Online, 2k Retail, 158k Reseller).

- AOS attach remains 39% / 49% for the 11" / 12.9" Keyboards respectively, both ahead of plan (34% / 42%). Quotes remain 'ships 7-10d'.

- For 11/7 on-shelf we are projecting 227k landed (11", 146k / 13", 81k), which supports an effective attach rate of 42% / 54% against hero supply.

**iPad Pro NPI Cases:**

- LTD bookings are 159k (25k Online, 1k Retail, 133k Reseller).

- AOS attach rate is 21% (28% Q1 plan). We expect quotes to remain at goal moving forward.

**Mac Supply Update (J113B & J132):**

- MBP 13" w/TB (J132) constrained through Q1 (see summary below)

- MBAir 13" (J113B) supply is constraining DG activities, primarily in EMEIA

_____

_____

**NPI Updates**

**iPhone XR:**

- **LTD UB is 1,545k (-60% vs. 8/8+)**

- **LTD Performance (Direct Bookings + Reseller UB) is 1,555k (-59% vs 8/8+), 198k Online, 227k Retail, 1,130k Reseller**

- **64/128/256gb NAND performance mix ex-demo is 45/47/8 vs. quarter plan of 40/50/10**

- **Color performance mix ex-demo is 37/20/20/10/9/4 (Black/White/Red/Blue/Coral/Yellow)**

- **Current Q1 Reseller iPhone XR mBS is 18.7M, in addition to 20.9M for iPhone XS/XS Max**

- **Quotes are at w24/SDS everywhere except some skus in AMR, expecting to be at Goal next week. WW retail service level is at 99%, will be 98-100% next week.**

**iPhone XS/XS Max:**

- **LTD UB is 12.9M (-3% vs iPhone X, -2% vs 8/8+). No significant change to program and NAND mix at 41/59 and 41/53/6.**

- **Quotes and service levels are at Goal.**

Highly Confidential           APL-SECLIT_00285256

**iPad**

- As of 10 am, LTD bookings are 823k, -6% LoL.

- Net Online bookings are 118k, 57% LoL. Orders are mixing slightly heavier towards 13" Pro by 8% vs plan.

- Quotes for 49% of MPNs have pushed to 7-10days and 44% have pushed to 2-3 weeks.  We do not expect to push quotes beyond 2-3 weeks and are working to pull in the quotes from 2-3 weeks to 7-10 days.

- Retail and Reseller on shelf begins on 11/7, with retail launch expected to launch at 100% IS/SL, and to drop to 40-60% within the first week, projecting 499k landed for announce.

- Reseller LTD bookings are 698k, -11% LoL.

**Accessories**

**Apple Pencil**

- LTD bookings are 437k (81k Online, 2k Retail, 354k Reseller).

- AOS attach is unchanged at 68%, slightly behind Q1 plan of 86%. This implies an all channel attach of ~49% vs our 52-62% range. Quotes remain 'ships 7-10d'.

- For 11/7 on-shelf we are projecting 299k landed which supports an effective attach rate of 60% against hero supply.

**iPad Smart Keyboard**

- LTD bookings are 211k (51k Online, 2k Retail, 158k Reseller).

- AOS attach remains 39% / 49% for the 11" / 12.9" Keyboards respectively, both ahead of plan (34% / 42%). Quotes remain 'ships 7-10d'.

- For 11/7 on-shelf we are projecting 227k landed (11", 146k / 13", 81k), which supports an effective attach rate of 42% / 54% against hero supply.

**iPad Pro NPI Cases:**

- LTD bookings are 159k (25k Online, 1k Retail, 133k Reseller).

- AOS attach rate is 21% (28% Q1 plan).  We expect quotes to remain at goal moving forward.

**Mac**

Highly Confidential
APL-SECLIT_00285257

- As of 10am, AOS net bookings were 18.1k for MBAir (behind plan), 8.5k for Mac Mini (on plan)

- MBAir and MacMini initial mix is trending inline with plan, except for MBAir is richer on Spc Gray.

- Aside from a few MPNs, all BTR quotes remain at launch quote of "Ships by 11/6". CTO changed to "3-5d" as planned. Plan to step down BTR/CTO to goal in Nov W1.

- Retail and Reseller on-shelf begins on 11/7. Expect to launch and hold Retail at 100% SL for both programs, launch Reseller at 5WOS for J140 and 7 WOS for J174.

- Overall Reseller BoB is higher than Wk5 ship plan with risk of 39k ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and PAC (4k China, 8k HK) due to high sustaining inventory and limited credit availability.

Michael Montgomery

▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Cell: ▮▮▮▮▮▮▮

| 1-Nov | BOH | SI | ST | UB | ST vs UB | ST EOH | Δ | ST EOH WOS (Bwd) | ST EOH WOS (Fwd) | EOH WOS (Jan RR) | RSLR RR (Jan) | ST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **iPhone** | 18119 | 70567 | 66274 | 64603 | 1671 | 22412 | 4293 | 4.9 | 6.3 | 6.7 | 3366 | 51283 |
| y/y vs iPhone | 2% | -9% | -9% | -9% | | 3% | | | | | -10% | -5% |
| **Total N & N-1** | 12063 | 60018 | 53729 | 52052 | 1726 | 18302 | 6239 | 5.0 | 6.2 | 6.5 | 2831 | 42285 |
| y/y vs. N & N-1 | -5% | -8% | -10% | -9% | | 1% | | | | | -5% | -1% |
| **iPhone XS & XS Max & XR** | 6275 | 43326 | 37357 | 35460 | 1897 | 12243 | 5968 | 4.9 | 5.3 | 6.0 | 2029 | 33665 |
| y/y vs iPhone 8 + 8P + X | -7% | -21% | -20% | -21% | | -18% | | | | | -16% | -5% |
| **iPhone XS & XS Max** | 6275 | 21026 | 21560 | 20860 | 700 | 5740 | -535 | 4.1 | 6.8 | 5.8 | 996 | 12668 |
| y/y vs X | #### | -20% | 11% | 15% | | -17% | | | | | -8% | -14% |
| iPhone XS Max | 2917 | 12840 | 12413 | 12080 | 333 | 3345 | 427 | 4.1 | 6.7 | 5.8 | 581 | 7490 |
| y/y vs X | #### | -51% | -36% | -34% | | -51% | | | | | -46% | -49% |
| iPhone XS | 3358 | 8185 | 9147 | 8780 | 367 | 2396 | -962 | 4.0 | 6.9 | 5.8 | 415 | 5178 |
| y/y vs X | #### | -69% | -53% | -52% | | -65% | | | | | -62% | -65% |
| **iPhone XR** | 0 | 22300 | 15797 | 14600 | 1197 | 6503 | 6503 | 5.9 | 4.5 | 6.3 | 1033 | 20997 |
| y/y vs 8 + 8P | -100% | -23% | -43% | -45% | | -19% | | | | | -23% | 2% |
| **Total Sustaining (excl. Refurb)** | 11844 | 26430 | 28106 | 28299 | -194 | 10169 | -1675 | 5.0 | 8.2 | 7.6 | 1337 | 16607 |
| y/y vs Sust (excl. Refurb) | 8% | 21% | 9% | 9% | | 46% | | | | | 20% | -7% |
| **iPhone 8 & 8P & X** | 5788 | 16692 | 16421 | 16592 | -171 | 6058 | 271 | 5.1 | 9.4 | 7.6 | 802 | 8620 |
| y/y vs 7 + 7P | -2% | 66% | 29% | 32% | | 84% | | | | | 41% | 14% |
| iPhone X | 1999 | 5000 | 4774 | 4811 | -37 | 2226 | 226 | 6.1 | 10.3 | 7.1 | 313 | 2800 |
| y/y vs 7 + 7P | -66% | -50% | -62% | -62% | | -32% | | | | | -45% | -63% |
| **iPhone 8 & 8P** | 3788 | 11692 | 11647 | 11781 | -134 | 3833 | 44 | 4.7 | 9.0 | 7.8 | 489 | 5820 |
| y/y vs 7 + 7P | -36% | 16% | -8% | -7% | | 17% | | | | | -14% | -23% |
| iPhone 8 Plus | 1482 | 4465 | 4442 | 4493 | -50 | 1505 | 23 | 5.0 | 10.1 | 8.5 | 177 | 2048 |
| y/y vs 7P | -37% | 44% | 2% | 4% | | 37% | | | | | 0% | -14% |
| iPhone 8 | 2306 | 7226 | 7205 | 7289 | -84 | 2328 | 21 | 4.5 | 8.4 | 7.5 | 312 | 3772 |
| y/y vs 7 | -36% | 4% | -14% | -12% | | 6% | | | | | -21% | -27% |
| **iPhone 7 & 7P** | 1889 | 4346 | 4369 | 4367 | 1 | 1866 | -23 | 6.3 | 6.4 | 7.2 | 259 | 3980 |
| y/y vs 6s + 6sP | 41% | 15% | 11% | 7% | | 56% | | | | | 2% | 24% |
| iPhone 7 Plus | 615 | 1115 | 1140 | 1083 | 57 | 590 | -25 | 8.0 | 6.2 | 7.0 | 84 | 1310 |
| y/y vs 6sP | 14% | -14% | -15% | -19% | | 20% | | | | | -21% | 1% |
| iPhone 7 | 1274 | 3230 | 3229 | 3285 | -56 | 1276 | 1 | 5.7 | 6.5 | 7.3 | 175 | 2670 |
| y/y vs 6s | 60% | 30% | 25% | 20% | | 82% | | | | | 18% | 40% |
| **iPhone Low** | 4167 | 5393 | 7316 | 7340 | -25 | 2244 | -1923 | 4.0 | 7.3 | 8.1 | 276 | 4007 |
| y/y vs iPhone Low | -17% | -54% | -44% | -45% | | -39% | | | | | -63% | -61% |
| **iPhone 6 & 6s & 6s Plus** | 2992 | 4985 | 5732 | 5811 | -79 | 2245 | -747 | 5.1 | 7.3 | 8.1 | 276 | 4007 |
| y/y vs 6 | 50% | 9% | 9% | 15% | | 72% | | | | | 1% | -2% |
| iPhone 6s Plus | 407 | 1284 | 1092 | 1075 | 16 | 599 | 192 | 7.1 | 10.0 | 9.8 | 61 | 776 |
| y/y vs 6sP | -25% | -1% | -19% | -19% | | 22% | | | | | -43% | -40% |
| iPhone 6s | 758 | 3515 | 2628 | 2590 | 39 | 1645 | 887 | 8.1 | 6.6 | 7.7 | 215 | 3231 |
| y/y vs 6s | -5% | 41% | 2% | -5% | | 134% | | | | | 45% | 69% |
| iPhone 6 | 1827 | 186 | 2012 | 2146 | -134 | 0 | -1826 | 0.0 | 0.0 | 0.0 | 0 | 0 |
| y/y vs 6 | -9% | -96% | -62% | -58% | | -100% | | | | | -100% | -100% |
| iPhone SE | 1175 | 408 | 1583 | 1529 | 54 | 0 | -1175 | 0.0 | 0.0 | 0.0 | 0 | 0 |
| y/y vs SE | -30% | -88% | -60% | -61% | | -100% | | | | | -100% | -100% |
| iPhone Refurb | 0 | 811 | 811 | 811 | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 | 3 | 1011 |
| y/y vs iPhone Refurb | 0% | 95% | 95% | 95% | | 0% | | | | | 554% | -3% |
| **iPad** | 3168 | 14774 | 14585 | | | 3357 | 189 | 3.7 | 5.8 | 6.4 | 526 | 9831 |
| y/y vs iPad | -9% | 12% | 11% | | | -4% | | | | | 9% | 6% |
| **iPad Pro** | 538 | 3355 | 3009 | | | 884 | 346 | 5.8 | 8.5 | 8.9 | 100 | 1902 |
| y/y vs Total Pro | -38% | 18% | 5% | | | 3% | | | | | 5% | 2% |
| **iPad Pro 13** | 145 | 1116 | 1029 | | | 232 | 87 | 4.7 | 7.7 | 8.0 | 29 | 596 |
| y/y vs J120 | -25% | 35% | 27% | | | 10% | | | | | 3% | 3% |
| iPad J320 | 0 | 908 | 676 | | | 232 | 232 | 8.8 | 7.7 | 8.0 | 29 | 596 |
| iPad J120 | 145 | 208 | 353 | | | 0 | -145 | 0.0 | 0.0 | 0.0 | 0 | 0 |
| **iPad Pro 10** | 394 | 2239 | 1980 | | | 652 | 259 | 6.4 | 8.9 | 9.2 | 71 | 1306 |
| y/y vs J207 | -33% | 12% | 2% | | | 1% | | | | | 6% | 1% |
| iPad J317 | 0 | 1566 | 1167 | | | 399 | 399 | 7.4 | 7.4 | 7.8 | 51 | 961 |
| iPad J207 | 394 | 673 | 813 | | | 253 | -140 | 5.3 | 13.0 | 12.9 | 20 | 345 |
| **iPad Non-Pro Total** | 2630 | 11262 | 11418 | | | 2473 | -157 | 3.3 | 5.2 | 5.8 | 426 | 7840 |
| y/y vs Total Non-Pro | 1% | 10% | 12% | | | -6% | | | | | 10% | 7% |
| **iPad Non-Pro 10"** | 2375 | 10087 | 10228 | | | 2234 | -141 | 3.3 | 5.3 | 5.8 | 383 | 6833 |
| y/y vs 5th + 6th | 7% | 19% | 21% | | | 0% | | | | | 17% | 12% |
| iPad 6th Gen | 2375 | 10087 | 10228 | | | 2234 | -141 | 3.3 | 5.3 | 5.8 | 383 | 6481 |
| y/y vs 5th + 6th | 7% | 19% | 21% | | | 0% | | | | | 17% | 6% |
| iPad J217 | 0 | 0 | 0 | | | 0 | 0 | 0.0 | 0.0 | 0.0 | 0 | 352 |
| **iPad Non-Pro Mini** | 255 | 1174 | 1190 | | | 239 | -16 | 3.0 | 4.9 | 5.6 | 43 | 1006 |
| y/y vs Mini 4 | -33% | -31% | -30% | | | -39% | | | | | -28% | -16% |
| iPad Mini 4 | 255 | 1174 | 1190 | | | 239 | -16 | 3.0 | 4.9 | 5.6 | 43 | 784 |
| y/y vs Mini 4 | -33% | -31% | -30% | | | -39% | | | | | -28% | -34% |
| iPad J210 | 0 | 0 | 0 | | | 0 | 0 | 0.0 | 0.0 | 0.0 | 0 | 222 |
| iPad Refurb | 0 | 100 | 100 | | | 0 | 0 | 0.0 | 0.0 | 0.0 | 0 | 89 |
| y/y vs iPad Refurb | 0% | -24% | -24% | | | 0% | | | | | -100% | -24% |
| **Mac** | 832 | 5755 | 5500 | | | 1087 | 255 | 3.9 | 4.7 | 5.1 | 214 | 4574 |
| y/y vs Mac | -6% | 13% | 8% | | | 20% | | | | | 17% | 10% |
| **Mobile** | 699 | 4794 | 4571 | | | 922 | 223 | 3.9 | 4.6 | 5.1 | 183 | 3825 |
| y/y vs Mobile | 3% | 15% | 10% | | | 22% | | | | | 22% | 14% |
| **MacBook Air** | 302 | 2403 | 2230 | | | 475 | 173 | 3.8 | 4.4 | 5.0 | 94 | 1863 |
| y/y vs MBA | -3% | 26% | 21% | | | 28% | | | | | 37% | 29% |
| MBA J140 | 0 | 1538 | 1268 | | | 270 | 270 | 4.3 | 3.5 | 4.0 | 68 | 1351 |
| MBA J113B + J110 | 302 | 865 | 962 | | | 205 | -97 | 3.3 | 6.9 | 7.9 | 26 | 512 |
| MacBook | 43 | 132 | 132 | | | 43 | 0 | 8.9 | 9.7 | 11.8 | 4 | 107 |
| y/y vs MacBook | -23% | -43% | -44% | | | -14% | | | | | -42% | -44% |
| **Total MacBook Pro** | 354 | 2259 | 2209 | | | 404 | 50 | 3.7 | 4.6 | 4.8 | 85 | 1855 |
| y/y vs Total MBP | 14% | 11% | 7% | | | 20% | | | | | 14% | 9% |
| **MacBook Pro 13** | 263 | 1608 | 1570 | | | 301 | 38 | 3.9 | 4.9 | 4.9 | 61 | 1311 |
| y/y vs MBP 13 | 18% | 12% | 9% | | | 23% | | | | | 16% | 9% |
| MB Pro 13 w/ Touchbar | 102 | 666 | 660 | | | 108 | 6 | 3.6 | 4.4 | 4.7 | 23 | 551 |
| y/y vs MBP 13 w/ TB | 17% | 27% | 18% | | | 31% | | | | | 27% | 25% |
| MB Pro 13 w/o Touchbar | 161 | 942 | 910 | | | 193 | 32 | 4.2 | 5.2 | 5.1 | 38 | 760 |
| y/y vs MBP 13 w/o TB | 19% | 3% | 3% | | | 18% | | | | | 11% | -1% |
| MacBook Pro 15 | 91 | 650 | 638 | | | 103 | 12 | 3.2 | 4.0 | 4.4 | 24 | 544 |
| y/y vs MBP 15 | 4% | 9% | 2% | | | 14% | | | | | 7% | 9% |
| **Desktop** | 133 | 855 | 823 | | | 165 | 32 | 4.0 | 5.5 | 5.3 | 31 | 663 |
| y/y vs Desktop | -6% | 5% | 1% | | | 13% | | | | | -1% | -6% |
| iMac | 108 | 590 | 582 | | | 116 | 8 | 4.1 | 5.3 | 5.1 | 23 | 484 |
| y/y vs iMac | -7% | -13% | -14% | | | 2% | | | | | -9% | -14% |
| iMac Pro | 3 | 21 | 21 | | | 3 | 0 | 4.2 | 5.3 | 5.5 | 1 | 18 |
| y/y vs Mac Pro | 74% | 35% | 35% | | | 78% | | | | | -4% | 35% |
| **Mac Mini** | 20 | 234 | 210 | | | 44 | 24 | 4.1 | 6.3 | 6.3 | 7 | 151 |
| y/y vs Mac Mini | -16% | 114% | 92% | | | 87% | | | | | 66% | 55% |
| Mac Mini J174 | 0 | 198 | 163 | | | 35 | 35 | 4.3 | 5.1 | 5.0 | 7 | 151 |
| Mac Mini J64 | 20 | 36 | 47 | | | 9 | -11 | 3.4 | 0.0 | 0.0 | 0 | 0 |
| Mac Pro | 2 | 11 | 11 | | | 2 | 0 | 2.7 | 3.0 | 3.4 | 0 | 10 |
| y/y vs Mac Pro | -15% | -29% | -29% | | | -13% | | | | | -24% | -25% |
| Mac Refurb | 0 | 95 | 95 | | | 0 | 0 | 0.0 | 0.0 | 0.0 | 2 | 86 |
| y/y vs Mac Refurb | 0% | -20% | -20% | | | 0% | | | | | 1728% | -20% |
| **Total Watch** | 1319 | 8883 | 8865 | | | 1336 | 18 | 3.2 | 4.3 | 3.7 | 360 | 6174 |
| y/y vs Total Watch | 23% | 28% | 33% | | | 3% | | | | | 112% | 72% |
| **Series 4** | 329 | 6004 | 5695 | | | 638 | 309 | 3.0 | 3.0 | 2.3 | 280 | 4646 |
| y/y vs Series 3 | -44% | 3% | 4% | | | -34% | | | | | 81% | 42% |
| Series 4: Cellular | 193 | 2677 | 2499 | | | 371 | 178 | 4.0 | 4.3 | 3.3 | 112 | 1904 |
| y/y vs Series 3: Cellular | 17% | -5% | 1% | | | -29% | | | | | 80% | 38% |
| Series 4: GPS | 135 | 3327 | 3195 | | | 267 | 132 | 2.3 | 2.1 | 1.6 | 168 | 2742 |
| y/y vs Series 3: GPS | -68% | 10% | 7% | | | -41% | | | | | 81% | 46% |
| **Series 3** | 990 | 2869 | 3160 | | | 699 | -291 | 3.3 | 7.3 | 8.7 | 80 | 1513 |
| y/y vs Series 1 + Series 2 | 106% | 168% | 158% | | | 114% | | | | | 431% | 382% |
| Series 3: Cellular | 503 | 532 | 756 | | | 280 | -224 | 5.1 | 9.9 | 10.0 | 28 | 409 |
| Series 3: GPS | 487 | 2336 | 2404 | | | 419 | -68 | 2.7 | 6.2 | 8.0 | 52 | 1104 |
| Watch As-Is | 0 | 10 | 10 | | | 0 | 0 | 0.0 | 0.0 | 0.0 | 0 | 15 |
| y/y vs Watch As-Is | 0% | 107% | 107% | | | 0% | | | | | 0% | 132% |
| **iPod** | 271 | 658 | 731 | | | 198 | -73 | 4.7 | 10.0 | 10.4 | 19 | 331 |
| y/y vs iPod | -46% | -23% | -29% | | | -41% | | | | | -30% | -31% |
| **Apple TV** | 415 | 1450 | 1430 | | | 435 | 20 | 5.3 | 7.3 | 7.6 | 57 | 1072 |
| y/y vs Apple TV | 54% | -14% | -7% | | | 5% | | | | | -14% | -9% |
| **Beats** | 1955 | 5294 | 5332 | | | 1917 | -38 | 5.2 | 8.5 | 12.0 | 160 | 3248 |
| y/y vs Beats | -7% | -13% | -11% | | | -12% | | | | | -4% | 20% |
| **Accy (Excl. ATV & Beats)** | 14287 | 49642 | 49739 | | | 14190 | -97 | 5.7 | 6.8 | 6.8 | 2093 | 42511 |
| y/y vs Accy (Excl. ATV & Beats) | 22% | 24% | 23% | | | 24% | | | | | 41% | 22% |
| Accy (Excl. AirPods & HomePod) | 12508 | 40179 | 39734 | | | 12953 | 445 | 0.0 | 0.0 | 7.5 | 1736 | 34021 |
| y/y vs Accy (Excl. AirPods & HP) | 12% | 10% | 8% | | | 16% | | | | | 32% | 9% |
| **AirPods** | 1678 | 9348 | 9824 | | | 1202 | -476 | 2.6 | 2.9 | 3.4 | 353 | 8330 |
| y/y vs AirPods | 230% | 169% | 166% | | | 317% | | | | | 111% | 119% |
| AirPods B288 | 0 | 0 | 0 | | | 0 | 0 | 0.0 | 0.0 | 0.0 | 10 | 1088 |
| AirPods B188 | 1678 | 9348 | 9824 | | | 1202 | -476 | 2.6 | 3.0 | 3.5 | 343 | 7242 |
| HomePod | 101 | 115 | 181 | | | 35 | -66 | 4.7 | 5.8 | 7.8 | 5 | 160 |

| | Before this qtr | QTD (EOW) | LTD (EOW) | | | | Before this qtr | QTD (EOW) | LTD (EOW) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Device Sell-In (M)** | 2353.8 | 43.8 | 2397.5 | | | **Total iOS Devices** | 2016.5 | 38.3 | 2054.7 | | | |
| iOS | 2016.5 | 38.3 | 2054.7 | | | iPhone | 1468.1 | 31.7 | 1499.8 | | | |
| watchOS | 43.3 | 3.3 | 46.6 | | | iPad | 424.9 | 6.4 | 431.3 | | | |
| tvOS | 45.4 | 0.4 | 45.8 | | | iPod Touch | 123.4 | 0.2 | 123.6 | | | |
| macOS | 247.9 | 1.8 | 249.7 | | | | | | | | | |
| homepodOS | 0.6 | 0.0 | 0.7 | | | | | | | | | |

Highly Confidential                                                                                                                                                                                                                        APL-SECLIT_00285262