# EXHIBIT 14

|  |  |
|---:|:---|
| **From:** | Saori Casey <███████████> |
| **Subject:** | Q1 model |
| **Received(Date):** | Thu, 25 Oct 2018 17:54:21 -0700 |
| **To:** | Kevan Parekh <███████████> |
| **Attachment:** | PastedGraphic-7.pdf |
| **Date:** | Thu, 25 Oct 2018 17:54:21 -0700 |

Highly Confidential                                          APL-SECLIT_00496565

# Q1'19 P&L Dashboard
Scenarios 10/25 (w/GAAP Product/Services change est)

XR (Mu) =   32.2   29.0   26.8   26.8   32.7

| Row | $M, Sell In K units | Q1'18 | Q4'18 | First Call | 10/25 Consensus (ASP restated to GAAP) | Low | Mid Point | High | Column D vs. Consensus | 10/23 Oct Fcst v2 | 10/25 Current Likely | Column J vs. Consensus | 10/25 Low Case | Column L vs. Consensus | 10/23 Low iPhone, Likely Rest | Column N vs. Consensus | 10/25 High Case | Column P vs. Consensus |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ASP restated to GAAP | | | | | Guidance Range Placeholder | | | | | | | | | | | | |
| 1 | iPhone units | 77,316 | 46,890 | | 77,744 | 74,000 | 75,500 | 77,000 | (744) | 76,568 | 73,088 | (4,656) | 71,835 | (5,909) | 71,835 | (5,909) | 78,117 | 373 |
| 2 | YoY | -1% | 0% | | 1% | -4% | -2% | 0% | | -1% | -5% | | -7% | | -7% | | 1% | |
| 3 | Sequential | 66% | 14% | | 66% | 58% | 61% | 64% | | 63% | 56% | | 53% | | 53% | | 67% | |
| 4 | ASP | 790 | 784 | | 800 | 827 | 829 | 830 | 31 | 835 | 826 | 27 | 821 | 21 | 821 | 21 | 836 | 36 |
| 5 | Mac units | 5,112 | 5,299 | | 4,926 | 5,250 | 5,500 | 5,750 | 824 | 5,592 | 5,581 | 655 | 5,273 | 347 | 5,581 | 655 | 5,868 | 942 |
| 6 | YoY | -5% | -2% | | -4% | 3% | 8% | 12% | | 9% | 9% | | 3% | | 9% | | 15% | |
| 7 | Sequential | -5% | 42% | | -7% | -1% | 4% | 9% | | 6% | 5% | | 0% | | 5% | | 11% | |
| 8 | ASP | 1,335 | 1,385 | | 1,398 | 1,434 | 1,429 | 1,423 | 26 | 1,424 | 1,424 | 27 | 1,434 | 37 | 1,424 | 27 | 1,416 | 18 |
| 9 | iPad units | 13,170 | 9,699 | | 13,269 | 14,000 | 14,250 | 14,500 | 1,231 | 14,276 | 14,493 | 1,224 | 14,024 | 755 | 14,493 | 1,224 | 15,264 | 1,995 |
| 10 | YoY | 1% | -6% | | 1% | 6% | 8% | 10% | | 8% | 10% | | 6% | | 10% | | 16% | |
| 11 | Sequential | 28% | -16% | | 37% | 44% | 47% | 49% | | 47% | 49% | | 45% | | 49% | | 57% | |
| 12 | ASP | 437 | 411 | | 432 | 451 | 448 | 445 | 13 | 450 | 449 | 17 | 450 | 18 | 449 | 17 | 449 | 17 |
| 17 | Watch units | 6,919 | 3,448 | | 6,968 | 8,300 | 8,550 | 8,800 | 1,832 | 8,736 | 8,698 | 1,730 | 8,300 | 1,332 | 8,662 | 1,694 | 9,444 | 2,476 |
| 18 | YoY | 58% | 39% | | 1% | 20% | 24% | 27% | | 26% | 26% | | 20% | | 25% | | 36% | |
| 19 | Sequential | 179% | -8% | | 102% | 141% | 148% | 155% | | 153% | 152% | | 141% | | 151% | | 174% | |
| 20 | ASP | 347 | 368 | | 434 | 408 | 404 | 399 | -35 | 406 | 404 | -31 | 408 | (26) | 403 | (31) | 397 | (37) |
| 21 | **Revenue (M$)** | $88,293 | $62,900 | $93,015 | $92,778 | $93,000 | $95,000 | $97,000 | $4,222 | $96,553 | $93,033 | $255 | $90,692 | $(2,086) | $91,606 | $(1,172) | $99,181 | $6,403 |
| 22 | YoY | 13% | 20% | 5% | 5.1% | 5% | 8% | 10% | | 9.4% | 5% | | 3% | | 4% | | 12% | |
| 23 | Sequential | 68% | 18% | | 48% | 48% | 51% | 54% | | 54% | 48% | | 44% | | 46% | | 58% | |
| 28 | Gross Margin | $33,913 | $24,085 | | $35,812 | $35,619 | $36,623 | $37,636 | $1,824 | $37,324 | $35,675 | $(137) | $34,616 | | $34,965 | | $38,399 | |
| 29 | % revenue | 38.4% | 38.3% | 38.8% | 38.6% | 38.3% | 38.55% | 38.8% | 0.20% | 38.66% | 38.35% | -0.3% | 38.2% | -0.4% | 38.2% | -0.4% | 38.7% | 0.1% |
| 30 | OpEx | $7,638 | $7,965 | | $8,536 | $8,800 | $8,750 | $8,700 | $164 | $8,824 | $8,824 | $288 | $8,824 | $288 | $8,824 | $288 | $8,824 | $288 |
| 31 | % of revenue | 8.7% | 12.7% | | 9.2% | 9.5% | 9.2% | 9.0% | | 9.1% | 9.5% | | 9.7% | | 9.6% | | 8.9% | |
| 32 | YoY | 12% | 17% | | 12% | 15% | 15% | 14% | | 16% | 16% | | 16% | | 16% | | 16% | |
| 34 | Op Mrgn | $26,275 | $16,120 | | $27,277 | $26,819 | $27,873 | $28,936 | | $28,500 | $26,851 | $(426) | $25,792 | $(1,485) | $26,141 | $(1,136) | $29,575 | $2,299 |
| 35 | OpMrgn % | 29.8% | 25.6% | 29.6% | 29.4% | 28.8% | 29.3% | 29.8% | 0.4% | 29.5% | 28.9% | -0.5% | 28.4% | -1.0% | 28.5% | -0.9% | 29.8% | 0.4% |
| 36 | YoY | 12% | 23% | | 4% | 2% | 6% | 10% | | 8% | 2% | | -2% | | -1% | | 13% | |
| 37 | OI&E | $756 | $303 | | $300 | $300 | $300 | $300 | | $375 | $375 | | $375 | | $375 | | $375 | |
| 38 | Tax | $6,965 | $2,296 | | $4,357 | $4,475 | $4,648 | $4,824 | | $4,764 | $4,492 | | $4,318 | | $4,375 | | $4,942 | |
| 39 | Tax rate | 25.8% | 14.0% | | 15.8% | 16.5% | 16.5% | 16.5% | | 16.5% | 16.5% | | 16.5% | | 16.5% | | 16.5% | |
| 40 | **Net Income** | $20,066 | $14,127 | | $23,220 | $22,644 | $23,524 | $24,412 | $1,192 | $24,111 | $22,734 | $(486) | $21,850 | $(1,370) | $22,141 | $(1,079) | $25,009 | $1,789 |
| 41 | % of revenue | 23% | 22% | | 25% | 24% | 25% | 25% | | 25% | 24% | | 24% | | 24% | | 25% | |
| 42 | YoY | 12% | 32% | | 16% | 13% | 17% | 22% | | 20% | 13% | | 9% | | 10% | | 25% | |
| 43 | Shares | 5,158 | 4,848 | | 4,750 | 4,771 | 4,771 | 4,771 | | 4,771 | 4,771 | | 4,771 | | 4,771 | | 4,771 | |
| 44 | **Diluted EPS** | $3.89 | $2.91 | $4.95 | $4.89 | $4.75 | $4.93 | $5.12 | $0.23 | $5.05 | $4.77 | -$0.12 | $4.58 | -$0.31 | $4.64 | -$0.25 | $5.24 | $0.35 |
| 45 | YoY | 16% | 41% | | 26% | 22% | 27% | 32% | | 30% | 22% | | 18% | | 19% | | 35% | |
| | Revenue $M (post GAAP change est) | | | Y/Y | | | | | Y/Y | | | Y/Y | | Y/Y | | Y/Y | | Y/Y |
| 46 | iPhone | $61,103 | $36,755 | 29% | $62,179 | $61,178 | $62,563 | $63,947 | 5% | $63,945 | $60,397 | -1% | $58,989 | -3% | $58,989 | -3% | $65,290 | 7% |
| 47 | Mac | $6,824 | $7,340 | 3% | $6,885 | $7,526 | $7,856 | $8,185 | 20% | $7,963 | $7,950 | 16% | $7,564 | 11% | $7,950 | 16% | $8,307 | 22% |
| 48 | iPad | $5,755 | $3,983 | -15% | $5,733 | $6,309 | $6,380 | $6,451 | 12% | $6,428 | $6,501 | 13% | $6,317 | 10% | $6,501 | 13% | $6,858 | 19% |
| 49 | Watch | $2,400 | $1,268 | 47% | $3,026 | $3,387 | $3,450 | $3,513 | 46% | $3,544 | $3,511 | 46% | $3,387 | 41% | $3,492 | 46% | $3,748 | 56% |
| 50 | W/H/A (ex Watch) | $3,081 | $2,955 | 25% | $3,603 | $3,757 | $3,942 | $4,126 | 34% | $3,919 | $3,924 | 27% | $3,785 | 23% | $3,924 | 27% | $4,126 | 34% |
| 51 | Wrbls/Home/Accy | $5,481 | $4,223 | 31% | $6,630 | $7,144 | $7,391 | $7,639 | 39% | $7,463 | $7,435 | 36% | $7,172 | 31% | $7,416 | 35% | $7,875 | 44% |
| 52 | Total Products | 79,163 | 52,301 | 20% | $81,427 | $82,157 | $84,189 | $86,222 | 9% | $85,798 | $82,283 | 4% | $80,041 | 1% | $80,856 | 2% | $88,331 | 12% |
| 53 | Services | $9,129 | $10,599 | 16% | $11,242 | $10,651 | $10,751 | $10,851 | 19% | $10,755 | $10,751 | 18% | $10,651 | 17% | $10,751 | 18% | $10,851 | 19% |
| 55 | Total Revenue | $88,292 | $62,900 | 20% | $92,669 | $92,809 | $94,941 | $97,073 | 10% | $96,553 | $93,034 | 5% | $90,693 | 3% | $91,607 | 4% | $99,182 | 12% |