# EXHIBIT 16

**Subject:** iPhone Q1 Wk5 UB Commentary
**From:** "Paul Delaney" < >
**Received(Date):** Sun, 04 Nov 2018 21:29:04 +0000
**To:** "Donal Conroy" < >,"Anish Patel" < >, "Rob McDowell" < >,"Karen Starkweather" < >,"Anuj Saigal" < >, "Thomas Paine" < >,"Janice Lin" < >,"Michael Montgomery" < >
**Cc:** SDM_DS_Reports < >,"Cupertino WW iPhone SDM" < >,"WWSDM ET Charts" < >,"Iftikhar Khan" < >,"Sumit Budhiraja" < >,"Gearoid Collins" < >,"Evelyne Kong" < >, "Vinay Jayakumar" < >,"Javier Nieto Sanchez" < >
**Attachment:** Screen Shot 2018-11-04 at 11.48.26 AM.png
**Attachment:** Screen Shot 2018-11-04 at 11.51.13 AM.png
**Attachment:** PastedGraphic-5.pdf
**Date:** Sun, 04 Nov 2018 21:29:04 +0000

---

Hi all

Wk5 iPhone UB (ex-rfb) were 4.564M, +19k vs plan. Sustaining overachieved by 123k (China 11/11 run-up), partially offset by softer Korea XR launch (-90k).

- iPhone XR 1105k, -96k vs plan, driven by Korea launch demand -90k vs plan (-80% L/L).
- iPhone XS & XS Max UB were 1567k, -10k vs projection (-30k iPXS Max, +21k iPXS). Korea launch demand overachieved by 60k (+70% L/L). Ex-Korea missed by 70k (US -17k, GC -19k, small misses across other Sales Geos).
- Sustaining UB were 1892k, +123k vs plan. Biggest drivers were China +91k in the lead up to 11/11 (D2x +69k, iP6s+ +10k, iP6 +7k) and US iP8+ 20k.
- Refurb Billings were 3k, +1k vs plan.

We'll assess quarter risk and opportunity early this week.

Internal note:
XR 1105k UB -57% L/L vs iP8/8+. Reseller velocity was 22% vs 36% iP8/8+ LY.
Korea missed by 25k. XR 90k miss partially offset by 60k D3x beat. XR was 32k, -80% L/L. XS Max was 52k, -47% L/L. XS was 116k, +18% L/L.
GC beat by +75k, +94k in sustaining products, partially offset by 19k miss in NPI.
US beat by +16k, +28k in sustaining products, partially offset by 12k miss in NPI.

Actuals vs Projection

Extrap
https://attache.apple.com/AttacheWeb/gdl?id=f01abf3a-0f36-4307-84a7-a59182401532&ek=b%2F%2FL5yvF%2F9A%2BFYxVseODBA%3D%3D
<https://attache.apple.com/AttacheWeb/gdl?id=f01abf3a-0f36-4307-84a7-a59182401532&ek=b//L5yvF/9A+FYxVseODBA==>

Extrap Summary:

Thanks

Paul

---

---

Hi all

Wk5 **iPhone UB (ex-rfb)** were 4.564M, +19k vs plan. Sustaining overachieved by 123k (China 11/11 run-up), partially offset by softer Korea XR launch (-90k).

- iPhone XR 1105k, -96k vs plan, driven by Korea launch demand -90k vs plan (-80% L/L).

- iPhone XS & XS Max UB were 1567k, -10k vs projection (-30k iPXS Max, +21k iPXS). Korea launch demand overachieved by 60k (+70% L/L). Ex-Korea missed by 70k (US -17k, GC -19k, small misses across other Sales Geos).

- Sustaining UB were 1892k, +123k vs plan. Biggest drivers were China +91k in the lead up to 11/11 (D2x +69k, iP6s+ +10k, iP6 +7k) and US iP8+ 20k.

- Refurb Billings were 3k, +1k vs plan.

We'll assess quarter risk and opportunity early this week.

**Internal note:**

*XR 1105k UB -57% L/L vs iP8/8+. Reseller velocity was 22% vs 36% iP8/8+ LY.*

*Korea missed by 25k. XR 90k miss partially offset by 60k D3x beat. XR was 32k, -80% L/L. XS Max was 52k, -47% L/L. XS was 116k, +18% L/L.*

*GC beat by +75k, +94k in sustaining products, partially offset by 19k miss in NPI.*

*US beat by +16k, +28k in sustaining products, partially offset by 12k miss in NPI.*

**Actuals vs Projection**

---

---

**Extrap**

**https://attache.apple.com/AttacheWeb/gdl?id=f01abf3a-0f36-4307-84a7-a59182401532&ek=b%2F%2FL5yvF%2F9A%2BFYxVseODBA%3D%3D**

**Extrap Summary:**

---

Thanks

Paul

Highly Confidential APL-SECLIT_00497935

3

## iPhone Extrap FY19 Q1

| | | Q4 Mo. 3 Wkly RR | Q4 Qtr Ttl Q4 UB | Q1 Weekly Extrap Act W1 | Act W2 | Act W3 | Act W4 | Current W5 | Proj W6 | Proj W7 | Proj W8 | Proj W9 | Proj W10 | Proj W11 | Proj W12 | Proj W13 | Total Q1 UB | Q1 UB Act QTD Wkly | Proj QTG Wkly | Total y/y | Q1/Q4 Q/Q | vs. Prev Q1 Plan Qtr Ttl LW Extrap | Qtr Ttl CW Extrap Δ LW | LW ACT Δ LW FCST | CW CW Δ LW FCST | Risk | Opp | Q1 Fcst Compare WW Sales Finance | Extrap Δ Sales Finance | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **LOB** | **WW** | 4,112 | 45,224 | 4,185 | 3,861 | 3,697 | 4,364 | 4,548 | 4,962 | 5,162 | 5,667 | 5,214 | 4,799 | 5,143 | 5,959 | 7,042 | 64,603 | 4,131 | 5,493 | -9% | 43% | 68,601 | (3,998) | (598) | (1,178) | (5,080) | 855 | 70,598 | (5,995) | |
| | WW (Ex. Edu/RFB/WO) | 4,031 | 44,572 | 4,182 | 3,859 | 3,696 | 4,363 | 4,546 | 4,956 | 5,091 | 5,498 | 5,032 | 4,702 | 5,061 | 5,863 | 6,943 | 63,792 | 4,129 | 5,393 | -10% | 43% | 67,906 | (4,114) | (598) | (1,053) | (5,080) | 855 | 69,787 | (5,995) | |
| | Refurb | 81 | 653 | 3 | 2 | 2 | 2 | 2 | 6 | 71 | 169 | 181 | 98 | 82 | 95 | 99 | 811 | 2 | 100 | 95% | 24% | 695 | 116 | 1 | (125) | 0 | 0 | 811 | 0 | |
| **LOB y/y** | WW | 3% | 1% | -5% | -4% | -3% | 18% | -22% | -13% | -14% | -17% | -13% | -15% | -9% | -5% | -6% | -9% | -5% | -11% | -9% | 43% | -4% | -6% | -16% | -20% | -17% | -8% | -1% | -8% | |
| | WW (Ex. Edu/RFB/WO) | 5% | 2% | -5% | -4% | -3% | 18% | -22% | -11% | -15% | -19% | -16% | -16% | -9% | -5% | -7% | -10% | -5% | -12% | -10% | -12% | -4% | -6% | -16% | -18% | -17% | -9% | -2% | -8% | |
| **Pan Geo** | **AMR** | 1,735 | 18,702 | 1,704 | 1,581 | 1,487 | 1,767 | 1,648 | 1,890 | 1,870 | 2,507 | 2,077 | 1,856 | 1,912 | 2,731 | 3,182 | 26,212 | 1,637 | 2,253 | -6% | 40% | 27,743 | (1,531) | (243) | (413) | (1,561) | 198 | 29,613 | (3,401) | |
| (Ex. Edu/RFB/WO) | US | 1,493 | 15,604 | 1,460 | 1,368 | 1,273 | 1,542 | 1,424 | 1,639 | 1,597 | 2,070 | 1,711 | 1,540 | 1,588 | 2,253 | 2,595 | 22,061 | 1,413 | 1,874 | -7% | 41% | 23,662 | (1,601) | (216) | (392) | (1,170) | 161 | 25,472 | (3,411) | |
| | Canada | 122 | 1,476 | 117 | 92 | 96 | 109 | 106 | 115 | 113 | 236 | 185 | 134 | 128 | 209 | 324 | 1,962 | 104 | 180 | 0% | 33% | 2,008 | (46) | (20) | (18) | (233) | 37 | 1,940 | 22 | |
| | ALAC | 120 | 1,622 | 128 | 121 | 118 | 116 | 119 | 136 | 160 | 201 | 181 | 183 | 196 | 269 | 263 | 2,190 | 120 | 199 | 5% | 35% | 2,073 | 116 | (6) | (3) | (158) | (0) | 2,202 | (12) | |
| | **Europe** | 949 | 11,692 | 1,052 | 999 | 1,010 | 1,029 | 1,081 | 1,181 | 1,138 | 1,192 | 1,296 | 1,236 | 1,219 | 1,414 | 2,074 | 15,920 | 1,034 | 1,344 | -10% | 36% | 16,668 | (748) | (157) | (142) | (906) | 113 | 16,440 | (520) | |
| | Western Europe | 653 | 7,439 | 690 | 645 | 635 | 692 | 723 | 785 | 773 | 820 | 904 | 866 | 858 | 1,001 | 1,504 | 10,894 | 677 | 939 | -6% | 46% | 11,151 | (257) | (105) | (58) | (704) | 80 | 10,823 | 71 | |
| | IMMEA | 296 | 4,253 | 362 | 355 | 375 | 337 | 358 | 396 | 365 | 372 | 392 | 369 | 361 | 413 | 570 | 5,026 | 357 | 405 | -17% | 18% | 5,517 | (491) | (52) | (84) | (201) | 33 | 5,616 | (590) | |
| | **Greater China** | 791 | 8,079 | 867 | 716 | 707 | 941 | 944 | 1,091 | 1,323 | 1,010 | 919 | 925 | 1,275 | 990 | 916 | 12,623 | 835 | 1,056 | -20% | 56% | 13,636 | (1,014) | (74) | (308) | (1,538) | 530 | 13,236 | (614) | |
| | **Japan** | 342 | 3,346 | 335 | 341 | 289 | 362 | 370 | 341 | 354 | 399 | 372 | 349 | 341 | 381 | 410 | 4,643 | 339 | 368 | -9% | 39% | 5,233 | (590) | (130) | (125) | (590) | (0) | 5,369 | (726) | |
| | **R.PAC** | 209 | 2,700 | 223 | 222 | 204 | 263 | 503 | 454 | 406 | 391 | 369 | 335 | 315 | 346 | 361 | 4,394 | 283 | 372 | -4% | 63% | 4,624 | (230) | 5 | (64) | (486) | 13 | 5,128 | (734) | |
| | ANZ | 90 | 1,023 | 96 | 108 | 99 | 105 | 112 | 126 | 131 | 128 | 123 | 122 | 124 | 154 | 169 | 1,597 | 104 | 135 | -1% | 56% | 1,647 | (49) | (25) | (20) | (139) | 14 | 210 | 1,387 | |
| | Korea | 40 | 666 | 39 | 35 | 32 | 25 | 243 | 178 | 127 | 126 | 109 | 86 | 75 | 70 | 62 | 1,206 | 75 | 104 | -5% | 81% | 1,467 | (261) | 6 | (51) | (252) | (0) | 1,657 | (451) | |
| | South Asia | 79 | 1,011 | 88 | 79 | 73 | 133 | 149 | 149 | 148 | 137 | 137 | 127 | 116 | 123 | 130 | 1,590 | 105 | 133 | -7% | 57% | 1,510 | 80 | 25 | 7 | (94) | (0) | 3,261 | (1,671) | |
| **Pan Geo y/y** | **AMR** | 18% | 13% | 2% | -0% | -2% | 21% | -28% | -7% | -13% | -6% | -7% | -16% | -11% | 3% | -0% | -6% | -4% | -6% | -6% | -143% | -0% | -6% | -17% | -18% | -11% | -5% | 7% | -12% | |
| (Ex. Edu/RFB/WO) | US | 20% | 14% | 2% | 0% | -2% | 23% | -30% | -6% | -14% | -8% | -10% | -18% | -12% | 1% | -3% | -7% | -4% | -8% | -7% | -150% | -0% | -7% | -17% | -19% | -12% | -6% | 7% | -14% | |
| | Canada | 9% | 10% | 2% | -5% | -7% | 9% | -21% | -25% | -17% | 4% | 6% | -5% | -6% | 16% | 22% | 0% | -5% | 2% | 0% | -100% | 2% | -2% | -20% | -13% | -12% | 2% | -1% | 1% | |
| | ALAC | 8% | 7% | 2% | -1% | 3% | 7% | -3% | 2% | 5% | 5% | 8% | 5% | 1% | 13% | 11% | 5% | 1% | 7% | 5% | -27% | -0% | 6% | -6% | -3% | -2% | 5% | 6% | -1% | |
| | **Europe** | -5% | -7% | -9% | -7% | -4% | -1% | -12% | -6% | -11% | -15% | -10% | -15% | -14% | -10% | -11% | -10% | -7% | -12% | -10% | 42% | -6% | -4% | -15% | -12% | -15% | -9% | -7% | -3% | |
| | Western Europe | 3% | -3% | -7% | -6% | -0% | 4% | -8% | -6% | -10% | -9% | -5% | -12% | -8% | -5% | -5% | -6% | -4% | -7% | -6% | 79% | -4% | -2% | -16% | -7% | -12% | -6% | -7% | 1% | |
| | IMMEA | -19% | -13% | -13% | -10% | -9% | -10% | -17% | -8% | -14% | -25% | -21% | -22% | -25% | -21% | -22% | -17% | -12% | -20% | -17% | 36% | -9% | -8% | -14% | -19% | -21% | -17% | -8% | -10% | |
| | **Greater China** | -8% | -12% | -16% | -12% | -6% | 27% | -33% | -26% | -22% | -40% | -34% | -15% | -1% | -15% | -21% | -20% | -12% | -23% | -20% | 69% | -13% | -6% | -10% | -22% | -30% | -16% | -16% | -4% | |
| | **Japan** | 14% | 14% | -2% | 2% | -2% | 29% | -21% | -19% | -26% | -20% | -15% | -12% | -5% | 2% | 1% | -9% | -1% | -12% | -9% | -160% | 3% | -12% | -46% | -27% | -20% | -9% | 6% | -14% | |
| | **R.PAC** | 6% | 4% | 9% | 3% | -0% | 39% | 15% | 17% | 10% | -23% | -21% | -19% | -17% | -15% | -13% | -4% | 13% | -11% | -4% | -224% | 1% | -5% | 3% | -15% | -15% | -4% | 12% | -16% | |
| | ANZ | 22% | 18% | 12% | 15% | 18% | 32% | -12% | 15% | -11% | -5% | -7% | -15% | -13% | -7% | -2% | -1% | 11% | -6% | -1% | -107% | 2% | -3% | -31% | -16% | -10% | -0% | -87% | 86% | |
| | Korea | 7% | 7% | 35% | -11% | 1% | -4% | 38% | 29% | 31% | -36% | -31% | -24% | -21% | -22% | -21% | -5% | 24% | -14% | -5% | -167% | 16% | -21% | 22% | -29% | -25% | -5% | 31% | -36% | |
| | South Asia | -8% | -10% | -3% | -4% | -18% | 59% | 12% | 7% | 17% | -22% | -22% | -19% | -19% | -20% | -20% | -7% | 9% | -13% | -7% | -29% | -12% | 5% | 29% | 5% | -13% | -7% | 91% | -98% | |
| **Product** | **NPI** | 1,434 | 5,734 | 1,781 | 1,674 | 1,545 | 2,412 | 2,778 | 3,150 | 3,090 | 3,225 | 2,962 | 2,784 | 3,024 | 3,351 | 3,686 | 35,460 | 2,038 | 3,159 | -21% | 518% | 41,400 | (5,940) | (635) | (924) | (6,000) | 855 | 44,014 | (8,554) | |
| | **D3x** | 1,434 | 5,734 | 1,781 | 1,674 | 1,525 | 1,486 | 1,576 | 1,624 | 1,573 | 1,606 | 1,568 | 1,479 | 1,481 | 1,734 | 1,754 | 20,860 | 1,608 | 1,602 | 15% | 264% | 21,400 | (540) | (41) | (101) | (599) | 855 | 21,890 | (1,030) | |
| | iPhone XS Max | 869 | 3,474 | 980 | 952 | 888 | 885 | 909 | 946 | 922 | 930 | 910 | 860 | 862 | 1,012 | 1,025 | 12,080 | 923 | 933 | -34% | 248% | 12,335 | (254) | (12) | (52) | (365) | 584 | 12,444 | (364) | |
| | iPhone XS | 565 | 2,260 | 801 | 722 | 637 | 601 | 667 | 678 | 652 | 676 | 658 | 619 | 618 | 722 | 729 | 8,780 | 685 | 669 | -52% | 288% | 9,065 | (286) | (29) | (49) | (235) | 272 | 9,446 | (666) | |
| | iPhone XR | 0 | 0 | 0 | 0 | 20 | 926 | 1,201 | 1,526 | 1,516 | 1,619 | 1,394 | 1,305 | 1,544 | 1,617 | 1,932 | 14,600 | 429 | 1,557 | -45% | - | 20,000 | (5,400) | (594) | (823) | (5,401) | (1) | 22,124 | (7,524) | |
| | **Sust (excl. Refurb)** | 2,597 | 38,837 | 2,401 | 2,185 | 2,151 | 1,951 | 1,768 | 1,806 | 2,001 | 2,273 | 2,071 | 1,917 | 2,037 | 2,512 | 3,257 | 28,332 | 2,091 | 2,234 | 10% | -27% | 26,506 | 1,826 | 37 | (128) | 920 | 0 | 25,773 | 2,559 | |
| | **iPhone 8 & 8P & X** | 1,647 | 25,223 | 1,497 | 1,354 | 1,290 | 1,155 | 1,012 | 1,025 | 1,215 | 1,288 | 1,207 | 1,108 | 1,238 | 1,455 | 1,749 | 16,592 | 1,262 | 1,286 | 32% | -34% | 14,866 | 1,726 | 13 | (28) | 920 | 0 | 14,288 | 2,305 | |
| | iPhone X | 482 | 8,176 | 396 | 340 | 325 | 316 | 276 | 277 | 417 | 402 | 395 | 373 | 388 | 406 | 500 | 4,811 | 330 | 395 | -62% | -41% | 3,936 | 875 | 16 | (9) | 325 | 0 | 3,884 | 927 | |
| | **iPhone 8 & 8P** | 1,165 | 17,047 | 1,101 | 1,014 | 965 | 840 | 736 | 747 | 799 | 886 | 812 | 735 | 850 | 1,049 | 1,249 | 11,782 | 931 | 891 | -7% | -31% | 10,931 | 851 | (3) | (20) | 595 | 0 | 10,404 | 1,378 | |
| | iPhone 8 Plus | 514 | 7,817 | 481 | 420 | 391 | 324 | 261 | 297 | 315 | 331 | 301 | 274 | 322 | 369 | 406 | 4,493 | 375 | 327 | 4% | -43% | 4,012 | 480 | 8 | 0 | 595 | 0 | 4,065 | 427 | |
| | iPhone 8 | 651 | 9,230 | 620 | 594 | 573 | 516 | 475 | 450 | 484 | 555 | 510 | 461 | 527 | 680 | 843 | 7,289 | 556 | 564 | -12% | -21% | 6,918 | 371 | (12) | (20) | 0 | 0 | 6,339 | 951 | |
| | **Sust (excl. D2x)** | 950 | 13,614 | 904 | 832 | 861 | 796 | 756 | 781 | 786 | 985 | 864 | 809 | 800 | 1,058 | 1,508 | 11,739 | 830 | 949 | -11% | -14% | 11,640 | 100 | 24 | (100) | 0 | 0 | 11,485 | 254 | |
| | **iPhone 7 & 7P** | 338 | 4,745 | 356 | 336 | 351 | 337 | 315 | 314 | 322 | 338 | 309 | 302 | 296 | 327 | 465 | 4,367 | 339 | 334 | 7% | -8% | 4,377 | (10) | 12 | (2) | 0 | 0 | 4,214 | 153 | |
| | iPhone 7 Plus | 80 | 1,221 | 90 | 82 | 81 | 79 | 75 | 74 | 76 | 77 | 72 | 73 | 76 | 99 | 128 | 1,083 | 81 | 84 | -19% | -11% | 1,102 | (19) | 2 | (2) | 0 | 0 | 1,057 | 26 | |
| | iPhone 7 | 258 | 3,524 | 266 | 254 | 269 | 258 | 241 | 240 | 246 | 261 | 237 | 229 | 220 | 228 | 336 | 3,285 | 258 | 250 | 20% | -7% | 3,275 | 10 | 10 | 0 | 0 | 0 | 3,158 | 127 | |
| | **iPhone 6s & 6s P** | 185 | 2,655 | 194 | 186 | 212 | 202 | 200 | 230 | 240 | 252 | 323 | 324 | 327 | 382 | 593 | 3,665 | 199 | 334 | -10% | 38% | 3,556 | 109 | (0) | (16) | 0 | 0 | 3,562 | 103 | |
| | iPhone 6S Plus | 67 | 1,013 | 76 | 64 | 68 | 69 | 67 | 68 | 96 | 95 | 74 | 76 | 83 | 100 | 140 | 1,075 | 69 | 92 | -19% | 6% | 1,065 | 10 | (1) | (6) | 0 | 0 | 1,039 | 36 | |
| | iPhone 6S | 118 | 1,642 | 118 | 123 | 144 | 133 | 134 | 162 | 144 | 157 | 249 | 248 | 243 | 282 | 453 | 2,590 | 130 | 242 | -5% | 58% | 2,490 | 100 | 1 | (9) | 0 | 0 | 2,523 | 66 | |
| | **iPhone Low** | 424 | 6,167 | 350 | 306 | 294 | 250 | 238 | 235 | 222 | 393 | 231 | 182 | 176 | 347 | 450 | 3,675 | 288 | 280 | -59% | -40% | 3,675 | (0) | 8 | (82) | 0 | 0 | 3,695 | (20) | |
| | iPhone 6 | 228 | 3,422 | 193 | 169 | 166 | 141 | 134 | 129 | 122 | 246 | 140 | 109 | 106 | 211 | 279 | 2,146 | 161 | 168 | -58% | -37% | 2,147 | (1) | 0 | (37) | 0 | 0 | 2,186 | (40) | |
| | iPhone SE | 196 | 2,745 | 157 | 137 | 128 | 109 | 105 | 106 | 101 | 147 | 91 | 73 | 70 | 136 | 170 | 1,529 | 127 | 112 | -61% | -44% | 1,528 | 1 | 7 | (45) | 0 | 0 | 1,509 | 20 | |
| | **iPhone Refurb** | 81 | 653 | 3 | 2 | 2 | 2 | 2 | 6 | 71 | 169 | 181 | 98 | 82 | 95 | 99 | 811 | 2 | 100 | 95% | 24% | 695 | 116 | 1 | (125) | 0 | 0 | 811 | 0 | |
| | **iPhone EOL** | 3 | 47 | 3 | 4 | 4 | 8 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 32 | 4 | 1 | 96% | -32% | 32 | (0) | 4 | (1) | 0 | 0 | 14 | 18 | |
| **Product y/y vs.** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| *8 & 8P & X* | **NPI** | 15% | 15% | -11% | -10% | -13% | 33% | -30% | -17% | -24% | -33% | -29% | -28% | -21% | -21% | -22% | -21% | -11% | -24% | -21% | -36% | -8% | -13% | (0) | (0) | -34% | -19% | -2% | -19% | |
| *X* | **D3x** | - | - | - | - | - | 1772% | -18% | -4% | -13% | -37% | -29% | -28% | -21% | -13% | -13% | 15% | 304% | -21% | 15% | - | 18% | -3% | (0) | (0) | 11% | 19% | 20% | -6% | |
| *X* | D33 | - | - | - | - | - | 1014% | -52% | -44% | -49% | -63% | -59% | -58% | -54% | -49% | -49% | -34% | 132% | -54% | -34% | - | -32% | -1% | (0) | (0) | -36% | -30% | -32% | -2% | |
| *X* | D32 | - | - | - | - | - | 657% | -65% | -60% | -64% | -73% | -70% | -70% | -67% | -64% | -64% | -52% | 72% | -67% | -52% | - | -50% | -2% | (0) | (0) | -53% | -50% | -48% | -4% | |
| *8 & 8p* | N84 | -100% | -100% | -100% | -100% | -99% | -47% | -42% | -27% | -33% | -28% | -28% | -28% | -20% | -28% | -28% | -45% | -77% | -28% | -45% | 55% | -25% | -20% | (0) | (0) | -66% | -45% | -17% | -28% | |
| *7,7P,6s,6sP,6,5S,SE* | **Sust (excl. Refurb)** | 2% | 2% | 2% | 2% | 6% | 4% | -2% | 2% | 7% | 16% | 14% | 14% | 17% | 31% | 18% | 10% | 2% | 15% | 10% | 8% | 3% | 7% | 2% | -7% | 14% | 10% | 0% | 10% | |
| *7 & 7P* | **iPhone 8 & 8P & X** | 18% | 14% | 25% | 22% | 26% | 21% | 13% | 19% | 34% | 36% | 36% | 36% | 46% | 56% | 43% | 32% | 22% | 39% | 32% | 18% | 18% | 14% | 1% | -3% | 39% | 32% | 13% | 18% | |
| *7 & 7P* | iPhone X | -65% | -63% | -67% | -69% | -68% | -67% | -69% | -68% | -54% | -57% | -56% | -54% | -54% | -57% | -59% | -62% | -68% | -57% | -62% | 1% | -69% | 7% | 2% | -1% | -59% | -62% | -69% | 7% | |
| *7 & 7P* | **iPhone 8 & 8P** | -17% | -23% | -8% | -9% | -6% | -12% | -18% | -13% | -12% | -6% | -9% | -10% | 1% | 12% | 2% | -7% | -10% | -4% | -7% | 16% | -13% | 7% | -0% | -2% | -2% | -7% | -17% | 11% | |
| *7P* | iPhone 8 Plus | -5% | -14% | 8% | 3% | 6% | -1% | -15% | -2% | -2% | 4% | 2% | 0% | 14% | 22% | 14% | 4% | 1% | 7% | 4% | 19% | -7% | 11% | 3% | 0% | 18% | 4% | -6% | 10% | |
| *7* | iPhone 8 | -24% | -29% | -18% | -16% | -13% | -18% | -19% | -20% | -17% | -12% | -14% | -15% | -6% | 8% | -3% | -12% | -17% | -9% | -12% | 17% | -17% | 4% | -2% | -3% | -12% | -12% | -24% | 11% | |
| *6s,6sP,6,5S,SE* | **Sust (excl. D2x)** | -18% | -15% | -22% | -20% | -14% | -13% | -17% | -13% | -18% | -2% | -6% | -7% | -12% | 8% | -2% | -11% | -18% | -6% | -11% | 5% | -11% | 1% | 3% | -11% | -11% | -11% | -12% | 2% | |
| *6s & 6sP* | **iPhone 7 & 7P** | -5% | -12% | -6% | 2% | 11% | 15% | 5% | 5% | -5% | 9% | 10% | 9% | 6% | 14% | 21% | 7% | 5% | 9% | 7% | 19% | 7% | -0% | 4% | -1% | 7% | 7% | 3% | 4% | |
| *6sP* | iPhone 7 Plus | -34% | -41% | -39% | -25% | -17% | -12% | -24% | -27% | -43% | -12% | -10% | -12% | -18% | 4% | 9% | -19% | -25% | -15% | -19% | 22% | -17% | -1% | 3% | -2% | -19% | -19% | -21% | 2% | |
| *6s* | iPhone 7 | 11% | 7% | 16% | 14% | 23% | 27% | 19% | 21% | 19% | 17% | 18% | 18% | 18% | 19% | 27% | 20% | 20% | 20% | 20% | 13% | 20% | 0% | 5% | 0% | 20% | 20% | 15% | 5% | |
| *6s & 6sP* | **iPhone 6s & 6s P** | -48% | -51% | -48% | -44% | -33% | -31% | -33% | -24% | -30% | -19% | 14% | 17% | 17% | 33% | 55% | -10% | -38% | 9% | -10% | 41% | -13% | 3% | -0% | -5% | -10% | -10% | -13% | 3% | |
| *6sP* | iPhone 6S Plus | -45% | -51% | -49% | -42% | -30% | -23% | -33% | -33% | -29% | 9% | -8% | -8% | -10% | 6% | 18% | -19% | -37% | -8% | -19% | 32% | -20% | 1% | -2% | -6% | -19% | -19% | -22% | 3% | |
| *6s* | iPhone 6S | -49% | -50% | -48% | -45% | -34% | -34% | -34% | -19% | -30% | -30% | 24% | 27% | 30% | 47% | 71% | -5% | -39% | 16% | -5% | 45% | -9% | 4% | 1% | -5% | -5% | -5% | -8% | 2% | |
| *5s & SE & 6* | **iPhone Low** | -47% | -42% | -55% | -57% | -57% | -60% | -61% | -61% | -64% | -44% | -64% | -69% | -72% | -50% | -61% | -59% | -58% | -60% | -59% | -17% | -59% | -0% | 1% | -13% | -59% | -59% | -59% | -0% | |
| *6* | iPhone 6 | -49% | -40% | -58% | -57% | -56% | -59% | -61% | -61% | -66% | -40% | -61% | -66% | -70% | -44% | -56% | -58% | -58% | -57% | -58% | -17% | -58% | -0% | 0% | -11% | -58% | -58% | -57% | -1% | |
| *SE* | iPhone SE | -44% | -43% | -51% | -56% | -58% | -62% | -62% | -60% | -61% | -49% | -68% | -73% | -74% | -57% | -67% | -61% | -57% | -64% | -61% | -18% | -61% | 0% | 3% | -16% | -61% | -61% | -62% | 1% | |
| *Refurb* | **iPhone Refurb** | 59% | 57% | -4% | -3% | -48% | -39% | 58% | -95% | 109% | 532% | 540% | 32% | 106% | 24% | 621% | 95% | -17% | 98% | 95% | 38% | 67% | 28% | 21% | -9579% | 95% | 95% | 95% | 0% | |
| **Channel** | Online | 332 | 1,579 | 51 | 76 | 76 | 207 | 71 | 74 | 78 | 85 | 73 | 69 | 76 | 80 | 74 | 1,089 | 96 | 76 | -71% | -31% | 1,154 | (65) | (13) | (13) | | | | | |
| | Retail | 321 | 2,614 | 447 | 358 | 321 | 436 | 332 | 371 | 361 | 398 | 349 | 332 | 360 | 427 | 418 | 4,909 | 379 | 377 | -19% | 88% | 5,315 | (405) | (98) | (65) | | | | | |
| | Reseller | 3,377 | 40,379 | 3,685 | 3,425 | 3,299 | 3,720 | 4,143 | 4,511 | 4,652 | 5,016 | 4,610 | 4,301 | 4,625 | 5,357 | 6,451 | 57,794 | 3,654 | 4,940 | -5% | 43% | 61,437 | (3,643) | (487) | (975) | | | | | |
| **Channel: y/y** | Online | 38% | 33% | 129% | 10% | 21% | 50% | -80% | -79% | -85% | -91% | -87% | -73% | -66% | -52% | -5% | -71% | -26% | -81% | -71% | -104% | -70% | -2% | -9% | -4% | | | | | |
| | Retail | 9% | 13% | 23% | 6% | 3% | 52% | -51% | -12% | -4% | -22% | -28% | -42% | -35% | -35% | -15% | -19% | -4% | -26% | -19% | -32% | -12% | -7% | -34% | -10% | | | | | |
| | Reseller | 3% | 0% | -8% | -5% | -4% | 13% | -13% | -6% | -8% | -5% | -6% | -9% | -4% | 0% | -7% | -5% | -5% | -6% | -5% | -5% | 1% | -6% | -15% | -20% | | | | | |