# EXHIBIT 17

| | |
|---:|:---|
| **Subject:** | iPhone Q1'19 Extrap - 12/28 |
| **From:** | "Christina Wu" <​​​​​​​​​​​​​​​​> |
| **Received(Date):** | Fri, 28 Dec 2018 18:46:14 +0000 |
| **To:** | "Donal Conroy" <​​​​​​​>,"Rob McDowell" <​​​​​​​>, "Anish Patel" <​​​​​​​>,"Karen Starkweather" <​​​​​​​>,"Anuj Saigal" <​​​​​​​>, "Thomas Paine" <​​​​​​​>,"Anupam Bhandari" <​​​​​​​>,"Janice Lin" <​​​​​​​>,"Ai Ling Loo" <​​​​​​​>, "Ed Tharp" <​​​​​​​>,"Stephen Wan" <​​​​​​​>,"Sarah Quirk" <​​​​​​​>,"Chris Collins" <​​​​​​​>,"Marcus Causton" <​​​​​​​>, "Lina Yin" <​​​​​​​>,"Ted Wang" <​​​​​​​>,"Swetha Kundukattil Swetha" <​​​​​​​>,"Eric Wingate" <​​​​​​​>, "Mark Manke" <​​​​​​​>,"Asha Augustine" <​​​​​​​>,"WW RFO iPhone" <​​​​​​​>,"Donny Trivisonno" <​​​​​​​>,"Priya Subramaniam" <​​​​​​​>,"Kunal Vij" <​​​​​​​>,"Mark Anderson" <​​​​​​​>,"Kelli Nakamura" <​​​​​​​>, "Shabad Gyani" <​​​​​​​>,"J.R. Moore" <​​​​​​​>,"josephine xiong" <​​​​​​​>,"Randy Teele" <​​​​​​​>, "Beatriz Azarola" <​​​​​​​>,"Sara Samra" <​​​​​​​> |
| **Cc:** | "Cupertino WW iPhone SDM" <​​​​​​​>,Planning <​​​​​​​>,SDM_DS_Reports <​​​​​​​>,"WW RO iPhone Team" <​​​​​​​> |
| **Attachment:** | iPhone Q1'19 Extrap 2018.12.28 0800.pdf |
| **Date:** | Fri, 28 Dec 2018 18:46:14 +0000 |

Hi All,

Attached is the iPhone Q1'19 Extrap rolling up to 59.154M. We brought up the direct plan by 40k and remixed within reseller based on recent trends.

Current week UB projection is 6.582M ex-refurb.

Detailed product totals are:
iPhone XS Max: 10.7M
iPhone XS: 8.2M
iPhone XR: 11.6M
iPhone X: 4.4M

Highly Confidential  APL-SECLIT_00362300

iPhone 8 Plus: 4.3M
iPhone 8: 7.0M
iPhone 7 Plus: 1.1M
iPhone 7: 3.8M
iPhone 6S Plus: 1.1M
iPhone 6S: 2.7M
iPhone 6: 2.2M
iPhone SE: 1.4M
EOL: 0.06M
Refurb: 0.8M

Please download the attachment here:

https://attache.apple.com/AttacheWeb/gdl?id=5e051cd3-aad8-4b9e-8653-2780eb011286&ek=QGLw4jFdH5cqNzNAwMz0ZQ%3D%3D
<https://attache.apple.com/AttacheWeb/gdl?id=5e051cd3-aad8-4b9e-8653-2780eb011286&ek=QGLw4jFdH5cqNzNAwMz0ZQ==>

Extrap Summary:

Please let us know if you have any questions.

Thanks,

Christina Wu   WW Supply Demand Management

---

Hi All,

Attached is the iPhone Q1'19 Extrap rolling up to 59.154M. We brought up the direct plan by 40k and remixed within reseller based on recent trends.

Current week UB projection is 6.582M ex-refurb.

Detailed product totals are:

**iPhone XS Max:** 10.7M

**iPhone XS:** 8.2M

**iPhone XR:** 11.6M

**iPhone X:** 4.4M

**iPhone 8 Plus:** 4.3M

**iPhone 8:** 7.0M

**iPhone 7 Plus:** 1.1M

**iPhone 7**: 3.8M

**iPhone 6S Plus:** 1.1M

**iPhone 6S:** 2.7M

**iPhone 6:** 2.2M

**iPhone SE:** 1.4M

**EOL:** 0.06M

**Refurb:** 0.8M

Please download the attachment here:

https://attache.apple.com/AttacheWeb/gdl?id=5e051cd3-aad8-4b9e-8653-2780eb011286&ek=QGLw4jFdH5cqNzNAwMz0ZQ%3D%3D

**Extrap Summary:**

Please let us know if you have any questions.

Thanks,

Christina Wu

   WW Supply Demand Management

# iPhone Extrap FY19 Q1

| | | | Q4 | | Q1 Weekly Extrap | | | | | | | | | | | | | Q1 UB | | | | Q1/Q4 | vs. Prev Q1 Plan | | | | Risk | Opp | Q1 Fcst Compare | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Mo. 3 | Qtr Ttl | Act | Act | Act | Act | Act | Act | Act | Act | Act | Act | Act | Act | Act | Current | Total | Act | Proj | Total | Q/Q | Qtr Ttl | LW | ACT Δ | CW Δ | | | WW Sales Finance | Extrap Δ Sales Finance |
| | | | Wkly RR | Q4 UB | W1 | W2 | W3 | W4 | W5 | W6 | W7 | W8 | W9 | W10 | W11 | W12 | W13 | Q1 UB | QTD Wkly | QTG Wkly | y/y | | LW Extrap | CW Extrap Δ LW | LW FCST | CW Δ LW FCST | | | | |
| **LOB** | WW | | 4,112 | 45,224 | 4,185 | 3,861 | 3,697 | 4,364 | 4,567 | 4,225 | 4,532 | 4,890 | 4,408 | 4,382 | 4,440 | 4,966 | 6,638 | 59,154 | 4,550 | - | -17% | 31% | 58,762 | 392 | 63 | - | (300) | 125 | 58,749 | 405 |
| | WW (Ex. Edu/RFB/WO) | | 4,031 | 44,572 | 4,182 | 3,859 | 3,696 | 4,363 | 4,564 | 4,219 | 4,525 | 4,884 | 4,402 | 4,379 | 4,245 | 4,768 | 6,582 | 58,325 | 4,487 | - | -18% | 31% | 57,936 | 390 | 36 | - | (300) | 125 | 57,922 | 403 |
| | Refurb | | 81 | 653 | 3 | 2 | 2 | 2 | 3 | 6 | 7 | 6 | 6 | 343 | 195 | 198 | 56 | 829 | 64 | - | 99% | 27% | 827 | 2 | 28 | - | 0 | 0 | 827 | 2 |
| **LOB y/y** | WW | | 3% | 1% | -5% | -4% | -3% | 18% | -21% | -26% | -25% | -28% | -27% | -22% | -21% | -21% | -11% | -17% | -17% | - | -17% | 31% | -18% | 1% | 1% | - | -17% | -17% | -18% | 1% |
| | WW (Ex. Edu/RFB/WO) | | 5% | 2% | -5% | -4% | -3% | 18% | -22% | -24% | -24% | -28% | -26% | -27% | -24% | -23% | -12% | -18% | -18% | - | -18% | 19% | -18% | 1% | 1% | - | -18% | -18% | -18% | 1% |
| **Pan Geo** (Ex. Edu/RFB/WO) | AMR | | 1,735 | 18,702 | 1,704 | 1,581 | 1,487 | 1,767 | 1,660 | 1,556 | 1,567 | 2,406 | 2,002 | 1,753 | 1,828 | 2,342 | 3,225 | 24,879 | 1,914 | - | -10% | 33% | 24,517 | 361 | 80 | - | (300) | 125 | 24,537 | 342 |
| | US | | 1,493 | 15,604 | 1,460 | 1,368 | 1,273 | 1,542 | 1,439 | 1,322 | 1,313 | 1,973 | 1,663 | 1,471 | 1,545 | 1,988 | 2,731 | 21,089 | 1,622 | - | -11% | 35% | 20,781 | 308 | 74 | - | (300) | 125 | 20,823 | 265 |
| | Canada | | 122 | 1,476 | 117 | 92 | 96 | 109 | 105 | 105 | 99 | 242 | 175 | 122 | 122 | 157 | 271 | 1,812 | 139 | - | -8% | 23% | 1,804 | 9 | (3) | - | 0 | 0 | 1,779 | 34 |
| | ALAC | | 120 | 1,622 | 128 | 121 | 118 | 116 | 115 | 128 | 155 | 192 | 164 | 160 | 161 | 197 | 223 | 1,977 | 152 | - | -5% | 22% | 1,932 | 45 | 10 | - | 0 | 0 | 1,935 | 42 |
| | Europe | | 949 | 11,692 | 1,052 | 999 | 1,010 | 1,029 | 1,048 | 1,045 | 958 | 1,078 | 1,147 | 1,058 | 1,055 | 1,176 | 1,965 | 14,601 | 1,125 | - | -17% | 25% | 14,604 | 17 | (3) | - | 0 | 0 | 14,573 | 48 |
| | Western Europe | | 653 | 7,439 | 690 | 646 | 635 | 692 | 691 | 690 | 653 | 756 | 804 | 734 | 727 | 828 | 1,382 | 9,926 | 764 | - | -15% | 33% | 9,950 | (24) | 12 | - | 0 | 0 | 9,923 | 3 |
| | IMMEA | | 296 | 4,253 | 362 | 355 | 375 | 337 | 357 | 355 | 306 | 322 | 343 | 324 | 328 | 348 | 583 | 4,695 | 361 | - | -23% | 10% | 4,654 | 41 | (15) | - | 0 | 0 | 4,650 | 45 |
| | Greater China | | 791 | 8,079 | 867 | 716 | 707 | 941 | 1,018 | 936 | 1,378 | 764 | 663 | 672 | 773 | 614 | 640 | 10,689 | 822 | - | -32% | 32% | 10,717 | (28) | (23) | - | 0 | 0 | 10,729 | (40) |
| | Japan | | 342 | 3,346 | 335 | 341 | 289 | 362 | 372 | 309 | 288 | 323 | 298 | 276 | 305 | 334 | 396 | 4,228 | 325 | - | -17% | 26% | 4,200 | 28 | (4) | - | 0 | 0 | 4,203 | 25 |
| | R.PAC | | 209 | 2,700 | 223 | 222 | 204 | 263 | 466 | 372 | 333 | 311 | 293 | 280 | 284 | 302 | 355 | 3,909 | 301 | - | -15% | 45% | 3,898 | 11 | (15) | - | 0 | 0 | 3,881 | 28 |
| | ANZ | | 90 | 1,023 | 96 | 108 | 99 | 105 | 104 | 101 | 99 | 100 | 100 | 96 | 103 | 117 | 153 | 1,381 | 106 | - | -15% | 35% | 1,386 | (5) | (15) | - | 0 | 0 | 175 | 1,206 |
| | Korea | | 40 | 666 | 39 | 35 | 32 | 25 | 217 | 150 | 118 | 104 | 87 | 76 | 72 | 72 | 75 | 1,102 | 85 | - | -13% | 66% | 1,084 | 18 | 4 | - | 0 | 0 | 1,087 | 15 |
| | South Asia | | 79 | 1,011 | 88 | 79 | 73 | 133 | 144 | 121 | 116 | 107 | 105 | 108 | 109 | 114 | 127 | 1,426 | 110 | - | -17% | 41% | 1,429 | (3) | (4) | - | 0 | 0 | 2,619 | (1,193) |
| **Pan Geo y/y** (Ex. Edu/RFB/WO) | AMR | | 18% | 13% | 2% | -0% | -2% | 21% | -27% | -24% | -27% | -10% | -12% | -20% | -15% | -12% | -10% | -10% | - | -10% | -180% | -12% | 1% | 3% | - | -11% | -10% | -12% | 1% |
| | US | | 20% | 14% | 2% | 0% | -2% | 23% | -29% | -29% | -30% | -14% | -12% | -22% | -15% | -11% | 2% | -11% | -11% | - | -11% | -180% | -12% | 1% | 3% | - | -12% | -11% | -11% | 1% |
| | Canada | | 9% | 10% | 2% | -5% | -7% | 9% | -22% | -31% | -27% | 7% | 1% | -13% | -10% | -13% | 2% | -8% | -8% | - | -8% | -174% | -8% | 0% | -2% | - | -8% | -8% | -9% | 2% |
| | ALAC | | 8% | 7% | 2% | -1% | 3% | 7% | -6% | -4% | 2% | 0% | -2% | -8% | -17% | -17% | -6% | -5% | -5% | - | -5% | -168% | -7% | 2% | 4% | - | -5% | -5% | -7% | 2% |
| | Europe | | -5% | -7% | -9% | -7% | -4% | -1% | -14% | -17% | -25% | -23% | -21% | -28% | -25% | -26% | -15% | -17% | -17% | - | -17% | 146% | -17% | -0% | -0% | - | -17% | -17% | -18% | 0% |
| | Western Europe | | 3% | -3% | -7% | -6% | -0% | 4% | -12% | -17% | -24% | -16% | -15% | -26% | -22% | -23% | -13% | -15% | -15% | - | -15% | 319% | -14% | -0% | 1% | - | -15% | -15% | -15% | 0% |
| | IMMEA | | -19% | -13% | -13% | -10% | -9% | -10% | -18% | -17% | -28% | -35% | -31% | -32% | -32% | -34% | -20% | -23% | -23% | - | -23% | 79% | -23% | 1% | -3% | - | -23% | -23% | -24% | 1% |
| | Greater China | | -8% | -7% | -16% | -12% | -6% | 27% | -28% | -37% | -19% | -55% | -53% | -39% | -40% | -47% | -45% | -32% | -32% | - | -32% | 174% | -32% | -0% | -2% | - | -32% | -32% | -32% | -0% |
| | Japan | | 14% | 14% | -2% | 2% | -2% | 29% | -20% | -26% | -39% | -35% | -32% | -30% | -15% | -11% | -2% | -17% | -17% | - | -17% | -217% | -17% | 1% | -1% | - | -17% | -17% | -17% | 0% |
| | R.PAC | | 6% | 4% | 9% | 3% | -0% | 39% | 7% | -4% | -10% | -39% | -37% | -32% | -25% | -26% | -14% | -15% | -15% | - | -15% | -523% | -15% | 0% | -4% | - | -15% | -15% | -16% | 1% |
| | ANZ | | 22% | 18% | 12% | 15% | 18% | 32% | -18% | -8% | -32% | -27% | -25% | -33% | -28% | -29% | -11% | -15% | -15% | - | -15% | -180% | -14% | 0% | -9% | - | -15% | -15% | -89% | 75% |
| | Korea | | 7% | 7% | 35% | -11% | 1% | -4% | 23% | 8% | 22% | -46% | -45% | -33% | -23% | -20% | -5% | -13% | -13% | - | -13% | -281% | -15% | 1% | 4% | - | -13% | -13% | -14% | 1% |
| | South Asia | | -8% | -10% | -3% | -4% | -18% | 59% | 8% | -13% | -8% | -39% | -40% | -31% | -23% | -26% | -21% | -17% | -17% | - | -17% | 68% | -16% | -0% | -3% | - | -17% | -17% | 53% | -70% |
| **Product** | iPhone XS & XS Max & XR & X | | 1,916 | 13,911 | 2,177 | 2,013 | 1,870 | 2,727 | 2,958 | 2,654 | 2,926 | 3,007 | 2,646 | 2,459 | 2,649 | 2,998 | 3,790 | 34,876 | 2,683 | - | -22% | 151% | 34,717 | 159 | (8) | - | (485) | 55 | 34,727 | 150 |
| | iPhone XS & XS Max & XR | | 1,434 | 5,734 | 1,781 | 1,674 | 1,545 | 2,412 | 2,672 | 2,391 | 2,593 | 2,601 | 2,319 | 2,158 | 2,324 | 2,680 | 3,348 | 30,496 | 2,346 | 0 | -32% | 432% | 30,351 | 145 | (6) | - | (310) | 95 | 30,360 | 136 |
| | D3x | | 1,434 | 5,734 | 1,781 | 1,674 | 1,525 | 1,486 | 1,567 | 1,412 | 1,450 | 1,450 | 1,265 | 1,175 | 1,223 | 1,352 | 1,562 | 18,921 | 1,455 | - | 4% | 230% | 18,920 | 1 | (13) | - | (270) | 95 | 18,926 | (5) |
| | iPhone XS Max | | 869 | 3,474 | 980 | 952 | 888 | 885 | 879 | 804 | 870 | 819 | 716 | 671 | 695 | 751 | 833 | 10,743 | 826 | - | -41% | 209% | 10,681 | 61 | 18 | - | (95) | 135 | 10,715 | 28 |
| | iPhone XS | | 565 | 2,260 | 801 | 722 | 637 | 601 | 688 | 608 | 580 | 631 | 549 | 504 | 528 | 601 | 730 | 8,178 | 629 | - | -55% | 262% | 8,238 | (60) | (31) | - | (175) | (40) | 8,211 | (33) |
| | iPhone XR | | 0 | 0 | 0 | 0 | 0 | 926 | 1,105 | 979 | 1,143 | 1,151 | 1,054 | 983 | 1,101 | 1,328 | 1,785 | 11,575 | 890 | - | -57% | - | 11,431 | 144 | 7 | - | (40) | 0 | 11,434 | 141 |
| | iPhone X | | 482 | 8,176 | 396 | 340 | 325 | 316 | 286 | 262 | 334 | 406 | 328 | 301 | 326 | 318 | 443 | 4,380 | 337 | - | -68% | -46% | 4,366 | 14 | (3) | - | 10 | 30 | 4,367 | 14 |
| | Sust (excl. Refurb) | | 2,115 | 30,661 | 2,005 | 1,845 | 1,826 | 1,635 | 1,606 | 1,565 | 1,599 | 1,876 | 1,756 | 1,580 | 1,596 | 1,769 | 2,791 | 23,449 | 1,804 | 0 | -9% | -24% | 23,218 | 231 | 44 | - | 0 | 0 | 23,196 | 253 |
| | iPhone 8 & 8P | | 1,165 | 17,047 | 1,101 | 1,014 | 965 | 840 | 819 | 765 | 793 | 876 | 797 | 697 | 697 | 757 | 1,083 | 11,204 | 862 | - | -11% | -34% | 11,134 | 70 | (16) | - | (25) | 0 | 11,144 | 59 |
| | iPhone 8 Plus | | 514 | 7,817 | 481 | 420 | 391 | 324 | 319 | 297 | 315 | 323 | 285 | 250 | 244 | 252 | 360 | 4,261 | 328 | - | -1% | -45% | 4,226 | 35 | (8) | - | (25) | 0 | 4,226 | 35 |
| | iPhone 8 | | 651 | 9,230 | 620 | 594 | 573 | 516 | 500 | 468 | 478 | 553 | 511 | 446 | 453 | 506 | 723 | 6,943 | 534 | - | -16% | -25% | 6,908 | 35 | (8) | - | 0 | 0 | 6,919 | 24 |
| | Sust (excl. D2x) | | 950 | 13,614 | 904 | 832 | 861 | 796 | 787 | 800 | 806 | 1,000 | 959 | 883 | 898 | 1,012 | 1,708 | 12,246 | 942 | 0 | -7% | -10% | 12,084 | 161 | 60 | - | 25 | 0 | 12,052 | 194 |
| | iPhone 7 & 7P | | 338 | 4,745 | 356 | 336 | 351 | 337 | 332 | 338 | 342 | 385 | 388 | 350 | 357 | 405 | 551 | 4,829 | 371 | - | 18% | 2% | 4,806 | 23 | 14 | - | 25 | 0 | 4,802 | 27 |
| | iPhone 7 Plus | | 80 | 1,221 | 90 | 82 | 81 | 79 | 74 | 71 | 71 | 75 | 76 | 73 | 76 | 93 | 121 | 1,062 | 82 | - | -20% | -13% | 1,058 | 4 | 1 | - | 0 | 0 | 1,058 | 4 |
| | iPhone 7 | | 258 | 3,524 | 266 | 254 | 269 | 258 | 258 | 267 | 271 | 310 | 312 | 278 | 282 | 312 | 431 | 3,767 | 290 | - | 37% | 7% | 3,749 | 18 | 14 | - | 25 | 0 | 3,744 | 23 |
| | iPhone 6s & 6s P | | 185 | 2,655 | 194 | 186 | 212 | 202 | 211 | 229 | 248 | 313 | 325 | 340 | 397 | 653 | 3,836 | 295 | - | 44% | -6% | 3,769 | 67 | 57 | - | 0 | 0 | 3,759 | 77 |
| | iPhone 6S Plus | | 67 | 1,013 | 76 | 64 | 68 | 69 | 71 | 76 | 98 | 94 | 87 | 83 | 91 | 87 | 130 | 1,094 | 84 | - | -18% | 8% | 1,092 | 1 | (6) | - | 0 | 0 | 1,084 | 10 |
| | iPhone 6S | | 118 | 1,642 | 118 | 122 | 144 | 133 | 140 | 153 | 150 | 219 | 237 | 242 | 249 | 310 | 523 | 2,742 | 211 | - | 0% | 67% | 2,677 | 65 | 63 | - | 0 | 0 | 2,675 | 67 |
| | iPhone Low | | 424 | 6,167 | 350 | 306 | 294 | 250 | 241 | 229 | 206 | 298 | 245 | 204 | 196 | 206 | 499 | 3,523 | 271 | - | -61% | -43% | 3,452 | 72 | (10) | - | 0 | 0 | 3,442 | 81 |
| | iPhone 6 | | 228 | 3,422 | 193 | 169 | 166 | 141 | 138 | 130 | 120 | 207 | 161 | 129 | 123 | 133 | 353 | 2,163 | 166 | - | -57% | -37% | 2,096 | 67 | (4) | - | 0 | 0 | 2,094 | 70 |
| | iPhone SE | | 196 | 2,745 | 157 | 137 | 128 | 109 | 102 | 98 | 86 | 92 | 84 | 75 | 73 | 74 | 146 | 1,360 | 105 | - | -66% | -50% | 1,356 | 5 | (6) | - | 0 | 0 | 1,348 | 12 |
| | iPhone Refurb | | 81 | 653 | 3 | 2 | 2 | 2 | 3 | 6 | 7 | 6 | 6 | 343 | 195 | 198 | 56 | 829 | 64 | - | 99% | 27% | 827 | 2 | 28 | - | 0 | 0 | 827 | 2 |
| | iPhone EOL | | 3 | 47 | 3 | 4 | 4 | 8 | 3 | 4 | 9 | 3 | 1 | 5 | 5 | 4 | 4 | 57 | 4 | - | 249% | 22% | 57 | 0 | (1) | - | 0 | 0 | 49 | 8 |
| **Product y/y vs.** | iPhone XS & XS Max & XR & X | 8 & 8P & X | 54% | 180% | 9% | 9% | 6% | 50% | -26% | -30% | -28% | -37% | -36% | -36% | -31% | -29% | -19% | -22% | -22% | - | -22% | -202% | -23% | 0% | (0) | - | -23% | -22% | -23% | 0% |
| | iPhone XS & XS Max & XR | 8 & 8P & X | 15% | 15% | -11% | -10% | -13% | 33% | -33% | -37% | -37% | -46% | -44% | -44% | -39% | -37% | -29% | -32% | -32% | - | -32% | -48% | -32% | 0% | (0) | - | -33% | -32% | -32% | 0% |
| | D3x | X | - | - | - | - | - | 1772% | -18% | -17% | -20% | -43% | -43% | -43% | -35% | -32% | -22% | 4% | 4% | - | 4% | - | 4% | 0% | (0) | - | 3% | 5% | 4% | -0% |
| | D33 | X | - | - | - | - | - | 1014% | -54% | -53% | -52% | -68% | -68% | -67% | -63% | -62% | -58% | -41% | -41% | - | -41% | - | -41% | 0% | 0 | - | -41% | -40% | -41% | 0% |
| | D32 | X | - | - | - | - | - | 657% | -64% | -64% | -64% | -75% | -75% | -72% | -70% | -64% | -55% | -55% | -55% | - | -55% | - | -55% | -0% | (0) | - | -56% | -55% | -55% | -0% |
| | N84 | 8 & 8p | -100% | -100% | -100% | -100% | -99% | -47% | -47% | -53% | -50% | -49% | -46% | -46% | -43% | -41% | -34% | -57% | -57% | - | -57% | 43% | -57% | 1% | 0 | - | -57% | -57% | -57% | 1% |
| | iPhone X | 8P | -32% | 188% | -64% | -65% | -65% | -73% | -76% | -73% | -64% | -67% | -66% | -71% | -64% | -68% | -68% | -68% | -68% | - | -68% | -256% | -68% | 0% | (0) | - | -67% | -67% | -68% | 0% |
| | Sust (excl. Refurb) | 7,7P,6s,6sP,6,5S,SE | -17% | -20% | -15% | -14% | -10% | -13% | -11% | -11% | -14% | -4% | -3% | -6% | -9% | -8% | 1% | -9% | -9% | - | -9% | 11% | -10% | 1% | 2% | - | -9% | -9% | -10% | 1% |
| | iPhone 8 & 8P | 7 & 7P | -24% | -23% | -8% | -9% | -6% | -12% | -9% | -11% | -12% | -7% | -11% | -15% | -19% | -11% | -11% | -11% | - | -11% | 12% | -12% | 1% | -2% | - | -11% | -11% | -12% | 0% |
| | iPhone 8 Plus | 7P | -5% | -14% | 8% | 6% | 6% | -1% | 3% | -2% | -2% | 2% | -4% | -8% | -13% | -17% | 2% | -1% | -1% | - | -1% | 13% | -2% | 1% | -3% | - | -2% | -1% | -2% | 1% |
| | iPhone 8 | 7 | -24% | -19% | -18% | -16% | -13% | -18% | -15% | -16% | -18% | -12% | -14% | -18% | -20% | -20% | -17% | -16% | -16% | - | -16% | 13% | -17% | 0% | -2% | - | -16% | -16% | -17% | 0% |
| | Sust (excl. D2x) | 6s,6sP,6,5S,SE | -18% | -15% | -22% | -20% | -14% | -13% | -14% | -11% | -16% | -1% | 4% | 2% | -1% | 3% | 11% | -7% | -7% | - | -7% | 8% | -8% | 1% | 6% | - | -6% | -7% | -8% | 1% |
| | iPhone 7 & 7P | 6s & 6sP | -5% | -12% | -6% | 2% | 11% | 15% | 11% | 13% | 1% | 24% | 38% | 27% | 28% | 41% | 44% | 18% | 18% | - | 18% | 30% | 18% | 1% | 5% | - | 19% | 18% | 18% | 1% |
| | iPhone 7 Plus | 6sP | -34% | -39% | -25% | -17% | -12% | -25% | -30% | -47% | -15% | -5% | -12% | -18% | -2% | -20% | -20% | - | -20% | 21% | -20% | 1% | 0% | - | -20% | -20% | -21% | 0% |
| | iPhone 7 | 6s | 11% | 7% | 16% | 14% | 23% | 27% | 28% | 34% | 32% | 39% | 55% | 43% | 51% | 63% | 63% | 37% | 37% | - | 37% | 31% | 37% | 1% | 7% | - | 38% | 37% | 37% | 1% |
| | iPhone 6s & 6s P | 6sP | -48% | -51% | -48% | -44% | -33% | -31% | -30% | -24% | -27% | 1% | 15% | 18% | 22% | 38% | 71% | -6% | -6% | - | -6% | 45% | -8% | 2% | 20% | - | -6% | -6% | -8% | 2% |
| | iPhone 6S Plus | 6sP | -45% | -51% | -49% | -42% | -30% | -23% | -28% | -25% | -27% | 7% | 8% | 1% | -2% | -8% | 10% | -18% | -18% | - | -18% | 33% | -18% | 1% | -7% | - | -18% | -18% | -19% | 1% |
| | iPhone 6S | 6s | -49% | -50% | -48% | -45% | -34% | -31% | -34% | -27% | -2% | 18% | 25% | 32% | 61% | 98% | 0% | 0% | - | 0% | 50% | -2% | 1% | 33% | - | 0% | 0% | -2% | 2% |
| | iPhone Low | 5s & SE & 6 | -47% | -42% | -55% | -57% | -57% | -60% | -61% | -62% | -67% | -57% | -62% | -66% | -68% | -70% | -57% | -61% | -61% | - | -61% | -19% | -62% | 1% | 0% | - | -61% | -61% | -62% | 1% |
| | iPhone 6 | 6 | -49% | -40% | -58% | -57% | -56% | -59% | -60% | -61% | -67% | -49% | -55% | -60% | -65% | -65% | -45% | -57% | -57% | - | -57% | -17% | -59% | 1% | -1% | - | -57% | -57% | -59% | 1% |
| | iPhone SE | SE | -44% | -43% | -51% | -56% | -58% | -62% | -62% | -63% | -67% | -68% | -70% | -72% | -73% | -77% | -72% | -66% | -66% | - | -66% | -23% | -66% | 0% | -2% | - | -66% | -66% | -66% | 0% |
| | iPhone Refurb | Refurb | 59% | 57% | -4% | -3% | -48% | -39% | 139% | -94% | -79% | -76% | -80% | 364% | 390% | 159% | 309% | 99% | 99% | - | 99% | 42% | 99% | 1% | 36% | - | 99% | 99% | 99% | 1% |
| **Channel** | Online | | 332 | 1,579 | 51 | 76 | 76 | 207 | 97 | 64 | 76 | 87 | 94 | 95 | 103 | 110 | 51 | 1,187 | 91 | - | -69% | -25% | 1,187 | (0) | 5 | - | | | | |
| | Retail | | 321 | 2,614 | 447 | 358 | 321 | 436 | 380 | 325 | 307 | 358 | 334 | 315 | 346 | 438 | 390 | 4,754 | 366 | - | -22% | 82% | 4,674 | 80 | 2 | - | | | | |
| | Reseller | | 3,377 | 40,379 | 3,685 | 3,425 | 3,299 | 3,720 | 4,087 | 3,829 | 4,148 | 4,438 | 3,974 | 3,629 | 3,796 | 4,220 | 6,140 | 52,384 | 4,030 | - | -17% | 30% | 52,074 | 310 | 29 | - | | | | |
| **Channel: y/y** | Online | | 38% | 33% | 129% | 10% | 21% | 50% | -73% | -82% | -86% | -91% | -62% | -52% | -54% | -34% | -34% | -69% | -69% | -100% | -69% | -101% | -69% | -0% | 3% | - | | | | |
| | Retail | | 9% | 13% | 23% | 6% | 3% | 52% | -44% | -23% | -19% | -30% | -32% | -45% | -37% | -34% | -21% | -22% | -22% | -100% | -22% | -34% | -23% | 1% | 0% | - | | | | |
| | Reseller | | 3% | 0% | -8% | -5% | -4% | 13% | -14% | -20% | -18% | -16% | -19% | -23% | -21% | -21% | -11% | -14% | -14% | -100% | -14% | -14% | -15% | 1% | 1% | - | | | | |