# EXHIBIT 18

**Schedule 6**
**iPhone Unbrickings (UBs) - Forecast (as of Week 5) Weekly UBs Beat/(Miss) % - Greater China vs. All Regions ex-GC - iPhone All**
**Q1 FY2019 (9/30/18 to 12/29/18)**

> The data below relates to actual weekly unbrickings and forecasted unbrickings (as of week 5) in Greater China and All Regions excluding Greater China (ex-GC) in Q1 FY2019. The Weekly UBs Beat/(Miss) % is the percentage change between actual and forecast Weekly UBs for the respective region. See sources and footnotes below.
>
> I understand the Week 5 forecast was the most recent weekly forecast available as of the Q4 FY2018 Earnings Call.

| (units in thousands) | | | Week 1 10/6/2018 | Week 2 10/13/2018 | Week 3 10/20/2018 | Week 4 10/27/2018 | Week 5 11/3/2018 | Week 6 11/10/2018 | Week 7 11/17/2018 | Week 8 11/24/2018 | Week 9 12/1/2018 | Week 10 12/8/2018 | Week 11 12/15/2018 | Week 12 12/22/2018 | Week 13 12/29/2018 | | QTD End of Quarter |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| End of Week-> | Source | | g | h | i | j | k | l | m | n | o | p | q | r | s = t - sum(g:r) | Source | t |
| **Greater China** [4] | | | | | | | | | | | | | | | | | |
| Actual Weekly UBs Q1 FY2019 | [1] | a | 867 | 716 | 707 | 941 | 1,018 | 936 | 1,378 | 764 | 663 | 672 | 773 | 614 | 632 [5] | [2] | 10,681 |
| Forecast UBs Q1 FY2019 | [3] | b | | | | | 944 | 1,091 | 1,323 | 1,010 | 919 | 925 | 1,275 | 990 | 916 | | |
| Weekly UBs Beat/(Miss) % | | c = a / b - 1 | | | | | 8% | -14% | 4% | -24% | -28% | -27% | -39% | -38% | -31% | | |
| **All Regions ex-GC** | | | | | | | | | | | | | | | | | |
| Actual Weekly UBs Q1 FY2019 | See Sch. 5 | d | 3,318 | 3,145 | 2,990 | 3,423 | 3,549 | 3,289 | 3,154 | 4,126 | 3,745 | 3,710 | 3,667 | 4,352 | 6,037 | | |
| Forecast UBs Q1 FY2019 | See Sch. 5 | e | | | | | 3,604 | 3,871 | 3,839 | 4,657 | 4,295 | 3,874 | 3,868 | 4,969 | 6,126 | | |
| Weekly UBs Beat/(Miss) % | | f = d / e - 1 | | | | | -2% | -15% | -18% | -11% | -13% | -4% | -5% | -12% | -1% | | |



Source Data
Calculated Data
Charted Data

Sources:
[1] The Week 13 Q1 FY2019 iPhone Extrap Report (at APL-SECLIT_00362303).
[2] The 12/29/18 Daily Total iPhone Summary Report (at APL-SECLIT_00067341 and APL-SECLIT_00067375).
[3] The Week 5 Q1 FY2019 Weekly iPhone Extrap Report (at APL-SECLIT_00497938).

Footnotes:
[4] Greater China data excludes refurbished products (refurbished products were approximately 1% of all UBs (all regions) in Q1 FY2019).
[5] The Actual Week 13 UBs are not included in the Week 13 Extrap Report (only forecast is available), therefore I used the Total Q1 FY2019 UBs per the 12/29/18 Daily Total iPhone Summary Report (at APL-SECLIT_00067375) and subtracted the actual weeks 1-12 UBs to derive the actual weekly UBs for week 13 ending 12/29/2018.

**Schedule 7 / Schedule 8**
iPhone Unbrickings (UBs) - Cumulative Forecast (as of Week 5) Weekly UBs Beat/(Miss) % - Greater China vs. All Regions ex-GC - iPhone All
Q1 FY2019 (9/30/18 to 12/29/18)

> The data below relates to actual weekly unbrickings and forecasted unbrickings (as of week 5) in Greater China and All Regions excluding Greater China (ex-GC) in Q1 FY2019. The Cumulative Weekly UBs Beat/(Miss) % is the cumulative percentage change from Week 5 between actual and forecast for the respective region. See sources and footnotes below.
>
> I understand the Week 5 forecast was the most recent weekly forecast available as of the Q4 FY2018 Earnings Call.

(units in thousands)

| | | | Week 1 10/6/2018 | Week 2 10/13/2018 | Week 3 10/20/2018 | Week 4 10/27/2018 | Week 5 11/3/2018 | Week 6 11/10/2018 | Week 7 11/17/2018 | Week 8 11/24/2018 | Week 9 12/1/2018 | Week 10 12/8/2018 | Week 11 12/15/2018 | Week 12 12/22/2018 | Week 13 12/29/2018 | | QTD End of Quarter |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Greater China** [4] | Source | | g | h | i | j | k | l | m | n | o | p | q | r | s = t - sum(g:r) | Source | t |
| Actual Weekly UBs Q1 FY2019 | [1] | a | 867 | 716 | 707 | 941 | 1,018 | 936 | 1,378 | 764 | 663 | 672 | 773 | 614 | 632 [5] | [2] | 10,681 |
| | | | | | | | u | v | w | x | y | z | aa | ab | ac | | |
| Forecast UBs Q1 FY2019 (as of Week 5) | [3] | b | | | | | 944 | 1,091 | 1,323 | 1,010 | 919 | 925 | 1,275 | 990 | 916 | | |
| | | | | | | | ad = k / u - 1 | ae = sum(k:l) / sum(u:v) - 1 | af = sum(k:m) / sum(u:w) - 1 | ag = sum(k:n) / sum(u:x) - 1 | ah = sum(k:o) / sum(u:y) - 1 | ai = sum(k:p) / sum(u:z) - 1 | aj = sum(k:q) / sum(u:aa) - 1 | ak = sum(k:r) / sum(u:ab) - 1 | al = sum(k:s) / sum(u:ac) - 1 | | |
| Cumulative Weekly UBs Beat/(Miss) % | | c | | | | | 8% | -4% | -1% | -6% | -10% | -13% | -17% | -20% | -21% | | |
| **All Regions ex-GC** | | | | | | | am | an | ao | ap | aq | ar | as | at | au | | |
| Actual Weekly UBs Q1 FY2019 | See Sch. 5 | d | 3,318 | 3,145 | 2,990 | 3,423 | 3,549 | 3,289 | 3,154 | 4,126 | 3,745 | 3,710 | 3,667 | 4,352 | 6,037 | | |
| | | | | | | | av | aw | ax | ay | az | ba | bb | bc | bd | | |
| Forecast UBs Q1 FY2019 (as of Week 5) | See Sch. 5 | e | | | | | 3,604 | 3,871 | 3,839 | 4,657 | 4,295 | 3,874 | 3,868 | 4,969 | 6,126 | | |
| | | | | | | | be = am / av - 1 | bf = sum(am:an) / sum(av:aw) - 1 | bg = sum(am:ao) / sum(av:ax) - 1 | bh = sum(am:ap) / sum(av:ay) - 1 | bi = sum(am:aq) / sum(av:az) - 1 | bj = sum(am:ar) / sum(av:ba) - 1 | bk = sum(am:as) / sum(av:bb) - 1 | bl = sum(am:at) / sum(av:bc) - 1 | bm = sum(am:au) / sum(av:bd) - 1 | | |
| Cumulative Weekly UBs Beat/(Miss) % | | f | | | | | -2% | -9% | -12% | -12% | -12% | -11% | -10% | -10% | -9% | | |

Legend:
- Source Data
- Calculated Data
- Charted Data

Sources:
[1] The Week 13 Q1 FY2019 iPhone Extrap Report (at APL-SECLIT_00362303).
[2] The 12/29/18 Daily Total iPhone Summary Report (at APL-SECLIT_00067341 and APL-SECLIT_00067375).
[3] The Week 5 Q1 FY2019 Weekly iPhone Extrap Report (at APL-SECLIT_00497938).

Footnotes:
[4] Greater China data excludes refurbished products (refurbished products were approximately 1% of all UBs (all regions) in Q1 FY2019).
[5] The Actual Week 13 UBs are not included in the Week 13 Extrap Report (only forecast is available), therefore I used the Total Q1 FY2019 UBs per the 12/29/18 Daily Total iPhone Summary Report (at APL-SECLIT_00067375) and subtracted the actual weeks 1-12 UBs to derive the actual weekly UBs for week 13 ending 12/29/2018.