# EXHIBIT 21

| | |
|---:|:---|
| **Subject:** | Re: Latest SI Forecast Assumptions and P&L |
| **From:** | Kevan Parekh <​​​​​​​​​> |
| **Received(Date):** | Sun, 18 Nov 2018 13:40:16 -0600 |
| **Cc:** | Jeff Williams <​​​​​​​​​>, Luca Maestri <​​​​​​​​​>, , , Andy Allen <​​​​​​​​​>, Mark Anderson <​​​​​​​​​> |
| **To:** | Tim Cook <​​​​​​​​​> |
| **Attachment:** | WW iPhone Top Models and Countries.pdf |
| **Attachment:** | PastedGraphic-34.png |
| **Attachment:** | PastedGraphic-35.png |
| **Attachment:** | PastedGraphic-36.png |
| **Date:** | Sun, 18 Nov 2018 13:40:16 -0600 |

Hi Tim,

Per your request:

> A simple two line graph showing the "top" by week (actual and forecast) compared to last year. I've been doing this manually. >
> -A simple chart showing the YoY weekly absolute CHANGE in the top for the top 10 countries (counting GC as one country) along with the percentage change.

Please find a pdf with clippings pasted below with the views you requested. Please let us know if these are in line with your expectations - note we have included X as part of this year's hero performance. For the hero run-chart compare, we also included a direct view which is interesting since you can see the large headwind from the back order clearing in W8-W10 last year. For the chart with the top 10 countries (pan geo basis) we have added both the absolute Y/Y and % Y/Y compares for your convenience.

The charts include W7 actuals. The good news is that we beat the forecast by +104K Pan-Geo last week (+69 on the hero) driven by very strong results from the new US BOGOs that turned on between Thu-Sat. On XR alone WoW UBs were +21% Thu-Sat vs +3% Sun-Wed. This was partially offset by softer post 11.11 UB run-rates in GC.

Please let us know if you have any questions or want any additional information / views.

Kevan

> On Nov 17, 2018, at 3:22 PM, Tim Cook <​​​​​​​​​> wrote:
>
> Thanks.
>
> I spent some additional time this morning going through the P&L we discussed last

night along with today's reports and have a few additional questions and comments:
>
> 1) The "current" revenue forecast for accessories ex watch didn't change from last week despite adding iPhone cases as well as the Smart Keyboards and Pencils this week.   Additional there is only a very small ($16M) upside potential in the more aggressive case.
>
> 2) The "current" revenue forecast for the Watch increased by only $50M on over 200K units—-an ASP of $239.  I thought we added a mix of S/4 and S/3.  If so, this is a very low ASP.  Additionally, there is no upside potential in the more aggressive case.
>
> 3)  The Mac "current" revenue forecast is down $263M and units are down 145K from last week—-and ASP of $1841.  This seem very high for a blend of MacBook Airs and MBP 13" with TB.
>
> 4) The iPad "current" revenue forecast is up $229M on 433K units—-an ASP of $529. This seems more reasonable but we should look at this to make sure we are optimizing constrained supply mix and we should also confirm the revenue forecast in the more aggressive case is correct.  It doesn't appear to be in sync with the opportunities we discussed.
>
> Of course, the largest opportunity is in iPhone provided we can get even a small lift from some or all of the action that are underway. I noticed the US did lift with the beginning of the BOGO campaigns yesterday and marketing actions should kick in soon.  I also hope we see an uptick in Japan given the work there.
>
> In reviewing the un-brick report, I noticed our QTD YoY reduction in the top end of the line (X, XS, XS Max, and R compared to X, 8, 8 Plus) is 1.8M units and is entirely split between US (1.2M) and Japan (.6).  Online represents about 40% of the US reduction which I assume largely represents iPhone X pre-orders taken in the year ago quarter.  If true, this drag shouldn't continue after we exit the specific window.   Of course some level of pre-orders also occurred in the carriers last year for iPhone X and my recollection is that the US and Japanese carriers are generally the best at pre-orders although neither is great.  I suspect the lack of carrier pre-orders in Q1 this year explains some of the remainder of the reduction and along with the regulatory change in Japan explain the vast majority of the current delta.
>
> The future run rates for the top are much more important.  On a trailing 7 day basis, we are un-bricking 2.94 per week although yesterday hopefully suggests this will improve.
>
> I could use a few things to help me monitor our progress:
>
> -A simple two line graph showing the "top" by week (actual and forecast) compared to last year.  I've been doing this manually.
>
> -A simple chart showing the YoY weekly absolute CHANGE in the top for the top 10

Highly Confidential
APL-SECLIT_00292379

countries (counting GC as one country) along with the percentage change.
>
> -A chart showing constrained supply opportunity by week for the remainder of the quarter along with the dollarization. We need $500M.
>
> -A chart showing the current Amazon contribution to the revenue forecast, the opportunity and the current difference.  This should be updated weekly.  >
> -A week over week revenue forecast bridge for the product categories.
>
> -An updated P&L showing any changes resulting from the questions at the top or the fine tuning process we discussed last night.
>
> Kevin, I'd also like to continue to receive the customer data.
>
> I think much of this info already exists.  To the degree it does, please send.  If it doesn't, I'm not asking anyone to do this during the break.
>
> I hope everyone has a fantastic break.
>
> Tim
>
>
>
>
> Sent from my iPad Pro
>
> Begin forwarded message:
>
>> From: Kevan Parekh <​​​​​​​​​​​​​​​​>
>> Date: November 16, 2018 at 6:14:10 PM PST
>> To: Tim Cook <​​​​​​​​​​>
>> Cc: Jeff Williams <​​​​​​​​​​​​​​>, Luca Maestri <​​​​​​​​​​​​​​​​​>, Saori Casey <​​​​​​​​​​​​>, Donal Conroy <​​​​​​​​​​​​​​​​​​​>, Ed Tharp <​​​​​​​​​​​​​​​​​>, Andy Allen <​​​​​​​​​​​​​​​​>
>> Subject: Latest SI Forecast Assumptions and P&L
>> Hi Tim,
>> >> As we just discussed, we wanted to send a revised SI range that better reflects some of the approved actions and converges to a more common set of assumptions. Accordingly, our new range with details below for SI is 66.9M (new likely) - 68.3M (more aggressive case) - this compares to the 66.1M P&L - 67.3M Sales High you saw earlier. We've provided a sell-in bridge and P&L summary below.
>>
>> Saori, Donal and Kevan
>>
>> The key adjustments we made are as follows:
>>

>> Starting from the Prior Sales High Case:
>>
>> 67.3M
>> + 0.3M iPhone X (US cracked screen deal)
>> + 0.4M Japan (XR Docomo / KDDI DG proposal)
>> + 0.3M China (Additional ~2 weeks of XR sell-in to get to approximately 6 weeks of supply)
>> 68.3M (More Aggressive Case); As discussed this does not include any run-rate impact that could deviate from the normal curve assumptions due to marketing and other actions (we'll continue to monitor for that)
>>
>> Then for the likely case, we de-risked for the following:
>>
>> 68.3M
>> - 0.3M iPhone X US (as deal has not been negotiated with partners) >>  - 0.8M iPhone 6s (Lower confidence deals: US tax season pull-ahead, W. Europe 1st half MOQ pull ahead and ANZ aggressive pricing)
>> - 0.3M iPhone 6s+ / 7+ (Aggressive pricing in GC)
>> 66.9M>>
>> Below is the SI summary Chart:
> <Messages Image(3884319372).jpeg>
>>
>> Here are the updated set of P&L scenarios:
>>
>> Column N: More Aggressive Case
>> - 68.3M iPhone
>> - EOH +6.2M
>>
>> Column J: Current Likely
>> - 66.9M iPhone
>> - EOH +5.0M
>>
>> With respect to the EOH, please keep in mind that this includes Germany mitigation (0.5M) and iPhone X last-time buys (1.2M - 1.5M)
> <PastedGraphic-17.pdf>
>>
>>
>>
>>
>>     Kevan Parekh   | Apple Inc.   |   office: ▮▮▮▮▮▮▮▮▮▮   | iPhone: ▮▮▮▮▮▮▮▮▮▮
      |  ▮▮▮▮▮▮▮▮▮▮
>>

Hi Tim,

Per your request:

A simple two line graph showing the "top" by week (actual and forecast) compared to last year. I've been doing this manually.

-A simple chart showing the YoY weekly absolute CHANGE in the top for the top 10 countries (counting GC as one country) along with the percentage change.

Please find a pdf with clippings pasted below with the views you requested. Please let us know if these are in line with your expectations - note we have included X as part of this year's hero performance. For the hero run-chart compare, we also included a direct view which is interesting since you can see the large headwind from the back order clearing in W8-W10 last year. For the chart with the top 10 countries (pan geo basis) we have added both the absolute Y/Y and % Y/Y compares for your convenience.

The charts include W7 actuals. The good news is that we beat the forecast by +104K Pan-Geo last week (+69 on the hero) driven by very strong results from the new US BOGOs that turned on between Thu-Sat.  On XR alone WoW UBs were +21% Thu-Sat vs +3% Sun-Wed.  This was partially offset by softer post 11.11 UB run-rates in GC.

Please let us know if you have any questions or want any additional information / views.

Kevan

On Nov 17, 2018, at 3:22 PM, Tim Cook <██████████> wrote:

Thanks.

I spent some additional time this morning going through the P&L we discussed last night along with today's reports and have a few additional questions and comments:

1) The "current" revenue forecast for accessories ex watch didn't change from last week despite adding iPhone cases as well as the Smart Keyboards and Pencils this week.  Additional there is only a very small ($16M) upside potential in the more aggressive case.

2) The "current" revenue forecast for the Watch increased by only $50M on over 200K units—-an ASP of $239.  I thought we added a mix of S/4 and S/3.  If so, this is a very low ASP.  Additionally, there is no upside potential in the more aggressive case.

3)  The Mac "current" revenue forecast is down $263M and units are down 145K from last week—-and ASP of $1841.  This seem very high for a blend of MacBook Airs and MBP 13" with TB.

4) The iPad "current" revenue forecast is up $229M on 433K units—-an ASP of $529.  This seems more reasonable but we should look at this to make sure we are optimizing constrained supply mix and we should also confirm the revenue forecast in the more aggressive case is correct.  It doesn't appear to be in sync with the opportunities we discussed.

Of course, the largest opportunity is in iPhone provided we can get even a small lift from some or all of the action that are underway. I noticed the US did lift with the beginning of the BOGO campaigns yesterday and marketing actions should kick in soon.  I also hope we see an uptick in Japan given the work there.

In reviewing the un-brick report, I noticed our QTD YoY reduction in the top end of the line (X, XS, XS Max, and R compared to X, 8, 8 Plus) is 1.8M units and is entirely split between US (1.2M) and Japan (.6).  Online represents about 40% of the US reduction which I assume largely represents iPhone X pre-orders taken in the year ago quarter.  If true, this drag shouldn't continue after we exit the specific window.   Of course some level of pre-orders also occurred in the carriers last year for iPhone X and my recollection is that the US and Japanese carriers are generally the best at pre-orders although neither is great.  I suspect the lack of carrier pre-orders in Q1 this year explains some of the remainder of the reduction and along with the regulatory change in Japan explain the vast majority of the current delta.

The future run rates for the top are much more important.  On a trailing 7 day basis, we are un-bricking 2.94 per week although yesterday hopefully suggests this will improve.

I could use a few things to help me monitor our progress:

-A simple two line graph showing the "top" by week (actual and forecast) compared to last year.  I've been doing this manually.

-A simple chart showing the YoY weekly absolute CHANGE in the top for the top 10 countries (counting GC as one country) along with the percentage change.

-A chart showing constrained supply opportunity by week for the remainder of the quarter along with the dollarization. We need $500M.

-A chart showing the current Amazon contribution to the revenue forecast, the opportunity and the current difference.  This should be updated weekly.

-A week over week revenue forecast bridge for the product categories.

-An updated P&L showing any changes resulting from the questions at the top or the fine tuning process we discussed last night.

Kevin, I'd also like to continue to receive the customer data.

I think much of this info already exists.  To the degree it does, please send.  If it doesn't, I'm not asking anyone to do this during the break.

I hope everyone has a fantastic break.

Tim

Sent from my iPad Pro

Begin forwarded message:

**From:** Kevan Parekh <​​​​​​​​​​​​​​​​​​>
**Date:** November 16, 2018 at 6:14:10 PM PST
**To:** Tim Cook <​​​​​​​​​​>
**Cc:** Jeff Williams <​​​​​​​​​​​​​​>, Luca Maestri <​​​​​​​​​​​​​​​​​​​​​​​​>, Saori Casey <​​​​​​​​​​​​​​​​​​>, Donal Conroy <​​​​​​​​​​​​​​​​​​​​​​​​>, Ed Tharp <​​​​​​​​​​​​​​​​​​>, Andy Allen <​​​​​​​​​​​​​​​​​​​​>
**Subject: Latest SI Forecast Assumptions and P&L**

Hi Tim,
As we just discussed, we wanted to send a revised SI range that better reflects some of the approved actions and converges to a more common set of assumptions. Accordingly, our new range with details below for SI is 66.9M (new likely) - 68.3M (more aggressive case) - this compares to the 66.1M P&L - 67.3M Sales High you saw earlier. We've provided a sell-in bridge and P&L summary below.

Saori, Donal and Kevan

The key adjustments we made are as follows:

Starting from the Prior Sales High Case:

67.3M
+ 0.3M iPhone X (US cracked screen deal)
+ 0.4M Japan (XR Docomo / KDDI DG proposal)
<u>+ 0.3M</u> China (Additional ~2 weeks of XR sell-in to get to approximately 6 weeks of supply)
  68.3M (More Aggressive Case); As discussed this does not include any run-rate impact that could deviate from the normal curve assumptions due to marketing and other actions (we'll continue to monitor for that)

Then for the likely case, we de-risked for the following:

68.3M
- 0.3M iPhone X US (as deal has not been negotiated with partners)
- 0.8M iPhone 6s (Lower confidence deals: US tax season pull-ahead, W. Europe 1st half MOQ pull ahead and ANZ aggressive pricing)

<u>- 0.3M</u> iPhone 6s+ / 7+ (Aggressive pricing in GC)
66.9M

Below is the SI summary Chart:

<Messages Image(3884319372).jpeg>

Here are the updated set of P&L scenarios:

**Column N: More Aggressive Case**
- 68.3M iPhone
- EOH +6.2M

**Column J: Current Likely**
- 66.9M iPhone
- EOH +5.0M

With respect to the EOH, please keep in mind that this includes Germany mitigation (0.5M) and iPhone X last-time buys (1.2M - 1.5M)

<PastedGraphic-17.pdf>

Kevan Parekh  |  Apple Inc.  |  office: ▮▮▮▮▮▮  |  iPhone: ▮▮▮▮▮▮  |  ▮▮▮▮▮▮

# Q1'19 Top iPhone in Top 10 Countries (Pan Geo)

| YoY % | W1 | W2 | W3 | W4 | W5 | W6 | W7 | W8 | W9 | W10 | W11 | W12 | W13 | QTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| USA | (-2%) | (-0%) | (-4%) | +42% | (-38%) | (-33%) | (-39%) | | | | | | | (-18%) |
| Greater China | +28% | +30% | +26% | +82% | (-26%) | (-35%) | (-9%) | | | | | | | (-2%) |
| Japan | (-21%) | (-19%) | (-25%) | +22% | (-36%) | (-43%) | (-56%) | | | | | | | (-31%) |
| UK | +9% | +7% | +18% | +35% | (-18%) | (-21%) | (-22%) | | | | | | | (-4%) |
| Germany | +18% | +19% | +30% | +19% | (-4%) | (-30%) | (-38%) | | | | | | | (-8%) |
| Canada | +17% | +2% | (-7%) | +46% | (-39%) | (-51%) | (-44%) | | | | | | | (-25%) |
| Australia | +23% | +18% | +21% | +41% | (-25%) | (-13%) | (-43%) | | | | | | | (-6%) |
| South Korea | - | - | - | - | +28% | +9% | +17% | | | | | | | +28% |
| France | (-8%) | (-6%) | +1% | +52% | (-6%) | (-5%) | (-39%) | | | | | | | (-7%) |
| Russia | +38% | +29% | +35% | +80% | (-3%) | (-13%) | (-32%) | | | | | | | +10% |
| WW Pan Geo | +9% | +9% | +6% | +50% | (-26%) | (-30%) | (-28%) | | | | | | | (-10%) |

**YoY Units**

| | W1 | W2 | W3 | W4 | W5 | W6 | W7 | W8 | W9 | W10 | W11 | W12 | W13 | QTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| USA | (-13) | (-3) | (-31) | +303 | (-573) | (-425) | (-549) | | | | | | | (-1,290) |
| Greater China | +129 | +117 | +98 | +332 | (-274) | (-394) | (-111) | | | | | | | (-103) |
| Japan | (-48) | (-43) | (-50) | +42 | (-134) | (-148) | (-230) | | | | | | | (-610) |
| UK | +7 | +5 | +12 | +26 | (-23) | (-26) | (-25) | | | | | | | (-23) |
| Germany | +8 | +9 | +13 | +10 | (-2) | (-29) | (-43) | | | | | | | (-36) |
| Canada | +5 | - | (-2) | +12 | (-25) | (-42) | (-29) | | | | | | | (-80) |
| Australia | +10 | +10 | +10 | +19 | (-23) | (-9) | (-47) | | | | | | | (-29) |
| South Korea | +10 | +8 | +9 | +6 | +44 | +11 | +15 | | | | | | | +104 |
| France | (-2) | (-2) | - | +14 | (-2) | (-2) | (-23) | | | | | | | (-18) |
| Russia | +8 | +5 | +5 | +11 | (-1) | (-3) | (-10) | | | | | | | +15 |
| WW Pan Geo | +174 | +163 | +104 | +910 | (-1,024) | (-1,146) | (-1,162) | | | | | | | (-1,981) |

Apple Confidential—Need to Know

Highly Confidential

APL-SECLIT_00292388