# EXHIBIT 22

|  |  |
|---:|:---|
| **From:** | Kevan Parekh <​███​> |
| **Subject:** | FQ1 Week 8 Top iPhone Run Chart Update |
| **Received(Date):** | Mon, 26 Nov 2018 16:26:52 -0800 |
| **Cc:** | Jeff Williams <​███​>, Luca Maestri <​███​>,Saori Casey <​███​>, Donal Conroy <​███​>,Ed Tharp <​███​>, Andy Allen <​███​>,Mark Anderson <​███​> |
| **To:** | Tim Cook <​███​> |
| **Attachment:** | WW iPhone Top Models and Countries.pdf |
| **Attachment:** | PastedGraphic-4.png |
| **Attachment:** | PastedGraphic-5.png |
| **Date:** | Mon, 26 Nov 2018 16:26:52 -0800 |

Hi Tim,

Here is this week's view of the following request (2 pan geo clippings and attached pdf with additional views for reseller and direct):

> A simple two line graph showing the "top" by week (actual and forecast) compared to last year.  I've been doing this manually.
>
> -A simple chart showing the YoY weekly absolute CHANGE in the top for the top 10 countries (counting GC as one country) along with the percentage change.

Please let us know if you have any questions or want any additional information

Kevan

---

Hi Tim,

Here is this week's view of the following request (2 pan geo clippings and attached pdf with additional views for reseller and direct):

A simple two line graph showing the "top" by week (actual and forecast) compared to last year.  I've been doing this manually.

-A simple chart showing the YoY weekly absolute CHANGE in the top for the top 10 countries (counting GC as one country) along with the percentage change.

Highly Confidential

APL-SECLIT_00286354

Please let us know if you have any questions or want any additional information

Kevan

Highly Confidential APL-SECLIT_00286355

**2**

## Q1'19 Top iPhone in Top 10 Countries (Pan Geo)

| YoY % | W1 | W2 | W3 | W4 | W5 | W6 | W7 | W8 | W9 | W10 | W11 | W12 | W13 | QTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| USA | (-2%) | (-0%) | (-4%) | +42% | (-38%) | (-33%) | (-39%) | (-20%) | | | | | | (-18%) |
| Greater China | +28% | +30% | +26% | +82% | (-26%) | (-35%) | (-9%) | (-58%) | | | | | | (-14%) |
| Japan | (-21%) | (-19%) | (-25%) | +22% | (-36%) | (-43%) | (-56%) | (-54%) | | | | | | (-35%) |
| UK | +9% | +7% | +18% | +35% | (-18%) | (-21%) | (-22%) | (-25%) | | | | | | (-7%) |
| Germany | +18% | +19% | +30% | +19% | (-4%) | (-30%) | (-38%) | (-25%) | | | | | | (-11%) |
| Canada | +17% | +2% | (-7%) | +46% | (-39%) | (-51%) | (-44%) | (-3%) | | | | | | (-19%) |
| Australia | +23% | +18% | +21% | +41% | (-25%) | (-13%) | (-43%) | (-37%) | | | | | | (-11%) |
| South Korea | - | - | - | - | +28% | +9% | +17% | (-51%) | | | | | | +2% |
| France | (-8%) | (-6%) | +1% | +52% | (-6%) | (-5%) | (-39%) | (-21%) | | | | | | (-9%) |
| Russia | +38% | +29% | +35% | +80% | (-3%) | (-13%) | (-32%) | (-33%) | | | | | | +2% |
| **WW Pan Geo** | **+9%** | **+9%** | **+6%** | **+50%** | **(-26%)** | **(-30%)** | **(-28%)** | **(-37%)** | | | | | | **(-16%)** |

**YoY Units**

| | W1 | W2 | W3 | W4 | W5 | W6 | W7 | W8 | W9 | W10 | W11 | W12 | W13 | QTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| USA | (-13) | (-3) | (-31) | +303 | (-573) | (-425) | (-549) | (-335) | | | | | | (-1,625) |
| Greater China | +129 | +117 | +98 | +332 | (-274) | (-394) | (-111) | (-805) | | | | | | (-909) |
| Japan | (-48) | (-43) | (-50) | +42 | (-134) | (-148) | (-230) | (-228) | | | | | | (-838) |
| UK | +7 | +5 | +12 | +26 | (-23) | (-26) | (-25) | (-35) | | | | | | (-58) |
| Germany | +8 | +9 | +13 | +10 | (-2) | (-29) | (-43) | (-24) | | | | | | (-59) |
| Canada | +5 | - | (-2) | +12 | (-25) | (-42) | (-29) | (-3) | | | | | | (-83) |
| Australia | +10 | +10 | +10 | +19 | (-23) | (-9) | (-47) | (-36) | | | | | | (-65) |
| South Korea | +10 | +8 | +9 | +6 | +44 | +11 | +15 | (-93) | | | | | | +10 |
| France | (-2) | (-2) | - | +14 | (-2) | (-2) | (-23) | (-11) | | | | | | (-29) |
| Russia | +8 | +5 | +5 | +11 | (-1) | (-3) | (-10) | (-12) | | | | | | +3 |
| **WW Pan Geo** | **+174** | **+163** | **+104** | **+910** | **(-1,024)** | **(-1,146)** | **(-1,162)** | **(-1,786)** | | | | | | **(-3,767)** |

Apple Confidential—Need to Know

Highly Confidential

APL-SECLIT_00286356