# EXHIBIT 24

**Subject:** Fwd: China
**From:** "Mike Fenger" <​███​>
**Received(Date):** Sun, 25 Nov 2018 03:36:45 +0000
**To:** "Kevan Parekh" <​███​>
**Date:** Sun, 25 Nov 2018 03:36:45 +0000

Sent from my iPhone

Begin forwarded message:

**From:** Mike Fenger <​███​>

**Date:** November 24, 2018 at 7:36:18 PM PST

**To:** ███, Stella Ye <​███​>, ███

**Subject: Fwd: China**

Guys,

I think Tim is reacting to the week over week performance which is probably mostly driven by 11.11. But can you put together a summary of what is happening on year-over-year basis and summarize all of the demand generation and other actions that we are taking?

Mike

Sent from my iPhone

Begin forwarded message:

> **From:** Tim Cook <​███​>
> **Date:** November 24, 2018 at 6:42:29 PM PST
> **To:** Mike Fenger <​███​>, Kevan Parekh <​███​>
> **Subject:** China
>
> What's happening and what are we doing about it?
>
> Sent from my iPad Pro

Highly Confidential                                                                                    APL-SECLIT_00536800