# EXHIBIT 25

|              |                                                              |
|-------------:|:-------------------------------------------------------------|
| **From:**    | Kevan Parekh <​█████████​>                                  |
| **Subject:** | China Info                                                   |
| **Received(Date):** | Wed, 26 Dec 2018 10:05:38 -0800                       |
| **Cc:**      | Andy Allen <​█████████​>, Edwin Tan <​█████████​>          |
| **To:**      | Luca Maestri <​█████████​>, Saori Casey <​█████████​>      |
| **Attachment:** | PastedGraphic-25.png                                      |
| **Attachment:** | China market and competition update - Q1'19 W13 copy.key  |
| **Date:**    | Wed, 26 Dec 2018 10:05:38 -0800                              |

Hi Luca and Saori,

I hope you both had a nice christmas and are having a somewhat restful holiday.

Attached please find a package with some summary highlights from the China team that was updated last night and includes the following:

1) Macro Economy and Market Update
    - Macro indicators - Recent geo-poltitcal factors that seem to have been playing out lately (we are seeing some signs of impact from the Huawei CFO issue but its not clear how widespread it is)
    - Market stats (primarily from IDC) but also includes recently released data from the China (china academy for information and communication technology (CAICT)) and the ministry of industry and information technology (MIIT) both which state the smartphone market was down 18% Y/Y (see also clipping below)

2) Foot Traffic (slide 11)
    - Edwin and team worked with the local retail team to plot foot traffic across the direct and indirect RTMs to see how the trends looked on a Y/Y basis (Nick please let me know if you are see this differently)
        - As you can see, it seemed like the Y/Y for the channel (especially the OTC channel) got a bit worse towards the latter part of the quarter
        - I know Tim was looking for this so we thought it was helpful to provide a cross-section across retail / channel

3) Competitive landscape
    - As we had outlined to Tim in the last sales meeting, Huawei has priced their product line-up much more aggressively in China than in Europe or other markets

Please let us know if this is helpful and/or if you have any questions or need any additional information

Kevan



Hi Luca and Saori,

I hope you both had a nice christmas and are having a somewhat restful holiday.

Attached please find a package with some summary highlights from the China team that was updated last night and includes the following:

**1) Macro Economy and Market Update**

- Macro indicators

- Recent geo-poltitcal factors that seem to have been playing out lately (we are seeing some signs of impact from the Huawei CFO issue but its not clear how widespread it is)

- Market stats (primarily from IDC) but also includes recently released data from the China (china academy for information and communication technology (CAICT)) and the ministry of industry and information technology (MIIT) both which state the smartphone market was down 18% Y/Y (see also clipping below)

**2) Foot Traffic (slide 11)**

- Edwin and team worked with the local retail team to plot foot traffic across the direct and indirect RTMs to see how the trends looked on a Y/Y basis (Nick please let me know if you are see this differently)

- As you can see, it seemed like the Y/Y for the channel (especially the OTC channel) got a bit worse towards the latter part of the quarter

- I know Tim was looking for this so we thought it was helpful to provide a cross-section across retail / channel

**3) Competitive landscape**

- As we had outlined to Tim in the last sales meeting, Huawei has priced their product line-up much more aggressively in China than in Europe or other markets

Please let us know if this is helpful and/or if you have any questions or need any additional information

Kevan

---

**3**

Kevan Parekh  |  Apple Inc.  |  office: ███████████  |  iPhone: ███████████  |  ███████████



Highly Confidential

APL-SECLIT_00288413

4

China macro economy & market update

Apple foot traffic trend

Smartphone competition update



BoA forecast 2019 China GDP YoY 6.1%
https://tradingeconomics.com/china/government-debt-to-gdp

Highly Confidential

APL-SECLIT_00288415



https://www.bloomberg.com/news/articles/2018-12-18/xi-says-reform-and-opening-up-is-revolution-in-china-s-history

https://www.nytimes.com/2018/12/18/world/asia/xi-china-speech-takeaways.html

https://www.cnbc.com/2018/12/17/xi-is-about-to-give-a-speech-heres-why-it-matters.html



Highly Confidential

8

APL-SECLIT_00288417



Highly Confidential

APL-SECLIT_00288418



Highly Confidential

APL-SECLIT_00288419



**Dropping market size across all three segments, without signs of recovery**

|  | SMP | Tablet | PC |
|---|---|---|---|
| Q1'18 | -16% | -12.4% | 0.8% |
| Q2'18 | -16% | -9% | -7.9% |
| Q3'18 | -6% | 2.1% | -0.9% |
| Q4'18 | -10% | 2.8% | -1.6% |
| FY18 Total | -12% | -5% | -2% |
| Oct | -15% | - | - |
| Nov | -18% (MIIT) | - | - |



Highly Confidential

13

APL-SECLIT_00288422

