JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
MICHAEL D. TORPEY (SBN 79424)
mtorpey@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    (415) 773-5700
Facsimile:     (415) 773-5759

Attorneys for Defendants Apple Inc.,
Timothy Cook, and Luca Maestri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No. 4:19-cv-02033-YGR<br><br>**DECLARATION OF JAMES N. KRAMER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br><u>Hearing</u><br>Date:   TBD<br>Time:   2:00 p.m.<br>Ctrm:   1, 14th Floor<br>Judge: Honorable Yvonne Gonzalez Rogers |

I, James N. Kramer, declare as follows:

1. I am a partner at Orrick, Herrington, & Sutcliffe LLP, counsel for Apple Inc., Timothy Cook, and Luca Maestri (collectively "Defendants"). I have personal knowledge of the facts stated below and, if called as a witness, I could and would testify competently thereto.

2. I am a member in good standing of the State Bar of California and am eligible to practice before state and federal courts.

3. I submit this declaration in support of Defendants' Motion for Summary Judgment on all claims asserted against Defendants in the Revised Consolidated Class Action Complaint for Violation of the Federal Securities Laws.

4. Attached to the Declaration of Timothy Cook in Support of Defendants' Motion for Summary Judgment as **Exhibit 3** is a true and correct copy of the Q4 2018 Earnings Call transcript, published by Bloomberg. Produced and bates stamped as APL-SECLIT_00151446.

5. Attached hereto as **Exhibit 4** is a true and correct copy of an excerpt of Plaintiff's Objections and Responses to Defendant Timothy Cook's First Set of Interrogatories, dated March 16, 2022.

6. Attached hereto as **Exhibit 5** is a true and correct copy of an excerpt of Apple's Form 10-K for fiscal year 2018, filed with the SEC on November 5, 2018.

7. Attached to the Declaration of Kevan Parekh in Support of Defendants' Motion for Summary Judgment as **Exhibit 15** is a true and correct copy of a February 25, 2020, *9to5Mac* article, entitled *iPhone XR was the world's best-selling smartphone in 2019, new data suggests*.

8. Attached to the Declaration of Kevan Parekh in Support of Defendants' Motion for Summary Judgment as **Exhibit 18** is a true and correct excerpt PDF of the spreadsheet supporting Schedules to the Summary and Expert Report of Eric Poer, dated April 27, 2022.

9. Attached hereto as **Exhibit 26** is a true and correct copy of a Letter from Tim Cook to Apple Investors, filed with the SEC on January 2, 2019.

10. Attached hereto as **Exhibit 27** is a true and correct copy of an October 30, 2018, Baird analyst report titled *New iPad Pros and Macbook Air Look Solid*. Produced and bates stamped as APL-SECLIT_00001581.

11.     Attached to the Declaration of Timothy Cook in Support of Defendants' Motion for Summary Judgment as **Exhibit 28** is a true and correct copy of an October 29, 2018, Bank of America Merrill Lynch analyst report titled *Lowering estimates to account for China risk, FX headwinds*.  Produced and bates stamped as APL-SECLIT_00001401.

12.     Attached hereto as **Exhibit 29** is a true and correct copy of an October 31, 2018, Bank of America Merrill Lynch analyst report titled *App Store trends: Deceleration in October China growth stalls*.  Produced and bates stamped as APL-SECLIT_00001726.

13.     Attached hereto as **Exhibit 30** is a true and correct copy of an October 24, 2018, Bernstein analyst report titled *AAPL: Q4 18 Preview – Expect upside to ASPs, but iPhone unit growth in FY 19 most likely to shape investor sentiment*.  Produced and bates stamped as APL-SECLIT_00001251.

14.     Attached hereto as **Exhibit 31** is a true and correct copy of an October 15, 2018, BMO Capital Markets analyst report titled *Catalyst Impact – China Handsets Weak With Less Help From New iPhones*.  Produced and bates stamped as APL-SECLIT_00573351.

15.     Attached hereto as **Exhibit 32** is a true and correct copy of an October 15, 2018, Citi analyst report titled *Global Smartphones – Trimming Our Global Smartphone Forecasts;* Innovation *Lab Data Points to No iPhone "Super Cycle" This Year*.  Produced and bates stamped as APL-SECLIT_00000916.

16.     Attached hereto as **Exhibit 33** is a true and correct copy of an October 18, 2018, Cross Research analyst report titled *F4Q18 Preview; Solid Quarter Expected, Benefit From Earlier XS Launch*.  Produced and bates stamped as APL-SECLIT_00001138.

17.     Attached hereto as **Exhibit 34** is a true and correct copy of an October 25, 2018, DA Davidson analyst report titled *High ASPirations for the iPhone; BUY*.  Produced and bates stamped as APL-SECLIT_00001348.

18.     Attached hereto as **Exhibit 35** is a true and correct copy of an October 15, 2018, Goldman Sachs analyst report titled *Apple Inc. (AAPL): FQ4'18 Preview: China impact on guidance is the main focus*.  Produced and bates stamped as APL-SECLIT_00001067.

1     19.     Attached hereto as **Exhibit 36** is a true and correct copy of an October 24, 2018, Goldman Sachs analyst report titled *iPhone Mix Trending Better; Increasing ASPs. China/Macros unit risk remains. Reiterate Neutral*.  Produced and bates stamped as APL-SECLIT_00001330.

2     20.     Attached hereto as **Exhibit 37** is a true and correct copy of an October 18, 2018, Guggenheim analyst report titled *AAPL – Dec Qtr Consensus Looks Too Low*.  Produced and bates stamped as APL-SECLIT_00001155.

3     21.     Attached hereto as **Exhibit 38** is a true and correct copy of an October 29, 2018, Jefferies analyst report titled *Building a Valuable Services Business on Top of Apple's Core. Initiate at Buy*.  Produced and bates stamped as APL-SECLIT_00001419.

4     22.     Attached hereto as **Exhibit 39** is a true and correct copy of an October 29, 2018, J.P. Morgan analyst report titled *Favorably Positioned into F4Q On a Combination of Upside on iPhone ASP and Services; Reiterate OW*.  Produced and bates stamped as APL-SECLIT_00001502.

5     23.     Attached hereto as **Exhibit 40** is a true and correct copy of an October 24, 2018, Macquarie Research analyst report titled *U.S. Large-Cap Internet – 3Q'18 Preview: Not for the Faint of Heart*.  Produced and bates stamped as APL-SECLIT_00001279.

6     24.     Attached hereto as **Exhibit 41** is a true and correct copy of an October 17, 2018, Morgan Stanley analyst report titled *China a Growing Headwind to App Store Growth Near-term*. Produced and bates stamped as number APL-SECLIT_00001080.

7     25.     Attached hereto as **Exhibit 42** is a true and correct copy of an October 21, 2018, RBC Capital Markets analyst report titled *Thinking Through Impact from China Gaming Crackdown*.  Produced and bates stamped as APL-SECLIT_00001188.

8     26.     Attached hereto as **Exhibit 43** is a true and correct copy of an October 22, 2018, Rosenblatt Securities Inc. analyst report titled *Earnings Preview, iPhone XR Preorders Weaker than Expected, Reducing our XR Shipment Estimates, iPhone Max Production Increases Expected for the Holiday Season, iPad Pro and New MacBook Production Ramp*.  Produced and bates stamped as APL-SECLIT_00001233.

1    27.    Attached hereto as **Exhibit 44** is a true and correct copy of an October 29, 2018, UBS analyst report titled *FQ4:18 (Sep) Earnings Preview: Survey Work Supports Very Strong iPhone ASP Narrative*.  Produced and bates stamped as APL-SECLIT_00001379.

28.    Attached hereto as **Exhibit 45** is a true and correct copy of an October 18, 2018, Wedbush analyst report titled *Cook & Co. Focused on Services Gold Mine; iPhone Cycle Humming-Initiating At OP*.  Produced and bates stamped as APL-SECLIT_00001143.

29.    Attached hereto as **Exhibit 46** is a true and correct copy of a November 2, 2018, Argus analyst report titled *Analyst's Notes*.

30.    Attached hereto as **Exhibit 47** is a true and correct copy of a November 2, 2018, Atlantic Equities analyst report titled *Disappointing Dec qtr revenue outlook*.  Produced and bates stamped as APL-SECLIT_00001963.

31.    Attached hereto as **Exhibit 48** is a true and correct copy of a November 2, 2018, Baird analyst report titled *Macro Pressures, but Also Silver Linings*.  Produced and bates stamped as APL-SECLIT_00001905.

32.    Attached hereto as **Exhibit 49** is a true and correct copy of a November 2, 2018, Bank of America Merrill Lynch analyst report titled *Long term winner but near term headwinds, Downgrading to Neutral*.  Produced and bates stamped as APL-SECLIT_00001761.

33.    Attached hereto as **Exhibit 50** is a true and correct copy of a November 2, 2018, Bernstein analyst report titled *AAPL: Q4 18 Debrief – How much might iPhone units decline in FY19? The world may never know*.  Produced and bates stamped as APL-SECLIT_00001993.

34.    Attached hereto as **Exhibit 51** is a true and correct copy of a November 2, 2018, BMO Capital markets analyst report titled *Less Revenue and Fewer Disclosures; Lowering Estimates, Target*.  Produced and bates stamped as APL-SECLIT_00001790.

35.    Attached hereto as **Exhibit 52** is a true and correct copy of a November 1, 2018, BTIG analyst report titled *Apple Reduces Disclosure; Typically Not A Good Sign*.  Produced and bates stamped as APL-SECLIT_00001778.

36.    Attached hereto as **Exhibit 53** is a true and correct copy of a November 1, 2018, Canaccord Genuity analyst report titled *Solid Q4/F18; long-term positive thesis intact – reiterate*

1   *BUY and $250 PT*.  Produced and bates stamped as APL-SECLIT_00002017.

2          37.   Attached hereto as **Exhibit 54** is a true and correct copy of a November 2, 2018,

3   CCS Insight analyst report titled *Instant Insight: Apple Results, Fiscal 4Q18*.  Produced and bates

4   stamped as APL-SECLIT_00165511.

5          38.   Attached hereto as **Exhibit 55** is a true and correct copy of a November 2, 2018,

6   Citi analyst report titled *Leaving Investors Speechless with a -7% Stock Drop Heading into*

7   *Christmas!*.  Produced and bates stamped as APL-SECLIT_00001641.

8          39.   Attached hereto as **Exhibit 56** is a true and correct copy of a November 1, 2018,

9   Cross Research analyst report titled *F4Q18 Review; Focusing Attention on Services, Limiting*

10  *Hardware Disclosure*.  Produced and bates stamped as APL-SECLIT_00001917.

11         40.   Attached hereto as **Exhibit 57** is a true and correct copy of a November 2, 2018,

12  DA Davidson analyst report titled *Selling Products at Higher Prices Is a Great Thing; BUY*.

13  Produced and bates stamped as APL-SECLIT_00002061.

14         41.   Attached hereto as **Exhibit 58** is a true and correct copy of a November 1, 2018,

15  Daiwa Capital Markets analyst report titled *Good, above guidance 4Q, but weaker q/q*

16  *momentum*.  Produced and bates stamped as APL-SECLIT_00001935.

17         42.   Attached hereto as **Exhibit 59** is a true and correct copy of a November 2, 2018,

18  FNB Securities analyst report titled *AAPL: Buy on Pullback as Somewhat Weak FQ1 Guidance*

19  *Partly Caused by Timing of New iPhones*.  Produced and bates stamped as APL-

20  SECLIT_00001860.

21         43.   Attached hereto as **Exhibit 60** is a true and correct copy of a November 1, 2018,

22  Goldman Sachs analyst report titled *FQ4'18 Wrap: Guidance weak on EM and FX weakness;*

23  *ASPs higher*.  Produced and bates stamped as APL-SECLIT_00001868.

24         44.   Attached hereto as **Exhibit 61** is a true and correct copy of a November 1, 2018,

25  Guggenheim analyst report titled *AAPL – May Want its Growth-via-ASP Strategy to be Less*

26  *Obvious*.  Produced and bates stamped as APL-SECLIT_00002121.

27         45.   Attached hereto as **Exhibit 62** is a true and correct copy of a November 2, 2018,

28  Jefferies analyst report titled *New Disclosure Will Shift Focus to Services Margin, Away from*

*iPhone Units*. Produced and bates stamped as APL-SECLIT_00001970.

46. Attached hereto as **Exhibit 63** is a true and correct copy of a November 2, 2018, J.P. Morgan analyst report titled *Growth Fundamentals Intact, Despite Softer Revenue Guide on FX Headwind and Conservatism Related to Macro Risks*. Produced and bates stamped as APL-SECLIT_00001749.

47. Attached hereto as **Exhibit 64** is a true and correct copy of a November 1, 2018, KeyBanc Capital Markets analyst report titled *AAPL: Units May Not Matter, but Price Does*. Produced and bates stamped as APL-SECLIT_00001983.

48. Attached hereto as **Exhibit 65** is a true and correct copy of a November 2, 2018, Longbow Research analyst report titled *AAPL (NEUTRAL): Focus on How Much, Not How Many*. Produced and bates stamped as APL-SECLIT_00002028.

49. Attached hereto as **Exhibit 66** is a true and correct copy of a November 2, 2018, Loop Capital Markets analyst report titled *Look Under The Layers And Buy Any Pullback*. Produced and bates stamped as APL-SECLIT_00001816.

50. Attached hereto as **Exhibit 67** is a true and correct copy of a November 2, 2018, Macquarie Research analyst report titled *F4Q'18: Increased Uncertainty; Services Key*. Produced and bates stamped as APL-SECLIT_00002044.

51. Attached hereto as **Exhibit 68** is a true and correct copy of a November 2, 2018, Maxim Group analyst report titled *Guidance and No More Unit Disclosures Indicate that iPhone Installed Base Growth is Likely Slowing to Low-Single Digits*. Produced and bates stamped as APL-SECLIT_00001923.

52. Attached hereto as **Exhibit 69** is a true and correct copy of a November 2, 2018, Monness Crespi Hardt analyst report titled *Puts and Takes but Planet Apple Remains a Shining City on a Hill in a Volatile Tech World*. Produced and bates stamped as APL-SECLIT_00001837.

53. Attached hereto as **Exhibit 70** is a true and correct copy of a November 2, 2018, Morgan Stanley analyst report titled *Strong ASPs and Services With a Dose of Macro Uncertainty*. Produced and bates stamped as APL-SECLIT_00001823.

1    54.    Attached hereto as **Exhibit 71** is a true and correct copy of a November 1, 2018, Morningstar analyst report titled *No Disputing Apple iPhone Hegemony, But Decision to Mask Units Is Dubious; Shares Fairly Valued*.

2    55.    Attached hereto as **Exhibit 72** is a true and correct copy of a November 2, 2018, Needham analyst report titled *Not a Hardware Company. Buy AAPL on Weakness*. Produced and bates stamped as APL-SECLIT_00002082.

3    56.    Attached hereto as **Exhibit 73** is a true and correct copy of a November 2, 2018, Nomura Instinet analyst report titled *More than a Miss; Sustained Downturn Likely*. Produced and bates stamped as APL-SECLIT_00001940.

4    57.    Attached hereto as **Exhibit 74** is a true and correct copy of a November 2, 2018, Oppenheimer analyst report titled *Attention Shifting to Experience from Hardware, Apple Changing the Game for Itself and Analysts*. Produced and bates stamped as APL-SECLIT_00002110.

5    58.    Attached hereto as **Exhibit 75** is a true and correct copy of a November 2, 2018, Piper Jaffray analyst report titled *Solid Sept Qtr, But Outlook & Less Disclosure Disappoint; Maintain OW & $250 PT*. Produced and bates stamped as APL-SECLIT_00001954.

6    59.    Attached hereto as **Exhibit 76** is a true and correct copy of a November 2, 2018, Raymond James analyst report titled *FX Headwinds; No Longer Disclosing Unit Sales*. Produced and bates stamped as APL-SECLIT_00002101.

7    60.    Attached hereto as **Exhibit 77** is a true and correct copy of a November 1, 2018, RBC Capital Markets analyst report titled *Privacy Commitment Now Extends to iPhone Unit Disclosure Apparently*. Produced and bates stamped as APL-SECLIT_00001880.

8    61.    Attached hereto as **Exhibit 78** is a true and correct copy of a November 2, 2018, Rosenblatt Securities Inc. analyst report titled *C4Q Guidance Reflects our Cautious View on Weaker than Expected Sell Through and Production Reductions for iPhone XS/XR, Downgrade to Neutral, Maintain our Price Target*.

9    62.    Attached hereto as **Exhibit 79** is a true and correct copy of a November 4, 2018, Trefis analyst report titled *Apple – Analysis for NASDAQ: AAPL*.

63. Attached hereto as **Exhibit 80** is a true and correct copy of a November 2, 2018, UBS analyst report titled *It's The End of iPhone Units As We Know It, And It Might Ultimately Be Just Fine*. Produced and bates stamped as APL-SECLIT_00001802.

64. Attached hereto as **Exhibit 81** is a true and correct copy of a November 2, 2018, Wedbush analyst report titled *Cook Pulls the Plug on Metrics in a Houdini Like Move; Bullish Thesis Unchanged*. Produced and bates stamped as APL-SECLIT_00002071.

65. Attached hereto as **Exhibit 82** is a true and correct copy of a November 1, 2018, Wells Fargo Securities, LLC analyst report titled *AAPL: Solid Results Overshadowed By Pulled Unit Disclosures + Macro Angst*. Produced and bates stamped as APL-SECLIT_00001847.

66. Attached hereto as **Exhibit 83** is a true and correct copy of a November 2, 2018, Yuanta Investment Consulting analyst report titled *APPL (APPL US) – FYQ418 results, guidance and implications*.

67. Attached hereto as **Exhibit 84** is a true and correct copy of a *Fortune* article, entitled *World's Most Admired Companies*, and available at https://fortune.com/worlds-most-admired-companies/.

68. Attached hereto as **Exhibit 85** is a true and correct copy of an excerpt of the deposition of Timothy D. Cook, taken in the above-captioned action on February 9, 2022.

69. Attached hereto as **Exhibit 86** is a true and correct copy of a *Yahoo! Finance* chart regarding Apple's market cap, and available at https://finance.yahoo.com/quote/AAPL/.

70. Attached hereto as **Exhibit 87** is a true and correct copy of a *Fortune* article, entitled *World's Greatest Leaders*, and available at https://fortune.com/worlds-greatest-leaders/2015/tim-cook/.

71. Attached hereto as **Exhibit 88** is a true and correct copy of an August 25, 2021, *The Economist* article, entitled *Tim Cook's decade at Apple makes him the most successful "successor CEO" ever*, and available at https://www.economist.com/graphic-detail/2021/08/25/tim-cooks-decade-at-apple-makes-him-the-most-successful-successor-ceo-ever.

72. Attached hereto as **Exhibit 89** is a true and correct copy of a February 3, 2015, *Model N* article, entitled *Model N Revenue Management Survey: Apple's CFO Luca Maestri Is

1  *Most Admired Fortune 500 CFO*, and available at https://investor.modeln.com/news/news-
2  details/2015/Model-N-Revenue-Management-Survey-Apples-CFO-Luca-Maestri-Is-Most-
3  Admired-Fortune-500-CFO/default.aspx.

4        73.     Attached hereto as **Exhibit 90** is a true and correct copy of an excerpt of the April
5  27, 2022, Expert Report of Oded Shenkar.

6        74.     Attached hereto as **Exhibit 91** is a true and correct copy of the April 27, 2022,
7  Expert Report of Professor Dennis Yang, Ph.D.

8        75.     Attached as **Exhibit 92** is a true and correct copy of an August 15, 2018,
9  *Bloomberg* article, entitled *China Freezes Game Approvals Amid Agency Shakeup*, published by
10 *Bloomberg*, and available at https://www.bloomberg.com/news/articles/2018-08-15/china-is-said-
11 to-freeze-game-approvals-amid-agency-shakeup#xj4y7vzkg.

12       76.     Attached hereto as **Exhibit 93** is a true and correct copy of a November 1, 2018,
13 Apple press release, entitled *Apple Reports Fourth Quarter Results*, and available at
14 https://www.apple.com/newsroom/2018/11/apple-reports-fourth-quarter-
15 results/#:~:text=CUPERTINO%2C%20California%20—
16 %20November%201%2C,of%20%242.91%2C%20up%2041%20percent.

17       77.     Attached hereto as **Exhibit 94** is a true and correct copy of the May 9, 2022,
18 Corrected Summary and Expert Report of Eric Poer, CPA, CFF, ABV, CFE.

19       78.     Attached hereto as **Exhibit 95** is a true and correct copy of the June 10, 2022,
20 Rebuttal Summary and Expert Report of Eric Poer, CPA, CFF, ABV, CFE.

21       79.     Attached hereto as **Exhibit 96** is a true and correct copy of the June 10, 2022,
22 Rebuttal Expert Report of Professor Brett Trueman, Ph.D.

23       80.     Attached hereto as **Exhibit 97** is a true and correct copy of the April 27, 2022,
24 Expert Report of Professor Brett Trueman, Ph.D.

25       81.     Attached hereto as **Exhibit 98** is a true and correct copy of a *Yahoo! Finance* table
26 regarding Apple's historical stock prices from August 31, 2021 through August 30, 2022, and
27 available at
28 https://finance.yahoo.com/quote/AAPL/history?period1=1541030400&period2=1541289600&int

erval=1d&filter=history&frequency=1d&includeAdjustedClose=true.

82. Attached hereto as **Exhibit 100** is a true and correct copy of the May 9, 2022, Corrected Expert Report of Alex Gauna, MBA.

83. Attached hereto as **Exhibit 106** is a true and correct copy of the June 10, 2022, Expert Rebuttal Report of Carlyn R. Taylor.

84. Attached hereto as **Appendix A** is a chart specifying the locations of the exhibits attached in papers supporting Defendants' Motion for Summary Judgment.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct. Executed in San Francisco, California on September 9, 2022.

                                                    */s/ James N. Kramer*
                                                    JAMES N. KRAMER

# **APPENDIX A**

| Exhibit | Attached To |
|---|---|
| 1 | Declaration of Timothy Cook in Support of Defendants' Motion for Summary Judgment |
| 2 | Declarations of Timothy Cook and Luca Maestri in Support of Defendants' Motion for Summary Judgment |
| 3 | Declaration of Timothy Cook in Support of Defendants' Motion for Summary Judgment |
| 4 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 5 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 6 | Declaration of Timothy Cook in Support of Defendants' Motion for Summary Judgment |
| 7 | Declarations of Luca Maestri and Kevan Parekh in Support of Defendants' Motion for Summary Judgment |
| 8 | Declaration of Luca Maestri in Support of Defendants' Motion for Summary Judgment |
| 9 | Declaration of Kevan Parekh in Support of Defendants' Motion for Summary Judgment |
| 10 | Declaration of Kevan Parekh in Support of Defendants' Motion for Summary Judgment |
| 11 | Declaration of Kevan Parekh in Support of Defendants' Motion for Summary Judgment |
| 12 | Declaration of Kevan Parekh in Support of Defendants' Motion for Summary Judgment |
| 13 | Declaration of Kevan Parekh in Support of Defendants' Motion for Summary Judgment |
| 14 | Declaration of Kevan Parekh in Support of Defendants' Motion for Summary Judgment |
| 15 | Declaration of Kevan Parekh in Support of Defendants' Motion for Summary Judgment |
| 16 | Declaration of Kevan Parekh in Support of Defendants' Motion for Summary Judgment |
| 17 | Declaration of Kevan Parekh in Support of Defendants' Motion for Summary Judgment |
| 18 | Declaration of Kevan Parekh in Support of Defendants' Motion for Summary Judgment |
| 19 | Declaration of Kevan Parekh in Support of Defendants' Motion for Summary Judgment |

| Exhibit | Attached To |
|---|---|
| 20 | Declaration of Kevan Parekh in Support of Defendants' Motion for Summary Judgment |
| 21 | Declaration of Kevan Parekh in Support of Defendants' Motion for Summary Judgment |
| 22 | Declaration of Kevan Parekh in Support of Defendants' Motion for Summary Judgment |
| 23 | Declaration of Kevan Parekh in Support of Defendants' Motion for Summary Judgment |
| 24 | Declaration of Kevan Parekh in Support of Defendants' Motion for Summary Judgment |
| 25 | Declaration of Kevan Parekh in Support of Defendants' Motion for Summary Judgment |
| 26 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 27 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 28 | Declaration of Timothy Cook in Support of Defendants' Motion for Summary Judgment |
| 29 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 30 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 31 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 32 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 33 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 34 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 35 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 36 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 37 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 38 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 39 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |

| Exhibit | Attached To |
|---|---|
| 40 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 41 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 42 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 43 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 44 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 45 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 46 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 47 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 48 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 49 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 50 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 51 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 52 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 53 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 54 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 55 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 56 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 57 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 58 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 59 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |

| Exhibit | Attached To |
|---|---|
| 60 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 61 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 62 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 63 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 64 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 65 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 66 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 67 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 68 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 69 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 70 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 71 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 72 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 73 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 74 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 75 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 76 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 77 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 78 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 79 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |

| Exhibit | Attached To |
|---------|-------------|
| 80 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 81 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 82 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 83 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 84 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 85 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 86 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 87 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 88 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 89 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 90 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 91 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 92 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 93 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 94 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 95 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 96 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 97 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 98 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 99 | Declaration of Robin Goldberg Regarding Defendant Apple Inc.'s Business Records |

| Exhibit | Attached To |
|---|---|
| 100 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 101 | Declaration of Robin Goldberg Regarding Defendant Apple Inc.'s Business Records |
| 102 | Declaration of Robin Goldberg Regarding Defendant Apple Inc.'s Business Records |
| 104 | Declaration of Robin Goldberg Regarding Defendant Apple Inc.'s Business Records |
| 105 | Declaration of Robin Goldberg Regarding Defendant Apple Inc.'s Business Records |
| 106 | Declaration of James N. Kramer in Support of Defendants' Motion for Summary Judgment |
| 107 | Declaration of Robin Goldberg Regarding Defendant Apple Inc.'s Business Records |
| 108 | Declaration of Robin Goldberg Regarding Defendant Apple Inc.'s Business Records |
| 109 | Declaration of Robin Goldberg Regarding Defendant Apple Inc.'s Business Records |