# EXHIBIT 27

# Apple, Inc. (AAPL)
## New iPad Pros and Macbook Air Look Solid



**Strengthening ecosystem.** Earlier today, Apple unveiled a new Macbook Air, Mac mini and iPad Pro at its product event in New York. While the products were largely expected, we believe they round out a strong product lineup and could boost Mac and iPad sales in CQ4, though still not a significant contributor relative to the iPhone. Coupled with the retail and iOS stats unveiled, the event showcased the continuing strength of the Apple ecosystem. Maintaining our Outperform rating.

- **Takeaways**. While the product releases were largely expected, they looked like solid updates and should continue to strengthen the ecosystem. With its new slate of products and greater retail push, we believe the Apple ecosystem is as strong as ever.
- **Product releases**.
  - **Macbook Air**. With a retina display, narrower borders, and Touch ID packed into a smaller, lighter frame, the new Macbook Air starts at $1,199 and will be available November 7, as will all other products announced today. The last major update to the Air was in 2015, when the 13-inch model started at $999.
  - **Mac mini**. Much faster and more powerful than its predecessor, the Mac mini starts at $799.
  - **iPad Pro**. Now with an 11-inch (same form factor as previous 10.5-inch model) and a 12.9-inch model (smaller form factor than previous 12.9-inch model), the new iPad Pro features an edge-to-edge display, Face ID, an upgraded A12X Bionic chip and improved Pencil, which can connect magnetically to the iPad's frame and charge while connected. The 11-inch model starts at $799 and the 12.9-inch model at $999. That compares to the previous lowest configuration 10.5-inch model priced at $649 and the 12.9-inch model priced at $799 when they were released in 2017.
- **New stats**.
  - **New Mac users**. 51% of Mac buyers are new to Mac, with that percentage up to 76% in China.
  - **Mac install base**. Apple's active install base of Macs is now above 100 million.
  - **Apple Retail**. With 505 retail locations, Apple has put on 18,000 Today at Apple sessions, which have been attended by millions of people. Today, Apple announced 60 new sessions.
  - **iPad sales**. With over 400 million sold since inception and over 40 million in the past year, iPad has outsold all PCs from any other manufacturer.
  - **iOS 12**. iOS 12 has been installed more in the first month than any other version in Apple's history, currently running on 60% of all iOS devices. Apple released iOS 12.1 today with group FaceTime, Dual SIM and added emojis.

## RESEARCH UPDATE
### 1-Year Price Chart



### Stock Data

| | |
|---|---|
| Rating: | Outperform |
| Suitability: | Higher Risk |
| Price Target: | $235 |
| Price (10/30/18): | $213.25 |
| Market Cap (mil): | $1,050,597 |
| Shares Out (mil): | 4,926.6 |
| Average Daily Vol (mil): | 33.00 |
| Dividend Yield: | 1.4% |

### Estimates

| FY Sep | 2017A | 2018E | 2019E |
|---|---|---|---|
| Q1 | 3.36 A | 3.89 A | |
| Q2 | 2.10 A | 2.73 A | |
| Q3 | 1.67 A | 2.34 A | |
| Q4 | 2.07 A | 2.77 E | |
| **Fiscal EPS** | **9.19 A** | **11.73 E** | **13.56 E** |
| Fiscal P/E | 23.2x | 18.2x | 15.7x |
| **Calendar EPS** | **9.72 A** | **12.85 E** | **13.91 E** |
| Calendar P/E | 21.9x | 16.6x | 15.3x |

Chart/Table Sources: FactSet and Baird Data. Price chart reflects most recent closing price.

[ **Please refer to Appendix - Important Disclosures and Analyst Certification** ]

Apple, Inc. designs, manufactures, and sells a range of computing devices, including iPhones, iPads, Apple Watches, Macs, and iPods.

| **William V. Power, CFA** | **Charles Erlikh** |
|---|---|
| Sr. Research Analyst | Research Analyst |
| wpower@rwbaird.com | cerlikh@rwbaird.com |
| 214.220.3055 | 414.765.7043 |

Intended for mattblake@apple.com only. Property of Baird. Contact Baird for permission to share.

Confidential                                                                                           APL-SECLIT_00001581

# Details

**Valuation**
- **Current valuation**. AAPL is trading at 16.6x our C2018 EPS forecast and 15.3x C2019, multiples that drop to 14.5x and 13.4x excluding current net cash.
- **Target price**. Our $235 target price is based on 15x our C2019 EPS plus net cash of about $26/share. That puts it below big-cap tech in the mid-to-high teens, and the S&P 500 multiple of close to 17x, reflecting competitive uncertainties offset by accelerating revenue and EPS growth.

# Investment Thesis

**iPhone shipments weaker, though ASP positive**. Apple shipped 41.3 million iPhones in FQ3'18, up 0.7% YOY, with ASP of $724. We believe Apple remains well positioned at the high end of the market.

**Apple Watch early**. Apple Watch continues to grow rapidly, and with AirPods and Beats products performing well, Apple appears to be positioning the wearables segment as a larger opportunity.

**Strong services growth**. Services revenue of $9.5 billion in FQ3'18 grew 31.4% YOY and is expected to double over the next four years. Key drivers include App Store, Apple Music and services like Apple Pay and iCloud. In FQ3'18, paid subscriptions across all services offerings grew to 300 million, with 30 million added in the last three quarters each.

**Buyback and dividend positive**. In FQ2'18, Apple raised its dividend by 16% and its buyback authorization by $100 billion.

**China improving.** Greater China revenue grew 19% YOY in FQ3, following 21% growth last quarter.

**Strong cash flow, high quality balance sheet**. Apple has grown free cash flow substantially over the past five years, driven by strong revenue growth and high margins. In FQ3, the company generated free cash flow of $11.2 billion.

# Risks & Caveats

**Dependency on iPhone**. The iPhone constitutes roughly 60% of total revenue. Heightened competition and slowing upgrade rates could have a material impact on future revenue.

**Component pricing and supply chain risks**. Though many of Apple's component materials can be obtained from several different vendors, some key components are sourced from single suppliers or small groups of suppliers. These components include processors (Intel), displays (LG, Samsung), and ASICs. These circumstances can lead to pricing pressure and/or supply chain disruptions. Additionally, some components such as DRAM and NAND flash memory are subject to industry-wide shortages and/or price fluctuations.

**Patent litigation**. As part of its normal course of business, the company is usually involved in numerous ongoing lawsuits at any given time, the duration and financial implications of which are difficult to project.

**Economic factors**. Due to the discretionary nature of its products, the company could be affected by changes in consumer spending patterns. An uncertain economic environment could cause consumers to cut back on new technology purchases, particularly at the high end of the market.

Confidential                                                                                                                                              APL-SECLIT_00001582

**Inventory management**. As a manufacturer and as a retailer, the company faces meaningful inventory risk. The seasonal nature of consumer spending, combined with rapidly changing technology trends, requires the company to properly align inventory levels with peak sales seasons and product refresh cycles.

## Company Description

Headquartered in Cupertino, California, Apple, Inc. designs, manufactures, and sells a range of computing devices, including iPhones, iPads, Apple Watches, and Macs. The company differentiates its products with proprietary software, including the iOS and OS X operating systems. The company also provides a variety of digital services, including Apple Music and Apple Pay, and operates iTunes and the App Store.

Confidential　　APL-SECLIT_00001583

# Appendix - Important Disclosures and Analyst Certification

Approved on 30 October 2018 12:49EDT/ Published on 30 October 2018 12:54EDT.



1 Robert W. Baird & Co. Incorporated makes a market in the securities of AAPL.

Robert W. Baird & Co. Incorporated ("Baird") and/or its affiliates expect to receive or intend to seek investment-banking related compensation from the company or companies mentioned in this report within the next three months. Baird may not be licensed to execute transactions in all foreign listed securities directly. Transactions in foreign listed securities may be prohibited for residents of the United States. Please contact a Baird representative for more information.

Investment Ratings: Outperform (O) - Expected to outperform on a total return, risk-adjusted basis the broader U.S. equity market over the next 12 months. Neutral (N) - Expected to perform in line with the broader U.S. equity market over the next 12 months. Underperform (U) - Expected to underperform on a total return, risk-adjusted basis the broader U.S. equity market over the next 12 months.

Risk Ratings: L - Lower Risk – Higher-quality companies for investors seeking capital appreciation or income with an emphasis on safety. Company characteristics may include: stable earnings, conservative balance sheets, and an established history of revenue and earnings. A - Average Risk – Growth situations for investors seeking capital appreciation with an emphasis on safety. Company characteristics may include: moderate volatility, modest balance-sheet leverage, and stable patterns of revenue and earnings. H - Higher Risk – Higher-growth situations appropriate for investors seeking capital appreciation with the acceptance of risk. Company characteristics may include: higher balance-sheet leverage, dynamic business environments, and higher levels of earnings and price volatility. S - Speculative Risk – High growth situations appropriate only for investors willing to accept a high degree of volatility and risk. Company characteristics may include: unpredictable earnings, small capitalization, aggressive growth strategies, rapidly changing market dynamics, high leverage, extreme price volatility and unknown competitive challenges.

Valuation, Ratings and Risks. The recommendation and price target contained within this report are based on a time horizon of 12 months but there is no guarantee the objective will be achieved within the specified time horizon. Price targets are determined by a subjective review of fundamental and/or quantitative factors of the issuer, its industry, and the security type. A variety of methods may be used to determine the value of a security including, but not limited to, discounted cash flow, earnings multiples, peer group comparisons, and sum of the parts. Overall market risk, interest rate risk, and general economic risks impact all securities. Specific information regarding the price target and recommendation is provided in the text of our most recent research report.

Distribution of Investment Ratings. As of September 28, 2018, Baird U.S. Equity Research covered 688 companies, with 56% rated Outperform/Buy, 43% rated Neutral/Hold and 1% rated Underperform/Sell. Within these rating categories, 10% of Outperform/Buy-rated and 4% of Neutral/Hold-rated companies have compensated Baird for investment banking services in the past 12 months and/or Baird managed or co-managed a public offering of securities for these companies in the past 12 months.

Analyst Compensation. Research analyst compensation is based on: (1) the correlation between the research analyst's recommendations and stock price performance; (2) ratings and direct feedback from our investing clients, our institutional and retail sales force (as applicable) and from independent rating services; (3) the research analyst's productivity, including the quality of such analyst's research and such analyst's contribution to the growth and development of our overall research effort; and (4) compliance with all of Baird's internal policies

and procedures. This compensation criteria and actual compensation is reviewed and approved on an annual basis by Baird's Research Oversight Committee. Research analyst compensation is derived from all revenue sources of the firm, including revenues from investment banking. Baird does not compensate research analysts based on specific investment banking transactions.

A complete listing of all companies covered by Baird U.S. Equity Research and applicable research disclosures can be accessed at http://www.rwbaird.com/research-insights/research/coverage/research-disclosure.aspx. You can also call 800-792-2473 or write: Robert W. Baird & Co., Equity Research, 777 E. Wisconsin Avenue, Milwaukee, WI 53202.

Analyst Certification

The senior research analyst(s) certifies that the views expressed in this research report and/or financial model accurately reflect such senior analyst's personal views about the subject securities or issuers and that no part of his or her compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in the research report.

Disclaimers

Baird prohibits analysts from owning stock in companies they cover.

This is not a complete analysis of every material fact regarding any company, industry or security. The opinions expressed here reflect our judgment at this date and are subject to change. The information has been obtained from sources we consider to be reliable, but we cannot guarantee the accuracy.

ADDITIONAL INFORMATION ON COMPANIES MENTIONED HEREIN IS AVAILABLE UPON REQUEST

The Dow Jones Industrial Average, S&P 500, S&P 400 and Russell 2000 are unmanaged common stock indices used to measure and report performance of various sectors of the stock market; direct investment in indices is not available. Baird is exempt from the requirement to hold an Australian financial services license. Baird is regulated by the United States Securities and Exchange Commission, FINRA, and various other self-regulatory organizations and those laws and regulations may differ from Australian laws. This report has been prepared in accordance with the laws and regulations governing United States broker-dealers and not Australian laws.

Other Disclosures

The information and rating included in this report represent the research analyst's views based on a time horizon of 12 months, as described above, unless otherwise stated. In our standard company-specific research reports, the subject company may be designated as a "Fresh Pick", representing that the research analyst believes the company to be a high-conviction investment idea based on a subjective review of one or more fundamental or quantitative factors until an expiration date specified by the analyst but not to exceed nine months. The Fresh Pick designation and specified expiration date will be displayed in standard company-specific research reports on the company until the occurrence of the expiration date or such time as the analyst removes the Fresh Pick designation from the company in a subsequent, standard company-specific research report. The research analyst(s) named in this report may, at times and at the request of clients or their Baird representatives, provide particular investment perspectives or trading strategies based primarily on the analyst's understanding of the individual client's objectives. These perspectives or trading strategies generally are responsive to client inquiries and based on criteria the research analyst considers relevant to the client. As such, these perspectives and strategies may differ from the research analyst's views contained in this report.

Baird and/or its affiliates may provide to certain clients additional or research supplemental products or services, such as outlooks, commentaries and other detailed analyses, which focus on covered stocks, companies, industries or sectors. Not all clients who receive our standard company-specific research reports are eligible to receive these additional or supplemental products or services. Baird determines in its sole discretion the clients who will receive additional or supplemental products or services, in light of various factors including the size and scope of the client relationships. These additional or supplemental products or services may feature different analytical or research techniques and information than are contained in Baird's standard research reports. Any ratings and recommendations contained in such additional or research supplemental products are consistent with the research analyst's ratings and recommendations contained in more broadly disseminated standard research reports. Baird disseminates its research reports to all clients simultaneously by posting such reports to Baird's password-protected client portal, https://bol.rwbaird.com/Login("BairdOnline"). All clients may access BairdOnline and at any time. All clients are advised to check BairdOnline for Baird's most recent research reports. After research reports are posted to BairdOnline, such reports may be emailed to clients, based on, among other things, client interest, coverage, stock ownership and indicated email preferences, and electronically distributed to certain third-party research aggregators, who may make such reports available to entitled

clients on password-protected, third-party websites. Not all research reports posted to BairdOnline will be emailed to clients or electronically distributed to such research aggregators. To request access to Baird Online, please visit https://bol.rwbaird.com/Login/RequestInstLogin or contact your Baird representative.

Dividend Yield. As used in this report, the term "dividend yield" refers, on a percentage basis, to the historical distributions made by the issuer relative to its current market price. Such distributions are not guaranteed, may be modified at the issuer's discretion, may exceed operating cash flow, subsidized by borrowed funds or include a return of investment principal.

United Kingdom ("UK") disclosure requirements for the purpose of distributing this research into the UK and other countries for which Robert W. Baird Limited holds a MiFID passport.

The contents of this report may contain an "investment recommendation", as defined by the Market Abuse Regulation EU No 596/2014 ("MAR"). This report does not contain a "personal recommendation" or "investment advice", as defined by the Market in Financial Instruments Directive 2014/65/EU ("MiFID"). Please therefore be aware of the important disclosures outlined below. Unless otherwise stated, this report was completed and first disseminated at the date and time provided on the timestamp of the report. If you would like further information on dissemination times, please contact us. The views contained in this report: (i) do not necessarily correspond to, and may differ from, the views of Robert W. Baird Limited or any other entity within the Baird Group, in particular Robert W. Baird & Co. Incorporated; and (ii) may differ from the views of another individual of Robert W. Baird Limited.

This material is distributed in the UK and the European Economic Area ("EEA") by Robert W. Baird Limited, which has an office at Finsbury Circus House, 15 Finsbury Circus, London EC2M 7EB and is authorized and regulated by the Financial Conduct Authority ("FCA") in the UK.

For the purposes of the FCA requirements, this investment research report is classified as investment research and is objective. This material is only directed at and is only made available to persons in the EEA who would satisfy the criteria of being "Professional" investors under MiFID and to persons in the UK falling within Articles 19, 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). Accordingly, this document is intended only for persons regarded as investment professionals (or equivalent) and is not to be distributed to or passed onto any other person (such as persons who would be classified as Retail clients under MiFID).

All substantially material sources of the information contained in this report are disclosed. All sources of information in this report are reliable, but where there is any doubt as to reliability of a particular source, this is clearly indicated. There is no intention to update this report in future. Where, for any reason, an update is made, this will be made clear in writing on the research report. Such instances will be occasional only.

Please note that this report may provide views which differ from previous recommendations made by the same individual in respect of the same financial instrument or issuer in the last 12 months. Information and details regarding previous recommendations in relation to the financial instruments or issuer referred to in this report are available at https://baird.bluematrix.com/sellside/MAR.action.

Robert W. Baird Limited or one of its affiliates may at any time have a long or short position in the company or companies mentioned in this report. Where Robert W. Baird Limited or one of its affiliates holds a long or short position exceeding 0.5% of the total issued share capital of the issuer, this will be disclosed separately by your Robert W. Baird Limited representative upon request.

Investment involves risk. The price of securities may fluctuate and past performance is not indicative of future results. Any recommendation contained in the research report does not have regard to the specific investment objectives, financial situation and the particular needs of any individuals. You are advised to exercise caution in relation to the research report. If you are in any doubt about any of the contents of this document, you should obtain independent professional advice.

Robert W. Baird Limited and Robert W. Baird & Co. Incorporated have in place organisational and administrative arrangements for the prevention, avoidance, and disclosure of conflicts of interest with respect to research recommendations. Robert W. Baird Limited's Conflicts of Interest Policy, available here, outlines the approach Robert W. Baird Limited takes in relation to conflicts of interest and includes detail as to its procedures in place to identify, manage and control conflicts of interest. Robert W. Baird Limited and or one of its affiliates may be party to an agreement with the issuer that is the subject of this report relating to the provision of services of investment firms. Robert W. Baird & Co. Incorporated's policies and procedures are designed to identify and effectively manage conflicts of interest related to the preparation and content of research reports and to promote objective and reliable research that reflects the truly held opinions of research analysts. Robert W. Baird & Co. Incorporated's research analysts certify on a quarterly basis that such research reports accurately reflect their personal views.

This material is strictly confidential to the recipient and not intended for persons in jurisdictions where the distribution or publication of this research report is not permitted under the applicable laws or regulations of such jurisdiction.

Robert W. Baird Limited is exempt from the requirement to hold an Australian financial services license and is regulated by the FCA under UK laws, which may differ from Australian laws. As such, this document has not been prepared in accordance with Australian laws.

Copyright 2018 Robert W. Baird & Co. Incorporated

This information is prepared for the use of Baird clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of Baird. Any unauthorized use or disclosure is prohibited. Receipt and review of this information constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion, or information contained in this information (including any investment ratings, estimates or price targets) without first obtaining expressed permission from an authorized officer of Baird.

Ask the analyst a question                    Click here to unsubscribe