# EXHIBIT 32



**Citi Research**

Innovation Lab | **Equities**

15 Oct 2018 18:53:40 ET │ 25 pages

Communications Equipment
**Asia**

# Global Smartphones

## Trimming Our Global Smartphone Forecasts; *Innovation Lab* Data Points to No iPhone "Super Cycle" This Year



■ **Global smartphone model revisions** – We revise down our 2018E and 2019E global smartphone shipment forecasts by 0.9% and 2.6% to 1,460mn and 1,480mn units. We are particularly cautious on the China market given lackluster sell-through data, as well as in APAC (ex Japan) and Latin America which are facing headwinds from weak currencies. Our new forecast suggests a 0.4% decline in units in 2018E and slow growth in 2019E. We also launch our 2020E and 2021E forecasts, with an anticipated demand recovery driven by 5G launch.

■ **Lackluster China smartphone market** – China smartphone sell-through data remains weak. Per Sigmaintell, sell-through in Aug declined 6% yoy. Jul and Aug cumulatively dropped by 7% yoy. We estimate sell-through in China's "Golden Week" holiday in Oct was down about 10% yoy. Market share of top-4 Chinese smartphone OEMs grew to 75% in Aug vs. 62% one year ago and 70% in 2Q18.

■ **iPhone update and *Citi Innovation Lab* analysis** – While iPhone X demand expectations have been tempered, we believe the 2H18 lineup could spur demand given the differentiation in the higher-end OLED models vs. the LCD models, as well as consumers becoming accustomed to paying a premium price for smartphones. Data from Citi's Innovation Lab suggests that this year's iPhone would not be a "super cycle." We revise our iPhone build plan forecasts to reflect supply-chain issues in 3Q18 – we believe these have now been solved, and would not be a constraint for 4Q18.

■ **What specs have improved** – We drilled into IDC data and found 36% of smartphones were equipped with proprietary applications processors (AP) and more than 65% of smartphones were equipped with fingerprint sensors in 1H18. 22% of smartphones became waterproof and, led by Android camp, dual SIM card penetration also increased to 69%. We continue to see camera spec upgrades as 12/14MP became the mainstream and accounted for 60% of units, while dual-camera penetration reached 32%. For displays, c90% of smartphones migrated to HD or above screen resolution. We also see 41% of smartphones adopted 18:9 full-screen design, while OLED adoption increased to 29%.

■ **Stock implications** – Owing to weak smartphone demand, we are less positive on the related supply chain. However, we still think certain companies can benefit from specs migration and/or market share gain. We are positive on cameras / lenses on the content upgrade story – tri-cam and 7-piece lenses (7P) will increase content significantly. **Largan** and **Sunny Optical** should benefit. We also have a Buy on **BYDE** on casing upgrade and market share gain. We have Sells on **TPK, Innolux, Everlight, BOE,** and **TCL** due to less pricing power; and 20~40% smartphone exposure, and Sell on **Cowell** owing to its share loss.

**William Yang** AC
+852-2501-2431
william.yang@citi.com

**Andre Lin**
+852-2501-2466
andre.lin@citi.com

**Arthur Lai**
+852-2501-2758
arthur.y.lai@citi.com

**Jim Suva, CPA**
+1-415-951-1703
jim.suva@citi.com

**Roland Shu**
+886-2-8726-9090
roland.shu@citi.com

**Kota Ezawa**
+81-3-6776-4640
kota.ezawa@citi.com

See Appendix A-1 for Analyst Certification, Important Disclosures and non-US research analyst disclosures.

Citi Research is a division of Citigroup Global Markets Inc. (the "Firm"), which does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Certain products (not inconsistent with the author's published research) are available only on Citi's portals.
Not for distribution in the People's Republic of China, excluding the Hong Kong Special Administrative Region and Qualified Foreign Institutional Investors.

citivelocity.com

Prepared for Matt Blake

# Contents

**China Smartphone Weakness Continues**                                    **3**

**iPhone – One Month After Launch**                                        **4**
    Initial response                                   4
    Apple: F4Q18E and F1Q19E expectations              4
    Citi Innovation Lab: implications from "big data"  6

**Smartphone Industry Trends**                                            **10**
    Overview                                           10
    AP and dual SIM                                    10
    Display                                            10
    Increasing fingerprint adoption and waterproofing  11
    Camera specs                                       12
    Memory                                             12
    Mid-range segment gains traction                   13
    Rising ASPs                                        14

**Smartphone Model Update**                                               **14**

**Sector Valuation Comps**                                                **19**

**Appendix A-1**                                                          **20**

Prepared for Matt Blake

Confidential

APL-SECLIT_00000917

# China Smartphone Weakness Continues

China smartphone sell-through data revealed that smartphone demand in China remains lackluster into 3Q18. August 2018 sell-through increased 8% mom on seasonality, but declined 6% yoy to 40.9mn units. July and August cumulative sell-through declined 7% YoY to 78.8mn units. Top-4 Chinese smartphone OEM market share increased to 75% in August vs. 62% in August 2017 and 70% in 2Q18.

**Figure 1. China Smartphone Sell-through Trends**



Source: Sigmaintell

We have seen Huawei and Vivo gaining traction with 20% YoY growth in July and August, while Xiaomi and OPPO have been flattish in the same period. We believe the slowdown for OPPO might due to supply-chain issues, while Xiaomi is in the product transition period between new products. In July and August, Huawei remained the market share leader in China, accounting for 27% market share. OPPO and Vivo accounted for 18% market share respectively, followed by Xiaomi at 11% and Apple at 10%. The other brands accounted for only 16% market share, down from 28% in 2017. We believe this bodes ill for the Top-4 brands as there is little further room among minor players for them to gain incremental market share from. We anticipate intensified competition in the China smartphone market.

On the inventory side, we also noticed inventory built up in 3Q18. Smartphone inventory has increased MoM for all Top-4 major Chinese smartphone OEMs. Sigmaintell anticipates the inventory level to trend up in September.

**Figure 2. Chinese Smartphone Inventory Trend**

|        | Jan-18 | Feb-18 | Mar-18 | Apr-18 | May-18 | Jun-18 | Jul-18 | Aug-18 | Sep-18F | Trend |
|--------|--------|--------|--------|--------|--------|--------|--------|--------|---------|-------|
| Huawei | 5.8    | 5.7    | 5.9    | 5.9    | 6.0    | 5.9    | 6.0    | 6.1    | 6.2     |       |
| MI     | 4.3    | 4      | 4      | 4.1    | 4.2    | 4.4    | 4.6    | 4.7    | 4.8     |       |
| vivo   | 6.1    | 5.7    | 5.5    | 5.6    | 5.9    | 6.1    | 6.3    | 6.4    | 6.5     |       |
| oppo   | 5.6    | 5.3    | 5.3    | 5.5    | 5.6    | 5.5    | 5.6    | 5.6    | 5.7     |       |

Source: Sigmaintell

*Prepared for Matt Blake*

Confidential

APL-SECLIT_00000918

# iPhone – One Month After Launch

## Initial response

While iPhone X demand expectations have been tempered, we believe the 2H18 lineup could spur demand given the differentiation in the higher-end OLED models vs. the LCD models, and as consumers are becoming accustomed to paying a premium price for smartphones. We are not expecting a "Super Cycle," but we do believe sustainable single-digit unit growth of iPhone is achievable.

Importantly, our independent consumer and store checks indicate solid demand, with consumers opting for the more expensive phones and higher memory configurations. When we add this to the fact that the cost of memory has been falling, as detailed below, we believe the higher ASPs coupled with the lower memory costs will be the big surprise in the quarters ahead, and this should drive EPS and cash flow upside materially above consensus. Memory accounts for 10-15% of the bill-of-materials on base models. However, when a consumer purchases higher memory configurations, this is about US$100 more in selling price, but the cost of such higher memory is only about US$20 and is also decreasing. This is the upside in our view that consensus appears to be missing.

## Apple: F4Q18E and F1Q19E expectations

Overall Street estimates for F4Q18E (Sept quarter) are towards the mid end of guidance, and iPhone units are now nearly in line with our expectations with consensus at 48m and Citi at 47m. However, Citi is above consensus on sales dollars and more so on EPS due to our view of the consumer uptake on higher ASPs and memory configurations (Citi at US$61.6bln and US$2.83, and consensus at US$61.3bn and US$2.78). Our checks suggest solid demand for iPhone XS & XS MAX, and importantly most consumers appear to be opting for higher-memory iPhone configurations. Consensus and Citi are modeling for 48m/47m iPhone units (+1% y/y, +14 q/q with ASPs of US$724 (St) / US$752 (Citi)). For the Dec quarter, consensus is expecting US$92.3bn in revenues (+4.5% y/y, gross margins of 38.5% resulting in EPS of US$4.89 (+25% y/y). We expect management to guide for revenues in the US$92-95bn range, gross margins (38% - 38.5%) and operating expenses of US$8.1-8.2bn. This is the second quarter we will also get a sense for the cadence of execution for their US$100bn buyback program which was announced on May 2 and the share count was -6% compared to a year ago in June.

**Figure 3. 2H18 iPhones Spec – What's New**

| | | 6.1" | 5.8" | 6.5" |
|---|---|---|---|---|
| Size | | 6.1" | 5.8" | 6.5" |
| Panel | | LCD | OLED | OLED |
| Casing | | Glass + Aluminium frame | Glass + Stainless frame | Glass + Stainless frame |
| Camera | Front | Single | Single | Single |
| | 3D sensing module | Yes | Yes | Yes |
| | Rear | Single | Dual | Dual |
| Wireless charging | | Yes | Yes | Yes |
| Fingerprint | | No | No | No |

Source: Citi Research

**Prepared for Matt Blake**

Confidential

APL-SECLIT_00000919

### iPhone, all eyes on demand as supply chain is ready now

Our research indicates that there was initial supply-chain bottleneck from panel and assembly companies in 3Q18. We therefore lower our iPhone build to 47m from 57m in 3Q18E. However, we believe the yield rate has been improving and there are no more bottlenecks from supply side, as long as there is demand. We raise our 4Q18E total iPhone shipments to 82m from 72m. For the three new iPhones, we slightly reduce to 82m from 83m in 2H18E. Demand for iPhone XR (preorder on Oct 19) remains the spotlight of supply-chain share price performance, in our view.

**Figure 4. iPhone Build Plan Forecasts**

| iPhone Build Plan | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Hon Hai** | **1Q17** | **2Q17** | **3Q17** | **4Q17** | **1Q18** | **2Q18** | **3Q18E** | **4Q18E** |
| iPhone 6S | 2 | 1 | 2 | - | 2 | 2 | 0 | 1 |
| iPhone 6S Plus | | | 1 | | 1 | 1 | 1 | 1 |
| iPhone SE | 4 | 3 | 4 | 3 | 4 | 1 | 2 | - |
| iPhone 7 | 10 | 8 | 7 | 5 | 1 | 2 | 2 | 2 |
| iPhone 7 Plus | 15 | 10 | 5 | 2 | 1 | 2 | 1 | 0 |
| iPhone 8 Plus | | | 9 | 10 | 6 | 7 | 4 | 2 |
| iPhone X | | | 1 | 32 | 12 | 7 | 4 | 3 |
| iPhone Xr | | | | | | | 0 | 21 |
| iPhone Xs | | | | | | | 8 | 7 |
| iPhone Xs Max | | | | | | | 7 | 12 |
| subtotal | **33** | **23** | **28** | **53** | **28** | **22** | **29** | **50** |
| **Pegatron** | **1Q17** | **2Q17** | **3Q17** | **4Q17** | **1Q18** | **2Q18** | **3Q18E** | **4Q18E** |
| iPhone 6 | 1 | 1 | 1 | 4 | 5 | 3 | 2 | |
| iPhone 6S | 3 | 3 | 1 | - | 2 | 2 | 1 | 0 |
| iPhone 7 | 7 | 7 | 4 | 1 | 4 | 2 | 2 | 1 |
| iPhone 8 | | | 10 | 16 | 8 | 10 | 8 | 5 |
| iPhone Xr | | | | | | | - | 18 |
| iPhone Xs Max | | | | | | | 2 | 6 |
| subtotal | **11** | **11** | **16** | **21** | **19** | **17** | **15** | **30** |
| **Wistron** | **1Q17** | **2Q17** | **3Q17** | **4Q17** | **1Q18** | **2Q18** | **3Q18E** | **4Q18E** |
| iPhone SE | | | 0.3 | 0.3 | 0.3 | 0.2 | 0.4 | 0.1 |
| iPhone 6S Plus | 1 | 1 | 1 | 1 | 0 | - | - | - |
| iPhone 7 Plus | 3 | 3 | 2 | 1 | 1 | 0 | 1 | 1 |
| iPhone 8 Plus | | | 2 | 5 | 3 | 1 | 2 | 1 |
| iPhone Xr | | | | | | | | 1 |
| subtotal | **4** | **4** | **5** | **7** | **5** | **1** | **3** | **3** |
| **Total iPhone Build** | **48** | **37** | **49** | **81** | **52** | **41** | **47** | **82** |
| | | | | | | | | **129** |
| **iPhone Build - assembler breakdown** | | | | | | | | |
| **Share of wallet (%)** | | | | | | | | |
| Hon Hai | 69% | 61% | 57% | 66% | 54% | 55% | 62% | 61% |
| Pegatron | 23% | 28% | 33% | 25% | 37% | 42% | 33% | 36% |
| Wistron | 9% | 11% | 11% | 9% | 9% | 3% | 5% | 3% |
| **Shipment (m)** | | | | | | | | |
| 4" | 6 | 3 | 4 | 3 | 4 | 2 | 2 | 0 |
| 4.7" | 23 | 20 | 24 | 26 | 23 | 20 | 16 | 9 |
| 5.5" | 19 | 14 | 20 | 19 | 13 | 11 | 8 | 5 |
| 5.8" | - | - | 1 | 32 | 12 | 7 | 12 | 10 |
| 6.1" | - | - | - | - | - | - | 0 | 40 |
| 6.5" | - | - | - | - | - | - | 9 | 18 |
| **Mix (%)** | | | | | | | | |
| 4" | 13% | 9% | 8% | 4% | 7% | 4% | 5% | 0% |
| 4.7" | 47% | 54% | 49% | 32% | 44% | 50% | 34% | 11% |
| 5.5" | 40% | 38% | 41% | 23% | 24% | 27% | 18% | 6% |
| 5.8" | 0% | 0% | 2% | 40% | 24% | 18% | 25% | 12% |
| 6.1" | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 49% |
| 6.5" | 0% | 0% | 0% | 0% | 0% | 0% | 18% | 22% |

Source: Citi Research estimates

Prepared for Matt Blake

citivelocity.com

Confidential

APL-SECLIT_00000920

## Citi Innovation Lab: implications from "big data"

We have cooperated with **Citi Research Innovation Lab** to scrape internet search trends post the announcement event across generations of iPhone. We observed there are significant spikes for web searches after the launch event each year. We also see the momentum has been decreasing over time. We believe this indicates the market has been maturing, and customers are getting less excited for each new generation of iPhone. We suspect this is because of a slowdown in innovation and the saturation of iPhone in the addressable market. For 2018 iPhone models, i.e. iPhone XS and iPhone XR,, we see an unprecedented low search rate in the first five days after launch.

**Figure 5. iPhone Search Trends (indexed)**



Source: Citi Research Innovation Lab

We have compared the distribution of search volume for different iPhone models in 2017, i.e. iPhone 8 and iPhone X, to see how the mind share correlates to the accrual sales. We found that the actual iPhone shipment mix is highly related to the search trend. Our initial look into the search trend indicates that iPhone XS Max has overwhelming search, indicating that iPhone XS Max might dominate the customer mindshare. However, we highlight that one possible bias for the current search trend is that the iPhone XR has not opened for purchase yet, when we often see a spike of search on the data.

**Prepared for Matt Blake**

Confidential

APL-SECLIT_00000921

**Figure 6. iPhone 1M Search by Model**

iPhone Xr
40%

iPhone Xs/Xs Max
60%

**Figure 7. iPhone 1M Search by 2H17 Model**

iPhone X
46%

iPhone 8/8 Plus
54%

**Figure 8. 2H17 iPhone Shipment Breakdown**

iPhone X
44%

iPhone 8/8 Plus
56%

Source: Citi Research Innovation Lab

We have seen the new iPhone feature search spiked after the launch event. The search trend indicates dual SIM card and 3D touch are the features of most interest on the new iPhone in the US. We have filtered the data to the US as some key words could be searched in other languages and thus might distort the result. As the dual SIM card feature is new to the US market, the result does not surprise us. Nevertheless, as the dual SIM search outweighed the others, this implies there is limited innovation related to the new iPhone to draw attention from customers.

**Figure 9. 2018 iPhone – Features of Interest (USA)**

■ 3D touch
■ A12 Bionic
■ Dual cameras
■ Dual Sim
■ IP 68

**Figure 10. 2018 iPhone – Feature Search Trend (USA)**



Source: Citi Research Innovation Lab

Source: Citi Research Innovation Lab

citivelocity.com

Confidential

APL-SECLIT_00000922

**Global Smartphones**
16 October 2018

**Citi Research**

Figure 11. iPhone Ship Times Across Various Launches



Source: Citi Research

citivelocity.com

Prepared for Matt Blake

Confidential

APL-SECLIT_00000923

**Global Smartphones**
16 October 2018

**Citi Research**

Figure 12. iPhone Availability Compared to Other Launches

| Summary Sheet | Apple Store: | | | Region US | Region UK | Region China | Region Australia | Region Japan |
|---|---|---|---|---|---|---|---|---|
| Model | Storage | Color | Pre - Order Date/ Order Date | Shipping/Delivery times | Shipping/Delivery times | Shipping/Delivery times | Shipping/Delivery times | Shipping/Delivery times |
| iPhone XS | 64GB | Silver | 9/30/18 at 7:30 pm PT | 2 business days | 3-5 business days | In stock | 6-8 business days | 2 business days |
| | | Space Gray | | 2 business days | 3-5 business days | In stock | 6-8 business days | 2 business days |
| | | Gold | | 2 business days | 3-5 business days | In stock | 6-8 business days | 2 business days |
| | 256GB | Silver | | 2 business days | 2 business days | In stock | 6-8 business days | 2 business days |
| | | Space Gray | | 2 business days | 2 business days | In stock | 6-8 business days | 2 business days |
| | | Gold | | 2 business days | 2 business days | In stock | 6-8 business days | 2 business days |
| | 512GB | Silver | | 2 business days | 2 business days | In stock | 6-8 business days | 2 business days |
| | | Space Gray | | 2 business days | 2 business days | In stock | 6-8 business days | 2 business days |
| | | Gold | | 2 business days | 2 business days | In stock | 6-8 business days | 2 business days |
| iPhone XS Max | 64GB | Silver | 9/30/18 at 7:30 pm PT | 11-13 business days | 7-9 business days | 5-7 business days | 8-13 business days | 8-10 business days |
| | | Space Gray | | 11-13 business days | 7-9 business days | 5-7 business days | 8-13 business days | 8-10 business days |
| | | Gold | | 11-13 business days | 7-9 business days | 5-7 business days | 8-13 business days | 8-10 business days |
| | 256GB | Silver | | 11-13 business days | 7-9 business days | 5-7 business days | 8-13 business days | 8-10 business days |
| | | Space Gray | | 11-13 business days | 7-9 business days | 5-7 business days | 8-13 business days | 8-10 business days |
| | | Gold | | 11-13 business days | 7-9 business days | 5-7 business days | 8-13 business days | 8-10 business days |
| | 512GB | Silver | | 11-13 business days | 7-9 business days | 5-7 business days | 8-13 business days | 8-10 business days |
| | | Space Gray | | 11-13 business days | 7-9 business days | 5-7 business days | 8-13 business days | 8-10 business days |
| | | Gold | | 11-13 business days | 7-9 business days | 5-7 business days | 8-13 business days | 8-10 business days |
| iPhone XS | 64GB | Silver | 9/21/18 at 10 am PT | 2-3 weeks | 4-6 business days | 3-5 business days | 5-8 business days | 6-8 business days |
| | | Space Gray | | 2-3 weeks | 4-6 business days | 3-5 business days | 5-8 business days | 6-8 business days |
| | | Gold | | 2-3 weeks | 4-6 business days | 3-5 business days | 5-8 business days | 6-8 business days |
| | 256GB | Silver | | 2-3 weeks | 4-6 business days | 3-5 business days | 5-8 business days | 6-8 business days |
| | | Space Gray | | 2-3 weeks | 4-6 business days | 3-5 business days | 5-8 business days | 6-8 business days |
| | | Gold | | 2-3 weeks | 4-6 business days | 3-5 business days | 5-8 business days | 6-8 business days |
| | 512GB | Silver | | 2-3 weeks | 4-6 business days | 3-5 business days | 5-8 business days | 6-8 business days |
| | | Space Gray | | 2-3 weeks | 4-6 business days | 3-5 business days | 5-8 business days | 6-8 business days |
| | | Gold | | 2-3 weeks | 4-6 business days | 3-5 business days | 5-8 business days | 6-8 business days |
| iPhone XS Max | 64GB | Silver | 9/21/18 at 10 am PT | 2-3 weeks | 6-11 business days | 1-2 weeks | 8-13 business days | 8-14 business days |
| | | Space Gray | | 2-3 weeks | 6-11 business days | 1-2 weeks | 8-13 business days | 8-14 business days |
| | | Gold | | 2-3 weeks | 6-11 business days | 1-2 weeks | 8-13 business days | 8-14 business days |
| | 256GB | Silver | | 2-3 weeks | 6-11 business days | 1-2 weeks | 8-13 business days | 8-14 business days |
| | | Space Gray | | 2-3 weeks | 6-11 business days | 1-2 weeks | 8-13 business days | 8-14 business days |
| | | Gold | | 2-3 weeks | 6-11 business days | 1-2 weeks | 8-13 business days | 8-14 business days |
| | 512GB | Silver | | 2-3 weeks | 6-11 business days | 1-2 weeks | 8-13 business days | 8-14 business days |
| | | Space Gray | | 2-3 weeks | 6-11 business days | 1-2 weeks | 8-13 business days | 8-14 business days |
| | | Gold | | 2-3 weeks | 6-11 business days | 1-2 weeks | 8-13 business days | 8-14 business days |
| iPhone X | 64GB | Silver | 11/2/2017 at 12:30 pm PT | 5-6 weeks | 3-4 weeks | 3-4 weeks | 3-4 weeks | 3-4 weeks |
| | | Space Gray | | 5-6 weeks | 3-4 weeks | 3-4 weeks | 3-4 weeks | 3-4 weeks |
| | 256GB | Silver | | 5-6 weeks | 3-4 weeks | 3-4 weeks | 3-4 weeks | 3-4 weeks |
| | | Space Gray | | 5-6 weeks | 3-4 weeks | 3-4 weeks | 3-4 weeks | 3-4 weeks |
| iPhone 8 | 64GB | Silver | 9/19/2017 | 4 business days | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks |
| | | Gold | | 1–2 weeks | 1-2 weeks | 1-2 weeks | 3 business days | 1-2 weeks |
| | | Space Grey | | 1–2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks |
| | 256GB | Silver | | 4 business days | 1-2 weeks | 1-2 weeks | 3 business days | 1-2 weeks |
| | | Gold | | 4 business days | 1-2 weeks | 1-2 weeks | 3 business days | 1-2 weeks |
| | | Space Grey | | 1–2 weeks | 1-2 weeks | 1-2 weeks | 3 business days | 1-2 weeks |
| iPhone 8 plus | 64GB | Silver | 9/19/2017 | 4 business days | 1-2 weeks | 1-2 weeks | 3 business days | 1-2 weeks |
| | | Gold | | 4 business days | 1-2 weeks | 1-2 weeks | 3 business days | 1-2 weeks |
| | | Space Grey | | 4 business days | 1-2 weeks | 1-2 weeks | 1-2 weeks | 1-2 weeks |
| | 256GB | Silver | | 4 business days | 1-2 weeks | 1-2 weeks | 3 business days | 1-2 weeks |
| | | Gold | | 4 business days | 1-2 weeks | 1-2 weeks | 3 business days | 1-2 weeks |
| | | Space Grey | | 1–2 weeks | 1-2 weeks | 1-2 weeks | 3 business days | 1-2 weeks |

Source: Citi Research

Prepared for Matt Blake

citivelocity.com

Confidential

APL-SECLIT_00000924

# Smartphone Industry Trends

## Overview

We drilled into IDC data to identify the status of adoption of key features. In 1H18, we see 36% of smartphones were equipped with proprietary applications processors (AP), and more than 65% of smartphones were equipped with fingerprint sensors. 22% of smartphone became water proof and, led by Android camp, dual SIM penetration also increased to 69% worldwide. We continue to see camera spec upgrades as 12/14MP became the mainstream and accounted for 60% of units, while dual-camera penetration reached 32%. For display, c90% of smartphones migrated to HD or above screen resolution. We also see 41% of smartphones adopted 18:9 full-screen design, while globally OLED adoption increased to 29%.

## AP and dual SIM

We continue to see insourcing trend for smartphone AP. The proprietary AP can help smartphone OEMs to better integrate software and hardware and differentiate product features. In terms of shipments, in-house AP (i.e. Apple, Samsung, and Hisilicon) accounted for 38% of total smartphone shipments in 1H18, up from 25% in 2015. Qualcomm remains the market-share leader, accounting for 36% market share in 1H18, followed by MediaTek which accounted for 24% market share.

We also saw a strong dual SIM card adoption. Dual SIM card adoption has reached 69% for smartphones shipped worldwide in 1H18 and 80% of android smartphones in the same period. In China, where we see much higher dual SIM demand, we found 91% of smartphones have adopted dual SIM card design, and 99% of Android phones equipped with dual SIM card feature. North America and Japan are the laggards for dual SIM card adoption where only single-digit percentages of smartphones have dual SIM design.



Figure 13. Global Smartphone – AP Market Share

Figure 14. Global Smartphone – Dual SIM Penetration

Source: IDC

Source: IDC

## Display

We also saw a strong adoption of 18:9 screen aspect ratio. 41%of smartphones shipped in 1H18 adopted 18:9 or 19:9 full-screen design, up from 4% in 1H17. In China, we see strongest adoption where 70% of smartphones shipped in 1H18 adopted full-screen design. The adoption rate maintained at 25-30% in North

Confidential

Prepared for Matt Blake

America and Japan where iPhone has higher market share. We also seen 29% of smartphones adopted OLED display in 1H18.

For screen resolution migration, we see continuous migration to HD and FHD – both accounted for some 40% of smartphones shipped in 1H18. Despite some vendors who have been trying to launch models with higher resolution, we do not see increasing adoption for higher resolution.

**Figure 15. Global Smartphone – Screen Aspect Ratio**

**Figure 16. Global Smartphone – Screen Resolution Trend**

Source: IDC

Source: IDC

## Increasing fingerprint adoption and waterproofing

We see a strong fingerprint sensor adoption trend for smartphones shipped across the world. The adoption rate reached 68% in 2Q18, up from 39% in 2Q16 and 59% in 2Q17. We noticed that the adoption rate reached 87% in China in 2Q18. We believe this phenomenon is because of more versatile mobile applications in China. Nevertheless, we anticipate the adoption rate could go down in markets where Apple has higher market share, with the absence of a fingerprint sensor on three 2018 iPhone models.

We also see a gradual adoption of waterproof design despite more moderation. Driven by iPhone adoption, the adoption rate increased in 2H16. The global adoption rate reached 22% in 1H18. Overall iPhone waterproof adoption reached 84% in 2Q18 compared with only 11% for Android phones.

**Figure 17. Global Smartphone – Fingerprint Adoption**

**Figure 18. Global Smartphone – Waterproofing Adoption**



Source: IDC

Source: IDC

Prepared for Matt Blake

Confidential

APL-SECLIT_00000926

## Camera specs

In the past three years, we have seen a quick adoption in pixel migration on camera image sensors. Currently we see the 12MP and 14MP camera remains the mainstream – each accounted for c30% market share. We also see increasing 16MP and 20MP+ designs that accounted for 11% and 8% of smartphones in 1H18. We believe the camera spec upgrade will continue, as the camera remains the key feature for smartphones.

We also see increasing dual-camera adoption. Dual rear camera penetration increased to 32% in 1H18 from 10% in 1H17. We see the dual camera penetration reached 56% in China, while the adoption rate remains low in emerging markets where low-end smartphones dominate. According to our analysis, the dual camera adoption rate exceeded 70% for smartphones between US$400-US$500 where Chinese smartphone makers dominate, and price point above US$800 which was mostly dominated by iPhone X and iPhone 8 Plus in 1H18.



Figure 19. Global Smartphone – Camera Spec

Figure 20. Global Smartphone – Dual Camera Adoption

Source: IDC

Source: IDC

## Memory

We see a continuous upgrade trend for memory size.

The 4-6GB DRAM size became the mainstream in 1H18, with each accounting for 25% of smartphone units.

In terms of storage size, we see 32GB and 64GB remains the mainstream. We continue to see increasing average memory size with high price elasticity for memory demand.

Prepared for Matt Blake

Confidential

APL-SECLIT_00000927

**Global Smartphones**
16 October 2018

**Citi Research**



Figure 21. Global Smartphone – RAM Size Trend

Source: IDC

Figure 22. Global Smartphone – Storage Size Trend

Source: IDC

## Mid-range segment gains traction

We can see that the smartphone price band is concentrated toward mid-range, according to IDC data.

- We can see low-end smartphone units have suffered either decline or muted growth since 2015.

- However, we see a significant growth in the US$200-US$500 price band. This price range is the sweet spot for Chinese smartphone makers such as OPPO, Vivo, Honor and Xiaomi to gain market share.

- The smartphone price range between US$500-US$700 has shown the most severe decline. This price range was dominated by high-end Android models and entry-level iPhone. Further analysis of IDC data indicates that the decline was mainly from Samsung, whose shipments in the US$500-US$700 price range dropped 2/3rds between 2014 and 2017. Other competing smaller Korean, Japanese and Taiwan Android brands also halved their shipments during the period. The high-end smartphone, mainly dominated by iPhone and Samsung's high-end mode, was muted in terms of unit growth in 2015-2017.

Figure 23. Global Smartphone Shipments by Price Band

US$

Source: IDC

Figure 24. Global Smartphone Unit mix by Price Band

Source: IDC

**Prepared for Matt Blake**

citivelocity.com

Confidential

APL-SECLIT_00000928

**Global Smartphones**
16 October 2018

**Citi Research**

### Rising ASPs

Despite muted shipment growth in 2018E, we continue to see an ASP upgrade trend in North America and China. We forecast overall ASP in North America to increase 15% YoY driven mainly by flagship smartphones such as iPhone X in 2018E. ==Similarly in China, market revenues could increase by 12% YoY despite 6% shipment decline thanks to ASP expansion.== ASP expansion provides room for component quality improvement/migration on camera, AP, memory and higher penetration rate on waterproofing, full-screen design, dual SIM card, and fingerprint sensor.



**Figure 25. Global Smartphone ASP by Region**

Source: IDC

**Figure 26. Global Smartphone ASP by OS**

Source: IDC

## Smartphone Model Update

We revise down our 2018E and 2019E global smartphone shipment forecasts by 0.9% and 2.6% to 1,460mn and 1,480mn units. We are particularly cautious on the China market given lackluster sell-through data, as well as APAC (ex Japan) and Latin America which are facing headwinds from weak currencies. Our new forecast suggests a 0.4% decline in units in 2018E and slow growth in 2019E. We also launched our 2020E and 2021E forecasts, with an anticipated demand recovery driven by 5G launch.

Prepared for Matt Blake

citivelocity.com

Confidential

APL-SECLIT_00000929

**Global Smartphones**
16 October 2018

**Citi Research**

Figure 27. Citi Global Smartphone Unit Shipment Forecasts – Revisions

| (Unit:Mn) | 2011A | 2012A | 2013A | 2014A | 2015A | 2016A | 2017A | New 2018E | 2019E | 2020E | 2021E | Old 2018E | 2019E | Diff. 2018E | 2019E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| North America | 113 | 130 | 145 | 173 | 179 | 187 | 188 | 190 | 193 | 195 | 197 | 190 | 193 | 0.0% | 0.0% |
| Western Europe | 111 | 137 | 137 | 146 | 152 | 139 | 131 | 130 | 131 | 135 | 139 | 130 | 130 | -0.1% | 0.6% |
| China (incl in APAC) | 91 | 213 | 351 | 420 | 430 | 467 | 444 | 406 | 412 | 428 | 451 | 417 | 426 | -2.5% | -3.1% |
| India (incl in APAC) | 11 | 16 | 44 | 80 | 104 | 109 | 124 | 146 | 170 | 193 | 214 | 146 | 170 | 0.0% | 0.0% |
| Asia Pacific ex Japan | 169 | 310 | 499 | 645 | 693 | 734 | 729 | 719 | 731 | 754 | 790 | 729 | 762 | -1.4% | -4.1% |
| Eastern Europe | 19 | 29 | 53 | 94 | 132 | 129 | 128 | 132 | 133 | 133 | 134 | 133 | 135 | -0.2% | -1.6% |
| Middle East / Africa | 39 | 48 | 52 | 77 | 108 | 106 | 105 | 108 | 110 | 114 | 120 | 106 | 109 | 1.2% | 0.8% |
| Japan | 28 | 34 | 34 | 31 | 30 | 31 | 34 | 33 | 34 | 34 | 34 | 33.4 | 34.0 | 0.1% | 0.2% |
| Latin America | 32 | 53 | 99 | 135 | 143 | 143 | 151 | 148 | 148 | 151 | 153 | 152 | 155 | -2.6% | -5.0% |
| **Total** | **512** | **741** | **1,019** | **1,301** | **1,437** | **1,469** | **1,465** | **1,460** | **1,480** | **1,517** | **1,566** | **1,472** | **1,519** | **-0.9%** | **-2.6%** |
| **Y/Y Growth** | | | | | | | | | | | | | | | |
| North America | 51% | 15% | 11% | 19% | 4% | 4% | 1% | 1% | 2% | 1% | 1% | 1% | 2% | | |
| Western Europe | 41% | 23% | 0% | 6% | 4% | -8% | -6% | -1% | 1% | 3% | 3% | -1% | 1% | | |
| China (incl in APAC) | 151% | 135% | 65% | 20% | 2% | 9% | -5% | -9% | 1% | 4% | 5% | -6% | 2% | | |
| India (incl in APAC) | 83% | 48% | 170% | 83% | 29% | 5% | 14% | 18% | 16% | 13% | 11% | 18% | 16% | | |
| Asia Pacific ex Japan | 103% | 83% | 61% | 29% | 8% | 6% | -1% | -1% | 2% | 3% | 5% | 0% | 5% | | |
| Eastern Europe | 49% | 57% | 83% | 77% | 40% | -2% | -1% | 3% | 0% | 0% | 0% | 3% | 2% | | |
| Middle East / Africa | 62% | 22% | 8% | 49% | 40% | -2% | -1% | 3% | 2% | 3% | 5% | 1% | 3% | | |
| Japan | 41% | 20% | 1% | -8% | -2% | 2% | 8% | -1% | 2% | 0% | 0% | -1% | 2% | | |
| Latin America | 70% | 67% | 85% | 37% | 6% | 0% | 6% | -2% | 0% | 2% | 1% | 1% | 2% | | |
| **Total** | **64%** | **45%** | **37%** | **28%** | **11%** | **2%** | **0%** | **-0.4%** | **1.4%** | **2.5%** | **3.2%** | **0.5%** | **3.2%** | | |

Source: IDC, Citi Research estimates

Figure 28. Citi Global Smartphone Forecasts



Source: IDC, Citi Research estimates

citivelocity.com

Prepared for Matt Blake

Confidential

APL-SECLIT_00000930

**Global Smartphones**
16 October 2018

**Citi Research**

**Figure 29. Regional Smartphone Shipment Forecasts**

| Regional Smartphones | 2011A | 2012A | 2013A | 2014A | 2015A | 2016A | 2017A | 2018E | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| North America | 113 | 130 | 145 | 173 | 179 | 187 | 188 | 190 | 193 | 195 | 197 |
| Western Europe | 111 | 137 | 137 | 146 | 152 | 139 | 131 | 130 | 131 | 135 | 139 |
| China (incl in APAC) | 91 | 213 | 351 | 420 | 430 | 467 | 444 | 406 | 412 | 428 | 451 |
| India (incl in APAC) | 11 | 16 | 44 | 80 | 104 | 109 | 124 | 146 | 170 | 193 | 214 |
| Asia Pacific ex Japan | 169 | 310 | 499 | 645 | 693 | 734 | 729 | 719 | 731 | 754 | 790 |
| Eastern Europe | 19 | 29 | 53 | 94 | 132 | 129 | 128 | 132 | 133 | 133 | 134 |
| Middle East / Africa | 39 | 48 | 52 | 77 | 108 | 106 | 105 | 108 | 110 | 114 | 120 |
| Japan | 28 | 34 | 34 | 31 | 30 | 31 | 34 | 33 | 34 | 34 | 34 |
| Latin America | 32 | 53 | 99 | 135 | 143 | 143 | 151 | 148 | 148 | 151 | 153 |
| **Total** | **512** | **741** | **1,019** | **1,301** | **1,437** | **1,469** | **1,465** | **1,460** | **1,480** | **1,517** | **1,566** |
| **Y/Y Growth** | **2011A** | **2012A** | **2013A** | **2014A** | **2015A** | **2016A** | **2017A** | **2018E** | **2019E** | **2020E** | **2021E** |
| North America | 51% | 15% | 11% | 19% | 4% | 4% | 1% | 1% | 2% | 1% | 1% |
| Western Europe | 41% | 23% | 0% | 6% | 4% | -8% | -6% | -1% | 1% | 3% | 3% |
| China (incl in APAC) | 151% | 135% | 65% | 20% | 2% | 9% | -5% | -9% | 1% | 4% | 5% |
| India (incl in APAC) | 83% | 48% | 170% | 83% | 29% | 5% | 14% | 18% | 16% | 13% | 11% |
| Asia Pacific ex Japan | 103% | 83% | 61% | 29% | 8% | 6% | -1% | -1% | 2% | 3% | 5% |
| Eastern Europe | 49% | 57% | 83% | 77% | 40% | -2% | -1% | 3% | 0% | 0% | 1% |
| Middle East / Africa | 62% | 22% | 8% | 49% | 40% | -2% | -1% | 3% | 2% | 3% | 5% |
| Japan | 41% | 20% | 1% | -8% | -2% | 2% | 8% | -1% | 2% | 0% | 0% |
| Latin America | 70% | 67% | 85% | 37% | 6% | 0% | 6% | -2% | 0% | 2% | 1% |
| **Total** | **64%** | **45%** | **37%** | **28%** | **10.5%** | **2.2%** | **-0.3%** | **-0.4%** | **1.4%** | **2.5%** | **3.2%** |

Source: IDC, Citi Research estimates

**Figure 30. Regional Smartphone Market Forecasts**

| Smartphone Revenue | 2011A | 2012A | 2013A | 2014A | 2015A | 2016A | 2017A | 2018E | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| North America | $ 60,990 | $ 72,053 | $ 74,036 | $ 83,107 | $ 85,747 | $ 77,767 | $ 88,309 | $104,771 | $112,391 | $117,911 | $123,949 |
| Western Europe | $ 50,875 | $ 58,541 | $ 61,623 | $ 62,372 | $ 63,866 | $ 60,180 | $ 58,308 | $ 65,470 | $ 76,001 | $ 88,230 | $101,886 |
| China (incl in APAC) | $ 39,621 | $ 61,523 | $ 70,715 | $ 88,592 | $111,825 | $120,760 | $123,469 | $134,774 | $143,852 | $157,053 | $173,488 |
| India (incl in APAC) | $ 3,243 | $ 5,138 | $ 7,652 | $ 11,088 | $ 13,654 | $ 14,680 | $ 19,474 | $ 23,678 | $ 27,985 | $ 31,714 | $ 35,197 |
| Asia Pacific ex Japan | $ 81,821 | $111,712 | $126,073 | $149,221 | $171,174 | $176,331 | $201,597 | $212,364 | $220,243 | $231,922 | $247,714 |
| Eastern Europe | $ 6,454 | $ 9,686 | $ 17,999 | $ 29,005 | $ 35,066 | $ 31,106 | $ 30,903 | $ 34,769 | $ 35,550 | $ 36,395 | $ 37,257 |
| Middle East / Africa | $ 13,510 | $ 16,408 | $ 18,989 | $ 21,368 | $ 22,895 | $ 20,425 | $ 20,176 | $ 20,545 | $ 21,477 | $ 22,595 | $ 24,257 |
| Eastern Europe, Middle East / Africa | $ 19,964 | $ 26,094 | $ 36,988 | $ 50,373 | $ 57,961 | $ 51,530 | $ 51,079 | $ 27,079 | $ 52,701 | $ 54,713 | $ 57,417 |
| Japan | $ 17,399 | $ 18,850 | $ 16,094 | $ 14,188 | $ 16,122 | $ 20,189 | $ 22,574 | $ 23,209 | $ 24,261 | $ 24,729 | $ 25,203 |
| Latin America | $ 11,080 | $ 17,285 | $ 27,492 | $ 32,634 | $ 31,086 | $ 31,622 | $ 36,411 | $ 36,497 | $ 37,547 | $ 40,052 | $ 41,599 |
| **Total** | **$262,093** | **$330,630** | **$379,295** | **$442,266** | **$483,918** | **$469,149** | **$509,357** | **$524,704** | **$580,172** | **$616,548** | **$659,284** |

| Smartphone Revenue Y/Y  % Change | 2011A | 2012A | 2013A | 2014A | 2015A | 2016A | 2017A | 2018E | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| North America | 28% | 18% | 3% | 12% | 3% | -9% | 14% | 19% | 7% | 5% | 5% |
| Western Europe | 33% | 15% | 5% | 1% | 2% | -6% | -3% | 12% | 16% | 16% | 15% |
| China (incl in APAC) | 152% | 55% | 15% | 25% | 26% | 8% | 2% | 9% | 7% | 9% | 10% |
| India (incl in APAC) | | 58% | 49% | 45% | 23% | 8% | 33% | 22% | 18% | 13% | 11% |
| Asia Pacific ex Japan | 80% | 37% | 13% | 18% | 15% | 3% | 14% | 5% | 4% | 5% | 7% |
| Eastern Europe | 46% | 50% | 86% | 61% | 21% | -11% | -1% | 13% | 2% | 2% | 2% |
| Middle East / Africa | 64% | 21% | 16% | 13% | 7% | -11% | -1% | 2% | 5% | 5% | 7% |
| Japan | 47% | 8% | -15% | -12% | 14% | 25% | 12% | 3% | 5% | 2% | 2% |
| Latin America | 44% | 56% | 59% | 19% | -5% | 2% | 15% | 0% | 3% | 7% | 4% |
| **Total** | **49%** | **26%** | **15%** | **17%** | **9%** | **-3%** | **9%** | **3%** | **11%** | **6%** | **7%** |

Source: IDC, Citi Research estimates

citivelocity.com

Prepared for Matt Blake

Confidential

APL-SECLIT_00000931

**Figure 31. Smartphone Sales as % of Total Phones**

| Smartphone Share of Total Phones | 2011A | 2012A | 2013A | 2014A | 2015A | 2016A | 2017A | 2018E | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| North America | 56% | 70% | 78% | 88% | 88% | 91% | 94% | 96% | 98% | 98% | 99% |
| Western Europe | 54% | 73% | 75% | 84% | 88% | 90% | 89% | 92% | 94% | 95% | 99% |
| China (incl in APAC) | 26% | 59% | 83% | 89% | 91% | 93% | 95% | 91% | 92% | 96% | 98% |
| India (incl in APAC) | 6% | 8% | 17% | 32% | 41% | 44% | 43% | 43% | 50% | 57% | 63% |
| Asia Pacific ex Japan | 22% | 37% | 54% | 64% | 73% | 76% | 78% | 73% | 75% | 78% | 81% |
| Eastern Europe | 15% | 23% | 40% | 60% | 71% | 69% | 68% | 71% | 70% | 71% | 70% |
| Middle East / Africa | 22% | 27% | 29% | 39% | 48% | 46% | 45% | 47% | 47% | 48% | 51% |
| Japan | 74% | 84% | 86% | 85% | 88% | 96% | 96% | 96% | 98% | 96% | 98% |
| Latin America | 16% | 28% | 50% | 70% | 83% | 85% | 89% | 90% | 90% | 90% | 90% |
| **Total** | **30%** | **43%** | **55%** | **66%** | **74%** | **76%** | **77%** | **75%** | **77%** | **78%** | **81%** |

Source: IDC, Citi Research estimates

**Figure 32. Smartphone OS Breakdown**

| OS Smartphones | 2011A | 2012A | 2013A | 2014A | 2015A | 2016A | 2017A | 2018E | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Android | 48% | 67% | 79% | 81% | 81% | 85% | 85% | 85% | 85% | 86% | 91% |
| iPhone OS | 18% | 18% | 15% | 15% | 16% | 15% | 15% | 15% | 15% | 14% | 9% |
| Microsoft Windows Mobile | 2% | 2% | 3% | 3% | 2% | 0% | 0% | 0% | 0% | 0% | 0% |
| BlackBerry OS | 10% | 4% | 2% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Other OS | 23% | 8% | 1% | 1% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| **Total** | **100%** | **100%** | **100%** | **100%** | **100%** | **100%** | **100%** | **100%** | **100%** | **100%** | **100%** |

Source: IDC, Citi Research estimates

**Figure 33. Smartphone ASP**

| Smartphone ASP | 2011A | 2012A | 2013A | 2014A | 2015A | 2016A | 2017A | 2018E | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| North America | $ 538 | $ 554 | $ 512 | $ 481 | $ 479 | $ 417 | $ 471 | $ 553 | $ 581 | $ 604 | $ 629 |
| Western Europe | $ 456 | $ 428 | $ 450 | $ 428 | $ 421 | $ 432 | $ 445 | $ 505 | $ 579 | $ 652 | $ 734 |
| China (incl in APAC) | $ 438 | $ 289 | $ 202 | $ 211 | $ 260 | $ 258 | $ 278 | $ 332 | $ 349 | $ 367 | $ 385 |
| India (incl in APAC) | $ 295 | $ 315 | $ 174 | $ 138 | $ 132 | $ 135 | $ 157 | $ 162 | $ 165 | $ 165 | $ 165 |
| Asia Pacific ex Japan | $ 483 | $ 360 | $ 252 | $ 232 | $ 247 | $ 240 | $ 277 | $ 295 | $ 301 | $ 307 | $ 314 |
| Eastern Europe | $ 348 | $ 333 | $ 338 | $ 308 | $ 267 | $ 241 | $ 241 | $ 263 | $ 268 | $ 273 | $ 279 |
| Middle East / Africa | $ 345 | $ 343 | $ 367 | $ 278 | $ 213 | $ 193 | $ 192 | $ 191 | $ 195 | $ 199 | $ 203 |
| Eastern Europe, Middle East / Africa | $ 346 | $ 339 | $ 338 | $ 285 | $ 242 | $ 219 | $ 219 | $ 239 | $ 244 | $ 248 | $ 253 |
| Japan | $ 621 | $ 560 | $ 474 | $ 456 | $ 530 | $ 648 | $ 671 | $ 695 | $ 713 | $ 728 | $ 742 |
| Latin America | $ 347 | $ 324 | $ 279 | $ 241 | $ 217 | $ 221 | $ 241 | $ 246 | $ 254 | $ 265 | $ 272 |
| **Total** | **$ 473** | **$ 411** | **$ 336** | **$ 301** | **$ 296** | **$ 284** | **$ 313** | **$ 341** | **$ 356** | **$ 370** | **$ 384** |

Source: IDC, Citi Research estimates

Prepared for Matt Blake

Confidential

APL-SECLIT_00000932

**Global Smartphones**
16 October 2018

**Citi Research**

**Figure 34. Global Handset Model Regional Forecast Details**

| Handset Sales (in millions) | 2010A | 2011A | 2012A | 2013A | 2014A | 2015A | 2016A | 2017A | 2018E | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| China | 364.5 | 353.3 | 362.2 | 420.3 | 471.9 | 472.8 | 501.4 | 468.6 | 447.9 | 446.3 | 445.8 | 460.0 |
| India | 207.7 | 183.4 | 216.4 | 253.5 | 254.9 | 253.9 | 245.2 | 288.3 | 336.7 | 338.2 | 338.9 | 340.9 |
| Korea | 21.1 | 21.6 | 21.3 | 19.2 | 19.6 | 18.5 | 17.8 | 17.4 | 17.3 | 17.0 | 17.3 | 17.0 |
| Other Asia Pacific | 127.8 | 199.0 | 228.2 | 233.6 | 255.5 | 240.6 | 232.4 | 191.4 | 181.5 | 166.8 | 162.7 | 156.8 |
| APexJ | 721.1 | 757.3 | 828.1 | 926.5 | 1,001.9 | 985.8 | 996.7 | 965.7 | 983.4 | 968.3 | 964.6 | 974.6 |
| Japan | 36.1 | 38.0 | 40.2 | 39.6 | 36.6 | 34.4 | 32.6 | 34.1 | 34.8 | 34.7 | 35.5 | 34.5 |
| Asia Pacific | 721.1 | 795.2 | 868.3 | 966.2 | 1,038.5 | 985.8 | 996.7 | 965.7 | 1,018.1 | 1,003.0 | 1,000.1 | 1,009.1 |
| Latin America | 174.8 | 204.6 | 191.0 | 196.8 | 194.7 | 173.4 | 168.7 | 170.5 | 165.4 | 164.8 | 168.9 | 169.3 |
| North America | 194.5 | 203.0 | 185.8 | 185.8 | 195.8 | 204.0 | 204.5 | 199.6 | 196.9 | 197.8 | 198.6 | 199.3 |
| Western Europe | 193.3 | 207.0 | 188.3 | 183.7 | 174.1 | 172.0 | 154.1 | 146.8 | 140.4 | 139.6 | 142.1 | 140.5 |
| Eastern Europe | 106.9 | 123.8 | 124.6 | 134.3 | 158.2 | 184.5 | 187.2 | 188.8 | 187.2 | 189.2 | 188.7 | 189.8 |
| Middle East, Africa | 168.9 | 182.3 | 178.4 | 179.9 | 199.3 | 225.5 | 228.8 | 230.7 | 229.7 | 234.3 | 235.6 | 236.7 |
| **Total Handset Shipments** | **1,559.6** | **1,715.9** | **1,736.4** | **1,846.6** | **1,960.7** | **1,945.3** | **1,940.0** | **1,902.0** | **1,937.7** | **1,928.7** | **1,934.0** | **1,944.8** |
| % Growth | 19.4% | 10.0% | 1.2% | 6.3% | 6.2% | (0.8)% | (0.3)% | (2.0)% | 1.9% | (0.5)% | 0.3% | 0.6% |
| Total developed markets | 445.1 | 469.6 | 435.6 | 428.3 | 426.2 | 429.0 | 409.0 | 397.9 | 389.3 | 389.1 | 389.3 | 391.3 |
| Total developing markets | 1,114.5 | 1,246.3 | 1,300.8 | 1,418.3 | 1,534.5 | 1,516.3 | 1,531.1 | 1,504.1 | 1,548.4 | 1,539.6 | 1,540.5 | 1,553.5 |
| Developing markets as % of total | 71% | 73% | 75% | 77% | 78% | 78% | 79% | 79% | 80% | 80% | 80% | 80% |
| Replacement handsets as % of total | 74% | 84% | 92% | 94% | 95% | 96% | 96% | 97% | 99% | 98% | 98% | 99% |

| Replacement Rate | 2010A | 2011A | 2012A | 2013A | 2014A | 2015A | 2016A | 2017A | 2018E | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| China | 42% | 36% | 32% | 36% | 39% | 37% | 38% | 34% | 31% | 30% | 28% | 28% |
| India | 12% | 16% | 28% | 27% | 25% | 23% | 19% | 25% | 29% | 27% | 26% | 26% |
| Korea | 43% | 43% | 41% | 36% | 35% | 33% | 30% | 29% | 28% | 26% | 26% | 25% |
| Other Asia Pacific | 9% | 17% | 20% | 20% | 20% | 19% | 17% | 13% | 13% | 12% | 11% | 10% |
| APexJ | 22% | 25% | 28% | 29% | 30% | 27% | 25% | 25% | 25% | 23% | 23% | 23% |
| Japan | 30% | 30% | 30% | 28% | 25% | 22% | 20% | 21% | 21% | 20% | 20% | 19% |
| Asia Pacific | 22% | 25% | 28% | 29% | 30% | 27% | 25% | 24% | 25% | 23% | 23% | 22% |
| Latin America | 32% | 36% | 31% | 30% | 28% | 25% | 24% | 25% | 24% | 24% | 24% | 24% |
| North America | 63% | 62% | 56% | 55% | 56% | 57% | 56% | 53% | 51% | 50% | 49% | 48% |
| Western Europe | 42% | 42% | 36% | 35% | 33% | 33% | 30% | 28% | 27% | 27% | 27% | 26% |
| Eastern Europe | 41% | 30% | 26% | 26% | 29% | 34% | 33% | 33% | 32% | 32% | 32% | 32% |
| Middle East, Africa | 5% | 16% | 13% | 14% | 14% | 16% | 17% | 17% | 16% | 16% | 15% | 15% |
| **Total** | **28%** | **30%** | **28%** | **28%** | **28%** | **27%** | **26%** | **25%** | **25%** | **24%** | **24%** | **23%** |

Source: IDC, Citi Research estimates

Prepared for Matt Blake

citivelocity.com

Confidential

APL-SECLIT_00000933

# Sector Valuation Comps

**Figure 35. Smartphone Sector – Selected Valuation Comps**

| Company | RIC Ticker | Rating | Local Currency | Target Price (LC) | Price (LC) | Market cap (US$ bn) | P/E (x) | | EPS growth (%) | | P/BV (x) | | ROE (%) | | Div yld (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10/15/2018 | | | | | | 2018E | 2019E | 2018E | 2019E | 2018E | 2019E | 2018E | 2019E | 2018E |
| **Component** | | | | | | | | | | | | | | | |
| Lens Tech | 300433.SZ | 1 | CNY | 15.9 | 8.1 | 4,615 | 13.0 | 10.8 | 28.2 | 20.4 | 1.9 | 1.7 | 15.4 | 16.5 | 1.5 |
| Largan | 3008.TW | 1 | TWD | 5,300.0 | 3,480 | 15,103 | 17.6 | 14.0 | 0.0 | 0.3 | 3.4 | 3.5 | 0.3 | 0.3 | 0.0 |
| O-film Tech | 002456.SZ | 1H | CNY | 25.0 | 11.7 | 4,574 | 19.9 | 13.7 | 57.7 | 45.2 | 3.0 | 2.2 | 16.2 | 18.5 | n.a |
| Luxshare | 002475.SZ | 1 | CNY | 19.0 | 15.4 | 9,124 | 33.1 | 24.6 | 56.6 | 34.6 | 5.5 | 4.6 | 17.8 | 20.4 | 0.6 |
| AAC Tech | 2018.HK | 1 | HKD | 110.0 | 65.5 | 10,372 | 24.4 | 17.2 | 0.1 | 22.3 | 3.5 | 2.9 | 27.2 | 27.4 | 2.9 |
| Sunny Optical | 2382.HK | 1 | HKD | 168.0 | 79.1 | 11,074 | 20.8 | 14.3 | 26.5 | 45.0 | 7.5 | 5.4 | 41.7 | 43.7 | 1.2 |
| BYD Electronic | 0285.HK | 1 | HKD | 15.0 | 9.2 | 2,631 | 7.2 | 5.9 | -2.4 | 21.9 | 1.2 | 1.0 | 16.9 | 18.2 | 2.8 |
| GoerTek | 002241.SZ | 2 | CNY | 10.0 | 7.0 | 3,296 | 14.0 | 14.0 | -25.9 | 0.4 | 1.4 | 1.3 | 10.3 | 9.4 | 0.9 |
| TPK | 3673.TW | 3 | TWD | 54.0 | 47 | 624 | 7.6 | 7.2 | -0.1 | 0.1 | 0.5 | 0.5 | 0.1 | 0.1 | |
| BOE Technology | 000725.SZ | 3 | CNY | 2.9 | 2.7 | 13,369 | 41.5 | 43.9 | -70.3 | -5.4 | 1.1 | 1.1 | 2.7 | 2.5 | 1.2 |
| TCL Corp | 000100.SZ | 3 | CNY | 2.8 | 2.4 | 4,756 | 13.1 | 13.5 | -10.4 | -2.7 | 1.0 | 1.0 | 8.2 | 7.5 | 3.3 |
| Innolux Corp | 3481.TW | 3 | TWD | 10.2 | 9.5 | 3,043 | 16.8 | 18.4 | -84.9 | -8.7 | 0.4 | 0.3 | 2.1 | 1.9 | 1.3 |
| Everlight | 2393.TW | 3 | TWD | 18.0 | 28 | 403 | 13.1 | 15.7 | -0.2 | -0.2 | 0.7 | 0.7 | 0.1 | 0.0 | 0.1 |

Source: Citi Research estimates, dataCentral. Pricing for 15-Oct-2018 closes.

**Figure 36. Other SmartPhone Sector Stocks Referenced**

| Company | Ticker | Mkt Cap US$ (M) | Ccy | Close Price | Target Price | Rating | P/E (x) | | P/B (x) | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 2018 | 2019 | 2018 | 2019 |
| Apple Inc | AAPL.O | 1,072,775 | US$ | 222.11 | 265.00 | 1 | 17.8 | 14.9 | 7.9 | 8.1 |
| Cowell E Hldgs | 1415.HK | 89 | HK$ | 0.84 | 1.50 | 3H | 3.7 | 2.6 | 0.3 | 0.2 |
| Hon Hai Precision | 2317.TW | 39,527 | NT$ | 70.50 | 75.00 | 3 | 10.3 | 9.2 | 1.0 | 0.9 |
| MediaTek | 2454.TW | 11,380 | NT$ | 221.00 | 382.00 | 1 | 15.9 | 13.2 | 1.3 | 1.3 |
| Pegatron | 4938.TW | 4,565 | NT$ | 54.00 | 80.00 | 1 | 8.8 | 7.5 | 0.9 | 0.9 |
| Qualcomm Inc | QCOM.O | 94,449 | US$ | 64.29 | 62.00 | 2 | 19.1 | 14.1 | 5.1 | 20.7 |
| Samsung Electronics | 005930.KS | 248,534 | W | 43,800 | 78,000 | 1 | 6.8 | 6.8 | 1.3 | 1.1 |
| Wistron | 3231.TW | 1,634 | NT$ | 17.75 | 26.60 | 1 | 11.0 | 7.3 | 0.8 | 0.7 |

Source: Citi Research, and dataCentral. Financials and ratios are calendar year basis.

Prepared for Matt Blake

citivelocity.com

Confidential

APL-SECLIT_00000934

# Appendix A-1

## Analyst Certification

The research analysts primarily responsible for the preparation and content of this research report are either (i) designated by "AC" in the author block or (ii) listed in bold alongside content which is attributable to that analyst. If multiple AC analysts are designated in the author block, each analyst is certifying with respect to the entire research report other than (a) content attributable to another AC certifying analyst listed in bold alongside the content and (b) views expressed solely with respect to a specific issuer which are attributable to another AC certifying analyst identified in the price charts or rating history tables for that issuer shown below. Each of these analysts certify, with respect to the sections of the report for which they are responsible: (1) that the views expressed therein accurately reflect their personal views about each issuer and security referenced and were prepared in an independent manner, including with respect to Citigroup Global Markets Inc. and its affiliates; and (2) no part of the research analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by that research analyst in this report.

## IMPORTANT DISCLOSURES

Due to Citi's involvement in Broadcom Limited's previously announced but now terminated offer to acquire Qualcomm Incorporated involving NXP Semiconductors NV (the Company), Citi Research restricted publication of new research reports, and suspended its rating and target price on November 6th 2017 (the Suspension Date"). Please note that the Company price chart that appears in this report and available on Citi Research's disclosure website does not reflect that Citi Research did not have a rating or target price between the Suspension Date and April 11th 2018 when Citi Research resumed full coverage.

A member of Research Management has a position that may be considered material to that individual in the securities of Apple,Inc Zachary Morrissey,Senior Associate,holds a long position in the securities of Apple,Inc

Citigroup Global Markets Inc. or its affiliates beneficially owns 1% or more of any class of common equity securities of BOE Technology. This position reflects information available as of the prior business day.

Citigroup Global Markets Inc. or its affiliates has a net long position of 0.5% or more of any class of common equity securities of Wistron, BOE Technology, Innolux Corp, Sunny Optical Technology Group.

Within the past 12 months, Citigroup Global Markets Inc. or its affiliates has acted as manager or co-manager of an offering of securities of Hon Hai Precision, Samsung Electronics, Sunny Optical Technology Group, Apple, Inc..

Citigroup Global Markets Inc. owns a position of 1 million USD or more in the debt securities of Samsung Electronics, Qualcomm Inc, Apple, Inc..

Citigroup Global Markets Inc. or its affiliates has received compensation for investment banking services provided within the past 12 months from Hon Hai Precision, Wistron, MediaTek, TPK, BYD Electronic, Innolux Corp, Samsung Electronics, Sunny Optical Technology Group, Pegatron, Qualcomm Inc, AAC Technologies Holdings, Luxshare Precision Industry, Apple, Inc..

Citigroup Global Markets Inc. or its affiliates expects to receive or intends to seek, within the next three months, compensation for investment banking services from Qualcomm Inc.

Citigroup Global Markets Inc. or an affiliate received compensation for products and services other than investment banking services from Hon Hai Precision, Wistron, MediaTek, TCL Corp, Largan Precision, Everlight, BYD Electronic, Innolux Corp, Samsung Electronics, Sunny Optical Technology Group, GoerTek, Pegatron, Qualcomm Inc, Luxshare Precision Industry, Apple, Inc. in the past 12 months.

Citigroup Global Markets Inc. currently has, or had within the past 12 months, the following as investment banking client(s): Hon Hai Precision, Wistron, MediaTek, TPK, BYD Electronic, Innolux Corp, Samsung Electronics, Sunny Optical Technology Group, Pegatron, Qualcomm Inc, AAC Technologies Holdings, Luxshare Precision Industry, Apple, Inc..

Citigroup Global Markets Inc. currently has, or had within the past 12 months, the following as clients, and the services provided were non-investment-banking, securities-related: Hon Hai Precision, Wistron, BOE Technology, MediaTek, TCL Corp, Largan Precision, Everlight, TPK, BYD Electronic, Innolux Corp, Samsung Electronics, Sunny Optical Technology Group, Pegatron, Qualcomm Inc, Luxshare Precision Industry, Apple, Inc..

Citigroup Global Markets Inc. currently has, or had within the past 12 months, the following as clients, and the services provided were non-investment-banking, non-securities-related: Hon Hai Precision, Wistron, MediaTek, TCL Corp, Largan Precision, Everlight, BYD Electronic, Innolux Corp, Samsung Electronics, Sunny Optical Technology Group, GoerTek, Pegatron, Qualcomm Inc, Luxshare Precision Industry, Apple, Inc..

Citigroup Global Markets Inc. and/or its affiliates has a significant financial interest in relation to Hon Hai Precision, Wistron, MediaTek, Samsung Electronics, Pegatron, Qualcomm Inc. (For an explanation of the determination of significant financial interest, please refer to the policy for managing conflicts of interest which can be found at www.citiVelocity.com.)

**Disclosure for investors in the Republic of Turkey:** Under Capital Markets Law of Turkey (Law No: 6362), the investment information, comments and recommendations stated here, are not within the scope of investment advisory activity. Investment advisory service is provided in accordance with a contract of engagement on investment advisory concluded between brokerage houses, portfolio management companies, non-deposit banks and clients. Comments and recommendations stated here rely on the individual opinions of the ones providing these comments and recommendations. These opinions may not fit to your financial status, risk and return preferences. For this reason, to make an investment decision by relying solely to this information stated here may not bring about outcomes that fit your expectations. Furthermore, Citi Research is a division of Citigroup Global Markets Inc. (the "Firm"), which does and seeks to do business with companies and/or trades on securities covered in this research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report, however investors should also note that the Firm has in place organisational and administrative arrangements to manage potential conflicts of interest of this nature.

Prepared for Matt Blake

Confidential

**Prepared for Matt Blake**

Analysts' compensation is determined by Citi Research management and Citigroup's senior management and is based upon activities and services intended to benefit the investor clients of Citigroup Global Markets Inc. and its affiliates (the "Firm"). Compensation is not linked to specific transactions or recommendations. Like all Firm employees, analysts receive compensation that is impacted by overall Firm profitability which includes investment banking, sales and trading, and principal trading revenues. One factor in equity research analyst compensation is arranging corporate access events between institutional clients and the management teams of covered companies. Typically, company management is more likely to participate when the analyst has a positive view of the company.

For securities recommended in the Product in which the Firm is not a market maker, the Firm is a liquidity provider in the issuers' financial instruments and may act as principal in connection with such transactions. The Firm is a regular issuer of traded financial instruments linked to securities that may have been recommended in the Product. The Firm regularly trades in the securities of the issuer(s) discussed in the Product. The Firm may engage in securities transactions in a manner inconsistent with the Product and, with respect to securities covered by the Product, will buy or sell from customers on a principal basis.

The Firm is a market maker in the publicly traded equity securities of Qualcomm Inc, Apple, Inc..

For important disclosures (including copies of historical disclosures) regarding the companies that are the subject of this Citi Research product ("the Product"), please contact Citi Research, 388 Greenwich Street, 28th Floor, New York, NY, 10013, Attention: Legal/Compliance [E6WYB6412478]. In addition, the same important disclosures, with the exception of the Valuation and Risk assessments and historical disclosures, are contained on the Firm's disclosure website at https://www.citivelocity.com/cvr/eppublic/citi_research_disclosures.   Valuation and Risk assessments can be found in the text of the most recent research note/report regarding the subject company. Pursuant to the Market Abuse Regulation a history of all Citi Research recommendations published during the preceding 12-month period can be accessed via Citi Velocity (https://www.citivelocity.com/cv2) or your standard distribution portal. Historical disclosures (for up to the past three years) will be provided upon request.

**Citi Research Equity Ratings Distribution**

| *Data current as of 30 Sep 2018* | 12 Month Rating | | | Catalyst Watch | | |
|---|---|---|---|---|---|---|
| | Buy | Hold | Sell | Buy | Hold | Sell |
| Citi Research Global Fundamental Coverage | 54% | 35% | 11% | 9% | 88% | 3% |
| *% of companies in each rating category that are investment banking clients* | 64% | 63% | 56% | 70% | 64% | 63% |

**Guide to Citi Research Fundamental Research Investment Ratings:**
Citi Research stock recommendations include an investment rating and an optional risk rating to highlight high risk stocks.
**Risk rating** takes into account both price volatility and fundamental criteria. Stocks will either have no risk rating or a High risk rating assigned.
**Investment Ratings:** Citi Research investment ratings are Buy, Neutral and Sell. Our ratings are a function of analyst expectations of expected total return ("ETR") and risk. ETR is the sum of the forecast price appreciation (or depreciation) plus the dividend yield for a stock within the next 12 months. The target price is based on a 12 month time horizon. The Investment rating definitions are: Buy (1) ETR of 15% or more or 25% or more for High risk stocks; and Sell (3) for negative ETR. Any covered stock not assigned a Buy or a Sell is a Neutral (2). For stocks rated Neutral (2), if an analyst believes that there are insufficient valuation drivers and/or investment catalysts to derive a positive or negative investment view, they may elect with the approval of Citi Research management not to assign a target price and, thus, not derive an ETR. Analysts may place covered stocks "Under Review" in response to exceptional circumstances (e.g. lack of information critical to the analyst's thesis) affecting the company and / or trading in the company's securities (e.g. trading suspension). As soon as practically possible, the analyst will publish a note re-establishing a rating and investment thesis. To satisfy regulatory requirements, we correspond Under Review and Neutral to Hold in our ratings distribution table for our 12-month fundamental rating system. However, we reiterate that we do not consider Under Review to be a recommendation. Investment ratings are determined by the ranges described above at the time of initiation of coverage, a change in investment and/or risk rating, or a change in target price (subject to limited management discretion). At other times, the expected total returns may fall outside of these ranges because of market price movements and/or other short-term volatility or trading patterns. Such interim deviations from specified ranges will be permitted but will become subject to review by Research Management. Your decision to buy or sell a security should be based upon your personal investment objectives and should be made only after evaluating the stock's expected performance and risk.

**Catalyst Watch Upside/Downside calls:**
Citi Research may also include a Catalyst Watch Upside or Downside call to highlight specific near-term catalysts or events impacting the company or the market that are expected to influence the share price over a specified period of 30 or 90 days. A Catalyst Watch Upside (Downside) call indicates that the analyst expects the share price to rise (fall) in absolute terms over the specified period. A Catalyst Watch Upside/Downside call will automatically expire at the end of the specified 30/90 day period; the analyst may also close a Catalyst Watch call prior to the end of the specified period in a published research note. A Catalyst Watch Upside or Downside call may be different from and does not affect a stock's fundamental equity rating, which reflects a longer-term total absolute return expectation. For purposes of FINRA ratings-distribution-disclosure rules, a Catalyst Watch Upside call corresponds to a buy recommendation and a Catalyst Watch Downside call corresponds to a sell recommendation. Any stock not assigned to a Catalyst Watch Upside or Catalyst Watch Downside call is considered Catalyst Watch Non-Rated (CWNR). For purposes of FINRA ratings-distribution-disclosure rules, we correspond CWNR to Hold in our ratings distribution table for our Catalyst Watch Upside/Downside rating system. However, we reiterate that we do not consider CWNR to be a recommendation. For all Catalyst Watch Upside/Downside calls, risk exists that the catalyst(s) and associated share-price movement will not materialize as expected.

**NON-US RESEARCH ANALYST DISCLOSURES**
Non-US research analysts who have prepared this report (i.e., all research analysts listed below other than those identified as employed by Citigroup Global Markets Inc.) are not registered/qualified as research analysts with FINRA. Such research analysts may not be associated persons of the member organization and therefore may not be subject to the FINRA Rule 2241 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account. The legal entities employing the authors of this report are listed below:

| | |
|---|---|
| Citigroup Global Markets Asia | William Yang; Andre Lin; Arthur Lai; Mark Li, CFA |
| Citigroup Global Markets Inc | Jim Suva, CPA; Christopher Danely |
| Citigroup Global Markets Taiwan Securities Co. Limited | Roland Shu; Carrie Liu |

Confidential

**Prepared for Matt Blake**

| Citigroup Global Markets Japan Inc. | Kota Ezawa |
| Citigroup Global Markets Korea Securities Ltd | Peter Lee |

## OTHER DISCLOSURES

Any price(s) of instruments mentioned in recommendations are as of the prior day's market close on the primary market for the instrument, unless otherwise stated.

The completion and first dissemination of any recommendations made within this research report are as of the Eastern date-time displayed at the top of the Product. If the Product references views of other analysts then please refer to the price chart or rating history table for the date/time of completion and first dissemination with respect to that view.

European regulations require that where a recommendation differs from any of the author's previous recommendations concerning the same financial instrument or issuer that has been published during the preceding 12-month period that the change(s) and the date of that previous recommendation are indicated. For fundamental coverage please refer to the price chart or rating change history within this disclosure appendix or the issuer disclosure summary at https://www.citivelocity.com/cvr/eppublic/citi_research_disclosures.

European regulations require that a firm must establish, implement and make available a policy for managing conflicts of interest arising as a result of publication or distribution of investment research. The policy applicable to Citi Research's Products can be found at  https://www.citivelocity.com/cvr/eppublic/citi_research_disclosures.

The proportion of all Citi Research research recommendations that were the equivalent to "Buy","Hold","Sell" at the end of each quarter over the prior 12 months (with the % of these that had received investment firm services from Citi in the prior 12 months shown in brackets) is as follows: Q3 2018 Buy 33% (69%), Hold 43% (64%), Sell 23% (58%), RV 0.6% (99%); Q2 2018 Buy 33% (70%), Hold 43% (64%), Sell 23% (57%), RV 0.6% (89%); Q1 2018 Buy 32% (71%), Hold 44% (63%), Sell 24% (56%), RV 0.4% (98%); Q4 2017 Buy 32% (70%), Hold 44% (65%), Sell 24% (57%), RV NA (NA). For the purposes of disclosing recommendations other than for equity or high yield recommendations (whose definitions can be found in their corresponding disclosure sections), "Buy" means a positive directional trade idea; "Sell" means a negative directional trade idea; and "Relative Value" means any trade idea which does not have a clear direction to the investment strategy.

European regulations require a 5 year price history when past performance of a security is referenced. CitiVelocity's Charting Tool (https://www.citivelocity.com/cv2/#go/CHARTING_3_Equities) provides the facility to create customisable price charts including a five year option. This tool can be found in the Data & Analytics section under any of the asset class menus in CitiVelocity (https://www.citivelocity.com/). For further information contact CitiVelocity support (https://www.citivelocity.com/cv2/go/CLIENT_SUPPORT). The source for all referenced prices, unless otherwise stated, is DataCentral, which sources price information from Thomson Reuters. Past performance is not a guarantee or reliable indicator of future results. Forecasts are not a guarantee or reliable indicator of future performance.

Investors should always consider the investment objectives, risks, and charges and expenses of an ETF carefully before investing. The applicable prospectus and key investor information document (as applicable) for an ETF should contain this and other information about such ETF. It is important to read carefully any such prospectus before investing. Clients may obtain prospectuses and key investor information documents for ETFs from the applicable distributor or authorized participant, the exchange upon which an ETF is listed and/or from the applicable website of the applicable ETF issuer. The value of the investments and any accruing income may fall or rise. Any past performance, prediction or forecast is not indicative of future or likely performance. Any information on ETFs contained herein is provided strictly for illustrative purposes and should not be deemed an offer to sell or a solicitation of an offer to purchase units of any ETF either explicitly or implicitly. The opinions expressed are those of the authors and do not necessarily reflect the views of ETF issuers, any of their agents or their affiliates.

Citigroup Global Markets India Private Limited and/or its affiliates may have, from time to time, actual or beneficial ownership of 1% or more in the debt securities of the subject issuer.

Citi Research generally disseminates its research to the Firm's global institutional and retail clients via both proprietary (e.g., Citi Velocity and Citi Personal Wealth Management) and non-proprietary electronic distribution platforms. Certain research may be disseminated only via the Firm's proprietary distribution platforms; however such research will not contain changes to earnings forecasts, target price, investment or risk rating or investment thesis or be otherwise inconsistent with the author's previously published research. Certain research is made available only to institutional investors to satisfy regulatory requirements. Individual Citi Research analysts may also opt to circulate published research to one or more clients by email; such email distribution is discretionary and is done only after the research has been disseminated. The level and types of services provided by Citi Research analysts to clients may vary depending on various factors such as the client's individual preferences as to the frequency and manner of receiving communications from analysts, the client's risk profile and investment focus and perspective (e.g. market-wide, sector specific, long term, short-term etc.), the size and scope of the overall client relationship with the Firm and legal and regulatory constraints.

Pursuant to Comissão de Valores Mobiliários Rule 598 and ASIC Regulatory Guide 264, Citi is required to disclose whether a Citi related company or business has a commercial relationship with the subject company. Considering that Citi operates multiple businesses in more than 100 countries around the world, it is likely that Citi has a commercial relationship with the subject company.

Securities recommended, offered, or sold by the Firm: (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including Citibank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. The Product is for informational purposes only and is not intended as an offer or solicitation for the purchase or sale of a security. Any decision to purchase securities mentioned in the Product must take into account existing public information on such security or any registered prospectus. Although information has been obtained from and is based upon sources that the Firm believes to be reliable, we do not guarantee its accuracy and it may be incomplete and condensed. Note, however, that the Firm has taken all reasonable steps to determine the accuracy and completeness of the disclosures made in the Important Disclosures section of the Product. The Firm's research department has received assistance from the subject company(ies) referred to in this Product including, but not limited to, discussions with management of the subject company(ies) or visiting company sites. Firm policy prohibits research analysts from sending draft research to subject companies. However, it should be presumed that the author of the Product had discussions

Confidential

APL-SECLIT_00000937

with the subject company to ensure factual accuracy prior to publication. All opinions, projections and estimates constitute the judgment of the author as of the date of the Product and these, plus any other information contained in the Product, are subject to change without notice. Prices and availability of financial instruments also are subject to change without notice. Notwithstanding other departments within the Firm advising the companies discussed in this Product, information obtained in such role is not used in the preparation of the Product. Although Citi Research does not set a predetermined frequency for publication, if the Product is a fundamental equity or credit research report, it is the intention of Citi Research to provide research coverage of the covered issuers, including in response to news affecting the issuer. For non-fundamental research reports, Citi Research may not provide regular updates to the views, recommendations and facts included in the reports. Notwithstanding that Citi Research maintains coverage on, makes recommendations concerning or discusses issuers, Citi Research may be periodically restricted from referencing certain issuers due to legal or policy reasons. Where a component of a published trade idea is subject to a restriction, the trade idea will be removed from any list of open trade ideas included in the Product. Upon the lifting of the restriction, the trade idea will either be re-instated in the open trade ideas list if the analyst continues to support it or it will be officially closed. Citi Research may provide different research products and services to different classes of customers (for example, based upon long-term or short-term investment horizons) that may lead to differing conclusions or recommendations that could impact the price of a security contrary to the recommendations in the alternative research product, provided that each is consistent with the rating system for each respective product.

Investing in non-U.S. securities, including ADRs, may entail certain risks. The securities of non-U.S. issuers may not be registered with, nor be subject to the reporting requirements of the U.S. Securities and Exchange Commission. There may be limited information available on foreign securities. Foreign companies are generally not subject to uniform audit and reporting standards, practices and requirements comparable to those in the U.S. Securities of some foreign companies may be less liquid and their prices more volatile than securities of comparable U.S. companies. In addition, exchange rate movements may have an adverse effect on the value of an investment in a foreign stock and its corresponding dividend payment for U.S. investors. Net dividends to ADR investors are estimated, using withholding tax rates conventions, deemed accurate, but investors are urged to consult their tax advisor for exact dividend computations. Investors who have received the Product from the Firm may be prohibited in certain states or other jurisdictions from purchasing securities mentioned in the Product from the Firm. Please ask your Financial Consultant for additional details. Citigroup Global Markets Inc. takes responsibility for the Product in the United States. Any orders by US investors resulting from the information contained in the Product may be placed only through Citigroup Global Markets Inc.

**Important Disclosures for Bell Potter Customers:** Bell Potter is making this Product available to its clients pursuant to an agreement with Citigroup Global Markets Australia Pty Limited. Neither Citigroup Global Markets Australia Pty Limited nor any of its affiliates has made any determination as to the suitability of the information provided herein and clients should consult with their Bell Potter financial advisor before making any investment decision.

**The Citigroup legal entity that takes responsibility for the production of the Product is the legal entity which the first named author is employed by.** The Product is made available in **Australia** through Citigroup Global Markets Australia Pty Limited. (ABN 64 003 114 832 and AFSL No. 240992), participant of the ASX Group and regulated by the Australian Securities & Investments Commission. Citigroup Centre, 2 Park Street, Sydney, NSW 2000. Citigroup Global Markets Australia Pty Limited is not an Authorised Deposit-Taking Institution under the Banking Act 1959, nor is it regulated by the Australian Prudential Regulation Authority. The Product is made available in Australia to Private Banking wholesale clients through Citigroup Pty Limited (ABN 88 004 325 080 and AFSL 238098). Citigroup Pty Limited provides all financial product advice to Australian Private Banking wholesale clients through bankers and relationship managers. If there is any doubt about the suitability of investments held in Citigroup Private Bank accounts, investors should contact the Citigroup Private Bank in Australia. Citigroup companies may compensate affiliates and their representatives for providing products and services to clients. The Product is made available in **Brazil** by Citigroup Global Markets Brasil - CCTVM SA, which is regulated by CVM - Comissão de Valores Mobiliários ("CVM"), BACEN - Brazilian Central Bank, APIMEC - Associação dos Analistas e Profissionais de Investimento do Mercado de Capitais and ANBIMA – Associação Brasileira das Entidades dos Mercados Financeiro e de Capitais. Av. Paulista, 1111 - 14º andar(parte) - CEP: 01311920 - São Paulo - SP. If the Product is being made available in certain provinces of **Canada** by Citigroup Global Markets (Canada) Inc. ("CGM Canada"), CGM Canada has approved the Product. Citigroup Place, 123 Front Street West, Suite 1100, Toronto, Ontario M5J 2M3. This product is available in **Chile** through Banchile Corredores de Bolsa S.A., an indirect subsidiary of Citigroup Inc., which is regulated by the Superintendencia de Valores y Seguros. Agustinas 975, piso 2, Santiago, Chile. The Product is made available in **Germany** by Citigroup Global Markets Deutschland AG ("CGMD"), which is regulated by Bundesanstalt fuer Finanzdienstleistungsaufsicht (BaFin). CGMD, Reuterweg 16, 60323 Frankfurt am Main. Research which relates to "securities" (as defined in the Securities and Futures Ordinance (Cap. 571 of the Laws of Hong Kong)) is issued in **Hong Kong** by, or on behalf of, Citigroup Global Markets Asia Limited which takes full responsibility for its content. Citigroup Global Markets Asia Ltd. is regulated by Hong Kong Securities and Futures Commission. If the Research is made available through Citibank, N.A., Hong Kong Branch, for its clients in Citi Private Bank, it is made available by Citibank N.A., Citibank Tower, Citibank Plaza, 3 Garden Road, Hong Kong. Citibank N.A. is regulated by the Hong Kong Monetary Authority. Please contact your Private Banker in Citibank N.A., Hong Kong, Branch if you have any queries on or any matters arising from or in connection with this document. The Product is made available in **India** by Citigroup Global Markets India Private Limited (CGM), which is regulated by the Securities and Exchange Board of India (SEBI), as a Research Analyst (SEBI Registration No. INH000000438). CGM is also actively involved in the business of merchant banking and stock brokerage in India, and is registered with SEBI in this regard. CGM's registered office is at 1202, 12th Floor, FIFC, G Block, Bandra Kurla Complex, Bandra East, Mumbai – 400098. CGM's Corporate Identity Number is U99999MH2000PTC126657, and its contact details are: Tel:+9102261759999 Fax:+9102261759961. The Product is made available in **Indonesia** through PT Citigroup Securities Indonesia. 5/F, Citibank Tower, Bapindo Plaza, Jl. Jend. Sudirman Kav. 54-55, Jakarta 12190. Neither this Product nor any copy hereof may be distributed in Indonesia or to any Indonesian citizens wherever they are domiciled or to Indonesian residents except in compliance with applicable capital market laws and regulations. This Product is not an offer of securities in Indonesia. The securities referred to in this Product have not been registered with the Capital Market and Financial Institutions Supervisory Agency (BAPEPAM-LK) pursuant to relevant capital market laws and regulations, and may not be offered or sold within the territory of the Republic of Indonesia or to Indonesian citizens through a public offering or in circumstances which constitute an offer within the meaning of the Indonesian capital market laws and regulations. The Product is made available in **Israel** through Citibank NA, regulated by the Bank of Israel and the Israeli Securities Authority. Citibank, N.A, Platinum Building, 21 Ha'arba'ah St, Tel Aviv, Israel. The Product is made available in **Italy** by Citigroup Global Markets Limited, which is authorised by the PRA and regulated by the FCA and the PRA. Via dei Mercanti, 12, Milan, 20121, Italy. The Product is made available in **Japan** by Citigroup Global Markets Japan Inc. ("CGMJ"), which is regulated by Financial Services Agency, Securities and Exchange Surveillance Commission, Japan Securities Dealers Association, Tokyo Stock Exchange and Osaka Securities Exchange. Otemachi Park Building, 1-1-1 Otemachi, Chiyoda-ku, Tokyo 100-8132 Japan. If the Product was distributed by SMBC Nikko Securities Inc. it is being so distributed under license. In the event that an error is found in an CGMJ research

Confidential

APL-SECLIT_00000938

Prepared for Matt Blake

report, a revised version will be posted on the Firm's Citi Velocity website.  If you have questions regarding Citi Velocity, please call (81 3) 6270-3019 for help.   The Product is made available in **Korea** by Citigroup Global Markets Korea Securities Ltd., which is regulated by the Financial Services Commission, the Financial Supervisory Service and the Korea Financial Investment Association (KOFIA). Citibank Building, 39 Da-dong, Jung-gu, Seoul 100-180, Korea.   KOFIA makes available registration information of research analysts on its website.  Please visit the following website if you wish to find KOFIA registration information on research analysts of Citigroup Global Markets Korea Securities
Ltd. http://dis.kofia.or.kr/websquare/index.jsp?w2xPath=/wq/fundMgr/DISFundMgrAnalystList.xml&divisionId=MDIS03002002000000&serviceId=SDIS03002002000. The Product is made available in Korea by Citibank Korea Inc., which is regulated by the Financial Services Commission and the Financial Supervisory Service. Address is Citibank Building, 39 Da-dong, Jung-gu, Seoul 100-180, Korea. This research report is intended to be provided only to Professional Investors as defined in the Financial Investment Services and Capital Market Act and its Enforcement Decree in Korea.  The Product is made available in **Malaysia** by Citigroup Global Markets Malaysia Sdn Bhd (Company No. 460819-D) ("CGMM") to its clients and CGMM takes responsibility for its contents. CGMM is regulated by the Securities Commission of Malaysia. Please contact CGMM at Level 43 Menara Citibank, 165 Jalan Ampang, 50450 Kuala Lumpur, Malaysia in respect of any matters arising from, or in connection with, the Product.  The Product is made available in **Mexico** by Citibanamex Casa de Bolsa, S.A. De C. V., Casa de Bolsa, Integrante del Grupo Financiero Citibanamex which is a wholly owned subsidiary of Citigroup Inc. and is regulated by Comision Nacional Bancaria y de Valores. Reforma 398, Col. Juarez, 06600 Mexico, D.F.  In **New Zealand** the Product is made available to 'wholesale clients' only as defined by s5C(1) of the Financial Advisers Act 2008 ('FAA') through Citigroup Global Markets Australia Pty Ltd (ABN 64 003 114 832 and AFSL No. 240992), an overseas financial adviser as defined by the FAA, participant of the ASX Group and regulated by the Australian Securities & Investments Commission. Citigroup Centre, 2 Park Street, Sydney, NSW 2000. The Product is made available in **Pakistan** by Citibank N.A. Pakistan branch, which is regulated by the State Bank of Pakistan and Securities Exchange Commission, Pakistan. AWT Plaza, 1.1. Chundrigar Road, P.O. Box 4889, Karachi-74200.  The Product is made available in the **Philippines** through Citicorp Financial Services and Insurance Brokerage Philippines, Inc., which is regulated by the Philippines Securities and Exchange Commission. 20th Floor Citibank Square Bldg. The Product is made available in the Philippines through Citibank NA Philippines branch, Citibank Tower, 8741 Paseo De Roxas, Makati City, Manila. Citibank NA Philippines NA is regulated by The Bangko Sentral ng Pilipinas. The Product is made available in **Poland** by Dom Maklerski Banku Handlowego SA an indirect subsidiary of Citigroup Inc., which is regulated by Komisja Nadzoru Finansowego.  Dom Maklerski Banku Handlowego S.A. ul.Senatorska 16, 00-923 Warszawa.  The Product is made available in the **Russian Federation** through AO Citibank, which is licensed to carry out banking activities in the Russian Federation in accordance with the general banking license issued by the Central Bank of the Russian Federation and brokerage activities in accordance with the license issued by the Federal Service for Financial Markets.  Neither the Product nor any information contained in the Product shall be considered as advertising the securities mentioned in this report within the territory of the Russian Federation or outside the Russian Federation. The Product does not constitute an appraisal within the meaning of the Federal Law of the Russian Federation of 29 July 1998 No. 135-FZ (as amended) On Appraisal Activities in the Russian Federation.  8-10 Gasheka Street, 125047 Moscow.  The Product is made available in **Singapore** through Citigroup Global Markets Singapore Pte. Ltd. ("CGMSPL"), a capital markets services license holder, and regulated by Monetary Authority of Singapore. Please contact CGMSPL at 8 Marina View, 21st Floor Asia Square Tower 1, Singapore 018960, in respect of any matters arising from, or in connection with, the analysis of this document. This report is intended for recipients who are accredited, expert and institutional investors as defined under the Securities and Futures Act (Cap. 289). The Product is made available by The Citigroup Private Bank in Singapore through Citibank, N.A., Singapore Branch, a licensed bank in Singapore that is regulated by Monetary Authority of Singapore. Please contact your Private Banker in Citibank N.A., Singapore Branch if you have any queries on or any matters arising from or in connection with this document. This report is intended for recipients who are accredited, expert and institutional investors as defined under the Securities and Futures Act (Cap. 289).  This report is distributed in Singapore by Citibank Singapore Ltd ("CSL") to selected Citigold/Citigold Private Clients. CSL provides no independent research or analysis of the substance or in preparation of this report. Please contact your Citigold//Citigold Private Client Relationship Manager in CSL if you have any queries on or any matters arising from or in connection with this report. This report is intended for recipients who are accredited investors as defined under the Securities and Futures Act (Cap. 289).   Citigroup Global Markets (Pty) Ltd. is incorporated in the **Republic of South Africa** (company registration number 2000/025866/07) and its registered office is at 145 West Street, Sandton, 2196, Saxonwold. Citigroup Global Markets (Pty) Ltd. is regulated by JSE Securities Exchange South Africa, South African Reserve Bank and the Financial Services Board.  The investments and services contained herein are not available to private customers in South Africa.  The Product is made available in the **Republic of China** through Citigroup Global Markets Taiwan Securities Company Ltd. ("CGMTS"), 14 and 15F, No. 1, Songzhi Road, Taipei 110, Taiwan, subject to the license scope and the applicable laws and regulations in the Republic of China. CGMTS is regulated by the Securities and Futures Bureau of the Financial Supervisory Commission of Taiwan, the Republic of China. No portion of the Product may be reproduced or quoted in the Republic of China by the press or any third parties [without the written authorization of CGMTS]. Pursuant to the applicable laws and regulations in the Republic of China, the recipient of the Product shall not take advantage of such Product to involve in any matters in which the recipient may have conflicts of interest. If the Product covers securities which are not allowed to be offered or traded in the Republic of China, neither the Product nor any information contained in the Product shall be considered as advertising the securities or making recommendation of the securities in the Republic of China. The Product is for informational purposes only and is not intended as an offer or solicitation for the purchase or sale of a security or financial products. Any decision to purchase securities or financial products mentioned in the Product must take into account existing public information on such security or the financial products or any registered prospectus.  The Product is made available in **Thailand** through Citicorp Securities (Thailand) Ltd., which is regulated by the Securities and Exchange Commission of Thailand.  399 Interchange 21 Building, 18th Floor, Sukhumvit Road, Klongtoey Nua, Wattana ,Bangkok 10110, Thailand.  The Product is made available in **Turkey** through Citibank AS which is regulated by Capital Markets Board.  Tekfen Tower, Eski Buyukdere Caddesi # 209 Kat 2B, 23294 Levent, Istanbul, Turkey.  In the **U.A.E**, these materials (the "Materials") are communicated by Citigroup Global Markets Limited, DIFC branch ("CGML"), an entity registered in the Dubai International Financial Center ("DIFC") and licensed and regulated by the Dubai Financial Services Authority ("DFSA") to Professional Clients and Market Counterparties only and should not be relied upon or distributed to Retail Clients. A distribution of the different Citi Research ratings distribution, in percentage terms for Investments in each sector covered is made available on request.  Financial products and/or services to which the Materials relate will only be made available to Professional Clients and Market Counterparties.  The Product is made available in **United Kingdom** by Citigroup Global Markets Limited, which is authorised by the Prudential Regulation Authority ("PRA") and regulated by the Financial Conduct Authority ("FCA") and the PRA.  This material may relate to investments or services of a person outside of the UK or to other matters which are not authorised by the PRA nor regulated by the FCA and the PRA and further details as to where this may be the case are available upon request in respect of this material. Citigroup Centre, Canada Square, Canary Wharf, London, E14 5LB.  The Product is made available in **United States** by Citigroup Global Markets Inc, which is a member of FINRA and registered with the US Securities and Exchange Commission. 388 Greenwich Street, New York, NY 10013.   Unless specified to the contrary, within EU

Prepared for Matt Blake

Confidential

APL-SECLIT_00000939

Member States, the Product is made available by Citigroup Global Markets Limited, which is authorised by the PRA and regulated by the FCA and the PRA. The Product is not to be construed as providing investment services in any jurisdiction where the provision of such services would not be permitted. Subject to the nature and contents of the Product, the investments described therein are subject to fluctuations in price and/or value and investors may get back less than originally invested. Certain high-volatility investments can be subject to sudden and large falls in value that could equal or exceed the amount invested. Certain investments contained in the Product may have tax implications for private customers whereby levels and basis of taxation may be subject to change. If in doubt, investors should seek advice from a tax adviser.  The Product does not purport to identify the nature of the specific market or other risks associated with a particular transaction.  Advice in the Product is general and should not be construed as personal advice given it has been prepared without taking account of the objectives, financial situation or needs of any particular investor. Accordingly, investors should, before acting on the advice, consider the appropriateness of the advice, having regard to their objectives, financial situation and needs. Prior to acquiring any financial product, it is the client's responsibility to obtain the relevant offer document for the product and consider it before making a decision as to whether to purchase the product. Citi Research product may source data from dataCentral. dataCentral is a Citi Research proprietary database, which includes the Firm's estimates, data from company reports and feeds from Thomson Reuters. The source for all referenced prices, unless otherwise stated, is DataCentral. Past performance is not a guarantee or reliable indicator of future results. Forecasts are not a guarantee or reliable indicator of future performance. The printed and printable version of the research report may not include all the information (e.g., certain financial summary information and comparable company data) that is linked to the online version available on the Firm's proprietary electronic distribution platforms.

© 2018 Citigroup Global Markets Inc. Citi Research is a division of Citigroup Global Markets Inc. Citi and Citi with Arc Design are trademarks and service marks of Citigroup Inc. and its affiliates and are used and registered throughout the world. All rights reserved. The research data in this report is not intended to be used for the purpose of (a) determining the price or amounts due in respect (or to value) of one or more financial products or instruments and/or (b) measuring or comparing the performance of a financial product, a portfolio of financial instruments, or a collective investment undertaking, and any such use is strictly prohibited without the prior written consent of Citi Research. Any unauthorized use, duplication, redistribution or disclosure of this report (the "Product"), including, but not limited to, redistribution of the Product by electronic mail, posting of the Product on a website or page, and/or providing to a third party a link to the Product, is prohibited by law and will result in prosecution. The information contained in the Product is intended solely for the recipient and may not be further distributed by the recipient to any third party. Where included in this report, MSCI sourced information is the exclusive property of Morgan Stanley Capital International Inc. (MSCI). Without prior written permission of MSCI, this information and any other MSCI intellectual property may not be reproduced, redisseminated or used to create any financial products, including any indices. This information is provided on an "as is" basis. The user assumes the entire risk of any use made of this information. MSCI, its affiliates and any third party involved in, or related to, computing or compiling the information hereby expressly disclaim all warranties of originality, accuracy, completeness, merchantability or fitness for a particular purpose with respect to any of this information. Without limiting any of the foregoing, in no event shall MSCI, any of its affiliates or any third party involved in, or related to, computing or compiling the information have any liability for any damages of any kind. MSCI, Morgan Stanley Capital International and the MSCI indexes are services marks of MSCI and its affiliates. Part of this product may contain Sustainalytics proprietary information that may not be reproduced, used, disseminated, modified nor published in any manner without the express written consent of Sustainalytics. Sustainalytics, its affiliates and any third party involved in, or related to, computing or compiling the information hereby expressly disclaim all warranties of originality, accuracy, completeness, merchantability or fitness for a particular purpose with respect to any of this information. Any information attributed to Sustainalytics is provided solely for informational purposes and on its own should not be considered an offer to buy or sell a security. Neither Sustainalytics nor all its third-party suppliers provide investment advice (as defined in the applicable jurisdiction) or any other form of (financial) advice. The information is provided "as is" and, therefore Sustainalytics assumes no responsibility for errors or omissions. Sustainalytics cannot be held liable for damage arising from the use of this product or information contained herein in any manner whatsoever. The Firm accepts no liability whatsoever for the actions of third parties. The Product may provide the addresses of, or contain hyperlinks to, websites. Except to the extent to which the Product refers to website material of the Firm, the Firm has not reviewed the linked site. Equally, except to the extent to which the Product refers to website material of the Firm, the Firm takes no responsibility for, and makes no representations or warranties whatsoever as to, the data and information contained therein. Such address or hyperlink (including addresses or hyperlinks to website material of the Firm) is provided solely for your convenience and information and the content of the linked site does not in any way form part of this document. Accessing such website or following such link through the Product or the website of the Firm shall be at your own risk and the Firm shall have no liability arising out of, or in connection with, any such referenced website.

ADDITIONAL INFORMATION IS AVAILABLE UPON REQUEST

Prepared for Matt Blake

VISIT CITIVELOCITY.COM   for access to Citi's cross-asset research, commentary, data and analytics.



Confidential

APL-SECLIT_00000940