# EXHIBIT 33



# Cross Research

*Earnings Preview*

**Apple Inc.**
**AAPL: $221.19**     F4Q18 Preview; Solid Quarter Expected, Benefit From Earlier XS Launch     **October 18, 2018**
**Buy**

| Estimates | | Fiscal Year Sep | | | Yr. Ago Q | Current Q | Next Q |
|---|---|---|---|---|---|---|---|
| | | F17A | F18E | F19E | 4Q17A | 4Q18E | 1Q19E |
| **Revenue($ B)** | Current | 229.2 | 264.9 | 284.5 | 52.58 | 62.17 | 94.69 |
| | Prior | 229.2 | 263.8 | 278.1 | 52.58 | 61.07 | 92.64 |
| **EPS($)** | Current | 9.21 | 11.82 | 13.78 | 2.07 | 2.82 | 4.92 |
| | Prior | 9.21 | 11.78 | 13.51 | 2.07 | 2.78 | 4.84 |
| **P/E** | | 24.0x | 18.7x | 16.1x | NM | NM | NM |

Imaging Technology
IT Hardware
Enterprise Software
IT Services

**Shannon Cross**
shannon@crossresearch.com
973-376-8600

**Robert Cross**
rob@crossresearch.com
973-376-8600

**Ashley Ellis**
ashley@crossresearch.com

| Ticker / Market | AAPL / NASDAQ |
|---|---|
| Rating | Buy |
| Price Target | $260.00 |
| Price | $221.19 |
| 52 Week Range | $233.47 - $150.24 |
| Shares Out (MM) | 4,927 |
| Market Cap (MM) | $1,068,000 |
| Avg Daily Volume | 30,906,087 |
| Dividend / Yield | $2.92 / 1.32% |

## Summary

Apple (AAPL, Buy) is scheduled to report F4Q18 results after market on November 1st. We raise our F4Q18 revenue estimate to $62.2 billion from $61.1 billion and our EPS estimate to $2.82 from $2.78, on higher iPhone ASPs, as a result of earlier launch of the flagship iPhone Max and a higher price point (iPhone XS Max begins at $1099, up 10% from last year's high end). We believe the continued strong LTM performance of the iPhone X (with no accelerated decay in demand) gave management confidence that the feature/price ratio resonates with customers. Our estimates are above the Street at $61.2 billion and $2.76, respectively and at the high end of guidance. We also raise our F2019 revenue and EPS estimates which assumes iPhone revenue growth of 6% y/y (units up 4% y/y), a Mac refresh during the December quarter and continued growth in Services and Other revenue, partially offset by iPad revenue declines. While we are watching smartphone demand in China, we expect iPhone demand to remain solid (especially y/y) as Chinese customers tend to buy the high-end of Apple's line-up (which wasn't available until 11/3 last year). In addition, we believe Apple incorporated some potential weakness in Chinese gaming within its F4Q18 guidance (related to the halting of new game approvals in June), as this impacted F3Q18 results as well (although we note the vast majority of Chinese App Store sales are games). We believe Apple's broad iPhone line-up, recurring Services portfolio, upcoming Mac and iPad product launches and share repurchase leave Apple well positioned to meet/exceed estimates. Reiterate Buy and $260 price target (based on 17x our F2019 EPS estimate plus net cash/share).



1 Year Price History for AAPL
Created by BlueMatrix

### New iPhone Line-Up Good For ASPs And Units

Looking ahead to F2019, we are modeling iPhone ASPs up 2% y/y with units up 4% y/y. We believe the introduction of the iPhone XR as a lower priced model with most of key the features found in the flagship will support unit growth while the iPhone XS Max will contribute to ASP growth as those who were holding out for a flagship device with a larger display last year will be compelled to upgrade to the iPhone XS Max, Apple's largest iPhone display to date. While currency rates could impact demand, we believe overall elasticity of demand for iPhones has remained strong given the iPhone X was the best selling iPhone every quarter since its launch. We believe unit growth continues to be a mix of new to iPhone and upgraders and estimate the iPhone installed base is over 900 million, up from ~700 million two years ago. While we believe the upgrade cycle has lengthened in recent years, we think overall it is still around two years plus a few months rather than three years or more. With subsidies mostly a thing of the past, we note most installment plans are prorated over two years with an emphasis on easy upgrades once the device is paid off or sooner depending on the vendor.

Disclosures and analyst certifications are located on page 5 of this report.



# CROSS RESEARCH

| Apple Inc. | | |
|---|---|---|
| AAPL: $221.19  Buy | F4Q18 Preview; Solid Quarter Expected, Benefit From Earlier XS Launch | October 18, 2018 |

**Wearables Growing**
We expect another quarter of double-digit growth in wearables driven by continued demand for AirPods and the launch of Apple Watch Series 4. We note on 10/5, three weeks after orders for the Series 4 opened (two weeks after it started shipping), shipment times were still around one month out. In addition, the Series 4 Nike edition which did not start shipping until October 5, lists shipping estimates one month out (albeit was expected to be available in limited quantities). We estimate Wearables revenue in F2018 was ~$12 billion with Apple Watch contributing ~$8 billion and the remainder from AirPods and Beats. We believe Apple Watch generates close to 40% gross margin while AirPods and Beats are likely below corporate average. We expect Wearables revenue to grow to ~$15 billion in F2019, accounting for 73% of Other revenue and 6% of total revenue.

**F4Q18 Estimates**
We expect Apple to report F4Q18 revenue of $62.2 billion (up 18% y/y), above the Street at $61.2 billion and slightly ahead of guidance ($60.0 billion to $62.0 billion). We are modeling gross margin of 38.3% (guidance is 38.0% to 38.5%) and operating expenses of $8.1 billion (guidance is $7.95 billion to $8.05 billion). We estimate F4Q18 EPS of $2.82, above the Street at $2.76 and within implied guidance of $2.68 to $2.85, assuming an average diluted share count of 4.8 billion. We maintain our F4Q18 unit estimates as shown in the table below. Additionally, we estimate Software and Services revenue of $10.2 billion (up 20% y/y) and Other revenue of $3.9 billion (up 21% y/y).

**Annual Estimates**
We raise our F2019 revenue estimate to $284.5 billion (up 7% y/y) from $278.1 billion on higher iPhone revenue and accordingly raise our EPS estimate to $13.78 from $13.51. Our F2019 estimates compare to the Street at $279.0 billion and $13.62.

### CROSS RESEARCH
#### Apple Unit Estimates (in thousands)

| | F2017A | F2018E | | vs. | vs. | F4Q17A | F3Q18A | F4Q18E | | vs. | vs. | vs. | Change in Ests | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Current | Prior | Year Ago | Prior | | | Current | Prior | Year Ago | Qtr Ago | Prior | F4Q18E | F1Q19E |
| Macs | | | | | | | | | | | | | | |
| Notebook | 15,365 | 14,058 | 14,058 | -8.5% | 0.0% | 4,433 | 2,930 | 3,990 | 3,990 | -10.0% | 36.1% | 0.0% | - | - |
| Desktop | 3,886 | 3,747 | 3,747 | -3.6% | 0.0% | 953 | 789 | 905 | 905 | -5.0% | 14.7% | 0.0% | - | - |
| Total Macs | 19,251 | 17,805 | 17,805 | -7.5% | 0.0% | 5,386 | 3,720 | 4,895 | 4,895 | -9.1% | 31.6% | 0.0% | - | - |
| iPad | 43,753 | 43,129 | 43,129 | -1.4% | 0.0% | 10,326 | 11,553 | 9,293 | 9,293 | -10.0% | -19.6% | 0.0% | - | (263) |
| iPhone | 216,746 | 220,533 | 220,533 | 1.7% | 0.0% | 46,667 | 41,300 | 49,700 | 49,700 | 6.5% | 20.3% | 0.0% | - | (1,546) |

Source: Cross Research Estimates and Company Reports
Copyright Cross Research LLC 2018

Confidential                                                                                              APL-SECLIT_00001139


# CROSS RESEARCH

| Apple Inc. | | |
|---|---|---|
| AAPL: $221.19 Buy | F4Q18 Preview; Solid Quarter Expected, Benefit From Earlier XS Launch | October 18, 2018 |

### CROSS RESEARCH
**Apple Guidance Versus CRG Estimates**

| | F4Q18E | | | | F1Q19E |
|---|---|---|---|---|---|
| | Guidance | | Cross | vs. | Cross |
| | Low-End | High-End | Estimates | Mid-Range | Estimates |
| Revenue | $60,000 | $62,000 | $62,169 | 1.9% | $94,693 |
| Gross Margin | 38.0% | 38.5% | 38.3% | 1 bps | 38.5% |
| Opex | $7,950 | $8,050 | $8,144 | 1.8% | $8,617 |
| OIE | $300 | | $300 | 0.0% | $400 |
| Tax Rate | 15.0% | | 15.0% | 0 bps | 18.5% |
| Implied EPS | $2.68 | $2.85 | $2.82 | $0.05 | $4.92 |

Source: Cross Research Estimates and Company Reports
Copyright Cross Research LLC 2018

### CROSS RESEARCH
**Apple Earnings Estimates**

| | F4Q18E | | | | | |
|---|---|---|---|---|---|---|
| | Current | Prior | Consensus | vs. Year Ago | vs. Prior | vs. Consensus |
| Revenue | $62,169 | $61,067 | $61,189 | 18.2% | 1.8% | 1.6% |
| EPS | $2.82 | $2.78 | $2.76 | 36.6% | 1.5% | 2.3% |
| | F2018E | | | | | |
| | Current | Prior | Consensus | vs. Year Ago | vs. Prior | vs. Consensus |
| Revenue | $264,864 | $263,762 | $264,307 | 15.5% | 0.4% | 0.2% |
| EPS | $11.82 | $11.78 | $11.75 | 28.4% | 0.3% | 0.5% |
| | F2019E | | | | | |
| | Current | Prior | Consensus | vs. Year Ago | vs. Prior | vs. Consensus |
| Revenue | $284,540 | $278,072 | $278,964 | 7.4% | 2.3% | 2.0% |
| EPS | $13.78 | $13.51 | $13.62 | 16.6% | 2.0% | 1.2% |

Source: Cross Research Estimates and Company Reports
Copyright Cross Research LLC 2018

*Risks to our Buy rating and $260 price target (based on approximately ~17x our F2019 EPS plus net cash per share) include concerns regarding the highly competitive and maturing smartphone market, new initiatives may consume outsized opex resources without commensurate topline follow through, uncertain demand decay curve for the highest ASP iPhone in history, component and/or manufacturing shortages, and a high concentration of revenue from a small number of key products.*

Confidential                                                                                          APL-SECLIT_00001140



# CROSS RESEARCH

**Apple Inc.**
**AAPL: $221.19 Buy**  F4Q18 Preview; Solid Quarter Expected, Benefit From Earlier XS Launch   October 18, 2018

## CROSS RESEARCH

**Apple Inc.**
**Earnings Forecast**

| ($ in Millions except E.P.S.) | F1Q18A | F2Q18A | F3Q18A | F4Q18E | F1Q19E | F2Q19E | F3Q19E | F4Q19E | F2015A | F2016A | F2017A | F2018E | F2019E | CAGR '15 - '19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenue** | **$88,293** | **$61,137** | **$53,265** | **$62,169** | **$94,693** | **$66,403** | **$57,689** | **$65,755** | **$233,715** | **$215,639** | **$229,234** | **$264,864** | **$284,540** | |
| Cost of Revenue | 54,381 | 37,715 | 32,844 | 38,380 | 58,205 | 40,986 | 35,620 | 40,304 | 140,089 | 131,376 | 141,048 | 163,320 | 175,116 | |
| **Gross Profit** | **33,912** | **23,422** | **20,421** | **23,788** | **36,487** | **25,416** | **22,069** | **25,451** | **93,626** | **84,263** | **88,186** | **101,543** | **109,424** | 4% |
| SG&A | 4,231 | 4,150 | 4,108 | 4,227 | 4,545 | 4,316 | 4,327 | 4,471 | 14,329 | 14,194 | 14,444 | 16,716 | 17,660 | |
| R&D | 3,407 | 3,378 | 3,701 | 3,917 | 4,072 | 4,117 | 4,038 | 4,143 | 8,067 | 10,045 | 12,398 | 14,403 | 16,370 | |
| **Op. Inc. Before Charges** | **26,274** | **15,894** | **12,612** | **15,644** | **27,870** | **16,983** | **13,704** | **16,837** | **71,230** | **60,024** | **61,344** | **70,424** | **75,395** | 1% |
| Interest and other income, net | 756 | 274 | 672 | 300 | 400 | 400 | 400 | 400 | 1,285 | 1,348 | 2,745 | 2,002 | 1,600 | |
| Pretax Income | 27,030 | 16,168 | 13,284 | 15,944 | 28,270 | 17,383 | 14,104 | 17,237 | 72,515 | 61,372 | 64,089 | 72,426 | 76,995 | 2% |
| *Effective Tax Rate* | *25.8%* | *14.5%* | *13.3%* | *15.0%* | *18.5%* | *18.5%* | *18.5%* | *18.5%* | *26.4%* | *25.6%* | *24.6%* | *18.6%* | *18.5%* | |
| Taxes | 6,965 | 2,346 | 1,765 | 2,392 | 5,230 | 3,216 | 2,609 | 3,189 | 19,121 | 15,685 | 15,738 | 13,468 | 14,244 | |
| **Pro forma Net Income** | **20,065** | **13,822** | **11,519** | **13,553** | **23,040** | **14,167** | **11,495** | **14,048** | **53,394** | **45,687** | **48,351** | **58,959** | **62,751** | 4% |
| **GAAP Net Income** | **20,065** | **13,822** | **11,519** | **13,553** | **23,040** | **14,167** | **11,495** | **14,048** | **53,394** | **45,687** | **48,351** | **58,959** | **62,751** | 4% |
| **GAAP EPS (new accounting treatment)** | **$3.89** | **$2.73** | **$2.34** | **$2.82** | **$4.92** | **$3.10** | **$2.55** | **$3.16** | **$9.22** | **$8.31** | **$9.21** | **$11.82** | **$13.78** | **11%** |
| Avg Shares Fully Dil. (MM) | 5,158 | 5,068 | 4,927 | 4,802 | 4,682 | 4,577 | 4,507 | 4,453 | 5,793 | 5,500 | 5,252 | 4,989 | 4,554 | |
| **Cash Flow Per Share** | | | | | | | | | | | | | | |
| Net Income (Pro forma) | 20,065 | 13,822 | 11,519 | 13,553 | 23,040 | 14,167 | 11,495 | 14,048 | 53,394 | 45,687 | 48,351 | 58,959 | 62,751 | |
| Amortization & Depreciation | 2,745 | 2,739 | 2,665 | 2,740 | 2,815 | 2,890 | 2,965 | 3,040 | 11,257 | 10,505 | 10,157 | 10,889 | 11,710 | |
| Cap Exp | 2,810 | 4,195 | 3,267 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 11,247 | 12,734 | 12,451 | 14,272 | 16,000 | |
| **Simple Free Cash Flow** | **20,000** | **12,366** | **10,917** | **12,293** | **21,855** | **13,057** | **10,460** | **13,088** | **53,409** | **43,458** | **46,057** | **55,576** | **58,461** | 2% |
| **Simple Free Cash Flow Per FD Share** | **$3.88** | **$2.44** | **$2.22** | **$2.56** | **$4.67** | **$2.85** | **$2.32** | **$2.94** | **$9.22** | **$7.90** | **$8.77** | **$11.14** | **$12.84** | 9% |
| **EBITDA** | **29,019** | **18,633** | **15,277** | **18,384** | **30,685** | **19,873** | **16,669** | **19,877** | **82,487** | **70,529** | **71,501** | **81,313** | **87,105** | 1% |
| **Margin Analysis** | | | | | | | | | | | | | | |
| Gross Margin | 38% | 38% | 38% | 38% | 39% | 38% | 38% | 39% | 40% | 39% | 38% | 38% | 38% | |
| Operating Margin | 30% | 26% | 24% | 25% | 29% | 26% | 24% | 26% | 30% | 28% | 27% | 27% | 26% | |
| Pretax Margin | 31% | 26% | 25% | 26% | 30% | 26% | 24% | 26% | 31% | 28% | 28% | 27% | 27% | |
| Net Margin | 23% | 23% | 22% | 22% | 24% | 21% | 20% | 21% | 23% | 21% | 21% | 22% | 22% | |
| **As a % of Revenue** | | | | | | | | | | | | | | |
| SG&A | 5% | 7% | 8% | 7% | 5% | 7% | 8% | 7% | 6% | 7% | 6% | 6% | 6% | |
| R&D | 4% | 6% | 7% | 6% | 4% | 6% | 7% | 6% | 3% | 5% | 5% | 5% | 6% | |
| **Year-Over-Year Growth (%)** | | | | | | | | | | | | | | |
| Revenue | 13% | 16% | 17% | 18% | 7% | 9% | 8% | 6% | 28% | -8% | 6% | 16% | 7% | |
| Cost of Revenue | 13% | 17% | 18% | 18% | 7% | 9% | 8% | 5% | 25% | -6% | 7% | 16% | 7% | |
| Gross Profit | 12% | 14% | 17% | 19% | 8% | 9% | 8% | 7% | 33% | -10% | 5% | 15% | 8% | |
| SG&A | 7% | 12% | 9% | 41% | 7% | 4% | 5% | 6% | 19% | -1% | 2% | 16% | 6% | |
| R&D | 19% | 22% | 26% | 3% | 20% | 22% | 9% | 6% | 34% | 25% | 23% | 16% | 14% | |
| Operating Income | 12% | 13% | 17% | 19% | 6% | 7% | 9% | 8% | 36% | -16% | 2% | 15% | 7% | |
| Pretax Income | 12% | 10% | 17% | 15% | 5% | 8% | 6% | 8% | 36% | -15% | 4% | 13% | 6% | |
| Net Income | 12% | 25% | 32% | 26% | 15% | 2% | 0% | 4% | 35% | -14% | 6% | 22% | 6% | |
| EPS (Pro forma) | 16% | 30% | 40% | 37% | 27% | 14% | 9% | 12% | 43% | -10% | 11% | 28% | 17% | |

Source: Cross Research Estimates and Company Reports
Copyright Cross Research LLC 2018

8:21:42 AM
10/18/2018

Confidential   APL-SECLIT_00001141



# CROSS RESEARCH

**Apple Inc.**
**AAPL: $221.19**     F4Q18 Preview; Solid Quarter Expected, Benefit From Earlier XS Launch     **October 18, 2018**
**Buy**

## Regulatory Required Disclosures

### Analyst Certification

We Shannon Cross, Robert Cross and Ashley Ellis hereby certify that the views expressed in the foregoing research report accurately reflect our personal views about the subject securities as of the date of this report. The Analyst(s) responsible for covering the securities mentioned in this report does not receive direct or indirect compensation for the specific recommendation(s) in this research report.



| Distribution of Ratings by Coverage Universe | | |
|---|---|---|
| Rating | Count | Percent |
| BUY | 20 | 52.63 |
| HOLD | 17 | 44.74 |
| SELL | 1 | 2.63 |

**Cross Research Rating Key:**
**Buy:** In the analyst's opinion, the stock will outperform the general market over the next 12 months.
**Hold:** In the analyst's opinion, the stock will perform inline with the general market over the next 12 months.
**Sell:** In the analyst's opinion, the stock will underperform the general market over the next 12 months.
**Cross Research Disclosure Information; Additional Information Available Upon Request**
Cross Research LLC ("CR") is an state registered Investment Advisor. CR has not, and does not intend, to engage in investment banking services. CR neither owns corporate securities nor acts as a market maker in any security. CR prohibits all employees from trading securities within its coverage universe. This report is intended solely for informational purposes, and should not be construed as an offer or solicitation to buy or sell any security. This report is provided solely for institutional / professional investors who are expected to make their own investment decisions without undue reliance on this report. CR accepts no liability for any direct or consequential loss arising from any use of this document or its contents. This report may contain forward-looking statements. Past performance is not indicative of future results. The information and opinions contained in this document are based on public sources believed to be reliable, but no representation or warranty, expressed or implied is made as to its accuracy, completeness or correctness. No part of this material may be copied, photocopied or duplicated in any form by any means or redistributed without the prior written consent of CR. Copyright 2018 Cross Research LLC.

Confidential     APL-SECLIT_00001142