# EXHIBIT 35

Goldman Sachs | Equity Research

15 October 2018 | 7:07PM PDT

# Apple Inc. (AAPL): FQ4'18 Preview: China impact on guidance is the main focus

We are looking for a largely inline FQ1'19 guide from Apple during its FQ4'18 results on Nov 1 with all focus being on how the company decides to guide for its FQ1 to December given recent weaker consumer datapoints in China. As we highlighted in a note earlier this week we believe the potential to take share in the rapidly growing 6"+ smartphone category with the XR and Xs Max is an offsetting positive for Apple. ASPs are the great unknown as usual but we highlight that comps are tougher due to the inclusion of lower priced XR units even though we believe early Xs sales have been solid. We are forecasting iPhone shipments of 80m in FQ1'19, iPhone ASP of $778 (-2% Y/Y) and revenue of ~$92.09bn (vs. cons of $92.45bn). Remain Neutral.

- **China Market Weakness.** We flagged potential weakness in the Chinese smartphone market and laid out Apple's EPS sensitivity scenarios in our recent report (click here for the note). Growth in the 6"+ smartphone category could be an offsetting tailwind for Apple but the potential to materially beat consensus with December guidance may be somewhat lower due to recent macro issues. We are currently forecasting China to contribute ~13m of 80m iPhone shipments in the December quarter.

- **iPhone Demand outside China.** We believe demand for iPhones outside China remains healthy and believe the XS Max is seeing stronger demand than the XS as consumers are increasingly gravitating towards 6"+ smartphones. Additionally, we expect strong preorders for the XR on October 19 (shipping October 26). We are currently forecasting 77m new iPhone model shipments in CH2'18 (with a mix of 60% XR, 27% XS and 13% XS Max).

- **Difficult ASPs comps.** Because the iPhone X was so highly priced last year relative to other iPhones we estimate the average new model ASP was ~$920 and new models were 76% of our total December quarter forecast. Contrasting this with our model for this December quarter where we estimate a new model ASP of only $869 and new model units mix at a slightly higher 78% of our overall unit forecast. This difference is mainly due to the inclusion of the attractively priced iPhone XR this year which starts at $749 and comprises 74% of our December QTR new model forecast. As a result of these changes we are forecasting iPhone ASP to decline 2.3% Y/Y to $778 but acknowledge that the error bands on our forecast are relatively large due to the potential for mix shift toward higher or lower priced units.

Rod Hall
+1(415)249-7437 | rod.hall@gs.com
Goldman Sachs & Co. LLC

Ashwin Kesireddy
+1(415)249-7489 |
ashwin.kesireddy@gs.com
Goldman Sachs & Co. LLC

Bala R Reddy
+1(212)934-7453 | bala.reddy@gs.com
Goldman Sachs India SPL

RK Raghunathan Kamesh
+1(415)249-7443 |
rk.raghunathankamesh@gs.com
Goldman Sachs & Co. LLC

Balaji Krishnamurthy, CFA
+1(415)249-7482 |
balaji.krishnamurthy@gs.com
Goldman Sachs & Co. LLC

For the exclusive use of MATTBLAKE@APPLE.COM

Goldman Sachs does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. For Reg AC certification and other important disclosures, see the Disclosure Appendix, or go to www.gs.com/research/hedge.html. Analysts employed by non-US affiliates are not registered/qualified as research analysts with FINRA in the U.S.

- **Services TAC strength.** We published a deep dive on Services (click here for the note) and concluded that consensus continues to underestimate strength in Search TAC (/licensing) revenue from Google. However, we continue to believe that Apple's penetration of iCloud Storage paying customers is below 10% of the active installed base. The App Store, which makes up the bulk of services, is growing more or less in line with the installed base though we know some new users are more lucrative app downloaders than others. In the near term, ==we remain concerned about the potential for Services deceleration due to slowing app downloads in China== and this would be particularly true if Chinese replacement sales drop off due to weaker consumer spending. We are currently forecasting Services to grow 17.5% Y/Y and 18.7% Y/Y in FQ4 and FQ1, respectively.

- **Q&G estimates.** We forecast FQ4 revenue of $61.3bn (consensus $61.3bn, guidance $60.0bn-$62.0bn), gross margin of 38.3% (consensus 38.2%, guidance 38.0% - 38.5%), OpEx of $8.0bn (consensus $8.0bn, guidance $7.95bn-$8.05bn), EBIT margin of 25.2% (consensus 25.2%) and EPS of $2.78 (consensus $2.76, implied guide: $2.67 - $2.84). We forecast FQ1 revenue of $92.1bn (consensus $92.5bn), gross margin of 38.4% (cons 38.6%), opex $8.2bn (cons: $8.3bn), EBIT margin of 29.5% (cons 29.6%) and EPS of $4.87 (cons: $4.90).

**Exhibit 1: AAPL FQ4'18 Preview Table**

|  | GS Q4'18 Sep-18E | Cons Q4'18 Sep-18E | Q4'17 Sep-17 | Q3'18 Jun-18 | Growth (%) Y/Y | Growth (%) Q/Q | GS Q1'19 Dec-18E | Cons Q1'19 Dec-18E |
|---|---|---|---|---|---|---|---|---|
| **Revenues ($mn)** | **61,252** | **61,290** | **52,579** | **53,265** | **16.5%** | **15.0%** | **92,089** | **92,455** |
| Product ($mn) | 51,264 | 51,048 | 44,078 | 43,717 | 16.3% | 17.3% | 82,030 | 81,253 |
| *iPhone* | *35,272* | *35,270* | *28,846* | *29,906* | *22.3%* | *17.9%* | *62,284* | *62,034* |
| *Units (mn)* | *47.8* | *47.7* | *46.7* | *41.3* | *2.5%* | *15.8%* | *80.1* | *77.8* |
| *ASP ($)* | *737* | *738* | *618* | *724* | *19.3%* | *1.8%* | *778* | *805* |
| *iPad* | *4,587* | *4,658* | *4,831* | *4,741* | *(5.1%)* | *(3.3%)* | *5,802* | *5,747* |
| *Mac* | *7,385* | *6,934* | *7,170* | *5,330* | *3.0%* | *38.6%* | *7,637* | *6,941* |
| *Other products* | *4,019* | *4,187* | *3,231* | *3,740* | *24.4%* | *7.5%* | *6,307* | *6,531* |
| Services ($m) | 9,989 | 10,242 | 8,501 | 9,548 | 17.5% | 4.6% | 10,059 | 11,203 |
| Gross profit ($m) | 23,460 | 23,428 | 19,931 | 20,421 | 17.7% | 14.9% | 35,325 | 35,676 |
| **Gross margin (%)** | **38.3%** | **38.2%** | **37.9%** | **38.3%** | **0.4pp** | **0.0pp** | **38.4%** | **38.6%** |
| OpEx ($m) | 8,024 | 7,966 | 6,811 | 7,809 | 17.8% | 2.8% | 8,196 | 8,348 |
| R&D ($mn) | 3,675 |  | 2,997 | 3,701 | 22.6% | (0.7%) | 3,684 |  |
| SG&A ($mn) | 4,349 |  | 3,814 | 4,108 | 14.0% | 5.9% | 4,512 |  |
| OpEx as a % of sales | 13.1% | 13.0% | 13.0% | 14.7% | 0.1% | -1.6% | 8.9% | 9.0% |
| EBIT ($m) | 15,436 | 15,462 | 13,120 | 12,612 | 17.6% | 22.4% | 27,129 | 27,328 |
| **EBIT margin (%)** | **25.2%** | **25.2%** | **25.0%** | **23.7%** | **0.2pp** | **1.5pp** | **29.5%** | **29.6%** |
| EBT ($m) | 15,779 | 15,786 | 13,917 | 13,284 | 13.4% | 18.8% | 27,433 | 27,728 |
| Tax ($m) | 2,367 | 2,349 | 3,203 | 1,765 | (26.1%) | 34.1% | 4,389 | 4,368 |
| Tax rate (%) | 15.0% | 14.9% | 23.0% | 13.3% | -8.0pp | 1.7pp | 16.0% | 15.8% |
| Net income ($m) | 13,412 | 13,441 | 10,714 | 11,519 | 25.2% | 16.4% | 23,044 | 23,323 |
| **EPS ($)** | **$2.78** | **$2.76** | **$2.07** | **$2.34** | **34.4%** | **18.8%** | **$4.87** | **$4.90** |

Source: Goldman Sachs Global Investment Research, FactSet

## Price Target Methodology and Risks

We retain our 12-month price target of $240 based on ~17x our CY'19 EPS estimate of $14.40. 17x is a premium compared to the company's current trading multiple of ~15x. Key upside risks include better-than-expected iPhone demand, significantly outsized

For the exclusive use of MATTBLAKE@APPLE.COM

Confidential                                                                            APL-SECLIT_00001068

buybacks and meaningful dividend increase. Key downside risks include weakening iPhone demand, pressure on gross margins and large & dilutive acquisitions.

| AAPL | 12m Price Target: **$240.00** | Price: **$217.36** | Upside: **10.4%** |
|---|---|---|---|

**Neutral**

Market cap: $1.1tr
Enterprise value: $955.5bn
3m ADTV: $6.6bn
United States
America-Consumer Hardware & Mobility: Neutral
M&A Rank: 3
GS SUSTAIN 50 List

### GS Forecast

|  | 9/17 | 9/18E | 9/19E | 9/20E |
|---|---|---|---|---|
| Revenue ($ mn) | 229,234.0 | 263,947.2 | 278,380.1 | 296,554.1 |
| EBITDA ($ mn) | 71,501.0 | 81,128.0 | 85,798.1 | 92,662.7 |
| EBIT ($ mn) | 61,344.0 | 70,215.6 | 74,389.4 | 80,367.5 |
| EPS ($) | 9.21 | 11.78 | 13.77 | 15.96 |
| P/E (X) | 14.9 | 18.5 | 15.8 | 13.6 |
| EV/EBITDA (X) | 7.9 | 11.9 | 10.7 | 9.6 |
| FCF yield (%) | 7.2 | 5.6 | 6.0 | 7.1 |
| Dividend yield (%) | 1.8 | 1.3 | 1.5 | 1.7 |
| Net debt/EBITDA (X) | (2.1) | (1.4) | (0.8) | (0.3) |
|  | 6/18 | 9/18E | 12/18E | 3/19E |
| EPS ($) | 2.34 | 2.78 | 4.87 | 3.13 |

Source: Company data, Goldman Sachs Research estimates, FactSet. Price as of 15 Oct 2018 close.

For the exclusive use of MATTBLAKE@APPLE.COM

Confidential — APL-SECLIT_00001069

# Disclosure Appendix

## Reg AC

I, Rod Hall, hereby certify that all of the views expressed in this report accurately reflect my personal views about the subject company or companies and its or their securities. I also certify that no part of my compensation was, is or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

Unless otherwise stated, the individuals listed on the cover page of this report are analysts in Goldman Sachs' Global Investment Research division.

## GS Factor Profile

The Goldman Sachs Factor Profile provides investment context for a stock by comparing key attributes to the market (i.e. our coverage universe) and its sector peers. The four key attributes depicted are: Growth, Financial Returns, Multiple (e.g. valuation) and Integrated (a composite of Growth, Financial Returns and Multiple). Growth, Financial Returns and Multiple are calculated by using normalized ranks for specific metrics for each stock. The normalized ranks for the metrics are then averaged and converted into percentiles for the relevant attribute. The precise calculation of each metric may vary depending on the fiscal year, industry and region, but the standard approach is as follows:

**Growth** is based on a stock's forward-looking sales growth, EBITDA growth and EPS growth (for financial stocks, only EPS and sales growth), with a higher percentile indicating a higher growth company. **Financial Returns** is based on a stock's forward-looking ROE, ROCE and CROCI (for financial stocks, only ROE), with a higher percentile indicating a company with higher financial returns. **Multiple** is based on a stock's forward-looking P/E, P/B, price/dividend (P/D), EV/EBITDA, EV/FCF and EV/Debt Adjusted Cash Flow (DACF) (for financial stocks, only P/E, P/B and P/D), with a higher percentile indicating a stock trading at a higher multiple. The **Integrated** percentile is calculated as the average of the Growth percentile, Financial Returns percentile and (100% - Multiple percentile).

Financial Returns and Multiple use the Goldman Sachs analyst forecasts at the fiscal year-end at least three quarters in the future. Growth uses inputs for the fiscal year at least seven quarters in the future compared with the year at least three quarters in the future (on a per-share basis for all metrics).

For a more detailed description of how we calculate the GS Factor Profile, please contact your GS representative.

## M&A Rank

Across our global coverage, we examine stocks using an M&A framework, considering both qualitative factors and quantitative factors (which may vary across sectors and regions) to incorporate the potential that certain companies could be acquired. We then assign a M&A rank as a means of scoring companies under our rated coverage from 1 to 3, with 1 representing high (30%-50%) probability of the company becoming an acquisition target, 2 representing medium (15%-30%) probability and 3 representing low (0%-15%) probability. For companies ranked 1 or 2, in line with our standard departmental guidelines we incorporate an M&A component into our target price. M&A rank of 3 is considered immaterial and therefore does not factor into our price target, and may or may not be discussed in research.

## Quantum

Quantum is Goldman Sachs' proprietary database providing access to detailed financial statement histories, forecasts and ratios. It can be used for in-depth analysis of a single company, or to make comparisons between companies in different sectors and markets.

## GS SUSTAIN

GS SUSTAIN is a global investment strategy focused on the generation of long-term alpha through identifying high quality industry leaders. The GS SUSTAIN 50 list includes leaders we believe to be well positioned to deliver long-term outperformance through superior returns on capital, sustainable competitive advantage and effective management of ESG risks vs. global industry peers. Candidates are selected largely on a combination of quantifiable analysis of these three aspects of corporate performance.

## Disclosures

### Coverage group(s) of stocks by primary analyst(s)

Rod Hall: America-Consumer Hardware & Mobility, America-IT Hardware, America-Networking.

America-Consumer Hardware & Mobility: Apple Inc., Corning Inc., Sonos Inc..

America-IT Hardware: Hewlett Packard Enterprise Co., HP Inc., NetApp Inc., Nutanix Inc., Presidio Inc., Pure Storage Inc..

America-Networking: Acacia Communications Inc., ADTRAN Inc., Arista Networks Inc., ARRIS International Plc, Ciena Corp., Cisco Systems Inc., F5 Networks Inc., Finisar Corp., Infinera Corp., Juniper Networks Inc., Lumentum Holdings.

### Company-specific regulatory disclosures

The following disclosures relate to relationships between The Goldman Sachs Group, Inc. (with its affiliates, "Goldman Sachs") and companies covered by the Global Investment Research Division of Goldman Sachs and referred to in this research.

Goldman Sachs has received compensation for investment banking services in the past 12 months: Apple Inc. ($217.36)

Goldman Sachs expects to receive or intends to seek compensation for investment banking services in the next 3 months: Apple Inc. ($217.36)

Goldman Sachs had an investment banking services client relationship during the past 12 months with: Apple Inc. ($217.36)

Goldman Sachs had a non-investment banking securities-related services client relationship during the past 12 months with: Apple Inc. ($217.36)

Goldman Sachs had a non-securities services client relationship during the past 12 months with: Apple Inc. ($217.36)

Goldman Sachs has managed or co-managed a public or Rule 144A offering in the past 12 months: Apple Inc. ($217.36)

Goldman Sachs makes a market in the securities or derivatives thereof: Apple Inc. ($217.36)

### Distribution of ratings/investment banking relationships

Goldman Sachs Investment Research global Equity coverage universe

For the exclusive use of MATTBLAKE@APPLE.COM

Confidential   APL-SECLIT_00001070

|         | Rating Distribution | | | Investment Banking Relationships | | |
|---------|------|------|------|------|------|------|
|         | Buy  | Hold | Sell | Buy  | Hold | Sell |
| Global  | 35%  | 54%  | 11%  | 64%  | 57%  | 55%  |

As of October 1, 2018, Goldman Sachs Global Investment Research had investment ratings on 2,814 equity securities. Goldman Sachs assigns stocks as Buys and Sells on various regional Investment Lists; stocks not so assigned are deemed Neutral. Such assignments equate to Buy, Hold and Sell for the purposes of the above disclosure required by the FINRA Rules. See 'Ratings, Coverage groups and views and related definitions' below. The Investment Banking Relationships chart reflects the percentage of subject companies within each rating category for whom Goldman Sachs has provided investment banking services within the previous twelve months.

## Price target and rating history chart(s)



## Regulatory disclosures

### Disclosures required by United States laws and regulations

See company-specific regulatory disclosures above for any of the following disclosures required as to companies referred to in this report: manager or co-manager in a pending transaction; 1% or other ownership; compensation for certain services; types of client relationships; managed/co-managed public offerings in prior periods; directorships; for equity securities, market making and/or specialist role. Goldman Sachs trades or may trade as a principal in debt securities (or in related derivatives) of issuers discussed in this report.

The following are additional required disclosures: **Ownership and material conflicts of interest:** Goldman Sachs policy prohibits its analysts, professionals reporting to analysts and members of their households from owning securities of any company in the analyst's area of coverage. **Analyst compensation:** Analysts are paid in part based on the profitability of Goldman Sachs, which includes investment banking revenues. **Analyst as officer or director:** Goldman Sachs policy generally prohibits its analysts, persons reporting to analysts or members of their households from serving as an officer, director or advisor of any company in the analyst's area of coverage. **Non-U.S. Analysts:** Non-U.S. analysts may not be associated persons of Goldman Sachs & Co. LLC and therefore may not be subject to FINRA Rule 2241 or FINRA Rule 2242 restrictions on communications with subject company, public appearances and trading securities held by the analysts.

**Distribution of ratings:** See the distribution of ratings disclosure above. **Price chart:** See the price chart, with changes of ratings and price targets in prior periods, above, or, if electronic format or if with respect to multiple companies which are the subject of this report, on the Goldman Sachs website at http://www.gs.com/research/hedge.html.

### Additional disclosures required under the laws and regulations of jurisdictions other than the United States

The following disclosures are those required by the jurisdiction indicated, except to the extent already made above pursuant to United States laws and regulations. **Australia:** Goldman Sachs Australia Pty Ltd and its affiliates are not authorised deposit-taking institutions (as that term is defined in the Banking Act 1959 (Cth)) in Australia and do not provide banking services, nor carry on a banking business, in Australia. This research, and any access to it, is intended only for "wholesale clients" within the meaning of the Australian Corporations Act, unless otherwise agreed by Goldman Sachs. In producing research reports, members of the Global Investment Research Division of Goldman Sachs Australia may attend site visits and other meetings hosted by the companies and other entities which are the subject of its research reports. In some instances the costs of such site visits or meetings may be met in part or in whole by the issuers concerned if Goldman Sachs Australia considers it is appropriate and reasonable in the specific circumstances relating to the site visit or meeting. To the extent that the contents of this document contains any financial product advice, it is general advice only and has been prepared by Goldman Sachs without taking into account a client's objectives, financial situation or needs. A client should, before acting on any such advice, consider the appropriateness of the advice having regard to the client's own objectives, financial situation and needs. **Brazil:** Disclosure information in relation to CVM Instruction 483 is available at http://www.gs.com/worldwide/brazil/area/gir/index.html. Where applicable, the Brazil-registered analyst primarily responsible for the content of this research report, as defined in Article 16 of CVM Instruction 483, is the first author named at the beginning of this report, unless indicated otherwise at the end of the text. **Canada:** Goldman Sachs Canada Inc. is an affiliate of The Goldman Sachs Group Inc. and therefore is included in the company specific disclosures relating to Goldman Sachs (as defined above). Goldman Sachs Canada Inc. has approved of, and agreed to take responsibility for, this research report in Canada if and to the extent that Goldman Sachs Canada Inc. disseminates this research report to its clients. **Hong Kong:** Further information on the securities of covered companies referred to in this research may be obtained on request from Goldman Sachs (Asia) L.L.C. **India:** Further information on the subject company or companies referred to in this research may be obtained from Goldman Sachs (India) Securities Private Limited, Research Analyst - SEBI Registration Number INH000001493, 951-A, Rational House, Appasaheb Marathe Marg, Prabhadevi, Mumbai 400 025, India, Corporate Identity Number U74140MH2006FTC160634, Phone +91 22 6616 9000, Fax +91 22 6616 9001. Goldman Sachs may beneficially own 1% or more of the securities (as such term is defined in clause 2 (h) the Indian Securities Contracts (Regulation) Act, 1956) of the subject company or companies referred to in this research report. **Japan:** See below. **Korea:** Further information on the subject company or companies referred to in this research may be obtained

from Goldman Sachs (Asia) L.L.C., Seoul Branch.  **New Zealand:** Goldman Sachs New Zealand Limited and its affiliates are neither "registered banks" nor "deposit takers" (as defined in the Reserve Bank of New Zealand Act 1989) in New Zealand. This research, and any access to it, is intended for "wholesale clients" (as defined in the Financial Advisers Act 2008) unless otherwise agreed by Goldman Sachs.  **Russia:** Research reports distributed in the Russian Federation are not advertising as defined in the Russian legislation, but are information and analysis not having product promotion as their main purpose and do not provide appraisal within the meaning of the Russian legislation on appraisal activity.  **Singapore:** Further information on the covered companies referred to in this research may be obtained from Goldman Sachs (Singapore) Pte. (Company Number: 198602165W).  **Taiwan:** This material is for reference only and must not be reprinted without permission. Investors should carefully consider their own investment risk. Investment results are the responsibility of the individual investor.  **United Kingdom:** Persons who would be categorized as retail clients in the United Kingdom, as such term is defined in the rules of the Financial Conduct Authority, should read this research in conjunction with prior Goldman Sachs research on the covered companies referred to herein and should refer to the risk warnings that have been sent to them by Goldman Sachs International. A copy of these risks warnings, and a glossary of certain financial terms used in this report, are available from Goldman Sachs International on request.

**European Union:** Disclosure information in relation to Article 4 (1) (d) and Article 6 (2) of the European Commission Directive 2003/125/EC is available at http://www.gs.com/disclosures/europeanpolicy.html which states the European Policy for Managing Conflicts of Interest in Connection with Investment Research.

**Japan:** Goldman Sachs Japan Co., Ltd. is a Financial Instrument Dealer registered with the Kanto Financial Bureau under registration number Kinsho 69, and a member of Japan Securities Dealers Association, Financial Futures Association of Japan and Type II Financial Instruments Firms Association. Sales and purchase of equities are subject to commission pre-determined with clients plus consumption tax. See company-specific disclosures as to any applicable disclosures required by Japanese stock exchanges, the Japanese Securities Dealers Association or the Japanese Securities Finance Company.

### Ratings, coverage groups and views and related definitions

**Buy (B), Neutral (N), Sell (S) -** Analysts recommend stocks as Buys or Sells for inclusion on various regional Investment Lists. Being assigned a Buy or Sell on an Investment List is determined by a stock's total return potential relative to its coverage. Any stock not assigned as a Buy or a Sell on an Investment List with an active rating (i.e., a stock that is not Rating Suspended, Not Rated, Coverage Suspended or Not Covered), is deemed Neutral. Each regional Investment Review Committee manages various regional Investment Lists to a global guideline of 25%-35% of stocks as Buy and 10%-15% of stocks as Sell; however, the distribution of Buys and Sells in any particular analyst's coverage group may vary as determined by the regional Investment Review Committee. Additionally, each Investment Review Committee manages Regional Conviction lists, which represent investment recommendations focused on the size of the total return potential and/or the likelihood of the realization of the return across their respective areas of coverage.  The addition or removal of stocks from such Conviction lists do not represent a change in the analysts' investment rating for such stocks.

**Total return potential** represents the upside or downside differential between the current share price and the price target, including all paid or anticipated dividends, expected during the time horizon associated with the price target. Price targets are required for all covered stocks. The total return potential, price target and associated time horizon are stated in each report adding or reiterating an Investment List membership.

**Coverage groups and views:** A list of all stocks in each coverage group is available by primary analyst, stock and coverage group at http://www.gs.com/research/hedge.html. The analyst assigns one of the following coverage views which represents the analyst's investment outlook on the coverage group relative to the group's historical fundamentals and/or valuation.  **Attractive (A).** The investment outlook over the following 12 months is favorable relative to the coverage group's historical fundamentals and/or valuation.  **Neutral (N).** The investment outlook over the following 12 months is neutral relative to the coverage group's historical fundamentals and/or valuation.  **Cautious (C).** The investment outlook over the following 12 months is unfavorable relative to the coverage group's historical fundamentals and/or valuation.

**Not Rated (NR).** The investment rating and target price have been removed pursuant to Goldman Sachs policy when Goldman Sachs is acting in an advisory capacity in a merger or strategic transaction involving this company and in certain other circumstances.  **Rating Suspended (RS).** Goldman Sachs Research has suspended the investment rating and price target for this stock, because there is not a sufficient fundamental basis for determining, or there are legal, regulatory or policy constraints around publishing, an investment rating or target. The previous investment rating and price target, if any, are no longer in effect for this stock and should not be relied upon.  **Coverage Suspended (CS).** Goldman Sachs has suspended coverage of this company.  **Not Covered (NC).** Goldman Sachs does not cover this company.  **Not Available or Not Applicable (NA).** The information is not available for display or is not applicable.  **Not Meaningful (NM).** The information is not meaningful and is therefore excluded.

### Global product; distributing entities

The Global Investment Research Division of Goldman Sachs produces and distributes research products for clients of Goldman Sachs on a global basis. Analysts based in Goldman Sachs offices around the world produce equity research on industries and companies, and research on macroeconomics, currencies, commodities and portfolio strategy. This research is disseminated in Australia by Goldman Sachs Australia Pty Ltd (ABN 21 006 797 897); in Brazil by Goldman Sachs do Brasil Corretora de Títulos e Valores Mobiliários S.A.; Ombudsman Goldman Sachs Brazil: 0800 727 5764 and / or ouvidoriagoldmansachs@gs.com. Available Weekdays (except holidays), from 9am to 6pm. Ouvidoria Goldman Sachs Brasil: 0800 727 5764 e/ou ouvidoriagoldmansachs@gs.com. Horário de funcionamento: segunda-feira à sexta-feira (exceto feriados), das 9h às 18h; in Canada by either Goldman Sachs Canada Inc. or Goldman Sachs & Co. LLC; in Hong Kong by Goldman Sachs (Asia) L.L.C.; in India by Goldman Sachs (India) Securities Private Ltd.; in Japan by Goldman Sachs Japan Co., Ltd.; in the Republic of Korea by Goldman Sachs (Asia) L.L.C., Seoul Branch; in New Zealand by Goldman Sachs New Zealand Limited; in Russia by OOO Goldman Sachs; in Singapore by Goldman Sachs (Singapore) Pte. (Company Number: 198602165W); and in the United States of America by Goldman Sachs & Co. LLC. Goldman Sachs International has approved this research in connection with its distribution in the United Kingdom and European Union.

**European Union:** Goldman Sachs International authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority, has approved this research in connection with its distribution in the European Union and United Kingdom; Goldman Sachs AG and Goldman Sachs International Zweigniederlassung Frankfurt, regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht, may also distribute research in Germany.

### General disclosures

This research is for our clients only. Other than disclosures relating to Goldman Sachs, this research is based on current public information that we consider reliable, but we do not represent it is accurate or complete, and it should not be relied on as such. The information, opinions, estimates and forecasts contained herein are as of the date hereof and are subject to change without prior notification. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Other than certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgment.

Goldman Sachs conducts a global full-service, integrated investment banking, investment management, and brokerage business. We have investment banking and other business relationships with a substantial percentage of the companies covered by our Global Investment Research Division. Goldman Sachs & Co. LLC, the United States broker dealer, is a member of SIPC (http://www.sipc.org).

For the exclusive use of MATTBLAKE@APPLE.COM

Confidential                                                                                                                    APL-SECLIT_00001072

Goldman Sachs                                                                                                                           Apple Inc. (AAPL)

Our salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies to our clients and principal trading desks that reflect opinions that are contrary to the opinions expressed in this research. Our asset management area, principal trading desks and investing businesses may make investment decisions that are inconsistent with the recommendations or views expressed in this research.

The analysts named in this report may have from time to time discussed with our clients, including Goldman Sachs salespersons and traders, or may discuss in this report, trading strategies that reference catalysts or events that may have a near-term impact on the market price of the equity securities discussed in this report, which impact may be directionally counter to the analyst's published price target expectations for such stocks. Any such trading strategies are distinct from and do not affect the analyst's fundamental equity rating for such stocks, which rating reflects a stock's return potential relative to its coverage group as described herein.

We and our affiliates, officers, directors, and employees, excluding equity and credit analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives, if any, referred to in this research.

The views attributed to third party presenters at Goldman Sachs arranged conferences, including individuals from other parts of Goldman Sachs, do not necessarily reflect those of Global Investment Research and are not an official view of Goldman Sachs.

Any third party referenced herein, including any salespeople, traders and other professionals or members of their household, may have positions in the products mentioned that are inconsistent with the views expressed by analysts named in this report.

This research is not an offer to sell or the solicitation of an offer to buy any security in any jurisdiction where such an offer or solicitation would be illegal. It does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Clients should consider whether any advice or recommendation in this research is suitable for their particular circumstances and, if appropriate, seek professional advice, including tax advice. The price and value of investments referred to in this research and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

Certain transactions, including those involving futures, options, and other derivatives, give rise to substantial risk and are not suitable for all investors. Investors should review current options disclosure documents which are available from Goldman Sachs sales representatives or at http://www.theocc.com/about/publications/character-risks.jsp. Transaction costs may be significant in option strategies calling for multiple purchase and sales of options such as spreads. Supporting documentation will be supplied upon request.

**Differing Levels of Service provided by Global Investment Research:** The level and types of services provided to you by the Global Investment Research division of GS may vary as compared to that provided to internal and other external clients of GS, depending on various factors including your individual preferences as to the frequency and manner of receiving communication, your risk profile and investment focus and perspective (e.g., marketwide, sector specific, long term, short term), the size and scope of your overall client relationship with GS, and legal and regulatory constraints. As an example, certain clients may request to receive notifications when research on specific securities is published, and certain clients may request that specific data underlying analysts' fundamental analysis available on our internal client websites be delivered to them electronically through data feeds or otherwise. No change to an analyst's fundamental research views (e.g., ratings, price targets, or material changes to earnings estimates for equity securities), will be communicated to any client prior to inclusion of such information in a research report broadly disseminated through electronic publication to our internal client websites or through other means, as necessary, to all clients who are entitled to receive such reports.

All research reports are disseminated and available to all clients simultaneously through electronic publication to our internal client websites. Not all research content is redistributed to our clients or available to third-party aggregators, nor is Goldman Sachs responsible for the redistribution of our research by third party aggregators. For research, models or other data related to one or more securities, markets or asset classes (including related services) that may be available to you, please contact your GS representative or go to http://360.gs.com.

Disclosure information is also available at http://www.gs.com/research/hedge.html or from Research Compliance, 200 West Street, New York, NY 10282.

**© 2018 Goldman Sachs.**

**No part of this material may be (i) copied, photocopied or duplicated in any form by any means or (ii) redistributed without the prior written consent of The Goldman Sachs Group, Inc.**

For the exclusive use of MATTBLAKE@APPLE.COM

Confidential                                                                                                                               APL-SECLIT_00001073