# EXHIBIT 37

# GUGGENHEIM

October 18, 2018

**Robert Cihra, Analyst**
robert.cihra@guggenheimpartners.com
212 901 9409

**Amil Patel, Associate**
amil.patel@guggenheimpartners.com
212 518 9892

## AAPL — Dec Qtr Consensus Looks Too Low

**Key Message:** Apple reports on Nov 1 and while we just tick up our Sep-qtr revenue estimate to $61.9B (+18%Y/Y) from $61.4B and EPS to $2.80 (+35%Y/Y) from $2.77, or 1% above consensus, we increase our already-high Dec-qtr estimates even further as we now expect revenue of $98.5B (+12%Y/Y) and EPS $5.15 (+32%Y/Y) vs. our prior $96.3B/$5.03 and consensus still just $92.6B/$4.91, driven by yet another quarter of upside iPhone ASPs even as they now start to anniversary last year's historical increases. Reiterate BUY and $245 PT.

## AAPL                                   BUY
**Apple Inc.**
**Sector: IT Hardware & Mobility**

### Estimate Changes
| | |
|---|---|
| Share Price | $216.02 |
| Price Target | $245.00 |

| Revenue ($B) (FY SEP) | 1Q | 2Q | 3Q | 4Q | FY |
|---|---|---|---|---|---|
| 2017 | 78.4 | 52.9 | 45.4 | 52.6 | 229.2 |
| 2018 | 88.3 | 61.1 | 53.3 | 61.9E | 264.6E |
| 2019 | 98.5E | 67.4E | 57.2E | 66.2E | 289.4E |

| EPS ($) (FY SEP) | 1Q | 2Q | 3Q | 4Q | FY |
|---|---|---|---|---|---|
| 2017 | 3.36 | 2.10 | 1.67 | 2.07 | 9.21 |
| P/E | | | | | 23.5x |
| 2018 | 3.89 | 2.73 | 2.34 | 2.80E | 11.79E |
| Prior | — | — | — | 2.77E | 11.76E |
| P/E | | | | | 18.3x |
| 2019 | 5.15E | 3.13E | 2.53E | 3.10E | 13.95E |
| Prior | 5.03E | 3.15E | 2.52E | 3.04E | 13.78E |
| P/E | | | | | 15.5x |

### Financial Metrics
| | |
|---|---|
| Debt/Total Capital | 50% |
| Net Cash/Share | $26.21 |

### Market Data & Valuation Multiples
| | |
|---|---|
| 52-Week Range | $150.24 - $233.47 |
| Dividend | $2.92 |
| Dividend Yield | 1.4% |
| Shares Out (M) | 4,829.9 |
| Market Cap (M) | $1,043,361 |
| Enterprise Value (M) | $935,103 |
| ADV (3 mo; 000) | 30,678 |

**Units just slightly better but ASPs keep increasing, even after Sep-qtr anniversary.** We continue to estimate Sep-qtr iPhone units of 47mil (+1%Y/Y) and Dec-qtr units re-accelerating just a bit to 80mil (+3%Y/Y), but ASPs up +24%Y/Y in the Sep-qtr and still another +6%Y/Y in the Dec-qtr. We also still estimate ASPs +6%Y/Y for all of FY19E even as they now need to lap FY18E's +17%Y/Y jump; combining with units +2%Y/Y to drive iPhone REVENUE +9%Y/Y in FY19E, a meaningful moderation from +17%Y/Y in FY18E but still better than the +3%Y/Y in FY17 and -12%Y/Y back in FY16.

**While "growth via ASP" was news a year ago but less so today, we nevertheless still see two remaining drivers:** 1) upside in the new larger-screen 6.5-inch iPhone XS Max ($1099), satisfying demand after a Plus-sized X was sorely missed last year when OLED panels were tight, and 2) our expectation for the new 6.1-inch iPhone XR ($749), which starts shipping Oct 26, to be ASP dilutive vs. the XS/Max BUT bring enough new LCD-model improvement (e.g., 20% bigger screen, "notch" for 3D sensing/Face ID, dual-SIM, new range of colors) that it can ship ~50% more units than the combined total of last year's iPhone 8+8 Plus.

**Better chance XR mixes demand UP than down.** We see more risk in iPhone ASP this year vs. last, needing to lap FY18E's historical +17%Y/Y and IF the new XR (i.e., priced $749 at the average of a prior-gen 4.7" iPhone 8's $699 and 5.5" 8 Plus's $799; with cheaper LCD vs. OLED, single-lens camera and casing vs. the XS) pulls demand mix down from the higher-priced XS/Max. HOWEVER, we think history shows a better likelihood the XR rather pulls demand UP from cheaper prior-gen 7 and 6 class buyers, driven by Apple's high-end demographic and peel-off-the-top model. XR preorders begin today and we estimate it accounting for >40% of Apple's unit mix in the Dec-qtr and >50% in the Mar-qtr, while the $1099 XS Max outsells its $999 5.8-inch XS counterpart by 3-to-1.

**We continue to estimate Services revs of $9.7B in the Sep-qtr,** +14%Y/Y but +23%Y/Y excluding Sep-17's $640mil one-off gain; with our expectation that Services growing another +19%Y/Y in FY19E can keep boosting Apple's P/E.

**The recent cellular Apple Watch Series 4 refresh also increased its price +$100 to $499 vs. the prior-gen,** with >30% larger display, 9% thinner design, 2X faster processor and more features/sensors advancing Apple's health/fitness focus; which we see helping sustain our estimate for "Other Products" to represent Apple's fastest-growing business at +38%Y/Y in FY18E and +24%Y/Y in FY19E vs. just +16%Y/Y back in FY17.

**China comps get tougher again now starting in the Sep-qtr,** as revs were +12%Y/Y in Sep-17 after 6 preceding quarters of 10-33%Y/Y declines, which could add to growing new concerns already surrounding trade; but we believe bigger iPhone screens should still be a bigger hit in China than the past few generations.

**Apple just sent out invites for an Oct 30 event where we expect it to refresh iPads and Macs.** We estimate iPad units just +1%Y/Y in the Sep-qtr, although stability looking to have now set in after passing the 4-year (i.e., likely iPad lifecycle) anniversary of "peak iPads" back in CY13. We estimate Mac units -11%Y/Y in the Sep-qtr and overdue for Macbook and iMac updates.

Confidential      APL-SECLIT_00001155

Figure 1.   iPhone Units, Growth and ASP – Quarterly and Annual



*Source: Company reports, Guggenheim Securities, LLC estimates*

Figure 2.   Apple's Y/Y Revenue Growth Contributors by Product/Service



*Source: Company reports, Guggenheim Securities, LLC estimates*

Figure 3.   Apple – Overall Unit, Revenue and Margin Trends



*Source: Company reports, Guggenheim Securities, LLC estimates*

**Valuation**

Our AAPL price target of $245 is based on a P/E of 17x and 15x ex-cash, and EV/FCF of 15x on CY19E, representing a premium to AAPL's average P/E and EV/FCF of 13x over the past 5 years, but one we think is justified by re-accelerated growth and more consistent Services profits.

**Risks**

Risks to our rating and price target for Apple include its exposure to premium-priced consumer IT markets and revenue/profit concentration from just a handful of key products, particularly its iPhone, so it could face competitive pricing and margin pressure.

Figure 4.   Apple – Income Statement

|  | | | | | 2018E | | | | 2019E | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | FY | FY | Q1 | Q2 | Q3 | Q4E | FY | Q1E | Q2E | Q3E | Q4E | FY | FY |
| ($ in millions) | 2016 | 2017 | Dec-17 | Mar-18 | Jun-18 | Sep-18 | 2018E | Dec-18 | Mar-19 | Jun-19 | Sep-19 | 2019E | 2020E |
| **Net sales** | **$215,639** | **$229,234** | **$88,293** | **$61,137** | **$53,265** | **$61,942** | **$264,637** | **$98,535** | **$67,399** | **$57,248** | **$66,228** | **$289,411** | **$298,384** |
| Cost of sales | 131,376 | 141,048 | 54,381 | 37,715 | 32,844 | 38,266 | 163,206 | 60,383 | 41,380 | 34,905 | 40,789 | 177,457 | 182,691 |
| Gross profit | $84,263 | $88,186 | $33,912 | $23,422 | $20,421 | $23,676 | $101,431 | $38,152 | $26,019 | $22,343 | $25,439 | $111,954 | $115,693 |
| R & D | 10,045 | 11,581 | 3,407 | 3,378 | 3,701 | 3,796 | 14,282 | 4,116 | 4,016 | 4,116 | 4,216 | 16,464 | 17,464 |
| S G & A | 14,194 | 15,261 | 4,231 | 4,150 | 4,108 | 4,203 | 16,692 | 4,623 | 4,508 | 4,358 | 4,428 | 17,917 | 18,196 |
| Operating expenses | $24,239 | $26,842 | $7,638 | $7,528 | $7,809 | $7,999 | $30,974 | $8,739 | $8,524 | $8,474 | $8,644 | $34,381 | $35,660 |
| **Operating income** | **$60,024** | **$61,344** | **$26,274** | **$15,894** | **$12,612** | **$15,677** | **$70,457** | **$29,413** | **$17,495** | **$13,869** | **$16,795** | **$77,573** | **$80,034** |
| Interest, other inc(exp) | 1,348 | 2,745 | 756 | 274 | 672 | 300 | 2,002 | 300 | 300 | 300 | 300 | 1,200 | 1,200 |
| Pretax income | $61,372 | $64,089 | $27,030 | $16,168 | $13,284 | $15,977 | $72,459 | $29,713 | $17,795 | $14,169 | $17,095 | $78,773 | $81,234 |
| Income taxes | 15,685 | 15,738 | 6,965 | 2,346 | 1,765 | 2,397 | 13,473 | 5,051 | 3,025 | 2,409 | 2,906 | 13,391 | 13,810 |
| **Net income** | **$45,687** | **$48,351** | **$20,065** | **$13,822** | **$11,519** | **$13,581** | **$58,987** | **$24,662** | **$14,770** | **$11,761** | **$14,189** | **$65,382** | **$67,424** |
| Extraordinary items | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Net inc. after x/o items | $45,687 | $48,351 | $20,065 | $13,822 | $11,519 | $13,581 | $58,987 | $24,662 | $14,770 | $11,761 | $14,189 | $65,382 | $67,424 |
| **EPS (operating)** | **$8.31** | **$9.21** | **$3.89** | **$2.73** | **$2.34** | **$2.80** | **$11.79** | **$5.15** | **$3.13** | **$2.53** | **$3.10** | **$13.95** | **$15.28** |
| EPS (reported) | $8.31 | $9.21 | $3.89 | $2.73 | $2.34 | $2.80 | $11.79 | $5.15 | $3.13 | $2.53 | $3.10 | $13.95 | $15.28 |
| Shares o/s, diluted | 5,500 | 5,252 | 5,158 | 5,068 | 4,927 | 4,857 | 5,002 | 4,789 | 4,720 | 4,652 | 4,584 | 4,686 | 4,414 |
| **% of Sales:** | | | | | | | | | | | | | |
| Gross margin | 39.1% | 38.5% | 38.4% | 38.3% | 38.3% | 38.2% | 38.3% | 38.7% | 38.6% | 39.0% | 38.4% | 38.7% | 38.8% |
| R & D | 4.7% | 5.1% | 3.9% | 5.5% | 6.9% | 6.1% | 5.4% | 4.2% | 6.0% | 7.2% | 6.4% | 5.7% | 5.9% |
| S G & A | 6.6% | 6.7% | 4.8% | 6.8% | 7.7% | 6.8% | 6.3% | 4.7% | 6.7% | 7.6% | 6.7% | 6.2% | 6.1% |
| Operating expenses | 11.2% | 11.7% | 8.7% | 12.3% | 14.7% | 12.9% | 11.7% | 8.9% | 12.6% | 14.8% | 13.1% | 11.9% | 12.0% |
| Operating margin | 27.8% | 26.8% | 29.8% | 26.0% | 23.7% | 25.3% | 26.6% | 29.9% | 26.0% | 24.2% | 25.4% | 26.8% | 26.8% |
| Pretax margin | 28.5% | 28.0% | 30.6% | 26.4% | 24.9% | 25.8% | 27.4% | 30.2% | 26.4% | 24.8% | 25.8% | 27.2% | 27.2% |
| *Tax rate* | *25.6%* | *24.6%* | *25.8%* | *14.5%* | *13.3%* | *15.0%* | *18.6%* | *17.0%* | *17.0%* | *17.0%* | *17.0%* | *17.0%* | *17.0%* |
| Net margin | 21.2% | 21.1% | 22.7% | 22.6% | 21.6% | 21.9% | 22.3% | 25.0% | 21.9% | 20.5% | 21.4% | 22.6% | 22.6% |
| **Y/Y % Change:** | | | | | | | | | | | | | |
| Net sales | -8% | 6% | 13% | 16% | 17% | 18% | 15% | 12% | 10% | 7% | 7% | 9% | 3% |
| Operating income | -16% | 2% | 12% | 13% | 17% | 19% | 15% | 12% | 10% | 10% | 7% | 10% | 3% |
| EPS | -10% | 11% | 16% | 30% | 40% | 35% | 28% | 32% | 15% | 8% | 11% | 18% | 9% |
| **Q/Q % Change:** | | | | | | | | | | | | | |
| Net sales | | | 68% | -31% | -13% | 16% | | 59% | -32% | -15% | 16% | | |
| EPS | | | 88% | -30% | -14% | 20% | | 84% | -39% | -19% | 22% | | |
| **Calendar Year** | **CY16** | **CY17** | | | | | **CY18E** | | | | | **CY19E** | |
| Revenue | $218,118 | $239,176 | | | | | $274,879 | | | | | $291,496 | |
| Y/Y | -7% | 10% | | | | | 15% | | | | | 6% | |
| EPS | $8.32 | $9.70 | | | | | $12.95 | | | | | $14.15 | |
| Y/Y | -11% | 17% | | | | | 34% | | | | | 9% | |
| **Company guidance:** | | | | | | | | | | | | | |
| Revs | | | | | | | $60-62B | | | | | | |
| GM | | | | | | | 38%-38.5% | | | | | | |
| Opex | | | | | | | $7.95-8.05B | | | | | | |
| Implied EPS | | | | | | | $2.64-2.81 | | | | | | |

*Source: Company reports, Guggenheim Securities, LLC estimates*

Figure 5.   Apple – Unit and ASP Model

|  | FY 2016 | FY 2017 | 2018E Q1 Dec-17 | Q2 Mar-18 | Q3 Jun-18 | Q4E Sep-18 | FY 2018E | 2019E Q1E Dec-18 | Q2E Mar-19 | Q3E Jun-19 | Q4E Sep-19 | FY 2019E | FY 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Units (000)** | | | | | | | | | | | | | |
| iPhones | 211,884 | 216,756 | 77,316 | 52,217 | 41,300 | 47,000 | 217,833 | 80,000 | 52,800 | 42,240 | 47,731 | 222,771 | 223,920 |
| iPads | 45,590 | 43,753 | 13,170 | 9,113 | 11,553 | 10,398 | 44,234 | 13,517 | 9,192 | 10,754 | 10,324 | 43,787 | 43,884 |
| Macs | 18,484 | 19,251 | 5,112 | 4,078 | 3,720 | 4,780 | 17,690 | 4,781 | 3,768 | 3,767 | 4,639 | 16,955 | 16,647 |
| iPods | 5,613 | 3,610 | 621 | 350 | 335 | 335 | 1,642 | 549 | 350 | 335 | 335 | 1,569 | 1,569 |
| Watch | 10,415 | 14,804 | 7,000 | 4,644 | 4,135 | 4,680 | 20,459 | 8,225 | 5,457 | 4,858 | 5,499 | 24,039 | 27,645 |
| **Y/Y % Change** | | | | | | | | | | | | | |
| iPhones | -8% | 2% | -1% | 3% | 1% | 1% | 0% | 3% | 1% | 2% | 2% | 2% | 1% |
| iPads | -17% | -4% | 1% | 2% | 1% | 1% | 1% | 3% | 1% | -7% | -1% | -1% | 0% |
| Macs | -10% | 4% | -5% | -3% | -13% | -11% | -8% | -6% | -8% | 1% | -3% | -4% | -2% |
| iPods | -42% | -36% | -63% | -55% | -56% | -12% | -55% | -12% | 0% | 0% | 0% | -4% | 0% |
| Watch | 70% | 42% | 51% | 29% | 40% | 30% | 38% | 18% | 18% | 18% | 18% | 18% | 15% |
| **Q/Q % Change** | | | | | | | | | | | | | |
| iPhones | | | 66% | -32% | -21% | 14% | | 70% | -34% | -20% | 13% | | |
| iPads | | | 28% | -31% | 27% | -10% | | 30% | -32% | 17% | -4% | | |
| Macs | | | -5% | -20% | -9% | 28% | | 0% | -21% | 0% | 23% | | |
| iPods | | | 64% | -44% | -4% | 0% | | 64% | -36% | -4% | 0% | | |
| Watch | | | 94% | -34% | -11% | 13% | | 76% | -34% | -11% | 13% | | |
| **% iPhone Unit Mix** | | | | | | | | | | | | | |
| iPhone - hi end | 67% | 72% | 63% | 55% | 62% | 68% | 62% | 79% | 80% | 80% | 85% | 81% | 79% |
| iPhone - low end | 33% | 28% | 37% | 45% | 38% | 32% | 38% | 21% | 20% | 20% | 15% | 19% | 21% |
| **% iPad Unit Mix** | | | | | | | | | | | | | |
| iPad - hi end | 67% | 64% | 64% | 66% | 66% | 67% | 66% | 66% | 67% | 67% | 67% | 67% | 67% |
| iPad - low end | 33% | 36% | 36% | 34% | 34% | 33% | 34% | 34% | 33% | 33% | 33% | 33% | 33% |
| **% Mac Unit Mix** | | | | | | | | | | | | | |
| Desktops | 19% | 16% | 16% | 16% | 19% | 15% | 16% | 18% | 17% | 18% | 15% | 17% | 16% |
| Portables | 81% | 84% | 84% | 84% | 81% | 85% | 84% | 82% | 83% | 82% | 85% | 83% | 84% |
| **ASP ($)** | | | | | | | | | | | | | |
| iPhone ASP | $645 | $652 | $796 | $728 | $724 | $767 | $760 | $845 | $795 | $757 | $807 | $808 | $806 |
| iPad ASP | $452 | $439 | $445 | $451 | $410 | $457 | $440 | $451 | $460 | $415 | $456 | $445 | $444 |
| Mac ASP | $1,235 | $1,343 | $1,349 | $1,434 | $1,433 | $1,432 | $1,409 | $1,431 | $1,431 | $1,400 | $1,360 | $1,404 | $1,365 |
| iPod ASP | $143 | $146 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 |
| Watch ASP | $428 | $422 | $439 | $440 | $445 | $460 | $445 | $480 | $480 | $480 | $480 | $480 | $480 |
| **Y/Y % Change** | | | | | | | | | | | | | |
| iPhone ASP | -4% | 1% | 15% | 11% | 20% | 24% | 17% | 6% | 9% | 4% | 5% | 6% | 0% |
| iPad ASP | 7% | -3% | 5% | 4% | -6% | -2% | 0% | 1% | 2% | 1% | 0% | 1% | 0% |
| Mac ASP | 0% | 9% | 0% | 3% | 10% | 8% | 5% | 6% | 0% | -2% | -5% | 0% | -3% |
| iPod ASP | -4% | 2% | 44% | 43% | 43% | 0% | 37% | 0% | 0% | 0% | 0% | 0% | 0% |
| Watch ASP | -3% | -1% | 5% | 4% | 5% | 8% | 5% | 9% | 9% | 8% | 4% | 8% | 0% |
| **Q/Q % Change** | | | | | | | | | | | | | |
| iPhone ASP | | | 29% | -9% | -1% | 6% | | 10% | -6% | -5% | 7% | | |
| iPad ASP | | | -5% | 1% | -9% | 11% | | -1% | 2% | -10% | 10% | | |
| Mac ASP | | | 1% | 6% | 0% | 0% | | 0% | 0% | -2% | -3% | | |
| iPod ASP | | | 0% | 0% | 0% | 0% | | 0% | 0% | 0% | 0% | | |
| Watch ASP | | | 3% | 0% | 1% | 3% | | 4% | 0% | 0% | 0% | | |

*Source: Company reports, Guggenheim Securities, LLC estimates*

Figure 6.  Apple – Revenue and Margin Model

|  | FY 2016 | FY 2017 | 2018E Q1 Dec-17 | Q2 Mar-18 | Q3 Jun-18 | Q4E Sep-18 | FY 2018E | 2019E Q1E Dec-18 | Q2E Mar-19 | Q3E Jun-19 | Q4E Sep-19 | FY 2019E | FY 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue ($mil)** | $215,639 | $229,234 | $88,293 | $61,137 | $53,265 | $61,942 | $264,637 | $98,535 | $67,399 | $57,248 | $66,228 | $289,411 | $298,384 |
| iPhone | $136,700 | $141,319 | $61,576 | $38,032 | $29,906 | $36,061 | $165,575 | $67,571 | $41,977 | $31,961 | $38,526 | $180,036 | $180,556 |
| iPad | $20,628 | $19,222 | $5,862 | $4,113 | $4,741 | $4,755 | $19,471 | $6,098 | $4,229 | $4,460 | $4,706 | $19,494 | $19,487 |
| Mac | $22,831 | $25,850 | $6,895 | $5,848 | $5,330 | $6,845 | $24,918 | $6,839 | $5,393 | $5,273 | $6,307 | $23,812 | $22,726 |
| Services | $24,348 | $29,980 | $8,471 | $9,190 | $9,548 | $9,704 | $36,913 | $10,578 | $10,888 | $11,092 | $11,456 | $44,014 | $50,896 |
|   App Store | $7,332 | $10,596 | $3,193 | $3,490 | $3,545 | $3,666 | $13,894 | $3,852 | $4,217 | $4,402 | $4,492 | $16,963 | $20,375 |
|   iTunes+Music | $5,274 | $5,729 | $1,567 | $1,590 | $1,664 | $1,725 | $6,546 | $1,886 | $1,865 | $1,911 | $1,987 | $7,650 | $8,561 |
|   Licensing | 2,903 | 3,955 | 1,443 | 1,428 | 1,364 | 1,379 | 5,614 | 1,731 | 1,714 | 1,637 | 1,655 | 6,737 | 7,748 |
|   iCloud/ACare/Other | 8,840 | 9,699 | 2,269 | 2,682 | 2,975 | 2,933 | 10,858 | 3,109 | 3,092 | 3,141 | 3,322 | 12,664 | 14,212 |
| Other Products | $11,132 | $12,863 | $5,489 | $3,954 | $3,740 | $4,577 | $17,760 | $7,448 | $4,911 | $4,463 | $5,233 | $22,055 | $24,720 |
|   iPod | 801 | 527 | 124 | 70 | 67 | 67 | 328 | 110 | 70 | 67 | 67 | 314 | 314 |
|   Watch | 4,456 | 6,250 | 3,076 | 2,045 | 1,839 | 2,152 | 9,112 | 3,946 | 2,618 | 2,331 | 2,638 | 11,533 | 13,263 |
|   Accessories | 5,875 | 6,086 | 2,289 | 1,839 | 1,834 | 2,359 | 8,320 | 3,392 | 2,223 | 2,065 | 2,527 | 10,208 | 11,143 |
| **Y/Y % Change** | -8% | 6% | 13% | 16% | 17% | 18% | 15% | 12% | 10% | 7% | 7% | 9% | 3% |
| iPhone | -12% | 3% | 13% | 14% | 20% | 25% | 17% | 10% | 10% | 7% | 7% | 9% | 0% |
| iPad | -11% | -7% | 6% | 6% | -5% | -2% | 1% | 4% | 3% | -6% | -1% | 0% | 0% |
| Mac | -10% | 13% | -5% | 0% | -5% | -5% | -4% | -1% | -8% | -1% | -8% | -4% | -5% |
| Services | 22% | 23% | 18% | 31% | 31% | 14% | 23% | 25% | 18% | 16% | 18% | 19% | 16% |
| Other Products | 11% | 16% | 36% | 38% | 37% | 42% | 38% | 36% | 24% | 19% | 14% | 24% | 12% |
| **Q/Q % Change** |  |  | 68% | -31% | -13% | 16% |  | 59% | -32% | -15% | 16% |  |  |
| iPhone |  |  | 113% | -38% | -21% | 21% |  | 87% | -38% | -24% | 21% |  |  |
| iPad |  |  | 21% | -30% | 15% | 0% |  | 28% | -31% | 5% | 6% |  |  |
| Mac |  |  | -4% | -15% | -9% | 28% |  | 0% | -21% | -2% | 20% |  |  |
| Services |  |  | 0% | 8% | 4% | 2% |  | 9% | 3% | 2% | 3% |  |  |
| Other Products |  |  | 70% | -28% | -5% | 22% |  | 63% | -34% | -9% | 17% |  |  |
| **As % of Revenue** |  |  |  |  |  |  |  |  |  |  |  |  |  |
| iPhone | 63% | 62% | 70% | 62% | 56% | 58% | 63% | 69% | 62% | 56% | 58% | 62% | 61% |
| iPad | 10% | 8% | 7% | 7% | 9% | 8% | 7% | 6% | 6% | 8% | 7% | 7% | 7% |
| Mac | 11% | 11% | 8% | 10% | 10% | 11% | 9% | 7% | 8% | 9% | 10% | 8% | 8% |
| Services | 11% | 13% | 10% | 15% | 18% | 16% | 14% | 11% | 16% | 19% | 17% | 15% | 17% |
|   App Store | 3% | 5% | 4% | 6% | 7% | 6% | 5% | 4% | 6% | 8% | 7% | 6% | 7% |
|   iTunes+Music | 2% | 2% | 2% | 3% | 3% | 3% | 2% | 2% | 3% | 3% | 3% | 3% | 3% |
|   Licensing | 1% | 2% | 2% | 2% | 3% | 2% | 2% | 2% | 3% | 3% | 2% | 2% | 3% |
|   iCloud/ACare/Other | 4% | 4% | 3% | 4% | 6% | 5% | 4% | 3% | 5% | 5% | 5% | 4% | 5% |
| Other Products | 5% | 6% | 6% | 6% | 7% | 7% | 7% | 8% | 7% | 8% | 8% | 8% | 8% |
|   iPod | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
|   Watch | 2% | 3% | 3% | 3% | 3% | 3% | 3% | 4% | 4% | 4% | 4% | 4% | 4% |
|   Accessories | 3% | 3% | 3% | 3% | 3% | 4% | 3% | 3% | 3% | 4% | 4% | 4% | 4% |
| **Gross Margin (%)** | 39.1% | 38.5% | 38.4% | 38.3% | 38.3% | 38.2% | 38.3% | 38.7% | 38.6% | 39.0% | 38.4% | 38.7% | 38.8% |
| iPhone | 41% | 40% | 39% | 38% | 37% | 38% | 38% | 39% | 37% | 37% | 37% | 38% | 37% |
| iPad | 25% | 24% | 24% | 24% | 23% | 23% | 24% | 23% | 23% | 23% | 23% | 23% | 23% |
| Mac | 21% | 19% | 18% | 18% | 17% | 18% | 18% | 18% | 18% | 18% | 18% | 18% | 18% |
| Services | 62% | 64% | 66% | 66% | 66% | 66% | 66% | 66% | 67% | 66% | 66% | 66% | 67% |
| Other Products | 27% | 26% | 26% | 27% | 27% | 27% | 27% | 28% | 27% | 27% | 27% | 27% | 27% |
| **Contribution to Total GM$** |  |  |  |  |  |  |  |  |  |  |  |  |  |
| iPhone | 67% | 64% | 71% | 61% | 55% | 58% | 62% | 69% | 60% | 53% | 56% | 61% | 57% |
| iPad | 6% | 5% | 4% | 4% | 5% | 5% | 5% | 4% | 4% | 5% | 4% | 4% | 4% |
| Mac | 6% | 6% | 4% | 4% | 5% | 5% | 4% | 3% | 4% | 4% | 4% | 4% | 4% |
| Services | 18% | 22% | 17% | 26% | 31% | 27% | 24% | 18% | 28% | 33% | 30% | 26% | 29% |
| Other Products | 4% | 4% | 4% | 4% | 5% | 5% | 5% | 5% | 5% | 5% | 6% | 5% | 6% |

*Source: Company reports, Guggenheim Securities, LLC estimates*

Confidential                                                                                                                    APL-SECLIT_00001160

Figure 7.   Apple – Balance Sheet

| ($ in millions) | 2017 Q1 Dec-16 | 2017 Q2 Mar-17 | 2017 Q3 Jun-17 | 2017 Q4 Sep-17 | 2018E Q1 Dec-17 | 2018E Q2 Mar-18 | 2018E Q3 Jun-18 | 2018E Q4E Sep-18 | 2019E Q1E Dec-18 | 2019E Q2E Mar-19 | 2019E Q3E Jun-19 | 2019E Q4E Sep-19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | | | |
| Cash and equiv. | $16,371 | $15,157 | $18,571 | $20,289 | $27,491 | $45,059 | $31,971 | $34,781 | $39,803 | $31,405 | $27,236 | $33,366 |
| ST mkt securities | 44,081 | 51,944 | 58,188 | 53,892 | 49,662 | 42,881 | 38,999 | 38,999 | 38,999 | 38,999 | 38,999 | 38,999 |
| A/R | 14,057 | 11,579 | 12,399 | 17,874 | 23,440 | 14,324 | 14,104 | 21,322 | 22,047 | 13,572 | 13,834 | 22,405 |
| Inventory | 2,712 | 2,910 | 3,146 | 4,855 | 4,421 | 7,662 | 5,936 | 6,916 | 10,913 | 7,479 | 6,308 | 7,372 |
| Other | 26,111 | 20,400 | 20,571 | 31,735 | 38,796 | 20,127 | 24,751 | 24,751 | 24,751 | 24,751 | 24,751 | 24,751 |
| Total current assets | $103,332 | $101,990 | $112,875 | $128,645 | $143,810 | $130,053 | $115,761 | $126,769 | $136,513 | $116,206 | $111,128 | $126,893 |
| PP&E, net | 26,510 | 27,163 | 29,286 | 33,783 | 33,679 | 35,077 | 38,117 | 40,023 | 40,423 | 41,232 | 42,468 | 43,743 |
| LT mkt securities | 185,638 | 189,740 | 184,757 | 194,714 | 207,944 | 179,286 | 172,773 | 172,773 | 172,773 | 172,773 | 172,773 | 172,773 |
| Other | 15,661 | 15,639 | 18,255 | 18,177 | 21,361 | 23,086 | 22,546 | 22,546 | 23,222 | 23,222 | 23,455 | 24,158 |
| Total assets | $331,141 | $334,532 | $345,173 | $375,319 | $406,794 | $367,502 | $349,197 | $362,111 | $372,931 | $353,433 | $349,824 | $367,567 |
| **Liab & Stockholders' Equity** | | | | | | | | | | | | |
| Debt | $13,992 | $13,991 | $18,475 | $18,473 | $18,478 | $20,478 | $17,472 | $17,472 | $17,472 | $17,472 | $17,472 | $17,472 |
| Accounts payable | 38,510 | 28,573 | 31,915 | 49,049 | 62,985 | 34,311 | 38,489 | 48,430 | 53,495 | 36,660 | 38,655 | 51,946 |
| Accrued; defer'd revs | 31,628 | 30,778 | 30,912 | 33,292 | 34,325 | 34,531 | 32,587 | 36,568 | 38,061 | 38,061 | 38,061 | 42,538 |
| Total current liabs | $84,130 | $73,342 | $81,302 | $100,814 | $115,788 | $89,320 | $88,548 | $102,470 | $109,028 | $92,193 | $94,187 | $111,956 |
| LT debt | 73,557 | 84,531 | 89,864 | 97,207 | 103,922 | 101,362 | 97,128 | 97,128 | 97,128 | 97,128 | 97,128 | 97,128 |
| LT liab; defer'd revs | 41,064 | 42,577 | 41,582 | 43,251 | 46,885 | 49,942 | 48,572 | 52,528 | 50,625 | 51,637 | 52,670 | 56,800 |
| Stockholders' equity | 132,390 | 134,082 | 132,425 | 134,047 | 140,199 | 126,878 | 114,949 | 109,984 | 116,150 | 112,475 | 105,839 | 101,682 |
| Total liab & Stock equity | $331,141 | $334,532 | $345,173 | $375,319 | $406,794 | $367,502 | $349,197 | $362,111 | $372,931 | $353,433 | $349,824 | $367,567 |
| Employees (000) | 117.2 | 118.3 | 120.7 | 123.0 | 124.2 | 125.5 | 128.0 | 130.5 | 133.2 | 135.8 | 138.5 | 141.3 |
| **Financial Ratios** | | | | | | | | | | | | |
| Current Ratio | 1.2 | 1.4 | 1.4 | 1.3 | 1.2 | 1.5 | 1.3 | 1.2 | 1.3 | 1.3 | 1.2 | 1.1 |
| Debt/Equity | 66% | 73% | 82% | 86% | 87% | 96% | 100% | 104% | 99% | 102% | 108% | 113% |
| Debt/Total Capital | 40% | 42% | 45% | 46% | 47% | 49% | 50% | 51% | 50% | 50% | 52% | 53% |
| Book Value/Share | $25 | $25 | $25 | $26 | $27 | $25 | $23 | $23 | $24 | $24 | $23 | $22 |
| **Annualized Quarter** | | | | | | | | | | | | |
| Rev./Employee (000) | $2,675 | $1,788 | $1,505 | $1,710 | $2,843 | $1,949 | $1,665 | $1,898 | $2,960 | $1,985 | $1,653 | $1,875 |
| A/R DSO | 16 | 20 | 25 | 31 | 24 | 21 | 24 | 31 | 20 | 18 | 22 | 30 |
| Inventory Turns | 80 | 46 | 37 | 33 | 47 | 25 | 19 | 24 | 27 | 18 | 20 | 24 |
| Days Inventory | 5 | 8 | 10 | 11 | 8 | 14 | 19 | 15 | 13 | 20 | 18 | 15 |
| A/P Days | 72 | 80 | 103 | 135 | 104 | 82 | 105 | 114 | 80 | 80 | 100 | 115 |
| Cash conv cycle (days) | (51) | (52) | (69) | (94) | (73) | (46) | (63) | (68) | (46) | (42) | (60) | (69) |
| ROE | 55% | 33% | 26% | 32% | 59% | 41% | 38% | 48% | 87% | 52% | 43% | 55% |
| ROIC | 32% | 19% | 14% | 16% | 30% | 21% | 18% | 23% | 43% | 25% | 21% | 26% |
| Total cash ($mil) | $246,090 | $256,841 | $261,516 | $268,895 | $285,097 | $267,226 | $243,743 | $246,553 | $251,575 | $243,177 | $239,008 | $245,138 |
| Debt | ($87,549) | ($98,522) | ($108,339) | ($115,680) | ($122,400) | ($121,840) | ($114,600) | ($114,600) | ($114,600) | ($114,600) | ($114,600) | ($114,600) |
| Net cash ($mil) | $158,541 | $158,319 | $153,177 | $153,215 | $162,697 | $145,386 | $129,143 | $131,953 | $136,975 | $128,577 | $124,408 | $130,538 |
| per share | $29.76 | $30.09 | $29.27 | $29.56 | $31.54 | $28.68 | $26.21 | $27.17 | $28.60 | $27.24 | $26.74 | $28.48 |

*Source: Company reports, Guggenheim Securities, LLC estimates*

Confidential                                                                                                       APL-SECLIT_00001161

**Figure 8.   Apple – Cash Flow**

($ in millions)

| Fiscal Years Ending September | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|
| **Cash flows from operating activities:** | | | | | | | | | | |
| Net income (loss) | $25,922 | $41,733 | $37,037 | $39,510 | $53,394 | $45,687 | $48,351 | $58,987 | $65,382 | $67,424 |
| Depreciation & amortization | 1,814 | 3,277 | 6,757 | 7,946 | 11,257 | 10,505 | 10,157 | 10,867 | 11,484 | 12,246 |
| Other, deferred tax, nonrecurring | 4,036 | 6,145 | 3,394 | 5,210 | 4,968 | 9,148 | 10,640 | (26,359) | 3,418 | 3,283 |
| | 31,772 | 51,155 | 47,188 | 52,666 | 69,619 | 65,340 | 69,148 | 43,495 | 80,283 | 82,953 |
| Working capital investment: | | | | | | | | | | |
| (Incr) in accounts receivable | 143 | (5,551) | (1,949) | (4,232) | 611 | 1,095 | (2,093) | (3,462) | (1,083) | (331) |
| (Incr) in inventories | 275 | (15) | (973) | (76) | (238) | 217 | (2,723) | (2,094) | (456) | (171) |
| (Incr) in other assets | (3,325) | (4,576) | 1,080 | (2,053) | (3,914) | 1,039 | (9,572) | 5,471 | (1,612) | (1,728) |
| Incr in accounts payable | 2,515 | 4,467 | 2,340 | 5,938 | 5,400 | 1,791 | 9,618 | (1,198) | 3,516 | 1,227 |
| Incr in other liab/deferred revs. | 6,149 | 5,376 | 5,980 | 7,470 | 9,788 | (3,658) | (780) | 41,679 | 6,824 | 6,552 |
| | 5,757 | (299) | 6,478 | 7,047 | 11,647 | 484 | (5,550) | 40,395 | 7,189 | 5,549 |
| **Net cash from Operations** | **$37,529** | **$50,856** | **$53,666** | **$59,713** | **$81,266** | **$65,824** | **$63,598** | **$83,891** | **$87,472** | **$88,502** |
| **Free cash flow** | **$33,269** | **$42,561** | **$45,501** | **$50,142** | **$70,019** | **$53,090** | **$51,147** | **$68,994** | **$72,269** | **$72,659** |
| **Cash flows from investing activities:** | | | | | | | | | | |
| Capital expenditures | (4,260) | (8,295) | (8,165) | (9,571) | (11,247) | (12,734) | (12,451) | (14,896) | (15,204) | (15,843) |
| Net (purchases) of investments | (32,464) | (38,427) | (24,042) | (9,017) | (44,417) | (30,634) | (33,147) | 31,771 | 0 | 0 |
| Acquisitions, other | (3,695) | (1,505) | (1,567) | (3,991) | (610) | (2,609) | (848) | (2,432) | 0 | 0 |
| Net cash (used in) investing activities | ($40,419) | ($48,227) | ($33,774) | ($22,579) | ($56,274) | ($45,977) | ($46,446) | $14,443 | ($15,204) | ($15,843) |
| **Cash flows from financing activities:** | | | | | | | | | | |
| Net debt incr/(decr) | 0 | 0 | 16,896 | 18,266 | 29,305 | 22,057 | 29,014 | 459 | 0 | 0 |
| Net stock issue/(repurchase) | 1,444 | 790 | (22,711) | (44,689) | (35,460) | (30,390) | (33,592) | (70,573) | (60,000) | (60,000) |
| Dividends | 0 | (2,488) | (10,564) | (11,126) | (11,561) | (12,150) | (12,769) | (13,727) | (13,684) | (12,888) |
| Net cash (used in) financing activities | $1,444 | ($1,698) | ($16,379) | ($37,549) | ($17,716) | ($20,483) | ($17,347) | ($83,841) | ($73,684) | ($72,888) |
| Net increase (decrease) in cash | ($1,446) | $931 | $3,513 | ($415) | $7,276 | ($636) | ($195) | $14,492 | ($1,415) | ($229) |
| Cash at beginning of period | 11,261 | 9,815 | 10,746 | 14,259 | 13,844 | 21,120 | 20,484 | 20,289 | 34,781 | 33,366 |
| Cash at end of period | $9,815 | $10,746 | $14,259 | $13,844 | $21,120 | $20,484 | $20,289 | $34,781 | $33,366 | $33,137 |
| **Fiscal:** | | | | | | | | | | |
| Op Cash Flow/Share | $5.72 | $7.69 | $8.23 | $9.75 | $14.03 | $11.97 | $12.11 | $16.77 | $18.67 | $20.05 |
| FCF/Share | $5.07 | $6.43 | $6.98 | $8.19 | $12.09 | $9.65 | $9.74 | $13.79 | $15.42 | $16.46 |
| **Calendar Year:** | | | | | | | | | | |
| Op Cash Flow/Share | $6.89 | $8.56 | $8.25 | $11.85 | $13.15 | $12.10 | $12.48 | $16.76 | $17.76 | |
| FCF/Share | $6.23 | $7.16 | $7.03 | $10.04 | $11.10 | $9.81 | $10.19 | $13.65 | $14.41 | |

*Source: Company reports, Guggenheim Securities, LLC estimates*

**ANALYST CERTIFICATION**

By issuing this research report, each Guggenheim Securities, LLC ("Guggenheim Securities") research analyst whose name appears in this report hereby certifies that (i) all of the views expressed in this report accurately reflect the research analyst's personal views about any and all of the subject securities or issuers discussed herein and (ii) no part of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst.

**IMPORTANT DISCLOSURES**

The research analyst(s) and research associate(s) have received compensation based upon various factors, including quality of research, investor client feedback, and Guggenheim Securities, LLC's overall revenue, which includes investment banking revenue.

Guggenheim Securities, LLC or its affiliates expect(s) to receive or intend(s) to seek compensation for investment banking services from Apple Inc. in the next 3 months.

Please refer to this website for company-specific disclosures referenced in this report: https://guggenheimsecurities.bluematrix.com/sellside/Disclosures.action. Disclosure information is also available from Compliance, 330 Madison Avenue, New York, NY 10017.



**Rating and Price Target History for: Apple Inc. (AAPL) as of 10-17-2018**

Created by: BlueMatrix

**RATINGS EXPLANATION AND GUIDELINES**

**BUY (B)** - Describes stocks that we expect to provide a total return (price appreciation plus yield) of 10% or more within a 12-month period.

**NEUTRAL (N)** - Describes stocks that we expect to provide a total return (price appreciation plus yield) of between plus 10% and minus 10% within a 12-month period.

**SELL (S)** - Describes stocks that we expect to provide a total negative return (price appreciation plus yield) of 10% or more within a 12-month period.

**NR** - The investment rating and price target have been temporarily suspended. Such suspensions are in compliance with applicable regulations and/or Guggenheim Securities, LLC policies.

**CS** - Coverage Suspended. Guggenheim Securities, LLC has suspended coverage of this company.

**NC** - Not covered. Guggenheim Securities, LLC does not cover this company.

**Monitor -** Describes stocks whose company fundamentals and financials are being monitored, and for which no financial projections or opinions on the investment merits of the company are provided.

**Under Review (UR) -** Following the release of significant news from this company, the rating has been temporarily placed under review until sufficient information has been obtained and assessed by the analyst.

Guggenheim Securities, LLC methodology for assigning ratings may include the following: market capitalization, maturity, growth/value, volatility and expected total return over the next 12 months. The price targets are based on several methodologies, which may include, but are not restricted to, analyses of market risk, growth rate, revenue stream, discounted cash flow (DCF), EBITDA, EPS, cash flow (CF), free cash flow (FCF), EV/EBITDA, P/E, PE/growth, P/CF, P/FCF, premium (discount)/average group EV/EBITDA, premium (discount)/average group P/E, sum of the parts, net asset value, dividend returns, and return on equity (ROE) over the next 12 months.

Price targets are assigned for Buy- and Sell-rated stocks. Price targets for Neutral-rated stocks are provided at the discretion of the analyst.

Confidential                                                                                                                                                                  APL-SECLIT_00001163

**Equity Valuation and Risks**: For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at https://guggenheimlibrary.bluematrix.com/client/library.jsp, contact the primary analyst or your Guggenheim Securities, LLC representative, or email GSResearchDisclosures@guggenheimpartners.com.

**RATINGS DISTRIBUTIONS FOR GUGGENHEIM SECURITIES:**

| Rating Category | Count | Percent | IB Serv./ Past 12Mos. | |
| --- | --- | --- | --- | --- |
| | | | Count | Percent |
| BUY | 211 | 55.67% | 23 | 10.90% |
| NEUTRAL | 161 | 42.48% | 12 | 7.45% |
| SELL | 7 | 1.85% | 0 | 0.00% |

**OTHER DISCLOSURES**

This research is for our clients and prospective clients only. Other than disclosures relating to Guggenheim Securities and its affiliates, this research is based on current public information that we consider reliable, but we do not represent it is accurate or complete, and it should not be relied on as such. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Other than certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the research analyst's judgement. Guggenheim Securities conducts a full-service, integrated investment banking and brokerage business, and one or more of its affiliates conducts an investment management business. Guggenheim Securities is a member of SIPC (http://www.sipc.org). Our salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies to our clients and our employees trading for our own account that reflect opinions that are contrary to the opinions expressed in this research. Guggenheim Securities or certain of its affiliates conducts an investment management business, trades for its own account, and conducts an investment business, and may make investment decisions that are inconsistent with the recommendations or views expressed in this research.

We and our affiliates, officers, directors, and employees, excluding equity and credit analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives, if any, referred to in this research. We and our affiliates also may sell to or buy from customers on a principal basis the securities described herein. We and our affiliates also do business with, or that relates to, companies covered in Guggenheim Securities' research, and may have a position in the debt of the company or companies discussed herein.

This research is not an offer to sell or the solicitation of an offer to buy any security. It does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Clients should consider whether any advice or recommendation in this research is suitable for their particular circumstances and, if appropriate, seek professional advice, including tax advice. The price and value of investments referred to in this research and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

This communication does not constitute an offer of Shares to the public in the United Kingdom. No prospectus has been or will be approved in the United Kingdom in respect of the Securities. Consequently, this communication is directed only at (i) persons who are outside the United Kingdom or (ii) persons who have professional experience in matters relating to investments falling within Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "Order"), (iii) high net worth entities falling within Article 49(2) of the Order (iv) and other persons to whom it may lawfully be communicated (all such persons together being referred to as "relevant persons"). Any investment activity to which this communication relates will only be available to, and will only be engaged with, relevant persons. Any person who is not a relevant person should not act or rely on this document or any of its contents.

**TACTICAL TRADING IDEA DISCLAIMER**

Guggenheim Securities, LLC produces "Tactical Trade Ideas" that identify short-term, catalyst-driven trading opportunities impacting companies within the Firm's coverage universe. Tactical Trade Ideas may exist on companies in this report and may be contrary to the analyst's published rating.

Copyright © 2018 by Guggenheim Securities, LLC, ("Guggenheim") a FINRA registered broker-dealer. All rights reserved. The content of this report is based upon information obtained from sources that Guggenheim generally considers reliable, but Guggenheim makes no representations or warranties with respect to its accuracy, completeness, timeliness, suitability or otherwise, and assumes no responsibility to update it for subsequent events or knowledge. Guggenheim is not responsible for your use of this information.

## Guggenheim Securities Equity Research Team

### Consumer

**Automotive Retail**
Ali Faghri — 310.319.2556 — Ali.Faghri@guggenheimpartners.com

**Beverages**
Laurent Grandet — 212.372.6368 — Laurent.Grandet@guggenheimpartners.com

**Food Retailers; Consumables Retail/Distribution**
John Heinbockel — 212.381.4135 — John.Heinbockel@guggenheimpartners.com

**Hardlines Retail**
Steven Forbes, CFA — 212.381.4188 — Steven.Forbes@guggenheimpartners.com

**Restaurants**
Matthew DiFrisco — 212.823.6599 — Matthew.DiFrisco@guggenheimpartners.com

**Retailing/Department Stores and Specialty Softlines**
Robert Drbul — 212.823.6558 — Robert.Drbul@guggenheimpartners.com

### Energy & Power

**Alternative Energy**
Sophie Karp — 212.518.9162 — Sophie.Karp@guggenheimpartners.com

**Exploration & Production**
Subash Chandra, CFA — 212.918.8771 — Subash.Chandra@guggenheimpartners.com

**Midstream/MLPs**
Matthew Phillips — 832.871.5024 — Matthew.Phillips@guggenheimpartners.com

**Oil Services & Equipment**
Michael LaMotte — 972.638.5500 — Michael.LaMotte@guggenheimpartners.com

**Power and Utilities**
Shahriar Pourreza, CFA — 212.518.5862 — Shahriar.Pourreza@guggenheimpartners.com

### Healthcare

**Biotechnology**
Adnan Butt — 415.671.4386 — Adnan.Butt@guggenheimpartners.com
Whitney Ijem — 212.518.9778 — Whitney.Ijem@guggenheimpartners.com
Michael Schmidt, Ph.D. — 617.859.4636 — Michael.Schmidt@guggenheimpartners.com

**Global Pharmaceuticals**
Seamus Fernandez — 617.859.4637 — Seamus.Fernandez@guggenheimpartners.com

**Medical Supplies & Devices**
Chris Pasquale — 212.518.9420 — Chris.Pasquale@guggenheimpartners.com

### Technology, Media & Telecom

**Communications Infrastructure; Telecom Services**
Robert Gutman — 212.518.9148 — Robert.Gutman@guggenheimpartners.com

**e-Leisure & Lodging**
Jake Fuller — 212.518.9013 — Jake.Fuller@guggenheimpartners.com

**Financial Technology**
Jeff Cantwell, CFA — 212.823.6543 — Jeffrey.Cantwell@guggenheimpartners.com

**IT Hardware & Mobility**
Robert Cihra — 212.901.9409 — Robert.Cihra@guggenheimpartners.com

**Media & Entertainment; Cable & Satellite**
Michael Morris, CFA — 804.253.8025 — Michael.Morris@guggenheimpartners.com
Curry Baker — 804.253.8029 — Curry.Baker@guggenheimpartners.com

**Software**
Nandan Amladi — 212.823.6597 — Nandan.Amladi@guggenheimpartners.com
Ken Wong, CFA — 415.852.6465 — Ken.Wong@guggenheimpartners.com

**Telecom Services**
Mike McCormack, CFA — 212.518.9774 — Mike.McCormack@guggenheimpartners.com

### Sales and Trading Offices

| New York | 212.292.4700 | San Francisco | 415.852.6451 |
|---|---|---|---|
| Boston | 617.859.4626 | Chicago | 312.357.0778 |

**GUGGENHEIM**