# EXHIBIT 38

**COMPANY NOTE**

Initiating Coverage

USA | Technology | Internet

October 29, 2018

# Jefferies

EQUITY RESEARCH AMERICAS

# Apple Inc. (AAPL)

## Building a Valuable Services Business on Top of Apple's Core. Initiate at Buy

**Key Takeaway**

We believe AAPL's stable iPhone business will serve as the foundation upon which it can build a massive, recurring and high margin Services business. By F'22 we believe Services could account for a full 25% of revenue and 40% of gross profit. Applying a higher multiple compared to the lower margin hardware business, we see a significant opportunity for investors as Services alone could be worth $111 to $177 per share by that time.

**Ecosystem intact. iPhone is a mature, stable core upon which Apple can build a robust Services business.** Assuming no surprises in F'4Q, AAPL will have sold over 200MM iPhones for each of the last four yrs. While we expect solid iPhone rev growth in F'18 and '19 driven by higher ASP, even modestly declining iPhone unit sales should be sufficient for AAPL to build a massive, high margin and recurring Services business over time.

**Services could be worth $111 to $177 per share by F'22.** Services is big ($38.3B Jefco est for F'18), accelerating (28% Y/Y est) and higher margin (and improving) than the hardware business. As the business rapidly mix-shifts towards this more recurring revenue model, we see upside to gross margin estimates over time with our F'22 ests ~100bps higher than Street. Applying a higher 5-8x sales multiple to our F'22 est implies Services could be worth $111-177/share over time, a significant opportunity.

**Services growth will be led by App Store and Apple Music, and we see an opportunity to introduce new services over time.** The high margin App Store should cross $15B in rev (+33% Y/Y) in F'18. And the low margin but recurring Music business should cross $4B revs (+65% Y/Y) in F'18. And despite our view Apple Music is not the top-tier service in its category, it gained ~50MM paid subs in <3 yrs (took Spotify 12 yrs to 83MM), highlighting the power of distributing services directly into the Apple ecosystem.

**Wearables also driving accelerating growth in Other revenue.** AirPods and Watch should account for $13B rev (+48% Y/Y) in F'18. Over time AAPL could launch other products like AR/VR glasses, hearing aids, and health/fitness trackers.

**China is the clear risk to our call.** A trade war with China would have a material negative impact on sales. In the near term, the mobile game approval freeze in China could pressure App Store revs although this looks like a classic short-term issue.

**Valuation looks attractive.** Current ~16x PE is a slight premium to historic ~15x but still makes Services look undervalued. Growth adjusted, AAPL (1.0 PEG) trades at a discount to the NASDAQ Comp (1.3) and the S&P 500 (1.5). Our $265 price target is derived by a DCF, supported by a SOTP and multiples.

## BUY

Price target $265.00
Price $216.30^

### Financial Summary

| | |
|---|---|
| Net Debt (MM): | ($129,143.0) |

### Market Data

| | |
|---|---|
| 52 Week Range: | $233.47 - $150.24 |
| Total Entprs. Value: | $936.4B |
| Market Cap.: | $1.1T |
| Insider Ownership: | 0.7% |
| Institutional Ownership: | 73.3% |
| Shares Out. (MM): | 4,926.0 |
| Float (MM): | 4,263.0 |
| Avg. Daily Vol.: | 32,138,772 |

**Timothy O'Shea** *
Equity Analyst
(212) 284-3415 toshea@jefferies.com
**Brent Thill** *
Equity Analyst
(415) 229-1559 bthill@jefferies.com
**Brian Fitzgerald** *
Equity Analyst
(212) 284-2491 bfitzgerald@jefferies.com
* Jefferies LLC / Jefferies Research Services, LLC

| USD | Prev. | 2016A | Prev. | 2017A | Prev. | 2018E | Prev. | 2019E |
|---|---|---|---|---|---|---|---|---|
| Rev. (B) | -- | 244.3 | -- | 229,234.0 | -- | 264,553.6 | -- | 285,190.0 |
| Cons. EPS GAAP | -- | 9.71 | -- | 9.21 | -- | 11.75 | -- | 13.66 |
| P/E | -- | 22.9x | -- | 24.2x | -- | 19.2x | -- | 15.8x |
| **EPS Diluted** | | | | | | | | |
| Dec | -- | 3.20 | -- | 3.36 | -- | 3.89A | -- | 4.96 |
| Mar | -- | 2.46 | -- | 2.10 | -- | 2.73A | -- | 3.20 |
| Jun | -- | 2.00 | -- | 1.67 | -- | 2.34A | -- | 2.61 |
| Sep | -- | 2.00 | -- | 2.07 | -- | 2.80 | -- | 3.15 |
| FY Sep | -- | 9.71 | -- | 9.21 | -- | 11.79 | -- | 13.97 |

### Price Performance



^Prior trading day's closing price unless otherwise noted.

Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 79 to 83 of this report.

**AAPL**

Initiating Coverage

October 29, 2018

**Apple, Inc (AAPL)**

**Buy: $265 Price Target**

*THE LONG VIEW*

## Scenarios

### Base Case

- We believe the Apple ecosystem is a deep, sustainable moat and consumers will pay up for hardware and services that connect to this ecosystem.
- iPhone looks like a growth business, but ASP will be primary driver as Apple continues to increase prices.
- $100B share repurchase could reduce shares meaningfully.
- Large, accelerating, higher margin Services business will ease or reverse pressure on gross margin over time.
- Accelerating wearables business also driving growth.
- 2019 EPS: $13.97; Target Multiple: 19.0x; PT $265

### Upside Scenario

- Services continues to rip higher, benefiting gross margin and warranting a higher multiple.
- iPhone unit sales skew towards higher priced phones (XS Max) with more profitable, higher memory variants (512GB).
- Apple enters new wearable categories and introduces new peripherals, growing other revenue
- Expansion into India happens sooner than expected reigniting stalling smartphone growth
- 2019 EPS: $15; Target Multiple 20x; PT $300

### Downside Scenario

- <mark>Trade war with China would have a material impact on sales, COGS, ASP.</mark>
- If consumers balk on higher prices, this would run counter to our thesis that ASP is a growth lever.
- Competitive ecosystems owned by companies like Google or Amazon could ultimately threaten Apple's.
- Superior competitive services could threaten Apple's ecosystem over time.
- App Store's 30% revenue cut could come under pressure.
- <mark>A stronger US dollar could have a material impact on gross margin.</mark>
- 2019 EPS: $12; Target Multiple: 15.8x; Target Price: $190

## Investment Thesis / Where We Differ

- iPhone is a mature but sustainable business, with stable market share especially among premium users. We look for ASP to be the primary growth lever over time.
- We see a large opportunity for Apple to drive meaningfully higher amounts of Services revenue into its 1.3B active install base. Attach rate, ARPU and the introduction of new services look like growth levers. Growth here could reverse or ease the ongoing pressure on gross margin in the hardware business.
- Wearables looks like a long-term growth opportunity. AirPods and Watch look like the real deal, and we expect AAPL will enter more categories over time.

## Catalysts

- Oct 3 iPad event at Brooklyn Academy of Music
- Ongoing product introductions
- $100B share buyback program

## Long Term Analysis

### Long Term Financial Model Drivers

| **3Y Rev CAGR (18-21)** | **~5%** |
| --- | --- |
| 3Y EPS CAGR (18-21) | ~15% |
| LT Operating Margin Est. | ~30% |

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 - 83 of this report.

Jefferies

Confidential

APL-SECLIT_00001420

**AAPL**

Initiating Coverage

October 29, 2018

## Apple Playbook 2018

# Building a Valuable Services Business Atop Apple's Core. Initiate at Buy

Tim O'Shea
toshea@jefferies.com
212.284.3415

Brent Thill
bthill@jefferies.com
415.229.1559

Brian Fitzgerald
bfitzgerald@jefferies.com
212.284.2491

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

Please see important disclosure information on pages 79 - 83 of this report.

APL-SECLIT_00001421

Confidential

**AAPL**

Initiating Coverage

| October 29, 2018 | Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

## Table of Contents

**Our Buy Thesis** 5

**Comp Sheet** 9

**Valuation: DCF & SOTP** 10

**iPhone: The Stable Core of Apple's Premium Ecosystem** 14

**Services: A Large Opportunity to Build a Higher Margin, Higher Multiple Business** 33

**Wearables: Another Accelerating Business Being Built Atop Apple's Core Ecosystem** 58

**Risks** 67

**Model and Appendix** 69

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

**Jefferies**

Please see important disclosure information on pages 79 - 83 of this report.

APL-SECLIT_00001422

Confidential

## AAPL

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# We launch coverage on AAPL with a Buy rating and $265 Price Target

**OUR POSITIVE THESIS**

1.  **We believe iPhone is a mature and stable business atop which Apple can build a valuable Services business over time.** Apple will have sold over 200MM iPhones in each of the last four years. While we expect solid iPhone revenue growth in Fiscal 18 and Fiscal 19 driven by higher prices, flat or even modestly declining iPhone unit sales should be sufficient for Apple to build a massive, high margin and recurring Services business over time. India looks like a large call option but is not factored into our estimates. We conservatively model iPhone units declining every year through Fiscal 2022.

2.  **Services alone could be worth $111 to $177 per share by Fiscal 2022, a significant opportunity.** Already a big business with accelerating growth, by F'22 Services could drive over $80B+ of revenue, accounting for 25% of total revenue and a full 40% of gross profit. Despite Apple Music not being the top tier service in its category, it gained almost 50 million paid subscribers in just three years, underscoring the power of distributing services directly into the Apple ecosystem. Our SOTP model assumes a 6 to 9x multiple for Services (vs historic 3-4x for hardware), implying investors could see significant upside as Apple scales its existing business, while introducing new services over time.

3.  **Wearables looks like another large growth opportunity.** AirPods and Watch should account for over $13B of revenue in Fiscal 2018, up 48% Y/Y. These products seem like sustainable growth opportunities as users are increasingly willing to spend heavily on devices and accessories that plug into Apple's ecosystem. Over time we look for Apple to launch new products like AR/VR glasses, hearing aids, and health or fitness trackers.

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

Please see important disclosure information on pages 79 - 83 of this report.

Confidential

APL-SECLIT_00001424

# AAPL

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Three Primary Revenue Growth Drivers...

- **Services:** Apple's Services business is on track to cross $38B (28% Y/Y) in F'18. App Store and Music are driving the lion's share of growth today.

- **Wearables:** AirPods are a killer product, an example of how consumers are willing to pay up for products to seamlessly connect into the Apple ecosystem. Apple Watch Series 4 reminds us of iPhone 4, when the iPhone really hit its stride.

- **Price increases:** iPhone prices increased ~13% and 19% Y/Y in 2017 and 2018, respectively. Apple Watch costs $100 more than last year. To date the higher prices have had little to no impact on unit sales growth.

# With Several Call Options...

- **India.** It's like China 10 years ago, maybe. China grew 50x in past 10 years.

- **Expansion into adjacent services like Video and Health.** Two large categories.

- **Expansion into additional wearable categories.** VR / AR glasses? Hearing Aids?



**Exhibit 1: Quarterly Services Revenue ($K)**

Source: Apple, Jefferies

**Exhibit 2: We Model Significant iPhone ASP Growth**

Source: Apple, Jefferies Estimates

**Timothy O'Shea,** Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

Please see important disclosure information on pages 79 - 83 of this report.

Confidential

# AAPL

Initiating Coverage

October 8, 2018   | Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

## Exhibit 3: MOAB! It's the Mother of All Buybacks. $100B Repurchase Authorization

$ in Billions

| Fiscal Periods | Buyback | | | Dividends and Equivalents | Net Share Settlement | Capital Returned | Net Cash | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Open Market | Accelerated Share Repurchase | Total | | | | Cash | Debt | Net Cash |
| FY12-FY15 | $63.0 | $41.0 | $104.0 | $35.7 | $3.8 | $143.5 | $206 | $64 | $142 |
| Q1 2016 | $3.0 | $3.0 | $6.0 | $3.0 | $0.6 | $9.6 | $216 | $63 | $153 |
| Q2 2016 | $7.0 | | $7.0 | $2.9 | $0.2 | $10.1 | $233 | $80 | $153 |
| Q3 2016 | $4.0 | $6.0 | $10.0 | $3.2 | $0.6 | $13.8 | $232 | $85 | $147 |
| Q4 2016 | $3.0 | $3.0 | $6.0 | $3.1 | $0.2 | $9.3 | $238 | $87 | $151 |
| Q1 2017 | $5.0 | $6.0 | $11.0 | $3.1 | $0.6 | $14.7 | $246 | $88 | $158 |
| Q2 2017 | $4.0 | $3.0 | $7.0 | $3.0 | $0.2 | $10.2 | $257 | $99 | $158 |
| Q3 2017 | $4.5 | $3.0 | $7.5 | $3.4 | $0.9 | $11.8 | $262 | $108 | $154 |
| Q4 2017 | $4.5 | $3.0 | $7.5 | $3.3 | $0.2 | $11.0 | $269 | $116 | $153 |
| Q1 2018 | $5.1 | $5.0 | $10.1 | $3.3 | $1.0 | $14.4 | $285 | $122 | $163 |
| Q2 2018 | $23.5 | | $23.5 | $3.2 | $0.2 | $26.9 | $267 | $122 | $145 |
| Q3 2018 | $20.0 | | $20.0 | $3.7 | $1.1 | $24.8 | $244 | $115 | $129 |
| Total Return through Q3 2018 | $146.6 | $73.0 | $219.6 | $70.9 | $9.6 | $300.1 | | | |

- **Apple has returned $300B of capital to shareholders since F'12.** This includes $71B of dividend payments and $220B worth of share repurchases.

- **AAPL has $129B of net cash, with plans to be net cash neutral over time.** Our model assumes Apple could reduce shares outstanding from ~4.9B in F'3Q 2018 to ~3.96B by Fiscal 2021.

Source: Apple, Jefferies Research

Please see important disclosure information on pages 79 - 83 of this report.

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

APL-SECLIT_00001425

Confidential

# AAPL

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Comp Sheet, Multiples, and Valuation

**Timothy O'Shea,** Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

Please see important disclosure information on pages 79 - 83 of this report.

APL-SECLIT_00001426

Confidential

AAPL

Initiating Coverage

October 29, 2018 | Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables

# Exhibit 4: Comp Sheet

| Company | Ticker | Market Cap ($MMs) | Revenue growth 2017A | 2018E | 2019E | EBITDA margin 2017A | 2018E | 2019E | EV/Sales 2018E | 2019E | EV/EBITDA 2018E | 2019E | Price / Earnings 2018E | 2019E | P/E to Growth 2019E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hardware** | | | | | | | | | | | | | | | |
| Apple Inc. | AAPL | $1,044,713 | 6% | 6% | 6% | 31% | 31% | 31% | 4.3x | 4.1x | 13.9x | 13.3x | 18.4x | 15.9x | 1.0x |
| Microsoft Corporation | MSFT | $820,192 | 5% | 14% | 11% | 39% | 41% | 43% | 6.9x | 6.2x | 16.9x | 14.7x | 27.6x | 25.1x | 1.7x |
| Samsung Electronics Co., Ltd | 005930-KR | $263,311 | 30% | -1% | 3% | 32% | 36% | 35% | 0.9x | 0.9x | 2.6x | 2.6x | 5.7x | 5.8x | 1.0x |
| Sony Corporation Sponsored ADR | SNE | $65,556 | 15% | 0% | 2% | 13% | 13% | 14% | 0.7x | 0.7x | 5.2x | 4.9x | 12.9x | 13.2x | 4.1x |
| HP Inc. | HPQ | $36,601 | 8% | 11% | 2% | 8% | 8% | 8% | 0.7x | 0.7x | 8.2x | 8.0x | 11.4x | 10.6x | 2.4x |
| Dell Technologies Inc.Class V | DVMT | $17,637 | 3% | 15% | 5% | 4% | 4% | 4% | 0.5x | 0.5x | 15.0x | 14.5x | 18.0x | 14.5x | 1.1x |
| Sonos, Inc. | SONO | $1,438 | 10% | 12% | 9% | 6% | 6% | 6% | 1.1x | 1.0x | 19.9x | 17.3x | N/A | N/A | N/A |
| *Average* | | | | | | | | | *2.2x* | *2.0x* | *11.7x* | *10.8x* | *15.7x* | *14.2x* | *1.9x* |
| *Median* | | | | | | | | | *0.9x* | *0.9x* | *13.9x* | *13.3x* | *15.4x* | *13.8x* | *1.4x* |
| **Services** | | | | | | | | | | | | | | | |
| Apple Inc. | AAPL | $1,044,713 | 6% | 15% | 6% | 31% | 31% | 31% | 4.3x | 4.1x | 13.9x | 13.3x | 18.4x | 15.9x | 1.0x |
| Amazon.com, Inc. | AMZN | $801,266 | 31% | 32% | 22% | 11% | 14% | 14% | 3.4x | 2.8x | 24.9x | 19.4x | 94.8x | 64.3x | 1.3x |
| Alphabet Inc. Class A | GOOGL | $764,189 | 21% | 23% | 20% | 49% | 46% | 45% | 6.0x | 5.0x | 12.9x | 10.8x | 27.0x | 22.6x | 1.7x |
| Facebook, Inc. Class A | FB | $435,238 | 47% | 37% | 25% | 66% | 58% | 55% | 7.0x | 5.7x | 12.1x | 10.3x | 20.5x | 17.9x | 1.3x |
| Tencent Holdings, Ltd | 700-HKG | $315,602 | 70% | 23% | 32% | 41% | 37% | 35% | 7.8x | 5.9x | 21.1x | 17.0x | 26.4x | 22.2x | 1.1x |
| Netflix, Inc. | NFLX | $130,563 | 32% | 35% | 24% | 9% | 13% | 15% | 10.0x | 8.0x | 76.8x | 52.6x | 111.8x | 68.9x | 1.3x |
| Adobe Inc. | ADBE | $122,138 | 25% | 23% | 19% | 42% | 44% | 45% | 13.2x | 11.1x | 30.0x | 24.5x | 36.0x | 31.4x | 1.7x |
| PayPal Holdings, Inc. | PYPL | $98,683 | 21% | 18% | 16% | 26% | 26% | 26% | 6.0x | 5.1x | 23.2x | 19.4x | 35.6x | 29.4x | 1.4x |
| Activision Blizzard, Inc. | ATVI | $54,659 | 8% | 5% | 8% | 35% | 36% | 40% | 7.2x | 6.6x | 19.9x | 16.5x | 26.1x | 22.7x | 1.0x |
| Electronic Arts, Inc. | EA | $30,983 | 5% | 2% | 9% | 35% | 36% | 37% | 5.1x | 4.7x | 14.5x | 12.6x | 20.8x | 17.9x | 0.9x |
| Spotify Technology SA | SPOT | $26,291 | N/A | 21% | 28% | -8% | -3% | -1% | 4.1x | 3.2x | N/A | N/A | N/A | N/A | N/A |
| Sirius XM Holdings, Inc. | SIRI | $25,248 | N/A | 6% | 6% | 39% | 38% | 39% | 5.9x | 5.5x | 15.4x | 14.3x | 23.0x | 20.6x | 2.1x |
| Snap, Inc. | SNAP | $7,982 | 104% | 40% | 36% | -87% | -58% | -31% | 4.6x | 3.4x | N/A | N/A | N/A | N/A | N/A |
| Box, Inc. | BOX | $2,502 | 27% | 20% | 21% | -3% | -2% | 7% | 40.6x | 33.6x | 1058.8x | 454.3x | N/A | N/A | -1.1x |
| Dropbox, Inc. | DBX | $9,432 | 67% | 24% | 16% | 22% | 22% | 24% | 18.0x | 15.5x | 82.6x | 65.2x | 67.9x | 52.3x | N/A |
| Zynga Inc. | ZNGA | $3,363 | 13% | 14% | 14% | 16% | 19% | 22% | 2.8x | 2.5x | 14.8x | 11.4x | 24.9x | 20.2x | 0.8x |
| Pandora Media, Inc. | P | $2,179 | 6% | 6% | 12% | -9% | -7% | -1% | 1.7x | 1.5x | N/A | N/A | N/A | N/A | N/A |
| *Average* | | | | | | | | | *8.7x* | *7.3x* | *100.1x* | *53.0x* | *41.0x* | *46.7x* | *1.1x* |
| *Median* | | | | | | | | | *6.0x* | *5.1x* | *20.5x* | *16.7x* | *26.4x* | *22.7x* | *1.3x* |
| **Consumer** | | | | | | | | | | | | | | | |
| Apple Inc. | AAPL | $1,044,713 | 6% | 15% | 6% | 31% | 31% | 31% | 4.3x | 4.1x | 13.9x | 13.3x | 18.4x | 15.9x | 1.0x |
| Procter & Gamble Company | PG | $218,698 | 0% | 3% | 0% | 26% | 26% | 26% | 3.5x | 3.5x | 13.5x | 13.5x | 20.8x | 20.2x | 3.8x |
| Coca-Cola Company | KO | $195,294 | -15% | -10% | 4% | 31% | 35% | 37% | 7.1x | 6.8x | 20.0x | 18.4x | 22.1x | 20.6x | 2.3x |
| PepsiCo, Inc. | PEP | $155,908 | 1% | 2% | 3% | 21% | 20% | 21% | 2.7x | 2.6x | 13.4x | 12.7x | 19.5x | 18.5x | 2.5x |
| Kraft Heinz Company | KHC | $66,632 | -1% | 0% | 1% | 30% | 29% | 29% | 3.8x | 3.7x | 13.2x | 12.7x | 14.8x | 14.2x | 12.9x |
| *Average* | | | | | | | | | *4.3x* | *4.1x* | *14.8x* | *14.1x* | *19.1x* | *17.9x* | *4.5x* |
| *Median* | | | | | | | | | *4.0x* | *3.9x* | *13.7x* | *13.4x* | *20.2x* | *19.3x* | *2.4x* |

Source: Company Reports, Jefferies Research, FactSet

Please see important disclosure information on pages 79 - 83 of this report.

Timothy O'Shea, Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

APL-SECLIT_00001427

Confidential

APL-SECLIT_00001428

# AAPL

Initiating Coverage

| October 29, 2018 | Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

## Multiples Are Rising on iPhone Optimism, Capital Return, and Mix-Shift to Services

- **AAPL is currently trading at ~16x NTM PE, a bit higher than historic 15x.** The multiple spiked over 25x in 2009 as iPhone was ramping. More recently the multiple has ticked up, which we attribute to increased comfort around iPhone, the massive share buyback opportunity, and more importantly, a mix-shift to a higher margin services revenue stream which we believe still looks undervalued on a SOTP basis.

- **EV / Sales has fluctuated over time, but has historically settled around 3.0x to 4.0x.** We use EV / Sales in our SOTP to compare AAPL's Services business with other Internet and Software names. A large ($38B est F'18), rapidly growing (28% Y/Y est F'18), and more recurring business, we argue Services should warrant a significantly higher EV / Sales multiple than for the core hardware business.



**Exhibit 5: Apple Historic NTM PE**

Source: FactSet

**Exhibit 6: Apple Historic NTM EV / Sales**

Source: FactSet

**Timothy O'Shea,** Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

Please see important disclosure information on pages 79 - 83 of this report.

Confidential

APL-SECLIT_00001429

**AAPL**

Initiating Coverage

| October 29, 2018 | Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Valuation

- **Apple trades inline or cheaper than the market, despite higher growth.** The S&P 500 trades at ~15.0x 2019 consensus EPS with a PEG of 1.5. The NASDAQ Composite trades at ~19.2x 2019 consensus EPS with a PEG of 1.3. AAPL trades at ~15.8x 2019 consensus EPS with a PEG of 1.0.

- **Apple trades at a premium to traditional hardware comps like Samsung.** In this bucket, Apple's 15.8x is at a premium to its peer group Dell, Microsoft, HP, Samsung, Sonos and Sony, which trade at 14.2x 2019 consensus EPS.

- **Apple trades at a discount to Internet and Software names.** Our SOTP model attempts to rectify this disparity by applying a 6-9x sales multiple on AAPL's Services business.

- **Our $265 price target implies 19x our 2019 EPS estimate of $13.97 (+18% Y/Y).**

- **Our $265 PT also implies a 3-4x sales multiple on the hardware business, alongside a 6-9x sales multiple on the Services business.** This multiple seems reasonable given Services is very large ($38B est F'18), rapidly growing (28% Y/Y est F'18), and more recurring business. Due to the high growth and large call options for the future, the services business could warrant an even higher multiple.

- **By Fiscal 2022, Services alone could be worth ~$111 to ~$177 per share assuming a 5-8x EV/Sales multiple.**

**Exhibit 7: Growth Adjusted, AAPL Trades at Discount to S&P, NASDAQ COMP**

|  | Apple | S&P 500 | Nasdaq Comp |
|---|---|---|---|
| Price | $216.30 | $2,658.69 | $7,167.21 |
| 2019 EPS | $13.66 | $177.27 | $374.02 |
| 2018 EPS | $11.75 | $161.46 | $326.09 |
| Y/Y Growth | 16.3% | 9.8% | 14.7% |
| PE | 15.8x | 15.0x | 19.2x |
| PEG | 1.0 | 1.5 | 1.3 |

Source: Apple, Jefferies, FactSet

**Exhibit 8: AAPL's Services Business Comps Against Higher Multiple Internet and Software Names**

| | F16 | F17 | F18 | F19 | F20 | F21 | F22 |
|---|---|---|---|---|---|---|---|
| Services | | | | | | | |
| Rev ($M) | $24,348 | $29,980 | $38,260 | $48,153 | $59,229 | $69,890 | $81,072 |
| Y/Y | 22.3% | 23.1% | 27.6% | 25.9% | 23.0% | 18.0% | 16.0% |
| % of Total | 11.3% | 13.1% | 14.5% | 16.9% | 19.8% | 22.6% | 25.4% |

| EV/Rev Multiple | Implied per Share Value of Services | | | | | | |
|---|---|---|---|---|---|---|---|
| | F16 | F17 | F18 | F19 | F20 | F21 | F22 |
| 4.0x | $17.71 | $22.83 | $30.59 | $41.31 | $55.04 | $70.51 | $88.49 |
| 5.0x | $22.13 | $28.54 | $38.24 | $51.64 | $68.79 | $88.14 | $110.62 |
| 6.0x | $26.56 | $34.25 | $45.89 | $61.97 | $82.55 | $105.76 | $132.74 |
| 7.0x | $30.99 | $39.96 | $53.54 | $72.30 | $96.31 | $123.39 | $154.87 |
| 8.0x | $35.41 | $45.67 | $61.19 | $82.62 | $110.07 | $141.02 | $176.99 |
| 9.0x | $39.84 | $51.38 | $68.84 | $92.95 | $123.83 | $158.65 | $199.11 |
| 10.0x | $44.27 | $57.09 | $76.48 | $103.28 | $137.59 | $176.27 | $221.24 |
| 11.0x | $48.69 | $62.80 | $84.13 | $113.61 | $151.35 | $193.90 | $243.36 |

Source: Apple, Jefferies Estimates, FactSet

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

**Jefferies**

Please see important disclosure information on pages 79 - 83 of this report.

Confidential

**AAPL**

Initiating Coverage

October 29, 2018 | Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables

## Exhibit 9: Apple DCF

|  | 2017A | 2018 Q1 18A | Q2 18A | Q3 18A | Q4 18E | 2019E | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $229,234 | $88,293 | $61,137 | $53,265 | $61,859 | $285,190 | $298,827 | $308,882 | $319,670 | $330,666 | $339,224 | $345,393 |
| % Y/Y Growth | 6% | 13% | 16% | 17% | 18% | 8% | 5% | 3% | 3% | 3% | 3% | 2% |
| EBITDA | $71,501 | $29,013 | $18,559 | $15,410 | $18,779 | $89,146 | $97,741 | $103,877 | $110,601 | $117,051 | $121,946 | $125,907 |
| % Margin | 31% | 33% | 30% | 29% | 30% | 31% | 33% | 34% | 35% | 35% | 36% | 36% |
| % Y/Y Growth | 28 | 13 | 13 | 16 | 18 | 9 | 10 | 6 | 6 | 6 | 4 | 3 |
| Implied Taxes on Operatic | ($17,558) | ($37,476) | ($2,693) | ($2,048) | ($28) | ($14,263) | ($3166) | ($177) | ($16,590) | ($18,728) | ($21,950) | ($23,922) |
| % Effective Tax Rate | 25% | 26% | 15% | 13% | 0% | 16% | 0% | 0% | 15% | 16% | 18% | 19% |
| Capital Expenditures | ($12,451) | ($2,810) | ($4,195) | ($3,267) | ($3,773) | ($14,688) | ($15,539) | ($16,680) | ($17,582) | ($17,732) | ($18,191) | ($18,522) |
| % Y/Y Growth | (2%) | (16%) | 41% | 43% | (2%) | 5% | 6% | 7% | 5% | 1% | 3% | 2% |
| Change in NWC | ($5,550) | $37,935 | ($2,141) | ($1,914) | $2,989 | $8,324 | ($7,118) | $11,434 | $3,847 | $6,942 | $4,379 | $5,691 |
| Acquisitions Not Yet Reflec | -- | -- | -- | (126) | (120) | (400) | 0 | 0 | 0 | 0 | 0 | 0 |
| **Unlevered Free Cash Fl** | **$35,942** | **$56,662** | **$9,530** | **$8,056** | **$17,846** | **$68,168** | **$74,918** | **$98,455** | **$80,275** | **$87,533** | **$86,184** | **$89,153** |
| *NPV at 6/30/18 Valuation Date and 8% W.* | *--* | *--* | | *$7,905* | *$17,183* | *$63,221* | *$64,446* | *$78,572* | *$59,413* | *$60,122* | *$54,906* | *$52,692* |

**Perpetuity Growth Rate / Terminal Value at 8% WACC**

| 0.0% | 0.5% | 1.0% | 1.5% | 2.0% |
|---|---|---|---|---|
| $1,156,199 | $1,241,666 | $1,339,718 | $1,453,357 | $1,586,618 |

**Implied Terminal Value / Terminal EBITDA Multiple**

| 8.7x | 9.3x | 10.0x | 10.9x | 11.9x |
|---|---|---|---|---|
| $1,156,198.77 | $1,241,246.76 | $1,339,718.10 | $1,453,356.58 | $1,586,618.39 |

**Median DCF Valuation at 6/30/18 Valuation Date**

| | |
|---|---|
| NPV of Cash Flows and Terminal Value | $161 |
| Plus: Cash and Equivalents | 129,143 |
| **Implied Equity Value** | **$1,320,276** |
| Implied Fully Diluted Shares Outstanding (MM) | 4,980 |
| **Implied Equity Value per Share** | **$265** |

**Equity Value per Share**

| WACC | | | | | |
|---|---|---|---|---|---|
| 6% | $283 | $292 | $304 | $317 | $332 |
| 7% | 265 | 274 | 285 | 296 | 310 |
| 8% | 250 | 258 | 267 | 278 | 291 |
| 9% | 236 | 243 | 252 | 261 | 273 |
| 10% | 223 | 229 | 237 | 246 | 257 |

Source: Apple, Jefferies Research

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

Please see important disclosure information on pages 79 - 83 of this report.

APL-SECLIT_00001430

Confidential

APL-SECLIT_00001431

# AAPL

Initiating Coverage

October 29, 2018 | Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables

## Exhibit 10: Apple Sum of the Parts

| Segment | Multiple | | 2019E Revenue | Firm Value | | Per Share | Revenue CAGR ('18-21) | EV/Rev to Growth |
| | Low | High | | Low | High | | | |
|---|---|---|---|---|---|---|---|---|
| Hardware | 3.0x | 4.0x | 237,036,543 | 711,109,630 | 948,146,173 | $185 | 1.8% | 1.91 |
| Services | 6.0x | 9.0x | 48,153,445 | 288,920,670 | 433,381,005 | $80 | 22.2% | 0.34 |
| Enterprise Value | | | 285,189,988 | 1,000,030,300 | 1,381,527,178 | | | |
| Net Cash | | | | 129,143,000 | 129,143,000 | Average | | |
| Equity Value | | | | 1,129,173,300 | 1,510,670,178 | 1,319,921,739 | | |
| **Implied Share Price** | | | | **$227** | **$303** | **$265** | | |
| Implied EV / '21 Revenue | | | | 3.5x | 4.8x | 4.2x | | |

Source: Apple, Jefferies Research

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

Please see important disclosure information on pages 79 - 83 of this report.

Confidential

APL-SECLIT_00001432

# AAPL

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |



## iPhone:
## The Stable Core of Apple's Premium Ecosystem



**Jefferies**

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Source: Apple

Please see important disclosure information on pages 79 - 83 of this report.

Confidential

**AAPL**

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# *iPhone remains a growth business, and we see a deep moat around Apple's ecosystem.*

1. **iPhone looks like the stable core of Apple's premium ecosystem.** Apple has sold over 200MM iPhones for each of the last four years, suggesting a mature and stable business. ==Even in China where growth has recently lagged, we believe Apple's market share is stable with its high-spending user base.== Modestly declining iPhone unit sales should be sufficient for AAPL to build a massive, high margin and recurring Services business over time.

2. **We believe Apple has pricing power with the iPhone.** For the 2nd straight year, we believe significant pricing increases will be absorbed with little to no pushback. ASP growth should drive upside to iPhone revenue estimates.

3. **India looks like a call option; our model assumes no credit.** From an iPhone perspective, India looks like China from ten years ago, a time horizon when Apple's China business grew 50-fold. Android's early success may be difficult to overcome, however.

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

**Jefferies**

Please see important disclosure information on pages 79 - 83 of this report.

APL-SECLIT_00001433

Confidential

APL-SECLIT_00001434

Confidential

**AAPL**

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Exhibit 11: Visualizing Apple Stock During iPhone Hardware Cycles



Source: FactSet, Jefferies Research

**Timothy O'Shea,** Equity Analyst, (212) 284-3415, toshea@jefferies.com

**Jefferies**

Please see important disclosure information on pages 79 - 83 of this report.

APL-SECLIT_00001435

**AAPL**

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics |
| --- | --- |

| iPhone | Services | Wearables |
| --- | --- | --- |

## New iPhones More Expensive Than Ever; ASP is Primary iPhone Rev Driver in F'19

- **We believe the iPhone has significant pricing power.** In 2017 Apple priced the iPhone X starting at $999, its highest price point ever. Despite this significant increase, unit sales were flat Y/Y, suggesting minimal consumer pushback on higher prices.

- **For 2nd straight year, Apple is meaningfully increasing prices.** In 2017, iPhone prices increased by ~13%. In 2018, iPhone prices increased by 19%.

- **Third memory tier (512GB) also driving ASP growth.** Last year had two tiers, this year has three. The iPhone Xs Max with 512GB of memory costs $1,499, 30% more expensive than a topped out iPhone X from 2017.

- **ASP already showing signs of inflecting upwards.** iPhone ASP rose 15%, 11%, and 20% Y/Y in Fiscal 1Q, 2Q, and 3Q 2018, respectively.

- **Our Fiscal 2019 ASP estimate of $811 (+7% Y/Y) is 5% ahead of $771 (-1% Y/Y) consensus.**



Exhibit 12: iPhone Prices Sharply Rising For The Past Two Years

| 2018 | 64GB | 256GB | 512GB | Average ASP |
| --- | --- | --- | --- | --- |
| XR | $ 749 | $ 799 | $ 899 | $ 816 |
| XS | $ 999 | $ 1,149 | $ 1,349 | $ 1,166 |
| XS Max | $ 1,099 | $ 1,249 | $ 1,499 | $ 1,282 |
| | | | | $ 1,088 |

| 2017 | 64GB | 256GB | | Average ASP |
| --- | --- | --- | --- | --- |
| 8 | $ 699 | $ 899 | | $ 799 |
| 8 Plus | $ 799 | $ 949 | | $ 874 |
| X | $ 999 | $ 1,149 | | $ 1,074 |
| | | | | $ 916 |

| 2016 | 32GB | 128GB | 256GB | Average ASP |
| --- | --- | --- | --- | --- |
| 7 | $ 649 | $ 749 | $ 849 | $ 749 |
| 7 Plus | $ 769 | $ 869 | $ 969 | $ 869 |
| | | | | $ 809 |

19% Y/Y

13% Y/Y

Source: Apple, Jefferies

Exhibit 13: We Model Significant iPhone ASP Growth

Source: Apple, Jefferies Estimates

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

Please see important disclosure information on pages 79 - 83 of this report.

Confidential

## AAPL

Initiating Coverage

October 29, 2018 | Key Takeaways | Val'n / Metrics | **iPhone** | Services | Wearables

# Why the Confidence in ASP Growth?

- **Significantly higher prices for iPhone X actually corresponded to unit sales *increases*.** For the first three quarters of Fiscal 18, iPhone unit sales actually increased vs last year, although very modestly. There is little evidence that consumers balked on the higher prices.

- **iPhone brand loyalty is off the charts.** In the previous iPhone cycle, 79% of current iPhone users intended to purchase another iPhone during the next 12 months. Android users were far less likely. Only Samsung comes close.

- **Paradoxically, during iPhone cycles with price increases (ie: 2015), unit sales also tend to increase.** In 2013, ASPs fell 6% and unit growth decelerated from 73% in 2012 to 20% in 2013. In 2015, ASPs rose 11% and unit growth accelerated to 37%, up from 13% in 2012. And remember the XS Max is reportedly the best selling new iPhone.

- **Major Chinese smartphone players also believe they have pricing power.**

  - "For this quarter [Q2 '18], the reflection of the success of our strategy was an increase in our average selling price by 25% of our smartphones in China"- Chew Shou Zi, Xiaomi CFO

Please see important disclosure information on pages 79 - 83 of this report.

**Exhibit 14: iPhone Brand Loyalty is Stronger Than Android**



Brand Smartphone Owners Intend to Buy in Next 12 Months

Source: eMarketer, Aug 2017

**Exhibit 15: iPhone unit growth actually tends to follow ASP increases**

iPhone ASPs and iPhone Unit Growth

Source: Company Data

**Jefferies**

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Confidential

APL-SECLIT_00001437

# AAPL

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics |
|---|---|

| iPhone | Services | Wearables |
|---|---|---|

## Why the Confidence in ASP Growth?

- **The major smartphone manufacturers (Apple, Samsung, and Google) are all seeing significant y/y price increases.** Apple and Samsung have both increased their highest phone price almost 50% from '16-'18 with little resistance so far.

- **Globally, average smartphone prices have risen over 20% in already developed smartphone markets like North America and China.** According to Counterpoint data, the smartphone prices in North America have grown to over $450 for a 27% y/y increase. In China, smartphone prices rose 20% y/y approaching $300. It is worth noting that iPhone is the best selling smartphone in urban China.

**Exhibit 16: In 2018, There Will Be 3 Smartphones Above $1000+**

### Most Expensive Smartphone by OEM

| OEMs | | 2016 | | 2017 | | 2018 | |
|---|---|---|---|---|---|---|---|
| Apple | 7 Plus | $969 | iPhone X | $1,150 | iPhone XS Max | $1,449 |
| Samsung | Note 7 | $865 | Note 8 | $930 | Note 9 | $1,250 |
| Google | Pixel XL | $869 | Pixel 2 XL | $949 | Pixel 3 XL | $999 |

Source: Counterpoint

**Exhibit 17: Global Smartphone ASPs Are Rising Allowing Apple to Continue Posting Price Increases**



2018 Q2 Smartphone ASP and Y/Y ASP Growth

Source: Counterpoint

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

Please see important disclosure information on pages 79 - 83 of this report.

Confidential

APL-SECLIT_00001438

| AAPL | | | | | |
|---|---|---|---|---|---|
| Initiating Coverage | | | | | |
| October 29, 2018 | Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Why the Confidence in ASP Growth?

- **iPhone has an absolute lock on the high end, premium smartphone market on a global basis.** Apple earns 88% of the profits of the $800+ global smartphone market. These users want premium hardware, and they will pay to plug into Apple's robust ecosystem.

- **iPhone users less price sensitive.** Survey data from eMarketer further solidifies our view that iPhone owners are willing to pay higher prices to own a premium brand.

- **Smartphones are among the most important items in anyone's life.** In 2016 Apple said the average iPhone is unlocked 80 times each day, a number undoubtedly higher today. Smartphones are kept at arm's length all day and night; we broadly believe people will continue to spend more money on technology like iPhones where there is such an emotional connection.



**Exhibit 18: Despite Having Less than 15% of the Global Smartphone Market iPhone Dominates the High End Segment**

iPhone Profit Share of the $800+ Global Smartphone Market

Apple: 88%
Others: 12%

*Source: Counterpoint Research*

**Exhibit 19: iPhone Users are Less Price Sensitive than Other Smartphone Users**

Factors to Consider When Deciding to Purchase a Smartphone

| | Price | Features | Operating system | Brand | Other |
|---|---|---|---|---|---|
| iPhone owner | 29% | 21% | 16% | 2.5% | 9% |
| Samsung owner | 34% | 25% | 16% | 17% | 8% |
| Other Android owner | 39% | 17% | 17% | 16% | 11% |
| LG owner | 39% | 21% | 16% | 2.5% | 9% |

*Source: eMarketer, Aug 2017*

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

**Jefferies**

Please see important disclosure information on pages 79 - 83 of this report.

Confidential

APL-SECLIT_00001439

# AAPL

| Initiating Coverage | | | | |
|---|---|---|---|---|
| October 29, 2018 | Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

## iPhone Unit Growth is Slowing; Growth Still Depends on Hardware Cycle but Market Share Looks Stable

- **Mature market with stable market share.** F'18 will be the 4th straight year Apple will sell over 200 million iPhones, suggesting a mature market with stable market share. Unit growth is still determined by the popularity of the hardware cycle, but there is far less volatility than in the past.

- **iPhone is a premium device, with a lock on the premium market.** Apple doesn't need mass market. Its premium users are willing to spend heavily on hardware, services, apps, and wearables.

- **India and other emerging markets look like the biggest growth opportunities.** From an iPhone perspective, India looks like China from ten years ago; China revs grew 50x during that period. Android's early lead could be a challenge.

- **Our iPhone unit sales estimates are below the street.** We conservatively model unit declines of 2% Y/Y in F'19 vs street 0.45%. For Fiscal 18, unit sales grew -1%, 3% and 1% in 1Q, 2Q and 3Q respectively.



**Exhibit 20: iPhone Units (MM, left axis) vs Y/Y Growth (right axis). Growth Has Slowed. Market Looks Mature, Stable at 200MM+ Units Per Year**

Source: Apple, Jefferies Research

**Exhibit 21: Apple's Share of the Global Smartphone Market Has Remained Relatively Steady Over the Past 2 Years**

Source: Apple, Jefferies Estimates

**Timothy O'Shea,** Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

Please see important disclosure information on pages 79 - 83 of this report.

Confidential

APL-SECLIT_00001440

## AAPL

Initiating Coverage

| October 29, 2018 | Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Hey Google, How Well Will iPhone Sell? Examining Google Trends Data

- **Google search trends are a forward indicator for iPhone unit sales.** For example, the highest number of searches occurred around the iPhone 6 release, which was also a best-selling iPhone. During 2015, Apple sold ~230MM iPhones (37% Y/Y), with growth driven by iPhone 6.

- **This year, Google search trends show a smaller spike at launch (top chart).** We think this makes sense during an 'S' year, when Apple makes incremental updates to iPhone.

- **Search trends following the release show a stronger interest in the iPhone Xs/Xs Max vs. iPhone Xr.** We think this could imply sales for the higher priced models could be strong. With this said, early reviews for Xr look very favorable and our model assumes it will be popular.

- **Overall we are modeling F'18 and F'19 iPhone unit sales will be 0% Y/Y and -2% Y/Y.** We think this reflects the lower interest in iPhone during an 'S' year.



Exhibit 22: iPhone Search Interest Surrounding Major Releases

Source: Google Trends

Exhibit 23: Preliminary Interest In the iPhone XS/XS Max Appears Strong vs. iPhone XR

iPhone Search Interest in the Days Following Launch Events

Source: Google Trends

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

Please see important disclosure information on pages 79 - 83 of this report.

Confidential

APL-SECLIT_00001441

**AAPL**

Initiating Coverage

October 29, 2018 | Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables

# New 512GB Memory Tier Could Benefit Gross Margin

- **New iPhones feature a third, high end memory option: 512GB.** Last year's phones only had two options: 64 or 256GB.

- **iPhone Xs with 512GB is priced $350 more than the 64GB base model.** All other components are identical.

- **Our analysis suggests AAPL earns $338 more gross profit for the 512GB version compared to the 64GB version.** High memory variant phones are meaningful profit drivers.

- **Our model assumes ~10% of users will opt for the 512GB version.** If the mix is higher, it would be a positive.

- **Note this table simply reflects the iPhone BOM;** there are other items in COGS that reduce the margin.

Source: IHS, Jefferies Research

Please see important disclosure information on pages 79 - 83 of this report.

**Exhibit 24: iPhone BOM by Memory Tier**

| Category | iPhone XS Memory Variant | | | Supplier | Component |
| | 64GB | 256GB | 512GB | | |
| --- | --- | --- | --- | --- | --- |
| Display | $ 120 | | | Samsung | 6.5" OLED Display |
| Cameras | $ 38 | | | | Dual Rear 12MP & Telephoto |
| | | | | | Front 7MP |
| Mechanical Elements | $ 72 | | | | Rear Enclosure, Glass |
| IC Content | $ 30 | | | Apple | A12 Bionic |
| | $ 17 | | | Intel | LTE Modem, RF, Power Mgmt IC |
| Power Management IC | $ 13 | | | Apple | |
| | | | | Dialog Semiconductor | |
| | | | | ST Microelectronics | |
| Bluetooth / WLAN | $ 7 | | | Broadcom | Wireless Charging |
| | | | | Universal Scientific | Bluetooth Module |
| Memory | $ 41 | $ 47 | $ 53 | Sandisk | 64GB NAND |
| | $ 16 | | | Micron | 4GB |
| RF / PA | | | | Broadcom | PAM, FEM |
| | | | | Skyworks | PAM, LNA, RF Switch |
| | | | | Murata | FEM |
| User Interface | $ 10 | | | Cirrus Logic | Audio Codec |
| | | | | NXP Semiconductor | NFC Controller |
| | | | | ST Microelectronics | MCU, 32-Bit |
| TrueDepth Sensing Suite | $ 14 | | | Bosch | IR Camera, Flood Illuminator, Dot Projector |
| Sensors | $ 1 | | | | Accelerometer / Gyroscope |
| | | | | | Barometric Pressure, Compass |
| | | | | ams AG | Light Sensor |
| Battery Pack | $ 7 | | | Sunwoda Electronic | Li-Polymer 3174mAh |
| Box Contents | $ 7 | | | Power Systems Technologies | Charger, Lightning Cable, Plug, Packaging |
| Total BOM Cost | $ 390 | $ 396 | $ 402 | | |
| Retail Price | $ 1,099 | $ 1,249 | $ 1,449 | | |
| Gross Profit $ | $ 709 | $ 853 | $ 1,047 | | |
| Gross Margin | 65% | 68% | 72% | | |

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

**Jefferies**

Confidential

**AAPL**

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Exhibit 25: Jefferies iPhone Revenue Build – Higher ASP, Lower Units

| | Units (K) | | Sales Price | | | Mix | | | Revenue ($K) | | ASP | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | F'4Q 18 | F'1Q 19 | Base | Upgrade | Premium | Base | Upgrade | Premium | F'4Q 18 | F'1Q 19 | F'4Q 18 | F'1Q 19 |
| iPhone 6 | 2,200 | | $ 300 | | | 100% | 0% | 0% | $ 607,200 | | $ 276 | |
| iPhone 6 Plus | | | | | | 0% | 0% | 0% | | | | |
| iPhone 6 S | 1,200 | 200 | $ 350 | | | 100% | 0% | 0% | $ 386,400 | $ 64,400 | $ 322 | $ 322 |
| iPhone 6 S Plus | 500 | | | | | 0% | 0% | 0% | | | | |
| iPhone SE | 2,500 | 1,000 | $ 400 | | | 100% | 0% | 0% | $ 920,000 | $ 368,000 | $ 368 | $ 368 |
| iPhone 7 | 4,200 | 2,000 | $ 449 | $ 549 | | 70% | 30% | 0% | $ 1,850,856 | $ 881,360 | $ 441 | $ 441 |
| iPhone 7 Plus | 2,500 | 1,000 | $ 569 | $ 669 | | 70% | 30% | 0% | $ 1,377,700 | $ 551,080 | $ 551 | $ 551 |
| iPhone 8 | 7,300 | 5,000 | $ 599 | $ 749 | | 60% | 40% | 0% | $ 4,425,844 | $ 3,031,400 | $ 606 | $ 606 |
| iPhone 8 Plus | 5,000 | 5,000 | $ 699 | $ 849 | | 60% | 40% | 0% | $ 3,491,400 | $ 3,491,400 | $ 698 | $ 698 |
| iPhone X | 4,200 | 2,000 | $ 999 | $1,149 | | 60% | 40% | 0% | $ 4,091,976 | $ 1,948,560 | $ 974 | $ 974 |
| iPhone Xr | - | 27,000 | $ 749 | $ 799 | $ 899 | 65% | 25% | 10% | $ - | $ 19,288,260 | | $ 714 |
| iPhone Xs | 6,750 | 11,000 | $ 999 | $1,149 | $1,349 | 65% | 25% | 10% | $ 6,654,015 | $ 10,843,580 | $ 986 | $ 986 |
| iPhone Xs Max | 10,500 | 21,000 | $1,099 | $1,249 | $1,449 | 40% | 50% | 10% | $ 11,678,940 | $ 23,357,880 | $1,112 | $1,112 |
| | **46,850** | **75,200** | | | | | | | **$ 35,484,331** | **$ 63,825,920** | **$ 757** | **$ 849** |
| | | | | | | | | | | | | |
| **Consensus** | **47,000** | **78,000** | | | | | | | **$ 35,274,000** | **$ 61,896,000** | **$ 751** | **$ 809** |

Source: Apple, Jefferies Research

Please see important disclosure information on pages 79 - 83 of this report.

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

APL-SECLIT_00001442

Confidential

APL-SECLIT_00001443

Confidential

**AAPL**

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Exhibit 26: 2017 iPhone Launches



**iPhone X**
**$999 – 1,149**
**5.8" OLED Display**

**iPhone 8 Plus**
**$799 – 949**
**5.5" LCD Display**

**iPhone 8**
**$699 – 899**
**4.7" LCD Display**

Source: Apple

Please see important disclosure information on pages 79 - 83 of this report.

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

**Jefferies**

APL-SECLIT_00001444

**AAPL**

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

## Exhibit 27: 2018 iPhone Launches – 'S' Year







**iPhone XS**
**$999 – 1,349**
**5.8" OLED Display**

**iPhone XS Max**
**$1,099 – 1,499**
**6.5" OLED Display**

**iPhone XR**
**$749 – 899**
**6.1" LCD Display**

Source: Apple

Please see important disclosure information on pages 79 - 83 of this report.

**Timothy O'Shea,** Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

Confidential

## Exhibit 28: Geographies Grow (Mostly) in Lockstep Based on Strength of Product Cycle

### Y/Y Revenue Growth by Geography

| | F2014A | F2015A | F2016A | F2017A | F2018E |
|---|---|---|---|---|---|
| **Americas** | 4% | 44% | -8% | 12% | 17% |
| **Europe** | 8% | 23% | -1% | 10% | 11% |
| **Greater China** | 17% | 97% | -17% | -8% | 15% |
| **Japan** | 11% | 5% | 8% | 5% | 21% |
| **Rest of Asia Pac** | -7% | 46% | -10% | 11% | 14% |

iPhone 6 | iPhone 6S: Massive Adoption In China | iPhone 7: Tough iPhone Comps Globally | iPhone X: ASP Driving Growth Globally |

### Revenue Acceleration / Deceleration (bps Y/Y) by Geography

| | F2015A | F2016A | F2017A | F2018E |
|---|---|---|---|---|
| **Americas** | 399 | (516) | 193 | 55 |
| **Europe** | 149 | (238) | 107 | 10 |
| **Greater China** | 793 | (1,141) | 97 | 231 |
| **Japan** | (65) | 29 | (30) | 166 |
| **Rest of Asia Pac** | 534 | (554) | 208 | 30 |

Source: Company Reports, Jefferies Estimates

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

Please see important disclosure information on pages 79 - 83 of this report.

APL-SECLIT_00001445

Confidential

APL-SECLIT_00001446

**AAPL**

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

## Exhibit 29: But What About Greater China?



### Y/Y Revenue Growth by Geography

| | F2014A | F2015A | F2016A | F2017A | F2018E |
|---|---|---|---|---|---|
| **Americas** | 4% | 44% | -8% | 12% | 17% |
| **Europe** | 8% | 23% | -1% | 10% | 11% |
| **Greater China** | 17% | 97% | -17% | -8% | 15% |
| **Japan** | 11% | 5% | 8% | 5% | 21% |
| **Rest of Asia Pac** | -7% | 46% | -10% | 11% | 14% |

Mainland China

Taiwan

Hong Kong

Greater China revenue declined 8% in 2017, a year when every other geographic region reported solid revenue growth.

**Jefferies**

**Timothy O'Shea,** Equity Analyst, (212) 284-3415, toshea@jefferies.com

Source: Company Reports, Jefferies Estimates, Wikimedia Open Source Map

Please see important disclosure information on pages 79 - 83 of this report.

Confidential





APL-SECLIT_00001447

Confidential

**AAPL**

Initiating Coverage

October 29, 2018

Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables

# Exhibit 30: Visualizing China's Meaningful Impact on the Stock

Source: FactSet, Apple

**Timothy O'Shea,** Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

Please see important disclosure information on pages 79 - 83 of this report.

APL-SECLIT_00001448

# AAPL

Initiating Coverage

| October 29, 2018 | Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |
|---|---|---|---|---|---|

## Greater China Revenue Peaked in 2015, but Returns to Growth in 2018

- **Greater China revenue soared 97% Y/Y in 2015,** a breakout year for iPhone in China.

- **In 2016 and 2017, iPhone lost market share to lower-priced Android competitors like Huawei.** Greater revenue declined 8% in 2017, a year when every other geographic region reported solid revenue growth.

- **In 2018, Greater China has returned to growth.** The top three best selling smartphones in urban China were iPhones, led by iPhone X.

- **iPhone market share has stabilized since 2016.** We think iPhone has cemented its position among the urban elite.

- **China App Store revenue per user exceeds the US; gaming is big driver.** China's mobile game approval freeze looks like a short-term headwind.



**Exhibit 31: Following the Release of the iPhone 6 in FY15, China Revenue Has Been a Huge Growth Driver for Apple**

Source: Company Data, Jefferies Research

**Exhibit 32: In the Past 5 Years, China Has Grown from 15% of Revenue to Over 20% of Revenue**

Revenue ($000's, % Total) - Greater China

Source: Company Data, Jefferies Research

**Timothy O'Shea,** Equity Analyst, (212) 284-3415, toshea@jefferies.com

# Jefferies

Please see important disclosure information on pages 79 - 83 of this report.

Confidential

APL-SECLIT_00001449



| AAPL | | | | | |
|---|---|---|---|---|---|
| Initiating Coverage | | | | | |
| October 29, 2018 | Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# China Market Consolidation Around Five Players Suggests Apple has Pricing Power

- **We believe Apple has pricing power in China**, a reversal from 2016 and 2017 when Apple was losing market share to lower priced Android competitors like Huawei.

- **The China smartphone market has consolidated around five key players; it will be difficult for newer lower-cost entrants to break in.** In 2Q '18 the top five accounted for 82% of shipments, up from 44% in 2014. The cost of innovation is rising; consumers demand multiple cameras, large OLED screens, and biometric security. All of this implies difficulty for newer, lower-priced vendors to enter the market. With market share stabilizing, we think competitors will follow Apple by raising prices.

- **Five key players in the China smartphone market:**

1. **Huawei** –largest player with 20% share in 2018, double vs 2014.

2. **Oppo** – market share has tripled since 2014.

3. **Vivo** – market share has doubled since 2014.

4. **Xiaomi** – market share has been lumpy, bouncing to 12% in 2018.

5. **Apple** – market share peaked in 2015, stabilized in 2018.

page 31 of 83

Please see important disclosure information on pages 79 - 83 of this report.

**Exhibit 22: The Chinese Smartphone Market Has Consolidated Around 5 Majors Players**



Source: IDC

**Exhibit 23: iPhone Market Share Has Remained Relatively Steady**



Source: IDC

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

Confidential

APL-SECLIT_00001450

# Geographic Call Option: India Looks Like China from 10 Years Ago

- **Rapid migration from rural to urban areas**
  - **GDP growth**
  - **Young tech-savvy population**
  - **1.3B population**

- **4G has been slow to get going.** There was strong correlation of 4G to iPhone sales in China.

- **Apple has no retail or online presence yet in India.** Today Apple has 50 retail stores in Greater China.

- **Despite the similarities, India lags in terms of infrastructure and distribution is fragmented.** In China most phones are sold through three carriers.

*Apple's China revenues have grown fifty-fold in the past 10 years.*

Source: Wikimedia Open Source Map

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

**Jefferies**

Please see important disclosure information on pages 79 - 83 of this report.

Confidential

| AAPL | | | | |
|---|---|---|---|---|
| Initiating Coverage | | | | |
| October 29, 2018 | Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |



## Services:
## A Large Opportunity to Build a Higher Margin, Higher Multiple Business

Source: Jefferies Research

Please see important disclosure information on pages 79 - 83 of this report.

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

APL-SECLIT_00001451

Confidential

APL-SECLIT_00001452

# AAPL

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

## *Already a large business with accelerating growth, we see an opportunity for Apple to build a higher margin, higher multiple Services business atop its premium ecosystem.*

1. **Apple's more recurring, higher margin software Services business warrants a higher multiple than for the core software business.** Applying a 5 – 8x sales multiple implies the Services business alone could be worth $111 to $177 per share by Fiscal 2022.

2. **By F'22 we believe Services could account for a full 25% of revenue (~$80B) and 40% of gross profit.** While the margin structure of each service can vary (App Store much higher than Apple Music), in aggregate Services has a ~60% gross margin profile (and improving), almost double the hardware business. Our F'22 gross margin estimates are ~100bps higher than consensus given our optimism around Services.

3. **Services is growing 2-3x faster than Apple's top line. Services revenue will more than double from $38B in F'18 to over $81B in F'22.** Growth is driven by App Store (26% CAGR from F'17-21) and Music (45% CAGR), but also iCloud, Apple Pay, Apple Care, and Licensing.

4. **We see call optionality as AAPL enters adjacent verticals.** Video looks like a measured, but dilutive investment designed to reinforce the ecosystem (like Amazon Prime). Health is a large potential opportunity over time.

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

Please see important disclosure information on pages 79 - 83 of this report.

Confidential

APL-SECLIT_00001453

# AAPL

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Services is growing 2 to 3x faster than AAPL's top line, with App Store and Music the primary growth drivers (for now…)

- **In 2015, Apple was still an 'iPhone company'.** Following the launch of iPhone in 2007, Apple transformed itself from a desktop computer company to a smartphone / tablet company with 75% of revs from iPhone and iPad in 2015.

- **Today, Apple is mix-shifting towards high-growth Services revenue.** We model Services doubling from $38B revenue in F'18 (14% of total) to $81B in F'22 (25% of total).

- **App Store and Music are the primary growth drivers today.** App Store is on track to exceed $15B (+33% Y/Y) of high-margin revs in F'18. And we estimate Music grew 65% Y/Y to $4.1B.

- **Other services include iCloud, AppleCare, Apple Pay, Licensing, and iTunes.** Apple is also investing in video (no revenue yet) and Health could be a promising category over time.



**Exhibit 33: AAPL Revenue Mix ($K); Services Can Double by F'22**

Source: Apple

**Exhibit 34: Services Revenue ($K); App Store & Music Drive Growth**

21% CAGR ('18-'22)

Source: Apple, Jefferies Estimates

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

# Jefferies

Please see important disclosure information on pages 79 - 83 of this report.

Confidential

APL-SECLIT_00001454

# AAPL

Initiating Coverage

| October 29, 2018 | Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |
|---|---|---|---|---|---|

## Services Provide a Less Seasonal, More Consistent Revenue Stream for Apple

- **Apple historically generates ~30-35% of revenue in the December quarter, when new iPhones typically launch.** Recent iPhone launches have tended to coincide with the prime holiday shopping period although this has not always been the case.

- **Services does exhibit some seasonality, but FAR less than the hardware business.** App Store does exhibit seasonality as users tend to download and pay for apps and content when they purchase new hardware. But services like Music (explicit subscription) and AppleCare (revs recognized over service period) generate predictable revenue streams that should temper AAPL seasonality going forward.

- **We think investors will be rewarded as AAPL mix shifts towards more recurring, high margin revenue streams.** Other companies like Activision have gone through similar mix-shifts, and investors were rewarded with higher multiples and stock prices.



**Exhibit 35: Historically, Apple Revs Have Shown Seasonality...**

Apple Quarterly Rev as % of Annual Rev

Note: Q1 (in red) is the holiday Q

Source: Apple, Jefferies Estimates

**Exhibit 36: ...But Services Revenue is Less Seasonal**

Apple Quarterly Services Revenue ($K)

Source: Company Data

**Timothy O'Shea,** Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

Please see important disclosure information on pages 79 - 83 of this report.

Confidential

APL-SECLIT_00001455

# With Superior Margin Profile, Services Will Become an Increasing Driver of Total Gross Profit Over Time

- **In Fiscal 2015, we estimate AAPL derived over 70% of gross profit from iPhone.** Also in F'15, we believe Services contributed 13% of gross profit dollars, despite only accounting for 9% of revenue.

- **By Fiscal 20, we believe Services will account for a full 30% of gross profit dollars,** despite only accounting for 20% of revenue.

- **Rough math, Services business has a blended ~60% gross margin profile, growing at a 21% CAGR (F'18-22).** AAPL's hardware & other businesses (everything except Services) boasts a 30% margin and is growing at a ~3% CAGR.



**Exhibit 37: Services Growth and Margin Profile is a Key Profit Driver for Apple**

Gross Profit Contribution by Segment

*Source: Company Data, Jefferies Estimates*

**Exhibit 38: When We Average the Hardware Components of the Business They Are Only Growing 3% Versus Services Growing 21%**

| | Hardware | Software |
|---|---|---|
| Gross Margin ('18) | 30% | 61% |
| Growth Rate ('18-22) | 3% | 21% |

*Source: Apple, Jefferies Estimates, Statista*

**Timothy O'Shea,** Equity Analyst, (212) 284-3415, toshea@jefferies.com

# Jefferies

Please see important disclosure information on pages 79 - 83 of this report.

Confidential

APL-SECLIT_00001456

# AAPL

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Dispelling the Narrative that Services Growth is Linked to Hardware (it's ARPU)

- **ARPU, not Hardware growth, is the primary driver of Services.** One of the more common misconceptions about Apple is that device penetration is the sole driver of Services revenue. While this is certainly important, we note Revenue per Device (ARPU) has been rising every single year and is the primary driver of overall Services growth.

- **Underscoring this point, we believe Services will grow at a 21% CAGR through F'22,** a period of time when we model iPhone units declining at a 1% CAGR.

- **By 2021 we believe revenue per device will nearly double from $24 to $44.** We believe AAPL has around 300MM paying users today vs 1.3B active devices, implying only one quarter of customers are paying for any of Apple's Services.

- **Apple Services ARPU well below competitor ARPU.** While these are not true apples-to-apples comparisons, we still see significant upside to ARPU for Apple.



**Exhibit 39: As Services Grows 20%+ Over the Next 3 Years vs. Decelerating Installed Base Rev per Device Can Grow**

**Average Revenue per Device**

F2016A: $24.3
F2017A: $26.1
F2018E: $29.4
F2019E: $34.4
F2020E: $39.5
F2021E: $43.7

Source: Apple, Jefferies Estimates

**Exhibit 40: At Only $29 Per Year, Spend per Device is Lower Than Most Competing Subscription Services**

**2018 ARPU of Competing Services**

Apple Services: $29
Netflix: $126
Spotify: $67
Pandora: $77
Amazon Prime: $99

Source: Company Data, Jefferies Estimates

**Timothy O'Shea,** Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

Please see important disclosure information on pages 79 - 83 of this report.

Confidential

APL-SECLIT_00001457

| AAPL | | | | |
|---|---|---|---|---|
| Initiating Coverage | | | | |
| October 29, 2018 | Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Services Analogy: Activision (ATVI)

- **For almost a decade, video-game publisher Activision has been mix-shifting towards a higher-margin, more recurring 'digital' revenue base.** Digital revenue grew from 27% of total in '09 to 79% of revenue in '16.

- **Like AAPL, Activision used to be highly seasonal with significant revenue spikes in the December quarter, when Activision tends to release key new games.** As ATVI's revenue mix-shifted towards high-margin, recurring digital revenue, the seasonality became far less pronounced (see bottom chart). Activision now generates significant digital revenue even in quarters when it does not release a hit game.

- **Activision's digital revenue base has many similarities to Apple's App Store.** As with the App Store, ATVI's digital revenue is growing every year despite the lack of explicit subscriptions or contracts. In fact, one of the primary growth drivers for App Store is robust growth in mobile video games.

**Exhibit 41: Activision Has Successfully Pivoted From Title Driven Model to In-Game Transaction Model**



Source: Company Data

**Exhibit 42: As a Result of the Digital Shift, Activision Has Become a Far Less Seasonal Business**



Source: Company Data

**Timothy O'Shea, Equity Analyst, (212) 284-3415, toshea@jefferies.com**

## Jefferies

Please see important disclosure information on pages 79 - 83 of this report.

Confidential

APL-SECLIT_00001458

# AAPL

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

## Services Analogy: Activision (cont.)

- **ATVI investors were rewarded with a higher multiple as revenue mix-shifted away from its 'hits driven' origin.** Forward PE expanded from ~12x to nearly 27x in 2018.

- **And the share price has increased significantly, boosted by the premium multiple and higher earnings.** Like AAPL's Services business, ATVI's digital business is higher margin than the core business. Profitability was significantly boosted as the revenue became more predictable and profitable.

- **ATVI's digital business is so strong major games can flop and ATVI can still beat estimates.** This is the power of high-growth, recurring revenue streams.

**Exhibit 43: Multiple Expansion Follows ATVI Digital Transformation**



Source: Company Data, Jefferies Estimates

**Exhibit 44: Activision's Stock Price Fully Reflecting the Digital Transformation**

**Activision 5 Year Stock Price**



Source: Company Data

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

Please see important disclosure information on pages 79 - 83 of this report.

Confidential

APL-SECLIT_00001459

# AAPL

Initiating Coverage

| October 29, 2018 | Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

## We Are Encouraged by the Favorable Mix Shift in Services Towards the High Margin App Store and the Recurring Subscription Music Business

- **By 2020 we believe App Store and Music will account for over half of total Services revenue**, up from around 31% in F'15. App Store alone should account for 40% of Services revenue by F'20.

- **App Store is (very) high margin.** App purchases are recorded on a net basis, meaning cost of goods is very low and gross margin is very high (~85%+ GM).

- **Music is a low-margin subscription service, but margin should improve as the business scales.** Though gross margin on Apple Music are lower than the overall Services business (SPOT gross margin is ~20%), Music creates a truly recurring revenue stream for AAPL. Compared to Spotify, Apple Music can market the offering to the existing 1.3B active users, rather than being forced to spend heavily on user acquisition.



**Exhibit 45: Apple Services Mix Favors the App Store and the Large But Rapidly Declining iTunes Store**

2015 Apple Services Mix

■ App Store ■ Music  ■ iTunes ■ iCloud ■ Apple Pay ■ AppleCare ■ Licensing and Other

Source: Apple, Jefferies Estimates

**Exhibit 46: By 2020, We Like the Mix Towards the High Margin App Store and the Highly Recurring Music Streaming Business**

2020 Apple Services Mix

■ App Store ■ Music  ■ iTunes ■ iCloud ■ Apple Pay ■ AppleCare ■ Licensing and Other

Source: Apple, Jefferies Estimates

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

Please see important disclosure information on pages 79 - 83 of this report.

Confidential

APL-SECLIT_00001460

| AAPL | | | | |
|---|---|---|---|---|
| Initiating Coverage | | | | |
| October 29, 2018 | Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# App Store: Why should we pay attention?

- **App Store is the flywheel of Apple's Services business.** As the largest, fastest growing, and highest margin of all Apple's Services, we think App Store should drive most of the growth for Services over the next three years.

- **App Store revenue is highly correlated to overall Services revenue.** We calculate r squared of 0.95. As the App Store continues to drive an increasing percentage of the overall Services business we believe it is critical to monitor inter-quarter activity and data points.

- **We believe App Store growth should persist. We forecast a 24% CAGR (F'18-21),** potentially reaching 40% of Services revenue by F'20.



**Exhibit 47: Given the Size of the App Store Investors Need to Pay Attention to its Growth as It Correlates Closely with Services Revenue**

**App Store Correlation to Apple Services Revenue**

$R^2 = 0.9537$

■ Services Revenue   ■ App Store Revenue

*Source: Apple, Jefferies Estimates*

**Exhibit 48: App Store is Triple the Size of the Second Largest Service and Growing 24% CAGR '18-21**

**App Store Revenue (in $1000s)**

24% CAGR ('18-21)

*Source: Apple, Jefferies Estimates*

**Timothy O'Shea,** Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

Please see important disclosure information on pages 79 - 83 of this report.

Confidential

APL-SECLIT_00001461

## AAPL

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Like Clockwork: Every Year, More Users Spend More Money on Apps. And Apple Takes a 30% Cut.

- **Per device, spending on Apps grew 33% from F'15 to '18.** This is driven by many factors including rising consumer adoption of online services, increasing broadband penetration, and more time spent with mobile devices.

- **Mobile games a significant growth driver for in-app spending and ARPU.** Most games are available for free and incentivize users to spend real money on in-game items and services.

- **There's an app for that.** We also track strong growth in the number of apps available in the App Store. The number of apps grew at a 22% CAGR between F'15 and F'18.



**Exhibit 49: Growth in App Store Content Continues to Accelerate 10 Years Following App Store Launch**

Number of Available Apps in App Store (1000s)

Source: Apple, Sensor Tower, Jefferies Estimates

**Exhibit 50: Increase in Spend per User Implies a Higher Customer Lifetime Value**

U.S. Average User Spending on iPhone Apps and Y/Y Growth

Source: Apple, Sensor Tower, Jefferies Estimates

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

Please see important disclosure information on pages 79 - 83 of this report.

Confidential

APL-SECLIT_00001462

# The $70B Mobile Gaming Industry is Fueling App Store Growth.

- **Mobile gaming grew 25% Y/Y to $70B in 2018 and Apple looks like a primary beneficiary of this robust growth.** Apple effectively takes a 30% cut of effectively every gaming transaction on iOS. It's a fantastic business.

- **We believe ~75% of App Store revenue comes from mobile games, despite only accounting for 31% of downloads.** Gamers are spending heavily, with ARPU 9x higher than other app categories. ARPU grew from $25 in 2015 to $36 in 2017, a 44% increase in just two years.

- **These number imply Apple is one of the largest mobile gaming companies in the world.** Tencent is on track to deliver around $12B of mobile game revenues in 2018. Apple is likely close behind.

- **Unlike traditional mobile gaming companies, Apple has no title risk.** Apple takes a 30% platform fee for every transaction, regardless of what game is hot at the moment.

- ==The recent game approval freeze in China could be a short term headwind.==



**Exhibit 51: Mobile Gaming the Largest Driver for App Store Revenue and Growth is Accelerating**

**U.S. App Store Revenue Per Active iPhone**

Source: Sensor Tower

**Exhibit 52: In-Game Transactions Have Proven to Be a Driver of Consumer Spend Despite Being a Lower Percentage of Downloads**

**Gaming Drives ~75% of App Store Revenue**

Source: App Annie

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

Please see important disclosure information on pages 79 - 83 of this report.

Confidential

APL-SECLIT_00001463

# AAPL

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# App Store Charges a 30% Platform Fee; Underscoring How Developers Will Pay Dearly to Access the Apple Ecosystem

- **Apple has paid out over $100B to app developers since launching the App Store in 2008.** This implies AAPL has booked almost $43B in App Store revenue LTD. For app purchases, Apple revenue is booked net of the payment to developers. iTunes purchases (movies, etc) are recorded gross of the payment.

- **Apple charges developers a 30% platform fee, but in 2016 Apple made a decision to only take a 15% cut from subscription apps** that have been active on the App Store for over 1 year. This decision is likely used as an incentive to drive more subscription revenue across the platform. Subscription revenue is inherently stickier and more predictable.

- **The 30% platform fee has otherwise held steady for the past decade.** For now we think app developers will continue to pay Apple to access this vibrant marketplace. Over time it is possible this 30% cut could be undermined, which would be an obvious negative.



**Exhibit 53: Services Profitability Should be Driven by Growth in the High Margin App Store and Declines in the Low Margin iTunes Store**

**App Store vs. iTunes Margin and Growth Rate**

|  | App Store | iTunes Store |
|---|---|---|
| 2018 Revenue (in $B) | $15.08 | $3.62 |
| Gross Margin | 85% | 25% |
| Growth Rate ('18-21) | 24% | -5% |

Source: Company Data

**Exhibit 54: Developers Have Contributed Well Over $100B in Value to the App Store**

**Developer Payout and Gross App Store Revenue ($B)**

(legend: Developer Payout, Gross Revenue)

Source: Company Data

Please see important disclosure information on pages 79 - 83 of this report.

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

Confidential

APL-SECLIT_00001464

| AAPL | | | | |
|---|---|---|---|---|
| Initiating Coverage | | | | |
| October 29, 2018 | Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# App Store is a Premium Marketplace Full of High Spenders and High Quality, Optimized Apps

- **App Store generates roughly 2x the spending vs the Google Play store.** This is despite Google Play having 3x the number of downloads compared to the App Store.

- **Apple's App Store is the premium marketplace. Google Play is the mass marketplace.** App Store downloads (2.5% '17-22 CAGR) are forecasted to grow at a slower rate than Google Play downloads (9% CAGR) going forward, but consumer spending should remain significantly higher on the App Store growing 13% CAGR ('17-22) and off a far larger base.

- **For most app developers, supporting iOS is a no brainer.** Consumers spend significantly more. And it is significantly easier to optimize and support your app for iOS vs Android, where developers have to support thousands of various devices, each with own display size, features, specs.



**Exhibit 55: Downloads on Google Play are Outpacing App Store Downloads**

Worldwide App Downloads (B)

9% CAGR ('17-22)

2.5% CAGR ('17-22)

■ Google Play   ■ iOS

*Source: App Annie*

**Exhibit 56: App Store's Spend is Nearly Double the Google Play Store**

Worldwide Consumer Spend ($B)

13.6% CAGR ('17-22)

13.7% CAGR ('17-22)

■ Google Play   ■ iOS

*Source: App Annie*

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

Please see important disclosure information on pages 79 - 83 of this report.

Confidential

APL-SECLIT_00001465

# AAPL

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Why Does the App Store Capture Greater Share of Total Consumer Spend?

- **The App Store has managed to remain a strong lead in total consumer spend (66% vs. 34% in 2017)** even as Android has grown its global market share and expanded Google Play Store.

- **Annual Android shipments have historically been 5x iPhone shipments** implying developers are selling their apps to a smaller, but premium consumer.

- **We note that iPhone users have significantly higher incomes.** Pew Research noted that 40% of iPhone users have incomes exceeding $75K per year vs. only 31% for Android users. Additionally, only 13% of iPhone users earn less than $30K per year vs. 28% for Android users.



**Exhibit 57: Even As Android Has Grown Its Share of the Global Smartphone Market, the App Store Remains Better Monetized Platform**

### Share of Worldwide Consumer Spend

Source: App Annie

**Exhibit 58: Android Should Ship Over 1.2B Devices vs. iOS ~218M Implying a 5x Smaller Base for Apple to Sell Its Apps**

### Worldwide Smartphone Shipment Market Share

Source: IDC

**Timothy O'Shea,** Equity Analyst, (212) 284-3415, toshea@jefferies.com

# Jefferies

Please see important disclosure information on pages 79 - 83 of this report.

Confidential

APL-SECLIT_00001466

# AAPL

Initiating Coverage

October 29, 2018 | Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables

# Social Apps Still Dominate Time Spent on Mobile Apps

- **App Store users are spending 10x more time on social vs gaming or entertainment apps.** For example, between May and July, consumers spent about 3B hours playing Fortnite, the most popular game of 2018. This compares to about 31B hours spend on Facebook over the same time period.

- **Any shift towards gaming would be a driver of App Store revenue.** This is because gaming, which is a very well monetized service, occupies just a fraction of the time spent compared to free social apps like Facebook and Twitter.

**Exhibit 59: App Store Users Spend 10x More Time on Socials Apps than Gaming Apps**

### Total Mobile Apps by Total Session Time

| | Overall | App Store | Google Play |
|---|---|---|---|
| 1 | WhatsApp (85B hrs) | Facebook (31B hrs) | WhatsApp (59B hrs) |
| 2 | WeChat | Twitter | FB Messenger |
| 3 | Facebook | Google Maps | WeChat |
| 4 | FB Messenger | Pandora | Facebook |
| 5 | Pandora | WhatsApp | Twitter |
| 6 | YouTube | YouTube | Instagram |
| 7 | Instagram | Instagram | Google Maps |
| 8 | Twitter | FB Messenger | Pandora |
| 9 | Google Maps | WeChat | Microsoft Outlook |
| 10 | Spotify | Snapchat | Netflix |

Source: apptopia, May-July 2018

**Exhibit 60: Despite Spending 10x Less Time on Gaming Apps Users Still Capture 75% of Total App Store Spend**

### Top Gaming Apps by Total Session Time

| | Overall | App Store | Google Play |
|---|---|---|---|
| 1 | Clash of Clans (3.8B hrs) | Fortnite (2.9B hrs) | Cash of Clans (2.9B hrs) |
| 2 | My Talking Tom | Helix Jump | Lords Mobile |
| 3 | Candy Crush Saga | Sniper 3D Assassin | Clash Royale |
| 4 | Fortnite | PUBG Mobile | My Talking Tom |
| 5 | Lords Mobile | Happy Consumers | Candy Crush Saga |
| 6 | Subway Surfers | Fight List | Subway Surfers |
| 7 | Helix Jump | Clash of Clans | Fishdom |
| 8 | Slither.io | Subway Surfers | Block Puzzle Jewel |
| 9 | PUBG Mobile | Candy Crush Saga | Slither.io |
| 10 | Fishdom | Homescapes | Plants vs. Zombies |

Source: apptopia, May-July 2018

**Timothy O'Shea,** Equity Analyst, (212) 284-3415, toshea@jefferies.com

# Jefferies

Please see important disclosure information on pages 79 - 83 of this report.

Confidential

APL-SECLIT_00001467

# AAPL

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# How Can Spending Increase When an Increasing Amount of Apps are Free?

- **The percentage of free apps has risen from ~33% to ~94% since the introduction of the App Store in 2008.** Going forward we expect a further mix-shift towards free apps.

- **The name of the game is maximizing the number of downloads by offering the app for free.** Once the app has an audience, it can begin to monetize the fan base with more in-app features and upgrades.

- **This freemium model is a nice tailwind to the App Store** as Apple takes a 30% cut of any transaction that occurs in the app.

- **On average, 20% of free apps get 10K downloads.** This compares to 0.2% of paid apps getting more than 10K downloads. The number of apps with over $1MM in consumer spend has grown at a 30% CAGR between '12 and '17, from just 770 apps to 2,857 at the end of 2017.

- **In short, free app→ more downloads→ greater monetization opportunity**



**Exhibit 61: An Increasing Number of Apps are Driving Over $1M in Spend**

Number of Apps with More Than $1M in Consumer Spend

Source: App Annie

**Exhibit 62: Growth in the "Freemium" Model for Gaming Provides Another Incentive for In-Game Spend**

Share of App Store Downloads, Free vs. Paid

Source: eMarketer

**Jefferies**

**Timothy O'Shea,** Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 - 83 of this report.

Confidential

# Apple Music – Rapid Uptake of Subscription Music Offering Rescues Apple from the Decline of iTunes

- **We believe Apple Music is the fastest-growing of all Apple's Services.** Introduced in 2015, Apple now has over 50 million paid subscribers. After a 3-month free trial, Music costs $9.99 per month.

- **The recurrent revenue stream provided by Apple Music should provide an increasingly favorable Music mix** as the subscription model (versus digital downloads via iTunes) should provide Apple with greater visibility.

- **Is Apple Music's TAM 800m potential users?** We note that in 2014 iTunes had 800m accounts. Given we know that there are around 50m Music users there is only a 6.25% penetration into the iTunes user base. Additionally, we do not view cannibalization of iTunes as a concern for Apple, as the music streaming business is a more recurring business with opportunities for margin improvement with scale.

**Exhibit 63: We fully expect tailwinds in music streaming to drive Apple Music**



**Music Streaming on the Rise (Rev in $1000s)**

Source: Company Data, Jefferies Estimates

**Exhibit 64: The iTunes User Base is Large and Shifting to Music Streaming**

**Streaming vs. iTunes Economics**

| | Apple Music | iTunes |
|---|---|---|
| Payment method | Monthly subscription | Charged per song/video download |
| Number of users | 50m | *800m |
| Price per download | -- | $1.29 per song, $19.99 per movie, ~$40 per TV series |
| Monthly fee | $9.99 for individuals, $14.99 for families, $5.99 for students | -- |

*Users as of 2014

Source: Company Data

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

Please see important disclosure information on pages 79 - 83 of this report.

Confidential

APL-SECLIT_00001469

**AAPL**

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Apple Music Can Scale to $8B by F'20 (14% of Services Rev), With a Sticky, Subscription Revenue Model

- **We believe Music will grow 65% Y/Y to $4.1B in F'18 and forecast it to cross $14B of revenue by F'22.** Conversely, we model iTunes declining at a ~10% CAGR ('14-17) and assume Music will surpass it in F'18.

- **It took Spotify 12 years to reach 83MM paid subs; Apple took 3 years to cross 45MM.** We attribute the rapid adoption of Music to Apple's already existing 1.3B device installed base. We are also encouraged by the economics of Music as the model should scale faster than Spotify as they will likely need to spend less on customer acquisition and marketing related costs.



**Exhibit 65: Though Growing From a Small Base, Music Can Eventually Contribute a 14% of the Overall Services Mix**

Apple Music Revenue ($1000s)

Source: Company Data, Jefferies Estimates

**Exhibit 66: Of the 3 Biggest Streaming Services Globally, Apple Continues to Exhibit the Most Impressive Growth Rates**

Global Music Streaming Subscribers (MMs)

Source: Company Data

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

**Jefferies**

Please see important disclosure information on pages 79 - 83 of this report.

Confidential

APL-SECLIT_00001470

# Low Apple Music Penetration Against Global iOS Device Install Base Suggests Continued Growth Going Forward

- **At the moment, Apple Music only has around 50m subscribers versus a total installed base of 1.3B active devices,** implying that Music is only about 4% penetrated across its user base. We see a significant opportunity to grow this base over time.

- **We assume that Apple Music has a higher ARPU than its competitors (i.e. Spotify)** due to the fact that Apple has a more dominant share in the U.S., whereas Spotify has been focusing on international expansion where pricing is income adjusted.

- **Pandora, which has a strong presence in the U.S. has a higher 15% higher ARPU than Spotify.** Tencent Music, based in China, now has over 33M users

Please see important disclosure information on pages 79 - 83 of this report.



**Exhibit 67: Apple Music is Still in Its Infancy with Plenty of Room to Convert iTunes Users**

**Apple Music Penetration vs. Installed Base**

- Apple Music Penetration very low
- 4%
- 96%

Source: Company Data, Jefferies Estimates

**Exhibit 68: Apple Music Likely Makes More per User Vs. Competitors Given Larger U.S. Presence**

**ARPU of Music Streaming Services**

- Spotify: $5.60
- Apple Music: $7.00
- Pandora: $6.40
- Tencent Music: $1.29

Source: Company Data, Jefferies Estimates

**Timothy O'Shea,** Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

Confidential

APL-SECLIT_00001471

# AAPL

Initiating Coverage

October 26, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

**Exhibit 69: Streaming is the Future of Music. The Industry is Growing for the First Time in 20 Years.**



U.S. Recorded Music Revenues (in $MM) by Format

Source: RIAA

Timothy O'Shea, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 - 83 of this report.

Jefferies

Confidential

APL-SECLIT_00001472

## AAPL

Initiating Coverage

| October 29, 2018 | Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Streaming will Power All the Growth in the Music Industry

- **Streaming will be the primary growth driver for the music industry over the next 5 years.** IFPI estimates it will grow at a 21% 5-year CAGR.

- **Streaming revenue has already begun to inflect the music industry.** 2016 marked the first time in 20 years the music industry grew as a whole. This is a very different scenario than when iTunes and other digital download formats were introduced in the early 2000s. Those services did not defend the industry against the collapse of CD revenues, and paid downloads ultimately failed to transform how consumers enjoy music.

- **Music streaming is still early days with plenty of room for growth.** Before the release of Apple Music at the end of 2015, streaming only made up 34% of the total music industry. Today, more than 35% of music is still consumed through traditional formats. Apple has the platform and existing user base to acquire new streamers.

**Exhibit 70: Nearly All of the Music Industry's Growth Will Come from Streaming**



Music Industry Growth Profile (Est CAGR for next 5 years)

Source: IFPI

**Exhibit 71: Much of the Music Industry Has Not Yet Shifted to Streaming Formats**

Music Streaming as % of Total US Music Revenue

Source: RIAA

**Timothy O'Shea,** Equity Analyst, (212) 284-3415, toshea@jefferies.com

**Jefferies**

Please see important disclosure information on pages 79 - 83 of this report.

Confidential

APL-SECLIT_00001473

# The Music Ecosystem is Stronger with Complementary Apple Products

- **Unlike Spotify and Pandora, Apple Music is more easily able to acquire users who already own Watches, iPhones, HomePods, and AirPods.** The cross-selling opportunities have allowed Apple to grow its paid subscriber base from just 6M subs in '15 to over 50m subs by '18.

- **The ability to play your Apple Music library directly from your Apple Watch should incentivize Spotify users to transition into the Apple ecosystem.** There are currently 83m Spotify premium users to only 50m Apple Music subscribers. We anticipate that Apple will be able to sell over 20m watches in 2018 compared to 16.5m in 2017. The introduction of new devices into the ecosystem should help drive greater Apple Music adoption.

**Exhibit 72: The Music Ecosystem is Stronger with Complementary Apple Products**



Source: Apple

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

Please see important disclosure information on pages 79 - 83 of this report.

Confidential

APL-SECLIT_00001474

# AAPL

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Licensing & Other — A Steady Source of Revenue for Apple

- **Licensing is yet another example of Apple generating value from its ecosystem.** In 2014 court documents revealed Google had paid Apple $1B to be Apple's default search engine.

- **Today, we assume Google is paying Apple roughly $4B.** This implies the payment has grown annually at a similar rate to Google's TAC. Remember, Google TAC is growing due to a number of factors including rapid growth of YouTube. This limits the total amount that Google is paying Apple.

- **Google services remain very popular on Apple's platform.** Google's YouTube and Maps apps are two of the top-ten most downloaded apps of all time in the App Store. This implies Google relies heavily on the Apple platform and we anticipate Google will continue to pay Apple every year to remain the default search provider.



**Exhibit 73: Apple's Licensing Should Remain a Steady Source of Revenue**

Google Licensing Rev to Apple (in $1000s)

Source: Company Data, Jefferies Estimates

**Exhibit 74: Google's Services Remain Very Popular on Apple's Platform**

All Time App Store Download Rankings

| Rank | App | Publisher | Release |
|---|---|---|---|
| 1 | Facebook | Facebook | Jul-08 |
| 2 | Facebook Messenger | Facebook | Aug-11 |
| 3 | Youtube | Google | Sep-12 |
| 4 | Instagram | Facebook | Oct-10 |
| 5 | Skype | Microsoft | Mar-09 |
| 6 | WhatsApp Messenger | Facebook | May-09 |
| 7 | Find My iPhone | Apple | Jun-10 |
| 8 | Google Maps | Google | Dec-12 |
| 9 | Twitter | Twitter | Oct-09 |
| 10 | iTunes U | Apple | Jan-12 |

Source: App Annie

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

Please see important disclosure information on pages 79 - 83 of this report.

Confidential

APL-SECLIT_00001475

# AAPL

Initiating Coverage

| October 29, 2018 | Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |
|---|---|---|---|---|---|

# Video Streaming Service: A Long-Term Call Option, but We Are Skeptical

- **Today Apple is reportedly spending $1B to create video content.** This works out to around 1.4% of Apple's F'18 EBIT and 0.4% of revenue, and as such seems like a measured bet. Nevertheless, Apple could decide to (rapidly) increase the amount it is investing in content to compete with services like Netflix, which is investing $8B this year.

- **By producing its own video series, Apple is taking creative risk.** This is not a core competency. It is also a very different strategy than what is happening with Apple Music, where Apple licenses others' music.

- **It is unclear how Apple intends to monetize video content.** Today, the strategy appears to be giving away the video for free. The content will also eschew darker and more mature themes. While it is hard to comment on content until we have viewed it, this seems like another reason to be skeptical.

- **Acquiring content (M&A) may be a more rational strategy.** Apple's war chest is obviously large enough to pursue any deal, including companies like Netflix.

page 57 of 83

Please see important disclosure information on pages 79 - 83 of this report.

**Exhibit 75: By 2019, US Consumers Should Spend More Time Consuming Content on Mobile Devices than on TV**

**Average Time Spent Per Day (Minutes)**



Source: eMarketer

**Exhibit 76: Apple Announced Streaming Service is Still Early Days and $1B in Annual Spend Represents a Sliver of Total Revenue**

**Comparable Media Companies Spend (FY 2018)**

| | Media Services Content Spend ($B) | % of Revenue |
|---|---|---|
| **Apple** | $1.0 | 0.38% |
| Netflix | $7.8 | 49.00% |
| Disney | $7.8 | 13.33% |
| Amazon | $4.5 | 1.91% |
| HBO | $8.0 | 4.62% |

Source: Company Data, Jefferies Estimates

**Timothy O'Shea,** Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

Confidential

APL-SECLIT_00001476

**AAPL**

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |



## Wearables:
## Another Accelerating Business Being Built Atop Apple's Core Ecosystem

Source: Apple

Please see important disclosure information on pages 79 - 83 of this report.

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

**Jefferies**

Confidential

**AAPL**

Initiating Coverage

| October 29, 2018 | Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# *We see a large opportunity to sell wearable devices that connect to Apple's robust ecosystem.*

1. **AirPods are a killer product with significant growth potential over time.** We see them everywhere, but penetration against the iPhone install base remains low (<10%). They are the perfect complement to iPhone, which hasn't had a headphone jack since 2015. When paired with Apple Watch (cellular version) and Apple Music, you have an absolutely phenomenal untethered (no iPhone) experience.

2. **Already popular, the completely redesigned Apple Watch Series 4 should drive a step-up in sales.** We see similarities to iPhone 4, which saw a significant step up in sales driven by its complete design overhaul and ongoing product improvements. As with iPhone, we model higher units *and* ASP. Apple Watch Series 4 costs ~38% more than Series 3 and we believe this is a durable revenue stream.

3. **Over time we see an opportunity for Apple to introduce other products.** Apple is reportedly working on Virtual Reality / Augmented reality glasses. And we see an opportunity to introduce other products like hearing aids and fitness trackers over time.

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

Please see important disclosure information on pages 79 - 83 of this report.

APL-SECLIT_00001477

Confidential

**AAPL**

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Exhibit 77: Other Products Revenue



- Before Apple Watch in 2015, growth in "other products" was lumpy and driven by one off hit releases
- Since the Watch growth from '16-18 has been steady and is accelerating off an increasingly large base

Source: Jefferies Research, Apple

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

# Jefferies

Please see important disclosure information on pages 79 - 83 of this report.

APL-SECLIT_00001478

Confidential

APL-SECLIT_00001479

| AAPL | | | | | |
|---|---|---|---|---|---|
| Initiating Coverage | | | | | |
| October 29, 2018 | Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Wireless Headphones— A New Frontier for Apple

- **Prior to the introduction of AirPods in the first quarter of 2017 and the acquisition of Beats in late 2014, Apple had a 0% share of the wireless headphone market,** which in the US alone was a $650M industry (Statista).

- **Following the Beats acquisition and the development of AirPods in 2017, Apple now controls over 40% of the wireless headphone market,** a market that is forecasted to grow at a 26% CAGR ('18-22) and become a $2.5B market in the U.S by 2022. We note that Apple's 40% share of the wireless headphone market is more than double its next closest competitor, Bose, which only has 16% market share. We are excited about the prospect for AirPods versus competitors, as they can be marketed to an installed base of over 1.3B devices.



Source: Apple
Please see important disclosure information on pages 79 - 83 of this report.

**Exhibit 78: Prior to Acquiring Beats in 2014 Apple Had No Share of the Wireless Headphone Market**

### Share of Wireless Headphone Market (Pre-AirPods)



Source: Slate, Parse.ly

**Exhibit 79: After Acquiring Beats and Developing AirPods (1Q'17) Apple Now Has 40% Share of the Wireless Headphone Market**

### Share of Wireless Headphone Market (Post-AirPods)

Source: Slate, Parse.ly

**Timothy O'Shea,** Equity Analyst, (212) 284-3415, toshea@jefferies.com

# Jefferies

Confidential

# New Generations of iPhones to Carry Higher AirPod Attach Rates

- **Since its release in 2017, AirPods have been a smash hit, selling ~13-14m units with the opportunity to double units in 2018.** This implies that AirPods will make up roughly 25% of the fast growing "other products" category.

- **AirPods are the killer complement to iPhone, which hasn't had a headphone jack since 2015.** We estimate that in 2017 roughly 25% of iPhones sold still had a headphone jack (iPhone 6 and older gens). By 2018, we believe only 13% of iPhones sold will be compatible with wired headphones. We model the iPhone attach rate growing to 18%, resulting in $6.4B revenue in 2019.

**Exhibit 80: We Believe AirPod Revenue Can Triple by 2019 as Adoption Grows With Newer iPhone Models**

**AirPod Revenue ($1000s)**

|  | 2017 | 2018E | 2019E |
|---|---|---|---|
| Attach Rate | 6.46% | 12.86% | 18.72% |
| AirPods | 14,000 | 28,000 | 40,000 |
| ASP | 140 | 159 | 159 |
| **Airpod Revenue** | **$1,960,000** | **$4,452,000** | **$6,360,000** |

Source: Canalys, Jefferies Estimates

**Exhibit 81: The Lack of a Headset Jack on Newer Generations of iPhones Should Drive Greater AirPod Attach Rates**

**iPhone Unit Sales (1000s) With and Without a Headphone Jack**

|  | 2017 | 2018E |
|---|---|---|
| No Headphone Jack | 160,500 | 191,450 |
| % of Total | 73.90% | 87.04% |
| Headphone Jack | 56,700 | 28,500 |
| % of Total | 26.10% | 12.96% |

Source: Canalys, Jefferies Estimates

**iPhone 6**                                **iPhone X**



iPhone 6 generation had headset jack

iPhone 7 generations and onward have no headset jack

Please see important disclosure information on pages 79 - 83 of this report.

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

APL-SECLIT_00001480

Confidential

APL-SECLIT_00001481

| AAPL | | | | |
|---|---|---|---|---|
| Initiating Coverage | | | | |
| October 29, 2018 | Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Apple Already the Most Successful Wearables Company

- **In addition to its nearly $40B services business, Apple is also strategically shifting into the fast growing wearables category.** According to IDC estimates, the global wearables business is estimated to grow 18% CAGR ('17-21), compared to the global smartphone market, which is only growing 2.5% CAGR ('17-21)

- **Most of the growth in the global wearables market has come from smartwatches,** which are expected to grow from under 30m in 2017 to over 78m in 2021 (27% CAGR '17-20). It is worth mentioning that the other high growth category is earwear, which is likely to grow off a small base at 58% CAGR ('17-21) to 10.6m annual shipments.

- **Of the three largest players in the global wearables market (Apple, Xiaomi, and Fitbit) we note that Apple is the only company that has seen a growth in its market share.** Apple's share has grown from 9.6% in 2Q '16 to 17% in 2Q '18 compared to Fitbit's share, which shrunk from 24.1% in 2Q '16 to 9.5% in 2Q '18



**Exhibit 82: While the Wearables Market Lagged '16-17, Apple's Growth Accelerated**

Source: IDC

**Exhibit 83: In the Past 2 Years Apple Has Nearly Doubled Its Share in the Wearables Market While Competitors Share Has Shrunk**

Source: IDC

page 63 of 83

Please see important disclosure information on pages 79 - 83 of this report.

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

Confidential

| AAPL | | | | | |
|---|---|---|---|---|---|
| Initiating Coverage | | | | | |
| October 29, 2018 | Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Watch Out Switzerland! Apple Watch Already the Best-Selling Watch in the World and Redesigned Series 4 Will Likely Widen the Gap

- **In just 2 years, Apple has more than quadrupled its Watch shipments, from just 1.5m in Q1 '16 to 8.0m in Q4 '17.** Despite only launching in mid 2015, according to Canalys estimates Apple shipped more Watches than all Swiss watchmakers combined in calendar Q4 '17. This shows how Apple is able to scale far better than competitors due to existing loyal userbase

- **Apple dominates the smartwatch market with nearly double the share of second place competitor Fitbit.** It is likely that Apple Watch is able to maintain such a dominant share due to the device's compatibility with other Apple devices like the iPhone and AirPods.

- **The Apple Watch offering is very compelling.** The latest model offers features like ECG readings, fall detection, in addition to high value existing features like making calls, connecting to Apple Music, and LTE wireless connection. As Apple continues to add new features to its Watch, the TAM should also expand.

**Exhibit 84: Improvements to the Watch Have Helped Improve Adoption**



**Apple Watch Shipments (MM)**

Source: Canalys (calendar quarters)

**Exhibit 85: Apple Watch Has Double the Share of Its Closed Competitor Fitbit**

**Apple Watch Market Share, Q2 2018**

Source: Canalys

**Timothy O'Shea,** Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

Please see important disclosure information on pages 79 - 83 of this report.

APL-SECLIT_00001482

Confidential

| AAPL | | | | | |
|---|---|---|---|---|---|
| Initiating Coverage | | | | | |
| October 29, 2018 | Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Apple Watch Series 4 is Compelling Product with Bigger Screen, Health Features

- **Improved consumer adoption of the new Apple Watch Series 4 should be driven not only by better features (ECG, fall detection, etc.), but also by the larger display.** The Series 4 carries a $120 premium to its predecessor on both the smaller and larger models.

- **Apple Watch as health sensor; a highly compelling opportunity.** Formerly competing against various fitness trackers like Fitbit, Apple Watch is now in a league of its own with serious health features like electrocardiogram readings, heart rate monitors, and fall detection. Users will bring Apple Watch to doctor visits, integrating Watch into the hospital ecosystem. Over time expect more sensors and potentially new Services that capitalize on these health features.

- **Apple Watch's development cycle has clear parallels to iPhone.** Like AW Series 4, iPhone 4 was that product's first complete redesign and was when iPhone truly went mainstream. iPhone 6 Plus reflected a 38% screen size vs iPhone 5 counterpart and drove a 37% increase in unit sales.

  - **Series 0 / 1** – Heart rate sensor.

  - **Series 2** – GPS, water resistance, faster processor.

  - **Series 3** – Fitness features like altimeter. Cellular connectivity. Siri can speak.

  - **Series 4** –Complete redesign. Larger screen. Health features like ECG and fall detection.

Please see important disclosure information on pages 79 - 83 of this report.

**Exhibit 86: Larger Screen Sizes Should Help to Attract Incremental Buyers**



| 38mm Series 3 and earlier | 40mm Series 4 | 42mm Series 3 and earlier | 44mm Series 4 |
|---|---|---|---|
| Starting price: $279 | Starting price: $399 | Starting price: $309 | Starting price: $429 |
| +43% | | +38% | |

Source: Apple

**Exhibit 87: Apple Customers Have Historically Responded Positively to Increases in Screen Size (FY14 vs. FY15 Lineup)**



iPhone 5 — iPhone 6 Plus

+37% Unit Growth
+11% ASP Growth

4.0"   5.5"

Source: Apple

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

# Jefferies

Confidential

# Attach Rates for Apple Watch Should Rise Over Time

- **As global smartwatches continue to expand, we believe there will be a material increase in the attach rate between iPhone and the Apple Watch.** In our base case for 2018 we assume the attach rate rises to 9.5% in 2018, which should grow revenue 25% to $8.5B in 2018 from $6.8B in 2017.

- **Our 2019 forecast assumes that the attach rate moves to 12% and Watch ASP grows to $435, driven by greater sales of the higher priced LTE models.** Greater adoption of the Apple Watch and higher ASPs, can drive revenue above $11B by 2019.

- **In our bull case scenario for the Apple Watch, we model greater consumer adoption as well as a higher ASP, which would be driven by better than expected consumer preference for the LTE connected models.** We believe there is upside to our Watch estimates if consumers view the device as a standalone product that can be bought independently of an iPhone purchase.

- **In our bear case scenario for the Apple Watch, we assume lower attach rates as well as lower ASPs.** The biggest risk to our call is that consumers push back on price and decide to opt for the non-LTE enabled devices.

**Exhibit 88: Higher Watch Attach Rates and ASP Growth to Drive Wearables Revenue**

| | 2017E | 2018E | 2019E |
|---|---|---|---|
| iPhone Unit Sales (1000s) | 216,756 | 217,683 | 212,704 |
| Attach Rate | 7.59% | 9.50% | 12.00% |
| Apple Watch Units | 16,461 | 20,680 | 25,524 |
| ASP | $415 | $415 | $435 |
| Apple Watch Revenue | $6,831,315 | $8,582,152 | $11,103,157 |

Source: Canalys, Jefferies Estimates

**Exhibit 89: Watch Revenue is Highly Sensitive to ASP Growth and Attach Rate Assumptions**

| Bull Case | | | |
|---|---|---|---|
| | 2017E | 2018E | 2019E |
| iPhone Unit Sales (1000s) | 216,756 | 217,683 | 212,704 |
| Attach Rate | 7.59% | 10.50% | 15.00% |
| Apple Watch Units | 16,461 | 22,857 | 31,906 |
| ASP | $415 | $445 | $475 |
| Apple Watch Revenue | $6,831,315 | $10,171,238 | $15,155,171 |

| Bear Case | | | |
|---|---|---|---|
| | 2017E | 2018E | 2019E |
| iPhone Unit Sales (1000s) | 216,756 | 217,683 | 212,704 |
| Attach Rate | 7.59% | 9.00% | 11.00% |
| Apple Watch Units | 16,461 | 19,591 | 23,397 |
| ASP | $415 | $410 | $420 |
| Apple Watch Revenue | $6,831,315 | $8,032,503 | $9,826,932 |

Source: Canalys, Jefferies Estimates

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

**Jefferies**

Please see important disclosure information on pages 79 - 83 of this report.

Confidential

**AAPL**

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Risks:

Source: Apple

Please see important disclosure information on pages 79 - 83 of this report.

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

APL-SECLIT_00001485

Confidential

APL-SECLIT_00001486

## AAPL

Initiating Coverage

| October 29, 2018 | Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

## Risks to Our Call

- **A trade war with China would have material impact on sales, COGS, ASP.** We believe iPhone cost would increase 20-30% in a worst-case scenario. As with the revamped NAFTA agreement between the US, Canada and Mexico, we expect brinkmanship with China might take us to the edge of a cliff, but neither side wants to jump.

- **If consumers balk on higher prices, this would be a material negative.** iPhone prices have increased for the past two years. To date there is little evidence that consumers will push back on price and we think users are willing to pay higher prices for smartphones, a device that is within an arm's length for most of the day and night. In 2017, Apple actually sold *more* units despite iPhone X being the most expensive iPhone ever.

- **Superior competitive services could threaten Apple's ecosystem over time.** Unlike with hardware, we concede many of Apple's services are not best-in-class. Services like Apple Music, Photos, Mail, Maps, and Messages face competition from Spotify and Google. Increased user adoption of competitive services makes it easier to switch hardware.

- **App Store's 30% revenue cut could see pressure over time.** We think this is an unlikely scenario, but we note Apple has already reduced its share to 15% for certain subscription revenues.

- **A strong US dollar could have a material impact on gross margin.**

**Exhibit 90: Apple Suppliers in Asia**



**South Korea:**
Samsung
LG Display
SK Hynix

**China:**
AAC (Acoustic)
Goertek (Acoustic)
Desay

**Japan:**
Japan Display
Muratec (Capacitor)
Sony (Camera Sensor)
Minebea (Back Light)

**Taiwan:**
Casetek (Case)
Catcher (Case)
Foxconn (Case)
Largan (Camera Lens)
Pegatron (Assembly)
TSMC (Processor Foundry)
Hon Hai (Assembly)
Flexium (FPC)

Source: Jefferies Research, Fubon Research, Wikimedia Open Source Maps

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

Please see important disclosure information on pages 79 - 83 of this report.

Confidential

**AAPL**

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Model:

Source: Apple

Please see important disclosure information on pages 79 - 83 of this report.

**Timothy O'Shea,** Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

APL-SECLIT_00001487

Confidential

APL-SECLIT_00001488

Confidential

**AAPL**

Initiating Coverage

October 29, 2018 | Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables

# Exhibit 91: Apple Income Statement

| | 2018 | | | | 2019 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 18A | Q2 18A | Q3 18A | Q4 18E | Q1 19E | Q2 19E | Q3 19E | Q4 19E | F2017A | F2018E | F2019E | F2020E |
| **Net Sales** | **$88,293,000** | **$61,137,000** | **$53,265,000** | **$61,838,620** | **$99,960,134** | **$66,296,029** | **$58,361,280** | **$66,572,545** | **$229,234,000** | **$264,553,620** | **$285,189,988** | **$298,826,863** |
| % YoY Growth | 13% | 16% | 17% | 18% | 6% | 8% | 10% | 8% | 6% | 15% | 8% | 5% |
| % QoQ Growth | 68 | (31) | (13) | 16 | 52 | (29) | (12) | 14 | -- | -- | -- | -- |
| Cost of Sales | 54,381,000 | 37,715,000 | 32,844,000 | 38,043,051 | 57,597,562 | 40,241,689 | 35,425,297 | 40,542,680 | 141,048,000 | 162,983,051 | 173,807,229 | 178,464,519.48 |
| **Total Gross Profit** | **$33,912,000** | **$23,422,000** | **$20,421,000** | **$23,815,569** | **$36,362,572** | **$26,054,339** | **$22,935,983** | **$26,029,865** | **$88,186,000** | **$101,570,569** | **$111,382,760** | **$120,362,343** |
| % Margin | 38.4% | 38.3% | 38.3% | 38.5% | 38.7% | 39.3% | 39.3% | 39.1% | 38.5% | 38.4% | 39.1% | 40.3% |
| Research and Development | 3,407,000 | 3,378,000 | 3,701,000 | 3,737,900 | 4,091,400 | 4,038,400 | 4,338,400 | 4,498,400 | 11,581,000 | 14,223,900 | 16,976,600 | 18,283,334 |
| Sales, General and Administrative | 4,231,000 | 4,150,000 | 4,108,000 | 4,237,315 | 4,510,086 | 4,474,982 | 4,377,096 | 4,660,078 | 15,261,000 | 16,726,315 | 18,022,243 | 18,585,182 |
| Total Stock Compensation Expense | 1,296,000 | 1,348,000 | 1,351,000 | 1,329,500 | 1,303,500 | 1,310,000 | 1,499,500 | 1,479,250 | 4,840,000 | 5,324,500 | 5,592,250 | 6,043,747 |
| **Operating Income (GAAP)** | **$26,274,000** | **$15,894,000** | **$12,612,000** | **$15,840,353** | **$27,759,086** | **$17,540,957** | **$14,220,487** | **$16,961,387** | **$61,344,000** | **$70,620,353** | **$76,481,917** | **$83,493,827** |
| % Margin | 10% | 26% | 24% | 26% | 30% | 26% | 24% | 25% | 27% | 27% | 27% | 28% |
| % YoY Growth | 12 | 13 | 17 | 21 | 6 | 10 | 13 | 7 | 2 | 15 | 8 | 9 |
| % QoQ Growth | 100 | (40) | (21) | 26 | 75 | (37) | (19) | 19 | -- | -- | -- | -- |
| **EBITDA** | **$29,013,000** | **$18,559,000** | **$15,410,250** | **$18,776,516** | **$30,844,156** | **$20,760,281** | **$17,621,777** | **$16,961,387** | **$71,501,000** | **$81,567,693** | **$89,145,765** | **$97,740,656** |
| % Margin | 32.9% | 30.4% | 28.9% | 30.4% | 32.8% | 31.3% | 32.2% | 25.3% | 31% | 31% | 31% | 33% |
| Interest Income | 1,452,000 | 1,505,000 | 1,418,000 | 1,341,831 | 1,485,590 | 1,462,178 | 1,792,925 | 1,375,206 | 5,201,000 | 5,776,831 | 5,315,899 | 4,361,224 |
| Interest Expense | (734,000) | (792,000) | (866,000) | (898,434) | (898,434) | (898,434) | (898,434) | (898,434) | (2,323,000) | (3,270,434) | (3,593,736) | (3,596,609) |
| Other (Income) | 38,000 | (439,000) | 100,000 | (300,000) | (150,250) | (197,313) | (136,893) | (196,113) | (133,000) | (601,000) | (680,566) | (680,566) |
| Net Interest (Income) and Other (Income) | 756,000 | 274,000 | 622,000 | 143,397 | 436,906 | 366,431 | 157,600 | 80,659 | 2,745,000 | 1,845,397 | 1,041,597 | 83,999 |
| **Income before Income taxes (GAAP)** | **$27,030,000** | **$16,168,000** | **$13,284,000** | **$15,983,750** | **$28,195,991** | **$17,907,389** | **$14,378,088** | **$17,042,046** | **$64,089,000** | **$72,465,750** | **$77,523,514** | **$83,577,826** |
| % Effective Tax Rate | 26% | 26% | 13% | 15% | 16% | 16% | 16% | 16% | 25% | 19% | 16% | 17% |
| Provision (Benefit) for Income Taxes | 6,965,000 | 2,346,000 | 1,765,000 | 2,397,563 | 4,511,359 | 2,865,182 | 2,300,494 | 2,726,727 | 15,738,000 | 13,473,563 | 12,403,762 | 14,208,230 |
| Tax Adjustments for Non-GAAP Items | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Minority Interest | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Reported GAAP Net Income / (Loss)** | **$20,065,000** | **$13,822,000** | **$11,519,000** | **$13,586,188** | **$23,684,633** | **$15,042,207** | **$12,077,594** | **$14,315,319** | **$48,351,000** | **$58,992,188** | **$65,119,751** | **$69,369,596** |
| % Margin | 25% | 25% | 22% | 21% | 23% | 23% | 21% | 22% | 22% | 22% | 23% | 23% |
| % YoY Growth | 12 | 25 | 32 | 27 | 18 | 9 | (20) | 5 | 6 | 22 | 10 | 7 |
| % QoQ Growth | 87 | (31) | (17) | 18 | 74 | (36) | -- | 19 | -- | -- | -- | -- |
| Basic Shares Outstanding (Q) | 5,157,787 | 5,068,493 | 4,882,167 | 4,803,463 | 4,726,583 | 4,649,511 | 4,572,246 | 4,546,622 | 5,212,242 | 4,997,654 | 4,487,951 | 4,330,575 |
| Weighted Avg. Basic Shares Outstanding | 5,157,787 | 5,068,493 | 4,926,609 | 4,856,799 | 4,770,031 | 4,623,951 | 4,623,951 | 4,546,622 | 5,255,692 | 5,255,692 | 4,662,423 | 5,002,422 |
| Weighted Avg. Diluted Shares Outstanding | 5,157,787 | 5,068,493 | 4,926,609 | 4,856,799 | 4,770,088 | 4,623,951 | 4,623,951 | 4,546,622 | 5,251,692 | 5,002,422 | 4,662,423 | 4,304,797 |
| **Reported GAAP EPS** | **$3.89** | **$2.73** | **$2.34** | **$2.80** | **$4.96** | **$3.24** | **$2.61** | **$3.15** | **$9.21** | **$11.79** | **$13.97** | **$16.11** |
| % YoY Growth | 16% | 10% | 40% | 35% | 27% | 17% | 17% | 13% | 11% | 28% | 18% | 15% |
| % QoQ Growth | 88 | (30) | (14) | 20 | 77 | (35) | (18) | 21 | -- | -- | -- | -- |

Source: Jefferies Research, Apple

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 - 83 of this report.

**Jefferies**

# Exhibit 92: Apple Revenue Build

| | F2018 | | | | F2019 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 18A | Q2 18A | Q3 18A | Q4 18E | Q1 19E | Q2 19E | Q3 19E | Q4 19E | F2017A | F2018E | F2019E | F2020E |
| **Gross Revenue (Net Sales)** | | | | | | | | | | | | |
| **Apple Revenue** | $88,293,000 | $61,137,000 | $53,265,000 | $61,858,620 | $93,960,134 | $66,296,029 | $58,361,280 | $66,572,545 | $ 229,234,000 | $ 264,553,620 | $285,189,988 | $298,826,863 |
| *% Y/Y Growth* | 13% | 16% | 17% | 18% | 6% | 8% | 10% | 8% | 6% | 15% | 8% | 5% |
| *% Q/Q Growth* | 68 | (31) | (13) | 16 | 52 | (29) | (12) | 14 | -- | -- | -- | -- |
| **iPhone Revenue** | $ 61,576,000 | $ 38,032,000 | $ 29,906,000 | $ 35,484,331 | $ 63,825,917 | $ 39,880,355 | $ 31,975,495 | $ 36,829,187 | $ 141,319,000 | $ 164,998,331 | $ 172,510,954 | $ 172,493,703 |
| *% Y/Y Growth* | 13% | 14% | 20% | 23% | 4% | 5% | 7% | 4% | 3% | 17% | 5% | 0% |
| *% Q/Q Growth* | 113% | -38% | -21% | 19% | 80% | -38% | -20% | 15% | -- | -- | -- | -- |
| *% of Total Gross Revenue* | 70% | 62% | 56% | 57% | 68% | 60% | 55% | 55% | 62% | 62% | 60% | 58% |
| | | -9% | -9% | -5% | | | | | | | | |
| **ASP** | $ 796 | $ 728 | $ 724 | $ 757 | $ 849 | $ 779 | $ 782 | $ 810 | $ 652 | $ 758 | $ 811 | $ 819 |
| *% Y/Y Growth* | 15% | 11% | 20% | 23% | 7% | 7% | 8% | 7% | 1% | 16% | 7% | 1% |
| *% Q/Q Growth* | 29% | -9% | -1% | 5% | 12% | -8% | 0% | 4% | -- | -- | -- | -- |
| **Units** | 77,316 | 52,217 | 41,300 | 46,850 | 75,200 | 51,173 | 40,887 | 45,445 | 216,756 | 217,683 | 212,704 | $ 210,577 |
| *% Y/Y Growth* | -1% | 3% | 1% | 0% | -3% | -2% | -1% | -3% | 2% | 0% | -2% | -1% |
| *% Q/Q Growth* | 66% | -32% | -21% | 13% | 61% | -32% | -20% | 11% | -- | -- | -- | -- |
| **iPad Revenue** | $ 5,862,000 | $ 4,113,000 | $ 4,741,000 | $ 4,130,505 | $ 5,290,455 | $ 4,210,206 | $ 4,698,605 | $ 4,061,256 | $ 19,222,000 | $ 18,846,505 | $ 18,260,522 | $ 18,074,264 |
| *% Y/Y Growth* | 6% | 6% | -5% | -15% | -10% | 2% | -1% | -2% | -7% | -2% | -3% | -1% |
| *% Q/Q Growth* | 21% | -30% | 15% | -13% | 28% | -20% | 12% | -14% | -- | -- | -- | -- |
| *% of Total Gross Revenue* | 7% | 7% | 9% | 7% | 6% | 6% | 8% | 6% | 8% | 7% | 6% | 6% |
| **ASP** | $ 445 | $ 451 | $ 410 | $ 444 | $ 423 | $ 440 | $ 415 | $ 441 | $ 439 | $ 437 | $ 429 | $ 433 |
| *% Y/Y Growth* | 5% | 4% | -6% | -5% | -5% | -3% | 1% | -1% | -2% | -2% | 1% | 1% |
| *% Q/Q Growth* | -5% | 1% | -9% | 8% | -5% | 4% | -6% | 6% | -3% | -1% | -2% | -- |
| **Units** | 13,170 | 9,113 | 11,553 | 9,293 | 12,512 | 9,569 | 11,322 | 9,200 | 43,753 | 43,129 | 42,603 | $ 41,751 |
| *% Y/Y Growth* | 1% | 2% | 1% | -10% | -5% | 5% | -2% | -1% | -4% | -1% | -1% | -2% |
| *% Q/Q Growth* | 28% | -31% | 27% | -20% | 35% | -24% | 18% | -19% | | | | |
| **Mac Revenue** | $ 6,895,000 | $ 5,848,000 | $ 5,330,000 | $ 6,992,184 | $ 6,970,212 | $ 5,775,468 | $ 5,172,660 | $ 6,617,603 | $ 25,850,000 | $ 25,065,184 | $ 24,535,942 | $ 23,309,145 |
| *% Y/Y Growth* | -5% | 0% | -5% | -2% | 1% | -1% | -3% | -5% | 13% | -3% | -2% | -5% |
| *% Q/Q Growth* | -4% | -15% | -9% | 31% | 0% | -17% | -10% | 28% | -- | -- | -- | -- |
| *% of Total Gross Revenue* | 8% | 10% | 10% | 11% | 7% | 9% | 9% | 10% | 11% | 9% | 9% | 8% |
| **ASP** | $ 1,349 | $ 1,434 | $ 1,433 | $ 1,411 | $ 1,350 | $ 1,375 | $ 1,350 | $ 1,336 | $ 1,343 | $ 1,403 | $ 1,352 | $ 1,324 |
| *% Y/Y Growth* | 0% | 3% | 10% | 6% | 0% | -4% | -6% | -5% | -- | 4% | -4% | -2% |
| *% Q/Q Growth* | 1% | 6% | 0% | -2% | -4% | 2% | -2% | -1% | -- | -- | -- | -- |
| **Units** | 5,112 | 4,078 | 3,720 | 4,955 | 5,163 | 4,200 | 3,832 | 4,955 | 19,251 | 17,865 | 18,150 | $ 17,606 |
| *% Y/Y Growth* | -5% | -3% | -13% | -8% | 1% | 3% | 3% | 0% | 4% | -7% | 2% | -3% |
| *% Q/Q Growth* | -5% | -20% | -9% | 33% | 4% | -19% | -9% | 29% | | | | |
| **Services Revenue** | $ 8,471,000 | $ 9,190,000 | $ 9,548,000 | $ 11,051,300 | $ 11,012,300 | $ 11,487,500 | $ 11,839,520 | $ 13,814,125 | $ 29,980,000 | $ 38,260,300 | $ 48,153,445 | $ 59,228,737 |
| *% Y/Y Growth* | 18% | 31% | 31% | 30% | 30% | 25% | 24% | 25% | 23% | 28% | 26% | 23% |
| *% Q/Q Growth* | 0% | 8% | 4% | 16% | 0% | 4% | 3% | 17% | -- | -- | -- | -- |
| *% of Total Gross Revenue* | 10% | 15% | 18% | 18% | 12% | 17% | 20% | 21% | 13% | 14% | 17% | 20% |
| **App Store Revenue** | $ 3,473,079 | $ 3,724,588 | $ 3,764,629 | $ 4,114,516 | $ 4,341,348 | $ 4,730,227 | $ 4,705,786 | $ 5,184,290 | $ 11,299,036 | $ 15,076,812 | $ 18,961,652 | $ 23,702,065 |
| *% Y/Y Growth* | 32% | 35% | 36% | 31% | 25% | 27% | 25% | 26% | 38% | 33% | 26% | 25% |
| *% Q/Q Growth* | 11% | 7% | 1% | 9% | 6% | 9% | -1% | 10% | -- | -- | -- | -- |
| **Music Revenue** | $ 840,000 | $ 960,000 | $ 1,080,000 | $ 1,248,000 | $ 1,260,000 | $ 1,440,000 | $ 1,566,000 | $ 1,809,600 | $ 2,496,000 | $ 4,128,000 | $ 6,075,600 | $ 8,627,352 |
| *% Y/Y Growth* | 67% | 60% | 61% | 73% | 50% | 50% | 45% | 45% | 86% | 65% | 47% | 42% |
| *% Q/Q Growth* | 17% | 14% | 13% | 16% | 1% | 14% | 9% | 16% | -- | -- | -- | -- |
| **Other Products** | $ 5,489,000 | $ 3,954,000 | $ 3,740,000 | $ 4,200,300 | $ 6,861,250 | $ 4,942,500 | $ 4,675,000 | $ 5,250,375 | $ 12,863,000 | $ 17,383,300 | $ 21,729,125 | $ 25,721,013 |
| *% Y/Y Growth* | 36% | 38% | 37% | 30% | 25% | 25% | 25% | 25% | 16% | 35% | 25% | 18% |
| *% Q/Q Growth* | 70% | -28% | -5% | 12% | 63% | -28% | -5% | 12% | -- | -- | -- | -- |
| *% of Total Gross Revenue* | 6% | 6% | 7% | 7% | 7% | 7% | 8% | 8% | 6% | 7% | 8% | 9% |

Source: Jefferies Research, Apple

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 - 83 of this report.

Jefferies

Confidential

APL-SECLIT_00001489

**AAPL**

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Exhibit 93: Apple Balance Sheet

| | F2018 | | | | F2019 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 18A | Q2 18A | Q3 18A | Q4 18E | Q1 19E | Q2 19E | Q3 19E | Q4 19E | F2017A | F2018A | F2019E | F2020E |
| Cash & Cash Equivalents | 27,491,000 | 45,059,000 | 31,971,000 | 28,286,835 | 31,710,090 | 64,281,484 | 45,986,239 | 51,492,454 | 20,289,000 | 28,286,835 | 51,492,454 | 50,632,312 |
| Short-Term Marketable Securities | 49,662,000 | 42,881,000 | 38,999,000 | 37,115,172 | 56,316,081 | 39,272,617 | 35,036,708 | 39,943,527 | 53,892,000 | 37,115,172 | 39,943,527 | 36,868,516 |
| Accounts Receivable, Less Allowances | 23,440,000 | 14,324,000 | 14,104,000 | 16,379,498 | 24,879,635 | 17,534,476 | 15,653,440 | 17,627,695 | 17,874,000 | 16,379,498 | 17,627,695 | 20,667,593 |
| Inventories | 4,421,000 | 7,662,000 | 5,936,000 | 3,335,281 | 5,049,649 | 3,528,039 | 3,105,779 | 3,554,427 | 4,855,000 | 3,335,281 | 3,554,427 | 4,605,666 |
| Deferred Tax Assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Vendor non-trade receivables | 27,459,000 | 8,084,000 | 12,263,000 | 15,842,586 | 26,510,659 | 19,846,217 | 19,411,122 | 11,862,899 | 17,799,000 | 15,842,586 | 11,862,899 | 9,595,137 |
| Other current assets | 11,337,000 | 12,043,000 | 12,488,000 | 8,717,480 | 11,769,569 | 12,050,406 | 11,624,213 | 12,869,730 | 13,936,000 | 8,717,480 | 12,869,730 | 13,152,890 |
| **Current Assets** | 143,810,000 | 130,053,000 | 115,761,000 | 109,676,853 | 156,355,683 | 157,057,238 | 136,607,581 | 137,350,731 | 128,645,000 | 109,676,853 | 137,350,731 | 125,348,015 |
| Long-term marketable securities | 207,944,000 | 179,286,000 | 172,773,000 | 173,204,135 | 206,712,296 | 145,851,263 | 138,394,817 | 146,659,599 | 194,714,000 | 173,204,135 | 146,659,599 | 106,589,402 |
| Property, plant and equipment, net | 33,679,000 | 35,077,000 | 38,117,000 | 39,045,187 | 39,697,892 | 41,349,335 | 42,076,301 | 43,314,031 | 33,783,000 | 39,045,187 | 43,314,031 | 44,606,199 |
| Goodwill | 5,889,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5,717,000 | 0 | 0 | 0 |
| Acquired intangible assets, net | 2,149,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,298,000 | 0 | 0 | 0 |
| Other non-current assets | 13,323,000 | 23,086,000 | 22,546,000 | 22,546,000 | 22,546,000 | 22,546,000 | 22,546,000 | 22,546,000 | 10,162,000 | 22,546,000 | 22,546,000 | 22,546,000 |
| **Total Assets** | 406,794,000 | 367,502,000 | 349,197,000 | 344,472,175 | 425,311,870 | 366,803,836 | 325,624,699 | 349,670,361 | 375,319,000 | 344,472,175 | 349,670,361 | 297,089,616 |
| **Current Liabilities:** | | | | | | | | | | | | |
| Accounts Payable | 62,985,000 | 34,311,000 | 38,489,000 | 44,581,624 | 67,497,034 | 47,138,153 | 41,513,953 | 47,210,876 | 49,049,000 | 44,581,624 | 47,210,876 | 56,670,792 |
| Accrued Expenses | 26,281,000 | 26,756,000 | 23,184,000 | 31,573,502 | 30,346,591 | 28,319,217 | 27,296,103 | 35,826,373 | 25,744,000 | 31,573,502 | 35,826,373 | 36,868,516 |
| Deferred Revenue | 8,044,000 | 7,275,000 | 7,403,000 | 8,165,338 | 8,268,492 | 8,485,892 | 8,806,024 | 9,586,446 | 7,548,000 | 8,165,338 | 9,586,446 | 8,793,141 |
| Commercial Paper | 11,980,000 | 13,980,000 | 11,974,000 | 11,974,000 | 12,537,200 | 12,537,200 | 12,537,200 | 12,537,200 | 11,977,000 | 11,974,000 | 12,537,200 | 12,587,700 |
| Current Portion of Long-Term Debt | 6,498,000 | 8,498,000 | 5,498,000 | 5,498,000 | 5,498,000 | 5,498,000 | 5,498,000 | 5,498,000 | 6,496,000 | 5,498,000 | 5,498,000 | 5,832,420 |
| **Total Current Liabilities** | 115,788,000 | 89,320,000 | 88,548,000 | 101,792,468 | 124,200,817 | 101,853,962 | 95,286,780 | 110,994,396 | 100,814,000 | 101,792,468 | 110,994,396 | 100,752,569 |
| Deferred Revenue - Non-Current | 3,131,000 | 3,087,000 | 2,878,000 | 2,878,000 | 2,878,000 | 2,878,000 | 2,878,000 | 2,878,000 | 2,836,000 | 2,878,000 | 2,878,000 | 2,878,000 |
| Long-term Debt | 103,922,000 | 101,362,000 | 97,128,000 | 97,128,000 | 97,128,000 | 97,128,000 | 97,128,000 | 97,128,000 | 92,207,000 | 97,128,000 | 97,128,000 | 97,207,000 |
| Other Non-Current Liabilities | 43,754,000 | 46,855,000 | 45,694,000 | 41,311,616 | 44,566,060 | 44,099,318 | 45,346,249 | 46,974,717 | 40,415,000 | 41,311,616 | 46,974,717 | 49,417,164 |
| **Total Liabilities** | 266,595,000 | 240,624,000 | 234,248,000 | 243,110,084 | 268,772,876 | 246,959,280 | 240,639,049 | 257,975,112 | 241,272,000 | 243,110,084 | 257,975,112 | 250,254,733 |
| Common Stock and Additional Paid-in Capital | 36,447,000 | 38,044,000 | 38,624,000 | 34,038,664 | 52,598,649 | 40,604,965 | 27,051,875 | 30,810,510 | 35,867,000 | 34,038,664 | 30,810,510 | 15,736,984 |
| Additional Paid-in Capital | | | | | | | | | $0 | $0 | $0 | $0 |
| Retained Earnings (Accumulated Deficit) | 104,594,000 | 91,898,000 | 79,436,000 | 70,046,708 | 108,176,944 | 83,510,149 | 57,487,183 | 63,566,395 | 98,330,000 | 70,046,708 | 63,566,395 | 32,365,447 |
| Treasury Stock | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Accumulated Other Comprehensive Income | (841,000) | (3,064,000) | (3,111,000) | (2,743,281) | (4,236,599) | (3,270,558) | (2,251,405) | (2,481,656) | (150,000) | (2,743,281) | (2,481,656) | (1,267,548) |
| **Shareholders' Equity** | 140,199,000 | 126,878,000 | 114,949,000 | 101,362,090 | 156,538,994 | 120,844,556 | 84,985,650 | 91,695,249 | 134,047,000 | 101,362,090 | 91,695,249 | 46,834,883 |
| **Liabilities & Shareholder's Equity** | 406,794,000 | 367,502,000 | 349,197,000 | 344,472,175 | 425,311,870 | 366,803,836 | 325,624,699 | 349,670,361 | 375,319,000 | 344,472,175 | 349,670,361 | 297,089,616 |

Source: Jefferies Research, Apple

page 72 of 83

Please see important disclosure information on pages 79 - 83 of this report.

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

APL-SECLIT_00001490

Confidential

# Exhibit 94: Apple Cash Flow Statement

| | F2018 | | | | F2019 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 18A | Q2 18A | Q3 18A | Q4 18E | Q1 19E | Q2 19E | Q3 19E | Q4 19E | F2017A | F2018E | F2019E | F2020E |
| Net Income | $20,065,000 | $13,822,000 | $11,519,000 | $13,586,188 | $23,684,633 | $15,042,207 | $12,077,594 | $14,315,319 | $48,351,000 | $58,992,188 | $65,119,751 | $69,369,596 |
| Depreciation | 2,745,000 | 2,739,000 | 2,665,000 | 2,798,250 | 2,938,163 | 3,085,071 | 3,239,324 | 3,401,290 | 10,157,000 | 10,947,250 | 12,663,848 | 14,246,829 |
| Share-based Compensation Expense | 1,296,000 | 1,348,000 | 1,351,000 | 1,329,500 | 1,503,500 | 1,510,000 | 1,499,500 | 1,479,250 | 4,840,000 | 5,324,500 | 5,992,250 | 5,992,250 |
| Deferred Income Tax Expense/(Benefit) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Provision for deferred income taxes | (33,737,000) | (498,000) | 1,126,000 | 1,200,000 | 1,200,000 | 1,200,000 | 1,200,000 | 1,200,000 | 5,966,000 | (31,909,000) | 0 | 0 |
| Loss on disposition of property, plant and equipment | 0 | 0 | 0 | | | | | | 0 | 0 | 0 | 0 |
| Other | (11,000) | (140,000) | (259,000) | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) | (166,000) | (435,000) | 300,000 | 300,000 |
| | | | | | | | | | | | | |
| (Inc.) Dec. in Accounts Receivable | (5,570,000) | 9,093,000 | 233,000 | (2,275,498) | (8,500,136) | 7,325,158 | 2,101,036 | (2,174,255) | (2,093,000) | 1,480,502 | (1,248,197) | (2,839,898) |
| (Inc.) Dec. in Inventores | 434,000 | (3,241,000) | 1,693,000 | 2,600,719 | (1,714,368) | 1,521,611 | 422,259 | (448,647) | (2,723,000) | 1,486,719 | (219,146) | (1,051,239) |
| (Inc.) Dec. in Vendor non-trade receivables | (9,660,000) | 19,375,000 | (4,179,000) | (3,579,586) | (10,668,073) | 6,665,442 | 434,095 | 7,548,223 | (4,254,000) | 1,956,414 | 3,979,686 | 3,979,686 |
| Inc. (Dec.) in Other Current Assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,267,762 |
| Inc. (Dec.) in Other Assets | (197,000) | (856,000) | 988,000 | 3,770,520 | (3,052,089) | (280,836) | 416,193 | (1,235,516) | (5,318,000) | 3,705,520 | (4,152,249) | (283,160) |
| Inc. (Dec.) in Accounts Payable | 14,588,000 | (27,808,000) | 2,081,000 | 6,092,628 | 22,915,406 | (20,338,881) | (5,644,201) | 5,996,923 | 9,618,000 | (5,046,372) | 2,929,248 | (10,840,084) |
| Inc. (Dec.) in Deferred Revenue | 791,000 | (313,000) | (581,000) | 762,338 | 103,154 | 217,400 | (81,867) | 1,182,422 | (626,000) | 659,338 | 1,421,109 | (793,305) |
| Inc. (Dec.) in Other Liabilities | 37,549,000 | 1,609,000 | (2,149,000) | (4,382,384) | 3,254,444 | (466,741) | 1,046,951 | 1,828,447 | (154,000) | 32,626,616 | 5,663,101 | 2,442,447 |
| **Change in Net Working Capital** | **$37,935,000** | **($2,141,000)** | **($1,914,000)** | **$2,988,736** | **$2,338,337** | **($5,356,847)** | **($1,305,534)** | **$12,697,597** | **($5,550,000)** | **$36,868,736** | **$8,373,552** | **($7,117,791)** |
| **Cash Flow from Operations** | **$28,293,000** | **$15,130,000** | **$14,488,000** | **$21,877,674** | **$31,639,632** | **$15,455,430** | **$16,685,884** | **$33,068,456** | **$63,598,000** | **$79,788,674** | **$92,449,401** | **$82,790,883** |
| | | | | | | | | | | | | |
| Purchase of Martketable Securities | (41,272,000) | (7,177,000) | (7,684,000) | 0 | 0 | 0 | 0 | 0 | (159,486,000) | (56,133,000) | 0 | 0 |
| Proceeds from Maturities of Marketable Securities | 14,048,000 | 17,836,000 | 14,406,000 | 0 | 0 | 45,000,000 | 0 | 0 | 31,775,000 | 46,290,000 | 45,000,000 | 45,000,000 |
| Proceeds from Sales of Marketable Securities | 16,801,000 | 22,141,000 | 2,672,000 | 0 | 0 | 0 | 0 | 0 | 94,564,000 | 41,614,000 | 0 | 0 |
| Purchase of Long-Term Investments | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Payments Made in Connection with Business Acquisitions, Net of Cash Acquired | (173,000) | (132,000) | (126,000) | (120,000) | (100,000) | (100,000) | (100,000) | (100,000) | (329,000) | (551,000) | (400,000) | 0 |
| Payments for Acquisitions of Property, Plant and Equipment | (2,810,000) | (4,195,000) | (3,267,000) | (3,773,376) | (3,382,565) | (4,309,242) | (3,268,232) | (3,728,063) | (12,451,000) | (14,045,376) | (14,688,101) | (15,538,997) |
| Purchases of non-Marketable Securities | (154,000) | 154,000 | (1,788,000) | (150,000) | (150,000) | (150,000) | (150,000) | (150,000) | (344,000) | (1,938,000) | (600,000) | 0 |
| Proceeds from non-Marketable Securities | (94,000) | 94,000 | 310,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | (395,000) | 360,000 | 200,000 | 200,000 |
| Other | 64,000 | (11,000) | (576,000) | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 220,000 | (473,000) | 200,000 | 200,000 |
| **Net Cash Used in Investing Activities** | **($13,590,000)** | **$28,710,000** | **$3,947,000** | **($3,943,376)** | **($3,532,565)** | **$40,540,758** | **($3,418,232)** | **($3,878,063)** | **($46,446,000)** | **$15,123,624** | **$29,711,899** | **$29,861,003** |
| Proceeds from Issuance of Common Stock | 0 | 327,000 | 1,000 | 300,000 | 0 | 325,000 | 0 | 350,000 | 555,000 | 628,000 | 675,000 | 675,000 |
| Excess tax benefits from stock-based compensation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 627,000 | 0 | 0 | 0 |
| Cash dividends paid | (3,339,000) | (3,190,000) | (3,653,000) | (3,545,463) | (3,487,963) | (3,431,794) | (3,375,485) | (3,637,298) | (12,769,000) | (13,727,463) | (13,932,539) | (14,802,028) |
| Repurchase of common stock | (10,095,000) | (22,756,000) | (20,783,000) | (18,000,000) | (20,000,000) | (20,000,000) | (20,000,000) | (20,000,000) | (32,900,000) | (71,634,000) | (80,000,000) | (95,000,000) |
| Proceeds from issuance of term debt, net | 6,969,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 28,662,000 | 6,969,000 | 0 | 0 |
| Repayments of term debt | 0 | (500,000) | (6,000,000) | 0 | 0 | 0 | (7,000,000) | 0 | (3,500,000) | (6,500,000) | (7,000,000) | 0 |
| Change in commercial paper, net | 2,000 | (1,000) | (11,000) | (13,000) | (5,000) | 0 | 0 | 0 | 3,852,000 | (23,000) | (5,000) | 15,000 |
| Cash Used to Net Share Settle Equity Awards | (1,038,000) | (152,000) | (1,077,000) | (360,000) | (1,130,850) | (378,000) | (1,187,393) | (396,900) | (1,874,000) | (2,627,000) | (3,093,143) | 0 |
| **Net Cash Provided by Financing Activities** | **($7,501,000)** | **($26,272,000)** | **($31,523,000)** | **($21,618,463)** | **($24,623,813)** | **($23,484,794)** | **($31,562,877)** | **($23,684,198)** | **($17,347,000)** | **($86,914,463)** | **($103,355,682)** | **($109,112,028)** |
| Effect of Exchange Rate Changes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Inc. (Dec.) in Cash and Cash Equivalents** | **$7,202,000** | **$17,568,000** | **($13,088,000)** | **($3,684,165)** | **$3,483,254** | **$32,511,394** | **($18,295,225)** | **$5,506,195** | **($195,000)** | **$7,997,835** | **$18,805,618** | **$3,539,858** |
| Beginning Cash and Cash Equivalents | 20,289,000 | 27,491,000 | 45,059,000 | 31,971,000 | 28,286,835 | 31,770,090 | 64,281,484 | 45,986,259 | 20,484,000 | 20,289,000 | 28,286,835 | 47,092,454 |
| **Ending Cash and Cash Equivalents** | **$27,491,000** | **$45,059,000** | **$31,971,000** | **$28,286,835** | **$31,770,090** | **$64,281,484** | **$45,986,259** | **$51,492,454** | **20,289,000** | **$28,286,835** | **$47,092,454** | **$50,632,312** |

Source: Jefferies Research, Apple

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 - 83 of this report.

Confidential

APL-SECLIT_00001491

**AAPL**

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Appendix:

**Jefferies**

**Timothy O'Shea,** Equity Analyst, (212) 284-3415, toshea@jefferies.com

Source: Apple

Please see important disclosure information on pages 79 - 83 of this report.

APL-SECLIT_00001492

Confidential

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

## Exhibit 95: Management Team

| Name | Age | Start | Current Position |
|------|-----|-------|------------------|
| Art Levinson | 67 | 2011 | Independent Chairman of the Board |
| Timothy Cook | 57 | 2011 | Chief Executive Officer, Director |
| Luca Maestri | 54 | 2014 | Chief Financial Officer, Senior Vice President |
| Jeff Williams | 54 | 2015 | Chief Operating Officer, Senior Vice President |

Source: Apple

**Timothy O'Shea,** Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

Please see important disclosure information on pages 79 - 83 of this report.

APL-SECLIT_00001493

Confidential

APL-SECLIT_00001494

**AAPL**

Initiating Coverage

| October 29, 2018 | Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

## Exhibit 96: Management Biographies

**Dr. Art Levinson, Ph.D.,** is an Independent Chairman of the Board of Apple Inc. He has served as the Chief Executive Officer of Calico, a company focused on health, aging, and well-being, since September 2013. Dr. Levinson previously served as Chief Executive Officer of Genentech, Inc., a medical drug developer, from July 1995 to April 2009, and served as Genentech's Chairman from September 1999 to September 2014. Dr. Levinson also served as Chief Executive Officer of Genentech from July 1995 to April 2009, and, from May 2009 to September 2013, served as an advisor to Genentech's Research and Early Development center and as a member of Genentech's external advisory group, the Scientific Resource Board.

**Mr. Timothy D. Cook** serves as Chief Executive Officer, Director of Apple Inc. He has been Apple's Chief Executive Officer since August 2011 and was previously Apple's Chief Operating Officer since October 2005. Mr. Cook joined Apple in March 1998 and served as Executive Vice President, Worldwide Sales and Operations from 2002 to 2005. From 2000 to 2002, Mr. Cook served as Senior Vice President, Worldwide Operations, Sales, Service and Support. From 1998 to 2000, Mr. Cook served as Senior Vice President, Worldwide Operations.

**Mr. Luca Maestri** is Chief Financial Officer, Senior Vice President of Apple Inc. Mr. Maestri oversees the accounting, business support, financial planning and analysis, treasury, M&A, investor relations, internal audit, and tax functions at Apple. Luca joined Apple in March 2013 and assumed his current position in May 2014. Prior to assuming his current position, Luca served as Apple's Vice President and Corporate Controller. Prior to joining Apple, Luca was Executive Vice President, Chief Financial Officer of Xerox Corporation, a business services and technology company, from February 2011 to February 2013. Prior to that, Luca was Chief Financial Officer at Nokia Siemens Networks from October 2008 to February 2011.

**Mr. Jeff Williams** is Chief Operating Officer, Senior Vice President of the Company. Mr. Williams oversees Apple's entire supply chain, service and support, and social responsibility initiatives. He also oversees the development of Apple Watch®, and is driving the company's health initiatives. Jeff joined Apple in June 1998 and assumed his current position in December 2015. Jeff's previous positions with Apple include Senior Vice President, Operations; Head of Worldwide Procurement; and Vice President of Operations.

Source: Apple

Please see important disclosure information on pages 79 - 83 of this report.

**Timothy O'Shea,** Equity Analyst, (212) 284-3415, toshea@jefferies.com

**Jefferies**

Confidential

**AAPL**

Initiating Coverage

October 29, 2018

| Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables |

# Exhibit 100: Apple Historic NTM Price to Sales



Source: Factset

**Timothy O'Shea,** Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

Please see important disclosure information on pages 79 - 83 of this report.

APL-SECLIT_00001495

Confidential

## AAPL

Initiating Coverage

October 29, 2018

Key Takeaways | Val'n / Metrics | iPhone | Services | Wearables

# Exhibit 101: Apple Historic NTM



Source: Factset

Please see important disclosure information on pages 79 - 83 of this report.

**Thanks to James Heaney for his help preparing this report.**

Timothy O'Shea, Equity Analyst, (212) 284-3415, toshea@jefferies.com

## Jefferies

APL-SECLIT_00001496

Confidential

## Company Description

**Apple Inc.**

Apple, Inc. engages in the design, manufacture, and marketing of mobile communication, media devices, personal computers, and portable digital music players. It operates through the following geographical segments: Americas, Europe, Greater China, Japan, and Rest of Asia Pacific. The Americas segment includes both North and South America. The Europe segment consists of European countries, as well as India, the Middle East, and Africa. The Greater China segment comprises of China, Hong Kong, and Taiwan. The Rest of Asia Pacific segment includes Australia and Asian countries not included in the reportable operating segments of the company. The company was founded by Steven Paul Jobs, Ronald Gerald Wayne, and Stephen G. Wozniak on April 1, 1976 and is headquartered in Cupertino, CA.

## Company Valuation/Risks

**Apple Inc.**

Risks to our call include a trade war with China, consumer pushback against higher ASP, competitive services diluting the strength of AAPL's ecosystem, and a strengthening dollar.

## Analyst Certification:

I, Timothy O'Shea, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Brent Thill, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Brian Fitzgerald, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

As is the case with all Jefferies employees, the analyst(s) responsible for the coverage of the financial instruments discussed in this report receives compensation based in part on the overall performance of the firm, including investment banking income. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Aside from certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgement.

## Investment Recommendation Record

**(Article 3(1)e and Article 7 of MAR)**

| | |
|---|---|
| Recommendation Published | October 29, 2018 , 01:51 ET. |
| Recommendation Distributed | October 29, 2018 , 01:55 ET. |

## Company Specific Disclosures

Steven DeSanctis owns shares of Apple Inc. common shares. Tim O'Shea owns shares of Apple Inc. common stock.

Jefferies Group LLC makes a market in the securities or ADRs of Apple Inc.

## Explanation of Jefferies Ratings

Buy - Describes securities that we expect to provide a total return (price appreciation plus yield) of 15% or more within a 12-month period.

Hold - Describes securities that we expect to provide a total return (price appreciation plus yield) of plus 15% or minus 10% within a 12-month period.

Underperform - Describes securities that we expect to provide a total return (price appreciation plus yield) of minus 10% or less within a 12-month period.

The expected total return (price appreciation plus yield) for Buy rated securities with an average security price consistently below $10 is 20% or more within a 12-month period as these companies are typically more volatile than the overall stock market. For Hold rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is plus or minus 20% within a 12-month period. For Underperform rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is minus 20% or less within a 12-month period.

NR - The investment rating and price target have been temporarily suspended. Such suspensions are in compliance with applicable regulations and/or Jefferies policies.

CS - Coverage Suspended. Jefferies has suspended coverage of this company.

NC - Not covered. Jefferies does not cover this company.

Restricted - Describes issuers where, in conjunction with Jefferies engagement in certain transactions, company policy or applicable securities regulations prohibit certain types of communications, including investment recommendations.

Monitor - Describes securities whose company fundamentals and financials are being monitored, and for which no financial projections or opinions on the investment merits of the company are provided.

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 - 83 of this report.

Jefferies

# Valuation Methodology

Jefferies' methodology for assigning ratings may include the following: market capitalization, maturity, growth/value, volatility and expected total return over the next 12 months. The price targets are based on several methodologies, which may include, but are not restricted to, analyses of market risk, growth rate, revenue stream, discounted cash flow (DCF), EBITDA, EPS, cash flow (CF), free cash flow (FCF), EV/EBITDA, P/E, PE/growth, P/CF, P/FCF, premium (discount)/average group EV/EBITDA, premium (discount)/average group P/E, sum of the parts, net asset value, dividend returns, and return on equity (ROE) over the next 12 months.

### Jefferies Franchise Picks

Jefferies Franchise Picks include stock selections from among the best stock ideas from our equity analysts over a 12 month period. Stock selection is based on fundamental analysis and may take into account other factors such as analyst conviction, differentiated analysis, a favorable risk/reward ratio and investment themes that Jefferies analysts are recommending. Jefferies Franchise Picks will include only Buy rated stocks and the number can vary depending on analyst recommendations for inclusion. Stocks will be added as new opportunities arise and removed when the reason for inclusion changes, the stock has met its desired return, if it is no longer rated Buy and/or if it triggers a stop loss. Stocks having 120 day volatility in the bottom quartile of S&P stocks will continue to have a 15% stop loss, and the remainder will have a 20% stop. Franchise Picks are not intended to represent a recommended portfolio of stocks and is not sector based, but we may note where we believe a Pick falls within an investment style such as growth or value.

## Risks which may impede the achievement of our Price Target

This report was prepared for general circulation and does not provide investment recommendations specific to individual investors. As such, the financial instruments discussed in this report may not be suitable for all investors and investors must make their own investment decisions based upon their specific investment objectives and financial situation utilizing their own financial advisors as they deem necessary. Past performance of the financial instruments recommended in this report should not be taken as an indication or guarantee of future results. The price, value of, and income from, any of the financial instruments mentioned in this report can rise as well as fall and may be affected by changes in economic, financial and political factors. If a financial instrument is denominated in a currency other than the investor's home currency, a change in exchange rates may adversely affect the price of, value of, or income derived from the financial instrument described in this report. In addition, investors in securities such as ADRs, whose values are affected by the currency of the underlying security, effectively assume currency risk.

## Other Companies Mentioned in This Report

- Apple Inc. (AAPL: $216.30, BUY)



**Rating and Price Target History for: Apple Inc. (AAPL) as of 10-26-2018**

**Notes:** Each box in the Rating and Price Target History chart above represents actions over the past three years in which an analyst initiated on a company, made a change to a rating or price target of a company or discontinued coverage of a company.

<u>Legend:</u>

I: Initiating Coverage

D: Dropped Coverage

B: Buy

H: Hold

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 - 83 of this report.

# Jefferies

Confidential

APL-SECLIT_00001498

UP: Underperform

For Important Disclosure information on companies recommended in this report, please visit our website at https://javatar.bluematrix.com/sellside/ Disclosures.action or call 212.284.2300.

## Distribution of Ratings

| Rating | Count | Percent | IB Serv./Past 12 Mos. | | JIL Mkt Serv./Past 12 Mos. | |
|--------|-------|---------|-------|---------|-------|---------|
| | | | Count | Percent | Count | Percent |
| **BUY** | 1161 | 55.31% | 93 | 8.01% | 15 | 1.29% |
| **HOLD** | 817 | 38.92% | 14 | 1.71% | 0 | 0.00% |
| **UNDERPERFORM** | 121 | 5.76% | 0 | 0.00% | 0 | 0.00% |

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 - 83 of this report.

Jefferies

Confidential

APL-SECLIT_00001499

## Other Important Disclosures

Jefferies does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Jefferies Equity Research refers to research reports produced by analysts employed by one of the following Jefferies Group LLC ("Jefferies") group companies:

**United States:** Jefferies LLC which is an SEC registered broker-dealer and a member of FINRA (and distributed by Jefferies Research Services, LLC, an SEC registered Investment Adviser, to clients paying separately for such research).

**United Kingdom:** Jefferies International Limited, which is authorized and regulated by the Financial Conduct Authority; registered in England and Wales No. 1978621; registered office: Vintners Place, 68 Upper Thames Street, London EC4V 3BJ; telephone +44 (0)20 7029 8000; facsimile +44 (0)20 7029 8010.

**Hong Kong:** Jefferies Hong Kong Limited, which is licensed by the Securities and Futures Commission of Hong Kong with CE number ATS546; located at Suite 2201, 22nd Floor, Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

**Singapore:** Jefferies Singapore Limited, which is licensed by the Monetary Authority of Singapore; located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950.

**Japan:** Jefferies (Japan) Limited, Tokyo Branch, which is a securities company registered by the Financial Services Agency of Japan and is a member of the Japan Securities Dealers Association; located at Hibiya Marine Bldg, 3F, 1-5-1 Yuraku-cho, Chiyoda-ku, Tokyo 100-0006; telephone +813 5251 6100; facsimile +813 5251 6101.

**India:** Jefferies India Private Limited (CIN - U74140MH2007PTC200509), which is licensed by the Securities and Exchange Board of India as a Merchant Banker (INM000011443), Research Analyst (INH000000701) and a Stock Broker with Bombay Stock Exchange Limited (INB011491033) and National Stock Exchange of India Limited (INB231491037) in the Capital Market Segment; located at 42/43, 2 North Avenue, Maker Maxity, Bandra-Kurla Complex, Bandra (East) Mumbai 400 051, India; Tel +91 22 4356 6000.

This report was prepared by personnel who are associated with Jefferies (Jefferies International Limited, Jefferies Hong Kong Limited, Jefferies Singapore Limited, Jefferies (Japan) Limited, Jefferies India Private Limited); or by personnel who are associated with both Jefferies LLC and Jefferies Research Services LLC ("JRS"). Jefferies LLC is a US registered broker-dealer and is affiliated with JRS, which is a US registered investment adviser. JRS does not create tailored or personalized research and all research provided by JRS is impersonal. If you are paying separately for this research, it is being provided to you by JRS. Otherwise, it is being provided by Jefferies LLC. Jefferies LLC, JRS, and their affiliates are collectively referred to below as "Jefferies". Jefferies may seek to do business with companies covered in this research report. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only one of many factors in making their investment decisions. Specific conflict of interest and other disclosures that are required by FINRA and other rules are set forth in this disclosure section.

* * *

If you are receiving this report from a non-US Jefferies entity, please note the following: Unless prohibited by the provisions of Regulation S of the U.S. Securities Act of 1933, as amended, this material is distributed in the United States by Jefferies LLC, which accepts responsibility for its contents in accordance with the provisions of Rule 15a-6 under the US Securities Exchange Act of 1934, as amended. Transactions by or on behalf of any US person may only be effected through Jefferies LLC. In the United Kingdom and European Economic Area this report is issued and/or approved for distribution by Jefferies International Limited ("JIL") and is intended for use only by persons who have, or have been assessed as having, suitable professional experience and expertise, or by persons to whom it can be otherwise lawfully distributed.

JIL allows its analysts to undertake private consultancy work. JIL's conflicts management policy sets out the arrangements JIL employs to manage any potential conflicts of interest that may arise as a result of such consultancy work. Jefferies LLC, JIL and their affiliates, may make a market or provide liquidity in the financial instruments referred to in this report; and where they do make a market, such activity is disclosed specifically in this report under "company specific disclosures".

For Canadian investors, this material is intended for use only by professional or institutional investors. None of the investments or investment services mentioned or described herein is available to other persons or to anyone in Canada who is not a "Designated Institution" as defined by the Securities Act (Ontario). In Singapore, Jefferies Singapore Limited ("JSL") is regulated by the Monetary Authority of Singapore. For investors in the Republic of Singapore, this material is provided by JSL pursuant to Regulation 32C of the Financial Advisers Regulations. The material contained in this document is intended solely for accredited, expert or institutional investors, as defined under the Securities and Futures Act (Cap. 289 of Singapore). If there are any matters arising from, or in connection with this material, please contact JSL, located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950. In Japan, this material is issued and distributed by Jefferies (Japan) Limited to institutional investors only. In Hong Kong, this report is issued and approved by Jefferies Hong Kong Limited and is intended for use only by professional investors as defined in the Hong Kong Securities and Futures Ordinance and its subsidiary legislation. In the Republic of China (Taiwan), this report should not be distributed. The research in relation to this report is conducted outside the People's Republic of China ("PRC"). This report does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. In India, this report is made available by Jefferies India Private Limited. In Australia, this information is issued solely by JIL and is directed solely at wholesale clients within the meaning of the Corporations Act 2001 of Australia (the "Act"), in connection with their consideration of any investment or investment service that is the subject of this document. Any offer or issue that is the subject of this document does not require, and this document is not, a disclosure document or product disclosure statement within the meaning of the Act. JIL is authorised and regulated by the Financial Conduct Authority under the laws of the United Kingdom, which differ from Australian laws. JIL has obtained relief under Australian Securities and Investments Commission Class Order 03/1099, which conditionally exempts it from holding an Australian financial services license under the Act in respect of the provision of certain financial services to wholesale clients. Recipients of this document in any other jurisdictions should inform themselves about and observe any applicable legal requirements in relation to the receipt of this document.

This report is not an offer or solicitation of an offer to buy or sell any security or derivative instrument, or to make any investment. Any opinion or estimate constitutes the preparer's best judgment as of the date of preparation, and is subject to change without notice. Jefferies assumes no obligation to maintain or update this report based on subsequent information and events. Jefferies, and their respective officers, directors, and employees, may have long or short positions in, or may buy or sell any of the securities, derivative instruments or other investments mentioned or described herein, either as agent or as principal for their own account. This material is provided solely for informational purposes and is not tailored to any recipient,

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 - 83 of this report.

**Jefferies**

Confidential

APL-SECLIT_00001500

**AAPL**

Initiating Coverage

October 29, 2018

and is not based on, and does not take into account, the particular investment objectives, portfolio holdings, strategy, financial situation, or needs of any recipient. As such, any advice or recommendation in this report may not be suitable for a particular recipient. Jefferies assumes recipients of this report are capable of evaluating the information contained herein and of exercising independent judgment. A recipient of this report should not make any investment decision without first considering whether any advice or recommendation in this report is suitable for the recipient based on the recipient's particular circumstances and, if appropriate or otherwise needed, seeking professional advice, including tax advice. Jefferies does not perform any suitability or other analysis to check whether an investment decision made by the recipient based on this report is consistent with a recipient's investment objectives, portfolio holdings, strategy, financial situation, or needs

By providing this report, neither JRS nor any other Jefferies entity accepts any authority, discretion, or control over the management of the recipient's assets. Any action taken by the recipient of this report, based on the information in the report, is at the recipient's sole judgment and risk. The recipient must perform his or her own independent review of any prospective investment. If the recipient uses the services of Jefferies LLC (or other affiliated broker-dealers), in connection with a purchase or sale of a security that is a subject of these materials, such broker-dealer may act as principal for its own accounts or as agent for another person. Only JRS is registered with the SEC as an investment adviser; and therefore neither Jefferies LLC nor any other Jefferies affiliate has any fiduciary duty in connection with distribution of these reports.

The price and value of the investments referred to herein and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

This report has been prepared independently of any issuer of securities mentioned herein and not as agent of any issuer of securities. No Equity Research personnel have authority whatsoever to make any representations or warranty on behalf of the issuer(s). Any comments or statements made herein are those of the Jefferies entity producing this report and may differ from the views of other Jefferies entities.

This report may contain information obtained from third parties, including ratings from credit ratings agencies such as Standard & Poor's. Reproduction and distribution of third party content in any form is prohibited except with the prior written permission of the related third party. Jefferies does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such content. Third-party content providers give no express or implied warranties, including, but not limited to, any warranties of merchantability or fitness for a particular purpose or use. Neither Jefferies nor any third-party content provider shall be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of their content, including ratings. Credit ratings are statements of opinions and are not statements of fact or recommendations to purchase, hold or sell securities. They do not address the suitability of securities or the suitability of securities for investment purposes, and should not be relied on as investment advice.

Jefferies research reports are disseminated and available electronically, and, in some cases, also in printed form. Electronic research is simultaneously made available to all clients. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of Jefferies. Neither Jefferies nor any of its respective directors, officers or employees, is responsible for guaranteeing the financial success of any investment, or accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this report or its contents. Nothing herein shall be construed to waive any liability Jefferies has under applicable U.S. federal or state securities laws.

For Important Disclosure information relating to JRS, please see https://adviserinfo.sec.gov/IAPD/Content/Common/crd_iapd_Brochure.aspx?BRCHR_VRSN_ID=483878 and https://adviserinfo.sec.gov/Firm/292142 or visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action, or www.jefferies.com, or call 1.888.JEFFERIES.

© 2018 Jefferies Group LLC

**Timothy O'Shea**, Equity Analyst, (212) 284-3415, toshea@jefferies.com

Please see important disclosure information on pages 79 - 83 of this report.

Jefferies

Confidential

APL-SECLIT_00001501