# EXHIBIT 39

# J.P.Morgan

**North America Corporate Research**

29 October 2018

# Apple

## Favorably Positioned into F4Q On a Combination of Upside on iPhone ASP and Services; Reiterate OW

Apple shares appear favorably positioned heading into F4Q18 (Sept-end) earnings on November 1, led by upside to investor expectations in the form of iPhone ASPs and growth in Services revenues, driven by upside to installed base growth. Additionally, we find Apple well positioned to guide favorably for F1Q19 (Dec-end) through a combination of iPhone revenue growth (driven by ASP increases), upside to growth expectations for the recently refreshed Apple Watch, and improvement in gross margin sequentially driven by volume leverage. Outside the business-specific drivers that drive our confidence for upside on key metrics tracked by investors, we believe any share price weakness led by the broader market conditions will provide management an opportunity to create further shareholder value through an acceleration of share repurchases. Amongst "mega" cap technology stocks, Apple in our view remains a strong value pick with the lowest P/E and one of the lowest PEG ratios, positioning it well to outperform if macro growth concerns continue to challenge the broader market. We continue to rate Apple Overweight and with a $272 Dec-19 price target.

- **iPhone pricing to be primary source of upside relative to investor expectations.** We are forecasting average iPhone ASP of $801 in F4Q18, led by sales of the recently launched iPhone XS Max and iPhone XS (estimated to together account for ~40% of F4Q18 unit sales). We believe investors are underappreciating demand for the higher-priced iPhone XS Max, which we expect to outsell the iPhone XS and drive ASPs higher given its base price of $1,099. Our recent conversations with investors indicate that consensus expectations for iPhone ASPs in F4Q18 have moved higher in recent weeks, but are still largely based on the +$12 q/q increase in F4Q17 (vs. JPMe +$77 increase q/q in F4Q18), which is an easier comparison on account of delays in shipping iPhone X last year and delays in shipping iPhone XR this year. Our analysis of revenue growth for iPhone suppliers, discussed below, drives our confidence in the above consensus ASP forecasts.

- **Services transformation will be the other key watch point.** We are forecasting Services revenue to rise 19% y/y to $10,131 mn in F4Q18, led by strong growth in the installed base of devices as well as services revenue per device in the form of increasing app store purchases, greater use of Apple Care services by channel partners, and sustained growth in TAC revenues (Google reported a +20% y/y increase). We expect Apple Music and Cloud Services to continue to demonstrate growth close to +50% y/y. We estimate Services will account for 14% of total revenue in FY18 (vs. 8% in FY12), led by strong +25% y/y revenue growth.

**Overweight**

**AAPL, AAPL US**
Price: $216.30

**Price Target: $272.00**

---

**Telecom & Networking Equipment/IT Hardware**

**Samik Chatterjee, CFA** [AC]
(1-212) 622 0798
samik.x.chatterjee@jpmorgan.com
J.P. Morgan Securities LLC

**Joseph Cardoso**
(1-212) 622-9036
joseph.cardoso@jpmchase.com
J.P. Morgan Securities LLC

**Bharat Daryani**
(91-22) 6157 3057
bharat.daryani@jpmchase.com
J.P. Morgan India Private Limited

**Price Performance**

| | YTD | 1m | 3m | 12m |
|---|---|---|---|---|
| Abs | 25.6% | -1.9% | 11.4% | 37.4% |
| Rel | 27.0% | 6.6% | 17.7% | 33.6% |

**Apple Inc. (AAPL;AAPL US)**

| FYE Sep | 2016A | 2017A | 2018E (Prev) | 2018E (Curr) | 2019E (Prev) | 2019E (Curr) | 2020E (Prev) | 2020E (Curr) | 2021E |
|---|---|---|---|---|---|---|---|---|---|
| EPS (pro forma) ($) | | | | | | | | | |
| Q1 (Dec) | 3.18 | 3.36 | 3.89A | 3.89A | 4.87 | 4.91 | 5.72 | 5.71 | 6.46 |
| Q2 (Mar) | 1.90 | 2.10 | 2.73A | 2.73A | 3.01 | 3.01 | 3.34 | 3.34 | 3.83 |
| Q3 (Jun) | 1.42 | 1.67 | 2.34A | 2.34A | 2.60 | 2.61 | 2.66 | 2.66 | 3.00 |
| Q4 (Sep) | 1.67 | 2.07 | 2.84 | 2.84 | 3.27 | 3.26 | 3.73 | 3.73 | 4.16 |
| FY | 8.18 | 9.19 | 11.79 | 11.79 | 13.75 | 13.80 | 15.45 | 15.45 | 17.45 |
| Bloomberg EPS FY ($) | 8.27 | 9.00 | - | 11.79 | - | 13.72 | - | 14.92 | - |

Source: Company data, Bloomberg, J.P. Morgan estimates.

| Company Data | |
|---|---|
| Price ($) | 216.30 |
| Date Of Price | 26 Oct 18 |
| 52-week Range ($) | 233.47-150.24 |
| Market Cap ($ bn) | 1,043.88 |
| Fiscal Year End | Sep |
| Shares O/S (mn) | 4,826 |
| Price Target ($) | 272.00 |
| Price Target End Date | 31-Dec-19 |

**See page 10 for analyst certification and important disclosures, including non-US analyst disclosures.**

J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

This document is being provided for the exclusive use of mattblake@apple.com.

Confidential

APL-SECLIT_00001502

Samik Chatterjee, CFA
(1-212) 622 0798
samik.x.chatterjee@jpmorgan.com

North America Corporate Research
29 October 2018

J.P.Morgan

- **Upside to installed base forecast likely to drive upside to our service revenue forecast.** While we already forecast strong growth in the low-double-digit percentages for the iPhone installed base and high-single digit percentages for the total installed base, based on management's latest comments we believe growth in the total installed base of devices is running ahead of our forecast till date this year. The stronger than expected growth in the total installed base, likely driven by our underappreciation of switchers into iPad and Mac devices, could be a source of upside to our forecasted Services revenues.

- **Gross margin to remain range bound despite selling more expensive phones.** We are forecasting gross margins to track at 38.2%, within the guidance range of 38.0%-38.5%, and roughly similar to the 38.3% reported in F3Q18. While we see margins tailwinds from the decline in memory prices and greater leverage on indirect costs on the sequentially higher revenue, at the same time <mark>lower margins on new products immediately following the launch and stronger USD are likely to pressure margins sequentially.</mark>

- **Analysis of iPhone supply chain increases our confidence in our revenue and ASP forecasts.** We are tracking a sample set of Apple suppliers, all of which individually obtain more than 50% of their revenue from Apple. As illustrated in Figure 1, we believe the revenue growth of suppliers that have reported September-end quarter already points to a strong increase in iPhone ASPs – in line with our expectation. Additionally, as shown in Figure 2, the momentum displayed by the sample set of suppliers in the September-end quarter with revenues increasing +26% y/y, drives our confidence in F4Q18 iPhone revenue growth forecast of +28% y/y.

- **F4Q18 expectations:** We forecast iPhone shipments of 46 mn, helping to drive total revenues of $62.3 bn, slightly above the high-end of the guidance range of $60-$62 bn, on better iPhone ASPs. Additionally, we forecast gross margins of 38.2%, in line with guidance range of 38.0%-38.5%. The combination of higher than expected revenue and in line gross margin drives our above consensus EPS of $2.84 (vs. consensus of $2.78).

- **F1Q19 guidance expectations:** We expect investors will also be highly focused on the F1Q19 guidance and look to draw conclusions around the mix of iPhone XS and iPhone XS Max relative to the recently launched and lower-priced iPhone XR. We forecast iPhone shipments of 76 mn in F1Q19, with the iPhone XR comprising 47% of mix of the 2018 generation phones. We estimate total revenues of $93.1 bn (slightly ahead of consensus of $92.8 bn), gross margin improvement sequentially to 38.5% (helped by volume leverage), and EPS of $4.91 (vs. consensus of $4.93).

- **Apple Watch to generate momentum, although likely to be fully realized and drive upside to F1Q19 expectations.** With the September launch event standing out relative to the upgrade to the Apple Watch, we believe the momentum of the Series 4 Apple Watch will be in focus on the earnings call. However, we believe investors will fully realize the acceleration in Apple Watch shipments in F1Q19 (Dec-quarter) with the Series 4 watch likely featuring as a top grossing holiday gift item, following an expansion of the total addressable demographic with introduction of health-based functionalities in addition to fitness functionalities.

- **Apple can outperform through upside drivers from recent product refreshes and acceleration in share buybacks.** The sell-off in the broader market has been accompanied by a sell-off in "mega" cap technology stocks. As highlighted on page 20 of our September 27 initiation report (see Time for Apple Picking: Initiate OW on Compelling Services Transformation, Ripe Installed Base, Core Capital

2

This document is being provided for the exclusive use of mattblake@apple.com.

Samik Chatterjee, CFA
(1-212) 622 0798
samik.x.chatterjee@jpmorgan.com

North America Corporate Research
29 October 2018

J.P.Morgan

Deployment), Apple had not only the lowest P/E multiple amongst the large technology companies, it also offered one of the lowest Price-to-earnings multiple for every point of growth (PEG) making it a strong value pick. Over the last month since our September 27 initiation, Apple shares have outperformed other large technology stocks; a decline of -2% in Apple shares compares to -9% for Google (Alphabet), -17% for Amazon, -13% for Facebook, and -21% for Netflix, and vs. the -8% decline in the S&P 500. We see any share price weakness led in part by growth concerns in the broader market as offering management greater opportunity to create value for shareholders by accelerating share repurchases above the $20 bn/quarter run-rate (and make progress towards the long-term goal of neutral net cash position). Driven by the upside drivers in iPhone pricing and Services, as well as support from balance sheet optionality and buybacks, we believe Apple shares are well positioned to continue to outperform.

- **Expectations from Apple's first ever Brooklyn event.** Apple will be hosting an event in Brooklyn, New York tomorrow (October 30), where we anticipate the company will focus on product updates to the tablet (iPad), desktop (iMac), and laptop (Mac) lineup. In terms of most significant changes, we expect the adoption of the facial recognition feature on the iPad to demonstrate Apple's commitment to driving competitive advantage through technology adoption on its products. Additionally, we believe it will further increase the addressable market for 3D Sensing components and will be positive for suppliers including Lumentum and Viavi in our coverage.

3

This document is being provided for the exclusive use of mattblake@apple.com.

Samik Chatterjee, CFA
(1-212) 622 0798
samik.x.chatterjee@jpmorgan.com

**North America Corporate Research**
29 October 2018

J.P.Morgan

**iPhone supplier revenue growth appears to be a good indicator into iPhone ASP; tracking strong for F4Q18 (Sep-end)**

Our analysis points to a strong correlation between revenue growth for iPhone suppliers and the blended iPhone ASP reported by Apple on a quarterly basis. Revenue growth reported by key suppliers for the September-end quarter point to a strong sequential increase in iPhone ASPs – in line with our forecast. Sample set of suppliers includes Casetek, Catcher, Largan, and HonHai.

**Figure 1: iPhone Supply Chain Revenue Growth vs. iPhone ASP**
% change y/y



Source: Company reports and J.P. Morgan estimates.

Additionally, based on the revenue growth in the September-end quarter reported by some iPhone suppliers already, we derive higher confidence in our forecast for +28% y/y iPhone revenue growth.

**Figure 2: iPhone Supplier Revenue Growth vs. iPhone Revenue Growth**
% change y/y



Source: Company reports and J.P. Morgan estimates.

4

This document is being provided for the exclusive use of mattblake@apple.com.

APL-SECLIT_00001505

Samik Chatterjee, CFA
(1-212) 622 0798
samik.x.chatterjee@jpmorgan.com

**North America Corporate Research**
29 October 2018

J.P.Morgan

# Investment Thesis, Valuation and Risks

## Apple *(Overweight; Price Target: $272.00)*

**Investment Thesis**

We rate AAPL shares Overweight given our favorable outlook on iPhone and Services revenues relative to investor expectations, catalysts to accelerate revenue growth, and upside risk to our base forecast for +18% earnings CAGR. We see upside on several aspects of the business as well as financials that remain underappreciated by investors, namely the transformation of the company to Services, growth in the installed base, technology leadership, and optionality around capital deployment — all of which together leads us to expect double digit earnings growth and a modest re-rating for the shares.

**Valuation**

Our December 2019 Price target of $272 is based on 17.6x blended P/E, which implies a modest re-rating from NTM trading multiple of 16.2x. Our blended P/E is arrived at based on a SOTP methodology using 14.0x P/E for iPhones, 11.0x for Mac and iPad devices, 26.0x for Services, 25.0x for Apple Watch, and 16.0x for Other Products.

Key assumptions used in formulating the price target are:

- **iPhone:** We use a 14.0x P/E multiple for our iPhone earnings estimate in calendar 2020, in line with the multiple that industry leader in the early 2000s, Nokia, traded at from 2005 to 2010 when the firm had a leadership position in feature phones.

- **Mac devices:** P/E multiple of 11.0x, modest discount to the 12.2x NTM P/E multiple for competitor HPQ, largely subject to similar industry dynamics, but lower unit growth on account of premium pricing.

- **iPad devices**: P/E multiple of 11.0x, in line with the multiple we assign for Mac devices as growth opportunities are limited for both notebooks as well as tablets. Additionally, we believe increasing consumption of content on smartphones is likely to substitute purchases of laptops/notebooks as well as tablets in the future.

- **Services:** P/E multiple of 26.0x on the Services segment, in line with the average trading multiple for a peer group of luxury/retail companies (Costco, Estée Lauder and Home Depot), which are leaders in their respective markets and derive a stickiness for product sales through customer loyalty either in the form of membership programs or brand value. We believe the subscription nature of Apple's Services segment, with high visibility of revenue and earnings, warrants it being valued in line with the leading luxury/retail companies.

- **Apple Watch:** P/E multiple of 25.0x, roughly in line with the 26.0x target multiple we use for the Services group, on account of the materially higher room for growth relative to Apple's legacy hardware products like iPhone, iPad, and Mac.

- **Other Products:** P/E multiple of 16.0x, at a modest premium to the legacy hardware devices like iPhone, iPad, and Mac on account of higher growth opportunities. However, the 16.0x multiple is at a discount to the 25.0x multiple we use to value Apple Watch on account of lower margins for accessory sales in a more competitive market.

5

This document is being provided for the exclusive use of mattblake@apple.com.

Samik Chatterjee, CFA
(1-212) 622 0798
samik.x.chatterjee@jpmorgan.com

**North America Corporate Research**
29 October 2018

J.P.Morgan

### AAPL P/E based Price Target Analysis

$ in millions, except per share amounts

| | NTM Qtrs 1-4 | CY19E | CY20E |
|---|---|---|---|
| JPM Net Income | **62,840** | **65,821** | **68,256** |
| JPM EPS | $13.38 | $14.60 | $16.19 |
| | | | |
| P/E Multiple | 16.2x | | |
| JPM P/E Multiple | | 17.6x | 17.6x |
| **Total Equity Value** | **1,043,877** | **1,158,444** | **1,201,307** |
| | | | |
| Average Diluted Share Count | 4,826.1 | 4,731.2 | 4,423.5 |
| **Implied Share Price** | **$216.3** | **$245.0** | **$272.0** |
| | | | |
| Current Value per Share | $216.3 | $216.3 | $216.3 |
| Upside vs. Current | | 13% | 26% |
| | | | |
| Memo: | | | |
| (-) Net Cash/(Debt) | 106,834 | 108,363 | 91,476 |
| Enterprise Value | 937,043 | 1,050,081 | 1,109,831 |
| JPM EBITDA | 84,545 | 88,750 | 92,766 |
| *Implied EV/EBITDA* | *11.1x* | *11.8x* | *12.0x* |

Source: J.P. Morgan estimates.

### Risks to Rating and Price Target

### Industry Downside Risks

### Deceleration or contraction in the handset and smartphone market could be faster than expected

Economic conditions or shifting consumer demand could cause greater-than-expected deceleration or contraction in the handset and smartphone markets. This would negatively impact Apple's prospects for growth, and the shares may fail to achieve our target price as a result.

### Increase in competitive pressures in international markets

Apple is increasingly participating in international markets, such as China and India, where local players, which are better situated, could leverage their position and pull on levers such as pricing to make the market more competitive. In addition, tariffs enacted by local governments may further hurt Apple's ability to effectively compete in international markets.

### Company-Specific Downside Risks

### Investment in new business strategies and acquisitions could be fruitless

Apple has historically invested in new business strategies and acquisitions. As such, success on these investments has low visibility at this time and could lead to greater-than-expected liabilities and expense. Additionally, new investments could have a negative impact on current operations by distracting management.

### Key man risk around departure of chief executive officer

While risks related to departure of management executives appear considerably lower relative to in the past, we believe the execution on strategic priorities under CEO Tim Cook's leadership does still present modest risk to the share price, although we see a strong group of executives to support business performance without disruptions.

6

This document is being provided for the exclusive use of mattblake@apple.com.

APL-SECLIT_00001507

Samik Chatterjee, CFA
(1-212) 622 0798
samik.x.chatterjee@jpmorgan.com

North America Corporate Research
29 October 2018

J.P.Morgan

### Litigation with Qualcomm could drive unexpected liabilities

As part of risk mitigation from the ongoing litigation with Qualcomm, Apple has provisioned what management believes could be worst-case payments to Qualcomm in the event of an adverse judgement. However, less favorable outcomes with greater damages awarded to Qualcomm could be a liability for Apple beyond the provisions, and drive downside to our price target.

This document is being provided for the exclusive use of mattblake@apple.com.

Confidential

APL-SECLIT_00001508

Samik Chatterjee, CFA
(1-212) 622 0798
samik.x.chatterjee@jpmorgan.com

North America Corporate Research
29 October 2018

J.P.Morgan

Table 1: AAPL Summary Table

$ mms

| | 1Q – December | | | 2Q – March | | | 3Q – June | | | 4Q – September | | | Annual | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2017 | 2018 | 2019E | 2017 | 2018 | 2019E | 2017 | 2018 | 2019E | 2017 | 2018E | 2019E | 2017 | 2018E | 2019E | 2020E | 2021E |
| **Revenue** | 78,351 | 88,287 | 93,147 | 52,896 | 61,137 | 64,299 | 45,408 | 53,265 | 60,451 | 52,578 | 62,353 | 68,986 | 229,233 | 265,042 | 286,883 | 310,876 | 336,076 |
| % chg y/y | 4.0% | 12.7% | 5.5% | 4.6% | 15.6% | 5.2% | 7.2% | 17.3% | 13.5% | 12.2% | 18.6% | 10.6% | 6.6% | 15.6% | 8.2% | 8.4% | 8.1% |
| Cost of Sales | 48,175 | 54,381 | 57,284 | 32,305 | 37,715 | 39,720 | 27,920 | 32,844 | 37,436 | 32,648 | 38,527 | 42,942 | 141,048 | 163,467 | 177,383 | 192,803 | 208,125 |
| SG&A | 3,946 | 4,231 | 4,751 | 3,718 | 4,150 | 4,501 | 3,783 | 4,108 | 4,715 | 3,814 | 4,240 | 4,829 | 15,261 | 16,729 | 18,796 | 21,200 | 23,902 |
| as % of sales | 5.0% | 4.8% | 5.1% | 7.0% | 6.8% | 7.0% | 8.3% | 7.7% | 7.8% | 7.3% | 6.8% | 7.0% | 6.7% | 6.3% | 6.6% | 6.8% | 7.1% |
| R&D | 2,871 | 3,407 | 4,098 | 2,776 | 3,378 | 3,922 | 2,937 | 3,701 | 4,594 | 2,997 | 3,772 | 4,277 | 11,581 | 14,258 | 16,892 | 19,363 | 21,819 |
| as % of sales | 3.7% | 3.9% | 4.4% | 5.2% | 5.5% | 6.1% | 6.5% | 6.9% | 7.6% | 5.7% | 6.1% | 6.2% | 5.1% | 5.4% | 5.9% | 6.2% | 6.5% |
| **Operating Income (COI)** | 23,359 | 26,268 | 27,014 | 14,097 | 15,894 | 16,156 | 10,768 | 12,612 | 13,705 | 13,119 | 15,813 | 16,938 | 61,343 | 70,587 | 73,813 | 77,510 | 82,320 |
| operating margin | 29.8% | 29.8% | 29.0% | 26.7% | 26.0% | 25.1% | 23.7% | 23.7% | 22.7% | 25.0% | 25.4% | 24.6% | 26.8% | 26.6% | 25.7% | 24.9% | 24.5% |
| bp chg y/y | -155 bp | -6 bp | -75 bp | -102 bp | -65 bp | -87 bp | -14 bp | -4 bp | -101 bp | -15 bp | 41 bp | -81 bp | -89 bp | -13 bp | -90 bp | -80 bp | -47 bp |
| Other income/(expense) | 821 | 756 | 300 | 587 | 274 | 300 | 540 | 672 | 300 | 797 | 300 | 300 | 2,745 | 2,002 | 1,200 | 1,100 | 1,100 |
| Pre-tax Income | 24,180 | 27,024 | 27,314 | 14,684 | 16,168 | 16,456 | 11,308 | 13,284 | 14,005 | 13,916 | 16,113 | 17,238 | 64,088 | 72,589 | 75,013 | 78,610 | 83,530 |
| Income Tax | 6,289 | 6,965 | 4,062 | 3,655 | 2,346 | 2,468 | 2,591 | 1,765 | 2,101 | 3,203 | 2,417 | 2,586 | 15,738 | 13,493 | 11,216 | 11,752 | 12,708 |
| tax rate % | 26.0% | 25.8% | 14.9% | 24.9% | 14.5% | 15.0% | 22.9% | 13.3% | 15.0% | 23.0% | 15.0% | 15.0% | 24.6% | 18.6% | 15.0% | 15.0% | 15.3% |
| **Net Income** | 17,891 | 20,059 | 23,252 | 11,029 | 13,822 | 13,987 | 8,717 | 11,519 | 11,904 | 10,713 | 13,696 | 14,652 | 48,350 | 59,096 | 63,796 | 66,858 | 70,622 |
| **Diluted EPS** | $3.36 | $3.89 | $4.31 | $2.10 | $2.73 | $3.01 | $1.67 | $2.34 | $2.61 | $2.07 | $2.84 | $3.26 | $9.19 | $11.79 | $13.80 | $15.45 | $17.45 |
| bp chg y/y | $0.27 | | | | | | | | | | | | | | | | |
| Diluted Shares (avg.) | 5,328 | 5,158 | 5,191 | 5,262 | 5,068 | 4,640 | 5,233 | 4,927 | 4,562 | 5,184 | 4,826 | 4,497 | 5,252 | 5,011 | 4,624 | 4,327 | |
| EBITDA ex-equity income | 26,346 | 29,013 | 29,901 | 16,429 | 18,633 | 19,113 | 13,922 | 15,927 | 16,949 | 15,603 | 18,682 | 20,111 | 71,500 | 81,605 | 85,975 | 90,612 | 96,278 |
| % chg y/y | 33.6% | 32.9% | 32.1% | 31.1% | 30.5% | 29.7% | 26.8% | 28.7% | 27.9% | 29.7% | 30.0% | 29.1% | 24.6% | 6.6% | 5.4% | 5.4% | 26.6% |
| EBITDA margin | -161 bp | -76 bp | -76 bp | -58 bp | -58 bp | -75 bp | -92 bp | -22 bp | -47 bp | -86 bp | 29 bp | -81 bp | -134 bp | -40 bp | -82 bp | -82 bp | -50 bp |
| Cash | 246,090 | 285,097 | 236,613 | 256,841 | 267,226 | 219,002 | 261,516 | 243,743 | 214,869 | 268,895 | 233,729 | 214,869 | 268,895 | 233,729 | 214,869 | 193,924 | 173,309 |
| Debt | 87,549 | 122,400 | 114,600 | 98,522 | 121,840 | 114,600 | 108,535 | 114,600 | 114,600 | 115,680 | 114,600 | 114,600 | 115,680 | 114,600 | 114,600 | 114,600 | 114,600 |
| Gross Leverage (ttm) | 1.5x | 1.6x | 1.4x | | | | | | | | | | 1.6x | 1.4x | 1.4x | 1.4x | 1.2x |
| Net Debt | (158,541) | (162,697) | (122,013) | (158,319) | (145,386) | (104,402) | (153,177) | (129,143) | (106,834) | (153,215) | (119,129) | (100,269) | (153,215) | (119,129) | (100,269) | (79,324) | (58,709) |
| Net Leverage (ttm) | -2.3x | -2.2x | -1.5x | -2.3x | -1.5x | -1.3x | -2.2x | -1.6x | -1.3x | -2.1x | -1.5x | -1.2x | -2.1x | -1.5x | -1.2x | -0.9x | -0.6x |
| Operating Cash Flow | 27,056 | 28,293 | 30,032 | 12,523 | 15,130 | 9,279 | 8,363 | 14,488 | 24,280 | 15,656 | 16,990 | 15,702 | 63,598 | 74,817 | 79,293 | 83,321 | 84,795 |
| Capital Expenditures | (3,334) | (2,810) | (3,726) | (4,195) | (3,536) | | (2,392) | (3,267) | (3,325) | (3,865) | (3,429) | (3,794) | (12,451) | (14,381) | (15,434) | (15,534) | (16,782) |
| Free Cash Flow | 23,722 | 25,483 | 26,306 | 9,548 | 10,195 | 5,743 | 6,086 | 11,221 | 20,955 | 11,791 | 13,476 | 11,908 | 51,147 | 64,912 | 64,912 | 67,786 | 68,013 |
| Share repurchases | (10,851) | (10,095) | (20,000) | (7,161) | (22,756) | (20,000) | (7,093) | (20,783) | (15,000) | (7,795) | (20,000) | (15,000) | (32,900) | (73,634) | (70,000) | (75,000) | (75,000) |

Source: Company reports and J.P. Morgan estimates

This document is being provided for the exclusive use of mattblake@apple.com.

APL-SECLIT_00001509
Confidential

Samik Chatterjee, CFA
(1-212) 622 0798
samik.x.chatterjee@jpmorgan.com

**North America Corporate Research**
29 October 2018

J.P.Morgan

# Apple: Summary of Financials

| Income Statement - Annual | FY16A | FY17A | FY18E | FY19E | FY20E |
|---|---|---|---|---|---|
| Revenue | 215,091 | 229,233 | 265,042 | 286,883 | 310,876 |
| COGS | (131,376) | (141,048) | (163,467) | (177,383) | (192,803) |
| **Gross profit** | **83,715** | **88,185** | **101,575** | **109,500** | **118,073** |
| SG&A | (14,194) | (15,261) | (16,729) | (18,796) | (21,200) |
| **Adj. EBITDA** | **69,981** | **71,500** | **81,605** | **85,975** | **90,612** |
| D&A | (10,505) | (10,157) | (11,017) | (12,162) | (13,102) |
| **Adj. EBIT** | **59,476** | **61,343** | **70,587** | **73,813** | **77,510** |
| Net Interest | | | | | |
| **Adj. PBT** | **60,824** | **64,088** | **72,589** | **75,013** | **78,610** |
| Tax | (15,685) | (15,738) | (13,493) | (11,216) | (11,752) |
| Minority Interest | | | | | |
| **Adj. Net Income** | **45,139** | **48,350** | **59,096** | **63,796** | **66,858** |
| Reported EPS | 8.18 | 9.19 | 11.79 | 13.80 | 15.45 |
| **Adj. EPS** | **8.18** | **9.19** | **11.79** | **13.80** | **15.45** |
| DPS | - | - | - | - | - |
| Payout ratio | - | - | - | - | - |
| Shares outstanding | 5,520 | 5,263 | 5,011 | 4,624 | 4,327 |

| Income Statement - Quarterly | 1Q18A | 2Q18A | 3Q18A | 4Q18E |
|---|---|---|---|---|
| Revenue | 88,287A | 61,137A | 53,265A | 62,353 |
| COGS | (54,381)A | (37,715)A | (32,844)A | (38,527) |
| **Gross profit** | **33,906A** | **23,422A** | **20,421A** | **23,826** |
| SG&A | (4,231)A | (4,150)A | (4,108)A | (4,240) |
| **Adj. EBITDA** | **29,013A** | **18,633A** | **15,277A** | **18,682** |
| D&A | (2,745)A | (2,739)A | (2,665)A | (2,868) |
| **Adj. EBIT** | **26,268A** | **15,894A** | **12,612A** | **15,813** |
| Net Interest | | | | |
| **Adj. PBT** | **27,024A** | **16,168A** | **13,284A** | **16,113** |
| Tax | (6,965)A | (2,346)A | (1,765)A | (2,417) |
| Minority Interest | | | | |
| **Adj. Net Income** | **20,059A** | **13,822A** | **11,519A** | **13,696** |
| Reported EPS | 3.89A | 2.73A | 2.34A | 2.84 |
| **Adj. EPS** | **3.89A** | **2.73A** | **2.34A** | **2.84** |
| DPS | | | | |
| Payout ratio | | | | |
| Shares outstanding | 5,158A | 5,068A | 4,927A | 4,826 |

| Balance Sheet & Cash Flow Statement | FY16A | FY17A | FY18E | FY19E | FY20E |
|---|---|---|---|---|---|
| Cash and cash equivalents | 20,484 | 20,289 | 21,957 | 20,000 | 20,000 |
| Accounts receivable | 15,754 | 17,874 | 23,556 | 26,061 | 31,397 |
| Inventories | 2,132 | 4,855 | 6,849 | 7,634 | 9,521 |
| Other current assets | 68,499 | 85,627 | 63,750 | 63,750 | 63,750 |
| **Current assets** | **106,869** | **128,645** | **116,112** | **117,446** | **124,668** |
| PP&E | 27,010 | 33,783 | 38,678 | 40,897 | 43,330 |
| LT investments | 170,430 | 194,714 | 172,773 | 155,870 | 134,925 |
| Other non current assets | 17,377 | 18,177 | 22,546 | 22,546 | 22,546 |
| **Total assets** | **321,686** | **375,319** | **350,109** | **336,759** | **325,469** |
| Short term borrowings | 11,605 | 18,473 | 17,472 | 17,472 | 17,472 |
| Payables | 37,294 | 49,049 | 44,948 | 50,099 | 55,542 |
| Other short term liabilities | 30,107 | 33,292 | 36,834 | 38,309 | 43,450 |
| **Current liabilities** | **79,006** | **100,814** | **99,254** | **105,880** | **116,463** |
| Long-term debt | 75,427 | 97,207 | 97,128 | 97,128 | 97,128 |
| Other long term liabilities | 39,004 | 43,251 | 48,572 | 48,572 | 48,572 |
| **Total liabilities** | **193,437** | **241,272** | **244,954** | **251,580** | **262,163** |
| Shareholders' equity | 128,249 | 134,047 | 105,155 | 85,179 | 63,306 |
| Minority interests | | | | | |
| **Total liabilities & equity** | **321,686** | **375,319** | **350,109** | **336,759** | **325,469** |
| **BVPS** | **23.24** | **25.47** | **20.98** | **18.42** | **14.63** |
| *y/y Growth* | *13.0%* | *9.6%* | *(17.6%)* | *(12.2%)* | *(20.6%)* |
| Net debt/(cash) | 66,548 | 95,391 | 92,643 | 94,600 | 94,600 |
| **Cash flow from operating activities** | **65,824** | **63,598** | **74,817** | **79,293** | **83,321** |
| o/w Depreciation & amortization | 10,505 | 10,157 | 11,017 | 12,162 | 13,102 |
| o/w Changes in working capital | 484 | (5,550) | 34,221 | 3,335 | 3,361 |
| **Cash flow from investing activities** | **(45,977)** | **(46,446)** | **15,638** | **(14,381)** | **(15,534)** |
| o/w Capital expenditure | (12,734) | (12,451) | (13,701) | (14,381) | (15,534) |
| *as % of sales* | *5.9%* | *5.4%* | *5.2%* | *5.0%* | *5.0%* |
| **Cash flow from financing activities** | **(20,483)** | **(17,347)** | **(88,787)** | **(83,772)** | **(88,731)** |
| o/w Dividends paid | (12,150) | (12,769) | (13,673) | (13,772) | (13,771) |
| o/w Net debt issued/(repaid) | 22,057 | 29,014 | 459 | 0 | 0 |
| **Net change in cash** | **(636)** | **(195)** | **1,668** | **(18,860)** | **(20,945)** |
| **Adj. Free cash flow to firm** | **53,090** | **51,147** | **61,115** | **64,912** | **67,786** |
| *y/y Growth* | *(24.2%)* | *(3.7%)* | *19.5%* | *6.2%* | *4.4%* |

| Ratio Analysis | FY16A | FY17A | FY18E | FY19E | FY20E |
|---|---|---|---|---|---|
| Gross margin | 38.9% | 38.5% | 38.3% | 38.2% | 38.0% |
| EBITDA margin | 32.5% | 31.2% | 30.8% | 30.0% | 29.1% |
| EBIT margin | 27.7% | 26.8% | 26.6% | 25.7% | 24.9% |
| Net profit margin | 21.0% | 21.1% | 22.3% | 22.2% | 21.5% |
| ROE | 36.5% | 36.9% | 49.4% | 67.0% | 90.1% |
| ROA | 14.7% | 13.9% | 16.3% | 18.6% | 20.2% |
| ROCE | 22.1% | 19.9% | 24.5% | 29.9% | 34.9% |
| SG&A/Sales | 6.6% | 6.7% | 6.3% | 6.6% | 6.8% |
| Net debt/equity | 51.9% | 71.2% | 88.1% | 111.1% | 149.4% |
| P/E (x) | 26.4 | 23.5 | 18.3 | 15.7 | 14.0 |
| P/BV (x) | 9.3 | 8.5 | 10.3 | 11.7 | 14.8 |
| EV/EBITDA (x) | 13.4 | 13.1 | 11.5 | 10.9 | 10.3 |
| Dividend Yield | - | - | - | - | - |
| Sales/Assets (x) | 0.7 | 0.7 | 0.7 | 0.8 | 0.9 |
| Interest cover (x) | - | - | - | - | - |
| Operating leverage | 207.1% | 47.7% | 96.5% | 55.4% | 59.9% |
| Revenue y/y Growth | (8.0%) | 6.6% | 15.6% | 8.2% | 8.4% |
| EBITDA y/y Growth | (15.2%) | 2.2% | 14.1% | 5.4% | 5.4% |
| Tax rate | 25.8% | 24.6% | 18.6% | 15.0% | 14.9% |
| Adj. Net Income y/y Growth | (15.6%) | 7.1% | 22.2% | 8.0% | 4.8% |
| EPS y/y Growth | (11.2%) | 12.3% | 28.4% | 17.0% | 12.0% |
| DPS y/y Growth | - | - | - | - | - |

Source: Company reports and J.P. Morgan estimates.
Note: $ in millions (except per-share data).Fiscal year ends Sep. o/w - out of which

This document is being provided for the exclusive use of mattblake@apple.com.

Confidential

APL-SECLIT_00001510

Samik Chatterjee, CFA
(1-212) 622 0798
samik.x.chatterjee@jpmorgan.com

North America Corporate Research
29 October 2018

J.P.Morgan

**Other Companies Discussed in This Report** (all prices in this report as of market close on 26 October 2018)
Lumentum (LITE/$55.52/Overweight), Viavi (VIAV/$11.29/Underweight)

**Analyst Certification:** The research analyst(s) denoted by an "AC" on the cover of this report certifies (or, where multiple research analysts are primarily responsible for this report, the research analyst denoted by an "AC" on the cover or within the document individually certifies, with respect to each security or issuer that the research analyst covers in this research) that: (1) all of the views expressed in this report accurately reflect his or her personal views about any and all of the subject securities or issuers; and (2) no part of any of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst(s) in this report. For all Korea-based research analysts listed on the front cover, they also certify, as per KOFIA requirements, that their analysis was made in good faith and that the views reflect their own opinion, without undue influence or intervention.

## Important Disclosures

- **Market Maker:** JPMS makes a market in the stock of Apple.

- **Market Maker/ Liquidity Provider:** J.P. Morgan Securities plc and/or an affiliate is a market maker and/or liquidity provider in securities issued by Apple.

- **Lead or Co-manager:** J.P. Morgan acted as lead or co-manager in a public offering of equity and/or debt securities for Apple within the past 12 months.

- **Director:** An employee, executive officer or director of JPMorgan Chase & Co. and/or J.P. Morgan is a director and/or officer of Apple.

- **Client:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients: Apple.

- **Client/Investment Banking:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as investment banking clients: Apple.

- **Client/Non-Investment Banking, Securities-Related:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients, and the services provided were non-investment-banking, securities-related: Apple.

- **Investment Banking (past 12 months):** J.P. Morgan received in the past 12 months compensation for investment banking services from Apple.

- **Investment Banking (next 3 months):** J.P. Morgan expects to receive, or intends to seek, compensation for investment banking services in the next three months from Apple.

- **Non-Investment Banking Compensation:** J.P. Morgan has received compensation in the past 12 months for products or services other than investment banking from Apple.

- **Other Significant Financial Interests:** J.P. Morgan owns a position of 1 million USD or more in the debt securities of Apple.

**Company-Specific Disclosures:** Important disclosures, including price charts and credit opinion history tables, are available for compendium reports and all J.P. Morgan–covered companies by visiting https://www.jpmm.com/research/disclosures, calling 1-800-477-0406, or e-mailing research.disclosure.inquiries@jpmorgan.com with your request. J.P. Morgan's Strategy, Technical, and Quantitative Research teams may screen companies not covered by J.P. Morgan. For important disclosures for these companies, please call 1-800-477-0406 or e-mail research.disclosure.inquiries@jpmorgan.com.

10

This document is being provided for the exclusive use of mattblake@apple.com.

Samik Chatterjee, CFA
(1-212) 622 0798
samik.x.chatterjee@jpmorgan.com

**North America Corporate Research**
29 October 2018

J.P.Morgan

**Apple (AAPL, AAPL US) Price Chart**



| Date | Rating | Share Price ($) | Price Target ($) |
|---|---|---|---|
| 27-Jan-16 | OW | 93.42 | 141.00 |
| 27-Apr-16 | OW | 104.35 | 125.00 |
| 16-Jun-16 | OW | 97.14 | 105.00 |
| 27-Jul-16 | OW | 102.95 | 107.00 |
| 26-Oct-16 | OW | 115.59 | 114.00 |
| 01-Feb-17 | OW | 128.75 | 142.00 |
| 26-Mar-17 | OW | 140.64 | 165.00 |
| 02-Aug-17 | OW | 157.14 | 176.00 |
| 27-Sep-18 | OW | 224.95 | 272.00 |

Source: Bloomberg and J.P. Morgan; price data adjusted for stock splits and dividends.
Initiated coverage May 01, 1999.
Break in coverage Oct 13, 2017 - Sep 27, 2018.

The chart(s) show J.P. Morgan's continuing coverage of the stocks; the current analysts may or may not have covered it over the entire period.
J.P. Morgan ratings or designations: OW = Overweight, N= Neutral, UW = Underweight, NR = Not Rated

**Explanation of Equity Research Ratings, Designations and Analyst(s) Coverage Universe:**
J.P. Morgan uses the following rating system: Overweight [Over the next six to twelve months, we expect this stock will outperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Neutral [Over the next six to twelve months, we expect this stock will perform in line with the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Underweight [Over the next six to twelve months, we expect this stock will underperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Not Rated (NR): J.P. Morgan has removed the rating and, if applicable, the price target, for this stock because of either a lack of a sufficient fundamental basis or for legal, regulatory or policy reasons. The previous rating and, if applicable, the price target, no longer should be relied upon. An NR designation is not a recommendation or a rating. In our Asia (ex-Australia and ex-India) and U.K. small- and mid-cap equity research, each stock's expected total return is compared to the expected total return of a benchmark country market index, not to those analysts' coverage universe. If it does not appear in the Important Disclosures section of this report, the certifying analyst's coverage universe can be found on J.P. Morgan's research website, www.jpmorganmarkets.com.

**Coverage Universe: Chatterjee, Samik**: Apple (AAPL), Arista (ANET), Ciena (CIEN), Cisco (CSCO), CommScope (COMM), Corning (GLW), F5 Networks (FFIV), Infinera (INFN), Juniper Networks (JNPR), Lumentum (LITE), Sensata (ST), Viavi (VIAV)

**J.P. Morgan Equity Research Ratings Distribution, as of October 01, 2018**

|  | Overweight (buy) | Neutral (hold) | Underweight (sell) |
|---|---|---|---|
| J.P. Morgan Global Equity Research Coverage | 47% | 40% | 13% |
| IB clients* | 54% | 49% | 37% |
| JPMS Equity Research Coverage | 45% | 42% | 13% |
| IB clients* | 75% | 66% | 53% |

*Percentage of investment banking clients in each rating category.
For purposes only of FINRA/NYSE ratings distribution rules, our Overweight rating falls into a buy rating category; our Neutral rating falls into a hold rating category; and our Underweight rating falls into a sell rating category. Please note that stocks with an NR designation are not included in the table above.

**Equity Valuation and Risks:** For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at http://www.jpmorganmarkets.com, contact the primary analyst or your J.P. Morgan representative, or email research.disclosure.inquiries@jpmorgan.com. For material information about the proprietary models used, please see the Summary of Financials in company-specific research reports and the Company Tearsheets, which are available to download on the company pages of our client website, http://www.jpmorganmarkets.com. This report also sets out within it the material underlying assumptions used.

11

This document is being provided for the exclusive use of mattblake@apple.com.

Samik Chatterjee, CFA
(1-212) 622 0798
samik.x.chatterjee@jpmorgan.com

North America Corporate Research
29 October 2018

J.P.Morgan

**Equity Analysts' Compensation:** The equity research analysts responsible for the preparation of this report receive compensation based upon various factors, including the quality and accuracy of research, client feedback, competitive factors, and overall firm revenues.

**Registration of non-US Analysts:** Unless otherwise noted, the non-US analysts listed on the front of this report are employees of non-US affiliates of JPMS, are not registered/qualified as research analysts under NASD/NYSE rules, may not be associated persons of JPMS, and may not be subject to FINRA Rule 2241 restrictions on communications with covered companies, public appearances, and trading securities held by a research analyst account.

**Other Disclosures**

J.P. Morgan ("JPM") is the global brand name for J.P. Morgan Securities LLC ("JPMS") and its affiliates worldwide. J.P. Morgan Cazenove is a marketing name for the U.K. investment banking businesses and EMEA cash equities and equity research businesses of JPMorgan Chase & Co. and its subsidiaries.

All research reports made available to clients are simultaneously available on our client website, J.P. Morgan Markets. Not all research content is redistributed, e-mailed or made available to third-party aggregators. For all research reports available on a particular stock, please contact your sales representative.

**Options related research:** If the information contained herein regards options related research, such information is available only to persons who have received the proper option risk disclosure documents. For a copy of the Option Clearing Corporation's Characteristics and Risks of Standardized Options, please contact your J.P. Morgan Representative or visit the OCC's website at https://www.theocc.com/components/docs/riskstoc.pdf

**Private Bank Clients:** Where you are a client of the private banking businesses offered by JPMorgan Chase & Co. and its subsidiaries ("J.P. Morgan Private Bank"), research is issued to you by J.P. Morgan Private Bank and not by any other division of J.P. Morgan, including but not limited to the J.P. Morgan corporate and investment bank and its research division.

**Legal Entities Disclosures**

**U.S.**: JPMS is a member of NYSE, FINRA, SIPC and the NFA. JPMorgan Chase Bank, N.A. is a member of FDIC. **Canada**: J.P. Morgan Securities Canada Inc. is a registered investment dealer, regulated by the Investment Industry Regulatory Organization of Canada and the Ontario Securities Commission and is the participating member on Canadian exchanges. **U.K.**: JPMorgan Chase N.A., London Branch, is authorised by the Prudential Regulation Authority and is subject to regulation by the Financial Conduct Authority and to limited regulation by the Prudential Regulation Authority. Details about the extent of our regulation by the Prudential Regulation Authority are available from J.P. Morgan on request. J.P. Morgan Securities plc (JPMS plc) is a member of the London Stock Exchange and is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. Registered in England & Wales No. 2711006. Registered Office 25 Bank Street, London, E14 5JP. **Germany**: This material is distributed in Germany by J.P. Morgan Securities plc, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsich and also by J.P. Morgan AG (JPM AG) which is a member of the Frankfurt stock exchange and is regulated by the Federal Financial Supervisory Authority (BaFin), JPM AG is a company incorporated in the Federal Republic of Germany with registered office at Taunustor 1, 60310 Frankfurt am Main, the Federal Republic of Germany. **South Africa**: J.P. Morgan Equities South Africa Proprietary Limited is a member of the Johannesburg Securities Exchange and is regulated by the Financial Services Board. **Hong Kong**: J.P. Morgan Securities (Asia Pacific) Limited (CE number AAJ321) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission in Hong Kong and/or J.P. Morgan Broking (Hong Kong) Limited (CE number AAB027) is regulated by the Securities and Futures Commission in Hong Kong. **Korea**: This material is issued and distributed in Korea by or through J.P. Morgan Securities (Far East) Limited, Seoul Branch, which is a member of the Korea Exchange(KRX) and is regulated by the Financial Services Commission (FSC) and the Financial Supervisory Service (FSS). **Australia**: J.P. Morgan Securities Australia Limited (JPMSAL) (ABN 61 003 245 234/AFS Licence No: 238066) is regulated by ASIC and is a Market, Clearing and Settlement Participant of ASX Limited and CHI-X. **Taiwan**: J.P. Morgan Securities (Taiwan) Limited is a participant of the Taiwan Stock Exchange (company-type) and regulated by the Taiwan Securities and Futures Bureau. **India**: J.P. Morgan India Private Limited (Corporate Identity Number - U67120MH1992FTC068724), having its registered office at J.P. Morgan Tower, Off. C.S.T. Road, Kalina, Santacruz - East, Mumbai – 400098, is registered with Securities and Exchange Board of India (SEBI) as a 'Research Analyst' having registration number INH000001873. J.P. Morgan India Private Limited is also registered with SEBI as a member of the National Stock Exchange of India Limited (SEBI Registration Number - INB 230675231/INF 230675231/INE 230675231), the Bombay Stock Exchange Limited (SEBI Registration Number - INB 010675237/INF 010675237) and as a Merchant Banker (SEBI Registration Number - MB/INM000002970). Telephone: 91-22-6157 3000, Facsimile: 91-22-6157 3990 and Website: www.jpmipl.com. For non local research reports, this material is not distributed in India by J.P. Morgan India Private Limited. **Thailand**: This material is issued and distributed in Thailand by JPMorgan Securities (Thailand) Ltd., which is a member of the Stock Exchange of Thailand and is regulated by the Ministry of Finance and the Securities and Exchange Commission and its registered address is 3rd Floor, 20 North Sathorn Road, Silom, Bangrak, Bangkok 10500. **Indonesia**: PT J.P. Morgan Sekuritas Indonesia is a member of the Indonesia Stock Exchange and is regulated by the OJK a.k.a. BAPEPAM LK. **Philippines**: J.P. Morgan Securities Philippines Inc. is a Trading Participant of the Philippine Stock Exchange and a member of the Securities Clearing Corporation of the Philippines and the Securities Investor Protection Fund. It is regulated by the Securities and Exchange Commission. **Brazil**: Banco J.P. Morgan S.A. is regulated by the Comissao de Valores Mobiliarios (CVM) and by the Central Bank of Brazil. **Mexico**: J.P. Morgan Casa de Bolsa, S.A. de C.V., J.P. Morgan Grupo Financiero is a member of the Mexican Stock Exchange and authorized to act as a broker dealer by the National Banking and Securities Exchange Commission. **Singapore:** This material is issued and distributed in Singapore by or through J.P. Morgan Securities Singapore Private Limited (JPMSS) [MCI (P) 099/04/2018 and Co. Reg. No.: 199405335R], which is a member of the Singapore Exchange Securities Trading Limited and/or JPMorgan Chase Bank, N.A., Singapore branch (JPMCB Singapore) [MCI (P) 046/09/2018], both of which are regulated by the Monetary Authority of Singapore. This material is issued and distributed in Singapore only to accredited investors, expert investors and institutional investors, as defined in Section 4A of the Securities and Futures Act, Cap. 289 (SFA). This material is not intended to be issued or distributed to any retail investors or any other investors that do not fall into the classes of "accredited investors," "expert investors" or "institutional investors," as defined in Section 4A of the SFA. Recipients of this document are to contact JPMSS or JPMCB Singapore in respect of any matters arising from, or in connection with, the document. **Japan**: JPMorgan Securities Japan Co., Ltd. and JPMorgan Chase Bank, N.A., Tokyo Branch are regulated by the Financial Services Agency in Japan. **Malaysia**: This material is issued and distributed in Malaysia by JPMorgan Securities (Malaysia) Sdn Bhd (18146-X) which is a Participating Organization of Bursa Malaysia Berhad and a holder of Capital Markets Services License issued by the Securities Commission in Malaysia. **Pakistan**: J. P. Morgan Pakistan

This document is being provided for the exclusive use of mattblake@apple.com.

Confidential

APL-SECLIT_00001513

Samik Chatterjee, CFA
(1-212) 622 0798
samik.x.chatterjee@jpmorgan.com

North America Corporate Research
29 October 2018

J.P.Morgan

Broking (Pvt.) Ltd is a member of the Karachi Stock Exchange and regulated by the Securities and Exchange Commission of Pakistan. **Saudi Arabia**: J.P. Morgan Saudi Arabia Ltd. is authorized by the Capital Market Authority of the Kingdom of Saudi Arabia (CMA) to carry out dealing as an agent, arranging, advising and custody, with respect to securities business under licence number 35-07079 and its registered address is at 8th Floor, Al-Faisaliyah Tower, King Fahad Road, P.O. Box 51907, Riyadh 11553, Kingdom of Saudi Arabia. **Dubai**: JPMorgan Chase Bank, N.A., Dubai Branch is regulated by the Dubai Financial Services Authority (DFSA) and its registered address is Dubai International Financial Centre - Building 3, Level 7, PO Box 506551, Dubai, UAE.

**Country and Region Specific Disclosures**
**U.K. and European Economic Area (EEA):** Unless specified to the contrary, issued and approved for distribution in the U.K. and the EEA by JPMS plc. Investment research issued by JPMS plc has been prepared in accordance with JPMS plc's policies for managing conflicts of interest arising as a result of publication and distribution of investment research. Many European regulators require a firm to establish, implement and maintain such a policy. Further information about J.P. Morgan's conflict of interest policy and a description of the effective internal organisations and administrative arrangements set up for the prevention and avoidance of conflicts of interest is set out at the following link https://www.jpmorgan.com/jpmpdf/1320742677360.pdf. This report has been issued in the U.K. only to persons of a kind described in Article 19 (5), 38, 47 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not relevant persons. Any investment or investment activity to which this document relates is only available to relevant persons and will be engaged in only with relevant persons. In other EEA countries, the report has been issued to persons regarded as professional investors (or equivalent) in their home jurisdiction. **Australia:** This material is issued and distributed by JPMSAL in Australia to "wholesale clients" only. This material does not take into account the specific investment objectives, financial situation or particular needs of the recipient. The recipient of this material must not distribute it to any third party or outside Australia without the prior written consent of JPMSAL. For the purposes of this paragraph the term "wholesale client" has the meaning given in section 761G of the Corporations Act 2001. J.P. Morgan's research coverage universe spans listed securities across the ASX All Ordinaries index, securities listed on offshore markets, unlisted issuers and investment products which Research management deem to be relevant to the investor base from time to time. J.P. Morgan seeks to cover companies of relevance to the domestic and international investor base across all GIC sectors, as well as across a range of market capitalisation sizes. **Germany:** This material is distributed in Germany by J.P. Morgan Securities plc, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht. **Hong Kong:** The 1% ownership disclosure as of the previous month end satisfies the requirements under Paragraph 16.5(a) of the Hong Kong Code of Conduct for Persons Licensed by or Registered with the Securities and Futures Commission. (For research published within the first ten days of the month, the disclosure may be based on the month end data from two months prior.) J.P. Morgan Broking (Hong Kong) Limited is the liquidity provider/market maker for derivative warrants, callable bull bear contracts and stock options listed on the Stock Exchange of Hong Kong Limited. An updated list can be found on HKEx website: http://www.hkex.com.hk. **Korea:** This report may have been edited or contributed to from time to time by affiliates of J.P. Morgan Securities (Far East) Limited, Seoul Branch. **Singapore:** As at the date of this report, JPMSS is a designated market maker for certain structured warrants listed on the Singapore Exchange where the underlying securities may be the securities discussed in this report. Arising from its role as designated market maker for such structured warrants, JPMSS may conduct hedging activities in respect of such underlying securities and hold or have an interest in such underlying securities as a result. The updated list of structured warrants for which JPMSS acts as designated market maker may be found on the website of the Singapore Exchange Limited: http://www.sgx.com. In addition, JPMSS and/or its affiliates may also have an interest or holding in any of the securities discussed in this report – please see the Important Disclosures section above. For securities where the holding is 1% or greater, the holding may be found in the Important Disclosures section above. For all other securities mentioned in this report, JPMSS and/or its affiliates may have a holding of less than 1% in such securities and may trade them in ways different from those discussed in this report. Employees of JPMSS and/or its affiliates not involved in the preparation of this report may have investments in the securities (or derivatives of such securities) mentioned in this report and may trade them in ways different from those discussed in this report. **Taiwan:** Research relating to equity securities is issued and distributed in Taiwan by J.P. Morgan Securities (Taiwan) Limited, subject to the license scope and the applicable laws and the regulations in Taiwan. According to Paragraph 2, Article 7-1 of Operational Regulations Governing Securities Firms Recommending Trades in Securities to Customers (as amended or supplemented) and/or other applicable laws or regulations, please note that the recipient of this material is not permitted to engage in any activities in connection with the material which may give rise to conflicts of interests, unless otherwise disclosed in the "Important Disclosures" in this material. **India:** For private circulation only, not for sale. **Pakistan:** For private circulation only, not for sale. **New Zealand:** This material is issued and distributed by JPMSAL in New Zealand only to persons whose principal business is the investment of money or who, in the course of and for the purposes of their business, habitually invest money. JPMSAL does not issue or distribute this material to members of "the public" as determined in accordance with section 3 of the Securities Act 1978. The recipient of this material must not distribute it to any third party or outside New Zealand without the prior written consent of JPMSAL. **Canada:** The information contained herein is not, and under no circumstances is to be construed as, a prospectus, an advertisement, a public offering, an offer to sell securities described herein, or solicitation of an offer to buy securities described herein, in Canada or any province or territory thereof. Any offer or sale of the securities described herein in Canada will be made only under an exemption from the requirements to file a prospectus with the relevant Canadian securities regulators and only by a dealer properly registered under applicable securities laws or, alternatively, pursuant to an exemption from the dealer registration requirement in the relevant province or territory of Canada in which such offer or sale is made. The information contained herein is under no circumstances to be construed as investment advice in any province or territory of Canada and is not tailored to the needs of the recipient. To the extent that the information contained herein references securities of an issuer incorporated, formed or created under the laws of Canada or a province or territory of Canada, any trades in such securities must be conducted through a dealer registered in Canada. No securities commission or similar regulatory authority in Canada has reviewed or in any way passed judgment upon these materials, the information contained herein or the merits of the securities described herein, and any representation to the contrary is an offence. **Dubai:** This report has been issued to persons regarded as professional clients as defined under the DFSA rules. **Brazil:** Ombudsman J.P. Morgan: 0800-7700847 / ouvidoria.jp.morgan@jpmorgan.com.

**General:** Additional information is available upon request. Information has been obtained from sources believed to be reliable but JPMorgan Chase & Co. or its affiliates and/or subsidiaries (collectively J.P. Morgan) do not warrant its completeness or accuracy except with respect to any disclosures relative to JPMS and/or its affiliates and the analyst's involvement with the issuer that is the subject of the research. All pricing is indicative as of the close of market for the securities discussed, unless otherwise stated. Opinions and estimates constitute our judgment as of the date of this material and are subject to change without notice. Past performance is not indicative of future results. This material is not intended as an offer or solicitation for the purchase or sale of any financial instrument. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein. JPMS distributes in the U.S. research published by non-U.S.

13

This document is being provided for the exclusive use of mattblake@apple.com.

APL-SECLIT_00001514

Samik Chatterjee, CFA
(1-212) 622 0798
samik.x.chatterjee@jpmorgan.com

North America Corporate Research
29 October 2018

J.P.Morgan

affiliates and accepts responsibility for its contents. Periodic updates may be provided on companies/industries based on company specific developments or announcements, market conditions or any other publicly available information. Clients should contact analysts and execute transactions through a J.P. Morgan subsidiary or affiliate in their home jurisdiction unless governing law permits otherwise.

"Other Disclosures" last revised October 20, 2018.

**Copyright 2018 JPMorgan Chase & Co. All rights reserved. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of J.P. Morgan.**

Completed     29 Oct 2018 12:10 AM EDT                                                                                      Disseminated 29 Oct 2018 12:46 AM EDT

This document is being provided for the exclusive use of mattblake@apple.com.

Confidential                                                                                                                                                   APL-SECLIT_00001515