# EXHIBIT 40

24 October 2018

United States

**EQUITIES**

**Stocks under our coverage**

|  | Rating | Target |
| --- | --- | --- |
| AMZN | Outperform | $2,200 |
| GOOGL | Outperform | $1,250 |
| AAPL | Outperform | $235 |
| FB | Outperform | $190 |
| EBAY | Nerutral | $38 |
| TWTR | Nerutral | $36 |

Source: Macquarie Research, October 2018

**Inside**

| | |
|---|---|
| Amazon.com | 2 |
| Apple | 4 |
| Facebook | 7 |
| Alphabet | 9 |
| eBay | 12 |
| Twitter | 14 |

**Analysts**
Macquarie Capital (USA) Inc.

**Benjamin Schachter**  +1 212 231 0644
ben.schachter@macquarie.com

**Ed Alter**  +1 212 231 1272
ed.alter@macquarie.com



**Angela Newell**  +1 212 231 6600
angela.newell@macquarie.com

# U.S. Large-Cap Internet
## 3Q'18 Preview: Not for the Faint of Heart

**Key points**

- FB is our top pick into 3Q earnings. We think the risk/reward is compelling and usage trends will be better than expected while expenses in line
- We also like AAPL and AMZN into 3Q, as both companies remain the clear leaders, with their highest margin businesses growing faster than others
- Despite the EBAY and TWTR sell-off, we remain cautious on both, as EBAY will continue to lose share to AMZN and TWTR MAU growth will remain stagnant

**Event**

- 3Q'18 U.S. large-cap Internet earnings begin with TWTR, GOOG, and AMZN on 10/25.

**The Bottom Line**

We are most bullish on FB, AAPL, and AMZN. We have limited visibility on GOOG for the near term, and we remain cautious on EBAY and TWTR despite the sell-off.

In our view, stock reactions to 3Q earnings for our large-cap Internet names and AAPL will be driven less by fundamentals and more by sentiment around macro issues, discussions around holiday trends, commentary about regulatory concerns, and the investment outlook for '19 and beyond. We believe that despite the headline risk around FB, it offers the most compelling risk/reward opportunity in the NT. While usage trends at Facebook may face challenges, we believe that overall FB (including Instagram and messaging platforms) MAUs are continuing to grow. If FB chooses to highlight new metrics that focus on the overall properties and not just Facebook, we think investors will be rewarded. Additionally, we believe that 3Q expense guidance will likely, once again, turn out to be conservative.

Additionally, on AAPL, while we have concerns about comps for Services in '19, we think that GOOG revs, AppleCare and emerging Services rev drivers will remain solid in the Sept qtr (though App Store growth was likely negatively impacted by China games).

Despite the sell-off at TWTR and EBAY, we remain cautious on both names. Our primary concern on EBAY is (and has been) competition from AMZN and our primary concern for TWTR remains stagnant user growth.

**Key issues for the group:**

1) The recent tech sell-off has created some interesting opportunities, but investor appetite for headline risk will likely limit much NT upside.

2) Key online players remain well-positioned for growth. We continue to see the big Internet companies taking more and more share of consumers' time and advertisers' wallets.

3) Valuations are more attractive for FB, AMZN, and AAPL, though we are more cautious on EBAY and TWTR. If GOOG maintains its 20%+ rev growth, it will continue to grow into its multiple.

**Please refer to page 16 for important disclosures and analyst certification, or on our website www.macquarie.com/research/disclosures**.

## AMZN: Outperform Rating, US$2,200 Target

Fig 1    AMZN – Macquarie Estimates vs. Consensus

|  | 3Q'18E | | | | 4Q'18E | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | Macquarie | Street | % Diff | Var | Macquarie | Street | % Diff | Var |
| Net Revenue | $57,167 | $57,109 | 0.1% | $58 | $74,673 | $73,810 | 1.2% | $863 |
| QvQ Chg | 8.1% | 8.0% | -- | -- | 30.6% | 29.2% | -- | -- |
| EPS (GAAP) | $3.13 | $3.08 | 1.8% | $0.05 | $5.70 | $5.87 | -2.9% | ($0.17) |
|  | 2018E | | | | 2019E | | | |
|  | Macquarie | Street | % Diff | Var | Macquarie | Street | % Diff | Var |
| Net Revenue | $235,768 | $234,943 | 0.4% | $825 | $291,057 | $286,566 | 1.6% | $4,491 |
| YvY Chg | 32.6% | 32.1% | -- | -- | 23.5% | 22.0% | -- | -- |
| EPS (GAAP) | $17.18 | $17.26 | -0.5% | ($0.08) | $24.23 | $25.14 | -3.6% | ($0.91) |

Source: Company data, FactSet, Macquarie Capital (USA), October 2018    ($m except per share data)

We expect annual margins and cash flow to continue to improve based on the robust growth of AMZN's high-margin businesses. At scale, the highest-margin businesses (AWS, advertising, 3P) are simply growing so fast that AMZN is either not able or not willing to reinvest enough to offset the margin expansion. We expect this dynamic to continue for the foreseeable future. And while AMZN will continue to invest heavily in many areas, including International emerging markets, fulfilment centers, Prime Video, Alexa capabilities, and more, we think that AMZN has reached the scale that will allow it to leverage its infrastructure and headcount even while ramping investments.

- **Prime remains the key driver** – Prime members (100m+) remain the core competitive advantage for AMZN. Importantly, the price hike from May will roll into numbers throughout the year (as members renew). We simply don't see a competitive challenge to continued Prime growth, and expect subscription revs to grow 52% y/y in '18.

- **Alexa** – AMZN will clearly continue to significantly invest in this opportunity and use Alexa to drive more benefits for Prime members. In addition to device sales, we expect Alexa to broadly drive the Prime ecosystem while increasing retail sales, music subscriptions, home automation and security services, as well as other emerging businesses. AMZN's priority is on expanding Alexa's reach to places and experiences where it can be useful, particularly with smart home devices and security related services. Additionally, we still think it is likely that AMZN enters the phone market again, either directly or via partners (other than GOOG and AAPL). It is hard to see how they don't do this given the view that Alexa could be a new pillar.

- **Advertising** – Advertising will undoubtedly continue to be the fastest growing and highest margin business for AMZN for the foreseeable future. As we saw with AAPL's App Store, when high-margin, fast-growing businesses hit scale, investors will notice, even if it is not a large percentage of total sales, it can be a meaningful driver of operating income. We see AMZN advertising as a must-have buy for virtually all 3P sellers as well as large brands. With the Other line expected to rise 116% in our model, to over $10B, we expect advertising to be a key driver for AMZN in '18.

- **AWS** – Despite increasing competition from GOOG, MSFT, and others, we see no change in AWS trend lines and expect it to remain the clear Cloud leader for the foreseeable future. With rev expected to hit $37B in '19, we think most investors already value AWS at 8x-10x, or $300-$380B.

- We are reiterating our Outperform rating and $2,200 price target.

- AMZN reports 3Q'18 earnings on Thursday, 10/25, after the close.

Confidential                                                                                                                                          APL-SECLIT_00001280

Fig 2  AMZN – 3Q'18E Key Metrics Summary

| Income Statement | Estimated | | %Chg | | Actual | | | |
|---|---|---|---|---|---|---|---|---|
|  | 3Q'18E | %Revs | Y/Y | Q/Q | 3Q'17A | %Revs | 2Q'18A | %Revs |
| Online Stores | $29,295 | 51% | 11% | 8% | $26,392 | 60% | $27,165 | 51% |
| Retail Third-Seller Services | $10,465 | 18% | 32% | 8% | $7,928 | 18% | $9,702 | 18% |
| Retail Subscription Services | $3,710 | 6% | 52% | 9% | $2,441 | 6% | $3,408 | 6% |
| Physical Stores | $4,600 | 8% | 261% | 7% | $1,276 | 3% | $4,312 | 8% |
| Other | $2,358 | 4% | 110% | 7% | $1,123 | 3% | $2,194 | 4% |
| AWS Revenue | $6,738 | 12% | 47% | 10% | $4,584 | 10% | $6,105 | 12% |
| Net Revenue | $57,167 | 100% | 31% | 8% | $43,744 | ` | $52,886 | 100% |
| Gross Profit | $24,237 | 42.4% | 50% | 9% | $16,208 | 37.1% | $22,273 | 42.1% |
| EBIT (GAAP) | $2,268 | 4.0% | 554% | -24% | $347 | 0.8% | $2,983 | 5.6% |
| GAAP EPS | $3.13 | -- | 504% | -38% | $0.52 | -- | $5.07 | -- |
| **Key Metrics** | **3Q'18E** | **%Revs** | **Y/Y** | **Q/Q** | **3Q'17A** | **%Revs** | **2Q'18A** | **%Revs** |
| EBITDA (non-GAAP) | $7,758 | 14% | 77% | -5% | $4,389 | 10% | $8,161 | 15% |
| CapEx | $3,217 | 6% | 21% | -1% | $2,659 | 6% | $3,243 | 6% |
| FCF (CFFO - Cap Ex) | $11,685 | 20% | 880% | 178% | $1,192 | 3% | $4,206 | 8% |
| FCF per share | $23.28 | -- | 865% | 177% | $2.41 | -- | $8.41 | -- |

Source: Company data, FactSet, Macquarie Capital (USA), October 2018    ($m except per share data)

Fig 3  AMZN EV/EBITDA Valuation Trends



Source: Company data, FactSet, Macquarie Capital (USA), October 2018

Confidential                                                                                             APL-SECLIT_00001281

## AAPL: Outperform Rating, US$235 Target

Fig 4　AAPL – Macquarie Estimates vs. Consensus

|  | Q4 FY'18E | | | | Q1 FY'19E | | | |
|---|---|---|---|---|---|---|---|---|
|  | Macquarie | Street | % Diff | Var | Macquarie | Street | % Diff | Var |
| Revenue | $61,560 | $61,328 | 0.4% | $232 | $96,380 | $92,702 | 4.0% | $3,678 |
| QvQ Chg | 15.6% | 15.1% | -- | -- | 56.6% | 51.2% | -- | -- |
| EPS (GAAP) | $2.77 | $2.77 | 0.1% | $0.00 | $5.24 | $4.92 | 6.5% | $0.32 |
|  | FY'19E | | | | FY'20E | | | |
|  | Macquarie | Street | % Diff | Var | Macquarie | Street | % Diff | Var |
| Revenue | $289,891 | $280,575 | 3.3% | $9,316 | $305,258 | $291,335 | 4.8% | $13,923 |
| YvY Chg | 26.5% | 22.4% | -- | -- | 5.3% | 3.8% | -- | -- |
| EPS (GAAP) | $14.34 | $13.64 | 5.1% | $0.69 | $16.01 | $15.08 | 6.2% | $0.94 |

Source: Company data, FactSet, Macquarie Capital (USA), October 2018　　($m except per share data)

Although there is less clarity in growth drivers for Services than in recent years, we think many businesses embedded within Services are doing well, including the App Store, Apple Care, Google revs, Music, Subscriptions, Cloud, Apple Pay, and others. While the Google lift will likely end in 4Q, we expect Services can continue to grow well into double digits for foreseeable future and think that AAPL's goal to double FY'16 Services revs by FY20 may come to pass almost a year early. Notably, as we've highlighted for years, this fast-growing business is AAPL's highest margin business, and can drive earnings growth even when overall rev growth begins to slow. We do expect that China games can negatively impact Services growth in the near term, but think that the other drivers will make up for China's slowdown in Services.

- **iPhone** – AAPL announced higher-than-expected prices for the new line-up of iPhones. We are now modelling iPhone ASPs up 4% y/y in 2019. As always, iPhone units are the key driver for the stock. Overall, there were no big surprises in September (as most everything leaked), but we come away incrementally more positive given AAPL's likely ability to raise iPhone ASPs. Additionally, the news was positive for Services in terms of increased AppleCare pricing, the addition of theft/loss insurance, and increased potential for health care apps. Increasing health care apps are among the biggest potential LT positives.

- **Limited visibility into Services** – While we spend most of our time focused on the Services business, we remain somewhat surprised by the remarkable acceleration from 18% y/y growth in December to 31% y/y in March and June. While the 10-Q shows that it was primarily driven by Google, App Store, and Apple Care, it is unclear how sustainable those drivers are at those levels post Dec. Still, we think that Services overall should remain healthy as all three of those drivers should be strong, and businesses such as Apple Music, Apple Pay, and Apple Cloud continue to ramp. We are modelling in 20% y/y Services growth in September. Last quarter, AAPL also highlighted the addition of Siri Shortcuts with iOS 12, which will allow any third-party app to work with Siri and is the most notable 3P integration with Siri to-date. Siri Shortcuts has the potential to vastly improve the overall usefulness of Siri and to help it better compete with the other voice-enabled assistants from Amazon and Google in an increasingly competitive landscape.

- **Apple video strategy coming into focus** – AAPL has been highlighting its video strategy in a much higher-profile way than prior quarters, potentially indicating a wider reveal of its inevitable video OTT service is on the horizon. Most interestingly, Tim Cook said that he believes that cord cutting is only going to accelerate, and probably accelerate at a much faster rate than is widely thought. AAPL noted it saw nearly a 100% y/y increase in the number of video subscriptions on the platform, driven by subscriptions through the App Store for services like Netflix, Hulu, YouTube Premium, and HBO Now, among others. Cook also alluded to Jamie Erlicht & Zack Van Amburg's project, saying the two have been at work for AAPL for months now, and Cook couldn't be more excited for what AAPL will eventually offer. Just yesterday, The Information published an article stating that AAPL will launch a TV subscription service globally in more than 100 countries. This will likely be done with an innovative UI, distribution through AAPL devices (including a new Apple TV), and include exclusive content for free for AAPL device owners. While there is much to learn about the specifics of the new offerings, clearly AAPL is positioning itself for significant growth in video.

Confidential　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　APL-SECLIT_00001282

- **AR to be a driver** – Tim Cook continues his optimism for AR, highlighting the announcement of ARKit 2 from WWDC, and again at the iPhone event, to make more powerful AR apps and shared persistent AR experiences with object and image tracking. While we expect Tim Cook to continue to highlight its potential, we don't see it as a meaningful driver of hardware or Services in 2018 and possibly into 2019. We simply need to see better experiences for consumers before we can get too excited about its potential in the NT. Over the LT, we continue to believe that it will evolve into a new computing paradigm.

- **Valuation reasonable** – Apple trades at 15x '19 EPS and 10x EBITDA. We expect EPS to grow double digits in '19 and '20, driven by high-margin Services growth and capital returns.

- We are reiterating our Outperform rating and $235 PT.

- AAPL reports F4Q'18 earnings on Thursday, 11/1, after the close.

Fig 5  AAPL – F4Q'18E Key Metrics Summary

| Income Statement | Estimated | | %Chg | | Actual | | |
|---|---|---|---|---|---|---|---|
| | Q4 FY'18E | % of Revs | Y/Y | Q/Q | Q4 FY'17A | % of Revs | Q3 FY'18A |
| iPhone Revs | $35,740 | 58% | 24% | 20% | $28,846 | 55% | $29,906 |
| iPad Revenue | $4,537 | 7% | -6% | -4% | $4,831 | 9% | $4,741 |
| Mac Revenue | $6,756 | 11% | -6% | 27% | $7,170 | 14% | $5,330 |
| Other Products | $4,362 | 7% | 35% | 17% | $3,231 | 6% | $3,740 |
| Services | $10,165 | 17% | 20% | 6% | $8,501 | 16% | $9,548 |
| **Total Revenue** | **$61,560** | **100%** | **17%** | **16%** | **$52,579** | **100%** | **$53,265** |
| Cost of sales | $38,013 | 62% | 16% | 16% | $32,648 | 62% | $32,844 |
| Gross Profit | $23,547 | 38.3% | 18% | 15% | $19,931 | 37.9% | $20,421 |
| **EBIT (GAAP)** | **$15,513** | **25.2%** | **18%** | **23%** | **$13,120** | **25.0%** | **$12,612** |
| **EPS (GAAP)** | **$2.77** | **--** | **34%** | **19%** | **$2.07** | **--** | **$2.34** |
| | Q4 FY'18E | % of Revs | Y/Y | Q/Q | Q4 FY'17A | % of Revs | Q3 FY'18A |
| D&A | $2,908 | 4.7% | 17% | 9% | $2,484 | 4.7% | $2,665 |
| EBITDA (non-GAAP) | $19,796 | 32.2% | 18% | 19% | $16,778 | 31.9% | $16,628 |
| FCF (CFFO - Cap Ex) | $11,247 | 18.3% | -5% | 2% | $11,791 | 22.4% | $11,070 |

Source: Company data, FactSet, Macquarie Capital (USA), October 2018    ($m except per share data)

Fig 6  AAPL P/E Valuation Trends



Source: Company data, FactSet, Macquarie Capital (USA), October 2018

Confidential    APL-SECLIT_00001283

Fig 7    AAPL – Product Forecasts vs. Consensus

| | FY 2016 YearA | FY 2017 YearA | 12/31/17 Q1A | 3/31/18 Q2A | 6/30/18 Q3E | 9/30/18 Q4E | FY 2018E YearE | 12/31/18 Q1E | 3/31/19 Q2E | 6/30/19 Q3E | 9/30/19 Q4E | FY 2019E YearE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **iPhone Revenue - Historical/Forecasts** | 136,700 | 141,319 | 61,576 | 38,032 | 29,906 | 35,740 | 165,254 | 65,320 | 40,344 | 31,724 | 38,657 | 176,045 |
| y/y growth rate | -11.8% | 3.4% | 13.2% | 14.4% | 20.4% | 23.9% | 16.9% | 6.1% | 6.1% | 6.1% | 8.2% | 6.5% |
| **Total iPhone Units** | 211.9 | 216.8 | 77.3 | 52.2 | 41.3 | 49.0 | 219.8 | 78.9 | 53.3 | 42.1 | 51.0 | 225.2 |
| y/y growth rate | -8.4% | 2.3% | -1.2% | 2.9% | 0.7% | 5.0% | 1.4% | 2.0% | 2.0% | 2.0% | 4.0% | 2.4% |
| **iPhone ASP** | $645 | $652 | $796 | $728 | $724 | $729 | $752 | $828 | $757 | $753 | $758 | $782 |
| y/y growth rate | -3.8% | 1.1% | 14.7% | 11.2% | 19.6% | 18.0% | 15.3% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% |
| **iPhone Revenue - Consensus** | | | | | | 35,284 | 164,809 | 62,231 | 40,121 | 31,521 | 36,115 | 169,806 |
| y/y growth rate | | | | | | 22.3% | 16.6% | 1.1% | 5.5% | 5.4% | 2.4% | 3.0% |
| **iPhone units - Consensus** | | | | | | 47.6 | 218.2 | 77.9 | 52.8 | 42.2 | 47.9 | 219.1 |
| y/y growth rate | | | | | | 2.0% | 0.7% | 0.7% | 1.1% | 2.3% | 0.7% | 0.4% |
| **iPhone ASP - Consensus** | | | | | | $741 | $755 | $799 | $760 | $746 | $754 | $775 |
| y/y growth rate | | | | | | 20.0% | 15.8% | 0.4% | 4.3% | 3.1% | 1.6% | 2.6% |
| **iPad Revenue - Historical/Forecasts** | 20,628 | 19,222 | 5,862 | 4,113 | 4,741 | 4,537 | 19,253 | 5,902 | 4,188 | 4,779 | 4,567 | 19,436 |
| y/y growth rate | -11.2% | -6.8% | 5.9% | 5.8% | -4.6% | -6.1% | 0.2% | 0.7% | 1.8% | 0.8% | 0.7% | 1.0% |
| **Total iPad Units** | 45.6 | 43.8 | 13.2 | 9.1 | 11.6 | 10.4 | 44.3 | 13.3 | 9.3 | 11.7 | 10.5 | 44.8 |
| y/y growth rate | -16.9% | -4.0% | 0.7% | 2.1% | 1.1% | 1.0% | 1.2% | 1.0% | 2.1% | 1.1% | 1.0% | 1.3% |
| **iPad Revenue - Consensus** | | | | | | 4,667 | 19,397 | 5,749 | 4,037 | 4,611 | 4,363 | 18,854 |
| y/y growth rate | | | | | | -3.4% | 0.9% | -1.9% | -1.9% | -2.7% | -6.5% | -2.8% |
| **iPad units - Consensus** | | | | | | 10.5 | 44.5 | 13.2 | 9.3 | 11.0 | 10.1 | 43.4 |
| y/y growth rate | | | | | | 1.4% | 1.6% | 0.2% | 1.6% | -4.6% | -3.9% | -2.3% |
| **Mac Revenue - Historical/Forecasts** | 22,831 | 25,850 | 6,895 | 5,848 | 5,330 | 6,756 | 24,829 | 7,478 | 5,966 | 5,442 | 6,697 | 25,583 |
| y/y growth rate | -10.4% | 13.2% | -4.8% | 0.1% | -4.7% | -5.8% | -3.9% | 8.5% | 2.0% | 2.1% | -0.9% | 3.0% |
| **Total Mac Units** | 18.5 | 19.3 | 5.1 | 4.1 | 3.7 | 4.6 | 17.5 | 5.1 | 4.0 | 3.7 | 4.5 | 17.3 |
| y/y growth rate | -10.2% | 4.1% | -4.9% | -2.9% | -13.3% | -15.0% | -9.2% | -0.9% | -0.9% | -0.9% | -0.9% | -0.9% |
| **Mac Revenue - Consensus** | | | | | | 6,946 | 25,008 | 6,947 | 5,680 | 5,458 | 6,852 | 24,889 |
| y/y growth rate | | | | | | -3.1% | -3.3% | 0.8% | -2.9% | 2.4% | -1.3% | -0.5% |
| **Mac Units - Consensus** | | | | | | 4.9 | 17.8 | 4.9 | 3.9 | 3.9 | 4.8 | 17.4 |
| y/y growth rate | | | | | | -8.7% | -7.7% | -4.7% | -4.2% | 3.5% | -2.3% | -2.1% |
| **Other Products Revs - Historical/Forecast** | 11,132 | 12,863 | 5,489 | 3,954 | 3,740 | 4,362 | 17,545 | 7,048 | 5,077 | 4,802 | 5,601 | 22,527 |
| y/y growth rate | 316.1% | 15.5% | 36.4% | 37.6% | 36.7% | 35.0% | 36.4% | 28.4% | 28.4% | 28.4% | 28.4% | 28.4% |
| **Other Products Revs - Consensus** | | | | | | 4,152 | 17,414 | 6,509 | 4,501 | 4,241 | 4,713 | 20,414 |
| y/y growth rate | | | | | | 28.5% | 35.4% | 18.6% | 13.8% | 13.4% | 13.5% | 17.2% |
| **Services Revenue** | 24,348 | 29,980 | 8,471 | 9,190 | 9,548 | 10,165 | 37,374 | 10,633 | 11,413 | 11,778 | 12,477 | 46,300 |
| y/y growth rate | | 23.1% | 18.1% | 30.5% | 31.4% | 19.6% | 24.7% | 25.5% | 24.2% | 23.4% | 22.7% | 23.9% |
| **Services Revenue - Consensus** | | | | | | 10,139 | 37,359 | 10,501 | 11,011 | 11,371 | 12,309 | 44,950 |
| y/y growth rate | | | | | | 19.3% | 24.6% | 24.0% | 19.8% | 19.1% | 21.4% | 20.3% |

Source: Company data, FactSet, Macquarie Capital (USA), October 2018    ($m except per share data)

Confidential                                                                                                                                                                                     APL-SECLIT_00001284

# FB: Outperform Rating, US$190 Target

Fig 8　FB – Macquarie Estimates vs. Consensus

|  | 3Q'18E | | | | 4Q'18E | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | Macquarie | Street | % Diff | Var | Macquarie | Street | % Diff | Var |
| Revenue | $13,823 | $13,770 | 0.4% | $52 | $16,331 | $16,388 | -0.3% | ($56) |
| QvQ Chg | 4.5% | 4.1% | -- | -- | 18.1% | 19.0% | -- | -- |
| EPS (GAAP) | $1.77 | $1.46 | 20.7% | $0.30 | $2.39 | $2.20 | 8.9% | $0.20 |
|  | 2018E | | | | 2019E | | | |
|  | Macquarie | Street | % Diff | Var | Macquarie | Street | % Diff | Var |
| Revenue | $55,351 | $55,537 | -0.3% | ($186) | $67,616 | $69,215 | -2.3% | ($1,599) |
| YvY Chg | 36.2% | 36.6% | -- | -- | 22.2% | 24.6% | -- | -- |
| EPS (GAAP) | $6.96 | $7.11 | -2.1% | ($0.15) | $7.74 | $8.10 | -4.5% | ($0.37) |

Source: Company data, FactSet, Macquarie Capital (USA), October 2018　($m except per share data)

We think the headlines and selloff present a buying opportunity. While there are clearly many challenges in terms of privacy issues, regulation, and consumer trust that could impact FB's LT sustainability, the near- to mid-term financials should be a positive catalyst for the stock. With 2.5b MAU across FB properties, we continue to believe that marketers must be on these properties to reach their audience. Instagram remains a key growth driver and the messaging platforms are likely to see monetization improvements even as Facebook itself faces usage challenges. With overall usage trends likely positive, we think investors should step up in the face of headline risk. As long as mgmt doesn't surprise with more negative announcements about LT rev and expense trends, we think the stock could have a good 4Q.

- **Users still on social media despite negative headlines** – As we have highlighted previously, the fact that negative global headlines about election interference haven't caused widespread and significant user engagement changes, demonstrate the utility that many users find in FB's platforms. We think this is a testament to the value of the platform and the need for advertisers to reach their audience. While we continue to expect more regulation and more negative headlines, we don't see mass user defection away from FB's platforms (though there will an increasing shift from core FB to Instagram).

- **Evolving content priorities** – FB believes that passive content is not good for its audience LT and it is shifting its content strategy – more stories vs feed, more interactive video vs passive viewing. Monetization is lower in the NT (and LT?), but it is strategically the right move for LT user retention and engagement. Importantly, we think that advertisers want to see a compelling scale option away from YouTube, but in the NT, we are cautious on FB's video strategy and execution.

- **Getting ahead of the privacy issue/regulatory risk could still emerge** – We suspect concerns re LT trends/headlines are forcing significant changes to user privacy/data concerns. In 3Q, we expect that users globally may be offered options that go well beyond GDPR changes. Such changes are likely a key driver of the 4Q revenue guidance. While none of the headlines and government actions thus far have significantly impacted FB, we remain aware that new regulations/legal risks could still emerge. We caution investors to keep an eye for potential forced remedies that either impact usage or fundamental advertising targeting capabilities.

- **Possible Subscription Model** – The potential for FB to offer consumers an ad-free subscription option is at the highest level ever. Beyond privacy, we are seeing consumers more and more comfortable paying for digital content.

- **Valuation compelling** – FB trades at 20x our '19 EPS and 11X '19 EV/EBITBA estimate despite rev and EPS and EBITDA estimates of y/y growth of 22%, 11%, and 16%, respectively. Despite the regulatory and legal risks, we think this valuation is compelling.

- We are reiterating our Outperform rating and $190 PT.

- FB reports 3Q'18 earnings on Tuesday, 10/30, after the close.

Confidential　　　APL-SECLIT_00001285

Fig 9  FB – 3Q'18E Key Metrics Summary

| Income Statement | Estimated | | %Chg | | Actual | | | |
|---|---|---|---|---|---|---|---|---|
|  | 3Q'18E | % of Revs | Y/Y | Q/Q | 3Q'17A | % of Revs | 2Q'18A | % of Revs |
| Advertising revenue | $13,647 | 99% | 35% | 5% | $10,142 | 98% | $13,038 | 99% |
| Payments and other fees | $176 | 1% | -6% | -9% | $186 | 2% | $193 | 1% |
| Total Revenue | $13,823 | 100% | 34% | 4% | $10,328 | 100% | $13,231 | 100% |
| Cost of Revenue | $2,539 | 18% | 81% | 19% | $1,401 | 14% | $2,140 | 16% |
| Gross Profit | $11,284 | 81.6% | 26% | 2% | $8,927 | 86.4% | $11,091 | 83.8% |
| EBIT (Non-GAAP) | $6,819 | 49.3% | 11% | -3% | $6,132 | 59.4% | $7,049 | 53.3% |
| Non-GAAP EPS | $1.77 | -- | -7% | -16% | $1.90 | -- | $2.11 | -- |
|  | 3Q'18E | % of Revs | Y/Y | Q/Q | 3Q'17A | % of Revs | 2Q'18A | % of Revs |
| D&A | $1,168 | 8.4% | 51% | 13% | $773 | 7.5% | $1,034 | 7.8% |
| EBITDA (non-GAAP) | $7,987 | 57.8% | 16% | -1% | $6,905 | 66.9% | $8,083 | 61.1% |
| CapEx | $3,773 | 27.3% | 115% | 9% | $1,755 | 17.0% | $3,459 | 26.1% |
| FCF (CFFO - Cap Ex) | $1,971 | 14.3% | -55% | -31% | $4,373 | 42.3% | $2,840 | 21.5% |

Source: Company data, FactSet, Macquarie Capital (USA), October 2018    ($m except per share data)

Fig 10  FB P/E Valuation Trends



Source: Company data, FactSet, Macquarie Capital (USA), October 2018

Confidential                                                                                                                                                            APL-SECLIT_00001286

## GOOGL: Outperform Rating, US$1,250 Target

Fig 11　GOOGL – Macquarie Estimates vs. Consensus

|  | 3Q'18E | | | | 4Q'18E | | | |
|---|---|---|---|---|---|---|---|---|
|  | Macquarie | Street | % Diff | Var | Macquarie | Street | % Diff | Var |
| Net Revenue | $27,728 | $27,293 | 1.6% | $436 | $32,130 | $31,477 | 2.1% | $653 |
| QvQ Chg | 5.7% | 4.0% | -- | -- | 15.9% | 15.3% | -- | -- |
| EPS (GAAP) | $9.94 | $10.42 | -4.5% | ($0.47) | $9.95 | $11.07 | -10.1% | ($1.11) |
|  | 2018E | | | | 2019E | | | |
|  | Macquarie | Street | % Diff | Var | Macquarie | Street | % Diff | Var |
| Net Revenue | $110,953 | $109,773 | 1.1% | $1,180 | $135,924 | $131,402 | 3.4% | $4,522 |
| YvY Chg | 24.4% | 23.1% | -- | -- | 22.5% | 19.7% | -- | -- |
| EPS (GAAP) | $34.39 | $40.09 | -14.2% | ($5.70) | $43.49 | $47.84 | -9.1% | ($4.35) |

Source: Company data, FactSet, Macquarie Capital (USA), October 2018　($m except per share data)

GOOG continues to deliver significant growth despite its size, and Cloud and its other emerging businesses could be meaningful. However, we are concerned that its investments in new businesses will drive lower margins when compared to its core search business (almost the inverse of AMZN's potential opportunities vs its core), and that success for these new businesses is far from guaranteed. Valuation is also getting more challenging, particularly when looking below revenue growth and focusing on profit growth. Core GOOG remains solid, YouTube demand is strong, GCP is growing, and there are other emerging opportunities (incl deploying cash), however, we see limited known NT catalysts and that may limit upside.

- **Limited Visibility** – GOOG remains very challenging to model, in our view. Despite its impressive sustained run of 20%+ FX adj growth, we are increasingly struggling to estimate GOOG's advertising business with accuracy or confidence in the underlying rationale. While it has always been difficult, we feel we are approaching a point where we (and we believe The Street collectively) are not able to accurately size search vs YouTube vs programmatic, which may lead to increasing volatility. Once the rev growth falls below 20% y/y, we would expect multiples to contract.

- **Emerging Businesses Unproven** – GOOG appears to still be evaluating multiple business models for Waymo which crossed 10m miles of fully autonomous driving in the quarter. While others are valuing Waymo in the tens of billions, given the track record with some other high-profile initiatives (Fiber, Google+, Checkout, etc.), we remain cautious and want to see execution. Additionally for Other Bets, Loon and Wing graduated from the X incubator to their own standalone business inside of Other Bets, a move that signals their shift towards commercialization. Advertising today still represents 86% of revenues, and the single most important driver of the stock over the past five years is related to the number of ads its shows in its mobile search results.

- **New video game cloud streaming service** – Google unveiled its new video game cloud streaming service, Project Stream, allowing gamers to play AAA games in a chrome browser using limited hardware. GOOG also began a limited test offering Ubisoft's Assassin's Creed Odyssey on October 5, which launched worldwide that same day. Streaming video games from the cloud with little to no dedicated hardware remains a significant opportunity for both video game publishers as well as platform holders, and at this point it appears a solution being available to a sufficiently wide audience is inevitable. However, there still remains the important questions of when this will be fully deployed? (as has been the case for 10+years), and critically how comparable to current gaming hardware the experience will be. Early impressions from the press and our own time with the technology have been positive, with the experience largely reliant on internet speeds (as it should be), and particularly impressive at/above the recommended 25mpbs. It however remains to be seen how stable the tech is with a multiplayer game, as the current test is for single-player only.

Confidential　　APL-SECLIT_00001287

- **Amazon Threat** – AMZN has for many years been the key competitor. We see this threat as increasing across search, advertising, video, cloud, voice, and more. GOOG maintains a sizable lead in advertising and commercial search, but AMZN is gaining traction. Conversely, AMZN has a lead in cloud and home automation, but GOOG is seeing solid momentum in cloud and voice (particularly Google Assistant and its advantages on mobile where AMZN doesn't currently have an O&O platform for Alexa). The rivalry between these two tech giants will continue to ramp over the coming years.

- **GCP/ G-Suite** – Google's cloud revenue has grown to over a $4B run rate and continues to gain momentum, but remains behind AWS and Azure in overall scale. GOOG continues to be bullish on its prospects for Cloud, making up the largest share of the 4,088 headcount increase for both technical and sales roles. GOOG highlighted it is seeing more cloud wins at large enterprises, including making headway into healthcare and finance, and believes that the Public Cloud industry as a whole is seeing an inflection point.

- **Regulatory risks** – The EU fined GOOG $5B regarding its Android distribution strategy in Europe. GOOG has appealed the decision but meanwhile has agreed to change its practices in the region to decouple Android from the mandatory pre-install of Google apps. Android remains free, the Play Store and other apps including Gmail, Maps, and YouTube will be bundled together under a paid licencing agreement, and Chrome and the Google Search app can be added on top with a separate license. The ruling also allows device manufacturers more options when creating forked versions of Android, not requiring Google's other services to be on the device (this could potentially benefit AMZN, among others).

- **Valuation** – In our opinion, GOOG is pricing in upside to 3Q and '18 numbers. The stock is trading at 25x our '19 EPS of $43/shr and 14x our '19 EBITDA. With revs growing >20% y/y, we don't think it's wildly expensive, but see upside as limited.

- We are reiterating our Outperform rating and $1,250 PT.

- GOOG reports 3Q'18 earnings on Thursday, 10/25, after the close.

**Fig 12    GOOGL – 3Q'18E Key Metrics Summary**

| Income Statement | Estimated | | % Chg | | Actual | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | 3Q'18E | % Net Revs | Y/Y | Q/Q | 3Q'17A | % Net Revs | 2Q'18A | % Net Revs |
| Gross Revenue | $34,362 | -- | 24% | 5% | $27,772 | -- | $32,657 | -- |
| Net Revenue | $27,728 | 100% | 25% | 6% | $22,270 | 100% | $26,237 | 100% |
| Gross Profit | $19,870 | 71.7% | 20% | 6% | $16,624 | 74.6% | $18,774 | 71.6% |
| EBIT (GAAP) | $8,390 | 30.3% | 8% | 6% | $7,782 | 34.9% | $7,878 | 30.0% |
| GAAP EPS | $9.94 | -- | 4% | 119% | $9.57 | -- | $4.54 | -- |
| **Key Metrics** | **3Q'18E** | **% Gross Revs** | **Y/Y** | **Q/Q** | **3Q'17A** | **% Gross Revs** | **2Q'18A** | **% Gross Revs** |
| Google Web Sites revs | $24,544 | 71% | 24% | 6% | $19,723 | 71% | $23,262 | 71% |
| Gross Partner Sites revs | $4,885 | 14% | 12% | 1% | $4,342 | 16% | $4,825 | 15% |
| Licensing and Other revs | $4,759 | 14% | 33% | 8% | $3,590 | 13% | $4,425 | 14% |
| Total TAC | $6,634 | 19% | 21% | 3% | $5,502 | 20% | $6,420 | 20% |
| U.S. Gross Revs | $16,156 | 47% | 24% | 5% | $13,025 | 47% | $15,323 | 47% |
| Intl. Gross Revs | $18,032 | 52% | 23% | 5% | $14,630 | 53% | $17,189 | 53% |
|  | **3Q'18E** | **% Net Revs** | **Y/Y** | **Q/Q** | **3Q'17A** | **% Net Revs** | **2Q'18A** | **% Net Revs** |
| D&A | $2,470 | 8.9% | 40% | 17% | $1,761 | 7.9% | $2,114 | 8.1% |
| EBITDA (non-GAAP) | $10,860 | 39.2% | 14% | 9% | $9,543 | 42.9% | $9,992 | 38.1% |
| CapEx | $4,405 | 15.9% | 25% | -20% | $3,538 | 15.9% | $5,477 | 20.9% |
| FCF (CFFO - Cap Ex) | $1,211 | 4.4% | -81% | -74% | $6,334 | 28.4% | $4,655 | 17.7% |

Source: Company data, FactSet, Macquarie Capital (USA), October 2018     ($m except per share data)

Confidential                                                                                                         APL-SECLIT_00001288

Fig 13  GOOGL P/E Valuation Trends



Source: Company data, FactSet, Macquarie Capital (USA), October 2018

Confidential                                                                                                                        APL-SECLIT_00001289

# EBAY: Neutral Rating, US$38 Target

Fig 14  EBAY – Macquarie Estimates vs. Consensus

|  | 3Q'18E | | | | 4Q'18E | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | Macquarie | Street | % Diff | Var | Macquarie | Street | % Diff | Var |
| Revenue | $2,680 | $2,658 | 0.8% | $21 | $2,908 | $2,914 | -0.2% | ($6) |
| QvQ Chg | 1.5% | 0.7% | -- | -- | 8.5% | 9.6% | -- | -- |
| EPS (non-GAAP) | $0.56 | $0.55 | 3.1% | $0.02 | $0.68 | $0.68 | 0.0% | $0.00 |
|  | 2018E | | | | 2019E | | | |
|  | Macquarie | Street | % Diff | Var | Macquarie | Street | % Diff | Var |
| Revenue | $10,808 | $10,792 | 0.1% | $16 | $11,851 | $11,618 | 2.0% | $234 |
| YvY Chg | 8.9% | 8.7% | -- | -- | 9.7% | 7.6% | -- | -- |
| EPS (non-GAAP) | $2.30 | $2.28 | 0.7% | $0.02 | $2.48 | $2.55 | -2.6% | ($0.07) |

Source: Company data, FactSet, Macquarie Capital (USA), October 2018    ($m except per share data)

While the PayPal commentary (along with associated downgrades) sent the stock down last week, we continue to view the primary threat as AMZN. Simply put, we see the continued expansion as Prime as *the* threat to EBAY. We don't expect much from EBAY for the quarter. The company continues to focus on its own plan to use structured data and an improved buyer experience to reinvigorate its marketplace. However, we don't see a compelling competitive response from EBAY to Prime. We don't expect that EBAY will significantly transform the business, and if it doesn't we would expect headlines at some point to discuss EBAY exploring its strategic options. We continue to see WMT as a potential likely buyer.

- **3Q Marketplace rev to grow high single digits** – We think that Marketplace revs will decelerate further from 2Q, growing 7.5% for 3Q, from 8.8% in 2Q, and 11.1% in 1Q as 2H'18 faces tougher comps.

- **Advertising still a positive** – EBAY continues to see significant room to run in its 1P advertising business as it relates to the overall TAM of sellers on the site. As with AMZN, EBAY has increasing opportunities for high-margin advertising onsite, and is building out the capabilities to capitalize on them. Clearly, the momentum is with AMZN, but EBAY should be able to drive high-margin revenue as well without negatively impacting its marketplace. EBAY now has over 300,000 sellers promoting over 150m listings as part of its 1P advertising efforts with revenue growth over 150% (off a very small base). A robust base of sellers using EBAY's advertising products is key to the long-term health of the ecosystem (and eventually pricing) and it's encouraging to see additional features added to the service.

- **Structured data and SEO** – EBAY continues to make progress in its structured data initiatives including a new product-based commerce experienced based on structured data. EBAY has added 12 product lines that represent ~3% of its GMV to the new product pages with more planned for 2H. EBAY said it will continue to iterate on the new shopping experiences with the aim to improve conversion across both existing and new customer categories. Mgmt also noted that its SEO pages that are built on structured data have been performing much better than those without in terms of both ranking and traffic, and is aggressively moving to convert all of its SEO pages to structured data.

- **M&A still possible** – While the political climate likely means that BABA is not doable, we think WMT or others may look to EBAY's established position with 3rd-party vendors as a way to rapidly increase selection to compete with AMZN. Additionally, EBAY's FCF profile may be attractive to potential suitors as well.

- **Valuation** – EBAY trades at 12X '19 EPS, or at a PEG of 0.9. On EBITDA, EBAY is trading at 9x our '19 estimate, with expected growth of 5% y/y. While the stock has become much cheaper recently (down 18% since Oct 8), we don't expect a rebound until mgmt. can show proof of a sustained turnaround or acquisition talk ramps up.

- We are reiterating our Neutral rating and $38 PT.

- EBAY reports 3Q'18 earnings on Tuesday, 10/30, after the close.

Confidential       APL-SECLIT_00001290

Fig 15  EBAY – 3Q'18E Key Metrics Summary

| Income Statement | Estimated | | % Chg | | Actual | | | |
|---|---|---|---|---|---|---|---|---|
| | 3Q'18E | % of Revs | Y/Y | Q/Q | 3Q'17A | % of Revs | 2Q'18A | % of Revs |
| Transaction Revenue | $2,109 | 79% | 7% | 2% | $1,971 | 79% | $2,077 | 79% |
| Services Revenue | $570 | 21% | 8% | 1% | $530 | 21% | $563 | 21% |
| Net Revenue | $2,680 | 100% | 7% | 2% | $2,501 | 100% | $2,640 | 100% |
| Gross Profit | $2,115 | 78.9% | 8% | 3% | $1,964 | 78.5% | $2,063 | 78.1% |
| **EBIT (Non-GAAP)** | **$732** | **27.3%** | **3%** | **10%** | **$713** | **28.5%** | **$665** | **25.2%** |
| **Non-GAAP EPS** | **$0.56** | **--** | **18%** | **6%** | **$0.48** | **--** | **$0.53** | **--** |
| **Key Metrics** | **3Q'18E** | **% of Revs** | **Y/Y** | **Q/Q** | **3Q'17A** | **% of Revs** | **2Q'18A** | **% of Revs** |
| D&A | $101 | 4% | -42% | -41% | $173 | 7% | $170 | 6% |
| EBITDA (non-GAAP) | $833 | 31% | -6% | 0% | $886 | 35% | $835 | 32% |
| CapEx | $187 | 7% | 19% | 2% | $157 | 6% | $184 | 7% |
| FCF (CFFO - Cap Ex) | $434 | 16% | -40% | 131% | $720 | 29% | $188 | 7% |

Source: Company data, FactSet, Macquarie Capital (USA), October 2018    ($m except per share data)

Fig 16  EBAY P/E Valuation Trends



Source: Company data, FactSet, Macquarie Capital (USA), October 2018

Confidential    APL-SECLIT_00001291

# TWTR: Neutral Rating, US$36 Target

Fig 17   TWTR – Macquarie Estimates vs. Consensus

|  | 3Q'18E | | | | 4Q'18E | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | Macquarie | Street | % Diff | Var | Macquarie | Street | % Diff | Var |
| Revenue | $703 | $700 | 0.4% | $3 | $858 | $835 | 2.8% | $23 |
| QvQ Chg | -1.1% | -1.5% | -- | -- | 22.2% | 19.4% | -- | -- |
| EBITDA | $233 | $237 | -1.7% | ($4) | $351 | $326 | 7.6% | $25 |
|  | 2018E | | | | 2019E | | | |
|  | Macquarie | Street | % Diff | Var | Macquarie | Street | % Diff | Var |
| Revenue | $2,936 | $2,912 | 0.8% | $24 | $3,333 | $3,297 | 1.1% | $36 |
| YvY Chg | 20.2% | 19.2% | -- | -- | 13.5% | 13.2% | -- | -- |
| EBITDA | $1,093 | $1,073 | 1.9% | $20 | $1,258 | $1,251 | 0.6% | $7 |

Source: Company data, FactSet, Macquarie Capital (USA), October 2018    ($m except per share data)

The company is taking the right NT steps to improve its LT sustainability, but we don't see compelling reasons as to why MAU growth will accelerate meaningfully for the foreseeable future. Business trends have remained solid and valuation is more reasonable, yet, we remain cautious on the stock as we don't see an answer to the key problem of user growth. In general, we believe that TWTR is executing well on improving the product for consumers, improving monetization, and addressing some of the concerns around the health of the platform, however, we simply don't see enough compelling new features/brand improvement/utility to drive MAU growth. Mgmt. expects continued MAU declines into 3Q, and we don't expect any real turnaround for the foreseeable future.

- **Competitive positioning** – We continue to expect product improvements and business momentum at TWTR. The company is executing better and is clearly more focused on its role as a place for real-time conversation and less on trying to be all things to all people. While this may limit the scale to some extent, it helps to manage its resources as it continues to improve its competitive positioning.

- **Usage challenges** – We simply don't see the product improvements having a dramatic impact on TWTR's ability to attract new users (though it can, and likely is, helping to retain and improve the experience for current users). We hope to be proven wrong in terms of TWTR's ability to attract new users, but want to see more proof. Existing MAUs are clearly finding more utility on the platform, but it is struggling to grow overall MAUs. Mgmt. expects MAUs to decline again in the single-digit millions for 3Q, driven by the same factors of its health initiatives, GDPR, and the rolling off of SMS agreements.

- **Advertising drivers** – TWTR has been mostly targeting the largest advertisers with its product improvements, and has seen success by returning revs to growth. Mgmt. is now beginning to focus more on the next-largest hundreds of advertisers, who mgmt. sees as under-exposed to TWTR as an advertising medium. Smaller local self-serve SMB advertisers remain an opportunity for TWTR, but mgmt. admitted they are currently focusing more on larger accounts and scaling its self-serve platform is not currently a priority. We continue to believe that TWTR would be better off outsourcing SMB advertising to FB or GOOG and using their advertising demand to fill supply.

- **Valuation** – TWTR currently trades at a PE of 46X '19, a PEG of 2.3 on our '19 EPS estimate of $0.62. It also trades at 15X our '19 EBITDA.

- We are reiterating our Neutral rating and $36 PT.

- TWTR reports 3Q'18 earnings on Thursday, 10/25, before the open.

Confidential    APL-SECLIT_00001292

Fig 18   TWTR – 3Q'18E Key Metrics Summary

| Income Statement | Estimated | | % Chg | | Actual | | | |
|---|---|---|---|---|---|---|---|---|
| | 3Q'18E | % of Revs | Y/Y | Q/Q | 3Q'17A | % of Revs | 2Q'18A | % of Revs |
| Advertising Services | $590 | 84% | 17% | -2% | $503 | 85% | $601 | 85% |
| Data Licensing | $112 | 16% | 29% | 3% | $87 | 15% | $109 | 15% |
| **Total Revenue** | **$703** | **100%** | **19%** | **-1%** | **$590** | **100%** | **$711** | **100%** |
| Gross Profit | $474 | 67.5% | 20% | -3% | $394 | 66.8% | $488 | 68.7% |
| EBIT (Non-GAAP) | $130 | 18.5% | 8% | -20% | $121 | 20.5% | $164 | 23.0% |
| **Non-GAAP EPS** | **$0.09** | -- | -9% | -45% | $0.10 | -- | $0.17 | -- |
| | 3Q'18E | % of Revs | Y/Y | Q/Q | 3Q'17A | % of Revs | 2Q'18A | % of Revs |
| MAUs (mm) | 329 | -- | 0% | -2% | 330 | -- | 335 | -- |
| D&A | $108 | 15.4% | 11% | 2% | $97 | 16.5% | $106 | 14.9% |
| EBITDA (non-GAAP) | $233 | 33.2% | 13% | -12% | $207 | 35.1% | $265 | 37.3% |
| FCF (CFFO - Cap Ex) | $124 | 17.6% | -40% | -1% | $205 | 34.8% | $125 | 17.5% |

Source: Company data, FactSet, Macquarie Capital (USA), October 2018   ($m except per share data)

Fig 19   TWTR EV/EBITDA Valuation Trends



Source: Company data, FactSet, Macquarie Capital (USA), October 2018

Confidential   APL-SECLIT_00001293

**Important disclosures:**

**Recommendation definitions**

**Macquarie - Australia/New Zealand**
Outperform – return >3% in excess of benchmark return
Neutral – return within 3% of benchmark return
Underperform – return >3% below benchmark return

Benchmark return is determined by long term nominal GDP growth plus 12 month forward market dividend yield, which is currently around 9%.

**Macquarie – Asia/Europe**
Outperform – expected return >+10%
Neutral – expected return from -10% to +10%
Underperform – expected return <-10%

**Mazi Macquarie – South Africa**
Outperform – expected return >+10%
Neutral – expected return from -10% to +10%
Underperform – expected return <-10%

**Macquarie - Canada**
Outperform – return >5% in excess of benchmark return
Neutral – return within 5% of benchmark return
Underperform – return >5% below benchmark return

**Macquarie - USA**
Outperform (Buy) – return >5% in excess of Russell 3000 index return
Neutral (Hold) – return within 5% of Russell 3000 index return
Underperform (Sell)– return >5% below Russell 3000 index return

**Volatility index definition\***

This is calculated from the volatility of historical price movements.

**Very high–highest risk** – Stock should be expected to move up or down 60–100% in a year – investors should be aware this stock is highly speculative.

**High** – stock should be expected to move up or down at least 40–60% in a year – investors should be aware this stock could be speculative.

**Medium** – stock should be expected to move up or down at least 30–40% in a year.

**Low–medium** – stock should be expected to move up or down at least 25–30% in a year.

**Low** – stock should be expected to move up or down at least 15–25% in a year.
\* Applicable to Asia/Australian/NZ/Canada stocks only

**Recommendations** – 12 months
**Note:** Quant recommendations may differ from Fundamental Analyst recommendations

**Financial definitions**

All "Adjusted" data items have had the following adjustments made:
Added back: goodwill amortisation, provision for catastrophe reserves, IFRS derivatives & hedging, IFRS impairments & IFRS interest expense
Excluded: non recurring items, asset revals, property revals, appraisal value uplift, preference dividends & minority interests

**EPS** = adjusted net profit / efpowa\*
**ROA** = adjusted ebit / average total assets
**ROA Banks/Insurance** = adjusted net profit /average total assets
**ROE** = adjusted net profit / average shareholders funds
**Gross cashflow** = adjusted net profit + depreciation
\*equivalent fully paid ordinary weighted average number of shares

All Reported numbers for Australian/NZ listed stocks are modelled under IFRS (International Financial Reporting Standards).

**Recommendation proportions –** For quarter ending 30 September 2018

|  | AU/NZ | Asia | RSA | USA | CA | EUR |  |
|---|---|---|---|---|---|---|---|
| Outperform | 51.56% | 59.51% | 45.05% | 46.88% | 67.86% | 46.70% | (for global coverage by Macquarie, 3.70% of stocks followed are investment banking clients) |
| Neutral | 33.20% | 28.92% | 37.36% | 47.70% | 25.00% | 42.73% | (for global coverage by Macquarie, 2.04% of stocks followed are investment banking clients) |
| Underperform | 15.23% | 11.57% | 17.58% | 5.42% | 7.14% | 10.57% | (for global coverage by Macquarie, 0.47% of stocks followed are investment banking clients) |

**Company-specific disclosures**:

Important disclosure information regarding the subject companies covered in this report is available at www.macquarie.com/research/disclosures.

**Analyst certification**:
We hereby certify that all of the views expressed in this report accurately reflect our personal views about the subject company or companies and its or their securities. We also certify that no part of our compensation was, is or will be, directly or indirectly, related to the specific recommendations or views expressed in this report. The Analysts responsible for preparing this report receive compensation from Macquarie that is based upon various factors including Macquarie Group Ltd total revenues, a portion of which are generated by Macquarie Group's Investment Banking activities.
**General disclaimers:**
Macquarie Securities (Australia) Ltd; Macquarie Capital (Europe) Ltd; Macquarie Capital Markets Canada Ltd; Macquarie Capital Markets North America Ltd; Macquarie Capital (USA) Inc; Macquarie Capital Limited, Taiwan Securities Branch; Macquarie Capital Securities (Singapore) Pte Ltd; Macquarie Securities (NZ) Ltd; Mazi Macquarie Securities (RF) (Pty) Ltd; Macquarie Capital Securities (India) Pvt Ltd; Macquarie Capital Securities (Malaysia) Sdn Bhd; Macquarie Securities Korea Limited and Macquarie Securities (Thailand) Ltd are not authorized deposit-taking institutions for the purposes of the Banking Act 1959 (Commonwealth of Australia), and their obligations do not represent deposits or other liabilities of Macquarie Bank Limited ABN 46 008 583 542 (MBL) or MGL.  MBL does not guarantee or otherwise provide assurance in respect of the obligations of any of the above mentioned entities.  MGL provides a guarantee to the Monetary Authority of Singapore in respect of the obligations and liabilities of Macquarie Capital Securities (Singapore) Pte Ltd for up to SGD 35 million.  This research has been prepared for the general use of the wholesale clients of the Macquarie Group and must not be copied, either in whole or in part, or distributed to any other person. If you are not the intended recipient you must not use or disclose the information in this research in any way. If you received it in error, please tell us immediately by return e-mail and delete the document. We do not guarantee the integrity of any e-mails or attached files and are not responsible for any changes made to them by any other person. MGL has established and implemented a conflicts policy at group level (which may be revised and updated from time to time) (the "Conflicts Policy") pursuant to regulatory requirements (including the FCA Rules) which sets out how we must seek to identify and manage all material conflicts of interest. Nothing in this research shall be construed as a solicitation to buy or sell any security or product, or to engage in or refrain from engaging in any transaction. In preparing this research, we did not take into account your investment objectives, financial situation or particular needs. Macquarie salespeople, traders and other professionals may provide oral or written market commentary or trading strategies to our clients that reflect opinions which are contrary to the opinions expressed in this research. Macquarie Research produces a variety of research products including, but not limited to, fundamental analysis, macro-economic analysis, quantitative analysis, and trade ideas. Recommendations contained in one type of research product may differ from recommendations contained in other types of research, whether as a result of differing time horizons, methodologies, or otherwise. Before making an investment decision on the basis of this research, you need to consider, with or without the assistance of an adviser, whether the advice is appropriate in light of your particular investment needs, objectives and financial circumstances. There are risks involved in securities trading. The price of securities can and does fluctuate, and an individual security may even become valueless. International investors are reminded of the additional risks inherent in international investments, such as currency fluctuations and international stock market or economic conditions, which may adversely affect the value of the investment. This research is based on information obtained from sources believed to be reliable but we do not make any representation or warranty that it is accurate, complete or up to date. We accept no obligation to correct or update the information or opinions in it. Opinions expressed are subject to change without notice. No member of the Macquarie Group accepts any liability whatsoever for any direct, indirect, consequential or other loss arising from any use of this research and/or further communication in relation to this research.  Clients should contact analysts at, and execute transactions through, a Macquarie Group entity in their home jurisdiction unless governing law permits otherwise. The date and timestamp for above share price and market cap is the closed price of the price date. #CLOSE is the final price at which the security is traded in the relevant exchange on the date indicated. Members of the Macro Strategy team are Sales & Trading personnel who provide desk commentary that is not a product of the Macquarie Research department or subject to FINRA Rule 2241 or any other regulation regarding independence in the provision of equity research.
**Country-specific disclaimers:**
**Australia**: In Australia, research is issued and distributed by Macquarie Securities (Australia) Ltd (AFSL No. 238947), a participating organization of the Australian Securities Exchange. Macquarie Securities (Australia) Limited staff involved with the preparation of research have regular interaction with

Confidential                                                                                                                                                                                           APL-SECLIT_00001294

companies they cover. Additionally, Macquarie Group Limited does and seeks to do business with companies covered by Macquarie Research. There are robust information barriers in place to protect the independence of Macquarie Research's product. However, recipients of Macquarie Research should be aware of this potential conflict of interest. **New Zealand**: In New Zealand, research is issued and distributed by Macquarie Securities (NZ) Ltd, a NZX Firm. **Canada**: In Canada, research is prepared, approved and distributed by Macquarie Capital Markets Canada Ltd., a (i) member of the Investment Industry Regulatory Organization of Canada and the Canadian Investor Protection Fund, and (ii) participating organisation of the Toronto Stock Exchange, TSX Venture Exchange & Montréal Exchange. This research is distributed in the United States, as third party research by Macquarie Capital Markets North America Ltd., which is a registered broker-dealer and member of Financial Industry Regulatory Authority and the Securities Investor Protection Corporation. Macquarie Capital Markets North America Ltd. accepts responsibility for the contents of reports issued by Macquarie Capital Markets Canada Ltd. in the United States and sent to US persons. Any US person wishing to effect transactions in the securities described in the reports issued by Macquarie Capital Markets Canada Ltd. should do so with Macquarie Capital Markets North America Ltd. This research is intended for distribution in the United States only to major Institutional Investors (as such term is defined in SEC 15a-6 and Section 15 of the Securities Exchange Act of 1934, as amended) and is not intended for the use of any person or entity that is not a major institutional investor. Research analysts of Macquarie Capital Markets Canada Ltd. are not registered/qualified as research analysts with FINRA. The Research Distribution Policy of Macquarie Capital Markets Canada Ltd. is to allow all clients that are entitled to have equal access to our research. **United Kingdom**: In the United Kingdom, research is issued and distributed by Macquarie Capital (Europe) Ltd, which is authorised and regulated by the Financial Conduct Authority (No. 193905). **Germany**: In Germany, this research is issued and/or distributed by Macquarie Capital (Europe) Limited, Niederlassung Deutschland, which is authorised and regulated by the UK Financial Conduct Authority (No. 193905). and in Germany by BaFin. **France**: In France, research is issued and distributed by Macquarie Capital (Europe) Ltd, which is authorised and regulated in the United Kingdom by the Financial Conduct Authority (No. 193905). **Hong Kong & Mainland China**: In Hong Kong, research is issued and distributed by Macquarie Capital Limited, which is licensed and regulated by the Securities and Futures Commission. In Mainland China, Macquarie Securities (Australia) Limited Shanghai Representative Office only engages in non-business operational activities excluding issuing and distributing research. Only non-A share research is distributed into Mainland China by Macquarie Capital Limited. **Japan**: In Japan, research is Issued and distributed by Macquarie Capital Securities (Japan) Limited, a member of the Tokyo Stock Exchange, Inc. and Osaka Exchange, Inc. (Financial Instruments Firm, Kanto Financial Bureau (kin-sho) No. 231, a member of Japan Securities Dealers Association). **India:** In India, research is issued and distributed by Macquarie Capital Securities (India) Pvt. Ltd. (CIN: U65920MH1995PTC090696), 92, Level 9, 2 North Avenue, Maker Maxity, Bandra Kurla Complex, Bandra (East), Mumbai – 400 051, India, which is a SEBI registered Research Analyst having registration no. INH000000545. **Malaysia**: In Malaysia, research is issued and distributed by Macquarie Capital Securities (Malaysia) Sdn. Bhd. (Company registration number: 463469-W) which is a Participating Organisation of Bursa Malaysia Berhad and a holder of Capital Markets Services License issued by the Securities Commission. **Taiwan**: In Taiwan, research is issued and distributed by Macquarie Capital Limited, Taiwan Securities Branch, which is licensed and regulated by the Financial Supervisory Commission. No portion of the report may be reproduced or quoted by the press or any other person without authorisation from Macquarie. Nothing in this research shall be construed as a solicitation to buy or sell any security or product. The recipient of this report shall not engage in any activities which may give rise to potential conflicts of interest to the report. Research Associate(s) in this report who are registered as Clerks only assist in the preparation of research and are not engaged in writing the research. Macquarie may be in past one year or now being an Issuer of Structured Warrants on securities mentioned in this report. **Thailand**: In Thailand, research is produced, issued and distributed by Macquarie Securities (Thailand) Ltd. Macquarie Securities (Thailand) Ltd. is a licensed securities company that is authorized by the Ministry of Finance, regulated by the Securities and Exchange Commission of Thailand and is an exchange member of the Stock Exchange of Thailand. The Thai Institute of Directors Association has disclosed the Corporate Governance Report of Thai Listed Companies made pursuant to the policy of the Securities and Exchange Commission of Thailand. Macquarie Securities (Thailand) Ltd does not endorse the result of the Corporate Governance Report of Thai Listed Companies but this Report can be accessed at: http://www.thai-iod.com/en/publications.asp?type=4. **South Korea**: In South Korea, unless otherwise stated, research is prepared, issued and distributed by Macquarie Securities Korea Limited, which is regulated by the Financial Supervisory Services. Information on analysts in MSKL is disclosed at http://dis.kofia.or.kr/websquare/index.jsp?w2xPath=/wq/fundMgr/DISFundMgrAnalystStut.xml&divisionId=MDIS03002001000000&serviceId=SDIS03002001000. **South Africa**: In South Africa, research is issued and distributed by Mazi Macquarie Securities (RF) (Pty) Ltd, a member of the JSE Limited. **Singapore**: In Singapore, research is issued and distributed by Macquarie Capital Securities (Singapore) Pte Ltd (Company Registration Number: 198702912C), a Capital Markets Services license holder under the Securities and Futures Act to deal in securities and provide custodial services in Singapore. Pursuant to the Financial Advisers (Amendment) Regulations 2005, Macquarie Capital Securities (Singapore) Pte Ltd is exempt from complying with sections 25, 27 and 36 of the Financial Advisers Act. All Singapore-based recipients of research produced by Macquarie Capital (Europe) Limited, Macquarie Capital Markets Canada Ltd, Mazi Macquarie Securities (RF) (Pty) Ltd and Macquarie Capital (USA) Inc. represent and warrant that they are institutional investors as defined in the Securities and Futures Act. **United States**: In the United States, research is issued and distributed by Macquarie Capital (USA) Inc., which is a registered broker-dealer and member of FINRA. Macquarie Capital (USA) Inc, accepts responsibility for the content of each research report prepared by one of its non-US affiliates when the research report is distributed in the United States by Macquarie Capital (USA) Inc. Macquarie Capital (USA) Inc.'s affiliate's analysts are not registered as research analysts with FINRA, may not be associated persons of Macquarie Capital (USA) Inc., and therefore may not be subject to FINRA rule restrictions on communications with a subject company, public appearances, and trading securities held by a research analyst account. Information regarding futures is provided for reference purposes only and is not a solicitation for purchases or sales of futures. Any persons receiving this report directly from Macquarie Capital (USA) Inc. and wishing to effect a transaction in any security described herein should do so with Macquarie Capital (USA) Inc. Important disclosure information regarding the subject companies covered in this report is available at www.macquarie.com/research/disclosures, or contact your registered representative at 1-888-MAC-STOCK, or write to the Supervisory Analysts, Research Department, Macquarie Securities, 125 W.55th Street, New York, NY 10019.
© Macquarie Group

Confidential APL-SECLIT_00001295


## Equities

### Research

**Heads of Equity Research**

| | |
|---|---|
| Christine Farkas (US) | (1 212) 231 6668 |
| Greg MacDonald (Canada) | (1 416) 628 3934 |

**Consumer**

**Gaming & Leisure**

| | |
|---|---|
| Chad Beynon (Head of US Consumer) | (1 212) 231 2634 |

**Beverages & HPC**

| | |
|---|---|
| Caroline Levy (New York) | (1 212) 231 1818 |

**Consumer Discretionary**

| | |
|---|---|
| Laurent Vasilescu (New York) | (1 212) 231 8046 |
| Chris Li (Toronto) | (1 416) 848 3553 |

**Leisure & Online Travel**

| | |
|---|---|
| Matthew Brooks (New York) | (1 212) 231 1585 |

**Energy**

**Oil & Gas**

| | |
|---|---|
| Vikas Dwivedi (Head of Oil & Gas, Global Energy Strategist) | (1 713) 275 6352 |

**US Exploration & Production**

| | |
|---|---|
| Paul Grigel (Denver) | (1 303) 952 2754 |

**US Refining**

| | |
|---|---|
| Jay Tobin (Houston) | (1 713) 275 6123 |

**Oilfield Services**

| | |
|---|---|
| Walt Chancellor (Houston) | (1 713) 275 6230 |

**International/Canadian Oil & Gas Producers**

| | |
|---|---|
| Brian Bagnell (Calgary) | (1 403) 539 8540 |
| Brian Kristjansen (Calgary) | (1 403) 539 8508 |
| Tom Hems (Calgary) | (1 403) 218 6666 |

**Financials**

**Banks/Trust Banks**

| | |
|---|---|
| David Konrad (New York) | (1 212) 231 0525 |
| Mike Rizvanovic (Toronto) | (1 416) 848 3687 |

**Industrials**

**Chemicals**

| | |
|---|---|
| Cooley May (Head of US Basics & Industrials) | (1 212) 231 2586 |

**Airlines**

| | |
|---|---|
| Susan Donofrio (New York) | (1 212) 231 6535 |

**Building Products**

| | |
|---|---|
| Adam Baumgarten (New York) | (1 212) 231 0633 |

**Business Services**

| | |
|---|---|
| Hamzah Mazari (New York) | (1 212) 231 2442 |

**Construction & Engineering/Machinery**

| | |
|---|---|
| Sameer Rathod (San Francisco) | (1 415) 762 5034 |

**Diversified Industrials**

| | |
|---|---|
| Michael Glen (Montreal) | (1 514) 905 3636 |

**Transports**

| | |
|---|---|
| Konark Gupta (Toronto) | (1 416) 848 3539 |

**Materials**

**Global Metals & Mining**

| | |
|---|---|
| David Lipschitz (New York) | (1 212) 231 1232 |
| Michael Siperco (Toronto) | (1 416) 848 3520 |
| Michael Gray (Vancouver) | (1 604) 639 6372 |
| David Medilek (Vancouver) | (1 604) 639 6378 |

**TMET**

**Media & Entertainment**

| | |
|---|---|
| Tim Nollen (Head of TMET) | (1 212) 231 0635 |

**Cable, Satellite & Entertainment**

| | |
|---|---|
| Amy Yong (New York) | (1 212) 231 2624 |

**Hardware & Equipment**

| | |
|---|---|
| Gus Papageorgiou (Toronto) | (1 416) 848 3512 |

**Internet**

| | |
|---|---|
| Ben Schachter (New York) | (1 212) 231 0644 |

**Semiconductors**

| | |
|---|---|
| Srini Pajjuri (San Francisco) | (1 415) 762 5018 |

**Software**

| | |
|---|---|
| Sarah Hindlian (New York) | (1 212) 231 1371 |
| Gus Papageorgiou (Toronto) | (1 416) 848 3512 |

**Telecommunications**

| | |
|---|---|
| Amy Yong (New York) | (1 212) 231 2624 |
| Sanford Lee (Toronto) | (1 416) 607 5068 |

**Utilities & Alternative Energy**

| | |
|---|---|
| Angie Storozynski (Head of US Utilities & Alternative Energy) | (1 212) 231 2569 |

**Find our research at**

| | |
|---|---|
| Macquarie: | www.macquarieresearch.com/ideas/ |
| Thomson: | www.thomson.com/financial |
| Reuters: | www.knowledge.reuters.com |
| Bloomberg: | MAC GO |
| Factset: | http://www.factset.com/home.aspx |
| CapitalIQ | www.capitaliq.com |

Contact macresearch@macquarie.com for access requests.

**Email addresses**

FirstName.Surname@macquarie.com

## Equities

**Head of US Equities**

| | |
|---|---|
| Dan Ritchie (New York) | (1 212) 231 1621 |

**Head of Canadian Equities**

| | |
|---|---|
| David Washburn (Toronto) | (1 416) 848 3631 |

## Sales

**Head of US Sales**

| | |
|---|---|
| Khristina McLaughlin (New York) | (1 212) 231 8012 |

**US Sales**

| | |
|---|---|
| Rob Moderelli (New York) | (1 212) 231 2495 |

**Head of Canada Sales**

| | |
|---|---|
| David Ricciardelli (Toronto) | (1 416) 572 7150 |

## Trading

**US Sales Trading**

| | |
|---|---|
| J.T. Cacciabaudo (New York) | (1 212) 231 6381 |

**Canada Trading**

| | |
|---|---|
| Ray Ritchie (Head, Toronto) | (1 416) 848 3633 |

**International Sales Trading**

| | |
|---|---|
| Mike Gray (New York) | (1 212) 231 0928 |

This publication was disseminated on 24 October 2018 at 06:42 UTC.