# EXHIBIT 41

# Morgan Stanley | RESEARCH



October 17, 2018 11:00 PM GMT

## Apple, Inc. | North America

# China a Growing Headwind to App Store Growth Near-term

MORGAN STANLEY & CO. LLC

Katy L. Huberty, CFA
EQUITY ANALYST
Kathryn.Huberty@morganstanley.com        +1 212 761-6249

Erik W Woodring
RESEARCH ASSOCIATE
Erik.Woodring@morganstanley.com          +1 212 296-8083

Elizabeth Elliott, CFA
RESEARCH ASSOCIATE
Elizabeth.Elliott@morganstanley.com      +1 212 761-3632

Kieran Kenny
RESEARCH ASSOCIATE
Kieran.Kenny@morganstanley.com           +1 212 296-5137

| Stock Rating | Industry View | Price Target |
|---|---|---|
| Overweight | Attractive | $247.00 |

Sept Q App Store net revenue of $3.6B fell short of $3.8B MSe. Pause in China new gaming approvals coupled with fear of economic slowdown in China present a near-term overhang but we see limited downside to near-term estimates and remain bullish on the long term sustainability of Services growth.

**App Store growth decelerated by 150bps in C3Q but still growing 20%+.** According to data compiled by Sensor Tower, Apple's App Store generated $8.4B in payments to developers in the September quarter, implying App Store net revenue (what is recognized on Apple's P&L, net of payments to developers) of $3.6B (+23% Y/Y), a quarterly high (Exhibit 1) but below our forecast of $3.8B (+30% Y/Y originally, +32% Y/Y after Sensor Tower restatements; Exhibit 2). Assuming our estimates for the other Services line items are in-line, these results imply September quarter Services revenue of $9.8B (+15% Y/Y or +24% Y/Y on a normalized basis, excluding the $640M favorable one-time payment from the September 2017 quarter), below our current estimate of $10.0B (+18% Y/Y, +28% normalized) and below current consensus of $10.1B (+19% Y/Y, +28% normalized). Coupled with slower Chinese gaming approvals, decelerating gaming/luxury brand growth in China, and implications of a potentially escalating trade tensions, we see China exposure as the biggest near-term risk. However, we believe that many of the App Store blemishes we cite below are more temporary in nature and as a result, continue to believe in the longer-term sustainability of App Store growth, which plays a meaningful role in our bullish Services thesis.

**China growth continues to decelerate** while the US maintains 30%+ growth and **Japan accelerates.** China remains the single largest revenue generating country for the App Store, producing slightly more than $1B in net revenue in the September quarter and accounting for 29% of total App Store net revenue, slightly lower than the T12M average of 31%. China App Store growth has now decelerated for 8 consecutive quarters, largely due to the after-effects of a pause in gaming license approvals in the country (see next paragraph), with growth in the most recent quarter falling to 16% Y/Y (Exhibit 3). On an ex-China basis, September quarter App Store net revenue would have grown 26% Y/Y, implying the slowdown in China accounted for 1pt of the deceleration in the quarter (Exhibit 4). In the US, App Store net revenue growth decelerated to 36% Y/Y in C3Q (from 42% growth in C2Q) but remained meaningfully higher than the

### Apple, Inc. ( AAPL.O, AAPL US )

IT Hardware / United States of America

| | |
|---|---|
| Stock Rating | Overweight |
| Industry View | Attractive |
| Price target | $247.00 |
| Shr price, close (Oct 16, 2018) | $222.15 |
| Mkt cap, curr (mm) | $1,085,647 |
| 52-Week Range | $233.47-150.24 |

| Fiscal Year Ending | 09/17 | 09/18e | 09/19e | 09/20e |
|---|---|---|---|---|
| ModelWare EPS ($) | 9.21 | 11.75 | 14.69 | 17.11 |
| Prior ModelWare EPS ($) | | | | |
| P/E | 16.7 | 19.2 | 15.1 | 13.0 |
| Consensus EPS ($)§ | 9.00 | 11.78 | 13.73 | 15.18 |
| Div yld (%) | 1.6 | 1.2 | 1.4 | 1.5 |

Unless otherwise noted, all metrics are based on Morgan Stanley ModelWare framework
§ = Consensus data is provided by Thomson Reuters Estimates
e = Morgan Stanley Research estimates

### QUARTERLY MODELWARE EPS ($)

| Quarter | 2017 | 2018e Prior | 2018e Current | 2019e Prior | 2019e Current |
|---|---|---|---|---|---|
| Q1 | 3.36 | - | 3.89a | - | 4.86 |
| Q2 | 2.10 | - | 2.73a | - | 3.47 |
| Q3 | 1.67 | - | 2.34a | - | 2.87 |
| Q4 | 2.07 | - | 2.75 | - | 3.44 |

e = Morgan Stanley Research estimates, a = Actual Company reported data

Morgan Stanley does and seeks to do business with companies covered in Morgan Stanley Research. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of Morgan Stanley Research. Investors should consider Morgan Stanley Research as only a single factor in making their investment decision.
For analyst certification and other important disclosures, refer to the Disclosure Section, located at the end of this report.

**Morgan Stanley** | RESEARCH



previous 6 quarter average growth rate of 29% (Exhibit 5). Lastly, after growing at a low single digit percentage for the past two quarters, Japan's App Store net revenue meaningfully accelerated to 12% Y/Y in C3Q (Exhibit 6). Countries outside of the top 3 continue to become more meaningful contributors to revenue growth this year, and now account for just under one-third of the App Store's net revenue growth YTD vs. just 20% in 2017. (Exhibit 7, Exhibit 8).

**Gaming growth largely unchanged from C2Q but results more mixed beneath the surface.** Gaming-related app downloads and in-app purchases continue to drive the majority of App Store revenue, accounting for 71% of App Store net revenue in the September quarter and contributing close to half of App Store Y/Y revenue growth. Globally, gaming related revenue grew 13% Y/Y, a 40bps acceleration from C2Q18 (Exhibit 9), as strength in US (+25% Y/Y; Exhibit 10) and Japan (+7% Y/Y, an 800bps acceleration Q/Q ; Exhibit 11) offset weakness in China. While the gaming-related results in the US and Japan are encouraging, the 250bps deceleration in gaming-related net revenue (from 10.4% in C2Q to 7.9% in C3Q; Exhibit 12) in China is more concerning but almost certainly a direct result of the pause in gaming license approvals by Chinese regulators, which started in March and will reportedly last through the rest of the year, as approval responsibility shifts to the State Administration of Press and Publication. For example, the Financial Times reported earlier this month that over 9,000 new games were approved in 2017 in China vs just 1,932 YTD, which speaks to the severity of this year's approval slowdown. And while we expect a stricter license approval policy going forward, we view this slow down in China gaming-related revenue as temporary, and believe any efforts on the regulatory front to speed up new gaming license approvals would be a positive catalyst towards re-accelerating growth.

**Declines in non-gaming categories weighed on growth in C3Q.** Revenue growth from all other categories besides gaming, such as entertainment, social networking, and music, remains very strong but decelerated slightly to 60% Y/Y in C3Q, from 70%+ in the prior 3 quarters, with the most notable deceleration coming from Entertainment, the second largest revenue-generating category after gaming (Exhibit 13). App Store growth is increasingly dependent on these categories that now contribute 57% of overall App Store growth, up from 41% in the year ago quarter (Exhibit 14). In C3Q, Entertainment revenue decelerated from 130% Y/Y in C2Q to 87% Y/Y in C3Q. Revenue growth of Social Networking and Music-related apps, the #3 and #4 largest App Store categories, respectively, decelerated by 5pts and 15pts in C3Q, to 23% Y/Y and 37%, respectively. Bigger picture however, revenue growth from all non-gaming categories is up 68% YTD, an acceleration from growth of 63% in 2017, so the slowdown in the September quarter is not yet something we'd point to as a worrisome trend.

**Overall impact to our Services thesis is limited, with Chinese new gaming license approvals a key to 2019 re-acceleration. Remain OW with $247 PT.** Despite the September quarter shortfall in App Store net revenue vs. our estimates and the meaningful role the App Store plays in Apple's Services business (it accounts for ~40% of Services revenue), we are hesitant to adjust our Services revenue estimate given the potential for upside in other categories. Over the past year, Licensing & Other, the App Store, and AppleCare contributed to upside to our Services growth estimates. Additionally, our September quarter Services revenue estimate of $10.0B assumes a 7% decline in Apple's Licensing & Other line, which

Confidential

APL-SECLIT_00001081

**Morgan** Stanley | RESEARCH



includes GOOGL TAC payments, which we view as potentially conservative in light of our Internet team forecasting GOOGL mobile TAC payments growing 43% in the September quarter. As we approach 2019, the new gaming license approval situation in China remains the most important App Store-related storyline to follow, given the importance of both China and Gaming to the App Store. Nevertheless we believe this issue will be temporary given the importance of the gaming market in China but also expect smaller/faster growing countries to continue increasing in importance, providing the end-market diversification needed to sustain App Store growth over a multi-year period.

*Note, Sensor Tower updates their Store Intelligence dataset 3-4 times per year as they accumulate new publisher and developer data points over time. On a country or store level, these updates result in revisions that are rarely more than low-single-digit percentage point changes in either direction. In this latest update, cumulative App Store net revenue between 1Q14 and 2Q18 decreased by $64M, resulting in historical App Store net revenue growth rates that slightly differ from our previously published estimates. Exhibit 15 details these revisions.*

Confidential

APL-SECLIT_00001082

Morgan Stanley | RESEARCH



# Exhibits

**Exhibit 1:** Sensor Tower data implies C3Q18 App Store net revenue of $3.6B...



Source: Sensor Tower, Morgan Stanley Research

**Exhibit 2:** ... 23% Y/Y growth, a 2pt deceleration from 25% growth in 2Q18, and below our estimate of $3.8B.





Source: Sensor Tower, Morgan Stanley Research

**Exhibit 3:** China App Store growth decelerated 4pts from C2Q18 to 16% Y/Y growth



Source: Sensor Tower, Morgan Stanley Research

**Exhibit 4:** Excluding China, App Store growth only decelerated ~1pt from the June Q, implying China accounted for roughly half of the growth slowdown in Sept.



Source: Sensor Tower, Morgan Stanley Research

Confidential

APL-SECLIT_00001083

**Morgan Stanley** | RESEARCH

UPDATE

**Exhibit 5:** US growth decelerated from the June Q but remains above the trailing 6 quarter average.

App Store Net Revenue (US)



Source: Sensor Tower, Morgan Stanley Research

**Exhibit 6:** Japan App Store net revenue meaningfully accelerated, with growth up 800bps from C2Q to 12% Y/Y.

App Store Net Revenue (Japan)



Source: Sensor Tower, Morgan Stanley Research

**Exhibit 7:** Countries outside the top 3 are becoming larger contributors to App Store net revenue growth…

Contribution to App Store Net Revenue Growth (Y/Y)



Source: , Morgan Stanley Research, Sensor Tower

**Exhibit 8:** … with countries outside the top 10 accounting for nearly 20% of App Store growth in the September Q.

Contribution to App Store Net Revenue Growth (Y/Y)



Source: Sensor Tower, Morgan Stanley Research

**Exhibit 9:** Total Gaming related App Store net revenue grew 13% Y/Y, a slight acceleration from C2Q18.

Total Gaming-Related App Store Net Revenue



Source: Sensor Tower, Morgan Stanley Research

Confidential

APL-SECLIT_00001084



**Morgan Stanley** | **RESEARCH**

**Exhibit 10:** US gaming-related revenue growth remained robust in the Sept Q…

**Exhibit 11:** …while Japan gaming-related net revenue accelerated 800bps to 12% in September…



Source: Sensor Tower, Morgan Stanley Research

Source: Sensor Tower, Morgan Stanley Research

**Exhibit 12:** …helping offset a 250bps deceleration in China gaming related net revenue.

Gaming-Related App Store Net Revenue (China)



Source: Sensor Tower, Morgan Stanley Research

Confidential

**Morgan Stanley** | RESEARCH

UPDATE

**Exhibit 13:** Revenue growth from all App Store categories excluding gaming remains robust at 60% Y/Y in C3Q, but decelerated from 73%+ over the prior 3 quarters.



Source: Sensor Tower, Morgan Stanley Research

**Exhibit 14:** Other categories have been growing at a faster rate than gaming and have become much more meaningful drivers of App Store revenue growth in just the last 12 months.

Source: Sensor Tower, Morgan Stanley Research

**Exhibit 15:** Revised Sensor Tower historical App Store developer payments decreased slightly, with the greatest impact coming in the last 4 quarters (net, net cumulative net revenue from the App Store between 1Q14 - 2Q18 decreased $64M)



Source: Sensor Tower, Morgan Stanley Research

Confidential                                                                                                APL-SECLIT_00001086

**Morgan Stanley** | RESEARCH

UPDATE

**AAPL Risk Reward**
# Growth Contribution from Services Underappreciated by Investors



Source: Thomson Reuters, Morgan Stanley Research

---

## Price Target    **$247**
Derived from base-case scenario.

---

## Bull    **$363**
**20.3x Bull Case CY19e EPS of $17.85**
**Services revenue per device accelerates to 10%+ growth annually as Apple converts more users to services customers and launches new AR and original video content.** The majority of growth comes from services but hardware grows slightly as replacement cycles level off earlier than in the base case and Apple continues to gain new users in markets like China and India. Gross margins move above 40% due to higher Services revenue mix. Investors focus on monetization of Apple's 1.3B and growing device base and value Apple closer to that of a platform company given the more stable growth trajectory. We assume a 20-21x P/E multiple on CY19 EPS of $17.85. Our bull case valuation is supported by SOTP analysis assuming Apple Services garners an EV/Sales multiple in-line with high growth platforms like FB, SNAP, TWTR, and NFLX.

---

## Base    **$247**
**16.1x Base Case CY19e EPS of $15.35**
**Continued 25%+ services growth with the mix shift to higher margin services, slightly growing iPhone ASPs and more share repurchases translating to faster, and more sustainable, EPS growth.** With longer replacement cycles in the broader device market translating to flat device units in FY17-20, we see accelerating Services growth combined with increased share buybacks and a lower tax rate driving multiple years of double digit EPS growth. With Services becoming the primary driver of our forward estimates we fully shift to our sum-of-the-parts analysis, which credits Apple's hardware business with a multiple that blends HPQ and MSFT and Apple's services business with the average of 10 consumer platform peers and drives our $247 PT, translating to a 16.1x P/E, slightly higher than Apple's 10-year CY+1 P/E trading range.

---

## Bear    **$151**
**12.1x Bear Case CY19e EPS of $12.51**
**Weakening global smartphone market overshadows Services growth, resulting in total company revenue declines and margin pressure.** Apple continues to invest in future products and services, driving negative operating leverage, offset by continued share repurchases. Our sum of the parts analysis assumes lower-end of platform multiples, in-line with Google, for Apple Services and a more

---

## Investment Thesis

■ Apple has the world's most valuable technology platform with 1.3Bn active devices, and is well positioned to capture more of its users' time in areas such as video, augmented reality, health, autos and home. Accelerated Services growth, margin expansion, and tax reform / cash repatriation are catalysts that can help sustainably re-rate shares.

## Key Debates

■ *Can Apple sustainably grow revenue and EPS?* Yes, we believe the combination of increased services mix, strong wearables growth, higher share repurchases, potential M&A, and investments in new categories like video, augmented/virtual reality, artificial intelligence, health, and autos are drivers of sustainable growth longer-term.

■ *Can Services growth help re-rate shares?* Yes, we believe so. Apple is a structurally different company today than it was just 5 years ago, with a larger cash balance and a Services business that accounts for ~15% of revenue and 22% of gross profit dollars, growing to 27% of revenue and 40% of gross profit dollars by FY22. And we see accelerating Services data points as evidence of this transformation that can act as catalysts to re-rate shares higher.

■ *Can Apple accelerate innovation?* Yes, FY17 was the fifth year in a row that R&D growth outpaced revenue growth, translating to new products and services over time. Over the past three years, Apple spent an incremental $11.6B on R&D compared to less than $1B ahead of iPhone and iPad. This compares to minimal incremental spend at top auto makers (ex-Tesla) and $10.2B of incremental spend at Alphabet on far more projects.

## Potential Catalysts

■ Increasing services mix, driven by increased penetration of the user base and new services.

■ Rising iPhone ASPs, strong wearables growth speak to increasing customer engagement and spend and help shift

---

Confidential

# Morgan Stanley | RESEARCH



hardware skewed multiple on Apple's device revenue, implying a roughly 12x P/E, the lower end of where large cap hardware stocks have traded over the last year and significantly below Apple's 10-year average historical P/E.

narrative from product cycles to a platform story

■ Expanding the platform to new industries, for example healthcare, autos or homes, drives "halo effect" across Apple's businesses

■ Expanding points-of-sale, especially in emerging markets like India

## Risks to Achieving Price Target

■ Weak global consumer spending or increased price elasticity on the back of higher priced iPhones

■ Maturing markets, and Android competition in smartphones and tablets

■ Lack of traction with new product categories and/or services limits multiple expansion

■ Carriers lengthening replacement cycles and/or lower subsidies or users replace batteries instead of upgrade

■ Political, regulatory and legal risk as Apple gains profit share in mobile devices and remains dependent on Asian suppliers (i.e. Tariff risk) and consumers to deliver results

Confidential

APL-SECLIT_00001088

# Morgan Stanley | RESEARCH

## Model

UPDATE

**Exhibit 16: Apple Income Statement**

| ($ in millions) | Dec-16 | Mar-17 | Jun-17 | Sep-17 | 2017A | Dec-17 | Mar-18E | Jun-18E | Sep-18E | 2018E | Dec-18 | Mar-19 | Jun-19 | Sep-19 | 2016A | 2017A | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | | | | | | | | | | |
| iPhone | 54,378 | 33,249 | 24,846 | 28,846 | | 61,576 | 38,036 | 29,006 | 34,851 | | 63,369 | 42,107 | 39,208 | 36,756 | 136,700 | 141,319 | 163,469 | 174,334 | 172,613 |
| iPad | 5,533 | 3,889 | 4,969 | 4,831 | | 5,862 | 4,113 | 4,741 | 5,023 | | 5,815 | 4,084 | 4,540 | 4,928 | 20,628 | 19,222 | 19,739 | 19,368 | 17,613 |
| Mac | 7,244 | 5,844 | 5,592 | 7,170 | | 6,895 | 5,848 | 5,330 | 6,729 | | 7,086 | 6,006 | 6,006 | 6,580 | 22,831 | 25,850 | 24,802 | 25,140 | 24,616 |
| Services | 7,172 | 7,041 | 7,266 | 8,501 | | 8,471 | 9,190 | 9,548 | 10,031 | | 10,875 | 11,773 | 12,126 | 12,900 | 24,348 | 29,980 | 37,240 | 47,674 | 60,045 |
| Other Products | 4,024 | 2,873 | 2,735 | 3,231 | | 5,489 | 3,954 | 3,740 | 4,391 | | 6,777 | 5,153 | 5,143 | 5,817 | 11,132 | 12,863 | 17,574 | 22,889 | 27,265 |
| Cost of Sales | 48,175 | 32,305 | 27,920 | 32,648 | | 54,381 | 37,715 | 32,844 | 37,690 | | 58,037 | 41,977 | 35,615 | 40,377 | 131,376 | 141,048 | 162,630 | 176,006 | 180,024 |
| **Gross Profit** | 30,176 | 20,591 | 17,488 | 19,931 | | 33,912 | 23,422 | 20,421 | 23,335 | | 25,885 | 27,140 | 23,759 | 26,605 | 84,263 | 88,186 | 101,090 | 113,389 | 121,729 |
| *Gross Margin* | 38.5% | 38.9% | 38.5% | 37.9% | | 38.4% | 38.3% | 38.3% | 38.2% | | 38.2% | 39.3% | 40.0% | 39.7% | 39.1% | 38.5% | 38.3% | 39.2% | 40.3% |
| **Operating Expenses** | | | | | | | | | | | | | | | | | | | |
| Research and Development | 2,871 | 2,776 | 2,937 | 2,997 | | 3,407 | 3,378 | 3,701 | 3,738 | | 4,320 | 4,078 | 4,216 | 4,253 | 10,045 | 11,581 | 14,224 | 16,867 | 18,225 |
| Selling, General and Administrative | 3,946 | 3,718 | 3,783 | 3,814 | | 4,231 | 4,150 | 4,108 | 4,263 | | 4,978 | 4,700 | 4,691 | 4,823 | 14,194 | 15,261 | 16,752 | 19,191 | 20,380 |
| **Operating Income** | 23,359 | 14,097 | 10,768 | 13,120 | | 26,274 | 15,894 | 12,612 | 15,335 | | 26,587 | 18,362 | 14,853 | 17,529 | 60,024 | 61,344 | 70,115 | 77,330 | 83,123 |
| *PTOP Margin* | 29.8% | 26.7% | 23.7% | 25.0% | | 29.8% | 26.0% | 23.7% | 25.1% | | 28.3% | 26.6% | 25.0% | 26.2% | 27.8% | 26.8% | 26.6% | 26.7% | 27.5% |
| Total Interest & Other Income | 821 | 587 | 540 | 797 | | 756 | 274 | 672 | 305 | | 486 | 558 | 484 | 471 | 1,348 | 2,745 | 2,007 | 2,000 | 1,809 |
| **Pretax Income** | 24,180 | 14,684 | 11,308 | 13,917 | | 27,030 | 16,168 | 13,284 | 15,640 | | 27,073 | 18,921 | 15,337 | 17,999 | 61,372 | 64,089 | 72,122 | 79,330 | 84,933 |
| GAAP Income Tax Provision | 6,289 | 3,655 | 2,591 | 3,203 | | 6,965 | 2,346 | 1,765 | 2,346 | | 4,061 | 2,838 | 2,301 | 2,700 | 15,685 | 15,738 | 13,422 | 11,900 | 12,740 |
| Operating Tax Provision (excl one time tax of) | 6,289 | 3,655 | 2,591 | 3,203 | | 6,965 | 2,346 | 1,765 | 2,346 | | 4,061 | 2,838 | 2,301 | 2,700 | 15,685 | 15,738 | 13,422 | 11,900 | 12,740 |
| *Effective Tax Rate* | 26.0% | 24.9% | 22.9% | 23.0% | | 25.8% | 14.5% | 13.3% | 15.0% | | 15.0% | 15.0% | 15.0% | 15.0% | 25.6% | 24.6% | 18.6% | 15.0% | 15.0% |
| **Operating Net Income** | 17,891 | 11,029 | 8,717 | 10,714 | | 20,065 | 13,822 | 11,519 | 13,294 | | 23,012 | 16,082 | 13,037 | 15,300 | 45,687 | 48,351 | 58,700 | 67,431 | 72,193 |
| *Operating Net Income Margin* | 22.8% | 20.9% | 19.2% | 20.4% | | 22.7% | 22.6% | 21.6% | 21.8% | | 24.5% | 23.3% | 22.0% | 22.8% | 21.2% | 21.1% | 22.3% | 23.3% | 23.9% |
| Total Non-recurring Charges | - | - | - | - | | - | - | - | - | | - | - | - | - | - | - | - | - | - |
| **GAAP Net Income** | 17,891 | 11,029 | 8,717 | 10,714 | | 20,065 | 13,822 | 11,519 | 13,294 | | 23,012 | 16,082 | 13,037 | 15,300 | 45,687 | 48,351 | 58,700 | 67,431 | 72,193 |
| **Fully-Diluted EPS** | | | | | | | | | | | | | | | | | | | |
| EPS - ModelWare | $3.36 | $2.10 | $1.67 | $2.07 | | $3.89 | $2.73 | $2.34 | $2.75 | | $4.86 | $3.47 | $2.87 | $3.44 | $8.31 | $9.21 | $11.75 | $14.69 | $17.11 |
| EPS - Reported | $3.36 | $2.10 | $1.67 | $2.07 | | $3.89 | $2.73 | $2.34 | $2.75 | | $4.86 | $3.47 | $2.87 | $3.44 | $8.31 | $9.21 | $11.75 | $14.69 | $17.11 |
| EPS - ModelWare excl. Stock Option Expense | $3.59 | $2.33 | $1.89 | $2.29 | | $4.14 | $2.99 | $2.61 | $3.03 | | $5.15 | $3.81 | $3.21 | $3.77 | $9.07 | $10.13 | $12.81 | $16.00 | $18.49 |
| Dividend Payment | 3,130 | 3,004 | 3,065 | 3,270 | | 3,339 | 3,190 | 3,653 | 3,630 | | 3,553 | 3,380 | 3,697 | 3,562 | 12,150 | 12,769 | 13,712 | 14,192 | 14,320 |
| Dividend Per Share | $0.59 | $0.57 | $0.65 | $0.64 | | $0.65 | $0.63 | $0.63 | $0.73 | | $0.74 | $0.74 | $0.74 | $0.81 | $2.22 | $2.45 | $2.77 | $3.12 | $3.44 |
| Period Ending Outstanding Shares | 5,255.4 | 5,205.8 | 5,169.8 | 5,126.2 | | 5,081.7 | 4,943.3 | 4,842.9 | 4,740.4 | | 4,639.7 | 4,540.7 | 4,443.5 | 4,348.2 | 5,336.2 | 5,126.2 | 4,740.4 | 4,348.2 | 3,988.1 |
| Avg Shares (Basic) | 5,298.7 | 5,225.8 | 5,195.1 | 5,149.4 | | 5,112.9 | 5,024.9 | 4,882.2 | 4,791.7 | | 4,690.1 | 4,590.2 | 4,492.5 | 4,395.8 | 5,470.8 | 5,217.2 | 4,852.9 | 4,452.0 | 4,166.3 |
| Avg Shares (Fully Diluted) | 5,328.0 | 5,261.7 | 5,233.5 | 5,183.6 | | 5,157.8 | 5,068.5 | 4,926.6 | 4,838.3 | | 4,737.7 | 4,638.7 | 4,541.6 | 4,446.4 | 5,500.3 | 5,251.7 | 4,997.8 | 4,591.1 | 4,219.4 |

Fiscal Year

Source: Company Data, Morgan Stanley Research

Confidential

APL-SECLIT_00001089

# Morgan Stanley | RESEARCH

UPDATE

**Exhibit 17:** Apple Income Statement Analysis

*($ in millions)*

| | 2017A Dec-16 | Mar-17 | Jun-17 | Sep-17 | 2018E Dec-17 | Mar-18 | Jun-18 | Sep-18 | 2019E Dec-18 | Mar-19 | Jun-19 | Sep-19 | Fiscal Year 2016A | 2017A | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Margin Analysis** | | | | | | | | | | | | | | | | | |
| Gross Margin | 38.5% | 38.9% | 38.5% | 37.9% | 38.4% | 38.3% | 38.3% | 38.2% | 38.2% | 39.3% | 40.0% | 39.7% | 39.1% | 38.5% | 38.3% | 39.2% | 40.3% |
| iPhone | 39.3% | 39.5% | 38.5% | 37.3% | 38.4% | 37.2% | 36.7% | 36.8% | 37.2% | 37.2% | 37.5% | 37.5% | 41.1% | 38.8% | 37.5% | 37.3% | 37.5% |
| iPad | 24.5% | 24.0% | 24.5% | 24.5% | 25.0% | 24.0% | 24.0% | 24.5% | 25.0% | 25.0% | 25.0% | 25.0% | 23.6% | 24.6% | 24.4% | 25.0% | 25.0% |
| Mac | 24.5% | 24.0% | 24.5% | 25.0% | 25.0% | 24.0% | 24.0% | 24.5% | 25.0% | 25.0% | 25.0% | 25.0% | 23.9% | 24.6% | 24.6% | 25.0% | 25.0% |
| Services | 56.0% | 57.0% | 58.5% | 58.5% | 58.5% | 58.5% | 58.5% | 59.0% | 59.3% | 59.0% | 59.5% | 59.5% | 56.1% | 58.0% | 58.6% | 59.3% | 59.9% |
| Other Products | 38.3% | 38.6% | 38.6% | 38.3% | 38.7% | 38.1% | 38.8% | 39.0% | 39.0% | 39.0% | 39.0% | 39.0% | 37.4% | 38.4% | 38.6% | 39.0% | 39.0% |
| R&D | 3.7% | 5.2% | 6.5% | 5.7% | 3.9% | 5.5% | 6.9% | 6.1% | 4.6% | 5.9% | 7.1% | 6.4% | 4.7% | 5.1% | 5.4% | 5.8% | 6.0% |
| SG&A | 5.0% | 7.0% | 8.3% | 7.3% | 4.8% | 6.8% | 7.7% | 7.2% | 5.3% | 6.8% | 7.9% | 7.2% | 6.6% | 6.7% | 6.4% | 6.6% | 6.8% |
| Operating Expenses | 8.7% | 12.3% | 14.8% | 13.0% | 8.7% | 12.3% | 14.7% | 13.1% | 9.9% | 12.7% | 15.0% | 13.6% | 11.2% | 11.7% | 11.7% | 12.5% | 12.8% |
| EBITDA Margin | 29.8% | 26.6% | 23.8% | 25.1% | 29.8% | 26.2% | 23.6% | 25.4% | 28.3% | 26.6% | 25.0% | 26.1% | 32.1% | 31.2% | 31.1% | 30.8% | 32.2% |
| Pretax Margin | 29.8% | 26.6% | 23.8% | 25.5% | 29.8% | 26.4% | 24.9% | 25.6% | 28.8% | 27.4% | 25.8% | 26.9% | 27.8% | 26.8% | 26.8% | 26.7% | 27.5% |
| Net Income | 22.8% | 20.9% | 19.2% | 20.4% | 22.7% | 22.6% | 21.6% | 21.8% | 24.5% | 23.3% | 22.0% | 22.8% | 28.5% | 28.0% | 27.3% | 27.4% | 28.1% |
| | | | | | | | | | | | | | | | | | 23.9% |
| **Year-Over-Year Growth (%)** | | | | | | | | | | | | | | | | | |
| Revenue | 5% | 5% | 7% | 12% | 13% | 16% | 17% | 16% | 6% | 13% | 11% | 10% | -8% | 6% | 15% | 10% | 4% |
| iPhone | 5% | 1% | 3% | 3% | 13% | 14% | 20% | 21% | 5% | -1% | -4% | -2% | -12% | 3% | 16% | 6% | -1% |
| iPad | -22% | -12% | 2% | 14% | 6% | 6% | -5% | 4% | -1% | 1% | -4% | -2% | -11% | -7% | 3% | -4% | -9% |
| Mac | 7% | 14% | 7% | 25% | -5% | -5% | -5% | -8% | 3% | 3% | 3% | 3% | -10% | 13% | -4% | 1% | -2% |
| Services | 18% | 18% | 22% | 34% | 18% | 31% | 31% | 25% | 28% | 28% | 27% | 28% | 22% | 23% | 26% | 26% | 26% |
| Other Products | -8% | 11% | 23% | 36% | 36% | 37% | 37% | 36% | 30% | 30% | 38% | 32% | 11% | 16% | 37% | 32% | 19% |
| Gross Margin | -1% | -3% | 1% | 12% | 12% | 14% | 17% | 17% | 6% | 16% | 16% | 14% | -10% | 5% | 15% | 12% | 7% |
| iPhone | -4% | -3% | 3% | -2% | 11% | 8% | 15% | 19% | 0% | -1% | -3% | 0% | -16% | -5% | 12% | 5% | -1% |
| iPad | 10% | -10% | -6% | 11% | 8% | -3% | -7% | -9% | 0% | 3% | -4% | -2% | -15% | -4% | 3% | -4% | -9% |
| Mac | 10% | 14% | 6% | 33% | -3% | -3% | -9% | -8% | 3% | 3% | 3% | 3% | -12% | 6% | -5% | 1% | -2% |
| Services | 24% | 20% | 26% | 39% | 19% | 34% | 31% | 19% | 30% | 29% | 25% | 27% | 22% | 17% | 27% | 30% | 27% |
| Other Products | -4% | -38% | 28% | 36% | 36% | 36% | 37% | 37% | 27% | 33% | 38% | 32% | 19% | 19% | 37% | 31% | 27% |
| R&D | 19% | 11% | 11% | 10% | 19% | 12% | 12% | 17% | 25% | 13% | 13% | 15% | 25% | 17% | 23% | 19% | 6% |
| SG&A | 3% | 9% | 9% | 12% | 7% | 16% | 16% | 16% | 22% | 13% | 13% | 13% | -1% | 8% | 19% | 15% | 6% |
| Operating Expenses | 9% | 9% | 10% | 17% | 12% | 12% | 14% | 16% | 18% | 13% | 13% | 14% | 8% | 8% | 19% | 16% | 6% |
| PTOP Margin | -3% | 1% | 0% | 10% | 10% | 10% | 17% | 12% | 0% | 16% | 17% | 15% | -16% | 2% | 8% | 15% | 7% |
| Pretax Margin | -2% | 4% | 4% | 8% | 12% | 12% | 17% | 12% | 0% | 17% | 17% | 15% | -15% | 4% | 13% | 10% | 7% |
| Net Income | 2% | 5% | 12% | 19% | 12% | 30% | 32% | 24% | 25% | 16% | 15% | 15% | -14% | 6% | 21% | 10% | 7% |
| Model/Ware EPS | -2% | 10% | 17% | 24% | 16% | 35% | 40% | 33% | 25% | 27% | 27% | 25% | -10% | 11% | 28% | 25% | 16% |
| **Sequential Growth (%)** | | | | | | | | | | | | | | | | | |
| Revenue | 67% | -32% | -14% | 16% | 68% | -31% | -13% | -13% | 54% | -26% | -14% | 13% | | | | | |
| iPhone | 93% | -38% | -25% | 16% | 113% | -38% | -21% | -21% | 82% | -34% | -24% | 15% | | | | | |
| iPad | 30% | -30% | 2% | 28% | 21% | 6% | 15% | -6% | 16% | -1% | 11% | 9% | | | | | |
| Mac | 26% | -19% | 2% | 4% | -3% | -9% | -6% | -9% | 5% | -3% | -6% | -9% | | | | | |
| Services | 13% | -5% | 4% | 28% | 17% | -2% | -8% | 5% | 8% | -6% | -15% | 20% | | | | | |
| Other Products | 70% | -23% | -5% | 18% | 70% | -28% | -5% | -8% | 54% | -31% | -19% | 13% | | | | | |
| Gross Margin | 69% | -32% | -15% | 14% | 70% | -31% | -13% | -14% | 54% | -24% | -12% | 12% | | | | | |
| iPhone | 94% | -36% | -24% | 12% | 120% | -40% | -23% | -20% | 84% | -34% | -30% | 15% | | | | | |
| iPad | 36% | -31% | 3% | 28% | 24% | 2% | 15% | -8% | 18% | -1% | 11% | 9% | | | | | |
| Mac | 32% | -30% | 0% | 28% | 1% | -9% | -6% | -9% | 7% | -3% | -6% | -9% | | | | | |
| Services | 70% | -4% | 6% | 38% | 24% | -1% | -7% | 8% | 18% | -8% | -4% | 20% | | | | | |
| Other Products | 70% | -28% | -5% | 17% | 72% | -19% | 0% | -9% | 54% | -24% | 0% | 13% | | | | | |
| R&D | 12% | -3% | -6% | 2% | 0% | -4% | -1% | 10% | 16% | -6% | 3% | 3% | | | | | |
| SG&A | 13% | -6% | -5% | 1% | 14% | -1% | -1% | 1% | 16% | -6% | 1% | 2% | | | | | |
| Operating Expenses | 13% | -5% | -5% | 1% | 12% | -4% | -1% | 4% | 16% | -6% | 2% | 2% | | | | | |
| PTOP Margin | 99% | -40% | -24% | 22% | 100% | -40% | -21% | -18% | 73% | -31% | -19% | 18% | | | | | |
| Pretax Margin | 98% | -38% | -25% | 23% | 94% | -18% | -18% | -30% | 73% | -30% | -19% | 17% | | | | | |
| Net Income | 98% | -38% | -23% | 23% | 87% | -18% | 12% | -30% | 73% | -30% | -30% | 17% | | | | | |
| Model/Ware EPS | 101% | -38% | -21% | 24% | 88% | -14% | -14% | -30% | 77% | -29% | -17% | 20% | | | | | |
| **Revenue Mix** | | | | | | | | | | | | | | | | | |
| iPhone | 69% | 63% | 55% | 55% | 70% | 62% | 56% | 57% | 67% | 61% | 54% | 55% | 63% | 62% | 62% | 60% | 57% |
| iPad | 7% | 7% | 11% | 9% | 7% | 9% | 9% | 8% | 6% | 6% | 9% | 7% | 10% | 7% | 7% | 7% | 6% |
| Mac | 9% | 9% | 12% | 14% | 8% | 10% | 10% | 10% | 8% | 9% | 9% | 9% | 11% | 11% | 9% | 9% | 8% |
| Services | 9% | 13% | 15% | 16% | 9% | 15% | 18% | 16% | 12% | 17% | 20% | 19% | 11% | 13% | 14% | 16% | 20% |
| Other Products | 5% | 5% | 6% | 6% | 6% | 6% | 7% | 8% | 7% | 7% | 9% | 9% | 5% | 6% | 7% | 8% | 9% |

Source: Company Data, Morgan Stanley Research

APL-SECLIT_00001090

Confidential

UPDATE

# Morgan Stanley | RESEARCH

**Exhibit 18:** Apple Balance Sheet

| ($ in millions) | 2017A Dec-16 | Mar-17 | Jun-17 | Sep-17 | 2018E Dec-17 | Mar-18 | Jun-18 | Sep-18 | 2019E Dec-18 | Mar-19 | Jun-19 | Sep-19 | 2016A | 2017A | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | | | | | | | | |
| **Current Assets:** | | | | | | | | | | | | | | | | | |
| Cash and cash equivalents | 16,371 | 15,157 | 18,571 | 20,289 | 27,491 | 45,059 | 31,971 | 24,573 | 34,513 | 66,267 | 60,118 | 50,936 | 20,484 | 20,289 | 24,573 | 50,936 | 82,195 |
| Short-term investments | 229,719 | 241,684 | 242,945 | 248,606 | 257,606 | 222,167 | 211,772 | 211,772 | 211,772 | 161,772 | 161,772 | 161,772 | 217,101 | 248,606 | 211,772 | 161,772 | 111,772 |
| Accounts receivable | 14,057 | 11,579 | 12,399 | 17,874 | 23,440 | 14,324 | 14,104 | 19,236 | 26,089 | 18,998 | 15,489 | 21,842 | 15,754 | 17,874 | 19,236 | 21,842 | 22,117 |
| Inventories | 2,712 | 2,910 | 3,146 | 4,855 | 4,421 | 7,662 | 5,936 | 6,145 | 7,738 | 4,613 | 3,484 | 3,511 | 2,132 | 4,855 | 6,145 | 3,511 | 3,607 |
| Deferred tax assets | 5,546 | 5,546 | 5,546 | 5,546 | 5,546 | 5,546 | 5,546 | 5,546 | 5,546 | 5,546 | 5,546 | 5,546 | 5,546 | 5,546 | 5,546 | 5,546 | 5,546 |
| Other current assets | 20,565 | 14,654 | 15,025 | 26,189 | 33,250 | 14,581 | 19,205 | 25,631 | 28,909 | 17,451 | 19,205 | 25,631 | 16,282 | 26,189 | 25,631 | 25,631 | 26,434 |
| Total Current Assets | 288,970 | 291,730 | 297,632 | 323,359 | 351,754 | 309,339 | 288,534 | 292,904 | 314,568 | 274,637 | 265,614 | 269,238 | 277,299 | 323,359 | 292,904 | 269,238 | 253,671 |
| Property, Plant & Equipment, net | 26,510 | 27,163 | 29,286 | 33,783 | 33,679 | 35,077 | 38,117 | 38,413 | 39,079 | 40,145 | 41,107 | 42,666 | 27,010 | 33,783 | 38,413 | 42,666 | 46,682 |
| Acquired Intangible Assets | 8,271 | 8,090 | 8,105 | 8,015 | 8,038 | 8,667 | 8,494 | 8,496 | 8,510 | 8,524 | 8,540 | 8,556 | 8,620 | 8,015 | 8,496 | 8,556 | 8,628 |
| Other assets | 7,390 | 7,549 | 10,150 | 10,162 | 13,323 | 14,359 | 14,062 | 14,227 | 13,989 | 15,119 | 14,765 | 14,938 | 8,757 | 10,162 | 14,227 | 14,938 | 15,685 |
| Non-current debt and equity inv. | | | | | | 14,389 | 14,062 | | | | | | | | | | |
| Total Fixed Assets | 42,171 | 42,802 | 47,541 | 51,960 | 55,040 | 58,163 | 60,663 | 61,137 | 61,579 | 63,789 | 64,412 | 66,160 | 44,387 | 51,960 | 61,137 | 66,160 | 70,995 |
| Total Assets | 331,141 | 334,532 | 345,173 | 375,319 | 406,794 | 367,502 | 349,197 | 354,040 | 376,146 | 338,426 | 330,027 | 335,397 | 321,686 | 375,319 | 354,040 | 335,397 | 324,666 |
| **Liabilities** | | | | | | | | | | | | | | | | | |
| **Current Liabilities:** | | | | | | | | | | | | | | | | | |
| Accounts payable | 38,510 | 28,573 | 31,915 | 49,049 | 62,985 | 34,311 | 38,489 | 47,113 | 66,420 | 38,748 | 41,035 | 49,593 | 37,294 | 49,049 | 47,113 | 49,593 | 51,853 |
| Accrued expenses | 31,628 | 30,778 | 30,912 | 33,292 | 34,325 | 34,531 | 32,587 | 37,566 | 39,061 | 34,668 | 33,258 | 36,914 | 30,107 | 33,292 | 37,566 | 36,914 | 39,832 |
| Current Debt | 13,992 | 13,991 | 18,475 | 18,473 | 18,478 | 20,478 | 20,478 | 17,472 | 17,472 | 17,472 | 17,472 | 17,472 | 11,605 | 18,473 | 17,472 | 17,472 | 17,472 |
| Other current liabilities | | | | | | | | | | | | | | | | | |
| Total Current Liabilities | 84,130 | 73,342 | 81,302 | 100,814 | 115,788 | 89,320 | 88,548 | 102,151 | 122,953 | 91,088 | 91,765 | 103,979 | 79,006 | 100,814 | 102,151 | 103,979 | 109,157 |
| **Non-Current Liabilities:** | | | | | | | | | | | | | | | | | |
| Long-term debt | 73,557 | 84,531 | 89,864 | 97,207 | 103,922 | 101,362 | 97,128 | 97,128 | 97,128 | 97,128 | 97,128 | 97,128 | 75,427 | 97,207 | 97,128 | 97,128 | 97,128 |
| Deferred revenue - non-current | 3,163 | 3,107 | 2,984 | 2,836 | 3,131 | 3,087 | 2,878 | 2,917 | 3,267 | 3,040 | 3,006 | 2,880 | 2,930 | 2,836 | 2,917 | 2,880 | 2,966 |
| Deferred tax liabilities | 37,051 | 38,620 | 37,748 | 39,565 | 42,904 | 46,005 | 44,844 | 44,844 | 44,844 | 44,844 | 44,844 | 44,844 | 35,224 | 39,565 | 44,844 | 44,844 | 44,844 |
| Other non-current liabilities | 850 | 850 | 850 | 850 | 850 | 850 | 850 | 850 | 850 | 850 | 850 | 850 | 850 | 850 | 850 | 850 | 850 |
| Total Non-Current Liabilities | 114,621 | 127,108 | 131,446 | 140,458 | 150,807 | 151,304 | 145,700 | 145,739 | 146,089 | 145,862 | 145,828 | 145,702 | 114,431 | 140,458 | 145,739 | 145,702 | 145,788 |
| Total Liabilities | 198,751 | 200,450 | 212,748 | 241,272 | 266,595 | 240,624 | 234,248 | 247,890 | 269,042 | 236,950 | 237,593 | 249,681 | 193,437 | 241,272 | 247,890 | 249,681 | 254,945 |
| Series A preferred stock | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Shareholder's Equity | 132,390 | 134,082 | 132,425 | 134,047 | 140,199 | 126,878 | 114,949 | 106,151 | 107,104 | 101,476 | 92,434 | 85,716 | 128,249 | 134,047 | 106,151 | 85,716 | 69,722 |
| Total Liabilities and Shareholde | 331,141 | 334,532 | 345,173 | 375,319 | 406,794 | 367,502 | 349,197 | 354,040 | 376,146 | 338,426 | 330,027 | 335,397 | 321,686 | 375,319 | 354,040 | 335,397 | 324,666 |

Source: Company Data, Morgan Stanley Research

APL-SECLIT_00001091

Confidential

# Morgan Stanley | RESEARCH

**UPDATE**

**Exhibit 19:** Apple Cash Flow Statement

($ in millions)

Note: Column groupings — "2017A" spans Mar-17 / Jun-17 / Sep-17; "2018E" spans Mar-18 / Jun-18 / Sep-18; "2019E" spans Mar-19 / Jun-19 / Sep-19.

| Cash Flow Statement (Non Cumulative) | Dec-16 | Mar-17 | Jun-17 | Sep-17 | Dec-17 | Mar-18 | Jun-18 | Sep-18 | Dec-18 | Mar-19 | Jun-19 | Sep-19 | 2016A | 2017A | 2018A | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating activities:** | | | | | | | | | | | | | | | | | |
| Net Income / (Loss) | 17,891 | 11,029 | 8,717 | 10,714 | 20,065 | 13,822 | 11,519 | 13,294 | 23,012 | 16,082 | 13,037 | 15,300 | 45,687 | 48,351 | 58,700 | 67,431 | 72,193 |
| Cumulative effect of accounting change | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Adjustments to reconcile net income: | | | | | | | | | | | | | | | | | |
| Depreciation & Amortization | 2,987 | 2,332 | 2,354 | 2,484 | 2,745 | 2,739 | 2,665 | 3,875 | 3,106 | 2,836 | 2,875 | 2,974 | 10,505 | 10,157 | 12,024 | 11,791 | 13,950 |
| Stock based compensation expense | 1,256 | 1,217 | 1,193 | 1,174 | 1,296 | 1,348 | 1,351 | 1,343 | 1,409 | 1,590 | 1,544 | 1,474 | 4,210 | 4,840 | 5,338 | 6,016 | 5,824 |
| Provision for (benefit from) deferred inc | 1,452 | 1,370 | 1,942 | 1,202 | (33,737) | (498) | 1,126 | - | - | - | - | - | 4,938 | 5,966 | (33,109) | - | - |
| Gain on non-current investments, net | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Gain on short-term investments, net | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Unrealized loss on conv. securities | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Loss on sale of PP&E | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Non-cash restructuring | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| In-Process R&D | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Tax benefit from ESO | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Changes in Operating Assets and Liabilities:** | | | | | | | | | | | | | | | | | |
| Accounts receivable | 1,697 | 2,466 | (802) | (5,444) | (5,570) | 9,093 | 233 | (5,132) | (6,853) | 7,101 | 3,489 | (6,353) | 1,095 | (2,083) | (1,376) | (2,605) | (275) |
| Inventories | (580) | (198) | (226) | (1,709) | 434 | (3,241) | 1,693 | (209) | (1,560) | 3,125 | 1,129 | (27) | 217 | (2,723) | (1,323) | 2,634 | (96) |
| Other current assets | (1,446) | 550 | (2,333) | (2,069) | (197) | (856) | 988 | (6,426) | (3,276) | 11,468 | (1,754) | (6,426) | (51) | (5,318) | (6,491) | (711) | (2,803) |
| Other assets | (375) | 4,887 | (1,200) | (7,566) | (9,660) | 19,375 | (4,179) | (165) | 238 | (1,130) | 354 | (173) | 1,090 | (4,254) | 5,371 | (747) | (747) |
| Accounts payable | 2,460 | (9,322) | 1,650 | 14,830 | 14,588 | (27,808) | 2,081 | 8,624 | 19,307 | (27,672) | 2,286 | 8,559 | 1,791 | 9,618 | (2,515) | 2,480 | 2,260 |
| Deferred revenue | 42 | (263) | (197) | (208) | 791 | (313) | (581) | 39 | 350 | (227) | (33) | 128 | (1,554) | (626) | (64) | (37) | 86 |
| Accrued restructuring costs | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other current liabilities | 1,672 | (1,565) | (2,725) | 2,298 | 1,469 | 256 | (2,054) | (2,408) | 1,485 | (4,193) | (1,610) | 3,656 | (2,104) | (320) | 41,578 | (652) | 2,918 |
| Deferred tax liabilities | - | - | - | - | 37,538 | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net Cash Provided by Operating Activities** | 27,056 | 12,523 | 8,363 | 15,656 | 28,293 | 15,130 | 14,488 | 20,221 | 37,192 | 8,971 | 21,327 | 18,857 | 65,824 | 63,598 | 78,132 | 86,346 | 93,309 |
| **Investing activities:** | | | | | | | | | | | | | | | | | |
| Purchase of short-term investments | (54,272) | (45,549) | (23,960) | (35,705) | (41,272) | (7,177) | (7,684) | - | - | - | - | - | (142,428) | (159,486) | (56,133) | - | - |
| Proceeds from maturities of short-term in | 6,525 | 5,904 | 6,918 | 12,428 | 14,048 | 17,836 | 14,405 | - | - | 50,000 | - | - | 21,258 | 31,775 | 46,290 | 50,000 | 50,000 |
| Proceeds from sales of short-term investm | 32,166 | 28,288 | 16,293 | 17,817 | 16,801 | 22,141 | 2,672 | - | - | - | - | - | 90,536 | 94,564 | 41,614 | - | - |
| Purchases of long-term investments | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Net Proceeds from sale of PP&E | - | - | - | 281 | 327 | - | 1 | - | - | - | - | - | - | 281 | 423 | 312 | 309 |
| Purchase of PP&E | (3,334) | (2,975) | (2,277) | (3,865) | (2,810) | (4,195) | (3,267) | (4,176) | (3,779) | (3,914) | (3,860) | (4,560) | (12,734) | (12,451) | (14,448) | (16,113) | (18,126) |
| Cash paid for acquisition of technology | (103) | (90) | (351) | 200 | (154) | (151) | (126) | (126) | (126) | (126) | (126) | (126) | (2,499) | (344) | (557) | (504) | (504) |
| Proceeds from sale of ARM shares | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | (104) | 220 | 197 | (817) | (203) | 256 | (2,054) | - | - | - | - | - | (110) | (504) | (2,001) | - | - |
| **Net cash used in investing activities** | (19,122) | (14,202) | (3,180) | (9,942) | (13,590) | 28,710 | 3,947 | (4,184) | (3,786) | 46,084 | (3,852) | (4,548) | (45,977) | (46,446) | 14,883 | 33,697 | 31,962 |
| **Financing activities:** | | | | | | | | | | | | | | | | | |
| Proceeds from issuance of common stock | 178 | 1 | 309 | 93 | 281 | - | - | 95 | 86 | 80 | 75 | 71 | 495 | 555 | 669 | 312 | 309 |
| Excess tax benefits from stock-based com | - | 47 | 309 | 93 | - | - | - | - | - | - | - | - | 407 | 627 | - | - | - |
| Taxes paid related to net share settlement | (629) | (159) | (858) | (228) | (1,038) | (152) | (1,077) | (260) | (1,570) | - | - | - | (1,570) | (1,874) | (2,267) | - | - |
| Dividends and dividend equivalent rights p | (3,130) | (3,004) | (3,365) | (3,270) | (3,339) | (3,190) | (3,653) | (3,530) | (3,553) | (3,380) | (3,697) | (3,562) | (12,150) | (12,769) | (13,712) | (14,192) | (14,320) |
| Repurchase of common stock | (10,851) | (10,975) | (10,750) | (6,937) | (10,095) | (22,756) | (20,783) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (29,722) | (32,900) | (73,634) | (80,000) | (80,000) |
| Increase (decrease) in long-term borrowing | 2,385 | 10,750 | 6,937 | 14 | 6,971 | - | (6,000) | - | - | - | - | - | 22,454 | 28,662 | 469 | - | - |
| Increase (decrease) in notes payable to be | (397) | (500) | (1,513) | (14) | (11) | (502) | - | - | - | - | - | - | (397) | 352 | (37) | - | - |
| **Net Cash used in Financing Activities** | (12,047) | 465 | (1,769) | (3,996) | (7,501) | (26,272) | (31,503) | (23,435) | (23,467) | (23,301) | (23,622) | (23,491) | (20,483) | (17,347) | (87,876) | (93,881) | (94,011) |
| **Increase/(decrease) in Cash and Cash Eq** | (4,113) | (1,214) | 3,414 | 1,718 | 7,202 | 17,568 | (13,068) | (7,398) | 9,940 | 31,754 | (6,148) | (9,183) | (638) | (195) | 4,264 | 26,363 | 31,259 |
| Adjustments for restatements | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Cash and Cash Equivalents at Beginning of | 20,484 | 16,371 | 15,157 | 18,571 | 20,289 | 27,491 | 45,059 | 31,971 | 24,573 | 34,513 | 66,267 | 60,118 | 21,120 | 20,484 | 20,289 | 24,573 | 50,936 |
| Cash and Cash Equivalents at End of Peri | 16,371 | 15,157 | 18,571 | 20,289 | 27,491 | 45,059 | 31,971 | 24,573 | 34,513 | 66,267 | 60,118 | 50,936 | 20,484 | 20,289 | 24,573 | 50,936 | 82,195 |

Source: Company Data, Morgan Stanley Research

Confidential

APL-SECLIT_00001092

**Morgan Stanley** | RESEARCH



# Disclosure Section

The information and opinions in Morgan Stanley Research were prepared by Morgan Stanley & Co. LLC, and/or Morgan Stanley C.T.V.M. S.A., and/or Morgan Stanley Mexico, Casa de Bolsa, S.A. de C.V., and/or Morgan Stanley Canada Limited. As used in this disclosure section, "Morgan Stanley" includes Morgan Stanley & Co. LLC, Morgan Stanley C.T.V.M. S.A., Morgan Stanley Mexico, Casa de Bolsa, S.A. de C.V., Morgan Stanley Canada Limited and their affiliates as necessary.

For important disclosures, stock price charts and equity rating histories regarding companies that are the subject of this report, please see the Morgan Stanley Research Disclosure Website at www.morganstanley.com/researchdisclosures, or contact your investment representative or Morgan Stanley Research at 1585 Broadway, (Attention: Research Management), New York, NY, 10036 USA.

For valuation methodology and risks associated with any recommendation, rating or price target referenced in this research report, please contact the Client Support Team as follows: US/Canada +1 800 303-2495; Hong Kong +852 2848-5999; Latin America +1 718 754-5444 (U.S.); London +44 (0)20-7425-8169; Singapore +65 6834-6860; Sydney +61 (0)2-9770-1505; Tokyo +81 (0)3-6836-9000. Alternatively you may contact your investment representative or Morgan Stanley Research at 1585 Broadway, (Attention: Research Management), New York, NY 10036 USA.

## Analyst Certification

The following analysts hereby certify that their views about the companies and their securities discussed in this report are accurately expressed and that they have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report: Katy L. Huberty, CFA.

Unless otherwise stated, the individuals listed on the cover page of this report are research analysts.

## Global Research Conflict Management Policy

Morgan Stanley Research has been published in accordance with our conflict management policy, which is available at www.morganstanley.com/institutional/research/conflictpolicies.

## Important US Regulatory Disclosures on Subject Companies

As of September 28, 2018, Morgan Stanley beneficially owned 1% or more of a class of common equity securities of the following companies covered in Morgan Stanley Research: **Apple, Inc.**, Electronics for Imaging Inc, GoPro Inc, IBM, Nutanix Inc, Pure Storage Inc, Xerox Corp.

Within the last 12 months, Morgan Stanley managed or co-managed a public offering (or 144A offering) of securities of **Apple, Inc.**, Hewlett Packard Enterprise, Nutanix Inc, Pure Storage Inc, Sonos Inc..

Within the last 12 months, Morgan Stanley has received compensation for investment banking services from **Apple, Inc.**, CDW Corporation, Hewlett Packard Enterprise, HP Inc., NetApp Inc, Nutanix Inc, Pure Storage Inc, Sonos Inc., Xerox Corp.

In the next 3 months, Morgan Stanley expects to receive or intends to seek compensation for investment banking services from **Apple, Inc.**, CDW Corporation, Electronics for Imaging Inc, Fitbit Inc, Garmin Ltd, GoPro Inc, Hewlett Packard Enterprise, HP Inc., IBM, NCR Corp., NetApp Inc, Nutanix Inc, Pure Storage Inc, Seagate Technology, Sonos Inc., Teradata, Xerox Corp.

Within the last 12 months, Morgan Stanley has received compensation for products and services other than investment banking services from **Apple, Inc.**, CDW Corporation, Electronics for Imaging Inc, Fitbit Inc, Hewlett Packard Enterprise, HP Inc., IBM, NCR Corp., NetApp Inc, Seagate Technology, Xerox Corp.

Within the last 12 months, Morgan Stanley has provided or is providing investment banking services to, or has an investment banking client relationship with, the following company: **Apple, Inc.**, CDW Corporation, Electronics for Imaging Inc, Fitbit Inc, Garmin Ltd, GoPro Inc, Hewlett Packard Enterprise, HP Inc., IBM, NCR Corp., NetApp Inc, Nutanix Inc, Pure Storage Inc, Seagate Technology, Sonos Inc., Teradata, Xerox Corp.

Within the last 12 months, Morgan Stanley has either provided or is providing non-investment banking, securities-related services to and/or in the past has entered into an agreement to provide services or has a client relationship with the following company: **Apple, Inc.**, CDW Corporation, Electronics for Imaging Inc, Fitbit Inc, Garmin Ltd, GoPro Inc, Hewlett Packard Enterprise, HP Inc., IBM, NCR Corp., NetApp Inc, Nutanix Inc, Pure Storage Inc, Seagate Technology, Xerox Corp.

An employee, director or consultant of Morgan Stanley is a director of IBM. This person is not a research analyst or a member of a research analyst's household.

Morgan Stanley & Co. LLC makes a market in the securities of **Apple, Inc.**, CDW Corporation, Electronics for Imaging Inc, Fitbit Inc, Garmin Ltd, GoPro Inc, Hewlett Packard Enterprise, HP Inc., IBM, NCR Corp., NetApp Inc, Pure Storage Inc, Seagate Technology, Sonos Inc., Teradata, Xerox Corp.

The equity research analysts or strategists principally responsible for the preparation of Morgan Stanley Research have received compensation based upon various factors, including quality of research, investor client feedback, stock picking, competitive factors, firm revenues and overall investment banking revenues. Equity Research analysts' or strategists' compensation is not linked to investment banking or capital markets transactions performed by Morgan Stanley or the profitability or revenues of particular trading desks.

Morgan Stanley and its affiliates do business that relates to companies/instruments covered in Morgan Stanley Research, including market making, providing liquidity, fund management, commercial banking, extension of credit, investment services and investment banking. Morgan Stanley sells to and buys from customers the securities/instruments of companies covered in Morgan Stanley Research on a principal basis. Morgan Stanley may have a position in the debt of the Company or instruments discussed in this report. Morgan Stanley trades or may trade as principal in the debt securities (or in related derivatives) that are the subject of the debt research report.

Certain disclosures listed above are also for compliance with applicable regulations in non-US jurisdictions.

## STOCK RATINGS

Morgan Stanley uses a relative rating system using terms such as Overweight, Equal-weight, Not-Rated or Underweight (see definitions below). Morgan Stanley does not assign ratings of Buy, Hold or Sell to the stocks we cover. Overweight, Equal-weight, Not-Rated and Underweight are not the equivalent of buy, hold and sell. Investors should carefully read the definitions of all ratings used in Morgan Stanley Research. In addition, since Morgan Stanley Research contains more complete information concerning the analyst's views, investors should carefully read Morgan Stanley Research, in its entirety, and not infer the contents from the rating alone. In any case, ratings (or research) should not be used or relied upon as investment advice. An investor's decision to buy or sell a stock should depend on individual circumstances (such as the investor's existing holdings) and other considerations.

## Global Stock Ratings Distribution

(as of September 30, 2018)

The Stock Ratings described below apply to Morgan Stanley's Fundamental Equity Research and do not apply to Debt Research produced by the Firm.

For disclosure purposes only (in accordance with NASD and NYSE requirements), we include the category headings of Buy, Hold, and Sell alongside our ratings of Overweight, Equal-weight, Not-Rated and Underweight. Morgan Stanley does not assign ratings of Buy, Hold or Sell to the stocks we cover. Overweight, Equal-weight, Not-Rated and Underweight are not the equivalent of buy, hold, and sell but represent recommended relative weightings (see definitions below). To satisfy regulatory requirements, we correspond Overweight, our most positive stock rating, with a buy recommendation; we correspond Equal-weight and Not-Rated to hold and Underweight to sell recommendations, respectively.

Confidential

**Morgan Stanley** | RESEARCH                                  

| STOCK RATING CATEGORY | COVERAGE UNIVERSE | | INVESTMENT BANKING CLIENTS (IBC) | | | OTHER MATERIAL INVESTMENT SERVICES CLIENTS (MISC) | |
|---|---|---|---|---|---|---|---|
| | COUNT | % OF TOTAL | COUNT | % OF TOTAL IBC | % OF RATING CATEGORY | COUNT | % OF TOTAL OTHER MISC |
| Overweight/Buy | 1178 | 37% | 308 | 42% | 26% | 562 | 40% |
| Equal-weight/Hold | 1378 | 44% | 343 | 46% | 25% | 625 | 44% |
| Not-Rated/Hold | 49 | 2% | 5 | 1% | 10% | 7 | 0% |
| Underweight/Sell | 554 | 18% | 83 | 11% | 15% | 224 | 16% |
| TOTAL | 3,159 | | 739 | | | 1418 | |

Data include common stock and ADRs currently assigned ratings. Investment Banking Clients are companies from whom Morgan Stanley received investment banking compensation in the last 12 months. Due to rounding off of decimals, the percentages provided in the "% of total" column may not add up to exactly 100 percent.

## Analyst Stock Ratings

Overweight (O). The stock's total return is expected to exceed the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Equal-weight (E). The stock's total return is expected to be in line with the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Not-Rated (NR). Currently the analyst does not have adequate conviction about the stock's total return relative to the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Underweight (U). The stock's total return is expected to be below the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Unless otherwise specified, the time frame for price targets included in Morgan Stanley Research is 12 to 18 months.

## Analyst Industry Views

Attractive (A): The analyst expects the performance of his or her industry coverage universe over the next 12-18 months to be attractive vs. the relevant broad market benchmark, as indicated below.

In-Line (I): The analyst expects the performance of his or her industry coverage universe over the next 12-18 months to be in line with the relevant broad market benchmark, as indicated below.

Cautious (C): The analyst views the performance of his or her industry coverage universe over the next 12-18 months with caution vs. the relevant broad market benchmark, as indicated below.

Benchmarks for each region are as follows: North America - S&P 500; Latin America - relevant MSCI country index or MSCI Latin America Index; Europe - MSCI Europe; Japan - TOPIX; Asia - relevant MSCI country index or MSCI sub-regional index or MSCI AC Asia Pacific ex Japan Index.

## Stock Price, Price Target and Rating History (See Rating Definitions)

Confidential

APL-SECLIT_00001094



# Morgan Stanley | RESEARCH



## Important Disclosures for Morgan Stanley Smith Barney LLC Customers

Important disclosures regarding the relationship between the companies that are the subject of Morgan Stanley Research and Morgan Stanley Smith Barney LLC or Morgan Stanley or any of their affiliates, are available on the Morgan Stanley Wealth Management disclosure website at www.morganstanley.com/online/researchdisclosures. For Morgan Stanley specific disclosures, you may refer to www.morganstanley.com/researchdisclosures.

Each Morgan Stanley Equity Research report is reviewed and approved on behalf of Morgan Stanley Smith Barney LLC. This review and approval is conducted by the same person who reviews the Equity Research report on behalf of Morgan Stanley. This could create a conflict of interest.

## Other Important Disclosures

Morgan Stanley & Co. International PLC and its affiliates have a significant financial interest in the debt securities of **Apple, Inc.**, Electronics for Imaging Inc, Fitbit Inc, GoPro Inc, Hewlett Packard Enterprise, HP Inc., IBM, NetApp Inc, Nutanix Inc, Xerox Corp.

Morgan Stanley Research policy is to update research reports as and when the Research Analyst and Research Management deem appropriate, based on developments with the issuer, the sector, or the market that may have a material impact on the research views or opinions stated therein. In addition, certain Research publications are intended to be updated on a regular periodic basis (weekly/monthly/quarterly/annual) and will ordinarily be updated with that frequency, unless the Research Analyst and Research Management determine that a different publication schedule is appropriate based on current conditions. Morgan Stanley is not acting as a municipal advisor and the opinions or views contained herein are not intended to be, and do not constitute, advice within the meaning of Section 975 of the Dodd-Frank Wall Street Reform and Consumer Protection Act.

Morgan Stanley produces an equity research product called a "Tactical Idea." Views contained in a "Tactical Idea" on a particular stock may be contrary to the recommendations or views expressed in research on the same stock. This may be the result of differing time horizons, methodologies, market events, or other factors. For all research available on a particular stock, please contact your sales representative or go to Matrix at http://www.morganstanley.com/matrix.

Morgan Stanley Research is provided to our clients through our proprietary research portal on Matrix and also distributed electronically by Morgan Stanley to clients. Certain, but not all, Morgan Stanley Research products are also made available to clients through third-party vendors or redistributed to clients through alternate electronic means as a convenience. For access to all available Morgan Stanley Research, please contact your sales representative or go to Matrix at http://www.morganstanley.com/matrix.

Any access and/or use of Morgan Stanley Research is subject to Morgan Stanley's Terms of Use (http://www.morganstanley.com/terms.html). By accessing and/or using Morgan Stanley Research, you are indicating that you have read and agree to be bound by our Terms of Use (http://www.morganstanley.com/terms.html). In addition you consent to Morgan Stanley processing your personal data and using cookies in accordance with our Privacy Policy and our Global Cookies Policy (http://www.morganstanley.com/privacy_pledge.html), including for the purposes of setting your preferences and to collect readership data so that we can deliver better and more personalized service and products to you. To find out more information about how Morgan Stanley processes personal data, how we use cookies and how to reject cookies see our Privacy Policy and our Global Cookies Policy (http://www.morganstanley.com/privacy_pledge.html).

If you do not agree to our Terms of Use and/or if you do not wish to provide your consent to Morgan Stanley processing your personal data or using cookies please do not access our research.

Morgan Stanley Research does not provide individually tailored investment advice. Morgan Stanley Research has been prepared without regard to the circumstances and objectives of those who receive it. Morgan Stanley recommends that investors independently evaluate particular investments and

APL-SECLIT_00001095

Morgan Stanley | RESEARCH



strategies, and encourages investors to seek the advice of a financial adviser. The appropriateness of an investment or strategy will depend on an investor's circumstances and objectives. The securities, instruments, or strategies discussed in Morgan Stanley Research may not be suitable for all investors, and certain investors may not be eligible to purchase or participate in some or all of them. Morgan Stanley Research is not an offer to buy or sell or the solicitation of an offer to buy or sell any security/instrument or to participate in any particular trading strategy. The value of and income from your investments may vary because of changes in interest rates, foreign exchange rates, default rates, prepayment rates, securities/instruments prices, market indexes, operational or financial conditions of companies or other factors. There may be time limitations on the exercise of options or other rights in securities/instruments transactions. Past performance is not necessarily a guide to future performance. Estimates of future performance are based on assumptions that may not be realized. If provided, and unless otherwise stated, the closing price on the cover page is that of the primary exchange for the subject company's securities/instruments.

The fixed income research analysts, strategists or economists principally responsible for the preparation of Morgan Stanley Research have received compensation based upon various factors, including quality, accuracy and value of research, firm profitability or revenues (which include fixed income trading and capital markets profitability or revenues), client feedback and competitive factors. Fixed Income Research analysts', strategists' or economists' compensation is not linked to investment banking or capital markets transactions performed by Morgan Stanley or the profitability or revenues of particular trading desks.

The "Important US Regulatory Disclosures on Subject Companies" section in Morgan Stanley Research lists all companies mentioned where Morgan Stanley owns 1% or more of a class of common equity securities of the companies. For all other companies mentioned in Morgan Stanley Research, Morgan Stanley may have an investment of less than 1% in securities/instruments or derivatives of securities/instruments of companies and may trade them in ways different from those discussed in Morgan Stanley Research. Employees of Morgan Stanley not involved in the preparation of Morgan Stanley Research may have investments in securities/instruments or derivatives of securities/instruments of companies mentioned and may trade them in ways different from those discussed in Morgan Stanley Research. Derivatives may be issued by Morgan Stanley or associated persons.

With the exception of information regarding Morgan Stanley, Morgan Stanley Research is based on public information. Morgan Stanley makes every effort to use reliable, comprehensive information, but we make no representation that it is accurate or complete. We have no obligation to tell you when opinions or information in Morgan Stanley Research change apart from when we intend to discontinue equity research coverage of a subject company. Facts and views presented in Morgan Stanley Research have not been reviewed by, and may not reflect information known to, professionals in other Morgan Stanley business areas, including investment banking personnel.

Morgan Stanley Research personnel may participate in company events such as site visits and are generally prohibited from accepting payment by the company of associated expenses unless pre-approved by authorized members of Research management.

Morgan Stanley may make investment decisions that are inconsistent with the recommendations or views in this report.

To our readers based in Taiwan or trading in Taiwan securities/instruments: Information on securities/instruments that trade in Taiwan is distributed by Morgan Stanley Taiwan Limited ("MSTL"). Such information is for your reference only. The reader should independently evaluate the investment risks and is solely responsible for their investment decisions. Morgan Stanley Research may not be distributed to the public media or quoted or used by the public media without the express written consent of Morgan Stanley. Any non-customer reader within the scope of Article 7-1 of the Taiwan Stock Exchange Recommendation Regulations accessing and/or receiving Morgan Stanley Research is not permitted to provide Morgan Stanley Research to any third party (including but not limited to related parties, affiliated companies and any other third parties) or engage in any activities regarding Morgan Stanley Research which may create or give the appearance of creating a conflict of interest. Information on securities/instruments that do not trade in Taiwan is for informational purposes only and is not to be construed as a recommendation or a solicitation to trade in such securities/instruments. MSTL may not execute transactions for clients in these securities/instruments.

Morgan Stanley is not incorporated under PRC law and the research in relation to this report is conducted outside the PRC. Morgan Stanley Research does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. Neither this report nor any part of it is intended as, or shall constitute, provision of any consultancy or advisory service of securities investment as defined under PRC law. Such information is provided for your reference only.

Morgan Stanley Research is disseminated in Brazil by Morgan Stanley C.T.V.M. S.A.; in Mexico by Morgan Stanley México, Casa de Bolsa, S.A. de C.V which is regulated by Comision Nacional Bancaria y de Valores. Paseo de los Tamarindos 90, Torre 1, Col. Bosques de las Lomas Floor 29, 05120 Mexico City; in Japan by Morgan Stanley MUFG Securities Co., Ltd. and, for Commodities related research reports only, Morgan Stanley Capital Group Japan Co., Ltd; in Hong Kong by Morgan Stanley Asia Limited (which accepts responsibility for its contents) and by Morgan Stanley Asia International Limited, Hong Kong Branch; in Singapore by Morgan Stanley Asia (Singapore) Pte. (Registration number 199206298Z) and/or Morgan Stanley Asia (Singapore) Securities Pte Ltd (Registration number 200008434H), regulated by the Monetary Authority of Singapore (which accepts legal responsibility for its contents and should be contacted with respect to any matters arising from, or in connection with, Morgan Stanley Research) and by Morgan Stanley Asia International Limited, Singapore Branch (Registration number T11FC0207F); in Australia to "wholesale clients" within the meaning of the Australian Corporations Act by Morgan Stanley Australia Limited A.B.N. 67 003 734 576, holder of Australian financial services license No. 233742, which accepts responsibility for its contents; in Australia to "wholesale clients" and "retail clients" within the meaning of the Australian Corporations Act by Morgan Stanley Wealth Management Australia Pty Ltd (A.B.N. 19 009 145 555, holder of Australian financial services license No. 240813, which accepts responsibility for its contents; in Korea by Morgan Stanley & Co International plc, Seoul Branch; in India by Morgan Stanley India Company Private Limited; in Indonesia by PT. Morgan Stanley Sekuritas Indonesia; in Canada by Morgan Stanley Canada Limited, which has approved of and takes responsibility for its contents in Canada; in Germany by Morgan Stanley Bank AG, Frankfurt am Main and Morgan Stanley Private Wealth Management Limited, Niederlassung Deutschland, regulated by Bundesanstalt fuer Finanzdienstleistungsaufsicht (BaFin); in Spain by Morgan Stanley, S.V., S.A., a Morgan Stanley group company, which is supervised by the Spanish Securities Markets Commission (CNMV) and states that Morgan Stanley Research has been written and distributed in accordance with the rules of conduct applicable to financial research as established under Spanish regulations; in the US by Morgan Stanley & Co. LLC, which accepts responsibility for its contents. Morgan Stanley & Co. International plc, authorized by the Prudential Regulatory Authority and regulated by the Financial Conduct Authority and the Prudential Regulatory Authority, disseminates in the UK research that it has prepared, and approves solely for the purposes of section 21 of the Financial Services and Markets Act 2000, research which has been prepared by any of its affiliates. RMB Morgan Stanley Proprietary Limited is a member of the JSE Limited and regulated by the Financial Services Board in South Africa. RMB Morgan Stanley Proprietary Limited is a joint venture owned equally by Morgan Stanley International Holdings Inc. and RMB Investment Advisory (Proprietary) Limited, which is wholly owned by FirstRand Limited. The information in Morgan Stanley Research is being disseminated by Morgan Stanley Saudi Arabia, regulated by the Capital Market Authority in the Kingdom of Saudi Arabia , and is directed at Sophisticated investors only.

The information in Morgan Stanley Research is being communicated by Morgan Stanley & Co. International plc (DIFC Branch), regulated by the Dubai Financial Services Authority (the DFSA), and is directed at Professional Clients only, as defined by the DFSA. The financial products or financial services to which this research relates will only be made available to a customer who we are satisfied meets the regulatory criteria to be a Professional Client.

The information in Morgan Stanley Research is being communicated by Morgan Stanley & Co. International plc (QFC Branch), regulated by the Qatar Financial Centre Regulatory Authority (the QFCRA), and is directed at business customers and market counterparties only and is not intended for Retail Customers as defined by the QFCRA.

As required by the Capital Markets Board of Turkey, investment information, comments and recommendations stated here, are not within the scope of investment advisory activity. Investment advisory service is provided exclusively to persons based on their risk and income preferences by the authorized firms. Comments and recommendations stated here are general in nature. These opinions may not fit to your financial status, risk and return preferences. For this

17

APL-SECLIT_00001096

# Morgan Stanley | RESEARCH



reason, to make an investment decision by relying solely to this information stated here may not bring about outcomes that fit your expectations.
The trademarks and service marks contained in Morgan Stanley Research are the property of their respective owners. Third-party data providers make no warranties or representations relating to the accuracy, completeness, or timeliness of the data they provide and shall not have liability for any damages relating to such data. The Global Industry Classification Standard (GICS) was developed by and is the exclusive property of MSCI and S&P.
Morgan Stanley Research, or any portion thereof may not be reprinted, sold or redistributed without the written consent of Morgan Stanley.

**INDUSTRY COVERAGE: IT Hardware**

| COMPANY (TICKER) | RATING (AS OF) | PRICE* (10/17/2018) |
|---|---|---|
| **Katy L. Huberty, CFA** | | |
| Apple, Inc. (AAPL.O) | O (05/26/2009) | $221.19 |
| CDW Corporation (CDW.O) | E (08/06/2013) | $83.91 |
| Electronics for Imaging Inc (EFII.O) | U (08/03/2017) | $32.55 |
| Hewlett Packard Enterprise (HPE.N) | O (01/23/2018) | $15.52 |
| HP Inc. (HPQ.N) | E (01/23/2018) | $23.87 |
| IBM (IBM.N) | O (02/18/2016) | $134.05 |
| NCR Corp. (NCR.N) | E (09/25/2011) | $26.36 |
| NetApp Inc (NTAP.O) | E (01/23/2018) | $79.07 |
| Nutanix Inc (NTNX.O) | E (05/10/2017) | $42.29 |
| Pure Storage Inc (PSTG.N) | E (05/18/2017) | $23.63 |
| Seagate Technology (STX.O) | O (04/09/2018) | $44.12 |
| Sonos Inc. (SONO.O) | E (08/27/2018) | $12.99 |
| Teradata (TDC.N) | E (01/23/2018) | $35.31 |
| Xerox Corp (XRX.N) | | $26.74 |
| | | |
| **Yuuji Anderson** | | |
| Fitbit Inc (FIT.N) | U (04/01/2018) | $4.98 |
| Garmin Ltd (GRMN.O) | E (01/07/2015) | $63.05 |
| GoPro Inc (GPRO.O) | U (01/23/2018) | $6.81 |

Stock Ratings are subject to change. Please see latest research for each company.
* Historical prices are not split adjusted.

© 2018 Morgan Stanley

18

APL-SECLIT_00001097