# EXHIBIT 42

This report is intended solely for mattblake@apple.com



**RBC Capital Markets**

EQUITY RESEARCH

RBC Capital Markets, LLC
**Amit Daryanani, CFA**  (Analyst)
(415) 633-8659
amit.daryanani@rbccm.com
**Amitesh Bajad**  (Senior Associate)
(415) 633-8795
amitesh.bajad@rbccm.com

**Irvin Liu**  (AVP)
(415) 633-8539
irvin.liu@rbccm.com

October 21, 2018

## Apple Inc.

### Thinking Through Impact from China Gaming Crackdown.

**Our view:** We don't think that headwinds related to China's video game industry would have a meaningful impact on AAPL's results.

**Key points:**

**All You Need to Know:** We think services growth will deccelerate from 30%+ range back to >20% range over the next few quarters - though we think this is due to a) difficult compares and b) law of large numbers. We do note that Chinese regulators' crackdown on video games has picked up in the last couple of quarters, impacting new game approvals, time spent playing games and monetization. However, we think *AAPL is significantly more exposed to US mobile gaming market relative to China*. For instance, 65% of iOS sales of the popular game Fortnite have come from US, according to SensorTower. In addition, the new iPhone XS/XS-Max should increase AAPL's share in the gaming market, and continued growth in non-China mobile gaming markets, including the US, should partially offset the headwinds. *We estimate that App Store's quarterly China gaming revenues are ~$400 million* and a slowdown in growth of this relatively small number should not be material for AAPL's $10B revenue cadence in Services segment. **Net/Net:** Maintaining Outperform rating and $250 price target as we see multiple levers that should enable upside.

**Chinese video games crackdown:** On August 30th, China's ministry of education and other bodies published a plan to prevent myopia in children directing regulators to curb the number of total online games and new releases. It also recommended restricting teens' playing time. In response, Tencent set up an "anti-addiction" measure for its best selling mobile game "Honour of Kings", to limit the playtime of Chinese teenagers to two hours a day and that of under 12 year old children to one hour. Earlier, regulators froze new game approvals in March due to which Tencent reported a profit decline in mid-August.

**Data Download:** 1) On 9/12, AAPL announced its new lineup of phones: iPhone XS Max (6.5" OLED), iPhone XS (5.8" OLED), and iPhone XR (6.1" LCD). 2) For August, the contract price for 64Gb TLC wafer was flat m/m, for 128Gb TLC wafer declined -5.5% m/m, and for 256Gb TLC declined -12.8% m/m. 3) Aug DRAM contract prices were largely flat but spot was beginning to show some signs of softness. 4) On 9/25, JBL reported an Aug-qtr beat with revenue/EPS of $5.77B/$0.70 vs. Street at $5.41B/$0.68. 5) On 9/6, AVGO reported Jul-qtr revs/EPS of $5.07B/ $4.98 vs. Street at $5.06B/$4.83.

**RBC vs. Street:** Our Sept-qtr revenue/EPS estimates stand at $61.6B/$2.77 vs. Street at $61.3B/$2.77. Our FY18 estimates are $264.2B/ $11.73 vs. Street at $264.4B/$11.74.

**Sector: IT Hardware**

### Outperform
NASDAQ: AAPL; USD 219.31

### Price Target USD 250.00

| WHAT'S INSIDE | |
|---|---|
| ☐ Rating/Risk Change | ☐ Price Target Change |
| ☐ In-Depth Report | ☐ Est. Change |
| ☐ Preview | ☑ News Analysis |

### Scenario Analysis*

| Downside Scenario | Current Price | Price Target | Upside Scenario |
|---|---|---|---|
| 190.00 | 219.31 | 250.00 | 280.00 |
| ↓12% | | ↑15% | ↑29% |

*Implied Total Returns

### Key Statistics

| | | | |
|---|---|---|---|
| Shares O/S (MM): | 4,926.6 | Market Cap (MM): | 1,080,453 |
| Dividend: | 2.28 | Yield: | 1.0% |
| BVPS: | 23.78 | P/BVPS: | 9.22x |
| | | Avg. Daily Volume: | 34,469,156 |

### RBC Estimates

| FY Sep | 2016A | 2017A | 2018E | 2019E |
|---|---|---|---|---|
| EPS, Ops Diluted | 8.28 | 9.19 | 11.75 | 13.77 |
| P/E | 26.5x | 23.9x | 18.7x | 15.9x |
| Revenue | 215.6 | 229.2 | 264.9 | 286.4 |
| EPS, Ops Diluted | Q1 | Q2 | Q3 | Q4 |
| 2017 | 3.36A | 2.10A | 1.67A | 2.07A |
| 2018 | 3.89A | 2.73A | 2.34A | 2.80E |
| 2019 | 4.94E | 3.16E | 2.56E | 3.11E |
| Revenue | | | | |
| 2017 | 78.4A | 52.9A | 45.4A | 52.6A |
| 2018 | 88.3A | 61.1A | 53.3A | 62.2E |
| 2019 | 95.2E | 66.2E | 57.9E | 67.2E |

All values in USD unless otherwise noted.

Disseminated: Oct 21, 2018 18:34ET; Produced: Oct 21, 2018 18:34ET    Priced as of prior trading day's market close, EST (unless otherwise noted).
**For Required Conflicts Disclosures, see Page 5.**

This report is intended solely for mattblake@apple.com



**RBC Capital Markets**

IT Hardware
Apple Inc.

## Target/Upside/Downside Scenarios

Exhibit 1: Apple Inc.



Source: Bloomberg and RBC Capital Markets estimates for Upside/Downside/Target

**Target price/base case**
With $129B+ in net cash, we believe the stock is undervalued at these levels. From a product perspective, we believe the company can continue to gain share in both the tablet and smartphone space. Our base case of $250/share is based on ~18x FY19E EPS ($13.77) as AAPL benefits from strong FCF generation, ability for outsized capital allocation and a growing iOS install base that generates sustained Services growth.

**Upside scenario**
In our upside scenario of $280, we see Apple's services growing at a faster-than-anticipated rate and lifting company gross margins above the 40% level. In this scenario, we believe the stock deserves to be valued higher, as EPS growth expansion would likely outpace revenue growth for the company over the next several years. In this scenario, we believe many investor concerns would be quelled, causing the stock price to move above our current price target.

**Downside scenario**
In our downside scenario of $190, the company begins to lose market share in both the smartphone and tablet markets. These two product lines generate the bulk of Apple's revenue and EPS. If new competitors impinge on the company's current market share, we believe the financial model would become increasingly difficult to maintain.

## Investment summary

**Themes.** We believe AAPL's current stock price creates an attractive entry point for investors to benefit from its ability to generate revenue and EPS growth in FY18. We believe multiple catalysts remain as the company benefits from: 1) iPhone ramps; 2) Mac/iPad refresh cycle; 3) potential iTV launch or other major product lines; and 4) improvements in capital allocation policy. We believe the fundamental reality remains that AAPL's valuation is materially sub-par to what we anticipate is its long-term revenue and EPS potential.

**It's the Ecosystem, Not Just Hardware.** We believe AAPL's true differentiation is its unique computing ecosystem: iOS. iOS provides users with an integrated, scalable, and seamless experience across multiple devices, which we believe will be difficult for competitors to replicate in scale. Simplistically, the scale of users attracts application developers, which in turn bolsters the number of users. We believe this cycle results in a captive consumer base that transitions more data and usage via iOS on Apple devices.

**Vertical Integration.** While the benefits of integrating and developing hardware and software simultaneously are well recognized with Apple, we believe another byproduct of this is that Apple is able to pursue a substantially larger profit pool vs. any of its peers. Simplistically, rather than just targeting the hardware layer, AAPL is able to capture incremental profits by also being the OS developer, processor manufacturer, and in some instances the retailer of the product.

**Multiple Levers in Place.** We believe AAPL has multiple levers ahead of it that should drive further revenue acceleration. Notably, we believe emerging markets penetration will remain a key and material revenue driver for the company over the next several years. Furthermore, we believe success and growth in Enterprise markets will open up a stickier and higher-margin segment. Finally, we believe new products (such as an iTV) could further expand AAPL's revenue opportunity and profit potential.

Confidential    APL-SECLIT_00001189



**RBC Capital Markets**

IT Hardware
Apple Inc.

## Valuation

Our base case of $250/share is based on ~18x FY19E EPS of $13.77, as AAPL benefits from strong FCF generation, ability for outsized capital allocation and a growing iOS install base that generates sustained Services growth. Our multiple is slightly above historical levels as AAPL's services business is becoming an increasingly larger part of the business and deserves a higher multiple, in our view, given its above corporate margin and growth dynamics. Our price target and implied return support an Outperform rating.

## Risks to rating and price target

Risks include: unknown market acceptance of new products; new product launch delays; stronger-than-expected competitive response to iPhone; slower-than-expected international expansion; greater-than-expected iPod cannibalization; slower-than-expected Macintosh market share gains; channel conflicts or execution; and key executive or staff departures. We see Apple's valuation multiple as vulnerable should market sentiment continue to deteriorate, and it could compress further on unexpected competitive developments, execution stumbles, unexpectedly slowing growth, declining margins, PC market concerns, or a decline in overall market or technology market valuations.

## Company description

Apple, founded in 1976, is a California-based designer, manufacturer, and marketer of differentiated personal computers, software, and services. Products include the Macintosh line of personal computers, Mac OS X operating system and related application software (iLife, iWork, etc.), services, and peripherals, the iPod line of portable digital media players, the iTunes online media store, iPhone Smartphone, and iPad tablet. Apple is positioned in the high-end consumer sector, has a strong global brand and fiercely loyal customer base, and is supported by its retail store network. Apple has approximately 110,000 employees.

October 21, 2018  Amit Daryanani, CFA (415) 633-8659; amit.daryanani@rbccm.com   3

Confidential   APL-SECLIT_00001190

**RBC Capital Markets**

Amit Daryanani, CFA (415) 633-8659; amit.daryanani@rbccm.com
Two Embarcadero Center, Suite 2350, San Francisco, CA 94111

**IT Hardware**
**Apple Inc.**

Apple Inc. (N; Apple Inc. (N
Fiscal Year En Fiscal Year En

| Guidance | Dec-16A | Mar-17A | Jun-17A | Sept-17A | Dec-17A | Mar-18A | Jun-18A | Sept-18E | Dec-18E | Mar-19E | Jun-19E | Sept-19E | Dec-19E | | FY17 | FY18E | FY19E | | CY17 | CY18E | CY19E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue ($ in Billions) | $76-78 | $51.5-53.5 | $43.5-45.5 | $49-52 | $84-87 | $60-62 | $51.5-53.5 | $60-62 | | | | | | | | | | | | | |
| Gross Margin (%) | 38-38.5% | 38.0-39.0% | 37.5%-38.0% | 37.5%-38.0% | 38.0%-38.5% | 38.0%-38.5% | 38.0%-38.5% | 38.0%-38.5% | | | | | | | | | | | | | |
| OPEX ($ in billions) | $6.9-7.0 | $6.5-6.6 | $6.6-6.7 | $6.7-6.8 | $7.65-7.75 | $7.6-7.7 | $7.7-7.8 | $7.95-8.05 | | | | | | | | | | | | | |
| Other ($ millions) | $400 | $400 | 450 | $500 | $600 | $300 | $400 | $300 | | | | | | | | | | | | | |
| Tax Rate (%) | 26.0% | 26.0% | 25.5% | 25.5% | 25.5% | 15.0% | 14.5% | 15.0% | | | | | | | | | | | | | |

| US$ MM | Dec-16A | Mar-17A | Jun-17A | Sept-17A | Dec-17A | Mar-18A | Jun-18A | Sept-18E | Dec-18E | Mar-19E | Jun-19E | Sept-19E | Dec-19E | FY17 | FY18E | FY19E | CY17 | CY18E | CY19E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Sales | 78,351 | 52,896 | 45,408 | 52,579 | 88,293 | 61,137 | 53,265 | 62,219 | 95,186 | 66,156 | 57,891 | 67,205 | 99,879 | 229,234 | 264,914 | 286,438 | 239,176 | 271,807 | 291,131 |
| Q/Q Change | 67% | -32% | -14% | 16% | 68% | -31% | -13% | 17% | 53% | -30% | -12% | 16% | 49% | | | | | | |
| Y/Y Change | 3% | 5% | 7% | 12% | 13% | 16% | 17% | 18% | 8% | 8% | 9% | 8% | 5% | 6% | 16% | 8% | 10% | 14% | 7% |
| COGS - non-GAAP | 48,175 | 32,305 | 27,920 | 32,648 | 54,381 | 37,715 | 32,844 | 38,451 | 58,254 | 40,421 | 35,464 | 41,237 | 60,726 | 141,048 | 163,391 | 175,376 | 147,254 | 167,264 | 177,849 |
| Gross Profit | 30,176 | 20,591 | 17,488 | 19,931 | 33,912 | 23,422 | 20,421 | 23,768 | 36,932 | 25,735 | 22,427 | 25,968 | 39,153 | 88,186 | 101,523 | 111,062 | 91,922 | 104,543 | 113,282 |
| Gross Margin % | 38.5% | 38.9% | 38.5% | 37.9% | 38.4% | 38.3% | 38.3% | 38.2% | 38.8% | 38.9% | 38.7% | 38.6% | 39.2% | 38.5% | 38.3% | 38.8% | 38.4% | 38.5% | 38.9% |
| Q/Q Change | 69% | -32% | -15% | 14% | 70% | -31% | -13% | 16% | 55% | -30% | -13% | 16% | 51% | | | | | | |
| Y/Y Change | -1% | 3% | 9% | 12% | 12% | 14% | 17% | 19% | 9% | 10% | 10% | 9% | 6% | 5% | 15% | 9% | 9% | 14% | 8% |
| R&D | 2,871 | 2,776 | 2,937 | 2,997 | 3,407 | 3,378 | 3,701 | 3,733 | 4,283 | 3,771 | 4,168 | 4,637 | 6,992 | 11,581 | 14,219 | 16,860 | 12,117 | 15,096 | 19,568 |
| Q/Q Change | 12% | -3% | 6% | 2% | 14% | -1% | 10% | 1% | 15% | -12% | 11% | 11% | 51% | | | | | | |
| Y/Y Change | 19% | 11% | 15% | 17% | 19% | 22% | 26% | 25% | 26% | 12% | 13% | 24% | 63% | 15% | 23% | 19% | 15% | 25% | 30% |
| % of revenue | 3.7% | 5.2% | 6.5% | 5.7% | 3.9% | 5.5% | 6.8% | 6.0% | 4.5% | 5.7% | 7.2% | 6.9% | 7.0% | 5.1% | 5.4% | 5.9% | 5.1% | 5.6% | 6.7% |
| SG&A | 3,946 | 3,718 | 3,783 | 3,814 | 4,231 | 4,150 | 4,108 | 4,355 | 4,474 | 4,366 | 4,284 | 4,570 | 7,191 | 15,261 | 16,844 | 17,694 | 15,546 | 17,087 | 20,411 |
| Q/Q Change | 13% | -6% | 2% | 1% | 11% | -2% | -1% | 6% | 3% | -2% | -2% | 7% | 57% | | | | | | |
| Y/Y Change | 3% | 9% | 10% | 10% | 7% | 12% | 9% | 14% | 6% | 5% | 4% | 5% | 61% | 8% | 10% | 5% | 9% | 10% | 19% |
| % of revenue | 5.0% | 7.0% | 8.3% | 7.3% | 4.8% | 6.8% | 8.0% | 7.0% | 4.7% | 6.6% | 7.4% | 6.8% | 7.2% | 6.7% | 6.4% | 6.2% | 6.5% | 6.3% | 7.0% |
| Total operating expenses | 6,817 | 6,494 | 6,720 | 6,811 | 7,638 | 7,528 | 7,809 | 8,088 | 8,757 | 8,137 | 8,452 | 9,207 | 14,183 | 26,842 | 31,063 | 34,553 | 27,663 | 32,183 | 39,979 |
| Q/Q Change | 13% | -5% | 3% | 1% | 12% | -1% | 4% | 4% | 8% | -7% | 4% | 9% | 54% | | | | | | |
| Y/Y Change | 9% | 9% | 12% | 13% | 12% | 16% | 16% | 19% | 15% | 8% | 8% | 14% | 62% | 11% | 16% | 11% | 12% | 16% | 24% |
| % of revenue | 8.7% | 12.3% | 14.8% | 13.0% | 8.7% | 12.3% | 14.7% | 13.0% | 9.2% | 12.3% | 14.6% | 13.7% | 14.2% | 11.7% | 11.7% | 12.1% | 11.6% | 11.8% | 13.7% |
| EBIT | 23,359 | 14,097 | 10,768 | 13,120 | 26,274 | 15,894 | 12,612 | 15,679 | 28,175 | 17,597 | 13,975 | 16,761 | 24,970 | 61,344 | 70,459 | 76,508 | 64,259 | 72,360 | 73,303 |
| EBIT margin | 29.8% | 26.7% | 23.7% | 25.0% | 29.8% | 26.0% | 23.7% | 25.2% | 29.6% | 26.6% | 24.1% | 24.9% | 25.0% | 26.8% | 26.6% | 26.7% | 26.9% | 26.6% | 25.2% |
| Other income (expense) | 821 | 587 | 540 | 797 | 756 | 274 | 672 | 300 | 400 | 400 | 400 | 400 | 400 | 2,745 | 2,002 | 1,600 | 2,680 | 1,646 | 1,600 |
| Income (loss) before Taxes | 24,180 | 14,684 | 11,308 | 13,917 | 27,030 | 16,168 | 13,284 | 15,979 | 28,575 | 17,997 | 14,375 | 17,161 | 25,370 | 64,089 | 72,461 | 78,108 | 66,939 | 74,006 | 74,903 |
| Provision for Taxes | 6,289 | 3,655 | 2,591 | 3,203 | 6,965 | 2,346 | 1,765 | 2,397 | 5,001 | 3,150 | 2,516 | 3,003 | 4,440 | 15,738 | 13,473 | 13,669 | 16,414 | 11,509 | 13,108 |
| Tax rate | 26.0% | 24.9% | 22.9% | 23.0% | 25.8% | 14.5% | 13.3% | 15.0% | 17.5% | 17.5% | 17.5% | 17.5% | 17.5% | 24.6% | 18.6% | 17.5% | 24.5% | 15.6% | 17.5% |
| GAAP Net Income | 17,891 | 11,029 | 8,717 | 10,714 | 20,065 | 13,822 | 11,519 | 13,582 | 23,574 | 14,848 | 11,859 | 14,158 | 20,930 | 48,351 | 58,988 | 64,439 | 50,525 | 62,498 | 61,795 |
| GAAP Net Income Margin | 22.8% | 20.9% | 19.2% | 20.4% | 22.7% | 22.6% | 21.6% | 21.8% | 24.8% | 22.4% | 20.5% | 21.1% | 21.0% | 21.1% | 22.3% | 22.5% | 21.1% | 23.0% | 21.2% |
| Shares-Basic | 5,298.7 | 5,225.8 | 5,195.1 | 5,149.4 | 5,112.9 | 5,024.9 | 4,882.2 | 4,807.2 | 4,732.2 | 4,657.2 | 4,582.2 | 4,507.2 | 4,432.2 | 5,217.2 | 4,956.8 | 4,619.7 | 5,170.8 | 4,861.6 | 4,544.7 |
| Shares-Diluted | 5,328.0 | 5,261.7 | 5,233.5 | 5,183.6 | 5,157.8 | 5,068.5 | 4,926.6 | 4,851.6 | 4,776.6 | 4,701.6 | 4,626.6 | 4,551.6 | 4,476.6 | 5,251.7 | 5,001.1 | 4,664.1 | 5,209.1 | 4,905.8 | 4,589.1 |
| GAAP Basic EPS | $3.38 | $2.11 | $1.68 | $2.08 | $3.92 | $2.75 | $2.36 | $2.83 | $4.98 | $3.19 | $2.59 | $3.14 | $4.72 | $9.27 | $11.90 | $13.95 | $9.77 | $12.86 | $13.60 |
| GAAP Diluted EPS | $3.36 | $2.10 | $1.67 | $2.07 | $3.89 | $2.73 | $2.34 | $2.80 | $4.94 | $3.16 | $2.56 | $3.11 | $4.68 | $9.19 | $11.75 | $13.77 | $9.72 | $12.80 | $13.51 |

Source: Company Reports and RBC Capital Markets Estimates.

This report is intended solely for mattblake@apple.com — Confidential — APL-SECLIT_00001191

This report is intended solely for mattblake@apple.com



**RBC Capital Markets**

IT Hardware
Apple Inc.

## Required disclosures

### Conflicts disclosures

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors, including total revenues of the member companies of RBC Capital Markets and its affiliates, a portion of which are or have been generated by investment banking activities of the member companies of RBC Capital Markets and its affiliates.

Please note that current conflicts disclosures may differ from those as of the publication date on, and as set forth in, this report. To access current conflicts disclosures, clients should refer to https://www.rbccm.com/GLDisclosure/PublicWeb/DisclosureLookup.aspx?entityId=1 or send a request to RBC CM Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

RBC Capital Markets, LLC makes a market in the securities of Apple Inc..

A member company of RBC Capital Markets or one of its affiliates received compensation for products or services other than investment banking services from Apple Inc. during the past 12 months. During this time, a member company of RBC Capital Markets or one of its affiliates provided non-investment banking securities-related services to Apple Inc..

RBC Capital Markets is currently providing Apple Inc. with non-investment banking securities-related services.

RBC Capital Markets has provided Apple Inc. with non-investment banking securities-related services in the past 12 months.

### Explanation of RBC Capital Markets Equity rating system

An analyst's 'sector' is the universe of companies for which the analyst provides research coverage. Accordingly, the rating assigned to a particular stock represents solely the analyst's view of how that stock will perform over the next 12 months relative to the analyst's sector average.
**Ratings**
**Top Pick (TP):** Represents analyst's best idea in the sector; expected to provide significant absolute total return over 12 months with a favorable risk-reward ratio.
**Outperform (O):** Expected to materially outperform sector average over 12 months.
**Sector Perform (SP):** Returns expected to be in line with sector average over 12 months.
**Underperform (U):** Returns expected to be materially below sector average over 12 months.
**Restricted (R):** RBC policy precludes certain types of communications, including an investment recommendation, when RBC is acting as an advisor in certain merger or other strategic transactions and in certain other circumstances.
**Not Rated (NR):** The rating, price targets and estimates have been removed due to applicable legal, regulatory or policy constraints which may include when RBC Capital Markets is acting in an advisory capacity involving the company.
**Risk Rating**
The **Speculative** risk rating reflects a security's lower level of financial or operating predictability, illiquid share trading volumes, high balance sheet leverage, or limited operating history that result in a higher expectation of financial and/or stock price volatility.

### Distribution of ratings

For the purpose of ratings distributions, regulatory rules require member firms to assign ratings to one of three rating categories - Buy, Hold/Neutral, or Sell - regardless of a firm's own rating categories. Although RBC Capital Markets' ratings of Top Pick/Outperform, Sector Perform, and Underperform most closely correspond to Buy, Hold/Neutral and Sell, respectively, the meanings are not the same because our ratings are determined on a relative basis.

| Distribution of ratings | | | | |
|---|---|---|---|---|
| RBC Capital Markets, Equity Research | | | | |
| As of 30-Sep-2018 | | | | |
| | | | Investment Banking Serv./Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
| BUY [Top Pick & Outperform] | 859 | 54.33 | 251 | 29.22 |
| HOLD [Sector Perform] | 646 | 40.86 | 125 | 19.35 |
| SELL [Underperform] | 76 | 4.81 | 5 | 6.58 |

October 21, 2018   Amit Daryanani, CFA (415) 633-8659; amit.daryanani@rbccm.com   5



**RBC Capital Markets**

IT Hardware
Apple Inc.



References to a Recommended List in the recommendation history chart may include one or more recommended lists or model portfolios maintained by RBC Wealth Management or one of its affiliates. RBC Wealth Management recommended lists include the Guided Portfolio: Prime Income (RL 6), the Guided Portfolio: Dividend Growth (RL 8), the Guided Portfolio: ADR (RL 10), and the Guided Portfolio: All Cap Growth (RL 12), and former lists called the Guided Portfolio: Large Cap (RL 7), the Guided Portfolio: Midcap 111 (RL 9), and the Guided Portfolio: Global Equity (U.S.) (RL 11). RBC Capital Markets recommended lists include the Strategy Focus List and the Fundamental Equity Weightings (FEW) portfolios. The abbreviation 'RL On' means the date a security was placed on a Recommended List. The abbreviation 'RL Off' means the date a security was removed from a Recommended List.

## Equity valuation and risks

For valuation methods used to determine, and risks that may impede achievement of, price targets for covered companies, please see the most recent company-specific research report at https://www.rbcinsightresearch.com or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

**Apple Inc.**

**Valuation**

Our base case of $250/share is based on ~18x FY19E EPS of $13.77, as AAPL benefits from strong FCF generation, ability for outsized capital allocation and a growing iOS install base that generates sustained Services growth. Our multiple is slightly above historical levels as AAPL's services business is becoming an increasingly larger part of the business and deserves a higher multiple, in our view, given its above corporate margin and growth dynamics. Our price target and implied return support an Outperform rating.

**Risks to rating and price target**

Risks include: unknown market acceptance of new products; new product launch delays; stronger-than-expected competitive response to iPhone; slower-than-expected international expansion; greater-than-expected iPod cannibalization; slower-than-expected Macintosh market share gains; channel conflicts or execution; and key executive or staff departures. We see Apple's valuation multiple as vulnerable should market sentiment continue to deteriorate, and it could compress further on unexpected competitive developments, execution stumbles, unexpectedly slowing growth, declining margins, PC market concerns, or a decline in overall market or technology market valuations.

## Conflicts policy

RBC Capital Markets Policy for Managing Conflicts of Interest in Relation to Investment Research is available from us on request. To access our current policy, clients should refer to



**RBC Capital Markets**

IT Hardware
Apple Inc.

https://www.rbccm.com/global/file-414164.pdf
or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7. We reserve the right to amend or supplement this policy at any time.

## Dissemination of research and short-term trade ideas

RBC Capital Markets endeavors to make all reasonable efforts to provide research simultaneously to all eligible clients, having regard to local time zones in overseas jurisdictions. RBC Capital Markets' equity research is posted to our proprietary website to ensure eligible clients receive coverage initiations and changes in ratings, targets and opinions in a timely manner. Additional distribution may be done by the sales personnel via email, fax, or other electronic means, or regular mail. Clients may also receive our research via third party vendors. RBC Capital Markets also provides eligible clients with access to SPARC on the Firms proprietary INSIGHT website, via email and via third-party vendors. SPARC contains market color and commentary regarding subject companies on which the Firm currently provides equity research coverage. Research Analysts may, from time to time, include short-term trade ideas in research reports and / or in SPARC. A short-term trade idea offers a short-term view on how a security may trade, based on market and trading events, and the resulting trading opportunity that may be available. A short-term trade idea may differ from the price targets and recommendations in our published research reports reflecting the research analyst's views of the longer-term (one year) prospects of the subject company, as a result of the differing time horizons, methodologies and/or other factors. Thus, it is possible that a subject company's common equity that is considered a long-term 'Sector Perform' or even an 'Underperform' might present a short-term buying opportunity as a result of temporary selling pressure in the market; conversely, a subject company's common equity rated a long-term 'Outperform' could be considered susceptible to a short-term downward price correction. Short-term trade ideas are not ratings, nor are they part of any ratings system, and the firm generally does not intend, nor undertakes any obligation, to maintain or update short-term trade ideas. Short-term trade ideas may not be suitable for all investors and have not been tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any securities or strategies discussed herein. Please contact your investment advisor or institutional salesperson for more information regarding RBC Capital Markets' research.

For a list of all recommendations on the company that were disseminated during the prior 12-month period, please click on the following link: https://rbcnew.bluematrix.com/sellside/MAR.action

The 12 month history of SPARCs can be viewed at https://www.rbcinsightresearch.com.

## Analyst certification

All of the views expressed in this report accurately reflect the personal views of the responsible analyst(s) about any and all of the subject securities or issuers. No part of the compensation of the responsible analyst(s) named herein is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the responsible analyst(s) in this report.

## Third-party-disclaimers

The Global Industry Classification Standard ("GICS") was developed by and is the exclusive property and a service mark of MSCI Inc. ("MSCI") and Standard & Poor's Financial Services LLC ("S&P") and is licensed for use by RBC. Neither MSCI, S&P, nor any other party involved in making or compiling the GICS or any GICS classifications makes any express or implied warranties or representations with respect to such standard or classification (or the results to be obtained by the use thereof), and all such parties hereby expressly disclaim all warranties of originality, accuracy, completeness, merchantability and fitness for a particular purpose with respect to any of such standard or classification. Without limiting any of the foregoing, in no event shall MSCI, S&P, any of their affiliates or any third party involved in making or compiling the GICS or any GICS classifications have any liability for any direct, indirect, special, punitive, consequential or any other damages (including lost profits) even if notified of the possibility of such damages.

References herein to "LIBOR", "LIBO Rate", "L" or other LIBOR abbreviations means the London interbank offered rate as administered by ICE Benchmark Administration (or any other person that takes over the administration of such rate).

## Disclaimer

RBC Capital Markets is the business name used by certain branches and subsidiaries of the Royal Bank of Canada, including RBC Dominion Securities Inc., RBC Capital Markets, LLC, RBC Europe Limited, Royal Bank of Canada, Hong Kong Branch and Royal Bank of Canada, Sydney Branch. The information contained in this report has been compiled by RBC Capital Markets from sources believed to be reliable, but no representation or warranty, express or implied, is made by Royal Bank of Canada, RBC Capital Markets, its affiliates or any other person as to its accuracy, completeness or correctness. All opinions and estimates contained in this report constitute RBC Capital Markets' judgement as of the date of this report, are subject to change without notice and are provided in good faith but without legal responsibility. Nothing in this report constitutes legal, accounting or tax advice or individually tailored investment advice. This material is prepared for general circulation to clients and has been prepared without regard to the individual financial circumstances and objectives of persons who receive it. The investments or services contained in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about the suitability of such investments or services. This report is not an offer to sell or a solicitation of an offer to buy any securities. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. RBC Capital Markets research analyst compensation is based in part on the overall profitability of RBC Capital Markets, which includes profits attributable to investment banking revenues. Every province in Canada, state in the U.S., and most countries throughout the world have their own laws regulating the types of securities and other investment products which may be offered

This report is intended solely for mattblake@apple.com



**RBC Capital Markets**

IT Hardware
Apple Inc.

to their residents, as well as the process for doing so. As a result, the securities discussed in this report may not be eligible for sale in some jurisdictions. RBC Capital Markets may be restricted from publishing research reports, from time to time, due to regulatory restrictions and/ or internal compliance policies. If this is the case, the latest published research reports available to clients may not reflect recent material changes in the applicable industry and/or applicable subject companies. RBC Capital Markets research reports are current only as of the date set forth on the research reports. This report is not, and under no circumstances should be construed as, a solicitation to act as securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. To the full extent permitted by law neither RBC Capital Markets nor any of its affiliates, nor any other person, accepts any liability whatsoever for any direct or consequential loss arising from any use of this report or the information contained herein. No matter contained in this document may be reproduced or copied by any means without the prior consent of RBC Capital Markets.

Additional information is available on request.

**To U.S. Residents:**
This publication has been approved by RBC Capital Markets, LLC (member FINRA, NYSE, SIPC), which is a U.S. registered broker-dealer and which accepts responsibility for this report and its dissemination in the United States. Any U.S. recipient of this report that is not a registered broker-dealer or a bank acting in a broker or dealer capacity and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report, should contact and place orders with RBC Capital Markets, LLC.
**To Canadian Residents:**
This publication has been approved by RBC Dominion Securities Inc.(member IIROC). Any Canadian recipient of this report that is not a Designated Institution in Ontario, an Accredited Investor in British Columbia or Alberta or a Sophisticated Purchaser in Quebec (or similar permitted purchaser in any other province) and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report should contact and place orders with RBC Dominion Securities Inc., which, without in any way limiting the foregoing, accepts responsibility for this report and its dissemination in Canada.
**To U.K. Residents:**
This publication has been approved by RBC Europe Limited ('RBCEL') which is authorized by the Prudential Regulation Authority and regulated by the Financial Conduct Authority ('FCA') and the Prudential Regulation Authority, in connection with its distribution in the United Kingdom. This material is not for general distribution in the United Kingdom to retail clients, as defined under the rules of the FCA. RBCEL accepts responsibility for this report and its dissemination in the United Kingdom.
**To German Residents:**
This material is distributed in Germany by RBC Europe Limited, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht (BaFin).
**To Persons Receiving This Advice in Australia:**
This material has been distributed in Australia by Royal Bank of Canada - Sydney Branch (ABN 86 076 940 880, AFSL No. 246521). This material has been prepared for general circulation and does not take into account the objectives, financial situation or needs of any recipient. Accordingly, any recipient should, before acting on this material, consider the appropriateness of this material having regard to their objectives, financial situation and needs. If this material relates to the acquisition or possible acquisition of a particular financial product, a recipient in Australia should obtain any relevant disclosure document prepared in respect of that product and consider that document before making any decision about whether to acquire the product. This research report is not for retail investors as defined in section 761G of the Corporations Act.
**To Hong Kong Residents:**
This publication is distributed in Hong Kong by Royal Bank of Canada, Hong Kong Branch, which is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission ('SFC'), RBC Investment Services (Asia) Limited and RBC Investment Management (Asia) Limited, both entities are regulated by the SFC. Financial Services provided to Australia: Financial services may be provided in Australia in accordance with applicable law. Financial services provided by the Royal Bank of Canada, Hong Kong Branch are provided pursuant to the Royal Bank of Canada's Australian Financial Services Licence ('AFSL') (No. 246521.)
**To Singapore Residents:**
This publication is distributed in Singapore by the Royal Bank of Canada, Singapore Branch, a registered entity licensed by the Monetary Authority of Singapore. This material has been prepared for general circulation and does not take into account the objectives, financial situation, or needs of any recipient. You are advised to seek independent advice from a financial adviser before purchasing any product. If you do not obtain independent advice, you should consider whether the product is suitable for you. Past performance is not indicative of future performance. If you have any questions related to this publication, please contact the Royal Bank of Canada, Singapore Branch. Royal Bank of Canada, Singapore Branch accepts responsibility for this report and its dissemination in Singapore.
**To Japanese Residents:**
Unless otherwise exempted by Japanese law, this publication is distributed in Japan by or through RBC Capital Markets (Japan) Ltd. which is a Financial Instruments Firm registered with the Kanto Local Financial Bureau (Registered number 203) and a member of the Japan Securities Dealers Association ("JSDA").

® Registered trademark of Royal Bank of Canada. RBC Capital Markets is a trademark of Royal Bank of Canada. Used under license.
Copyright © RBC Capital Markets, LLC 2018 - Member SIPC
Copyright © RBC Dominion Securities Inc. 2018 - Member Canadian Investor Protection Fund
Copyright © RBC Europe Limited 2018
Copyright © Royal Bank of Canada 2018
All rights reserved

October 21, 2018                                    Amit Daryanani, CFA (415) 633-8659; amit.daryanani@rbccm.com    8