# EXHIBIT 43



**Equity Research**



| Company | Rating | Price Target | October 22, 2018 |
|---|---|---|---|
| **Apple Inc.** | **Buy** | **$200** | |

| Ticker | North America | Sector | |
|---|---|---|---|
| AAPL | United States | Technology | |

| | |
|---|---|
| Price at Oct 19, 2018 (USD) | 219.31 |
| Market Cap | 1.59B |
| 52-week range | 150.24-233.47 |
| Volume (ADV– 3 months) | 31.19 M |

Source: S&P Capital IQ

**Earnings Preview, iPhone XR Preorders Weaker than Expected, Reducing our XR Shipment Estimates, iPhone Max Production Increases Expected for the Holiday Season, iPad Pro and New MacBook Production Ramp**

Jun Zhang
China Telecom and IT
212 607-3180
jzhang@rblt.com

**Rosenblatt Roundup**

Apple will report their C3Q18 earnings on November 1. We believe the company will report revenues and earnings that are in line with our forecasts ($61.0 billion, $2.65) and guide inline or slightly better than our C4Q estimates ($91.2 billion, $4.71). We believe the better than expected guide will be due to new product releases (iPad Pro, MacBook) for the holiday season, as well as the increasing ASP of the new iPhone models.

Comparing this year to last, we believe the ASP for the iPhone model may increase $80 y/y. Apple's production increase for the iPhone 7/7+ in C3Q17 led to a lower ASP in 2H17. In addition, we believe the 512G iPhone model will account for 40-50% of total new model sales in 2018, while the older models become a smaller mix of total sales.

We continue to have concerns of China consumer spending confidence declines impacting overall iPhone sales in China, however.

**Company Summary:**
Apple Inc. designs, manufactures, and markets mobile communication and media devices, personal computers, and portable digital music players worldwide. The company also sells related software, services, accessories, networking solutions, and third-party digital content and applications.

**iPhone Preorders and Shipments**

iPhone XR preorders have been weaker than our expectations, but slightly better than iPhone XS and iPhone XS Max preorders. In our Apple note on September 17, we believed combined iPhone XS and iPhone XS Max preorders were ~10 million in the first three days. Based on the iPhone XR currently having only one week wait time in China and no wait time in the US and other major markets, we believe XR preorders will equate to less than or equal to 12 million units.



Apple (AAPL) Price Chart – 1 Yr

Chart Source: Trading View

After the first day of preorders for the iPhone XR, we now believe initial iPhone XR sales could be weaker than our previous expectations. We estimate shipments of 12 million iPhone XR units to retail channels before October 26. We are also reducing our iPhone XR shipments from 50 million units to 46 million units for the second half of this year.

We believe iPhone XS and iPhone XS Max preorders have been generally stronger in the US than in China, while preorders for the iPhone XR have been stronger in China than in the US. We have been tracking iPhone XR preorder data in China, and our tracks indicate overall iPhone XR pre-registrations in China are ~2 million units for the first three days (Combining 900K+ from JD.Com [JD: NR], 600K+ from Suning.Com [002024.SHE: NR], and Chinese operator retail channels). iPhone XR pre-orders are similar to iPhone 8/8+ preorders in China last year, and slightly better than the 1.5 million XS/Max preorders in China. This is not a very exciting result. We will continue to track pre-order volumes in China, but so far, we believe iPhone XR demand may be lower than our previous estimates. We believe Apple will likely adjust down its iPhone XR production for November and December by about 3-4 million units.

Confidential                                                                                                                                    APL-SECLIT_00001233

Jun Zhang
China Telecom and IT
212 607-3180
jzhang@rblt.com

October 22, 2018
Technology– Apple



### iPhone XS

We remain cautious on iPhone XS sales, as well as older model sales, in the second half of this year. Despite our concerns for weak XS sales, we are not making any changes to our iPhone XS production estimates before the holiday season. However, we do expect some iPhone XS production cuts around the holiday season due to sell-through data continuing to be weak. We still estimate 15 million iPhone XS shipments for 2nd half of this year but expect there might be a ~4-5 million production reduction coming around holiday seasons.

### iPhone XS Max

We believe Apple recently increased iPhone XS Max production by 2-3 million units (most are 512G models) for C4Q, attributing to the holiday season inventory build. However, this week we are seeing XS Max sell-through cool down in China. Our thoughts are that this cool down is attributable to consumers waiting for the release of the iPhone XR next weekend. We previously estimated around 15 million units would be shipped in 2H18 but are now increasing our estimates to 17.5 million units for iPhone XS Max shipments for the 2nd half of this year.

### iPad Pro and iWatch

We believe the new iPad Pro will start to ramp in October, and the iPad will see a significant increase in ASP. Our thoughts are that the new design of the iPad Pro will drive the new iPad upgrade cycle. In addition, iWatch sales continue to be strong, which should help C4Q guidance.

### Apple Supply Chain

We believe there are risks for the Apply supply chain in the latter part of C4Q due to Chinese demand softness having meaningful impacts on Apple's new model sell-through over the course of the next few quarters. In addition, we believe companies in the Apple supply chain will face risks due to weak sales for the iPhone XS and older models of the iPhone.

### Final Thoughts

In summary, we believe Apple will report in line revenue and earnings for C3Q, and guide C4Q in line or slightly above both our and consensus ($61.5 billion, $2.78) estimates. We are more cautious on supply chain names, as we believe there are significant risks from iPhone XS production cuts around the holiday season. We maintain our Buy rating on Apple stock, as we believe the iPhone Max, iWatch, and iPad Pro will provide upside to gross margins.

Confidential                                                                                                                                APL-SECLIT_00001234

October 22, 2018
Technology– Apple



## Industry Analysts

**Marshall Senk**
Director of Research
212 607-3153
msenk@rblt.com

**Jun Zhang**
China Telecom and IT
212 607-3180
jzhang@rblt.com

**Hans Mosesmann**
Semiconductors
212 607-3181
hmosesmann@rblt.com

**Ryan Koontz**
Communications and Networking
212 607-3108
rkoontz@rblt.com

**Mark Zgutowicz**
Internet
212 607-3114
mzgutowicz@rblt.com

**Ken Hill, CFA**
Exchanges, Financial Technology
212 607-3117
khill@rblt.com

**Important Disclosures**

I, Jun Zhang, attest that the views expressed in this research report accurately reflect my personal views about the subject matter, security, or issuer. Furthermore, no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation or views expressed in this research report.

The material prepared by me employs appropriate expertise, and I believe that it fairly and accurately represents the subject matter reported upon and is not misleading. I accept no liability for any loss resulting from the use of the material presented in this report, except that this disclaimer of liability does not apply to the extent that such disclaimer may be prohibited by specific statutes, laws or regulations. This report is not to be relied upon in substitution for the exercise of independent judgment. I may have issued and may in the future issue, other reports that are inconsistent with, and which reach different conclusions than the information presented in this report. Those reports reflect the different assumptions, views, and analytical methods of the analysts who prepared them at that time and I assume no obligation to ensure that any other reports on the same subject matter addressed herein are brought to the attention of any recipient of this report.

**Ownership & Material Conflicts of Interest:** None.
**Compensation:** The research analyst who authored this report (the "Analyst") does not receive compensation based on the Firm's investment banking revenues or from the Company and has not done so for the past twelve months. The Firm does not have any investment banking relationship with the Company. As such, the firm has not received compensation for investment banking activities in the past twelve months and does not expect to receive compensation for investment banking activities in the next 3 months. The Firm does not have a consulting or other revenue-generating relationship with the Company in the last twelve months.
**Position as Officer/Director:** The Analyst does not serve as an officer, director, or advisory board member of the Company. The same is true for members of the Analyst's household.

**Explanation of Equity Research Ratings:** Rosenblatt Securities, Inc. uses the following ratings system: Buy [We believe this stock will outperform relative to other companies in its industry over the following 12 months.] Sell [We believe this stock will underperform relative to other companies in its industry over the following 12 months.] Neutral [We believe that this stock's performance will be in line with the average return of others in its industry over the following 12 months.]

**Price Chart:**



**Price Targets:** Please refer to the model for important information regarding valuation and the Analyst's method for determining Price Targets, as well as risk factors that may impede achievement of said target.

| Date | Rating | Share Price | Price Target | Date | Rating | Share Price | Price Target | Date | Rating | Share Price | Price Target | Date | Rating | Share Price | Price Target |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8-Sep-16 | Neutral | $ 108.36 | $ 102.00 | 8-Sep-17 | Neutral | $ 161.26 | $ 150.00 | 28-Nov-17 | Buy | $ 174.09 | $ 180.00 | 18-Jun-18 | Buy | $ 188.84 | $ 180.00 |
| 12-Sep-16 | Neutral | $ 103.13 | $ 102.00 | 13-Sep-17 | Neutral | $ 160.86 | $ 150.00 | 4-Dec-17 | Buy | $ 171.05 | $ 180.00 | 26-Jul-18 | Buy | $ 194.82 | $ 180.00 |
| 15-Sep-16 | Neutral | $ 111.77 | $ 102.00 | 15-Sep-17 | Neutral | $ 158.28 | $ 150.00 | 26-Dec-17 | Buy | $ 175.01 | $ 180.00 | 1-Aug-18 | Buy | $ 190.29 | $ 200.00 |
| 16-Sep-16 | Neutral | $ 115.57 | $ 102.00 | 20-Sep-17 | Neutral | $ 158.73 | $ 150.00 | 18-Jan-18 | Buy | $ 179.10 | $ 180.00 | 13-Sep-18 | Buy | $ 221.07 | $ 200.00 |
| 16-Sep-16 | Neutral | $ 114.81* | $ 102.00 | 25-Sep-17 | Neutral | $ 151.89 | $ 150.00 | 19-Jan-18 | Buy | $ 179.26 | $ 180.00 | 14-Sep-18 | Buy | $ 226.41 | $ 200.00 |
| 30-Sep-16 | Neutral | $ 112.18 | $ 102.00 | 26-Sep-17 | Neutral | $ 150.55 | $ 150.00 | 26-Jan-18 | Buy | $ 171.11 | $ 180.00 | 17-Sep-18 | Buy | $ 223.84 | $ 200.00 |
| 21-Oct-16 | Neutral | $ 117.06 | $ 102.00 | 11-Oct-17 | Neutral | $ 155.90 | $ 150.00 | 31-Jan-18 | Buy | $ 166.97 | $ 180.00 | 24-Sep-18 | Buy | $ 217.66 | $ 200.00 |
| 26-Oct-16 | Neutral | $ 118.25 | $ 102.00 | 18-Oct-17 | Neutral | $ 160.47 | $ 150.00 | 2-Feb-18 | Buy | $ 167.78 | $ 180.00 | 22-Oct-18 | Buy | $ 219.31 | $ 200.00 |
| 7-Dec-16 | Neutral | $ 109.95 | $ 102.00 | 20-Oct-17 | Neutral | $ 155.98 | $ 150.00 | 9-Feb-18 | Buy | $ 155.15 | $ 180.00 | | | | |
| 1-Feb-17 | Neutral | $ 121.35 | $ 102.00 | 26-Oct-17 | Neutral | $ 156.41 | $ 150.00 | 7-Mar-18 | Buy | $ 176.67 | $ 180.00 | | | | |
| 28-Mar-17 | Neutral | $ 140.88 | $ 120.00 | 27-Oct-17 | Neutral | $ 157.41 | $ 150.00 | 16-Mar-18 | Buy | $ 178.65 | $ 180.00 | | | | |
| 3-May-17 | Neutral | $ 147.51 | $ 120.00 | 30-Oct-17 | Neutral | $ 163.05 | $ 150.00 | 28-Mar-18 | Buy | $ 168.34 | $ 180.00 | | | | |
| 26-May-17 | Neutral | $ 153.87 | $ 120.00 | 3-Nov-17 | Buy | $ 168.11 | $ 180.00 | 2-May-18 | Buy | $ 169.10 | $ 180.00 | | | | |
| 2-Aug-17 | Neutral | $ 150.05 | $ 150.00 | 6-Nov-17 | Buy | $ 172.50 | $ 180.00 | 14-May-18 | Buy | $ 188.59 | $ 180.00 | | | | |
| 21-Aug-17 | Neutral | $ 157.50 | $ 150.00 | 21-Nov-17 | Buy | $ 169.99 | $ 180.00 | 30-May-18 | Buy | $ 187.90 | $ 180.00 | | | | |

* Price as of 12:00 PM EDT

Source: S&P Capital IQ

**Rosenblatt Securities Equity Research Ratings Distribution, as of October 22, 2018**

| | Buy | Neutral (Hold) | Sell |
|---|---|---|---|
| Rosenblatt Securities Equity Research Coverage | 69.4% | 22.6% | 8.1% |
| IB clients* | 1.6% | 0% | 0% |

Confidential   APL-SECLIT_00001235

October 22, 2018
Technology– Apple



## Industry Analysts

**Marshall Senk**
Director of Research
212 607-3153
msenk@rblt.com

**Jun Zhang**
China Telecom and IT
212 607-3180
jzhang@rblt.com

**Hans Mosesmann**
Semiconductors
212 607-3181
hmosesmann@rblt.com

**Ryan Koontz**
Communications and Networking
212 607-3108
rkoontz@rblt.com

**Mark Zgutowicz**
Internet
212 607-3114
mzgutowicz@rblt.com

**Ken Hill, CFA**
Exchanges, Financial Technology
212 607-3117
khill@rblt.com

*Percentage of investment banking clients in each rating category.

For purposes only of FINRA ratings distribution rules, our Neutral rating falls into a hold rating category. Please note that stocks with an NR (Not Rated) designation are not included in the table above.

**Market Making:** The Firm does not make markets in any securities.

**Other Disclosures:** All the views expressed in the research report accurately reflect the research analyst's personal views about any and all of the subject securities or issuers and no part of the research analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations, valuations, or views expressed by the research analyst in the research report.
The information contained in this report is not a complete analysis of every material fact with respect to any company. industry or security and is not an offer or solicitation to buy or sell any security. Although opinions and estimates expressed in this report reflect the current judgment of the Firm, the information upon which such opinions and estimates are based is not necessarily updated on a regular basis.
Estimates are not reviewed on a regular basis. In addition, opinions and estimates are subject to change without notice. Each investor must make its own determination of the appropriateness of an investment in any securities referred to herein based on any legal, tax and accounting considerations applicable to such investor and its own investment strategy.
By virtue of this publication, Rosenblatt Securities Inc or their employees shall not be responsible for any investment decision. The Firm from time to time may perform corporate finance services for companies mentioned in this report and may occasionally possess material, nonpublic information regarding such companies.
This information is not used in the preparation of the opinions and estimates contained in this report. Facts and the other information contained in this report have been obtained from public sources considered reliable but are not guaranteed in any way.

This report may not be reproduced, distributed, or published without the prior consent of Rosenblatt Securities Inc. Copyright © 2018. All rights reserved by Rosenblatt Securities Inc.

Confidential                                                                                                                                                                APL-SECLIT_00001236