# EXHIBIT 45



Company Report

| October 18, 2018 | Apple (AAPL) |
|---|---|

*Cook & Co. Focused on Services Gold Mine; iPhone Cycle Humming-Initiating at OP*

Rating:
**OUTPERFORM**
Price:
**$221.19**
12-Month Price Target:
**$310.00**

Analysts
**Daniel Ives**
212-344-2073
Dan.Ives@wedbush.com

**Strecker Backe**
212-833-1367
Strecker.Backe@wedbush.com

Company Information
| | |
|---|---:|
| Shares Outst (M) | 4,840.0 |
| 52-Week Range | $153.39 - $232.07 |
| Market Cap (M) | $1,075,206.0 |
| Enterprise Value (M) | $1,118,836 |

| REV (M) | | | in $ |
|---|---|---|---|
| FYE Sep | 2017A | 2018E | 2019E |
| Q1 Dec | 78,351.0A | 88,293.0A | 91,535.9E |
| Q2 Mar | 52,896.0A | 61,137.0A | 65,330.3E |
| Q3 Jun | 45,408.0A | 53,265.0A | 57,389.7E |
| Q4 Sep | 52,579.0A | 61,007.3E | 64,583.0E |
| Year* | 229,234.0A | 263,702.3E | 278,838.9E |

| EPS | | | in $ |
|---|---|---|---|
| FYE Sep | 2017A | 2018E | 2019E |
| Q1 Dec | 3.36A | 3.89A | 4.95E |
| Q2 Mar | 2.10A | 2.73A | 3.11E |
| Q3 Jun | 1.67A | 2.34A | 2.67E |
| Q4 Sep | 2.07A | 2.78E | 3.02E |
| Year* | 9.21A | 11.77E | 13.80E |
| P/E | 24.0x | 18.8x | 16.0x |

*Pricing data provided by Thomson Reuters.*
*Numbers may not add up due to rounding.*

### The Wedbush View

We are initiating coverage of Apple with an OUTPERFORM rating, $310 price target, and adding to the *Wedbush Best Ideas List*. The Street continues to be laser focused on the demand trajectory for iPhones into 2019 with the trifecta of next generation iPhones on the horizon and the Street modeling iPhone shipments of roughly 220 million units, which could ultimately prove to be conservative in our opinion given the underlying demand drivers and the pent up installed base. Based on our analysis we believe 350 million iPhones are in the "window of opportunity" to upgrade over the next 12 to 18 months with Apple needing to capture a majority of these units as part of this upgrade cycle to make a clearly successful iPhone product cycle in 2019 and lay the groundwork for future services/software growth and steady iPhone demand over the coming years. With positively trending ASPs that we believe can approach ~$800 in FY19 and healthy gross margins heading into this 2019 product cycle that are showing no signs of abating and could thus translate into upside for the upcoming September quarter, we believe many of the growth fears on the Street have been alleviated around Apple in the near term, however this upcoming product cycle remains a linchpin for Cook & Co. to lay the groundwork for "steady" iPhone growth for the next few years. The three new iPhone releases with XS, XS Max, and XR (5.8 inch to 6.5 inch OLED Plus designs with a lower priced LCD model) released in September will help capture the underlying demand/upgrades among customers that have decided to bypass the 8/8+/X cycle last time around, with price points and features that catalyze fence sitting iPhone customers onto their next smartphone during the course of FY19 with Chinese consumers front and center.

With September Street numbers and FY19 set up well heading into a potentially robust iPhone product cycle along with a massive capital return strategy already in place as another tailwind, we continue to believe Apple shares are compelling over the coming year despite the recent run. In particular we continue to believe the "high octane fuel" from the services business that is on a trajectory to be a $50 billion annual revenue stream by 2020 speaks to the stepped-up monetization of Apple's unparalleled installed base that is front and center for Cupertino (and its investors) over the coming years. Our sum-of-the-parts valuation on AAPL translates into a price target of $310 with our services business segment valuation between $400 billion to $450 billion and the rest of Cupertino's core iPhone franchise resulting in a valuation that has clear upside from current levels in our opinion as Cook & Co. further execute on their long term consumer vision. In a nutshell, we ultimately believe AAPL's valuation can approach the $1.5 trillion level based on our analysis of the monetization potential of its unparalleled consumer installed base over the coming years coupled by further multiple expansion around the services business.

Wedbush Securities does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Please see pages 9–12 of this report for analyst certification and important disclosure information.

www.wedbush.com

Confidential                                                APL-SECLIT_00001143

**WEDBUSH**

## Investment Overview

**We are initiating coverage of Apple with an OUTPERFORM rating and $310 price target.** The Street continues to be laser focused on the demand trajectory for iPhones into 2019 with the trifecta of next generation iPhones on the horizon and the Street modeling iPhone shipments of ~220 million units, which could ultimately prove to be conservative in our opinion given the underlying demand drivers. Based on our analysis we believe 350 million iPhones are in the "window of opportunity" to upgrade over the next 12-18 months with AAPL needing to capture a majority of these units as part of this upgrade cycle to make a clearly successful iPhone product cycle in 2019 and lay the groundwork for future services/software growth and steady iPhone demand over the coming years. With positively trending ASPs and gross margins heading into this 2019 product cycle showing no signs of abating and could translate into upside for the upcoming quarter, we believe many of the growth fears on the Street have been alleviated, however this upcoming product cycle remains a linchpin for Cupertino. Our SOTP valuation translates to a price target of $310.

| **Bear Case** | **Base Case** | **Bull Case** |
| --- | --- | --- |
| This latest XS iPhone product cycle disappoints and does not experience significant upgrades; especially within China. Services ramp does not scale and hit 2020 targets. | Healthy XS iPhone product cycle the next 2-4 quarters driving high ASPs and a significant services growth ramp. | Better-than-expected iPhone product cycle and services ramp quicker than expected driving incremental margin and FCF growth. Expanding buyback and capital allocation plan further |

| **Upcoming Catalysts** | **Primary Value Driver** |
| --- | --- |
| Earnings-November 1 | iPhone product cycle launch/success is the main focus of the Street; along with the services business which on a sum of the parts valuation we believe is worth between $400 billion to $450 billion. |

| **Valuation** | **Investor Sentiment** |
| --- | --- |
| Our $310 price target represents 22x our FY19 EPS estimate. | Positive |

| **Company Description** | **Price Performance** |
| --- | --- |
| Apple sells software, services, networking solutions, and third-party digital content and applications while designing, manufacturing around its iconic iPhone smartphone and product families of Macs, iPads, and other related hardware. | <br>*Source: EDI* |



| Debatable Point | Our Thoughts | Time Frame | Impact |
|---|---|---|---|
| Is the iPhone product cycle losing steam with mature growth prospects now on the horizon? | While Apple, as well as competitors (Samsung), are facing mature growth prospects on the smart phone front, we believe there is still significant room for growth over the coming years as customers move to upgrades every 28-30 months with the iPhone XS as the latest key growth driver. | 12-24 months | ⬆ |
| Is China a growth tailwind or headwind for Apple in 2019 and beyond? | While competition from lower cost smartphones remain an issue for Apple in China, the underlying growth opportunity out of this region is massive as we estimate between 60 million and 70 million iPhones are due for an upgrade over the next 12 months. | 6-12 months | ⬆ |
| Will Apple finally pull the trigger on bigger M&A deals given the content arms race? | Cupertino has never been a fan of larger M&A as the company has strategically focused on organic initiatives rather than tactical or more significant deal flow. That said, we would not be surprised to see Apple make some larger deals to stimulate its content ambitions with Netflix and Disney among others aggressively raising the stakes in this content arms race. | 12-18 months | ↔ |

Confidential                                                                                                                                       APL-SECLIT_00001145

**We are initiating coverage of Apple with an OUTPERFORM rating and $310 price target.**

The Street continues to be laser focused on the demand trajectory for iPhones into 2019 with the trifecta of next generation iPhones on the horizon and the Street modeling iPhone shipments of roughly 220 million units, which could ultimately prove to be conservative in our opinion given the underlying demand drivers and the pent up installed base. Based on our analysis we believe 350 million iPhones are in the "window of opportunity" to upgrade over the next 12 to 18 months with Apple needing to capture a majority of these units as part of this upgrade cycle to make a clearly successful iPhone product cycle in 2019 and lay the groundwork for future services/software growth and steady iPhone demand over the coming years. With positively trending ASPs that we believe can approach ~$800 in FY19 and healthy gross margins heading into this 2019 product cycle that are showing no signs of abating and could thus translate into upside for the upcoming September quarter, we believe many of the growth fears on the Street have been alleviated around Apple in the near-term, however this upcoming product cycle remains a linchpin for Cook & Co. to lay the groundwork for "steady" iPhone growth for the next few years. The three new iPhone releases with XS, XS Max, and XR (5.8 inch to 6.5 inch OLED Plus designs with a lower priced LCD model) released in September will help capture the underlying demand/upgrades among customers that have decided to bypass the 8/8+/X cycle last time around, with price points and features that catalyze fence sitting iPhone customers onto their next smartphone during the course of FY19 with Chinese consumers front and center. Our store checks and data analysis of inventory levels in Asia continue to indicate a successful initial trajectory on this iPhone launch with a healthy trajectory and inventory levels heading into the rest of FY19 that importantly lays the groundwork for a massive services ramp over the next few years. With September Street numbers and FY19 set up well heading into a potentially robust iPhone product cycle along with a massive capital return strategy already in place as another tailwind, we continue to believe Apple shares are compelling over the coming year despite the recent run. In particular we continue to believe the "high octane fuel" from the services business which is on a trajectory to be a $50 billion annual revenue stream by 2020 speaks to the stepped-up monetization of Apple's unparalleled installed base that is front and center for Cupertino (and its investors) over the coming years. Our sum-of-the-parts valuation on AAPL translates into a price target of $310 with the services business segment valuation between $400 billion to $450 billion and the rest of Cupertino's core iPhone franchise resulting in a valuation that has clear upside from current levels in our opinion as Cook & Co. further execute on their long term consumer vision. In a nutshell, we ultimately believe AAPL's valuation can approach the $1.5 trillion level based on our analysis of the monetization potential of its unparalleled consumer installed base over the coming years coupled by further multiple expansion around the services business. We also expect the company's $250 billion+ in cash after this quarter along with deploying cash for stepped up buybacks and dividends could start to finally see active M&A prospects to catalyze the company's all-important content initiatives as this content arms race kicks into next gear with Netflix and Disney leading the race.

Confidential                                                                                                                                           APL-SECLIT_00001146

**Looking out into FY19; China consumer demand a key driver.** The massive uptick in ASPs that Apple has experienced on the heels of a modestly successful iPhone X launch and the current XS launch, a services business that we forecast is on a trajectory to be a $50 billion annual revenue stream by FY20, and an unparalleled consumer franchise that now has 1.3 billion active devices worldwide speaks to the potential tailwinds that Cook & Co. has for the foreseeable future in our opinion as it further penetrates its massive installed base. The main swing factor in our opinion looking ahead is China (was up 19% year over year in June/FY3Q) as we estimate over a 100 million iPhone installed base in this key region, with over half of these consumers due for an upgrade during the course of FY19. In particular, we estimate between 60 million and 70 million Chinese iPhones will be in the "upgrade window" over the coming year with iPhone's next generation trifecta of smartphones as a major potential product catalyst in the all important Chinese market, which could see a renaissance of growth on the horizon for Apple despite lingering worries around the overall China market given current tariff/trade tensions. To this point, as China trade worries appear to now be in negotiation mode the biggest lingering worry for the Street is around any possible supply chain disruption that could cause a speed bump for Apple/iPhones heading into this major product cycle. We believe this issue so far is contained however will be a key dynamic we will be keeping a very close eye heading into the September quarter as the initial demand and ASPs appear to be trending above expectations with a healthy pipeline of customers poised to upgrade over the next few quarters. We believe a successful iPhone launch with particular traction in China, coupled by a ramping services business is key to a re-rating on shares of AAPL as more investors start to appreciate the underlying value and recurring nature of Cupertino's services franchise.

**Upgrade cycle could unleash the next leg of growth on Services.** We believe Apple's new products should drive high margin services revenue growth and continue to drive the company's unique software/services ecosystem across the technology food chain. While Apple's product pipeline and demand trajectory around Macs and iPads should sustain relatively stable revenue for FY19, clearly the biggest area of growth and margin improvement is around the company's growing services business as evidenced again in the recently reported June quarter. With iCloud, Apple Pay, Apple Music, and other digital downloads driving this vast ecosystem, we believe this segment could top $50 billion of revenues by FY20 as the growing iPhone installed base further drives this software/services business with a potential streaming service (and future acquisitions around content, studios) as a wild card. In our opinion, as the services business continues to significantly ramp over the coming years this will be a key variable to Apple's stock ultimately getting re-rated over time with the Street giving more credit to this incremental growth and margin driver for Cupertino going forward. In our opinion, on a sum-of-the-parts basis, the services piece of Apple's ecosystem is worth between $400 billion and $450 billion to the overall valuation of Apple and is key linchpin of growth going forward. The main X variable looking ahead remains how Apple plans to monetize its content strategy over the coming years with this content arms race against the likes of content behemoths such as Netflix, Amazon, Disney and most recently Time Warner/AT&T throwing their hat in the ring. We note that Apple is spending about $1 billion on original content this year, a level we believe can markedly increase by 3x-4x over the coming years both organically as well as through some potential strategic acquisitions (e.g., a24 independent studio- a smart potential target/fit in our opinion) to significantly step up Cupertino's content game.

Confidential                                                                                                                                                                                    APL-SECLIT_00001147

**Apple, Inc. (AAPL)**
**Income Statement**
($ in millions, except per share)

| | 2017A | | | | | 2018E | | | | | 2019E | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1Q17A Dec-16 | 2Q17A Mar-17 | 3Q17A Jun-17 | 4Q17A Sep-17 | FY17A Total | 1Q18A Dec-17 | 2Q18A Mar-18 | 3Q18A Jun-18 | 4Q18E Sep-18 | FY18E Total | 1Q19E Dec-18 | 2Q19E Mar-19 | 3Q19E Jun-19 | 4Q19E Sep-19 | FY19E Total |
| **Revenue** | | | | | | | | | | | | | | | |
| iPhone | 54,378 | 33,249 | 24,846 | 28,846 | 141,319 | 61,576 | 38,032 | 29,906 | 35,134 | 164,648 | 62,192 | 40,200 | 31,521 | 35,943 | 169,855 |
| Ipad | 5,533 | 3,889 | 4,969 | 4,831 | 19,222 | 5,862 | 4,113 | 4,741 | 4,841 | 19,557 | 5,774 | 4,051 | 4,608 | 4,526 | 18,960 |
| Mac | 7,244 | 5,844 | 5,592 | 7,170 | 25,850 | 6,895 | 5,848 | 5,330 | 7,156 | 25,229 | 7,033 | 5,702 | 5,479 | 6,955 | 25,169 |
| Services | 7,172 | 7,041 | 7,266 | 8,501 | 29,980 | 8,471 | 9,190 | 9,548 | 10,235 | 37,444 | 10,335 | 11,028 | 11,649 | 12,589 | 45,600 |
| Other | 4,024 | 2,873 | 2,735 | 3,231 | 12,863 | 5,489 | 3,954 | 3,740 | 3,641 | 16,824 | 6,203 | 4,349 | 4,133 | 4,570 | 19,255 |
| **Total Revenue** | **78,351** | **52,896** | **45,408** | **52,579** | **229,234** | **88,293** | **61,137** | **53,265** | **61,007** | **263,702** | **91,536** | **65,330** | **57,390** | **64,583** | **278,839** |
| *Year-over-Year Growth* | *3%* | *5%* | *7%* | *12%* | *6%* | *13%* | *16%* | *17%* | *16%* | *15%* | *4%* | *7%* | *8%* | *6%* | *15%* |
| *Qtr-over-Qtr Growth* | *67%* | *-32%* | *-14%* | *16%* | *NM* | *68%* | *-31%* | *-13%* | *15%* | *NM* | *50%* | *-29%* | *-12%* | *13%* | *NM* |
| Total Cost of Revenue | 48,175 | 32,305 | 27,920 | 32,648 | 141,048 | 54,381 | 37,715 | 32,844 | 37,641 | 162,581 | 56,478 | 40,178 | 35,467 | 39,848 | 171,970 |
| **Gross Profit** | **30,176** | **20,591** | **17,488** | **19,931** | **88,186** | **33,912** | **23,422** | **20,421** | **23,366** | **101,121** | **35,058** | **25,152** | **21,923** | **24,735** | **106,869** |
| **Operating Expenses** | | | | | | | | | | | | | | | |
| Research & Development | 2,871 | 2,776 | 2,937 | 2,997 | 11,581 | 3,407 | 3,378 | 3,701 | 3,660 | 14,146 | 3,661 | 3,985 | 3,902 | 4,327 | 15,876 |
| SG&A | 3,946 | 3,718 | 3,783 | 3,814 | 15,261 | 4,231 | 4,150 | 4,108 | 4,393 | 16,882 | 4,302 | 4,573 | 4,247 | 4,844 | 17,966 |
| Total Operating Expenses | 6,817 | 6,494 | 6,720 | 6,811 | 26,842 | 7,638 | 7,528 | 7,809 | 8,053 | 31,028 | 7,964 | 8,558 | 8,149 | 9,171 | 33,842 |
| **Operating Income** | **23,359** | **14,097** | **10,768** | **13,120** | **61,344** | **26,274** | **15,894** | **12,612** | **15,313** | **70,093** | **27,095** | **16,594** | **13,774** | **15,565** | **73,027** |
| Interest and other income | 821 | 587 | 540 | 797 | 2,745 | 756 | 274 | 672 | 500 | 2,202 | 400 | 400 | 400 | 375 | 1,575 |
| **Income Before Taxes** | **24,180** | **14,684** | **11,308** | **13,917** | **64,089** | **27,030** | **16,168** | **13,284** | **15,813** | **72,295** | **27,495** | **16,994** | **14,174** | **15,940** | **74,602** |
| Income Taxes | 6,289 | 3,655 | 2,591 | 3,203 | 15,738 | 6,965 | 2,346 | 1,765 | 2,372 | 13,448 | 4,124 | 2,546 | 2,148 | 2,398 | 11,217 |
| **Net Income - Pro-forma*** | **17,891** | **11,029** | **8,717** | **10,714** | **48,351** | **20,065** | **13,822** | **11,519** | **13,441** | **58,847** | **23,370** | **14,445** | **12,047** | **13,549** | **63,411** |
| **EPS - Pro-forma*** | **3.36** | **2.10** | **1.67** | **2.07** | **9.21** | **3.89** | **2.73** | **2.34** | **2.78** | **11.77** | **4.95** | **3.11** | **2.67** | **3.02** | **13.80** |
| Shares Outstanding - Diluted | 5,328 | 5,262 | 5,234 | 5,184 | 5,252 | 5,158 | 5,069 | 4,927 | 4,840 | 4,998 | 4,725 | 4,650 | 4,520 | 4,480 | 4,594 |

*\* Does not include amortization of goodwill and intangibles, stock-based compensation and restructuring costs.*
*Sources: Company Reports and Wedbush Securities, Inc. estimates*

Daniel Ives
(212) 344 - 2073
Dan.Ives@wedbush.com

**www.wedbush.com**

Confidential    APL-SECLIT_00001148

**Apple, Inc. (AAPL)**
**Margin & Growth Analysis**

| | 1Q17A | 2Q17A | 3Q17A | 4Q17A | FY17A | 1Q18A | 2Q18A | 3Q18A | 4Q18E | FY18E | 1Q19E | 2Q19E | 3Q19E | 4Q19E | FY19E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Margins** | | | | | | | | | | | | | | | |
| Gross Margin | 38.5% | 38.9% | 38.5% | 37.9% | 38.5% | 38.4% | 38.3% | 38.3% | 38.3% | 38.3% | 38.3% | 38.5% | 38.2% | 38.3% | 38.3% |
| Operating Margin | 29.8% | 26.7% | 23.7% | 25.0% | 26.8% | 29.8% | 26.0% | 23.7% | 25.1% | 26.6% | 29.6% | 25.4% | 24.0% | 24.1% | 26.2% |
| Net Margin - Pro forma | 22.8% | 20.9% | 19.2% | 20.4% | 21.1% | 22.7% | 22.6% | 21.6% | 22.0% | 22.3% | 25.5% | 22.1% | 21.0% | 21.0% | 22.7% |
| **Percent of Revenues** | | | | | | | | | | | | | | | |
| iPhone | 69.4% | 62.9% | 54.7% | 54.9% | 61.6% | 69.7% | 62.2% | 56.1% | 57.6% | 62.4% | 67.9% | 61.5% | 54.9% | 55.7% | 60.9% |
| iPad | 7.1% | 7.4% | 10.9% | 9.2% | 8.4% | 6.6% | 6.7% | 8.9% | 7.9% | 7.4% | 6.3% | 6.2% | 8.0% | 7.0% | 6.8% |
| Mac | 9.2% | 11.0% | 12.3% | 13.6% | 11.3% | 7.8% | 9.6% | 10.0% | 11.7% | 9.6% | 7.7% | 8.7% | 9.5% | 10.8% | 9.0% |
| Services | 9.2% | 13.3% | 16.0% | 16.2% | 13.1% | 9.6% | 15.0% | 17.9% | 16.8% | 14.2% | 11.3% | 16.9% | 20.3% | 19.5% | 16.4% |
| Other | 5.1% | 5.4% | 6.0% | 6.1% | 5.6% | 6.2% | 6.5% | 7.0% | 6.0% | 6.4% | 6.8% | 6.7% | 7.2% | 7.1% | 6.9% |
| Research & Development | 3.7% | 5.2% | 6.5% | 5.7% | 5.1% | 3.9% | 5.5% | 6.9% | 6.0% | 5.4% | 4.0% | 6.1% | 6.8% | 6.7% | 5.7% |
| SG&A | 5.0% | 7.0% | 8.3% | 7.3% | 6.7% | 4.8% | 6.8% | 7.7% | 7.2% | 6.4% | 4.7% | 7.0% | 7.4% | 7.5% | 6.4% |
| **Year-over-Year Growth** | | | | | | | | | | | | | | | |
| iPhone | 5.3% | 1.2% | 3.3% | 2.4% | 3.4% | 13.2% | 14.4% | 20.4% | 21.8% | 16.5% | 1.0% | 5.7% | 5.4% | 2.3% | 3.2% |
| iPad | -21.9% | -11.9% | 1.9% | 13.5% | -6.8% | 5.9% | 5.8% | -4.6% | 0.2% | 1.7% | -1.5% | -1.5% | -2.8% | -6.5% | -3.1% |
| Mac | 7.4% | 14.4% | 6.7% | 24.9% | 13.2% | -4.8% | 0.1% | -4.7% | -0.2% | -2.4% | 2.0% | -2.5% | 2.8% | -2.8% | -0.2% |
| Services | 18.4% | 17.5% | 21.6% | 34.4% | 23.1% | 18.1% | 30.5% | 31.4% | 20.4% | 24.9% | 22.0% | 20.0% | 22.0% | 23.0% | 21.8% |
| Other | -7.5% | 31.2% | 23.3% | 36.2% | 15.5% | 36.4% | 37.6% | 36.7% | 12.7% | 30.8% | 13.0% | 10.0% | 10.5% | 25.5% | 14.4% |
| Total Revenue | 3.3% | 4.6% | 7.2% | 12.2% | 6.3% | 12.7% | 15.6% | 17.3% | 16.0% | 15.0% | 3.7% | 6.9% | 7.7% | 5.9% | 5.7% |
| Operating Income | -3.4% | 0.8% | 6.6% | 11.6% | 2.2% | 12.5% | 12.7% | 17.1% | 16.7% | 14.3% | 3.1% | 4.4% | 9.2% | 1.6% | 4.2% |
| EPS - pro forma * | 2.3% | 10.4% | 16.9% | 23.7% | 10.8% | 15.9% | 30.1% | 40.4% | 34.4% | 27.9% | 27.1% | 13.9% | 14.0% | 8.9% | 17.2% |
| **Sequential Growth** | | | | | | | | | | | | | | | |
| iPhone | 93.1% | -38.9% | -25.3% | -47.0% | NM | 113.5% | -38.2% | -21.4% | 17.5% | NM | 77.0% | -35.4% | -21.6% | 14.0% | NM |
| iPad | 30.0% | -29.7% | 27.8% | -2.8% | NM | 21.3% | -29.8% | 15.3% | 2.1% | NM | 19.3% | -29.8% | 13.7% | -1.8% | NM |
| Mac | 26.2% | -19.3% | -4.3% | 28.2% | NM | -3.8% | -15.2% | -8.9% | 34.3% | NM | -1.7% | -18.9% | -3.9% | 26.9% | NM |
| Services | 13.4% | -1.8% | 3.2% | 17.0% | NM | -0.4% | 8.5% | 3.9% | 7.2% | NM | 1.0% | 6.7% | 5.6% | 8.1% | NM |
| Other | 69.6% | -28.6% | -4.8% | 18.1% | NM | 69.9% | -28.0% | -5.4% | -2.6% | NM | 70.3% | -29.9% | -5.0% | 10.6% | NM |
| Total Revenue | 67.2% | -32.5% | -14.2% | -32.9% | NM | 67.9% | -30.8% | -12.9% | 14.5% | NM | 50.0% | -28.6% | -12.2% | 12.5% | NM |
| Operating Income | 98.6% | -39.7% | -23.6% | -43.8% | NM | 100.3% | -39.5% | -20.6% | 21.4% | NM | 76.9% | -38.8% | -17.0% | 13.0% | NM |
| EPS - pro forma * | 100.9% | -37.6% | -20.5% | -38.4% | NM | 88.2% | -29.9% | -14.3% | 18.8% | NM | 78.1% | -37.2% | -14.2% | 13.5% | NM |

*Sources: Company Reports and Wedbush Securities, Inc. estimates*

Daniel Ives
(212) 344 - 2073
Dan.Ives@wedbush.com

www.wedbush.com

Confidential   APL-SECLIT_00001149

**Apple, Inc. (AAPL)**

**Balance Sheet ($ in millions)**

| | FY17 | FY18 | | | |
|---|---|---|---|---|---|
| | Sep-17 | Dec-17 | Mar-18 | Jun-18 | |
| **ASSETS** | | | | | |
| Cash And Equivalents | 20,289 | 27,491 | 45,059 | 31,971 | |
| Short-Term Marketable Securities | 53,892 | 49,662 | 42,881 | 38,999 | |
| Accounts Receivable | 17,874 | 23,440 | 14,324 | 14,104 | |
| Inventory | 4,855 | 4,421 | 7,662 | 5,936 | |
| Vendor Non-Trade Receivables | 17,799 | 27,459 | 8,084 | 12,263 | |
| Other Current Assets | 13,936 | 11,337 | 12,043 | 12,488 | |
| **Total Current Assets** | **128,645** | **143,810** | **130,053** | **115,761** | |
| Long-Term Marketable Securities | 194,714 | 207,944 | 179,286 | 172,773 | |
| Property and Equipment | 33,783 | 33,679 | 35,077 | 38,117 | |
| Goodwill & Intangible Assets | 8,015 | 8,038 | 0 | 0 | |
| Other Assets | 10,162 | 13,323 | 23,086 | 22,546 | |
| **Total Assets** | **375,319** | **406,794** | **367,502** | **349,197** | |
| **LIABILITIES** | | | | | |
| Accounts Payable | 49,049 | 62,985 | 34,311 | 38,489 | |
| Accrued Expenses | 25,744 | 26,281 | 26,756 | 25,184 | |
| Deferred Revenue | 7,548 | 8,044 | 7,775 | 7,403 | |
| Commercial Paper | 11,977 | 11,980 | 11,980 | 11,974 | |
| Current Portion of Long-Term Debt | 6,496 | 6,498 | 8,498 | 5,498 | |
| **Total Current Liabilities** | **100,814** | **115,788** | **89,320** | **88,548** | |
| Deferred Revenue | 2,836 | 3,131 | 3,087 | 2,878 | |
| Long-Term Debt | 97,207 | 103,922 | 101,362 | 97,128 | |
| Other Liabilities | 40,415 | 43,754 | 46,855 | 45,694 | |
| **Total Liabilities** | **241,272** | **266,595** | **240,624** | **234,248** | |
| **Total Shareholder Equity** | **134,047** | **140,199** | **126,878** | **114,949** | |
| **Total Liabilities And Shareholders Equity** | **375,319** | **406,794** | **367,502** | **349,197** | |

*Sources: Company Reports and Wedbush Securities, Inc. estimates*

www.wedbush.com

Confidential    APL-SECLIT_00001150



**Valuation**
Our $310 price target represents 22x our FY19 EPS estimate.

**Risks to the Attainment of Our Price Target and Rating:**
- Increasing competition, pricing, technology shifts, and macroeconomic conditions.
- The success of the iPhone product cycle remains key to the company's growth prospects
- Apple's ability to successfully ramp its software/services business is dependent on further penetration of its installed base
- Success of Apple's product strategy in China, which remains a key growth driver for the coming years and could be impaired by lower priced smartphones and competition. China macro/tariffs issue remain a long-term risk.

**Analyst Certification**
We, Daniel Ives and Strecker Backe, certify that the views expressed in this report accurately reflect our personal opinions and that we have not and will not, directly or indirectly, receive compensation or other payments in connection with our specific recommendations or views contained in this report.

**Mentioned Companies**

| Company | Rating | Price | Target |
|---|---|---|---|
| Amazon.com | OUTPERFORM | $1,831.73 | $2,100.00 |
| Netflix | UNDERPERFORM | $364.70 | $150.00 |

**Investment Rating System:**

OUTPERFORM: Expect the total return of the stock to outperform relative to the median total return of the analyst's (or the analyst's team) coverage universe over the next 6-12 months.

NEUTRAL: Expect the total return of the stock to perform in-line with the median total return of the analyst's (or the analyst's team) coverage universe over the next 6-12 months.

UNDERPERFORM: Expect the total return of the stock to underperform relative to the median total return of the analyst's (or the analyst's team) coverage universe of the next 6-12 months.

The Investment Ratings are based on the expected performance of a stock (based on anticipated total return to price target) relative to the other stocks in the analyst's coverage universe (or the analyst's team coverage).*

| Rating distribution<br>(as of October 18, 2018) | Investment Banking Relationships<br>(as of October 18, 2018) |
|---|---|
| OUTPERFORM: 59.03%<br>NEUTRAL: 39.03%<br>UNDERPERFORM: 1.94% | OUTPERFORM: 13.66%<br>NEUTRAL: 0.83%<br>UNDERPERFORM: 0.00% |

The Distribution of Ratings is required by FINRA rules; however, WS' stock ratings of Outperform, Neutral, and Underperform most closely conform to Buy, Hold, and Sell, respectively. Please note, however, the definitions are not the same as WS' stock ratings are on a relative basis.

The analysts responsible for preparing research reports do not receive compensation based on specific investment banking activity. The analysts receive compensation that is based upon various factors including WS' total revenues, a portion of which are generated by WS' investment banking activities.

**Company Specific Disclosures**
1. WS makes a market in the securities of Apple, Amazon.com and Netflix.

**Price Charts**

Confidential                                                                                                                                   APL-SECLIT_00001151







Wedbush disclosure price charts are updated within the first fifteen days of each new calendar quarter per FINRA regulations. Price charts for companies intiated upon in the current quarter, and rating and target price changes occurring in the current quarter, will not be displayed until the following quarter. Additional information on recommended securities is available on request.
Disclosure information regarding historical ratings and price targets is available: http://www.wedbush.com/ResearchDisclosure/DisclosureQ118.pdf

*WS changed its rating system from (Strong Buy/ Buy/ Hold/ Sell) to (Outperform/ Neutral/ Underperform) on July 14, 2009.

Please access the attached hyperlink for WS' Coverage Universe: http://www.wedbush.com/services/cmg/equities-division/research/equity-research

Applicable disclosure information is also available upon request by contacting Leslie Lippai in the Research Department at (212) 833-1375, by email to leslie.lippai@wedbush.com, or the Business Conduct Department (213) 688-8090. You may also submit a written request to the following: Business Conduct Department, 1000 Wilshire Blvd., Los Angeles, CA 90017.

## OTHER DISCLOSURES

The information herein is based on sources that we consider reliable, but its accuracy is not guaranteed. The information contaned herein is not a representation by this corporation, nor is any recommendation made herein based on any privileged information. This information is not intended to be nor should it be relied upon as a complete record or analysis; neither is it an offer nor a solicitation of an offer to sell or buy any security mentioned herein. This firm, Wedbush Securities, its officers, employees, and members of their families, or any one or more of them, and its discretionary and advisory accounts, may have a position in any security discussed herein or in related securities and may make, from time to time, purchases or sales thereof in the open market or otherwise. The information and expressions of opinion contained herein are subject to change without further notice. The herein mentioned securities may be sold to or bought from customers on a principal basis by this firm. Additional information with respect to the information contained herein may be obtained upon request.

Wedbush Securities does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Please see pages 3–7 of this report for analyst certification and important disclosure information.

Confidential    APL-SECLIT_00001153



## Equity Research

| CONSUMER AND RETAIL | | | HEALTHCARE | | |
|---|---|---|---|---|---|
| **Consumer Data Analytics** | | | **Biotechnology** | | |
| Jen Redding | (212) 344-2386 | jen.redding@wedbush.com | David Nierengarten, | (415) 274-6862 | david.nierengarten@wedbush.com |
| **Footwear & Apparel** | | | **Biotechnology** | | |
| Christopher Svezia | (212) 938-9922 | christopher.svezia@wedbush.com | Robert Driscoll | (415) 274-6863 | robert.driscoll@wedbush.com |
| **Hardlines Retail** | | | **Emerging Pharmaceuticals** | | |
| Seth Basham | (212) 938-9954 | seth.basham@wedbush.com | Liana Moussatos, Ph. | (415) 263-6626 | liana.moussatos@wedbush.com |
| **Homebuilders/Building Products** | | | | | |
| Jay McCanless | (212) 833-1381 | jay.mccanless@wedbush.com | **TMT** | | |
| **Leisure** | | | **Enterprise Software** | | |
| James Hardiman | (212) 833-1362 | james.hardiman@wedbush.com | Dan Ives | (212) 344-2073 | dan.ives@wedbush.com |
| **Restaurants** | | | **Enterprise Software** | | |
| Nick Setyan | (213) 688-4519 | nick.setyan@wedbush.com | Steve Koenig | (415) 274-6801 | steve.koenig@wedbush.com |
| | | | **Digital Media** | | |
| **FINANCIAL INSTITUTIONS GROUP** | | | Michael Pachter | (213) 688-4474 | michael.pachter@wedbush.com |
| **Mid-Cap Banks** | | | **Digital Media** | | |
| David Chiaverini | (212) 938-9934 | david.chiaverini@wedbush.com | Nick McKay | (213) 688-4343 | nick.mckay@wedbush.com |
| **Regional Banks** | | | **Payments/IT Services** | | |
| Peter Winter | (212) 938-9941 | peter.winter@wedbush.com | Moshe Katri | (212) 938-9947 | moshe.katri@wedbush.com |
| **Specialty Finance** | | | **SMID Internet** | | |
| Henry Coffey | (212) 833-1382 | henry.coffey@wedbush.com | Ygal Arounian | (212) 938-9929 | ygal.arounian@wedbush.com |

## RESEARCH MANAGEMENT

| **Jesse Bigelow** | **Strecker Backe** |
|---|---|
| Director of Research | Associate, Equity Research |
| jesse.bigelow@wedbush.com | strecker.backe@wedbush.com |
| (212) 259-6581 | (212) 833-1367 |

## HEAD OF EQUITIES

**Kirsten Fraunces**
kirsten.fraunces@wedbush.com
(213) 688-4404

## CORPORATE ACCESS

| **Anita Minassian** | **Phylicia Kirven** |
|---|---|
| VP, Corporate Access | VP, Corporate Access |
| wedbush.conferences@wedbush.com | equitycorporateaccess@wedbush.com |
| (213) 688-4419 | (213) 688-4455 |

## TRADING

| **Consumer/Industrials** | | | **TMT** | | |
|---|---|---|---|---|---|
| Tyler Pasley | (213) 688-4466 | tyler.pasley@wedbush.com | Joel Kulina | (212) 938-2056 | joel.kulina@wedbush.com |
| **Financials/Healthcare** | | | | | |
| Sahak Manualian | (213) 688-4533 | sahak.manuelian@wedbush.com | | | |

## WEDBUSH OFFICES

| **LOS ANGELES** | **NEW YORK** | **SAN FRANCISCO** |
|---|---|---|
| 1000 Wilshire Boulevard | 142 W 57th Street | 2 Embarcadero Center, Suite 600 |
| Los Angeles, CA 90017 | New York, NY 10019 | San Francisco, CA 94111 |
| (213) 688-8000 | (212) 938-9920 | (415) 273-7300 |
| **BOSTON** | | **CHICAGO** |
| 265 Franklin Street | | 141 W. Jackson Boulevard, Suite 1710A |
| Boston, MA 02110 | | Chicago, IL 60604 |
| (617) 832-3700 | | (312) 786-1930 |

www.wedbush.com

Confidential                                                                                                             APL-SECLIT_00001154