# EXHIBIT 46



**NASDAQ: AAPL**

# APPLE INC

Report created Nov 2, 2018   Page 1 OF 6

Apple manufactures PCs, MP3 players, smartphones, tablet computers, software and peripherals for a worldwide customer base. Its products include the Macintosh line of desktop and mobile PCs, the iPod MP3 line, the iPhone, the iPad, and various consumer products, including Apple TV. Apple also owns and operates iTunes, the world's largest vendor of recorded music. Apple derives 40%-45% of its revenue from the Americas, 20%-25% from Europe/MEA, 12%-16% from Asia-Pacific, and 15%-18% from its own retail stores.

## Analyst's Notes

*Analysis by Jim Kelleher, CFA, November 2, 2018*

**ARGUS RATING: BUY**

- High phone ASPs reinforce margins; reiterating BUY
- Apple delivered solid results for fiscal 4Q18, reflecting broad-based regional demand for its products and services.
- Late in October, Apple refreshed its compute products, including iPad, Mac Air, and Mac Mini.
- The new compute products and iPhones underscore continued product development at Apple, which in our view positions the company for a strong holiday season and fiscal 1Q19.
- AAPL continues to look attractive at current levels on measures including relative P/E, peer analysis, and discounted free cash flow valuation. We are reiterating our BUY rating to a 12-month target price of $250.

**INVESTMENT THESIS**

BUY-rated Apple Inc. (NGS: AAPL) delivered solid results for fiscal 4Q18, reflecting broad-based regional demand for its products and services. Revenue of $62.9 billion rose 20%, while GAAP EPS was up 41%. Both numbers topped consensus expectations. AAPL shares weakened on below-consensus fiscal 1Q19 revenue guidance, although Apple has under-guided its fiscal 1Q sales in three of the past four years.

During fiscal 4Q18 (ended September), Apple delivered 46.9 million iPhones, representing less than 1% annual growth and 13.5% sequential growth. With the new phones contributing for a few weeks and strong sales of the original iPhone X, phone ASPs were up 28%; on that basis, iPhone revenue of $37 billion advanced 30% year-over-year. Apple continued to enjoy strong growth in its service business. Other products, which includes Apple Watch and Beats audio, grew faster than service in 4Q18, even as this hardware-based business is getting ready for its seasonally strong quarter.

Late in October, Apple refreshed its compute products, including iPad, Mac Air, and Mac Mini. The new iPad Pros are thinner and lighter, work with a more functional Apple Pencil, and have many features of the new iPhones. The new MacBook Air weighs less

### Argus Recommendations

| | | | |
|---|---|---|---|
| Twelve Month Rating | SELL | HOLD | **BUY** |
| Five Year Rating | SELL | HOLD | **BUY** |
| Sector Rating | Under Weight | Market Weight | **Over Weight** |

Argus assigns a 12-month BUY, HOLD, or SELL rating to each stock under coverage.

- BUY-rated stocks are expected to outperform the market (the benchmark S&P 500 Index) on a risk-adjusted basis over the next year.
- HOLD-rated stocks are expected to perform in line with the market.
- SELL-rated stocks are expected to underperform the market on a risk-adjusted basis.

**The distribution of ratings across Argus' entire company universe is: 67% Buy, 33% Hold, 0% Sell.**

### Key Statistics

Key Statistics pricing data reflects previous trading day's closing price. Other applicable data are trailing 12-months unless otherwise specified

**Market Overview**
| | |
|---|---|
| Price | $222.22 |
| Target Price | $250.00 |
| 52 Week Price Range | $150.24 to $233.47 |
| Shares Outstanding | 4.83 Billion |
| Dividend | $2.92 |

**Sector Overview**
| | |
|---|---|
| Sector | Technology |
| Sector Rating | OVER WEIGHT |
| Total % of S&P 500 Market Cap. | 20.00% |

**Financial Strength**
| | |
|---|---|
| Financial Strength Rating | HIGH |
| Debt/Capital Ratio | 51.7% |
| Return on Equity | 51.7% |
| Net Margin | 22.4% |
| Payout Ratio | 0.20 |
| Current Ratio | 1.12 |
| Revenue | $265.60 Billion |
| After-Tax Income | $59.53 Billion |

**Valuation**
| | |
|---|---|
| Current FY P/E | 14.86 |
| Prior FY P/E | 18.72 |
| Price/Sales | 4.04 |
| Price/Book | 9.86 |
| Book Value/Share | $22.53 |
| Market Capitalization | $1.07 Trillion |

**Forecasted Growth**
1 Year EPS Growth Forecast
**25.95%**
5 Year EPS Growth Forecast
**13.00%**
1 Year Dividend Growth Forecast
**12.50%**

**Risk**
| | |
|---|---|
| Beta | 0.92 |
| Institutional Ownership | 60.26% |



Market Data — Pricing reflects previous trading week's closing price.
200-Day Moving Average | Target Price: $250.00 | 52 Week High: $233.47 | 52 Week Low: $205.65 | Closed at $216.30 on 10/26

| | 2017 | | | | 2018 | | | | 2019 | | | | 2020 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EPS Quarterly | 3.36 | 2.10 | 1.67 | 2.07 | 3.89 | 2.73 | 2.34 | 2.91 | 4.62 | 3.54 | 3.28 | 3.52 | 5.38 | 4.13 | 3.81 | 4.10 |
| EPS Annual | | 9.19 | | | | 11.87 | | | | 14.95 (Estimate) | | | | 17.41 (Estimate) | | |
| Revenue Quarterly ($ in Bil.) | 78.4 | 52.9 | 45.4 | 52.6 | 88.3 | 61.1 | 53.3 | 62.9 | 93.7 | 79.2 | 70.0 | 74.9 | 107.2 | 90.5 | 79.9 | 85.6 |
| Revenue Annual | | 229.2 | | | | 265.6 | | | | 317.7 (Estimate) | | | | 363.3 (Estimate) | | |
| FY ends Sept 30 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |

Please see important information about this report on page 6

©2018 Argus Research Company

**Argus** Analyst Report



NASDAQ: AAPL
# APPLE INC
Report created Nov 2, 2018   Page 2 OF 6

## Analyst's Notes ...Continued

than three pounds, while the Mac Mini opens the Apple compute eco-system to iPhone users at attractive price points.

In September, Apple introduced three new iPhones for the 2018 holiday season, generally meeting expectations that the phones would offer incremental enhancements rather than groundbreaking changes. The wide price ranges for the three phones, from $749 to $1,099, and availability of older phones (iPhone 7 and 8 variants) as cheap as $449, gives consumers unprecedented options and is widening the pool of potential global buyers.

Continued product development at Apple positions the company for a strong holiday season and fiscal 1Q19. Apple, which used to far surpass guidance and consensus, has been delivering more modest surprises in recent quarters. At the same time, other technology sectors such as semiconductors have cooled off, making Apple's steady growth in fiscal 4Q18 more impressive.

Although AAPL stock is well ahead of the market and peers year-to-date, we believe that Apple's positives are not fully reflected in the share price. AAPL continues to look attractive at current levels on measures including comparable historical and discounted free cash flow valuation. We are reiterating our BUY rating to a 12-month target price of $250.

### RECENT DEVELOPMENTS

AAPL is up 30% year-to-date in 2018; the peer group of computing, storage & information-processing companies in Argus coverage is up 5%. AAPL rose 46% in 2017; the peer group was up 18%. AAPL rose 10% in 2016, slightly lagging the 12% gain for the peer group. In 2015, AAPL fell 5%, its first down year in a decade, while the peer group declined 16%.

For fiscal 4Q18 (calendar 3Q18), Apple posted revenue of $62.9 billion, up 20% year-over-year and 18% sequentially. Revenue was above the high end of management's $60-$62 billion guidance range and easily topped the $61.4 billion consensus forecast. GAAP earnings totaled $2.91 per diluted share, up 41% from the prior year and up $0.57 sequentially. GAAP EPS came in $0.18 above the consensus call of $2.77.

During fiscal 4Q18, Apple experienced another quarter of solid and unspectacular unit growth in products including phones, strong phone revenue trends based on rising selling prices, and ongoing momentum in its service business. The company's compute products, iPad and Mac, posted divergent results; both product lines experienced a recent significant refresh, setting the stage for a strong holiday quarter.

Geographically, Apple delivered double-digit annual revenue growth in every region. The best growth came in Japan (8% of revenue) where sales grew over 30%. Americas revenue (44% of total) was up 19% annually. Revenue in Europe (25% of total) grew at an 18% rate. ==Despite mounting concerns over tariffs, Apple's China business continues to recover, based on high-end appetite for the new phones; China revenue rose 16%.== Rest of Asia was up 22%.

For 4Q18, Apple shipped 46.9 million iPhone units, which was

## Growth & Valuation Analysis

### GROWTH ANALYSIS

| ($ in Millions, except per share data) | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| Revenue | 170,910 | 182,795 | 233,715 | 215,639 | 229,234 |
| COGS | 106,606 | 112,258 | 140,089 | 131,376 | 141,048 |
| Gross Profit | 64,304 | 70,537 | 93,626 | 84,263 | 88,186 |
| SG&A | 10,830 | 11,993 | 14,329 | 14,194 | 15,261 |
| R&D | 4,475 | 6,041 | 8,067 | 10,045 | 11,581 |
| Operating Income | 48,999 | 52,503 | 71,230 | 60,024 | 61,344 |
| Interest Expense | -1,480 | -1,411 | -2,188 | -2,543 | -2,878 |
| Pretax Income | 50,155 | 53,483 | 72,515 | 61,372 | 64,089 |
| Income Taxes | 13,118 | 13,973 | 19,121 | 15,685 | 15,738 |
| Tax Rate (%) | 26 | 26 | 26 | 26 | 25 |
| Net Income | 37,037 | 39,510 | 53,394 | 45,687 | 48,351 |
| Diluted Shares Outstanding | 6,522 | 6,123 | 5,793 | 5,500 | 5,252 |
| EPS | 5.68 | 6.45 | 9.22 | 8.31 | 9.21 |
| Dividend | 1.63 | 1.81 | 1.98 | 2.18 | 2.40 |

### GROWTH RATES (%)

| | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| Revenue | | 9.2 | 7.0 | 27.9 | -7.7 | 6.3 |
| Operating Income | | -11.3 | 7.2 | 35.7 | -15.7 | 2.2 |
| Net Income | | -11.3 | 6.7 | 35.1 | -14.4 | 5.8 |
| EPS | | -10.0 | 13.6 | 42.9 | -9.9 | 10.8 |
| Dividend | | 330.2 | 11.2 | 9.3 | 10.1 | 10.1 |
| Sustainable Growth Rate | | 21.9 | 24.2 | 36.3 | 27.2 | 27.3 |

### VALUATION ANALYSIS

| | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| Price: High | $82.16 | $119.75 | $134.54 | $118.69 | $177.20 |
| Price: Low | $55.01 | $70.51 | $92.00 | $89.47 | $114.76 |
| Price/Sales: High-Low | 3.1 - 2.1 | 4.0 - 2.4 | 3.3 - 2.3 | 3.0 - 2.3 | 4.1 - 2.6 |
| P/E: High-Low | 14.5 - 9.7 | 18.6 - 10.9 | 14.6 - 10.0 | 14.3 - 10.8 | 19.2 - 12.5 |
| Price/Cash Flow: High-Low | 10.0 - 6.7 | 12.3 - 7.2 | 9.6 - 6.6 | 9.9 - 7.5 | 14.6 - 9.5 |

## Financial & Risk Analysis

### FINANCIAL STRENGTH

| | 2015 | 2016 | 2017 |
|---|---|---|---|
| Cash ($ in Millions) | 21,120 | 20,484 | 20,289 |
| Working Capital ($ in Millions) | 8,768 | 27,863 | 27,831 |
| Current Ratio | 1.11 | 1.35 | 1.28 |
| LT Debt/Equity Ratio (%) | 44.7 | 58.8 | 72.5 |
| Total Debt/Equity Ratio (%) | 53.9 | 67.9 | 86.3 |

### RATIOS (%)

| | 2015 | 2016 | 2017 |
|---|---|---|---|
| Gross Profit Margin | 40.1 | 39.1 | 38.5 |
| Operating Margin | 30.5 | 27.8 | 26.8 |
| Net Margin | 22.8 | 21.2 | 21.1 |
| Return On Assets | 20.5 | 14.9 | 13.9 |
| Return On Equity | 46.2 | 36.9 | 36.9 |

### RISK ANALYSIS

| | 2015 | 2016 | 2017 |
|---|---|---|---|
| Cash Cycle (days) | -53.0 | -67.3 | -75.9 |
| Cash Flow/Cap Ex | 7.1 | 4.9 | 5.0 |
| Oper. Income/Int. Exp. (ratio) | 99.9 | 43.2 | 28.6 |
| Payout Ratio | 28.1 | 21.5 | 26.2 |

The data contained on this page of this report has been provided by Morningstar, Inc. (© 2018 Morningstar, Inc. All Rights Reserved). This data (1) is proprietary to Morningstar and/or its content providers; (2) may not be copied or distributed; and (3) is not warranted to be accurate, complete or timely. Neither Morningstar nor its content providers are responsible for any damages or losses arising from any use of this information. Past performance is no guarantee of future results. This data is set forth herein for historical reference only and is not necessarily used in Argus' analysis of the stock set forth on this page of this report or any other stock or other security. All earnings figures are in GAAP.

**ARGUS**

NASDAQ: AAPL
## APPLE INC
Report created Nov 2, 2018   Page 3 OF 6

### Analyst's Notes...Continued

up 0.5% year-over-year and up 13.5% from the 41.3 million shipped in fiscal 3Q18 (calendar 2Q18), which is typically the trough iPhone quarter in any year. Apple continued to reduce channel inventory during the quarter, likely leading to headline sales under-stating true trends. Apple exited fiscal 4Q18 toward the low end of its five- to seven-week target range for channel inventory.

Reflecting a two-week contribution from XS and XS Max (XR was released in October) as well as ongoing success of iPhone 8, 8 Plus and iPhone X, the average selling price increased 28% annually to $793. Reflecting relatively flat unit sales and double-digit growth in ASPs, iPhone revenue grew 30% year-over-year to $34.2 billion.

Peak ASP of $796 was achieved in fiscal 1Q18 (calendar 4Q17); in the holiday quarter, Apple typically launches a brand-new product line-up with no discounting. We would expect peak ASP for this launch to be achieved in the current fiscal 1Q19 (calendar 4Q18) quarter, likely exceeding $800.

Although Apple has two other important product categories in Mac and iPad, Services has leapfrogged both to become Apple's second-largest revenue category. In 4Q18, Services revenue of $9.98 billion rose 17% on an annual basis; Services also grew 5% sequentially. Within services, Apple now regularly records all-time highs in revenue from App Store, Apple Music, iCloud, Apple Pay and other services; iTunes has been eclipsed by Apple Music and is no longer a regular on the all-time revenue-high list.

In 4Q18, Apple shipped 9.7 million iPads, down 6% annually and 16% sequentially. That follows 27% sequential growth in fiscal 3Q18, representing the best quarter growth in iPad sales in a non-holiday quarter since the first devices were launched in fiscal 2010. Apple is benefiting from successful uptake of iPad Pro with enterprise customers; huge new user growth in Asia, including China; and early gains from repositioning iPad in the K-12 education market (where Mac was priced out by Chrome Books). iPad ASP for 4Q18 declined 10% year-over-year, to $422; and. iPad revenue of $4.1 billion declined 15% annually.

Mac units declined 2% year-over-year but were up 42% sequentially to 5.3 million in the September quarter. MacBook Pro launched early in fiscal 4Q18 and helped drive Mac unit sales. Mac ASPs of $1,399, were up 5% year-over-year. That resulted in an annual 3% growth in revenue for Mac; revenue of $7.41 billion was also up 39% sequentially.

Total compute (iPad & Mac) units of 8.91 million dipped 8% year-over-year. Blended compute ASP of $594 fell 3%. As a result, total compute (iPad & Mac) revenue of $15.0 billion was down 4.5% annually.

The biggest surprise was in the Other products category, which posted revenue of $4.23 billion, up 31%. This business benefited from sales of the new Apple Watch series 4. Other Products is now Apple's seasonal star and is expected to experience approximately 30%-50% sequential growth in the holiday quarter of 1Q19, led by Beats audio and watch sales.

### Peer & Industry Analysis

The graphics in this section are designed to allow investors to compare AAPL versus its industry peers, the broader sector, and the market as a whole, as defined by the Argus Universe of Coverage.

- The scatterplot shows how AAPL stacks up versus its peers on two key characteristics: long-term growth and value. In general, companies in the lower left-hand corner are more value-oriented, while those in the upper right-hand corner are more growth-oriented.
- The table builds on the scatterplot by displaying more financial information.
- The bar charts on the right take the analysis two steps further, by broadening the comparison groups into the sector level and the market as a whole. This tool is designed to help investors understand how AAPL might fit into or modify a diversified portfolio.





| Ticker | Company | Market Cap ($ in Millions) | 5-yr Growth Rate (%) | Current FY P/E | Net Margin (%) | 1-yr EPS Growth (%) | Argus Rating |
|---|---|---|---|---|---|---|---|
| AAPL | Apple Inc | 1,073,306 | 13.0 | 14.9 | 22.4 | 16.5 | BUY |
| IBM | International Business Machine | 106,174 | 9.0 | 8.5 | 7.1 | 3.3 | HOLD |
| HPQ | HP Inc | 38,753 | 9.0 | 12.1 | 8.0 | 9.4 | BUY |
| HPE | Hewlett Packard Enterprise Co | 23,252 | 9.0 | 10.3 | 10.4 | 2.0 | HOLD |
| **Peer Average** | | 310,371 | 10.0 | 11.4 | 12.0 | 7.8 | |

## Analyst's Notes...Continued

On 10/30/18, Apple used the venue of the Brooklyn Academy of Music to launch new Mac and iPad Products. Apple called its changes to iPad the biggest since launch of the category in 2010. In many ways, the new iPad Pros are like the phones, and now lack the traditional home button and headphone jack. The new iPad Pros also mimic the X line of iPhones with an edge-to-edge screen design, and are unlocked via Face ID. A USB-C port enables the device to link to a larger monitor, turning it into a workstation.

Apple has sought to make its Apple Pencil more appealing with a few useful upgrades; the pencil now magnetically adheres to the side of iPad, and charges while attached. And the new devices are about 15% slimmer than predecessor models. The new iPad Pros come in two sizes: 11.0', starting at $799, and 12.9', starting at $999.

Apple also refreshed MacBook Air. Like most new Apple devices, the new MacBook Air has retina display. At just 2.75 lbs., this iteration is 25% lighter than the previous model. Apple has ditched the Touchbar feature on the keyboard. The device is made from 100% recycled aluminum and starts at $1,199, or about $200 pricier than its predecessor.

Apple also launched a new Mac Mini, the first upgrade to this line in four years. At $799 for the base model, Mac Mini is a first-step-up from iPhone for many Apple ecosystem users. While Mac Mini opens the door to new Apple compute customers, with the new MacBook Air and the iPad Pros Apple mainly is appealing to its long-time users, who have in past shown willingness to pay higher prices for core products.

In mid-September, Apple staged its customary new iPhone launch. The iPhone XS is an upgrade of last year's iPhone X (pronounced 'ten'); its screen is also bigger than that on last year's iPhone X Plus. The iPhone XS Max shares key upgrade features with XS, including an A12 'bionic' processor and dual-lens 12 MP cameras.

The iPhone XR, launched late in October has the same A12 chip and facial recognition as XS and XS Max. But it has less telephoto lens capability than the S phones; it has a steel rather than aluminum casing, and generally has fewer bells and whistles than the XS and XS Max.

Apple now has seven phones listed on its site and (generally) available in its store and in stores run by service provider like AT&T and Verizon. In addition XS, XS Max, and XR, Apple offer iPhone 8 and 8 Plus and iPhone 7 and 7 Plus. Consumers can now choose phones priced from $449 for the base iPhone 7 model, to $1,449 for XS Max with 512G of memory.

Based on new features, we believe the new phones could prompt a strong upgrade cycle worldwide. We also believe the wide range of price points enhances Apple's ability to compete in emerging and frontier markets and in China, where the iPhone in recent years has lost ground to high-quality, low-price rivals such as Xiaomi and Oppo. Finally, the variety of phones at a broad range of price points may enable Apple to finally boost unit sales on an annual basis. iPhone revenue growth in recent quarters has nearly all come from ASP increases.

EARNINGS & GROWTH ANALSIS
For fis

### RECENT DEVELOPMENTS

cal 4Q18 (calendar 3Q18), Apple posted revenue of $62.9 billion, up 20% year-over-year and 18% sequentially. Revenue was above the high end of management's $60-$62 billion guidance range and easily topped the $61.4 billion consensus forecast.

The 4Q18 GAAP gross margin of 38.3% was sequentially flat with 3Q18 and up slightly from 37.9% a year earlier. The GAAP operating margin widened sequentially to 25.6% in 4Q18 from 23.7% in 3Q18, but was down from 26.8% in the prior year.

GAAP earnings totaled $2.91 per diluted share, up 41% from the prior year and up $0.57 sequentially. GAAP EPS came in $0.18 above the consensus call of $2.77.

For all of FY18, revenue of $265.6 billion rose 16% from $$229.26 billion in FY17. Apple earned $11.87 per share for the year, up 10% from $9.19 per share in FY17.

For fiscal 1Q19, Apple forecast revenue of $89-$93 billion, which at the $91 billion midpoint would be up 3% annually; the midpoint lagged consensus, however, by about $3.5 billion. Apple modeled a gross margin of 38.0%-38.5%; operating costs of $8.7-$8.8 billion; interest income of $300 million; and a tax rate of 16.5%. On that basis, Apple appears primed to earn $4.50-$4.70, which at the $4.60 midpoint implies 20% annual growth; the midpoint is also below the prereporting consensus of $4.92. Apple has tended to guide 1Q conservatively, and in three of the preceding four years Apple topped consensus in the quarter.

We are raising our fiscal 2019 forecast to $14.95 per diluted share, from $13.69 per diluted share. Our initial forecast for fiscal 2020 is $17.41. With no significant adjustments, events or charges in any period, our GAAP and non-GAAP earnings estimates are identical. Our long-term EPS growth rate forecast is 13%.

### FINANCIAL STRENGTH & DIVIDEND

Our financial strength rating on Apple is High, the top of our five-point scale. In the wake of the recent cut in the corporate tax rate and relaxed restrictions on repatriating overseas cash, Apple has stepped up its shareholder return program with higher buybacks and an April 2018 dividend hike. It has also accelerated debt retirements.

Cash was $237.1 billion at the end of 4Q18. Cash was $277.0 billion at the end of fiscal 2017, $237.6 billion at the end of fiscal 2016, $206 billion at the end of fiscal 2015, and $155.3 billion at the end of fiscal 2014.

Debt was $114.5 billion at the close of 4Q18. Debt was $115.7 billion at the end of 4Q17 and $87.0 billion at the end of fiscal 2016. In recent years, Apple has levered up in anticipation of more aggressive capital allocation. Debt was $64.5 billion at the end of fiscal 2015 and $32.3 billion at the end of fiscal 2014. The use of debt gives the company operating flexibility without the need to bring back cash from overseas at onerous tax rates.

Cash flow from operations was $77.9 billion for 2019, a meaningful jump from $63.6 billion in fiscal 2017. Cash flow from operations was $65.8 billion in fiscal 2016 and $81.3 billion in fiscal 2015.

Management believes the Tax and Jobs Act will promote a more optimal capital structure. In April 2018, Apple announced a new $100 billion share repurchase authorization. Apple repurchased $20 billion of its stock in 3Q18. It also boosted its capital return program by $50 billion in both April 2017 and April 2016.

Within the new capital allocation program, in April 2018 Apple hiked its quarterly dividend by 16%, to $0.73 per share. In April 2017, Apple raised its dividend by 10.5%, to $0.63 per share. Prior hikes include 10% in April 2016, 11% in April 2015, 8% in April 2014, and 15% in April 2013. Apple declared its first quarterly dividend in April 2012.

Please see important information about this report on page 6

©2018 Argus Research Company

Argus Analyst Report


## Analyst's Notes...Continued

Based on the higher-than-expected dividend hike in April 2018, our dividend forecasts are $3.06 for FY19 and $3.32 for FY20.

### MANAGEMENT & RISKS

Timothy Cook has served as CEO since industry legend Steve Jobs passed away in 2011. Former Apple controller and former Xerox CFO Luca Maestri became CFO in September 2013, succeeding Peter Oppenheimer. Phil Schiller is the head of worldwide marketing, and Jon Ivey is the chief of design. Apple has a deep bench of executive, engineering and marketing talent. We think that it will continue to attract high-quality talent, both from an engineering perspective as well as in the corporate leadership ranks.

Apple is in familiar cadence in introducing new phones in mid-September, just ahead of holiday spending. While the new phones have little 'wow' factor, they offer attractive upgrades that will keep them high on consumers' wish lists.

Investors have criticized Apple for its closed ecosystem. That system, however, has the effect of prompting consumers to buy iPads and Macs for system compatibility. Even more compelling for brand loyalty are Apple's services, including iTunes, App Store, and iCloud, as consumers do not want the cost and complexity of pulling their media libraries out of the comfortable arms of Mother Apple.

Despite its enormous revenue base, Apple continues to grow phone units and revenue at a double-digit pace. The shares are always at risk from the perception that growth could slow as the law of large numbers catches up with Apple. The company has mitigated that risk, in our view, with very aggressive shareholder return policies, which will likely remain paramount. Despite the company's growing largesse, we expect institutional investors to continue to demand more aggressive dividend growth and a larger share repurchase plan.

### COMPANY DESCRIPTION

Apple manufactures PCs, MP3 players, smartphones, tablet computers, software and peripherals for a worldwide customer base. Its products include the Macintosh line of desktop and mobile PCs, the iPod MP3 line, the iPhone, the iPad, and various consumer products, including Apple TV. Apple also owns and operates iTunes, the world's largest vendor of recorded music. Apple derives 40%-45% of its revenue from the Americas, 20%-25% from Europe/MEA, 12%-16% from Asia-Pacific, and 15%-18% from its own retail stores.

### VALUATION

AAPL trades at 14.0-times our FY19 EPS forecast and at 12.1-times our FY20 forecast; the two-year average P/E of 13.1 is now below the five-year (FY14-FY18) trailing multiple of 14.0. In a market that has reached record highs, Apple is trading at a slight premium to historical relative multiples. Over the past five years, AAPL has traded at an average 16% discount to the market multiple, or at a relative P/E of 0.84. The stock currently trades at a 10% discount to the market on a two-year-average forward basis, or at a relative P/E of 0.90.

Less net cash per share, AAPL trades at an average of 11.4-times GAAP EPS for FY19 and FY20, or at about 79% of the market multiple - at a time when AAPL is poised to deliver 20%-plus two-year average EPS growth and is the largest single component of S&P 500 earnings.

AAPL trades at premiums to the technology hardware peer group on P/E, price/sales, and EV/EBITDA PEGY. While peer indicated value is below current prices, we believe that AAPL warrants a significant premium to peers given the company's ability to expand globally and to generate healthy demand for its products in every kind of economy. Also Apple trades on GAAP results while peers trade on non-GAAP results.

Our more forward-looking two- and three-stage discounted free cash flow model renders a value north of $380 per share, in a rising trend and well above current levels. Our blended fundamental valuation model points to a price around $320, also in a rising trend.

Appreciation to our 12-month target price of $250, along with the dividend yield of about 1.5%, implies a risk-adjusted total return in the mid-teens, above our forecast for the broad market and thus consistent with a BUY rating.

On November 2 at midday, BUY-rated AAPL traded at $206.79, down $15.43.



NASDAQ: AAPL

# METHODOLOGY & DISCLAIMERS

Report created Nov 2, 2018  **Page 6 OF 6**

## About Argus

Argus Research, founded by Economist Harold Dorsey in 1934, has built a top-down, fundamental system that is used by Argus analysts. This six-point system includes Industry Analysis, Growth Analysis, Financial Strength Analysis, Management Assessment, Risk Analysis and Valuation Analysis.

Utilizing forecasts from Argus' Economist, the Industry Analysis identifies industries expected to perform well over the next one-to-two years.

The Growth Analysis generates proprietary estimates for companies under coverage.

In the Financial Strength Analysis, analysts study ratios to understand profitability, liquidity and capital structure.

During the Management Assessment, analysts meet with and familiarize themselves with the processes of corporate management teams.

Quantitative trends and qualitative threats are assessed under the Risk Analysis.

And finally, Argus' Valuation Analysis model integrates a historical ratio matrix, discounted cash flow modeling, and peer comparison.

**THE ARGUS RESEARCH RATING SYSTEM**

Argus uses three ratings for stocks: BUY, HOLD, and SELL. Stocks are rated relative to a benchmark, the S&P 500.

- A BUY-rated stock is expected to outperform the S&P 500 on a risk-adjusted basis over a 12-month period. To make this determination, Argus Analysts set target prices, use beta as the measure of risk, and compare expected risk-adjusted stock returns to the S&P 500 forecasts set by the Argus Market Strategist.
- A HOLD-rated stock is expected to perform in line with the S&P 500.
- A SELL-rated stock is expected to underperform the S&P 500.

## Argus Research Disclaimer

Argus Research Co. (ARC) is an independent investment research provider whose parent company, Argus Investors' Counsel, Inc. (AIC), is registered with the U.S. Securities and Exchange Commission. Argus Investors' Counsel is a subsidiary of The Argus Research Group, Inc. Neither The Argus Research Group nor any affiliate is a member of the FINRA or the SIPC. Argus Research is not a registered broker dealer and does not have investment banking operations. The Argus trademark, service mark and logo are the intellectual property of The Argus Research Group, Inc. The information contained in this research report is produced and copyrighted by Argus Research Co., and any unauthorized use, duplication, redistribution or disclosure is prohibited by law and can result in prosecution. The content of this report may be derived from Argus research reports, notes, or analyses. The opinions and information contained herein have been obtained or derived from sources believed to be reliable, but Argus makes no representation as to their timeliness, accuracy or completeness or for their fitness for any particular purpose. In addition, this content is not prepared subject to Canadian disclosure requirements. This report is not an offer to sell or a solicitation of an offer to buy any security. The information and material presented in this report are for general information only and do not specifically address individual investment objectives, financial situations or the particular needs of any specific person who may receive this report. Investing in any security or investment strategies discussed may not be suitable for you and it is recommended that you consult an independent investment advisor. Nothing in this report constitutes individual investment, legal or tax advice. Argus may issue or may have issued other reports that are inconsistent with or may reach different conclusions than those represented in this report, and all opinions are reflective of judgments made on the original date of publication. Argus is under no obligation to ensure that other reports are brought to the attention of any recipient of this report. Argus shall accept no liability for any loss arising from the use of this report, nor shall Argus treat all recipients of this report as customers simply by virtue of their receipt of this material. Investments involve risk and an investor may incur either profits or losses. Past performance should not be taken as an indication or guarantee of future performance. Argus has provided independent research since 1934. Argus officers, employees, agents and/or affiliates may have positions in stocks discussed in this report. No Argus officers, employees, agents and/or affiliates may serve as officers or directors of covered companies, or may own more than one percent of a covered company's stock. Argus Investors' Counsel (AIC), a portfolio management business based in Stamford, Connecticut, is a customer of Argus Research Co. (ARC), based in New York. Argus Investors' Counsel pays Argus Research Co. for research used in the management of the AIC core equity strategy and model portfolio and UIT products, and has the same access to Argus Research Co. reports as other customers. However, clients and prospective clients should note that Argus Investors' Counsel and Argus Research Co., as units of The Argus Research Group, have certain employees in common, including those with both research and portfolio management responsibilities, and that Argus Research Co. employees participate in the management and marketing of the AIC core equity strategy and UIT and model portfolio products.

## Morningstar Disclaimer

© 2018 Morningstar, Inc.  All Rights Reserved.  Certain financial information included in this report: (1) is proprietary to Morningstar and/or its content providers; (2) may not be copied or distributed; and (3) is not warranted to be accurate, complete or timely.  Neither Morningstar nor its content providers are responsible for any damages or losses arising from any use of this information.  Past performance is no guarantee of future results.

©2018 Argus Research Company                                                                                                                                                           **Argus** Analyst Report