# EXHIBIT 47

**2 November 2018** 09:12 GMT

Company Note | Company Update

Internet



# Apple
## Disappointing Dec qtr revenue outlook

**Neutral**
Price Target $215.00

Q4 rev/EPS were ahead, but Dec qtr guidance fell short as expected underlying demand was not strong enough to offset FX headwinds and product launch timing shifts. Apple also announced it will no longer disclose unit shipments but instead break down gross profit between Products and Services. This may ultimately be helpful in shifting focus to a SOTP valuation framework, but is likely to also raise concerns over iPhone shipment trends, particularly given questions as to how much further the company can raise prices.

| $m unless stated | Actual | AE est. | Cons. | | Comment |
|---|---|---|---|---|---|
| iPhones (m) | 46,889 | 47,856 | 47,500 | x | Flat YoY; not disclosing units from Q1 |
| Services revenue | 9,981 | 9,995 | 10,200 | x | Decelerated 1pt QoQ underlying |
| Total revenue | 62,900 | 61,700 | 61,445 | ✓ | 20% YoY, driven by 29% iPhone revs |
| Gross margin (%) | 38.3 | 38.3 | 38.3 | - | Estimated ~100bp YoY ex-Services |
| EPS ($) | 2.91 | 2.82 | 2.78 | ✓ | NI: +32% YoY, Shares out: -6% |
| Q1 rev guid. - mid | 91,000 | 93,807 | 92,753 | x | 1-5% YoY, deceleration as comp over X |

| | | |
|---|---|---|
| Ticker (NASDAQ) | | AAPL |
| Price | | $222.22 |
| Pricing Date / Time | | 1 November 2018 / 16:00 ET |
| Market Capitalisation | | $1,073,306m |
| 12 Month Range | | $150.24 - $233.47 |
| YTD Change | | 29.6% |
| Annualised Dividend | | $2.52 |
| Dividend Yield | | 1.7% |
| S&P500 YTD Change | | 2.5% |


Price Performance Chart

- Q4 units were flat to down YoY for each of the iPhone, Mac and iPad (flat, -2%, -6% resp.), similar trends to that seen all year. However, also continuing prior trends, ASPs rose for the iPhone (28% YoY) and Mac (4%), highlighting the strategy of raising prices to offset unit softness. This led to rev. upside (20% YoY, cons: 17%), though the Sep launch of the XS (vs the 8 last year) may have added ~5pts to growth. Geographically, Greater China was the weakest reported region (16% YoY), though management highlighted greater weakness in other EMs, particularly India (flat) and Brazil (down), a trend that seems likely to continue near-term.

- Q1 (Dec) rev guidance for $89-$93bn (1-5% YoY) suggests downside to prior consensus ($92.8bn), though management did call out $2bn (230bp) of FX headwinds, and the Sept launch of the XS may have had a further 150-200bp impact. The resulting 5-9% YoY underlying range (prior cons: 5%), is more encouraging, but the company is also benefiting from i) a full quarter of XS availability and ii) the iPhone already close to supply-demand balance, meaning the underlying growth rate is maybe not sustainable.

- The change in disclosures is clearly a negative signal in terms of the outlook for units, which matters as we believe there are limits as to how long Apple can continue to raise prices. However, we can see the sense of the shift towards more information on services given we estimate over a quarter of gross profit will come from this area in FY20. We are reducing our FY19/20 EPS ests by ~3% on slightly softer revenue growth and higher opex. We retain our $215 PT, rolling it forward to YE19, with it requiring a 14x FY20 PE. On a SOTP basis, we estimate this implies a ~24x PE for the Services business and a ~10x PE for the Products business, which both feel appropriate versus peers. We remain Neutral.

| Y/E Sep | 2018A | 2019E | 2020E |
|---|---|---|---|
| **GAAP Revenue ($m)** | | | |
| Q1 | 88,293 | 92,615E | 94,717E |
| Previous | -- | 93,807 | 98,484 |
| Q2 | 61,137 | 66,154E | 67,506E |
| Previous | -- | 66,071 | 66,644 |
| Q3 | 53,265 | 57,942E | 62,991E |
| Previous | -- | 57,234 | 61,957 |
| Q4 | 62,900 | 65,985E | 70,458E |
| Previous | 61,700 | 66,480 | 70,454 |
| FY | 265,595 | 282,696E | 295,671E |
| Previous | 264,395 | 283,591 | 297,538E |
| **GAAP EPS ($)** | | | |
| Q1 | 3.89 | 4.80E | 5.30E |
| Previous | -- | 5.12 | 5.77 |
| Q2 | 2.73 | 3.24E | 3.49E |
| Previous | -- | 3.27 | 3.45 |
| Q3 | 2.34 | 2.69E | 3.14E |
| Previous | -- | 2.65 | 3.08 |
| Q4 | 2.91 | 3.22E | 3.57E |
| Previous | 2.82 | 3.33 | 3.70 |
| FY | 11.91 | 14.01E | 15.54E |
| Previous | 11.82 | 14.44 | 16.04E |
| P/E (x) | 18.7 | 15.9 | 14.3 |

*Our Call:*
*Strong Services potential and accelerating share repurchases offset maturing iPhone trends and structural gross margin pressure from demand fragmentation across multiple devices.*

James Cordwell, Research Analyst
+44 20 7382 2918
j.cordwell@atlantic-equities.com

**IMPORTANT DISCLOSURES ARE INCLUDED AT THE END OF THIS REPORT**

# Apple

**Figure 1:  Q418 key figures**

| $m unless stated | Actual | YoY (%) | AE ests | | Comments |
|---|---|---|---|---|---|
| **iPhone** | | | | | |
| Units (000s) | 46,889 | 0% | 47,856 | x | FY18 unit sales have been flat |
| ASP ($) | 793 | 28% | 741 | ✓ | Likely boosted by XS channel fill & sell-thru… |
| Revenue | 37,185 | 29% | 35,462 | ✓ | …which maybe hurts FQ1 revenue outlook |
| **Services** | | | | | |
| Revenue | 9,981 | 17% | 9,995 | - | 1pt QoQ decln, likely stable on cc basis |
| **Macs** | | | | | |
| Units (000s) | 5,299 | -2% | 5,278 | ✓ | Fourth quarter of declining shipments… |
| ASP ($) | 1,399 | 5% | 1,398 | - | …but eighth quarter of ASP increases… |
| Revenue | 7,411 | 3% | 7,378 | ✓ | …driving solid revenue growth. |
| **iPad** | | | | | |
| Units (000s) | 9,699 | -6% | 10,342 | x | Earlier iPad refresh in '17 drove tough comp… |
| ASP ($) | 422 | -10% | 439 | x | …for volumes and ASP… |
| Revenue | 4,089 | -15% | 4,535 | x | …driving the revenue shortfall. |
| Other products | 4,234 | 31% | 4,331 | x | Slight deceleration from high-30s Q1-Q3 |
| **Total revenue** | **62,900** | **20%** | **61,700** | ✓ | Greater China slowest growing region, 16% YoY |
| Gross margin (%) | 38.3% | +40bp | 38.3% | - | Estimated +100bp ex Services |
| Operating margin (%) | 25.6% | +60bp. | 25.4% | ✓ | R&D +25% YoY, SG&A +11% YoY |
| Other income | 303 | -62% | 300 | - | |
| **Diluted EPS ($)** | **2.91** | **41%** | **2.82** | ✓ | NI: +32% YoY, shares: -6% YoY… |
| Tax rate (%) | 14.0% | -9pp | 15.0% | ✓ | …with tax driving 14pts of net income growth |

Source:   Atlantic Equities

Q4 (Sep) revenue was $1.44bn ahead of consensus, while the midpoint of Q1 (Dec) revenue guidance was $1.9bn below expectations, resulting in a net shortfall of ~$450m across the two quarters. However, with the stock on a six-year relative high PE multiple, we believe the market had likely been expecting upside in Q1 revenue guidance, particularly given the breadth of new products launched by the company.

Interpreting revenue guidance, it is necessary to consider the change in timing of the iPhone launches. This year the high-end XS was launched in September, with the mid-priced XR made available at the end of October, while last year it was the opposite way around, with the 8 coming prior to the X. In terms of the impact this has had:

- If we assume ~8m iPhone XS units were sold in the September quarter, compared to a similar number of iPhone 8 units last year, then the difference in ASP (~$300) would have added ~$2.5bn to revenue, boosting growth by ~5pts.

- For the December quarter, the main difference seems primarily that last year, channel fill was primarily focused on the iPhone X, whereas this year we estimate it will primarily be made up of the iPhone XR. Assuming fairly consistent 6-7m channel fill of these devices in each year (out of a total of ~21m devices in the channel) then this creates a $1.5-$1.8bn headwind to Dec quarter revenue. The impact is arguably even bigger, if we assume all of the $2.5bn pulled forward into Q4 (Sep) came out of Q1 (Dec), but we would expect Apple to be seeing a net benefit given the significant increase to pricing.

Confidential                                                                                                                                        APL-SECLIT_00001964

*Intended for Matt Blake, Apple*

Leaving aside the nearer-term dynamics, it is clear that Apple is pursuing a strategy to increasingly drive growth by raising pricing. This seems sensible given the maturing smartphone market but also Apple's loyal user base, with demand having generally been shown to be price inelastic historically. While sensible, we do have two concerns regarding this strategy:

- We believe there could be limits as to how far Apple can push pricing without materially impacting unit demand. Q1 revenue guidance seems broadly consistent with flattish iPhone shipments so it is not clear we have reached this point yet, though we fear we could begin to see some impact in FY20. In particular, by raising pricing we believe Apple is exacerbating the lengthening out of the replacement cycle, which we would expect to start seeing evidence of in FY20 as iPhone X buyers maybe choose to delay upgrading.

- Overall company gross margin continues to modestly decline despite the significant price increases and Services revenue also steadily increasing as a proportion of total revenue. This maybe suggests Apple has little choice but to raise pricing as a result of underlying cost pressures and/or the company having to invest more to try to differentiate its latest devices from prior generations.

Given the combination of apparent pressures on unit growth, limits to further ASP increases and underlying gross margin declines, we believe Apple's 'Products' segment deserves to trade on a relatively low multiple, not unlike other hardware companies facing similar headwinds.

At the same time, Apple's Services business continues to grow strongly, increasing revenue 27% YoY in Q4. The company now has 330m paid subscriptions on its platform and management called out record revenue for the App Store, cloud services, AppleCare, Apple Music and Apple Pay. The performance is also particularly creditable given the headwinds to gaming revenue in China due to the regulatory situation there. We believe the company remains well positioned to continue driving robust Services revenue growth, with the only area of concern for us being AppleCare, which is arguably more tied to product sales and hence arguably less sustainable longer-term. Even so, given our expectation of a 20% FY18-FY20 Services CAGR, we believe the Services business deserves to trade on a low-20s multiple.

Looking at our $215 price target, it requires a 14x FY20 PE multiple, a 10% discount to the market. This appears reasonable to us given it is towards the upper end of the stock's historical range. Admittedly, over the last three months the stock has commanded a higher multiple, likely on optimism over the company's pricing power and upside to December quarter estimates, both of which may be challenged after this latest earnings report. On a SOTP basis, we estimate our price target implies a ~24x FY20 PE multiple for the 'Services' business and a ~10x multiple for the 'Products' business, both of which we view as reasonable given the arguments above. As this implies just ~3% upside at the after-hours price of ~$208 we remain Neutral.

Intended for Matt Blake, Apple

Confidential

APL-SECLIT_00001965

# Apple

| Figure 2: | Target multiple below the range seen over the last two years… | Figure 3: | …but at the upper end on a relative basis outside the last 3 months |

**Apple forward PE and consensus EPS**

**Apple discount to the mkt**

Source:  Atlantic Equities

Source:  Atlantic Equities

**Additional disclosure for securities traded on EU regulated markets**

This disclosure is made for: Apple.

The basis of valuation or methodology used is: PE multiple.

The underlying assumptions used are: the stock will trade on a 14x PE, at the upper end of the historical range on a relative basis.

The following is a sensitivity analysis of the above assumptions: If we use a 12x PE in our SOTP for the Products segment then our price target goes to $240. If we use a 20x PE for the Services business then our price target goes to $200.

Confidential                                                                                                                    APL-SECLIT_00001966

Apple

**Figure 4:   Revised P&L**

| ($m unless stated) | 2015 | 2016 | 2017 | Q118 | Q218 | Q318 | Q418 | 2018 | Q119E | Q219E | Q319E | Q419E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Net sales** | | | | | | | | | | | | | | |
| iPhone | 155,041 | 136,700 | 141,319 | 61,576 | 38,032 | 29,906 | 37,185 | 166,699 | 62,148 | 40,282 | 31,554 | 37,153 | 171,137 | 171,101 |
| iPad | 23,227 | 20,628 | 19,222 | 5,862 | 4,113 | 4,741 | 4,089 | 18,805 | 5,970 | 4,090 | 5,042 | 4,302 | 19,404 | 19,625 |
| Mac | 25,471 | 22,831 | 25,850 | 6,895 | 5,848 | 5,330 | 7,411 | 25,484 | 7,103 | 5,673 | 5,429 | 7,261 | 25,465 | 25,591 |
| Services | 19,909 | 24,348 | 29,980 | 8,471 | 9,190 | 9,548 | 9,981 | 37,190 | 10,533 | 11,167 | 11,243 | 11,977 | 44,920 | 53,229 |
| Other products | 10,067 | 11,132 | 12,863 | 5,489 | 3,954 | 3,740 | 4,234 | 17,417 | 6,861 | 4,943 | 4,675 | 5,293 | 21,771 | 26,126 |
| **Total sales** | **233,715** | **215,639** | **229,234** | **88,293** | **61,137** | **53,265** | **62,900** | **265,595** | **92,615** | **66,154** | **57,942** | **65,985** | **282,696** | **295,671** |
| | | | | | | | | | | | | | | |
| Cost of sales | 140,089 | 131,376 | 141,048 | 54,381 | 37,715 | 32,844 | 38,816 | 163,756 | 57,168 | 40,312 | 35,239 | 40,712 | 173,430 | 181,138 |
| **Gross margin** | **93,626** | **84,263** | **88,186** | **33,912** | **23,422** | **20,421** | **24,084** | **101,839** | **35,448** | **25,842** | **22,703** | **25,273** | **109,266** | **114,533** |
| | | | | | | | | | | | | | | |
| Research & development | 8,067 | 10,045 | 11,581 | 3,407 | 3,378 | 3,701 | 3,750 | 14,236 | 4,088 | 4,054 | 4,256 | 4,313 | 16,711 | 18,716 |
| Selling, general and administrative | 14,329 | 14,194 | 15,261 | 4,231 | 4,150 | 4,108 | 4,216 | 16,705 | 4,654 | 4,482 | 4,396 | 4,427 | 17,958 | 18,677 |
| Total operating expenses | 22,396 | 24,239 | 26,842 | 7,638 | 7,528 | 7,809 | 7,966 | 30,941 | 8,743 | 8,536 | 8,652 | 8,739 | 34,669 | 37,393 |
| | | | | | | | | | | | | | | |
| **Operating income** | **71,230** | **60,024** | **61,344** | **26,274** | **15,894** | **12,612** | **16,118** | **70,898** | **26,705** | **17,307** | **14,052** | **16,534** | **74,597** | **77,141** |
| | | | | | | | | | | | | | | |
| Other income & expense | 1,285 | 1,348 | 2,745 | 756 | 274 | 672 | 303 | 2,005 | 304 | 350 | 300 | 250 | 1,204 | 500 |
| Income before provision for income taxes | 72,515 | 61,372 | 64,089 | 27,030 | 16,168 | 13,284 | 16,421 | 72,903 | 27,009 | 17,657 | 14,352 | 16,784 | 75,801 | 77,641 |
| | | | | | | | | | | | | | | |
| Provision for income taxes | 19,121 | 15,685 | 15,738 | 6,965 | 2,346 | 1,765 | 2,296 | 13,372 | 4,456 | 2,737 | 2,224 | 2,602 | 12,019 | 12,034 |
| **Net income** | **53,394** | **45,687** | **48,351** | **20,065** | **13,822** | **11,519** | **14,125** | **59,531** | **22,553** | **14,920** | **12,127** | **14,182** | **63,782** | **65,606** |
| | | | | | | | | | | | | | | |
| **Diluted EPS ($)** | **9.22** | **8.31** | **9.21** | **3.89** | **2.73** | **2.34** | **2.91** | **11.91** | **4.80** | **3.24** | **2.69** | **3.22** | **14.01** | **15.54** |
| Shares outstanding (diluted, millions) | 5,793 | 5,500 | 5,252 | 5,158 | 5,068 | 4,927 | 4,848 | 5,000 | 4,699 | 4,599 | 4,502 | 4,406 | 4,551 | 4,222 |
| | | | | | | | | | | | | | | |
| **Margins** | | | | | | | | | | | | | | |
| Gross margin | 40.1% | 39.1% | 38.5% | 38.4% | 38.3% | 38.3% | 38.3% | 38.3% | 38.3% | 39.1% | 39.2% | 38.3% | 38.7% | 38.7% |
| Operating margin | 30.5% | 27.8% | 26.8% | 29.8% | 26.0% | 23.7% | 25.6% | 26.7% | 28.8% | 26.2% | 24.3% | 25.1% | 26.4% | 26.1% |
| Net margin | 22.8% | 21.2% | 21.1% | 22.7% | 22.6% | 21.6% | 22.5% | 22.4% | 24.4% | 22.6% | 20.9% | 21.5% | 22.6% | 22.2% |
| Tax rate | 26.4% | 25.6% | 24.6% | 25.8% | 14.5% | 13.3% | 14.0% | 18.3% | 16.5% | 15.5% | 15.5% | 15.5% | 15.9% | 15.5% |
| | | | | | | | | | | | | | | |
| <u>% net sales</u> | | | | | | | | | | | | | | |
| Research & development | 3.5% | 4.7% | 5.1% | 3.9% | 5.5% | 6.9% | 6.0% | 5.4% | 4.4% | 6.1% | 7.3% | 6.5% | 5.9% | 6.3% |
| Selling, general and administrative | 6.1% | 6.6% | 6.7% | 4.8% | 6.8% | 7.7% | 6.7% | 6.3% | 5.0% | 6.8% | 7.6% | 6.7% | 6.4% | 6.3% |
| | | | | | | | | | | | | | | |
| **YoY growth** | | | | | | | | | | | | | | |
| Net sales | 27.9% | -7.7% | 6.3% | 12.7% | 15.6% | 17.3% | 19.6% | 15.9% | 4.9% | 8.2% | 8.8% | 4.9% | 6.4% | 4.6% |
| Cost of sales | 24.8% | -6.2% | 7.4% | 12.9% | 16.7% | 17.6% | 18.9% | 16.1% | 5.1% | 6.9% | 7.3% | 4.9% | 5.9% | 4.4% |
| Operating income | 35.7% | -15.7% | 2.2% | 12.5% | 12.7% | 17.1% | 22.9% | 15.6% | 1.6% | 8.9% | 11.4% | 2.6% | 5.2% | 3.4% |
| EPS | 42.8% | -9.9% | 10.8% | 15.9% | 30.1% | 40.4% | 41.0% | 29.3% | 23.4% | 19.0% | 15.2% | 10.5% | 17.7% | 10.9% |

Source:   Atlantic Equities

Intended for Matt Blake, Apple

Confidential

APL-SECLIT_00001967

# Apple

## IMPORTANT DISCLOSURES



Rating and Price Target History for: Apple (AAPL US) as of 11-01-2018

**Stocks under the analyst's coverage**

Alibaba [BABA], Alphabet [GOOGL], Amazon [AMZN], Apple [AAPL], Booking Holdings [BKNG], eBay [EBAY], Expedia [EXPE], Facebook [FB], Microsoft [MSFT], Qualcomm [QCOM], Snap [SNAP], Spotify [SPOT], Twitter [TWTR]

**Risks**

Risks to investing in Apple shares include, but are not limited to demand being less inelastic than anticipated leading to revenue shortfalls as ASPs continue to increase, the current threatened trade war impacting Apple's cost base, a deterioration in consumer spending, fragmentation of demand across multiple devices placing pressure on gross margin, a slowdown in Services revenue growth and the company failing to succeed in new product categories.

**Consensus Estimates**

Consensus revenue / EPS estimates taken from Bloomberg, unit estimates taken from StreetAccount.

**ANALYST CERTIFICATION**

James Cordwell, hereby certifies that the views expressed in this research report accurately reflects his/her personal views about the subject Security and Issuer as of the date of this report. He/She further certifies that no part of his/her compensation was, is, or will be directly, or indirectly, related to the specific recommendations or views contained in this research report.

No analysts at Atlantic Equities LLP hold shares in companies they follow. No partner or employee of Atlantic Equities LLP, holds shares in the companies under analyst coverage which give rise to an interest which exceeds 1% of the total issued share capital of the company. Atlantic Equities LLP does not act as a market maker in the securities of any company under analyst coverage and does not carry out investment banking or corporate finance business.

**RATING DEFINITIONS**

Investment opinions are based on a stock's total return potential relative to those stocks under the analyst's coverage:

"Overweight" stocks are the most attractive stocks under the analyst's coverage over the next 12 months.

"Underweight" stocks are deemed to be particularly unattractive stocks over the next 12 months.

"Neutral" stocks are those stocks which are neither classified as "Overweight" nor "Underweight".

Stocks covered are subject to continuous review. Updates will be provided whenever a change in recommendation is to be made or, at the discretion of the analyst, whenever there is news worth of note. It is anticipated that a report for each company covered will be produced at least once per annum.

Atlantic Equities LLP does not act as a market maker in the securities of any company under analyst coverage and does not carry out investment banking or corporate finance business for any company under analyst coverage.

**Issued by Atlantic Equities LLP. Authorized and regulated by the Financial Conduct Authority.**
**25 Copthall Avenue, London EC2R 7BP, United Kingdom**

Atlantic Equities LLP is an independent equities research firm. Atlantic Equities LLP's Code of Ethics contains procedures which employees are required to follow so as to prevent or mitigate any conflicts of interest which may arise. The investment services of Atlantic Equities LLP are only available to professional clients and eligible counterparties as defined by the rules of the FCA. They are not available to retail clients. Accordingly, customers of Atlantic Equities LLP will not benefit from the UK investors compensation scheme. Views expressed herein accurately reflect the views of the relevant analysts with respect to the security, securities or issuer(s)

Intended for Matt Blake, Apple

6   Atlantic Equities

Apple

which are the subject of the research. This document is not intended to be an offer or the solicitation of an offer to buy or sell securities and has been prepared exclusively for the use of existing clients of Atlantic Equities LLP. Any recommendations contained in this document must not be relied upon as investment advice based on the recipient's personal circumstances. In the US, it has been prepared for US institutional investors only and such investors wishing to undertake transactions in the securities mentioned in this report should pass orders to FINRA registered firms and not to Atlantic Equities LLP. Whilst all reasonable care has been taken in the preparation of this document, no responsibility can be accepted for the accuracy or completeness of the information herein or upon which opinions herein have been based. Please note the value of investments and the income derived from them may fall as well as rise and you may not receive the original amount invested in return. Where an investment is denominated in a foreign currency, changes in rate of exchange may have an adverse effect on its value, price or income. Unless otherwise specified, charts and statistics are compiled by Atlantic Equities LLP. Updates to estimates, where the analyst considers the changes to be immaterial to his/her recommendation, will be published solely through research aggregators such as Bloomberg and First Call. Where consensus figures are used, these have been sourced from First Call and/or Bloomberg. Atlantic Equities LLP's conflicts of interest policy, its recommendation distribution and other important disclosures are shown on its web-site www.atlantic-equities.com. A list of all recommendations in securities traded on EU regulated markets is located at http://atlantic-equities.com/european-disclosure/european-disclosure.pdf

**Additional information on the securities discussed herein is available on request.**

Registered office: Suite 1, 3rd Floor, 11-12 St. James's Square, London SW1Y 4LB.

Registered Number OC304696 England and Wales

Intended for Matt Blake, Apple

Atlantic Equities  7

Confidential                                                                                                                                          APL-SECLIT_00001969