# EXHIBIT 48

# Apple, Inc. (AAPL)
Macro Pressures, but Also Silver Linings



**Reiterate Outperform rating**. Yesterday after the close, AAPL reported solid FQ4 results, though FQ1 guidance was slightly light, with the company citing iPhone timing, Fx and emerging market pressure. The company also no longer plans to release unit figures, which raised questions, but will break out services gross margins, a potential positive. Positively, iPhone ASP climbed 28% YOY, services grew 27% and other products (watch) surged 31%. Puts and takes to be sure, though we remain positive on the broader eco-system and would buy on weakness.

- **FQ4 solid**... FQ4 revenue of $62.9 billion and adjusted EPS of $2.91 beat our $62.1 billion and $2.77 estimates, YOY growth rates of 19.6% and 41%.

- **...but FQ1 guidance slightly light...** AAPL guided to FQ1 revenue of $89-93 billion, slightly below previous consensus of $93 billion at the midpoint.

- **...due to several pressures**.
  - **Fx**. The company expects a $2 billion Fx headwind YOY.
  - **Emerging markets**. Driven in part by Fx, the company called out pressure in several emerging markets, including India, Brazil and Turkey.
  - **New iPhone timing**. YOY comps tougher given flagships launched in FQ1 last year.

- **iPhone units light**... iPhone unit shipments of 46.9 million slightly missed our 48.1 million estimate and compared with 46.7 million a year ago.

- **...though ASP soared**. ASP of $793 handily beat our $760 estimate and grew 28.3% YOY.

- **Key reporting changes**. Beginning next quarter, AAPL no longer plans to release product unit figures, but on the flip side, plans to break out services and product gross margins for the first time, which could be viewed positively given services strength.

- **Services strong**. Services revenue of $10.0 billion grew 27.0% YOY excluding a one-time gain a year ago, driven by App Store, Music and Pay. The company reached 330 million paid subscriptions up from 300 million in FQ3 and up 50% YOY.

- **Other products strong**. Other products revenue of $4.2 billion, which includes Watch, grew 31.0% YOY, with wearables up over 50%.

- **China solid**. Greater China revenue of $11.4 billion grew 16% YOY and 19% sequentially, though it was the slowest growing region. The company noted regulatory delays on gaming reviews, but doesn't believe trade rhetoric has had a meaningful impact.

- **Gross margin comments**. Lower memory prices positive, though Fx negative.

- **Capital returns**. AAPL returned $23 billion to shareholders in buybacks and dividends and ended the period with $122.6 billion in net cash, or roughly $25 per share. Apple generated $16.5 billion of FCF.

- **Revised forecasts**. Lowered F2019 revenue and EPS from $285.3 billion and $13.56 to $276.6 billion and $13.09.

**LOWERING PRICE TARGET**
**1-Year Price Chart**



### Stock Data

| | |
|---|---|
| Rating: | Outperform |
| Suitability: | Higher Risk |
| Price Target/Previous: | ▼$230/$235 |
| Price (11/1/18): | $222.22 |
| Market Cap (mil): | $1,077,211 |
| Shares Out (mil): | 4,847.5 |
| Average Daily Vol (mil): | 33.67 |
| Dividend Yield: | 1.3% |

### Estimates

| FY Sep | 2018A | 2019E | 2020E |
|---|---|---|---|
| Q1 | 3.89 A | 4.64 E | |
| Q2 | 2.73 A | 3.00 E | |
| Q3 | 2.34 A | 2.42 E | |
| Q4 | 2.91 A | 3.03 E | |
| **Fiscal EPS** | **11.87 A** | **13.09 E** | **14.33 E** |
| Previous Est | 11.73 A | 13.56 E | |
| Fiscal P/E | 18.7x | 17.0x | 15.5x |
| **Calendar EPS** | **12.62 E** | **13.57 E** | |
| Previous Est | 12.85 E | 13.91 E | |
| Calendar P/E | 17.6x | 16.4x | |

Chart/Table Sources: FactSet and Baird Data. Price chart reflects most recent closing price.

[ **Please refer to Appendix - Important Disclosures and Analyst Certification** ]

Apple, Inc. designs, manufactures, and sells a range of computing devices, including iPhones, iPads, Apple Watches, Macs, and iPods.

| **William V. Power, CFA** | **Charles Erlikh** |
|---|---|
| Sr. Research Analyst | Research Analyst |
| wpower@rwbaird.com | cerlikh@rwbaird.com |
| 214.220.3055 | 414.765.7043 |

Intended for mattblake@apple.com only. Property of Baird. Contact Baird for permission to share.

Confidential                                                                                                    APL-SECLIT_00001905

# Details

**Valuation**

- **Current valuation**. AAPL is trading at 16.5x our C2018 EPS forecast and 15.2x C2019, multiples that drop to 14.5x and 13.4x excluding current net cash.
- **Target price**. Our revised $230 target price is based on 15x our C2019 EPS plus net cash of about $25/share. That puts it below big-cap tech in the mid-to-high teens, and the S&P 500 multiple of close to 16x, reflecting strong execution offset by competitive uncertainties.

**Guidance**

| Fiscal Q1 Guidance | | |
|---|---|---|
| | Baird Previous | Guidance |
| Revenue | $95.69 billion | $89 - $93 billion |
| Gross Margin | 38.5% | 38.0% - 38.5% |
| Operating Expenses | $8.5 billion | $8.7 - $8.8 billion |

Source: Baird

**Revised Forecasts**

| Fiscal Q1'19 Estimates (000s) | | | |
|---|---|---|---|
| | Revised | Previous | %Change |
| Revenue | $91,049,383 | $95,688,038 | -4.8% |
| Gross Profit | 34,807,207 | 36,878,419 | -5.6% |
| Gross Margin | 38.2% | 38.5% | (30 bps) |
| Operating Income | 26,091,744 | 28,374,752 | -8.0% |
| Operating Margin | 28.7% | 29.7% | (100 bps) |
| Net Income | 22,036,908 | 24,300,732 | -9.3% |
| Diluted GAAP EPS | $4.64 | $5.01 | -7.4% |
| iPhones Unit Sales | 73,991,412 | 79,635,480 | -7.1% |
| iPad Unit Sales | 13,433,400 | 13,828,500 | -2.9% |
| Mac Unit Sales | 5,214,240 | 4,754,160 | 9.7% |
| Services Revenue | 10,334,620 | 10,165,200 | 1.7% |

Source: Baird

Confidential                                                                                                           APL-SECLIT_00001906

| Fiscal 2019 Estimates (000s) | | | |
|---|---|---|---|
|  | Revised | Previous | %Change |
| Revenue | $276,550,675 | $285,285,402 | -3.1% |
| Gross Profit | 105,697,590 | 109,859,921 | -3.8% |
| Gross Margin | 38.2% | 38.5% | (30 bps) |
| Operating Income | 71,636,168 | 75,645,493 | -5.3% |
| Operating Margin | 25.9% | 26.5% | (60 bps) |
| Net Income | 60,894,384 | 64,924,344 | -6.2% |
| Diluted GAAP EPS | $13.09 | $13.56 | -3.5% |
| iPhones Unit Sales | 212,993,352 | 224,061,676 | -4.9% |
| iPhone ASP | $775 | $782 | -0.8% |

Source: Baird

**FQ4 Summary**

| Fiscal Q4 2018 Results (000s) | | | | | |
|---|---|---|---|---|---|
|  | Q4'18A | Year Ago | YOY % | Estimate | % |
| Revenue | $62,900,000 | $52,579,000 | 19.6% | $62,132,087 | 1.2% |
| Adj. Gross Profit | 24,319,000 | 20,146,000 | 20.7% | 24,042,982 | 1.1% |
| Adj. Gross Margin | 38.7% | 38.3% | 30 bps | 38.7% | 0 bps |
| Adj. Operating Income | 17,363,000 | 14,294,000 | 21.5% | 16,916,432 | 2.6% |
| Adj. Operating Margin | 27.6% | 27.2% | 40 bps | 27.2% | 40 bps |
| Net Income | 14,125,000 | 10,714,000 | 31.8% | 13,582,794 | 4.0% |
| Diluted GAAP EPS | $2.91 | $2.07 | 41.0% | $2.77 | 5.1% |
| iPhones Unit Sales | 46,889,000 | 46,677,000 | 0.5% | 48,077,310 | -2.5% |
| iPad Unit Sales | 9,699,000 | 10,326,000 | -6.1% | 10,635,780 | -8.8% |
| Mac Unit Sales | 5,299,000 | 5,386,000 | -1.6% | 4,578,100 | 15.7% |
| iPhone ASP | $793 | $618 | 28.3% | $760 | 4.3% |
| Services Revenue | 9,981,000 | 8,501,000 | 17.4% | 10,031,180 | -0.5% |

Source: Baird

# Investment Thesis

**iPhone shipments weaker, though ASP positive**. Apple shipped 46.9 million iPhones in FQ4'18, up 0.5% YOY, with ASP of $793. We believe Apple remains well positioned at the high end of the market.

**Apple Watch early**. Apple Watch continues to grow rapidly, and with AirPods and Beats products performing well, Apple appears to be positioning the wearables segment as a larger opportunity.

**Strong services growth**. Services revenue of $10.0 billion in FQ3'18 grew 27% YOY and is expected to double over the next four years. Key drivers include App Store, Apple Music and services like Apple Pay and iCloud. In FQ4'18, paid subscriptions across all services offerings grew to 330 million, with 30 million added in the last four quarters each.

**Buyback and dividend positive**. In FQ2'18, Apple raised its dividend by 16% and its buyback authorization by $100 billion.

**China improving.** Greater China revenue grew 16% YOY in FQ4 and the full fiscal year.

Confidential APL-SECLIT_00001907

**Strong cash flow, high quality balance sheet**. Apple has grown free cash flow substantially over the past five years, driven by strong revenue growth and high margins. In FQ4, the company generated free cash flow of $16.5 billion.

# Risks & Caveats

**Dependency on iPhone**. The iPhone constitutes roughly 60% of total revenue. Heightened competition and slowing upgrade rates could have a material impact on future revenue.

**Component pricing and supply chain risks**. Though many of Apple's component materials can be obtained from several different vendors, some key components are sourced from single suppliers or small groups of suppliers. These components include processors (Intel), displays (LG, Samsung), and ASICs. These circumstances can lead to pricing pressure and/or supply chain disruptions. Additionally, some components such as DRAM and NAND flash memory are subject to industry-wide shortages and/or price fluctuations.

**Patent litigation**. As part of its normal course of business, the company is usually involved in numerous ongoing lawsuits at any given time, the duration and financial implications of which are difficult to project.

**Economic factors**. Due to the discretionary nature of its products, the company could be affected by changes in consumer spending patterns. An uncertain economic environment could cause consumers to cut back on new technology purchases, particularly at the high end of the market.

**Inventory management**. As a manufacturer and as a retailer, the company faces meaningful inventory risk. The seasonal nature of consumer spending, combined with rapidly changing technology trends, requires the company to properly align inventory levels with peak sales seasons and product refresh cycles.

# Company Description

Headquartered in Cupertino, California, Apple, Inc. designs, manufactures, and sells a range of computing devices, including iPhones, iPads, Apple Watches, and Macs. The company differentiates its products with proprietary software, including the iOS and OS X operating systems. The company also provides a variety of digital services, including Apple Music and Apple Pay, and operates iTunes and the App Store.

BAIRD 777 EAST WISCONSIN AVENUE MILWAUKEE, WI 53202
Senior Research Analyst: **William V. Power, CFA (214) 361-1129 wpower@rwbaird.com**

**Apple, Inc.**
**Fiscal Year Income Statement**
($000, Except per-share amounts)

| | Year 2016 Act. | Year 2017 Act. | Q1 2018 (12/31) Act. | Q2 2018 (03/31) Act. | Q3 2018 (06/30) Act. | Q4 2018 (09/30) Act. | Year 2018 Act. | Q1 2019 (12/31) Est. | Q2 2019 (03/31) Est. | Q3 2019 (06/30) Est. | Q4 2019 (09/30) Est. | Year 2019 Est. | Year 2020 Est. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | |
| iPhone | 136,700,000 | 141,319,000 | 61,576,000 | 38,032,000 | 29,906,000 | 37,185,000 | 166,699,000 | 59,933,044 | 38,771,123 | 30,256,380 | 36,207,686 | 165,168,232 | 165,625,184 |
| iPad | 20,628,000 | 19,222,000 | 5,862,000 | 4,113,000 | 4,741,000 | 4,089,000 | 18,805,000 | 6,246,531 | 4,229,343 | 4,993,784 | 4,192,393 | 19,662,051 | 19,210,196 |
| Mac | 22,831,000 | 25,850,000 | 6,895,000 | 5,848,000 | 5,330,000 | 7,411,000 | 25,484,000 | 7,560,648 | 5,972,231 | 5,394,000 | 7,683,550 | 26,610,429 | 26,610,429 |
| Other Products | 11,132,000 | 12,863,000 | 5,489,000 | 3,954,000 | 3,740,000 | 4,234,000 | 17,417,000 | 6,974,540 | 4,866,583 | 4,594,390 | 5,032,950 | 21,468,463 | 24,625,859 |
| Services | 24,348,000 | 29,980,000 | 8,471,000 | 9,190,000 | 9,548,000 | 9,981,000 | 37,190,000 | 10,334,620 | 10,844,200 | 10,884,720 | 11,577,960 | 43,641,500 | 49,514,250 |
| **Total Revenue** | 215,639,000 | 229,234,000 | 88,293,000 | 61,137,000 | 53,265,000 | 62,900,000 | 265,595,000 | 91,049,383 | 64,683,480 | 56,123,274 | 64,694,539 | 276,550,675 | 285,585,918 |
| **YOY Growth** | | | | | | | | | | | | | |
| iPhone | -11.8% | 3.4% | 13.2% | 14.4% | 20.4% | 28.9% | 18.0% | -2.7% | 1.9% | 1.2% | -2.6% | -0.9% | 0.3% |
| iPad | -11.2% | -6.8% | 5.9% | 5.8% | -4.6% | -15.4% | -2.2% | 6.6% | 2.8% | 5.3% | 2.5% | 4.6% | -2.3% |
| Mac | -10.4% | 13.2% | -4.8% | 0.1% | -4.7% | 3.4% | -1.4% | 9.7% | 2.1% | 1.2% | 3.7% | 4.4% | 0.0% |
| Other Products | 10.6% | 15.5% | 36.4% | 37.6% | 36.7% | 31.0% | 35.4% | 27.1% | 23.1% | 22.8% | 18.9% | 23.3% | 14.7% |
| Services | 22.3% | 23.1% | 18.1% | 30.5% | 31.4% | 17.4% | 24.0% | 22.0% | 18.0% | 14.0% | 16.0% | 17.3% | 13.5% |
| Total Revenue | -7.7% | 6.3% | 12.7% | 15.6% | 17.3% | 19.6% | 15.9% | 3.1% | 5.8% | 5.4% | 2.9% | 4.1% | 3.3% |
| Cost of Sales | 131,376,000 | 141,048,000 | 54,381,000 | 37,715,000 | 32,844,000 | 38,816,000 | 163,756,000 | 56,242,176 | 39,940,685 | 34,695,137 | 39,975,087 | 170,853,085 | 175,855,334 |
| Adjusted Gross Profit | 84,997,000 | 89,016,000 | 34,132,000 | 23,647,000 | 20,651,000 | 24,319,000 | 102,749,000 | 35,047,207 | 24,987,795 | 21,678,137 | 24,974,451 | 106,687,590 | 110,800,584 |
| Gross Margin | 39.4% | 38.8% | 38.7% | 38.7% | 38.8% | 38.7% | 38.7% | 38.5% | 38.6% | 38.6% | 38.6% | 38.6% | 38.8% |
| GAAP Gross Profit | 84,263,000 | 88,186,000 | 33,912,000 | 23,422,000 | 20,421,000 | 24,084,000 | 101,839,000 | 34,807,207 | 24,742,795 | 21,428,137 | 24,719,451 | 105,697,590 | 109,730,584 |
| Gross Margin | 39.1% | 38.5% | 38.4% | 38.3% | 38.3% | 38.3% | 38.3% | 38.2% | 38.3% | 38.2% | 38.2% | 38.2% | 38.4% |
| **Expenses** | | | | | | | | | | | | | |
| Research & Development | 10,045,000 | 11,581,000 | 3,407,000 | 3,378,000 | 3,701,000 | 3,750,000 | 14,236,000 | 3,958,827 | 3,898,857 | 4,033,520 | 4,113,505 | 16,004,709 | 16,809,335 |
| % of Total Revenue | 4.7% | 5.1% | 3.9% | 5.5% | 6.9% | 6.0% | 5.4% | 4.3% | 6.0% | 7.2% | 6.4% | 5.8% | 5.9% |
| Selling, General, & Administrative | 14,194,000 | 15,261,000 | 4,231,000 | 4,150,000 | 4,108,000 | 4,216,000 | 16,705,000 | 4,756,636 | 4,395,692 | 4,378,629 | 4,525,756 | 18,056,713 | 18,615,714 |
| % of Total Revenue | 6.6% | 6.7% | 4.8% | 6.8% | 7.7% | 6.7% | 6.3% | 5.2% | 6.8% | 7.8% | 7.0% | 6.5% | 6.5% |
| Depreciation (Embedded in OpEx) | 10,505,000 | 10,157,000 | 2,745,000 | 2,739,000 | 2,665,000 | 2,754,000 | 10,903,000 | 3,000,000 | 2,900,000 | 2,900,000 | 3,000,000 | 11,800,000 | 12,500,000 |
| Total Operating Expenses | 24,239,000 | 26,842,000 | 7,638,000 | 7,528,000 | 7,809,000 | 7,966,000 | 30,941,000 | 8,715,463 | 8,294,550 | 8,412,149 | 8,639,261 | 34,061,423 | 35,425,049 |
| **Adjusted EBITDA** | 70,529,000 | 71,501,000 | 29,019,000 | 18,633,000 | 15,277,000 | 18,872,000 | 81,801,000 | 29,091,744 | 19,348,245 | 15,915,988 | 19,080,190 | 83,436,168 | 86,805,535 |
| Adjusted EBITDA Margin | 32.7% | 31.2% | 32.9% | 30.5% | 28.7% | 30.0% | 30.8% | 32.0% | 29.9% | 28.4% | 29.5% | 30.2% | 30.4% |
| Adjusted Operating Income | 64,205,000 | 66,020,000 | 27,444,000 | 17,089,000 | 13,832,000 | 17,363,000 | 75,728,000 | 27,371,744 | 17,743,245 | 14,325,988 | 17,405,190 | 76,846,168 | 79,615,535 |
| Operating Margin | 29.8% | 28.8% | 31.1% | 28.0% | 26.0% | 27.6% | 28.5% | 30.1% | 27.4% | 25.5% | 26.9% | 27.8% | 27.9% |
| GAAP Operating Income | 60,024,000 | 61,344,000 | 26,274,000 | 15,894,000 | 12,612,000 | 16,118,000 | 70,898,000 | 26,091,744 | 16,448,245 | 13,015,988 | 16,080,190 | 71,636,168 | 74,305,535 |
| Operating Margin | 27.8% | 26.8% | 29.8% | 26.0% | 23.7% | 25.6% | 26.7% | 28.7% | 25.4% | 23.2% | 24.9% | 25.9% | 26.0% |
| Other Income, Net | 1,348,000 | 2,745,000 | 756,000 | 274,000 | 672,000 | 303,000 | 2,005,000 | 299,763 | 268,927 | 225,741 | 219,808 | 1,014,239 | 1,042,598 |
| GAAP Income Before Taxes | 61,372,000 | 64,089,000 | 27,030,000 | 16,168,000 | 13,284,000 | 16,421,000 | 72,903,000 | 26,391,507 | 16,717,172 | 13,241,729 | 16,299,998 | 72,650,406 | 75,348,133 |
| Income Tax Expense | 15,685,000 | 15,738,000 | 6,965,000 | 2,346,000 | 1,765,000 | 2,296,000 | 13,372,000 | 4,354,599 | 2,674,748 | 2,118,677 | 2,608,000 | 11,756,023 | 12,055,701 |
| GAAP Net Income | 45,687,000 | 48,351,000 | 20,065,000 | 13,822,000 | 11,519,000 | 14,125,000 | 59,531,000 | 22,036,908 | 14,042,425 | 11,123,052 | 13,691,998 | 60,894,384 | 63,292,432 |
| **Diluted Adjusted EPS** | $8.28 | $9.19 | $3.89 | $2.73 | $2.34 | $2.91 | $11.87 | $4.64 | $3.00 | $2.42 | $3.03 | $13.09 | $14.33 |
| Diluted GAAP EPS | $8.28 | $9.19 | $3.89 | $2.73 | $2.34 | $2.91 | $11.87 | $4.64 | $3.00 | $2.42 | $3.03 | $13.09 | $14.33 |
| Diluted Shares Outstanding | 5,500,282 | 5,251,692 | 5,157,787 | 5,068,493 | 4,926,609 | 4,847,547 | 5,000,109 | 4,750,000 | 4,675,000 | 4,600,000 | 4,525,000 | 4,637,500 | 4,405,000 |

Research disclosures can be accessed at http://www.rwbaird.com/research-insights/research/coverage/research-disclosure.aspx.   Source: Robert W. Baird & Co. Estimates, Company Data
11/2/2018

Confidential   APL-SECLIT_00001909

BAIRD 777 EAST WISCONSIN AVENUE MILWAUKEE, WI 53202
Senior Research Analyst: William V. Power, CFA (214) 361-1129 wpower@rwbaird.com

**Apple, Inc.**
**Calendar Year Income Statement**
($000, Except per-share amounts)

| | Year 2016 Act. | Q1 2017 (03/31) Act. | Q2 2017 (06/30) Act. | Q3 2017 (09/30) Act. | Q4 2017 (12/31) Act. | Year 2017 Act. | Q1 2018 (03/31) Act. | Q2 2018 (06/30) Act. | Q3 2018 (09/30) Act. | Q4 2018 (12/31) Est. | Year 2018 Est. | Year 2019 Est. | Year 2020 Est. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | |
| iPhone | 139,443,000 | 33,249,000 | 24,846,000 | 28,846,000 | 61,576,000 | 148,517,000 | 38,032,000 | 29,906,000 | 37,185,000 | 59,933,044 | 165,056,044 | 165,301,417 | 165,625,184 |
| iPad | 19,077,000 | 3,889,000 | 4,969,000 | 4,831,000 | 5,862,000 | 19,551,000 | 4,113,000 | 4,741,000 | 4,089,000 | 6,246,531 | 19,189,531 | 19,344,351 | 19,150,908 |
| Mac | 23,329,000 | 5,844,000 | 5,592,000 | 7,170,000 | 6,895,000 | 25,501,000 | 5,848,000 | 5,330,000 | 7,411,000 | 7,560,648 | 26,149,648 | 26,610,429 | 26,610,429 |
| Other Products | 10,805,000 | 2,873,000 | 2,735,000 | 3,231,000 | 5,489,000 | 14,328,000 | 3,954,000 | 3,740,000 | 4,234,000 | 6,974,540 | 18,902,540 | 22,662,387 | 25,442,706 |
| Services | 25,464,000 | 7,041,000 | 7,266,000 | 8,501,000 | 8,471,000 | 31,279,000 | 9,190,000 | 9,548,000 | 9,981,000 | 10,334,620 | 39,053,620 | 45,191,693 | 50,821,579 |
| **Total Revenue** | 218,118,000 | 52,896,000 | 45,408,000 | 52,579,000 | 88,293,000 | 239,176,000 | 61,137,000 | 53,265,000 | 62,900,000 | 91,049,383 | 268,351,383 | 279,110,277 | 287,650,806 |
| **YOY Growth** | | | | | | | | | | | | | |
| iPhone | -10.3% | 1.2% | 3.3% | 2.4% | 13.2% | 6.5% | 14.4% | 20.4% | 28.9% | -2.7% | 11.1% | 0.1% | 0.2% |
| iPad | -10.5% | -11.9% | 1.9% | 13.5% | 5.9% | 2.5% | 5.8% | -4.6% | -15.4% | 6.6% | -1.8% | 0.8% | -1.0% |
| Mac | -7.7% | 14.4% | 6.7% | 24.9% | -4.8% | 9.3% | 0.1% | -4.7% | 3.4% | 9.7% | 2.5% | 1.8% | 0.0% |
| Other Products | -7.9% | 31.2% | 23.3% | 36.2% | 36.4% | 32.6% | 37.6% | 36.7% | 31.0% | 27.1% | 31.9% | 19.9% | 12.3% |
| Services | 20.3% | 17.5% | 21.6% | 34.4% | 18.1% | 22.8% | 30.5% | 31.4% | 17.4% | 22.0% | 24.9% | 15.7% | 12.5% |
| Total Revenue | -7.2% | 4.6% | 7.2% | 12.2% | 12.7% | 9.7% | 15.6% | 17.3% | 19.6% | 3.1% | 12.2% | 4.0% | 3.1% |
| Cost of Sales | 134,102,000 | 32,305,000 | 27,920,000 | 32,648,000 | 54,381,000 | 147,254,000 | 37,715,000 | 32,844,000 | 38,816,000 | 56,242,176 | 165,617,176 | 172,131,440 | 176,676,758 |
| Adjusted Gross Profit | 84,775,000 | 20,761,000 | 17,704,000 | 20,146,000 | 34,132,000 | 92,743,000 | 23,647,000 | 20,651,000 | 24,319,000 | 35,047,207 | 103,664,207 | 107,988,837 | 112,064,047 |
| Gross Margin | 38.9% | 39.2% | 39.0% | 38.3% | 38.7% | 38.8% | 38.7% | 38.8% | 38.7% | 38.5% | 38.6% | 38.7% | 39.0% |
| GAAP Gross Profit | 84,016,000 | 20,591,000 | 17,488,000 | 19,931,000 | 33,912,000 | 91,922,000 | 23,422,000 | 20,421,000 | 24,084,000 | 34,807,207 | 102,734,207 | 106,978,837 | 110,974,047 |
| Gross Margin | 38.5% | 38.9% | 38.5% | 37.9% | 38.4% | 38.4% | 38.3% | 38.3% | 38.3% | 38.2% | 38.3% | 38.3% | 38.6% |
| **Expenses** | | | | | | | | | | | | | |
| Research & Development | 10,512,000 | 2,776,000 | 2,937,000 | 2,997,000 | 3,407,000 | 12,117,000 | 3,378,000 | 3,701,000 | 3,750,000 | 3,958,827 | 14,787,827 | 16,193,024 | 17,114,148 |
| % of Total Revenue | 4.8% | 5.2% | 6.5% | 5.7% | 3.9% | 5.1% | 5.5% | 6.9% | 6.0% | 4.3% | 5.5% | 5.8% | 5.9% |
| Selling, General, & Administrative | 14,292,000 | 3,718,000 | 3,783,000 | 3,814,000 | 4,231,000 | 15,546,000 | 4,150,000 | 4,108,000 | 4,216,000 | 4,756,636 | 17,230,636 | 18,182,782 | 18,713,383 |
| % of Total Revenue | 6.6% | 7.0% | 8.3% | 7.3% | 4.8% | 6.5% | 6.8% | 7.7% | 6.7% | 5.2% | 6.4% | 6.5% | 6.5% |
| Depreciation (Embedded in OpEx) | 10,538,000 | 2,332,000 | 2,354,000 | 2,484,000 | 2,745,000 | 9,915,000 | 2,739,000 | 2,665,000 | 2,754,000 | 3,000,000 | 11,158,000 | 12,050,000 | 12,450,000 |
| Total Operating Expenses | 24,804,000 | 6,494,000 | 6,720,000 | 6,811,000 | 7,638,000 | 27,663,000 | 7,528,000 | 7,809,000 | 7,966,000 | 8,715,463 | 32,018,463 | 34,375,806 | 35,827,532 |
| **Adjusted EBITDA** | 69,750,000 | 16,429,000 | 13,122,000 | 15,604,000 | 29,019,000 | 74,174,000 | 18,633,000 | 15,277,000 | 18,872,000 | 29,091,744 | 81,873,744 | 84,653,031 | 87,596,516 |
| Adjusted EBITDA Margin | 32.0% | 31.1% | 28.9% | 29.7% | 32.9% | 31.0% | 30.5% | 28.7% | 30.0% | 32.0% | 30.5% | 30.3% | 30.5% |
| Adjusted Operating Income | 63,571,000 | 15,150,000 | 11,961,000 | 14,294,000 | 27,444,000 | 68,849,000 | 17,089,000 | 13,832,000 | 17,363,000 | 27,371,744 | 75,655,744 | 77,838,031 | 80,511,516 |
| Operating Margin | 29.1% | 28.6% | 26.3% | 27.2% | 31.1% | 28.8% | 28.0% | 26.0% | 27.6% | 30.1% | 28.2% | 27.9% | 28.0% |
| GAAP Operating Income | 59,212,000 | 14,097,000 | 10,768,000 | 13,120,000 | 26,274,000 | 64,259,000 | 15,894,000 | 12,612,000 | 16,118,000 | 26,091,744 | 70,715,744 | 72,603,031 | 75,146,516 |
| Operating Margin | 27.1% | 26.7% | 23.7% | 25.0% | 29.8% | 26.9% | 26.0% | 23.7% | 25.6% | 28.7% | 26.4% | 26.0% | 26.1% |
| Other Income, Net | 1,767,000 | 587,000 | 540,000 | 797,000 | 756,000 | 2,680,000 | 274,000 | 672,000 | 303,000 | 299,763 | 1,548,763 | 963,584 | 1,111,463 |
| GAAP Income Before Taxes | 60,979,000 | 14,684,000 | 11,308,000 | 13,917,000 | 27,030,000 | 66,939,000 | 16,168,000 | 13,284,000 | 16,421,000 | 26,391,507 | 72,264,507 | 73,566,615 | 76,257,979 |
| Income Tax Expense | 15,762,000 | 3,655,000 | 2,591,000 | 3,203,000 | 6,965,000 | 16,414,000 | 2,346,000 | 1,765,000 | 2,296,000 | 4,354,599 | 10,761,599 | 11,770,658 | 12,201,277 |
| GAAP Net Income | 45,217,000 | 11,029,000 | 8,717,000 | 10,714,000 | 20,065,000 | 50,525,000 | 13,822,000 | 11,519,000 | 14,125,000 | 22,036,908 | 61,502,908 | 61,795,957 | 64,056,702 |
| **Diluted Adjusted EPS** | $8.35 | $2.10 | $1.67 | $2.07 | $3.89 | $9.72 | $2.73 | $2.34 | $2.91 | $4.64 | $12.62 | $13.57 | $14.74 |
| Diluted GAAP EPS | $8.35 | $2.10 | $1.67 | $2.07 | $3.89 | $9.72 | $2.73 | $2.34 | $2.91 | $4.64 | $12.62 | $13.57 | $14.74 |
| Diluted Shares Outstanding | 5,433,749 | 5,261,688 | 5,233,499 | 5,183,585 | 5,157,787 | 5,209,140 | 5,068,493 | 4,926,609 | 4,847,547 | 4,750,000 | 4,898,162 | 4,569,250 | 4,357,000 |

Source: Robert W. Baird & Co. Estimates, Company Data
11/2/2018

Confidential   APL-SECLIT_00001910

Case 4:19-cv-02033-YGR   Document 297-24   Filed 09/09/22   Page 8 of 13



BAIRD 777 EAST WISCONSIN AVENUE MILWAUKEE, WI 53202
Senior Research Analyst: William V. Power, CFA (214) 361-1129 wpower@rwbaird.com

**Apple, Inc.**
**Metrics**
($000, Except unit and ASP figures)

| | Year 2016 Act. | Year 2017 Act. | Q1 2018 (12/31) Act. | Q2 2018 (03/31) Act. | Q3 2018 (06/30) Act. | Q4 2018 (09/30) Act. | Year 2018 Act. | Q1 2019 (12/31) Est. | Q2 2019 (03/31) Est. | Q3 2019 (06/30) Est. | Q4 2019 (09/30) Est. | Year 2019 Est. | Year 2020 Est. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Unit Shipments by Product** | | | | | | | | | | | | | |
| iPhones | 211,884,000 | 216,756,000 | 77,316,000 | 52,217,000 | 41,300,000 | 46,889,000 | 217,722,000 | 73,991,412 | 51,694,830 | 40,887,000 | 46,420,110 | 212,993,352 | 210,863,418 |
| Growth % | -8.4% | 2.3% | -1.2% | 2.9% | 0.7% | 0.5% | 0.4% | -4.3% | -1.0% | -1.0% | -1.0% | -2.2% | -1.0% |
| iPads | 45,590,000 | 43,753,000 | 13,170,000 | 9,113,000 | 11,553,000 | 9,699,000 | 43,535,000 | 13,433,400 | 9,295,260 | 10,975,350 | 9,214,050 | 42,918,060 | 42,220,211 |
| Growth % | -16.9% | -4.0% | 0.7% | 2.1% | 1.1% | -6.1% | -0.5% | 2.0% | 2.0% | -5.0% | -5.0% | -1.4% | -1.6% |
| Macs | 18,484,000 | 19,251,000 | 5,112,000 | 4,078,000 | 3,720,000 | 5,299,000 | 18,209,000 | 5,214,240 | 4,118,780 | 3,720,000 | 5,299,000 | 18,352,020 | 18,352,020 |
| Growth % | -10.2% | 4.1% | -4.9% | -2.9% | -13.3% | -1.6% | -5.4% | 2.0% | 1.0% | 0.0% | 0.0% | 0.8% | 0.0% |
| **Revenue by Product** | | | | | | | | | | | | | |
| iPhone | 136,700,000 | 141,319,000 | 61,576,000 | 38,032,000 | 29,906,000 | 37,185,000 | 166,699,000 | 59,933,044 | 38,771,123 | 30,256,380 | 36,207,686 | 165,168,232 | 165,625,184 |
| Growth % | -11.8% | 3.4% | 13.2% | 14.4% | 20.4% | 28.9% | 18.0% | -2.7% | 1.9% | 1.2% | -2.6% | -0.9% | 0.3% |
| iPad | 20,628,000 | 19,222,000 | 5,862,000 | 4,113,000 | 4,741,000 | 4,089,000 | 18,805,000 | 6,246,531 | 4,229,343 | 4,993,784 | 4,192,393 | 19,662,051 | 19,210,196 |
| Growth % | -11.2% | -6.8% | 5.9% | 5.8% | -4.6% | -15.4% | -2.2% | 6.6% | 2.8% | 5.3% | 2.5% | 4.6% | -2.3% |
| Mac | 22,831,000 | 25,850,000 | 6,895,000 | 5,848,000 | 5,330,000 | 7,411,000 | 25,484,000 | 7,560,648 | 5,972,231 | 5,394,000 | 7,683,550 | 26,610,429 | 26,610,429 |
| Growth % | -10.4% | 13.2% | -4.8% | 0.1% | -4.7% | 3.4% | -1.4% | 9.7% | 2.1% | 1.2% | 3.7% | 4.4% | 0.0% |
| Services Revenue* | 24,348,000 | 29,980,000 | 8,471,000 | 9,190,000 | 9,548,000 | 9,981,000 | 37,190,000 | 10,334,620 | 10,844,200 | 10,884,720 | 11,577,960 | 43,641,500 | 49,514,250 |
| Growth % | 22.3% | 23.1% | 18.1% | 30.5% | 31.4% | 17.4% | 24.0% | 22.0% | 18.0% | 14.0% | 16.0% | 17.3% | 13.5% |
| Other Product Revenue | 11,132,000 | 12,863,000 | 5,489,000 | 3,954,000 | 3,740,000 | 4,234,000 | 17,417,000 | 6,974,540 | 4,866,583 | 4,594,390 | 5,032,950 | 21,468,463 | 8,168,464 |
| Growth % | 10.6% | 15.5% | 36.4% | 37.6% | 36.7% | 31.0% | 35.4% | 27.1% | 23.1% | 22.8% | 18.9% | 23.3% | 17.1% |
| **Total Revenue** | 215,639,000 | 229,234,000 | 88,293,000 | 61,137,000 | 53,265,000 | 62,900,000 | 265,595,000 | 91,049,383 | 64,683,480 | 56,123,274 | 64,694,539 | 276,550,675 | 285,585,918 |
| Growth % | -7.7% | 6.3% | 12.7% | 15.6% | 17.3% | 19.6% | 15.9% | 3.1% | 5.8% | 5.4% | 2.9% | 4.1% | 3.3% |
| **ASP by Product** | | | | | | | | | | | | | |
| iPhone | $645 | $652 | $796 | $728 | $724 | $793 | $766 | $810 | $750 | $740 | $780 | $775 | $785 |
| iPad | $452 | $439 | $445 | $451 | $410 | $422 | $432 | $465 | $455 | $455 | $455 | $458 | $455 |
| Mac | $1,235 | $1,343 | $1,349 | $1,434 | $1,433 | $1,399 | $1,400 | $1,450 | $1,450 | $1,450 | $1,450 | $1,450 | $1,450 |

*Includes App Store, Apple Music, iTunes Store, Apple Pay, Mac App Store, and iBookstore sales plus AppleCare sales
Source: Robert W. Baird & Co. Estimates, Company Data
11/2/2018

Baird   Confidential   APL-SECLIT_00001911

BAIRD 777 EAST WISCONSIN AVENUE MILWAUKEE, WI 53202
Senior Research Analyst: William V. Power, CFA (214) 361-1129 wpower@rwbaird.com

## Apple, Inc.
### Condensed Annual Balance Sheet & Cash Flow Projections

| | Y 2016A | Y 2017A | Q1 2018A | Q2 2018A | Q3 2018A | Q4 2018A | Y 2018A | Q1 2019E | Q2 2019E | Q3 2019E | Q4 2019E | Y 2019E | Y 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Balance Sheet** | | | | | | | | | | | | | |
| Cash and ST Investments | 67,155,000 | 74,181,000 | 77,153,000 | 87,940,000 | 70,970,000 | 66,301,000 | | 65,183,320 | 51,290,322 | 45,441,038 | 48,578,077 | | 63,421,409 |
| A/R | 15,754,000 | 17,874,000 | 23,440,000 | 14,324,000 | 14,104,000 | 23,186,000 | | 19,793,344 | 17,577,033 | 16,470,961 | 19,689,642 | | 21,772,614 |
| Inventory | 2,132,000 | 4,855,000 | 4,421,000 | 7,662,000 | 5,936,000 | 3,956,000 | | 4,890,624 | 4,775,517 | 4,525,453 | 5,214,142 | | 5,356,068 |
| Other Current Assets | 21,828,000 | 31,735,000 | 38,796,000 | 20,127,000 | 24,751,000 | 37,896,000 | | 37,896,000 | 37,896,000 | 37,896,000 | 37,896,000 | | 37,896,000 |
| PP&E, net | 27,010,000 | 33,783,000 | 33,679,000 | 35,077,000 | 38,117,000 | 41,304,000 | | 41,804,000 | 42,404,000 | 42,754,000 | 43,754,000 | | 45,904,000 |
| LT Marketable Securities | 170,430,000 | 194,714,000 | 207,944,000 | 179,286,000 | 172,773,000 | 170,799,000 | | 170,799,000 | 170,799,000 | 170,799,000 | 170,799,000 | | 170,799,000 |
| Other Assets | 17,377,000 | 18,177,000 | 21,361,000 | 23,086,000 | 22,546,000 | 22,283,000 | | 22,283,000 | 22,283,000 | 22,283,000 | 22,283,000 | | 22,283,000 |
| Total Assets | 321,686,000 | 375,319,000 | 406,794,000 | 367,502,000 | 349,197,000 | 365,725,000 | | 362,649,288 | 347,024,871 | 340,169,452 | 348,213,861 | | 367,432,092 |
| | | | | | | | | | | | | | |
| A/P | 37,294,000 | 49,049,000 | 62,985,000 | 34,311,000 | 38,489,000 | 55,888,000 | | 51,962,880 | 43,413,788 | 41,483,316 | 54,313,978 | | 55,792,376 |
| Other Current Liabilities | 41,712,000 | 51,765,000 | 52,803,000 | 55,009,000 | 50,059,000 | 60,978,000 | | 60,978,000 | 60,978,000 | 60,978,000 | 60,978,000 | | 60,978,000 |
| Commercial Paper | 8,105,000 | 11,977,000 | 11,980,000 | 11,980,000 | 11,974,000 | 11,964,000 | | 11,964,000 | 11,964,000 | 11,964,000 | 11,964,000 | | 11,964,000 |
| ST Debt | 3,500,000 | 6,496,000 | 6,498,000 | 8,498,000 | 5,498,000 | 8,784,000 | | 8,784,000 | 8,784,000 | 8,784,000 | 8,784,000 | | 8,784,000 |
| LT Debt | 75,427,000 | 97,207,000 | 103,922,000 | 101,362,000 | 97,128,000 | 93,735,000 | | 93,735,000 | 93,735,000 | 93,735,000 | 93,735,000 | | 93,735,000 |
| Total Debt | 87,032,000 | 115,680,000 | 122,400,000 | 121,840,000 | 114,600,000 | 114,483,000 | | 114,483,000 | 114,483,000 | 114,483,000 | 114,483,000 | | 114,483,000 |
| Other Liabilities | 39,004,000 | 43,251,000 | 46,885,000 | 49,942,000 | 48,572,000 | 47,977,000 | | 47,977,000 | 47,977,000 | 47,977,000 | 47,977,000 | | 47,977,000 |
| Stockholders' Equity | 128,249,000 | 134,047,000 | 140,199,000 | 126,878,000 | 114,949,000 | 107,147,000 | | 107,996,408 | 100,921,083 | 95,996,136 | 91,209,884 | | 108,949,716 |
| Total Liabilities & SE | 321,686,000 | 375,319,000 | 406,794,000 | 367,502,000 | 349,197,000 | 365,725,000 | | 362,649,288 | 347,024,871 | 340,169,452 | 348,213,861 | | 367,432,092 |
| | | | | | | | | | | | | | |
| **Cash Flow Analysis** | | | | | | | | | | | | | |
| Net Cash From Operations | 65,824,000 | 63,598,000 | 28,293,000 | 15,130,000 | 14,488,000 | 19,523,000 | 77,434,000 | 25,849,820 | 13,019,752 | 15,758,716 | 25,440,289 | 80,068,577 | 82,355,932 |
| Capital Expenditures | (12,734,000) | (12,451,000) | (2,810,000) | (4,195,000) | (3,267,000) | (3,041,000) | (13,313,000) | (3,500,000) | (3,500,000) | (3,250,000) | (4,000,000) | (14,250,000) | (14,650,000) |
| Free Cash Flow | 53,090,000 | 51,147,000 | 25,483,000 | 10,935,000 | 11,221,000 | 16,482,000 | 64,121,000 | 22,349,820 | 9,519,752 | 12,508,716 | 21,440,289 | 65,818,577 | 67,705,932 |
| | | | | | | | | | | | | | |
| CY Free Cash Flow | 52,961,000 | 52,908,000 | | | | | 60,987,820 | | | | | 66,994,449 | 69,360,310 |
| | | | | | | | | | | | | | |
| Dividend Payments | 12,150,000 | 12,769,000 | 3,339,000 | 3,190,000 | 3,653,000 | 3,530,000 | 13,712,000 | 3,467,500 | 3,412,750 | 3,358,000 | 3,303,250 | 13,541,500 | 12,862,600 |
| | | | | | | | | | | | | | |
| EBITDA | 70,529,000 | 71,501,000 | 29,019,000 | 18,633,000 | 15,277,000 | 18,872,000 | 81,801,000 | 29,091,744 | 19,348,245 | 15,915,988 | 19,080,190 | 83,436,168 | 86,805,535 |
| EBITDA Margin | 32.7% | 31.2% | 32.9% | 30.5% | 28.7% | 30.0% | 30.8% | 32.0% | 29.9% | 28.4% | 29.5% | 30.2% | 30.4% |
| | | | | | | | | | | | | | |
| **Balance Sheet Analysis** | | | | | | | | | | | | | |
| Total Debt / Total Cap | 0.4 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.6 | 0.6 | 0.5 |
| Current Ratio | 1.4 | 1.3 | 1.2 | 1.5 | 1.3 | 1.1 | 1.1 | 1.1 | 1.1 | 1.0 | 1.0 | 1.0 | 1.1 |
| Quick Ratio | 1.2 | 1.1 | 1.0 | 1.3 | 1.1 | 0.9 | 0.9 | 1.0 | 0.9 | 0.9 | 0.8 | 0.8 | 0.9 |
| Current Cash / Share | $12.45 | $14.31 | $14.96 | $17.35 | $14.41 | $13.68 | $13.68 | $13.72 | $10.97 | $9.88 | $10.74 | $10.74 | $14.64 |
| Total Cash / Share | $44.05 | $51.87 | $55.28 | $52.72 | $49.47 | $48.91 | $48.91 | $49.68 | $47.51 | $47.01 | $48.48 | $48.48 | $54.06 |
| Net Cash / Share | $27.91 | $29.56 | $31.54 | $28.68 | $26.21 | $25.29 | $25.29 | $25.58 | $23.02 | $22.12 | $23.18 | $23.18 | $27.63 |
| Days Sales Outstanding (Total) | 31 | 31 | 24 | 22 | 24 | 34 | 34 | 20 | 25 | 27 | 28 | 28 | 30 |
| | | | | | | | | | | | | | |
| Book Value / Share | $23.78 | $25.86 | $27.18 | $25.03 | $23.33 | $22.10 | $22.10 | $22.74 | $21.59 | $20.87 | $20.16 | $20.16 | $25.14 |
| Tangible BV / Share | $23.18 | $25.42 | $26.77 | $25.03 | $23.33 | $22.10 | $22.10 | $22.74 | $21.59 | $20.87 | $20.16 | $20.16 | $25.14 |
| | | | | | | | | | | | | | |
| Return on Assets | 14.9% | 14.0% | 19.7% | 15.0% | 13.2% | 15.4% | 16.0% | 24.3% | 16.2% | 13.1% | 15.7% | 17.4% | 17.6% |
| Return on Invested Capital | 21.2% | 19.4% | 30.2% | 22.9% | 20.1% | 26.4% | 27.3% | 40.2% | 27.1% | 22.3% | 27.8% | 30.6% | 29.3% |
| | | | | | | | | | | | | | |
| **DuPont Analysis** | | | | | | | | | | | | | |
| Tax Burden | 74.4% | 75.4% | 74.2% | 85.5% | 86.7% | 86.0% | 81.7% | 83.5% | 84.0% | 84.0% | 84.0% | 83.8% | 84.0% |
| Interest Burden | 1.0x | 1.0x | 1.0x | 1.0x | 1.1x | 1.0x | 1.0x | 1.0x | 1.0x | 1.0x | 1.0x | 1.0x | 1.0x |
| Operating Margin | 27.8% | 26.8% | 29.8% | 26.0% | 23.7% | 25.6% | 26.7% | 28.7% | 25.4% | 23.2% | 24.9% | 25.9% | 26.0% |
| Turnover | 0.7x | 0.6x | 0.9x | 0.7x | 0.6x | 0.7x | 0.7x | 1.0x | 0.7x | 0.7x | 0.7x | 0.7x | 0.8x |
| Leverage | 2.5x | 2.8x | 2.9x | 2.9x | 3.0x | 3.4x | 3.4x | 3.4x | 3.4x | 3.5x | 3.8x | 3.8x | 3.4x |
| ROE | 35.6% | 36.1% | 57.2% | 43.6% | 40.1% | 52.7% | 55.6% | 81.6% | 55.7% | 46.3% | 60.0% | 66.8% | 58.1% |

Source: Robert W. Baird & Co. Estimates, Company Data
11/2/2018

Confidential    APL-SECLIT_00001912

# Appendix - Important Disclosures and Analyst Certification

Approved on 1 November 2018 21:28EDT/ Published on 2 November 2018 01:02EDT.



1 Robert W. Baird & Co. Incorporated makes a market in the securities of AAPL.

Robert W. Baird & Co. Incorporated ("Baird") and/or its affiliates expect to receive or intend to seek investment-banking related compensation from the company or companies mentioned in this report within the next three months. Baird may not be licensed to execute transactions in all foreign listed securities directly. Transactions in foreign listed securities may be prohibited for residents of the United States. Please contact a Baird representative for more information.

Investment Ratings: Outperform (O) - Expected to outperform on a total return, risk-adjusted basis the broader U.S. equity market over the next 12 months. Neutral (N) - Expected to perform in line with the broader U.S. equity market over the next 12 months. Underperform (U) - Expected to underperform on a total return, risk-adjusted basis the broader U.S. equity market over the next 12 months.

Risk Ratings: L - Lower Risk – Higher-quality companies for investors seeking capital appreciation or income with an emphasis on safety. Company characteristics may include: stable earnings, conservative balance sheets, and an established history of revenue and earnings. A - Average Risk – Growth situations for investors seeking capital appreciation with an emphasis on safety. Company characteristics may include: moderate volatility, modest balance-sheet leverage, and stable patterns of revenue and earnings. H - Higher Risk – Higher-growth situations appropriate for investors seeking capital appreciation with the acceptance of risk. Company characteristics may include: higher balance-sheet leverage, dynamic business environments, and higher levels of earnings and price volatility. S - Speculative Risk – High growth situations appropriate only for investors willing to accept a high degree of volatility and risk. Company characteristics may include: unpredictable earnings, small capitalization, aggressive growth strategies, rapidly changing market dynamics, high leverage, extreme price volatility and unknown competitive challenges.

Valuation, Ratings and Risks. The recommendation and price target contained within this report are based on a time horizon of 12 months but there is no guarantee the objective will be achieved within the specified time horizon. Price targets are determined by a subjective review of fundamental and/or quantitative factors of the issuer, its industry, and the security type. A variety of methods may be used to determine the value of a security including, but not limited to, discounted cash flow, earnings multiples, peer group comparisons, and sum of the parts. Overall market risk, interest rate risk, and general economic risks impact all securities. Specific information regarding the price target and recommendation is provided in the text of our most recent research report.

Distribution of Investment Ratings. As of October 31, 2018, Baird U.S. Equity Research covered 690 companies, with 56% rated Outperform/Buy, 43% rated Neutral/Hold and 1% rated Underperform/Sell. Within these rating categories, 11% of Outperform/Buy-rated and 4% of Neutral/Hold-rated companies have compensated Baird for investment banking services in the past 12 months and/or Baird managed or co-managed a public offering of securities for these companies in the past 12 months.

Analyst Compensation. Research analyst compensation is based on: (1) the correlation between the research analyst's recommendations and stock price performance; (2) ratings and direct feedback from our investing clients, our institutional and retail sales force (as applicable) and from independent rating services; (3) the research analyst's productivity, including the quality of such analyst's research and such analyst's contribution to the growth and development of our overall research effort; and (4) compliance with all of Baird's internal policies

and procedures. This compensation criteria and actual compensation is reviewed and approved on an annual basis by Baird's Research Oversight Committee. Research analyst compensation is derived from all revenue sources of the firm, including revenues from investment banking. Baird does not compensate research analysts based on specific investment banking transactions.

A complete listing of all companies covered by Baird U.S. Equity Research and applicable research disclosures can be accessed at http://www.rwbaird.com/research-insights/research/coverage/research-disclosure.aspx. You can also call 800-792-2473 or write: Robert W. Baird & Co., Equity Research, 777 E. Wisconsin Avenue, Milwaukee, WI 53202.

Analyst Certification

The senior research analyst(s) certifies that the views expressed in this research report and/or financial model accurately reflect such senior analyst's personal views about the subject securities or issuers and that no part of his or her compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in the research report.

Disclaimers

Baird prohibits analysts from owning stock in companies they cover.

This is not a complete analysis of every material fact regarding any company, industry or security. The opinions expressed here reflect our judgment at this date and are subject to change. The information has been obtained from sources we consider to be reliable, but we cannot guarantee the accuracy.

ADDITIONAL INFORMATION ON COMPANIES MENTIONED HEREIN IS AVAILABLE UPON REQUEST

The Dow Jones Industrial Average, S&P 500, S&P 400 and Russell 2000 are unmanaged common stock indices used to measure and report performance of various sectors of the stock market; direct investment in indices is not available. Baird is exempt from the requirement to hold an Australian financial services license. Baird is regulated by the United States Securities and Exchange Commission, FINRA, and various other self-regulatory organizations and those laws and regulations may differ from Australian laws. This report has been prepared in accordance with the laws and regulations governing United States broker-dealers and not Australian laws.

Other Disclosures

The information and rating included in this report represent the research analyst's views based on a time horizon of 12 months, as described above, unless otherwise stated. In our standard company-specific research reports, the subject company may be designated as a "Fresh Pick", representing that the research analyst believes the company to be a high-conviction investment idea based on a subjective review of one or more fundamental or quantitative factors until an expiration date specified by the analyst but not to exceed nine months. The Fresh Pick designation and specified expiration date will be displayed in standard company-specific research reports on the company until the occurrence of the expiration date or such time as the analyst removes the Fresh Pick designation from the company in a subsequent, standard company-specific research report. The research analyst(s) named in this report may, at times and at the request of clients or their Baird representatives, provide particular investment perspectives or trading strategies based primarily on the analyst's understanding of the individual client's objectives. These perspectives or trading strategies generally are responsive to client inquiries and based on criteria the research analyst considers relevant to the client. As such, these perspectives and strategies may differ from the research analyst's views contained in this report.

Baird and/or its affiliates may provide to certain clients additional or research supplemental products or services, such as outlooks, commentaries and other detailed analyses, which focus on covered stocks, companies, industries or sectors. Not all clients who receive our standard company-specific research reports are eligible to receive these additional or supplemental products or services. Baird determines in its sole discretion the clients who will receive additional or supplemental products or services, in light of various factors including the size and scope of the client relationships. These additional or supplemental products or services may feature different analytical or research techniques and information than are contained in Baird's standard research reports. Any ratings and recommendations contained in such additional or research supplemental products are consistent with the research analyst's ratings and recommendations contained in more broadly disseminated standard research reports. Baird disseminates its research reports to all clients simultaneously by posting such reports to Baird's password-protected client portal, https://bol.rwbaird.com/Login("BairdOnline"). All clients may access BairdOnline and at any time. All clients are advised to check BairdOnline for Baird's most recent research reports. After research reports are posted to BairdOnline, such reports may be emailed to clients, based on, among other things, client interest, coverage, stock ownership and indicated email preferences, and electronically distributed to certain third-party research aggregators, who may make such reports available to entitled clients on password-protected, third-party websites. Not all research reports posted to BairdOnline will be emailed to clients or electronically

distributed to such research aggregators. To request access to Baird Online, please visit https://bol.rwbaird.com/Login/RequestInstLogin or contact your Baird representative.

Dividend Yield. As used in this report, the term "dividend yield" refers, on a percentage basis, to the historical distributions made by the issuer relative to its current market price. Such distributions are not guaranteed, may be modified at the issuer's discretion, may exceed operating cash flow, subsidized by borrowed funds or include a return of investment principal.

United Kingdom ("UK") disclosure requirements for the purpose of distributing this research into the UK and other countries for which Robert W. Baird Limited holds a MiFID passport.

The contents of this report may contain an "investment recommendation", as defined by the Market Abuse Regulation EU No 596/2014 ("MAR"). This report does not contain a "personal recommendation" or "investment advice", as defined by the Market in Financial Instruments Directive 2014/65/EU ("MiFID"). Please therefore be aware of the important disclosures outlined below. Unless otherwise stated, this report was completed and first disseminated at the date and time provided on the timestamp of the report. If you would like further information on dissemination times, please contact us. The views contained in this report: (i) do not necessarily correspond to, and may differ from, the views of Robert W. Baird Limited or any other entity within the Baird Group, in particular Robert W. Baird & Co. Incorporated; and (ii) may differ from the views of another individual of Robert W. Baird Limited.

This material is distributed in the UK and the European Economic Area ("EEA") by Robert W. Baird Limited, which has an office at Finsbury Circus House, 15 Finsbury Circus, London EC2M 7EB and is authorized and regulated by the Financial Conduct Authority ("FCA") in the UK.

For the purposes of the FCA requirements, this investment research report is classified as investment research and is objective. This material is only directed at and is only made available to persons in the EEA who would satisfy the criteria of being "Professional" investors under MiFID and to persons in the UK falling within Articles 19, 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). Accordingly, this document is intended only for persons regarded as investment professionals (or equivalent) and is not to be distributed to or passed onto any other person (such as persons who would be classified as Retail clients under MiFID).

All substantially material sources of the information contained in this report are disclosed. All sources of information in this report are reliable, but where there is any doubt as to reliability of a particular source, this is clearly indicated. There is no intention to update this report in future. Where, for any reason, an update is made, this will be made clear in writing on the research report. Such instances will be occasional only.

Please note that this report may provide views which differ from previous recommendations made by the same individual in respect of the same financial instrument or issuer in the last 12 months. Information and details regarding previous recommendations in relation to the financial instruments or issuer referred to in this report are available at https://baird.bluematrix.com/sellside/MAR.action.

Robert W. Baird Limited or one of its affiliates may at any time have a long or short position in the company or companies mentioned in this report. Where Robert W. Baird Limited or one of its affiliates holds a long or short position exceeding 0.5% of the total issued share capital of the issuer, this will be disclosed separately by your Robert W. Baird Limited representative upon request.

Investment involves risk. The price of securities may fluctuate and past performance is not indicative of future results. Any recommendation contained in the research report does not have regard to the specific investment objectives, financial situation and the particular needs of any individuals. You are advised to exercise caution in relation to the research report. If you are in any doubt about any of the contents of this document, you should obtain independent professional advice.

Robert W. Baird Limited and Robert W. Baird & Co. Incorporated have in place organisational and administrative arrangements for the prevention, avoidance, and disclosure of conflicts of interest with respect to research recommendations. Robert W. Baird Limited's Conflicts of Interest Policy, available here, outlines the approach Robert W. Baird Limited takes in relation to conflicts of interest and includes detail as to its procedures in place to identify, manage and control conflicts of interest. Robert W. Baird Limited and or one of its affiliates may be party to an agreement with the issuer that is the subject of this report relating to the provision of services of investment firms. Robert W. Baird & Co. Incorporated's policies and procedures are designed to identify and effectively manage conflicts of interest related to the preparation and content of research reports and to promote objective and reliable research that reflects the truly held opinions of research analysts. Robert W. Baird & Co. Incorporated's research analysts certify on a quarterly basis that such research reports accurately reflect their personal views.

This material is strictly confidential to the recipient and not intended for persons in jurisdictions where the distribution or publication of this research report is not permitted under the applicable laws or regulations of such jurisdiction.

Robert W. Baird Limited is exempt from the requirement to hold an Australian financial services license and is regulated by the FCA under UK laws, which may differ from Australian laws. As such, this document has not been prepared in accordance with Australian laws.

Copyright 2018 Robert W. Baird & Co. Incorporated

This information is prepared for the use of Baird clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of Baird. Any unauthorized use or disclosure is prohibited. Receipt and review of this information constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion, or information contained in this information (including any investment ratings, estimates or price targets) without first obtaining expressed permission from an authorized officer of Baird.

Ask the analyst a question                                Click here to unsubscribe