# EXHIBIT 51

# Apple


BMO Capital Markets

| AAPL-NSDQ | Rating<br>**Market Perform** | Price: Nov-1<br>**$222.22** | Target ↓<br>**$213.00** | Total Rtn<br>**-3%** |

**Communications Equipment & Hardware**

**Tim Long** — Analyst
tim.long@bmo.com — (212) 885-4101

**Celeste Santangelo** — Senior Associate
celeste.santangelo@bmo.com — (212) 885-4170

**Daniel Asulin** — Associate
Daniel.Asulin@bmo.com — (212) 885-4136

Legal Entity: BMO Capital Markets Corp.

## Less Revenue and Fewer Disclosures; Lowering Estimates, Target

**Bottom Line:** AAPL beat the September quarter on better iPhone ASPs. Service revenue missed our/consensus estimates slightly. Guidance was light on revenue, in line on gross margin and contained higher opex. We believe that the new iPhones are boosting ASPs nicely, but unit growth is still lacking. We are skeptical about the sustainability of ASP increases as a growth driver. Management will no longer provide unit numbers, and some investors may be disappointed by the lower level of disclosures. We are lowering our estimates and price target, and remain Market Perform.

### Key Points

**Results and guidance.** Revenue and EPS were $62.9B and $2.91, above our $61.4 billion and $2.78. iPhone units of 46.9M were mixed with our/consensus of 46/47 million though ASP of $793 was handily above our/consensus expectations of $751/$779. Services revenue of $10.0 billion missed slightly, and grew 27% ex-items. iPad missed and other (Watch, etc.) and Macs beat. Gross margin was about in line, and EPS of $2.91 beat our/consensus estimates of $2.78/$2.78. December guidance of $89-93 billion missed compared to our $93.7 billion estimate.

**iPhones.** Units were basically flat year/year. For FY 2018, iPhone units are 6% below the peak achieved in FY 2015. New higher-priced iPhones are helping ASPs, but are not showing the ability to drive an upgrade cycle. We see iPhone replacement rates lengthening. We will no longer be getting units and ASPs from the company, which limits visibility.

**Services.** Services missed our estimate slightly, but still grew 27% year/year ex-items. We wonder if the lack of iPhone unit growth (and ultimately installed base growth) will lead to a deceleration of growth for the Services businesses.

**Margins.** Gross margins are not getting better despite much better memory costs, as foreign exchange is weighing on results. Operating expenses continue to grow at a double-digit pace. The past five years have seen opex grow at a CAGR of 14%, compared to 10% for revenue.

**Raising estimates, target.** We are lowering our FY2019 EPS estimates from $14.00 to $13.63, and are establishing a FY2020 EPS estimate of $15.30. We are keeping our 15x multiple on CY19 EPS, which yields a price target of $213, down from $219.

### Key Changes

| | Target | Estimates | Q1 / 19E | 2019E | 2020E |
|---|---|---|---|---|---|
| | $213.00↓ | EPS | $4.69 | $13.63 | |
| | $219.00 | *Previous* | *$4.89* | *$14.00* | |
| | | CFPS | $7.81 | $16.64 | |
| | | *Previous* | *$7.80* | *$15.05* | |
| | | Revenue | $91,812 | $283,056 | $296,523 |
| | | *Previous* | *$93,721* | *$283,594* | *$263,077* |

Please refer to pages 9 to 12 for Important Disclosures, including Analyst's Certification.

### 2YR Price Volume Chart
LHS: Price ($) / RHS: Volume (mm) — Source: FactSet

| Company Data | | | in $ |
|---|---|---|---|
| Dividend | $2.92 | Shares O/S (mm) | 4,829.9 |
| Yield | 1.3% | Market Cap (mm) | $1,073,306 |
| AD Vol. (mm) | 43.75 | Net Debt (mm) | $(145,386) |

| BMO Estimates | | | in $ |
|---|---|---|---|
| (FY- Sep .) | 2018A | 2019E | 2020E |
| EPS | $11.91 | $13.63↓ | $15.30 |
| CFPS | $14.56 | $16.64↑ | $0.00 |
| Revenue | $265,595 | $283,056↓ | $296,523↑ |
| EBITDA | $81,801 | $84,952↓ | $86,576 |

| Consensus Estimates | | | |
|---|---|---|---|
| | 2018A | 2019E | 2020E |
| EPS | | $13.66 | $15.14 |

| Valuation | | | |
|---|---|---|---|
| | 2018A | 2019E | 2020E |
| P/E | 18.7x | 16.3x | 14.5x |
| EV/EBITDA | 8.7x | 8.4x | 8.2x |
| EV/FCF | 10.6x | 10.2x | 12.4x |

| QTR. EPS | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2018A | $3.89 | $2.73 | $2.34 | $2.91 |
| 2019E | $4.69 | $3.15 | $2.56 | $3.18 |
| 2020E | $5.42 | $3.56 | $2.79 | $3.44 |

### Our Thesis

Although we believe upgrades off a growing installed base will help drive further unit growth, we believe the stock will be in the trading range for at least the remainder of the current product cycle. We continue to model double-digit Services revenue growth, supported by both new and used devices.

BMO Capital Markets

Apple - Block Summary Model

| Income Statement | 2018A | 2019E | 2020E |
|---|---|---|---|
| Revenue | $265,595 | $283,056 | $296,523 |
| Gross Margin | 38.3% | 38.4% | 38.5% |
| Opex | 30,941 | 34,700 | 32,250 |
| Operating Margin | 26.7% | 26.1% | 26.2% |
| Adjusted Net Income | 59,531 | 62,672 | 56,939 |
| Adjusted EPS | $11.91 | $13.63 | $12.74 |
| iPhone Revenue | 166,699 | 170,843 | 161,922 |
| iPhone Units | 218 | 212 | 223 |
| iPhone ASP | 766 | 806 | 726 |
| iPad Revenue | 18,805 | 19,389 | 18,309 |
| Mac Revenue | 25,484 | 26,368 | 25,218 |
| **Cash Flow Statement** | **2018A** | **2019E** | **2020E** |
| Cash Provided From Operations | 81,444 | 84,326 | 71,049 |
| Capex | (14,500) | (14,500) | (13,500) |
| Cash Provided From Financing | (104,410) | (103,154) | (117,677) |
| Cash Used for Investing | 65,500 | 65,500 | 46,500 |
| Change in Cash | 42,534 | 46,672 | (128) |
| Ending Cash Balance | 68,500 | 115,173 | 18,824 |
| FCF | 66,944 | 69,826 | 57,549 |
| **Balance Sheet** | **2018A** | **2019E** | **2020E** |
| Total Current Assets | 131,339 | 173,579 | 220,259 |
| Total Assets | 365,725 | 333,913 | 306,541 |
| Total Current Liabilities | 116,866 | 119,008 | 122,797 |
| Total Liabilities | 258,578 | 264,320 | 271,709 |
| Total Shareholders' Equity | 107,147 | 69,593 | 34,833 |
| Total Liabilities and Share Equity | 365,725 | 333,913 | 306,541 |
| Gross Cash | 237,100 | 199,634 | 166,307 |
| Total Debt | 114,483 | 114,483 | 114,483 |
| Net Cash | 122,617 | 85,151 | 51,824 |

Source: BMO Capital Markets, Company Reports

**New Scenarios**

### Valuation

Our target price of $213 assumes the stock trades to 15x our CY2019 EPS estimate.

### Upside Scenario                                 $238.00

Our upside case for AAPL is a target of $238 based on CY19 EPS of $14.88 with a target multiple of 16x P/E. Our upside case includes an additional 100 bps of revenue growth and an additional 100 bps of margin expansion in CY19 versus our base case assumptions.

### Downside Scenario                               $190.00

By comparison, our downside case for AAPL is a target of $190 based on CY19 EPS of $13.58 with a target multiple of 14x P/E. This case assumes a 100-bp reduction of revenue growth and 100 bps less operating margin in CY19 versus our base-case assumptions.



in USD

| Downside Scenario | Target Price | Current Price | Upside Scenario |
|---|---|---|---|
| -14% | -4% |  | +7% |
| 190.00 | 213.00 | 222.22 | 238.00 |

### Key Catalysts

With the iPhone X story playing out, we are starting to see early results of how consumers have reacted to the new higher-priced flagship models. Beyond that, we expect speculation to expand about the fall 2018 refresh. We are waiting to see if the next iPhone cycle will do a better job of prompting an upgrade cycle.

### Company Description

Apple designs and markets personal computing and communications devices and services. The company's products include iPhone handsets, iMac, and MacBook computers, and iPad tablets. The company runs 450-plus retail stores worldwide and offers the iTunes store for digital content, the Apple Music streaming service, and the Apple Pay solution for contactless payments.


AAPL-NSDQ Research


Glossary


Company Models

Apple reported September quarter results that were ahead of our and consensus expectations, with better revenue on iPhone ASP, in-line gross margins, and an EPS beat. iPhone units came in largely as we expected (in between our and consensus estimates), while ASPs topped even our estimates, which were well above the Street. Services, which garnered much excitement from the Street the past few quarters, came in slightly shy of expectations.

The company provided guidance for the December quarter that was below our and Street expectations across the board. More importantly, management discussed a variety of changes to financials that would be starting with December quarter, the biggest of which is that the company will no longer be providing unit expectations for the iPhone, iPad, and Mac. The lack of transparency is disappointing, and will likely limit investor's visibility into the company. Our view remains that units may not grow at all going forward, and while ASPs are still increasing, at some point they will plateau.

## Results, Guidance, and Updated Estimates

September quarter revenue was ahead of our and Street's expectations and exceeded the high end of the company's guidance range of $60-62 billion, driven by iPhone ASPs (units were basically in line) and Mac revenue, as iPad and Services revenue fell short. While gross margin of 38.3% was in the middle of the guidance range, EPS of $2.91 was ahead of our and the Street's $2.78 on higher revenue and better operating margin (30bps better than consensus).

iPhone units of 46.9 million were in line with consensus estimates of 47.0 million, but just ahead of our recently lowered 46.0 million, while ASP of $793 was well above the Street's $751, and even better than our above consensus $779. Management called out strength for iPhone X, iPhone 8, and iPhone 8 Plus, as well as the new lineup (XS/XS Max), and does not believe there were any stalled buying patterns waiting for the release of the XR (available last week). iPhone ASP grew 10% q/q compared to growth of 2-4% in the past three years.

iPhone revenue was up more than 20% y/y in several geographic segments, such as Australia, Chile, Japan, New Zealand, Norway, Sweden, and Vietnam. After growing 30%+ the past two quarters, Services revenue came in a bit shy of our and Street estimates; up 17% y/y and up 27% excluding a one-time item in the year-ago period. iPad revenue was probably the most disappointing to expectations, while Macs were slightly ahead.

December quarter revenue guidance range was below our expectations, despite a wide range ($4 billion range), and contained Street expectations toward the high end. Apple expects revenue of $89-93 billion, with the Street's prior estimate at $92.9 billion and vs. our $93.7 billion. We are lowering our iPhone unit estimates to 75.0 million for December (from 77.0 million prior; Street was at 78.0 million), with ASP up to $824 (vs. $834 prior).

Gross margin guidance of 38.0% to 38.5% (flat with prior September quarter guidance) was below our 38.7%, and contained consensus (38.5%) at the high end. Opex guidance of $8.7-8.8 billion is higher than we were modeling ($8.4 billion), and spending continues to grow by double-digit percentages.

Confidential                                                                                                                                 APL-SECLIT_00001792

**Exhibit 2: Quarterly Variances**

| ($m, except per share) | F4Q18 | | | | F1Q19E | | | |
|---|---|---|---|---|---|---|---|---|
| | Actual | BMO | Prior Consensus | Guidance | Current Guidance | BMO | Prior BMO | Prior Consensus |
| iPhone Revenue | $37,185 | $35,816 | $35,563 | | | $61,832 | $64,229 | $62,591 |
| *Y/Y Growth* | *28.9%* | *24.2%* | *23.3%* | | | *0.4%* | *4.3%* | *1.6%* |
| iPhone Units | 46.9 M | 46.0 M | 47.0 M | | | 75.0 M | 77.0 M | 78.0 M |
| *Y/Y Growth* | *0.5%* | *-1.5%* | *0.7%* | | | *-3.0%* | *-0.4%* | *0.9%* |
| iPhone ASP | $793 | $779 | $751 | | | $824 | $834 | $809 |
| *Y/Y Growth* | *28.3%* | *26.0%* | *21.5%* | | | *3.5%* | *4.7%* | *1.6%* |
| iPad Revenue | $4,089 | $4,601 | $4,623 | | | $5,475 | $5,615 | $5,747 |
| *Y/Y Growth* | *-15.4%* | *-4.8%* | *-4.3%* | | | *-6.6%* | *-4.2%* | *-2.0%* |
| Mac Revenue | $7,411 | $7,105 | $6,915 | | | $7,442 | $7,251 | $6,972 |
| *Y/Y Growth* | *3.4%* | *-0.9%* | *-3.6%* | | | *7.9%* | *5.2%* | *1.1%* |
| Services Revenue | $9,981 | $10,031 | $10,201 | | | $10,419 | $10,504 | $10,547 |
| *Y/Y Growth* | *17.4%* | *18.0%* | *20.0%* | | | *23.0%* | *24.0%* | *24.5%* |
| **Total Revenue** | **$62,900** | **$61,411** | **$61,458** | **$60-62B** | **$89-93B** | **$91,812** | **$93,721** | **$92,938** |
| *Y/Y Growth* | *19.6%* | *16.8%* | *16.9%* | | *4.0%* | *6.1%* | *5.3%* | |
| Gross Margin | 38.3% | 38.2% | 38.2% | 38.0-38.5% | 38.0-38.5% | 38.3% | 38.7% | 38.5% |
| Op Margin | 25.6% | 25.1% | 25.3% | 25.1%* | 28.6%* | 28.7% | 29.7% | 29.5% |
| **EPS** | **$2.91** | **$2.78** | **$2.78** | | | **$4.69** | **$4.89** | **$4.92** |

Source: FactSet, company reports, BMO Capital Markets estimates.

**Exhibit 3: Full-Year Variances**

| ($m, except per share) | FY2018E | | | FY2019E | | | FY2020E | | |
|---|---|---|---|---|---|---|---|---|---|
| | Current BMO | Prior BMO | Prior Consensus | Current BMO | Prior BMO | Prior Consensus | Current BMO | Prior BMO | Prior Consensus |
| iPhone Revenue | $166,699 | $165,330 | $165,019 | $170,843 | $175,389 | $169,797 | $171,992 | | $169,472 |
| *Y/Y Growth* | *18.0%* | *17.0%* | *16.8%* | *2.5%* | *6.1%* | *2.9%* | *0.7%* | | *-0.2%* |
| iPhone Units | 217.7 M | 216.8 M | 218.0 M | 212.0 M | 217.0 M | 219.0 M | 209.0 M | | 222.0 M |
| *Y/Y Growth* | *0.4%* | *0.0%* | *0.6%* | *-2.6%* | *0.1%* | *0.5%* | *-1.4%* | | *1.4%* |
| iPhone ASP | $766 | $762 | $756 | $806 | $808 | $771 | $823 | | $757 |
| *Y/Y Growth* | *17.4%* | *16.9%* | *16.0%* | *5.3%* | *6.0%* | *2.0%* | *2.1%* | | *-1.8%* |
| iPad Revenue | $18,805 | $19,317 | $19,380 | $19,389 | $18,212 | $18,911 | $19,365 | | $18,673 |
| *Y/Y Growth* | *-2.2%* | *0.5%* | *0.8%* | *3.1%* | *-5.7%* | *-2.4%* | *-0.1%* | | *-1.3%* |
| Mac Revenue | $25,484 | $25,178 | $24,969 | $26,368 | $25,500 | $24,836 | $26,593 | | $24,375 |
| *Y/Y Growth* | *-1.4%* | *-2.6%* | *-3.4%* | *3.5%* | *1.3%* | *-0.5%* | *0.9%* | | *-1.9%* |
| Services Revenue | $37,190 | $37,240 | $37,358 | $45,169 | $45,507 | $45,055 | $53,300 | | $54,015 |
| *Y/Y Growth* | *24.0%* | *24.2%* | *24.6%* | *21.5%* | *22.2%* | *20.6%* | *18.0%* | | *19.9%* |
| **Total Revenue** | **$265,595** | **$264,106** | **$264,511** | **$283,056** | **$283,594** | **$281,008** | **$296,523** | | **$291,759** |
| *Y/Y Growth* | *15.9%* | *15.2%* | *15.4%* | *6.6%* | *7.4%* | *3.9%* | *4.8%* | | *3.8%* |
| Gross Margin | 38.3% | 38.3% | 38.3% | 38.4% | 38.8% | 38.2% | 38.3% | | 38.4% |
| Op Margin | 26.7% | 26.6% | 26.6% | 26.1% | 27.0% | 26.4% | 25.6% | | 26.5% |
| **EPS** | **$11.91** | **$11.78** | **$11.75** | **$13.63** | **$14.00** | **$13.66** | **$15.30** | | **$15.14** |

Source: FactSet, company reports, BMO Capital Markets estimates.

**Exhibit 4: AAPL Income Statement**

Fiscal Year Ends Sep 30
(USD & Shares in Millions)

| | Dec-17A | FY2018 Mar-18A | Jun-18A | Sep-18A | Dec-18E | FY2019E Mar-19E | Jun-19E | Sep-19E | Dec-19E | FY2020E Mar-20E | Jun-20E | Sep-20E | 2016A | 2017A | 2018A | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | 88,293 | 61,137 | 53,265 | 62,900 | 91,812 | 67,152 | 58,285 | 65,807 | 97,485 | 70,730 | 60,182 | 68,127 | 215,639 | 229,234 | 265,595 | 283,056 | 296,523 |
| % Change Y/Y | 12.7% | 15.6% | 17.3% | 19.6% | 4.0% | 9.8% | 9.4% | 4.6% | 6.2% | 5.3% | 3.3% | 3.5% | -7.7% | 6.3% | 15.9% | 6.6% | 4.8% |
| % Change Q/Q | 67.9% | -30.8% | -12.9% | 18.1% | 46.0% | -26.9% | -13.2% | 12.9% | 48.1% | -27.4% | -14.9% | 13.2% | | | | | |
| **Cost of Sales** | 54,381 | 37,715 | 32,844 | 38,816 | 56,693 | 41,361 | 36,010 | 40,310 | 60,077 | 43,638 | 37,209 | 42,151 | 131,376 | 141,048 | 163,756 | 174,375 | 183,075 |
| % of Revenue | 61.6% | 61.7% | 61.7% | 61.7% | 61.7% | 61.6% | 61.8% | 61.3% | 61.6% | 61.7% | 61.8% | 61.9% | 60.9% | 61.5% | 61.7% | 61.6% | 61.7% |
| **Gross Profit** | 33,912 | 23,422 | 20,421 | 24,084 | 35,119 | 25,791 | 22,274 | 25,497 | 37,408 | 27,092 | 22,972 | 25,976 | 84,263 | 88,186 | 101,839 | 108,681 | 113,448 |
| Gross Margin | 38.4% | 38.3% | 38.3% | 38.3% | 38.3% | 38.4% | 38.2% | 38.7% | 38.4% | 38.3% | 38.2% | 38.1% | 39.1% | 38.5% | 38.3% | 38.4% | 38.3% |
| **R&D** | 3,407 | 3,378 | 3,701 | 3,750 | 4,150 | 4,050 | 4,100 | 4,200 | 4,500 | 4,400 | 4,400 | 4,500 | 10,045 | 11,581 | 14,236 | 16,500 | 17,800 |
| % of Revenue | 3.9% | 5.5% | 6.9% | 6.0% | 4.5% | 6.0% | 7.0% | 6.4% | 4.6% | 6.2% | 7.3% | 6.6% | 4.7% | 5.1% | 5.4% | 5.8% | 6.0% |
| **SG&A** | 4,231 | 4,150 | 4,108 | 4,216 | 4,600 | 4,500 | 4,500 | 4,600 | 4,900 | 4,800 | 4,900 | 5,000 | 14,194 | 15,261 | 16,705 | 18,200 | 19,600 |
| % of Revenue | 4.8% | 6.8% | 7.7% | 6.7% | 5.0% | 6.7% | 7.7% | 7.0% | 5.0% | 6.8% | 8.1% | 7.3% | 6.6% | 6.7% | 6.3% | 6.4% | 6.6% |
| **Total Operating Expenses** | 7,638 | 7,528 | 7,809 | 7,966 | 8,750 | 8,550 | 8,600 | 8,800 | 9,400 | 9,200 | 9,300 | 9,500 | 24,239 | 26,842 | 30,941 | 34,700 | 37,400 |
| % of Revenue | 8.7% | 12.3% | 14.7% | 12.7% | 9.5% | 12.7% | 14.8% | 13.4% | 9.6% | 13.0% | 15.5% | 13.9% | 11.2% | 11.7% | 11.6% | 12.3% | 12.6% |
| % Change Seq. | 12.1% | -1.4% | 3.7% | 2.0% | 9.8% | -2.3% | 0.6% | 2.3% | 6.8% | -2.1% | 1.1% | 2.2% | 8.2% | 10.7% | 15.3% | 12.1% | 7.8% |
| **Operating Income** | 26,274 | 15,894 | 12,612 | 16,118 | 26,369 | 17,241 | 13,674 | 16,697 | 28,008 | 17,892 | 13,672 | 16,476 | 60,024 | 61,344 | 70,898 | 73,981 | 76,048 |
| Operating Margin | 29.8% | 26.0% | 23.7% | 25.6% | 28.7% | 25.7% | 23.5% | 25.4% | 28.7% | 25.3% | 22.7% | 24.2% | 27.8% | 26.8% | 26.7% | 26.1% | 25.6% |
| Interest & Other Income (Expense) | 756 | 274 | 672 | 303 | 300 | 275 | 250 | 250 | 225 | 225 | 200 | 200 | 1,348 | 2,745 | 2,005 | 1,075 | 850 |
| **Pretax Income** | 27,030 | 16,168 | 13,284 | 16,421 | 26,669 | 17,516 | 13,924 | 16,947 | 28,233 | 18,117 | 13,872 | 16,676 | 61,372 | 64,089 | 72,903 | 75,056 | 76,898 |
| Income Tax Expense (Benefit) | 6,965 | 2,346 | 1,765 | 2,296 | 4,400 | 2,890 | 2,297 | 2,796 | 4,658 | 2,989 | 2,289 | 2,752 | 15,685 | 15,738 | 13,372 | 12,384 | 12,688 |
| Tax Rate | 25.8% | 14.5% | 13.3% | 14.0% | 16.5% | 16.5% | 16.5% | 16.5% | 16.5% | 16.5% | 16.5% | 16.5% | 25.6% | 24.6% | 18.3% | 16.5% | 16.5% |
| **Net Income** | 20,065 | 13,822 | 11,519 | 14,125 | 22,269 | 14,626 | 11,627 | 14,151 | 23,574 | 15,128 | 11,583 | 13,925 | 45,687 | 48,351 | 59,531 | 62,672 | 64,210 |
| **EPS (Diluted)** | $ 3.89 | $ 2.73 | $ 2.34 | $ 2.91 | $ 4.69 | $ 3.15 | $ 2.56 | $ 3.18 | $ 5.42 | $ 3.56 | $ 2.79 | $ 3.44 | $ 8.31 | $ 9.21 | $ 11.91 | $ 13.63 | $ 15.30 |
| Weighted Average Shares (Diluted) | 5,157.8 | 5,068.5 | 4,926.6 | 4,847.5 | 4,747.5 | 4,647.5 | 4,547.5 | 4,447.5 | 4,347.5 | 4,247.5 | 4,147.5 | 4,047.5 | 5,500.3 | 5,251.7 | 5,000.1 | 4,597.5 | 4,197.5 |
| Change in Share Count | (25.8) | (89.3) | (141.9) | (79.1) | (100.0) | (100.0) | (100.0) | (100.0) | (100.0) | (100.0) | (100.0) | (100.0) | (292.8) | (248.6) | (251.6) | (402.6) | (400.0) |

Source: Company reports and BMO Capital Markets estimates.

Confidential

APL-SECLIT_00001794

## Exhibit 5: AAPL Product Data

*Fiscal Year Ends Sep 30*
*(USD & Units in Millions, except ASP)*

| | Dec-17A | FY2018 Mar-18A | Jun-18A | Sep-18A | Dec-18E | FY2019E Mar-19E | Jun-19E | Sep-19E | Dec-19E | FY2020E Mar-20E | Jun-20E | Sep-20E | 2016A | 2017A | 2018A | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | **88,293** | **61,137** | **53,265** | **62,900** | **91,812** | **67,152** | **58,285** | **65,807** | **97,485** | **70,730** | **60,182** | **68,127** | **215,639** | **229,234** | **265,595** | **283,056** | **296,523** |
| iPhone | 61,576 | 38,032 | 29,906 | 37,185 | 61,832 | 40,348 | 31,477 | 37,185 | 64,071 | 41,066 | 30,700 | 36,155 | 136,700 | 141,319 | 166,699 | 170,843 | 171,992 |
| iPad | 5,862 | 4,113 | 4,741 | 4,089 | 5,475 | 4,696 | 4,987 | 4,231 | 5,748 | 4,688 | 4,741 | 4,188 | 20,628 | 19,222 | 18,805 | 19,389 | 19,365 |
| Watch | 3,295 | 2,011 | 1,802 | 2,398 | 3,966 | 2,685 | 2,572 | 2,639 | 4,856 | 3,134 | 2,984 | 3,462 | 4,600 | 6,305 | 9,507 | 11,862 | 14,436 |
| Mac | 6,895 | 5,848 | 5,330 | 7,411 | 7,442 | 5,972 | 5,408 | 7,546 | 7,437 | 6,039 | 5,495 | 7,622 | 22,831 | 25,850 | 25,484 | 26,368 | 26,593 |
| iPod | | | | | | | | | | | | | | | | | 0 |
| Services | 8,471 | 9,190 | 9,548 | 9,981 | 10,419 | 11,120 | 11,553 | 12,077 | 12,295 | 13,121 | 13,633 | 14,251 | 24,348 | 29,980 | 37,190 | 45,169 | 53,300 |
| Other Products | 2,194 | 1,943 | 1,938 | 1,836 | 2,677 | 2,331 | 2,287 | 2,129 | 3,078 | 2,681 | 2,630 | 2,449 | 6,532 | 6,558 | 7,910 | 9,424 | 10,838 |
| | | | | | | | | | | | | | -11% | -7% | -2% | 3% | |
| **Units** | | | | | | | | | | | | | | | | | |
| iPhone | 77.3 | 52.2 | 41.3 | 46.9 | 75.0 | 51.0 | 40.0 | 46.0 | 75.0 | 50.0 | 39.0 | 45.0 | 211.9 | 216.8 | 217.7 | 212.0 | 209.0 |
| iPad | 13.2 | 9.1 | 11.6 | 9.7 | 13.0 | 10.0 | 11.0 | 9.5 | 13.5 | 10.0 | 10.5 | 9.5 | 45.6 | 43.8 | 43.5 | 43.5 | 43.5 |
| Watch | 7.5 | 4.5 | 4.0 | 5.5 | 9.0 | 6.0 | 6.0 | 6.0 | 11.0 | 7.0 | 7.0 | 8.0 | 11.5 | 15.3 | 21.5 | 27.0 | 33.0 |
| Mac | 5.1 | 4.1 | 3.7 | 5.3 | 5.2 | 4.2 | 3.8 | 5.4 | 5.1 | 4.2 | 3.8 | 5.4 | 18.5 | 19.3 | 18.2 | 18.5 | 18.4 |
| iPod | | | | | | | | | | | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **ASP** | | | | | | | | | | | | | | | | | |
| iPhone | 803 | 728 | 718 | 790 | 830 | 790 | 780 | 805 | 860 | 820 | 780 | 800 | 645 | 652 | 766 | 806 | 823 |
| iPad | 454 | 456 | 418 | 425 | 430 | 475 | 460 | 450 | 435 | 475 | 460 | 450 | 451 | 444 | 439 | 452 | 454 |
| Watch | 450 | 450 | 450 | 440 | 450 | 450 | 430 | 440 | 450 | 450 | 430 | 440 | 410 | 417 | 447 | 443 | 443 |
| Mac | 1,351 | 1,427 | 1,421 | 1,402 | 1,444 | 1,430 | 1,416 | 1,402 | 1,458 | 1,443 | 1,429 | 1,414 | 1,241 | 1,345 | 1,397 | 1,423 | 1,436 |
| **Gross Profit** | **33,912** | **23,422** | **20,421** | **24,102** | **35,119** | **25,791** | **22,274** | **25,497** | **37,408** | **27,092** | **22,972** | **25,976** | **84,263** | **88,186** | **101,857** | **108,681** | **113,448** |
| iPhone | 25,246 | 15,593 | 12,411 | 15,246 | 25,042 | 16,543 | 12,906 | 15,432 | 25,949 | 16,632 | 12,403 | 14,462 | 59,687 | 59,143 | 68,496 | 69,922 | 69,445 |
| iPad | 1,172 | 823 | 948 | 818 | 1,068 | 916 | 972 | 825 | 1,121 | 914 | 924 | 817 | 4,245 | 3,773 | 3,761 | 3,781 | 3,776 |
| Watch | 1,252 | 764 | 703 | 935 | 1,547 | 1,047 | 1,003 | 1,029 | 1,894 | 1,222 | 1,164 | 1,350 | 1,581 | 2,340 | 3,655 | 4,626 | 5,630 |
| Mac | 1,793 | 1,491 | 1,359 | 1,890 | 1,898 | 1,523 | 1,379 | 1,924 | 1,896 | 1,540 | 1,401 | 1,944 | 6,136 | 6,786 | 6,533 | 6,724 | 6,781 |
| Services | 3,944 | 4,304 | 4,554 | 4,791 | 4,949 | 5,226 | 5,488 | 5,797 | 5,840 | 6,167 | 6,476 | 6,840 | 11,112 | 14,636 | 17,593 | 21,460 | 25,323 |
| Other Products | 505 | 447 | 446 | 422 | 616 | 536 | 526 | 490 | 708 | 617 | 605 | 563 | 1,502 | 1,508 | 1,819 | 2,168 | 2,493 |
| **Gross Margin** | **38.4%** | **38.3%** | **38.3%** | **38.3%** | **38.3%** | **38.4%** | **38.2%** | **38.7%** | **38.4%** | **38.3%** | **38.2%** | **38.1%** | **39.1%** | **38.5%** | **38.4%** | **38.4%** | **38.3%** |
| iPhone | 41.0% | 41.0% | 41.5% | 41.0% | 40.5% | 41.0% | 41.0% | 41.5% | 40.5% | 40.5% | 40.4% | 40.0% | 43.7% | 41.9% | 41.1% | 40.9% | 40.4% |
| iPad | 20.0% | 20.0% | 20.0% | 20.0% | 19.5% | 19.5% | 19.5% | 19.5% | 19.5% | 19.5% | 19.5% | 19.5% | 20.6% | 19.6% | 20.0% | 19.5% | 19.5% |
| Watch | 38.0% | 38.0% | 39.0% | 39.0% | 39.0% | 39.0% | 39.0% | 39.0% | 39.0% | 39.0% | 39.0% | 39.0% | 34.4% | 37.1% | 38.4% | 39.0% | 39.0% |
| Mac | 26.0% | 25.5% | 25.5% | 25.5% | 25.5% | 25.5% | 25.5% | 25.5% | 25.5% | 25.5% | 25.5% | 25.5% | 26.9% | 26.3% | 25.6% | 25.5% | 25.5% |
| iPod | | | | | | | | | | | | | | | | | |
| Services | 46.6% | 46.8% | 47.7% | 48.0% | 47.5% | 47.0% | 47.5% | 48.0% | 47.5% | 47.0% | 47.5% | 48.0% | 45.6% | 48.8% | 47.3% | 47.5% | 47.5% |
| Software, service and other | | | | | | | | | | | | | | | | | |
| Other Products | 23.0% | 23.0% | 23.0% | 23.0% | 23.0% | 23.0% | 23.0% | 23.0% | 23.0% | 23.0% | 23.0% | 23.0% | 23.0% | 23.0% | 23.0% | 23.0% | 23.0% |

Source: Company reports and BMO Capital Markets estimates.

Confidential

APL-SECLIT_00001795

Case 4:19-cv-02033-YGR   Document 297-27   Filed 09/09/22   Page 8 of 13

BMO Capital Markets

**Exhibit 6: AAPL Balance Sheet**

| Fiscal Year Ends Sep 30 (USD & Shares in Millions) | Dec-16A | FY2017 Mar-17A | Jun-17A | Sep-17A | Dec-17A | FY2018 Mar-18A | Jun-18A | Sep-18A | Dec-18E | FY2019E Mar-19E | Jun-19E | Sep-19E | Dec-19E | FY2020E Mar-20E | Jun-20E | Sep-20E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | | | | | | | |
| Cash and equivalents | 16,371 | 15,157 | 18,571 | 20,289 | 27,491 | 45,059 | 31,971 | 25,913 | 56,897 | 53,232 | 60,042 | 68,447 | 102,088 | 98,195 | 104,733 | 115,120 |
| Short-term marketable securities | 44,081 | 51,944 | 58,188 | 53,892 | 49,662 | 42,881 | 38,999 | 40,388 | 40,388 | 40,388 | 40,388 | 40,388 | 40,388 | 40,388 | 40,388 | 40,388 |
| Accounts receivable | 14,057 | 11,579 | 12,399 | 17,874 | 23,440 | 14,324 | 14,104 | 23,186 | 15,302 | 17,161 | 16,190 | 20,473 | 16,247 | 18,075 | 16,717 | 21,195 |
| Inventories | 2,712 | 2,910 | 3,146 | 4,855 | 4,421 | 7,662 | 5,936 | 3,956 | 5,669 | 5,745 | 6,002 | 6,270 | 6,008 | 6,061 | 6,202 | 6,557 |
| Other current assets | 26,111 | 20,400 | 20,571 | 31,735 | 38,796 | 20,127 | 24,751 | 37,896 | 30,000 | 28,000 | 30,000 | 38,000 | 30,000 | 28,000 | 30,000 | 37,000 |
| **Total current assets** | **103,332** | **101,990** | **112,875** | **128,645** | **143,810** | **130,053** | **115,761** | **131,339** | **148,256** | **144,525** | **152,622** | **173,579** | **194,731** | **190,719** | **198,039** | **220,259** |
| Long-term investments | 185,638 | 189,740 | 184,757 | 194,714 | 207,944 | 179,286 | 172,773 | 170,799 | 150,799 | 130,799 | 110,799 | 90,799 | 70,799 | 50,799 | 30,799 | 10,799 |
| Property and equipment | 26,510 | 27,163 | 29,286 | 33,783 | 33,679 | 35,077 | 38,117 | 41,304 | 42,791 | 44,278 | 45,765 | 47,252 | 48,739 | 50,226 | 51,713 | 53,200 |
| Goodwill | 5,423 | 5,473 | 5,661 | 5,717 | 5,889 | | | | | | | | | | | |
| Intangible assets | 2,848 | 2,617 | 2,444 | 2,298 | 2,149 | | | | | | | | | | | |
| Other assets | 7,390 | 7,549 | 10,150 | 10,162 | 13,323 | 23,086 | 22,546 | 22,283 | 22,283 | 22,283 | 22,283 | 22,283 | 22,283 | 22,283 | 22,283 | 22,283 |
| **Total assets** | **331,141** | **334,532** | **345,173** | **375,319** | **406,794** | **367,502** | **349,197** | **365,725** | **364,129** | **341,885** | **331,469** | **333,913** | **336,552** | **314,027** | **302,834** | **306,541** |
| **Liabilities** | | | | | | | | | | | | | | | | |
| Accounts payable | 38,510 | 28,573 | 31,915 | 49,049 | 62,985 | 34,311 | 38,489 | 55,888 | 56,693 | 43,659 | 46,013 | 58,226 | 60,077 | 46,062 | 47,545 | 60,885 |
| Accrued expenses | 23,739 | 23,096 | 23,304 | 25,744 | 26,281 | 26,756 | 25,184 | 32,687 | 32,787 | 32,887 | 32,987 | 33,087 | 33,187 | 33,287 | 33,387 | 33,487 |
| Deferred revenue | 7,889 | 7,682 | 7,608 | 7,548 | 8,044 | 7,775 | 7,403 | 7,543 | 6,943 | 6,804 | 6,829 | 6,948 | 7,939 | 7,705 | 7,532 | 7,677 |
| Commerical paper | 10,493 | 9,992 | 11,980 | 11,977 | 11,980 | 11,980 | 11,974 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 |
| Current debt | 3,499 | 3,999 | 6,495 | 6,496 | 6,498 | 8,498 | 5,498 | 8,784 | 8,784 | 8,784 | 8,784 | 8,784 | 8,784 | 8,784 | 8,784 | 8,784 |
| **Total current liabilities** | **84,130** | **73,342** | **81,302** | **100,814** | **115,788** | **89,320** | **88,548** | **116,866** | **117,171** | **104,098** | **106,577** | **119,008** | **121,951** | **107,802** | **109,212** | **122,797** |
| Long-term debt | 73,557 | 84,531 | 89,864 | 97,207 | 103,922 | 101,362 | 97,128 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 |
| Deferred revenue | 3,163 | 3,107 | 2,984 | 2,836 | 3,131 | 3,087 | 2,878 | 2,797 | 2,697 | 2,597 | 2,497 | 2,397 | 2,297 | 2,197 | 2,097 | 1,997 |
| Non-current liabilities | 37,901 | 39,470 | 38,598 | 40,415 | 43,754 | 46,855 | 45,694 | 45,180 | 46,180 | 47,180 | 48,180 | 49,180 | 50,180 | 51,180 | 52,180 | 53,180 |
| **Total liabilities** | **198,751** | **200,450** | **212,748** | **241,272** | **266,595** | **240,624** | **234,248** | **258,578** | **259,783** | **247,610** | **250,989** | **264,320** | **268,163** | **254,914** | **257,224** | **271,709** |
| **Stockholders' Equity** | **132,390** | **134,082** | **132,425** | **134,047** | **140,199** | **126,878** | **114,949** | **107,147** | **104,346** | **94,275** | **80,480** | **69,593** | **68,390** | **59,113** | **45,610** | **34,833** |
| **Total Liabilities and Stockholders' E** | **331,141** | **334,532** | **345,173** | **375,319** | **406,794** | **367,502** | **349,197** | **365,725** | **364,129** | **341,885** | **331,469** | **333,913** | **336,552** | **314,027** | **302,834** | **306,541** |

Source: Company reports and BMO Capital Markets estimates.

Apple | Page 7

November 2, 2018

Confidential

APL-SECLIT_00001796

**Exhibit 7: AAPL Cash Flow Statement**

| Fiscal Year Ends Sep 30 (USD & Shares in Millions) | Dec-17A | FY2018 Mar-18A | Jun-18A | Sep-18A | Dec-18E | FY2019E Mar-19E | Jun-19E | Sep-19E | Dec-19E | FY2020E Mar-20E | Jun-20E | Sep-20E | 2016A | 2017A | 2018A | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Activities** | | | | | | | | | | | | | | | | | |
| Net Income | 20,065 | 13,822 | 11,519 | 14,125 | 22,269 | 14,626 | 11,627 | 14,151 | 23,574 | 15,128 | 11,583 | 13,925 | 45,687 | 48,351 | 59,531 | 62,672 | 64,210 |
| Depreciation and amortization | 2,745 | 2,739 | 2,665 | 2,754 | 2,739 | 2,739 | 2,739 | 2,739 | 2,739 | 2,739 | 2,739 | 2,739 | 10,505 | 10,157 | 10,903 | 10,956 | 10,956 |
| Share-based compensation expense | 1,296 | 1,348 | 1,351 | 1,345 | 1,345 | 1,345 | 1,345 | 1,345 | 1,345 | 1,345 | 1,345 | 1,345 | 4,210 | 4,840 | 5,340 | 5,380 | 5,380 |
| Deferred income tax expense | (33,737) | (498) | 1,126 | 519 | | | | | | | | | 4,938 | 5,966 | (32,590) | 0 | 0 |
| Other, net | (11) | (140) | (259) | (34) | | | | | | | | | 0 | (166) | (444) | 0 | 0 |
| **Total adjustments** | **(29,707)** | **3,449** | **4,883** | **4,584** | **4,084** | **4,084** | **4,084** | **4,084** | **4,084** | **4,084** | **4,084** | **4,084** | **19,653** | **20,797** | **(16,791)** | **16,336** | **16,336** |
| Accounts receivable, net | (5,570) | 9,093 | 233 | (9,078) | 7,884 | (1,859) | 971 | (4,283) | 4,226 | (1,828) | 1,358 | (4,478) | 1,095 | (2,093) | (5,322) | 2,713 | (722) |
| Inventories | 434 | (3,241) | 1,693 | 1,942 | (1,713) | (75) | (257) | (269) | 263 | (53) | (141) | (355) | 217 | (2,723) | 828 | (2,314) | (286) |
| Vendor non-trade receivables | (9,660) | 19,375 | (4,179) | (13,546) | 7,896 | 2,000 | (2,000) | (8,000) | 8,000 | 2,000 | (2,000) | (7,000) | (51) | (4,254) | (8,010) | (104) | 1,000 |
| Other current and non-current assets | (197) | (856) | 988 | (358) | | | | | | | | | 1,090 | (5,318) | (423) | 0 | 0 |
| Accounts payable | 14,588 | (27,808) | 2,081 | 20,314 | 805 | (13,034) | 2,354 | 12,212 | 1,851 | (14,015) | 1,483 | 13,339 | 1,791 | 9,618 | 9,175 | 2,338 | 2,659 |
| Deferred revenue | 791 | (313) | (581) | 59 | (600) | (139) | 24 | 119 | 991 | (234) | (173) | 145 | (1,554) | (626) | (44) | (595) | 729 |
| Other current and non-current liabilities | 37,549 | 1,609 | (2,149) | 1,481 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | (2,104) | (154) | 38,490 | 400 | 400 |
| **Total changes in operating assets and liabilities** | **37,935** | **(2,141)** | **(1,914)** | **814** | **14,372** | **(13,007)** | **1,192** | **(120)** | **15,431** | **(14,030)** | **627** | **1,751** | **484** | **(5,550)** | **34,694** | **2,437** | **3,780** |
| **Cash generated by operating activities** | **28,293** | **15,130** | **14,488** | **19,523** | **40,725** | **5,702** | **16,903** | **18,114** | **43,089** | **5,182** | **16,295** | **19,760** | **65,824** | **63,598** | **77,434** | **81,444** | **84,326** |
| **Investing Activities** | | | | | | | | | | | | | | | | | |
| Purchase of marketable securities | (41,272) | (7,177) | (7,684) | (15,223) | | | | | | | | | (142,428) | (159,486) | (71,356) | 0 | 0 |
| Proceeds from marketable securities | 30,849 | 39,977 | 17,078 | 15,815 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 111,794 | 126,339 | 103,719 | 80,000 | 80,000 |
| Purchase of long-term investments | | | | | | | | | | | | | 0 | 0 | 0 | 0 | 0 |
| Purchase of PP&E | (2,810) | (4,195) | (3,267) | (3,041) | (3,625) | (3,625) | (3,625) | (3,625) | (3,625) | (3,625) | (3,625) | (3,625) | (12,734) | (12,451) | (13,313) | (14,500) | (14,500) |
| Proceeds from sales of equity instruments | | | | | | | | | | | | | 0 | 0 | 0 | 0 | 0 |
| Payments for intangible assets | (154) | (151) | (126) | (290) | | | | | | | | | (814) | (344) | (721) | 0 | 0 |
| Other | (203) | 256 | (2,054) | (262) | | | | | | | | | (1,795) | (504) | (2,263) | 0 | 0 |
| **Cash used in investing activities** | **(13,590)** | **28,710** | **3,947** | **(3,001)** | **16,375** | **16,375** | **16,375** | **16,375** | **16,375** | **16,375** | **16,375** | **16,375** | **(45,977)** | **(46,446)** | **16,066** | **65,500** | **65,500** |
| **Financing Activities** | | | | | | | | | | | | | | | | | |
| Proceeds from issuance of common stock | - | 327 | 1 | 341 | - | 300 | - | 300 | - | 300 | - | 300 | 495 | 555 | 669 | 600 | 600 |
| Excess tax benefits from equity awards | (1,038) | (152) | (1,077) | (260) | (150) | (150) | (150) | (150) | (150) | (150) | (150) | (150) | 407 | 627 | (2,527) | (600) | (600) |
| Dividends | (3,339) | (3,190) | (3,653) | (3,530) | (3,466) | (3,393) | (3,818) | (3,734) | (3,174) | (3,101) | (3,482) | (3,398) | (12,150) | (12,769) | (13,712) | (14,410) | (13,154) |
| Repurchase of common stock | (10,095) | (22,756) | (20,783) | (19,104) | (22,500) | (22,500) | (22,500) | (22,500) | (22,500) | (22,500) | (22,500) | (22,500) | (29,722) | (32,900) | (72,738) | (90,000) | (90,000) |
| Proceeds from issuance of debt, net | 6,971 | (502) | 500 | - | | | | | | | | | 22,454 | 25,162 | 6,969 | 0 | 0 |
| Other | | 1 | (6,511) | (27) | | | | | | | | | (1,967) | 1,978 | (6,537) | 0 | 0 |
| **Cash used in financing activities** | **(7,501)** | **(26,272)** | **(31,523)** | **(22,580)** | **(26,116)** | **(25,743)** | **(26,468)** | **(26,084)** | **(25,824)** | **(25,451)** | **(26,132)** | **(25,748)** | **(20,483)** | **(17,347)** | **(87,876)** | **(104,410)** | **(103,154)** |
| Cash increase (decrease) | 7,202 | 17,568 | (13,088) | (6,058) | 30,984 | (3,665) | 6,810 | 8,406 | 33,641 | (3,894) | 6,538 | 10,387 | (636) | (195) | 5,624 | 42,534 | 46,672 |
| Cash - Beginning | 20,289 | 27,491 | 45,059 | 31,971 | 25,913 | 56,897 | 53,232 | 60,042 | 68,447 | 102,088 | 98,195 | 104,733 | 21,173 | 20,537 | 20,342 | 25,966 | 68,500 |
| **Cash - End** | **27,491** | **45,059** | **31,971** | **25,913** | **56,897** | **53,232** | **60,042** | **68,447** | **102,088** | **98,195** | **104,733** | **115,120** | **20,537** | **20,342** | **25,966** | **68,500** | **115,173** |

Source: Company reports and BMO Capital Markets estimates.



**IMPORTANT DISCLOSURES**

**Analyst's Certification**

I, Tim Long, hereby certify that the views expressed in this report accurately reflect my personal views about the subject securities or issuers. I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

Analysts who prepared this report are compensated based upon (among other factors) the overall profitability of BMO Capital Markets and their affiliates, which includes the overall profitability of investment banking services. Compensation for research is based on effectiveness in generating new ideas and in communication of ideas to clients, performance of recommendations, accuracy of earnings estimates, and service to clients.

Analysts employed by BMO Nesbitt Burns Inc. and/or BMO Capital Markets Limited are not registered as research analysts with FINRA. These analysts may not be associated persons of BMO Capital Markets Corp. and therefore may not be subject to the FINRA Rule 2241 and 2242 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

**Company Specific Disclosures**

Disclosure 1: BMO Capital Markets has undertaken an underwriting liability with respect to Apple within the past 12 months.

Disclosure 2: BMO Capital Markets has provided investment banking services with respect to Apple within the past 12 months.

Disclosure 3: BMO Capital Markets has managed or co-managed a public offering of securities with respect to Apple within the past 12 months.

Disclosure 4: BMO Capital Markets or an affiliate has received compensation for investment banking services from Apple within the past 12 months.

Disclosure 6A: Apple is a client (or was a client) of BMO Nesbitt Burns Inc., BMO Capital Markets Corp., BMO Capital Markets Limited or an affiliate within the past 12 months: A) Investment Banking Services

Disclosure 9B: BMO Capital Markets makes a market in Apple in United States.

**Methodology and Risks to Target Price/Valuation for Apple (AAPL-NSDQ)**

**Methodology:** Our target price of $213 assumes the stock trades to 15x our CY2019 EPS estimate.

**Risks:** Risks to our target price include iPhone units and mix, lack of growth from new products like Watch, Pay, and Music, and hits to ASP and operating margins.

**Distribution of Ratings (November 01, 2018)**

| Rating category | BMO rating | BMOCM US Universe* | BMOCM US IB Clients** | BMOCM US IB Clients*** | BMOCM Universe**** | BMOCM IB Clients***** | StarMine Universe~ |
|---|---|---|---|---|---|---|---|
| Buy | Outperform | 46.7 % | 27.6 % | 55.1 % | 50.4 % | 61.1 % | 57.7% |
| Hold | Market Perform | 50.8 % | 20.1 % | 43.5 % | 47.3 % | 38.1 % | 37.7% |
| Sell | Underperform | 2.5 % | 13.3 % | 1.4 % | 2.3 % | 0.8 % | 4.6% |

* Reflects rating distribution of all companies covered by BMO Capital Markets Corp. equity research analysts.

** Reflects rating distribution of all companies from which BMO Capital Markets Corp. has received compensation for Investment Banking services as percentage within ratings category.

*** Reflects rating distribution of all companies from which BMO Capital Markets Corp. has received compensation for Investment Banking services as percentage of Investment Banking clients.

**** Reflects rating distribution of all companies covered by BMO Capital Markets equity research analysts.

***** Reflects rating distribution of all companies from which BMO Capital Markets has received compensation for Investment Banking services as percentage of Investment Banking clients.

~ As of October 4, 2018.

**Ratings Key (as of October 2016)**

We use the following ratings system definitions:
OP = Outperform - Forecast to outperform the analyst's coverage universe on a total return basis;
Mkt = Market Perform - Forecast to perform roughly in line with the analyst's coverage universe on a total return basis;
Und = Underperform - Forecast to underperform the analyst's coverage universe on a total return basis;
(S) = Speculative investment;
Spd = Suspended - Coverage and rating suspended until coverage is reinstated;
NR = No Rated - No rating at this time; and
R = Restricted - Dissemination of research is currently restricted.

BMO Capital Markets' seven Top 15 lists guide investors to our best ideas according to different objectives (CDN Large Cap, CDN Small Cap, US Large Cap, US Small Cap, Income, CDN Quant, and US Quant have replaced the Top Pick rating).

**Prior BMO Capital Markets Rating System**

**(April 2013 - October 2016)**
http://researchglobal.bmocapitalmarkets.com/documents/2013/rating_key_2013_to_2016.pdf

**(January 2010 - April 2013)**
http://researchglobal.bmocapitalmarkets.com/documents/2013/prior_rating_system.pdf

**Other Important Disclosures**

For Important Disclosures on the stocks discussed in this report, please go to http://researchglobal.bmocapitalmarkets.com/Public/Company_Disclosure_Public.aspx or write to Editorial Department, BMO Capital Markets, 3 Times Square, New York, NY 10036 or Editorial Department, BMO Capital Markets, 1 First Canadian Place, Toronto, Ontario, M5X 1H3.

**Dissemination of Research**

Dissemination of BMO Capital Markets Equity Research is available via our website https://research-ca.bmocapitalmarkets.com/Public/Secure/Login.aspx?ReturnUrl=/Member/Home/ResearchHome.aspx. Institutional clients may also receive our research via Thomson Reuters, Bloomberg, FactSet, and Capital IQ. Research reports and other commentary are required to be simultaneously disseminated internally and externally to our clients. Research coverage of licensed cannabis producers is made available only to North American, Australian, and EU-based BMO Nesbitt Burns Inc., BMO Capital Markets Limited, and BMO Capital Markets Corp. clients solely via email distribution.

~ Research distribution and approval times are provided on the cover of each report. Times are approximations as system and distribution processes are not exact and can vary based on the sender and recipients' services. Unless otherwise noted, times are Eastern Standard and when two times are provided, the approval time precedes the distribution time.

BMO Capital Markets may use proprietary models in the preparation of reports. Material information about such models may be obtained by contacting the research analyst directly. There is no planned frequency of updates to this report.

For recommendations disseminated during the preceding 12-month period, please visit:

https://researchglobal.bmocapitalmarkets.com/Public/Company_Disclosure_Public.aspx

**General Disclaimer**

"BMO Capital Markets" is a trade name used by the BMO Investment Banking Group, which includes the wholesale arm of Bank of Montreal and its subsidiaries BMO Nesbitt Burns Inc., BMO Capital Markets Limited in the U.K. and BMO Capital Markets Corp. in the U.S. BMO Nesbitt Burns Inc., BMO Capital Markets Limited and BMO Capital Markets Corp are affiliates. Bank of Montreal or its subsidiaries ("BMO Financial Group") has lending arrangements with, or provide other remunerated services to, many issuers covered by BMO Capital Markets. The opinions, estimates and projections contained in this report are those of BMO Capital Markets as of the date of this report and are subject to change without notice. BMO Capital Markets endeavours to ensure that the contents have been compiled or derived from sources that we believe are reliable and contain information and opinions that are accurate and complete. However, BMO Capital Markets makes no representation or warranty, express or implied, in respect thereof, takes no responsibility for any errors and omissions contained herein and accepts no liability whatsoever for any loss arising from any use of, or reliance on, this report or its contents. Information may be available to BMO Capital Markets or its affiliates that is not reflected in this report. The information in this report is not intended to be used as the primary basis of investment decisions, and because of individual client objectives, should not be construed as advice designed to meet the particular investment needs of any investor. Nothing herein constitutes any investment, legal, tax or other advice nor is it to be relied on in any investment or decision. If you are in doubt about any

Confidential                                                                                                                                                         APL-SECLIT_00001799

of the contents of this document, the reader should obtain independent professional advice. This material is for information purposes only and is not an offer to sell or the solicitation of an offer to buy any security. BMO Capital Markets or its affiliates will buy from or sell to customers the securities of issuers mentioned in this report on a principal basis. BMO Capital Markets or its affiliates, officers, directors or employees have a long or short position in many of the securities discussed herein, related securities or in options, futures or other derivative instruments based thereon. The reader should assume that BMO Capital Markets or its affiliates may have a conflict of interest and should not rely solely on this report in evaluating whether or not to buy or sell securities of issuers discussed herein.

**Additional Matters**

This report is directed only at entities or persons in jurisdictions or countries where access to and use of the information is not contrary to local laws or regulations. Its contents have not been reviewed by any regulatory authority. BMO Capital Markets does not represent that this report may be lawfully distributed or that any financial products may be lawfully offered or dealt with, in compliance with regulatory requirements in other jurisdictions, or pursuant to an exemption available thereunder.

To Australian residents: BMO Capital Markets Limited is exempt from the requirement to hold an Australian financial services licence under the Corporations Act and is regulated by the UK Financial Conduct Authority under UK laws, which differ from Australian laws. This document is only intended for wholesale clients (as defined in the Corporations Act 2001) and Eligible Counterparties or Professional Clients (as defined in Annex II to MiFID II).

To Canadian Residents: BMO Nesbitt Burns Inc. furnishes this report to Canadian residents and accepts responsibility for the contents herein subject to the terms set out above. Any Canadian person wishing to effect transactions in any of the securities included in this report should do so through BMO Nesbitt Burns Inc.

The following applies if this research was prepared in whole or in part by Andrew Breichmanas, Colin Hamilton, Alexander Pearce, David Round or Edward Sterck: This research is not prepared subject to Canadian disclosure requirements. This research is prepared by BMO Capital Markets Limited and subject to the regulations of the Financial Conduct Authority (FCA) in the United Kingdom. FCA regulations require that a firm providing research disclose its ownership interest in the issuer that is the subject of the research if it and its affiliates own 5% or more of the equity of the issuer. Canadian regulations require that a firm providing research disclose its ownership interest in the issuer that is the subject of the research if it and its affiliates own 1% or more of the equity of the issuer that is the subject of the research. Therefore BMO Capital Markets Limited will disclose its and its affiliates' ownership interest in the subject issuer only if such ownership exceeds 5% of the equity of the issuer.

To E.U. Residents: In an E.U. Member State this document is issued and distributed by BMO Capital Markets Limited which is authorised and regulated in the UK and operates in the E.U. on a passported basis. This document is only intended for Eligible Counterparties or Professional Clients, as defined in Annex II to "Markets in Financial Instruments Directive" 2014/65/EU ("MiFID II").

Singapore: This disclaimer applies to research reports distributed by the Private Banking unit of Bank of Montreal, Singapore Branch ("BMO SG"), an exempt financial adviser under the Financial Advisers Act (Cap. 110) of Singapore ("FAA") only. This research report is prepared by BMO Capital Markets and distributed by BMO SG pursuant to an arrangement under regulation 32C of the Financial Advisers Regulations of Singapore. This research report is distributed by BMO SG solely to persons who qualify as accredited investors as defined in the FAA only, and is not intended for and may not be circulated to the general public. This report and any information contained in this report shall not be disclosed to any other person. If you are not an accredited investor, please disregard this report. BMO SG does not accept legal responsibility for the contents of the report. Recipients should contact BMO SG at 65-6535 2323 for matters arising from, or in connection with the report.

To U.S. Residents: BMO Capital Markets Corp. furnishes this report to U.S. residents and accepts responsibility for the contents herein, except to the extent that it refers to securities of Bank of Montreal. Any U.S. person wishing to effect transactions in any security discussed herein should do so through BMO Capital Markets Corp.

To U.K. Residents: In the UK this document is published by BMO Capital Markets Limited which is authorised and regulated by the Financial Conduct Authority. The contents hereof are intended solely for the use of, and may only be issued or passed on to, (I) persons who have professional experience in matters relating to investments falling within Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "Order") or (II) high net worth entities falling within Article 49(2)(a) to (d) of the Order (all such persons together referred to as "relevant persons"). The contents hereof are not intended for the use of and may not be issued or passed on to retail clients.

These documents are provided to you on the express understanding that they must be held in complete confidence and not republished, retransmitted, distributed, disclosed, or otherwise made available, in whole or in part, directly or indirectly, in hard or soft copy, through any means, to any person, except with the prior written consent of BMO Capital Markets.

Click here for data vendor disclosures when referenced within a BMO Capital Markets research document.

Confidential                                                                                                                                                          APL-SECLIT_00001800

**ADDITIONAL INFORMATION IS AVAILABLE UPON REQUEST**

BMO Financial Group (NYSE, TSX: BMO) is an integrated financial services provider offering a range of retail banking, wealth management, and investment and corporate banking products. BMO serves Canadian retail clients through BMO Bank of Montreal and BMO Nesbitt Burns. In the United States, personal and commercial banking clients are served by BMO Harris Bank N.A., (Member FDIC). Investment and corporate banking services are provided in Canada and the US through BMO Capital Markets.

BMO Capital Markets is a trade name used by BMO Financial Group for the wholesale banking businesses of Bank of Montreal, BMO Harris Bank N.A, (Member FDIC), BMO Ireland Plc, and Bank of Montreal (China) Co. Ltd. and the institutional broker dealer businesses of BMO Capital Markets Corp. (Member FINRA and SIPC) in the U.S., BMO Nesbitt Burns Inc. (Member Canadian Investor Protection Fund) in Canada, Europe, and Asia, BMO Capital Markets Limited in Europe and Australia and BMO Advisors Private Limited in India.

® Registered trademark of Bank of Montreal in the United States, Canada and elsewhere.

TM Trademark Bank of Montreal

©COPYRIGHT 2018 BMO CAPITAL MARKETS CORP.

A member of BMO Financial Group