# EXHIBIT 52



| Equity Research | TMT |
|---|---|
| November 1, 2018 | |

**Walter Piecyk**
(646) 450-9258
wpiecyk@btig.com

**Joseph Galone**
(212) 527-3523
jgalone@btig.com

## Apple, Inc.

Apple Reduces Disclosure; Typically Not A Good Sign

- We made revisions to our Apple (AAPL, Buy, $235 PT) estimates, but our calendar 2019 EPS estimate and price target remain unchanged at $14.25 and $235, respectively.
- Investors face increased volatility and a headwind to multiple expansion based on management's decision to no longer report unit data.

| AAPL | $222.22 |
|---|---|
| 12 month target | $235.00 |

### BUY

| 52 week range | $155.15 - $232.07 |
|---|---|
| Dividend Yield | 1.3% |
| Market Cap (m) | $1,077,222 |

**Price Performance**



*Source: IDC*

### Estimates

| | 1Q17 A | 2Q17 A | 3Q17 A | 4Q17 A | FY17 A | 1Q18 A | 2Q18 A | 3Q18 A | 4Q18 A | FY18 A | FY19 E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | 78,351 | 52,896 | 45,408 | 52,579 | 229,234 | 88,293 | 61,137 | 53,265 | 62,900 | 265,595 | 282,885 |
| Gross Margin (%) | 38.5% | 38.9% | 38.5% | 37.9% | 38.5% | 38.4% | 38.3% | 38.3% | 38.3% | 38.3% | 38.2% |
| Diluted EPS (Adj.) | 3.36 | 2.10 | 1.67 | 2.07 | 9.19 | 3.89 | 2.73 | 2.34 | 2.91 | 11.87 | 13.63 |
| DPS | 0.57 | 0.57 | 0.63 | 0.63 | 2.40 | 0.63 | 0.63 | 0.73 | 0.73 | 2.72 | 3.02 |
| EPS Growth (%) | 2.3% | 10.4% | 16.9% | 23.7% | 11.0% | 15.9% | 30.1% | 40.4% | 41.0% | 29.2% | 14.9% |

*Source: BTIG Estimates and Company Documents ($ in millions, except per share amount)*
*Company reports and BTIG estimates*

*Please Read: Important disclosures and analyst's certification appear in Appendix*

### No more units

Apple might not think it's helpful to report unit data for its products, but we do. More data is better than less data. There is rarely an exception to this. Reduced visibility typically results in a lower valuation multiple because it increases the risk to investors of predicting future growth and valuation multiples are a function of growth and risk.

Ultimately the market will adapt, as it always does, to the reduced disclosures, but perhaps at a lower multiple. Revenue growth, margins, and use of the nearly $100 billion of operating free cash flow will drive the stock. However, Apple has unnecessarily injected uncertainty and possible volatility into the near term. There is likely to be even greater focus on short term items like one quarter of guidance rather than simply providing the tools that help longer term forecasting.

### Could lead to increased uncertainty

Some might argue that reporting fewer metrics offers fewer opportunities to displease investors. We disagree. Speculation on what is occurring in Apple's business segments will fill the void created by the absence of information. The uncertainty that speculation breeds is rarely positive for stocks. As an example, there will now be one less check on the validity of the rampant and ever changing supply chain new reports that appear ahead of quarters, which had finally begun to diminish in recent quarters.

### No units means no ASPs and eliminates bad press highlighting rising prices

Not reporting unit data effectively eliminates any discussion about rising and record ASPs. This was a positive point for investors, but perhaps a risk to Apple, as press reports about squeezing more money out of its loyal customer base is not a good look for the company, At Apple's event in Brooklyn earlier this week, it refreshed 3 product lines, all of which carried higher entry level pricing.

There was a reference made on the call to a reclass of revenue out of product and into services based on new FASB standards. We doubt this was a motivating factor in Apple's change in disclosure as the reclass will only account for 1% of revenue.

### Service businesses report subscriber data

Apple plans to break out margins between Products and Services as an alternative to providing unit data. This is an obvious and ongoing attempt by management to focus investors' attention on Apple as a services business. Apple likely believes it can achieve a higher valuation multiple in the market if the focus shifts to the higher margin and recurring services business. However, we believe the iPhone product business has effectively converted to a recurring revenue business based on the loyalty of its customers. More importantly, services businesses report the total number of active users and churn. It's unlikely that Apple will report that data.

Confidential                                                                                                                    APL-SECLIT_00001779

We posted comments on results versus our estimates earlier. ([Link](#))

Highlights of revisions to Calendar 2019 estimates:

- Increased total revenue by $6.4 billion primarily on higher iPhone ASP estimates. This lifts expected growth to 6.9% from 4.5%.

- No change in margins resulted in a $1.5 billion increase to Operating Income.

- Operating upside offset by a higher tax rate assumption (15% vs 14.5%) and higher share count due to the impact of this year's rally in the stock on our future share repurchase estimates. To be clear, we have no clarity on future tax rates, but felt compelled to increase our estimate in light of the 16.5% guidance for FQ1.

- Reduced iPhones sold by 8 million to 219 million, representing 1.2% growth. We still believe that a bottoming of the decline in upgrade rates can help unit growth.

- Increased iPhone ASP by $55 to $797. That's up 23% over the past 3 years. Meanwhile, unit volumes still remain below peak iPhone 6/6+ levels.

- We were impressed by the new iPad's announced earlier this week and their potential to increase ASPs. However, our revenue estimate remains unchanged as a $29 increase in our ASP estimate to $486 was offset by a 2.6 million reduction in units to 42.9 million.

- We reduced the number of shares we expect Apple to purchase over the next 5 quarters by 42 million based on a higher average purchase price over that period of $252 versus $229. We continue to expect Apple to buy back $20 billion of stock each quarter.

**What about the December quarter?**

We cut our revenue estimate by $2.5 billion and our EPS estimate by $0.43 for the December quarter primarily on a reduction of iPhones sold to 76 million from 80 million, reflecting a decline from the prior year. The company guided to a 16.5% tax rate versus our 14.5% estimate and the 14.0% tax rate reported this quarter. This represented $0.11 of our EPS revision. It's possible that Apple is simply being conservative given the number of new products it is launching during the quarter.

"We are launching in the last six weeks, we've launched an unprecedented number of new products. They're all ramping right now. The ramps are going fairly well, but obviously we have some uncertainty around supply/demand balance for some of these products." – Luca Maestri, Apple CFO, 11/1/18

Confidential                                                                                                        APL-SECLIT_00001780

**Estimate Revisions – Income Statement**

| Apple Income Statement | OLD | NEW | Diff | OLD | NEW | Diff |
|---|---|---|---|---|---|---|
| $ millions | Dec-18 | Dec-18 | | CY2019 | CY2019 | |
| Revenues | 94,994 | 92,422 | (2,571) | 281,816 | 288,226 | 6,410 |
| Cost of goods sold | 58,421 | 56,840 | (1,581) | 174,726 | 178,700 | 3,974 |
| Gross profit | 36,573 | 35,583 | (990) | 107,090 | 109,526 | 2,436 |
| R&D | 3,856 | 4,159 | 303 | 15,937 | 16,616 | 679 |
| SG&A | 4,505 | 4,482 | (22) | 17,794 | 18,002 | 208 |
| Operating Income | 28,212 | 26,941 | (1,271) | 73,359 | 74,908 | 1,549 |
| Other inc and exp | 600 | 300 | (300) | 1,500 | 1,300 | (200) |
| NIBT | 28,812 | 27,241 | (1,571) | 74,859 | 76,208 | 1,349 |
| Taxes | 4,178 | 4,495 | 317 | 10,855 | 11,431 | 577 |
| Net Income | 24,635 | 22,746 | (1,888) | 64,004 | 64,777 | 772 |
| **EPS** | **$5.20** | **$4.78** | **($0.43)** | **$14.25** | **$14.25** | **$0.00** |
| Shares out | 4,734 | 4,762 | 28 | 4,492 | 4,545 | 53 |
| **Dividends per share** | **$0.73** | **$0.73** | **$0.00** | **$3.07** | **$3.07** | **$0.00** |
| Dividends | 3,456 | 3,476 | 21 | 13,858 | 14,009 | 151 |
| **Margins** | | | | | | |
| GPM | 38.5% | 38.5% | 0.0% | 38.0% | 38.0% | 0.0% |
| R&D/Revenue | 4.1% | 4.5% | 0.4% | 5.7% | 5.8% | 0.1% |
| SG&A/Revenue | 4.7% | 4.9% | 0.1% | 6.3% | 6.2% | -0.1% |
| **Operating Inc** | **29.7%** | **29.2%** | **-0.5%** | **26.0%** | **26.0%** | **0.0%** |
| NIBT | 30.3% | 29.5% | -0.9% | 26.6% | 26.4% | -0.1% |
| Tax rate | 14.5% | 16.5% | 2.0% | 14.5% | 15.0% | 0.5% |
| Net Income | 25.9% | 24.6% | -1.3% | 22.7% | 22.5% | -0.2% |
| **Annual growth** | | | | | | |
| Revenues | 7.6% | 4.7% | -2.9% | 4.5% | 6.9% | 2.3% |
| Operating Income | 7.4% | 2.5% | -4.8% | 2.6% | 4.7% | 2.1% |
| NIBT | 6.6% | 0.8% | -5.8% | 2.0% | 4.2% | 2.2% |
| Net Income | 22.8% | 13.4% | -9.4% | 1.8% | 4.1% | 2.4% |
| **EPS** | 33.8% | 22.8% | -11.0% | 10.1% | 11.7% | 1.7% |
| Dividends | 15.9% | 15.9% | 0.0% | 8.9% | 8.9% | 0.0% |

Source: Company reports; BTIG

Confidential                                                                                                                   APL-SECLIT_00001781

### Estimate Revisions – Revenue Analysis

| Apple Revenue Analysis<br>$ millions | OLD<br>Dec-18 | NEW<br>Dec-18 | Diff | OLD<br>CY2019 | NEW<br>CY2019 | Diff |
|---|---|---|---|---|---|---|
| **Revenue by Product** | **94,994** | **92,422** | **(2,571)** | **281,816** | **288,226** | **6,410** |
| iPhone | 65,625 | 62,344 | (3,281) | 168,417 | 174,619 | 6,201 |
| iPad | 6,099 | 6,319 | 220 | 20,796 | 20,838 | 43 |
| Mac | 6,681 | 7,421 | 739 | 26,131 | 27,883 | 1,752 |
| Services | 10,589 | 10,589 | 0 | 47,172 | 46,886 | (286) |
| Other Products | 6,000 | 5,750 | (250) | 19,300 | 18,000 | (1,300) |
| **Annual Revenue Growth** | **7.6%** | **4.7%** | **-2.9%** | **4.5%** | **6.9%** | **2.3%** |
| iPhone | 6.6% | 1.2% | -5.3% | 0.7% | 4.3% | 3.6% |
| iPad | 4.0% | 7.8% | 3.8% | 4.0% | 8.2% | 4.1% |
| Mac | -3.1% | 7.6% | 10.7% | 6.2% | 7.2% | 1.0% |
| Services | 25.0% | 25.0% | 0.0% | 19.3% | 19.3% | 0.0% |
| Other Products | 9.3% | 4.8% | -4.6% | 6.1% | 1.8% | -4.3% |
| **Revenue Mix** | | | | | | |
| iPhone | 69.1% | 67.5% | -1.6% | 59.8% | 60.6% | 0.8% |
| iPad | 6.4% | 6.8% | 0.4% | 7.4% | 7.2% | -0.1% |
| Mac | 7.0% | 8.0% | 1.0% | 9.3% | 9.7% | 0.4% |
| Services | 11.1% | 11.5% | 0.3% | 16.7% | 16.3% | -0.5% |
| Other Products | 6.3% | 6.2% | 0.0% | 6.8% | 6.2% | 0.0% |
| **Units** | | | | | | |
| iPhone | 80,000 | 76,000 | (4,000) | 227,000 | 219,000 | (8,000) |
| iPad | 13,433 | 12,907 | (527) | 45,491 | 42,858 | (2,633) |
| Mac | 4,856 | 5,240 | 383 | 18,364 | 18,859 | 495 |
| **Annual Unit Growth** | | | | | | |
| iPhone | 3.5% | -1.7% | -5.2% | 2.7% | 1.2% | -1.5% |
| iPad | 2.0% | -2.0% | -4.0% | 2.0% | -1.0% | -3.0% |
| Mac | -5.0% | 2.5% | 7.5% | 4.0% | 2.8% | -1.2% |
| **Average Sales Prices** | | | | | | |
| iPhone | 820 | 820 | 0 | 742 | 797 | 55 |
| iPad | 454 | 490 | 36 | 457 | 486 | 29 |
| Mac | 1,376 | 1,416 | 40 | 1,423 | 1,479 | 56 |
| **Annual ASP Growth** | | | | | | |
| iPhone | 3.0% | 3.0% | 0.0% | -2.0% | 3.0% | 5.0% |
| iPad | 2.0% | 10.0% | 8.0% | 2.0% | 9.2% | 7.2% |
| Mac | 2.0% | 5.0% | 3.0% | 2.1% | 4.2% | 2.2% |

Source: Company reports; BTIG

Confidential   APL-SECLIT_00001782

# BTIG

## Income Statement

| Apple Income Statement $ millions | 2015 | 2016 | 2017 | Dec | Mar | Jun | Sep | 2018 | Est Dec | Est Mar | Est Jun | Est Sep | Est 2019 | Est Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenues | 233,715 | 215,639 | 229,234 | 88,293 | 61,137 | 53,265 | 62,900 | 265,595 | 92,422 | 65,126 | 57,730 | 67,607 | 282,885 | 97,763 |
| Cost of goods sold | 140,089 | 131,376 | 141,048 | 54,381 | 37,715 | 32,844 | 38,816 | 163,756 | 56,840 | 40,378 | 35,793 | 41,916 | 174,927 | 60,613 |
| Gross profit | 93,626 | 84,263 | 88,186 | 33,912 | 23,422 | 20,421 | 24,084 | 101,839 | 35,583 | 24,748 | 21,937 | 25,691 | 107,958 | 37,150 |
| R&D | 8,067 | 10,045 | 11,581 | 3,407 | 3,378 | 3,701 | 3,750 | 14,236 | 4,159 | 3,729 | 4,127 | 4,166 | 16,180 | 4,595 |
| SG&A | 14,329 | 14,194 | 15,261 | 4,231 | 4,150 | 4,108 | 4,216 | 16,705 | 4,482 | 4,388 | 4,423 | 4,498 | 17,792 | 4,693 |
| Operating Income | 71,230 | 60,024 | 61,344 | 26,274 | 15,894 | 12,612 | 16,118 | 70,898 | 26,941 | 16,631 | 13,387 | 17,027 | 73,986 | 27,863 |
| Other inc and exp | 1,285 | 1,348 | 2,745 | 756 | 274 | 672 | 303 | 2,005 | 300 | 300 | 300 | 300 | 1,200 | 400 |
| NIBT | 72,515 | 61,372 | 64,089 | 27,030 | 16,168 | 13,284 | 16,421 | 72,903 | 27,241 | 16,931 | 13,687 | 17,327 | 75,186 | 28,263 |
| Taxes | 19,121 | 15,685 | 15,738 | 6,965 | 2,346 | 1,765 | 2,296 | 13,372 | 4,495 | 2,540 | 2,053 | 2,599 | 11,687 | 4,239 |
| Net Income | 53,394 | 45,687 | 48,351 | 20,065 | 13,822 | 11,519 | 14,125 | 59,531 | 22,746 | 14,391 | 11,634 | 14,728 | 63,500 | 24,023 |
| EPS | $9.20 | $8.28 | $9.19 | $3.89 | $2.73 | $2.34 | $2.91 | $11.87 | $4.78 | $3.08 | $2.53 | $3.25 | $13.63 | $5.40 |
| Shares out | 5,793 | 5,500 | 5,252 | 5,158 | 5,068 | 4,927 | 4,848 | 5,000 | 4,762 | 4,680 | 4,601 | 4,526 | 4,642 | 4,453 |
| Dividends per share | $1.98 | $2.18 | $2.40 | $0.63 | $0.63 | $0.73 | $0.73 | $2.72 | $0.73 | $0.73 | $0.78 | $0.78 | $3.02 | $0.78 |
| Dividends | 11,464 | 11,984 | 12,599 | 3,249 | 3,193 | 3,596 | 3,539 | 13,578 | 3,476 | 3,416 | 3,589 | 3,530 | 14,012 | 3,473 |
| **Margins** | | | | | | | | | | | | | | |
| GPM | 40.1% | 39.1% | 38.5% | 38.4% | 38.3% | 38.3% | 38.3% | 38.3% | 38.5% | 38.0% | 38.0% | 38.0% | 38.2% | 38.0% |
| R&D/Revenue | 3.5% | 4.7% | 5.1% | 3.9% | 5.5% | 6.9% | 6.0% | 5.4% | 4.5% | 5.7% | 7.1% | 6.2% | 5.7% | 4.7% |
| SG&A/Revenue | 6.1% | 6.6% | 6.7% | 4.8% | 6.8% | 7.7% | 6.7% | 6.3% | 4.9% | 6.7% | 7.7% | 6.7% | 6.3% | 4.8% |
| **Operating Inc** | 30.5% | 27.8% | 26.8% | 29.8% | 26.0% | 23.7% | 25.6% | 26.7% | 29.2% | 25.5% | 23.2% | 25.2% | 26.2% | 28.5% |
| NIBT | 31.0% | 28.5% | 28.0% | 30.6% | 26.4% | 24.9% | 26.1% | 27.4% | 29.5% | 26.0% | 23.7% | 25.6% | 26.6% | 28.9% |
| Tax rate | 26.4% | 25.6% | 24.6% | 25.8% | 14.5% | 13.3% | 14.0% | 18.3% | 16.5% | 15.0% | 15.0% | 15.0% | 15.5% | 15.0% |
| Net Income | 22.8% | 21.2% | 21.1% | 22.7% | 22.6% | 21.6% | 22.5% | 22.4% | 24.6% | 22.1% | 20.2% | 21.8% | 22.4% | 24.6% |
| **Annual growth** | | | | | | | | | | | | | | |
| Revenues | 27.9% | -7.7% | 6.3% | 12.7% | 15.6% | 16.8% | 21.1% | 15.9% | 4.7% | 6.5% | 8.4% | 7.5% | 6.5% | 5.8% |
| Operating Income | 35.7% | -15.7% | 2.2% | 12.5% | 12.7% | 17.1% | 22.9% | 15.6% | 2.5% | 4.6% | 6.1% | 5.6% | 4.4% | 3.4% |
| NIBT | 35.6% | -15.4% | 4.4% | 11.8% | 10.1% | 17.5% | 18.0% | 13.8% | 0.8% | 4.7% | 3.0% | 5.5% | 3.1% | 3.7% |
| Net Income | 35.1% | -14.4% | 5.8% | 12.2% | 25.3% | 32.1% | 31.8% | 23.1% | 13.4% | 4.1% | 1.0% | 4.3% | 6.7% | 5.6% |
| EPS | 43.0% | -10.0% | 11.0% | 15.9% | 30.1% | 40.4% | 41.0% | 29.2% | 22.8% | 12.8% | 8.1% | 11.7% | 14.9% | 12.9% |
| Dividends | 9.3% | 10.1% | 10.1% | 10.5% | 10.5% | 15.9% | 15.9% | 13.3% | 15.9% | 15.9% | 6.8% | 6.8% | 11.0% | 6.8% |
| Net cash per share | $24.85 | $27.91 | $29.56 | $31.54 | $28.68 | $26.21 | $25.29 | $25.29 | $24.43 | $22.59 | $21.08 | $21.02 | $21.02 | $21.13 |
| Net cash | (141,204) | (150,553) | (153,215) | (162,697) | (145,386) | (129,143) | (122,617) | (122,617) | (116,332) | (105,723) | (97,014) | (95,116) | (95,116) | (94,095) |
| FCF | 69,778 | 50,888 | 50,408 | 25,235 | 11,183 | 11,221 | 16,482 | 64,121 | 18,280 | 12,682 | 16,006 | 21,601 | 68,568 | 23,541 |
| Annual growth | 40% | -27% | -1% | 7% | 18% | 90% | 45% | 27% | -28% | 13% | 43% | 31% | 7% | 29% |
| % of revenue | 30% | 24% | 22% | 29% | 18% | 21% | 26% | 24% | 20% | 19% | 28% | 32% | 24% | 24% |
| Per share | $11.99 | $9.22 | $9.56 | $4.89 | $2.21 | $2.28 | $3.40 | $12.78 | $3.84 | $2.71 | $3.48 | $4.77 | $14.80 | $5.29 |

Source: Company reports; BTIG

Confidential   APL-SECLIT_00001783

## Revenue Analysis

| Apple Revenue Analysis | | | | | iPhone 8X--> | | | | | | Est | Est | Est | Est | Est | Est |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ millions | 2015 | 2016 | 2017 | Dec-17 | Mar-18 | Jun-18 | Sep-18 | 2018 | Dec-18 | Mar-19 | Jun-19 | Sep-19 | 2019 | Dec-19 |
| **Revenue by Product** | 233,715 | 215,639 | 229,234 | 88,293 | 61,137 | 53,265 | 62,900 | 265,595 | 92,422 | 65,126 | 57,730 | 67,607 | 282,885 | 97,763 |
| iPhone | 155,041 | 136,700 | 141,319 | 61,576 | 38,032 | 29,906 | 37,185 | 166,699 | 62,344 | 39,385 | 30,952 | 38,800 | 171,481 | 65,481 |
| iPad | 23,227 | 20,628 | 19,222 | 5,862 | 4,113 | 4,741 | 4,089 | 18,805 | 6,319 | 4,313 | 5,459 | 4,621 | 20,712 | 6,446 |
| Mac | 25,471 | 22,831 | 25,850 | 6,895 | 5,848 | 5,330 | 7,411 | 25,484 | 7,421 | 6,399 | 6,394 | 7,710 | 27,924 | 7,380 |
| Services | 19,909 | 24,348 | 29,980 | 8,471 | 9,190 | 9,548 | 9,981 | 37,190 | 10,589 | 11,028 | 11,174 | 11,977 | 44,768 | 12,707 |
| Other Products | 10,067 | 11,132 | 12,863 | 5,489 | 3,954 | 3,740 | 4,234 | 17,417 | 5,750 | 4,000 | 3,750 | 4,500 | 18,000 | 5,750 |
| **Annual Revenue Growth** | 27.9% | -7.7% | 6.3% | 12.7% | 15.6% | 16.8% | 21.1% | 15.9% | 4.7% | 6.5% | 8.4% | 7.5% | 6.5% | 5.8% |
| iPhone | 52.0% | -11.8% | 3.4% | 13.2% | 14.4% | 20.4% | 28.9% | 18.0% | 1.2% | 3.6% | 3.5% | 4.3% | 2.9% | 5.0% |
| iPad | -23.3% | -11.2% | -6.8% | 5.9% | 5.8% | -4.6% | -15.4% | -2.2% | 7.8% | 4.9% | 15.2% | 10.1% | 2.0% |
| Mac | 5.8% | -10.4% | 13.2% | -4.8% | 0.1% | -4.7% | 3.4% | -1.4% | 7.6% | 9.4% | 20.0% | 4.0% | 9.6% | -0.6% |
| Services | 10.2% | 22.3% | 23.1% | 18.1% | 30.5% | 28.2% | 27.0% | 24.0% | 25.0% | 20.0% | 20.0% | 20.0% | 20.4% | 20.0% |
| Other Products | 20.1% | 10.6% | 15.5% | 36.4% | 37.6% | 36.7% | 31.0% | 35.4% | 4.8% | 1.2% | 0.3% | 6.3% | 3.3% | 0.0% |
| **Revenue Mix** | | | | | | | | | | | | | | |
| iPhone | 66.3% | 63.4% | 61.6% | 69.7% | 62.2% | 56.1% | 59.1% | 62.8% | 67.5% | 60.5% | 53.6% | 57.4% | 60.6% | 67.0% |
| iPad | 9.9% | 9.6% | 8.4% | 6.6% | 6.7% | 8.9% | 6.5% | 7.1% | 6.8% | 6.6% | 9.5% | 6.8% | 7.3% | 6.6% |
| Mac | 10.9% | 10.6% | 11.3% | 7.8% | 9.6% | 10.0% | 11.8% | 9.6% | 8.0% | 9.8% | 11.1% | 11.4% | 9.9% | 7.5% |
| Services | 8.5% | 11.3% | 13.1% | 9.6% | 15.0% | 17.9% | 15.9% | 14.0% | 11.5% | 16.9% | 19.4% | 17.7% | 15.8% | 13.0% |
| Other Products | 4.3% | 5.2% | 5.6% | 6.2% | 6.5% | 7.0% | 6.7% | 6.6% | 6.2% | 6.1% | 6.5% | 6.7% | 6.4% | 5.9% |
| **Units** | | | | | | | | | | | | | | |
| iPhone | 231,218 | 211,884 | 216,756 | 77,316 | 52,217 | 41,300 | 46,889 | 217,722 | 76,000 | 52,500 | 41,500 | 47,500 | 217,500 | 77,500 |
| iPad | 54,856 | 45,590 | 43,753 | 13,170 | 9,113 | 11,553 | 9,699 | 43,535 | 12,907 | 8,931 | 11,322 | 9,699 | 42,858 | 12,907 |
| Mac | 20,587 | 18,484 | 19,251 | 5,112 | 4,078 | 3,720 | 5,299 | 18,209 | 5,240 | 4,250 | 4,250 | 5,250 | 18,990 | 5,109 |
| **Annual Unit Growth** | | | | | | | | | | | | | | |
| iPhone | 36.6% | -8.4% | 2.3% | -1.2% | 2.9% | 0.7% | 0.5% | 0.4% | -1.7% | 0.5% | 0.5% | 1.3% | -0.1% | 2.0% |
| iPad | -19.3% | -16.9% | -4.0% | 0.7% | 2.1% | 1.1% | -6.1% | -0.5% | -2.0% | -2.0% | -2.0% | 0.0% | -1.6% | 0.0% |
| Mac | 8.9% | -10.2% | 4.1% | -4.9% | -2.9% | -13.3% | -1.6% | -5.4% | 2.5% | 2.5% | 0.0% | 0.0% | 4.3% | -2.5% |
| **Average Sales Prices** | | | | | | | | | | | | | | |
| iPhone | 671 | 645 | 652 | 796 | 728 | 724 | 793 | 766 | 820 | 750 | 746 | 817 | 788 | 845 |
| iPad | 423 | 452 | 439 | 445 | 451 | 410 | 422 | 432 | 490 | 483 | 482 | 476 | 483 | 499 |
| Mac | 1,237 | 1,235 | 1,343 | 1,349 | 1,434 | 1,433 | 1,399 | 1,400 | 1,416 | 1,506 | 1,504 | 1,468 | 1,470 | 1,445 |
| **Annual ASP Growth** | | | | | | | | | | | | | | |
| iPhone | 11.3% | -3.8% | 1.1% | 14.7% | 11.2% | 19.6% | 28.3% | 17.4% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% |
| iPad | -5.0% | 6.9% | -2.9% | 5.2% | 3.5% | -5.7% | -9.9% | -1.7% | 10.0% | 7.0% | 17.5% | 13.0% | 11.9% | 2.0% |
| Mac | -2.9% | -0.2% | 8.7% | 0.1% | 3.0% | 10.0% | 5.1% | 4.2% | 5.0% | 5.0% | 5.0% | 5.0% | 5.1% | 2.0% |

Source: Company reports; BTIG



Confidential   APL-SECLIT_00001784

## BTIG Covered Companies Mentioned in this Report

APPLE, INC. (AAPL, Buy, $235.00 PT; Current Price: $222.22; Analyst: Walter.Piecyk)

Confidential                                                       APL-SECLIT_00001785

# Appendix: Analyst Certification and Other Important Disclosures

## Analyst Certification

I, Walter Piecyk, hereby certify that the views about the companies and securities discussed in this report are accurately expressed and that I have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report.

I, Joseph Galone, hereby certify that the views about the companies and securities discussed in this report are accurately expressed and that I have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report.

## Regulatory Disclosures
### Ratings Definitions

**BTIG LLC's ("BTIG") ratings, effective June 12, 2017, are defined as follows:**
**BUY** – A security which is expected to produce a positive total return of 15% or greater over the 12 months following the recommendation. The BUY rating may be maintained as long as it is deemed appropriate, notwithstanding price fluctuations that would cause the target to fall outside of the 15% return.
**SELL** – A security which is expected to produce a negative total return of 15% or greater over the next 12 months following the recommendation. The SELL rating may be maintained as long as it is deemed appropriate, notwithstanding price fluctuations that would cause the target to fall outside of the 15% return.
**NEUTRAL** – A security which is not expected to appreciate or depreciate meaningfully over the next 12 months.
**NOT RATED** – A security which is not rated or covered by BTIG.
**UNDER REVIEW** – Effective immediately, coverage of the following securities is Under Review. Ratings, price targets, disclosures, and estimates for the companies listed below are suspended and should no longer be relied upon.

### Distribution of Ratings and Investment Banking Clients

BTIG must disclose in each research report the percentage of all securities rated by the member to which the member would assign a "buy", "neutral" or "sell" rating. The said ratings are updated on a quarterly basis. BTIG must also disclose the percentage of subject companies within each of these three categories for whom the member has provided investment banking services within the previous twelve months. **Stocks under coverage as of the end of the most recent calendar quarter (September 30, 2018): 298**

**Distribution of BTIG's Research Recommendations (as of September 30, 2018):**
**BUY: 58.4%; NEUTRAL: 38.3%; SELL: 3.4%**

**Distribution of BTIG's Investment Banking Services (as of September 30, 2018):**
**BUY: 28.2%; NEUTRAL: 10.5%; SELL: 0.00%**

For purposes of FINRA ratings distribution rules, BTIG's stock ratings of Buy, Neutral and Sell fall into Buy, Hold and Sell categories, respectively.

## Company Valuation and Risk Disclosures
### Apple, Inc. (AAPL, Buy, $235.00 PT)

**Valuation:** Our $235 price target is based on 16.5x our CY 2019 EPS estimate of $14.25, which reflects 12% growth in that year. Our price target implies a free cash flow yield of 6.5% and 7.3% if you reduced the market cap by the more than $123 billion of net cash.
**Risks:** Apple competes against a number of traditional and start-up wireless device manufacturers who are constantly bringing new products to market that could potentially take share from the company. These competitors could also be more willing to cut prices and have promotional offers in the market.

Confidential                                                                                                              APL-SECLIT_00001786



Note: Closing Price and Target Price have been adjusted for corporate actions.

| Date | Closing Price ($) | Target Price ($) | Analyst | Rating |
|---|---|---|---|---|
| 14-Mar-13 | 61.79 | 77.14 | Walter Piecyk | Buy |
| 06-Feb-14 | 73.22 | 78.86 | Walter Piecyk | Buy |
| 24-Apr-14 | 81.11 | 85.71 | Walter Piecyk | Buy |
| 01-Jul-14 | 93.52 | 112 | Walter Piecyk | Buy |
| 21-Oct-14 | 102.47 | 128 | Walter Piecyk | Buy |
| 18-Nov-14 | 115.47 | 135 | Walter Piecyk | Buy |
| 28-Jan-15 | 115.31 | 150 | Walter Piecyk | Buy |
| 28-Apr-15 | 130.56 | 160 | Walter Piecyk | Buy |
| 26-Jan-16 | 99.99 | 141 | Walter Piecyk | Buy |
| 26-Apr-16 | 104.35 | 115 | Walter Piecyk | Buy |
| 26-Jul-16 | 96.67 | 124 | Walter Piecyk | Buy |
| 15-Sep-16 | 115.57 | 133 | Walter Piecyk | Buy |
| 01-Mar-17 | 139.79 | 165 | Walter Piecyk | Buy |
| 02-May-17 | 147.51 | 184 | Walter Piecyk | Buy |
| 02-Nov-17 | 168.11 | 198 | Walter Piecyk | Buy |
| 01-May-18 | 169.10 | 207 | Walter Piecyk | Buy |
| 31-Jul-18 | 190.29 | 235 | Walter Piecyk | Buy |

Note: Apple completed a 7-for-1 stock split after the close on June 6, 2014.

## Other Disclosures

Additional Information Available Upon Request

## General Disclosures

Research reports produced by BTIG LLC ("BTIG") are published for and intended to be distributed solely to BTIG institutional and corporate clients. Recipients of BTIG reports will not be considered clients of BTIG solely because they may have received such BTIG report.

The research analyst(s) responsible for the preparation of this report receives compensation based upon a variety of factors, including the quality and accuracy of research, internal/client feedback, and overall Firm revenues.

Confidential    APL-SECLIT_00001787

BTIG reports are based on public information and BTIG considers the same to be reliable, comprehensive information, but makes no representation or warranty that the reports are accurate or complete. BTIG opinions and information provided in this report are as of the date of the report and may change without notice. An issuer may be classified as "Under Review" or "Research Restricted". In these cases, investors should consider any previous investment recommendation and/or rating to a subject company/issuer to no longer be current and should not be relied upon nor considered a solicitation.

This research report is not an offer to buy or sell or solicitation of an offer to buy or sell any security in any jurisdiction where such an offer or solicitation would be illegal. This research report was not drafted specifically for any particular individual or entity and is not a personal recommendation to participate in any particular trading strategy or transaction. Any recipient of this research report should obtain independent advice specific to their personal circumstances before undertaking any investment activity and must make their own independent evaluation of any securities or financial instruments.

Facts, views or opinions presented in this report have not been reviewed by, and may not reflect information known to, employees or other professionals in the "BTIG Group" (BTIG Group includes, but is not limited to, BTIG and its parents, subsidiaries and/or affiliates). BTIG Group employees, including Sales Representatives and Traders, may provide oral or written commentary or advice that may be inconsistent with the opinions and/or views expressed in this research report. BTIG Group employees and/or its affiliates not involved in the preparation of this research report may have investments in securities or derivatives of securities of companies mentioned in this report that are inconsistent with the views discussed in this report.

Investors in securities products bear certain risks in conjunction with those investments. The value of, and income from, any investments may vary because of changes in interest rates or foreign exchange rates, securities prices or market indexes, operational or financial conditions of companies or other factors within or beyond the companies control. Recipient of the research reports should be aware that investments in securities may pose significant risks due to the inherent uncertainty associated with relying on forecasts of various factors that can affect the earnings, cash flow and overall valuation of a company. Any investment in securities should be undertaken only upon consideration of issues relating to the recipient's overall investment portfolio and objectives (such as diversification by asset class, industry or company) as well as time horizon and liquidity needs. Further, past performance should not be taken as an indication or guarantee of future performance, and no representation or warranty, express or implied, is made regarding future performance. There may be time limitations on the exercise of options or other rights in any securities transactions.

Investing in foreign markets and securities, including ADRs, is subject to additional risks such as currency fluctuation, limited information, political instability, economic risk, and the potential for illiquid markets. Investing in emerging markets may accentuate these risks. Non-U.S. reporting issuers of foreign securities, however, may not make regular or complete public disclosure relating to their financial condition or the securities that they issue.

The trademarks and service marks contained herein are the property of their respective owners. Third-party data providers make no warranties or representations of any kind relating to the accuracy, completeness, or timeliness of the data they provide and shall not have liability of any damages of any kind relating to such data. The report or any portion hereof may not be reprinted, sold or redistributed without the written consent of BTIG. This report is intended only for use by the recipient. The recipient acknowledges that all research and analysis in this report are the property of BTIG and agrees to limit the use of all publications received from BTIG within his, or her or its, own company or organization. No rights are given for passing on, transmitting, re transmitting or reselling the information provided.

## Jurisdiction and Dissemination
BTIG is a U.S. broker-dealer and member of FINRA and SIPC.

BTIG Australia Limited ACN 128 554 601, member of ASIC and ASX; BTIG Hong Kong Limited, an Exchange Participant of SEHK and licensed and regulated by the SFC; BTIG Ltd, member of the LSE, authorized and regulated by the FSA; and BTIG Singapore Pte Ltd, registered and licensed with MAS; are all separate but affiliated entities of BTIG. Unless governing law permits otherwise, you must contact a BTIG entity in your home jurisdiction for further information, or if you want to use our services in effecting a transaction.

Issued and approved for distribution in the UK and EEA by BTIG Ltd. to eligible counterparties and professional clients only. Issued and distributed in Australia to "wholesale clients" only by BTIG Australia Limited. In Singapore and Hong Kong, further information may be obtained from BTIG Singapore Pte Ltd and BTIG Hong Kong Limited, respectively.

Confidential                                                                                                              APL-SECLIT_00001789