# EXHIBIT 53

This report is intended for mattblake@apple.com. Unauthorized publication, disclosure or other distribution is strictly prohibited.

# CANACCORD Genuity

*To us there are no foreign markets.™*

# Apple

Connectivity Technologies

**T. Michael Walkley** | Analyst | Canaccord Genuity LLC (US) | mwalkley@canaccordgenuity.com | 612.332.8069
**Anthony Nemoto** | Associate | Canaccord Genuity LLC (US) | anemoto@canaccordgenuity.com | 212.389.8940

**US Equity Research**
**1 November 2018**

**BUY**
*unchanged*

| | |
|---|---|
| **PRICE TARGET** | **US$250.00** |
| *unchanged* | |
| Price (1-Nov) | US$222.22 |
| Ticker | AAPL-NASDAQ |

| | |
|---|---|
| 52-Week Range (US$): | 150.24 - 233.47 |
| Avg Daily Vol (M) : | 34.7 |
| Market Cap (US$M): | 1,073,306 |
| Shares Out. (M) : | 4,829.9 |

| FYE Sep | 2018A | 2019E | 2020E |
|---|---|---|---|
| Sales (US$M) | 265,595 | 278,268↓ | 295,375↑ |
| *Previous* | - | *279,050* | *293,719* |
| EPS GAAP (US$) | 11.87 | 13.46↓ | 15.18↓ |
| *Previous* | - | *13.61* | *15.30* |

| Quarterly Sales | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2018A | 88,293 | 61,137 | 53,265 | 62,900 |
| 2019E | 91,706 | 66,966 | 56,894 | 62,702 |
| 2020E | 96,884 | 68,982 | 62,096 | 67,413 |

| Quarterly EPS GAAP | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2018A | 3.89 | 2.73 | 2.34 | 2.91 |
| 2019E | 4.65 | 3.18 | 2.60 | 3.03 |
| 2020E | 5.46 | 3.45 | 2.96 | 3.31 |



AAPL
S&P 500 (rebased)
Source: FactSet

Priced as of close of business 1 November 2018

Apple designs, manufactures, and sells smartphones, tablets, PCs, and other hardware along with related software, services, and networking solutions.

## Estimates Revised

# Solid Q4/F18; long-term positive thesis intact - reiterate BUY and $250 PT

**Investment recommendation:** Apple reported Q4/F'18 results with revenue and EPS ahead of our and consensus estimates due to strong iPhone ASPs and record Services revenue up 27% YoY when adjusting for a one-time favorable gain in Q4/F'17. iPhone unit sales of 46.9M units were slightly below our 48.5M estimate, but ASPs of $793 were well above our $745 estimate. Guidance for the December quarter at the mid-point was slightly below our and consensus estimates due in part to global macro uncertainty and F/X headwinds. We believe Apple's ecosystem approach including an install base of over 1.3B devices globally is leading to record services revenue, and we expect the higher-margin services revenue growth to continue outpacing total company growth. Management indicated it will no longer disclose iPhone, Mac, or iPad unit sales in future quarterly reports, but we believe Apple's installed base and ability to monetize this 1.3B plus base through services and replacement sales is a more important metric to track. In fact, we believe Apple's three new iPhones with higher ASPs and greater segmentation should contribute to ongoing strong margin and revenue trends even with potentially slower unit growth trends. We believe Apple continues to grow its leading market share of the premium-tier smartphone market with double-digit growth of its installed base and believe the iPhone installed base of new iPhone consumers will exceed 700M exiting C2018. This impressive installed base should drive strong iPhone replacement sales and earnings, as well as cash flow generation to fund strong long-term capital returns. We maintain our BUY rating and $250 price target.

**Strong iPhone ASPs drive upside:** iPhone unit sales of 46.9M units were slightly below our 48.5M estimate, but ASPs of $793 were well above our $745 estimate leading to total iPhone sales of $37.2B versus our $36.1B estimate. Management issued Q1/F'19 guidance for revenue of $89B-$93B with the midpoint below our and consensus $93B estimate. We believe this guidance implies iPhone sales of roughly 76M units. We believe demand trends are solid for the three new iPhone models and anticipate strong ASPs and margin trends for the iPhone franchise going forward.

**Services revenue growth is impressive driven by product ecosystem:** We believe Apple can sustain double digit Services revenue growth including growth from the App Store, strong subscriber growth in Apple Music, Apple Care, iTunes/iCloud and Apple Pay. In addition, we believe Apple is developing additional services that could lead to new areas of growth for this strong mix of recurring revenue products.

**Updating estimates:** Apple repurchased $19B in stock during the quarter and has $122.6B in net cash that it will continue to return to shareholders as the company's executes towards its long-term goal of reaching cash neutral. Based on the reported September quarter results and December quarter guidance, we are decreasing our C'18/C'19/C'20 iPhone shipment estimates from 222M/227M/238M to 216M/218M/228M units. However, based on our increased ASP assumptions along with higher Mac revenue assumptions, our C'18/C'19/C'20 EPS estimates slightly change from $12.76/$14.23/$15.59 to $12.63/$14.27/$15.51. While management's change in disclosing unit sales data may concern investors, we believe Apple's sticky ecosystem and strong product portfolio will continue to drive strong results.

Canaccord Genuity is the global capital markets group of Canaccord Genuity Group Inc. (CF : TSX)
The recommendations and opinions expressed in this research report accurately reflect the research analyst's personal, independent and objective views about any and all the companies and securities that are the subject of this report discussed herein.

**For important information, please see the Important Disclosures beginning on page 8 of this document.**

APL-SECLIT_00002017

This report is intended for mattblake@apple.com. Unauthorized publication, disclosure or other distribution is strictly prohibited.

**CANACCORD** Genuity

### Summary of Apple results versus our and consensus expectations

As shown in Figure 1 below, iPhone unit sales of 46.9M units were slightly below our 48.5M estimate, but ASPs of $793 were well above our $745 estimate. The iPhone Xs and Xs Max had a much stronger impact to ASPs than our expectations and management indicated ongoing strong sales of these high ASP products. We anticipate Apple will sell 78.2M iPhones during the December quarter or slightly below our previous estimate of 79.6M units due to in part to F/X headwinds impacting demand in several markets. Based on the reported September quarter results and December quarter guidance, we are decreasing our C'18/C'19/C'20 iPhone shipment estimates from 222M/227M/238M to 216M/218M/228M units. However, based on our increased ASP assumptions along with higher Mac revenue assumptions, our C'18/C'19/C'20 EPS estimates slightly change from $12.76/$14.23/$15.59 to $12.63/$14.27/$15.51.

**Figure 1: Apple Q4/F2018 results versus Canaccord Genuity and StreetAccount consensus expectations**

| Q4/F2018 | Apple Results | | Canaccord Estimates | | Beat/Miss VS. CGI | StreetAccounts Consensus | | Beat / (Miss) VS. Consensus |
|---|---|---|---|---|---|---|---|---|
| Mac Units | | 5.30 | | 4.61 | 13% | | 4.87 | 8% |
| Blended ASP | $ | 1,399 | $ | 1,476 | -6% | $ | 1,426 | -2% |
| | | | | | | | | |
| iPhone Units | | 46.89 | | 48.53 | -3% | | 47.50 | -1% |
| ASP | $ | 793 | $ | 745 | 6% | $ | 750 | 5% |
| | | | | | | | | |
| iPad Units | | 9.70 | | 11.21 | -16% | | 10.53 | -9% |
| ASP | $ | 422 | $ | 431 | -2% | $ | 435 | -3% |
| | | | | | | | | |
| Other products | $ | 4,234 | $ | 4,112 | 3% | $ | 4,180 | 1% |
| | | | | | | | | |
| Services* | $ | 9,981 | $ | 10,025 | 0% | $ | 10,200 | -2% |
| | | | | | | | | |
| GM | | 38.3% | | 38.3% | 0% | | 38.3% | 0% |
| OM | | 25.6% | | 25.4% | 1% | | 25.2% | 2% |
| | | | | | | | | |
| Revenue | $ | 62,900 | $ | 62,131 | 1% | $ | 61,500 | 2% |
| EPS | $ | 2.91 | $ | 2.81 | 3% | $ | 2.78 | 4% |

Source: Company reports, Canaccord Genuity estimates, StreetAccount

### Services revenue increases in mix due to strong growth; anticipate steady growth drivers to remain in place

Services reported another strong quarter growing 27% YoY, adjusting for a one-time gain in Q4/F'17. We believe Apple can sustainably grow Services revenue double digits for the next several years due to their strong ecosystem of products and installed base of devices over 1.3B. We also expect future products to be developed further enhancing the Services offering and driving incremental high-margin revenue growth for the company despite the potential for slowing iPhone unit sales.

Confidential

This report is intended for mattblake@apple.com. Unauthorized publication, disclosure or other distribution is strictly prohibited.

**CANACCORD** Genuity

**Large installed iPhone base positions Apple for a strong upgrade cycle through C2019**

Figure 2 on the next page provides our detailed analysis of the installed iPhone base, annual iPhone net additions, replacement iPhone sales, and replacement rates by regions of the world. We estimate our 635M iPhone installed base of new iPhone users exiting C2017 represents only 40% of the 1.6B global premium market smartphone subscribers estimated by the end of C2017, according to Gartner. Based on our potentially conservative replacement rate and installed base growth assumptions, we estimate Apple could sell roughly 200M to 250M iPhone units annually based on its growing and loyal installed base of new iPhone consumers.

While we had anticipated a stronger upgrade cycle in 2018 due to the new iPhone X form factor, we believe the installed iPhone user base remains loyal and anticipate more stable replacements rates going forward to drive steady iPhone sales through C2020. We now anticipate roughly 26% to 27% of the new iPhone user base (excludes refurbished sales) will upgrade to a new iPhone in 2018, 2019, and 2020.  While we anticipate product introductions could generate stronger sales in one year versus another, we believe Apple's growing share of the high-end smartphone market positions the company with a strong, loyal customer base that could enable Apple to maintain the high levels of annual iPhone sales despite the higher ASPs for the iPhone Xs and Xs Max.

While, we believe some investors will point to management's decision to stop disclosing iPhone, iPad, and Mac unit sales as evidence iPhone unit sales have peaked, we maintain our belief iPhone unit sales will post slowing growth in future years due to the law of large numbers and strong share of the premium tier market. However, we believe Apple has a very loyal consumer base and anticipate steadily rising iPhone sales over time even with consumer waiting longer to upgrade iPhones. With Apple's ability to still generate over 200M iPhone sales per year with ASPs around $800, we believe this will still drive a strong earnings base for Apple to monetize with additional hardware and services sales to its loyal ecosystem of customers.

With a mature smartphone market, we believe Apple has locked up strong share of the premium tier market and will continue to dominate high-end smartphones sales and capture the vast majority of smartphone profits for the next several years. While the smartphone market is slowing to low single digits annual growth, Apple's dominant profits of the world's largest consumer electronics market is likely to continue.

Confidential

APL-SECLIT_00002019

This report is intended for mattblake@apple.com. Unauthorized publication, disclosure or other distribution is strictly prohibited.

**CANACCORD** Genuity

**Figure 2: iPhone installed base, net adds, replacement sales and replacement rates by region**

| | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 E | 2019 E | 2020 E |
|---|---|---|---|---|---|---|---|---|
| **iPhone Units (sell-in)** | **153.5** | **192.7** | **231.5** | **215.4** | **215.8** | **216.8** | **218.4** | **228.4** |
| **iPhone sell-through estimates by region (millions)** | | | | | | | | |
| North America | 50.9 | 65.9 | 71.7 | 72.1 | 76.9 | 76.0 | 70.9 | 74.2 |
| Latin America | 6.1 | 7.2 | 6.8 | 7.2 | 7.5 | 6.4 | 7.5 | 7.9 |
| Europe | 31.0 | 35.5 | 38.3 | 41.0 | 45.5 | 42.4 | 44.5 | 46.5 |
| Greater China | 25.6 | 50.1 | 72.4 | 54.2 | 49.0 | 49.9 | 55.9 | 58.4 |
| Japan | 12.0 | 14.8 | 14.4 | 14.9 | 14.6 | 15.4 | 15.8 | 16.5 |
| Rest of Asia Pacific | 20.9 | 10.0 | 16.0 | 16.0 | 14.6 | 15.4 | 15.3 | 16.0 |
| Middle East & Africa | 4.3 | 5.2 | 6.2 | 8.3 | 9.2 | 9.0 | 8.7 | 9.1 |
| **Total iPhone sell-through** | **150.8** | **188.6** | **225.9** | **213.7** | **217.3** | **214.6** | **218.7** | **228.7** |
| | | | | | | | | |
| iPhone Channel inventory change | 2.7 | 4.1 | 4.8 | 0.8 | -2.8 | 2.2 | -0.3 | -0.3 |
| Total iPhone channel inventory | 15.3 | 19.4 | 24.2 | 25.0 | 22.2 | 24.4 | 24.1 | 23.8 |

| | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 E | 2019 E | 2020 E |
|---|---|---|---|---|---|---|---|---|
| **iPhone installed base estimates (millions)** | | | | | | | | |
| North America | 92.2 | 114.4 | 131.5 | 142.0 | 152.0 | 164.1 | 174.0 | 180.1 |
| Latin America | 9.8 | 13.9 | 18.4 | 21.2 | 24.2 | 27.1 | 29.1 | 31.3 |
| Europe | 78.9 | 96.3 | 113.6 | 123.9 | 132.5 | 141.8 | 147.5 | 153.4 |
| Greater China | 68.8 | 96.3 | 134.8 | 159.1 | 181.4 | 204.9 | 219.3 | 234.6 |
| Japan | 21.8 | 27.4 | 32.2 | 34.6 | 36.7 | 38.5 | 40.2 | 42.1 |
| Rest of Asia Pacific | 27.7 | 38.8 | 53.8 | 65.6 | 75.7 | 87.1 | 95.8 | 104.4 |
| Middle East & Africa | 10.1 | 15.0 | 21.4 | 27.7 | 32.7 | 37.6 | 41.4 | 45.5 |
| **Total** | **309.3** | **402.1** | **505.7** | **574.1** | **635.1** | **701.2** | **747.2** | **791.3** |
| | | | | | | | | |
| **iPhone installed base Y/Y growth** | | | | | | | | |
| North America | 33% | 24% | 15% | 8% | 7% | 8% | 6% | 4% |
| Latin America | 70% | 42% | 32% | 16% | 14% | 12% | 8% | 8% |
| Europe | 42% | 22% | 18% | 9% | 7% | 7% | 4% | 4% |
| Greater China | 100% | 40% | 40% | 18% | 14% | 13% | 7% | 7% |
| Japan | 57% | 26% | 17% | 8% | 6% | 5% | 5% | 5% |
| Rest of Asia Pacific | 39% | 40% | 39% | 22% | 15% | 15% | 10% | 9% |
| Middle East & Africa | 85% | 48% | 43% | 29% | 18% | 15% | 10% | 10% |
| **YoY % change** | **51%** | **30%** | **26%** | **14%** | **11%** | **10%** | **7%** | **6%** |

| | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 E | 2019 E | 2020 E |
|---|---|---|---|---|---|---|---|---|
| **iPhone net adds & replacement sales estimates (in millions):** | | | | | | | | |
| North America - net adds | 22.9 | 22.2 | 17.2 | 10.5 | 9.9 | 12.2 | 9.8 | 6.1 |
| North America - annual replacement sales | 28.0 | 43.7 | 53.2 | 57.9 | 55.4 | 57.8 | 65.7 | 69.6 |
| Latin America - net adds | 4.0 | 4.1 | 4.4 | 2.8 | 3.0 | 2.9 | 2.0 | 2.2 |
| Latin America -annual replacement sales | 2.0 | 3.0 | 4.0 | 4.9 | 4.5 | 5.6 | 6.2 | 6.7 |
| Europe - net adds | 23.4 | 17.4 | 17.3 | 10.2 | 8.7 | 9.3 | 5.7 | 5.9 |
| Europe - annual replacement sales | 7.6 | 18.1 | 22.2 | 25.0 | 26.0 | 33.1 | 32.6 | 33.9 |
| Japan - net adds | 7.9 | 5.7 | 4.8 | 2.4 | 2.1 | 1.8 | 1.7 | 1.8 |
| Japan - annual replacement sales | 4.1 | 9.1 | 9.6 | 11.3 | 10.4 | 11.0 | 11.9 | 12.5 |
| Asia Pacific - net adds | 42.1 | 38.6 | 53.5 | 36.1 | 32.4 | 34.9 | 23.1 | 24.0 |
| Asia Pacific - annual replacement sales | 4.4 | 24.3 | 36.5 | 43.4 | 56.2 | 61.7 | 67.2 | 72.5 |
| Middle East & Africa - net adds | 4.7 | 4.9 | 6.4 | 6.3 | 5.0 | 4.9 | 3.8 | 4.1 |
| Middle East & Africa - annual replacement s | -0.3 | 0.3 | 0.8 | 1.1 | 1.5 | 1.8 | 1.9 | 2.1 |
| **Total iPhone Net adds** | **104.9** | **92.8** | **103.6** | **68.4** | **61.0** | **66.0** | **46.1** | **44.1** |
| **Total iPhone annual replacement** | **45.9** | **98.6** | **126.2** | **143.4** | **153.9** | **170.9** | **185.5** | **197.2** |
| **Total iPhone annual unit sell-thro** | **150.8** | **191.4** | **229.8** | **211.9** | **214.9** | **236.9** | **231.6** | **241.3** |
| **Change in inventory** | **2.7** | **1.3** | **1.7** | **3.5** | **0.8** | **-20.1** | **-13.2** | **-12.9** |
| **Total iPhone unit sales** | **153.5** | **192.7** | **231.5** | **215.4** | **215.8** | **216.8** | **218.4** | **228.4** |

| | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 E | 2019 E | 2020 E |
|---|---|---|---|---|---|---|---|---|
| **Replacement rate (%)** | | | | | | | | |
| North America | 40% | 47% | 47% | 44% | 39% | 38% | 40% | 40% |
| Latin America | 35% | 31% | 29% | 27% | 21% | 23% | 23% | 23% |
| Europe | 14% | 23% | 23% | 22% | 21% | 25% | 23% | 23% |
| Japan | 30% | 42% | 35% | 35% | 30% | 30% | 31% | 31% |
| Asia Pacific | 8% | 25% | 27% | 23% | 25% | 24% | 23% | 23% |
| Middle East & Africa | -6% | 3% | 6% | 5% | 5% | 5% | 5% | 5% |
| **Global iPhone replacement rate** | **22.4%** | **31.9%** | **31.4%** | **28.4%** | **26.8%** | **26.9%** | **26.5%** | **26.4%** |

*Source: Company reports, Canaccord Genuity estimates*

**Ecosystem strategy is taking hold with Services revenue growth and steady product sales; differentiated wearable products provide strong growth**

Q4/F'18 results included record September quarter revenue indicating the strength of the company's ecosystem business strategy. In fact, Tim Cook noted on the call, iPhone install base grew double digits over last year which carries through to Services revenue growth. With the scale and penetration of Apple's products globally driving

Confidential

This report is intended for mattblake@apple.com. Unauthorized publication, disclosure or other distribution is strictly prohibited.

**CANACCORD** Genuity

higher margin Services revenue growth, Apple has developed a powerful business model. In fact, with the company indicating a strong pipeline of products and services under development, we believe total company revenue growth can continue to grow despite the slower smartphone market growth. Wearables including Apple Watch, Airpods and Beats continued to post impressive growth. We believe the shares remain attractive and would buy on weakness.

Confidential

APL-SECLIT_00002021

**CANACCORD** Genuity

**Apple**
Estimates Revised

## Figure 3: Apple Income Statement

**Apple Inc. - AAPL**
**Consolidated Income Statement**
*(in millions, except per share information)*

| Period | Q1-18 A | Q2-18 A | Q3-18 A | Q4-18 A | Q1-19 E | Q2-19 E | Q3-19 E | Q4-19 E | Q1-20 E | Q2-20 E | Q3-20 E | Q4-20 E | Q1-21 E | FY-18 A | FY-19 E | FY-20 E | CY-18 E | CY-19 E | CY-20 E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | 12/31/2017 | 3/31/2018 | 6/30/2018 | 9/30/2018 | 12/31/2018 | 3/31/2019 | 6/30/2019 | 9/30/2019 | 12/31/2019 | 3/31/2020 | 6/30/2020 | 9/30/2020 | 12/31/2020 | 9/30/2018 | 9/30/2019 | 9/30/2020 | 12/31/2018 | 12/31/2019 | 12/31/2020 |
| **Notes to Income Statement** | | | | | | | | | | | | | | | | | | | |
| **Net Sales** | **88,293** | **61,137** | **53,265** | **62,900** | **91,706** | **66,966** | **56,894** | **62,702** | **96,884** | **68,982** | **62,096** | **67,413** | **100,588** | **265,595** | **278,268** | **295,375** | **269,008** | **283,446** | **299,079** |
| Cost of Sales | 54,381 | 37,715 | 32,844 | 38,816 | 56,675 | 41,390 | 34,695 | 38,202 | 59,294 | 42,452 | 37,863 | 41,093 | 61,496 | 163,756 | 170,962 | 180,701 | 166,050 | 173,581 | 182,904 |
| **Gross Profit** | **33,912** | **23,422** | **20,421** | **24,084** | **35,032** | **25,576** | **22,199** | **24,500** | **37,590** | **26,530** | **24,233** | **26,320** | **39,092** | **101,839** | **107,306** | **114,674** | **102,959** | **109,865** | **116,175** |
| Research & Development | 3,407 | 3,378 | 3,701 | 3,750 | 3,900 | 3,978 | 4,058 | 4,139 | 4,221 | 4,348 | 4,435 | 4,524 | 4,614 | 14,236 | 16,074 | 17,529 | 14,729 | 16,396 | 17,921 |
| Selling, General and Administrative | 4,231 | 4,150 | 4,108 | 4,216 | 4,848 | 4,315 | 4,315 | 4,445 | 4,800 | 4,416 | 4,769 | 5,151 | 5,563 | 16,705 | 17,923 | 19,136 | 17,322 | 17,875 | 19,899 |
| Operating Expenses | 7,638 | 7,528 | 7,809 | 7,966 | 8,748 | 8,293 | 8,373 | 8,583 | 9,022 | 8,764 | 9,204 | 9,675 | 10,177 | 30,941 | 33,997 | 36,665 | 32,051 | 34,271 | 37,821 |
| **Operating Income** | **26,274** | **15,894** | **12,612** | **16,118** | **26,283** | **17,283** | **13,826** | **15,917** | **28,569** | **17,766** | **15,029** | **16,646** | **28,914** | **70,898** | **73,309** | **78,009** | **70,907** | **75,594** | **78,355** |
| Other income and expense | 756 | 274 | 672 | 303 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 2,005 | 1,200 | 1,200 | 1,549 | 1,200 | 1,200 |
| **Pre-tax Income** | **27,030** | **16,168** | **13,284** | **16,421** | **26,583** | **17,583** | **14,126** | **16,217** | **28,869** | **18,066** | **15,329** | **16,946** | **29,214** | **72,903** | **74,509** | **79,209** | **68,423** | **76,794** | **79,555** |
| Provision for income taxes | 6,965 | 2,346 | 1,765 | 2,296 | 4,386 | 2,637 | 2,119 | 2,432 | 4,330 | 2,710 | 2,299 | 2,542 | 4,382 | 13,372 | 11,575 | 11,881 | 10,793 | 11,519 | 11,933 |
| **Net Income** | **20,065** | **13,822** | **11,519** | **14,125** | **22,197** | **14,945** | **12,007** | **13,784** | **24,538** | **15,356** | **13,029** | **14,404** | **24,832** | **59,531** | **62,934** | **67,328** | **61,663** | **65,275** | **67,621** |
| **GAAP EPS** | **3.89** | **2.73** | **2.34** | **2.91** | **4.65** | **3.18** | **2.60** | **3.03** | **5.46** | **3.45** | **2.96** | **3.31** | **5.78** | **11.87** | **13.46** | **15.18** | **12.63** | **14.27** | **15.51** |
| Basic | 5,113 | 5,025 | 4,882 | 4,802 | 4,727 | 4,652 | 4,577 | 4,502 | 4,452 | 4,402 | 4,352 | 4,302 | 4,252 | 4,955 | 4,614 | 4,377 | 4,859 | 4,545 | 4,327 |
| Fully Diluted Shares | 5,158 | 5,068 | 4,927 | 4,848 | 4,773 | 4,698 | 4,623 | 4,548 | 4,498 | 4,448 | 4,398 | 4,348 | 4,298 | 5,000 | 4,660 | 4,423 | 4,904 | 4,591 | 4,373 |
| **Costs as % Revenue:** | | | | | | | | | | | | | | | | | | | |
| Cost of Sales | 61.6 | 61.7 | 61.7 | 61.7 | 61.8 | 61.8 | 61.0 | 60.9 | 61.2 | 61.5 | 61.0 | 61.0 | 61.1 | 61.7 | 61.4 | 61.2 | 61.7 | 61.2 | 61.2 |
| Gross Profit | 38.4 | 38.3 | 38.3 | 38.3 | 38.2 | 38.2 | 39.0 | 39.1 | 38.8 | 38.5 | 39.0 | 39.0 | 38.9 | 38.3 | 38.6 | 38.8 | 38.3 | 38.8 | 38.8 |
| Research & Development | 3.9 | 5.5 | 6.9 | 6.0 | 4.3 | 5.9 | 7.1 | 6.6 | 4.4 | 6.3 | 7.1 | 6.7 | 4.6 | 5.4 | 5.8 | 5.9 | 5.5 | 5.8 | 6.0 |
| Selling, General and Administrative | 4.8 | 6.8 | 7.7 | 6.7 | 5.3 | 6.4 | 7.6 | 7.1 | 5.0 | 6.4 | 7.7 | 7.6 | 5.5 | 6.3 | 6.4 | 6.5 | 6.4 | 6.3 | 6.7 |
| Pro-forma operating margin | 29.8 | 26.0 | 23.7 | 25.6 | 28.7 | 25.8 | 24.3 | 25.4 | 29.5 | 25.8 | 24.2 | 24.7 | 28.7 | 26.7 | 26.3 | 26.4 | 26.4 | 26.7 | 26.2 |
| Provision for income taxes | 7.9 | 3.8 | 3.3 | 3.7 | 4.8 | 3.9 | 3.7 | 3.9 | 4.5 | 3.9 | 3.7 | 3.8 | 4.4 | 5.0 | 4.2 | 4.0 | 4.0 | 4.1 | 4.0 |
| Tax Rate | 25.8 | 14.5 | 13.3 | 14.0 | 16.5 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 18.3 | 15.5 | 15.0 | 15.8 | 15.0 | 15.0 |
| Net Income | 22.7 | 22.6 | 21.6 | 22.5 | 24.2 | 22.3 | 21.1 | 22.0 | 25.3 | 22.3 | 21.0 | 21.4 | 24.7 | 22.4 | 22.6 | 22.8 | 22.9 | 23.0 | 22.6 |
| **Quarter/Quarter % change:** | | | | | | | | | | | | | | | | | | | |
| Sales | 67.9% | -30.8% | -12.9% | 18.1% | 45.8% | -27.0% | -15.0% | 10.2% | 54.5% | -28.8% | -10.0% | 8.6% | 49.2% | | | | | | |
| Operating Income | 94.2% | -40.2% | -17.8% | 23.6% | 61.9% | -33.9% | -19.7% | 14.8% | 78.0% | -37.4% | -15.2% | 10.5% | 72.4% | | | | | | |
| **Year/Year % change:** | | | | | | | | | | | | | | | | | | | |
| Sales | 12.7% | 15.6% | 17.3% | 19.6% | 3.9% | 9.5% | 6.8% | -0.3% | 5.6% | 3.0% | 9.1% | 7.5% | 3.8% | 15.9% | 4.8% | 6.1% | 12.5% | 5.4% | 5.5% |
| Pro-forma Operating Income | 12.5% | 12.7% | 17.1% | 22.9% | 0.0% | 8.7% | 9.6% | -1.2% | 8.7% | 2.8% | 8.7% | 4.6% | 1.2% | 15.6% | 3.4% | 6.4% | 10.3% | 6.6% | 3.7% |
| Pro-forma Net Income | 12.2% | 25.3% | 32.1% | 31.8% | 10.6% | 8.1% | 4.2% | -2.4% | 10.5% | 2.7% | 8.5% | 4.5% | 1.2% | 23.1% | 5.7% | 7.0% | 22.0% | 5.9% | 3.6% |

**For important information, please visit Canaccord Genuity's Online Disclosure Database: http://www.canaccordgenuity.com/en/ODD/pages/disclosures.aspx**

Source: Company reports and Canaccord Genuity estimates

Source: Company reports, Canaccord Genuity estimates. A more detailed financial model, including balance sheet, income statement, and cash flow projections, if available, may be obtained by contacting your Canaccord Genuity Sales Person or the Authoring Analyst, whose contact information appears on the front page of this report.

**T. Michael Walkley**
**Canaccord Genuity**
**612.332.8069**
**Updated:** **November 1, 2018**

Apple
Estimates Revised

CANACCORD Genuity

Figure 4: Apple sales by product category

**Apple Quarterly Sales by Product Category (in million USD)** / **Annual Sales By Product (in million USD)**

| | Q1-18 A 12/31/2017 | Q2-18 A 3/31/2018 | Q3-18 A 6/30/2018 | Q4-18 A 9/30/2018 | Q1-19 E 12/31/2018 | Q2-19 E 3/31/2019 | Q3-19 E 6/30/2019 | Q4-19 E 9/30/2019 | Q1-20 E 12/31/2019 | Q2-20 E 3/31/2020 | Q3-20 E 6/30/2020 | Q4-20 E 9/30/2020 | Q1-21 E 12/31/2020 | FY18A 9/30/2018 | FY19E 9/30/2019 | FY20E 9/30/2020 | CY18E 12/31/2018 | CY19E 12/31/2019 | CY20E 12/31/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **iPhone Units** | 77.32 | 52.22 | 41.30 | 46.89 | 76.43 | 52.35 | 41.36 | 46.53 | 78.17 | 52.37 | 45.57 | 50.58 | 79.91 | 217.72 | 216.67 | 226.69 | 216.84 | 218.41 | 228.43 |
| iPhone ASP (adjusting for deferral) | $803 | $728 | $718 | $790 | $814 | $793 | $770 | $754 | $830 | $788 | $764 | $749 | $839 | $746 | $768 | $769 | $750 | $773 | $773 |
| iPhone ASP reported | $796 | $728 | $724 | $793 | $808 | $794 | $776 | $757 | $823 | $789 | $768 | $751 | $833 | $766 | $788 | $788 | $770 | $793 | $792 |
| Current Quarter iPhone Revenue | $60,504 | $36,954 | $28,825 | $36,102 | $60,658 | $40,486 | $30,999 | $34,158 | $63,281 | $40,226 | $33,919 | $36,877 | $65,450 | $162,386 | $166,301 | $174,303 | $162,540 | $168,924 | $176,472 |
| Current Quarter iPhone Deferred Revenue | $1,072 | $1,078 | $1,081 | $1,083 | $1,086 | $1,082 | $1,086 | $1,086 | $1,086 | $1,088 | $1,089 | $1,099 | $1,108 | $4,313 | $4,340 | $4,362 | $4,327 | $4,339 | $4,384 |
| Prior Period iPhone Deferred Revenue | | | | | | | | | | | | | | | | | | | |
| **Total iPhone Reported Revenue** | $61,576 | $38,032 | $29,906 | $37,185 | $61,744 | $41,567 | $32,085 | $35,245 | $64,367 | $41,314 | $35,008 | $37,976 | $66,558 | $166,699 | $170,641 | $178,665 | $166,867 | $173,263 | $180,856 |
| Q/Q Growth | 113% | -38% | -21% | 24% | 66% | -33% | -23% | 10% | 83% | -36% | -15% | 8% | 75% | | | | | | |
| Y/Y Growth | 13% | 14% | 20% | 29% | 0% | 9% | 7% | -5% | 4% | -1% | 9% | 8% | 3% | 18% | 2% | 5% | 12% | 4% | 4% |
| %age of Apple Revenue | 70% | 62% | 56% | 59% | 67% | 62% | 56% | 56% | 66% | 60% | 56% | 56% | 66% | 63% | 61% | 60% | 62% | 61% | 60% |
| **iPad Units** | 13.17 | 9.11 | 11.55 | 9.70 | 12.61 | 8.45 | 8.70 | 9.05 | 13.57 | 9.09 | 9.37 | 9.37 | 14.05 | 43.54 | 38.81 | 41.40 | 42.97 | 39.77 | 41.88 |
| iPad ASP | $445 | $451 | $410 | $422 | $422 | $401 | $401 | $401 | $401 | $380 | $380 | $380 | $380 | $431.95 | $409.52 | $386.88 | $424.09 | $401.83 | $379.96 |
| Current Quarter iPad Revenue | $5,599 | $3,931 | $4,510 | $3,895 | $5,064 | $3,214 | $3,311 | $3,443 | $5,165 | $3,278 | $3,377 | $3,377 | $5,065 | $17,934 | $15,032 | $15,197 | $17,399 | $15,134 | $15,097 |
| Current Quarter iPad Deferred Revenue | $223 | $216 | $213 | $217 | $218 | $217 | $216 | $209 | $206 | $207 | $207 | $201 | $201 | $870 | $860 | $821 | $864 | $848 | $816 |
| Prior Period iPad Deferred Revenue | | | | | | | | | | | | | | | | | | | |
| **Total iPad Reported Revenue** | $5,862 | $4,113 | $4,741 | $4,089 | $5,282 | $3,432 | $3,527 | $3,652 | $5,371 | $3,485 | $3,584 | $3,578 | $5,266 | $18,805 | $15,892 | $16,018 | $18,225 | $15,982 | $15,913 |
| Q/Q Growth | 21% | -30% | 15% | -14% | 29% | -35% | 3% | 4% | 47% | -35% | 3% | 0% | 47% | | | | | | |
| Y/Y Growth | 6% | 6% | -5% | -15% | -10% | -17% | -26% | -11% | 2% | 2% | 2% | -2% | -2% | -2% | -15% | 1% | -7% | -12% | 0% |
| %age of Apple Revenue | 7% | 7% | 9% | 7% | 6% | 5% | 6% | 6% | 6% | 5% | 6% | 5% | 5% | 7% | 6% | 5% | 7% | 6% | 5% |
| **Mac Units** | 5.11 | 4.08 | 3.72 | 5.30 | 5.30 | 4.56 | 4.33 | 5.20 | 5.25 | 4.41 | 4.19 | 5.02 | 5.07 | 18.21 | 19.38 | 18.87 | 18.40 | 19.33 | 18.69 |
| Mac ASP | $1,349 | $1,434 | $1,433 | $1,399 | $1,357 | $1,357 | $1,316 | $1,408 | $1,366 | $1,400 | $1,358 | $1,453 | $1,409 | $1,371 | $1,361 | $1,395 | $1,406 | $1,362 | $1,405 |
| Current Quarter Mac Revenue | $6,690.52 | $5,685 | $5,181 | $7,411 | $7,189 | $6,182 | $5,697 | $7,315 | $7,166 | $6,171 | $5,686 | $7,301 | $7,153 | $24,968 | $26,383 | $26,324 | $25,466 | $26,360 | $26,311 |
| Current Quarter Mac Deferred Revenue | $158 | $194 | $194 | $192 | $191 | $191 | $191 | $190 | $188 | $188 | $189 | $189 | $189 | $738 | $762 | $754 | $771 | $759 | $755 |
| Prior Period Mac Deferred Revenue | | | | | | | | | | | | | | | | | | | |
| **Total Mac Reported Revenue** | $6,895 | $5,848 | $5,330 | $7,411 | $7,380 | $6,373 | $5,888 | $7,504 | $7,355 | $6,359 | $5,875 | $7,490 | $7,342 | $25,484 | $27,145 | $27,079 | $25,969 | $27,120 | $27,066 |
| Q/Q Growth | -4% | -15% | -9% | 39% | 0% | -14% | -8% | 27% | -2% | -14% | -8% | 27% | -2% | | | | | | |
| Y/Y Growth | -5% | 0% | -5% | 3% | 7% | 9% | 10% | 1% | 0% | 0% | 0% | 0% | 0% | -1% | 7% | 0% | 2% | 4% | 0% |
| %age of Apple Revenue | 8% | 10% | 10% | 12% | 8% | 10% | 10% | 12% | 8% | 9% | 9% | 11% | 7% | 10% | 10% | 9% | 10% | 10% | 9% |
| **iPod Revenue** | $42 | $5 | $5 | $4 | $3 | $2 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $56 | $5 | $0 | $17 | $2 | $0 |
| **Apple watch units** | 8.00 | 5.50 | 5.64 | 5.70 | 9.12 | 5.93 | 6.11 | 6.35 | 10.80 | 7.02 | 7.23 | 7.52 | 12.78 | 24.84 | 27.50 | 32.56 | 25.96 | 29.18 | 34.54 |
| Apple watch ASPs | $444 | $435 | $427 | $450 | $461 | $438 | $405 | $405 | $415 | $395 | $365 | $365 | $374 | $419 | $411 | $368 | $426 | $396 | $354 |
| Current Quarter Watch Revenue | $3,391 | $2,282 | $2,293 | $2,451 | $4,024 | $2,479 | $2,353 | $2,447 | $4,269 | $2,629 | $2,494 | $2,594 | $4,526 | $10,416 | $11,303 | $11,986 | $11,050 | $11,548 | $12,243 |
| Prior Period Watch Deferred Revenue | $61 | $69 | $79 | $89 | $99 | $111 | $118 | $125 | $131 | $138 | $142 | $146 | $150 | $298 | $453 | $556 | $335 | $485 | $512 |
| **Total Watch Reported Revenue** | $3,452 | $2,351 | $2,371 | $2,540 | $4,123 | $2,590 | $2,471 | $2,572 | $4,400 | $2,767 | $2,636 | $2,739 | $4,676 | $10,714 | $11,756 | $12,542 | $11,385 | $12,032 | $12,818 |
| Q/Q Growth | 111% | -32% | 1% | 7% | 62% | -37% | -5% | 4% | 71% | -37% | -5% | 4% | 71% | | | | | | |
| Y/Y Growth | 77% | 76% | 86% | 55% | 19% | 10% | 4% | 1% | 7% | 7% | 7% | 7% | 6% | 73% | 10% | 7% | 48% | 6% | 7% |
| %age of Apple Revenue | 4% | 4% | 4% | 4% | 4% | 4% | 4% | 4% | 5% | 4% | 4% | 4% | 5% | 4% | 4% | 4% | 4% | 4% | 4% |
| **Accessories** | $1,995 | $1,597 | $1,364 | $1,690 | $2,195 | $1,693 | $1,446 | $1,791 | $2,261 | $1,795 | $1,533 | $1,899 | $2,329 | $6,647 | $7,125 | $7,487 | $6,846 | $7,191 | $7,555 |
| **Total Other Products** | $5,489 | $3,954 | $3,740 | $4,234 | $6,321 | $4,285 | $3,916 | $4,364 | $6,661 | $4,562 | $4,168 | $4,638 | $7,005 | $17,417 | $18,887 | $20,029 | $18,249 | $19,226 | $20,373 |
| **Services** | $8,471 | $9,190 | $9,548 | $9,981 | $10,979 | $11,308 | $11,478 | $11,937 | $13,131 | $13,262 | $13,461 | $13,730 | $14,417 | $37,190 | $45,703 | $53,585 | $39,698 | $47,855 | $54,871 |
| **Deferred Revenue** | $1,519 | $1,562 | $1,571 | $1,584 | $1,598 | $1,602 | $1,610 | $1,610 | $1,611 | $1,621 | $1,626 | $1,635 | $1,648 | $6,237 | $6,421 | $6,493 | $6,315 | $6,434 | $6,530 |
| **Total Apple Revenue** | $88,293 | $61,137 | $53,265 | $62,900 | $91,706 | $66,966 | $56,894 | $62,702 | $96,884 | $68,982 | $62,096 | $67,413 | $100,588 | $265,595 | $278,268 | $295,375 | $269,008 | $283,446 | $299,079 |

Source: Company reports, Canaccord Genuity estimates

**Buy** *unchanged*  **Target Price US$250.00** *unchanged*  |  **1 November 2018**

Connectivity Technologies 7

Confidential

APL-SECLIT_00002023

This report is intended for mattblake@apple.com. Unauthorized publication, disclosure or other distribution is strictly prohibited.

**CANACCORD** Genuity

# Appendix: Important Disclosures

### Analyst Certification

Each authoring analyst of Canaccord Genuity whose name appears on the front page of this research hereby certifies that (i) the recommendations and opinions expressed in this research accurately reflect the authoring analyst's personal, independent and objective views about any and all of the designated investments or relevant issuers discussed herein that are within such authoring analyst's coverage universe and (ii) no part of the authoring analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the authoring analyst in the research.

Analysts employed outside the US are not registered as research analysts with FINRA. These analysts may not be associated persons of Canaccord Genuity LLC and therefore may not be subject to the FINRA Rule 2241 and NYSE Rule 472 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

### Sector Coverage

Individuals identified as "Sector Coverage" cover a subject company's industry in the identified jurisdiction, but are not authoring analysts of the report.

### Investment Recommendation

Date and time of first dissemination: November 01, 2018, 23:03 ET

Date and time of production: November 01, 2018, 20:14 ET

### Target Price / Valuation Methodology:

Apple - AAPL

Our $250 price target is based on shares trading at roughly 16x our C2020 EPS estimate.

### Risks to achieving Target Price / Valuation:

Apple - AAPL

Risks to our investment thesis include: 1. Gross margin for key products such as the iPhone decline below our expectations. 2. Ability to innovate slows or competition catches up versus Apple's next iteration of its products. 3. Macro uncertainty leads to slower than expected sales of Apple products.

### Distribution of Ratings:

### Global Stock Ratings (as of 11/01/18)

| Rating | Coverage Universe | | IB Clients |
|---|---|---|---|
| | # | % | % |
| Buy | 557 | 62.94% | 46.68% |
| Hold | 207 | 23.39% | 29.95% |
| Sell | 11 | 1.24% | 27.27% |
| Speculative Buy | 110 | 12.43% | 64.55% |
| | 885* | 100.0% | |

*Total includes stocks that are Under Review

### Canaccord Genuity Ratings System

**BUY**: The stock is expected to generate risk-adjusted returns of over 10% during the next 12 months.

**HOLD**: The stock is expected to generate risk-adjusted returns of 0-10% during the next 12 months.

**SELL**: The stock is expected to generate negative risk-adjusted returns during the next 12 months.

**NOT RATED:** Canaccord Genuity does not provide research coverage of the relevant issuer.

"Risk-adjusted return" refers to the expected return in relation to the amount of risk associated with the designated investment or the relevant issuer.

### Risk Qualifier

**SPECULATIVE**: Stocks bear significantly higher risk that typically cannot be valued by normal fundamental criteria. Investments in the stock may result in material loss.

**12-Month Recommendation History** (as of date same as the **Global Stock Ratings** table)

This report is intended for mattblake@apple.com. Unauthorized publication, disclosure or other distribution is strictly prohibited.

**CANACCORD** Genuity

A list of all the recommendations on any issuer under coverage that was disseminated during the preceding 12-month period may be obtained at the following website (provided as a hyperlink if this report is being read electronically) http://disclosures-mar.canaccordgenuity.com/EN/Pages/default.aspx

### Required Company-Specific Disclosures (as of date of this publication)

Canaccord Genuity or one or more of its affiliated companies is a market maker or liquidity provider in the securities of Apple or in any related derivatives.

Canaccord Genuity or one or more of its affiliated companies intend to seek or expect to receive compensation for Investment Banking services from Apple in the next three months.



Apple Rating History as of 10/31/2018

Buy (B); Speculative Buy (SB); Sell (S); Hold (H); Suspended (SU); Under Review (UR); Restricted (RE); Not Rated (NR)

### Past performance

In line with Article 44(4)(b), MiFID II Delegated Regulation, we disclose price performance for the preceding five years or the whole period for which the financial instrument has been offered or investment service provided where less than five years. Please note price history refers to actual past performance, and that past performance is not a reliable indicator of future price and/or performance.

### Online Disclosures

Up-to-date disclosures may be obtained at the following website (provided as a hyperlink if this report is being read electronically) http://disclosures.canaccordgenuity.com/EN/Pages/default.aspx; or by sending a request to Canaccord Genuity Corp. Research, Attn: Disclosures, P.O. Box 10337 Pacific Centre, 2200-609 Granville Street, Vancouver, BC, Canada V7Y 1H2; or by sending a request by email to disclosures@canaccordgenuity.com. The reader may also obtain a copy of Canaccord Genuity's policies and procedures regarding the dissemination of research by following the steps outlined above.

### General Disclaimers

See "Required Company-Specific Disclosures" above for any of the following disclosures required as to companies referred to in this report: manager or co-manager roles; 1% or other ownership; compensation for certain services; types of client relationships; research analyst conflicts; managed/co-managed public offerings in prior periods; directorships; market making in equity securities and related derivatives. For reports identified above as compendium reports, the foregoing required company-specific disclosures can be found in a hyperlink located in the section labeled, "Compendium Reports." "Canaccord Genuity" is the business name used by certain wholly owned subsidiaries of Canaccord Genuity Group Inc., including Canaccord Genuity LLC, Canaccord Genuity Limited, Canaccord Genuity Corp., and Canaccord Genuity (Australia) Limited, an affiliated company that is 50%-owned by Canaccord Genuity Group Inc.

The authoring analysts who are responsible for the preparation of this research are employed by Canaccord Genuity Corp. a Canadian broker-dealer with principal offices located in Vancouver, Calgary, Toronto, Montreal, or Canaccord Genuity LLC, a US broker-dealer with principal offices located in New York, Boston, San Francisco and Houston, or Canaccord Genuity Limited., a UK broker-dealer with principal offices located in London (UK) and Dublin (Ireland), or Canaccord Genuity (Australia) Limited, an Australian broker-dealer with principal offices located in Sydney and Melbourne.

The authoring analysts who are responsible for the preparation of this research have received (or will receive) compensation based upon (among other factors) the Investment Banking revenues and general profits of Canaccord Genuity. However, such authoring analysts have not received, and will not receive, compensation that is directly based upon or linked to one or more specific Investment Banking activities, or to recommendations contained in the research.

Some regulators require that a firm must establish, implement and make available a policy for managing conflicts of interest arising as a result of publication or distribution of research. This research has been prepared in accordance with Canaccord Genuity's policy on

Confidential

This report is intended for mattblake@apple.com. Unauthorized publication, disclosure or other distribution is strictly prohibited.

**CANACCORD** Genuity

managing conflicts of interest, and information barriers or firewalls have been used where appropriate. Canaccord Genuity's policy is available upon request.

The information contained in this research has been compiled by Canaccord Genuity from sources believed to be reliable, but (with the exception of the information about Canaccord Genuity) no representation or warranty, express or implied, is made by Canaccord Genuity, its affiliated companies or any other person as to its fairness, accuracy, completeness or correctness. Canaccord Genuity has not independently verified the facts, assumptions, and estimates contained herein. All estimates, opinions and other information contained in this research constitute Canaccord Genuity's judgement as of the date of this research, are subject to change without notice and are provided in good faith but without legal responsibility or liability.

From time to time, Canaccord Genuity salespeople, traders, and other professionals provide oral or written market commentary or trading strategies to our clients and our principal trading desk that reflect opinions that are contrary to the opinions expressed in this research. Canaccord Genuity's affiliates, principal trading desk, and investing businesses also from time to time make investment decisions that are inconsistent with the recommendations or views expressed in this research.

This research is provided for information purposes only and does not constitute an offer or solicitation to buy or sell any designated investments discussed herein in any jurisdiction where such offer or solicitation would be prohibited. As a result, the designated investments discussed in this research may not be eligible for sale in some jurisdictions. This research is not, and under no circumstances should be construed as, a solicitation to act as a securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. This material is prepared for general circulation to clients and does not have regard to the investment objectives, financial situation or particular needs of any particular person. Investors should obtain advice based on their own individual circumstances before making an investment decision. To the fullest extent permitted by law, none of Canaccord Genuity, its affiliated companies or any other person accepts any liability whatsoever for any direct or consequential loss arising from or relating to any use of the information contained in this research.

### Research Distribution Policy

Canaccord Genuity research is posted on the Canaccord Genuity Research Portal and will be available simultaneously for access by all of Canaccord Genuity's customers who are entitled to receive the firm's research. In addition research may be distributed by the firm's sales and trading personnel via email, instant message or other electronic means. Customers entitled to receive research may also receive it via third party vendors. Until such time as research is made available to Canaccord Genuity's customers as described above, Authoring Analysts will not discuss the contents of their research with Sales and Trading or Investment Banking employees without prior compliance consent.

For further information about the proprietary model(s) associated with the covered issuer(s) in this research report, clients should contact their local sales representative.

### Short-Term Trade Ideas

Research Analysts may, from time to time, discuss "short-term trade ideas" in research reports. A short-term trade idea offers a near-term view on how a security may trade, based on market and trading events or catalysts, and the resulting trading opportunity that may be available. Any such trading strategies are distinct from and do not affect the analysts' fundamental equity rating for such stocks. A short-term trade idea may differ from the price targets and recommendations in our published research reports that reflect the research analyst's views of the longer-term (i.e. one-year or greater) prospects of the subject company, as a result of the differing time horizons, methodologies and/or other factors. It is possible, for example, that a subject company's common equity that is considered a long-term 'Hold' or 'Sell' might present a short-term buying opportunity as a result of temporary selling pressure in the market or for other reasons described in the research report; conversely, a subject company's stock rated a long-term 'Buy' or "Speculative Buy" could be considered susceptible to a downward price correction, or other factors may exist that lead the research analyst to suggest a sale over the short-term. Short-term trade ideas are not ratings, nor are they part of any ratings system, and the firm does not intend, and does not undertake any obligation, to maintain or update short-term trade ideas. Short-term trade ideas are not suitable for all investors and are not tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any securities or strategies discussed herein. Please contact your salesperson for more information regarding Canaccord Genuity's research.

### For Canadian Residents:

This research has been approved by Canaccord Genuity Corp., which accepts sole responsibility for this research and its dissemination in Canada. Canaccord Genuity Corp. is registered and regulated by the Investment Industry Regulatory Organization of Canada (IIROC) and is a Member of the Canadian Investor Protection Fund. Canadian clients wishing to effect transactions in any designated investment discussed should do so through a qualified salesperson of Canaccord Genuity Corp. in their particular province or territory.

### For United States Persons:

Canaccord Genuity LLC, a US registered broker-dealer, accepts responsibility for this research and its dissemination in the United States. This research is intended for distribution in the United States only to certain US institutional investors. US clients wishing to effect transactions in any designated investment discussed should do so through a qualified salesperson of Canaccord Genuity LLC. Analysts employed outside the US, as specifically indicated elsewhere in this report, are not registered as research analysts with FINRA. These analysts may not be associated persons of Canaccord Genuity LLC and therefore may not be subject to the FINRA Rule 2241 and NYSE Rule 472 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

Confidential

**For United Kingdom and European Residents:**

This research is distributed in the United Kingdom and elsewhere Europe, as third party research by Canaccord Genuity Limited, which is authorized and regulated by the Financial Conduct Authority. This research is for distribution only to persons who are Eligible Counterparties or Professional Clients only and is exempt from the general restrictions in section 21 of the Financial Services and Markets Act 2000 on the communication of invitations or inducements to engage in investment activity on the grounds that it is being distributed in the United Kingdom only to persons of a kind described in Article 19(5) (Investment Professionals) and 49(2) (High Net Worth companies, unincorporated associations etc) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (as amended). It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons. This material is not for distribution in the United Kingdom or elsewhere in Europe to retail clients, as defined under the rules of the Financial Conduct Authority.

**For Jersey, Guernsey and Isle of Man Residents:**

This research is sent to you by Canaccord Genuity Wealth (International) Limited (CGWI) for information purposes and is not to be construed as a solicitation or an offer to purchase or sell investments or related financial instruments. This research has been produced by an affiliate of CGWI for circulation to its institutional clients and also CGWI. Its contents have been approved by CGWI and we are providing it to you on the basis that we believe it to be of interest to you. This statement should be read in conjunction with your client agreement, CGWI's current terms of business and the other disclosures and disclaimers contained within this research. If you are in any doubt, you should consult your financial adviser.

CGWI is licensed and regulated by the Guernsey Financial Services Commission, the Jersey Financial Services Commission and the Isle of Man Financial Supervision Commission. CGWI is registered in Guernsey and is a wholly owned subsidiary of Canaccord Genuity Group Inc.

**For Australian Residents:**

This research is distributed in Australia by Canaccord Genuity (Australia) Limited ABN 19 075 071 466 holder of AFS Licence No 234666. To the extent that this research contains any advice, this is limited to general advice only. Recipients should take into account their own personal circumstances before making an investment decision. Clients wishing to effect any transactions in any financial products discussed in the research should do so through a qualified representative of Canaccord Genuity (Australia) Limited. Canaccord Genuity Wealth Management is a division of Canaccord Genuity (Australia) Limited.

**For Hong Kong Residents:**

This research is distributed in Hong Kong by Canaccord Genuity (Hong Kong) Limited which is licensed by the Securities and Futures Commission. This research is only intended for persons who fall within the definition of professional investor as defined in the Securities and Futures Ordinance. It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons. Recipients of this report can contact Canaccord Genuity (Hong Kong) Limited. (Contact Tel: +852 3919 2561) in respect of any matters arising from, or in connection with, this research.

**Additional information is available on request.**

Copyright © Canaccord Genuity Corp. 2018 – Member IIROC/Canadian Investor Protection Fund

Copyright © Canaccord Genuity Limited. 2018 – Member LSE, authorized and regulated by the Financial Conduct Authority.

Copyright © Canaccord Genuity LLC 2018 – Member FINRA/SIPC

Copyright © Canaccord Genuity (Australia) Limited. 2018 – Participant of ASX Group, Chi-x Australia and of the NSX. Authorized and regulated by ASIC.

All rights reserved. All material presented in this document, unless specifically indicated otherwise, is under copyright to Canaccord Genuity Corp., Canaccord Genuity Limited, Canaccord Genuity LLC or Canaccord Genuity Group Inc. None of the material, nor its content, nor any copy of it, may be altered in any way, or transmitted to or distributed to any other party, without the prior express written permission of the entities listed above.

**None of the material, nor its content, nor any copy of it, may be altered in any way, reproduced, or distributed to any other party including by way of any form of social media, without the prior express written permission of the entities listed above.**