# EXHIBIT 54

| | |
|---|---|
| From: | CCS Insight <research@ccsinsight.com> |
| Subject: | Instant Insight: Apple Results, Fiscal 4Q18 |
| Received(Date): | Fri, 02 Nov 2018 12:34:18 +0000 |
| To: | Undisclosed recipients: ; |
| Date: | Fri, 02 Nov 2018 12:34:18 +0000 |

On 1 November, Apple announced results for its fiscal 4Q18, ending 29 September 2018. Below is our initial analysis.

| | Fiscal 4Q18 | Fiscal 3Q18 | Fiscal 4Q17 | YoY % change | QoQ % change |
|---|---|---|---|---|---|
| Revenue ($B) | 62.90 | 53.27 | 52.58 | 20% | 18% |
| Operating profit ($B) | 16.12 | 12.61 | 13.12 | 23% | 28% |
| Operating margin | 26% | 24% | 25% | | |
| Net profit ($B) | 14.13 | 11.52 | 10.71 | 32% | 23% |
| Net margin | 22% | 22% | 20% | | |

Table 1. Apple results, fiscal 4Q18

\*\*\*Apple delivered another strong quarter. Although iPhone shipments fell short of expectations, the average selling price (ASP) increased dramatically and revenue reached an all-time record. This progress was supported by further healthy growth in its services and wearables businesses. For a second consecutive quarter, revenue rose in all regions, growing by double digits year-on-year. However, Apple's decision to cease disclosure of sales data of iPhone, iPad and Mac units stoked investor fears, and there were some bearish concerns about performance in some emerging markets.

\*\*\*Apple's positive performance was underlined by record revenue of $62.9 billion for its fiscal fourth quarter and year-on-year growth of 20%. CEO Tim Cook stated that an annual revenue rise of 16% to $265.6 billion meant Apple grew by the equivalent of a Fortune 100 company in a single year. This reinforces the company's continuing strength, as its services business and premium pricing strategy generate revenue growth even with unit shipments facing headwinds.

\*\*\*Performance was consistently impressive around the world, with all regions delivering revenue growth in double digits year-on-year, led by Japan and Asia–Pacific. This was despite comments pointing to softness in emerging markets that have seen severe currency weakness against a strong dollar over recent quarters. Apple cited Turkey, India, Brazil and Russia specifically, but emphasized that China is not in the same category and continues to see strong demand.

***iPhone shipments slightly missed expectations and were flat year-on-year, at 46.9 million units. However, the ASP continued to expand, posting a sharp rise year-on-year to $793 from $618 a year earlier and $724 in the previous quarter. This accelerated iPhone revenue by 29%, to $37.2 billion, fuelled by continued demand for the iPhone X and coupled with the launch of the higher-priced iPhone XS and XS Max on 21 September, eight days before the end of the quarter. Despite the lower price, competitive specification and later October launch of the iPhone XR, Mr Cook said there was little evidence that consumers opted to wait for the release of this lower-priced model instead of buying the iPhone XS or XS Max.

***The surge in iPhone revenue in the face of flat growth of unit sales is testament to Apple's unique ability to raise prices on the strength of product, brand and ecosystem. The performance undoubtedly cemented Apple's decision to stop providing unit sales data for iPhone, iPad and Mac devices. This will be an unwelcome move for investors wanting maximum visibility, and risks being interpreted as a sign of weakening forthcoming unit sales. From Apple's perspective, it wants investors to focus on the total value created over the lifetime of its devices consisting of upfront sales and deferred services revenue. The company will also point to major rivals including Amazon, Google and a string of PC manufacturers, none of which provide such metrics.

***The ongoing virtue of Apple's services business was another motive not to disclose unit sales. Revenue of $9.98 billion grew by 17% year-on-year representing another record quarter for the App Store, iCloud, Apple Pay and others. Notably, paid subscriptions reached 330 million, up 50% year-on-year. Apple Pay transactions tripled and the company revealed that 60% of all US retail locations now support its payments platform. Underlining its emphasis on value over unit sales, Apple will begin reporting services margin from fiscal 1Q19.

***Other products grew an impressive 31% year-on-year, with revenue reaching $4.2 billion. Revenue from wearables, which include the Apple Watch, AirPods and Beats products, lifted by 50% year-on-year. CCS Insight estimates Apple Watch sales of about 3 million units during the quarter. Apple is renaming its Other product category to Wearables, Home and Accessories.

***Shipments of iPads fell 6% to 9.7 million units, with revenue dropping by 15% year-on-year to $4.1 billion. Despite the decline, Apple stated that it continues to gain market share and stressed that it has now sold over 400 million iPads and that its sales in the past year exceeded any rival manufacturer's notebook sales. Its focus on these numbers suggests Apple will continue to provide cumulative sales figures and total numbers of active users if they help illustrate a scale, share or addressable market advantage.

***Apple drew attention to its strength in the enterprise area in the context of iPad performance. Retail has become a major focal point, with iOS delivering significant growth as a point-of-sale solution in tandem with third-party apps and platforms such as Square. Apple also highlighted its partnership with IBM, indicating that 240 large customers have now signed up for "MobileFirst for iOS" enterprise apps. Mac shipments

Highly Confidential

APL-SECLIT_00165512

fell by 2% during the quarter to 5.3 million units, while revenue rose 3% to $7.4 billion. The launch of the new MacBook Air and Mac mini together with new iPad Pro models should significantly bolster both device categories in fiscal 1Q19 (see *Instant Insight: Apple Unveils New Macs and iPad Pro Models*).

***Although investor reaction suggested weaker-than-expected guidance, Apple underlined that revenue between $89 billion and $93 billion — representing growth of between 1% and 5% year-on-year — would still constitute a record quarter. The company expects gross margin to be between 38% and 38.5%. Nonetheless, weakness in emerging markets and currency headwinds to the tune of $2 billion caused by the "depreciation of virtually every currency against the US dollar" are clearly significant and heightening investor nervousness.

***==Apple delivered a very strong quarter, but its size and global reach mean it is sensitive to the macroeconomic environment, and this is beginning to show in its guidance.== Mr Cook was understandably moderate in his evaluation of the possibility that a trade war between the US and China could escalate, expressing confidence that both sides could reach a satisfactory conclusion. Deterioration on this front would further weigh on sentiment. However, Apple's latest results themselves reaffirm the strength of its business and its success in increasing the value of its products over time. Should the global economy worsen this is a significant asset and one that insulates Apple above all its hardware rivals.

Best regards

CCS Insight

_____


@ccsinsight

Sign up for our free Daily Insight at www.ccsinsight.com/daily-insight/subscribe

The information in this e-mail is for general guidance on matters of interest only and may be subject to delays, omissions or inaccuracies.

It is provided with the understanding that the author is not herein engaged in rendering formal professional advice or services.

Clickchart Ltd, trading as CCS Insight, is not responsible for any errors or omissions, or for the results obtained from the use of this information.

Registered in England and Wales, 04551070, 2 Water Court, Water Street, Birmingham, B3 1HP.