# EXHIBIT 56



# CROSS RESEARCH

*Earnings Review*

**Apple Inc.**
**AAPL: $222.22**
**Buy**

F4Q18 Review; Focusing Attention On Services, Limiting Hardware Disclosure

**November 1, 2018**

| Estimates | | Fiscal Year Sep | | | Yr. Ago Q | Current Q | Next Q |
|---|---|---|---|---|---|---|---|
| | | **F18A** | **F19E** | **F20E** | **1Q18A** | **1Q19E** | **2Q19E** |
| **Revenue($ B)** | Current | 265.6 | 283.4 | 289.8 | 88.29 | 93.26 | 66.88 |
| | Prior | 264.9 | 284.5 | 289.8 | 88.29 | 94.69 | 66.40 |
| **EPS($)** | Current | 11.91 | 13.61 | 14.80 | 3.89 | 4.82 | 3.09 |
| | Prior | 11.82 | 13.78 | 14.80 | 3.89 | 4.92 | 3.10 |
| **P/E** | | 18.7x | 16.3x | 15.0x | NM | NM | NM |

Imaging Technology
IT Hardware
Enterprise Software
IT Services

**Shannon Cross**
shannon@crossresearch.com
973-376-8600

**Robert Cross**
rob@crossresearch.com
973-376-8600

**Ashley Ellis**
ashley@crossresearch.com

| Ticker / Market | AAPL / NASDAQ |
|---|---|
| Rating | Buy |
| Price Target | $260.00 |
| Price | $222.22 |
| 52 Week Range | $233.47 - $150.24 |
| Shares Out (MM) | 4,848 |
| Market Cap (MM) | $1,060,000 |
| Avg Daily Volume | 33,368,490 |
| Dividend / Yield | $2.92 / 1.32% |

## Summary

Apple (AAPL, Buy) ended the year on a solid note with F4Q18 revenue and EPS above our estimates with double-digit growth in every region. Revenue was $62.9 billion (up 20% y/y) versus our $62.2 billion estimate and the Street at $61.4 billion and EPS was $2.91 versus our $2.82 estimate and the Street at $2.78. However, revenue guidance was light relative to our and the Street expectations with currency headwinds (~$2 billion impact), especially in emerging markets. The surprise during the call was management's decision to pull unit shipment disclosure while maintaining revenue per category (e.g., Macs, iPhones, Services). Initial reaction from investors is negative, however we think that management could win support by disclosing the iOS/iPhone installed base (similar to this week's 100 million Mac installed base announcement), which should help investors realize the stability and power of the recurring revenue base (qualitatively management has commented about double digit y/y installed base growth for several quarters). While some may see the change as hiding slowing results, management is adamant it is not driven by a change in the market and still plans to grow units in several categories in coming quarters (we assume modest iPhone unit growth supported by mix shift to the lower priced XR). We expect volatility in the stock as the market digests the results and changes in disclosure but point to the strong ecosystem, potential for margin upside (supported by component cost declines and higher ASPs, especially if currency pressure lessens), cash flow growth and on-going share repurchase as reasons to own the stock once the noise dies down. Reiterate Buy and $260 price target (16x our F2020 estimate net of cash per share).

## Change In Disclosure

Given the increasing strength of Apple's ecosystem and growing services revenue (on track to double F2016 revenues by F2020) the company will no longer report units for iPhone, iPad and Mac. We note the iPhone installed base has been growing double-digits for several quarters (we estimate ~900 million), supporting a $40 billion run rate for services revenue. In addition, revenue and net income over the few years has not been correlated to units (e.g., iPhone revenue grew at a 10% CAGR between F2016 and F2018, while iPhone units grew at only a 1% CAGR). Therefore, we believe management does not want to provide data to competitors that others do not disclose (although we think the company will continue to work with industry forecasters to keep market forecasts generally accurate). As added disclosure (and highlighting the recurring nature of the model), Apple will begin providing revenue and gross profit for products and services, in addition to maintaining all prior revenue segments. While we understand investors would like more rather than less disclosure, we think disclosing the installed base and then providing periodic updates would help alleviate concerns.



1 Year Price History for AAPL

Created by BlueMatrix

**Disclosures and analyst certifications are located on page 6 of this report.**

# CROSS RESEARCH

| Apple Inc. | | |
|---|---|---|
| AAPL: $222.22 | F4Q18 Review; Focusing Attention On Services, Limiting Hardware Disclosure | November 1, 2018 |
| Buy | | |

**Understanding China**
Greater China revenue was up 16% y/y including strong double-digit growth in iPhone and Other revenue. Management noted the Chinese App Store did see a slow down related to the change in game approvals, although we believe revenue was still up double digits supported by growth in the iPhone installed base. Chinese iPhone revenue was up more than 20% y/y and we assume mix shifted to the high-end Xs and Xs Max, similar to prior launches. Regarding macro headwinds, management did not call out any specific impact in the quarter or next quarter related to China-US trade tensions and noted its supply chain is spread across many regions around the world.

**Puts And Takes For December Quarter**
Apple provided revenue guidance for F1Q19 with a $4 billion range, greater than the $2 billion to $3 billion range over the past three years due to a number of factors. Specific to the company's business, management noted timing of iPhone launches this year versus last is essentially reversed for the high-end and mid-range, creating some uncertainty around supply and demand while the company is also ramping an unprecedented number of new products (e.g. HomePod, Series 4, MacBook Air, iPad Pro, six iPhone skus). From a macro perspective the US dollar has appreciated, creating a 200 bps headwind to revenue in F1Q19 equating to ~$2 billion. In addition, emerging markets are further under pressure due to general economic challenges, especially Turkey, India, Brazil and Russia. From a margin perspective, Apple is benefitting from lower memory and overall commodity costs which will continue into F1Q19. The company estimates component costs will be a 30 bps tailwind, but more than offset by a 90 bps headwind from currency q/q. In addition, seasonal leverage will be partially offset by the high number of new products ramping (although iPhone y/y should be less of an impact as it is an "s" year and Apple added a middle storage SKU which could result in more upsell).

**Guidance And Estimates**
Apple guided F1Q19 revenue between $89 billion and $93 billion, gross margin between 38.0% and 38.5%, operating expenses between $8.7 billion and $8.8 billion with other income of $300 million and a tax rate of 16.5%. Assuming a share count of 4.7 billion, this implies an EPS range of $4.49 to $4.82. To account for greater uncertainty, we lower our F1Q19 revenue estimate to $93.3 billion (up 6% y/y and above consensus of $92.7 billion) from $94.7 billion and lower our EPS estimate to $4.82 from $4.92 (below consensus of $4.93). For F2019, we lower our revenue estimate by less than 1% to $283.4 billion (up 7% y/y and above consensus of $280.7 billion) and lower our EPS $13.61 from $13.78 (versus consensus of $13.72). We are rolling out our F2020 estimates which include revenue growth of 2% y/y to $289.8 billion and EPS of $14.80.

Confidential                                                                                                                APL-SECLIT_00001918



# CROSS RESEARCH

| Apple Inc. | | |
|---|---|---|
| AAPL: $222.22 | F4Q18 Review; Focusing Attention On Services, Limiting Hardware Disclosure | November 1, 2018 |
| Buy | | |

### CROSS RESEARCH
**Apple Unit Estimates (in thousands)**

|  | F2018A | F2019E Current | F2019E Prior | vs. Year Ago | vs. Prior | F1Q18A | F4Q18A | F1Q19E Current | F1Q19E Prior | vs. Year Ago | vs. Qtr Ago | vs. Prior | Change in Ests F1Q19E | F2Q19E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Macs | | | | | | | | | | | | | | |
| Notebook | 14,421 | 14,839 | 14,474 | 2.9% | 2.5% | 4,089 | 4,352 | 4,321 | 4,321 | 5.7% | -0.7% | 0.0% | - | - |
| Desktop | 3,787 | 3,850 | 3,810 | 1.7% | 1.0% | 1,024 | 945 | 1,079 | 1,079 | 5.4% | 14.2% | 0.0% | - | - |
| Total Macs | 18,207 | 18,689 | 18,284 | 2.6% | 2.2% | 5,112 | 5,297 | 5,400 | 5,400 | 5.6% | 1.9% | 0.0% | - | - |
| iPad | 43,535 | 40,488 | 40,110 | -7.0% | 0.9% | 13,170 | 9,699 | 12,248 | 12,248 | -7.0% | 26.3% | 0.0% | - | - |
| iPhone | 217,722 | 225,658 | 228,582 | 3.6% | -1.3% | 77,316 | 46,889 | 79,635 | 79,635 | 3.0% | 69.8% | 0.0% | - | - |

Source: Cross Research Estimates and Company Reports
Copyright Cross Research LLC 2018

### CROSS RESEARCH
**Apple Earnings Estimates**

|  | F1Q19E Current | Prior | Consensus | vs. Year Ago | vs. Prior | vs. Consensus |
|---|---|---|---|---|---|---|
| Revenue | $93,258 | $94,693 | $92,742 | 5.6% | -1.5% | 0.6% |
| EPS | $4.82 | $4.92 | $4.93 | 23.9% | -2.1% | -2.1% |

|  | F2019E Current | Prior | Consensus | vs. Year Ago | vs. Prior | vs. Consensus |
|---|---|---|---|---|---|---|
| Revenue | $283,374 | $284,540 | $280,701 | 6.7% | -0.4% | 1.0% |
| EPS | $13.61 | $13.78 | $13.72 | 14.3% | -1.2% | -0.8% |

|  | F2020E Current | Prior | Consensus | vs. Year Ago | vs. Prior | vs. Consensus |
|---|---|---|---|---|---|---|
| Revenue | $289,828 | NA | $289,175 | 2.3% | N/A | 0.2% |
| EPS | $14.80 | NA | $14.96 | 8.8% | N/A | -1.1% |

Source: Cross Research Estimates and Company Reports
Copyright Cross Research LLC 2018

**F4Q18 Review**
EPS was $2.91, above our estimate of $2.82 and the Street at $2.78. Gross margin was 38.3% (up 38 bps y/y but down 5 bps q/q), in-line with our estimate. The company generated $19.5 billion of cash from operations and ended the quarter with $237.1 billion of cash and cash equivalents. Segment breakout below:

- iPhone units were 46.9 million (flat y/y), below our estimate of 49.7 million. iPhone ASPs were $793 (up 28% y/y), above our estimate of $750.
- iPad units were 9.7 million (down 6% y/y), above our estimate of 9.3 million. iPad ASPs were $422 (down 10% y/y), above our estimate of $419.
- Mac units were 5.3 million (down 2% y/y), above our estimate of 4.9 million. Mac ASPs were $1,399 (up 5% y/y), below our estimate of $1,412.

Confidential                                                                                                                                          APL-SECLIT_00001919

# CROSS RESEARCH

| | | |
|---|---|---|
| **Apple Inc.**<br>**AAPL: $222.22**<br>**Buy** | **F4Q18 Review; Focusing Attention On Services, Limiting Hardware Disclosure** | **November 1, 2018** |

- Services revenue was $10.0 billion (up 17% y/y), below our estimate of $10.2 billion.
- Other Product revenue was $4.2 billion (up 31% y/y), above our estimate of $3.9 billion.

*Risks to our Buy rating and $260 price target (based on approximately ~16x our F2020 EPS, net of cash per share) include concerns regarding the highly competitive and maturing smartphone market, new initiatives may consume outsized opex resources without commensurate topline follow through, uncertain demand decay curve for the highest ASP iPhone in history, component and/or manufacturing shortages, and a high concentration of revenue from a small number of key products.*

Confidential                                                                                          APL-SECLIT_00001920



# CROSS RESEARCH

| Apple Inc.<br>AAPL: $222.22<br>Buy | F4Q18 Review; Focusing Attention On Services, Limiting Hardware Disclosure | November 1, 2018 |
|---|---|---|

## CROSS RESEARCH

**Apple Inc.**
**Earnings Forecast**

| ($ in Millions except E.P.S.) | Quarterly Earnings | | | | | | | | Annual Earnings | | | | CAGR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **F1Q18A** | **F2Q18A** | **F3Q18A** | **F4Q18A** | **F1Q19E** | **F2Q19E** | **F3Q19E** | **F4Q19E** | **F2016A** | **F2017A** | **F2018A** | **F2019E** | **F2020E** | **'16 - '20** |
| **Total Revenue** | **$88,293** | **$61,137** | **$53,265** | **$62,900** | **$93,258** | **$66,881** | **$58,432** | **$64,803** | **$215,639** | **$229,234** | **$265,595** | **$283,374** | **$289,828** | |
| Cost of Revenue | 54,381 | 37,715 | 32,844 | 38,816 | 57,500 | 41,286 | 36,092 | 39,644 | 131,376 | 141,048 | 163,756 | 174,522 | 178,474 | |
| **Gross Profit** | 33,912 | 23,422 | 20,421 | 24,084 | 35,758 | 25,595 | 22,340 | 25,159 | 84,263 | 88,186 | 101,839 | 108,853 | 111,354 | 7% |
| SG&A | 4,231 | 4,150 | 4,108 | 4,216 | 4,756 | 4,347 | 4,382 | 4,407 | 14,194 | 14,444 | 16,705 | 17,892 | 17,887 | |
| R&D | 3,407 | 3,378 | 3,701 | 3,750 | 4,010 | 4,147 | 4,090 | 4,083 | 10,045 | 12,398 | 14,236 | 16,330 | 17,164 | |
| **Op. Inc. Before Charges** | 26,274 | 15,894 | 12,612 | 16,118 | 26,992 | 17,101 | 13,868 | 16,670 | 60,024 | 61,344 | 70,898 | 74,631 | 76,303 | 6% |
| Interest and other income, net | 756 | 274 | 672 | 303 | 300 | 400 | 400 | 400 | 1,348 | 2,745 | 2,005 | 1,500 | 2,000 | |
| Pretax Income | 27,030 | 16,168 | 13,284 | 16,421 | 27,292 | 17,501 | 14,268 | 17,070 | 61,372 | 64,089 | 72,903 | 76,131 | 78,303 | |
| *Effective Tax Rate* | *25.8%* | *14.5%* | *13.3%* | *14.0%* | *16.5%* | *18.5%* | *18.5%* | *18.5%* | *25.6%* | *24.6%* | *18.3%* | *17.8%* | *18.5%* | |
| Taxes | 6,965 | 2,346 | 1,765 | 2,296 | 4,503 | 3,238 | 2,639 | 3,158 | 15,685 | 15,738 | 13,372 | 13,538 | 14,486 | |
| **Pro forma Net Income** | 20,065 | 13,822 | 11,519 | 14,125 | 22,789 | 14,263 | 11,628 | 13,912 | 45,687 | 48,351 | 59,531 | 62,592 | 63,817 | 9% |
| **GAAP Net Income** | 20,065 | 13,822 | 11,519 | 14,125 | 22,789 | 14,263 | 11,628 | 13,912 | 45,687 | 48,351 | 59,531 | 62,592 | 63,817 | 9% |
| **GAAP EPS (new accounting treatment)** | **$3.89** | **$2.73** | **$2.34** | **$2.91** | **$4.82** | **$3.09** | **$2.55** | **$3.09** | **$8.31** | **$9.21** | **$11.91** | **$13.61** | **$14.80** | **16%** |
| Avg Shares Fully Dil. (MM) | 5,158 | 5,068 | 4,927 | 4,848 | 4,728 | 4,623 | 4,553 | 4,499 | 5,500 | 5,252 | 5,000 | 4,600 | 4,311 | |
| **Cash Flow Per Share** | | | | | | | | | | | | | | |
| Net Income (Pro forma) | 20,065 | 13,822 | 11,519 | 14,125 | 22,789 | 14,263 | 11,628 | 13,912 | 45,687 | 48,351 | 59,531 | 62,592 | 63,817 | |
| **Amortization & Depreciation** | 2,745 | 2,739 | 2,665 | 2,754 | 2,829 | 2,904 | 2,979 | 3,054 | 10,505 | 10,157 | 10,903 | 11,766 | 12,966 | |
| Cap Exp | 2,810 | 4,195 | 3,267 | 3,041 | 4,000 | 4,000 | 4,000 | 4,000 | 12,734 | 12,451 | 13,313 | 16,000 | 16,000 | |
| **Simple Free Cash Flow** | 20,000 | 12,366 | 10,917 | 13,838 | 21,618 | 13,167 | 10,607 | 12,966 | 43,458 | 46,057 | 57,121 | 58,358 | 60,783 | 9% |
| **Simple Free Cash Flow Per FD Share** | **$3.88** | **$2.44** | **$2.22** | **$2.85** | **$4.57** | **$2.85** | **$2.33** | **$2.88** | **$7.90** | **$8.77** | **$11.42** | **$12.69** | **$14.10** | **16%** |
| **EBITDA** | 29,019 | 18,633 | 15,277 | 18,872 | 29,821 | 20,005 | 16,847 | 19,724 | 70,529 | 71,501 | 81,801 | 86,397 | 89,269 | 6% |
| **Margin Analysis** | | | | | | | | | | | | | | |
| Gross Margin | 38% | 38% | 38% | 38% | 38% | 38% | 38% | 39% | 39% | 38% | 38% | 38% | 38% | |
| Operating Margin | 30% | 26% | 24% | 26% | 29% | 26% | 24% | 26% | 28% | 27% | 27% | 26% | 26% | |
| Pretax Margin | 31% | 26% | 25% | 26% | 29% | 26% | 24% | 26% | 28% | 28% | 27% | 27% | 27% | |
| Net Margin | 23% | 23% | 22% | 22% | 24% | 21% | 20% | 21% | 21% | 21% | 22% | 22% | 22% | |
| **As a % of Revenue** | | | | | | | | | | | | | | |
| SG&A | 5% | 7% | 8% | 7% | 5% | 7% | 8% | 7% | 7% | 6% | 6% | 6% | 6% | |
| R&D | 4% | 6% | 7% | 6% | 4% | 6% | 7% | 6% | 5% | 5% | 5% | 6% | 6% | |
| **Year-Over-Year Growth (%)** | | | | | | | | | | | | | | |
| Revenue | 13% | 16% | 17% | 20% | 6% | 9% | 10% | 3% | -8% | 6% | 16% | 7% | 2% | |
| Cost of Revenue | 13% | 17% | 18% | 19% | 6% | 9% | 10% | 2% | -6% | 7% | 16% | 7% | 2% | |
| Gross Profit | 12% | 14% | 17% | 21% | 5% | 9% | 9% | 4% | -10% | 5% | 15% | 7% | 2% | |
| SG&A | 7% | 12% | 9% | 41% | 12% | 5% | 7% | 5% | -1% | 2% | 16% | 7% | 0% | |
| R&D | 19% | 22% | 26% | -2% | 18% | 23% | 11% | 9% | 25% | 23% | 15% | 15% | 5% | |
| Operating Income | 12% | 13% | 17% | 23% | 3% | 8% | 10% | 3% | -16% | 2% | 16% | 5% | 2% | |
| Pretax Income | 12% | 10% | 17% | 18% | 1% | 8% | 7% | 4% | -15% | 4% | 14% | 4% | 3% | |
| Net Income | 12% | 25% | 32% | 32% | 14% | 3% | 1% | -2% | -14% | 6% | 23% | 5% | 2% | |
| EPS (Pro forma) | 16% | 30% | 40% | 41% | 24% | 13% | 9% | 6% | -10% | 11% | 29% | 14% | 9% | |

Source: Cross Research Estimates and Company Reports
Copyright Cross Research LLC 2018

8:44:25 PM
11/1/2018

5

Confidential                                                                                                    APL-SECLIT_00001921

# CROSS RESEARCH

**Apple Inc.**
**AAPL: $222.22**                F4Q18 Review; Focusing Attention On Services, Limiting                November 1, 2018
**Buy**                                              Hardware Disclosure

## Regulatory Required Disclosures

### Analyst Certification

We Shannon Cross, Robert Cross and Ashley Ellis hereby certify that the views expressed in the foregoing research report accurately reflect our personal views about the subject securities as of the date of this report. The Analyst(s) responsible for covering the securities mentioned in this report does not receive direct or indirect compensation for the specific recommendation(s) in this research report.



| Distribution of Ratings by Coverage Universe | | |
|---|---|---|
| Rating | Count | Percent |
| BUY | 19 | 50.00 |
| HOLD | 18 | 47.37 |
| SELL | 1 | 2.63 |

**Cross Research Rating Key:**
**Buy:** In the analyst's opinion, the stock will outperform the general market over the next 12 months.
**Hold:** In the analyst's opinion, the stock will perform inline with the general market over the next 12 months.
**Sell:** In the analyst's opinion, the stock will underperform the general market over the next 12 months.
**Cross Research Disclosure Information; Additional Information Available Upon Request**
Cross Research LLC ("CR") is an state registered Investment Advisor. CR has not, and does not intend, to engage in investment banking services. CR neither owns corporate securities nor acts as a market maker in any security. CR prohibits all employees from trading securities within its coverage universe. This report is intended solely for informational purposes, and should not be construed as an offer or solicitation to buy or sell any security. This report is provided solely for institutional / professional investors who are expected to make their own investment decisions without undue reliance on this report. CR accepts no liability for any direct or consequential loss arising from any use of this document or its contents. This report may contain forward-looking statements. Past performance is not indicative of future results. The information and opinions contained in this document are based on public sources believed to be reliable, but no representation or warranty, expressed or implied is made as to its accuracy, completeness or correctness. No part of this material may be copied, photocopied or duplicated in any form by any means or redistributed without the prior written consent of CR. Copyright 2018 Cross Research LLC.

Confidential                                                                                                      APL-SECLIT_00001922