# EXHIBIT 57



**INSTITUTIONAL EQUITY RESEARCH**

# Apple Inc.
AAPL - NASDAQ

November 2, 2018

| | |
|---|---:|
| Rating: | **Buy** |
| Price: (11/1/18) | $222.22 |
| Price Targets: 12-18 month: | ↑ $290.00 |
| 5-year: | ↑ $390.00 |

**Industry:**
Consumer Technology

**Tom Forte, CFA**
212-223-5364
tforte@dadco.com

**Scott McConnell, CFA**
Research Associate
503-603-3086
smcconnell@dadco.com

**Selling Products at Higher Prices Is a Great Thing; BUY**

- CONCLUSION: We are increasing our price target to $290 from $265. The change follows updating our discounted cash flow analysis, including our long-term adj. EBITDA margin forecast of 34.0% (unchanged) versus 28.8% in FY18. We are reiterating our **BUY** rating for AAPL and recommend purchase of shares on what looks to be, in our view, a short-lived sale (shares declined 6.5% after market).

- We consider the 28.9% increase in iPhones revenue in 4QFY18 due almost entirely to higher ASPs (up 28.3% with units only up 0.5%) as incredibly impressive. That it was able to increase prices that much and sustain unit sales suggests to us that the company did a lot of things right when it comes to offering a lineup of smartphones with feature sets consumers not only wanted but were willing to pay a lot more money for. We see Apple's pricing power as even more important in today's trade environment when the prospect for higher prices due to tariffs seems highly likely.

- We also consider the 16.4% revenue growth for its greater China region as also remarkable given some investors were concerned about slowing growth for that region and given, again, the aforementioned trade war between the U.S. and China. The results suggest to us that Apple's management is doing an amazing job of walking the tight rope - managing its supply chain, with a heavy usage of China for, at least, assembly and offering Chinese consumers products they desire. That said, we still see China as representing the single greatest risk to shares and will be monitoring tariffs closely, especially in the event the next round is EVERYTHING out of China.

- We see the weakness mentioned by management in emerging markets - Brazil, India, Russia, and Turkey - as an indication that the company still lacks a low-end smartphone to maximize its sales in those countries. Given its robust performance on almost every other region of the globe, we are not overly concerned.

- See Figure 1 on page 3 for Apple's operating performance.

**Valuation Data**

| | |
|---|---:|
| Long-Term Growth Rate (E) | 6% |
| Total Debt/Capital (9/30/18) | 21.9% |
| Cash per share (9/30/18) | $(9.94) |
| Book Value per Share (9/30/18) | $22.10 |
| Dividend | $2.72 (1.2%) |
| Return on Equity (T-T-M) | 45.1% |

**Trading Data**

| | |
|---|---:|
| Shares Outstanding (M) | 4,847.5 |
| Market Capitalization ($M) | $1,077,221.9 |
| 52-week range | $150.24-$233.47 |
| Avg. Daily Volume (3 mos.) (K) | 24,084.7 |
| Float (%) | 94.4% |

| FY (Sep) | | FY18A | FY19E | Previous | FY20E | Previous |
|---|---|---:|---:|---:|---:|---:|
| **EPS** | Q1 (Dec) | $3.89 | **$4.65** E | $4.32 | **n.a.** | NC |
| | Q2 (Mar) | $2.73 | **$2.41** E | $2.44 | **n.a.** | NC |
| | Q3 (Mar) | $2.34 | **$1.92** E | $1.95 | **n.a.** | NC |
| | Q4 (Sep) | $2.91 | **$2.53** E | $2.86 | **n.a.** | NC |
| | | $11.91 | **$11.54** E | $11.61 | **$12.55** | n.a. |
| *Price/EPS* | | *18.7x* | *19.3x* | | *17.7x* | |
| **Revenue ($M)** | Q1 (Dec) | $88,293.0 | **$92,000.1** E | $95,533.8 | **n.a.** | NC |
| | Q2 (Mar) | $61,137.0 | **$64,080.3** E | $65,470.0 | **n.a.** | NC |
| | Q3 (Jun) | $53,265.0 | **$55,914.0** E | $57,166.9 | **n.a.** | NC |
| | Q4 (Sep) | $62,900.0 | **$66,494.6** E | $64,709.2 | **n.a.** | NC |
| | | $265,595.0 | **$278,489.0** E | $282,879.9 | **$293,056.6** | n.a. |
| *Price/Revenue* | | *4.1x* | *3.9x* | | *3.7x* | |
| **EBITDA ($M)** | Q1 (Dec) | $29,019.0 | **$29,268.1** E | $28,805.5 | **n.a.** | NC |
| | Q2 (Mar) | $18,633.0 | **$17,063.5** E | $17,206.1 | **n.a.** | NC |
| | Q3 (Jun) | $15,277.0 | **$13,509.9** E | $13,610.8 | **n.a.** | NC |
| | Q4 (Sep) | $18,872.0 | **$17,467.5** E | $19,311.3 | **n.a.** | NC |
| | | $81,801.0 | **$77,309.1** E | $78,933.7 | **$82,377.1** | n.a. |
| *EV/EBITDA* | | *10.7x* | *11.3x* | | *10.6x* | |

Please refer to pages 9 - 10 of this report for detailed disclosure and certification information.

D.A. Davidson & Co. Member SIPC

**Price Chart**



Source: Bloomberg

powered by: BlueMatrix

**Company Description:**
Cupertino, CA - Apple strives to provide consumers the best experience via its hardware, services, and software. Its proprietary hardware lineup includes iPhones (smartphones), iPads (tablets), and Macs (desktop and laptop computers). Its suite of services includes Apple Music (music), Apple Pay (payments), and iCloud (cloud computing). As of September 2018, it operated more than 500 stores across the globe. Its headquarters (dubbed Apple Park – opened in 2017) is located in Cupertino, California. Apple's headcount was roughly 123K as of September, 2017.The company went public in 1980.

**Potential Risks:**
- **The emergence of the consumer IOT.** Today, the smartphone, for the most part, remains the primary means that consumers interact with the Internet. This bodes well for Apple, which derived 62% of its revenues from selling iPhones in FY17. We see the potential for a future where the smartphone plays a diminished role as consumers, increasingly, interact with connected devices without the influence of their smartphone, such as Amazon's Alexa via its echo dot hardware and, even, the Google Assistant via Google Home hardware. While Apple is selling its own consumer IOT devices and has its own AI-empowered virtual assistant, Siri, we believe a future less dependent on smartphones, its primary product today, could have a materially negative impact on its long-term operating performance.
- **The company faces succession risk.** While no one could replace Steve Jobs, we believe Tim Cook (Apple's CEO and Director) has done a remarkable job, since Mr. Jobs retired, shortly before his passing, in 2011. Under Mr. Cook's leadership, Apple's market cap has grown to $1.04T from $300B. While Mr. Cook has assembled a group of talented senior executives to lead various functions at Apple, we believe Mr. Cook's departure could have a negative impact on its share price.
- **While Apple is one of the leaders in tech, competition abounds.** As one of the preeminent technology companies on the globe, Apple competes against the giants of the tech world, including, but not limited to Amazon, Facebook, Google, Microsoft, and Samsung. It competes with those companies for share of consumer spending and, importantly, for top tech talent.

Confidential

APL-SECLIT_00002062

**FINANCIAL RESULTS**

Figure 1. Apple: 4QFY18 Operating Results

| ($M) | 4QFY18 | 4QFY17 | YOY Change (%) | YOY Change (BPs) |
|---|---|---|---|---|
| Total Revenue | 62,900 | 52,579 | 19.6% | |
| Consensus | 61,580 | | | |
| Guidance - Low | 60,000 | | | |
| Guidance - High | 62,000 | | | |
| EBITDA | 18,872 | 15,604 | 20.9% | |
| Consensus | 18,487 | | | |
| EBITDA Margin | 30.0% | 29.7% | | 33 |
| GAAP EPS | $2.91 | $2.07 | 41.0% | |
| Consensus | $2.79 | | | |

*Source: Company reports, Capital IQ, and D.A. Davidson.*

**COMPANY PROFILE**

Figure 2. Apple



"I want it to be as beautiful as possible, even if it's inside the box. A great carpenter isn't going to use lousy wood for the back of a cabinet, even though nobody's going to see it."

Steve Jobs

*Source: cultofmac.com, "Steve Jobs" by Walter Isaacson, and D.A. Davidson.*

Apple strives to provide consumers the best experience via its hardware, services, and software. Its proprietary hardware lineup includes iPhones (smartphones), iPads (tablets), and Macs (desktop and laptop computers). Its suite of services includes Apple Music (music), Apple Pay (payments), and iCloud (cloud computing). As of September 2018, it operated more than 500 stores across the globe. Its headquarters (dubbed Apple Park – opened in 2017) is located in Cupertino, California. Apple's headcount was roughly 123K as of September, 2017. The company went public in 1980.

**CATALYSTS FOR AAPL**

We see three potential catalysts for shares over the next 12-month period: stronger-than-expected operating results from 1) iPhone sales (at 61.6% of FY17 revenues, it remains Apple's most significant product) and 2) better-than-expected results from its newer products, including the Apple Watch and HomePod (launched in February) as well as 3) an accelerated repurchase effort and increase in dividends following the changes to the U.S. tax code.

Confidential                                                                                                          APL-SECLIT_00002063

D.A. Davidson & Co.

**Figure 3. Apple's – Balance Sheet, FY17-FY28E**

| Apple Inc. ($M) | 1Q17 | 2Q17 | 3Q17 | 4Q17 | FY17 | 1Q18 | 2Q18 | 3Q18 | 4Q18 | FY18E | 1Q19E | 2Q19E | 3Q19E | 4Q19E | FY19E | FY20E | FY21E | FY22E | FY23E | FY24E | FY25E | FY26E | FY27E | FY28E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash and Cash Equivalents | 16,371 | 15,157 | 18,571 | 20,289 | 20,289 | 27,491 | 45,059 | 31,971 | 25,913 | 25,913 | 36,853 | 31,165 | 24,785 | 27,925 | 27,925 | 32,296 | 85,253 | 143,363 | 206,458 | 274,359 | 347,544 | 426,420 | 511,100 | 600,832 |
| Marketable Securities | 44,081 | 51,944 | 58,188 | 53,892 | 53,892 | 49,662 | 42,881 | 38,999 | 40,388 | 40,388 | 40,388 | 40,388 | 40,388 | 40,388 | 40,388 | 40,388 | 40,388 | 40,388 | 40,388 | 40,388 | 40,388 | 40,388 | 40,388 | 40,388 |
| Accounts Receivable | 14,057 | 11,579 | 12,399 | 17,874 | 17,874 | 23,440 | 14,324 | 14,104 | 23,186 | 23,186 | 24,424 | 15,014 | 14,805 | 24,511 | 24,511 | 25,791 | 26,958 | 28,334 | 29,760 | 31,143 | 32,616 | 34,186 | 35,857 | 37,635 |
| Inventories | 2,712 | 2,910 | 3,146 | 4,855 | 4,855 | 4,421 | 7,662 | 5,936 | 3,956 | 3,956 | 4,607 | 8,031 | 6,231 | 4,182 | 4,182 | 4,400 | 4,600 | 4,834 | 5,078 | 5,314 | 5,565 | 5,833 | 6,118 | 6,421 |
| Vendor Non-Trade Rec. | 13,920 | 9,033 | 10,233 | 17,799 | 17,799 | 27,459 | 8,084 | 12,263 | 25,809 | 25,809 | 28,612 | 8,473 | 12,873 | 27,284 | 27,284 | 28,709 | 30,007 | 31,539 | 33,127 | 34,666 | 36,306 | 38,054 | 39,914 | 41,893 |
| Other Current Assets | 12,191 | 11,367 | 10,338 | 13,936 | 13,936 | 11,337 | 12,043 | 12,488 | 12,087 | 12,087 | 11,813 | 12,623 | 13,109 | 12,778 | 12,778 | 13,445 | 14,053 | 14,771 | 15,514 | 16,235 | 17,003 | 17,821 | 18,693 | 19,619 |
| Total Current Assets | 103,332 | 101,990 | 112,875 | 128,645 | 128,645 | 143,810 | 130,053 | 115,761 | 131,339 | 131,339 | 146,696 | 115,693 | 112,191 | 137,068 | 137,068 | 145,029 | 201,259 | 263,229 | 330,326 | 402,105 | 479,423 | 562,702 | 652,069 | 746,788 |
| LT Marketable Securities | 185,638 | 189,740 | 184,757 | 194,714 | 194,714 | 207,944 | 179,286 | 172,773 | 170,799 | 170,799 | 170,799 | 170,799 | 170,799 | 170,799 | 170,799 | 170,799 | 170,799 | 170,799 | 170,799 | 170,799 | 170,799 | 170,799 | 170,799 | 170,799 |
| Property and Equipment | 26,510 | 27,163 | 29,286 | 33,783 | 33,783 | 33,679 | 35,077 | 38,117 | 41,304 | 41,304 | 41,371 | 42,871 | 43,491 | 43,786 | 43,786 | 46,343 | 48,977 | 51,689 | 54,483 | 57,361 | 60,325 | 63,377 | 66,522 | 69,761 |
| Goodwill | 5,423 | 5,473 | 5,661 | 5,717 | 5,717 | 5,889 | 5,889 | 5,889 | 5,889 | 5,889 | 5,889 | 5,889 | 5,889 | 5,889 | 5,889 | 5,889 | 5,889 | 5,889 | 5,889 | 5,889 | 5,889 | 5,889 | 5,889 | 5,889 |
| Acq. Intangible Assets | 2,848 | 2,617 | 2,444 | 2,298 | 2,298 | 2,149 | 2,149 | 2,149 | 2,149 | 2,149 | 2,149 | 2,149 | 2,149 | 2,149 | 2,149 | 2,149 | 2,149 | 2,149 | 2,149 | 2,149 | 2,149 | 2,149 | 2,149 | 2,149 |
| Other Non-Current Assets | 7,390 | 7,549 | 10,150 | 10,162 | 10,162 | 13,323 | 15,048 | 14,508 | 14,245 | 14,245 | 13,882 | 15,772 | 15,230 | 15,059 | 15,059 | 15,846 | 16,562 | 17,408 | 18,284 | 19,133 | 20,039 | 21,003 | 22,030 | 23,122 |
| Total Assets | 331,141 | 334,532 | 345,173 | 375,319 | 375,319 | 406,794 | 367,502 | 349,197 | 365,725 | 365,725 | 380,787 | 353,174 | 349,748 | 374,751 | 374,751 | 386,055 | 445,635 | 511,163 | 581,930 | 657,436 | 738,623 | 825,919 | 919,458 | ######## |
| Accounts Payable | 38,510 | 28,573 | 31,915 | 49,049 | 49,049 | 62,985 | 34,311 | 38,489 | 55,888 | 55,888 | 65,630 | 35,963 | 40,403 | 59,082 | 59,082 | 62,167 | 64,979 | 68,296 | 71,735 | 75,067 | 78,619 | 82,403 | 86,431 | 90,716 |
| Accrued Expenses | 23,739 | 23,096 | 23,304 | 25,744 | 25,744 | 26,281 | 26,756 | 25,184 | 32,687 | 32,687 | 27,384 | 28,044 | 26,436 | 34,555 | 34,555 | 36,360 | 38,004 | 39,944 | 41,955 | 43,904 | 45,982 | 48,195 | 50,550 | 53,057 |
| Deferred Revenue | 7,889 | 7,682 | 7,608 | 7,548 | 7,548 | 8,044 | 7,775 | 7,403 | 7,543 | 7,543 | 8,382 | 8,149 | 7,771 | 7,974 | 7,974 | 8,391 | 8,770 | 9,218 | 9,682 | 10,132 | 10,611 | 11,122 | 11,665 | 12,244 |
| Commercial Paper | 10,493 | 9,992 | 11,980 | 11,977 | 11,977 | 11,980 | 11,980 | 11,974 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 |
| Current Portion of LT Debt | 3,499 | 3,999 | 6,495 | 6,496 | 6,496 | 6,498 | 8,498 | 5,498 | 8,784 | 8,784 | 8,784 | 8,784 | 8,784 | 8,784 | 8,784 | 8,784 | 8,784 | 8,784 | 8,784 | 8,784 | 8,784 | 8,784 | 8,784 | 8,784 |
| Total Current Liabilities | 84,130 | 73,342 | 81,302 | 100,814 | 100,814 | 115,788 | 89,320 | 88,548 | 116,866 | 116,866 | 122,144 | 92,904 | 95,359 | 122,359 | 122,359 | 127,666 | 132,502 | 138,206 | 144,120 | 149,851 | 155,960 | 162,467 | 169,394 | 176,765 |
| Deferred Revenue | 3,163 | 3,107 | 2,984 | 2,836 | 2,836 | 3,131 | 3,087 | 2,878 | 2,797 | 2,797 | 3,262 | 3,236 | 3,021 | 2,957 | 2,957 | 3,111 | 3,252 | 3,418 | 3,590 | 3,757 | 3,935 | 4,124 | 4,326 | 4,540 |
| Long-Term Debt | 73,557 | 84,531 | 89,864 | 97,207 | 97,207 | 103,922 | 101,362 | 97,128 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 |
| Other Long-Term Liabilities | 37,901 | 39,470 | 38,598 | 40,415 | 40,415 | 43,754 | 46,855 | 45,694 | 45,180 | 45,180 | 45,591 | 49,111 | 47,966 | 47,762 | 47,762 | 50,256 | 52,530 | 55,211 | 57,991 | 60,685 | 63,556 | 66,615 | 69,871 | 73,335 |
| Shareholders' Equity | 132,390 | 134,082 | 132,425 | 134,047 | 134,047 | 140,199 | 126,878 | 114,949 | 107,147 | 107,147 | 116,054 | 114,188 | 109,667 | 107,938 | 107,938 | 111,287 | 163,616 | 220,593 | 282,494 | 349,408 | 421,438 | 498,979 | 582,132 | 670,133 |
| Total Liabilities and SE | 331,141 | 334,532 | 345,173 | 375,319 | 375,319 | 406,794 | 367,502 | 349,197 | 365,725 | 365,725 | 380,787 | 353,174 | 349,748 | 374,751 | 374,751 | 386,055 | 445,635 | 511,163 | 581,930 | 657,436 | 738,623 | 825,919 | 919,458 | ######## |
| Net Cash | (27,097) | (31,421) | (31,580) | (41,499) | (41,499) | (45,247) | (33,900) | (43,630) | (48,182) | (48,182) | (37,242) | (42,930) | (49,310) | (46,170) | (46,170) | (41,799) | 11,158 | 69,268 | 132,363 | 200,264 | 273,449 | 352,325 | 437,005 | 526,737 |
| Net Cash Per Share | ($5.09) | ($5.97) | ($6.03) | ($8.01) | ($7.90) | ($8.77) | ($6.69) | ($8.86) | ($9.94) | ($9.64) | ($7.75) | ($9.02) | ($10.46) | ($9.89) | ($9.75) | ($9.18) | $2.48 | $15.34 | $29.20 | $44.00 | $59.83 | $76.79 | $94.86 | $113.88 |
| Net Cash (incl. LT Mkt. Sec.) | 158,541 | 158,319 | 153,177 | 153,215 | 153,215 | 162,697 | 145,386 | 129,143 | 122,617 | 122,617 | 133,557 | 127,869 | 121,489 | 124,629 | 124,629 | 129,000 | 181,957 | 240,067 | 303,162 | 371,063 | 444,248 | 523,124 | 607,804 | 697,536 |
| Net Cash Per S (incl. LTMS) | $29.76 | $30.09 | $29.27 | $29.56 | $29.17 | $31.54 | $28.68 | $26.21 | $25.29 | $24.52 | $27.81 | $26.88 | $25.78 | $26.70 | $26.32 | $28.32 | $40.46 | $53.16 | $66.87 | $81.52 | $97.21 | $114.01 | $131.94 | $150.81 |

*Sources: Company reports and D.A. Davidson.*

Confidential    APL-SECLIT_00002064

D.A. Davidson & Co.

**Figure 4. Apple's – Cash Flow Statement FY17-FY28E**

| Apple Inc. ($M) | 1Q17 | 2Q17 | 3Q17 | 4Q17 | FY17 | 1Q18 | 2Q18 | 3Q18 | 4Q18 | FY18 | 1Q19E | 2Q19E | 3Q19E | 4Q19E | FY19E | FY20E | FY21E | FY22E | FY23E | FY24E | FY25E | FY26E | FY27E | FY28E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Income (GAAP) | 17,891 | 11,029 | 8,717 | 10,714 | 48,351 | 20,065 | 13,822 | 11,519 | 14,125 | 59,531 | 22,328 | 11,468 | 9,036 | 11,798 | 54,630 | 57,166 | 61,231 | 66,206 | 71,470 | 76,835 | 82,316 | 88,205 | 94,209 | 99,463 |
| Adjustments (Non-GAAP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Income Cont. Ops. | 17,891 | 11,029 | 8,717 | 10,714 | 48,351 | 20,065 | 13,822 | 11,519 | 14,125 | 59,531 | 22,328 | 11,468 | 9,036 | 11,798 | 54,630 | 57,166 | 61,231 | 66,206 | 71,470 | 76,835 | 82,316 | 88,205 | 94,209 | 99,463 |
| D&A | 2,987 | 2,332 | 2,354 | 2,484 | 10,157 | 2,745 | 2,739 | 2,665 | 2,754 | 10,903 | 2,827 | 2,821 | 2,745 | 2,837 | 11,230 | 11,567 | 11,914 | 12,271 | 12,640 | 13,019 | 13,409 | 13,812 | 14,226 | 14,653 |
| SBC | 1,256 | 1,217 | 1,193 | 1,174 | 4,840 | 1,296 | 1,348 | 1,351 | 1,345 | 5,340 | 1,335 | 1,388 | 1,392 | 1,385 | 5,500 | 5,665 | 5,835 | 6,010 | 6,191 | 6,376 | 6,568 | 6,765 | 6,967 | 7,177 |
| Deferred Income Taxes | 1,452 | 1,370 | 1,942 | 1,202 | 5,966 | (33,737) | (498) | 1,126 | 519 | (32,590) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | (274) | 65 | 67 | (24) | (166) | (11) | (140) | (259) | (34) | (444) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Adjustments | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Changes in Assets and Liabilities | | | | | | | | | | | | | | | | | | | | | | | | |
| Accounts Receivable, Net | 1,697 | 2,486 | (802) | (5,474) | (2,093) | (5,570) | 9,093 | 233 | (9,078) | (5,322) | (1,238) | 9,411 | 208 | (9,706) | (1,325) | (1,280) | (1,167) | (1,376) | (1,427) | (1,382) | (1,474) | (1,570) | (1,671) | (1,778) |
| Inventories | (580) | (198) | (236) | (1,709) | (2,723) | 434 | (3,241) | 1,693 | 1,942 | 828 | (651) | (3,424) | 1,800 | 2,049 | (226) | (218) | (199) | (235) | (243) | (236) | (251) | (268) | (285) | (303) |
| Vendor Non-Trade Rec. | 4,887 | (1,200) | (7,566) | (4,254) | (9,660) | (197) | 19,375 | 11,221 | (13,546) | (8,010) | (2,803) | 20,139 | (4,400) | (14,411) | (1,475) | (1,425) | (1,299) | (1,532) | (1,588) | (1,539) | (1,640) | (1,747) | (1,860) | (1,979) |
| Other Current and LT Assets | (375) | 550 | (2,333) | (2,089) | (5,318) | (1,038) | (856) | 988 | (358) | (423) | 637 | (2,700) | 57 | 502 | (1,505) | (1,454) | (1,325) | (1,563) | (1,620) | (1,570) | (1,674) | (1,783) | (1,898) | (2,019) |
| Accounts Payable | (1,446) | (9,322) | 1,650 | 14,830 | 9,618 | 14,588 | (27,808) | 2,081 | 20,314 | 9,175 | 9,742 | (29,667) | 4,440 | 18,679 | 3,194 | 3,086 | 2,812 | 3,317 | 3,439 | 3,332 | 3,552 | 3,784 | 4,028 | 4,286 |
| Deferred Revenue | 2,460 | (263) | (197) | (208) | (626) | 791 | (313) | (581) | 59 | (44) | 1,304 | (259) | (593) | 139 | 591 | 571 | 520 | 614 | 636 | 616 | 657 | 700 | 745 | 793 |
| Other Current and LT Liabilities | 42 | (1,630) | (2,792) | 2,322 | (154) | 37,549 | 1,609 | (2,149) | 1,481 | 38,490 | (4,891) | 4,179 | (2,752) | 7,914 | 4,450 | 4,299 | 3,918 | 4,621 | 4,791 | 4,642 | 4,949 | 5,272 | 5,612 | 5,971 |
| Operating Cash Flow | 1,946 | 12,523 | 8,363 | 15,656 | 63,598 | 28,293 | 15,130 | 14,488 | 19,523 | 77,434 | 28,590 | 13,356 | 11,933 | 21,186 | 75,064 | 77,976 | 82,241 | 88,334 | 94,288 | 100,095 | 106,412 | 113,169 | 120,074 | 126,262 |
| Capital Expenditures | 27,056 | (2,975) | (2,277) | (3,865) | (12,451) | (2,810) | (4,195) | (3,267) | (3,041) | (13,313) | (2,894) | (4,321) | (3,365) | (3,132) | (13,712) | (14,124) | (14,547) | (14,984) | (15,433) | (15,896) | (16,373) | (16,865) | (17,370) | (17,892) |
| Free Cash Flow (Non-GAAP) | (3,334) | 9,548 | 6,086 | 11,791 | 51,147 | 25,483 | 10,935 | 11,221 | 16,482 | 64,121 | 25,695 | 9,035 | 8,568 | 18,053 | 61,352 | 63,852 | 67,694 | 73,350 | 78,855 | 84,198 | 90,038 | 96,304 | 102,703 | 108,371 |
| FCF/Share | 23,722 | $1.81 | $1.16 | $2.27 | $9.74 | $4.94 | $2.16 | $2.28 | $3.40 | $12.82 | $5.35 | $1.90 | $1.82 | $3.87 | $12.96 | $14.02 | $15.05 | $16.24 | $17.39 | $18.50 | $19.70 | $20.99 | $22.29 | $23.43 |
| Purchases of Market. Sec. | $4.45 | (45,549) | (23,960) | (35,705) | (159,486) | (41,272) | (7,177) | (7,684) | (15,223) | (71,356) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Proceeds from Market. Sec. Mat. | (54,272) | 5,904 | 6,918 | 12,428 | 31,775 | 14,048 | 17,836 | 12,618 | 9,508 | 54,010 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Proceeds from Market. Sec. Sales | 6,525 | 28,288 | 16,293 | 17,817 | 94,564 | 16,801 | 22,141 | 2,982 | 6,267 | 48,191 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Acquisitions | 32,166 | (50) | (181) | (81) | (329) | (173) | (132) | (126) | (290) | (721) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Acquisitions of Intangible Assets | (17) | (40) | (83) | (135) | (344) | (154) | 154 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Payments for Strategic Investments | (86) | 0 | 0 | (308) | (395) | (94) | 94 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 220 | 197 | (93) | 220 | 64 | (11) | (576) | (222) | (745) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Investing Cash Flow | (104) | (14,202) | (3,180) | (9,942) | (46,446) | (13,590) | 28,710 | 3,947 | (3,001) | 16,066 | (2,894) | (4,321) | (3,365) | (3,132) | (13,712) | (14,124) | (14,547) | (14,984) | (15,433) | (15,896) | (16,373) | (16,865) | (17,370) | (17,892) |
| Common Stock Issuance | (19,122) | 273 | 1 | 281 | 555 | 0 | 327 | 1 | 341 | 669 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Excess Tax Benefit from SBC | 0 | 47 | 309 | 93 | 627 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Payments Taxes for SBC | 178 | (159) | (858) | (228) | (1,874) | (1,038) | (152) | (1,077) | (260) | (2,527) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Dividends | (629) | (3,004) | (3,365) | (3,270) | (12,769) | (3,339) | (3,190) | (3,653) | (3,530) | (13,712) | (3,506) | (3,473) | (3,698) | (3,663) | (14,340) | (14,482) | (14,736) | (15,239) | (15,759) | (16,297) | (16,853) | (17,429) | (18,023) | (18,638) |
| Stock Repurchases | (3,130) | (7,161) | (7,093) | (7,795) | (32,900) | (10,095) | (22,756) | (20,783) | (19,104) | (72,738) | (11,250) | (11,250) | (11,250) | (11,250) | (45,000) | (45,000) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Term Debt Issuance | (10,851) | 0 | 10,975 | 6,937 | 28,662 | 6,969 | 0 | 0 | 0 | 6,969 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Term Debt Payments | 0 | 0 | (3,500) | 0 | (3,500) | 0 | (500) | (6,000) | 0 | (6,500) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Change in Commercial Paper, Net | 2,385 | (506) | 1,987 | (14) | 3,852 | 2 | (1) | (11) | (27) | (37) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Financing Cash Flow | (12,047) | 465 | (1,769) | (3,996) | (17,347) | (7,501) | (26,272) | (31,523) | (22,580) | (87,876) | (14,756) | (14,723) | (14,948) | (14,913) | (59,340) | (59,482) | (14,736) | (15,239) | (15,759) | (16,297) | (16,853) | (17,429) | (18,023) | (18,638) |
| Effect on FX Rates on Cash | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Increase/(Decrease) in Cash | (4,113) | (1,214) | 3,414 | 1,718 | (195) | 7,202 | 17,568 | (13,088) | (6,058) | 5,624 | 10,940 | (5,688) | (6,380) | 3,141 | 2,012 | 4,370 | 52,957 | 58,110 | 63,095 | 67,901 | 73,185 | 78,876 | 84,680 | 89,732 |
| Cash Beginning of Period | 20,484 | 16,371 | 15,157 | 18,571 | 20,484 | 20,289 | 27,491 | 45,059 | 31,971 | 20,289 | 25,913 | 36,853 | 31,165 | 24,785 | 25,913 | 27,925 | 32,296 | 85,253 | 143,363 | 206,458 | 274,359 | 347,544 | 426,420 | 511,100 |
| Cash End of Period | 16,371 | 15,157 | 18,571 | 20,289 | 20,289 | 27,491 | 45,059 | 31,971 | 25,913 | 25,913 | 36,853 | 31,165 | 24,785 | 27,925 | 27,925 | 32,296 | 85,253 | 143,363 | 206,458 | 274,359 | 347,544 | 426,420 | 511,100 | 600,832 |
| FCF/Sales | 30.3% | 18.1% | 13.4% | 22.4% | 22.3% | 28.9% | 17.9% | 21.1% | 26.2% | 24.1% | 27.9% | 14.1% | 15.3% | 27.2% | 22.0% | 21.8% | 22.1% | 22.8% | 23.3% | 23.7% | 24.2% | 24.7% | 25.1% | 25.2% |

*Sources: Company reports and D.A. Davidson.*

Confidential   APL-SECLIT_00002065

D.A. Davidson & Co.

Figure 5. Apple's – Income Statement FY17-FY28E

| Apple Inc. ($M) | 1Q17 | 2Q17 | 3Q17 | 4Q17 | FY17 | 1Q18 | 2Q18 | 3Q18 | 4Q18 | FY18 | 1Q19E | 2Q19E | 3Q19E | 4Q19E | FY19E | FY20E | FY21E | FY22E | FY23E | FY24E | FY25E | FY26E | FY27E | FY28E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Sales | 78,351 | 52,896 | 45,408 | 52,579 | 229,234 | 88,293 | 61,137 | 53,265 | 62,900 | 265,595 | 92,000 | 64,060 | 55,914 | 66,495 | 278,489 | 293,057 | 306,424 | 322,251 | 338,617 | 354,624 | 371,645 | 389,736 | 408,955 | 429,362 |
| (YOY Growth) | 3.3% | 4.6% | 7.2% | 12.2% | 6.3% | 12.7% | 15.6% | 17.3% | 19.6% | 15.9% | 4.2% | 4.8% | 5.0% | 5.7% | 4.9% | 5.2% | 4.6% | 5.2% | 5.1% | 4.7% | 4.8% | 4.9% | 4.9% | 5.0% |
| (% of Annual) | 34.2% | 23.1% | 19.8% | 22.9% | | 33.2% | 23.0% | 20.1% | 23.7% | | 33.0% | 23.0% | 20.1% | 23.9% | | | | | | | | | | |
| (Consensus 11/01/18) | | | | | | | | | | | 92,879 | 66,059 | 57,894 | 65,246 | 281,819 | 291,714 | | | | | | | | |
| COGS (Non-GAAP) | 48,404 | 32,522 | 28,136 | 32,863 | 141,925 | 54,633 | 37,972 | 33,094 | 39,067 | 164,766 | 56,550 | 39,544 | 34,516 | 41,034 | 171,643 | 180,329 | 188,249 | 197,650 | 207,350 | 216,797 | 226,831 | 237,483 | 248,785 | 260,771 |
| (YOY Growth) | 6.0% | 5.5% | 6.4% | 12.4% | 7.4% | 12.9% | 16.8% | 17.6% | 18.9% | 16.1% | 3.5% | 4.1% | 4.3% | 5.0% | 4.2% | 5.1% | 4.4% | 5.0% | 4.9% | 4.6% | 4.6% | 4.7% | 4.8% | 4.8% |
| COGS SBC | 229 | 217 | 216 | 215 | 877 | 252 | 257 | 250 | 251 | 1,010 | 259 | 265 | 258 | 259 | 1,040 | 1,072 | 1,104 | 1,137 | 1,171 | 1,206 | 1,242 | 1,279 | 1,318 | 1,357 |
| Gross Profit (Non-GAAP) | 29,947 | 20,374 | 17,272 | 19,716 | 87,309 | 33,660 | 23,165 | 20,171 | 23,833 | 100,829 | 35,450 | 24,537 | 21,398 | 25,461 | 106,846 | 112,727 | 118,175 | 124,601 | 131,267 | 137,827 | 144,814 | 152,253 | 160,169 | 168,591 |
| (YOY Growth) | (0.9%) | 3.3% | 8.5% | 11.9% | 4.6% | 12.4% | 13.7% | 16.8% | 20.9% | 15.5% | 5.3% | 5.9% | 6.1% | 6.8% | 6.0% | 5.5% | 4.8% | 5.4% | 5.4% | 5.0% | 5.1% | 5.1% | 5.2% | 5.3% |
| Gross Margin (Non-GAAP) | 38.2% | 38.5% | 38.0% | 37.5% | 38.1% | 38.1% | 37.9% | 37.9% | 37.9% | 38.0% | 38.5% | 38.3% | 38.3% | 38.3% | 38.4% | 38.5% | 38.6% | 38.7% | 38.8% | 38.9% | 39.0% | 39.1% | 39.2% | 39.3% |
| Change in BPs | (161) | (51) | 46 | (12) | (63) | (10) | (63) | (17) | (12) | (12) | 41 | 40 | 40 | 40 | 40 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| Gross Profit (GAAP) | 30,176 | 20,591 | 17,488 | 19,931 | 88,186 | 33,912 | 23,422 | 20,421 | 24,084 | 101,839 | 35,191 | 24,272 | 21,140 | 25,202 | 105,806 | 111,656 | 117,072 | 123,464 | 130,097 | 136,621 | 143,572 | 150,973 | 158,852 | 167,234 |
| Gross Margin (GAAP) | 38.5% | 38.9% | 38.5% | 37.9% | 38.5% | 38.4% | 38.3% | 38.3% | 38.3% | 38.3% | 38.3% | 37.9% | 37.8% | 37.9% | 38.0% | 38.1% | 38.2% | 38.3% | 38.4% | 38.5% | 38.6% | 38.7% | 38.8% | 38.9% |
| (Consensus 11/01/18) | | | | | | | | | | | 35,880 | 25,463 | 22,349 | 25,799 | 108,583 | 112,603 | | | | | | | | |
| R&D (Non-GAAP) | 3,460 | 3,351 | 3,503 | 3,566 | 13,880 | 4,053 | 4,044 | 4,376 | 4,431 | 16,904 | 3,771 | 4,303 | 4,650 | 4,751 | 17,474 | 18,106 | 18,784 | 19,276 | 19,752 | 20,154 | 20,566 | 20,984 | 21,408 | 22,265 |
| (YOY Growth) | 20.6% | 12.5% | 15.3% | 17.1% | 16.3% | 17.1% | 20.7% | 24.9% | 24.3% | 21.8% | (6.9%) | 6.4% | 6.3% | 7.2% | 3.4% | 3.6% | 3.7% | 2.6% | 2.5% | 2.0% | 2.0% | 2.0% | 2.0% | 4.0% |
| (% of Sales) | 4.4% | 6.3% | 7.7% | 6.8% | 6.1% | 4.6% | 6.6% | 8.2% | 7.0% | 6.4% | 4.1% | 6.7% | 8.3% | 7.1% | 6.3% | 6.2% | 6.1% | 6.0% | 5.8% | 5.7% | 5.5% | 5.4% | 5.2% | 5.2% |
| Change in BPs | 63 | 44 | 54 | 28 | 52 | 17 | 28 | 50 | 26 | 31 | (49) | 10 | 10 | 10 | (9) | (10) | (5) | (15) | (15) | (15) | (15) | (15) | (15) | (5) |
| R&D (SBC) | 589 | 575 | 566 | 569 | 2,299 | 646 | 666 | 675 | 681 | 2,668 | 665 | 686 | 695 | 701 | 2,748 | 2,830 | 2,915 | 3,003 | 3,093 | 3,186 | 3,281 | 3,380 | 3,481 | 3,586 |
| SG&A (Non-GAAP) | 4,384 | 4,143 | 4,194 | 4,204 | 16,925 | 4,629 | 4,575 | 4,534 | 4,629 | 18,367 | 3,903 | 4,603 | 4,592 | 4,694 | 17,792 | 18,146 | 17,601 | 17,065 | 16,413 | 15,594 | 15,043 | 14,413 | 14,104 | 14,812 |
| (YOY Growth) | 3.0% | 8.7% | 9.2% | 7.5% | 7.5% | 5.6% | 10.4% | 8.1% | 10.1% | 8.5% | (15.7%) | 0.6% | 1.3% | 1.4% | (3.1%) | 2.0% | (3.0%) | (3.0%) | (3.8%) | (5.0%) | (3.5%) | (4.2%) | (2.1%) | 5.0% |
| (% of Sales) | 5.6% | 7.8% | 9.2% | 8.0% | 7.4% | 5.2% | 7.5% | 8.5% | 7.4% | 6.9% | 4.2% | 7.2% | 8.2% | 7.1% | 6.4% | 6.2% | 5.7% | 5.3% | 4.8% | 4.4% | 4.0% | 3.7% | 3.4% | 3.4% |
| Change in BPs | (1) | 29 | 20 | (22) | 8 | (35) | (56) | (72) | (64) | (47) | (100) | (30) | (30) | (30) | (53) | (20) | (45) | (45) | (45) | (45) | (35) | (35) | (25) | 0 |
| SG&A (SBC) | 438 | 425 | 411 | 390 | 1,664 | 398 | 425 | 426 | 413 | 1,662 | 410 | 438 | 439 | 425 | 1,712 | 1,763 | 1,816 | 1,871 | 1,927 | 1,985 | 2,044 | 2,105 | 2,169 | 2,234 |
| Total (SBC) | 1,256 | 1,217 | 1,193 | 1,174 | 4,840 | 1,296 | 1,348 | 1,351 | 1,345 | 5,340 | 1,335 | 1,388 | 1,392 | 1,385 | 5,500 | 5,665 | 5,835 | 6,010 | 6,191 | 6,376 | 6,568 | 6,765 | 6,967 | 7,177 |
| (% of Sales) | 1.6% | 2.3% | 2.6% | 2.2% | 2.1% | 1.5% | 2.2% | 2.5% | 2.1% | 2.0% | 1.5% | 2.2% | 2.5% | 2.1% | 2.0% | 1.9% | 1.9% | 1.9% | 1.8% | 1.8% | 1.8% | 1.7% | 1.7% | 1.7% |
| Total Oper. Exp. (Non-GAAP) | 7,844 | 7,494 | 7,697 | 7,770 | 30,805 | 8,682 | 8,619 | 8,910 | 9,060 | 35,271 | 7,675 | 8,906 | 9,241 | 9,445 | 35,267 | 36,252 | 36,386 | 36,341 | 36,165 | 35,748 | 35,609 | 35,398 | 35,512 | 37,076 |
| (YOY Growth) | 10.1% | 10.4% | 12.1% | 12.7% | 11.3% | 10.7% | 15.0% | 15.8% | 16.6% | 14.5% | (11.6%) | 3.3% | 3.7% | 4.2% | (0.0%) | 2.8% | 0.4% | (0.1%) | (0.5%) | (1.2%) | (0.4%) | (0.6%) | 0.3% | 4.4% |
| Total Oper. Exp. (GAAP) | 6,817 | 6,720 | 6,811 | 12,876 | | 7,638 | 7,528 | 7,966 | 30,941 | 8,750 | 10,030 | 10,375 | 10,507 | 39,727 | 40,846 | 41,117 | 41,214 | 41,185 | 40,919 | 40,934 | 41,162 | 42,896 |  |  |
| (YOY Growth) | 9.0% | 9.4% | 12.0% | 12.5% | 10.7% | 12.0% | 15.9% | 16.2% | 17.0% | 15.3% | 14.6% | 33.2% | 32.9% | 32.7% | 28.4% | 2.8% | 0.7% | 0.2% | (0.1%) | (0.6%) | 0.0% | (0.1%) | 0.7% | 4.2% |
| Oper. Inc. (Non-GAAP) | 22,103 | 12,880 | 9,575 | 11,946 | 56,504 | 24,978 | 14,546 | 11,261 | 14,773 | 65,558 | 27,776 | 15,631 | 12,157 | 16,016 | 71,579 | 76,475 | 81,789 | 88,260 | 95,102 | 102,079 | 109,205 | 116,855 | 124,657 | 131,515 |
| (YOY Growth) | (4.3%) | (0.5%) | 5.8% | 11.3% | 1.2% | 13.0% | 12.9% | 17.6% | 23.7% | 16.0% | 11.2% | 7.5% | 8.0% | 8.4% | 9.2% | 6.8% | 6.9% | 7.9% | 7.8% | 7.3% | 7.0% | 6.9% | 6.7% | 5.5% |
| Oper. Mgn (Non-GAAP) | 28.2% | 24.3% | 21.1% | 22.7% | 24.6% | 28.3% | 23.8% | 21.1% | 23.5% | 24.7% | 30.2% | 24.4% | 21.7% | 24.1% | 25.7% | 26.1% | 26.7% | 27.4% | 28.1% | 28.8% | 29.4% | 30.0% | 30.5% | 30.6% |
| Change in BPs | (223) | (124) | (18) | (28) | (123) | 8 | (56) | 5 | (77) | 3 | 190 | 60 | 60 | 60 | 102 | 60 | 60 | 70 | 70 | 70 | 60 | 60 | 50 | 15 |
| D&A | 2,987 | 2,332 | 2,354 | 2,484 | 10,157 | 2,745 | 2,739 | 2,665 | 2,754 | 10,903 | 2,827 | 2,821 | 2,745 | 2,837 | 11,230 | 11,567 | 11,914 | 12,271 | 12,640 | 13,019 | 13,409 | 13,812 | 14,226 | 14,653 |
| (YOY Growth) | 1.1% | (5.9%) | (6.8%) | (2.5%) | (3.3%) | (8.1%) | 17.5% | 13.2% | 10.9% | 7.3% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.9% | 3.0% | 3.0% | 3.0% | 3.6% | 3.0% | 3.5% | 3.0% |
| (% of Sales) | 3.8% | 4.4% | 5.2% | 4.7% | 4.4% | 3.1% | 4.5% | 5.0% | 4.4% | 4.1% | 3.1% | 4.4% | 4.9% | 4.3% | 4.0% | 3.9% | 3.9% | 3.8% | 3.7% | 3.7% | 3.6% | 3.5% | 3.5% | 3.4% |
| Adj. EBITDA | 25,090 | 15,212 | 11,929 | 14,430 | 66,661 | 27,723 | 17,285 | 13,926 | 17,527 | 76,461 | 30,603 | 18,452 | 14,901 | 18,853 | 82,809 | 88,042 | 93,703 | 100,532 | 107,742 | 115,097 | 122,614 | 130,667 | 138,883 | 146,168 |
| (YOY Growth) | (3.7%) | (1.3%) | 3.0% | 8.7% | 0.5% | 10.5% | 13.6% | 16.7% | 21.5% | 14.7% | 10.4% | 6.8% | 7.0% | 7.6% | 8.3% | 6.3% | 6.4% | 7.3% | 7.2% | 6.8% | 6.5% | 6.6% | 6.3% | 6.3% |
| Adj. EBITDA Mgn. | 32.0% | 28.8% | 26.3% | 27.4% | 29.1% | 31.4% | 28.3% | 26.1% | 27.9% | 28.8% | 33.3% | 28.8% | 26.7% | 28.4% | 29.7% | 30.0% | 30.6% | 31.2% | 31.8% | 32.5% | 33.0% | 33.5% | 34.0% | 34.0% |
| Change in BPs | (231) | (173) | (106) | (90) | (167) | (62) | (49) | (13) | (29) | 187 | 51 | 49 | 95 | 31 | 54 | 62 | 62 | 64 | 54 | 53 | 43 | 8 |  |  |
| EBITDA | 26,346 | 16,429 | 13,122 | 15,604 | 71,501 | 29,019 | 18,633 | 15,277 | 18,872 | 81,801 | 29,268 | 17,063 | 13,510 | 17,467 | 77,309 | 82,377 | 87,868 | 94,521 | 101,551 | 108,727 | 116,047 | 123,902 | 131,915 | 138,991 |
| (YOY Growth) | (2.9%) | (0.2%) | 3.9% | 9.1% | 1.4% | 10.1% | 13.4% | 16.4% | 20.9% | 14.4% | 0.9% | (8.4%) | (11.6%) | (7.4%) | (5.5%) | 6.6% | 6.7% | 7.6% | 7.4% | 7.1% | 6.7% | 6.8% | 6.5% | 5.4% |
| (Consensus 11/01/18) | | | | | | | | | | | 30,122 | 19,472 | 16,299 | 19,009 | 86,579 | 90,824 | | | | | | | | |
| Other Income (Expense) | 821 | 587 | 540 | 797 | 2,745 | 756 | 274 | 672 | 303 | 2,005 | 300 | 274 | 673 | 303 | 1,550 | 1,552 | 1,553 | 1,555 | 1,556 | 1,558 | 1,559 | 1,561 | 1,562 | 1,564 |
| Pre-Tax Income (Non-GAAP) | 22,924 | 13,467 | 10,115 | 12,743 | 59,249 | 25,734 | 14,820 | 11,933 | 15,076 | 67,563 | 28,075 | 15,905 | 12,829 | 16,320 | 73,129 | 78,027 | 83,343 | 89,815 | 96,659 | 103,636 | 110,764 | 118,416 | 126,219 | 133,079 |
| (YOY Growth) | (2.4%) | 2.8% | 7.4% | 14.2% | 3.7% | 12.3% | 10.0% | 18.0% | 18.3% | 14.0% | 9.1% | 7.3% | 7.5% | 8.2% | 8.2% | 6.7% | 6.8% | 7.8% | 7.6% | 7.2% | 6.9% | 6.9% | 6.6% | 5.4% |
| Income Taxes (Non-GAAP) | 6,289 | 3,655 | 2,591 | 3,203 | 15,738 | 6,965 | 2,346 | 1,765 | 2,296 | 13,372 | 4,632 | 3,340 | 2,694 | 3,427 | 14,094 | 16,386 | 17,502 | 18,861 | 20,298 | 21,764 | 23,261 | 24,867 | 26,506 | 27,947 |
| (YOY Growth) | 27.4% | 27.1% | 25.6% | 26.6% | 26.6% | 27.1% | 15.8% | 14.8% | 15.2% | 19.8% | 16.5% | 21.0% | 21.0% | 21.0% | 19.3% | 16.5% | 21.0% | 21.0% | 21.0% | 21.0% | 21.0% | 21.0% | 21.0% | 21.0% |
| Effective Tax Rate (Non-GAAP) | 27.4% | 27.1% | 25.6% | 25.1% | 26.6% | 27.1% | 15.8% | 14.8% | 15.2% | 19.8% | 16.5% | 21.0% | 21.0% | 21.0% | 19.3% | 21.0% | 21.0% | 21.0% | 21.0% | 21.0% | 21.0% | 21.0% | 21.0% | 21.0% |
| Net Income (Non-GAAP) | 16,635 | 9,812 | 7,524 | 9,540 | 43,511 | 18,769 | 12,474 | 10,168 | 12,780 | 54,191 | 23,443 | 12,565 | 10,135 | 12,892 | 59,035 | 61,641 | 65,841 | 70,954 | 76,360 | 81,873 | 87,504 | 93,549 | 99,713 | 105,132 |
| (YOY Growth) | (3.7%) | 3.6% | 11.6% | 19.5% | 4.9% | 12.8% | 27.1% | 35.1% | 34.0% | 24.5% | 24.9% | 0.7% | (0.3%) | 0.9% | 8.9% | 4.4% | 6.8% | 7.8% | 7.6% | 7.2% | 6.9% | 6.9% | 6.6% | 5.4% |
| Net Income (GAAP) | 17,891 | 11,029 | 8,717 | 10,714 | 48,351 | 20,065 | 13,822 | 11,519 | 14,125 | 59,531 | 22,328 | 11,468 | 9,036 | 11,798 | 54,630 | 57,166 | 61,231 | 66,206 | 71,470 | 76,835 | 82,316 | 88,205 | 94,209 | 99,463 |
| EPS (Non-GAAP) | $3.12 | $1.86 | $1.44 | $1.84 | $8.29 | $3.64 | $2.46 | $2.06 | $2.64 | $10.84 | $4.88 | $2.64 | $2.15 | $2.76 | $12.47 | $13.53 | $14.64 | $15.71 | $16.84 | $17.99 | $19.15 | $20.39 | $21.64 | $22.73 |
| (YOY Growth) | 1.1% | 9.1% | 16.7% | 24.3% | 9.9% | 16.6% | 32.0% | 43.6% | 43.2% | 30.8% | 34.1% | 7.3% | 4.2% | 4.8% | 15.0% | 8.6% | 8.2% | 7.3% | 7.2% | 6.8% | 6.5% | 6.5% | 6.2% | 5.0% |
| EPS (GAAP) | $3.36 | $2.10 | $1.67 | $2.07 | $9.21 | $3.89 | $2.73 | $2.34 | $2.91 | $11.91 | $4.65 | $2.41 | $1.92 | $2.53 | $11.54 | $12.55 | $13.61 | $14.66 | $15.76 | $16.88 | $18.01 | $19.22 | $20.45 | $21.50 |
| (YOY Growth) | 2.3% | 10.4% | 16.9% | 23.7% | 10.8% | 15.9% | 30.1% | 40.4% | 41.0% | 29.3% | 19.5% | (11.6%) | (18.0%) | (13.2%) | (3.1%) | 8.8% | 8.5% | 7.7% | 7.5% | 7.1% | 6.7% | 6.7% | 6.4% | 5.2% |
| (Consensus 11/01/18) | | | | | | | | | | | $4.89 | $3.14 | $2.61 | $3.13 | $13.79 | $15.25 | | | | | | | | |
| Shares Outstanding | 5,328 | 5,262 | 5,233 | 5,184 | 5,252 | 5,158 | 5,068 | 4,927 | 4,848 | 5,000 | 4,803 | 4,758 | 4,712 | 4,667 | 4,735 | 4,554 | 4,498 | 4,516 | 4,534 | 4,552 | 4,570 | 4,588 | 4,607 | 4,625 |
| (YOY Growth) | (4.8%) | (5.0%) | (4.4%) | (3.9%) | (4.5%) | (3.2%) | (3.7%) | (5.9%) | (6.5%) | (4.8%) | (6.9%) | (6.1%) | (4.3%) | (3.7%) | (5.3%) | (3.8%) | (1.2%) | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% |
| Dividends per Share | $0.57 | $0.57 | $0.63 | $0.63 | $2.40 | $0.63 | $0.63 | $0.73 | $0.73 | $2.72 | $0.73 | $0.73 | $0.78 | $0.78 | $3.03 | $3.18 | $3.28 | $3.37 | $3.48 | $3.58 | $3.69 | $3.80 | $3.91 | $4.03 |
| (YOY Growth) | 9.6% | 9.6% | 10.5% | 10.5% | 10.1% | 10.5% | 10.5% | 15.9% | 15.9% | 13.3% | 15.9% | 15.9% | 7.5% | 7.5% | 11.4% | 5.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% |

Sources: Company reports and D.A. Davidson.

6

**APPENDIX**

**Figure 6. Apple's Performance Against Guidance, 1QFY16-1QFY19E**

| Date Provided | 10/20/14 | 1/27/15 | 4/27/15 | 7/21/15 | 10/27/15 | 1/26/16 | 4/26/16 | 7/26/16 | 10/25/16 | 1/31/17 | 5/2/17 | 8/1/17 | 11/2/17 | 2/1/18 | 5/1/18 | 7/31/18 | 11/1/18 | Beat | (%) | Miss | (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1Q15 | 2Q15 | 3Q15 | 4Q15 | 1Q16 | 2Q16 | 3Q16 | 4Q16 | 1Q17 | 2Q17 | 3Q17 | 4Q17 | 1Q18 | 2Q18 | 3Q18 | 4Q18 | 1Q19 | | | | |
| **Sales ($M)** | | | | | | | | | | | | | | | | | | | | | |
| Low | 63,500 | 52,000 | 46,000 | 49,000 | 75,500 | 50,000 | 41,000 | 45,500 | 76,000 | 51,500 | 43,500 | 49,000 | 84,000 | 60,000 | 51,500 | 60,000 | 89,000 | | | | |
| High | 66,500 | 55,000 | 48,000 | 51,000 | 77,500 | 53,000 | 43,000 | 47,500 | 78,000 | 53,500 | 45,500 | 52,000 | 87,000 | 62,000 | 53,500 | 62,000 | 93,000 | | | | |
| D.A. Davidson | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | 60,079 | 51,737 | 62,900 | 92,000 | | | | |
| Consensus | 67,532 | 56,135 | 49,469 | 50,949 | 76,575 | 52,043 | 42,108 | 46,987 | 77,286 | 53,090 | 44,939 | 50,707 | 87,617 | 60,913 | 52,413 | 61,580 | 92,879 | | | | |
| Actual | 74,599 | 58,010 | 49,605 | 51,501 | 75,872 | 50,557 | 42,358 | 46,852 | 78,351 | 52,896 | 45,408 | 52,579 | 88,293 | 61,137 | 53,265 | 62,900 | NA | 12 | 75% | 4 | 25% |
| **Gross Margin** | | | | | | | | | | | | | | | | | | | | | |
| Low | 37.5% | 38.5% | 38.5% | 38.5% | 39.0% | 39.0% | 37.5% | 37.5% | 38.0% | 38.0% | 37.5% | 37.5% | 38.0% | 38.0% | 38.0% | 38.0% | 38.0% | | | | |
| High | 38.5% | 39.5% | 39.5% | 39.5% | 40.0% | 39.5% | 38.0% | 38.0% | 38.5% | 39.0% | 38.5% | 38.0% | 38.5% | 38.5% | 38.5% | 38.5% | 38.5% | | | | |
| D.A. Davidson | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | 38.5% | 38.3% | 38.3% | | | | | |
| Consensus | 38.6% | 39.6% | 39.6% | 39.3% | 39.8% | 39.5% | 37.9% | 37.9% | 38.5% | 38.7% | 38.2% | 38.0% | 38.4% | 38.5% | 38.3% | 38.3% | 38.6% | | | | |
| Actual | 39.9% | 40.8% | 39.7% | 39.9% | 40.1% | 39.4% | 38.0% | 38.0% | 38.5% | 38.9% | 38.5% | 37.9% | 38.4% | 38.3% | 38.3% | 38.3% | NA | 9 | 60% | 3 | 20% |
| **Operating Expenses ($M)** | | | | | | | | | | | | | | | | | | | | | |
| Low | 5,400 | 5,400 | 5,450 | 5,650 | 5,850 | 6,300 | 6,000 | 6,050 | 6,900 | 6,500 | 6,600 | 6,700 | 7,650 | 7,600 | 7,700 | 7,950 | 8,700 | | | | |
| High | 5,500 | 5,500 | 5,750 | 5,950 | 6,400 | 6,100 | 6,100 | 6,150 | 7,000 | 6,600 | 6,700 | 6,800 | 7,750 | 7,700 | 7,800 | 8,050 | 8,800 | | | | |
| D.A. Davidson | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | 7,601 | 7,753 | 7,966 | 8,750 | | | | | |
| Actual | 5,495 | 5,378 | 5,598 | 5,925 | 6,252 | 5,934 | 6,001 | 6,052 | 6,817 | 6,494 | 6,720 | 6,811 | 7,638 | 7,528 | 7,809 | 7,966 | NA | | | | |
| **Other Inc./(Exp). ($M)** | 325 | 350 | 350 | 400 | 400 | 325 | 300 | 350 | 400 | 400 | 450 | 500 | 600 | 300 | 400 | 300 | 300 | | | | |
| Actual | 170 | 286 | 390 | 439 | 402 | 155 | 364 | 427 | 821 | 587 | 540 | 797 | 756 | 274 | 672 | 303 | NA | | | | |
| **Effective Tax Rate** | 26.5% | 26.3% | 26.3% | 26.3% | 26.2% | 25.5% | 25.5% | 25.5% | 26.0% | 26.0% | 25.5% | 25.5% | 25.5% | 15.0% | 14.5% | 15.0% | 16.5% | | | | |
| Actual | 26.2% | 26.9% | 26.2% | 26.1% | 25.3% | 25.6% | 25.5% | 26.0% | 26.0% | 24.9% | 22.9% | 23.0% | 25.8% | 14.5% | 13.3% | 14.0% | NA | | | | |

*Source: Company reports and D.A. Davidson.*

**Timeline**

- Founded by Steve Jobs and Stephen Wozniak in 1976.
- Launched Apple I in 1976.
- Mike Markkula became Chairman in 1977.
- Michael Scott became President in 1977.
- Launched Apple II in 1977.
- Launched Apple Disk II in 1978.
- Completes IPO in 1980.
- Launched Lisa in 1983.
- John Sculley became President & CEO in 1983.
- Launched the Macintosh in 1984.
- Steve Jobs resigned in 1985.
- Stephen Wozniak resigned in 1987.
- Launched the Macintosh II in 1987.
- Launched the Macintosh Portable in 1989.
- Michael Spindler became President in 1990.
- Launched QuickTime, the digital media player, in 1991.
- Michael Spindler became CEO in 1993.
- John Sculley became Chairman in 1993.
- Mike Markkula replaced John Sculley as Chairman in 1993.
- Gil Amelio became Chairman & CEO in 1996.
- Steve Jobs returned as an advisor in 1997.
- Gil Amelio resigned and Steve Jobs became interim CEO in 1997.
- Launched the iMac in 1998.
- Launched the iBook in 1999.
- Steve Jobs became CEO in 2000.
- Launched iTunes, OS X, and the iPod in 2001.
- Launched the flat-paneled G4 iMac in 2002.
- Launched the iLife suite in 2003.
- iTunes became compatible with Windows computers in 2003.
- Launched iTunes in France, Germany, and the UK in 2004.
- Launched the iPod mini in 2004.

- Launched the Mac mini, iPod shuffle, and iPod Nano in 2005.
- Launched the iMac and MacBook Pro with Intel processors in 2006.
- Launched the iPhone in 2007.
- Changed name from Apple Computers Incorporated to Apple, Inc. in 2007.
- Launched the MacBook Air in 2008.
- Launched the iPad in 2010.
- Launched the iPhone 4S with the voice assistant, Siri, in 2011.
- Launched the iCloud in 2011.
- Steve Jobs resigned from CEO and was replaced by Tim Cook in 2011.
- Launched the iPad mini in 2012.
- Launched the iPhone 5S with the fingerprint Touch ID sensor in 2013.
- Launched Apple Pay and Apple Watch in 2014.
- Acquired Beats from Dr. Dre in 2014.
- Launched Apple Music and the Apple TV in 2015.
- Launched the iPhone SE, iPad Pro, and the AirPods in 2016.
- Launched the iPhone X with facial recognition technology in 2017.
- Launched Apple Pay Cash in 2017.
- Launched ARKit in 2017.
- Launched HomePod in 2018.
- Launched the iPhone XS, XS Max, and XR in September 2018.
- Launched a new iPad Pro, MacBook Air, and Mac Mini in October 2018.

**D.A. Davidson & Co.**
222 SW Columbia Street, Suite 1400 • Portland, Oregon 97201 • (800) 755-7848 • www.davidsoncompanies.com/ecm

Copyright D.A. Davidson & Co., 2018. All rights reserved.

## Required Disclosures

D.A. Davidson & Co. makes a market in Apple Inc..

D.A. Davidson & Co. expects to receive, or intends to seek, compensation for investment banking services from this company in the next three months.

D.A. Davidson & Co. is a full service investment firm that provides both brokerage and investment banking services. Tom Forte, CFA and Scott McConnell, CFA, the research analysts principally responsible for the preparation of this report, will receive compensation that is based upon (among other factors) D.A. Davidson & Co.'s investment banking revenue. D.A. Davidson & Co.'s analysts, however, are not directly compensated for involvement in specific investment banking transactions.

We, Tom Forte, CFA and Scott McConnell, CFA, attest that (i) all the views expressed in this research report accurately reflect our personal views about the common stock of the subject company, and (ii) no part of our compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

**Rating Information**

**D.A. Davidson & Co.'s Institutional Research Rating Scale Definitions** (maintained since October 10, 2017); information regarding our previous definitions is available upon request:

**BUY:** Expected to produce a total return of over 15% on a risk adjusted basis over the next 12-18 months
**NEUTRAL:** Expected to produce a total return of -15% to +15% on a risk adjusted basis over the next 12-18 months
**UNDERPERFORM:** Expected to lose value of over 15% on a risk adjusted basis over the next 12-18 months

| Rating Distribution (as of 9/30/18) | Coverage Universe Distribution | | | Investment Banking Distribution | | |
|---|---|---|---|---|---|---|
| | IR | WMR | Combined | IR | WMR | Combined |
| BUY (Buy) | 54 % | 84 % | 56 % | 14 % | 3 % | 13 % |
| NEUTRAL (Hold) | 46 % | 16 % | 44 % | 7 % | 0 % | 7 % |
| UNDERPERFORM (Sell) | 0 % | 0 % | 0 % | 0 % | 0 % | 0 % |

*IR denotes Institutional Research; WMR denotes Wealth Management Research whose rating scale is Buy/Add, Neutral, Sell/Reduce. Investment Banking Distribution denotes companies from whom D.A. Davidson & Co. has received compensation in the last 12 months.*



Apple Inc. Rating History as of 11/01/2018

\*\*\*D.A. Davidson's Wealth Management Research (WMR) initiated coverage on January 28, 2014; on April 30, 2018 WMR dropped coverage and D.A. Davidson's Institutional Research initiated coverage.

Target prices are our Institutional Research Department's evaluation of price potential over the next 12-18 months and 5 years, based upon our assessment of future earnings and cash flow, comparable company valuations, growth prospects and other financial criteria. Certain risks may impede achievement of these price targets including, but not limited to, broader market and macroeconomic fluctuations and unforeseen changes in the subject company's fundamentals or business trends.

## Other Disclosures

Information contained herein has been obtained by sources we consider reliable, but is not guaranteed and we are not soliciting any action based upon it. Any opinions expressed are based on our interpretation of data available to us at the time of the original publication of the report. These opinions are subject to change at any time without notice. Investors must bear in mind that inherent in investments are the risks of fluctuating prices and the uncertainties of dividends, rates of return and yield. Investors should also remember that past

Confidential                                                                                                                              APL-SECLIT_00002069

performance is not necessarily an indicator of future performance and D.A. Davidson & Co. makes no guarantee, express or implied, as to future performance. Investors should note this report was prepared by D.A. Davidson & Co.'s Institutional Research Department for distribution to D.A. Davidson & Co.'s institutional investor clients and assumes a certain level of investment sophistication on the part of the recipient. Readers, who are not institutional investors or other market professionals, should seek the advice of their individual investment advisor for an explanation of this report's contents, and should always seek such advisor's advice before making any investment decisions. Further information and elaboration will be furnished upon request.

Confidential                                                                                                                                       APL-SECLIT_00002070