# EXHIBIT 58



# Apple (AAPL)

### Good, above guidance 4Q, but weaker q/q momentum

➢ iPhone unit growth +0.5% but ASP's +28% y/y, revenue +29%
➢ Services revenue up 27% when adjusted for one time gain, y/y
➢ ~$23bn returned to shareholders, ~$80b remains in buyback

**Louis Miscioscia, CFA**
+1-212-612-6121
louis.miscioscia@us.daiwacm.com
Daiwa Capital Markets America



| | |
|---|---|
| Current rating | 1 (Buy) |
| Share price ($; 1 Nov) | 222.22 |

**What's new:** Apple reported 4Q18 (September) results after the market close on November 1, with revenue of $62.9b (+19.6% y/y) which is $1.4b, or 2.3% better than consensus of $61.5b. EPS of $2.91 was 13c, or 4.7% better than consensus estimate of $2.78, and was up a staggering 41% y/y. For 1Q19 the mid-point of revenue guidance of $89b-$93b is ~$2b below the street's estimate of $92.9b. The street's EPS before the print was $4.92. GM are estimated to be flat q/q. For one thing, management pointed to a $2b currency headwind q/q.

**Results overview:** Overall revenue growth of almost 20% in 4Q18 was broad based but exceptionally strong once again with iPhones up 29%, Services up 27% but 17% as reported given there was a $640m favorable tax credit in the quarter a year ago. The Other Products category which includes AirPods, AppleTV, Beats, Watch, touch, etc., was up 31% y/y. Wearables specifically, Watch, AirPods and Beat were up over 50%. Revenue also grew across geographies, and notably growth in the Americas up 19%, Greater China 16% and Europe in 18%, Japan 34%, but there was weakness in Turkey, Russia, India and Brazil. Part of the issue is the movement in FX.

**iPhone revenue growth driven by ASPs:** iPhone revenue grew 29% y/y driven by ASP growth of 28%, but unit growth of just 45bp. Management said they will no longer provide unit number, for which a number of analysts on the call pushed back suggesting it is an important metric. While desired, analysts can't force them to disclose this. They did say that for 1Q19 (December), they will break out gross margin and revenue for services vs products. A difference in this year vs. last is that the X was not shipped until 1Q18, making y/y for 1Q19 more difficult. This year the high end phones were shipped here in 4Q18, being the XS and XS Max, driving strong 4Q18 results, but a more difficult compare. When adding 1Q19 and 4Q18 together, using midpoint guidance, and compared to prior quarters, iPhone revenue is up 9.2%, and 11.4% adjusting for FX.

**Services revenue of $10b was up 27% for 4Q (adjusted) and for** FY18 at $37.2b it was 14% of total, up 92bp y/y. Services growth continues to be broad-based across offerings and geographies and the company is well on track for doubling from 2016 to 2020, or close to $50b. Subscriptions grew about 10% q/q to 330m and the install base of products continues to grow double digits. Apple Pay volume tripled y/y.

**Apple bought back $19.4b shares in the quarter,** part of the prior $100b buyback announcement: Plus $3.5b in dividends was paid or $0.73/share. Debt was not materially reduced q/q. Apple still has gross/net cash of $237b/$123b, with the stated objective of returning cash to shareholders until they are net cash neutral. Our current PT is $249.

This report is provided as a reference for making investment decisions and is not intended to be a solicitation for investment. Investment decisions should be made at your own discretion and risk. Content herein is based on information available at the time the report was prepared and may be amended or otherwise changed in the future without notice. We make no representations as to the accuracy or completeness. Daiwa Capital Markets America retains all rights related to the content of this report, which may not be redistributed or otherwise transmitted without prior consent. For important company disclosure information please go to the link below. Disclaimer: https://daiwa3.bluematrix.com/sellside/Disclosures.action





## September quarter results summary

**Chart 1: Apple – September (Q4) results vs consensus and guidance**

| ($bn, except per share data) | 4Q18 (Sep.) Actual | 4Q18 (Sep.) Consensus | 1Q19 (Dec.) Guidance | 1Q19 (Dec.) Consensus |
|---|---|---|---|---|
| Revenue | 62.9 | 61.5 | between $89bn - $93bn | 92.9 |
| Gross Margin % | 38.3% | 38.3% | between 38% - 38.5% | 38.5% |
| Operating expenses | 7.97 | 8.02 | between $8.7bn - $8.8bn | 8.53 |
| Other income | 0.3 | | $300mn | |
| Tax rate | 14.0% | | 16.5% | |
| **EPS ($)** | **2.91** | **2.78** | | **4.92** |
| iPhone | | | | |
| Shipments (mn) | 46.9 | 47.5 | | 77.8 |
| Revenue ($bn) | 37.2 | 35.6 | | |
| ASP ($) | 793.0 | 750.8 | | |
| iPad | | | | |
| Shipments (mn) | 9.7 | 10.5 | | 13.3 |
| Revenue ($bn) | 4.1 | 4.6 | | |
| ASP ($) | 421.6 | 435.3 | | |
| Mac | | | | |
| Shipments (mn) | 5.3 | 4.9 | | 4.9 |
| Revenue ($bn) | 7.4 | 6.9 | | |
| ASP ($) | 1,398.6 | 1,425.8 | | |
| Services | | | | |
| Revenue ($bn) | 10.0 | 10.2 | | |
| Other Products | | | | |
| Revenue ($bn) | 4.2 | 4.2 | | |

Source: Company materials; compiled by DCMA. Consensus estimates (StreetAccount).

Confidential                                                                                            APL-SECLIT_00001936


**Important Legal Disclaimers**

This report is provided to you by Daiwa Capital Markets America Inc. (DCMA) as a reference for making investment decisions and is not intended to be an offer to sell or the solicitation of any offer to buy securities or related financial products. Investment decisions should be made at your own discretion and risk. Content herein is based on information available at the time the report was prepared and may be amended or otherwise changed in the future without notice. We make no representations as to the accuracy or completeness of the report. It reflects the research analyst's views at the time of its preparation, but may not reflect events occurring after its preparation; nor does it reflect DCMA's views at any time. Readers should consult their financial representatives to determine whether the securities or financial products covered in this report are consistent with their own investment objectives, financial situation and needs.

Unless governing law provides otherwise, transactions should be executed through the Daiwa Securities Group entity in the investor's home jurisdiction in accordance with local laws and regulations. This report does not constitute, and should not be used as a substitute for tax, legal or investment advice. Any recommendation made in this report is risky and appropriate only for sophisticated speculative investors able to incur significant losses. This report does not recommend to U.S. recipients the use of any of DCMA's non-U.S. affiliates to effect trades in any security and is not supplied with any understanding that U.S. recipients of this report will direct commission business to such non-U.S. entities. Unless applicable law permits otherwise, non-U.S. customers wishing to effect a transaction in any securities referenced in this material should contact a Daiwa entity in their local jurisdiction. Most countries throughout the world have their own laws regulating the types of securities and other investment products which may be offered to their residents, as well as a process for doing so. As a result, the securities discussed in this report may not be eligible for sales in some jurisdictions. Customers wishing to obtain further information about this report should contact DCMA: Daiwa Capital Markets America Inc., Financial Square, 32 Old Slip, New York, New York 10005 (telephone 212-612-7000).

Canadian recipients of this research report are advised that this research report is not, and under no circumstances is it to be construed as, an offer to sell or a solicitation of or an offer to buy any securities that may be described herein. This research report is not, and under no circumstances is it to be construed as, a prospectus, offering memorandum, advertisement or a public offering in Canada of such securities. No securities commission or similar regulatory authority in Canada has reviewed or in any way passed upon this research report or the merits of any securities described or discussed herein and any representation to the contrary is an offence. Any securities described or discussed within this research report may only be distributed in Canada in accordance with applicable provincial and territorial securities laws. Canadian recipients are advised that Daiwa Capital Markets America Inc., its affiliates and its authorized agents are not responsible for, nor do they accept, any liability whatsoever for any direct or consequential loss arising from any use of this research report or the information contained herein.

**IMPORTANT DISCLOSURE INFORMATION AS OF 11/01/2018**

Apple Inc (AAPL US)



**Daiwa Capital Markets America Inc. ("DCMA") Rating and Price Target History Chart**

The boxes on the Rating and Price Target History chart above (for DCMA research only) indicate the date of the Research Report, the rating (if any), and the price target. Each box represents a date on which an analyst made a change to a rating or price target, except for the first box, which may only represent the first Research Report written during the past three years. Chart symbols are defined below:

I = Initiation; D = Drop; NR = No Rating; NA = Not Available

Confidential                                                                                                           APL-SECLIT_00001937


| Distribution of Ratings/IB Services Firmwide DAIWA | | | | |
|---|---|---|---|---|
| | | | IB Serv./Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
| BUY[1/2] | 35 | 60.34% | 1 | 2.86% |
| HOLD[3] | 23 | 39.66% | 0 | 0.00% |
| SELL[4/5] | 0 | 0.00% | 0 | 0.00% |

**DCMA Distribution of Ratings/IB Services Chart**

This chart shows the number of companies in each rating category (for DCMA research only) from which Daiwa Capital Markets America Inc. or an affiliate received compensation for investment banking services within the past 12 months.

NASD/NYSE rules require member firms to assign all rated stocks to one of three rating categories: Buy; Hold/Neutral; or Sell (regardless of the firm's own categories). For purposes of this ratings distribution disclosure, issues rated 1-2 equal Buy; 3 equal Hold/Neutral; and 4-5 equal Sell. Our 1-5 ratings are defined below:

1. Outperform local benchmark index by more than 15% over the next 12 months.

2. Outperform local benchmark index by 5 - 15% over the next 12 months.

3. Out/underperform local benchmark index by less than 5% over the next 12 months.

4. Underperform local benchmark index by 5 - 15% over the next 12 months.

5. Underperform local benchmark index by more than 15% over the next 12 months.

*(Criteria above apply to rating updates from Jan 2015. For ratings assigned or updated prior to Jan 2015, criteria refer to performance vs. benchmark index over 6 months.)

**Research Analyst Financial Interest Disclosure**

The principal research analysts who prepared this report have no financial interest in securities of the issuers covered in the report, are not (nor are any members of their household) an officer, director or advisory board member of the issuer(s) covered in the report, and are not aware of any material relevant conflict of interest involving the analyst or DCMA, except as noted:

No Exceptions.

**Research Analyst Independence Certification**

The views about any and all of the subject securities and issuers expressed in this Research Report accurately reflect the personal views of the research analyst(s) primarily responsible for this Report (or the views of the firm producing the report if no individual analyst is named on the report); and no part of the compensation of such analyst (or no part of the compensation of the firm if no individual analyst is named on the report) was, is, or will be directly or indirectly related to the specific recommendations or views contained in this Research Report.

**MATERIAL DISCLOSURES**

**Investment Banking & Other Financial Services Compensation**

Neither DCMA, nor a DCMA affiliate has managed or co-managed a public offering of securities of issuer(s) covered in this report in the past 12 months, or has received compensation for investment banking services in the past 12 months, or expects to receive or intends to seek compensation for investment banking services in the next 3 months.

Issuer(s) covered in this report were not a client of DCMA, or a DCMA affiliate, in the past 12 months from whom DCMA has received compensation for non-investment banking-securities related services.

Confidential                                                                                                                                                          APL-SECLIT_00001938

Apple (AAPL): 1 November 2018



**Ownership of Securities**

Neither DCMA, nor a DCMA affiliate beneficially owns one percent or more of a class of common equity securities of issuer(s) covered in this report.

**If this report is distributed outside the U.S. by a non-U.S. affiliate of DCMA, the following disclosures apply to DCMA in the respective jurisdictions:**

**In Japan**

**Underwriting Compensation Disclosure**

DCMA has not acted as lead manager in a public offering of securities of the issuer(s) that are the subject of this report in the last 12 months.

**Ownership of Securities:**

Not appreciable.

Confidential                                                                                                                                                    APL-SECLIT_00001939