# EXHIBIT 59



FBN SECURITIES
Member FINRA, SIPC
EST 1985

| | |
|---|---|
| **Apple Inc.**<br>**(Nasdaq: AAPL)**<br>**Outperform\| Target: $240** | **TECHNOLOGY RESEARCH/IT HARDWARE**<br>November 2, 2018<br>**Shelby Seyrafi, CFA**/212-618-2185<br>sseyrafi@fbnsecurities.com |

## Company Statistics

| | |
|---|---|
| Price | $ 222.22 |
| Ticker Symbol | AAPL |
| Market | Nasdaq |
| 52 wk High | $233.47 |
| 52 wk Low | $150.24 |
| Market Cap. ($M) | $ 1,073,000 |
| Enterprise Value ($M) | $ 950,383 |

**Earnings Per Share**

| FYE – Sep. | 2018A | 2019E | 2020E |
|---|---|---|---|
| 1Q – Dec.. | $ 3.89 | $ 4.84 | $ 5.31 |
| 2Q – Mar. | $ 2.73 | $ 3.11 | $ 3.49 |
| 3Q – Jun. | $ 2.34 | $ 2.57 | $ 2.92 |
| 4Q – Sep. | $ 2.91 | $ 3.02 | $ 3.41 |
| **Year** | **$ 11.87** | **$ 13.54** | **$ 15.12** |
| Y/Y% | 29% | 14% | 12% |
| Before: | $ 11.71 | $ 13.42 | $ 14.83 |
| P/E | 18.7x | 16.4x | 14.7x |

**Revenue ($M)**

| FYE – Sep. | 2018A | 2019E | 2020E |
|---|---|---|---|
| 1Q – Dec.. | $ 88,293 | $ 92,115 | $ 95,163 |
| 2Q – Mar. | $ 61,137 | $ 64,171 | $ 67,150 |
| 3Q – Jun. | $ 53,265 | $ 56,063 | $ 58,983 |
| 4Q – Sep. | $ 62,900 | $ 62,936 | $ 65,943 |
| **Year** | **$ 265,595** | **$ 275,286** | **$ 287,239** |
| Y/Y% | 16% | 4% | 4% |
| Before: | $ 263,805 | $ 275,813 | $ 286,224 |

## VALUATION METHODOLOGY

We arrive at our price target using a discounted cash flow (DCF) methodology.

## RISKS

Investment risks include increased competition from Android-based smartphones and tablets and weaker consumer spending.

## AAPL: Buy on Pullback as Somewhat Weak FQ1 Guidance Partly Caused by Timing of New iPhones

- **Reiterate Outperform and raise PT to $240.** We retain our Outperform rating on AAPL and raise our PT from $230 to $240 on a strong FQ4 with revenue growing by a strong 20% Y/Y and coming in 2% above consensus and with NG EPS coming of $2.91 coming in $.13 above consensus. The stock is looking to pull back today on relatively weak FQ1 revenue guidance of $89-93B as most of the range is below consensus of $92.9B. This is leading to concerns about slowing iPhone revenue growth in FQ1. We believe that the launch of the iPhone XS and XS Max in September this year, versus the launch of the iPhone X in December last year, resulted in more growth in this year's FQ4 and therefore less growth in FQ1. So some of the weaker guidance could simply be due to the timing of the new iPhone availability. Additionally, the stock could also be responding negatively to the announcement that starting with FQ1 2019 the company will stop breaking out unit sales for iPhone, iPad, and Mac as this will result in less important information available for investors. However, we would be buyers of the stock on any pullback as we are raising our revenue and EPS estimates and the company's FCF yield of 7.0% (using yesterday's closing price; yield is higher if the stock pulls back today, which is likely) is quite attractive. Moreover, although many investors are concerned about AAPL's China business, the Greater China segment grew by 16% Y/Y (down only slightly from 19% Y/Y growth in FQ3) against a tougher Y/Y comparison.

- **FQ4 results.** For the FQ4/Sept. quarter, AAPL reported revenue of $62.9B (+20% Y/Y and 2% above consensus of $61.55) and EPS of $2.91 (above consensus of $2.78). NG GM% of 38.3% grew by .4pp Y/Y and was equal to consensus, and NG opex of $7.97B grew by 17% Y/Y came in slightly below consensus of $8.02B. NG operating margin of 25.6% grew by .7pp Y/Y. Cash flow from operations of $19.52B grew by 25% Y/Y, and FCF of $16.5B grew by 40% Y/Y. Especially strong revenue growth was called out for Germany, Italy, Sweden, Switzerland, Japan, and Korea, although slower growth was seen in Brazil and Turkey.

- **FQ1 guidance.** For the FQ1/Dec. quarter, AAPL is guiding for revenue of $89-93B (vs. consensus of $92.52B), NG GM% of 38.0-38.5% (vs. consensus of 38.5%), and NG opex of $8.7-8.8B (above consensus of $8.53B). We arrive at an estimated NG EPS of $4.84 (below consensus of $4.92).

- **Segments**. iPhone revenue of $37.2B (above consensus of $35.56) grew by 20% Y/Y as although iPhone units of 46.9M was flat Y/Y, iPhone ASP of $793 grew by 28% Y/Y and came in above consensus of $751M. The iPhone ASP benefited from the strong performance of the iPhone X, 8, and 8Plus, as well as the successful launch of the iPhone XS and XS Max in FQ4. iPad revenue of $4.09B declined by 15% Y/Y and came in below consensus of $4.62B. Mac revenue of $7.41B grew by 3% Y/Y and came in above consensus of $6.92B. Although services revenue of $9.91B grew by only 17% Y/Y, this growth would have been 27% without a one-time $640M favorable impact to services due to an accounting adjustment a year ago. There are now over 330M paid subscriptions on the AAPL platform, and increase of over 50% Y/Y. Other products revenue of $4.23B grew by 31% Y/Y and came in above consensus of $4.18B.

- **Reclassification starting in FQ1**. Starting in FQ1, AAPL will adopt FASB's new standard for revenue recognition. Specifically, revenue corresponding to the amortization of the deferred value of bundled services such as Maps, Siri, and free iCloud services was previously reported in product revenue. After adopting the new standard, this revenue will now be reported in services revenue.

---

**FOR INSTITUTIONAL CONSIDERATION ONLY.**
**FOR REQUIRED DISCLOSURES, INCLUDING ANALYST CERTIFICATION, PLEASE REFER TO THE IMPORTANT DISCLOSURES IN THE LAST PAGE OF THE REPORT.**

APL-SECLIT_00001860

## Figure 1: AAPL Income Statement

| AAPL Income Statement ($M) GAAP Model | Q1 17 Dec-16 14-week | Q2 17 Mar-17 | Q3 17 Jun-17 | Q4 17 Sep-17 | 2017A | Q1 18 Dec-17 | Q2 18 Mar-18 | Q3 18 Jun-18 | Q4 18A Sep-18 | 2018A | Q1 19E Dec-18 | Q2 19E Mar-19 | Q3 19E Jun-19 | Q4 19E Sep-19 | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| iPhone Revenue | 54,378 | 33,249 | 24,846 | 28,846 | 141,319 | 61,576 | 38,032 | 29,906 | 37,185 | 166,699 | 62,805 | 39,420 | 30,413 | 34,978 | 167,616 | 169,293 | 170,985 |
| Y/Y% | 5% | 1% | 3% | 2% | | 13% | 14% | 20% | 29% | 18% | 2% | 4% | 2% | -6% | 1% | 1% | 1% |
| iPhone Units (M) | 78,290 | 50,763 | 41,026 | 46,677 | 216,756 | 77,316 | 52,217 | 41,300 | 46,889 | 217,722 | 79,500 | 54,000 | 42,000 | 47,827 | 223,327 | 225,560 | 227,816 |
| Y/Y% | 5% | -1% | 2% | 3% | 2% | -1% | 3% | 1% | 0% | 0% | 3% | 3% | 2% | 2% | 3% | 1% | 1% |
| Q/Q% | 73% | -35% | -19% | 14% | | 66% | -32% | -21% | 14% | | 70% | -32% | -22% | 14% | | 1% | 1% |
| Consensus iPhone Units (M) | 77,400 | 52,270 | 40,700 | 46,360 | | | 52,400 | | | 47,500 | | 77,800 | | | | | |
| % above/below consensus | 1.1% | -2.9% | 0.8% | 0.7% | | | -0.3% | | | -1.3% | | 2.2% | | | | | |
| iPhone ASP | $695 | $655 | $606 | $618 | $652 | $796 | $728 | $724 | $793 | $766 | $790 | $730 | $724 | $731 | $751 | $751 | $751 |
| Y/Y% | 1% | 2% | 2% | -1% | 1% | 15% | 11% | 20% | 28% | 17% | -1% | 0% | 0% | -8% | -2% | 0% | 0% |
| Q/Q% | 12% | -6% | -8% | 2% | | 29% | -9% | -1% | 10% | | 0% | -8% | -1% | 1% | | | |
| iPad | 5,533 | 3,889 | 4,969 | 4,831 | 19,222 | 5,862 | 4,113 | 4,741 | 4,089 | 18,805 | 5,371 | 3,690 | 4,584 | 3,772 | 17,417 | 16,065 | 15,182 |
| Y/Y% | -22% | -12% | 2% | 14% | -7% | 6% | 6% | -5% | -15% | -2% | -8% | -10% | -3% | -8% | -7% | -8% | -5% |
| Mac | 7,244 | 5,844 | 5,592 | 7,170 | 25,850 | 6,895 | 5,848 | 5,330 | 7,411 | 25,484 | 6,819 | 5,400 | 5,166 | 7,337 | 24,722 | 24,473 | 24,227 |
| Y/Y% | 7% | 14% | 7% | 25% | 13% | -5% | 0% | -5% | 3% | -1% | -1% | -8% | -3% | -1% | -3% | -1% | -1% |
| Services (with Apple Pay) | 7,172 | 7,041 | 7,266 | 8,501 | 29,980 | 8,471 | 9,190 | 9,548 | 9,981 | 37,190 | 10,758 | 11,579 | 12,030 | 12,476 | 46,844 | 58,070 | 70,826 |
| Y/Y% | 18% | 18% | 22% | 34% | 23% | 18% | 31% | 31% | 17% | 24% | 27% | 26% | 26% | 25% | 26% | 24% | 22% |
| Goal: double from $24B in F16 by F20 | | | | | | | | | | | | | | | | | |
| Other Products (with Apple Watch) | 4,024 | 2,873 | 2,735 | 3,231 | 12,863 | 5,489 | 3,954 | 3,740 | 4,234 | 17,417 | 6,362 | 4,082 | 3,870 | 4,373 | 18,687 | 19,339 | 20,015 |
| Y/Y% | -8% | 31% | 23% | 36% | 16% | 36% | 38% | 37% | 31% | 35% | 16% | 3% | 3% | 3% | 7% | 3% | 3% |
| Total Revenue | 78,351 | 52,896 | 45,408 | 52,579 | 229,234 | 83,293 | 61,137 | 53,265 | 62,900 | 265,595 | 92,115 | 64,171 | 56,063 | 62,936 | 275,286 | 287,239 | 301,236 |
| Y/Y% | 3% | 5% | 7% | 12% | 6% | 13% | 16% | 17% | 20% | 16% | 4% | 5% | 5% | 0% | 4% | 4% | 5% |
| Y/Y% adjusted for extra week | 21% | | | | | | | | | | | | | | | | |
| Y/Y% - CC | | | | | | | | | | | | | | | | | |
| Q/Q% | 67% | -32% | -14% | 16% | | 68% | -31% | -13% | 18% | | 46% | -30% | -13% | 12% | | | |
| Low-end of revenue guidance | 76,000 | 51,500 | 43,500 | 49,000 | | 84,000 | 60,000 | 51,500 | 60,000 | | 89,000 | | | | | | |
| High-end of revenue guidance | 78,000 | 53,500 | 45,500 | 52,000 | | 87,000 | 62,000 | 53,500 | 62,000 | | 93,000 | | | | | | |
| % off low-end of revenue guidance | 3% | 3% | 4% | 7% | | 5% | 2% | 3% | 5% | | 3% | | | | | | |
| % between low-end and high-end | 118% | 70% | 95% | 119% | | 143% | 57% | 88% | 145% | | 78% | | | | | | |
| Consensus revenue | 77,380 | 53,060 | 44,890 | 50,790 | 227,410 | | 87,500 | 61,190 | 52,300 | 61,550 | 264,030 | 92,900 | | | | 281,660 | |
| % above/below consensus | 1.3% | -0.3% | 1.2% | 3.5% | | | 0.9% | -0.1% | 1.8% | 2.2% | | 0.6% | -0.8% | | | -2.3% | |
| Total Cost of Sales | 48,175 | 32,305 | 27,920 | 32,648 | 141,048 | 54,381 | 37,715 | 32,844 | 38,816 | 163,756 | 56,735 | 38,860 | 33,760 | 38,225 | 167,579 | 172,125 | 177,815 |
| Gross Margin $ | 30,176 | 20,591 | 17,488 | 19,931 | 88,186 | 33,912 | 23,422 | 20,421 | 24,084 | 101,839 | 35,380 | 25,312 | 22,304 | 24,712 | 107,707 | 115,114 | 123,421 |
| Y/Y% | -1% | 3% | 9% | 12% | 5% | 12% | 14% | 17% | 21% | 15% | 4% | 8% | 9% | 3% | 6% | 7% | 7% |
| Gross Margin % | 38.5% | 38.9% | 38.5% | 37.9% | 38.5% | 40.7% | 38.3% | 38.3% | 38.3% | 38.3% | 38.4% | 39.4% | 39.8% | 39.3% | 39.1% | 40.1% | 41.0% |
| Y/Y pp change in GM% | -1.6% | -0.5% | 0.5% | -0.1% | | -0.1% | -0.6% | -0.2% | 0.4% | -0.1% | 0.0% | 1.1% | 1.4% | 1.0% | 0.8% | 1.0% | 0.9% |
| Q/Q pp change in GM% | 0.5% | 0.4% | -0.4% | -0.6% | | 0.5% | -0.1% | 0.0% | 0.0% | | 0.1% | 1.0% | 0.3% | -0.5% | | | |
| Low-end of Gross Margin Guidance | 38.0% | 38.0% | 37.5% | 37.5% | | 38.0% | 38.0% | 38.0% | 38.0% | | 38.0% | | | | | | |
| High-End of Gross Margin Guidance | 38.5% | 39.0% | 38.5% | 38.0% | | 38.5% | 38.5% | 38.5% | 38.5% | | 38.5% | | | | | | |
| pp above/below high-end of Guidance | 0.0% | -0.1% | 0.0% | -0.1% | | -0.1% | -0.2% | -0.2% | -0.2% | | -0.1% | | | | | | |
| Consensus GM% | 38.4% | 38.7% | 38.3% | 38.0% | | 38.3% | 38.5% | 38.3% | 38.3% | | 38.5% | | | | | | |
| pp above/below consensus NG GM% | 0.1% | 0.2% | 0.2% | -0.1% | | 0.0% | -0.2% | 0.0% | 0.0% | | -0.1% | | | | | | |
| Memo: iPhone % of Rev. | 69.4% | 62.9% | 54.7% | 54.9% | 61.6% | 69.7% | 62.2% | 56.1% | 59.1% | 62.8% | 68.2% | 61.4% | 54.2% | 55.6% | 60.9% | 58.9% | 56.8% |
| Memo: Services % Rev. | 9.2% | 13.3% | 16.0% | 16.2% | 13.1% | 9.6% | 15.0% | 17.9% | 15.9% | 14.0% | 11.7% | 18.0% | 21.5% | 19.8% | 17.0% | 20.2% | 23.5% |
| Research and development $ | 2,871 | 2,776 | 2,937 | 2,997 | 11,581 | 3,407 | 3,378 | 3,701 | 3,750 | 14,236 | 4,088 | 3,952 | 4,219 | 4,256 | 16,516 | 18,083 | 19,529 |
| Y/Y% | 19% | 11% | 15% | 17% | 15% | 19% | 22% | 26% | 25% | 23% | 20% | 17% | 14% | 14% | 16% | 9% | 8% |
| Q/Q% | 12% | -3% | 6% | 2% | | 14% | -1% | 10% | 1% | | 9% | -3% | 7% | 1% | | | |
| Research and development % | 3.7% | 5.2% | 6.5% | 5.7% | 5.1% | 3.9% | 5.5% | 6.9% | 6.0% | 5.4% | 4.4% | 6.2% | 7.5% | 6.8% | 6.0% | 6.3% | 6.5% |
| Selling, general and administrative $ | 3,946 | 3,718 | 3,783 | 3,814 | 15,261 | 4,231 | 4,150 | 4,108 | 4,216 | 16,705 | 4,654 | 4,544 | 4,437 | 4,553 | 18,188 | 19,461 | 20,824 |
| Y/Y% | 3% | 9% | 10% | 10% | 8% | 7% | 12% | 9% | 11% | 9% | 10% | 10% | 8% | 8% | 9% | 7% | 7% |
| Q/Q% | 13% | -6% | 2% | 1% | | 11% | -2% | -1% | 3% | | -5% | -2% | -2% | 3% | | | |
| Selling, general and administrative % | 5.0% | 7.0% | 8.3% | 7.3% | 6.7% | 4.8% | 6.8% | 7.7% | 6.7% | 6.3% | 5.1% | 7.1% | 7.9% | 7.2% | 6.6% | 6.8% | 6.9% |
| Total Operating Expenses | 6,817 | 6,494 | 6,720 | 6,811 | 26,842 | 7,638 | 7,528 | 7,809 | 7,966 | 30,941 | 8,743 | 8,497 | 8,656 | 8,810 | 34,704 | 37,544 | 40,353 |
| Y/Y% | 9% | 9% | 12% | 13% | 11% | 12% | 16% | 16% | 17% | 15% | 14% | 13% | 11% | 11% | 12% | 8% | 7% |
| Q/Q% | 13% | -5% | 3% | 1% | | 12% | -1% | 4% | 2% | | 10% | -3% | 2% | 2% | | | |
| Opex % | 8.7% | 12.3% | 14.8% | 13.0% | 11.7% | 8.7% | 12.3% | 14.7% | 12.7% | 11.6% | 9.5% | 13.2% | 15.4% | 14.0% | 12.6% | 13.1% | 13.4% |
| Y/Y pp change in Opex% | 0.5% | 0.5% | 0.6% | 0.0% | 0.5% | 0.0% | 0.0% | -0.1% | -0.1% | -0.1% | 0.8% | 0.9% | 0.8% | 1.3% | 1.0% | 0.5% | 0.3% |
| Low-end of opex guidance | 6,900 | 6,500 | 6,600 | 6,700 | | 7,650 | 7,600 | 7,700 | 7,950 | | 8,700 | | | | | | |
| High-end of opex guidance | 7,000 | 6,600 | 6,700 | 6,800 | | 7,750 | 7,700 | 7,800 | 8,050 | | 8,800 | | | | | | |
| Operating Income | 23,359 | 14,097 | 10,768 | 13,120 | 61,344 | 26,274 | 15,894 | 12,612 | 16,118 | 70,898 | 26,638 | 16,815 | 13,648 | 15,902 | 73,003 | 77,570 | 83,068 |
| Y/Y% | -3% | 1% | 7% | 12% | 2% | 12% | 13% | 17% | 23% | 16% | 1% | 6% | 8% | -1% | 3% | 6% | 7% |
| Q/Q% | 99% | -40% | -24% | 22% | | 100% | -40% | -21% | 28% | | 65% | -37% | -19% | 17% | | | |
| Operating Margin % | 29.8% | 26.7% | 23.7% | 25.0% | 26.8% | 29.8% | 26.0% | 23.7% | 25.6% | 26.7% | 28.9% | 26.2% | 24.3% | 25.3% | 26.5% | 27.0% | 27.6% |
| Y/Y pp change in Oper. Margin % | -2.0% | -1.0% | -0.1% | -0.1% | -1.1% | -0.1% | -0.7% | 0.0% | 0.7% | -0.1% | -0.8% | 0.2% | 0.7% | -0.4% | -0.2% | 0.5% | 0.6% |
| Other income (expense) | 821 | 587 | 540 | 797 | 2,745 | 756 | 274 | 672 | 303 | 2,005 | 303 | 303 | 303 | 303 | 1,212 | 1,212 | 1,212 |
| Pretax Income | 24,180 | 14,684 | 11,308 | 13,917 | 64,089 | 27,030 | 16,168 | 13,284 | 16,421 | 72,903 | 26,941 | 17,118 | 13,951 | 16,205 | 74,215 | 78,782 | 84,280 |
| Pretax Margin % | 30.9% | 27.8% | 24.9% | 26.5% | 28.0% | 30.6% | 26.4% | 24.9% | 26.1% | 27.4% | 29.2% | 26.7% | 24.9% | 25.7% | 27.0% | 27.4% | 28.0% |
| Income tax | 6,289 | 3,655 | 2,591 | 3,203 | 15,738 | 6,965 | 2,346 | 1,765 | 2,296 | 13,372 | 3,767 | 2,393 | 1,951 | 2,260 | 10,377 | 11,015 | 11,784 |
| Tax rate | 26.0% | 24.9% | 22.9% | 23.0% | 24.6% | 25.8% | 14.5% | 13.3% | 14.0% | 18.3% | 14.0% | 14.0% | 14.0% | 14.0% | 14.0% | 14.0% | 14.0% |
| Net Income | 17,891 | 11,029 | 8,717 | 10,714 | 48,351 | 20,065 | 13,822 | 11,519 | 14,125 | 59,531 | 23,174 | 14,725 | 12,000 | 13,939 | 63,838 | 67,766 | 72,496 |
| Net income % rev. | 22.8% | 20.9% | 19.2% | 20.4% | 21.1% | 22.7% | 22.6% | 21.6% | 22.5% | 22.4% | 25.2% | 22.9% | 21.4% | 22.1% | 23.2% | 23.6% | 24.1% |
| WA # Shares - FD (M) | 5,328 | 5,262 | 5,233 | 5,184 | 5,252 | 5,158 | 5,068 | 4,927 | 4,848 | 5,000 | 4,790 | 4,732 | 4,674 | 4,616 | 4,703 | 4,471 | 4,239 |
| Y/Y% | -5% | -5% | -4% | -4% | -5% | -3% | -4% | -6% | -6% | -5% | -7% | -7% | -5% | -5% | -6% | -5% | -5% |
| Q/Q% | -1% | -1% | -1% | -1% | | 0% | -2% | -3% | -2% | | -1% | -1% | -1% | -1% | | | |
| EPS | $3.36 | $2.10 | $1.67 | $2.07 | $9.10 | $3.89 | $2.73 | $2.34 | $2.91 | $11.87 | $4.84 | $3.11 | $2.57 | $3.02 | $13.54 | $15.15 | $17.10 |
| Y/Y% | 2% | 10% | 17% | 24% | 11% | 16% | 30% | 40% | 41% | 29% | 24% | 14% | 10% | 4% | 14% | 12% | 13% |
| Q/Q% | 101% | -38% | -21% | 24% | | 88% | -30% | -14% | 25% | | 66% | -36% | -17% | 18% | | | |
| Consensus EPS | $3.22 | $2.02 | $1.57 | $1.87 | $9.00 | | $3.85 | $2.69 | $2.16 | $2.78 | $11.48 | $4.92 | | | | $13.77 | |
| Cents above/below consensus | $0.14 | $0.08 | $0.10 | $0.20 | $0.10 | | $0.04 | $0.04 | $0.18 | $0.13 | $0.39 | $(0.08) | | | | $(0.23) | |

*Source: Company reports and FBN Securities estimates*

Confidential

APL-SECLIT_00001861

**Figure 2: AAPL Revenue Segmentation**

| AAPL Revenue Segmentation ($M) | Q1 17 Dec-16 | Q2 17 Mar-17 | Q3 17 Jun-17 | Q4 17 Sep-17 | 2017A | Q1 18 Dec-17 | Q2 18 Mar-18 | Q3 18 Jun-18 | Q4 18A Sep-18 | 2018A | Q1 19E Dec-18 | Q2 19E Mar-19 | Q3 19E Jun-19 | Q4 19E Sep-19 | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues ($ millions)** | | | | | | | | | | | | | | | | | |
| iPhone | $ 54,378 | $ 33,249 | $ 24,846 | $ 28,846 | $141,319 | $ 61,576 | $ 38,032 | $ 29,906 | $ 37,185 | $166,699 | $ 62,805 | $ 39,420 | $ 30,413 | $ 34,978 | $167,616 | $169,293 | $170,985 |
| iPad | $ 5,533 | $ 3,889 | $ 4,969 | $ 4,831 | $ 19,222 | $ 5,862 | $ 4,113 | $ 4,741 | $ 4,089 | $ 18,805 | $ 5,371 | $ 3,690 | $ 4,584 | $ 3,772 | $ 17,417 | $ 16,065 | $ 15,182 |
| Mac | $ 7,244 | $ 5,844 | $ 5,592 | $ 7,170 | $ 25,850 | $ 6,895 | $ 5,848 | $ 5,330 | $ 7,411 | $ 25,484 | $ 6,819 | $ 5,400 | $ 5,166 | $ 7,337 | $ 24,722 | $ 24,473 | $ 24,227 |
| Services (w ith Apple Pay); >$48B in F2 | $ 7,172 | $ 7,041 | $ 7,266 | $ 8,501 | $ 29,980 | $ 8,471 | $ 9,190 | $ 9,548 | $ 9,981 | $ 37,190 | $ 10,758 | $ 11,579 | $ 12,030 | $ 12,476 | $ 46,844 | $ 58,070 | $ 70,826 |
| Other products (w ith iWatch) | $ 4,024 | $ 2,873 | $ 2,735 | $ 3,231 | $ 12,863 | $ 5,489 | $ 3,954 | $ 3,740 | $ 4,234 | $ 17,417 | $ 6,362 | $ 4,082 | $ 3,870 | $ 4,373 | $ 18,687 | $ 19,339 | $ 20,015 |
| **Total Revenue** | $ 78,351 | $ 52,896 | $ 45,408 | $ 52,579 | $229,234 | $ 88,293 | $ 61,137 | $ 53,265 | $ 62,900 | $265,595 | $ 92,115 | $ 64,171 | $ 56,063 | $ 62,936 | $275,286 | $287,239 | $301,236 |
| | | | | | | | | | | | | | | | | | |
| **Y/Y % Change** | | | | | | | | | | | | | | | | | |
| iPhone | 5% | 1% | 3% | 2% | 3% | 13% | 14% | 20% | 29% | 18% | 2% | 4% | 2% | -6% | 1% | 1% | 1% |
| iPad | -22% | -12% | 2% | 14% | -7% | 6% | 6% | -5% | -15% | -2% | -8% | -10% | -3% | -8% | -7% | -8% | -5% |
| Mac | 7% | 14% | 7% | 25% | 13% | -5% | 0% | -5% | 3% | -1% | -1% | -8% | -3% | -1% | -3% | -1% | -1% |
| Services | 18% | 18% | 22% | 34% | 23% | 18% | 31% | 31% | 17% | 24% | 27% | 26% | 26% | 25% | 26% | 24% | 22% |
| Other Products | -8% | 31% | 23% | 36% | 16% | 36% | 38% | 37% | 31% | 35% | 16% | 3% | 3% | 3% | 7% | 3% | 3% |
| **Total Revenue** | 3% | 5% | 7% | 12% | 6% | 13% | 16% | 17% | 20% | 16% | 4% | 5% | 5% | 0% | 4% | 4% | 5% |
| | | | | | | | | | | | | | | | | | |
| **Q/Q % Change** | | | | | | | | | | | | | | | | | |
| iPhone | 93% | -39% | -25% | 16% | | 113% | -38% | -21% | 24% | | 69% | -37% | -23% | 15% | | | |
| iPad | 30% | -30% | 28% | -3% | | 21% | -30% | 15% | -14% | | 31% | -31% | 24% | -18% | | | |
| Mac | 26% | -19% | -4% | 28% | | -4% | -15% | -9% | 39% | | -8% | -21% | -4% | 42% | | | |
| Services | 13% | -2% | 3% | 17% | | 0% | 8% | 4% | 5% | | 8% | 8% | 4% | 4% | | | |
| Other Products | 70% | -29% | -5% | 18% | | 70% | -28% | -5% | 13% | | 50% | -36% | -5% | 13% | | | |
| **Total Revenue** | 67% | -32% | -14% | 16% | | 68% | -31% | -13% | 18% | | 46% | -30% | -13% | 12% | | | |
| | | | | | | | | | | | | | | | | | |
| **% of Revenues** | | | | | | | | | | | | | | | | | |
| iPhone | 69.4% | 62.9% | 54.7% | 54.9% | 61.6% | 69.7% | 62.2% | 56.1% | 59.1% | 62.8% | 68.2% | 61.4% | 54.2% | 55.6% | 60.9% | 58.9% | 56.8% |
| iPad | 7.1% | 7.4% | 10.9% | 9.2% | 8.4% | 6.6% | 6.7% | 8.9% | 6.5% | 7.1% | 5.8% | 5.7% | 8.2% | 6.0% | 6.3% | 5.6% | 5.0% |
| Mac | 9.2% | 11.0% | 12.3% | 13.6% | 11.3% | 7.8% | 9.6% | 10.0% | 11.8% | 9.6% | 7.4% | 8.4% | 9.2% | 11.7% | 9.0% | 8.5% | 8.0% |
| Services | 9.2% | 13.3% | 16.0% | 16.2% | 13.1% | 9.6% | 15.0% | 17.9% | 15.9% | 14.0% | 11.7% | 18.0% | 21.5% | 19.8% | 17.0% | 20.2% | 23.5% |
| Other Products | 5.1% | 5.4% | 6.0% | 6.1% | 5.6% | 6.2% | 6.5% | 7.0% | 6.7% | 6.6% | 6.9% | 6.4% | 6.9% | 6.9% | 6.8% | 6.7% | 6.6% |
| **Total Revenue** | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| | | | | | | | | | | | | | | | | | |
| **Apple Watch Model** | | | | | | | | | | | | | | | | | |
| Apple Watch Units | 4,300 | 2,400 | 2,925 | 3,375 | 13,000 | 6,500 | 3,000 | 3,600 | 4,100 | 17,200 | 7,700 | 3,400 | 3,900 | 4,300 | 19,300 | 20,651 | 22,097 |
| Y/Y% | -1% | 50% | 50% | 50% | 28% | 51% | 25% | 23% | 21% | 32% | 18% | 13% | 8% | 5% | 12% | 7% | 7% |
| Disclosed Y/Y% | | >50% | >50% | >50% | | >50% | | | | | | | | | | | |
| Memo: IDC Estimate: | | | | | | | | | | | | | | | | | |
| Apple Watch ASP | $ 445 | $ 441 | $ 436 | $ 432 | $ 439 | $ 427 | $ 423 | $ 419 | $ 415 | $ 422 | $ 411 | $ 407 | $ 402 | $ 398 | $ 406 | $ 390 | $ 374 |
| **Apple Watch Revenue** | $ 1,914 | $ 1,057 | $ 1,276 | $ 1,457 | $ 5,704 | $ 2,779 | $ 1,270 | $ 1,508 | $ 1,701 | $ 7,257 | $ 3,162 | $ 1,382 | $ 1,570 | $ 1,713 | $ 7,827 | $ 8,045 | $ 8,269 |
| Y/Y% | -3% | 47% | 47% | 46% | 25% | 45% | 20% | 18% | 17% | 27% | 14% | 9% | 4% | 1% | 8% | 3% | 3% |
| Disclosed Y/Y% | | | | | | | Strong DD | | | | | | | | | | |
| % of Other Products | 48% | 37% | 47% | 45% | 44% | 51% | 32% | 40% | 40% | 42% | 50% | 34% | 41% | 39% | 42% | 42% | 41% |
| % of total AAPL revenue | 2.4% | 2.0% | 2.8% | 2.8% | 2.5% | 3.1% | 2.1% | 2.8% | 2.7% | 2.7% | 3.4% | 2.2% | 2.8% | 2.7% | 2.8% | 2.8% | 2.7% |
| | | | | | | | | | | | | | | | | | |
| **Other -Ex Apple Watch Revenue** | $ 2,111 | $ 1,816 | $ 1,459 | $ 1,774 | $ 7,159 | $ 2,710 | $ 2,684 | $ 2,232 | $ 2,533 | $ 10,160 | $ 3,200 | $ 2,700 | $ 2,300 | $ 2,660 | $ 10,860 | $ 11,295 | $ 11,746 |
| Y/Y% | -11% | 24% | 8% | 29% | 9% | 28% | 48% | 53% | 43% | 42% | 18% | 1% | 3% | 5% | 7% | 4% | 4% |
| Q/Q% | 54% | -14% | -20% | 22% | | 53% | -1% | -17% | 14% | | 26% | -16% | -15% | 16% | | | |
| Note: Other Ex-Apple Watch also includes AirPod and Beats | | | | | | | | | | | | | | | | | |
| **Other Revenue (Disclosed)** | $ 4,024 | $ 2,873 | $ 2,735 | $ 3,231 | $ 12,863 | $ 5,489 | $ 3,954 | $ 3,740 | $ 4,234 | $ 17,417 | $ 6,362 | $ 4,082 | $ 3,870 | $ 4,373 | $ 18,687 | $ 19,339 | $ 20,015 |
| Y/Y% | -8% | 31% | 23% | 36% | 16% | 36% | 38% | 37% | 31% | 35% | 16% | 3% | 3% | 3% | 7% | 3% | 3% |

*Source: Company reports and FBN Securities estimates*

Confidential

**Figure 3: AAPL Unit Segmentation**

| AAPL Unit & ASP Segmentation ('000) | Q1 17 Dec-16 | Q2 17 Mar-17 | Q3 17 Jun-17 | Q4 17 Sep-17 | 2017A | Q1 18 Dec-17 | Q2 18 Mar-18 | Q3 18 Jun-18 | Q4 18A Sep-18 | 2018A | Q1 19E Dec-18 | Q2 19E Mar-19 | Q3 19E Jun-19 | Q4 19E Sep-19 | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Apple Unit Shipments** | | | | | | | | | | | | | | | | | |
| iPhone | 78,290 | 50,763 | 41,026 | 46,677 | 216,756 | 77,316 | 52,217 | 41,300 | 46,889 | 217,722 | 79,500 | 54,000 | 42,000 | 47,827 | 223,327 | 225,560 | 227,816 |
| iPad | 13,081 | 8,922 | 11,424 | 10,326 | 43,753 | 13,170 | 9,113 | 11,553 | 9,699 | 43,535 | 13,000 | 9,113 | 11,553 | 9,699 | 43,365 | 43,365 | 43,365 |
| Mac | 5,374 | 4,199 | 4,292 | 5,386 | 19,251 | 5,112 | 4,078 | 3,720 | 5,299 | 18,209 | 4,900 | 3,900 | 3,750 | 5,352 | 17,902 | 18,081 | 18,262 |
| Apple Watch (estimate) | 4,300 | 2,400 | 2,925 | 3,375 | 13,000 | 6,500 | 3,000 | 3,600 | 4,100 | 17,200 | 7,700 | 3,400 | 3,900 | 4,300 | 19,300 | 20,651 | 22,097 |
| **Y/Y % Change** | | | | | | | | | | | | | | | | | |
| iPhone | 5% | -1% | 2% | 3% | 2% | -1% | 3% | 1% | 0% | 0% | 3% | 3% | 2% | 2% | 3% | 1% | 1% |
| iPad | -19% | -13% | 15% | 11% | -4% | 1% | 2% | 1% | -6% | 0% | -1% | 0% | 0% | 0% | 0% | 0% | 0% |
| Mac | 1% | 4% | 1% | 10% | 4% | -5% | -3% | -13% | -2% | -5% | -4% | -4% | 1% | 1% | -2% | 1% | 1% |
| Apple Watch | -1% | | 50% | 50% | 28% | 51% | | 23% | 21% | 32% | 18% | 13% | 8% | 5% | 12% | 7% | 7% |
| **Q/Q % Change** | | | | | | | | | | | | | | | | | |
| iPhone | 73% | -35% | -19% | 14% | | 66% | -32% | -21% | 14% | | 70% | -32% | -22% | 14% | | | |
| iPad | 41% | -32% | 28% | -10% | | 28% | -31% | 27% | -16% | | 34% | -30% | 27% | -16% | | | |
| Mac | 10% | -22% | 2% | 25% | | -5% | -20% | -9% | 42% | | -8% | -20% | -4% | 43% | | | |
| Apple Watch | 91% | -44% | 22% | 15% | | 93% | -54% | 20% | 14% | | 88% | -56% | 15% | 10% | | | |
| Cumulative # iPads | 350,699 | 359,621 | 371,045 | 381,371 | | 394,541 | 403,654 | 415,207 | 424,906 | | 437,906 | 447,019 | 458,572 | 468,271 | | | |
| iWatch/iPhone ratio | 5.5% | 4.7% | 7.1% | 7.2% | 6.0% | 8.4% | 5.7% | 8.7% | 8.7% | 7.9% | 9.7% | 6.3% | 9.3% | 9.0% | 8.6% | 9.2% | 9.7% |
| **ASP$** | | | | | | | | | | | | | | | | | |
| iPhone | $695 | $655 | $606 | $618 | $652 | $796 | $728 | $724 | $793 | 766 | $790 | $730 | $724 | $731 | $751 | $751 | $751 |
| iPad | $423 | $436 | $435 | $468 | $439 | $445 | $451 | $410 | $422 | 432 | $413 | $405 | $397 | $389 | $402 | $370 | $350 |
| Mac | $1,348 | $1,392 | $1,303 | $1,331 | $1,343 | $1,349 | $1,434 | $1,433 | $1,399 | 1,400 | $1,392 | $1,385 | $1,378 | $1,371 | $1,381 | $1,354 | $1,327 |
| Apple Watch (estimate) | $445 | $432 | $441 | $436 | $432 | $439 | $427 | $423 | $419 | 415 | $422 | $411 | $407 | $402 | $398 | $406 | $390 |
| **ASP Y/Y % Change** | | | | | | | | | | | | | | | | | |
| iPhone | 1% | 2% | 2% | -1% | 1% | 15% | 11% | 20% | 28% | 17% | -1% | 0% | 0% | -8% | -2% | 0% | 0% |
| iPad | -4% | 1% | -11% | 2% | -3% | 5% | 4% | -6% | -10% | -2% | -7% | -10% | -3% | -8% | -7% | -8% | -5% |
| Mac | 6% | 10% | 6% | 13% | 9% | 0% | 3% | 10% | 5% | 4% | 3% | -3% | -4% | -2% | -1% | -2% | -2% |
| Apple Watch | -2% | -2% | -2% | -3% | -2% | -4% | -4% | -4% | -4% | -4% | -4% | -4% | -4% | -4% | -4% | -4% | -4% |
| **ASP Q/Q % Change** | | | | | | | | | | | | | | | | | |
| iPhone | 12% | -6% | -8% | 2% | | 29% | -9% | -1% | 10% | | 0% | -8% | -1% | 1% | | | |
| iPad | -8% | 3% | 0% | 8% | | -5% | 1% | -9% | 3% | | -2% | -2% | -2% | -2% | | | |
| Mac | 15% | 3% | -6% | 2% | | 1% | 6% | 0% | -2% | | 0% | -1% | -1% | 0% | | | |
| Apple Watch | 0% | -2% | 2% | -1% | | -1% | -1% | -1% | -1% | | -1% | -1% | -1% | -1% | | | |

*Source: Company reports and FBN Securities estimates*

Confidential
APL-SECLIT_00001863

### Figure 4: AAPL Free Cash Flow (FCF) Model

| AAPL Free Cash Flow ($M) | Q1 18 Dec-17 | Q2 18 Mar-18 | Q3 18 Jun-18 | Q4 18A Sep-18 | 2018A | Q1 19E Dec-18 | Q2 19E Mar-19 | Q3 19E Jun-19 | Q4 19E Sep-19 | 2019E | Q1 20E Dec-19 | Q2 20E Mar-20 | Q3 20E Jun-20 | Q4 20E Sep-20 | 2020E | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CFO Calculation | | | | | | | | | | | | | | | | |
| GAAP net income | 20,065 | 13,822 | 11,519 | 14,125 | 59,531 | 23,174 | 14,725 | 12,000 | 13,939 | 63,838 | 24,188 | 15,684 | 12,953 | 14,942 | 67,766 | 72,496 |
| Depreciation and Amortization | 2,745 | 2,739 | 2,665 | 2,754 | 10,903 | 2,948 | 3,016 | 3,083 | 3,147 | 12,194 | 3,236 | 3,290 | 3,303 | 3,297 | 13,126 | 13,787 |
| Y/Y% | -8% | 17% | 13% | 11% | 7% | 7% | 10% | 16% | 14% | 12% | 10% | 9% | 7% | 5% | 8% | 5% |
| Memo: D&A % Rev. | 3.1% | 4.5% | 5.0% | 4.4% | 4.1% | 3.2% | 4.7% | 5.5% | 5.0% | 4.4% | 3.4% | 4.9% | 5.6% | 5.0% | 4.6% | 4.6% |
| SBC | 1,296 | 1,348 | 1,351 | 1,345 | 5,340 | 1,658 | 1,540 | 1,570 | 1,636 | 6,404 | 1,713 | 1,612 | 1,652 | 1,715 | 6,691 | 7,026 |
| Y/Y% | 3% | 11% | 13% | 15% | 10% | 28% | 14% | 16% | 22% | 20% | 3% | 5% | 5% | 5% | 4% | 5% |
| Memo: SBC % Rev. | 1.5% | 2.2% | 2.5% | 2.1% | 2.0% | 1.8% | 2.4% | 2.8% | 2.6% | 2.3% | 1.8% | 2.4% | 2.8% | 2.6% | 2.3% | 2.3% |
| Deferred income taxes | -33,737 | -498 | 1,126 | 519 | -32,590 | 1,700 | 1,400 | 2,100 | 1,300 | 6,500 | 1,751 | 1,442 | 2,163 | 1,339 | 6,695 | 6,896 |
| Other | -11 | -140 | -259 | -34 | -444 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Changes in operating assets/liab.: | | | | | | | | | | | | | | | | |
| A/R | -5,570 | 9,093 | 233 | -9,078 | -5,322 | -1,269 | 9,420 | 190 | -8,354 | -13 | -2,064 | 9,531 | 115 | -8,690 | -1,108 | -1,300 |
| Inventories | 434 | -3,241 | 1,693 | 1,942 | 828 | -656 | -3,430 | 1,794 | 2,290 | -2 | -807 | -3,651 | 1,842 | 2,426 | -189 | -222 |
| Vendor non-trade receivables | -9,660 | 19,375 | -4,179 | -13,546 | -8,010 | -2,839 | 20,162 | -4,422 | -12,917 | -15 | -3,772 | 20,716 | -4,700 | -13,478 | -1,234 | -1,447 |
| Other current and NC assets | -197 | -856 | 988 | -358 | -423 | 8,643 | -11,145 | -2 | 2,485 | -20 | 7,811 | -12,006 | -211 | 2,762 | -1,643 | -1,926 |
| A/P | 14,588 | -27,808 | 2,081 | 20,314 | 9,175 | 9,823 | -29,697 | 4,497 | 15,409 | 32 | 11,966 | -30,200 | 4,935 | 15,971 | 2,672 | 3,132 |
| Deferred revenue | 791 | -313 | -581 | 59 | -44 | 1,319 | -258 | -580 | -475 | 6 | 1,699 | -114 | -546 | -544 | 494 | 580 |
| Other current and NC liabilities | 37,549 | 1,609 | -2,149 | 1,481 | 38,490 | 468 | 3,533 | -1,086 | -2,889 | 26 | 1,952 | 4,305 | -865 | -3,233 | 2,160 | 2,532 |
| Cash Flow From Operations | 28,293 | 15,130 | 14,488 | 19,523 | 77,434 | 44,768 | 9,265 | 19,145 | 15,571 | 88,950 | 47,672 | 10,611 | 20,642 | 16,506 | 95,430 | 101,554 |
| Y/Y% | 5% | 21% | 73% | 25% | 22% | 59% | -39% | 32% | -20% | 15% | 6% | 15% | 8% | 6% | 7% | 6% |
| CFO Margin % | 32% | 25% | 27% | 31% | 29% | 49% | 14% | 34% | 25% | 32% | 50% | 16% | 35% | 25% | 33% | 34% |
| Cumulative CFO | 28,293 | 43,423 | 57,911 | 77,434 | | 44,968 | 54,234 | 73,379 | 88,950 | | 47,672 | 58,282 | 78,924 | 95,430 | | |
| Capital Expenditures | -2,810 | -4,195 | -3,267 | -3,041 | -13,313 | -2,948 | -4,492 | -3,364 | -3,147 | -13,950 | -3,331 | -4,701 | -3,539 | -3,297 | -14,867 | -15,618 |
| Y/Y% | -16% | 41% | 43% | -21% | 7% | 5% | 7% | 3% | 3% | 5% | 13% | 5% | 5% | 5% | 7% | 5% |
| % of Revenue | -3.2% | -6.9% | -6.1% | -4.8% | -5.0% | -3.2% | -7.0% | -6.0% | -5.0% | -5.1% | -3.5% | -7.0% | -6.0% | -5.0% | -5.2% | -5.2% |
| Cumulative Capex | -2,810 | -7,005 | -10,272 | -13,313 | | -2,948 | -7,440 | -10,803 | -13,950 | | -3,331 | -8,031 | -11,570 | -14,867 | | |
| Guided Capex | | | | | | | | | | | | | | | | |
| Free Cash Flow (FCF) | 25,483 | 10,935 | 11,221 | 16,482 | 64,121 | 42,021 | 4,773 | 15,781 | 12,424 | 75,000 | 44,341 | 5,910 | 17,103 | 13,208 | 80,562 | 85,937 |
| Y/Y% | 7% | 15% | 84% | 40% | 25% | 65% | -56% | 41% | -25% | 17% | 6% | 24% | 8% | 6% | 7% | 7% |
| FCF Margin % | 29% | 18% | 21% | 26% | 24% | 46% | 7% | 28% | 20% | 27% | 47% | 9% | 29% | 20% | 28% | 29% |
| FCF/Share | $ 4.94 | $ 2.16 | $ 2.28 | $ 3.40 | $ 12.82 | $ 8.77 | $ 1.01 | $ 3.38 | $ 2.69 | $ 15.95 | $ 9.73 | $ 1.31 | $ 3.85 | $ 3.01 | $ 18.02 | $ 20.28 |
| FCF TTM | 52,908 | 54,295 | 59,430 | 64,121 | 64,121 | 80,659 | 74,497 | 79,058 | 75,000 | 75,000 | 77,320 | 78,457 | 79,778 | 80,562 | 80,562 | 85,937 |
| **FCF TTM Yield % using MC** | **4.9%** | **5.1%** | **5.5%** | **6.0%** | **6.0%** | **7.5%** | **6.9%** | **7.4%** | **7.0%** | **7.0%** | **7.2%** | **7.3%** | **7.4%** | **7.5%** | **7.5%** | **8.0%** |
| After tax interest/other | 561 | 234 | 583 | 261 | 1,637 | 261 | 261 | 261 | 261 | 1,043 | 261 | 261 | 261 | 261 | 1,043 | 1,043 |
| Est. FCFF | 24,922 | 10,701 | 10,638 | 16,221 | 62,484 | 41,760 | 4,513 | 15,521 | 12,164 | 73,957 | 44,080 | 5,650 | 16,842 | 12,948 | 79,520 | 84,894 |
| FCFF TTM | 50,876 | 52,470 | 57,438 | 62,482 | 62,482 | 79,321 | 73,133 | 78,015 | 73,957 | 73,957 | 76,277 | 77,414 | 78,735 | 79,520 | 79,520 | 84,894 |
| **FCF Yield % using EV** | **5.4%** | **5.5%** | **6.0%** | **6.6%** | **6.6%** | **8.3%** | **7.7%** | **8.2%** | **7.8%** | **7.8%** | **8.0%** | **8.1%** | **8.3%** | **8.4%** | **8.4%** | **8.9%** |
| OPTION-ADJUSTED | | | | | | | | | | | | | | | | |
| FCF less SBC | 24,187 | 9,587 | 9,870 | 15,137 | 58,781 | 40,363 | 3,233 | 14,212 | 10,788 | 68,595 | 42,628 | 4,299 | 15,451 | 11,494 | 73,872 | 78,910 |
| Y/Y% | 8% | 15% | 102% | 43% | 27% | 67% | -66% | 44% | -29% | 17% | 6% | 33% | 9% | 7% | 8% | 7% |
| FCF less SBC Margin % | 27% | 16% | 19% | 24% | 22% | 44% | 5% | 25% | 17% | 25% | 45% | 6% | 26% | 17% | 26% | 26% |
| FCF - SBC TTM | 48,028 | 49,284 | 54,261 | 58,781 | 58,781 | 74,557 | 68,603 | 72,945 | 68,595 | 68,595 | 70,861 | 71,926 | 73,166 | 73,872 | 73,872 | 78,910 |
| **FCF- SBC TTM Yield % using MC** | **4.5%** | **4.6%** | **5.1%** | **5.5%** | **5.5%** | **7.0%** | **6.4%** | **6.8%** | **6.4%** | **6.4%** | **6.6%** | **6.7%** | **6.8%** | **6.9%** | **6.9%** | **7.4%** |
| After tax interest/other | 561 | 234 | 583 | 261 | 1,637 | 261 | 261 | 261 | 261 | 1,043 | 261 | 261 | 261 | 261 | 1,043 | 1,043 |
| Est. FCFF less SBC | 23,626 | 9,353 | 9,287 | 14,876 | 57,144 | 40,102 | 2,973 | 13,951 | 10,527 | 67,553 | 42,367 | 4,038 | 15,190 | 11,233 | 72,829 | 77,868 |
| FCFF less SBC TTM | 45,996 | 47,459 | 52,269 | 57,142 | 57,142 | 73,619 | 67,238 | 71,902 | 67,553 | 67,553 | 69,818 | 70,884 | 72,123 | 72,829 | 72,829 | 77,868 |
| **FCF-SBC TTM Yield using EV** | **4.8%** | **5.0%** | **5.5%** | **6.0%** | **6.0%** | **7.7%** | **7.1%** | **7.6%** | **7.1%** | **7.1%** | **7.3%** | **7.5%** | **7.6%** | **7.7%** | **7.7%** | **8.2%** |
| Capital Return | | | | | | | | | | | | | | | | |
| Dividends paid | 3,339 | 3,190 | 3,653 | 3,530 | 13,712 | 3,496 | 3,454 | 3,739 | 3,692 | 14,382 | 3,646 | 3,600 | 3,909 | 3,858 | 15,012 | 14,232 |
| Y/Y% | 7% | 6% | 9% | 7% | 7% | 5% | 8% | 2% | 5% | 5% | 4% | 4% | 5% | 4% | 4% | -5% |
| % of FCF | 13% | 29% | 33% | 21% | 21% | 8% | 72% | 24% | 30% | 19% | 8% | 61% | 23% | 29% | 19% | 17% |
| Cumulative dividends FY YTD | 3,339 | 6,529 | 10,182 | 13,712 | | 3,496 | 6,950 | 10,689 | 14,382 | | 3,646 | 7,246 | 11,154 | 15,012 | | |
| % of FCF - SBC | 14% | 33% | 37% | 23% | 23% | 9% | 107% | 26% | 34% | 21% | 9% | 84% | 25% | 34% | 20% | 18% |
| Quarterly dividend | $ 0.63 | $ 0.63 | $ 0.73 | $ 0.73 | $ 2.72 | $ 0.73 | $ 0.73 | $ 0.80 | $ 0.80 | $ 3.06 | $ 0.80 | $ 0.80 | $ 0.88 | $ 0.88 | $ 3.36 | $ 3.36 |
| Y/Y% | 11% | 11% | 16% | 16% | 13% | 16% | 16% | 10% | 10% | 13% | 10% | 10% | 10% | 10% | 10% | 0% |
| Annualized dividend yield | 1.1% | 1.1% | 1.3% | 1.3% | 1.2% | 1.3% | 1.3% | 1.4% | 1.4% | 1.4% | 1.4% | 1.4% | 1.6% | 1.6% | 1.5% | 1.5% |
| Stock Repurchase | 10,095 | 23,500 | 20,039 | 19,104 | 72,738 | 20,000 | 20,000 | 20,000 | 20,000 | 80,000 | 20,000 | 20,000 | 20,000 | 20,000 | 80,000 | 80,000 |
| % of FCF | 40% | 215% | 179% | 116% | 113% | 48% | 419% | 127% | 161% | 107% | 45% | 338% | 117% | 151% | 99% | 93% |
| % of FCF - SBC | 41.7% | 245.1% | 203.0% | 126.2% | 123.7% | 49.6% | 618.6% | 140.7% | 185.4% | 116.6% | 46.9% | 465.3% | 129.4% | 174.0% | 108.3% | 101.4% |
| Cumulative stock repurchases FY YTD | 10,095 | 33,595 | 53,634 | 72,738 | | 20,000 | 40,000 | 60,000 | 80,000 | | 20,000 | 40,000 | 60,000 | 80,000 | | |
| Disclosed cum. stock repurchases | | | | | | | | | | | | | | | | |
| Total Capital Return | 13,434 | 26,690 | 23,692 | 22,634 | 86,450 | 23,496 | 23,454 | 23,739 | 23,692 | 94,382 | 23,646 | 23,600 | 23,909 | 23,858 | 95,012 | 94,232 |
| % of FCF | 53% | 244% | 211% | 137% | 135% | 56% | 491% | 150% | 191% | 126% | 53% | 399% | 140% | 181% | 118% | 110% |
| % of FCF - SBC | 56% | 278% | 240% | 150% | 147% | 58% | 725% | 167% | 220% | 138% | 55% | 549% | 155% | 208% | 129% | 119% |
| Cumulative Capital Return | 247,399 | 274,089 | 297,781 | 320,415 | 320,415 | 343,911 | 367,365 | 391,104 | 414,797 | 414,797 | 438,443 | 462,042 | 485,951 | 509,808 | 509,808 | 604,041 |
| Cum. CR % of $300B target | 82.5% | 91.4% | 99.3% | 106.8% | 106.8% | 114.6% | 122.5% | 130.4% | 138.3% | 138.3% | 146.1% | 154.0% | 162.0% | 169.9% | 169.9% | 201.3% |
| Disclosed cumulative cap. return | 248,000 | 275,000 | | | | | | | | | | | | | | |
| $300B capital return target by March, 2019 | | | | | | Prior Target = $300B by Mar. 2019 | | | | | | | | | | |
| FCFs calculated with ex stock price: | | | | | | 5/2/18 - Additional $100B share repurchase authorization | | | | | | | | | | |
| 222.22 | | | | | | | | | | | | | | | | |

*Source: Company reports and FBN Securities estimates*

## Figure 5: AAPL Balance Sheet

| AAPL Balance Sheet ($M) | Q1 18 Dec-17 | Q2 18 Mar-18 | Q3 18 Jun-18 | Q4 18A Sep-18 | Q1 19E Dec-18 | Q2 19E Mar-19 | Q3 19E Jun-19 | Q4 19E Sep-19 | Q1 20E Dec-19 | Q2 20E Mar-20 | Q3 20E Jun-20 | Q4 20E Sep-20 | Q1 21E Dec-20 | Q2 21E Mar-21 | Q3 21E Jun-21 | Q4 21E Sep-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | | | | | | | |
| Cash & cash equivalents | 27,491 | 45,059 | 31,971 | 25,913 | 40,009 | 39,555 | 41,030 | 37,063 | 51,904 | 51,710 | 53,442 | 49,127 | 64,691 | 64,957 | 67,188 | 62,827 |
| Marketable securities | 49,662 | 42,881 | 38,999 | 40,388 | 62,357 | 61,650 | 63,950 | 57,766 | 80,898 | 80,594 | 83,295 | 76,569 | 100,827 | 101,242 | 104,720 | 97,922 |
| Accounts receivable | 23,440 | 14,324 | 14,104 | 23,186 | 24,455 | 15,035 | 14,845 | 23,199 | 25,264 | 15,733 | 15,618 | 24,308 | 26,205 | 16,542 | 16,537 | 25,607 |
| Inventories | 4,421 | 7,662 | 5,936 | 3,956 | 4,612 | 8,042 | 6,248 | 3,958 | 4,765 | 8,416 | 6,573 | 4,147 | 4,942 | 8,849 | 6,960 | 4,369 |
| Deferred tax assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Vendor non-trade receivables | 27,459 | 8,084 | 12,263 | 25,809 | 28,648 | 8,485 | 12,907 | 25,824 | 29,596 | 8,879 | 13,579 | 27,058 | 30,698 | 9,336 | 14,378 | 28,504 |
| Other current assets | 11,337 | 12,043 | 12,488 | 12,087 | 11,828 | 12,641 | 13,144 | 12,094 | 12,219 | 13,228 | 13,829 | 12,672 | 12,674 | 13,908 | 14,642 | 13,349 |
| **Total Current Assets** | **143,810** | **130,053** | **115,761** | **131,339** | **171,908** | **145,409** | **152,124** | **159,904** | **204,646** | **178,559** | **186,337** | **193,881** | **240,038** | **214,835** | **224,426** | **232,578** |
| | | | | | | | | | | | | | | | | |
| Long-term marketable securities | 207,944 | 179,286 | 172,773 | 170,799 | 170,799 | 170,799 | 170,799 | 191,737 | 191,737 | 191,737 | 191,737 | 214,363 | 214,363 | 214,363 | 214,363 | 238,441 |
| Property, plant and equipment,net | 33,679 | 35,077 | 38,117 | 41,304 | 35,137 | 36,818 | 40,120 | 41,328 | 36,299 | 38,527 | 42,209 | 43,302 | 37,652 | 40,510 | 44,692 | 45,617 |
| Goodwill | 5,889 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Acquired intangible assets | 2,149 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other assets | 13,323 | 23,086 | 22,546 | 22,283 | 13,900 | 24,232 | 23,731 | 22,296 | 14,360 | 25,357 | 24,966 | 23,361 | 14,895 | 26,661 | 26,435 | 24,610 |
| **Total LT Assets** | **262,984** | **237,449** | **233,436** | **234,386** | **219,835** | **231,849** | **234,649** | **255,360** | **242,396** | **255,621** | **258,912** | **281,026** | **266,909** | **281,534** | **285,490** | **308,669** |
| | | | | | | | | | | | | | | | | |
| **Total Assets** | **406,794** | **367,502** | **349,197** | **365,725** | **391,744** | **377,257** | **386,773** | **415,264** | **447,042** | **434,180** | **445,248** | **474,907** | **506,947** | **496,369** | **509,916** | **541,247** |
| | | | | | | | | | | | | | | | | |
| **Liabilities & Equity** | | | | | | | | | | | | | | | | |
| Accounts payable | 62,985 | 34,311 | 38,489 | 55,888 | 65,711 | 36,014 | 40,511 | 55,920 | 67,886 | 37,686 | 42,621 | 58,592 | 70,415 | 39,625 | 45,129 | 61,724 |
| Accrued expenses | 26,281 | 26,756 | 25,184 | 32,687 | 27,419 | 28,084 | 26,507 | 32,706 | 28,326 | 29,388 | 27,887 | 34,268 | 29,381 | 30,900 | 29,528 | 36,100 |
| Deferred revenue | 8,044 | 7,775 | 7,403 | 7,543 | 8,392 | 8,161 | 7,792 | 7,547 | 8,670 | 8,540 | 8,198 | 7,908 | 8,993 | 8,979 | 8,680 | 8,331 |
| Commercial paper | 11,980 | 11,980 | 11,974 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 |
| Current debt | 6,498 | 8,498 | 5,498 | 8,784 | 8,784 | 8,784 | 8,784 | 8,784 | 8,784 | 8,784 | 8,784 | 8,784 | 8,784 | 8,784 | 8,784 | 8,784 |
| **Total Current Liabilities** | **115,788** | **89,320** | **88,548** | **116,866** | **122,270** | **93,007** | **95,558** | **116,921** | **125,629** | **96,361** | **99,454** | **121,516** | **129,537** | **100,252** | **104,085** | **126,903** |
| | | | | | | | | | | | | | | | | |
| Deferred revenue - non-current | 3,131 | 3,087 | 2,878 | 2,797 | 3,267 | 3,243 | 3,029 | 2,799 | 3,375 | 3,391 | 3,187 | 2,932 | 3,500 | 3,565 | 3,374 | 3,089 |
| LT Debt | 103,922 | 101,362 | 97,128 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 |
| Other non-current liabilities | 43,754 | 46,855 | 45,694 | 45,180 | 45,648 | 49,181 | 48,095 | 45,206 | 47,158 | 51,464 | 50,599 | 47,366 | 48,915 | 54,112 | 53,576 | 49,898 |
| **Total LT Liabilities** | **150,807** | **151,304** | **145,700** | **141,712** | **142,649** | **146,156** | **144,859** | **141,740** | **144,268** | **148,589** | **147,521** | **144,033** | **146,150** | **151,412** | **150,686** | **146,722** |
| | | | | | | | | | | | | | | | | |
| **Total Liabilities** | **266,595** | **240,624** | **234,248** | **258,578** | **264,919** | **239,162** | **240,417** | **258,661** | **269,897** | **244,950** | **246,975** | **265,549** | **275,687** | **251,664** | **254,771** | **273,626** |
| | | | | | | | | | | | | | | | | |
| Shareholder's equity | 140,199 | 126,878 | 114,949 | 107,147 | 126,824 | 138,095 | 146,356 | 156,603 | 177,145 | 189,229 | 198,274 | 209,358 | 231,260 | 244,705 | 255,145 | 267,621 |
| **Total Liabilities and Sh. Equity** | **406,794** | **367,502** | **349,197** | **365,725** | **391,744** | **377,257** | **386,773** | **415,264** | **447,042** | **434,180** | **445,248** | **474,907** | **506,947** | **496,369** | **509,916** | **541,247** |
| | | | | | | | | | | | | | | | | |
| **BALANCE SHEET METRICS** | | | | | | | | | | | | | | | | |
| Book value per share | $ 27.18 | $ 25.03 | $ 23.33 | $ 22.10 | $ 26.48 | $ 29.19 | $ 31.32 | $ 33.93 | $ 38.87 | $ 42.06 | $ 44.64 | $ 47.76 | $ 53.46 | $ 57.34 | $ 60.61 | $ 64.46 |
| DSO | 24 | 21 | 24 | 33 | 24 | 21 | 24 | 33 | 24 | 21 | 24 | 33 | 24 | 21 | 24 | 33 |
| Q/Q% in A/R | 31% | -39% | -2% | 64% | 5% | -39% | -1% | 56% | 9% | -38% | -1% | 56% | 8% | -37% | 0% | 55% |
| Inventory turnover | 49 | 20 | 22 | 39 | 49 | 19 | 22 | 39 | 49 | 19 | 21 | 38 | 48 | 19 | 21 | 37 |
| Seq. % Change in Inventory | -8.9% | 73.3% | -22.5% | -33.4% | 16.6% | 74.4% | -22.3% | -36.6% | 20.4% | 76.6% | -21.9% | -36.9% | 19.2% | 79.0% | -21.3% | -37.2% |
| Gross cash | 285,097 | 267,226 | 243,743 | 237,100 | 273,165 | 272,005 | 275,779 | 286,565 | 324,540 | 324,041 | 328,474 | 340,059 | 379,881 | 380,562 | 386,271 | 399,190 |
| Gross Debt | $122,400 | $121,840 | $114,600 | $114,483 | $114,483 | $114,483 | $114,483 | $114,483 | $114,483 | $114,483 | $114,483 | $114,483 | $114,483 | $114,483 | $114,483 | $114,483 |
| Net Cash | 162,697 | 145,386 | 129,143 | 122,617 | 158,682 | 157,522 | 161,296 | 172,082 | 210,057 | 209,558 | 213,991 | 225,576 | 265,398 | 266,079 | 271,788 | 284,707 |
| Net Cash/Share | $ 31.54 | $ 28.68 | $ 26.21 | $ 25.29 | $ 33.13 | $ 33.29 | $ 34.51 | $ 37.28 | $ 46.09 | $ 46.57 | $ 48.18 | $ 51.46 | $ 61.36 | $ 62.35 | $ 64.56 | $ 68.58 |
| Value of offshore cash taxed at 35% | | | | | | | | | | | | | | | | |
| Gross cash adj. for taxed offshore | | | | | | | | | | | | | | | | |
| Net cash adj. for taxed offshore | | | | | | | | | | | | | | | | |
| Debt/Capital | 47% | 49% | 50% | 52% | 47% | 45% | 44% | 42% | 39% | 38% | 37% | 35% | 33% | 32% | 31% | 30% |
| Current ratio | 1.2 | 1.5 | 1.3 | 1.1 | 1.4 | 1.6 | 1.6 | 1.4 | 1.6 | 1.9 | 1.9 | 1.6 | 1.9 | 2.1 | 2.2 | 1.8 |
| Quick Ratio | 0.9 | 1.1 | 1.0 | 0.8 | 1.0 | 1.2 | 1.3 | 1.0 | 1.3 | 1.5 | 1.5 | 1.2 | 1.5 | 1.8 | 1.8 | 1.5 |
| ROE | 57.2% | 43.6% | 40.1% | 52.7% | 73.1% | 42.7% | 32.8% | 35.6% | 54.6% | 33.2% | 26.1% | 28.5% | 43.9% | 27.6% | 22.2% | 24.1% |

*Source: Company reports and FBN Securities estimates*

Confidential

APL-SECLIT_00001865

## Disclosure Section

Regulation AC, Analyst Certification

▫ I, Shebly Seyrafi, certify that the views expressed in the research report accurately reflect my personal views about

the subject securities or issuers.

▫ No part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations

or views I have expressed in the research report.

Ownership and material conflicts of interest

▫ To the best of my knowledge, FBN Securities has no beneficial ownership in any of the recommended securities

and does not hold 1% or more of the subject company's securities.

▫ FBN Securities limits its investment banking role in the capacity only as a selling group member, and does not act in the capacity of underwriter for any public or private deals. FBN may have or in the future be part of a selling group in the security covered.

It has not received compensation for investment banking

activity or from any activity to the best of my knowledge, from any company mentioned in this report within the twelve months preceding publication.

▫ FBN Securities does not compensate its research personnel for investment banking services.

▫ FBN Securities makes no market in any recommended securities.

▫ Neither the analyst nor any member of the analyst's household is an officer, director or advisory board member of any company mentioned in this report.

***DISCLAIMERS***

This publication is provided to you for information purposes and is not intended as an offer or solicitation for the

purchase or sale of any financial instrument. The information contained herein has been obtained from sources

believed reliable but is not necessarily complete and its accuracy cannot be guaranteed. Any opinions or estimates

contained in this report represent the judgment of the analyst at this time, and are subject to change without notice.

The investments discussed or recommended in this report may not be suitable for all investors. Investors must make

their own investment based on their specific investment objectives and financial position and using such independent

advisers, as they believe necessary. Additional information is available upon request. Past performance should not be

taken as an indication or guarantee of future results. Opinions and estimates may be changed without notice and FBN

Securities disclaims any obligation to advise you of any such change.

FBN offers both Fundamental and Technical Research. At any time the two may offer different views.

FBN permits its analysts to make media appearances, and securities mentioned in this report may be discussed through the media.

Analyst owns shares of AAPL.

Shebly Seyrafi, CFA (212-618-2185) sseyrafi@fbnsecurities.com          **FBN Securities**          7

APL-SECLIT_00001866

## Stock Ratings

FBN uses a relative rating system using terms Outperform, Sector Perform, and Underperform. FBN does not assign ratings of buy, hold, or sell to the stocks covered.

Outperform (O) – The stock's total return is expected to exceed the average return for the analyst's sector coverage universe over the next 6 to 12-month period.

Sector Perform (SP) - The stock's total return is expected to be in-line with the average return for the analyst's sector coverage universe over the next 6 to 12-month period.

Underperform (U) - The stock's total return is expected to be below the average return for the analyst's sector coverage universe over the next 6 to 12-month period.

| Institutional Sales: | Trading: |
|---|---|
| Gregory Naso, CFA | Michael Naso |
| 120 Broadway, Suite 1034 | 120 Broadway, Suite 1034 |
| New York, NY 10271 | New York, NY 10271 |
| 212-618-2193 | 212-566-2216 |
| gnaso@fbnsecurities.com | mnaso@fbnsecurities.com |

## AAPL Stock Chart



**AAPL Price Target and Rating History**

| Date | Price Target | Rating | Date | Price Targ | Rating |
|---|---|---|---|---|---|
| 11/2/2018 | $240 | O | 1/27/2016 | $120 | O |
| 8/1/2018 | $230 | O | 7/22/2015 | $150 | O |
| 5/2/2018 | $200 | O | 4/28/2015 | $160 | O |
| 2/1/2018 | $210 | O | 3/10/2015 | $145 | O |
| 11/3/2017 | $200 | O | 1/28/2015 | $140 | O |
| 8/2/2017 | $180 | O | 10/21/2014 | $130 | O |
| 5/3/2017 | $160 | O | 9/9/2014 | $115 | O |
| 3/27/2017 | $155 | O | 7/23/2014 | $110 | O |
| 2/1/2017 | $145 | O | 4/24/2014 | $93 | O |
| 10/26/2016 | $130 | O | 1/28/2014 | $89 | O |
| 7/27/2016 | $120 | O | | | |
| 4/27/2016 | $110 | O | | | |

| | Ratings Distribution | | IB Serv./Past 12 Mos. |
|---|---|---|---|
| Category | Count | % | % |
| Outperform (O) | 43 | 84% | 0% |
| Sector Perform (SP) | 7 | 14% | 0% |
| Underperform (U) | 0 | 0% | 0% |
| Unrated | 1 | 2% | 0% |
| Total | 51 | 100% | 0% |

Confidential

APL-SECLIT_00001867