# EXHIBIT 61

# GUGGENHEIM

November 1, 2018

**Robert Cihra, Analyst**
robert.cihra@guggenheimpartners.com
212 901 9409

**Amil Patel, Associate**
amil.patel@guggenheimpartners.com
212 518 9892

## AAPL                                    BUY
**Apple Inc.**
**Sector: IT Hardware & Mobility**

### Estimate Changes
| | |
|---|---|
| Share Price | $222.22 |
| Price Target | $245.00 |

### Revenue ($B)
| (FY SEP) | 1Q | 2Q | 3Q | 4Q | FY |
|---|---|---|---|---|---|
| 2018 | 88.3 | 61.1 | 53.3 | 62.9 | 265.6 |
| 2019 | 93.3E | 66.1E | 56.4E | 65.6E | 281.5E |
| 2020 | 96.7E | 68.9E | 58.1E | 68.0E | 291.7E |

### EPS ($)
| (FY SEP) | 1Q | 2Q | 3Q | 4Q | FY |
|---|---|---|---|---|---|
| 2018 | 3.89 | 2.73 | 2.34 | 2.91 | 11.91 |
| Prior | — | — | — | 2.80 | 11.79 |
| P/E | | | | | 18.7x |
| 2019 | 4.78E | 3.06E | 2.46E | 3.07E | 13.41E |
| Prior | 5.15E | 3.13E | 2.53E | 3.10E | 13.95E |
| P/E | | | | | 16.6x |
| 2020 | 5.11E | 3.37E | 2.73E | 3.43E | 14.70E |
| Prior | 5.46E | 3.47E | 2.83E | 3.47E | 15.28E |
| P/E | | | | | 15.1x |

### Financial Metrics
| | |
|---|---|
| Debt/Total Capital | 52% |
| Net Cash/Share | $25.29 |

### Market Data & Valuation Multiples
| | |
|---|---|
| 52-Week Range | $150.24 - $233.47 |
| Dividend | $2.92 |
| Dividend Yield | 1.3% |
| Shares Out (M) | 4,847.5 |
| Market Cap (M) | $1,077,222 |
| Enterprise Value (M) | $954,605 |
| ADV (3 mo; 000) | 33,461 |

## AAPL – May Want its Growth-via-ASP Strategy to be Less Obvious

> **Key Message:** Apple's Sep-qtr beat on an even higher iPhone ASP +28%Y/Y vs. our +24%Y/Y estimate, and we expect it to beat a conservative Dec-qtr guide again on strong demand for the new XR. But management's commentary on weaker emerging markets macro, tougher FX and now choice to stop reporting units are all new headwinds for a company that already needs to now start lapping FY18's big +17%Y/Y jump in iPhone ASPs. We reiterate our BUY and $245 PT but trim our estimates and continue to see AAPL as less of a table-pounder than it was 6-12 months ago as ASPs start to anniversary.

**Sep-qtr revs and EPS beat at $62.9B (+20%Y/Y) and $2.91 (+41%Y/Y)** vs. our/consensus $61.9B/$61.5B and $2.80/$2.78 estimates, as flat Y/Y iPhones of 46.9mil were right in line with our 47.0mil estimate but ASP jumped an even bigger than expected +28%Y/Y to $793, driving iPhone REVENUE +29%Y/Y (its highest growth rate since Sep-15).

**For the Dec-qtr, we believe Apple's guide for revs of $89-93B and mid-point of implied EPS ~$4.60 look conservative and estimate a higher $93.3B (+6%Y/Y) and $4.78 (+23%Y/Y);** albeit with a tougher Q/Q comp, iPhone ASP beats now likely to moderate and emerging markets commentary is making that 5-7% lower than our earlier expectations.

**Reporting change may be for customer, not investor optics –** Surprisingly, Apple says it will stop reporting UNIT numbers going forward, which hit the stock after hours, and we think investors will dislike it as it could foreshadow trying to hide unit declines. But our take is that smartphone market units have already gone ex-growth (e.g., iPhone unit growth has already averaged -2%Y/Y the past 12 quarters), and Apple's move may rather be because it does not want to keep making it so obvious to CUSTOMERS that its strategy has shifted to what we've been calling "growth via ASP" (e.g., not just iPhones, but also in iPads, Mac, Watch).

**We trim our Dec-qtr iPhone unit estimate to 77mil (flat Y/Y) from 80mil and ASP to +1%Y/Y from +6%Y/Y,** but forecast Apple still growing iPhone revenue +2%Y/Y in FY19E on units +1%Y/Y and ASP +2%Y/Y. That ASP increase now needs to start lapping FY18E's very big +17%Y/Y jump, however (vs. 10yr average of +4%Y/Y), thereby moderating revs growth meaningfully from the +18%Y/Y Apple just posted in FY18E, slightly less than its +3%Y/Y in FY17 yet still much better than the -12%Y/Y back in FY16.

**"Growth via ASP" is no longer news but we still see two remaining drivers:** 1) Apple's new larger-screen $1099 6.5-inch iPhone XS Max satisfying demand after no Plus-sized X launched last year, and 2) our expectation for the new $749 6.1-inch iPhone XR to be ASP dilutive vs. the XS/Max BUT net ASP accretive overall by pulling demand up from prior-gen 6 and 7 buyers (e.g., through bigger new screens, 3D sensing/Face ID, etc.; in line with Apple's historical high-end demographic and peel-off-the-top model). We continue to expect the XR to ship >50% more units in FY19E than the combined total of FY18's iPhone 8+8 Plus, and account for 45-50% of Apple's total units in FY19E.

**By geo, Americas revs were +19%Y/Y, Europe +18%Y/Y** and China held solid at +16%Y/Y even as it now returns to tougher Y/Y comps (e.g., China revs were +12%Y/Y in Sep-17 after 6 preceding quarters of 10-33%Y/Y declines), with China iPhone revs up >20%Y/Y. Apple did, however, call out macro weakness it now sees in some other emerging markets, including Turkey, Brazil, Russia and India (e.g., where revs were just flat Y/Y), compounded by the stronger USD.

**Gross margin was right in line at 38.3% and Apple guided the Dec-qtr steady again at 38-38.5% for a 5th consecutive quarter,** which we see reflecting its unique ability (because it owns its own platform vs. Android/Wintel competitors) to practically now adapt its pricing strategy to a firm target margin model.

---

This report is intended for mattblake@apple.com at Apple. Unauthorized distribution of this report is prohibited.

Confidential                                                                                                      APL-SECLIT_00002121

**Services revs of $10.0B beat at +17%Y/Y vs. our +14%Y/Y estimate (+27%Y/Y excluding Sep-17's $640mil one-off gain),** and while Apple does not report the specifics, we estimate its #1 contributor remaining the App Store at 37% of Services revs, with #2 being Media Content (Music+iTunes) at 17% of revs and #3 Licensing at 14%, driven by TAC payments from Google (GOOG) search in iOS/Safari accounting for ~75% of that alone.  We continue to forecast recurring Services growing another +19%Y/Y in FY19E, helping boost not only Apple's margins but also its P/E.

**iPads at 9.7mil units (-6%Y/Y) missed our 10.4mil estimate although Macs of 5.3mil (-2%Y/Y) beat our 4.8mil, likely getting a bigger than expected boost from July's MacBook Pro refresh.**  And the Dec-qtr should now get some help in both from Apple having refreshed its iPad Pro (e.g., edge-to-edge display, Face ID) and MacBook Air (e.g., thinner, lighter) just this week, also raising prices in keeping with its recent MO.

**Other Products grew +31%Y/Y to $4.2B vs. our $4.6B estimate,** but we continue to expect the recent refresh of Apple's cellular Watch Series 4 (larger, thinner, faster), which also increased its price +$100 to $499, to boost the Dec-qtr.  We also continue to forecast "Other Products" representing Apple's fastest-growing business again at +21%Y/Y in FY19E vs. +35%Y/Y in FY18E but just +16%Y/Y back in FY17; driven by the Watch, AirPods, HomePod, etc.

**Apple bought back $19.4B of its stock in the Sep-qtr,** taking its net cash down to $123B (or $25/share) but also generating FCF of $16.5B (+40%Y/Y).

Figure 1.    Apple – Actuals vs. Estimated

| Apple | Reported Sep-18A | Y/Y | Our Est Sep-18E | Variance | Our Est Dec-18E | Y/Y | FY19E | Y/Y |
|---|---|---|---|---|---|---|---|---|
| Revs ($B) | **$62.9** | 20% | $61.9 | $1.0 | $93.3 | 6% | $281.5 | 6% |
| -Product | **$52.9** | 20% | $52.2 | $0.7 | $82.6 | 4% | $237.2 | 4% |
| -Services | **$10.0** | 17% | $9.7 | $0.3 | $10.7 | 26% | $44.3 | 19% |
| GM | **38.3%** | +40bps | 38.2% | +10bps | 38.4% | +0bps | 38.4% | +10bps |
| OpMgn | **25.6%** | +70bps | 25.3% | +30bps | 29.0% | -80bps | 26.3% | -40bps |
| EPS | **$2.91** | 41% | $2.80 | $0.12 | $4.78 | 23% | $13.41 | 13% |
| Units (mil): | | | | | | | | |
| iPhone | **46.9** | 0% | 47.0 | (0.1) | 77.0 | 0% | 219.6 | 1% |
| iPad | **9.7** | -6% | 10.4 | (0.7) | 12.8 | -3% | 41.8 | -4% |
| Mac | **5.3** | -2% | 4.8 | 0.5 | 5.1 | -1% | 18.1 | 0% |
| ASP ($): | | | | | | | | |
| iPhone | **$793** | 28% | $767 | $26 | $806 | 1% | $778 | 2% |
| iPad | **$422** | -10% | $457 | ($36) | $499 | 12% | $484 | 12% |
| Mac | **$1,399** | 5% | $1,432 | ($34) | $1,375 | 2% | $1,382 | -1% |

*Source: Company reports, Guggenheim Securities, LLC estimates*

GUGGENHEIM SECURITIES, LLC                     See pages 10 - 11 for analyst certification and important disclosures.   Page 2

Confidential                                                                                                        APL-SECLIT_00002122

Figure 2.   iPhone Units, Growth and ASP – Quarterly and Annual



*Source: Company reports, Guggenheim Securities, LLC estimates*

Figure 3.   Apple's Y/Y Revenue Growth Contributors by Product/Service

*Source: Company reports, Guggenheim Securities, LLC estimates*

Figure 4.   Apple – Overall Unit, Revenue and Margin Trends



*Source: Company reports, Guggenheim Securities, LLC estimates*

**Valuation**

Our AAPL price target of $245 is based on a P/E of 16x ex-cash (vs. prior 15x), and EV/FCF of 16x (vs. prior 15x) on CY19E, representing a premium to AAPL's average P/E and EV/FCF of 13x over the past 5 years, but one we think is justified by re-accelerated growth and more consistent Services profits.

**Risks**

Risks to our rating and price target for Apple include its exposure to premium-priced consumer IT markets and revenue/profit concentration from just a handful of key products, particularly its iPhone, so it could face competitive pricing and margin pressure.

Figure 5.   Apple – Income Statement

| ($ in millions) | FY 2016 | FY 2017 | 2018 Q1 Dec-17 | Q2 Mar-18 | Q3 Jun-18 | Q4 Sep-18 | FY 2018 | 2019E Q1E Dec-18 | Q2E Mar-19 | Q3E Jun-19 | Q4E Sep-19 | FY 2019E | FY 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Net sales** | $215,639 | $229,234 | $88,293 | $61,137 | $53,265 | $62,900 | $265,595 | $93,338 | $66,144 | $56,376 | $65,631 | $281,489 | $291,710 |
| Cost of sales | 131,376 | 141,048 | 54,381 | 37,715 | 32,844 | 38,816 | 163,756 | 57,530 | 40,716 | 34,534 | 40,507 | 173,287 | 179,315 |
| Gross profit | $84,263 | $88,186 | $33,912 | $23,422 | $20,421 | $24,084 | $101,839 | $35,808 | $25,428 | $21,842 | $25,124 | $108,202 | $112,395 |
| R & D | 10,045 | 11,581 | 3,407 | 3,378 | 3,701 | 3,750 | 14,236 | 4,150 | 4,050 | 4,150 | 4,250 | 16,600 | 17,600 |
| S G & A | 14,194 | 15,261 | 4,231 | 4,150 | 4,108 | 4,216 | 16,705 | 4,613 | 4,424 | 4,292 | 4,333 | 17,661 | 18,010 |
| Operating expenses | $24,239 | $26,842 | $7,638 | $7,528 | $7,809 | $7,966 | $30,941 | $8,763 | $8,474 | $8,442 | $8,583 | $34,261 | $35,610 |
| **Operating income** | **$60,024** | **$61,344** | **$26,274** | **$15,894** | **$12,612** | **$16,118** | **$70,898** | **$27,045** | **$16,955** | **$13,400** | **$16,540** | **$73,941** | **$76,785** |
| Interest, other inc(exp) | 1,348 | 2,745 | 756 | 274 | 672 | 303 | 2,005 | 300 | 300 | 300 | 300 | 1,200 | 1,200 |
| Pretax income | $61,372 | $64,089 | $27,030 | $16,168 | $13,284 | $16,421 | $72,903 | $27,345 | $17,255 | $13,700 | $16,840 | $75,141 | $77,985 |
| Income taxes | 15,685 | 15,738 | 6,965 | 2,346 | 1,765 | 2,296 | 13,372 | 4,512 | 2,847 | 2,261 | 2,779 | 12,398 | 13,257 |
| **Net income** | **$45,687** | **$48,351** | **$20,065** | **$13,822** | **$11,519** | **$14,125** | **$59,531** | **$22,833** | **$14,408** | **$11,440** | **$14,062** | **$62,743** | **$64,728** |
| Extraordinary items | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Net inc. after x/o items | $45,687 | $48,351 | $20,065 | $13,822 | $11,519 | $14,125 | $59,531 | $22,833 | $14,408 | $11,440 | $14,062 | $62,743 | $64,728 |
| **EPS (operating)** | **$8.31** | **$9.21** | **$3.89** | **$2.73** | **$2.34** | **$2.91** | **$11.91** | **$4.78** | **$3.06** | **$2.46** | **$3.07** | **$13.41** | **$14.70** |
| EPS (reported) | $8.31 | $9.21 | $3.89 | $2.73 | $2.34 | $2.91 | $11.91 | $4.78 | $3.06 | $2.46 | $3.07 | $13.41 | $14.70 |
| Shares o/s, diluted | 5,500 | 5,252 | 5,158 | 5,068 | 4,927 | 4,848 | 5,000 | 4,779 | 4,711 | 4,643 | 4,575 | 4,677 | 4,404 |
| **% of Sales:** | | | | | | | | | | | | | |
| Gross margin | 39.1% | 38.5% | 38.4% | 38.3% | 38.3% | 38.3% | 38.3% | 38.4% | 38.4% | 38.7% | 38.3% | 38.4% | 38.5% |
| R & D | 4.7% | 5.1% | 3.9% | 5.5% | 6.9% | 6.0% | 5.4% | 4.4% | 6.1% | 7.4% | 6.5% | 5.9% | 6.0% |
| S G & A | 6.6% | 6.7% | 4.8% | 6.8% | 7.7% | 6.7% | 6.3% | 4.9% | 6.7% | 7.6% | 6.6% | 6.3% | 6.2% |
| Operating expenses | 11.2% | 11.7% | 8.7% | 12.3% | 14.7% | 12.7% | 11.6% | 9.4% | 12.8% | 15.0% | 13.1% | 12.2% | 12.2% |
| Operating margin | 27.8% | 26.8% | 29.8% | 26.0% | 23.7% | 25.6% | 26.7% | 29.0% | 25.6% | 23.8% | 25.2% | 26.3% | 26.3% |
| Pretax margin | 28.5% | 28.0% | 30.6% | 26.4% | 24.9% | 26.1% | 27.4% | 29.3% | 26.1% | 24.3% | 25.7% | 26.7% | 26.7% |
| *Tax rate* | *25.6%* | *24.6%* | *25.8%* | *14.5%* | *13.3%* | *14.0%* | *18.3%* | *16.5%* | *16.5%* | *16.5%* | *16.5%* | *16.5%* | *17.0%* |
| Net margin | 21.2% | 21.1% | 22.7% | 22.6% | 21.6% | 22.5% | 22.4% | 24.5% | 21.8% | 20.3% | 21.4% | 22.3% | 22.2% |
| **Y/Y % Change:** | | | | | | | | | | | | | |
| Net sales | -8% | 6% | 13% | 16% | 17% | 20% | 16% | 6% | 8% | 6% | 4% | 6% | 4% |
| Operating income | -16% | 2% | 12% | 13% | 17% | 23% | 16% | 3% | 7% | 6% | 3% | 4% | 4% |
| EPS | -10% | 11% | 16% | 30% | 40% | 41% | 29% | 23% | 12% | 5% | 5% | 13% | 10% |
| **Q/Q % Change:** | | | | | | | | | | | | | |
| Net sales | | | 68% | -31% | -13% | 18% | | 48% | -29% | -15% | 16% | | |
| EPS | | | 88% | -30% | -14% | 25% | | 64% | -36% | -19% | 25% | | |
| **Calendar Year** | **CY16** | **CY17** | | | | | **CY18E** | | | | | **CY19E** | |
| Revenue | $218,118 | $239,176 | | | | | $270,640 | | | | | $284,806 | |
| Y/Y | -7% | 10% | | | | | 13% | | | | | 5% | |
| EPS | $8.32 | $9.70 | | | | | $12.70 | | | | | $13.66 | |
| Y/Y | -11% | 17% | | | | | 31% | | | | | 8% | |

*Source: Company reports, Guggenheim Securities, LLC estimates*

Confidential                                                                                                                      APL-SECLIT_00002125

Figure 6.   Apple – Unit and ASP Model

|  | FY 2016 | FY 2017 | 2018 Q1 Dec-17 | 2018 Q2 Mar-18 | 2018 Q3 Jun-18 | 2018 Q4 Sep-18 | FY 2018 | 2019E Q1E Dec-18 | 2019E Q2E Mar-19 | 2019E Q3E Jun-19 | 2019E Q4E Sep-19 | FY 2019E | FY 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Units (000)** | | | | | | | | | | | | | |
| iPhones | 211,884 | 216,756 | 77,316 | 52,217 | 41,300 | 46,889 | 217,722 | 77,000 | 52,745 | 42,196 | 47,681 | 219,622 | 223,687 |
| iPads | 45,590 | 43,753 | 13,170 | 9,113 | 11,553 | 9,699 | 43,535 | 12,803 | 8,578 | 10,722 | 9,650 | 41,753 | 41,019 |
| Macs | 18,484 | 19,251 | 5,112 | 4,078 | 3,720 | 5,299 | 18,209 | 5,079 | 3,980 | 3,976 | 5,105 | 18,141 | 18,276 |
| iPods | 5,613 | 3,610 | 621 | 350 | 335 | 335 | 1,642 | 549 | 350 | 335 | 335 | 1,569 | 1,569 |
| Watch | 10,415 | 14,804 | 7,000 | 4,644 | 4,135 | 4,590 | 20,369 | 8,225 | 5,457 | 4,858 | 5,393 | 23,933 | 27,523 |
| **Y/Y % Change** | | | | | | | | | | | | | |
| iPhones |  | -8% | 2% | -1% | 3% | 1% | 0% | 0% | 0% | 1% | 2% | 2% | 1% | 2% |
| iPads |  | -17% | -4% | 1% | 2% | 1% | -6% | 0% | -3% | -6% | -7% | -1% | -4% | -2% |
| Macs |  | -10% | 4% | -5% | -3% | -13% | -2% | -5% | -1% | -2% | 7% | -4% | 0% | 1% |
| iPods |  | -42% | -36% | -63% | -55% | -56% | -12% | -55% | -12% | 0% | 0% | 0% | -4% | 0% |
| Watch |  | 70% | 42% | 51% | 29% | 40% | 28% | 38% | 18% | 18% | 18% | 18% | 18% | 15% |
| **Q/Q % Change** | | | | | | | | | | | | | |
| iPhones |  |  |  | 66% | -32% | -21% | 14% |  | 64% | -32% | -20% | 13% |  |  |
| iPads |  |  |  | 28% | -31% | 27% | -16% |  | 32% | -33% | 25% | -10% |  |  |
| Macs |  |  |  | -5% | -20% | -9% | 42% |  | -4% | -22% | 0% | 28% |  |  |
| iPods |  |  |  | 64% | -44% | -4% | 0% |  | 64% | -36% | -4% | 0% |  |  |
| Watch |  |  |  | 94% | -34% | -11% | 11% |  | 79% | -34% | -11% | 11% |  |  |
| **% iPhone Unit Mix** | | | | | | | | | | | | | |
| iPhone - hi end | 67% | 72% | 63% | 55% | 62% | 69% | 62% | 80% | 82% | 80% | 86% | 82% | 79% |
| iPhone - low end | 33% | 28% | 37% | 45% | 38% | 31% | 38% | 20% | 18% | 20% | 14% | 18% | 21% |
| **% iPad Unit Mix** | | | | | | | | | | | | | |
| iPad - hi end | 67% | 64% | 64% | 66% | 66% | 67% | 66% | 66% | 67% | 67% | 67% | 67% | 67% |
| iPad - low end | 33% | 36% | 36% | 34% | 34% | 33% | 34% | 34% | 33% | 33% | 33% | 33% | 33% |
| **% Mac Unit Mix** | | | | | | | | | | | | | |
| Desktops | 19% | 16% | 16% | 18% | 17% | 13% | 16% | 15% | 15% | 15% | 12% | 14% | 13% |
| Portables | 81% | 84% | 84% | 83% | 83% | 87% | 84% | 85% | 85% | 85% | 88% | 86% | 87% |
| **ASP ($)** | | | | | | | | | | | | | |
| iPhone ASP | $645 | $652 | $796 | $728 | $724 | $793 | $766 | $806 | $769 | $721 | $792 | $778 | $770 |
| iPad ASP | $452 | $439 | $445 | $451 | $410 | $422 | $432 | $499 | $504 | $461 | $472 | $484 | $478 |
| Mac ASP | $1,235 | $1,343 | $1,349 | $1,434 | $1,433 | $1,399 | $1,400 | $1,375 | $1,404 | $1,388 | $1,365 | $1,382 | $1,371 |
| iPod ASP | $143 | $146 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 |
| Watch ASP | $428 | $422 | $439 | $440 | $445 | $462 | $446 | $470 | $470 | $470 | $470 | $470 | $470 |
| **Y/Y % Change** | | | | | | | | | | | | | |
| iPhone ASP |  | -4% | 1% | 15% | 11% | 20% | 28% | 17% | 1% | 6% | 0% | 0% | 2% | -1% |
| iPad ASP |  | 7% | -3% | 5% | 4% | -6% | -10% | -2% | 12% | 12% | 12% | 12% | 12% | -1% |
| Mac ASP |  | 0% | 9% | 0% | 3% | 10% | 5% | 4% | 2% | -2% | -3% | -2% | -1% | -1% |
| iPod ASP |  | -4% | 2% | 44% | 43% | 43% | 0% | 37% | 0% | 0% | 0% | 0% | 0% | 0% |
| Watch ASP |  | -3% | -1% | 5% | 4% | 5% | 8% | 6% | 7% | 7% | 6% | 2% | 5% | 0% |
| **Q/Q % Change** | | | | | | | | | | | | | |
| iPhone ASP |  |  |  | 29% | -9% | -1% | 10% |  | 2% | -5% | -6% | 10% |  |  |
| iPad ASP |  |  |  | -5% | 1% | -9% | 3% |  | 18% | 1% | -8% | 2% |  |  |
| Mac ASP |  |  |  | 1% | 6% | 0% | -2% |  | -2% | 2% | -1% | -2% |  |  |
| iPod ASP |  |  |  | 0% | 0% | 0% | 0% |  | 0% | 0% | 0% | 0% |  |  |
| Watch ASP |  |  |  | 3% | 0% | 1% | 4% |  | 2% | 0% | 0% | 0% |  |  |

*Source: Company reports, Guggenheim Securities, LLC estimates*

Confidential                                                                                                                                                              APL-SECLIT_00002126

Figure 7.   Apple – Revenue and Margin Model

|  | FY 2016 | FY 2017 | Q1 Dec-17 | Q2 Mar-18 | Q3 Jun-18 | Q4 Sep-18 | FY 2018 | Q1E Dec-18 | Q2E Mar-19 | Q3E Jun-19 | Q4E Sep-19 | FY 2019E | FY 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue ($mil)** | $215,639 | $229,234 | $88,293 | $61,137 | $53,265 | $62,900 | $265,595 | $93,338 | $66,144 | $56,376 | $65,631 | $281,489 | $291,710 |
| iPhone | $136,700 | $141,319 | $61,576 | $38,032 | $29,906 | $37,185 | $166,699 | $62,072 | $40,538 | $30,428 | $37,746 | $170,784 | $172,282 |
| iPad | $20,628 | $19,222 | $5,862 | $4,113 | $4,741 | $4,089 | $18,805 | $6,392 | $4,321 | $4,948 | $4,552 | $20,212 | $19,605 |
| Mac | $22,831 | $25,850 | $6,895 | $5,848 | $5,330 | $7,411 | $25,484 | $6,983 | $5,590 | $5,521 | $6,970 | $25,063 | $25,056 |
| Services | $24,348 | $29,980 | $8,471 | $9,190 | $9,548 | $9,981 | $37,190 | $10,712 | $10,884 | $11,114 | $11,565 | $44,274 | $50,991 |
|   App Store | $7,332 | $10,596 | $3,193 | $3,490 | $3,545 | $3,666 | $13,894 | $3,844 | $4,217 | $4,402 | $4,492 | $16,955 | $20,375 |
|   iTunes+Music | $5,274 | $5,729 | $1,567 | $1,590 | $1,664 | $1,777 | $6,597 | $1,847 | $1,865 | $1,911 | $1,987 | $7,611 | $8,526 |
|   Licensing | 2,903 | 3,955 | 1,443 | 1,428 | 1,364 | 1,420 | 5,655 | 1,717 | 1,714 | 1,664 | 1,761 | 6,856 | 7,884 |
|   iCloud/ACare/Other | 8,840 | 9,699 | 2,269 | 2,682 | 2,975 | 3,118 | 11,043 | 3,304 | 3,088 | 3,136 | 3,324 | 12,852 | 14,205 |
| Other Products | $11,132 | $12,863 | $5,489 | $3,954 | $3,740 | $4,234 | $17,417 | $7,180 | $4,811 | $4,366 | $4,799 | $21,156 | $23,774 |
|   iPod | 801 | 527 | 124 | 70 | 67 | 67 | 328 | 110 | 70 | 67 | 67 | 314 | 314 |
|   Watch | 4,456 | 6,250 | 3,076 | 2,045 | 1,839 | 2,122 | 9,082 | 3,867 | 2,566 | 2,284 | 2,536 | 11,253 | 12,941 |
|   Accessories | 5,875 | 6,086 | 2,289 | 1,839 | 1,834 | 2,045 | 8,007 | 3,203 | 2,176 | 2,014 | 2,196 | 9,589 | 10,520 |
| **Y/Y % Change** | -8% | 6% | 13% | 16% | 17% | 20% | 16% | 6% | 8% | 6% | 4% | 6% | 4% |
| iPhone | -12% | 3% | 13% | 14% | 20% | 29% | 18% | 1% | 7% | 2% | 2% | 2% | 1% |
| iPad | -11% | -7% | 6% | 6% | -5% | -15% | -2% | 9% | 5% | 4% | 11% | 7% | -3% |
| Mac | -10% | 13% | -5% | 0% | -5% | 3% | -1% | 1% | -4% | 4% | -6% | -2% | 0% |
| Services | 22% | 23% | 18% | 31% | 31% | 17% | 24% | 26% | 18% | 16% | 16% | 19% | 15% |
| Other Products | 11% | 16% | 36% | 38% | 37% | 31% | 35% | 31% | 22% | 17% | 13% | 21% | 12% |
| **Q/Q % Change** |  |  | 68% | -31% | -13% | 18% |  | 48% | -29% | -15% | 16% |  |  |
| iPhone |  |  | 113% | -38% | -21% | 24% |  | 67% | -35% | -25% | 24% |  |  |
| iPad |  |  | 21% | -30% | 15% | -14% |  | 56% | -32% | 14% | -8% |  |  |
| Mac |  |  | -4% | -15% | -9% | 39% |  | -6% | -20% | -1% | 26% |  |  |
| Services |  |  | 0% | 8% | 4% | 5% |  | 7% | 2% | 2% | 4% |  |  |
| Other Products |  |  | 70% | -28% | -5% | 13% |  | 70% | -33% | -9% | 10% |  |  |
| **As % of Revenue** |  |  |  |  |  |  |  |  |  |  |  |  |  |
| iPhone | 63% | 62% | 70% | 62% | 56% | 59% | 63% | 67% | 61% | 54% | 58% | 61% | 59% |
| iPad | 10% | 8% | 7% | 7% | 9% | 7% | 7% | 7% | 7% | 9% | 7% | 7% | 7% |
| Mac | 11% | 11% | 8% | 10% | 10% | 12% | 10% | 7% | 8% | 10% | 11% | 9% | 9% |
| Services | 11% | 13% | 10% | 15% | 18% | 16% | 14% | 11% | 16% | 20% | 18% | 16% | 17% |
|   App Store | 3% | 5% | 4% | 6% | 7% | 6% | 5% | 4% | 6% | 8% | 7% | 6% | 7% |
|   iTunes+Music | 2% | 2% | 2% | 3% | 3% | 3% | 2% | 2% | 3% | 3% | 3% | 3% | 3% |
|   Licensing | 1% | 2% | 2% | 2% | 3% | 2% | 2% | 2% | 3% | 3% | 3% | 2% | 3% |
|   iCloud/ACare/Other | 4% | 4% | 3% | 4% | 6% | 5% | 4% | 4% | 5% | 6% | 5% | 5% | 5% |
| Other Products | 5% | 6% | 6% | 6% | 7% | 7% | 7% | 8% | 7% | 8% | 7% | 8% | 8% |
|   iPod | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
|   Watch | 2% | 3% | 3% | 3% | 3% | 3% | 3% | 4% | 4% | 4% | 4% | 4% | 4% |
|   Accessories | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 4% | 3% | 3% | 4% |
| **Gross Margin (%)** | 39.1% | 38.5% | 38.4% | 38.3% | 38.3% | 38.3% | 38.3% | 38.4% | 38.4% | 38.7% | 38.3% | 38.4% | 38.5% |
| iPhone | 41% | 40% | 39% | 38% | 37% | 38% | 38% | 39% | 37% | 37% | 37% | 37% | 36% |
| iPad | 25% | 24% | 24% | 24% | 23% | 23% | 24% | 23% | 23% | 23% | 23% | 23% | 23% |
| Mac | 21% | 19% | 18% | 18% | 17% | 18% | 18% | 18% | 18% | 18% | 18% | 18% | 18% |
| Services | 62% | 64% | 66% | 66% | 66% | 65% | 66% | 66% | 67% | 67% | 66% | 66% | 67% |
| Other Products | 27% | 26% | 26% | 27% | 27% | 27% | 27% | 28% | 27% | 27% | 27% | 27% | 27% |
| **Contribution to Total GM$** |  |  |  |  |  |  |  |  |  |  |  |  |  |
| iPhone | 67% | 64% | 71% | 61% | 55% | 59% | 63% | 67% | 58% | 51% | 55% | 59% | 56% |
| iPad | 6% | 5% | 4% | 4% | 5% | 4% | 4% | 4% | 4% | 5% | 4% | 4% | 4% |
| Mac | 6% | 6% | 4% | 4% | 5% | 6% | 4% | 3% | 4% | 5% | 5% | 4% | 4% |
| Services | 18% | 22% | 17% | 26% | 31% | 27% | 24% | 20% | 28% | 34% | 31% | 27% | 30% |
| Other Products | 4% | 4% | 4% | 4% | 5% | 5% | 5% | 6% | 5% | 5% | 5% | 5% | 6% |

*Source: Company reports, Guggenheim Securities, LLC estimates*

Figure 8. Apple – Balance Sheet

| ($ in millions) | 2017 | | | | 2018 | | | | 2019E | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 Dec-16 | Q2 Mar-17 | Q3 Jun-17 | Q4 Sep-17 | Q1 Dec-17 | Q2 Mar-18 | Q3 Jun-18 | Q4 Sep-18 | Q1E Dec-18 | Q2E Mar-19 | Q3E Jun-19 | Q4E Sep-19 |
| **Assets** | | | | | | | | | | | | |
| Cash and equiv. | $16,371 | $15,157 | $18,571 | $20,289 | $27,491 | $45,059 | $31,971 | $25,913 | $28,234 | $17,151 | $12,405 | $20,394 |
| ST mkt securities | 44,081 | 51,944 | 58,188 | 53,892 | 49,662 | 42,881 | 38,999 | 40,388 | 40,388 | 40,388 | 40,388 | 40,388 |
| A/R | 14,057 | 11,579 | 12,399 | 17,874 | 23,440 | 14,324 | 14,104 | 23,186 | 22,364 | 14,263 | 14,588 | 23,777 |
| Inventory | 2,712 | 2,910 | 3,146 | 4,855 | 4,421 | 7,662 | 5,936 | 3,956 | 5,863 | 4,150 | 3,520 | 4,128 |
| Other | 26,111 | 20,400 | 20,571 | 31,735 | 38,796 | 20,127 | 24,751 | 37,896 | 37,896 | 37,896 | 37,896 | 37,896 |
| Total current assets | $103,332 | $101,990 | $112,875 | $128,645 | $143,810 | $130,053 | $115,761 | $131,339 | $134,745 | $113,848 | $108,797 | $126,583 |
| PP&E, net | 26,510 | 27,163 | 29,286 | 33,783 | 33,679 | 35,077 | 38,117 | 41,304 | 41,717 | 42,551 | 43,828 | 45,143 |
| LT mkt securities | 185,638 | 189,740 | 184,757 | 194,714 | 207,944 | 179,286 | 172,773 | 170,799 | 170,799 | 170,799 | 170,799 | 170,799 |
| Other | 15,661 | 15,639 | 18,255 | 18,177 | 21,361 | 23,086 | 22,546 | 22,283 | 22,951 | 22,951 | 23,181 | 23,876 |
| Total assets | $331,141 | $334,532 | $345,173 | $375,319 | $406,794 | $367,502 | $349,197 | $365,725 | $370,213 | $350,150 | $346,605 | $366,402 |
| **Liab & Stockholders' Equity** | | | | | | | | | | | | |
| Debt | $13,992 | $13,991 | $18,475 | $18,473 | $18,478 | $20,478 | $17,472 | $20,748 | $20,748 | $20,748 | $20,748 | $20,748 |
| Accounts payable | 38,510 | 28,573 | 31,915 | 49,049 | 62,985 | 34,311 | 38,489 | 55,888 | 57,983 | 41,036 | 43,507 | 58,688 |
| Accrued; defer'd revs | 31,628 | 30,778 | 30,912 | 33,292 | 34,325 | 34,531 | 32,587 | 40,230 | 40,484 | 40,484 | 40,484 | 45,468 |
| Total current liabs | $84,130 | $73,342 | $81,302 | $100,814 | $115,788 | $89,320 | $88,548 | $116,866 | $119,215 | $102,268 | $104,739 | $124,904 |
| LT debt | 73,557 | 84,531 | 89,864 | 97,207 | 103,922 | 101,362 | 97,128 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 |
| LT liab; defer'd revs | 41,064 | 42,577 | 41,582 | 43,251 | 46,885 | 49,942 | 48,572 | 47,977 | 45,772 | 46,687 | 47,621 | 51,530 |
| Stockholders' equity | 132,390 | 134,082 | 132,425 | 134,047 | 140,199 | 126,878 | 114,949 | 107,147 | 111,491 | 107,460 | 100,510 | 96,232 |
| Total liab & Stock equity | $331,141 | $334,532 | $345,173 | $375,319 | $406,794 | $367,502 | $349,197 | $365,725 | $370,213 | $350,150 | $346,605 | $366,402 |
| Employees (000) | 117.2 | 118.3 | 120.7 | 123.0 | 124.2 | 125.5 | 128.0 | 130.5 | 133.2 | 135.8 | 138.5 | 141.3 |
| **Financial Ratios** | | | | | | | | | | | | |
| Current Ratio | 1.2 | 1.4 | 1.4 | 1.3 | 1.2 | 1.5 | 1.3 | 1.1 | 1.1 | 1.1 | 1.0 | 1.0 |
| Debt/Equity | 66% | 73% | 82% | 86% | 87% | 96% | 100% | 107% | 103% | 107% | 114% | 119% |
| Debt/Total Capital | 40% | 42% | 45% | 46% | 47% | 49% | 50% | 52% | 51% | 52% | 53% | 54% |
| Book Value/Share | $25 | $25 | $25 | $26 | $27 | $25 | $23 | $22 | $23 | $23 | $22 | $21 |
| **Annualized Quarter** | | | | | | | | | | | | |
| Rev./Employee (000) | $2,675 | $1,788 | $1,505 | $1,710 | $2,843 | $1,949 | $1,665 | $1,927 | $2,804 | $1,948 | $1,628 | $1,858 |
| A/R DSO | 16 | 20 | 25 | 31 | 24 | 21 | 24 | 33 | 22 | 19 | 23 | 33 |
| Inventory Turns | 80 | 46 | 37 | 33 | 47 | 25 | 19 | 31 | 47 | 33 | 36 | 42 |
| Days Inventory | 5 | 8 | 10 | 11 | 8 | 14 | 19 | 11 | 8 | 11 | 10 | 8 |
| A/P Days | 72 | 80 | 103 | 135 | 104 | 82 | 105 | 130 | 91 | 91 | 113 | 130 |
| Cash conv cycle (days) | (51) | (52) | (69) | (94) | (73) | (46) | (63) | (85) | (61) | (60) | (80) | (89) |
| ROE | 55% | 33% | 26% | 32% | 59% | 41% | 38% | 51% | 84% | 53% | 44% | 57% |
| ROIC | 32% | 19% | 14% | 16% | 30% | 21% | 18% | 25% | 40% | 25% | 20% | 26% |
| Total cash ($mil) | $246,090 | $256,841 | $261,516 | $268,895 | $285,097 | $267,226 | $243,743 | $237,100 | $239,421 | $228,338 | $223,592 | $231,581 |
| Debt | ($87,549) | ($98,522) | ($108,339) | ($115,680) | ($122,400) | ($121,840) | ($114,600) | ($114,483) | ($114,483) | ($114,483) | ($114,483) | ($114,483) |
| Net cash ($mil) | $158,541 | $158,319 | $153,177 | $153,215 | $162,697 | $145,386 | $129,143 | $122,617 | $124,938 | $113,855 | $109,109 | $117,098 |
| per share | $29.76 | $30.09 | $29.27 | $29.56 | $31.54 | $28.68 | $26.21 | $25.29 | $26.14 | $24.17 | $23.50 | $25.60 |

*Source: Company reports, Guggenheim Securities, LLC estimates*

Confidential    APL-SECLIT_00002128

**Figure 9.    Apple – Cash Flow**

($ in millions)

| Fiscal Years Ending September | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|
| **Cash flows from operating activities:** | | | | | | | | | | |
| Net income (loss) | $25,922 | $41,733 | $37,037 | $39,510 | $53,394 | $45,687 | $48,351 | $59,531 | $62,743 | $64,728 |
| Depreciation & amortization | 1,814 | 3,277 | 6,757 | 7,946 | 11,257 | 10,505 | 10,157 | 10,903 | 11,635 | 12,407 |
| Other, deferred tax, nonrecurring | 4,036 | 6,145 | 3,394 | 5,210 | 4,968 | 9,148 | 10,640 | (27,694) | 2,842 | 3,115 |
|  | 31,772 | 51,155 | 47,188 | 52,666 | 69,619 | 65,340 | 69,148 | 42,740 | 77,220 | 80,250 |
| Working capital investment: | | | | | | | | | | |
| (Incr) in accounts receivable | 143 | (5,551) | (1,949) | (4,232) | 611 | 1,095 | (2,093) | (5,322) | (591) | (433) |
| (Incr) in inventories | 275 | (15) | (973) | (76) | (238) | 217 | (2,723) | 828 | (172) | (114) |
| (Incr) in other assets | (3,325) | (4,576) | 1,080 | (2,053) | (3,914) | 1,039 | (9,572) | (8,433) | (1,593) | (1,707) |
| Incr in accounts payable | 2,515 | 4,467 | 2,340 | 5,938 | 5,400 | 1,791 | 9,618 | 9,175 | 2,800 | 1,636 |
| Incr in other liab/deferred revs. | 6,149 | 5,376 | 5,980 | 7,470 | 9,788 | (3,658) | (780) | 38,446 | 5,949 | 6,698 |
|  | 5,757 | (299) | 6,478 | 7,047 | 11,647 | 484 | (5,550) | 34,694 | 6,392 | 6,081 |
| **Net cash from Operations** | **$37,529** | **$50,856** | **$53,666** | **$59,713** | **$81,266** | **$65,824** | **$63,598** | **$77,434** | **$83,612** | **$86,331** |
| **Free cash flow** | **$33,269** | **$42,561** | **$45,501** | **$50,142** | **$70,019** | **$53,090** | **$51,147** | **$64,121** | **$68,138** | **$70,212** |
| **Cash flows from investing activities:** | | | | | | | | | | |
| Capital expenditures | (4,260) | (8,295) | (8,165) | (9,571) | (11,247) | (12,734) | (12,451) | (13,313) | (15,473) | (16,119) |
| Net (purchases) of investments | (32,464) | (38,427) | (24,042) | (9,017) | (44,417) | (30,634) | (33,147) | 32,363 | 0 | 0 |
| Acquisitions, other | (3,695) | (1,505) | (1,567) | (3,991) | (610) | (2,609) | (848) | (2,984) | 0 | 0 |
| Net cash (used in) investing activities | ($40,419) | ($48,227) | ($33,774) | ($22,579) | ($56,274) | ($45,977) | ($46,446) | $16,066 | ($15,473) | ($16,119) |
| **Cash flows from financing activities:** | | | | | | | | | | |
| Net debt incr/(decr) | 0 | 0 | 16,896 | 18,266 | 29,305 | 22,057 | 29,014 | 432 | 0 | 0 |
| Net stock issue/(repurchase) | 1,444 | 790 | (22,711) | (44,689) | (35,460) | (30,390) | (33,592) | (74,596) | (60,000) | (60,000) |
| Dividends | 0 | (2,488) | (10,564) | (11,126) | (11,561) | (12,150) | (12,769) | (13,712) | (13,657) | (12,861) |
| Net cash (used in) financing activities | $1,444 | ($1,698) | ($16,379) | ($37,549) | ($17,716) | ($20,483) | ($17,347) | ($87,876) | ($73,657) | ($72,861) |
| **Net increase (decrease) in cash** | ($1,446) | $931 | $3,513 | ($415) | $7,276 | ($636) | ($195) | $5,624 | ($5,519) | ($2,649) |
| Cash at beginning of period | 11,261 | 9,815 | 10,746 | 14,259 | 13,844 | 21,120 | 20,484 | 20,289 | 25,913 | 20,394 |
| Cash at end of period | $9,815 | $10,746 | $14,259 | $13,844 | $21,120 | $20,484 | $20,289 | $25,913 | $20,394 | $17,746 |
| **Fiscal:** | | | | | | | | | | |
| Op Cash Flow/Share | $5.72 | $7.69 | $8.23 | $9.75 | $14.03 | $11.97 | $12.11 | $15.49 | $17.88 | $19.60 |
| FCF/Share | $5.07 | $6.43 | $6.98 | $8.19 | $12.09 | $9.65 | $9.74 | $12.82 | $14.57 | $15.94 |
| **Calendar Year:** | | | | | | | | | | |
| Op Cash Flow/Share | $6.89 | $8.56 | $8.25 | $11.85 | $13.15 | $12.10 | $12.48 | $14.92 | $17.27 | |
| FCF/Share | $6.23 | $7.16 | $7.03 | $10.04 | $11.10 | $9.81 | $10.19 | $12.12 | $13.85 | |

*Source: Company reports, Guggenheim Securities, LLC estimates*

**APPLE INC.** November 1, 2018

### ANALYST CERTIFICATION

By issuing this research report, each Guggenheim Securities, LLC ("Guggenheim Securities") research analyst whose name appears in this report hereby certifies that (i) all of the views expressed in this report accurately reflect the research analyst's personal views about any and all of the subject securities or issuers discussed herein and (ii) no part of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst.

### IMPORTANT DISCLOSURES

The research analyst(s) and research associate(s) have received compensation based upon various factors, including quality of research, investor client feedback, and Guggenheim Securities, LLC's overall revenue, which includes investment banking revenue.

Guggenheim Securities, LLC or its affiliates expect(s) to receive or intend(s) to seek compensation for investment banking services from Apple Inc. in the next 3 months.

Please refer to this website for company-specific disclosures referenced in this report: https://guggenheimsecurities.bluematrix.com/sellside/Disclosures.action. Disclosure information is also available from Compliance, 330 Madison Avenue, New York, NY 10017.



Rating and Price Target History for: Apple Inc. (AAPL) as of 11-01-2018

Created by: BlueMatrix

### RATINGS EXPLANATION AND GUIDELINES

**BUY (B)** - Describes stocks that we expect to provide a total return (price appreciation plus yield) of 10% or more within a 12-month period.

**NEUTRAL (N)** - Describes stocks that we expect to provide a total return (price appreciation plus yield) of between plus 10% and minus 10% within a 12-month period.

**SELL (S)** - Describes stocks that we expect to provide a total negative return (price appreciation plus yield) of 10% or more within a 12-month period.

**NR** - The investment rating and price target have been temporarily suspended. Such suspensions are in compliance with applicable regulations and/or Guggenheim Securities, LLC policies.

**CS** - Coverage Suspended. Guggenheim Securities, LLC has suspended coverage of this company.

**NC** - Not covered. Guggenheim Securities, LLC does not cover this company.

**Monitor -** Describes stocks whose company fundamentals and financials are being monitored, and for which no financial projections or opinions on the investment merits of the company are provided.

**Under Review (UR) -** Following the release of significant news from this company, the rating has been temporarily placed under review until sufficient information has been obtained and assessed by the analyst.

Guggenheim Securities, LLC methodology for assigning ratings may include the following: market capitalization, maturity, growth/value, volatility and expected total return over the next 12 months. The price targets are based on several methodologies, which may include, but are not restricted to, analyses of market risk, growth rate, revenue stream, discounted cash flow (DCF), EBITDA, EPS, cash flow (CF), free cash flow (FCF), EV/EBITDA, P/E, PE/growth, P/CF, P/FCF, premium (discount)/average group EV/EBITDA, premium (discount)/average group P/E, sum of the parts, net asset value, dividend returns, and return on equity (ROE) over the next 12 months.

Price targets are assigned for Buy- and Sell-rated stocks. Price targets for Neutral-rated stocks are provided at the discretion of the analyst.

**GUGGENHEIM SECURITIES, LLC** *See pages 10 - 11 for analyst certification and important disclosures.* Page 10

**Equity Valuation and Risks**: For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at https://guggenheimlibrary.bluematrix.com/client/library.jsp, contact the primary analyst or your Guggenheim Securities, LLC representative, or email GSResearchDisclosures@guggenheimpartners.com.

**RATINGS DISTRIBUTIONS FOR GUGGENHEIM SECURITIES:**

| Rating Category | Count | Percent | IB Serv./ Past 12Mos. | |
| --- | --- | --- | --- | --- |
| | | | Count | Percent |
| BUY | 218 | 57.22% | 25 | 11.47% |
| NEUTRAL | 156 | 40.94% | 11 | 7.05% |
| SELL | 7 | 1.84% | 0 | 0.00% |

**OTHER DISCLOSURES**

This research is for our clients and prospective clients only. Other than disclosures relating to Guggenheim Securities and its affiliates, this research is based on current public information that we consider reliable, but we do not represent it is accurate or complete, and it should not be relied on as such. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Other than certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the research analyst's judgement. Guggenheim Securities conducts a full-service, integrated investment banking and brokerage business, and one or more of its affiliates conducts an investment management business. Guggenheim Securities is a member of SIPC (http://www.sipc.org). Our salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies to our clients and our employees trading for our own account that reflect opinions that are contrary to the opinions expressed in this research. Guggenheim Securities or certain of its affiliates conducts an investment management business, trades for its own account, and conducts an investment business, and may make investment decisions that are inconsistent with the recommendations or views expressed in this research.

We and our affiliates, officers, directors, and employees, excluding equity and credit analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives, if any, referred to in this research. We and our affiliates also may sell to or buy from customers on a principal basis the securities described herein. We and our affiliates also do business with, or that relates to, companies covered in Guggenheim Securities' research, and may have a position in the debt of the company or companies discussed herein.

This research is not an offer to sell or the solicitation of an offer to buy any security. It does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Clients should consider whether any advice or recommendation in this research is suitable for their particular circumstances and, if appropriate, seek professional advice, including tax advice. The price and value of investments referred to in this research and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

This communication does not constitute an offer of Shares to the public in the United Kingdom. No prospectus has been or will be approved in the United Kingdom in respect of the Securities. Consequently, this communication is directed only at (i) persons who are outside the United Kingdom or (ii) persons who have professional experience in matters relating to investments falling within Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "Order"), (iii) high net worth entities falling within Article 49(2) of the Order (iv) and other persons to whom it may lawfully be communicated (all such persons together being referred to as "relevant persons"). Any investment activity to which this communication relates will only be available to, and will only be engaged with, relevant persons. Any person who is not a relevant person should not act or rely on this document or any of its contents.

**TACTICAL TRADING IDEA DISCLAIMER**

Guggenheim Securities, LLC produces "Tactical Trade Ideas" that identify short-term, catalyst-driven trading opportunities impacting companies within the Firm's coverage universe. Tactical Trade Ideas may exist on companies in this report and may be contrary to the analyst's published rating.

Copyright © 2018 by Guggenheim Securities, LLC, ("Guggenheim") a FINRA registered broker-dealer. All rights reserved. The content of this report is based upon information obtained from sources that Guggenheim generally considers reliable, but Guggenheim makes no representations or warranties with respect to its accuracy, completeness, timeliness, suitability or otherwise, and assumes no responsibility to update it for subsequent events or knowledge. Guggenheim is not responsible for your use of this information.

Confidential APL-SECLIT_00002131

# Guggenheim Securities Equity Research Team

## Consumer

**Automotive Retail**
Ali Faghri — 310.319.2556 — Ali.Faghri@guggenheimpartners.com

**Beverages**
Laurent Grandet — 212.372.6368 — Laurent.Grandet@guggenheimpartners.com

**Food Retailers; Consumables Retail/Distribution**
John Heinbockel — 212.381.4135 — John.Heinbockel@guggenheimpartners.com

**Hardlines Retail**
Steven Forbes, CFA — 212.381.4188 — Steven.Forbes@guggenheimpartners.com

**Restaurants**
Matthew DiFrisco — 212.823.6599 — Matthew.DiFrisco@guggenheimpartners.com

**Retailing/Department Stores and Specialty Softlines**
Robert Drbul — 212.823.6558 — Robert.Drbul@guggenheimpartners.com

## Energy & Power

**Exploration & Production**
Subash Chandra, CFA — 212.918.8771 — Subash.Chandra@guggenheimpartners.com

**Midstream/MLPs**
Matthew Phillips — 832.871.5024 — Matthew.Phillips@guggenheimpartners.com

**Oil Services & Equipment**
Michael LaMotte — 972.638.5500 — Michael.LaMotte@guggenheimpartners.com

**Power and Utilities**
Shahriar Pourreza, CFA — 212.518.5862 — Shahriar.Pourreza@guggenheimpartners.com

## Healthcare

**Biotechnology**
Adnan Butt — 415.671.4386 — Adnan.Butt@guggenheimpartners.com
Whitney Ijem — 212.518.9778 — Whitney.Ijem@guggenheimpartners.com
Michael Schmidt, Ph.D. — 617.859.4636 — Michael.Schmidt@guggenheimpartners.com

**Global Pharmaceuticals**
Seamus Fernandez — 617.859.4637 — Seamus.Fernandez@guggenheimpartners.com

**Medical Supplies & Devices**
Chris Pasquale — 212.518.9420 — Chris.Pasquale@guggenheimpartners.com

## Technology, Media & Telecom

**Communications Infrastructure; Telecom Services**
Robert Gutman — 212.518.9148 — Robert.Gutman@guggenheimpartners.com

**e-Leisure & Lodging**
Jake Fuller — 212.518.9013 — Jake.Fuller@guggenheimpartners.com

**Financial Technology**
Jeff Cantwell, CFA — 212.823.6543 — Jeffrey.Cantwell@guggenheimpartners.com

**IT Hardware & Mobility**
Robert Cihra — 212.901.9409 — Robert.Cihra@guggenheimpartners.com

**Media & Entertainment**
Michael Morris, CFA — 804.253.8025 — Michael.Morris@guggenheimpartners.com
Curry Baker — 804.253.8029 — Curry.Baker@guggenheimpartners.com

**Software**
Nandan Amladi — 212.823.6597 — Nandan.Amladi@guggenheimpartners.com
Ken Wong, CFA — 415.852.6465 — Ken.Wong@guggenheimpartners.com

**Telecom, Cable & Satellite Services**
Mike McCormack, CFA — 212.518.9774 — Mike.McCormack@guggenheimpartners.com

## Sales and Trading Offices

| | | | |
|---|---|---|---|
| New York | 212.292.4700 | San Francisco | 415.852.6451 |
| Boston | 617.859.4626 | Chicago | 312.357.0778 |

**GUGGENHEIM**