# EXHIBIT 63

**J.P.Morgan**

North America Equity Research
02 November 2018

# Apple

## Growth Fundamentals Intact, Despite Softer Revenue Guide on FX Headwind and Conservatism Related to Macro Risks

**Overweight**

AAPL, AAPL US
Price: $222.22

▼ Price Target: $270.00
Previous: $272.00

Apple's F4Q18 earnings highlighted a number of key points that reinforce the long-term growth drivers for earnings and our Overweight thesis on the shares, including: **1)** *Continued success in driving consumers to the top-end phones* as supported by F4Q18 blended iPhone ASP of $793 (vs. consensus of $751 and JPMe of $801) and double-digit unit growth in shipments for high-end phones (offset by softer performance in low-end phones); **2)** *Solid growth in Services revenue* of +17% y/y to $10 bn in F4Q, largely in line with JPMe of $10.1 bn, despite a slowdown in China led by regulatory hurdles; **3)** *Continued double-digit growth in the active installed base*, despite a plateau in iPhone unit sales, which will continue to enable strong services growth. The above strength in iPhones and Services drove revenues of $62.9 bn in F4Q, above the high-end of the company issued guidance range of $60-$62 bn (vs. JPMe of $62.4 bn), despite an incremental ~$500 mn FX headwind than contemplated earlier in the guidance. *Looking forward,* while we can understand the investor disappointment relative to the headline F1Q19 revenue guidance of $89-$93 bn (mid-point of $91 bn) vs. consensus of $92.6 bn and JPMe of $93.1 bn, we believe the shortfall is largely explained by a combination of: **1) FX headwind of $2 bn**, which we believe is much higher than contemplated either by consensus or JPM (e.g. less than $1 bn); and **2) Degree of conservatism embedded in management's guidance** as evidenced in the firm's track record of hitting or surpassing the high-end of its quarterly revenue guide in three of the last four quarters. As a result of the strength in the key business drivers, we are largely maintaining estimates except for incorporating the FX headwinds. Our Dec-19 price target moves to $270 (vs. $272 prior).

- **That said, macro risks are noteworthy at this time for a global business, driving greater conservatism than usual in F1Q guidance.** While we believe that there is not much of a shortfall relative to guidance when it comes to F1Q, it is important to remember that the firm has to navigate and execute amidst higher macro risks, particularly as relates to a softer outlook for emerging market growth, weakening EM currencies necessitating price increases, as well as softening consumer confidence in that backdrop. For example, Apple cited pressures in emerging markets including Turkey, Brazil, India and Russia and challenges in growth following price increases. Separately, while Apple continues to see solid growth in EM countries like China (+16% y/y in F4Q), it is facing regulatory hurdles relative to growth for the App Store. Net, we believe the F1Q guidance embeds a higher degree of conservatism relative to headwinds from emerging risks, which are hard to quantify, and thus an unusually wide range for the F1Q revenue outlook.

**Telecom & Networking Equipment/IT Hardware**

**Samik Chatterjee, CFA** AC
(1-212) 622 0798
samik.x.chatterjee@jpmorgan.com
J.P. Morgan Securities LLC

**Joseph Cardoso**
(1-212) 622-9036
joseph.cardoso@jpmchase.com
J.P. Morgan Securities LLC

**Bharat Daryani**
(91-22) 6157 3057
bharat.daryani@jpmchase.com
J.P. Morgan India Private Limited

**Price Performance**

— AAPL share price ($)
— S&P500 (rebased)

**Apple Inc. (AAPL;AAPL US)**

| FYE Sep | 2016A | 2017A | 2018A | 2019E (Prev) | 2019E (Curr) | 2020E (Prev) | 2020E (Curr) | 2021E (Prev) | 2021E (Curr) |
|---|---|---|---|---|---|---|---|---|---|
| EPS (pro forma) ($) | | | | | | | | | |
| Q1 (Dec) | 3.18 | 3.36 | 3.89 | 4.91 | 4.87 | 5.71 | 5.61 | 6.46 | 6.47 |
| Q2 (Mar) | 1.90 | 2.10 | 2.73 | 3.01 | 3.01 | 3.34 | 3.34 | 3.83 | 3.83 |
| Q3 (Jun) | 1.42 | 1.67 | 2.34 | 2.61 | 2.52 | 2.66 | 2.66 | 3.00 | 2.97 |
| Q4 (Sep) | 1.67 | 2.07 | 2.91 | 3.26 | 3.24 | 3.73 | 3.70 | 4.16 | 4.04 |
| FY | 8.18 | 9.19 | 11.87 | 13.80 | 13.65 | 15.45 | 15.30 | 17.45 | 17.30 |
| Bloomberg EPS FY ($) | 8.27 | 9.00 | 11.79 | - | 13.72 | - | 14.96 | - | - |

Source: Company data, Bloomberg, J.P. Morgan estimates.

**Company Data**

| | |
|---|---|
| Price ($) | 222.22 |
| Date Of Price | 01 Nov 18 |
| 52-week Range ($) | 233.47-150.24 |
| Market Cap ($ bn) | 1,077.22 |
| Fiscal Year End | Sep |
| Shares O/S (mn) | 4,848 |
| Price Target ($) | 270.00 |
| Price Target End Date | 31-Dec-19 |

**See page 8 for analyst certification and important disclosures, including non-US analyst disclosures.**
J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

www.jpmorganmarkets.com

This document is being provided for the exclusive use of mattblake@apple.com.
Confidential                                                                                              APL-SECLIT_00001749

Samik Chatterjee, CFA  
(1-212) 622 0798  
samik.x.chatterjee@jpmorgan.com

North America Equity Research  
02 November 2018

J.P.Morgan

- **Our thoughts on Apple stepping away from unit reporting.** While there is no doubt that the firm's decision to move away from reporting unit sales on a regular basis is going to mitigate transparency offered to investors, we do not believe it is incrementally impactful to the bull thesis on Apple shares. iPhone unit volumes have largely plateaued since FY15 and it is well understood by investors that Apple's strategy with the iPhone revolves around driving revenue growth through ASP increases and maximizing revenue opportunities over the lifetime of a device with a customer through service offerings, relative to trying to drive unit sales/ market share. Hence, as we look at the overall implication of the firm's decision to move away from unit sales disclosures, we find it irrelevant in evaluating Apple's success on its strategy relative to smartphones.

- **Services revenue reports another quarter of solid growth.** Services revenue was $9,981 mn in F4Q (vs. JPMe of $10,131 mn), implying growth of +17% y/y (or +27% y/y ex-accounting adjustment a year ago), led by strength from the App Store, Cloud Services, Apple Care, Apple Music and Apple Pay. On the flip side, Apple disclosed it has seen a slowdown in the App Store in China related to greater oversight on new video game approvals. However, Apple importantly stressed it does not believe this oversight is related to US-China trade issues, but is instead a domestic issue. Nonetheless, Apple boasted paid subscriptions grew to 330 mn in F4Q (vs. 300 mn in F3Q and 210 mn a year ago) as the company is well on its way to reaching its target Services revenue of $48 bn by F2020.

- **Double-digit growth in the active installed base continues to support solid Services growth.** Apple's active installed base continued the growth momentum it has set as standard over the past several quarters as it grew double-digit percentages yet again in F4Q. The active installed base of all major product categories were disclosed to be at all-time highs, including Mac at 100 mn+. Interestingly, Apple noted the majority of customers purchasing Macs in F4Q were new to Mac, which compares to nearly half of customers purchasing iPads. Our conversation with the company indicated that the iPhone active installed base also continued to see strong growth, despite a plateau in new unit volumes, primarily led by the portion of phones sold annually to switchers relative to being directed towards replacing the installed base.

- **F4Q18 (Sept) results details:** Total revenues tracked at $62.9 bn (vs. JPMe of $62.4 bn, consensus of $61.4 bn, and guidance of $60-$62 bn), including iPhone revenue of $37.2 bn (vs. JPMe of $36.9 bn), iPad revenue of $4.1 bn (vs. JPMe of $4.7 bn), Mac revenue of $7.4 bn (vs. JPMe of $6.4 bn), Services revenue of ~$10.0 bn (vs. JPMe of $10.1 bn), and other products revenue of $4.2 bn (vs. JPMe of $4.1 bn). Gross margin tracked better than anticipated (38.3% vs. JPMe of 38.2% and consensus of 38.3%, guidance of 38%-38.5%), driving EPS of $2.91 vs. JPMe of $2.84 and consensus of $2.78.

- **F1Q19 (Dec) guidance details:** Apple is guiding revenue in the range of $89-$93 bn for F1Q (vs. JPMe of $93.1 bn and consensus of $92.7 bn heading into the announcement) and gross margin in the range of 38.0%-38.5% (vs. JPMe of 38.5% and consensus of 38.6% heading into the announcement).

- **iPhone metrics:** iPhone unit shipments were 46.9 mn in F4Q (vs. JPMe of 46.1 mn), implying growth of +0.5% y/y. At the same time, blended iPhone ASPs were $793 (vs. JPMe of $801), which were up +28% y/y.

This document is being provided for the exclusive use of mattblake@apple.com.  
Confidential                                                              APL-SECLIT_00001750

Samik Chatterjee, CFA
(1-212) 622 0798
samik.x.chatterjee@jpmorgan.com

North America Equity Research
02 November 2018

J.P.Morgan

# Investment Thesis, Valuation and Risks

## Apple *(Overweight; Price Target: $270.00)*

**Investment Thesis**

We rate AAPL shares Overweight given our favorable outlook on iPhone and Services revenues relative to investor expectations, catalysts to accelerate revenue growth, and upside risk to our base forecast for +18% earnings CAGR. We see upside on several aspects of the business as well as financials that remain underappreciated by investors, namely the transformation of the company to Services, growth in the installed base, technology leadership, and optionality around capital deployment — all of which together leads us to expect double digit earnings growth and a modest re-rating for the shares.

**Valuation**

We reduced our December 2019 price target to $270 from $272 based on 17.5x blended P/E (vs. 17.6x prior), which implies a modest re-rating from NTM trading multiple of 16.7. Our blended P/E is arrived at based on a SOTP methodology using 14.0x P/E for iPhones, 11.0x for Mac and iPad devices, 26.0x for Services, 25.0x for Apple Watch, and 16.0x for Other Products.

Key assumptions used in formulating the price target are:

- **iPhone:** We use a 14.0x P/E multiple for our iPhone earnings estimate in calendar 2020, in line with the multiple that industry leader in the early 2000s, Nokia, traded at from 2005 to 2010 when the firm had a leadership position in feature phones.

- **Mac devices:** P/E multiple of 11.0x, modest discount to the 12.2x NTM P/E multiple for competitor HPQ, largely subject to similar industry dynamics, but lower unit growth on account of premium pricing.

- **iPad devices**: P/E multiple of 11.0x, in line with the multiple we assign for Mac devices as growth opportunities are limited for both notebooks as well as tablets. Additionally, we believe increasing consumption of content on smartphones is likely to substitute purchases of laptops/notebooks as well as tablets in the future.

- **Services:** P/E multiple of 26.0x on the Services segment, in line with the average trading multiple for a peer group of luxury/retail companies (Costco, Estée Lauder and Home Depot), which are leaders in their respective markets and derive a stickiness for product sales through customer loyalty either in the form of membership programs or brand value. We believe the subscription nature of Apple's Services segment, with high visibility of revenue and earnings, warrants it being valued in line with the leading luxury/retail companies.

- **Apple Watch:** P/E multiple of 25.0x, roughly in line with the 26.0x target multiple we use for the Services group, on account of the materially higher room for growth relative to Apple's legacy hardware products like iPhone, iPad, and Mac.

- **Other Products:** P/E multiple of 16.0x, at a modest premium to the legacy hardware devices like iPhone, iPad, and Mac on account of higher growth opportunities. However, the 16.0x multiple is at a discount to the 25.0x multiple

3

This document is being provided for the exclusive use of mattblake@apple.com.
Confidential                                                                                                       APL-SECLIT_00001751

Samik Chatterjee, CFA
(1-212) 622 0798
samik.x.chatterjee@jpmorgan.com

North America Equity Research
02 November 2018

J.P.Morgan

we use to value Apple Watch on account of lower margins for accessory sales in a more competitive market.

**AAPL P/E based Price Target Analysis**
$ in millions, except per share amounts

|  | NTM Qtrs 1-4 | CY19E | CY20E |
|---|---|---|---|
| JPM Net Income | 62,642 | 64,766 | 67,850 |
| JPM EPS | $13.32 | $14.38 | $16.16 |
|  |  |  |  |
| P/E Multiple | 16.7x |  |  |
| JPM P/E Multiple |  | 17.5x | 17.5x |
| Total Equity Value | 1,077,222 | 1,136,315 | 1,190,420 |
|  |  |  |  |
| Average Diluted Share Count | 4,847.5 | 4,733.6 | 4,413.9 |
| Implied Share Price | $222.2 | $240.0 | $270.0 |
|  |  |  |  |
| Current Value per Share | $222.2 | $222.2 | $222.2 |
| Upside vs. Current |  | 8% | 22% |
|  |  |  |  |
| Memo: |  |  |  |
| (-) Net Cash/(Debt) | 90,705 | 91,863 | 75,320 |
| Enterprise Value | 986,517 | 1,044,452 | 1,115,101 |
| JPM EBITDA | 84,258 | 87,709 | 92,407 |
| Implied EV/EBITDA | 11.7x | 11.9x | 12.1x |

Source: J.P. Morgan estimates.

**Risks to Rating and Price Target**
**Industry Downside Risks**
**Deceleration or contraction in the handset and smartphone market could be faster than expected**
Economic conditions or shifting consumer demand could cause greater-than-expected deceleration or contraction in the handset and smartphone markets. This would negatively impact Apple's prospects for growth, and the shares may fail to achieve our target price as a result.

**Increase in competitive pressures in international markets**
Apple is increasingly participating in international markets, such as China and India, where local players, which are better situated, could leverage their position and pull on levers such as pricing to make the market more competitive. In addition, tariffs enacted by local governments may further hurt Apple's ability to effectively compete in international markets.

**Company-Specific Downside Risks**
**Investment in new business strategies and acquisitions could be fruitless**
Apple has historically invested in new business strategies and acquisitions. As such, success on these investments has low visibility at this time and could lead to greater-than-expected liabilities and expense. Additionally, new investments could have a negative impact on current operations by distracting management.

**Key man risk around departure of chief executive officer**
While risks related to departure of management executives appear considerably lower relative to in the past, we believe the execution on strategic priorities under

This document is being provided for the exclusive use of mattblake@apple.com.
Confidential                                                APL-SECLIT_00001752

Samik Chatterjee, CFA
(1-212) 622 0798
samik.x.chatterjee@jpmorgan.com

**North America Equity Research**
02 November 2018

J.P.Morgan

CEO Tim Cook's leadership does still present modest risk to the share price, although we see a strong group of executives to support business performance without disruptions.

**Litigation with Qualcomm could drive unexpected liabilities**

As part of risk mitigation from the ongoing litigation with Qualcomm, Apple has provisioned what management believes could be worst-case payments to Qualcomm in the event of an adverse judgement. However, less favorable outcomes with greater damages awarded to Qualcomm could be a liability for Apple beyond the provisions, and drive downside to our price target.

This document is being provided for the exclusive use of mattblake@apple.com
Confidential                                                      APL-SECLIT_00001753

Samik Chatterjee, CFA
(1-212) 622 0798
samik.x.chatterjee@jpmorgan.com

**North America Equity Research**
02 November 2018

**J.P.Morgan**

### Table 1: AAPL Summary Table
$ mns

| | 1Q - December | | | 2Q - March | | | 3Q - June | | | 4Q - September | | | Annual | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2017 | 2018 | 2019E | 2017 | 2018 | 2019E | 2017 | 2018 | 2019E | 2017 | 2018 | 2019E | 2017 | 2018 | 2019E | 2020E | 2021E |
| **Revenue** | 78,351 | 88,287 | 92,958 | 52,896 | 61,137 | 64,017 | 45,408 | 53,265 | 58,522 | 52,579 | 62,900 | 68,457 | 229,234 | 265,589 | 283,953 | 304,993 | 329,040 |
| *% chg y/y* | 4.0% | 12.7% | 5.3% | 4.6% | 15.6% | 4.7% | 7.2% | 17.3% | 9.9% | 12.2% | 19.6% | 8.8% | 6.6% | 15.9% | 6.9% | 7.4% | 7.9% |
| Cost of Sales | 48,175 | 54,381 | 57,270 | 32,305 | 37,715 | 39,534 | 27,920 | 32,844 | 36,272 | 32,648 | 38,816 | 42,616 | 141,048 | 163,756 | 175,692 | 189,066 | 203,920 |
| SG&A | 3,946 | 4,231 | 4,648 | 3,718 | 4,150 | 4,353 | 3,783 | 4,108 | 4,506 | 3,814 | 4,216 | 4,655 | 15,261 | 16,705 | 18,162 | 20,030 | 22,537 |
| *as % of sales* | 5.0% | 4.8% | 5.0% | 7.0% | 6.8% | 6.8% | 8.3% | 7.7% | 7.7% | 7.3% | 6.7% | 6.8% | 6.7% | 6.3% | 6.4% | 6.6% | 6.8% |
| R&D | 2,871 | 3,407 | 4,044 | 2,776 | 3,378 | 3,905 | 2,937 | 3,701 | 4,448 | 2,997 | 3,750 | 4,244 | 11,581 | 14,236 | 16,641 | 19,016 | 21,343 |
| *as % of sales* | 3.7% | 3.9% | 4.4% | 5.2% | 5.5% | 6.1% | 6.5% | 6.9% | 7.6% | 5.7% | 6.0% | 6.2% | 5.1% | 5.4% | 5.9% | 6.2% | 6.5% |
| **Operating Income (COI)** | 23,359 | 26,268 | 26,996 | 14,097 | 15,894 | 16,225 | 10,768 | 12,612 | 13,296 | 13,120 | 16,118 | 16,941 | 61,344 | 70,892 | 73,458 | 76,881 | 81,239 |
| *operating margin* | 29.8% | 29.8% | 29.0% | 26.7% | 26.0% | 25.3% | 23.7% | 23.7% | 22.7% | 25.0% | 25.6% | 24.7% | 26.8% | 26.7% | 25.9% | 25.2% | 24.7% |
| *bp chg y/y* | -155 bp | -6 bp | -71 bp | -102 bp | -65 bp | -65 bp | -14 bp | -4 bp | -96 bp | -15 bp | 67 bp | -88 bp | -89 bp | -7 bp | -82 bp | -66 bp | -52 bp |
| Other income/(expense) | 821 | 756 | 300 | 587 | 274 | 300 | 540 | 672 | 300 | 797 | 303 | 300 | 2,745 | 2,005 | 1,200 | 1,100 | 1,100 |
| Pre-tax Income | 24,180 | 27,024 | 27,296 | 14,684 | 16,168 | 16,525 | 11,308 | 13,284 | 13,596 | 13,917 | 16,421 | 17,241 | 64,089 | 72,897 | 74,658 | 77,981 | 82,339 |
| Income Tax | 6,289 | 6,965 | 4,231 | 3,655 | 2,346 | 2,561 | 2,591 | 1,765 | 2,107 | 3,203 | 2,296 | 2,672 | 15,738 | 13,372 | 11,572 | 11,970 | 12,746 |
| *tax rate %* | 26.0% | 25.8% | 15.5% | 24.9% | 14.5% | 15.5% | 22.9% | 13.3% | 15.5% | 23.0% | 14.0% | 15.5% | 24.6% | 18.3% | 15.5% | 15.4% | 15.5% |
| **Net Income** | 17,891 | 20,059 | 23,065 | 11,029 | 13,822 | 13,963 | 8,717 | 11,519 | 11,489 | 10,714 | 14,125 | 14,569 | 48,351 | 59,525 | 63,086 | 66,011 | 69,593 |
| **Diluted EPS** | $3.36 | $3.89 | $4.87 | $2.10 | $2.73 | $3.01 | $1.67 | $2.34 | $2.52 | $2.07 | $2.91 | $3.24 | $9.19 | $11.87 | $13.65 | $15.30 | $17.30 |
| Diluted Shares (avg.) | 5,328 | 5,158 | 4,734 | 5,262 | 5,068 | 4,638 | 5,233 | 4,927 | 4,557 | 5,184 | 4,848 | 4,490 | 5,263 | 5,016 | 4,622 | 4,314 | 4,023 |
| EBITDA ex-equity income | 26,346 | 29,013 | 29,878 | 16,429 | 18,633 | 19,169 | 13,122 | 15,277 | 16,339 | 15,604 | 18,872 | 20,090 | 71,501 | 81,795 | 85,477 | 89,746 | 94,979 |
| *% chg y/y* | -0.9% | 10.1% | 3.0% | -0.2% | 13.4% | 2.9% | 3.9% | 16.4% | 7.0% | 9.1% | 20.9% | 6.5% | 2.2% | 14.4% | 4.5% | 5.0% | 5.8% |
| *EBITDA margin* | 33.6% | 32.9% | 32.1% | 31.1% | 30.5% | 29.9% | 28.9% | 28.7% | 27.9% | 29.7% | 30.0% | 29.3% | 31.2% | 30.8% | 30.1% | 29.4% | 28.9% |
| *bp chg y/y* | -166 bp | -76 bp | -72 bp | -151 bp | -58 bp | -53 bp | -92 bp | -22 bp | -76 bp | -86 bp | 33 bp | -66 bp | -134 bp | -39 bp | -70 bp | -68 bp | -56 bp |
| Cash | 246,090 | 285,097 | 222,340 | 256,841 | 267,226 | 204,523 | 261,516 | 243,743 | 205,188 | 268,895 | 237,100 | 199,738 | 268,895 | 237,100 | 199,738 | 176,875 | 154,576 |
| Debt | 87,549 | 122,400 | 114,483 | 98,522 | 121,840 | 114,483 | 108,339 | 114,600 | 114,483 | 115,680 | 114,483 | 114,483 | 115,680 | 114,483 | 114,483 | 114,483 | 114,483 |
| Gross Leverage (ttm) | 1.3x | 1.7x | 1.4x | 1.4x | 1.6x | 1.4x | 1.5x | 1.5x | 1.4x | 1.6x | 0.9x | 1.3x | 1.6x | 1.4x | 1.3x | 1.3x | 1.2x |
| Net Debt | (158,541) | (162,697) | (107,857) | (158,319) | (145,386) | (90,040) | (153,177) | (129,143) | (90,705) | (153,215) | (122,617) | (85,255) | (153,215) | (122,617) | (85,255) | (62,392) | (40,093) |
| Net Leverage (ttm) | -2.3x | -2.2x | -1.3x | -2.3x | -1.9x | -1.1x | -2.2x | -1.6x | -1.1x | -2.1x | -1.0x | -1.0x | -2.1x | -1.5x | -1.0x | -0.7x | -0.4x |
| Operating Cash Flow | 27,056 | 28,293 | 12,381 | 12,523 | 15,130 | 9,056 | 8,363 | 14,488 | 22,403 | 15,656 | 19,523 | 16,782 | 63,598 | 77,434 | 60,621 | 81,066 | 82,651 |
| Capital Expenditures | (3,334) | (2,810) | (3,718) | (2,975) | (4,195) | (3,521) | (2,277) | (3,267) | (3,219) | (3,865) | (3,041) | (3,765) | (12,451) | (13,313) | (14,223) | (15,249) | (16,412) |
| Free Cash Flow | 23,722 | 25,483 | 8,662 | 9,548 | 10,935 | 5,535 | 6,086 | 11,221 | 19,184 | 11,791 | 16,482 | 13,017 | 51,147 | 64,121 | 46,398 | 65,818 | 66,239 |
| Share repurchases | (10,851) | (10,095) | (20,000) | (7,161) | (22,756) | (20,000) | (7,093) | (20,783) | (15,000) | (7,795) | (19,104) | (15,000) | (32,900) | (72,738) | (70,000) | (75,000) | (75,000) |

Source: Company reports and J.P. Morgan estimates

This document is being provided for the exclusive use of mattblake@apple.com.
Confidential    APL-SECLIT_00001754

Samik Chatterjee, CFA
(1-212) 622 0798
samik.x.chatterjee@jpmorgan.com

**North America Equity Research**
02 November 2018

J.P.Morgan

# Apple: Summary of Financials

| Income Statement - Annual | FY17A | FY18A | FY19E | FY20E | FY21E | Income Statement - Quarterly | 1Q19E | 2Q19E | 3Q19E | 4Q19E |
|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 229,234 | 265,589 | 283,953 | 304,993 | 329,040 | Revenue | 92,958 | 64,017 | 58,522 | 68,457 |
| COGS | (141,048) | (163,756) | (175,692) | (189,066) | (203,920) | COGS | (57,270) | (39,534) | (36,272) | (42,616) |
| **Gross profit** | 88,186 | 101,833 | 108,261 | 115,927 | 125,119 | **Gross profit** | 35,687 | 24,483 | 22,250 | 25,841 |
| SG&A | (15,261) | (16,705) | (18,162) | (20,030) | (22,537) | SG&A | (4,648) | (4,353) | (4,506) | (4,655) |
| **Adj. EBITDA** | 71,501 | 81,795 | 85,477 | 89,746 | 94,979 | **Adj. EBITDA** | 29,878 | 19,169 | 16,339 | 20,090 |
| D&A | (10,157) | (10,903) | (12,019) | (12,865) | (13,739) | D&A | (2,882) | (2,945) | (3,043) | (3,149) |
| **Adj. EBIT** | 61,344 | 70,892 | 73,458 | 76,881 | 81,239 | **Adj. EBIT** | 26,996 | 16,225 | 13,296 | 16,941 |
| Net Interest | - | - | - | - | - | Net Interest | - | - | - | - |
| **Adj. PBT** | 64,089 | 72,897 | 74,658 | 77,981 | 82,339 | **Adj. PBT** | 27,296 | 16,525 | 13,596 | 17,241 |
| Tax | (15,738) | (13,372) | (11,572) | (11,970) | (12,746) | Tax | (4,231) | (2,561) | (2,107) | (2,672) |
| Minority Interest | - | - | - | - | - | Minority Interest | - | - | - | - |
| **Adj. Net Income** | 48,351 | 59,525 | 63,086 | 66,011 | 69,593 | **Adj. Net Income** | 23,065 | 13,963 | 11,489 | 14,569 |
| Reported EPS | 9.19 | 11.87 | 13.65 | 15.30 | 17.30 | Reported EPS | 4.87 | 3.01 | 2.52 | 3.24 |
| Adj. EPS | 9.19 | 11.87 | 13.65 | 15.30 | 17.30 | Adj. EPS | 4.87 | 3.01 | 2.52 | 3.24 |
| DPS | - | - | - | - | - | DPS | - | - | - | - |
| Payout ratio | | | | | | Payout ratio | | | | |
| Shares outstanding | 5,263 | 5,016 | 4,622 | 4,314 | 4,023 | Shares outstanding | 4,734 | 4,638 | 4,557 | 4,490 |
| **Balance Sheet & Cash Flow Statement** | FY17A | FY18A | FY19E | FY20E | FY21E | **Ratio Analysis** | FY17A | FY18A | FY19E | FY20E | FY21E |
| Cash and cash equivalents | 20,289 | 25,913 | 20,000 | 20,000 | 20,000 | Gross margin | 38.5% | 38.3% | 38.1% | 38.0% | 38.0% |
| Accounts receivable | 17,874 | 23,186 | 25,861 | 30,522 | 33,556 | EBITDA margin | 31.2% | 30.8% | 30.1% | 29.4% | 28.9% |
| Inventories | 4,855 | 3,956 | 7,576 | 9,232 | 9,628 | EBIT margin | 26.8% | 26.7% | 25.9% | 25.2% | 24.7% |
| Other current assets | 85,627 | 78,284 | 78,284 | 78,284 | 78,284 | Net profit margin | 21.1% | 22.4% | 22.2% | 21.6% | 21.2% |
| **Current assets** | 128,645 | 131,339 | 131,722 | 138,037 | 141,468 | | | | | | |
| PP&E | 33,783 | 41,304 | 43,508 | 45,892 | 48,565 | ROE | 36.9% | 49.4% | 65.2% | 87.9% | 128.1% |
| LT investments | 194,714 | 170,799 | 139,350 | 116,487 | 94,188 | ROA | 13.9% | 16.1% | 18.0% | 20.0% | 22.1% |
| Other non current assets | 18,177 | 22,283 | 22,283 | 22,283 | 22,283 | ROCE | 19.9% | 24.6% | 29.4% | 34.3% | 40.7% |
| **Total assets** | 375,319 | 365,725 | 336,863 | 322,699 | 306,504 | SG&A/Sales | 6.7% | 6.3% | 6.4% | 6.6% | 6.8% |
| | | | | | | Net debt/equity | 71.2% | 82.7% | 109.3% | 148.1% | 210.6% |
| Short term borrowings | 18,473 | 20,748 | 20,748 | 20,748 | 20,748 | | | | | | |
| Payables | 49,049 | 55,888 | 49,719 | 53,851 | 55,092 | P/E (x) | 24.2 | 18.7 | 16.3 | 14.5 | 12.8 |
| Other short term liabilities | 33,292 | 40,230 | 38,212 | 42,585 | 44,093 | P/BV (x) | 8.7 | 10.4 | 11.9 | 15.0 | 19.9 |
| **Current liabilities** | 100,814 | 116,866 | 108,678 | 117,184 | 119,933 | EV/EBITDA (x) | 13.8 | 12.1 | 11.5 | 11.0 | 10.4 |
| Long-term debt | 97,207 | 93,735 | 93,735 | 93,735 | 93,735 | Dividend Yield | - | - | - | - | - |
| Other long term liabilities | 43,251 | 47,977 | 47,977 | 47,977 | 47,977 | | | | | | |
| **Total liabilities** | 241,272 | 258,578 | 250,390 | 258,896 | 261,645 | Sales/Assets (x) | 0.7 | 0.7 | 0.8 | 0.9 | 1.0 |
| Shareholders' equity | 134,047 | 107,147 | 86,473 | 63,803 | 44,858 | Interest cover (x) | - | - | - | - | - |
| Minority interests | - | - | - | - | - | Operating leverage | 47.8% | 98.1% | 52.3% | 62.9% | 71.9% |
| **Total liabilities & equity** | 375,319 | 365,725 | 336,863 | 322,699 | 306,504 | | | | | | |
| BVPS | 25.47 | 21.36 | 18.71 | 14.79 | 11.15 | Revenue y/y Growth | 6.6% | 15.9% | 6.9% | 7.4% | 7.9% |
| *y/y Growth* | 9.6% | (16.1%) | (12.4%) | (20.9%) | (24.6%) | EBITDA y/y Growth | 2.2% | 14.4% | 4.5% | 5.0% | 5.8% |
| Net debt/(cash) | 95,391 | 88,570 | 94,483 | 94,483 | 94,483 | Tax rate | 24.6% | 18.3% | 15.5% | 15.3% | 15.5% |
| | | | | | | Adj. Net Income y/y Growth | 7.1% | 23.1% | 6.0% | 4.6% | 5.4% |
| **Cash flow from operating activities** | 63,598 | 77,434 | 60,621 | 81,066 | 82,651 | EPS y/y Growth | 12.3% | 29.2% | 15.0% | 12.1% | 13.0% |
| o/w Depreciation & amortization | 10,157 | 10,903 | 12,019 | 12,865 | 13,739 | DPS y/y Growth | - | - | - | - | - |
| o/w Changes in working capital | (5,550) | 34,694 | (14,483) | 2,191 | (682) | | | | | | |
| **Cash flow from investing activities** | (46,446) | 16,066 | (14,223) | (15,249) | (16,412) | | | | | | |
| o/w Capital expenditure | (12,451) | (13,313) | (14,223) | (15,249) | (16,412) | | | | | | |
| *as % of sales* | 5.4% | 5.0% | 5.0% | 5.0% | 5.0% | | | | | | |
| **Cash flow from financing activities** | (17,347) | (87,876) | (83,760) | (88,681) | (88,538) | | | | | | |
| o/w Dividends paid | (12,769) | (13,712) | (13,760) | (13,681) | (13,538) | | | | | | |
| o/w Net debt issued/(repaid) | 29,014 | 432 | 0 | 0 | 0 | | | | | | |
| **Net change in cash** | (195) | 5,624 | (37,362) | (22,864) | (22,299) | | | | | | |
| **Adj. Free cash flow to firm** | 51,147 | 64,121 | 46,398 | 65,818 | 66,239 | | | | | | |
| *y/y Growth* | (3.7%) | 25.4% | (27.6%) | 41.9% | 0.6% | | | | | | |

Source: Company reports and J.P. Morgan estimates.
Note: $ in millions (except per-share data). Fiscal year ends Sep. o/w - out of which

7

This document is being provided for the exclusive use of mattblake@apple.com.
Confidential
APL-SECLIT_00001755

Samik Chatterjee, CFA
(1-212) 622 0798
samik.x.chatterjee@jpmorgan.com

**North America Equity Research**
02 November 2018

J.P.Morgan

**Analyst Certification:** The research analyst(s) denoted by an "AC" on the cover of this report certifies (or, where multiple research analysts are primarily responsible for this report, the research analyst denoted by an "AC" on the cover or within the document individually certifies, with respect to each security or issuer that the research analyst covers in this research) that: (1) all of the views expressed in this report accurately reflect his or her personal views about any and all of the subject securities or issuers; and (2) no part of any of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst(s) in this report. For all Korea-based research analysts listed on the front cover, they also certify, as per KOFIA requirements, that their analysis was made in good faith and that the views reflect their own opinion, without undue influence or intervention.

**Important Disclosures**

- **Market Maker:** JPMS makes a market in the stock of Apple.
- **Market Maker/ Liquidity Provider:** J.P. Morgan Securities plc and/or an affiliate is a market maker and/or liquidity provider in securities issued by Apple.
- **Lead or Co-manager:** J.P. Morgan acted as lead or co-manager in a public offering of equity and/or debt securities for Apple within the past 12 months.
- **Director:** An employee, executive officer or director of JPMorgan Chase & Co. and/or J.P. Morgan is a director and/or officer of Apple.
- **Client:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients: Apple.
- **Client/Investment Banking:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as investment banking clients: Apple.
- **Client/Non-Investment Banking, Securities-Related:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients, and the services provided were non-investment-banking, securities-related: Apple.
- **Investment Banking (past 12 months):** J.P. Morgan received in the past 12 months compensation for investment banking services from Apple.
- **Investment Banking (next 3 months):** J.P. Morgan expects to receive, or intends to seek, compensation for investment banking services in the next three months from Apple.
- **Non-Investment Banking Compensation:** J.P. Morgan has received compensation in the past 12 months for products or services other than investment banking from Apple.
- **Other Significant Financial Interests:** J.P. Morgan owns a position of 1 million USD or more in the debt securities of Apple.

**Company-Specific Disclosures:** Important disclosures, including price charts and credit opinion history tables, are available for compendium reports and all J.P. Morgan–covered companies by visiting https://www.jpmm.com/research/disclosures, calling 1-800-477-0406, or e-mailing research.disclosure.inquiries@jpmorgan.com with your request. J.P. Morgan's Strategy, Technical, and Quantitative Research teams may screen companies not covered by J.P. Morgan. For important disclosures for these companies, please call 1-800-477-0406 or e-mail research.disclosure.inquiries@jpmorgan.com.

8

This document is being provided for the exclusive use of mattblake@apple.com.
Confidential    APL-SECLIT_00001756

Samik Chatterjee, CFA
(1-212) 622 0798
samik.x.chatterjee@jpmorgan.com

**North America Equity Research**
02 November 2018

J.P.Morgan

**Apple (AAPL, AAPL US) Price Chart**



| Date | Rating | Share Price ($) | Price Target ($) |
|---|---|---|---|
| 27-Jan-16 | OW | 99.99 | 141.00 |
| 27-Apr-16 | OW | 97.82 | 125.00 |
| 16-Jun-16 | OW | 97.14 | 105.00 |
| 27-Jul-16 | OW | 102.95 | 107.00 |
| 26-Oct-16 | OW | 115.59 | 114.00 |
| 01-Feb-17 | OW | 128.75 | 142.00 |
| 26-Mar-17 | OW | 140.64 | 165.00 |
| 02-Aug-17 | OW | 157.14 | 176.00 |
| 27-Sep-18 | OW | 224.95 | 272.00 |

Source: Bloomberg and J.P. Morgan; price data adjusted for stock splits and dividends.
Initiated coverage May 01, 1999.
Break in coverage Oct 13, 2017 - Sep 27, 2018.

The chart(s) show J.P. Morgan's continuing coverage of the stocks; the current analysts may or may not have covered it over the entire period.
J.P. Morgan ratings or designations: OW = Overweight, N= Neutral, UW = Underweight, NR = Not Rated

**Explanation of Equity Research Ratings, Designations and Analyst(s) Coverage Universe:**
J.P. Morgan uses the following rating system: Overweight [Over the next six to twelve months, we expect this stock will outperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Neutral [Over the next six to twelve months, we expect this stock will perform in line with the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Underweight [Over the next six to twelve months, we expect this stock will underperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Not Rated (NR): J.P. Morgan has removed the rating and, if applicable, the price target, for this stock because of either a lack of a sufficient fundamental basis or for legal, regulatory or policy reasons. The previous rating and, if applicable, the price target, no longer should be relied upon. An NR designation is not a recommendation or a rating. In our Asia (ex-Australia and ex-India) and U.K. small- and mid-cap equity research, each stock's expected total return is compared to the expected total return of a benchmark country market index, not to those analysts' coverage universe. If it does not appear in the Important Disclosures section of this report, the certifying analyst's coverage universe can be found on J.P. Morgan's research website, www.jpmorganmarkets.com.

**Coverage Universe: Chatterjee, Samik**: Apple (AAPL), Arista (ANET), Ciena (CIEN), Cisco (CSCO), CommScope (COMM), Corning (GLW), F5 Networks (FFIV), Infinera (INFN), Juniper Networks (JNPR), Lumentum (LITE), Sensata (ST), Viavi (VIAV)

**J.P. Morgan Equity Research Ratings Distribution, as of October 01, 2018**

| | Overweight (buy) | Neutral (hold) | Underweight (sell) |
|---|---|---|---|
| J.P. Morgan Global Equity Research Coverage | 47% | 40% | 13% |
| IB clients* | 54% | 49% | 37% |
| JPMS Equity Research Coverage | 45% | 42% | 13% |
| IB clients* | 75% | 66% | 53% |

*Percentage of investment banking clients in each rating category.
For purposes only of FINRA/NYSE ratings distribution rules, our Overweight rating falls into a buy rating category; our Neutral rating falls into a hold rating category; and our Underweight rating falls into a sell rating category. Please note that stocks with an NR designation are not included in the table above.

**Equity Valuation and Risks:** For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at http://www.jpmorganmarkets.com, contact the primary analyst or your J.P. Morgan representative, or email research.disclosure.inquiries@jpmorgan.com. For material information about the proprietary models used, please see the Summary of Financials in company-specific research reports and the Company Tearsheets, which are available to download on the company pages of our client website, http://www.jpmorganmarkets.com. This report also sets out within it the material underlying assumptions used.

9

This document is being provided for the exclusive use of mattblake@apple.com.
Confidential                                                                    APL-SECLIT_00001757

Samik Chatterjee, CFA
(1-212) 622 0798
samik.x.chatterjee@jpmorgan.com

**North America Equity Research**
02 November 2018

J.P.Morgan

**Equity Analysts' Compensation:** The equity research analysts responsible for the preparation of this report receive compensation based upon various factors, including the quality and accuracy of research, client feedback, competitive factors, and overall firm revenues.

**Registration of non-US Analysts:** Unless otherwise noted, the non-US analysts listed on the front of this report are employees of non-US affiliates of JPMS, are not registered/qualified as research analysts under NASD/NYSE rules, may not be associated persons of JPMS, and may not be subject to FINRA Rule 2241 restrictions on communications with covered companies, public appearances, and trading securities held by a research analyst account.

## Other Disclosures

J.P. Morgan ("JPM") is the global brand name for J.P. Morgan Securities LLC ("JPMS") and its affiliates worldwide. J.P. Morgan Cazenove is a marketing name for the U.K. investment banking businesses and EMEA cash equities and equity research businesses of JPMorgan Chase & Co. and its subsidiaries.

All research reports made available to clients are simultaneously available on our client website, J.P. Morgan Markets. Not all research content is redistributed, e-mailed or made available to third-party aggregators. For all research reports available on a particular stock, please contact your sales representative.

**Options related research:** If the information contained herein regards options related research, such information is available only to persons who have received the proper option risk disclosure documents. For a copy of the Option Clearing Corporation's Characteristics and Risks of Standardized Options, please contact your J.P. Morgan Representative or visit the OCC's website at https://www.theocc.com/components/docs/riskstoc.pdf

**Private Bank Clients:** Where you are a client of the private banking businesses offered by JPMorgan Chase & Co. and its subsidiaries ("J.P. Morgan Private Bank"), research is issued to you by J.P. Morgan Private Bank and not by any other division of J.P. Morgan, including but not limited to the J.P. Morgan corporate and investment bank and its research division.

**Legal Entities Disclosures**
**U.S.**: JPMS is a member of NYSE, FINRA, SIPC and the NFA. JPMorgan Chase Bank, N.A. is a member of FDIC. **Canada**: J.P. Morgan Securities Canada Inc. is a registered investment dealer, regulated by the Investment Industry Regulatory Organization of Canada and the Ontario Securities Commission and is the participating member on Canadian exchanges. **U.K.**: JPMorgan Chase N.A., London Branch, is authorised by the Prudential Regulation Authority and is subject to regulation by the Financial Conduct Authority and to limited regulation by the Prudential Regulation Authority. Details about the extent of our regulation by the Prudential Regulation Authority are available from J.P. Morgan on request. J.P. Morgan Securities plc (JPMS plc) is a member of the London Stock Exchange and is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. Registered in England & Wales No. 2711006. Registered Office 25 Bank Street, London, E14 5JP. **Germany**: This material is distributed in Germany by J.P. Morgan Securities plc, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsich and also by J.P. Morgan AG (JPM AG) which is a member of the Frankfurt stock exchange and is regulated by the Federal Financial Supervisory Authority (BaFin), JPM AG is a company incorporated in the Federal Republic of Germany with registered office at Taunustor 1, 60310 Frankfurt am Main, the Federal Republic of Germany. **South Africa**: J.P. Morgan Equities South Africa Proprietary Limited is a member of the Johannesburg Securities Exchange and is regulated by the Financial Services Board. **Hong Kong**: J.P. Morgan Securities (Asia Pacific) Limited (CE number AAJ321) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission in Hong Kong and/or J.P. Morgan Broking (Hong Kong) Limited (CE number AAB027) is regulated by the Securities and Futures Commission in Hong Kong. **Korea**: This material is issued and distributed in Korea by or through J.P. Morgan Securities (Far East) Limited, Seoul Branch, which is a member of the Korea Exchange(KRX) and is regulated by the Financial Services Commission (FSC) and the Financial Supervisory Service (FSS). **Australia**: J.P. Morgan Securities Australia Limited (JPMSAL) (ABN 61 003 245 234/AFS Licence No: 238066) is regulated by ASIC and is a Market, Clearing and Settlement Participant of ASX Limited and CHI-X. **Taiwan**: J.P. Morgan Securities (Taiwan) Limited is a participant of the Taiwan Stock Exchange (company-type) and regulated by the Taiwan Securities and Futures Bureau. **India**: J.P. Morgan India Private Limited (Corporate Identity Number - U67120MH1992FTC068724), having its registered office at J.P. Morgan Tower, Off. C.S.T. Road, Kalina, Santacruz - East, Mumbai – 400098, is registered with Securities and Exchange Board of India (SEBI) as a 'Research Analyst' having registration number INH000001873. J.P. Morgan India Private Limited is also registered with SEBI as a member of the National Stock Exchange of India Limited (SEBI Registration Number - INB 230675231/INF 230675231/INE 230675231), the Bombay Stock Exchange Limited (SEBI Registration Number - INB 010675237/INF 010675237) and as a Merchant Banker (SEBI Registration Number - MB/INM000002970). Telephone: 91-22-6157 3000, Facsimile: 91-22-6157 3990 and Website: www.jpmipl.com. For non local research reports, this material is not distributed in India by J.P. Morgan India Private Limited. **Thailand**: This material is issued and distributed in Thailand by JPMorgan Securities (Thailand) Ltd., which is a member of the Stock Exchange of Thailand and is regulated by the Ministry of Finance and the Securities and Exchange Commission and its registered address is 3rd Floor, 20 North Sathorn Road, Silom, Bangrak, Bangkok 10500. **Indonesia**: PT J.P. Morgan Sekuritas Indonesia is a member of the Indonesia Stock Exchange and is regulated by the OJK a.k.a. BAPEPAM LK. **Philippines**: J.P. Morgan Securities Philippines Inc. is a Trading Participant of the Philippine Stock Exchange and a member of the Securities Clearing Corporation of the Philippines and the Securities Investor Protection Fund. It is regulated by the Securities and Exchange Commission. **Brazil**: Banco J.P. Morgan S.A. is regulated by the Comissao de Valores Mobiliarios (CVM) and by the Central Bank of Brazil. **Mexico**: J.P. Morgan Casa de Bolsa, S.A. de C.V., J.P. Morgan Grupo Financiero is a member of the Mexican Stock Exchange and authorized to act as a broker dealer by the National Banking and Securities Exchange Commission. **Singapore:** This material is issued and distributed in Singapore by or through J.P. Morgan Securities Singapore Private Limited (JPMSS) [MCI (P) 099/04/2018 and Co. Reg. No.: 199405335R], which is a member of the Singapore Exchange Securities Trading Limited and/or JPMorgan Chase Bank, N.A., Singapore branch (JPMCB Singapore) [MCI (P) 046/09/2018], both of which are regulated by the Monetary Authority of Singapore. This material is issued and distributed in Singapore only to accredited investors, expert investors and institutional investors, as defined in Section 4A of the Securities and Futures Act, Cap. 289 (SFA). This material is not intended to be issued or distributed to any retail investors or any other investors that do not fall into the classes of "accredited investors," "expert investors" or "institutional investors," as defined under Section 4A of the SFA. Recipients of this document are to contact JPMSS or JPMCB Singapore in respect of any matters arising from, or in connection with, the document. **Japan**: JPMorgan Securities Japan Co., Ltd. and JPMorgan Chase Bank, N.A., Tokyo Branch are regulated by the Financial Services Agency in Japan. **Malaysia**: This material is issued and distributed in Malaysia by JPMorgan Securities (Malaysia) Sdn Bhd (18146-X) which is a Participating Organization of Bursa Malaysia Berhad and a holder of Capital Markets Services License issued by the Securities Commission in Malaysia. **Pakistan**: J. P. Morgan Pakistan

10

This document is being provided for the exclusive use of mattblake@apple.com.
Confidential    APL-SECLIT_00001758

Samik Chatterjee, CFA
(1-212) 622 0798
samik.x.chatterjee@jpmorgan.com

**North America Equity Research**
02 November 2018

J.P.Morgan

Broking (Pvt.) Ltd is a member of the Karachi Stock Exchange and regulated by the Securities and Exchange Commission of Pakistan. **Saudi Arabia**: J.P. Morgan Saudi Arabia Ltd. is authorized by the Capital Market Authority of the Kingdom of Saudi Arabia (CMA) to carry out dealing as an agent, arranging, advising and custody, with respect to securities business under licence number 35-07079 and its registered address is at 8th Floor, Al-Faisaliyah Tower, King Fahad Road, P.O. Box 51907, Riyadh 11553, Kingdom of Saudi Arabia. **Dubai**: JPMorgan Chase Bank, N.A., Dubai Branch is regulated by the Dubai Financial Services Authority (DFSA) and its registered address is Dubai International Financial Centre - Building 3, Level 7, PO Box 506551, Dubai, UAE.

**Country and Region Specific Disclosures**
**U.K. and European Economic Area (EEA):** Unless specified to the contrary, issued and approved for distribution in the U.K. and the EEA by JPMS plc. Investment research issued by JPMS plc has been prepared in accordance with JPMS plc's policies for managing conflicts of interest arising as a result of publication and distribution of investment research. Many European regulators require a firm to establish, implement and maintain such a policy. Further information about J.P. Morgan's conflict of interest policy and a description of the effective internal organisations and administrative arrangements set up for the prevention and avoidance of conflicts of interest is set out at the following link https://www.jpmorgan.com/jpmpdf/1320742677360.pdf. This report has been issued in the U.K. only to persons of a kind described in Article 19 (5), 38, 47 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not relevant persons. Any investment or investment activity to which this document relates is only available to relevant persons and will be engaged in only with relevant persons. In other EEA countries, the report has been issued to persons regarded as professional investors (or equivalent) in their home jurisdiction. **Australia:** This material is issued and distributed by JPMSAL in Australia to "wholesale clients" only. This material does not take into account the specific investment objectives, financial situation or particular needs of the recipient. The recipient of this material must not distribute it to any third party or outside Australia without the prior written consent of JPMSAL. For the purposes of this paragraph the term "wholesale client" has the meaning given in section 761G of the Corporations Act 2001. J.P. Morgan's research coverage universe spans listed securities across the ASX All Ordinaries index, securities listed on offshore markets, unlisted issuers and investment products which Research management deem to be relevant to the investor base from time to time. J.P. Morgan seeks to cover companies of relevance to the domestic and international investor base across all GIC sectors, as well as across a range of market capitalisation sizes. **Germany:** This material is distributed in Germany by J.P. Morgan Securities plc, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht. **Hong Kong:** The 1% ownership disclosure as of the previous month end satisfies the requirements under Paragraph 16.5(a) of the Hong Kong Code of Conduct for Persons Licensed by or Registered with the Securities and Futures Commission. (For research published within the first ten days of the month, the disclosure may be based on the month end data from two months prior.) J.P. Morgan Broking (Hong Kong) Limited is the liquidity provider/market maker for derivative warrants, callable bull bear contracts and stock options listed on the Stock Exchange of Hong Kong Limited. An updated list can be found on HKEx website: http://www.hkex.com.hk. **Korea:** This report may have been edited or contributed to from time to time by affiliates of J.P. Morgan Securities (Far East) Limited, Seoul Branch. **Singapore:** As at the date of this report, JPMSS is a designated market maker for certain structured warrants listed on the Singapore Exchange where the underlying securities may be the securities discussed in this report. Arising from its role as designated market maker for such structured warrants, JPMSS may conduct hedging activities in respect of such underlying securities and hold or have an interest in such underlying securities as a result. The updated list of structured warrants for which JPMSS acts as designated market maker may be found on the website of the Singapore Exchange Limited: http://www.sgx.com. In addition, JPMSS and/or its affiliates may also have an interest or holding in any of the securities discussed in this report – please see the Important Disclosures section above. For securities where the holding is 1% or greater, the holding may be found in the Important Disclosures section above. For all other securities mentioned in this report, JPMSS and/or its affiliates may have a holding of less than 1% in such securities and may trade them in ways different from those discussed in this report. Employees of JPMSS and/or its affiliates not involved in the preparation of this report may have investments in the securities (or derivatives of such securities) mentioned in this report and may trade them in ways different from those discussed in this report. **Taiwan**: Research relating to equity securities is issued and distributed in Taiwan by J.P. Morgan Securities (Taiwan) Limited, subject to the license scope and the applicable laws and the regulations in Taiwan. According to Paragraph 2, Article 7-1 of Operational Regulations Governing Securities Firms Recommending Trades in Securities to Customers (as amended or supplemented) and/or other applicable laws or regulations, please note that the recipient of this material is not permitted to engage in any activities in connection with the material which may give rise to conflicts of interests, unless otherwise disclosed in the "Important Disclosures" in this material. **India:** For private circulation only, not for sale. **Pakistan:** For private circulation only, not for sale. **New Zealand:** This material is issued and distributed by JPMSAL in New Zealand only to persons whose principal business is the investment of money or who, in the course of and for the purposes of their business, habitually invest money. JPMSAL does not issue or distribute this material to members of "the public" as determined in accordance with section 3 of the Securities Act 1978. The recipient of this material must not distribute it to any third party or outside New Zealand without the prior written consent of JPMSAL. **Canada:** The information contained herein is not, and under no circumstances is to be construed as, a prospectus, an advertisement, a public offering, an offer to sell securities described herein, or solicitation of an offer to buy securities described herein, in Canada or any province or territory thereof. Any offer or sale of the securities described herein in Canada will be made only under an exemption from the requirements to file a prospectus with the relevant Canadian securities regulators and only by a dealer properly registered under applicable securities laws or, alternatively, pursuant to an exemption from the dealer registration requirement in the relevant province or territory of Canada in which such offer or sale is made. The information contained herein is under no circumstances to be construed as investment advice in any province or territory of Canada and is not tailored to the needs of the recipient. To the extent that the information contained herein references securities of an issuer incorporated, formed or created under the laws of Canada or a province or territory of Canada, any trades in such securities must be conducted through a dealer registered in Canada. No securities commission or similar regulatory authority in Canada has reviewed or in any way passed judgment upon these materials, the information contained herein or the merits of the securities described herein, and any representation to the contrary is an offence. **Dubai:** This report has been issued to persons regarded as professional clients as defined under the DFSA rules. **Brazil**: Ombudsman J.P. Morgan: 0800-7700847 / ouvidoria.jp.morgan@jpmorgan.com.

**General:** Additional information is available upon request. Information has been obtained from sources believed to be reliable but JPMorgan Chase & Co. or its affiliates and/or subsidiaries (collectively J.P. Morgan) do not warrant its completeness or accuracy except with respect to any disclosures relative to JPMS and/or its affiliates and the analyst's involvement with the issuer that is the subject of the research. All pricing is indicative as of the close of market for the securities discussed, unless otherwise stated. Opinions and estimates constitute our judgment as of the date of this material and are subject to change without notice. Past performance is not indicative of future results. This material is not intended as an offer or solicitation for the purchase or sale of any financial instrument. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein. JPMS distributes in the U.S. research published by non-U.S.

11

This document is being provided for the exclusive use of mattblake@apple.com.
Confidential                                                                                          APL-SECLIT_00001759

Samik Chatterjee, CFA
(1-212) 622 0798
samik.x.chatterjee@jpmorgan.com

**North America Equity Research**
02 November 2018

J.P.Morgan

affiliates and accepts responsibility for its contents. Periodic updates may be provided on companies/industries based on company specific developments or announcements, market conditions or any other publicly available information. Clients should contact analysts and execute transactions through a J.P. Morgan subsidiary or affiliate in their home jurisdiction unless governing law permits otherwise.

"Other Disclosures" last revised October 20, 2018.

**Copyright 2018 JPMorgan Chase & Co. All rights reserved. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of J.P. Morgan.**

Completed    02 Nov 2018 03:40 AM EDT              Disseminated 02 Nov 2018 03:41 AM EDT
This document is being provided for the exclusive use of mattblake@apple.com.
Confidential                                                                                          APL-SECLIT_00001760