# EXHIBIT 64



**KeyBanc Capital Markets**

November 1, 2018

**Technology: Media & Internet**

**Earnings Recap / Estimate Changes**

# Apple Inc.

## AAPL: Units May Not Matter, but Price Does

Andy Hargreaves, CFA / 503.821.3899
ahargreaves@key.com
Tyler Parker / 503.821.3881
tparker@key.com

> We continue to expect Apple's pricing strategy to drive iPhone revenue growth in F2019. However, we expect deceleration in services revenue going forward, which, along with our expectation for declining iPhone revenue in F2019, prevents a more positive rating of the shares.

| NASDAQ: AAPL | |
|---|---:|
| Rating: | Sector Weight |
| Price Target: | NA |
| Price: | $222.22 |



*Sources: Company reports, Thomson Reuters, KeyBanc Capital Markets Inc.*

## Key Investment Points

**F4Q results largely solid.** Total revenue beat our expectation by 2% as high iPhone ASPs offset slightly weak unit sales, driving iPhone revenue to $37.2B vs. our expectation of $36.5B and consensus of $35.6B. Gross margin of 38.3% was slightly below our expectation of 38.5%, as sales of higher-margin iPhones (XS and XS Max) were offset by extra costs associated with a high volume of recent product launches. EPS of $2.91 was above our estimate of $2.84 and consensus of $2.78.

**iPhone pricing remains critical to multiyear growth.** Apple's profit growth has decoupled from iPhone units over the past year. However, it remains highly dependent on iPhone revenue growth, and therefore on pricing. We continue to believe raising prices further will be difficult beyond F2019, which suggests the risk of decline in F2020 profits.

**Gross margin guidance leads profitability estimates lower.** Our FY19 and FY20 revenue estimates go 2% and 3% higher, respectively, as we raise expectations for iPad and Mac with new product releases in recent quarters. Gross margin guidance for F1Q19 was lower than we expected, so we lower FY19 EPS to $13.70 from $13.93 while FY20 EPS is largely unchanged.

**No change to Sector Weight rating; see 12-month fair value at $212.** While we view the near-term outlook as solid, we expect revenue and profits to decelerate over the next two years. This suggests multiple expansion from the current level of 11x EV/EBITDA (TTM) is unlikely. Our 12-month fair-value estimate of $212 is based on 10x F2019E EV/EBITDA, adjusted for estimated cash production and buybacks over that time period.

## Company Data

| 52-week range | $150 - $233 |
|---|---:|
| Market Cap. (M) | $1,094,791.3 |
| Shares Out. (M) | 4,926.61 |
| Enterprise Value (M) | $965,648.3 |
| Avg. Daily Volume (30D) | 53,560,212.0 |
| Annual Dividend | $2.92 |
| Dividend Yield | 1.3% |
| SI as % of Float | 0.8% |
| SI % Chg. from Last Per. | (14.2)% |
| Net cash/market cap | 11.8% |

*Sources: Company reports, Thomson Reuters, KeyBanc Capital Markets Inc.*

## Estimates

| FY ends 9/30 | F2018A | 1Q19E | 2Q19E | 3Q19E | 4Q19E | F2019E | F2020E |
|---|---|---|---|---|---|---|---|
| **EPS (Net)** | **$11.91** | **$4.79** | **$3.14** | **$2.64** | **$3.08** | **$13.70** | **$14.09** |
| *Cons. EPS* | *--* | *$4.95* | *$3.14* | *$2.59* | *$3.13* | *$13.79* | *$15.23* |
| Previous | $11.84 | $4.83 | $3.21 | $2.69 | $3.14 | $13.93 | -- |
| **Revenue (M)** | **$265,595.0** | **$92,493.9** | **$66,469.3** | **$58,747.7** | **$64,201.8** | **$281,912.7** | **$274,637.5** |
| *Cons. Revenue* | *--* | *$93,015.0* | *$65,714.0* | *$57,640.0* | *$65,064.0* | *$281,907.0* | *$294,122.0* |
| Previous | $264,394.0 | $89,698.1 | $65,511.5 | $58,010.5 | $63,016.6 | $276,236.6 | -- |
| **Valuation** | | | | | | | |
| EV/EBITDA | 11.8x | -- | -- | -- | -- | 11.3x | 11.9x |

*Sources: Company reports, Thomson Reuters, KeyBanc Capital Markets Inc.*

**For analyst certification and important disclosures, please refer to the Disclosure Appendix.**

KeyBanc Capital Markets Inc. | Member FINRA/SIPC

**Apple - (AAPL)**      Earnings Recap

## Our Case

- We estimate a 12-month fair value of $212.
- iPhone units down 1% in FY19.
- Services growth of 17% in FY19.
- Total gross margin expands 10 bps in FY19 to 38.4%.
- Assumes 10.0x EV/EBITDA using our FY19 EBITDA estimate of $85.2B.

### Bull, KBCM, Bear Analysis

| | Bear Case FY19 | KBCM Case FY19 | Bull Case FY19 |
|---|---|---|---|
| iPhone | $162,060 | $172,611 | $185,118 |
| iPad | $18,636 | $18,636 | $18,636 |
| Mac | $25,725 | $25,725 | $25,725 |
| iTunes/Software/Services | $41,668 | $43,668 | $46,168 |
| Other products | $21,273 | $21,273 | $21,273 |
| **Total Revenue** | 269,362 | 281,913 | 296,920 |
| *Y/Y % Growth* | *18%* | *23%* | *30%* |
| Gross profit | 100,848 | 108,366 | 117,104 |
| *Gross margin %* | *37.4%* | *38.4%* | *39.4%* |
| Operating expenses | 33,927 | 34,603 | 35,390 |
| EBIT | 66,921 | 73,763 | 81,714 |
| *EBIT margin %* | *25%* | *26%* | *28%* |
| D&A | 11,435 | 11,435 | 11,435 |
| **EBITDA (incl. SBC)** | **$78,357** | **$85,198** | **$93,149** |
| *EBITDA margin %* | *29%* | *30%* | *31%* |
| **EV/EBITDA multiple** | **8.0x** | **10.0x** | **12.0x** |
| **Scenario Valuation** | **$161** | **$212** | **$272** |
| Key assumptions: | | | |
| iPhone units | 208,237 | 216,237 | 226,237 |
| Incremental iPhone units | (8,000) | 0 | 10,000 |
| iPhone ASP | $778 | $798 | $818 |
| Incremental Service revenue | (2,000) | 0 | 2,500 |
| Incremental gross margin (bps) | (100) | 0 | 100 |

*Source: KeyBanc Capital Markets Inc. estimates*

### Bull Case

- Bull-case scenario to $272.
- FY19 iPhone units exceed our base case by 10M.
- FY19 iPhone ASP exceeds our estimate by $20.
- Services grows at 24% in FY19 vs. our estimate of 17%.
- FY19 gross margin exceeds our base estimate by 100 bps.
- Multiple expands to 12.0x EV/EBITDA, using a bullish FY19 EBITDA estimate of $93.1B.

### Bear Case

- Bear-case scenario to $161.
- Lower-than-expected share gain and replacement rates drive FY19 iPhone units 8M units below our estimate.
- Costs exceed our expectations, driving FY19 gross margin 100 bps below our estimate.
- Service growth slows faster than we expect.
- Multiple declines to 8.0x EV/EBITDA on a bearish FY19 EBITDA estimate of $78.4B.

**Valuation**

**Apple Inc. (AAPL)**
Our $212 12-month fair-value estimate is based on 10.0x EV/EBITDA using our FY19 EBITDA estimate of $85.2B, adjusted for estimated cash production and stock buybacks over the next 12 months. AAPL is currently trading at a 15x NTM P/E vs. the Nasdaq 100 at ~20x.

**Investment Risks**

**Apple Inc. (AAPL)**
Market and macroeconomic factors could interfere with our estimates and impede the stock from achieving our fair-value estimate, as could risks such as failure of new products to gain traction in the market; failure to replace successful products with new iterations; or Apple's failure to find new, high-growth areas in which to sell.

**Reported Results**

### Units May Not Matter, but Pricing Does

Apple's elimination of hardware unit and ASP reporting continues a shift in management's pitch of the business as a "services" company rather than a hardware company. While Apple's services growth has been impressive in recent years, we estimate iPhone still generates over 60% of total gross profit, nearly twice our estimate for software and services' contribution to total gross profit. And while iPhone units have been less critical to driving profit growth over the past year, the stagnation in units has placed a greater onus on pricing increases to drive total company profit growth.

Confidential     APL-SECLIT_00001984

The challenge from this is clear; if iPhone prices do not increase, it will be difficult to grow total company profits, particularly if software and services decelerate as we expect. Historically iPhone price increases have been closely related to screen-size increases, and we do not anticipate a screen-size increase in F2020, as the border has now been eliminated and physically larger phones are likely to be impractical. Consequently, while we expect iPhone ASP increases in the current cycle, we see significant risk of price declines in F2020, which would make total company profit growth a challenge.

**iPhone Revenue and Unit Growth vs. EBITDA Growth**



*Sources: KBCM estimates, company reports*

**iPhone and Software/Services Contribution to Gross Profit**



*Sources: KBCM estimates, company reports*

Confidential                                                                                        APL-SECLIT_00001985

**Apple - (AAPL)**  
**Earnings Recap**

*F4Q Results Largely Solid*

Total revenue beat our expectation by 2% as high iPhone ASPs offset slightly weak units, driving iPhone revenue to $37.2B vs. our expectation of $36.5B and consensus of $35.6B. Gross margin of 38.3% was slightly below our expectation of 38.5%, as sales of higher-margin iPhones (XS and XS Max) were offset by extra costs associated with a high volume of recent product launches. EPS of $2.91 was above our estimate of $2.84 and consensus of $2.78.

**F4Q Reported Results**

|  | F4Q (Sept) Actual | F4Q (Sept) KBCM Ests. | Variance vs. KBCM Est. | Year-Ago Quarter Actual | Year/Year % Change |  |
|---|---|---|---|---|---|---|
| Total revenue (M) | $62,900 | $61,699 | 1.9% | $52,579 | 19.6% | Higher iPhone ASPs due to sales of the XS and XS Max drove the revene upside. |
| Gross margin | 38.3% | 38.5% | -0.6% | 37.9% | 1.0% |  |
| Operating income (M) | $16,118 | $15,788 | 2.1% | $13,120 | 22.9% |  |
| Tax rate | 14.0% | 15.0% | -6.8% | 23.0% | -39.2% | Gross margins were slightly below our expectation as high-margin iPhone sales were offest by new product launch costs. |
| Net income (M) | $14,125 | $13,679 | 3.3% | $10,714 | 31.8% |  |
| EPS | $2.91 | $2.84 | 2.6% | $2.07 | 41.0% |  |
| Shares outstanding (M) | 4,848 | 4,815 | 0.7% | 5,183.6 | -6.5% |  |
| **Product Units (M):** |  |  |  |  |  |  |
| iPhone | 46.9 | 47.3 | -0.9% | 46.7 | 0.5% |  |
| iPad | 9.7 | 10.4 | -6.7% | 10.3 | -6.1% |  |
| Mac | 5.3 | 5.1 | 3.9% | 5.4 | -1.6% |  |
| **Product Revenue (B):** |  |  |  |  |  |  |
| iPhone | $37.2 | $36.5 | 1.9% | $28.8 | 28.9% | iPhone revenue exceeded our estimates on higher ASPs. |
| iPad | $4.1 | $4.5 | -9.6% | $4.8 | -15.4% |  |
| Mac | $7.4 | $6.8 | 9.2% | $7.2 | 3.4% |  |
| Software & services | $10.0 | $9.6 | 3.9% | $8.5 | 17.4% |  |
| Other products | $4.2 | $4.3 | -1.5% | $3.2 | 31.0% |  |

*Sources: Company reports, KeyBanc Capital Markets Inc. estimates*

**Historical Valuation: EV/EBITDA**



*Sources: KeyBanc Capital Markets Inc. estimates, Thomson Reuters*

**Implications**

**Gross Margin Guidance Leads Profitability Estimates Lower**

Our FY19 and FY20 revenue estimates go 2% and 3% higher, respectively, as we raise expectations for iPad and Mac with new product releases in recent quarters. Gross margin guidance for F1Q19 was lower than we expected, so we lower FY19E EPS to $13.70 from $13.93 while FY20E EPS is largely unchanged.

**Estimate Changes**

| Estimate Changes | Revenue (B) | | EPS | |
|---|---|---|---|---|
| | New | Previous | New | Previous |
| Q1 | $92.5 | $89.7 | $4.79 | $4.83 |
| Q2 | $66.5 | $65.5 | $3.14 | $3.21 |
| Q3 | $58.7 | $58.0 | $2.64 | $2.69 |
| Q4 | $64.2 | $63.0 | $3.08 | $3.14 |
| F2019 | $281.9 | $276.2 | $13.70 | $13.93 |
| F2020 | $274.6 | $266.0 | $14.09 | $14.00 |

Our EPS estimates change slightly, as increased costs and expenses offset higher revenue estimates.

*Source: KeyBanc Capital Markets Inc. estimates*

**FY19 Detailed Estimate Changes**

| F2019 Estimate Changes | New | Previous |
|---|---|---|
| Revenue (B) | $281.9 | $276.2 |
| Gross margin | 38.4% | 39.1% |
| EPS | $13.70 | $13.93 |

| | Units (M) | | Dollars (B) | | ASP | |
|---|---|---|---|---|---|---|
| | New | Previous | New | Previous | New | Previous |
| iPhone | 216.2 | 216.3 | $172.6 | $172.3 | $798 | $797 |
| iPad | 42.2 | 41.7 | $18.6 | $17.9 | $442 | $428 |
| Mac | 18.6 | 17.6 | $25.7 | $24.0 | $1,381 | $1,363 |
| Other products | NM | NM | $21.3 | $20.0 | NM | NM |
| Software and services | NM | NM | $43.7 | $42.1 | NM | NM |

*Source: KeyBanc Capital Markets Inc. estimates*

**FY20 Detailed Estimate Changes**

| F2020 Estimate Changes | New | Previous |
|---|---|---|
| Revenue (B) | $274.6 | $266.0 |
| Gross margin | 38.9% | 39.5% |
| EPS | $14.09 | $14.00 |

| | Units (M) | | Dollars (B) | | ASP | |
|---|---|---|---|---|---|---|
| | New | Previous | New | Previous | New | Previous |
| iPhone | 208.9 | 209.8 | $160.7 | $161.0 | $769 | $767 |
| iPad | 41.1 | 37.5 | $18.0 | $15.9 | $438 | $424 |
| Mac | 18.3 | 16.8 | $25.2 | $22.9 | $1,381 | $1,363 |
| Other products | NM | NM | $23.0 | $20.3 | NM | NM |
| Software and services | NM | NM | $47.7 | $45.9 | NM | NM |

*Source: KeyBanc Capital Markets Inc. estimates*

Confidential                                                                              APL-SECLIT_00001987

**Apple - (AAPL)**     **Earnings Recap**

**Apple Inc. (AAPL)**
**Income Statement**
*Figures in millions, except per-share data*
*Fiscal year ends Sept. 30*

| | Q1 Dec-17 | F2018 Q2 Mar-18 | Q3 Jun-18 | Q4 Sep-18 | Q1E Dec-18 | F2019E Q2E Mar-19 | Q3E Jun-19 | Q4E Sep-19 | Q1 Dec-19 | F2020 Q2 Mar-20 | Q3 Jun-20 | Q4 Sep-20 | F2017 | F2018 | F2019E | F2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total revenue** | 88,293 | 61,137 | 53,265 | 62,900 | 92,494 | 66,469 | 58,748 | 64,202 | 86,529 | 65,121 | 59,316 | 63,671 | 229,234 | 265,595 | 281,913 | 274,638 |
| Cost of goods | 54,381 | 37,715 | 32,844 | 38,816 | 56,940 | 40,953 | 36,177 | 39,476 | 53,038 | 39,769 | 36,194 | 38,894 | 141,048 | 163,756 | 173,547 | 167,895 |
| Gross profit (loss) | 33,912 | 23,422 | 20,421 | 24,084 | 35,554 | 25,516 | 22,571 | 24,725 | 33,492 | 25,352 | 23,122 | 24,776 | 88,186 | 101,839 | 108,366 | 106,742 |
| Research and development | 3,407 | 3,378 | 3,701 | 3,750 | 4,031 | 4,072 | 4,133 | 4,195 | 4,446 | 4,491 | 4,513 | 4,581 | 11,581 | 14,236 | 16,430 | 18,031 |
| Selling, marketing and admin | 4,231 | 4,150 | 4,108 | 4,216 | 4,680 | 4,446 | 4,490 | 4,558 | 5,013 | 4,763 | 4,786 | 4,858 | 15,261 | 16,705 | 18,173 | 19,421 |
| Total operating expenses | 7,638 | 7,528 | 7,809 | 7,966 | 8,711 | 8,517 | 8,623 | 8,752 | 9,460 | 9,253 | 9,300 | 9,439 | 26,842 | 30,941 | 34,603 | 37,452 |
| **Income (loss) from operations** | 26,274 | 15,894 | 12,612 | 16,118 | 26,843 | 16,999 | 13,948 | 15,973 | 24,032 | 16,099 | 13,822 | 15,337 | 61,344 | 70,898 | 73,763 | 69,290 |
| + Depreciation and amortization | 2,745 | 2,739 | 2,665 | 2,754 | 2,795 | 2,837 | 2,880 | 2,923 | 2,967 | 3,011 | 3,057 | 3,102 | 10,157 | 10,903 | 11,435 | 12,137 |
| **EBITDA** | 29,019 | 18,633 | 15,277 | 18,872 | 29,638 | 19,836 | 16,828 | 18,896 | 26,999 | 19,110 | 16,879 | 18,439 | 71,501 | 81,801 | 85,198 | 81,427 |
| Other income (net) | 756 | 274 | 672 | 303 | 300 | 279 | 225 | 159 | 120 | 88 | 29 | (39) | 2,745 | 2,005 | 963 | 198 |
| Pretax income | 27,030 | 16,168 | 13,284 | 16,421 | 27,142 | 17,277 | 14,173 | 16,133 | 24,152 | 16,187 | 13,852 | 15,298 | 64,089 | 72,903 | 74,725 | 69,488 |
| Taxes | (6,965) | (2,346) | (1,765) | (2,296) | (4,478) | (2,764) | (2,268) | (2,581) | (3,864) | (2,590) | (2,216) | (2,448) | (15,738) | (13,372) | (12,092) | (11,118) |
| **Net income** | 20,065 | 13,822 | 11,519 | 14,125 | 22,664 | 14,513 | 11,905 | 13,551 | 20,288 | 13,597 | 11,635 | 12,850 | 48,351 | 59,531 | 62,634 | 58,370 |
| **EPS: GAAP** | 3.89 | 2.73 | 2.34 | 2.91 | 4.79 | 3.14 | 2.64 | 3.08 | 4.72 | 3.24 | 2.85 | 3.22 | $9.21 | $11.91 | $13.70 | $14.09 |
| Diluted shares | 5,158 | 5,068 | 4,927 | 4,848 | 4,736 | 4,625 | 4,515 | 4,407 | 4,300 | 4,194 | 4,089 | 3,985 | 5,252 | 5,000 | 4,571 | 4,142 |
| **Operating ratios** | | | | | | | | | | | | | | | | |
| Gross margin | 38.5% | 38.3% | 38.3% | 38.3% | 38.4% | 38.4% | 38.4% | 38.5% | 38.7% | 38.9% | 39.0% | 38.9% | 38.5% | 38.3% | 38.4% | 38.9% |
| Operating expenses | 8.7% | 12.3% | 14.7% | 12.7% | 9.4% | 12.8% | 14.7% | 13.6% | 10.9% | 14.2% | 15.7% | 14.8% | 11.7% | 11.6% | 12.3% | 13.6% |
| Research and development | 3.9% | 5.5% | 6.9% | 6.0% | 4.4% | 6.1% | 7.0% | 6.5% | 5.1% | 6.9% | 7.6% | 7.2% | 5.1% | 5.4% | 5.8% | 6.6% |
| Selling, marketing and admin | 4.8% | 6.8% | 7.7% | 6.7% | 5.1% | 6.7% | 7.6% | 7.1% | 5.8% | 7.3% | 8.1% | 7.6% | 6.7% | 6.3% | 6.4% | 7.1% |
| Operating margin | 29.8% | 26.0% | 23.7% | 25.6% | 29.0% | 25.6% | 23.7% | 24.9% | 27.8% | 24.7% | 23.3% | 24.1% | 26.8% | 26.7% | 26.2% | 25.2% |
| EBITDA margin | 32.9% | 30.5% | 28.7% | 30.0% | 32.0% | 29.8% | 28.6% | 29.4% | 31.2% | 29.3% | 28.5% | 29.0% | 31.2% | 30.8% | 30.2% | 29.6% |
| Tax rate | 25.8% | 14.5% | 13.3% | 14.0% | 16.5% | 16.0% | 16.0% | 16.0% | 16.0% | 16.0% | 16.0% | 16.0% | 24.6% | 18.3% | 16.2% | 16.0% |
| Net margin | 22.7% | 22.6% | 21.6% | 22.5% | 24.5% | 21.8% | 20.3% | 21.1% | 23.4% | 20.9% | 19.6% | 20.2% | 21.1% | 22.4% | 22.2% | 21.3% |
| **Y/Y % Change** | | | | | | | | | | | | | | | | |
| Revenue | 13% | 16% | 17% | 20% | 5% | 9% | 10% | 2% | -6% | -2% | 1% | -1% | 6% | 16% | 6% | -3% |
| Gross profit | 12% | 14% | 17% | 21% | 5% | 9% | 11% | 3% | -6% | -1% | 2% | 0% | 5% | 15% | 6% | -1% |
| Total operating expense | 12% | 16% | 16% | 17% | 14% | 13% | 10% | 10% | 9% | 9% | 8% | 8% | 11% | 15% | 12% | 8% |
| Research and development | 19% | 22% | 26% | 25% | 18% | 21% | 12% | 12% | 10% | 10% | 9% | 9% | 15% | 23% | 15% | 10% |
| Selling, marketing and admin | 7% | 12% | 9% | 11% | 11% | 7% | 9% | 8% | 7% | 7% | 7% | 7% | 8% | 9% | 9% | 7% |
| Operating income | 12% | 13% | 17% | 23% | 2% | 7% | 11% | -1% | -10% | -5% | -1% | -4% | 2% | 16% | 4% | -6% |
| EBITDA | 10% | 13% | 16% | 21% | 2% | 6% | 10% | 0% | -9% | -4% | 0% | -2% | 1% | 14% | 4% | -4% |
| Free cash flow per share | 7% | 15% | 84% | 40% | -8% | 41% | 14% | -12% | -10% | -5% | -1% | -4% | -4% | 25% | 3% | -6% |
| Pre-tax income | 12% | 10% | 17% | 18% | 0% | 7% | 7% | -2% | -11% | -6% | -2% | -5% | 4% | 14% | 2% | -7% |
| Net income | 12% | 25% | 32% | 32% | 13% | 5% | 3% | -4% | -10% | -6% | -2% | -5% | 6% | 23% | 5% | -7% |
| EPS | 16% | 30% | 40% | 41% | 23% | 15% | 13% | 6% | -1% | 3% | 8% | 5% | 11% | 29% | 15% | 3% |

*Sources: Company reports, KBCM estimates*

November 1, 2018     Page 1 of 3     Pg.6
Andy Hargreaves, CFA     503.821.3899 / ahargreaves@key.com

Confidential     APL-SECLIT_00001988

**Apple - (AAPL)**  **Earnings Recap**

### Apple Inc. (AAPL)
### Balance Sheet

*Figures in millions, except per-share data*
*Fiscal year ends Sept. 30*

| | Q1 Dec-17 | F2018 Q2 Mar-18 | Q3 Jun-18 | Q4 Sep-18 | Q1 Dec-18 | F2019 Q2 Mar-19 | Q3 Jun-19 | Q4 Sep-19 | Q1 Dec-19 | F2020 Q2 Mar-20 | Q3 Jun-20 | Q4 Sep-20 | F2017 | F2018 | F2019 | F2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | | | | | | | |
| Cash and cash equivalents | 77,153 | 87,940 | 70,970 | 66,301 | 61,124 | 47,883 | 31,682 | 17,286 | 9,670 | (4,542) | (21,088) | (36,248) | 74,181 | 66,301 | 17,286 | (36,248) |
| Accounts Receivable | 23,440 | 14,324 | 14,104 | 23,186 | | | | | | | | | 17,874 | 23,186 | | |
| Allowances | | | | | | | | | | | | | - | - | - | - |
| % of A/R | | | | | | | | | | | | | - | - | - | - |
| Inventories | 4,421 | 7,662 | 5,936 | 3,956 | | | | | | | | | 4,855 | 3,956 | | |
| Prepaid expenses | | | | | | | | | | | | | - | - | - | - |
| Deferred tax assets | | | | | | | | | | | | | - | - | - | - |
| Other | 38,796 | 20,127 | 24,751 | 37,896 | | | | | | | | | 31,735 | 37,896 | | |
| **Total current assets** | **143,810** | **130,053** | **115,761** | **131,339** | | | | | | | | | **128,645** | **131,339** | **17,286** | **(36,248)** |
| Long-term marketable securities | 207,944 | 179,286 | 172,773 | 170,799 | 170,799 | 170,799 | 170,799 | 170,799 | 170,799 | 170,799 | 170,799 | 170,799 | 194,714 | 170,799 | 170,799 | 170,799 |
| Property, plant and equipment | 33,679 | 35,077 | 38,117 | 41,304 | | | | | | | | | 33,783 | 41,304 | | |
| Goodwill & intangibles | 8,038 | | | | | | | | | | | | 8,015 | - | | |
| Other assets | 13,323 | 23,086 | 22,546 | 22,283 | | | | | | | | | 10,162 | 22,283 | | |
| **Total assets** | **406,794** | **367,502** | **349,197** | **365,725** | | | | | | | | | **375,319** | **365,725** | **188,085** | **134,551** |
| | | | | | | | | | | | | | | | | |
| **Liabilities & Shareholders Equity** | | | | | | | | | | | | | | | | |
| Accounts Payable | 62,985 | 34,311 | 38,489 | 55,888 | | | | | | | | | 49,049 | 55,888 | | |
| Accrued Expenses | 26,281 | 26,756 | 25,184 | 32,687 | | | | | | | | | 25,744 | 32,687 | | |
| Short-term deferred revenue | 8,044 | 7,775 | 7,403 | 7,543 | | | | | | | | | 7,548 | 7,543 | | |
| Short-term debt and commercial paper | 11,980 | 11,980 | 11,974 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 | 11,977 | 11,964 | 11,964 | 11,964 |
| Current portion of long-term debt | 6,498 | 8,498 | 5,498 | 8,784 | | | | | | | | | 6,496 | 8,784 | | |
| **Total current liabilities** | **115,788** | **89,320** | **88,548** | **116,866** | **11,964** | **11,964** | **11,964** | **11,964** | **11,964** | **11,964** | **11,964** | **11,964** | **100,814** | **116,866** | **11,964** | **11,964** |
| Long-term deferred revenue | 3,131 | 3,087 | 2,878 | 2,797 | | | | | | | | | 2,836 | 2,797 | | |
| Long term Debt | 103,922 | 101,362 | 97,128 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 97,207 | 93,735 | 93,735 | 93,735 |
| Other long-term liabilities | 43,754 | 46,855 | 45,694 | 45,180 | | | | | | | | | 40,415 | 45,180 | | |
| **Stockholders Equity** | **140,199** | **126,878** | **114,949** | **107,147** | | | | | | | | | **134,047** | **107,147** | | |
| Total liability and stockholders equity | 406,794 | 367,502 | 349,197 | 365,725 | | | | | | | | | 375,319 | 362,928 | 105,699 | 105,699 |

*\*Forward balance sheet estimates are incomplete and used for valuation.*

| **Fundamental value** | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Domestic cash and equivalents | 15,516 | 17,516 | 15,516 | 15,516 | 15,516 | 17,516 | 15,516 | 15,516 | 15,516 | 17,516 | 15,516 | 15,516 | | | | |
| Int'l cash and equivalents | 269,581 | 249,710 | 228,227 | 221,584 | 216,407 | 201,166 | 186,965 | 172,569 | 164,953 | 148,741 | 134,195 | 119,035 | | | | |
| Total cash and investments | $285,097 | $267,226 | $243,743 | $237,100 | $231,923 | $218,682 | $202,481 | $188,085 | $180,469 | $166,257 | $149,711 | $134,551 | | | | |
| Total debt | $122,400 | $121,840 | $114,600 | $114,483 | $105,699 | $105,699 | $105,699 | $105,699 | $105,699 | $105,699 | $105,699 | $105,699 | | | | |
| **Net cash** | **$162,697** | **$145,386** | **$129,143** | **$122,617** | **$126,224** | **$112,983** | **$96,782** | **$82,386** | **$74,770** | **$60,558** | **$44,012** | **$28,852** | **$171,688** | **$143,365** | **$94,350** | **$40,816** |
| Net cash per share | $34 | $31 | $29 | $28 | $29 | $27 | $24 | $21 | $20 | $17 | $14 | $10 | $31 | $27 | $21 | $10 |
| Book value per share | | | | | | | | | | | | | $26 | $21 | $0 | $0 |
| Tangible book value per share | | | | | | | | | | | | | $24 | $21 | $0 | $0 |

*Sources: Company reports, KBCM estimates*

November 1, 2018                                      Page 2 of 3                                      Pg.7
Andy Hargreaves, CFA                                                                              503.821.3899 / ahargreaves@key.com

Confidential                                                                                      APL-SECLIT_00001989

# Apple - (AAPL) — Earnings Recap

**Apple Inc. (AAPL)**
**Statement of Cash Flows**
*Figures in millions, except per-share data*
*Fiscal year ends Sept. 30*

| | Q1 Dec-17 | Q2 Mar-18 | Q3 Jun-18 | Q4 Sep-18 | Q1 Dec-18 | Q2 Mar-19 | Q3 Jun-19 | Q4 Sep-19 | Q1 Dec-19 | Q2 Mar-20 | Q3 Jun-20 | Q4 Sep-20 | F2017 | F2018 | F2019 | F2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Net Income (Loss)** | **20,065** | **13,822** | **11,519** | **14,125** | **22,664** | **14,513** | **11,905** | **13,551** | **20,288** | **13,597** | **11,635** | **12,850** | **48,351** | **59,531** | **62,634** | **58,370** |
| Depreciation and amortization | 2,745 | 2,739 | 2,665 | 2,754 | 2,795 | 2,837 | 2,880 | 2,923 | 2,967 | 3,011 | 3,057 | 3,102 | 10,157 | 10,903 | 11,435 | 12,137 |
| Stock Based Compensation | 1,296 | 1,348 | 1,351 | 1,345 | 1,655 | 1,618 | 1,638 | 1,663 | 1,797 | 1,758 | 1,767 | 1,793 | 4,840 | 5,340 | 6,575 | 7,116 |
| Tax benefit from stock options | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Non-cash restructuring | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Deferred income taxes & other | (33,737) | (498) | 1,126 | 519 | 420 | 420 | 420 | 420 | 446 | 446 | 446 | 446 | 5,800 | (32,590) | 1,680 | 1,785 |
| Loss on Disposition of plant | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Gain on sale of short term investments | (11) | (140) | (259) | (34) | - | - | - | - | - | - | - | - | - | (444) | - | - |
| *Changes in working capital:* | | | | | | | | | | | | | | | | |
| Accounts Receivable | 37,935 | (2,141) | (1,914) | 814 | 3,500 | (4,500) | (2,000) | 500 | 3,500 | (4,500) | (2,000) | 500 | (5,550) | 34,694 | (2,500) | (2,500) |
| Inventories | (5,570) | 9,093 | 233 | (9,078) | | | | | | | | | (2,093) | (5,322) | - | - |
| Other current assets | 434 | (3,241) | 1,693 | 1,942 | | | | | | | | | (2,723) | 828 | - | - |
| Other assets | (9,660) | 19,375 | (4,179) | (13,546) | | | | | | | | | (4,254) | (8,010) | - | - |
| Accounts payable | (197) | (856) | 988 | (358) | | | | | | | | | (5,318) | (423) | - | - |
| Deferred revenue | 14,588 | (27,808) | 2,081 | 20,314 | | | | | | | | | 9,618 | 9,175 | - | - |
| Other working capital changes | 791 | (313) | (581) | 59 | | | | | | | | | (626) | (44) | - | - |
| | 37,549 | 1,609 | (2,149) | 1,481 | | | | | | | | | (154) | 38,490 | | |
| **Cash from operations** | **28,293** | **15,130** | **14,488** | **19,523** | **27,534** | **19,389** | **16,843** | **18,557** | **25,498** | **18,813** | **16,905** | **18,192** | **63,598** | **77,434** | **82,324** | **79,408** |
| Purchase of short-term investments | (41,272) | (7,177) | (7,684) | (15,223) | | | | | | | | | (159,486) | (71,356) | - | - |
| Maturities of short-term investments | 14,048 | 17,836 | 14,406 | 9,591 | | | | | | | | | 31,775 | 55,881 | - | - |
| Sale of short-term investments | 16,801 | 22,141 | 2,672 | 6,224 | | | | | | | | | 94,564 | 47,838 | - | - |
| Sale of non-current investments | - | - | - | - | | | | | | | | | - | - | - | - |
| Purchase of property plant equipment | (2,810) | (4,195) | (3,267) | (3,041) | (4,000) | (4,000) | (4,000) | (4,000) | (4,250) | (4,250) | (4,250) | (4,250) | (12,451) | (13,313) | (16,000) | (17,000) |
| Acquisition (incl. acqu. of intangibles) | (327) | 22 | (126) | (290) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (1,068) | (721) | (1,000) | (1,000) |
| Other | (30) | 83 | (2,054) | (262) | | | | | | | | | 220 | (2,263) | - | - |
| **Cash from investing** | **(13,590)** | **28,710** | **3,947** | **(3,001)** | **(4,250)** | **(4,250)** | **(4,250)** | **(4,250)** | **(4,500)** | **(4,500)** | **(4,500)** | **(4,500)** | **(46,446)** | **16,066** | **(17,000)** | **(18,000)** |
| **Free cash flow** | **25,483** | **10,935** | **11,221** | **16,482** | **23,534** | **15,389** | **12,843** | **14,557** | **21,248** | **14,563** | **12,655** | **13,942** | **51,147** | **64,121** | **66,324** | **62,408** |
| **Unlevered FCF** | **24,727** | **10,661** | **10,549** | **16,179** | **23,235** | **15,110** | **12,618** | **14,398** | **21,128** | **14,474** | **12,626** | **13,982** | **48,402** | **62,116** | **65,361** | **62,210** |
| Proceeds from sale of common stock | - | 327 | 1 | 341 | | | | | | | | | 555 | 669 | - | - |
| Excess tax benefit from stock based comp | (1,038) | (152) | (1,077) | (260) | | | | | | | | | 627 | (2,527) | - | - |
| Dividends paid | (3,339) | (3,190) | (3,653) | (3,530) | (3,461) | (3,380) | (3,795) | (3,704) | (3,614) | (3,524) | (3,952) | (3,852) | (12,769) | (13,712) | (14,339) | (14,941) |
| Repurchase of common stock | (10,095) | (22,756) | (20,783) | (19,104) | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) | (32,900) | (72,738) | (100,000) | (100,000) |
| Other financing activities | 6,971 | (501) | (6,011) | (27) | | | | | | | | | 27,140 | 432 | - | - |
| **Cash from financing** | **(7,501)** | **(26,272)** | **(31,523)** | **(22,580)** | **(28,461)** | **(28,380)** | **(28,795)** | **(28,704)** | **(28,614)** | **(28,524)** | **(28,952)** | **(28,852)** | **(17,347)** | **(87,876)** | **(114,339)** | **(114,941)** |
| Change in cash and equivalents | 7,202 | 17,568 | (13,088) | (6,058) | (5,177) | (13,241) | (16,201) | (14,396) | (7,615) | (14,212) | (16,547) | (15,159) | (195) | 5,624 | (49,015) | (53,533) |
| Cash & equivalents at end of period | 27,491 | | | | | | | | | | | | 23,312 | 28,936 | (20,079) | (73,613) |

**Cash Flow Metrics**

| | Q1 Dec-17 | Q2 Mar-18 | Q3 Jun-18 | Q4 Sep-18 | Q1 Dec-18 | Q2 Mar-19 | Q3 Jun-19 | Q4 Sep-19 | Q1 Dec-19 | Q2 Mar-20 | Q3 Jun-20 | Q4 Sep-20 | F2017 | F2018 | F2019 | F2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net income per share | $3.89 | $2.73 | $2.34 | $2.91 | $4.79 | $3.14 | $2.64 | $3.08 | $4.72 | $3.24 | $2.85 | $3.22 | $9.19 | $11.87 | $13.64 | $14.03 |
| Operating cash flow per share | $5.49 | $2.99 | $2.94 | $4.03 | $5.81 | $4.19 | $3.73 | $4.21 | $5.93 | $4.49 | $4.13 | $4.57 | $12.08 | $15.44 | $17.95 | $19.12 |
| Free cash flow per share | $4.94 | $2.16 | $2.28 | $3.40 | $4.97 | $3.33 | $2.84 | $3.30 | $4.94 | $3.47 | $3.10 | $3.50 | $9.70 | $12.78 | $14.44 | $15.01 |
| FCF/EPS | 1.3x | 0.8x | 1.0x | 1.2x | 1.0x | 1.1x | 1.1x | 1.1x | 1.0x | 1.1x | 1.1x | 1.1x | 1.1x | 1.1x | 1.1x | 1.1x |
| Capex/Depreciation | 1.0x | 1.5x | 1.2x | 1.1x | 1.4x | 1.4x | 1.4x | 1.4x | 1.4x | 1.4x | 1.4x | 1.4x | 1.2x | 1.2x | 1.4x | 1.4x |

**Cash Flow Metrics (TTM)**

| | Q1 Dec-17 | Q2 Mar-18 | Q3 Jun-18 | Q4 Sep-18 | Q1 Dec-18 | Q2 Mar-19 | Q3 Jun-19 | Q4 Sep-19 | Q1 Dec-19 | Q2 Mar-20 | Q3 Jun-20 | Q4 Sep-20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net income per share | $9.72 | $10.35 | $11.02 | $11.87 | $12.76 | $13.18 | $13.47 | $13.64 | $13.57 | $13.67 | $13.88 | $14.03 |
| Operating cash flow per share | $12.48 | $13.09 | $14.43 | $15.44 | $15.77 | $16.97 | $17.76 | $17.95 | $18.06 | $18.36 | $18.76 | $19.12 |
| Free cash flow per share (TTM) | $10.26 | $10.71 | $12.06 | $13.23 | $13.13 | $14.41 | $15.11 | $15.05 | $14.89 | $15.07 | $15.41 | $15.66 |
| FCF/EPS | 1.1x | 1.0x | 1.1x | 1.1x | 1.0x | 1.1x | 1.1x | 1.1x | 1.1x | 1.1x | 1.1x | 1.1x |
| Capex/Depreciation | 1.0x | 1.5x | 1.2x | 1.1x | 1.4x | 1.4x | 1.4x | 1.4x | 1.4x | 1.4x | 1.4x | 1.4x |

*Sources: Company reports, KBCM estimates*

November 1, 2018   Pg.8   Page 3 of 3
Andy Hargreaves, CFA   503.821.3899 / ahargreaves@key.com
Confidential   APL_SECLIT_00001990

## Disclosure Appendix

### *Important Disclosures*

**Apple Inc. - AAPL**

We expect to receive or intend to seek compensation for investment banking services from Apple Inc. within the next three months.

As of the date of this report, we make a market in Apple Inc..

Important disclosures for the companies mentioned in this report can be found at https://key2.bluematrix.com/sellside/Disclosures.action.

Please refer to the analysts' recently published reports for company-specific valuation and risks.

### *Reg A/C Certification*

The research analyst(s) responsible for the preparation of this research report certifies that:(1) all the views expressed in this research report accurately reflect the research analyst's personal views about any and all of the subject securities or issuers; and (2) no part of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst(s) in this research report.

### *Three-Year Rating and Price Target History*



### *Rating Disclosures*

| | Distribution of Ratings/IB Services Firmwide and by Sector | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | KeyBanc Capital Markets | | | | Technology | | | |
| | | | | IB Serv/Past 12 Mos. | | | | IB Serv/Past 12 Mos. |
| Rating | Count | Percent | Count | Percent | Rating | Count | Percent | Count | Percent |
| Overweight [OW] | 263 | 45.90 | 64 | 24.33 | Overweight [OW] | 103 | 52.28 | 26 | 25.24 |
| Sector Weight [SW] | 300 | 52.36 | 46 | 15.33 | Sector Weight [SW] | 94 | 47.72 | 5 | 5.32 |
| Underweight [UW] | 10 | 1.75 | 4 | 40.00 | Underweight [UW] | 0 | 0.00 | 0 | 0.00 |

**Disclosure Appendix (cont'd)**

---

### *Rating System*

**Overweight** - We expect the stock to outperform the analyst's coverage sector over the coming 6-12 months.

**Sector Weight** - We expect the stock to perform in line with the analyst's coverage sector over the coming 6-12 months.

**Underweight** - We expect the stock to underperform the analyst's coverage sector over the coming 6-12 months.


### *Other Disclosures*

KeyBanc Capital Markets is a trade name under which corporate and investment banking products and services of KeyCorp and its subsidiaries, KeyBanc Capital Markets Inc., Member FINRA/SIPC ("KBCMI"), and KeyBank National Association ("KeyBank N.A."), are marketed.

KeyBanc Capital Markets Inc. ("KBCMI") does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

This report has been prepared by KBCMI. The material contained herein is based on data from sources considered to be reliable; however, KBCMI does not guarantee or warrant the accuracy or completeness of the information. It is published for informational purposes only and should not be used as the primary basis of investment decisions. Neither the information nor any opinion expressed constitutes an offer, or the solicitation of an offer, to buy or sell any security. The opinions and estimates expressed reflect the current judgment of KBCMI and are subject to change without notice. This report may contain forward-looking statements, which involve risk and uncertainty. Actual results may differ significantly from the forward-looking statements. This report is not intended to provide personal investment advice and it does not take into account the specific investment objectives, financial situation and the specific needs of any person or entity.

No portion of an analyst's compensation is based on a specific banking transaction; however, part of his/her compensation may be based upon overall firm revenue and profitability, of which investment banking is a component. Individuals associated with KBCMI (other than the research analyst(s) listed on page 1 of this research report) may have a position (long or short) in the securities covered in this research report and may make purchases and/or sales of those securities in the open market or otherwise without notice. As required by FINRA Rule 2241(C)(4)(A), financial interest, if any, by any research analysts listed on page 1 of this report will be disclosed in Important Disclosures, Company-specific regulatory disclosures located above in the Disclosure Appendix. KBCMI itself may have a position (long or short) in the securities covered in this research report and may make purchases and/or sales of those securities in the open market or otherwise without notice. As required by FINRA Rule 2241(C)(4)(F), if KBCMI, or its affiliates, beneficially own 1% or more of any class of common equity securities in the subject company(ies) in this research report, it will be disclosed in Important Disclosures, Company-specific regulatory disclosures located above in the Disclosures Appendix. This communication is intended solely for use by KBCMI clients. The recipient agrees not to forward or copy the information to any other person without the express written consent of KBCMI.

Confidential                                                                                                                          APL-SECLIT_00001992