# EXHIBIT 66

**Loop Capital Markets**

**DIGITAL COMPUTER TECHNOLOGY**

**November 2, 2018**
Company Update

**RATING: Buy**
**Price Target: $256.00**

## Apple Inc. (AAPL - $222.22)
### Look Under The Layers And Buy Any Pullback

**Ananda Baruah, Managing Director**
ananda.baruah@loopcapital.com
Tel: 212-823-1314

Loop Equity Trading: 312-913-4908

### STOCK DATA

| | |
|---|---|
| Price | $222.22 |
| Price Target | $256.00 |
| Market Cap ($M) | $1,073,306 |
| 52-Week Range | $150.24 - $233.47 |
| Shares (M) | 5,262.0 |
| ADTV (000) | 27,000 |

### FINANCIAL DATA

| | 2017A | 2018E | 2019E |
|---|---|---|---|
| P/E Ratio | 24.2x | 18.7x | 15.8x |

### EPS

| FY September | 2017A | 2018E | 2019E |
|---|---|---|---|
| Q1 | 3.36 | 3.89A | 4.75E |
| Q2 | 2.10 | 2.73A | 3.34E |
| Q3 | 1.67 | 2.34A | 2.93E |
| Q4 | 2.07 | 2.91A | 3.06E |
| Previous | — | 11.61 | 14.22E |
| FY | 9.19 | 11.87A | 14.09E |

### REVENUE ($M)

| FY September | 2017A | 2018E | 2019E |
|---|---|---|---|
| Q1 | 78,351.0 | 88,293.0A | 93,584.0E |
| Q2 | 52,896.0 | 61,137.0A | 67,840.0E |
| Q3 | 45,408.0 | 53,265.0A | 62,756.0E |
| Q4 | 52,579.0 | 53,265.0A | 63,803.0E |
| Previous | — | 262,802.0 | 285,601.0E |
| FY | 229,234.0 | 265,595.0A | 287,983.0E |

## Summary

Maintaining our $256 PT and we'd be buying any risk off a stock pullback, as we believe when analyzed, a more robust context becomes illuminated. The tone from the results will be net-negative, as AAPL's December revenue and GM guidance are slightly softer than Street. However, as we suggest in this report, a number of the drivers are transitory, and we further believe this quarter evidenced Street iPhone ASPs remain materially low.

## Key Points

- **AAPL reported September quarter revenue and EPS of $62.9B and $2.91 vs. Street of $61.5B and $2.78.** However, investors will likely take issue with December quarter guidance; specifically, revenue guidance of $89B - $93B vs. Street of $92.9B and GM guidance of 38.0% - 38.5% vs. Street of 38.6%. As such, implied EPS guidance is $4.55 - $4.65 vs. Street of $4.92. Ironically, implied iPhone guidance seems to be ~78M units, in line with Street.

- **Revenue guidance would have been at least in line excluding a handful of transitory items that arose.** Specifically, FX revenue translation headwind, USD strength impacting demand in India, Bazil, Russia, Turkey (etc.), production constraints for some of AAPL's new products (i.e., watches and AirPods), and some macro demand stall / impact. Also, it's possible Street modeled December quarter iPhones too strong, given last December quarter AAPL introduced all its iPhone X's in November (December quarter).

- **Buy any AAPL pullback for the following reasons:**

  o **Street iPhone ASPs remain low (Street is $771M for F2019 and we believe it will be $790M - $200M).** Granted we expect a greater mix of lower ASP Xr to ship growing forward. But Street also accounts for this, and we simply believe Street has the capacity / phone too low, regardless of iPhone model.

  o **We all may be too low on Services (15% - 18% of revenue):** Simply, both we and Street are modeling ~20% Services revenue growth starting in F2020. We increasingly believe this is materially low. AAPL's 27% YoY revenue growth in September (ex-one time item) and its last five quarters of ~30% growth is further evidence we all may need to reset long-term expectations. We don't believe it's a coincidence they're now choosing to provide GM information.

  o **FX is a $2B revenue / 200 bp headwind; and its transitory** meaning it will not last forever, and with any good fortune may at some point turn to a tailwind. FX is a legitimate contributor to December guidance being lower than Street would have liked. Add the $2B back into the guidance and revenue would be $98B, in line with Street.

## Valuation

Valuation stable. AAPL has held ~15x - 16x P/E since spring 2017 and we believe this can continue given 1) phone mix, 2) Services momentum, and 3) capital return. Our $256 price target is 16x the $16.00 normalized EPS we believe AAPL can generate by 2020 if they execute to capital return (which we believe could add $1.60 to EPS).

---

PLEASE SEE IMPORTANT DISCLOSURES STARTING ON PAGES 5 - 7 OF THIS REPORT

**Figure 1: Estimate Changes**

| | Sep Q E Actual | Sep Q E Estimate | % Delta | Dec Q E New | Dec Q E Old | % Delta | CY18E New | CY18E Old | % Delta | CY19E New | CY19E Old | % Delta |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue ($M)** | **62,900** | **60,107** | **5%** | **93,584** | **93,047** | **1%** | **270,886** | **267,557** | **1%** | **289,946** | **287,125** | **1%** |
| Mac Revenue | 7,411 | 6,929 | 7% | 8,319 | 7,783 | 7% | 26,908 | 25,890 | 4% | 28,860 | 26,544 | 9% |
| iPhone and Related Products and Services | 37,185 | 36,000 | 3% | 64,400 | 64,400 | 0% | 169,523 | 168,338 | 1% | 180,317 | 181,172 | 0% |
| Software, Services, & Other Sales | 9,981 | 9,776 | 2% | 9,742 | 9,742 | 0% | 38,461 | 38,256 | 1% | 45,615 | 45,369 | 1% |
| iPad and Related Products and Services | 4,089 | 4,171 | -2% | 5,360 | 5,360 | 0% | 18,303 | 18,385 | 0% | 16,577 | 16,517 | 0% |
| Other | 4,234 | 3,231 | 31% | 5,763 | 5,763 | 0% | 17,691 | 16,688 | 6% | 18,576 | 17,523 | 6% |
| **iPhone ASP** | 793 | 750 | 6% | 805 | 805 | 0% | 769 | 760 | 1% | 793 | 793 | 0% |
| **Units (Ms)** | | | | | | | | | | | | |
| Mac PC Units | 5,299 | 5,205 | 2% | 5,874 | 5,770 | 2% | 19,190 | 19,175 | 0% | 19,471 | 19,509 | 0% |
| iPhone Units | 46,889 | 48,000 | -2% | 80,000 | 80,000 | 0% | 220,406 | 221,517 | -1% | 227,351 | 228,440 | 0% |
| iPad Units | 9,699 | 9,538 | 2% | 12,256 | 12,256 | 0% | 44,033 | 44,033 | 0% | 44,162 | 44,162 | 0% |
| **Gross Margin** | **38.3%** | **38.0%** | **25bps** | **38.2%** | **38.6%** | **-45bps** | **38.3%** | **38.4%** | **-10bps** | **38.7%** | **38.9%** | **-28bps** |
| **Opex (incl. options)** | **7,966** | **7,994** | **0%** | **8,703** | **8,467** | **3%** | **32,006** | **31,799** | **1%** | **33,506** | **33,178** | **1%** |
| R&D | 3,750 | 3,186 | 18% | 3,743 | 3,722 | 1% | 14,572 | 13,987 | 4% | 13,856 | 13,722 | 1% |
| SG&A | 4,216 | 4,809 | -12% | 4,960 | 4,745 | 5% | 17,434 | 17,812 | -2% | 19,651 | 19,457 | 1% |
| **Opex % of Revenue** | **12.7%** | **13.3%** | **-64bps** | **9.3%** | **9.1%** | **20bps** | **11.8%** | **11.9%** | **-7bps** | **11.6%** | **11.6%** | **0bps** |
| **Operating Margin (Incl. Options)** | **25.6%** | **24.7%** | **89bps** | **28.9%** | **29.5%** | **-65bps** | **26.4%** | **26.5%** | **-3bps** | **27.1%** | **27.4%** | **-28bps** |
| Tax | 14.0% | 14.5% | -52bps | 16.5% | 14.5% | 200bps | 14.9% | 14.3% | 63bps | 14.5% | 14.5% | 0bps |
| **EPS (Incl. Options)** | **$2.91** | **$2.66** | **10%** | **$4.75** | **$4.91** | **-3%** | **$12.68** | **$12.60** | **1%** | **$14.57** | **$14.49** | **1%** |

Source: FactSet, Company Data and Loop Capital Estimates

## Risks to Our Analysis

1. iPhone X cycle is drawn out through 2018 due to component constraints, leaving investors feeling unsatisfied. In fact, should AAPL experience "typical" refresh cycle demand taking place over a longer period of time, we could actually envision this occurring. Our view is that AAPL has already begun to push out builds due to constraints, and that as a result it has already begun to anticipate 2018 benefitting from refresh demand that would typically occur in the December quarter.

2. Valuation. AAPL is trading at the high end of its 10x – 16x P/E range in anticipation of a more pronounced adoption cycle, and as such is left with less room for disappointment than typical. In fact, if AAPL were to trade down to just its median of 13x – 14x the next four quarters, it would eradicate our entire Buy case.

3. No echo or super cycle materializes. The view that AAPL could benefit from a pronounced adoption cycle, which could emerge this time, is in part formed by the fact that ~250M iPhone users (one-third of AAPL's iPhone installed base) have a phone 2 years or older ahead of what is considered a material iPhone refresh. As supply constraints have pushed some build and ship expectations into 2018, we believe that this view could increasingly be embedded into current valuation. If that continues to be accurate and then were to be violated, we believe the stock would be at risk.

4. Our mix thesis is incorrect, impacting our revenue and GM view. Our Buy view is predicated largely on that iPhone mix will be skewed materially higher / more than Street to Plus+ size models, and that AAPL will benefit both from higher ASPs and GM than the Street recognizes. If this were to turn out not to be the case, then our fundamental case could be at risk.

Confidential    APL-SECLIT_00001818

*Ananda Baruah, Managing Director  - 212.823.1314*

| AAPL Income Statement ($ M's) | F2018A | | | | F2019E | | | | C2017E | C2018E | C2019E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Dec | Mar | Jun | Sep | Dec | Mar | Jun | Sep | | | |
| Revenue | $88,293 | $61,137 | $53,265 | $62,900 | $93,584 | $67,840 | $62,756 | $63,803 | $239,176 | $270,886 | $289,946 |
| Mac Revenue | 6,895 | 5,848 | 5,330 | 7,411 | 8,319 | 6,150 | 6,085 | 7,676 | 25,501 | 26,908 | 28,860 |
| iPhone and Related Products and Services | 61,576 | 38,032 | 29,906 | 37,185 | 64,400 | 43,175 | 37,680 | 36,072 | 148,517 | 169,523 | 180,317 |
| Other | 5,489 | 3,954 | 3,740 | 4,234 | 5,763 | 4,152 | 3,927 | 4,446 | 14,328 | 17,691 | 18,576 |
| Software, Services, & Other Sales | 8,471 | 9,190 | 9,548 | 9,981 | 9,742 | 10,569 | 10,503 | 11,977 | 31,279 | 38,461 | 45,615 |
| iPad and Related Products and Services | 5,862 | 4,113 | 4,741 | 4,089 | 5,360 | 3,794 | 4,562 | 3,632 | 19,551 | 18,303 | 16,577 |
| iWatch | 3,375 | 3,285 | 2,340 | 1,800 | 4,388 | 4,106 | 2,925 | 2,250 | 7,563 | 11,813 | 14,766 |
| Cost of Goods Sold (excl. Stock-based comp.) | 54,381 | 37,715 | 32,844 | 38,816 | 57,878 | 41,415 | 38,470 | 39,133 | 147,254 | 167,253 | 177,859 |
| Gross Profit | 33,912 | 23,422 | 20,421 | 24,084 | 35,706 | 26,425 | 24,286 | 24,669 | 91,922 | 103,633 | 112,087 |
| Total Operating Expense (excl. Stock-based comp.) | 7,638 | 7,528 | 7,809 | 7,966 | 8,703 | 8,141 | 8,472 | 8,294 | 27,663 | 32,006 | 33,506 |
| R&D (excl. Stock-based comp.) | 3,407 | 3,378 | 3,701 | 3,750 | 3,743 | 3,392 | 3,452 | 3,190 | 12,117 | 14,572 | 13,856 |
| SG&A (excl. Stock-based comp.) | 4,231 | 4,150 | 4,108 | 4,216 | 4,960 | 4,749 | 5,021 | 5,104 | 15,546 | 17,434 | 19,651 |
| Operating Income (Pre-Stock-based comp.) | 26,274 | 15,894 | 12,612 | 16,118 | 27,003 | 18,284 | 15,814 | 16,375 | 64,259 | 71,627 | 78,580 |
| Total Operating Expense (incl. Stock-based comp.) | 6,714 | 6,604 | 6,885 | 7,042 | 7,814 | 7,252 | 7,583 | 7,405 | 24,118 | 28,345 | 29,985 |
| R&D (incl. Stock-based comp.) | 2,853 | 2,824 | 3,147 | 3,196 | 3,204 | 2,853 | 2,913 | 2,651 | 10,066 | 12,371 | 11,715 |
| SG&A (incl. Stock-based comp.) | 3,861 | 3,780 | 3,738 | 3,846 | 4,610 | 4,399 | 4,671 | 4,754 | 14,052 | 15,974 | 18,271 |
| Operating Income (Post-Stock-based comp.) | 27,406 | 17,026 | 13,744 | 17,250 | 28,093 | 19,374 | 16,904 | 17,465 | 68,589 | 76,113 | 82,898 |
| Total Interest and Other Income/ (Expenses) | 756 | 274 | 672 | 303 | 300 | 300 | 300 | 300 | 2,677 | 1,549 | 1,200 |
| Pretax Income | 27,030 | 16,168 | 13,284 | 16,421 | 27,303 | 18,584 | 16,114 | 16,675 | 66,936 | 73,176 | 79,780 |
| Provision for Income Taxes (Credit) | 6,965 | 2,346 | 1,765 | 2,296 | 4,505 | 2,695 | 2,337 | 2,418 | 16,414 | 10,912 | 11,568 |
| Net Income (Pre-Options) | 20,065 | 13,822 | 11,519 | 14,125 | 22,798 | 15,889 | 13,777 | 14,257 | 50,522 | 62,264 | 68,212 |
| Stock-based comp. (net of tax) | 840 | 968 | 982 | 974 | 910 | 932 | 932 | 932 | 3,284 | 3,833 | 3,692 |
| Net Income (Post-Options) | 20,905 | 14,790 | 12,501 | 15,099 | 23,708 | 16,821 | 14,709 | 15,189 | 53,806 | 66,097 | 71,904 |
| **Diluted EPS (Pre Options)** | **$3.89** | **$2.73** | **$2.34** | **$2.91** | **$4.75** | **$3.34** | **$2.93** | **$3.06** | **$9.70** | **$12.68** | **$14.57** |
| Diluted Weighted Average Shares | 5,158 | 5,069 | 4,927 | 4,848 | 4,799 | 4,751 | 4,704 | 4,657 | 5,209 | 4,910 | 4,680 |
| **Y/Y Growth** | | | | | | | | | | | |
| Revenue | 13% | 16% | 17% | 20% | 6% | 11% | 18% | 1% | 10% | 13% | 7% |
| Gross Profit | 12% | 14% | 17% | 21% | 5% | 13% | 19% | 2% | 9% | 13% | 8% |
| Opex | 12% | 16% | 16% | 17% | 14% | 8% | 8% | 4% | 12% | 16% | 5% |
| R&D | 19% | 22% | 26% | 25% | 10% | 0% | -7% | -15% | 15% | 20% | (5%) |
| SG&A | 7% | 12% | 9% | 11% | 17% | 14% | 22% | 21% | 9% | 12% | 13% |
| Operating Income | 12% | 13% | 17% | 23% | 3% | 15% | 25% | 2% | 9% | 11% | 10% |
| Pretax Income | 12% | 10% | 17% | 18% | 1% | 15% | 21% | 2% | 10% | 9% | 9% |
| Net Income | 12% | 25% | 32% | 30% | 13% | 14% | 18% | 1% | 11% | 23% | 9% |
| EPS | 16% | 30% | 40% | 39% | 22% | 21% | 23% | 5% | 16% | 7% | 7% |
| **% of Revenues** | | | | | | | | | | | |
| Gross Margin | 38.4% | 38.3% | 38.3% | 38.3% | 38.2% | 39.0% | 38.7% | 38.7% | 38.4% | 38.3% | 38.7% |
| Opex | 8.7% | 12.3% | 14.7% | 12.7% | 9.3% | 12.0% | 13.5% | 13.0% | 11.6% | 11.8% | 11.6% |
| R&D | 3.9% | 5.5% | 6.9% | 6.0% | 4.0% | 5.0% | 5.5% | 5.0% | 5.1% | 5.4% | 4.8% |
| SG&A | 4.8% | 6.8% | 7.7% | 6.7% | 5.3% | 7.0% | 8.0% | 8.0% | 6.5% | 6.4% | 6.8% |
| Operating Income | 29.8% | 26.0% | 23.7% | 25.6% | 28.9% | 27.0% | 25.2% | 25.7% | 26.9% | 26.4% | 27.1% |
| Pretax Income | 30.6% | 26.4% | 24.9% | 26.1% | 29.2% | 27.4% | 25.7% | 26.1% | 28.0% | 27.0% | 27.5% |
| Tax Rate | 25.8% | 14.5% | 13.3% | 14.0% | 16.5% | 14.5% | 14.5% | 14.5% | 24.5% | 14.9% | 14.5% |
| Net Income | 22.7% | 22.6% | 21.6% | 22.5% | 24.4% | 23.4% | 22.0% | 22.3% | 21.1% | 23.0% | 23.5% |

Source: Company Reports & Loop Capital Estimates

Confidential    APL-SECLIT_00001819

## IMPORTANT DISCLOSURES AND INFORMATION ABOUT THE USE OF THIS DOCUMENT

This report has been prepared by Loop Capital Markets LLC ("Loop Capital Markets"). Loop Capital Markets is a broker-dealer registered with the SEC and a member of FINRA and the Securities Investor Protection Corporation (SIPC). Loop Capital Markets is located at 111 W. Jackson Blvd., Suite 1901, Chicago, IL 60604.

### Analyst Certification

Ananda Baruah who is principally responsible for the preparation of this report with respect to each subject security or issuer contained within this report certifies as of the date of the report that:

(1) the recommendations and guidance expressed accurately reflects the research analyst's personal views;

(2) no part of the compensation was, is, or will be directly, or indirectly, related to the specific recommendations or views expressed in this report.

### Company Disclosures

For up-to-date Loop Capital Markets' disclosures, including company-specific disclosures and price charts, please click on the following link or paste URL in a web browser: https://loopcapital.bluematrix.com/sellside/Disclosures.action. Alternatively, disclosures may also be made available by emailing researchcompliance@loopcapital.com or by calling 888-294-8898.

Research Analyst Compensation: Loop Capital Markets' Research Analysts, including the author(s) of this report, receive compensation that is based on a variety of factors, including overall profitability of the Firm and total revenue from all sources, including those from investment banking.

Client: Loop Capital Markets currently has, or had within the past 12 months, the following entity(ies) as clients: Apple Inc.

Investment Banking Services (Next 3 Months): Loop Capital Markets expects to receive, or intends to seek, compensation for investment banking services in the next three months from the Subject Company and other companies discussed in this Report.

Public Offering (Lead or Co-Manager): Loop Capital Markets acted as a lead or co-manager in a public offering of equity and/or debt securities for Apple Inc. in the past 12 months.

Investment Banking Services (Past 12 Months): Loop Capital Markets received, in the past 12 months, compensation for investment banking services from Apple Inc..

The information and rating included in this report represent the long-term view as described more fully below. The analyst may have different views regarding short term trading strategies with respect to the stocks covered by the rating, options on such stocks, and/or other securities or financial instruments issued by the company. Our brokers and analysts may make recommendations to their clients, and our affiliates may make investment decisions that are contrary to the recommendations contained in this research report. Such recommendations or investment decisions are based on the particular investment strategies, risk tolerances, and other investment factors of that particular client or affiliate. From time to time, Loop Capital Markets, and its respective directors, officers, employees, or members of their immediate families may have a long or short position in the securities or other financial instruments mentioned in this report. We provide to certain customers on request specialized research products or services that focus on covered stocks from a particular perspective. These products or services include, but are not limited to, compilations, reviews, and analysis that may use different research methodologies or focus on the prospects for individual stocks as compared to other covered stocks or over differing time horizons or under assumed market events or conditions. Readers should be aware that we may

Confidential                                                                                                              APL-SECLIT_00001820

issue investment research on the subject companies from a technical perspective and/or include in this report discussions about options on stocks covered in this report and/or other securities or financial instruments issued by the company. These analyses are different from fundamental analysis, and the conclusions reached may differ. Technical research and the discussions concerning options and other securities and financial instruments issued by the company do not represent a rating or coverage of any discussed issuer(s). The disclosures concerning distribution of ratings and price charts refer to fundamental research and do not include reference to technical recommendations or discussions concerning options and other securities and financial instruments issued by the company.

## Disclaimer

**Information about our recommendations, holdings and investment decisions:**

The information presented in this report is for informational purposes only. It was prepared based on information and sources that we believe to be reliable, but we make no representations or guarantees as to the accuracy or completeness of the information contained herein. This report is not to be construed as an offer to sell or a solicitation of an offer to buy any security. The opinions expressed in this report may change without notice.

Loop Capital Markets research reports are intended for use by institutional investors. The securities discussed in Loop Capital Markets research reports may not be suitable for some investors. Investors must make their own determination as to the appropriateness of an investment in any securities referred to herein, based on their specific investment objectives, financial status and risk tolerance. Past performance is no guarantee of future results and the predictions made in this report may not be met.

Loop Capital Markets accepts no liability whatsoever for any loss or damage of any kind arising out of the use of all or any part of this report. Loop Capital Markets specifically prohibits the re-distribution of this report by third parties, via the internet or otherwise, and accepts no liability whatsoever for the actions of such third parties in this respect. Additional information is available to clients upon request.



## Stock Ratings

Buy - The stock is expected to trade higher on an absolute basis or outperform relative to the market or its peer stocks over the next 12 months.

Hold - The stock is expected to perform in line with the market or its peer stocks over the next 12 months.

Sell - The stock is expected to trade lower on an absolute basis or underperform relative to the market or its peer stocks over the next 12 months.

Confidential   APL-SECLIT_00001821

### Ratings Distribution for Loop Capital Markets as of November 01, 2018

|  | Count | % of total | IB Serv./Past 12 Mos. Count | % of total |
|---|---|---|---|---|
| Buy | 106 | 62.72% | 12 | 11.32% |
| Hold | 59 | 34.91% | 2 | 3.39% |
| Sell | 4 | 2.37% | 0 | 0.00% |

Source: Loop Capital Markets