# EXHIBIT 67

Macquarie Research |

2 November 2018

United States

## EQUITIES

| AAPL US | Outperform |
|---|---|
| Price (at 20:50, 01 Nov 2018 GMT) | US$218.86 |

| Valuation | US$ | 222.00 |
|---|---|---|
| - DCF (WACC 8.9%, beta 1.3, ERP 6.0%, RFR 1.8%, TGR 1.0%) | | |
| 12-month target | US$ | 222.00 |
| 12-month TSR | % | +2.3 |
| GICS sector | | |
| Technology Hardware & Equipment | | |
| Market cap | US$m | 1,057,078 |
| 30-day avg turnover | US$m | 7,396.9 |
| Number shares on issue | m | 4,830 |

Investment fundamentals

| Year end 30 Sep | | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|
| Revenue | bn | 265.6 | 280.3 | 294.2 | 307.7 |
| EBIT | bn | 70.9 | 72.9 | 77.5 | 81.9 |
| EPS adj | US$ | 11.87 | 13.22 | 14.80 | 16.52 |
| EPS adj growth | % | 29.2 | 11.4 | 12.0 | 11.6 |
| PER adj | x | 18.4 | 16.6 | 14.8 | 13.2 |
| EV/EBITDA | x | 13.2 | 12.2 | 10.9 | 9.8 |

### AAPL US vs S&P 500, & rec history



Note: Recommendation timeline - if not a continuous line, then there was no Macquarie coverage at the time or there was an embargo period.
Source: FactSet, Macquarie Research, November 2018
(all figures in USD unless noted)

**Analysts**
Macquarie Capital (USA) Inc.

Benjamin Schachter   +1 212 231 0644
ben.schachter@macquarie.com

Ed Alter   +1 212 231 1272
ed.alter@macquarie.com

Angela Newell   +1 212 231 6600
angela.newell@macquarie.com

# Apple (AAPL US)
## F4Q'18: Increased Uncertainty; Services Key

### Key points
- Less disclosure on units; more disclosure on Services GM.
- iPhone units weak; iPhone ASP better than expected.
- Services growth 27% y/y; is Apple Pay poised to be a driver?

### Event
- F4Q revs and EPS were 2.2% and $0.14 above our expectations, respectively.

### The Bottom Line
Post AAPL 4Q results, there is more uncertainty for the stock. The qtr itself was mixed, with revs and earnings ahead of expectations; however, iPhone units were well below (46.9m vs 49m) but ASPs were higher ($793 vs $729). Services was solid, up 27% y/y adj, with strength in all products and geo's. 1Q guidance is below expectations (though adj for $2bn FX impact, it's not quite as bad as first take).

The concern, and increased uncertainty, post results is based, in part, on the fact that AAPL will no longer give unit results for iPhone, iPad, and Macs. Long time AAPL watchers will clearly be disappointed by this and the assumption is that units are very likely to turn negative for the near-mid-term and that is why AAPL is making the disclosure change. We are not as concerned about this change as others, as we have already expected virtually all of AAPL's growth to come from Services going forward. Additionally, AAPL will actually be giving more disclosure around Services by now providing GM for hardware and Services separately. We view this as a meaningful positive and think that it indicates that GM could likely rise as Services expand.

Given our focus on Services, the new forthcoming disclosure should provide more light on the Services drivers. We are concerned that the key drivers over the past few years—App Store, Licensing, and Apple Care—will slow in the coming quarters and that smaller Services business such as Apple Pay and iCloud will need to become big enough to take up the slack. Notably, Tim Cook spent time highlighting the growth of Apple Pay. This could indicate that Apple Pay is poised to become a more meaningful contributor to Services growth. That would be positive and help assuage our concerns about a Services slowdown from slowing Asia games and slowing Google rev.

The bottom line is that in the four years since our initiation on AAPL, our thesis has been that Services are the future of AAPL. We continue to believe that. The new disclosures highlight that hardware units will slow (and probably decline) while high-margin Services will continue to ramp. While we have concerns about Asia games impacting App Store growth and tough comps from the Google renegotiation last year hitting licensing, we think Cook's commentary on Apple Pay is encouraging. We are reiterating our Outperform rating but reducing our PT to $222 (from $235).

### Earnings and target price revision
- FY19 revs down 3.3%, EPS down $1.09 to $13.25. Lower PT to $222 from $235.

### Price catalyst
- 12-month price target: US$222.00 based on a DCF methodology.
- Catalyst: New product announcements & data, app store data, F4Q'18 earnings.

### Action and recommendation
- Affirm Outperform rating and lowering PT to $222.

**Please refer to page 10 for important disclosures and analyst certification, or on our website www.macquarie.com/research/disclosures.**

Fig 1    Changes to our Estimates for AAPL

|  | Q1 FY'19E | | | FY'19E | | | FY'20E | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | Current | Former | Chg | Current | Former | % Chg | Current | Former | % Chg |
| Revenue | $91,974 | $96,397 | -4.6% | $280,292 | $289,926 | -3.3% | $294,216 | $305,051 | -3.6% |
| EBITDA | $30,698 | $32,966 | -6.9% | $90,090 | $94,674 | -4.8% | $95,552 | $100,291 | -4.7% |
| *EBITDA Margin* | *33.4%* | *34.2%* | *-82 bps* | *32.1%* | *32.7%* | *-51 bps* | *32.5%* | *32.9%* | *-40 bps* |
| EBIT | $26,488 | $28,554 | -7.2% | $72,921 | $76,640 | -4.9% | $77,507 | $81,282 | -4.6% |
| *EBIT Margin* | *28.8%* | *29.6%* | *-82 bps* | *26.0%* | *26.4%* | *-42 bps* | *26.3%* | *26.6%* | *-30 bps* |
| EPS (GAAP) | $4.67 | $5.24 | -10.9% | $13.25 | $14.34 | -7.6% | $14.84 | $16.02 | -7.4% |

Note: the EPS calculation differs from the front page investment fundamentals because of share count differences
Source: Company data, Macquarie Capital (USA), November 2018, ($m except per share data)

**Key Positives from the quarter:**

- Services growth of 27% y/y on an adj basis
- New disclosures for Services GM starting next quarter
- iPhone ASP up 28% y/y to $793
- Other revs up 31%, Wearables up 50%
- EBIT grew 23% y/y, its highest rate in 12 quarters
- Emphasizing coming products related to health care

**Key Concerns**

- Weaker-than-expected guidance (revs expected up 0.8%-5.3%)
- Removing unit disclosures for hardware starting next quarter
- 4Q opex grew 17% y/y, highest level in 12 quarters
- ==Commentary about macro uncertainty, particularly in emerging markets==

**Key Points from the Release**

- **Changes in reporting** – AAPL announced that it will change its financial reporting starting FY2019. On the positive side, AAPL will now provide greater transparency into the split between products and Services by giving gross separate costs of sales and gross margins for both total products and total Services. Secondly, AAPL is adopting a new standard for rev recognition that will move the deferred services revs for bundled services such as Maps, Siri, and free iCloud that was previously part of product revs into Services. The move accounts for only 1% of total company revenue. AAPL is also renaming Other Products to Wearables, Home, and Accessories.

  The more surprising and certainly controversial change is that AAPL will no longer be disclosing units for iPhone, iPad, and Mac. AAPL said the change is because more recently the company has expanded the number of products available in each category and that the number of unit sales has less and less correlated to the success of the business with rising ASPs and the growing installed base for Services. While this is true, it also essentially confirms that AAPL expects unimpressive unit growth and potentially even declines for the foreseeable future, and will attempt to mask that fact by controlling ASPs with less transparency.

- **iPhone** –Total iPhone revs were up 29% to $37.2B, units were up 0.5% at 46.9mm, and ASP was up 28% to $793. Revs were a F4Q record aided by the launch of the iPhone Xs and Xs Max in the quarter comping against only the launch of the 8 and 8 Plus last year as the X didn't launch until the December quarter. The trend will reverse for FQ1'19, with the launch of the iPhone Xr comping against the launch of the iPhone X last year. The F4Q'18 results appear to be setting up for the new paradigm for AAPL hardware, in which units were essentially flat but ASP increases led to y/y growth for the category.

Confidential     APL-SECLIT_00002045

- **Services** – Services was again a source of strength in 4Q, with revs up 27% on a like-for-like basis excluding the $640m one-time favourable adjustment in 4Q'17. Services growth was broad based, setting F4Q records across each of AAPL's five geographic segments, and new all-time records for the App Store, AppleCare, Apple Music, Cloud services, and Apple Pay. Apple Pay transactions were up 3x y/y and is now available at 71 of the top 100 merchants in the U.S., and at 60% of all U.S. retail locations. AAPL also continues to see augmented reality as a growth vector for Services, launching the improved ARKit 2 with iOS 12.

- **Subscriptions** – AAPL said there are now 330m paid subscriptions throughout the ecosystem, up 50% y/y and up from 300m in F3Q and 270m in F2Q. Mgmt. disclosed that there are a total of 30,00 third-party subscription apps available through the App Store, and that the largest of them (aka. Netflix) represents 0.3% of total Services revenue ($29.9m). The comment was an obvious response to the news that Netflix is attempting to bypass the App Store in certain international markets by making in-app signups unavailable and instead directing users to sign up via the web where AAPL does not receive a commission. Tim Cook said that AAPL does not have an issue with larger developers like Netflix concluding they can run their business outside of the App Store. However, the moves by Netflix, Spotify, Fortnite, and others are clearly indicative of a growing consensus pushing back against the App Store commission structure and, while that percentage is relatively small now, could grow to a tipping point.

- **China** – Greater China revenue grew 16% to $11.4B, the fifth straight quarter of double-digit growth. Apple noted that the Other Products category was a bit stronger than the overall company number of 31% growth. iPhone also saw double-digit growth. The App Store, however, has seen a slowdown, specifically on new game approvals, far below the historical pace. Mgmt. commented that they don't believe the slowdown has anything to do with trade-related discussions, rather it is strictly a domestic issue regarding China's new regulatory setup regarding the approval of new video games in the country. China has recently resumed approving new games, but the months-long freeze has created a significantly large backlog that will need to be moved through. The issue has impacted all game developers in the region, most notably Tencent, and with the App Store's disproportionate reliance on China games this issue has naturally impacted AAPL as well.

- **Double-digit growth in all geographic segments, mixed results at a country level** – iPhone revenue grew more than 20% in every geographic segment, and Apple achieved record 4Q revenue in the Americas, Europe, Japan, and the rest of Asia Pacific. Apple noted that the Emerging Markets they are seeing pressure in are markets like Turkey, India, Brazil, and Russia, where currencies have weakened over the recent period. India was flat in 4Q and Brazil was down.

- **Other Products** – Other Products grew 31% to $4.2B, driven by another record quarter for Wearables, which include Apple Watch, Beats, and AirPods, up over 50% y/y, and strong performance of Apple TV as well as the introduction of HomePod. Starting in 1Q, Apple will be renaming the Other Products category to "Wearables, Home, and Accessories". The ECG App will be available to Apple Watch Series 4 customers later this year.

- **iPad** – iPad revenue fell 15% to $4.1B and units were down 6%. Apple sold 9.7m iPads during the quarter, and generated growth in a number of key regions, including Latin America, Europe, Japan, India, and South Asia. Apple noted that nearly half of iPad purchases in 4Q were by customers new to iPad and active installed base reached new all-time high. AAPL announced the third generation of iPad Pro with updated Apple Pencil and Smart Keyboard Folio at the hardware event in Brooklyn on Tuesday. The iPad is following the iPhone X, eliminating the home button and Touch ID in favor of slimmer bezels and Face ID. The new iPad pros are powered by AAPL's 7 nanometer A12X Bionic 8-core CPU and 7-core GPU. The CPU features 4 performance cores, and 4 high-efficiency cores, and importantly can better leverage all 8 cores at once for better than AAPL's prior CPUs. AAPL says the new A12X CPU has 35% faster single core performance, and 90% faster multicore performance than the prior model, and that the GPU has 2x the performance. The result from three year of iterative improvements is that the iPad Pro now looks like a product that can fully replace a laptop, rather than simply mimicking one, all while adding the benefits of a touch screen tablet.

Confidential     APL-SECLIT_00002046

- **Mac** – Mac revenue increased 3% to $7.4B, an all-time quarterly record, driven by the new MacBook Pro models launched in July. Apple noted positive momentum in Emerging Markets with strong growth in Latin America, India, the Middle East, Africa, and Central and Eastern Europe. The active installed base of Mac at 100m+ units is at an all-time high and Apple noted that the majority of customers purchasing Mac in the September quarter were new to Mac. AAPL announced a refresh for the MacBook Air and Mac Mini at its hardware event on Tuesday.
- **Margins** – Gross margin in 4Q was 38.3%, flat q/q and up 38bps y/y, as leverage from higher revenue offset seasonal transition costs. For December, AAPL guided margins to roughly flat q/q again (38-38.5%), expecting ~90bps of FX headwinds offset by 30bps from favorable memory pricing, positive leverage and commodity savings.
- **AR** – Tim Cook again noted his optimism for AR, highlighting ARKit 2 to make more powerful AR apps and shared persistent AR experiences with object and image tracking.
- **Capital Allocation** – In F3Q, AAPL returned over $23B to investors, including $3.5B in dividends and $19.4B in share buyback.
- **Guidance** – F1Q'19 guidance was lighter than we were expecting with Revenue of $89B-$93B, gross margin of 38%-38.5%, operating expenses of $8.7B-$8.8B and OI&E of $300mm. AAPL expects a tax rate of approximately 16.5% in F1Q before discrete items.

**Fig 2   Fiscal 1Q'19 Guidance**

|  | Q1 FY'19E Guidance | | | %/ bps Chg Y/Y | Q/Q | New Macq. Estimates | Guid. vs. Macq. $ | % |
|---|---|---|---|---|---|---|---|---|
| Revenue | $89.0 | - | $93.0 | 3% | 45% | $92.0 | ($1.0) | -1% |
| Gross Profit (implied) | $33.82 | - | $35.8 | 3% | 45% | $35.2 | ($0.4) | -1% |
| Gross Margin | 38.0% | - | 38.5% | -16 | -4 | 38.3% | -5 bps | |
| Operating Expense | $8.70 | - | $8.80 | 15% | 10% | $8.7 | $0.0 | 0% |
| GAAP EBIT (implied) | $25.1 | - | $27.0 | -1% | 62% | $26.5 | ($0.4) | -2% |
| mgn (at midpoint) | 28.6% | | | -112 | 302 | 28.8% | -16 bps | |
| Other income/(expense) | $0.300 | | | -60% | -1% | $0.304 | ($0) | -1% |
| Tax Rate | 16.5% | | | -927 | 252 | 16.5% | 0 bps | |

Source: Company data, Macquarie Capital (USA), November 2018, ($m except per share data)

Confidential　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　APL-SECLIT_00002047

Fig 3   Updated Segment Forecasts

|  | Q1 FY'19E | | | FY'19E | | | FY'20E | | |
|---|---|---|---|---|---|---|---|---|---|
|  | Current | Former | Chg | Current | Former | % Chg | Current | Former | % Chg |
| Revenue | $91,974 | $96,397 | -4.6% | $280,292 | $289,926 | -3.3% | $294,216 | $305,051 | -3.6% |
| EBITDA | $30,698 | $32,966 | -6.9% | $90,090 | $94,674 | -4.8% | $95,552 | $100,291 | -4.7% |
| *EBITDA Margin* | *33.4%* | *34.2%* | *-82 bps* | *32.1%* | *32.7%* | *-51 bps* | *32.5%* | *32.9%* | *-40 bps* |
| EBIT | $26,488 | $28,554 | -7.2% | $72,921 | $76,640 | -4.9% | $77,507 | $81,282 | -4.6% |
| *EBIT Margin* | *28.8%* | *29.6%* | *-82 bps* | *26.0%* | *26.4%* | *-42 bps* | *26.3%* | *26.6%* | *-30 bps* |
| EPS (GAAP) | $4.67 | $5.24 | -10.9% | $13.25 | $14.34 | -7.6% | $14.84 | $16.02 | -7.4% |
|  |  |  |  |  |  |  |  |  |  |
| Gross Margin | 38.3% | 38.8% | -47 bps | 38.6% | 38.7% | -12 bps | 39.4% | 39.4% | -1 bps |
| Operating Margin | 28.8% | 29.6% | -82 bps | 26.0% | 26.4% | -42 bps | 26.3% | 26.6% | -30 bps |
|  |  |  |  |  |  |  |  |  |  |
| iPhone Revenue | $61,570 | $65,320 | -5.7% | $168,741 | $176,045 | -4.1% | $169,789 | $177,111 | -4.1% |
| iPhone Units | 76.5 | 78.9 | -2.9% | 216.0 | 225.2 | -4.1% | 221.8 | 231.3 | -4.1% |
| iPad Revenue | $5,663 | $5,902 | -4.0% | $17,718 | $19,436 | -8.8% | $16,806 | $19,622 | -14.4% |
| iPad Units | 13.2 | 13.3 | -1.0% | 42.2 | 44.8 | -5.9% | 40.9 | 45.4 | -9.9% |
| Mac Revenue | $7,149 | $7,478 | -4.4% | $25,466 | $25,583 | -0.5% | $25,976 | $25,866 | 0.4% |
| Mac Units | 5.1 | 5.1 | 0.9% | 18.2 | 17.3 | 5.0% | 18.2 | 17.2 | 6.0% |
| Other Products Rev. | $6,993 | $7,048 | -0.8% | $22,190 | $22,527 | -1.5% | $26,496 | $27,122 | -2.3% |
|  |  |  |  |  |  |  |  |  |  |
| Services Revenue | $10,598 | $10,650 | -0.5% | $46,177 | $46,335 | -0.3% | $55,149 | $55,330 | -0.3% |

Source: Company data, Macquarie Capital (USA), November 2018, ($m except per share data)

Confidential                                                                                                                            APL-SECLIT_00002048

**Fig 4    Product Segment Results**

| Segment Results | Actual<br>Q4 FY'18A | Estimated<br>Q4 FY'18E | %/ bps Chg<br>Y/Y | %/ bps Chg<br>Q/Q | Historical Comps<br>Q4 FY'17A | Historical Comps<br>Q3 FY'18A |
|---|---|---|---|---|---|---|
| **iPhone** | | | | | | |
| Units (mm) | 46.9 | 49.0 | 0.5% | 13.5% | 46.7 | 41.3 |
| ASP ($) | $793 | $729 | 28.3% | 9.5% | $618 | $724 |
| **Revenue ($mm)** | **$37,185** | **$35,740** | **28.9%** | **24.3%** | **$28,846** | **$29,906** |
| % total revs | 59.1% | 58.1% | 426 | 297 | 54.9% | 56.1% |
| **Services** | | | | | | |
| **Revenue ($mm)** | **$9,981** | **$10,159** | *17.4%* | *4.5%* | **$8,501** | **$9,548** |
| *% of total revs* | 15.9% | 16.5% | -30bps | -206bps | 16.2% | 17.9% |
| **iPad** | | | | | | |
| Units (mm) | 9.7 | 10.4 | -6.1% | -16.0% | 10.3 | 11.6 |
| ASP ($) | $422 | $435 | -9.9% | 2.7% | $468 | $410 |
| **Revenue ($mm)** | **$4,089** | **$4,537** | **-15.4%** | **-13.8%** | **$4,831** | **$4,741** |
| % total revs | 6.5% | 7.4% | (269) | (240) | 9.2% | 8.9% |
| **Mac** | | | | | | |
| Units (mm) | 5.3 | 4.6 | -1.6% | 42.4% | 5.4 | 3.7 |
| ASP ($) | $1,399 | $1,476 | 5.1% | -2.4% | $1,331 | $1,433 |
| **Revenue ($mm)** | **$7,411** | **$6,756** | **3.4%** | **39.0%** | **$7,170** | **$5,330** |
| % total revs | 11.8% | 11.0% | (185) | 178 | 13.6% | 10.0% |
| **Other Products Revenue ($mm)** | **$4,234** | **$4,362** | **31.0%** | **13.2%** | **$3,231** | **$3,740** |
| % total revs | 6.7% | 7.1% | 59 | (29) | 6.1% | 7.0% |

Source: Company data, Macquarie Capital (USA), November 2018, ($m except per share data)

Confidential    APL-SECLIT_00002049

Fig 5　Quarter vs. Quarter Comparison

| Income Statement | Reported Q4 FY'18A | % of Revs | Estimated Q4 FY'18E | % of Revs | Difference % | Difference $ | %Chg Y/Y | %Chg Q/Q |
|---|---|---|---|---|---|---|---|---|
| Total Revenue | $62,900 | 100% | $61,554 | 100.0% | 2.2% | $1,346 | 19.6% | 18.1% |
| Cost of sales | $38,816 | 61.7% | $38,010 | 61.8% | 2.1% | $806 | 18.9% | 18.2% |
| Gross Profit | $24,084 | 38.3% | $23,544 | 38.3% | 2.3% | $540 | 20.8% | 17.9% |
| Op Ex (GAAP): | | | | | | | | |
| Research and development | $3,750 | 6.0% | $3,786 | 6.2% | -0.9% | -$36 | 25.1% | 1.3% |
| Selling, general, and administrative | $4,216 | 6.7% | $4,247 | 6.9% | -0.7% | -$31 | 10.5% | 2.6% |
| Total Stock Compensation | $1,345 | 2.1% | $1,374 | 2.2% | -2.1% | -$29 | 14.6% | -0.4% |
| Other | $0 | 0.0% | $0 | 0.0% | nm | $0 | nm | nm |
| Total Op Ex (GAAP) | $7,966 | 12.7% | $8,033 | 13.1% | -0.8% | -$67 | 17.0% | 2.0% |
| EBIT (Non-GAAP) | $16,118 | 25.6% | $15,512 | 25.2% | 3.9% | $606 | 22.9% | 27.8% |
| Total other income (expense), net | $303 | 0% | $302 | 0.5% | 0.5% | $1 | -62.0% | -54.9% |
| One-time (charges)/gains | $0 | 0% | $0 | 0.0% | nm | $0 | nm | nm |
| Pre-Tax Inc. (GAAP) | $16,421 | 26% | $15,813 | 25.7% | 3.8% | $608 | 18.0% | 23.6% |
| Pre-Tax Inc. (Non-GAAP) | $17,766 | 28% | $17,188 | 27.9% | 3.4% | $578 | 17.7% | 21.4% |
| Taxes | $2,296 | 4% | $2,372 | 3.9% | -3.2% | -$76 | -28.3% | 30.1% |
| Net Income (GAAP) | $14,125 | 22% | $13,441 | 21.8% | 5.1% | $684 | 31.8% | 22.6% |
| GAAP EPS | $2.91 | -- | $2.77 | -- | 5.2% | $0.14 | 41.0% | 24.6% |
| Number of shares (mm) | 4,847.5 | -- | 4,851.6 | -- | -0.1% | -4 | -6.5% | -1.6% |
| Effective tax rate (GAAP) | 14.0% | -- | 15.0% | | | | | |
| Key Metrics | Q4 FY'18A | % of Revs | Q4 FY'18E | % of Revs | % | $ | Y/Y | Q/Q |
| D&A | $2,754 | 4.4% | $2,908 | 4.7% | -5.3% | -$154 | 10.9% | 3.3% |
| EBITDA (non-GAAP) | $20,217 | 32.1% | $19,794 | 32.2% | 2.1% | $423 | 20.5% | 21.6% |
| CapEx | $3,041 | 4.8% | $4,309 | 7.0% | -29.4% | -$1,268 | -21.3% | -6.9% |
| FCF (CFFO - Cap Ex) | $16,482 | 26.2% | $11,242 | 18.3% | 46.6% | $5,240 | 32.7% | 46.9% |

Source: Company data, Macquarie Capital (USA), November 2018, ($m except per share data)

Confidential　　APL-SECLIT_00002050

**Fig 6  AAPL – Quarterly Income Statement**

| (US$ in millions, except per share data) | FY 2017A YearA | Q1 FY'18A 12/31/17 | Q2 FY'18A 3/31/18 | Q3 FY'18A 6/30/18 | Q4 FY'18A 9/30/18 | FY 2018E YearA | Q1 FY19E 12/31/18 | Q2 FY19E 3/31/19 | Q3 FY19E 6/30/19 | Q4 FY19E 9/30/19 | FY 2019E YearE | FY 2020E YearE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues:** | | | | | | | | | | | | |
| iPhone Revs | $141,319 | $61,576 | $38,032 | $29,906 | $37,185 | $166,699 | $61,570 | $38,762 | $30,480 | $37,929 | $168,741 | $169,789 |
| iPad Revenue | $19,222 | $5,862 | $4,113 | $4,741 | $4,089 | $18,805 | $5,663 | $3,854 | $4,403 | $3,797 | $17,718 | $16,806 |
| Mac Revenue | $25,850 | $6,895 | $5,848 | $5,330 | $7,411 | $25,484 | $7,149 | $5,703 | $5,203 | $7,411 | $25,466 | $25,976 |
| Other Products | $12,863 | $5,489 | $3,954 | $3,740 | $4,234 | $17,417 | $6,993 | $5,038 | $4,765 | $5,394 | $22,190 | $26,496 |
| Services | $29,980 | $8,471 | $9,190 | $9,548 | $9,981 | $37,190 | $10,598 | $11,386 | $11,756 | $12,437 | $46,177 | $55,149 |
| **Total Revenue** | **$229,234** | **$88,293** | **$61,137** | **$53,265** | **$62,900** | **$265,595** | **$91,974** | **$64,744** | **$56,607** | **$66,968** | **$280,292** | **$294,216** |
| Cost of sales | $141,048 | $54,381 | $37,715 | $32,844 | $38,816 | $163,756 | $56,748 | $39,891 | $34,689 | $40,891 | $172,219 | $178,293 |
| **Gross Profit (GAAP)** | **$88,186** | **$33,912** | **$23,422** | **$20,421** | **$24,084** | **$101,839** | **$35,226** | **$24,852** | **$21,918** | **$26,077** | **$108,073** | **$115,923** |
| **Operating Expenses (GAAP):** | | | | | | | | | | | | |
| Research and development | $11,581 | $3,407 | $3,378 | $3,701 | $3,750 | $14,236 | $4,139 | $4,079 | $4,359 | $4,420 | $16,996 | $19,336 |
| Selling, general, and administrative | $15,261 | $4,231 | $4,150 | $4,108 | $4,216 | $16,705 | $4,599 | $4,532 | $4,472 | $4,554 | $18,157 | $19,079 |
| Total Stock Compensation | $4,840 | $1,296 | $1,348 | $1,351 | $1,345 | $5,340 | $1,350 | $1,428 | $1,436 | $1,432 | $5,645 | $5,934 |
| Total Operating Expenses (GAAP) | $26,842 | $7,638 | $7,528 | $7,809 | $7,966 | $30,941 | $8,737 | $8,611 | $8,831 | $8,974 | $35,153 | $38,416 |
| Total Operating Expenses (Non-GAAP) | $22,002 | $6,342 | $6,180 | $6,458 | $6,621 | $25,601 | $7,387 | $7,183 | $7,395 | $7,542 | $29,508 | $32,482 |
| **Operating Income (GAAP)** | **$61,344** | **$26,274** | **$15,894** | **$12,612** | **$16,118** | **$70,898** | **$26,488** | **$16,241** | **$13,087** | **$17,103** | **$72,921** | **$77,507** |
| **Operating Income (Non-GAAP)** | **$66,184** | **$27,570** | **$17,242** | **$13,963** | **$17,463** | **$76,238** | **$27,838** | **$17,669** | **$14,523** | **$18,535** | **$78,566** | **$83,440** |
| Total other income (expense), net | $2,745 | $756 | $274 | $672 | $303 | $2,005 | $304 | $290 | $714 | $323 | $1,630 | $1,714 |
| Pre-Tax Income (GAAP) | $64,089 | $27,030 | $16,168 | $13,284 | $16,421 | $72,903 | $26,792 | $16,532 | $13,801 | $17,426 | $74,551 | $79,221 |
| Pre-Tax Income (Non-GAAP) | $68,929 | $28,326 | $17,516 | $14,635 | $17,766 | $78,243 | $28,142 | $17,959 | $15,237 | $18,858 | $80,196 | $85,155 |
| Provision for income taxes (GAAP) | $15,738 | $6,965 | $2,346 | $1,765 | $2,296 | $13,372 | $4,421 | $2,728 | $2,277 | $2,875 | $12,301 | $13,072 |
| Provision for income taxes (non-GAAP) | $16,911 | $7,299 | $2,542 | $1,945 | $2,484 | $14,269 | $4,643 | $2,963 | $2,514 | $3,112 | $13,232 | $14,051 |
| **Net Income (GAAP)** | **$48,351** | **$20,065** | **$13,822** | **$11,519** | **$14,125** | **$59,531** | **$22,371** | **$13,804** | **$11,524** | **$14,551** | **$62,250** | **$66,150** |
| EPS (GAAP) | $9.21 | $3.89 | $2.73 | $2.34 | $2.91 | $11.91 | $4.67 | $2.92 | $2.47 | $3.16 | $13.25 | $14.84 |
| Diluted shares | 5,252 | 5,158 | 5,068 | 4,927 | 4,848 | 5,000 | 4,788 | 4,728 | 4,668 | 4,608 | 4,698 | 4,458 |
| Depreciation & Amortization | $10,157 | $2,745 | $2,739 | $2,665 | $2,754 | $10,903 | $2,859 | $2,901 | $2,832 | $2,932 | $11,524 | $12,111 |
| **Non-GAAP EBITDA** | **$76,341** | **$30,315** | **$19,981** | **$16,628** | **$20,217** | **$87,141** | **$30,698** | **$20,570** | **$17,355** | **$21,467** | **$90,090** | **$95,552** |
| **Margin Analysis (as % of Net Revenues):** | | | | | | | | | | | | |
| Gross Margin (GAAP) | 38.5% | 38.4% | 38.3% | 38.3% | 38.3% | 38.3% | 38.3% | 38.4% | 38.7% | 38.9% | 38.6% | 39.4% |
| Operating Income Margin (GAAP) | 26.8% | 29.8% | 26.0% | 23.7% | 25.6% | 26.7% | 28.8% | 25.1% | 23.1% | 25.5% | 26.0% | 26.3% |
| Operating Income Margin (Non-GAAP) | 28.9% | 31.2% | 28.2% | 26.2% | 27.8% | 28.7% | 30.3% | 27.3% | 25.7% | 27.7% | 28.0% | 28.4% |
| EBITDA Margin (Non-GAAP) | 33.3% | 34.3% | 32.7% | 31.2% | 32.1% | 32.8% | 33.4% | 31.8% | 30.7% | 32.1% | 32.1% | 32.5% |
| Pre-tax Income Margin (GAAP) | 28.0% | 30.6% | 26.4% | 24.9% | 26.1% | 27.4% | 29.1% | 25.5% | 24.4% | 26.0% | 26.6% | 26.9% |
| Pre-tax Income Margin (Non-GAAP) | 30.1% | 32.1% | 28.7% | 27.5% | 28.2% | 29.5% | 30.6% | 27.7% | 26.9% | 28.2% | 28.6% | 28.9% |
| Effective Tax Rate (GAAP) | 24.6% | 25.8% | 14.5% | 13.3% | 14.0% | 18.3% | 16.5% | 16.5% | 16.5% | 16.5% | 16.5% | 16.5% |
| **Year-over-Year Percentage Change:** | | | | | | | | | | | | |
| iPhone Revs | 3.4% | 13.2% | 14.4% | 20.4% | 28.9% | 18.0% | 0.0% | 1.9% | 1.9% | 2.0% | 1.2% | 0.6% |
| iPad Revenue | -6.8% | 5.9% | 5.8% | -4.6% | -15.4% | -2.2% | -3.4% | -6.3% | -7.1% | -7.1% | -5.8% | -5.1% |
| Mac Revenue | 13.2% | -4.8% | 0.1% | -4.7% | 3.4% | -1.4% | 3.7% | -2.5% | -2.4% | 0.0% | -0.1% | 2.0% |
| Other Products | 15.5% | 36.4% | 37.6% | 36.7% | 31.0% | 35.4% | 27.4% | 27.4% | 27.4% | 27.4% | 27.4% | 19.4% |
| Services | 23.1% | 18.1% | 30.5% | 31.4% | 17.4% | 24.0% | 25.1% | 23.9% | 23.1% | 24.6% | 24.2% | 19.4% |
| Total Revenue | 6.3% | 12.7% | 15.6% | 17.3% | 19.6% | 15.9% | 4.2% | 5.9% | 6.3% | 6.5% | 5.5% | 5.0% |
| Gross Profit (GAAP) | 4.7% | 12.4% | 13.7% | 16.8% | 20.8% | 15.5% | 3.9% | 6.1% | 7.3% | 8.3% | 6.1% | 7.3% |
| Operating Expenses (GAAP) | 10.7% | 12.0% | 15.9% | 16.2% | 17.0% | 15.3% | 14.4% | 14.4% | 13.1% | 12.7% | 13.6% | 9.3% |
| Operating Income (GAAP) | 2.2% | 12.5% | 12.7% | 17.1% | 22.9% | 15.6% | 0.8% | 2.2% | 3.8% | 6.1% | 2.9% | 6.3% |
| Net Income (GAAP) | 5.8% | 12.2% | 25.3% | 32.1% | 31.8% | 23.1% | 11.5% | -0.1% | 0.0% | 3.0% | 4.6% | 6.3% |
| EPS (GAAP) | 10.8% | 15.9% | 30.1% | 40.4% | 41.0% | 29.3% | 20.1% | 7.1% | 5.6% | 8.4% | 11.3% | 12.0% |
| EBITDA (Non-GAAP) | 2.1% | 9.8% | 13.2% | 16.2% | 20.5% | 14.1% | 1.3% | 2.9% | 4.4% | 6.2% | 3.4% | 6.1% |
| **Operating Expenses as % of Net Revenues** | | | | | | | | | | | | |
| Research and development | 5.1% | 3.9% | 5.5% | 6.9% | 6.0% | 5.4% | 4.5% | 6.3% | 7.7% | 6.6% | 6.1% | 6.6% |
| Selling, general, and administrative | 6.7% | 4.8% | 6.8% | 7.7% | 6.7% | 6.3% | 5.0% | 7.0% | 7.9% | 6.8% | 6.5% | 6.5% |
| Total Stock Compensation | 2.1% | 1.5% | 2.2% | 2.5% | 2.1% | 2.0% | 1.5% | 2.2% | 2.5% | 2.1% | 2.0% | 2.0% |

Note: the EPS calculation differs from the front page investment fundamentals because of share count differences
Source: Company data, Macquarie Capital (USA), November 2018

# Macquarie Quant View

**The Quant View page below has been derived from models that are developed and maintained by Sales and Trading personnel at Macquarie. The models are not a product of the Macquarie Research Department.**

The quant model currently holds a strong positive view on Apple. The strongest style exposure is Earnings Momentum, indicating this stock has received earnings upgrades and is well liked by sell side analysts. The weakest style exposure is Valuations, indicating this stock is over-priced in the market relative to its peers.

**87/952**
Global rank in
Technology Hardware & Equipment

| | |
|---|---|
| % of BUY recommendations | 66% (27/41) |
| Number of Price Target downgrades | 1 |
| Number of Price Target upgrades | 4 |



Displays where the company's ranked based on the fundamental consensus Price Target and Macquarie's Quantitative Alpha model.

Two rankings: Local market (United States) and Global sector (Technology Hardware & Equipment)

## Macquarie Alpha Model ranking

A list of comparable companies and their Macquarie Alpha model score (higher is better).



## Factors driving the Alpha Model

For the comparable firms this chart shows the key underlying styles and their contribution to the current overall Alpha score.



## Macquarie Earnings Sentiment Indicator

The Macquarie Sentiment Indicator is an enhanced earnings revisions signal that favours analysts who have more timely and higher conviction revisions. Current score shown below.



## Drivers of Stock Return

Breakdown of 1 year total return (local currency) into returns from dividends, changes in forward earnings estimates and the resulting change in earnings multiple.



## What drove this Company in the last 5 years

Which factor score has had the greatest correlation with the company's returns over the last 5 years.



## How it looks on the Alpha model

A more granular view of the underlying style scores that drive the alpha (higher is better) and the percentile rank relative to the sector and market.



Source (all charts): FactSet, Thomson Reuters, and Macquarie Quant. For more details on the Macquarie Alpha model or for more customised analysis and screens, please contact the Macquarie Global Quantitative/Custom Products Group (cpg@macquarie.com)

Confidential                                                                                                                                                   APL-SECLIT_00002052

**Important disclosures:**

**Recommendation definitions**

**Macquarie - Australia/New Zealand**
Outperform – return >3% in excess of benchmark return
Neutral – return within 3% of benchmark return
Underperform – return >3% below benchmark return

Benchmark return is determined by long term nominal GDP growth plus 12 month forward market dividend yield, which is currently around 9%.

**Macquarie – Asia/Europe**
Outperform – expected return >+10%
Neutral – expected return from -10% to +10%
Underperform – expected return <-10%

**Mazi Macquarie – South Africa**
Outperform – expected return >+10%
Neutral – expected return from -10% to +10%
Underperform – expected return <-10%

**Macquarie - Canada**
Outperform – return >5% in excess of benchmark return
Neutral – return within 5% of benchmark return
Underperform – return >5% below benchmark return

**Macquarie - USA**
Outperform (Buy) – return >5% in excess of Russell 3000 index return
Neutral (Hold) – return within 5% of Russell 3000 index return
Underperform (Sell)– return >5% below Russell 3000 index return

**Volatility index definition***

This is calculated from the volatility of historical price movements.

**Very high–highest risk** – Stock should be expected to move up or down 60–100% in a year – investors should be aware this stock is highly speculative.

**High** – stock should be expected to move up or down at least 40–60% in a year – investors should be aware this stock could be speculative.

**Medium** – stock should be expected to move up or down at least 30–40% in a year.

**Low–medium** – stock should be expected to move up or down at least 25–30% in a year.

**Low** – stock should be expected to move up or down at least 15–25% in a year.
* Applicable to Asia/Australian/NZ/Canada stocks only

**Recommendations** – 12 months
**Note:** Quant recommendations may differ from Fundamental Analyst recommendations

**Financial definitions**

All "Adjusted" data items have had the following adjustments made:
Added back: goodwill amortisation, provision for catastrophe reserves, IFRS derivatives & hedging, IFRS impairments & IFRS interest expense
Excluded: non recurring items, asset revals, property revals, appraisal value uplift, preference dividends & minority interests

**EPS** = adjusted net profit / efpowa*
**ROA** = adjusted ebit / average total assets
**ROA Banks/Insurance** = adjusted net profit /average total assets
**ROE** = adjusted net profit / average shareholders funds
**Gross cashflow** = adjusted net profit + depreciation
*equivalent fully paid ordinary weighted average number of shares

All Reported numbers for Australian/NZ listed stocks are modelled under IFRS (International Financial Reporting Standards).

**Recommendation proportions –** For quarter ending 30 September 2018

|  | AU/NZ | Asia | RSA | USA | CA | EUR |  |
|---|---|---|---|---|---|---|---|
| Outperform | 51.56% | 59.51% | 45.05% | 46.88% | 67.86% | 46.70% | (for global coverage by Macquarie, 3.70% of stocks followed are investment banking clients) |
| Neutral | 33.20% | 28.92% | 37.36% | 47.70% | 25.00% | 42.73% | (for global coverage by Macquarie, 2.04% of stocks followed are investment banking clients) |
| Underperform | 15.23% | 11.57% | 17.58% | 5.42% | 7.14% | 10.57% | (for global coverage by Macquarie, 0.47% of stocks followed are investment banking clients) |

**AAPL US vs S&P 500, & rec history**



(all figures in USD currency unless noted)

Note: Recommendation timeline – if not a continuous line, then there was no Macquarie coverage at the time or there was an embargo period.
Source: FactSet, Macquarie Research, November 2018

**12-month target price methodology**

AAPL US: US$222.00 based on a DCF methodology

**Company-specific disclosures**:

Important disclosure information regarding the subject companies covered in this report is available at www.macquarie.com/research/disclosures.

| Date | Stock Code (BBG code) | Recommendation | Target Price |
|---|---|---|---|
| 13-Sep-2018 | AAPL US | Outperform | US$235.00 |
| 01-Aug-2018 | AAPL US | Outperform | US$214.00 |
| 18-Jul-2018 | AAPL US | Outperform | US$202.00 |
| 02-May-2018 | AAPL US | Outperform | US$197.00 |
| 03-Nov-2017 | AAPL US | Outperform | US$188.00 |
| 02-Aug-2017 | AAPL US | Outperform | US$180.00 |
| 12-Jun-2017 | AAPL US | Outperform | US$170.00 |
| 18-Apr-2017 | AAPL US | Outperform | US$160.00 |
| 01-Feb-2017 | AAPL US | Outperform | US$156.00 |
| 20-Jan-2017 | AAPL US | Outperform | US$148.00 |
| 26-Oct-2016 | AAPL US | Outperform | US$133.00 |
| 19-Oct-2016 | AAPL US | Outperform | US$132.00 |
| 27-Jul-2016 | AAPL US | Outperform | US$115.00 |
| 27-Apr-2016 | AAPL US | Outperform | US$112.00 |
| 26-Jan-2016 | AAPL US | Outperform | US$117.00 |

Confidential                                                                                                                                                                    APL-SECLIT_00002053

**Target price risk disclosures**:
**AAPL US:** Risks for AAPL include an inability to innovate in new product categories thus far after the departure of Steve Jobs, competitive pressure on key hardware segments could pressure margins, increasing competitive pressure on the App Store business from Google Play & Amazon, among others, maturing market for high-end smartphones, and telecom partners lengthening upgrade cycles and reducing handset subsidies.

**Analyst certification**:
We hereby certify that all of the views expressed in this report accurately reflect our personal views about the subject company or companies and its or their securities. We also certify that no part of our compensation was, is or will be, directly or indirectly, related to the specific recommendations or views expressed in this report. The Analysts responsible for preparing this report receive compensation from Macquarie that is based upon various factors including Macquarie Group Ltd total revenues, a portion of which are generated by Macquarie Group's Investment Banking activities.

**General disclaimers**:
Macquarie Securities (Australia) Ltd; Macquarie Capital (Europe) Ltd; Macquarie Capital Markets Canada Ltd; Macquarie Capital Markets North America Ltd; Macquarie Capital (USA) Inc; Macquarie Capital Limited, Taiwan Securities Branch; Macquarie Capital Securities (Singapore) Pte Ltd; Macquarie Securities (NZ) Ltd; Mazi Macquarie Securities (RF) (Pty) Ltd; Macquarie Capital Securities (India) Pvt Ltd; Macquarie Capital Securities (Malaysia) Sdn Bhd; Macquarie Securities Korea Limited and Macquarie Securities (Thailand) Ltd are not authorized deposit-taking institutions for the purposes of the Banking Act 1959 (Commonwealth of Australia), and their obligations do not represent deposits or other liabilities of Macquarie Bank Limited ABN 46 008 583 542 (MBL) or MGL.  MBL does not guarantee or otherwise provide assurance in respect of the obligations of any of the above mentioned entities.  MGL provides a guarantee to the Monetary Authority of Singapore in respect of the obligations and liabilities of Macquarie Capital Securities (Singapore) Pte Ltd for up to SGD 35 million.  This research has been prepared for the general use of the wholesale clients of the Macquarie Group and must not be copied, either in whole or in part, or distributed to any other person. If you are not the intended recipient you must not use or disclose the information in this research in any way. If you received it in error, please tell us immediately by return e-mail and delete the document. We do not guarantee the integrity of any e-mails or attached files and are not responsible for any changes made to them by any other person. MGL has established and implemented a conflicts policy at group level (which may be revised and updated from time to time) (the "Conflicts Policy") pursuant to regulatory requirements (including the FCA Rules) which sets out how we must seek to identify and manage all material conflicts of interest. Nothing in this research shall be construed as a solicitation to buy or sell any security or product, or to engage in or refrain from engaging in any transaction. In preparing this research, we did not take into account your investment objectives, financial situation or particular needs. Macquarie salespeople, traders and other professionals may provide oral or written market commentary or trading strategies to our clients that reflect opinions which are contrary to the opinions expressed in this research. Macquarie Research produces a variety of research products including, but not limited to, fundamental analysis, macro-economic analysis, quantitative analysis, and trade ideas. Recommendations contained in one type of research product may differ from recommendations contained in other types of research, whether as a result of differing time horizons, methodologies, or otherwise. Before making an investment decision on the basis of this research, you need to consider, with or without the assistance of an adviser, whether the advice is appropriate in light of your particular investment needs, objectives and financial circumstances. There are risks involved in securities trading. The price of securities can and does fluctuate, and an individual security may even become valueless. International investors are reminded of the additional risks inherent in international investments, such as currency fluctuations and international stock market or economic conditions, which may adversely affect the value of the investment. This research is based on information obtained from sources believed to be reliable but we do not make any representation or warranty that it is accurate, complete or up to date. We accept no obligation to correct or update the information or opinions in it. Opinions expressed are subject to change without notice. No member of the Macquarie Group accepts any liability whatsoever for any direct, indirect, consequential or other loss arising from any use of this research and/or further communication in relation to this research.  Clients should contact analysts at, and execute transactions through, a Macquarie Group entity in their home jurisdiction unless governing law permits otherwise. The date and timestamp for above share price and market cap is the closed price of the price date. #CLOSE is the final price at which the security is traded in the relevant exchange on the date indicated. Members of the Macro Strategy team are Sales & Trading personnel who provide desk commentary that is not a product of the Macquarie Research department or subject to FINRA Rule 2241 or any other regulation regarding independence in the provision of equity research.

**Country-specific disclaimers:**
**Australia**: In Australia, research is issued and distributed by Macquarie Securities (Australia) Ltd (AFSL No. 238947), a participating organization of the Australian Securities Exchange. Macquarie Securities (Australia) Limited staff involved with the preparation of research have regular interaction with companies they cover. Additionally, Macquarie Group Limited does and seeks to do business with companies covered by Macquarie Research. There are robust information barriers in place to protect the independence of Macquarie Research's product. However, recipients of Macquarie Research should be aware of this potential conflict of interest. **New Zealand**: In New Zealand, research is issued and distributed by Macquarie Securities (NZ) Ltd, a NZX Firm. **Canada**: In Canada, research is prepared, approved and distributed by Macquarie Capital Markets Canada Ltd., a (i) member of the Investment Industry Regulatory Organization of Canada and the Canadian Investor Protection Fund, and (ii) participating organisation of the Toronto Stock Exchange, TSX Venture Exchange & Montréal Exchange. This research is distributed in the United States, as third party research by Macquarie Capital Markets North America Ltd., which is a registered broker-dealer and member of Financial Industry Regulatory Authority and the Securities Investor Protection Corporation. Macquarie Capital Markets North America Ltd. accepts responsibility for the contents of reports issued by Macquarie Capital Markets Canada Ltd. in the United States and sent to US persons. Any US person wishing to effect transactions in the securities described in the reports issued by Macquarie Capital Markets Canada Ltd. should do so with Macquarie Capital Markets North America Ltd. This research is intended for distribution in the United States only to major Institutional Investors (as such term is defined in SEC 15a-6 and Section 15 of the Securities Exchange Act of 1934, as amended) and is not intended for the use of any person or entity that is not a major institutional investor.  Research analysts of Macquarie Capital Markets Canada Ltd. are not registered/qualified as research analysts with FINRA. The Research Distribution Policy of Macquarie Capital Markets Canada Ltd. is to allow all clients that are entitled to have equal access to our research.  **United Kingdom**: In the United Kingdom, research is issued and distributed by Macquarie Capital (Europe) Ltd, which is authorised and regulated by the Financial Conduct Authority (No. 193905). **Germany**: In Germany, this research is issued and/or distributed by Macquarie Capital (Europe) Limited, Niederlassung Deutschland, which is authorised and regulated by the UK Financial Conduct Authority (No. 193905). and in Germany by BaFin. **France**: In France, research is issued and distributed by Macquarie Capital (Europe) Ltd, which is authorised and regulated in the United Kingdom by the Financial Conduct Authority (No. 193905). **Hong Kong & Mainland China**: In Hong Kong, research is issued and distributed by Macquarie Capital Limited, which is licensed and regulated by the Securities and Futures Commission. In Mainland China, Macquarie Securities (Australia) Limited Shanghai Representative Office only engages in non-business operational activities excluding issuing and distributing research. Only non-A share research is distributed into Mainland China by Macquarie Capital Limited.  **Japan**: In Japan, research is Issued and distributed by Macquarie Capital Securities (Japan) Limited, a member of the Tokyo Stock Exchange, Inc. and Osaka Exchange, Inc. (Financial Instruments Firm, Kanto Financial Bureau (kin-sho) No. 231, a member of Japan Securities Dealers Association).  **India:** In India, research is issued and distributed by Macquarie Capital Securities (India) Pvt. Ltd. (CIN: U65920MH1995PTC090696), 92, Level 9, 2 North Avenue, Maker Maxity, Bandra Kurla Complex, Bandra (East), Mumbai – 400 051, India, which is a SEBI registered Research Analyst having registration no. INH000000545.  **Malaysia**: In Malaysia, research is issued and distributed by Macquarie Capital Securities (Malaysia) Sdn. Bhd. (Company registration number: 463469-W) which is a Participating Organisation of Bursa Malaysia Berhad and a holder of Capital Markets Services License issued by the Securities Commission.  **Taiwan**: In Taiwan, research is issued and distributed by Macquarie Capital Limited, Taiwan Securities Branch, which is licensed and regulated by the Financial Supervisory Commission.  No portion of the report may be reproduced or quoted by the press or any other person without authorisation from Macquarie.  Nothing in this research shall be construed as a solicitation to buy or sell any security or product. The recipient of this report shall not engage in any activities which may give rise to potential conflicts of interest to the report. Research Associate(s) in this report who are registered as Clerks only assist in the preparation of research and are not engaged in writing the research. Macquarie may be in past one year or now being an Issuer of Structured Warrants on securities mentioned in this report. **Thailand**: In Thailand, research is produced, issued and distributed by Macquarie Securities (Thailand) Ltd. Macquarie Securities (Thailand) Ltd. is a licensed securities company that is authorized by the Ministry of Finance, regulated by the Securities and Exchange Commission of Thailand and is an exchange member of the Stock Exchange of Thailand. The Thai Institute of Directors Association has disclosed the Corporate Governance Report of Thai Listed Companies made pursuant to the policy of the Securities and Exchange Commission of Thailand. Macquarie Securities (Thailand) Ltd does not endorse the result of the

Confidential     APL-SECLIT_00002054

Corporate Governance Report of Thai Listed Companies but this Report can be accessed at: http://www.thai-iod.com/en/publications.asp?type=4. **South Korea**: In South Korea, unless otherwise stated, research is prepared, issued and distributed by Macquarie Securities Korea Limited, which is regulated by the Financial Supervisory Services. Information on analysts in MSKL is disclosed at http://dis.kofia.or.kr/websquare/index.jsp?w2xPath=/wq/fundMgr/DISFundMgrAnalystStut.xml&divisionId=MDIS03002001000000&serviceId=SDIS03002001000. **South Africa**: In South Africa, research is issued and distributed by Mazi Macquarie Securities (RF) (Pty) Ltd, a member of the JSE Limited. **Singapore**: In Singapore, research is issued and distributed by Macquarie Capital Securities (Singapore) Pte Ltd (Company Registration Number: 198702912C), a Capital Markets Services license holder under the Securities and Futures Act to deal in securities and provide custodial services in Singapore. Pursuant to the Financial Advisers (Amendment) Regulations 2005, Macquarie Capital Securities (Singapore) Pte Ltd is exempt from complying with sections 25, 27 and 36 of the Financial Advisers Act. All Singapore-based recipients of research produced by Macquarie Capital (Europe) Limited, Macquarie Capital Markets Canada Ltd, Mazi Macquarie Securities (RF) (Pty) Ltd and Macquarie Capital (USA) Inc. represent and warrant that they are institutional investors as defined in the Securities and Futures Act. **United States**: In the United States, research is issued and distributed by Macquarie Capital (USA) Inc., which is a registered broker-dealer and member of FINRA.  Macquarie Capital (USA) Inc, accepts responsibility for the content of each research report prepared by one of its non-US affiliates when the research report is distributed in the United States by Macquarie Capital (USA) Inc. Macquarie Capital (USA) Inc.'s affiliate's analysts are not registered as research analysts with FINRA, may not be associated persons of Macquarie Capital (USA) Inc., and therefore may not be subject to FINRA rule restrictions on communications with a subject company, public appearances, and trading securities held by a research analyst account. Information regarding futures is provided for reference purposes only and is not a solicitation for purchases or sales of futures. Any persons receiving this report directly from Macquarie Capital (USA) Inc. and wishing to effect a transaction in any security described herein should do so with Macquarie Capital (USA) Inc.  Important disclosure information regarding the subject companies covered in this report is available at www.macquarie.com/research/disclosures, or contact your registered representative at 1-888-MAC-STOCK, or write to the Supervisory Analysts, Research Department, Macquarie Securities, 125 W.55th Street, New York, NY 10019.

© Macquarie Group

Confidential　　　　APL-SECLIT_00002055


## Equities

### Research

**Heads of Equity Research**
Christine Farkas (US) (1 212) 231 6668
Greg MacDonald (Canada) (1 416) 628 3934

**Consumer**

*Gaming & Leisure*
Chad Beynon (Head of US Consumer) (1 212) 231 2634

*Beverages & HPC*
Caroline Levy (New York) (1 212) 231 1818

*Consumer Discretionary*
Laurent Vasilescu (New York) (1 212) 231 8046
Chris Li (Toronto) (1 416) 848 3553

*Leisure & Online Travel*
Matthew Brooks (New York) (1 212) 231 1585

**Energy**

*Oil & Gas*
Vikas Dwivedi (Head of Oil & Gas, Global Energy Strategist) (1 713) 275 6352

*US Exploration & Production*
Paul Grigel (Denver) (1 303) 952 2754

*US Refining*
Jay Tobin (Houston) (1 713) 275 6123

*Oilfield Services*
Walt Chancellor (Houston) (1 713) 275 6230

*International/Canadian Oil & Gas Producers*
Brian Bagnell (Calgary) (1 403) 539 8540
Brian Kristjansen (Calgary) (1 403) 539 8508
Tom Hems (Calgary) (1 403) 218 6666

**Financials**

*Banks/Trust Banks*
David Konrad (New York) (1 212) 231 0525
Mike Rizvanovic (Toronto) (1 416) 848 3687

**Industrials**

*Chemicals*
Cooley May (Head of US Basics & Industrials) (1 212) 231 2586

*Airlines*
Susan Donofrio (New York) (1 212) 231 6535

*Building Products*
Adam Baumgarten (New York) (1 212) 231 0633

*Business Services*
Hamzah Mazari (New York) (1 212) 231 2442

*Construction & Engineering/Machinery*
Sameer Rathod (San Francisco) (1 415) 762 5034

*Diversified Industrials*
Michael Glen (Montreal) (1 514) 905 3636

*Transports*
Konark Gupta (Toronto) (1 416) 848 3539

**Materials**

*Global Metals & Mining*
David Lipschitz (New York) (1 212) 231 1232
Michael Siperco (Toronto) (1 416) 848 3520
Michael Gray (Vancouver) (1 604) 639 6372
David Medilek (Vancouver) (1 604) 639 6378

**TMET**

*Media & Entertainment*
Tim Nollen (Head of TMET) (1 212) 231 0635

*Cable, Satellite & Entertainment*
Amy Yong (New York) (1 212) 231 2624

*Hardware & Equipment*
Gus Papageorgiou (Toronto) (1 416) 848 3512

*Internet*
Ben Schachter (New York) (1 212) 231 0644

*Semiconductors*
Srini Pajjuri (San Francisco) (1 415) 762 5018

*Software*
Sarah Hindlian (New York) (1 212) 231 1371
Gus Papageorgiou (Toronto) (1 416) 848 3512

*Telecommunications*
Amy Yong (New York) (1 212) 231 2624
Sanford Lee (Toronto) (1 416) 607 5068

*Utilities & Alternative Energy*
Angie Storozynski (Head of US Utilities & Alternative Energy) (1 212) 231 2569

**Find our research at**
Macquarie: www.macquarieresearch.com/ideas/
Thomson: www.thomson.com/financial
Reuters: www.knowledge.reuters.com
Bloomberg: MAC GO
Factset: http://www.factset.com/home.aspx
CapitalIQ www.capitaliq.com
Contact macresearch@macquarie.com for access requests.

**Email addresses**
FirstName.Surname@macquarie.com

## Equities

**Head of US Equities**
Dan Ritchie (New York) (1 212) 231 1621

**Head of Canadian Equities**
David Washburn (Toronto) (1 416) 848 3631

## Sales

**Head of US Sales**
Khristina McLaughlin (New York) (1 212) 231 8012

**US Sales**
Rob Moderelli (New York) (1 212) 231 2495

**Head of Canada Sales**
David Ricciardelli (Toronto) (1 416) 572 7150

## Trading

**US Sales Trading**
J.T. Cacciabaudo (New York) (1 212) 231 6381

**Canada Trading**
Ray Ritchie (Head, Toronto) (1 416) 848 3633

**International Sales Trading**
Mike Gray (New York) (1 212) 231 0928