# EXHIBIT 68



**EQUITY RESEARCH**
PRICE TARGET CHANGE

| Enterprise & Consumer Technology | | |
|---|---|---|

## Apple Inc.                               Hold

**AAPL** - NASDAQ     November 2, 2018

| | |
|---|---|
| **Closing Price 11/1/2018** | **$222.22** |
| Rating: | Hold |
| 12-Month Target Price: | (prior $221.00) $212.00 |
| 52-Week Range: | $150.24 - $233.47 |
| Market Cap (M): | 1,073,300 |
| Shares O/S (M): | 4,829.9 |
| Float: | 99.9% |
| Avg. Daily Volume (000): | 33,748 |
| Dividend: | $2.92 |
| Dividend Yield: | 1.31% |
| Risk Profile: | Low |
| Fiscal Year End: | September |

**Guidance and No More Unit Disclosures Indicate that iPhone Installed Base Growth is Likely Slowing to Low-Single Digits**

### Summary

- September quarter (F4Q18) results beat on iPhone ASPs, iPhone units slightly miss at flat y/y growth.

- Combination of December quarter (F1Q19) guidance and no more unit data indicate that the iPhone's installed base growth has slowed to low-single digits.

- Our estimates include subscription revenue from to-be-launched video and news services of $2B in FY19 and $7B in FY20.

- Higher-than-expected COGS and opex for Dec Q guidance lead to lowered FY19 EPS estimate and 12-month price target to $212, from $221; reiterate Hold rating.

| Revenue ($M) | | | |
|---|---|---|---|
| | **2018A** | **2019E** | **2020E** |
| 1Q | 88,293.0 | 91,298.1 | 89,526.1 |
| 2Q | 61,137.0 | 62,117.4 | 62,484.7 |
| 3Q | 53,265.0 | 54,988.3 | 56,020.7 |
| 4Q | 62,900.0 | 64,713.6 | 65,097.1 |
| FY | 265,595.0 | 273,117.4 | 273,128.6 |
| Prior | 263,719.3 | 274,213.0 | |

| GAAP EPS | | | |
|---|---|---|---|
| | **2018A** | **2019E** | **2020E** |
| 1Q | 3.89 | 4.65 | 4.83 |
| 2Q | 2.73 | 2.69 | 2.82 |
| 3Q | 2.34 | 2.37 | 2.48 |
| 4Q | 2.91 | 3.00 | 3.08 |
| FY | 11.91 | 12.77 | 13.24 |
| Prior | 11.76 | 13.56 | |

### Details

**September quarter (F4Q18) results beat on iPhone ASPs, iPhone units slightly miss at flat y/y growth.** AAPL reported September Q (F4Q18) revenue of $62.9B (up 20% y/y, up 18% q/q beating consensus by 2%), GM of 38.3% (up 40bps y/y and at midpoint of guidance), which drove an EPS of $2.91, 5% above the consensus estimate of $2.78. Relative to consensus, the top-line beat was largely a result of stronger-than-expected iPhone ASPs, up 28% y/y to $793 (6% above consensus estimate of $751), and an acceleration from the Jun Q of up 20% y/y as a result of iPhone XS and XS Max comping against the low end of the new product line up (iPhone X was released in Dec 2017 Q). iPhone units were flat y/y, slightly missing the consensus expectation of up 1% y/y.

**Combination of December quarter (F1Q19) guidance and no more unit data indicate that iPhone's installed base growth has slowed to low-single digits.** AAPL guided December quarter (F1Q19) revenue to $89B–$93B (midpoint up 3% y/y, but 2% below consensus), with management citing 200bps of currency headwind (consistent with what other global product tech companies have cited). Management is no longer providing iPhone channel unit inventory, and nor will they be providing unit data in future quarters. While management did note that the total device installed base is still growing double digits, we believe the bulk of the growth is coming from wearables, which management noted grew 50% y/y, powering other product categories to grow 30% y/y to $4.2B (7% of revenue). As such, given the weak iPhone September quarter unit growth (flat y/y) off of an easier compare (high end of new iPhone product lineup available vs. low end of new iPhone lineup available in prior year quarter), we believe that the iPhone installed base has slowed to low-single digits. Ultimately, we believe the iPhone installed base is the more relevant metric for judging the growth potential for AAPL's services business, as we expect most services (especially the higher ASP services that AAPL natively offers, rather than the 30K or so low ASP services to AAPL, which it takes a 15% cut of) to be available across a given user's multiple AAPL devices, with the iPhone being the anchor tying the user to the AAPL ecosystem.

**Our estimates include subscription revenue from to-be-launched video and news services of $2B in FY19 and $7B in FY20.** While AAPL management will no longer be providing unit data, we note that the upcoming services GM disclosure will be a positive, but thus far has clearly been getting offset by pressure from product GM. Management continues to hold out the target of ~$49B in Services revenue by FY20, despite FY18 services revenue of $37B (up 24% y/y) and if the current 24% y/y growth trajectory holds, will reach $57B by FY20. We note that for the September quarter, normalized services revenue grew 27% y/y, a slight deceleration from the normalized 28% y/y growth for the Jun Q. We are projecting $58B of services



**Nehal Chokshi**
(212) 895-3642
nchokshi@maximgrp.com

**Jack Vander Aarde**
(212) 895-3619
jvanderaarde@maximgrp.com

SEE PAGES 10 - 11 FOR IMPORTANT DISCLOSURES AND DISCLAIMERS

revenue in FY20, which included $7B of revenue from to-be-launched video and news services, which we recognize carries some risk of ultimately being bundled into the price of the iPhone (or other AAPL Devices), but like iCloud, Maps & Siri, will still be reported into the services line with the adoption of the new FASB accounting standards (we believe ASC 606).

**Higher than expected COGS and opex for Dec Q guidance lead to lowered FY19 EPS estimate and 12-month price target to $212, from $221; reiterate Hold rating.** In addition to a slight guidance miss on the top-line, AAPL has guided to GM of 38%-38.5% (vs. consensus of 38.5%) and opex of $8.7B-$8.8B (midpoint up 14% y/y and 3% above consensus). The midpoint of guidance parameters yields an EPS estimate of ~$4.65, 6% below the prior consensus estimate of $4.92. While our FY19 revenue estimate of $273B is essentially unchanged, given the higher-than-expected Dec Q COGS and opex guidance, we are reducing our FY19 EPS to $12.77, from $13.56 (consensus was $13.77). As such, we are also lowering our 12-month price target to $212, from $221, which is based on a 15x multiple (consistently applied across our coverage universe) on our FY19 EPS estimate plus net cash. Our Hold rating is largely premised on our view that the iPhone installed base is slowing to low-single-digit y/y growth and when layering assumed increasing number of subscription services AAPL will attach to a user, AAPL will achieve overall mid-single-digit growth, which when combined with ongoing share repurchases will result in high-single-digit EPS growth.

Confidential                                                                                                          APL-SECLIT_00001924

**Apple - Sept Q 18 Grid Analysis**                                                              *($ millions, except per share amount)*

| | Sept Q 18 Actual | % of Rev. | Sept Q 18 Est | Difference $ | Difference % | Q/Q Comp Jun Q | Q/Q Comp Δ | Y/Y Comp Sept Q 17 | Y/Y Comp Δ | Maxim Group Analysis/Comment |
|---|---|---|---|---|---|---|---|---|---|---|
| **Units (000s)** | | | | | | | | | | |
| iPhones | 46,889 | | 46,489 | 400 | 1% | 41,300 | 14% | 46,677 | 0% | streetaccount consensus was 47.5M |
| iPad | 9,699 | | 10,326 | (627) | (6%) | 11,553 | (16%) | 10,326 | (6%) | streetaccount consensus was 10.53M |
| Computers | 5,299 | | 5,709 | (410) | (7%) | 3,720 | 42% | 5,386 | (2%) | streetaccount consensus was 4.87M |
| | | | | | | | | | | |
| **Revenue by segment** | | | | | | | | | | |
| iPhones | 37,185 | 59.1% | 33,442 | 3,743 | 11% | 29,906 | 24% | 28,846 | 29% | streetaccount consensus was $35.56B |
| iPads | 4,089 | 6.5% | 4,831 | (742) | (15%) | 4,741 | (14%) | 4,831 | (15%) | streetaccount consensus was $4.62B |
| Computers | 7,411 | 11.8% | 8,132 | (721) | (9%) | 5,330 | 39% | 7,170 | 3% | streetaccount consensus was $6.92B |
| Services | 9,981 | 15.9% | 10,201 | (220) | (2%) | 9,548 | 5% | 8,501 | 17% | streetaccount consensus was $10.2B |
| Other | 4,234 | 6.7% | 4,418 | (184) | (4%) | 3,740 | 13% | 3,231 | 31% | streetaccount consensus was $4.18B |
| | | | | | | | | | | |
| iphone ASP | 793 | | 719 | 74 | 10% | 724 | 10% | 618 | 28% | streetaccount consensus was $750.78 |
| | | | | | | | | | | |
| **Total revenue** | 62,900 | 100.0% | 61,024 | 1,876 | 3% | 53,265 | 18% | 52,579 | 20% | **Consensus was $61.5B; Guidance is $60B-$62B** |
| COGS | 38,816 | 61.7% | 37,657 | 1,159 | 3% | 32,844 | 18% | 32,648 | 19% | |
| Gross Profit | 24,084 | 38.3% | 23,367 | 717 | 3% | 20,421 | 18% | 19,931 | 21% | |
| Gross Margin % | 38.3% | | 38.3% | | (0.00%) | 38.3% | (0.02%) | 37.9% | 0.38% | Consensus is 38.3%; Guidance is 38% to 38.5% |
| iPhone GM (internal calc) | 43.7% | | 44.9% | | (1.18%) | 42.9% | 0.79% | 45.5% | (3.87%) | |
| | | | | | | | | | | |
| SG&A | 4,216 | 6.7% | 4,152 | 64 | 2% | 4,108 | 3% | 3,814 | 11% | |
| R&D | 3,750 | 6.0% | 3,845 | (95) | (2%) | 3,701 | 1% | 2,997 | 25% | total Opex guidance is $7.95B to $8.05B |
| Operating income (EBIT) | 16,118 | 25.6% | 15,371 | 747 | 5% | 12,612 | 28% | 13,120 | 23% | streetaccount opex was $8.02B |
| | | | | | | | | | | |
| Net Interest Expense & Other | 303 | 0.5% | 300 | 3 | 1% | 672 | (55%) | 797 | (62%) | Guidance is $300M |
| | | | | | | | | | | |
| EBT | 16,421 | 26.1% | 15,671 | 750 | 5% | 13,284 | 24% | 13,917 | 18% | |
| Tax rate | 14.0% | | 15.0% | | | 0 | | 0 | | Guidance is 15% |
| Net Income, excl. 1x items | 14,125 | 22.5% | 13,320 | 805 | 6% | 11,519 | 23% | 10,714 | 32% | |
| | | | | | | | | | | |
| **Dil. EPS, excl. 1x items** | **$2.91** | | **$2.76** | **$0.15** | **6%** | **$2.34** | **25%** | **$2.07** | **41%** | **Consensus was $2.78** |
| Diluted shares outstanding | 4,847.5 | | 4,826.6 | 20.9 | 0% | 4,926.6 | (2%) | 5,183.6 | (6%) | |

*Source: Company data and Maxim Group LLC estimates*

**Apple - Dec Q 18 Grid Analysis**  *($ millions, except per share amount)*

| | Dec Q 18 New | % of Rev. | Dec Q 18 Old | Difference $ | Difference % | Q/Q Comp Sept Q | Q/Q Comp Δ | Y/Y Comp Dec Q 17 | Y/Y Comp Δ | Maxim Group Analysis/Comment |
|---|---|---|---|---|---|---|---|---|---|---|
| **Units (000s)** | | | | | | | | | | |
| iPhones | 77,316 | | 69,664 | 7,652 | 11% | 46,889 | 65% | 77,316 | 0% | streetaccount consensus was 77.8M |
| iPad | 13,170 | | 13,170 | 0 | 0% | 9,699 | 36% | 13,170 | 0% | streetaccount consensus was 13.27M |
| Computers | 5,112 | | 5,214 | (102) | (2%) | 5,299 | (4%) | 5,112 | 0% | streetaccount consensus was 4.91M |
| | | | | | | | | | | |
| **Revenue by segment** | | | | | | | | | | |
| iPhones | 61,576 | 67.4% | 58,256 | 3,320 | 6% | 37,185 | 66% | 61,576 | 0% | |
| iPads | 5,862 | 6.4% | 5,862 | 0 | 0% | 4,089 | 43% | 5,862 | 0% | |
| Computers | 6,895 | 7.6% | 7,033 | (138) | (2%) | 7,411 | (7%) | 6,895 | 0% | |
| Services | 10,104 | 11.1% | 10,104 | 0 | 0% | 9,981 | 1% | 8,471 | 19% | |
| Other | 6,861 | 7.5% | 6,587 | 274 | 4% | 4,234 | 62% | 5,489 | 25% | |
| | | | | | | | | | | |
| iphone ASP | 796 | | 836 | (40) | (5%) | 793 | 0% | 796 | 0% | |
| | | | | | | | | | | |
| **Total revenue** | 91,298 | 100.0% | 87,841 | 3,457 | 3.9% | 62,900 | 45% | 88,293 | 3% | Consensus was $92.9B |
| COGS | 56,417 | 61.8% | 54,220 | 2,197 | 4% | 38,816 | 45% | 54,381 | 4% | |
| Gross Profit | 34,881 | 38.2% | 33,621 | 1,260 | 4% | 24,084 | 45% | 33,912 | 3% | |
| Gross Margin % | 38.2% | | 38.3% | | (0.07%) | 38.3% | (0.08%) | 38.4% | (0.20%) | Consensus was 38.5% |
| iPhone GM (internal calc) | 42.2% | | 42.5% | | (0.31%) | 43.7% | (1.55%) | 42.2% | 0.00% | |
| | | | | | | | | | | |
| SG&A | 4,831 | 5.3% | 4,297 | 534 | 12% | 4,216 | 15% | 4,231 | 14% | |
| R&D | 3,888 | 4.3% | 3,477 | 411 | 12% | 3,750 | 4% | 3,407 | 14% | |
| Operating income (EBIT) | 26,162 | 28.7% | 25,847 | 315 | 1% | 16,118 | 62% | 26,274 | (0%) | streetaccount opex was $8.53B |
| | | | | | | | | | | |
| Net Interest Expense & Other | 303 | 0.3% | 325 | (22) | (7%) | 303 | (0%) | 756 | (60%) | |
| | | | | | | | | | | |
| EBT | 26,465 | 29.0% | 26,172 | 293 | 1% | 16,421 | 61% | 27,030 | (2%) | |
| Tax rate | 16.5% | | 15.0% | | | 0 | | 0 | | |
| Net Income, excl. 1x items | 22,098 | 24.2% | 22,246 | (148) | (1%) | 14,125 | 56% | 20,065 | 10% | |
| | | | | | | | | | | |
| **Dil. EPS, excl. 1x items** | **$4.65** | | **$4.71** | **($0.05)** | **(1%)** | **$2.91** | **60%** | **$3.89** | **20%** | **Consensus was $4.92** |
| Diluted shares outstanding | 4,747.5 | | 4,726.6 | 20.9 | 0% | 4,847.5 | (2%) | 5,157.8 | (8%) | |

*Source: Company data and Maxim Group LLC estimates*

Apple Inc. (AAPL)

**Apple - FY19 Grid Analysis**  *($ millions, except per share amount)*

|  | FY19 New | % of Rev. | FY19 Old | Difference $ | Difference % | Y/Y Comp FY18 | Y/Y Comp Δ | Maxim Analysis/Comment |
|---|---|---|---|---|---|---|---|---|
| **Units (000s)** | | | | | | | | |
| iPhones | 203,681 | | 204,055 | (374) | (0%) | 217,722 | (6%) | |
| iPads | 43,535 | | 44,162 | (627) | (1%) | 43,535 | 0% | |
| Computers | 18,209 | | 18,992 | (783) | (4%) | 18,209 | 0% | |
| **Revenue by segment** | | | | | | | | |
| iPhones | 160,917 | 58.9% | 160,444 | 473 | 0% | 166,699 | (3%) | |
| iPads | 18,805 | 6.9% | 19,547 | (742) | (4%) | 18,805 | 0% | |
| Computers | 25,484 | 9.3% | 26,729 | (1,245) | (5%) | 25,484 | 0% | |
| Services | 46,140 | 16.9% | 46,371 | (231) | (0%) | 37,190 | 24% | |
| Other | 21,771 | 8.0% | 21,122 | 650 | 3% | 17,417 | 25% | |
| **Total revenue** | 273,117 | | 274,213 | (1,095) | (0%) | 265,595 | 3% | Consensus was $281.68B |
| COGS | 170,027 | 62.3% | 169,763 | 264 | 0% | 163,756 | 4% | |
| Gross Profit | 103,091 | 37.7% | 104,450 | (1,359) | (1%) | 101,839 | 1% | |
| Gross Margin % | 37.7% | | 38.1% | | (0.34%) | 38.3% | (0.60%) | |
| SG&A | 18,536 | 6.8% | 17,674 | 862 | 5% | 16,705 | 11% | |
| R&D | 15,726 | 5.8% | 15,274 | 453 | 3% | 14,236 | 10% | |
| Operating income (EBIT) | 68,829 | 25.2% | 71,502 | (2,674) | (4%) | 70,898 | (3%) | Consensus was $74.73B |
| Net Interest Expense & Other | 1,492 | 0.5% | 1,499 | (7) | (0%) | 2,005 | (26%) | |
| EBT | 70,321 | 25.7% | 73,002 | (2,681) | (4%) | 72,903 | (4%) | |
| Tax rate | 16.5% | | 15.0% | | | 0 | | |
| Net Income, excl. 1x items | 58,718 | 21.5% | 62,051 | (3,333) | (5%) | 59,531 | (1%) | |
| **Dil. EPS, excl. 1x items** | **$12.77** | | **$13.56** | **($0.79)** | **(6%)** | **$11.91** | **7%** | **Consensus was $13.77** |

Source: Company data and Maxim Group LLC estimates

Confidential

APL-SECLIT_00001927

**Apple - FY20 Grid Analysis**  *($ millions, except per share amount)*

|  | FY20 New | % of Rev. | FY20 Old | Difference $ | Difference % | Y/Y Comp FY19 | Δ | Maxim Analysis/Comment |
|---|---|---|---|---|---|---|---|---|
| **Units (000s)** | | | | | | | | |
| iPhones | 203,681 | | 204,055 | (374) | (0%) | 203,681 | 0% | |
| iPads | 43,535 | | 44,162 | (627) | (1%) | 43,535 | 0% | |
| Computers | 18,209 | | 18,992 | (783) | (4%) | 18,209 | 0% | |
| iPods | 4,366 | | 4,366 | 0 | 0% | 5,372 | (19%) | |
| **Revenue by segment** | | | | | | | | |
| iPhones | 144,826 | 53.0% | 144,399 | 426 | 0% | 160,917 | (10%) | |
| iPads | 18,805 | 6.9% | 19,547 | (742) | (4%) | 18,805 | 0% | |
| Computers | 25,484 | 9.3% | 26,729 | (1,245) | (5%) | 25,484 | 0% | |
| Services | 57,889 | 21.2% | 58,364 | (475) | (1%) | 46,140 | 25% | |
| Other | 26,126 | 9.6% | 25,346 | 780 | 3% | 21,771 | 20% | |
| **Total revenue** | **273,129** | | **274,386** | **(1,257)** | **(0%)** | **273,117** | **0%** | **Consensus was $294.122B** |
| COGS | 171,598 | 62.8% | 172,036 | (439) | (0%) | 170,027 | 1% | |
| Gross Profit | 101,531 | 37.2% | 102,349 | (818) | (1%) | 103,091 | (2%) | |
|   Gross Margin % | 37.2% | | 37.3% | | (0.13%) | 37.7% | (0.57%) | |
| SG&A | 18,581 | 6.8% | 17,724 | 857 | 5% | 18,536 | 0% | |
| R&D | 15,773 | 5.8% | 15,326 | 447 | 3% | 15,726 | 0% | |
| Operating income (EBIT) | 67,177 | 24.6% | 69,300 | (2,123) | (3%) | 68,829 | (2%) | Consensus was $77.492B |
| Net Interest Expense & Other | 1,356 | 0.5% | 1,397 | (41) | (3%) | 1,492 | (9%) | |
| EBT | 68,532 | 25.1% | 70,697 | (2,164) | (3%) | 70,321 | (3%) | |
| Tax rate | 16.5% | | 15.0% | | | 0 | | |
| Net Income, excl. 1x items | 57,225 | 21.0% | 60,092 | (2,868) | (5%) | 58,718 | (3%) | |
| **Dil. EPS, excl. 1x items** | **$13.24** | | **$13.97** | **($0.73)** | **(5%)** | **$12.77** | **4%** | **Consensus was $15.23** |

Source: Company data and Maxim Group LLC estimates

Confidential    APL-SECLIT_00001928

| Apple Inc. Segment Detail | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | FY15 | FY16 | FY17 | Dec-17 | Mar-18 | Jun-18 | Sep-18 | FY18 | Dec-18 | Mar-19 | Jun-19 | Sep-19 | Sep-19 | Sep-20 | Sep-21 | Sep-22 |
| Fiscal period | FY15 | FY16 | FY17 | F1Q18 | F2Q18 | F3Q18 | F4Q18 | FY18 | F1Q19E | F2Q19E | F3Q19E | F4Q19E | FY19E | FY20E | FY21E | FY22E |
| **Net Sales - $mn** | | | | | | | | | | | | | | | | |
| iPhone | 155041 | 136700 | 141319 | 61576 | 38032 | 29906 | 37185 | 166699 | 61576 | 35940 | 28261 | 35140 | 160917 | 144826 | 144826 | 144826 |
| iPads | 23230 | 20628 | 19222 | 5862 | 4113 | 4741 | 4089 | 18805 | 5862 | 4113 | 4741 | 4089 | 18805 | 18805 | 18805 | 18805 |
| Computers | 25471 | 22831 | 25850 | 6895 | 5848 | 5330 | 7411 | 25484 | 6895 | 5848 | 5330 | 7411 | 25484 | 25484 | 25484 | 25484 |
| Services | 19909 | 24348 | 29980 | 8471 | 9190 | 9548 | 9981 | 37190 | 10104 | 11274 | 11981 | 12781 | 46140 | 57889 | 69262 | 80646 |
| Other Products | 10067 | 11132 | 12863 | 5489 | 3954 | 3740 | 4234 | 17417 | 6861 | 4943 | 4675 | 5293 | 21771 | 26126 | 31351 | 37621 |
| **Total** | **233718** | **215639** | **229234** | **88293** | **61137** | **53265** | **62900** | **265595** | **91298** | **62117** | **54988** | **64714** | **273117** | **273129** | **289727** | **307381** |
| | | | | | | | | | | | | | | | | |
| EPS, diluted (Before 1x items) | 9.22 | 8.31 | 9.21 | 3.89 | 2.73 | 2.34 | 2.91 | 11.91 | 4.65 | 2.69 | 2.37 | 3.00 | 12.77 | 13.24 | 14.55 | 16.05 |
| | | | | | | | | | | | | | | | | |
| **Units Sales (000s)** | | | | | | | | | | | | | | | | |
| iPhone | 231218 | 211884 | 216756 | 77316 | 52217 | 41300 | 46889 | 217722 | 77316 | 46995 | 37170 | 42200 | 203681 | 203681 | 203681 | 203681 |
| iPads | 54856 | 45590 | 43753 | 13170 | 9113 | 11553 | 9699 | 43535 | 13170 | 9113 | 11553 | 9699 | 43535 | 43535 | 43535 | 43535 |
| Computers | 20587 | 18484 | 19251 | 5112 | 4078 | 3720 | 5299 | 18209 | 5112 | 4078 | 3720 | 5299 | 18209 | 18209 | 18209 | 18209 |
| **ASPs ($)** | | | | | | | | | | | | | | | | |
| iPhone | 671 | 645 | 652 | 796 | 728 | 724 | 793 | 766 | 796 | 765 | 760 | 833 | 790 | 711 | 711 | 711 |
| iPads | 423 | 452 | 439 | 445 | 451 | 410 | 422 | 432 | 445 | 451 | 410 | 422 | 432 | 432 | 432 | 432 |
| Computers | 1237 | 1235 | 1343 | 1349 | 1434 | 1433 | 1399 | 1400 | 1349 | 1434 | 1433 | 1399 | 1400 | 1400 | 1400 | 1400 |

| Apple Inc. y/y Growth Rates | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | | | | Dec-17 | Mar-18 | Jun-18 | Sep-18 | | Dec-18 | Mar-19 | Jun-19 | Sep-19 | | | | |
| Fiscal period | FY15 | FY16 | FY17 | F1Q18 | F2Q18 | F3Q18 | F4Q18 | FY18 | F1Q19E | F2Q19E | F3Q19E | F4Q19E | FY19E | FY20E | FY21E | FY22E |
| **Net Sales - growth y/y %** | | | | | | | | | | | | | | | | |
| iPhone | 52.0% | (11.8%) | 3.4% | 13.2% | 14.4% | 20.4% | 28.9% | 18.0% | 0.0% | (5.5%) | (5.5%) | (5.5%) | (3.5%) | (10.0%) | 0.0% | 0.0% |
| iPads | (23.3%) | (11.2%) | (6.8%) | 5.9% | 5.8% | (4.6%) | (15.4%) | (2.2%) | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Computers | 5.8% | (10.4%) | 13.2% | (4.8%) | 0.1% | (4.7%) | 3.4% | (1.4%) | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Services | 10.2% | 22.3% | 23.1% | 18.1% | 30.5% | 31.4% | 17.4% | 24.0% | 19.3% | 22.7% | 25.5% | 28.1% | 24.1% | 25.5% | 19.6% | 16.4% |
| Other products | 20.1% | 10.6% | 15.5% | 36.4% | 37.6% | 36.7% | 31.0% | 35.4% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 20.0% | 20.0% | 20.0% |
| **Total** | **27.9%** | **(7.7%)** | **6.3%** | **12.7%** | **15.6%** | **17.3%** | **19.6%** | **15.9%** | **3.4%** | **1.6%** | **3.2%** | **2.9%** | **2.8%** | **0.0%** | **6.1%** | **6.1%** |
| | | | | | | | | | | | | | | | | |
| **Units Sales (000s) - growth y/y %** | | | | | | | | | | | | | | | | |
| iPhone | 36.6% | (8.4%) | 2.3% | (1.2%) | 2.9% | 0.7% | 0.5% | 0.4% | 0.0% | (10.0%) | (10.0%) | (10.0%) | (6.4%) | 0.0% | 0.0% | 0.0% |
| iPads | (19.3%) | (16.9%) | (4.0%) | 0.7% | 2.1% | 1.1% | (6.1%) | (0.5%) | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Computers | 8.9% | (10.2%) | 4.1% | (4.9%) | (2.9%) | (13.3%) | (1.6%) | (5.4%) | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| | | | | | | | | | | | | | | | | |
| **ASPs ($) - growth y/y %** | | | | | | | | | | | | | | | | |
| iPhone | 11.3% | (3.8%) | 1.1% | 14.7% | 11.2% | 19.6% | 28.3% | 17.4% | 0.0% | 5.0% | 5.0% | 5.0% | 3.2% | (10.0%) | 0.0% | 0.0% |
| iPads | (4.9%) | 6.8% | (2.9%) | 5.2% | 3.5% | (5.7%) | (9.9%) | (1.7%) | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Computers | (2.9%) | (0.2%) | 8.7% | 0.1% | 3.0% | 10.0% | 5.1% | 4.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |

Source: Company reports and Maxim Group LLC Estimates

Confidential

APL-SECLIT_00001929

**Apple Inc. (AAPL)**

| Services Business Modelling | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | | | | Dec-17 | Mar-18 | Jun-18 | Sep-18 | | Dec-18 | Mar-19 | Jun-19 | Sep-19 | | | | |
| Fiscal period | FY15 | FY16 | FY17 | F1Q18 | F2Q18 | F3Q18 | F4Q18 | FY18 | F1Q19E | F2Q19E | F3Q19E | F4Q19E | FY19E | FY20E | FY21E | FY22E |
| Services revenue | 19909 | 24348 | 29980 | 8471 | 9190 | 9548 | 9981 | 37190 | 10104 | 11274 | 11981 | 12781 | 46140 | 57889 | 69262 | 80646 |
| Implied other services revenue | | | 21681 | 5880 | 6339 | 6359 | 6446 | 25024 | 6174 | 6655 | 6677 | 6769 | 26275 | 27063 | 27875 | 28711 |
| Subscription revenue | | | 8299 | 2591 | 2851 | 3189 | 3535 | 12166 | 3930 | 4618 | 5304 | 6013 | 19865 | 30825 | 41387 | 51935 |
| App store | | | 3664 | 1084 | 1095 | 1111 | 1131 | 4420 | 1166 | 1192 | 1217 | 1247 | 4822 | 5232 | 5604 | 6066 |
| Apple Pay | | | 97 | 25 | 69 | 114 | 158 | 366 | 205 | 251 | 296 | 343 | 1094 | 1821 | 2521 | 3240 |
| AAPL Music | | 1650 | 3000 | 1020 | 1200 | 1451 | 1705 | 5376 | 1983 | 2247 | 2510 | 2783 | 9524 | 13712 | 17710 | 21843 |
| iCloud | 695 | 1009 | 1538 | 463 | 487 | 513 | 541 | 2004 | 576 | 606 | 635 | 667 | 2484 | 2953 | 3382 | 3813 |
| News | | | | | | | | | 0 | 112 | 225 | 338 | 675 | 2473 | 4233 | 5904 |
| Video Content | | | | | | | | | 0 | 210 | 421 | 634 | 1266 | 4636 | 7937 | 11070 |

| Services Business Y/Y Growth | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | | | | Dec-17 | Mar-18 | Jun-18 | Sep-18 | | Dec-18 | Mar-19 | Jun-19 | Sep-19 | | | | |
| Fiscal period | FY15 | FY16 | FY17 | F1Q18 | F2Q18 | F3Q18 | F4Q18 | FY18 | F1Q19E | F2Q19E | F3Q19E | F4Q19E | FY19E | FY20E | FY21E | FY22E |
| Services revenue | | | | 18% | 31% | 31% | 17% | 24% | 19% | 23% | 25% | 28% | 24% | 25% | 20% | 16% |
| Implied other services revenue | | | | 10% | 25% | 25% | 4% | 15% | 5% | 5% | 5% | 5% | 5% | 3% | 3% | 3% |
| Subscription revenue | | | | 42% | 44% | 47% | 52% | 47% | 52% | 62% | 66% | 70% | 63% | 55% | 34% | 25% |
| App store | | | | 24% | 22% | 19% | 18% | 21% | 8% | 9% | 10% | 10% | 9% | 8% | 7% | 8% |
| Apple Pay | | | | 4% | 188% | 366% | 541% | 277% | 732% | 261% | 160% | 117% | 199% | 66% | 38% | 28% |
| AAPL Music | | | | 70% | 74% | 79% | 89% | 79% | 94% | 87% | 73% | 63% | 77% | 44% | 29% | 23% |
| iCloud | | | | 38% | 33% | 28% | 24% | 30% | 24% | 24% | 24% | 23% | 24% | 19% | 15% | 13% |
| News | | | | | | | | | | | | | | 266% | 71% | 39% |
| Video Content | | | | | | | | | | | | | | 266% | 71% | 39% |

| Subscription Attach rates | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | | | | Dec-17 | Mar-18 | Jun-18 | Sep-18 | | Dec-18 | Mar-19 | Jun-19 | Sep-19 | | | | |
| Fiscal period | FY15 | FY16 | FY17 | F1Q18 | F2Q18 | F3Q18 | F4Q18 | FY18 | F1Q19E | F2Q19E | F3Q19E | F4Q19E | FY19E | FY20E | FY21E | FY22E |
| App store | | | | 100% | 100% | 100% | 100% | | 100% | 100% | 100% | 100% | | | | |
| Apple Pay (refers to what % of $12K/year bill paid with AAPL pay) | | | | 1% | 2% | 4% | 5% | | 7% | 9% | 10% | 12% | | | | |
| AAPL Music | | | | 5.2% | 6.1% | 7.5% | 8.8% | | 10.1% | 11.4% | 12.8% | 14.1% | | | | |
| iCloud | | | | 23% | 25% | 26% | 28% | | 29% | 31% | 32% | 34% | | | | |
| News | | | | | | | | | 0% | 1% | 1% | 2% | | | | |
| Video Content | | | | | | | | | 0% | 1% | 2% | 3% | | | | |
| # of potential subscribers (M) | 541 | 607 | 658 | 657 | 651 | 647 | 646 | 646 | 653 | 654 | 655 | 658 | 658 | 650 | 650 | 650 |

| Subscription Quarterly ARPU assumptions (@100% attach rate) | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | | | | Dec-17 | Mar-18 | Jun-18 | Sep-18 | | Dec-18 | Mar-19 | Jun-19 | Sep-19 | | | | |
| Fiscal period | FY15 | FY16 | FY17 | F1Q18 | F2Q18 | F3Q18 | F4Q18 | FY18 | F1Q19E | F2Q19E | F3Q19E | F4Q19E | FY19E | FY20E | FY21E | FY22E |
| App store | | | | 1.65 | 1.68 | 1.72 | 1.75 | | 1.79 | 1.82 | 1.86 | 1.90 | | | | |
| Apple Pay | | | | 4.50 | 4.50 | 4.50 | 4.50 | | 4.50 | 4.50 | 4.50 | 4.50 | | | | |
| AAPL Music | | | | 30.00 | 30.00 | 30.00 | 30.00 | | 30.00 | 30.00 | 30.00 | 30.00 | | | | |
| iCloud | | | | 3.00 | 3.00 | 3.00 | 3.00 | | 3.00 | 3.00 | 3.00 | 3.00 | | | | |
| News | | | | | | | | | 24.00 | 24.00 | 24.00 | 24.00 | | | | |
| Video Content | | | | | | | | | 30.00 | 30.00 | 30.00 | 30.00 | | | | |

*Source: Maxim Group LLC estimates*

Confidential　　　APL-SECLIT_00001930

**Apple Inc.**
**Quarterly Earnings Model**

| Date<br>Fiscal period | FY15 | FY16 | FY17 | Dec-17<br>F1Q18 | Mar-18<br>F2Q18 | Jun-18<br>F3Q18 | Sep-18<br>F4Q18 | FY18 | Dec-18<br>F1Q19E | Mar-19<br>F2Q19E | Jun-19<br>F3Q19E | Sep-19<br>F4Q19E | FY19E | FY20E | FY21E | FY22E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | 233715 | 215639 | 229234 | 88293 | 61137 | 53265 | 62900 | 265595 | 91298 | 62117 | 54988 | 64714 | 273117 | 273129 | 289727 | 307381 |
| Total COGS | 140089 | 131376 | 141048 | 54381 | 37715 | 32844 | 38816 | 163756 | 56417 | 39199 | 34175 | 40237 | 170027 | 171598 | 182741 | 194635 |
| Total Gross Profit | 93626 | 84263 | 88186 | 33912 | 23422 | 20421 | 24084 | 101839 | 34881 | 22919 | 20814 | 24477 | 103091 | 101531 | 106987 | 112746 |
| SG&A | 14329 | 14194 | 15261 | 4231 | 4150 | 4108 | 4216 | 16705 | 4831 | 4527 | 4516 | 4661 | 18536 | 18581 | 19736 | 20961 |
| R&D | 8067 | 10045 | 11581 | 3407 | 3378 | 3701 | 3750 | 14236 | 3888 | 3681 | 4041 | 4117 | 15726 | 15773 | 16758 | 17802 |
| Total Opex | 22396 | 24239 | 26842 | 7638 | 7528 | 7809 | 7966 | 30941 | 8720 | 8208 | 8557 | 8778 | 34262 | 34354 | 36494 | 38763 |
| Operating Income (EBIT) | 71230 | 60024 | 61344 | 26274 | 15894 | 12612 | 16118 | 70898 | 26162 | 14711 | 12257 | 15699 | 68829 | 67177 | 70493 | 73983 |
| Net Interest Income (Expense) | 1285 | 1348 | 2745 | 756 | 274 | 672 | 303 | 2005 | 303 | 247 | 670 | 273 | 1492 | 1356 | 1357 | 1394 |
| Other Non-Operating Income (Expense) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Minority Interest | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Income Before Taxes and 1x Items | 72515 | 61372 | 64089 | 27030 | 16168 | 13284 | 16421 | 72903 | 26465 | 14958 | 12927 | 15972 | 70321 | 68532 | 71850 | 75378 |
| Tax Expense (credit) | 19121 | 15685 | 15738 | 6965 | 2346 | 1765 | 2296 | 13372 | 4367 | 2468 | 2133 | 2635 | 11603 | 11308 | 11855 | 12437 |
| Net Income (Before 1x Items) | 53394 | 45687 | 48351 | 20065 | 13822 | 11519 | 14125 | 59531 | 22098 | 12490 | 10794 | 13337 | 58718 | 57225 | 59995 | 62940 |
| EPS, diluted (Before 1x items) | 9.22 | 8.31 | 9.21 | 3.89 | 2.73 | 2.34 | 2.91 | 11.91 | 4.65 | 2.69 | 2.37 | 3.00 | 12.77 | 13.24 | 14.55 | 16.05 |
| Non-Recurring expenses, Net of Tax | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GAAP Net Income | 53394 | 45687 | 48351 | 20065 | 13822 | 11519 | 14125 | 59531 | 22098 | 12490 | 10794 | 13337 | 58718 | 57225 | 59995 | 62940 |
| EPS, GAAP | 9.22 | 8.31 | 9.21 | 3.89 | 2.73 | 2.34 | 2.91 | 11.91 | 4.65 | 2.69 | 2.37 | 3.00 | 12.77 | 13.24 | 14.55 | 16.05 |
| Shares outstanding, diluted | 5793 | 5500 | 5252 | 5158 | 5068 | 4927 | 4848 | 5000 | 4748 | 4648 | 4548 | 4448 | 4598 | 4323 | 4123 | 3923 |
| FCF per share | 12.09 | 9.65 | 9.74 | 4.94 | 2.16 | 2.28 | 3.40 | 12.82 | 5.68 | 5.52 | (0.94) | 4.40 | 14.77 | 16.09 | 18.26 | 20.40 |
| **Margin Analysis** | **FY15** | **FY16** | **FY17** | **Dec-17** | **Mar-18** | **Jun-18** | **Sep-18** | **FY18** | **Dec-18** | **Mar-19** | **Jun-19** | **Sep-19** | **Sep-19** | **Sep-20** | **Sep-21** | **Sep-22** |
| GM | 40.1% | 39.1% | 38.5% | 38.4% | 38.3% | 38.3% | 38.3% | 38.3% | 38.2% | 36.9% | 37.9% | 37.8% | 37.7% | 37.2% | 36.9% | 36.7% |
| SG&A | 6.1% | 6.6% | 6.7% | 4.8% | 6.8% | 7.7% | 6.7% | 6.3% | 5.3% | 7.3% | 8.2% | 7.2% | 6.8% | 6.8% | 6.8% | 6.8% |
| R&D | 3.5% | 4.7% | 5.1% | 3.9% | 5.5% | 6.9% | 6.0% | 5.4% | 4.3% | 5.9% | 7.3% | 6.4% | 5.8% | 5.8% | 5.8% | 5.8% |
| EBIT | 30.5% | 27.8% | 26.8% | 29.8% | 26.0% | 23.7% | 25.6% | 26.7% | 28.7% | 23.7% | 22.3% | 24.3% | 25.2% | 24.6% | 24.3% | 24.1% |
| Tax rate | 26.4% | 25.6% | 24.6% | 25.8% | 14.5% | 13.3% | 14.0% | 18.3% | 16.5% | 16.5% | 16.5% | 16.5% | 16.5% | 16.5% | 16.5% | 16.5% |
| Net income (excl. 1x items) | 22.8% | 21.2% | 21.1% | 22.7% | 22.6% | 21.6% | 22.5% | 22.4% | 24.2% | 20.1% | 19.6% | 20.6% | 21.5% | 21.0% | 20.7% | 20.5% |
| FCF | 30.0% | 24.6% | 22.3% | 28.9% | 17.9% | 21.1% | 26.2% | 24.1% | 29.5% | 41.3% | (7.8%) | 30.2% | 24.9% | 25.5% | 26.0% | 26.0% |
| **Growth - y/y %** | **FY15** | **FY16** | **FY17** | **Dec-17** | **Mar-18** | **Jun-18** | **Sep-18** | **FY18** | **Dec-18** | **Mar-19** | **Jun-19** | **Sep-19** | **Sep-19** | **Sep-20** | **Sep-21** | **Sep-22** |
| Total Revenue | 27.9% | (7.7%) | 6.3% | 12.7% | 15.6% | 17.3% | 19.6% | 15.9% | 3.4% | 1.6% | 3.2% | 2.9% | 2.8% | 0.0% | 6.1% | 6.1% |
| SG&A | 19.5% | (0.9%) | 7.5% | 7.2% | 11.6% | 8.6% | 10.5% | 9.5% | 14.2% | 9.1% | 9.9% | 10.6% | 11.0% | 0.2% | 6.2% | 6.2% |
| R&D | 33.5% | 24.5% | 15.3% | 18.7% | 21.7% | 26.0% | 25.1% | 22.9% | 14.1% | 9.0% | 9.2% | 9.8% | 10.5% | 0.3% | 6.2% | 6.2% |
| Operating expenses | 24.2% | 8.2% | 10.7% | 12.0% | 15.9% | 16.2% | 17.0% | 15.3% | 14.2% | 9.0% | 9.6% | 10.2% | 10.7% | 0.3% | 6.2% | 6.2% |
| EBIT | 35.7% | (15.7%) | 2.2% | 12.5% | 12.7% | 17.1% | 22.9% | 15.6% | (0.4%) | (7.4%) | (2.8%) | (2.6%) | (2.9%) | (2.4%) | 4.9% | 5.0% |
| Net income | 35.1% | (14.4%) | 5.8% | 12.2% | 25.3% | 32.1% | 31.8% | 23.1% | 10.1% | (9.6%) | (6.3%) | (5.6%) | (1.4%) | (2.5%) | 4.8% | 4.9% |
| EPS | 42.8% | (9.9%) | 10.8% | 15.9% | 30.1% | 40.4% | 41.0% | 29.3% | 19.6% | (1.5%) | 1.5% | 2.9% | 7.3% | 3.7% | 9.9% | 10.3% |
| FCF | 39.6% | (24.2%) | (3.7%) | 7.4% | 14.5% | 84.4% | 39.8% | 25.4% | 5.7% | 134.7% | NM | 18.8% | 5.9% | 2.4% | 8.3% | 6.3% |
| **Growth - q/q %** | **FY15** | **FY16** | **FY17** | **Dec-17** | **Mar-18** | **Jun-18** | **Sep-18** | **FY18** | **Dec-18** | **Mar-19** | **Jun-19** | **Sep-19** | **Sep-19** | **Sep-20** | **Sep-21** | **Sep-22** |
| Revenue | | | | 67.9% | (30.8%) | (12.9%) | 18.1% | | 45.1% | (32.0%) | (11.5%) | 17.7% | | | | |
| Operating expenses | | | | 12.1% | (1.4%) | 3.7% | 2.0% | | 9.5% | (5.9%) | 4.2% | 2.6% | | | | |
| EBIT | | | | 100.3% | (39.5%) | (20.6%) | 27.8% | | 62.3% | (43.8%) | (16.7%) | 28.1% | | | | |
| Net income | | | | 87.3% | (31.1%) | (16.7%) | 22.6% | | 56.4% | (43.5%) | (13.6%) | 23.6% | | | | |
| EPS | | | | 88.2% | (29.9%) | (14.3%) | 24.6% | | 59.7% | (42.3%) | (11.7%) | 26.3% | | | | |
| FCF | | | | 116.1% | (57.1%) | 2.6% | 46.9% | | 63.5% | (4.7%) | NM | NM | | | | |
| **Key Balance Sheet Metrics** | **FY15** | **FY16** | **FY17** | **Dec-17** | **Mar-18** | **Jun-18** | **Sep-18** | **FY18** | **Dec-18** | **Mar-19** | **Jun-19** | **Sep-19** | **Sep-19** | **Sep-20** | **Sep-21** | **Sep-22** |
| Net cash | 141204 | 150553 | 153215 | 162697 | 145386 | 129143 | 122617 | 122617 | 126095 | 128370 | 99358 | 88803 | 88803 | 86195 | 90104 | 99504 |
| Debt to Equity Ratio | 0.54 | 0.68 | 0.86 | 0.87 | 0.96 | 1.00 | 1.07 | 1.07 | 1.08 | 1.21 | 1.41 | 1.64 | 1.64 | 1.90 | 2.11 | 2.19 |
| Cash Conversion Cycle | (53) | (67) | (76) | (65) | (75) | (58) | (72) | (79) | (68) | (75) | (58) | (72) | (74) | (68) | (67) | (67) |
| Working Capital | 8768 | 27863 | 27831 | 28022 | 40733 | 27213 | 14473 | 14473 | 16649 | 6102 | (6777) | (21977) | (21977) | (29941) | (33628) | (32794) |
| Net interest income (expense) rate | 0.6% | 0.6% | 1.0% | 0.3% | 0.1% | 0.3% | 0.1% | 0.8% | 0.1% | 0.1% | 0.3% | 0.1% | 0.7% | 0.7% | 0.7% | 0.7% |
| **Key Cash Flow Metrics** | **FY15** | **FY16** | **FY17** | **Dec-17** | **Mar-18** | **Jun-18** | **Sep-18** | **FY18** | **Dec-18** | **Mar-19** | **Jun-19** | **Sep-19** | **Sep-19** | **Sep-20** | **Sep-21** | **Sep-22** |
| Cash from operations | 81266 | 65824 | 63598 | 28293 | 15130 | 14488 | 19523 | 77434 | 29849 | 30240 | (629) | 23028 | 82488 | 85097 | 92806 | 99679 |
| Capex | 11247 | 12734 | 12451 | 2810 | 4195 | 3267 | 3041 | 13313 | 2906 | 4573 | 3648 | 3452 | 14578 | 15556 | 17520 | 19670 |
| FCF | 70019 | 53090 | 51147 | 25483 | 10935 | 11221 | 16482 | 64121 | 26944 | 25668 | (4277) | 19575 | 67909 | 69541 | 75287 | 80008 |
| FCF/Sales | 30.0% | 24.6% | 22.3% | 28.9% | 17.9% | 21.1% | 26.2% | 24.1% | 29.5% | 41.3% | (7.8%) | 30.2% | 24.9% | 25.5% | 26.0% | 26.0% |
| Cash from Investing Activites | (56274) | (45977) | (46446) | (13590) | 28710 | 3947 | (3001) | 16066 | (2906) | (4573) | (3648) | (8952) | (20078) | (21056) | (23020) | (25170) |
| Cash from Financing Activities | (17716) | (20483) | (17347) | (7501) | (26272) | (31523) | (22580) | (87876) | (23466) | (23393) | (24735) | (24631) | (96224) | (66649) | (65878) | (65108) |

Source: Company reports and the Maxim Group LLC estimates

**DISCLOSURES**



Apple Inc. Rating History as of 11/01/2018

| **Maxim Group LLC Ratings Distribution** | | **As of: 11/01/18** | |
|---|---|---|---|
| | | **% of Coverage Universe with Rating** | **% of Rating for which Firm Provided Banking Services in the Last 12 months** |
| **Buy** | Fundamental metrics and/or identifiable catalysts exist such that we expect the stock to outperform its relevant index over the next 12 months. | 83% | 35% |
| **Hold** | Fundamental metrics are currently at, or approaching, industry averages. Therefore, we expect this stock to neither outperform nor underperform its relevant index over the next 12 months. | 16% | 27% |
| **Sell** | Fundamental metrics and/or identifiable catalysts exist such that we expect the stock to underperform its relevant index over the next 12 months. | 2% | 0% |
| | *See valuation section for company specific relevant indices* | | |

I, Nehal Chokshi, attest that the views expressed in this research report accurately reflect my personal views about the subject security and issuer. Furthermore, no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation or views expressed in this research report.

I, Jack Vander Aarde, attest that the views expressed in this research report accurately reflect my personal views about the subject security and issuer. Furthermore, no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation or views expressed in this research report.

The research analyst(s) primarily responsible for the preparation of this research report have received compensation based upon various factors, including the firm's total revenues, a portion of which is generated by investment banking activities.

**Maxim Group makes a market in Apple Inc.**

**AAPL:** We use the NASDAQ (IXIC) as the relevant benchmark index for Apple Inc.

**Valuation Methods**
**AAPL:** We use a multiple on net income or free cash flow for our large-cap IT coverage universe.

**Price Target and Investment Risks**

Confidential                                                                                                          APL-SECLIT_00001932

**AAPL:** Aside from general market and other economic risks, risks particular to our price target and rating for AAPL include: (1) loss of pricing power for the iPhone with telecom carriers; (2) loss of premium brand status with consumers; (3) history of navigating industry transitions is no guarantee that AAPL will continue to successfully do so.

## RISK RATINGS

Risk ratings take into account both fundamental criteria and price volatility.

**Speculative** – Fundamental Criteria: This is a risk rating assigned to early-stage companies with minimal to no revenues, lack of earnings, balance sheet concerns, and/or a short operating history. Accordingly, fundamental risk is expected to be significantly above the industry. Price Volatility: Because of the inherent fundamental criteria of the companies falling within this risk category, the price volatility is expected to be significant with the possibility that the investment could eventually be worthless. Speculative stocks may not be suitable for a significant class of individual investors.

**High** – Fundamental Criteria: This is a risk rating assigned to companies having below-average revenue and earnings visibility, negative cash flow, and low market cap or public float. Accordingly, fundamental risk is expected to be above the industry. Price Volatility: The price volatility of companies falling within this category is expected to be above the industry. High-risk stocks may not be suitable for a significant class of individual investors.

**Medium** – Fundamental Criteria: This is a risk rating assigned to companies that may have average revenue and earnings visibility, positive cash flow, and is fairly liquid. Accordingly, both price volatility and fundamental risk are expected to approximate the industry average.

**Low** – Fundamental Criteria: This is a risk rating assigned to companies that may have above-average revenue and earnings visibility, positive cash flow, and is fairly liquid. Accordingly, both price volatility and fundamental risk are expected to be below the industry.

## DISCLAIMERS

Some companies that Maxim Group LLC follows are emerging growth companies whose securities typically involve a higher degree of risk and more volatility than the securities of more established companies. The securities discussed in Maxim Group LLC research reports may not be suitable for some investors. Investors must make their own determination as to the appropriateness of an investment in any securities referred to herein, based on their specific investment objectives, financial status and risk tolerance.

This communication is neither an offer to sell nor a solicitation of an offer to buy any securities mentioned herein. This publication is confidential for the information of the addressee only and may not be reproduced in whole or in part, copies circulated, or disclosed to another party, without the prior written consent of Maxim Group, LLC ("Maxim").

Information and opinions presented in this report have been obtained or derived from sources believed by Maxim to be reliable, but Maxim makes no representation as to their accuracy or completeness. The aforementioned sentence does not apply to the disclosures required by FINRA Rule 2241. Maxim accepts no liability for loss arising from the use of the material presented in this report, except that this exclusion of liability does not apply to the extent that such liability arises under specific statutes or regulations applicable to Maxim. This report is not to be relied upon in substitution for the exercise of independent judgment. Maxim may have issued, and may in the future issue, other reports that are inconsistent with, and reach different conclusions from, the information presented in this report. Those reports reflect the different assumptions, views and analytical methods of the analysts who prepared them and Maxim is under no obligation to ensure that such other reports are brought to the attention of any recipient of this report.

Past performance should not be taken as an indication or guarantee of future performance, and no representation or warranty, express or implied, is made regarding future performance. Information, opinions and estimates contained in this report reflect a judgment at its original date of publication by Maxim and are subject to change without notice. The price, value of and income from any of the securities mentioned in this report can fall as well as rise. The value of securities is subject to exchange rate fluctuation that may have a positive or adverse effect on the price or income of such securities. Investors in securities such as ADRs, the values of which are influenced by currency volatility, effectively assume this risk. Securities recommended, offered or sold by Maxim: (1) are not insured by the Federal Deposit Insurance Company; (2) are not deposits or other obligations of any insured depository institution; and (3) are subject to investment risks, including the possible loss of principal invested. Indeed, in the case of some investments, the potential losses may exceed the amount of initial investment and, in such circumstances, you may be required to pay more money to support these losses.

ADDITIONAL INFORMATION IS AVAILABLE UPON REQUEST

Confidential                                                                                                   APL-SECLIT_00001933



## Corporate Headquarters

The Chrysler Building
405 Lexington Ave., 2nd FL
New York, NY 10174
Tel: 212-895-3500

Capital Markets/Syndicate: 212-895-3695

Corporate Finance: 212-895-3811

Corporate Services: 212-895-3631

Equity/Options Trading: 212-895-3790

Equity Research: 212-895-3736

Fixed Income Trading: 212-895-3875

Global Equity Trading: 212-895-3623

Institutional Sales: 212-895-3873

Institutional Sales Trading: 212-895-3873

Port./Transition Trading: 212-895-3567

Prime Brokerage: 212-895-3723

Wealth Management: 212-895-3624

### Woodbury, Long Island

20 Crossways Park Drive North
Suite 304
Woodbury, NY 11797
Tel: 516-393-8300

### Red Bank, New Jersey

246 Maple Avenue
Red Bank, NJ 07701
Tel: 732-784-1900

### West Palm Beach, Florida

105 South Narcissus Avenue
Suite 222
West Palm Beach, FL 33401
Tel: 561-508-4433

### San Rafael, California

4040 Civic Center Drive
Suite 200
San Rafael, CA 94903
Tel: 212-895-3670