# EXHIBIT 69



**November 2, 2018**
BRIAN J. WHITE, CFA
Analyst, Internet & Software
1.212.583.8510
bwhite@mchny.com

# APPLE INC. (AAPL – BUY – $222.22)   TARGET PRICE: $300

## Stock Data

| | |
|---|---:|
| Price | $222.22 |
| Shares Outstanding (MM) | 4,830 |
| Float (MM) | 4,570 |
| Short Interest (% of Float) | 1% |
| Market Cap. (T) | $1.07 |
| Average Volume (MM) | 28.4 |
| Revenues, '19E (B) | $281.8 |
| Total Cash (B) | $237.1 |
| Total Debt (B) | $114.5 |
| Fiscal Year Ending | September |

## One Year Price Chart



## Annual Estimates and Valuation

| | 2018A | 2019E | 2020E |
|---|---:|---:|---:|
| Revenue (MM) | $265,595 | $281,793 | $302,423 |
| EBITDA (MM) | $81,801 | $85,299 | $91,673 |
| EBITDA Margin | 30.8% | 30.3% | 30.3% |
| EPS – GAAP | $11.91 | $13.25 | $14.76 |
| EV/Revenue | 3.6x | 3.4x | 3.1x |
| EV/EBITDA | 11.6x | 11.1x | 10.4x |
| P/E – GAAP | 18.7x | 16.8x | 15.1x |

Please see historic price chart, analyst certification and disclosure statement on pages 10 and 11 of this report.

## Puts and Takes but Planet Apple Remains a Shining City on a Hill in a Volatile Tech World

**Reiterate BUY.** Last night, Apple reported strong 4Q:FY18 results and offered up a 1Q:FY19 outlook that compares favorably to our projections but conservative compared to the Street. Moreover, Apple will no longer provide unit numbers. In our view, Apple's stock is still underappreciated with a very depressed valuation. Moreover, Apple is benefiting from rising ASPs across the portfolio, strong growth in Services and a leadership position in data privacy.

**Revenue and Profit Upside.** Apple reported 4Q:FY18 sales of $62.9 billion (up 20% YoY) that exceeded our revenue projection of $61.44 billion (Street was at $61.57 billion) and EPS of $2.91 (up 41%) beat our EPS estimate of $2.73 (Street was at $2.78), while operating profit of $16.1 billion surpassed our $15.4 billion projection. Recall, Apple guided for 4Q:FY18 sales $60 billion to $62 billion.

**iPhone Revenue Beats Big on Surging ASPs.** Apple's iPhone units came in at 46.9 million (up 0.5% YoY) in 4Q:FY18, and below our projection of 49.0 million (Street was at 47.5 million) with iPhone ASPs surging 28% YoY, leading to iPhone revenue of $37.19 billion (up 29% YoY) that easily beat our estimate of $35.54 billion. Mac units of 5.3 million (down 2% YoY) in 4Q:FY18 handily exceeded our forecast of 4.5 million with the launch of the new MacBook Pro and iPad units of 9.7 million (down 6% YoY) came in below our estimate of 10.6 million. Apple's Services business continued with its strong growth trajectory in 4Q:FY18 with 17% YoY growth (or up 27% when excluding one-time revenue from a year ago) to $9.98 billion but fell short of our estimate of $10.31 billion.

**Macro Commentary a Bit More Cautious.** The call was filled with more macro concerns than during recent quarterly gatherings with Apple calling out weakness in a handful of developing countries with their own dynamics, combined with the headwind of weakening currencies outside the U.S. that will hit sales by ~$2 billion YoY in 1Q:FY19 and supply/demand imbalances are possible. Moreover, Apple will no longer provide unit numbers for iPhone, iPad and Mac, which ruffled feathers last night; however, we believe this change makes perfect sense as the company's financial success is increasingly driven by an ecosystem of product and services on Planet Apple, which includes rising ASPs.

**Slightly Adjusting Estimates.** Apple expects 1Q:FY19 sales of $89 billion to $93 billion (Street at $93.02 billion) with a gross margin of 38% to 38.5%, which equates to EPS of ~$4.58 at the midpoint (Street at $4.95). We are raising our 1Q:FY19 revenue forecast to $91.6 billion from $90.43 billion and increasing our EPS projection to $4.65 from $4.62 with a higher tax rate impacting EPS by $0.08. A higher tax is also a drag on our annual estimates. For FY:19, we are increasing our revenue estimate to $281.79 billion from $280.15 billion and maintaining our EPS projection at $13.25. For FY:20, we are increasing our revenue forecast to $302.42 billion from $300.56 billion and adjusting our EPS estimate slightly to $14.76 from $14.74.

**MONNESS CRESPI HARDT**   767 Third Ave. New York, NY 10017

Confidential   APL-SECLIT_00001837

**Valuation:**  Our 12-month price target of $300 for BUY-rated Apple is based on nearly 21x our CY19 pro forma EPS estimate (adjusted for net interest income), plus the company's net cash per share of $25.29. Apple has delivered a 14% GAAP EPS CAGR vs. just 5% for the S&P 500 over the past four years; however, the S&P 500 Index trades at 2019 P/E of over 15x and Apple trades at just 14.8x (ex-cash; or 16.4x straight).

**Risks:** Risks to our price target for BUY-rated Apple include the following: (1) Increased competition in Apple's key product areas and pricing pressure; (2) consumer spending trends and the health of the global economy; (3) execution on the launch of new products and the penetration of new market opportunities; (4) managing the supply chain as it relates to key components and labor; (5) investment in new technological innovations; (6) the ability to avoid major litigation and the avoidance of meaningful anti-trust issues in the future; and (7) risks of cyber security attacks on the company or its cloud partners.

**MONNESS CRESPI HARDT**

767 Third Ave. New York, NY 10017

**Brian J. White, CFA**
1.212.583.8510
bwhite@mchny.com

Confidential                                                                                                                   APL-SECLIT_00001838

## Financial Projections

**APPLE, INC. ($ millions)**

MONNESS, CRESPI, HARDT & CO., INC.
BRIAN J. WHITE, CFA
QUARTERLY INCOME STATEMENT (SEPT)

| | FY2018 | | | | FY2019E | | | | FY2020E | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1QFY18 | 2QFY18 | 3QFY18 | 4QFY18 | 1QFY19E | 2QFY19E | 3QFY19E | 4QFY19E | 1QFY20E | 2QFY20E | 3QFY20E | 4QFY20E |
| Revenue | 88,293.0 | 61,137.0 | 53,265.0 | 62,900.0 | 91,634.7 | 65,117.0 | 57,851.4 | 67,190.3 | 96,387.8 | 72,548.1 | 64,043.6 | 69,443.1 |
| *Y/Y Growth %* | *12.7%* | *15.6%* | *17.3%* | *19.6%* | *3.8%* | *6.5%* | *8.6%* | *6.8%* | *5.2%* | *11.4%* | *10.7%* | *3.4%* |
| *Q/Q Growth %* | *67.9%* | *-30.8%* | *-12.9%* | *18.1%* | *45.7%* | *-28.9%* | *-11.2%* | *16.1%* | *43.5%* | *-24.7%* | *-11.7%* | *8.4%* |
| Cost of Sales | 54,381.0 | 37,715.0 | 32,844.0 | 38,816.0 | 56,355.4 | 39,851.6 | 35,462.9 | 41,456.4 | 59,471.2 | 44,254.3 | 39,258.7 | 42,707.5 |
| *% of Revenue* | *61.6%* | *61.7%* | *61.7%* | *61.7%* | *61.5%* | *61.2%* | *61.3%* | *61.7%* | *61.7%* | *61.0%* | *61.3%* | *61.5%* |
| Gross Profit | 33,912.0 | 23,422.0 | 20,421.0 | 24,084.0 | 35,279.4 | 25,265.4 | 22,388.5 | 25,733.9 | 36,916.5 | 28,293.7 | 24,784.9 | 26,735.6 |
| *Gross Margin* | *38.4%* | *38.3%* | *38.3%* | *38.3%* | *38.5%* | *38.8%* | *38.7%* | *38.3%* | *38.3%* | *39.0%* | *38.7%* | *38.5%* |
| R & D Expenses | 3,407.0 | 3,378.0 | 3,701.0 | 3,750.0 | 4,031.9 | 3,841.9 | 3,818.2 | 3,964.2 | 4,144.7 | 4,062.7 | 4,098.8 | 4,236.0 |
| *% of Revenue* | *3.9%* | *5.5%* | *6.9%* | *6.0%* | *4.4%* | *5.9%* | *6.6%* | *5.9%* | *4.3%* | *5.6%* | *6.4%* | *6.1%* |
| Selling, General & Administrative Expenses | 4,231.0 | 4,150.0 | 4,108.0 | 4,216.0 | 4,765.0 | 4,688.4 | 4,686.0 | 4,972.1 | 5,108.6 | 5,005.8 | 5,123.5 | 5,277.7 |
| *% of Revenue* | *4.8%* | *6.8%* | *7.7%* | *6.7%* | *5.2%* | *7.2%* | *8.1%* | *7.4%* | *5.3%* | *6.9%* | *8.0%* | *7.6%* |
| Operating Income | 26,274.0 | 15,894.0 | 12,612.0 | 16,118.0 | 26,482.4 | 16,735.1 | 13,884.3 | 16,797.6 | 27,663.3 | 19,225.2 | 15,562.6 | 17,221.9 |
| *% of Revenue* | *29.8%* | *26.0%* | *23.7%* | *25.6%* | *28.9%* | *25.7%* | *24.0%* | *25.0%* | *28.7%* | *26.5%* | *24.3%* | *24.8%* |
| Other Income | 756.0 | 274.0 | 672.0 | 303.0 | 300.0 | 400.0 | 400.0 | 400.0 | 400.0 | 400.0 | 400.0 | 400.0 |
| Earnings Before Income Taxes | 27,030.0 | 16,168.0 | 13,284.0 | 16,421.0 | 26,782.4 | 17,135.1 | 14,284.3 | 17,197.6 | 28,063.3 | 19,625.2 | 15,962.6 | 17,621.9 |
| *% of Revenue* | *30.6%* | *26.4%* | *24.9%* | *26.1%* | *29.2%* | *26.3%* | *24.7%* | *25.6%* | *29.1%* | *27.1%* | *24.9%* | *25.4%* |
| Income Tax Expense | 6,965.0 | 2,346.0 | 1,765.0 | 2,296.0 | 4,419.1 | 2,827.3 | 2,356.9 | 2,837.6 | 4,630.4 | 3,238.2 | 2,633.8 | 2,907.6 |
| *Income Tax Rate* | *25.8%* | *14.5%* | *13.3%* | *14.0%* | *16.5%* | *16.5%* | *16.5%* | *16.5%* | *16.5%* | *16.5%* | *16.5%* | *16.5%* |
| Net Income | 20,065.0 | 13,822.0 | 11,519.0 | 14,125.0 | 22,363.3 | 14,307.8 | 11,927.4 | 14,360.0 | 23,432.8 | 16,387.1 | 13,328.8 | 14,714.3 |
| *% of Revenue* | *22.7%* | *22.6%* | *21.6%* | *22.5%* | *24.4%* | *22.0%* | *20.6%* | *21.4%* | *24.3%* | *22.6%* | *20.8%* | *21.2%* |
| **EPS** | **$3.89** | **$2.73** | **$2.34** | **$2.91** | **$4.65** | **$3.00** | **$2.52** | **$3.06** | **$5.03** | **$3.55** | **$2.91** | **$3.24** |
| *Y/Y % Change in EPS* | *15.9%* | *30.1%* | *40.4%* | *41.0%* | *19.5%* | *10.0%* | *7.8%* | *5.0%* | *8.2%* | *18.4%* | *15.5%* | *5.9%* |
| **EPS (ex-Stock-Based Comp. Expense)** | **$4.08** | **$2.95** | **$2.58** | **$3.15** | **$4.88** | **$3.24** | **$2.76** | **$3.30** | **$5.28** | **$3.80** | **$3.16** | **$3.50** |
| *Y/Y % Change in EPS (ex-Stock-Based Comp.)* | *15.4%* | *30.2%* | *39.9%* | *40.5%* | *19.8%* | *9.5%* | *7.2%* | *4.8%* | *8.1%* | *17.4%* | *14.6%* | *5.9%* |
| **GAAP EPS** | **$3.89** | **$2.73** | **$2.34** | **$2.91** | **$4.65** | **$3.00** | **$2.52** | **$3.06** | **$5.03** | **$3.55** | **$2.91** | **$3.24** |
| Shares Outstanding - Diluted | 5,157.8 | 5,068.5 | 4,926.6 | 4,847.5 | 4,809.0 | 4,770.5 | 4,732.0 | 4,693.5 | 4,655.0 | 4,616.5 | 4,578.0 | 4,539.5 |

*Source: Company reports and Monness, Crespi, Hardt & Co., Inc. estimates*

MONNESS CRESPI HARDT

767 Third Ave. New York, NY 10017

Brian J. White, CFA
1.212.583.8510
bwhite@mchny.com

**APPLE, INC. ($ millions)**

**MONNESS, CRESPI, HARDT & CO., INC.**
**BRIAN J. WHITE, CFA**
**QUARTERLY INCOME STATEMENT (SEPT)**

|  | FY2017 | FY2018 | FY2019E | FY2020E | CY2016 | CY2017 | CY2018E | CY2019E |
|---|---|---|---|---|---|---|---|---|
| Revenue | 229,234.0 | 265,595.0 | 281,793.4 | 302,422.6 | 218,118.0 | 239,176.0 | 268,936.7 | 286,546.5 |
| *Y/Y Growth %* | *6.3%* | *15.9%* | *6.1%* | *7.3%* | *-7.2%* | *9.7%* | *12.4%* | *6.5%* |
| Cost of Sales | 141,048.0 | 163,756.0 | 173,126.3 | 185,691.8 | 134,102.0 | 147,254.0 | 165,730.4 | 176,242.2 |
| *% of Revenue* | *62%* | *62%* | *61%* | *61%* | *61.5%* | *61.6%* | *61.6%* | *61.5%* |
| Gross Profit | 88,186.0 | 101,839.0 | 108,667.1 | 116,730.7 | 84,016.0 | 91,922.0 | 103,206.4 | 110,304.3 |
| *Gross Margin* | *38.5%* | *38.3%* | *38.6%* | *38.6%* | *38.5%* | *38.4%* | *38.4%* | *38.5%* |
| R&D Expenses | 11,581.0 | 14,236.0 | 15,656.3 | 16,542.2 | 10,512.0 | 12,117.0 | 14,860.9 | 15,769.0 |
| *% of Revenue* | *5.1%* | *5.4%* | *5.6%* | *5.5%* | *4.8%* | *5.1%* | *5.5%* | *5.5%* |
| Selling, General & Administrative Expenses | 15,261.0 | 16,705.0 | 19,111.5 | 20,515.5 | 14,292.0 | 15,546.0 | 17,239.0 | 19,455.0 |
| *% of Revenue* | *6.7%* | *6.3%* | *6.8%* | *6.8%* | *6.6%* | *6.5%* | *6.4%* | *6.8%* |
| Operating Income | 61,344.0 | 70,898.0 | 73,899.4 | 79,673.0 | 59,212.0 | 64,259.0 | 71,106.4 | 75,080.3 |
| *% of Revenue* | *26.8%* | *26.7%* | *26.2%* | *26.3%* | *27.1%* | *26.9%* | *26.4%* | *26.2%* |
| Other Income | 2,745.0 | 2,005.0 | 1,500.0 | 1,600.0 | 1,767.0 | 2,680.0 | 1,549.0 | 1,600.0 |
| Earnings Before Income Taxes | 64,089.0 | 72,903.0 | 75,399.4 | 81,273.0 | 60,979.0 | 66,939.0 | 72,655.4 | 76,680.3 |
| *% of revenue* | *28.0%* | *27.4%* | *26.8%* | *26.9%* | *28.0%* | *28.0%* | *27.0%* | *26.8%* |
| Income Tax Expense | 15,738.0 | 13,372.0 | 12,440.9 | 13,410.0 | 15,762.0 | 16,414.0 | 10,826.1 | 12,652.2 |
| *Income Tax Rate* | *24.6%* | *18.3%* | *16.5%* | *16.5%* | *25.8%* | *24.5%* | *14.9%* | *16.5%* |
| Net Income | 48,351.0 | 59,531.0 | 62,958.5 | 67,863.0 | 45,217.0 | 50,525.0 | 61,829.3 | 64,028.0 |
| *% of revenue* | *21.1%* | *22.4%* | *22.3%* | *22.4%* | *20.7%* | *21.1%* | *23.0%* | *22.3%* |
| **EPS** | **$9.21** | **$11.91** | **$13.25** | **$14.76** | **$8.32** | **$9.70** | **$12.59** | **$13.59** |
| *Y/Y % Change in Pro-Forma EPS* | *10.8%* | *29.3%* | *11.3%* | *11.4%* | *-11.4%* | *16.6%* | *29.8%* | *8.0%* |
| **EPS (ex-Stock-Based Comp. Expense)** | **$9.91** | **$12.79** | **$14.21** | **$15.76** | **$8.92** | **$10.41** | **$13.52** | **$14.55** |
| *Y/Y % Change in EPS (ex-Stock-Based Comp.)* | *11.6%* | *29.1%* | *11.0%* | *11.0%* | *-9.7%* | *16.7%* | *29.9%* | *7.6%* |
| **GAAP EPS** | **$9.21** | **$11.91** | **$13.25** | **$14.76** | **$8.32** | **$9.70** | **$12.59** | **$13.59** |
| Shares Outstanding - Diluted | 5,251.7 | 5,000.1 | 4,751.3 | 4,597.3 | 5,433.7 | 5,209.1 | 4,912.9 | 4,712.8 |
| **Annual (FY) Key Ratios** | **FY2017** | **FY2018** | **FY2019E** | **FY2020E** | **CY2016** | **CY2017** | **CY2018E** | **CY2019E** |
| ROE | 36.9% | 49.4% | 50.3% | 42.1% | 34.7% | 37.1% | 46.5% | 45.0% |
| ROA | 13.9% | 16.1% | 16.3% | 15.9% | 14.5% | 13.7% | 15.9% | 16.5% |
| ROIC | 19.9% | 24.6% | 25.7% | 24.1% | 21.4% | 20.1% | 24.1% | 24.4% |
| Total Equity | 134,047 | 107,147 | 143,230 | 179,428 | 132,390 | 140,199 | 125,610 | 158,919 |
| Total Assets | 375,319 | 365,725 | 406,036 | 447,400 | 331,141 | 406,794 | 369,115 | 409,285 |
| Total Invested Capital | 249,727 | 221,630 | 257,713 | 293,911 | 219,939 | 262,599 | 240,093 | 273,402 |
| Long-Term Debt | 97,207.0 | 93,735.0 | 93,735.0 | 93,735.0 | 73,557 | 103,922 | 93,735 | 93,735 |
| Short-Term Debt | 18,473.0 | 20,748.0 | 20,748.0 | 20,748.0 | 13,992 | 18,478 | 20,748 | 20,748 |
| Total Debt | 115,680.0 | 114,483.0 | 114,483.0 | 114,483.0 | 87,549 | 122,400 | 114,483 | 114,483 |
| Total Capital | 249,727 | 221,630 | 257,713 | 293,911 | 219,939 | 262,599 | 240,093 | 273,402 |
| Debt-to-Capital Ratio | 46.3% | 51.7% | 44.4% | 39.0% | 39.8% | 46.6% | 47.7% | 41.9% |
| Debt-to-Equity Ratio | 86.3% | 106.8% | 79.9% | 63.8% | 66.1% | 87.3% | 91.1% | 72.0% |
| Capital Expenditures | 12,451 | 13,313 | 19,200 | 20,800 | 12,456 | 11,927 | 15,303 | 19,600 |
| *% of Revenue* | *5.4%* | *5.0%* | *6.8%* | *6.9%* | *5.7%* | *5.0%* | *5.7%* | *6.8%* |
| Depreciation | 10,157 | 10,903 | 11,400 | 12,000 | 10,538 | 9,915 | 10,958 | 11,600 |
| *% of Revenue* | *4.4%* | *4.1%* | *4.0%* | *4.0%* | *4.8%* | *4.1%* | *4.1%* | *4.0%* |
| D & A | 10,157 | 10,903 | 11,400 | 12,000 | 10,538 | 9,915 | 10,958 | 11,600 |
| Operating Cash Flow | 63,598 | 77,434 | 77,439 | 87,198 | NA | NA | NA | NA |
| Operating Cash Flow per share | $12.11 | $15.49 | $16.30 | $18.97 | NA | NA | NA | NA |
| Free Cash Flow | 51,147 | 64,121 | 58,239 | 66,398 | NA | NA | NA | NA |
| Free Cash Flow per share | $9.74 | $12.82 | $12.26 | $14.44 | NA | NA | NA | NA |
| Number of Apple Employees | 123,000 | 129,150 | 135,608 | 142,388 | NA | NA | NA | NA |
| Sales-Per-Employee Ratio | 1.864 | 2.056 | 2.078 | 2.124 | NA | NA | NA | NA |
| Tangible Book-Value Per Share | $24.31 | $22.10 | $30.52 | $39.53 | $23.30 | $25.62 | $26.12 | $34.14 |
| Book-Value Per Share | $25.86 | $22.10 | $30.52 | $39.53 | $24.85 | $27.18 | $26.12 | $34.14 |
| Cash Per Share | $51.87 | $48.91 | $56.86 | $65.30 | $46.19 | $55.28 | $49.65 | $57.23 |
| Net Cash Per Share | $29.56 | $25.29 | $32.47 | $40.08 | $29.76 | $31.54 | $25.84 | $32.64 |
| Gross Margin | 38.5% | 38.3% | 38.6% | 38.6% | 38.5% | 38.4% | 38.4% | 38.5% |
| Operating Margin | 26.8% | 26.7% | 26.2% | 26.3% | 27.1% | 26.9% | 26.4% | 26.2% |
| Net Margin | 21.1% | 22.4% | 22.3% | 22.4% | 20.7% | 21.1% | 23.0% | 22.3% |
| EBITDA Margin | 31.2% | 30.8% | 30.3% | 30.3% | 32.0% | 31.0% | 30.5% | 30.2% |
| Inventory | 4,855 | 3,956 | 6,719 | 6,944 | 2,712 | 4,421 | 7,331 | 7,711 |
| Accounts Receivable | 17,874 | 23,186 | 26,876 | 27,777 | 14,057 | 23,440 | 20,160 | 21,205 |
| Accounts Payable | 49,049 | 55,888 | 53,752 | 55,554 | 38,510 | 62,985 | 45,817 | 48,194 |
| Accounts Receivable DSO | 26.8 | 28.2 | 32.4 | 33.0 | 22.6 | 28.6 | 29.6 | 26.3 |
| Days in Inventory | 9.0 | 9.8 | 11.3 | 13.4 | 7.0 | 8.8 | 12.9 | 15.6 |
| Accounts Payable DO | 111.7 | 116.9 | 115.6 | 107.4 | 97.7 | 125.8 | 119.8 | 97.3 |
| Cash Cycle Days | -75.9 | -78.9 | -71.9 | -61.0 | -68.1 | -88.3 | -77.3 | -55.4 |
| Inventory Turns Ratio | 40.4 | 37.2 | 32.4 | 27.2 | 51.9 | 41.3 | 28.2 | 23.4 |
| Asset Turnover Ratio | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 | 0.6 | 0.7 | 0.7 |
| EBITDA | 71,501.0 | 81,801.0 | 85,299.4 | 91,673.0 | 69,750.0 | 74,174.0 | 82,064.4 | 86,680.3 |
| NOPAT | 46,280.1 | 57,893.8 | 61,706.0 | 66,527.0 | 43,906.7 | 48,502.2 | 60,511.1 | 62,692.0 |

*Source: Company reports and Monness, Crespi, Hardt & Co., Inc. estimates*

**MONNESS CRESPI HARDT**

**767 Third Ave. New York, NY 10017**

Brian J. White, CFA
1.212.583.8510
bwhite@mchny.com

Confidential                                                                                                         APL-SECLIT_00001840

**APPLE, INC. ($ millions)**

MONNESS, CRESPI, HARDT & CO., INC.
BRIAN J. WHITE, CFA
BALANCE SHEET (SEPT)

| | FY2018 | | | | FY2019E | | | | FY2020E | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets:** | 1QFY18 | 2QFY18 | 3QFY18 | 4QFY18 | 1QFY19E | 2QFY19E | 3QFY19E | 4QFY19E | 1QFY20E | 2QFY20E | 3QFY20E | 4QFY20E |
| Current Assets: | | | | | | | | | | | | |
| Cash and Cash Equivalents | 27,491 | 45,059 | 31,971 | 25,913 | 27,571 | 53,717 | 55,068 | 55,710 | 55,226 | 87,668 | 89,298 | 85,255 |
| Short-term Marketable Securities | 49,662 | 42,881 | 38,999 | 40,388 | 40,388 | 40,388 | 40,388 | 40,388 | 40,388 | 40,388 | 40,388 | 40,388 |
| Accounts Receivable | 23,440 | 14,324 | 14,104 | 23,186 | 20,160 | 13,023 | 15,041 | 26,876 | 21,205 | 14,510 | 16,651 | 27,777 |
| Inventories | 4,421 | 7,662 | 5,936 | 3,956 | 7,331 | 5,209 | 5,207 | 6,719 | 7,711 | 5,804 | 5,764 | 6,944 |
| Deferred Tax Assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Current Assets | 38,796 | 20,127 | 24,751 | 37,896 | 27,490 | 22,140 | 25,455 | 32,923 | 28,916 | 24,666 | 28,179 | 34,027 |
| **Total Current Assets** | **143,810** | **130,053** | **115,761** | **131,339** | **122,940** | **134,477** | **141,159** | **162,616** | **153,446** | **173,035** | **180,281** | **194,392** |
| | | | | | | | | | | | | |
| Long-term Marketable Securities | 207,944 | 179,286 | 172,773 | 170,799 | 170,799 | 170,799 | 170,799 | 170,799 | 170,799 | 170,799 | 170,799 | 170,799 |
| Property, Plant and Equipment | 33,679 | 35,077 | 38,117 | 41,304 | 43,304 | 45,304 | 47,204 | 49,104 | 51,304 | 53,504 | 55,704 | 57,904 |
| Goodwill | 5,889 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Acquired Intangible Assets, Net | 2,149 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Assets | 13,323 | 23,086 | 22,546 | 22,283 | 32,072 | 22,791 | 20,248 | 23,517 | 33,736 | 25,392 | 22,415 | 24,305 |
| **Total Assets** | **406,794** | **367,502** | **349,197** | **365,725** | **369,115** | **373,371** | **379,410** | **406,036** | **409,285** | **422,730** | **429,199** | **447,400** |
| | | | | | | | | | | | | |
| **Liabilities & Shareholders' Equity:** | 1QFY18 | 2QFY18 | 3QFY18 | 4QFY18 | 1QFY19E | 2QFY19E | 3QFY19E | 4QFY19E | 1QFY20E | 2QFY20E | 3QFY20E | 4QFY20E |
| Current Liabilities: | | | | | | | | | | | | |
| Short-term Debt | 18,478 | 20,478 | 17,472 | 20,748 | 20,748 | 20,748 | 20,748 | 20,748 | 20,748 | 20,748 | 20,748 | 20,748 |
| Accounts Payable | 62,985 | 34,311 | 38,489 | 55,888 | 45,817 | 33,861 | 37,603 | 53,752 | 48,194 | 37,725 | 41,628 | 55,554 |
| Other Current Liabilities and Accrued Expenses | 26,281 | 26,756 | 25,184 | 32,687 | 29,323 | 27,349 | 30,083 | 28,220 | 30,844 | 30,470 | 33,303 | 29,166 |
| Dividend Payable | 0 | 0 | 0 | 0 | 3,482 | 3,928 | 3,896 | 3,864 | 3,832 | 4,258 | 4,222 | 4,186 |
| Deferred Revenue | 8,044 | 7,775 | 7,403 | 7,543 | 8,247 | 11,721 | 12,149 | 10,750 | 8,675 | 13,059 | 13,449 | 11,111 |
| **Total Current Liabilities** | **115,788** | **89,320** | **88,548** | **116,866** | **107,618** | **97,607** | **104,479** | **117,334** | **112,293** | **106,259** | **113,350** | **120,765** |
| | | | | | | | | | | | | |
| Deferred Revenue - Non-current | 3,131 | 3,087 | 2,878 | 2,797 | 3,665 | 2,605 | 2,893 | 3,360 | 3,856 | 2,902 | 3,202 | 3,472 |
| Long-term Debt | 103,922 | 101,362 | 97,128 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 |
| Other Non-current Liabilities | 43,754 | 46,855 | 45,694 | 45,180 | 38,487 | 46,884 | 41,653 | 48,377 | 40,483 | 52,235 | 46,111 | 49,999 |
| **Total Liabilities** | **266,595** | **240,624** | **234,248** | **258,578** | **243,505** | **240,831** | **242,759** | **262,806** | **250,366** | **255,131** | **256,399** | **267,972** |
| | | | | | | | | | | | | |
| Shareholders' Equity: | | | | | | | | | | | | |
| Common Stock | 36,447 | 38,044 | 38,624 | 40,201 | 41,551 | 42,906 | 44,266 | 45,631 | 47,001 | 48,376 | 49,756 | 51,141 |
| Deferred Stock Compensation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Retained Earnings | 104,593 | 91,898 | 79,436 | 70,400 | 87,513 | 93,089 | 95,838 | 101,053 | 115,372 | 122,677 | 126,498 | 131,741 |
| Accumulated Other Comprehensive Income | (841) | (3,064) | (3,111) | (3,454) | (3,454) | (3,454) | (3,454) | (3,454) | (3,454) | (3,454) | (3,454) | (3,454) |
| **Total Shareholders' Equity** | **140,199** | **126,878** | **114,949** | **107,147** | **125,610** | **132,541** | **136,650** | **143,230** | **158,919** | **167,599** | **172,800** | **179,428** |
| | | | | | | | | | | | | |
| **Liabilities & Shareholders' Equity** | **406,794** | **367,502** | **349,197** | **365,725** | **369,115** | **373,371** | **379,410** | **406,036** | **409,285** | **422,730** | **429,199** | **447,400** |

Source: Company reports and Monness, Crespi, Hardt & Co., Inc. estimates

**MONNESS CRESPI HARDT**

767 Third Ave. New York, NY 10017

Brian J. White, CFA
1.212.583.8510
bwhite@mchny.com

Confidential                                                                                 APL-SECLIT_00001841

**APPLE, INC. ($ millions)**

MONNESS, CRESPI, HARDT & CO., INC.
BRIAN J. WHITE, CFA
CASH FLOW STATEMENT

|  | FY2017 | FY2018 | FY2019E | FY2020E |
|---|---|---|---|---|
| **Cash Flow from Operating Activities:** | | | | |
| Net Income (Net Loss) | 48,351.0 | 59,531.0 | 62,958.5 | 67,863.0 |
| Cumulative Effects of Accounting Changes, Net of Taxes | 0.0 | 0.0 | 0.0 | 0.0 |
| **Adjustments to Reconcile Net Income to Cash Generated by Operating Activities** | | | | |
| Depreciation, Amortization and Accretion | 10,157.0 | 10,903.0 | 11,400.0 | 12,000.0 |
| Share-based compensation | 4,840.0 | 5,340.0 | 5,430.0 | 5,510.0 |
| Non-cash Restructuring | 0.0 | 0.0 | 0.0 | 0.0 |
| Deferred Income Taxes Expense/(Benefit) | 5,966.0 | -32,590.0 | 0.0 | 0.0 |
| Tax Benefits from Stock Options | 0.0 | 0.0 | 0.0 | 0.0 |
| Loss on Disposition of Property, Plant and Equipment | 0.0 | 0.0 | 0.0 | 0.0 |
| Gains on Sales of Investments, Net | 0.0 | 0.0 | 0.0 | 0.0 |
| Other | 0.0 | -444.0 | 0.0 | 0.0 |
| **Changes in operating assets and liabilities:** | | | | |
| Accounts Receivable | -2,093.0 | -5,322.0 | -3,690.1 | -901.1 |
| Inventories | -2,723.0 | 828.0 | -2,763.0 | -225.3 |
| Other Current Assets | -9,572.0 | -8,433.0 | 4,972.7 | -1,103.9 |
| Other Assets | -166.0 | 0.0 | -1,233.6 | -788.5 |
| Accounts Payable | 9,618.0 | 9,175.0 | -2,135.7 | 1,802.2 |
| Deferred Revenue | -626.0 | -44.0 | 3,770.0 | 473.1 |
| Other Liabilities | -154.0 | 38,490.0 | -1,270.0 | 2,568.2 |
| **NET CASH GENERATED BY OPERATING ACTIVITIES:** | **63,598.0** | **77,434.0** | **77,438.7** | **87,197.7** |
| **Cash Flow from Investing Activities:** | | | | |
| Purchases of Marketable Securities | -159,486.0 | -71,356.0 | 0.0 | 0.0 |
| Proceeds from Maturities of Marketable Securities | 31,775.0 | 55,881.0 | 0.0 | 0.0 |
| Procceeds from Sales of Marketable Securities | 94,564.0 | 47,838.0 | 0.0 | 0.0 |
| Purchases of Other Long-term Investments | 0.0 | -1,871.0 | 0.0 | 0.0 |
| Payment Made in Connection with Business Acquisitions, Net of Cash Acquired | -329.0 | -721.0 | 0.0 | 0.0 |
| Payment for Acquistion of Property, Plant & Equipment | -12,451.0 | -13,313.0 | -19,200.0 | -20,800.0 |
| Payment for Acquistion of Intangible Assets | -344.0 | 0.0 | 0.0 | 0.0 |
| Other | -175.0 | -392.0 | 3,510.6 | 0.0 |
| **NET CASH PROVIDED BY (USED IN) INVESTING ACTIVITIES** | **-46,446.0** | **16,066.0** | **-15,689.4** | **-20,800.0** |
| **Cash Flow from Financing Activities:** | | | | |
| Decrease in Notes Payable to Banks | 28,662.0 | -6,537.0 | 0.0 | 0.0 |
| Proceeds (Payment) from Issuance of Long-term Debt | 3,852.0 | 6,969.0 | 0.0 | 0.0 |
| Cash Dividends Paid | -12,769.0 | -13,712.0 | -14,816.3 | -16,174.8 |
| Proceeds from Issuance of Common Stock/Stock Repurchase | -32,345.0 | -72,069.0 | -17,136.3 | -20,677.7 |
| Excess Tax Benefits from Stock-based Compensation | -1,247.0 | -2,527.0 | 0.0 | 0.0 |
| Cash Used to Net Share Settle Equity Awards/Stock Repurchase/Other | -3,500.0 | 0.0 | 0.0 | 0.0 |
| **NET CASH GENERATED BY (USED IN) FINANCING ACTIVITIES:** | **-17,347.0** | **-87,876.0** | **-31,952.7** | **-36,852.5** |
| **Net Increase (Decrease) in Cash & Cash Equivalents** | **-195.0** | **5,624.0** | **29,796.6** | **29,545.2** |
| Cash & Cash Equivalents, Beginning of Year | 20,484.0 | 20,289.0 | 25,913.0 | 55,709.6 |
| **Cash & Cash Equivalents, End of Fiscal Year** | **20,289.0** | **25,913.0** | **55,709.6** | **85,254.9** |

Source: Company reports and Monness, Crespi, Hardt & Co., Inc. estimates

**MONNESS CRESPI HARDT**

767 Third Ave. New York, NY 10017

Brian J. White, CFA
1.212.583.8510
bwhite@mchny.com

| APPLE, INC. ($ millions) MONNESS, CRESPI, HARDT & CO., INC. BRIAN J. WHITE, CFA PRODUCT SEGMENTS (SEPT) | | | | | | | | | | | | | | APPLE, INC. ($ millions) MONNESS, CRESPI, HARDT & CO., INC. BRIAN J. WHITE, CFA PRODUCT SEGMENTS (SEPT) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue by Product ($ millions):** | 1QFY18 | 2QFY18 | 3QFY18 | 4QFY18 | 1QFY19E | 2QFY19E | 3QFY19E | 4QFY19E | 1QFY20E | 2QFY20E | 3QFY20E | 4QFY20E | **Revenue by Product ($ millions):** | FY2017 | FY2018 | FY2019E | FY2020E |
| Mac | 6,895 | 5,848 | 5,330 | 7,411 | 6,670 | 5,017 | 4,821 | 5,443 | 5,719 | 4,868 | 5,014 | 5,761 | Mac | 25,850 | 25,484 | 21,951 | 21,362 |
| Services (iTunes/Software/Services/Apple Pay) | 8,471 | 9,190 | 9,548 | 9,981 | 10,779 | 10,456 | 10,665 | 11,198 | 11,982 | 11,743 | 12,212 | 12,823 | Services (iTunes/Software/Services/Apple Pay) | 29,980 | 37,190 | 43,099 | 48,761 |
| iPhone | 61,576 | 38,032 | 29,906 | 37,185 | 60,115 | 39,743 | 32,663 | 40,418 | 63,730 | 44,918 | 36,343 | 40,080 | iPhone | 141,319 | 166,699 | 172,938 | 185,071 |
| iPad | 5,862 | 4,113 | 4,741 | 4,089 | 7,448 | 5,429 | 5,688 | 5,229 | 7,853 | 6,067 | 6,067 | 5,608 | iPad | 19,222 | 18,805 | 23,794 | 25,595 |
| Other Products | 5,489 | 3,954 | 3,740 | 4,234 | 6,622 | 4,472 | 4,015 | 4,902 | 7,104 | 4,953 | 4,406 | 5,171 | Other Products | 12,863 | 17,417 | 20,011 | 21,634 |
| **Total Revenue** | **88,293** | **61,137** | **53,265** | **62,900** | **91,635** | **65,117** | **57,851** | **67,190** | **96,388** | **72,548** | **64,044** | **69,443** | **Total Revenue** | **229,234** | **265,595** | **281,793** | **302,423** |
| **Percentage of Revenue by Product:** | 1QFY18 | 2QFY18 | 3QFY18 | 4QFY18 | 1QFY19E | 2QFY19E | 3QFY19E | 4QFY19E | 1QFY20E | 2QFY20E | 3QFY20E | 4QFY20E | **Percentage of Revenue by Product:** | FY2017 | FY2018 | FY2019E | FY2020E |
| Mac | 7.8% | 9.6% | 10.0% | 11.8% | 7.3% | 7.7% | 8.3% | 8.1% | 5.9% | 6.7% | 7.8% | 8.3% | Mac | 11.3% | 9.6% | 7.8% | 7.1% |
| Services (iTunes/Software/Services/Apple Pay) | 9.6% | 15.0% | 17.9% | 15.9% | 11.8% | 16.1% | 18.4% | 16.7% | 12.4% | 16.2% | 19.1% | 18.5% | Services (iTunes/Software/Services/Apple Pay) | 13.1% | 14.0% | 15.3% | 16.1% |
| iPhone | 69.7% | 62.2% | 56.1% | 59.1% | 65.6% | 61.0% | 56.5% | 60.2% | 66.1% | 61.9% | 56.7% | 57.7% | iPhone | 61.6% | 62.8% | 61.4% | 61.2% |
| iPad | 6.6% | 6.7% | 8.9% | 6.5% | 8.1% | 8.3% | 9.8% | 7.8% | 8.1% | 8.4% | 9.5% | 8.1% | iPad | 8.4% | 7.1% | 8.4% | 8.5% |
| Other Products | 6.2% | 6.5% | 7.0% | 6.7% | 7.2% | 6.9% | 6.9% | 7.3% | 7.4% | 6.8% | 6.9% | 7.4% | Other Products | 5.6% | 6.6% | 7.1% | 7.2% |
| **Total Revenue** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **Total Revenue** | **100.0%** | **100.0%** | **100.0%** | **100.0%** |
| **Q/Q % Change in Revenue by Product:** | 1QFY18 | 2QFY18 | 3QFY18 | 4QFY18 | 1QFY19E | 2QFY19E | 3QFY19E | 4QFY19E | 1QFY20E | 2QFY20E | 3QFY20E | 4QFY20E | **Y/Y % Change in Revenue by Product:** | FY2017 | FY2018 | FY2019E | FY2020E |
| Mac | -3.8% | -15.2% | -8.9% | 39.0% | -10.0% | -24.8% | -3.9% | 12.9% | 5.1% | -14.9% | 3.0% | 14.9% | Mac | 13.2% | -1.4% | -13.9% | -2.7% |
| Services (iTunes/Software/Services/Apple Pay) | -0.4% | 8.5% | 3.9% | 4.5% | 8.0% | -3.0% | 2.0% | 5.0% | 7.0% | -2.0% | 4.0% | 5.0% | Services (iTunes/Software/Services/Apple Pay) | 23.1% | 24.0% | 15.9% | 13.1% |
| iPhone | 113.5% | -38.2% | -21.4% | 24.3% | 61.7% | -33.9% | -17.8% | 23.7% | 57.7% | -29.5% | -19.1% | 10.3% | iPhone | 3.4% | 18.0% | 3.7% | 7.0% |
| iPad | 21.3% | -29.8% | 15.3% | -13.8% | 82.2% | -27.1% | 4.8% | -8.1% | 50.2% | -22.7% | 0.0% | -7.6% | iPad | -6.8% | -2.2% | 26.5% | 7.6% |
| Other Products | 69.9% | -28.0% | -5.4% | 13.2% | 56.4% | -32.5% | -10.2% | 22.1% | 44.9% | -30.3% | -11.0% | 17.4% | Other Products | 15.5% | 35.4% | 14.9% | 8.1% |
| **Total Revenue** | **67.9%** | **-30.8%** | **-12.9%** | **18.1%** | **45.7%** | **-28.9%** | **-11.2%** | **16.1%** | **43.5%** | **-24.7%** | **-11.7%** | **8.4%** | **Total Revenue** | **6.3%** | **15.9%** | **6.1%** | **7.3%** |
| **Y/Y % Change in Revenue by Product:** | 1QFY18 | 2QFY18 | 3QFY18 | 4QFY18 | 1QFY19E | 2QFY19E | 3QFY19E | 4QFY19E | 1QFY20E | 2QFY20E | 3QFY20E | 4QFY20E | | | | | |
| Mac | -4.8% | 0.1% | -4.7% | 3.4% | -3.3% | -14.2% | -9.6% | -26.6% | -14.3% | -3.0% | 4.0% | 5.8% | | | | | |
| Services (iTunes/Software/Services/Apple Pay) | 18.1% | 30.5% | 31.4% | 17.4% | 27.3% | 13.8% | 11.7% | 12.2% | 11.2% | 12.3% | 14.5% | 14.5% | | | | | |
| iPhone | 13.2% | 14.4% | 20.4% | 28.9% | -2.4% | 4.5% | 9.2% | 8.7% | 6.0% | 13.0% | 11.3% | -0.8% | | | | | |
| iPad | 5.9% | 5.8% | -4.6% | -15.4% | 27.1% | 32.0% | 20.0% | 27.9% | 5.4% | 11.8% | 6.7% | 7.2% | | | | | |
| Other Products | 36.4% | 37.6% | 36.7% | 31.0% | 20.6% | 13.1% | 7.3% | 15.8% | 7.3% | 10.8% | 9.7% | 5.5% | | | | | |
| **Total Revenue** | **12.7%** | **15.6%** | **17.3%** | **19.6%** | **3.8%** | **6.5%** | **8.6%** | **6.8%** | **5.2%** | **11.4%** | **10.7%** | **3.4%** | | | | | |

Source: Company reports and Monness, Crespi, Hardt & Co., Inc. estimates

Source: Company reports and Monness, Crespi, Hardt & Co., Inc. estimates

**MONNESS CRESPI HARDT**

**767 Third Ave. New York, NY 10017**

Brian J. White, CFA
1.212.583.8510
bwhite@mchny.com

**Apple Inc. (AAPL)** 8
_____

**MONNESS CRESPI HARDT**

767 Third Ave. New York, NY 10017

**Brian J. White, CFA**
1.212.583.8510
bwhite@mchny.com

Confidential                                                                                                    APL-SECLIT_00001844

# Appendix Section

## Three Year Price & Rating History



## Required Disclosures

**Analyst Certification:**
The views expressed in this research report reflect the personal views of the writer(s) about the subject securities/issues. The writer(s) hereby certify that no part of compensation was, is or will be directly or indirectly related to the specific recommendation(s) in this research report.

**Investment Ratings:**
Monness, Crespi, Hardt & Co., Inc. has three categories of ratings:
> Buy: the security is expected to out perform the market by 10% or more during the next 6-12 months.
> Neutral: the security is expected to perform in line with the market during the next 6-12 months.
> Sell: the security is expected to under perform the market during the next 6-12 months.

**Ratings Distribution:**
Of those securities rated by Monness, Crespi, Hardt & Co., Inc. 52% are rated Buy, 46% are rated Neutral and 2% are rated Sell. This rating system attempts to incorporate input from numerous sources, such as industry contacts, economic statistics, etc., which may affect the price of the security discussed. This price may change after the date of the last written report, and so such report should not correspond to the 6-12 month price target.  Contact your Monness, Crespi, Hardt & Co., Inc. sales representative in order to receive the most recent input.

**Price Target & Related Risk Factors:**
Investment risks associated with the achievement of the price target include, but are not limited to, a company's failure to achieve Monness, Crespi, Hardt & Co., Inc. estimates; unforeseen changes in investor sentiment towards the company or industry, negative macroeconomic or social conditions, sudden change in industry regulations, increased future competition, and general adverse market conditions. For a complete discussion of risk factors refer to the company's most recent Form 10-Q or 10-K.

**MONNESS CRESPI HARDT**

767 Third Ave. New York, NY 10017

Brian J. White, CFA
1.212.583.8510
bwhite@mchny.com

**Valuation Methodology:**
The ratings and target price methodology includes an assessment of the company's business model and trends, industry competition, management effectiveness, visibility, financial condition, and expected total return among other factors. Monness, Crespi, Hardt & Co., Inc. analysts base valuations on a combination of forward looking earnings, price-to-sales, and EV-to-sales multiples. Additional company specific valuation methodology is available through Monness, Crespi, Hardt & Co., Inc.

**Additional Disclosures:**
Monness, Crespi, Hardt & Co., Inc. does not make a market in any securities.
Monness, Crespi, Hardt & Co., Inc. does not engage in investment banking activity.
Monness, Crespi, Hardt & Co., Inc. does not proprietary trade nor does it own securities in the Subject Company discussed in this research report.

The writer(s), supervisor(s) and the Firm is not aware of any material conflicts of interest in regards to the analyst(s) coverage of the Subject Company in this research report; including a financial interest in the securities of the subject companies herein.

This document is for institutional investor use only and may not be forwarded or reproduced for retail use. If you are a retail investor and have received this document, do not act on this information. Instead please contact the firm's compliance department at 212.838.7575.

**MONNESS CRESPI HARDT**

767 Third Ave. New York, NY 10017

Brian J. White, CFA
1.212.583.8510
bwhite@mchny.com