# EXHIBIT 72



*November 2, 2018*

# Apple Inc. (AAPL)

## Not a Hardware Company. Buy AAPL on Weakness.

AAPL reported FY4Q18 revenue of $62.9B (up 20% y/y, and 4% above our estimate) and EPS of $2.91 (up 41% y/y and 7% above our estimate). The biggest news from AAPL's FY3Q18 call is that it will no longer "provide unit sales data for iPhone, iPad and Mac" beginning in the Dec quarter. We support this change because we believe that investors are valuing AAPL as an ecosystem company and we would prefer more metrics about AAPL's installed base of unique users, churn rates, and trends in average revenue per user. AAPL's discussion of units each quarter tethered investors to its hardware roots. However, long-time hardware analysts assume that this change implies falling unit sales, and AAPL's below consensus guidance for the December quarter may drive downside: We are buyers on weakness.

Our other take-aways from the quarter included:

- **AAPL's FY1Q19 Guidance** was $89-$93B, (ie, below consensus of $92.9B), gross margins of 38% to 38.5%, OpEx of $8.7B to $8.8B, OI&E of $300mm and taxes of 16.5%. This suggests EPS closer to $4.64 than the $4.92 consensus, driven in part by a $2B currency headwind.

- **Cash and Share Repurchases.** AAPL's net cash position was $123B at 9/30/18. AAPL has stated that it plans to reach a net cash neutral position over time, and therefore it returned $23B in the Sept quarter, made up of 92.5mm shares repurchased for $19.4B plus $3.5B dividends paid out. Additionally, on Nov 1, 2018, AAPL's Board declared a cash dividend of $0.73 per share of common stock.

- **Subscription** revenue represents an annuity stream for AAPL that should be valued at a higher multiple than hardware sales. Paying subscribers were 330mm at 9/30/18, up 11% q/q from 300mm at 6/30/18, up 11% q/q from 270mm at 3/31/18, up 12.5% q/q from 240mm at 12/31/17, and double AAPL's 100mm subs 1 year earlier at 12/31/16. AAPL's 330mm paid subscribers were up 50% y/y.

- **FY4Q18 Services** revenue was $10B (16% of total revs) in FY4Q18, up 27% y/y, with all-time revenue in many categories. AAPL reiterated its goal to double FY16 services revenue by FY20. AAPL made the point that no app represents more than 0.3% of services revenue so *even if* Netflix, Spotify, etc figured out how to disintermediate AAPL's app store fees, it wouldn't impact AAPL's revenue. Services revenue creates AAPL ecosystem stickiness, and lowers churn. It is also accretive to margins.

- **FY4Q18 Other products** revenue, while small at $4.2B in FY4Q18, grew 31% y/y, driven by wearables revenue up 50% y/y, and strong performance of Apple TV and HomePod sales.

### ESTIMATE CHANGE

| | |
|---|---|
| Stock Rating | **BUY** |
| | Unchanged |
| Price Target | **$260.00** |

### Content Aggregators

**Laura Martin, CFA & CMT**
(917) 373-3066
lmartin@needhamco.com

**Dan Medina**
(626) 893-2925
dmedina@needhamco.com

### Stock Price Performance

Apple Inc.                                    11/02/18



### Market Data

| | |
|---|---|
| Price (11/01/2018) | $222.22 |
| 52-Week Range | $233.47 - $150.24 |
| Shares Outstanding | 4,829.93 |
| Market Cap (MM) | $1,073,306.2 |
| Avg. Daily Volume | 33,460,788.0 |
| Total Debt/Cap. | 46.32% |

| | FY 09/30/2017 | FY 09/30/2018 | | FY 09/30/2019 | |
|---|---|---|---|---|---|
| | **Actual** | **Old** | **New** | **Old** | **New** |
| **Rev. (MM)** | 229,234.0A | 263,370.0E | 265,594.0A | 279,085.0E | 280,251.0E |
| **Growth** | 6.3% | 14.9% | 15.9% | 6.0% | 5.5% |
| **Op. Margin** | 29.1%E | | | | |
| **EPS: 1Q** | 3.36A | 3.89A | 3.89A | | 4.64E |
| **EPS: 2Q** | 2.10A | 2.73A | 2.73A | | 3.12E |
| **EPS: 3Q** | 1.67A | 2.34A | 2.34A | | 2.57E |
| **EPS: 4Q** | 2.07A | 2.73E | 2.91A | | 3.07E |
| **EPS: Year** | 9.19A | 11.69E | 11.87A | 13.38E | 13.39E |
| **Growth** | 11.0% | 27.2% | 29.2% | 14.5% | 12.8% |
| **P/E Ratio** | 24.2x | 19.0x | 18.7x | | 16.6x |

**Relevant disclosures begin on page 17 of this report.**

*November 2, 2018*

▪ **How Many Ecosystem Members?** On February 1, 2018, AAPL stated that it had 1.3B active devices. On May 1, AAPL stated that active devices were growing at "double digit rates" and today it reiterated this growth trajectory. Therefore, we estimate that AAPL had 1.4B active devices on 9/30/18. Our surveys conclude that each iOS ecosystem member owns an average of 1.7 AAPL devices, implying about 850mm unique AAPL ecosystem members globally. We estimate that 90% of ecosystem members have an iPhone which is the primary onramp product. We believe that most AAPL consumers view other AAPL products as "add-ons". By implication, 740,000 iPhones are currently active, plus 660,000 non-iPhone devices are also active. As a sanity check, AAPL sold 231mm new iPhones in 2015, plus 212mm in 2016, plus 217mm in 2017 plus 129 in 1H18, representing 789,000 new iPhones sold, implying that the average holding period for an iPhone is a little less than 3.5 years. We maintain our Buy rating and Price Target of $220.

▪ **Investment Thesis**. We believe the best way to value AAPL is as an ecosystem with de facto members or "subscribers," because our research indicates that an average iOS consumer stays within the AAPL ecosystem for 10 years. AAPL has been rapidly introducing new products, which builds value in three ways: a) diverse products create more onramps into AAPL's ecosystem; b) selling new products to ecosystem members raises the average revenue and value per member; and c) bigger bundles of products increase stickiness, which lowers churn and elongates the time members stay inside the AAPL ecosystem, raising their lifetime value. We believe AAPL's installed base is about 850mm unique members (growing double digits y/y) who own 1.4B active devices. AAPL stated that it had just shipped it 2 billionth iOS device, suggesting that after 10 years, 70% of all iOS devices shipped are still being used each month.

## Financial Outlook & Earnings Estimates

Figure 1 includes our quarterly estimates for FY18, and in this report, we introduce our quarterly estimates for FY19 and compare these to consensus estimates.

| *Needham & Company, LLC.* | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| *Dan Medina (626.893.2925)* | | | | | | | | | | |
| *Laura Martin, CFA & CMT (917.373.3066)* | | | | | | | | | | |
| **Figure 1: AAPL Quarterly Estimates vs Consensus** | | | | | | | | | | |
| **FYE September 30:** | **1Q18A** | **2Q18A** | **3Q18A** | **4Q18A** | **2018A** | **1Q19E** | **2Q19E** | **3Q19E** | **4Q19E** | **2019E** |
| **Net Rev Cur ($mm)** | **$88,293** | **$61,137** | **$53,265** | **$62,900** | **$265,594** | **$91,338** | **$66,202** | **$58,019** | **$64,693** | **$280,251** |
| Previous ($mm) | $87,212 | $61,137 | $53,265 | $60,675 | $263,370 | - | - | - | - | $279,085 |
| Consensus | $86,764 | $61,186 | $52,302 | $61,458 | $264,498 | $92,938 | $65,826 | $57,631 | $64,830 | $280,881 |
| **EPS, Continuing Ops** | **$3.89** | **$2.73** | **$2.34** | **$2.91** | **$11.87** | **$4.64** | **$3.12** | **$2.57** | **$3.07** | **$13.39** |
| Previous ($mm) | $3.89 | $2.73 | $2.34 | $2.73 | $11.69 | - | - | - | - | $13.38 |
| Consensus | $3.82 | $2.69 | $2.16 | $2.78 | $11.75 | $4.92 | $3.13 | $2.58 | $3.11 | $13.66 |
| **P/E** | | | | | **18.7** | | | | | **16.6** |
| Sources: Needham & Company, LLC estimates, FactSet. | | | | | | | | | | |

Apple Inc.                                                                 Page 2 of 19

Needham & Company, LLC *November 2, 2018*

**FY19.**  We revise our FY19 estimates to reflect 4Q18 actual results, management comments made on the earnings call, as well as 1Q19 guidance.  As a result, we now expect FY19 revenue of $280.25B (up 5.5% y/y and 0.4% above our previous estimate), and EPS of $13.39 (up 13% y/y and 0.1% above our previous estimate).

### FY4Q18 Discussion & Analysis

AAPL reported 4Q18 revenue of $62.9B (up 20% y/y, and 4% above our estimate), Operating Income of $16.12B (up 23% y/y and 6% above our estimate), Net Income of $14.125B (up 32% y/y, and 7% above our estimate), and EPS of $2.91 (up 41% y/y and 7% above our estimate).

Detailed segment estimates for 4Q18 are as follows:

- **iPhone** reported revenue of $37.12B (up 29% y/y, and 8% above our estimate).  Unit sales for the iPhone during the quarter were 46.9mm (up 0.5% y/y, and 1% below our estimate).

- **iPad** reported revenue of $4.1B (down 15% y/y, and 17% below our estimate).  Unit sales for the iPad during the quarter were 9.7mm (down 6% y/y and 4% below our estimate).

- **Mac** reported revenue of $7.41B (up 3% y/y and 5% above our estimate).  Unit sales for the Mac during the quarter were 5.3mm (down 2% y/y and 2% below our estimate).

- **Services** reported revenue of $9.98B (up 17% y/y and 1% above our estimate).

- **Apple Watch** is estimated to have revenue of $2.115B.

- **Other Products** are estimated to have revenue of $2.06B.

### FY4Q18 Detailed Earnings Revisions

Figure 2 includes our FY4Q18 estimate, vs FY4Q18 and FY4Q17 actual results.

Confidential

Needham & Company, LLC                                              *November 2, 2018*

| **Needham & Company, LLC** | | | | | |
|---|---|---|---|---|---|
| *Dan Medina (626.893.2925)* | | | | | |
| *Laura Martin, CFA & CMT (917.373.3066)* | | | | | |
| *Figure 2 September Quarter Analysis: 17A vs 18A vs 18E* | | | | | |
| *in millions, except per share data* | **4Q17A** | **4Q18A** | **% Chg** | **4Q18E** | **Act/Est** |
| **Total Revenue** | **$52,579** | **$62,900** | 20% | **$60,675** | 4% |
| | | | | | |
| Cost of Sales | $32,648 | $38,816 | 19% | $37,467 | 4% |
| Gross Margin | $19,931 | $24,084 | 21% | $23,208 | 4% |
| Gross Margin % | 38% | 38% | | 38% | |
| Operating Expenses | | | | | |
| Research & Development | $2,997 | $3,750 | 25% | $3,641 | 3% |
| SG&A | $3,814 | $4,216 | 11% | $4,369 | -3% |
| Total Costs and Expenses | $6,811 | $7,966 | 17% | $8,009 | -1% |
| **Operating Income** | **$13,120** | **$16,118** | **23%** | **$15,199** | **6%** |
| Other Income/(Expense) | $797 | $303 | -62% | $300 | 1% |
| Income Before Taxes | $32,648 | $16,421 | -50% | $15,499 | 6% |
| Income Tax Expense (Benefit) | $3,203 | $2,296 | -28% | $2,247 | 2% |
| Net Income | $10,714 | $14,125 | 32% | $13,252 | 7% |
| **EPS** | **$2.07** | **$2.91** | **41%** | **$2.73** | **7%** |
| Diluted Shares Out. | 5,184 | 4,848 | -6% | 4,850 | 0% |
| *Sources: Company Reports, Needham & Company, LLC estimates.* | | | | | |

| **Calculation of OIBDA ($mm)** | **4Q17A** | **4Q18A** | **% Chg** | **4Q18E** | **Act/Est** |
|---|---|---|---|---|---|
| Operating Income | $13,120 | $16,118 | 23% | $15,199 | 6% |
| D&A | $2,484 | $2,754 | 11% | $2,950 | -7% |
| **OIBDA (after SBC costs)** | **$15,604** | **$18,872** | **21%** | **$18,149** | **4%** |
| Plus: SBC | $1,174 | $1,345 | 15% | $1,250 | 8% |
| OIBDA (adding back SBC) | $16,778 | $20,217 | 20% | $19,399 | 4% |
| *Sources: Company Reports, Needham & Company, LLC estimates.* | | | | | |

| **Revenue Proj by Product ($mm)** | **4Q17A** | **4Q18A** | **% Chg** | **4Q18E** | **Act/Est** |
|---|---|---|---|---|---|
| **iPhone** | $28,846 | $37,185 | 29% | $34,370 | 8% |
| **iPad** | $4,831 | $4,089 | -15% | $4,929 | -17% |
| **Apple Watch** | $1,170 | $2,115 | 81% | $2,115 | 0% |
| **Mac** | $7,170 | $7,411 | 3% | $7,078 | 5% |
| **Services** | $8,501 | $9,981 | 17% | $9,925 | 1% |
| **Other Products** | $1,946 | $2,060 | 6% | $2,200 | -6% |
| **Total Revenues** | **$52,579** | **$62,900** | **20%** | **$60,675** | **4%** |

| **Unit Projections by Product (000)** | **4Q17A** | **4Q18A** | **% Chg** | **4Q18E** | **Act/Est** |
|---|---|---|---|---|---|
| **iPhone** | 46,677 | 46,889 | 0% | 47,500 | -1% |
| **iPad** | 10,326 | 9,699 | -6% | 10,100 | -4% |
| **Apple Watch** | 3,000 | 4,500 | 50% | 4,500 | 0% |
| **Mac** | 5,386 | 5,299 | -2% | 5,400 | -2% |
| **Total Units** | **66,389** | **67,287** | **1%** | **68,400** | **-2%** |
| *Sources: Company Reports, Needham & Company, LLC estimates.* | | | | | |

## 12-Month Price Target of $260

Our price target of $260 is based on a DCF valuation. We use a cash tax rate of 15%, a WACC of 6.9%, and a long-term nominal GDP growth rate of 2%. The standard DCF is widely used on Wall Street because it is a rigorous bottom-up valuation of the enterprise based on discounting its long-term cash flows and removing the impact of non-cash accounting conventions.

Our $260 price target embeds a 10-year OIBDA growth rate for AAPL of *negative* 2.4% annually and represents a 12.8x multiple of forward year (FY20E) OIBDA.

Apple Inc.                                                         Page 4 of 19

Confidential

Needham & Company, LLC                                                              *November 2, 2018*

## Valuation

We calculate several forms of valuation for AAPL including: 1) 10-Year DCF; 2) Breakeven DCF, 3) Multiples Analysis; and 4) Comparative Valuation Analysis. Figure 2 summaries the multiple and breakeven DCF valuation analyses.   In Figures 6 and 7, we highlight several valuation multiples for Sales, OIBDA, P/E and Free Cash Flow.

### Needham & Company, LLC.
*Dan Medina (626.893.2925)*
*Laura Martin, CFA & CMT (917.373.3066)*

**Figure 3: AAPL Multiples Valuation Summary**

| | AAPL | FY19A | |
|---|---|---|---|
| 1 | EV/Sales | 3.3 | |
| 2 | EV/OIDBA | 10.7 | **Breakeven DCF**          **-5.2%** |
| 3 | P/E | 16.6 | Calculated as the |
| 4 | FCF/Share | $14.11 | 10-Yr OIBDA CAGR required |
| 5 | EV/FCF | 13.9 | to justify AAPL's current share price. |
| 6 | FCF Yield | 6% | |

Sources: Needham & Company, LLC estimates.

Based on estimated FY19 results, AAPL is valued at 3.3x EV/Sales, 10.7x EV/OIBDA and a P/E of 13.9x. AAPL has a 6% free cash flow yield, one of the highest FCF yields (ie, lowest valuations) in our coverage.

Our "Breakeven DCF" valuation uses AAPL's current share price to calculate the market's growth expectations for AAPL, including capital efficiency trends. This valuation methodology concludes that AAPL must achieve a 10-year compound annual growth rate of OIBDA of *negative* 5.2% to justify its current share price, which sounds low (ie, inexpensive) to us.

## Investment Positives

- **Mobile Only.** AAPL has a virtual monopoly on the wealthiest 15% of citizens in the world. In addition, owning AAPL as a shareholder is a pure-play way to own the global trend toward mobile device adoption, which is where the puck is going.

- **The Apple Brand.** Apple is an aspirational high-end brand. It is perceived as young and hip and tech-savvy. AAPL's goal is to create products that people love. Much of its pricing power is tied to its brand promise including:

  o **Ease of Use** that everything related to the consumer experience will be gold-standard excellence.

  o **Best in Class.** AAPL's CEO apologized to consumers and then fired its head of Maps after the poor consumer response to the introduction of AAPL Maps. Also, the hiring and firing (after only 10 months) of AAPL retail head John Browett, who managed AAPL stores for profit rather than making them a world-class customer experience.

Apple Inc.                                                                           Page 5 of 19

Needham & Company, LLC

*November 2, 2018*

- o **Privacy.** Apple's brand stands for protecting the privacy of its users' information, even when it must fight the US government to do so. Apple uses end-to-end encryption for communications.  Apple does not share its users' data, since it doesn't sell ads.  As more banking, insurance, health, and other services move to smartphones, consumers should increasingly value (and pay more for) an un-hackable platform where their credit card, health info, website visits, etc will not be sold or stolen.

- o **Security**. In a world where hackers make news, the AAPL ecosystem represents a safe haven.

- ▪ **Revenue/User Growth.**  AAPL's focus on driving higher revenue per user should drive higher valuations. Each incremental product sold to an existing AAPL customer raises profitability because it: 1) lowers ecosystem churn by making the entire iOS system "more sticky" in the consumer's mind; and 2) the highest cost per added customer is for the first product, while the next 2-4 Apple products have higher incremental margins as the incremental customer acquisition cost falls.

- ▪ **Services Revenue.** With over 1.3B active devices outstanding in Jan 2018 (up from 1B in Jan 2016), we expect higher services revenue per customer to be a key valuation driver, through growing profit margins. Services revenue has very high profit margins (we estimate 70%), and is an important profit driver because this revenue stream is growing much faster than AAPL's overall revenue.

- ▪ **Sequel Strategy Economics.** Any company that is based on a sequel strategy, like AAPL, has the best of both worlds. Sequels minimize downside risk because there is an established base of demand. A sequel strategy also does not give away upside potential from a "hit". Any smartphone that AAPL introduces may be a "hit", which the market understands. We would highlight that AAPL's sequel strategy suggests a floor of demand under *any* smartphone it introduces tied to replacement units and ecosystem lock in.

- ▪ **AAPL is a Safe Haven.** In the context of today's chaotic global macro environment, AAPL's enormous net cash (ie, after debt) balance of $131B at 9/30/18 gives it the ability to survive most macro disruptions and the flexibility to execute strategic choices. In addition, AAPL should generate nearly $66B of free cash flow in FY20 (before dividend payouts).

- ▪ **Return of Capital Rising.** AAPL has been increasing its returns of capital to shareholders over the past three years through rising dividends plus growing share repurchases. AAPL's comments that it wants to be "net cash neutral" suggests that it is thinking of a massive cash dividend or share repurchase program with its net $131B of net cash. Returning more capital to shareholders lowers risk because there is a constant bid for AAPL shares that puts a floor under the stock price for public shareholders, plus shareholders are getting paid more (via a higher dividend) while they hold their shares, which lowers risk. Share repurchases also shrink the number of claimants on

Confidential

Needham & Company, LLC                                                                                      *November 2, 2018*

> AAPL's future earnings streams, so remaining shareholders have a larger claim.

- **Ecosystem**. Our research suggests that AAPL's ecosystem strategy lowers churn and raise the lifetime value per customer. We believe that consumers think of AAPL products as an integrated ecosystem of content and hardware, which lowers churn and raises revenue per user. This is supported by AAPL's strong ASP growth despite the "race to the bottom" for Android device makers. AAPL's strong brand creates a "halo" effect of demand for sister products once consumers own any iOS product. New products (excluding Services) that are driving higher lifetime value per customer include:

  o **Apple Watch** should allow AAPL to earn more revenue from its existing AAPL customer base. In our view, the Watch represents the best near-term way to grow revenue/iOS customer.

  o **Apple Pay** and AAPL cash offer new revenue stream upside potential.  AAPL benefits from enhanced security protections on all of its devices which ensure that credit card information is protected and all payments are authorized by the cardholder via fingerprint or passcode. The actual card number is not stored in the smartphone or on AAPL servers.

  o **Internet of Things.** As more devices (in and out of home) become connected to the Internet, smartphones become increasingly central to each consumer's life as a control panel for their car, house, health and bank balances. As perceived value rises, consumers are more likely to spend more time and money on their smartphone, which benefits AAPL's premium price-point brand positioning as the perceived price/value ratio improves. Also, it pushes consumers toward higher memory options (i.e., 128GB), which raises AAPL's average ASPs.

  o **Driverless Cars.** According to Frost and Sullivan, about 90% of the 100MM vehicles sold in 2020 will be connected and/or geo-connected, with North America leading the way. Strategically, we believe that AAPL is looking to broaden its historical focus from small mobile devices toward cars. We do not expect AAPL to manufacture cars. AAPL has a product called CarPlay which uses the iPhone as the remote control for maps, music and other features while consumers are in their cars. If driverless cars catch on, riders could stream the news and/or watch YouTube videos all the way to work.

  o **Enterprise**. IBM and Cisco have recently adopted AAPL to replace Windows laptops owing to AAPL's integrated software, hardware, and analytics capabilities. AAPL makes enterprise mobile, and adds flexibility to how and where employees can work. This could be an important growth area for AAPL.

Confidential                                                                                      APL-SECLIT_00002088

Needham & Company, LLC                                                                    *November 2, 2018*

## Risks to Our Target Price

- **Economic Weakness.** If macro economies slow owing to Brexit or China, etc AAPL's premium price point may lower its device sales. That is, AAPL's replacement cycles may elongate if macro economies slow.

- **Product Missteps.** AAPL trades on unit sales and unit sales soften if its product mix is poor. AAPL's commitment to devices with small screens that allow for single hand-held navigation was a product misstep. Consumers want larger screens. AAPL finally did introduce larger screens, and sales were strong again.

- **iPhone Competition.**  Samsung and Huawei and Xiaomi (and others) compete with AAPL in the high-end smartphone market. In addition, AAPL has recently begun offering lower end smartphones that more directly compete with a wider breadth of Android makers. We note that AAPL users often push off upgrades until AAPL's products catch up, like when AAPL was late to large screens.

- **Planned Obsolescence.** The iPhone essentially replaced the iPod because it is a perfect substitute (ie, can do identical things) without the need for an additional device. AAPL now sells far fewer iPods. The large screen 8+ is sometimes purchased in leu of a tablet, which put downward pressure on tablet sales. Both examples highlight that AAPL is working against its own total unit growth owing to substitution/cannibalization from one of its products to another.

- **Performance**. On raw performance specs (i.e., camera, maps, screen size, charge time, etc.) many online bloggers assert that AAPL devices are technically inferior to a handful of Android devices. This is probably true because Android phones must compete against 24,000 other Android substitutes. AAPL "makes its own weather" and only benchmarks its progress against itself last year. AAPL typically talks about its new devices being faster, better, cheaper than its own device last year. This disconnect underscores our contention that the two ecosystems (Android vs iOS) are not thought of as substitutes by consumers.

- **China** is the question that generates the most debate. Although greater China reported double digit growth in FY2Q18, risks to AAPL in China appear to be rising.

- **Rent vs Own Trends**.  Research has shown that many millennials prefer to rent rather than own assets (ex, Uber rather than own a car). Growing consumer adoption of Netflix, Hulu, and Spotify are all examples of consumers paying monthly rental fees for all-you-can-eat media. This may increase purchases of movies, TV shows and/or music in AAPL's iTunes store.

Apple Inc.                                                                                Page 8 of 19

Needham & Company, LLC

*November 2, 2018*

## Needham & Company, LLC.

*Dan Medina (626.893.2925)*

*Laura Martin, CFA & CMT (917.373.3066)*

**Figure 4A AAPL: Quarterly Financial Projections, FY18A**

| in millions, except per share data | 12/31/17A | 3/31/18A | 6/30/18A | 9/30/18A | 2018A | | 12/31/17A | 3/31/18A | 6/30/18A | 9/30/18A | 2018A |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | *Year/Year Change* |
| **Total Revenue** | **$88,293** | **$61,137** | **$53,265** | **$62,900** | **$265,594** | | 13% | 16% | 17% | 39% | **16%** |
| Cost of Sales | $54,381 | $37,715 | $32,844 | $38,816 | $163,756 | | 13% | 17% | 18% | 39% | 16% |
| Gross Margin | $33,912 | $23,422 | $20,421 | $24,084 | $101,838 | | 12% | 14% | 17% | 38% | 15% |
| Gross Margin % | 38% | 38% | 38% | 38.3% | 38% | | | | | | |
| **Operating Expenses** | | | | | | | | | | | |
| Research & Development | $3,407 | $3,378 | $3,701 | $3,750 | $14,236 | | 19% | 22% | 26% | 28% | 23% |
| S,G & A, | $4,231 | $4,150 | $4,108 | $4,216 | $16,705 | | 7% | 12% | 9% | 11% | 9% |
| Total Costs and Expenses | $7,638 | $7,528 | $7,809 | $7,966 | $30,941 | | 12% | 16% | 16% | 19% | 15% |
| **Operating Income** | **$26,274** | **$15,894** | **$12,612** | **$16,118** | **$70,897** | | 12% | 13% | 17% | 50% | 16% |
| | | | | | | | | | | | |
| Other Income/(Expense) | $756 | $274 | $672 | $303 | $2,005 | | -8% | -53% | 24% | -44% | -27% |
| Income Before Provision for Incom | $27,030 | $16,168 | $13,284 | $16,421 | $72,902 | | 12% | 10% | 17% | 45% | 14% |
| Provision (Benefit) for Income Taxe | $6,965 | $2,346 | $1,765 | $2,296 | $13,372 | | 11% | -36% | -32% | -11% | -15% |
| Net Income | $20,065 | $13,822 | $11,519 | $14,125 | $59,530 | | 12% | 25% | 32% | 62% | 23% |
| **EPS** | **$3.89** | **$2.73** | **$2.34** | **$2.91** | **$11.87** | | 16% | 30% | 40% | 75% | 29% |
| Diluted Shares Out. | 5,158 | 5,068 | 4,927 | 4,848 | 5,000 | | -3% | -4% | -6% | -7% | -5% |

| Calculation of OIBDA | | | | | |
|---|---|---|---|---|---|
| Operating Income | $26,274 | $15,894 | $12,612 | $16,118 | $70,897 |
| D&A | $2,745 | $2,739 | $2,665 | $2,754 | $10,903 |
| **Total OIBDA (includes SBC)** | **$29,019** | **$18,633** | **$15,277** | **$18,872** | **$81,800** |
| Margin | **33%** | **30%** | **29%** | **30%** | **31%** |
| SBC | $1,296 | $1,348 | $1,351 | $1,345 | $5,340 |
| **Total OIBDA (w/o SBC)** | **$30,315** | **$19,981** | **$16,628** | **$20,217** | **$87,140** |
| Margin | 34% | 33% | 31% | 32% | 33% |

Sources: Company Reports, Needham & Company, LLC estimates.

Apple Inc.

Page 9 of 19

Needham & Company, LLC                                                *November 2, 2018*

| **Needham & Company, LLC.** | | | | | |
| --- | --- | --- | --- | --- | --- |
| *Dan Medina (626.893.2925)* | | | | | |
| *Laura Martin, CFA & CMT (917.373.3066)* | | | | | |
| *Figure 4B: AAPL Revenue and Unit Build Details vs Consensus* | | | | | |
| in millions, except per share data | 12/31/17A | 3/31/18A | 6/30/18A | 9/30/18A | FY18A |
| **Revenue By Product** | | | | | |
| iPods | $117 | $77 | $63 | $59 | $315 |
| iPhones | $61,576 | $38,032 | $29,906 | $37,185 | $166,699 |
| iPads | $5,862 | $4,113 | $4,741 | $4,089 | $18,805 |
| Macs | $6,895 | $5,848 | $5,330 | $7,411 | $25,484 |
| Apple Watch | $2,700 | $1,575 | $1,786 | $2,115 | $8,176 |
| iTunes/Software/Service | $8,471 | $9,190 | $9,548 | $9,981 | $37,190 |
| Accessories | $2,672 | $2,302 | $1,891 | $2,060 | $8,925 |
| **Needham Rev Estimates** | **$88,293** | **$61,137** | **$53,265** | **$62,900** | **$265,594** |
| FactSet Consensus | $86,166 | $61,186 | $52,302 | $61,458 | $264,498 |
| Varience (Needham-Consenus) | 2% | 0% | 2% | 2% | 0% |
| **(Black are Actuals. Red are Consensus ests. Blue are Needham estimates.)** | | | | | |
| *Units Shipped by Product* | 12/31/17A | 3/31/18A | 6/30/18A | 9/30/18A | FY18A |
| iPods | 1,000 | 900 | 900 | 900 | 3,700 |
| FactSet Consensus | 1,000 | 1,000 | 1,000 | 1,000 | 4,000 |
| iPhones | 77,316 | 52,217 | 41,300 | 46,889 | 217,722 |
| FactSet Consensus | 79,000 | 53,000 | 42,000 | 48,000 | 219,000 |
| iPads | 13,170 | 9,113 | 11,553 | 9,699 | 43,535 |
| FactSet Consensus | 14,000 | 9,000 | 10,000 | 10,000 | 42,000 |
| Macs | 5,112 | 4,078 | 3,720 | 5,299 | 18,209 |
| FactSet Consensus | 5,000 | 4,000 | 4,000 | 5,000 | 19,000 |
| Apple Watch | 6,000 | 3,500 | 3,800 | 4,500 | 17,800 |
| FactSet Consensus | 6,000 | 4,000 | 4,000 | 5,000 | 20,000 |
| **Needham Unit Estimates** | **102,598** | **69,808** | **61,273** | **67,287** | **300,966** |
| FactSet Consensus | 102,598 | 69,808 | 57,000 | 65,000 | 288,000 |
| Varience (Needham-Consenus) | 0% | 0% | 7% | 4% | 5% |
| Sources: Company Reports, FactSet, Needham & Company, LLC estimates. | | | | | |

Apple Inc.                                                                  Page 10 of 19

Needham & Company, LLC                                                     *November 2, 2018*

## Needham & Company, LLC.
*Dan Medina (626.893.2925)*
*Laura Martin, CFA & CMT (917.373.3066)*

| *Figure 4C AAPL: Quarterly Financial Projections, FY19E* | | | | | | Year/Year Change | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| in millions, except per share data | 12/31/18E | 3/31/19E | 6/30/19E | 9/30/19E | 2019E | 12/31/18E | 3/31/19E | 6/30/19E | 9/30/19E | 2019E |
| **Total Revenue** | **$91,338** | **$66,202** | **$58,019** | **$64,693** | **$280,251** | 3% | 8% | 9% | 3% | **6%** |
| Cost of Sales | $56,401 | $40,879 | $35,827 | $39,948 | $173,055 | 4% | 8% | 9% | 3% | 6% |
| Gross Margin | $34,937 | $25,322 | $22,192 | $24,745 | $107,196 | 3% | 8% | 9% | 3% | 5% |
| Gross Margin % | 38% | 38% | 38% | 38% | 38% | | | | | |
| **Operating Expenses** | | | | | | | | | | |
| Research & Development | $3,928 | $3,641 | $3,916 | $3,882 | $15,366 | 15% | 8% | 6% | 4% | 8% |
| S,G & A, | $4,795 | $4,469 | $4,351 | $4,690 | $18,305 | 13% | 8% | 6% | 11% | 10% |
| Total Costs and Expenses | $8,723 | $8,110 | $8,268 | $8,572 | $33,672 | 14% | 8% | 6% | 8% | 9% |
| **Operating Income** | **$26,214** | **$17,212** | **$13,925** | **$16,173** | **$73,524** | 0% | 8% | 10% | 0% | 4% |
| | | | | | | | | | | |
| Other Income/(Expense) | $300 | $325 | $325 | $350 | $1,300 | -60% | 19% | -52% | 16% | -35% |
| Income Before Provision for Income Taxes | $26,514 | $17,537 | $14,250 | $16,523 | $74,824 | -2% | 8% | 7% | 1% | 3% |
| Provision (Benefit) for Income Taxes | $4,375 | $2,894 | $2,351 | $2,561 | $12,181 | -37% | 23% | 33% | 12% | -9% |
| Net Income | $22,139 | $14,644 | $11,898 | $13,962 | $62,643 | 10% | 6% | 3% | -1% | 5% |
| **EPS** | **$4.64** | **$3.12** | **$2.57** | **$3.07** | **$13.39** | -19% | 14% | 10% | 5% | 13% |
| Diluted Shares Out. | 4,775 | 4,700 | 4,625 | 4,550 | 4,663 | -7% | -7% | -6% | -6% | -7% |

| **Calculation of OIBDA** | | | | | |
|---|---|---|---|---|---|
| Operating Income | $26,214 | $17,212 | $13,925 | $16,173 | $73,524 |
| D&A | $3,000 | $3,000 | $3,000 | $3,000 | $12,000 |
| **Total OIBDA (includes SBC)** | **$29,214** | **$20,212** | **$16,925** | **$19,173** | **$85,524** |
| Margin | **32%** | **31%** | **29%** | **30%** | **31%** |
| SBC | $1,300 | $1,300 | $1,300 | $1,300 | $5,200 |
| **Total OIBDA (w/o SBC)** | **$30,514** | **$21,512** | **$18,225** | **$20,473** | **$90,724** |
| Margin | 33% | 32% | 31% | 32% | 32% |

Sources: Company Reports, Needham & Company, LLC estimates.

Apple Inc.                                                                Page 11 of 19

Confidential                                              APL-SECLIT_00002092

Needham & Company, LLC                                                    *November 2, 2018*

## Needham & Company, LLC.
*Dan Medina (626.893.2925)*
*Laura Martin, CFA & CMT (917.373.3066)*

*Figure 4D: AAPL Revenue and Unit Build Details vs Consensus*

| in millions, except per share data | 12/31/18E | 3/31/19E | 6/30/19E | 9/30/19E | FY19E |
|---|---|---|---|---|---|
| **Revenue By Product** | | | | | |
| iPods | $72 | $64 | $48 | $40 | $224 |
| iPhones | $61,296 | $40,180 | $31,455 | $36,200 | $169,131 |
| iPads | $5,670 | $3,933 | $4,005 | $4,198 | $17,805 |
| Macs | $7,280 | $5,655 | $5,720 | $6,825 | $25,480 |
| Apple Watch | $3,520 | $2,420 | $1,980 | $1,980 | $9,900 |
| iTunes/Software/Service | $11,000 | $11,250 | $12,000 | $12,500 | $46,750 |
| Accessories | $2,500 | $2,700 | $2,811 | $2,950 | $10,961 |
| **Needham Rev Estimates** | **$91,338** | **$66,202** | **$58,019** | **$64,693** | **$280,251** |
| FactSet Consensus | $92,938 | $65,826 | $57,631 | $64,830 | $280,881 |
| Varience (Needham-Consensus) | -2% | 1% | 1% | 0% | 0% |
| **(Black are Actuals. Red are Consensus ests. Blue are Needham estimates.)** | | | | | |
| ***Units Shipped by Product*** | 12/31/18E | 3/31/19E | 6/30/19E | 9/30/19E | FY19E |
| iPods | 900 | 800 | 600 | 500 | 2,800 |
| FactSet Consensus | 1,000 | 1,000 | 0 | 0 | 2,000 |
| iPhones | 77,700 | 52,000 | 40,500 | 48,000 | 218,200 |
| FactSet Consensus | 78,000 | 53,000 | 42,000 | 47,000 | 219,000 |
| iPads | 11,000 | 8,500 | 9,000 | 9,000 | 37,500 |
| FactSet Consensus | 13,000 | 9,000 | 11,000 | 10,000 | 43,000 |
| Macs | 5,600 | 4,350 | 4,400 | 5,250 | 19,600 |
| FactSet Consensus | 5,000 | 4,000 | 4,000 | 5,000 | 23,000 |
| Apple Watch | 8,000 | 5,500 | 4,500 | 4,500 | 22,500 |
| FactSet Consensus | 8,000 | 5,000 | 5,000 | 5,000 | 23,000 |
| **Needham Unit Estimates** | **103,200** | **71,150** | **59,000** | **67,250** | **300,600** |
| FactSet Consensus | 100,000 | 71,000 | 61,000 | 67,000 | 292,000 |
| Varience (Needham-Consensus) | 3% | 0% | -3% | 0% | 3% |

Sources: Company Reports, FactSet, Needham & Company, LLC estimates.

Apple Inc.                                                              Page 12 of 19

Needham & Company, LLC                                                                    *November 2, 2018*

### Needham & Company, LLC.
*Dan Medina (626.893.2925)*
*Laura Martin, CFA & CMT (917.373.3066)*

**Figure 5: AAPL Annual Income Statement Data, 2014A-2019E**

| in millions, except per share data | 2014A | 2015A | 2016A | 2017A | 2018A | 2019E | 2019/2018 |
|---|---|---|---|---|---|---|---|
| **Total Revenue** | $182,795 | $233,715 | $215,640 | $229,234 | $265,594 | $280,251 | 6% |
| Cost of Sales | $112,258 | $140,089 | $131,376 | $141,048 | $163,756 | $173,055 | 6% |
| Gross Margin | $70,537 | $93,626.0 | $84,263.6 | $88,186 | $101,838 | $107,196 | 5% |
| Gross Margin % | 39% | 40% | 39% | 38.5% | 38.3% | 38.3% | |
| **Operating Expenses** | | | | | | | |
| Research & Development | $6,041 | $8,067 | $10,045 | $11,581 | $14,236 | $15,366 | 8% |
| S,G & A, | $11,993 | $14,329 | $14,194 | $15,261 | $16,705 | $18,305 | 10% |
| Total Costs and Expenses | $18,034 | $22,396 | $24,239 | $26,842 | $30,941 | $33,672 | 9% |
| **Operating Income** | **$52,503** | **$71,230** | **$60,025** | **$61,344** | **$70,897** | **$73,524** | **4%** |
| Other Income/(Expense) | $980 | $1,285 | $1,348 | $2,745 | $2,005 | $1,300 | -35% |
| Income Before Taxes | $53,483 | $72,515 | $61,373 | $64,089 | $72,902 | $74,824 | 3% |
| Income Taxes | $13,973 | $19,121 | $15,685 | $15,738 | $13,372 | $12,181 | -9% |
| Net Income | $39,510 | $53,394 | $45,688 | $48,351 | $59,530 | $62,643 | 5% |
| **EPS** | **$6.45** | **$9.22** | **$8.28** | **$9.19** | **$11.87** | **$13.39** | **13%** |
| Diluted Shares Outstanding | 6,123 | 5,793 | 5,500 | 5,252 | 5,000 | 4,663 | -7% |
| **Calculation of OIBDA** | | | | | | | |
| Operating Income | $52,503 | $71,230 | $60,025 | $61,344 | $70,897 | $73,524 | 4% |
| D&A | $7,946 | $11,257 | $10,505 | $10,157 | $10,903 | $12,000 | 10% |
| **Total OIBDA (includes SBC)** | **$60,449** | **$82,487** | **$70,530** | **$71,501** | **$81,800** | **$85,524** | **5%** |
| **OIBDA Margin** | 33% | 35% | 33% | 31% | 31% | 31% | |
| SBC | $2,863 | $3,586 | $4,210 | $4,840 | $5,340 | $5,200 | -3% |
| **Total OIBDA (w/o SBC)** | **$63,312** | **$86,073** | **$74,740** | **$76,341** | **$87,140** | **$90,724** | **4%** |
| Margin | 35% | 37% | 35% | 33% | 33% | 32% | |

Sources: Company Reports, Needham & Company, LLC estimates.

| **Revenue Details, by Product** | | | | | | | |
|---|---|---|---|---|---|---|---|
| **iPhone** | $101,991 | $155,041 | $136,700 | $141,319 | $166,699 | $169,131 | 1% |
| Y/Y Revenue Growth % | 12% | 52% | -12% | 3% | 18% | 1% | |
| **iPad** | $30,283 | $23,227.0 | $20,627 | $19,222 | $18,805 | $17,805 | -5% |
| Y/Y Revenue Growth % | -5% | -23% | -11% | -7% | -2% | -9% | |
| **Apple Watch** | $0 | $0.0 | $4,544 | $5,707 | $8,176 | $9,900 | 21% |
| Y/Y Revenue Growth % | NMF | NMF | | | 43% | 21% | |
| **Mac** | $24,079 | $25,471 | $22,831 | $25,850 | $25,484 | $25,480 | 0% |
| Y/Y Revenue Growth % | 12% | 6% | -10% | 13% | -1% | 0% | |
| **iTunes, Software & Services** | $18,063 | $19,909 | $24,748 | $30,780 | $37,190 | $46,750 | 26% |
| Y/Y Revenue Growth % | 13% | 10% | 24% | 24% | 21% | 26% | |
| **Accessories** | $8,379 | $10,067 | $5,150 | $7,056 | $9,240 | $11,185 | 21% |
| Y/Y Revenue Growth % | -17% | 20% | -39% | 14% | 31% | 21% | |
| **Total Revenues** | **$182,795** | **$233,715** | **$215,640** | **$229,234** | **$265,594** | **$280,251** | **6%** |
| Y/Y Revenue Growth % | 7% | 28% | -8% | 6% | 16% | 6% | |

Sources: Company Reports, Needham & Company, LLC estimates.

Apple Inc.                                                                                Page 13 of 19

Confidential                                                                 APL-SECLIT_00002094

Needham & Company, LLC                                                    *November 2, 2018*

## Needham & Company, LLC.

**Dan Medina (626.893.2925)**

**Laura Martin, CFA & CMT (917.373.3066)**

| Figure 6: AAPL Income Statement Multiples | | Figure 7: AAPL Free Cash Flow Multiples | |
|---|---:|---|---:|
| $ and shares in millions, except per share data | | $ and shares in millions, except per share data | |
| **Income Statement Multiples** | **2019A** | **FCF Multiples** | **2019A** |
| Market-Based Enterprise Value [1] | $910,971 | FCF/Share [2] | $14.11 |
| 2019E Sales (From Annual Projections) | $280,251 | Current Price          11/1/18 | $222.22 |
| **EV/Sales** | **3.3** | **FCF Yield** | **6%** |
| Market-Based Enterprise Value [1] | $910,971 | FCF [2] | $65,769 |
| 2019E OIBDA (includes SBC) | $85,524 | 2019E OIBDA (includes SBC) | $85,524 |
| **EV/2019E OIBDA (includes SBC)** | **10.7** | **FCF Conversion Rate (FCF/OIBDA)** | **77%** |
| 2019E OIBDA (w/o SBC) | $90,724 | Market-Based Enterprise Value [1] | $910,971 |
| **EV/2019E OIBDA (w/o SBC)** | **10.0** | FCF [2] | $65,769 |
| 12-Month Target Price | $260.00 | **EV/FCF** | **13.9** |
| **Target Price EV/2020E OIBDA (w/ SBC)** | **12.8** | Net Debt/OIBDA | (1.5) |
| Current Price          11/1/18 | $222.22 | Net Debt | ($131,401) |
| 2019E EPS | $13.39 | **Net Debt/Market Cap** | **-12.7%** |
| **P/E Ratio** | **16.6** | | |
| | | **[2] Calculation of Free Cash Flow** | |
| **[1] Calculation of Market-Based Enterprise Value** | | Year End 9/30: | **2019A** |
| Year End 9/30: | **2019A** | OIBDA | $85,524 |
| Current Share Price        11/01/18 | $222.22 | Plus:  Option Exercise Proceeds | $800 |
| Avg Fully Diluted Shares Out (FY18E) | 4,663 | Less: Cash Interest Expense | ($3,000) |
| **Market Capitalization** | **$1,036,101** | Minority Interest | $0 |
| | | Less:  Preferred  Dividends | $0 |
| Less:  Excess Cash & Mktable Debt Sec | ($237,100) | Less: Cash Taxes @ 15% | ($11,055) |
| Less: Non-Consolidated Assets (See PMV) | $0 | Less: Change in Working Capital | $7,000 |
| Plus: Unfunded Retirement Liabilities | $0 | Less: Capital Spending (PP&E) | ($13,500) |
| Plus: Debt @ 9/30/18 | $105,699 | **Free Cash Flow** | **$65,769** |
| Plus:  Lease Obligations | $6,271 | Shares Outstanding | 4,663 |
| Plus:  Preferred Stock Outstanding | $0 | **FCF/Share** | **$14.11** |
| Plus: Value of Options Restricted Sk | $6,000 | | |
| **Market-Based Enterprise Value** | **$910,971** | Estimated Dividends Paid (FY19E) | $11,750 |
| Sources: Company Reports, Needham & Company, LLC estimates. | | Free Cash Flow After Dividends | $54,019 |

Apple Inc.                                                                Page 14 of 19

Needham & Company, LLC

*November 2, 2018*

---

## Needham & Company, LLC.

*Dan Medina (626.893.2925)*
*Laura Martin, CFA & CMT (917.373.3066)*

### Figure 8: AAPL Target Price Calculation

in millions, except per share data

| Target Price Calculation | | % of Total |
|---|---|---|
| Sum of PV of Free Cash Flow [1] | $495,610 | 37% |
| PV of Terminal Value Discounted at WACC [1] | $614,644 | 46% |
| **Value of Operations (WACC Method)** | **$1,110,254** | **82%** |
| Plus: Cash at 9/30/18A | $237,100 | |
| Plus: Non-Consolidated Assets | $0 | |
| Less: Minority Interest | $0 | |
| Less: Unfunded Retirement Liabilities | $0 | |
| **Enterprise Value** | **$1,347,354** | **100%** |
| Long-Term Debt at 9/30/18A | ($122,400) | |
| Less: Lease Obligations | ($6,271) | |
| Less: Preferred Stock Outstanding | $0 | |
| Less: Value of Options & Restricted Sk, After-tax | ($6,000) | |
| **Common Equity Value** | **$1,212,683** | **90%** |
| Fully Diluted Shares Out, 2019E | 4,663 | |
| **DCF Value/Share** | **$260.09** | |
| Current Share Price @        11/1/18 | $222.22 | |
| **Upside Potential (DCF-Current Price/Current Price)** | **17%** | |

**Standard Discounted Cash Flow (DCF) Valuation**

**Why We Calculate:** DCF is a rigorous bottoms-up valuation of the enterprise focusing on cash flows (not accounting)

**Strengths**
1. Focuses on operations. Removes financing.
2. Focuses on FCF. Removes non-cash accounting
3. Explicitly forecasts capital needs (WC & CapX)
3. Uses a levered beta (widely available)
4. Ent value focus captures entire business model

**Weaknesses**
1. Many assumptions. Valuation can be manipulated.
2. Terminal value big & based on low visiblity projections.
3. Model assumes constant debt/equity ratio.
4. Complex to calculate.
5. Calculates the enterprise value first, then equity value.

---

[1] **Calculation of the Value of Operations (WACC Method)**

| FYE 9/30: | 2018E | 2019E | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | CAGR '19-28E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **OIBDA (after sk comp exp & corp):** | $81,800 | $85,524 | $83,429 | $81,385 | $79,391 | $77,446 | $75,548 | $73,697 | $71,892 | $70,130 | $68,412 | -2.4% |
| - Depreciation | ($10,903) | ($12,000) | ($13,000) | ($13,000) | ($13,000) | ($13,000) | ($13,000) | ($13,000) | ($13,000) | ($13,000) | ($13,000) | |
| + Option Exercise | $800 | $850 | $875 | $950 | $950 | $950 | $950 | $950 | $950 | $950 | $950 | |
| + Int & Inv Income | $2,005 | $1,300 | $3,000 | $3,000 | $3,250 | $3,500 | $3,750 | $4,000 | $4,250 | $4,500 | $4,750 | |
| EBIT | $73,702 | $75,674 | $74,304 | $72,335 | $70,591 | $68,896 | $67,248 | $65,647 | $64,092 | $62,580 | $61,112 | |
| Cash Taxes (at 15%) | ($11,055) | ($11,351) | ($11,146) | ($10,850) | ($10,589) | ($10,334) | ($10,087) | ($9,847) | ($9,614) | ($9,387) | ($9,167) | |
| Plus: Depreciation | $10,903 | $12,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | |
| Plus: Sk Based Co | $5,340 | $5,200 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | |
| Working Capital C | $7,000 | $7,000 | $7,070 | $7,141 | $7,212 | $7,284 | $7,357 | $7,431 | $7,505 | $7,580 | $7,656 | |
| Less: Cap Ex | ($13,500) | ($14,250) | ($14,500) | ($14,000) | ($15,000) | ($16,000) | ($17,000) | ($18,000) | ($19,000) | ($20,000) | ($21,000) | |
| **FCF from Operatio** | **$72,390** | **$74,273** | **$73,728** | **$72,625** | **$70,214** | **$67,846** | **$65,518** | **$63,231** | **$60,983** | **$58,773** | **$56,601** | **-3.0%** |
| PV Discounted at WACC [2] | | $72,313 | $67,142 | $61,861 | $55,940 | $50,558 | $45,667 | $41,223 | $37,187 | $33,522 | $30,196 | |
| Sum of PV of FCFs | | | | | | | | | | | $495,610 | |
| Terminal Value of 2028E FCF [3] | | | | | | | | | | | $1,152,129 | |
| PV of Terminal Value at WACC [2] | | | | | | | | | | | $614,644 | |
| Discount Period | | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |

---

[2] **Calculation of WACC: (Updated 10/31/18)**

| | |
|---|---|
| 10-Year Risk Free Rate ("RFR") | 3.0% |
| Equity Risk Premium (KPMG) | 4.5% |
| Beta (Needham Estimate) | 1.26 |
| Target Equity/(Debt + Equity) | 70% |
| Theoretical Debt Rating | AA+ |
| Debt Spread over RFR | 0.8% |
| Marginal Tax Rate ("T") | 25.0% |
| **WACC** | **6.9%** |

(RFR+(Equity Risk Premium x Beta)) x % Equity/Total Capital +
((RFR + Debt Spread) x (1-T) x % Debt/Total Capital).

[3] **Calculation of Terminal Multiple (WACC Method)**

| | |
|---|---|
| WACC | 6.9% |
| Long-term Nominal GDP Growth | 2.0% |
| WACC-GDP Growth | 4.9% |
| **FCF Terminal Multiple [1/(WACC-Growth Rate)]** | **20.4** |
| **EBITDA Terminal Mutiple** | **16.8** |

Sources: Company Reports, Needham & Company, LLC estimates.

---

Apple Inc.

Confidential

APL-SECLIT_00002096

Needham & Company, LLC                                                                                              *November 2, 2018*

**Needham & Company, LLC.**
*Dan Medina (626.893.2925)*
*Laura Martin, CFA & CMT (917.373.3066)*

**Figure 9: Breakeven Discounted Cash Flow (DCF)**

in millions, except per share data

| Breakeven DCF Calculation | | 9/30/19E |
|---|---|---|
| Sum of PV of Free Cash Flow [1] | | $447,638 |
| PV of Terminal Value Discounted at WACC [1] | | $471,357 |
| **Value of Operations (WACC Method)** | | **$918,996** |
| Plus:  Cash at 9/30/18A | | $237,100 |
| Plus:  Non-Consolidated Assets | | $0 |
| Less:  Minority Interest | | $0 |
| Less:  Unfunded Retirement Liabilities | | $0 |
| **Enterprise Value** | | **$1,156,096** |
| Long-Term Debt at 9/30/18A | | ($105,699) |
| Less: Operating Lease Obligations | | ($6,271) |
| Less: Preferred Stock Outstanding | | $0 |
| Less: Value of Options & Restricted Sk, After-tax | | ($6,000) |
| **Common Equity Value** | | **$1,038,126** |
| Fully Diluted Shares Out, 2019E | | 4,663 |
| **Breakeven DCF Value/Share** | | **$222.65** |
| Current Share Price @ | 11/1/18 | $222.22 |
| Discount to DCF Value (DCF-Current Price/DCF) | | 0% |

**[1] Calculation of the Value of Operations (WACC Method)**

| FYE 9/30: | 2018E | 2019E | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | Required Growth Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **OIBDA** (after sk comp exp & corp): | $81,800 | $85,524 | $81,077 | $76,861 | $72,864 | $69,075 | $65,483 | $62,078 | $58,850 | $55,790 | $52,889 | **-5.2%** |
| - Depreciation | ($10,903) | ($12,000) | ($13,000) | ($13,000) | ($13,000) | ($13,000) | ($13,000) | ($13,000) | ($13,000) | ($13,000) | ($13,000) | |
| + Option Exercise Proceeds | $800 | $850 | $875 | $950 | $950 | $950 | $950 | $950 | $950 | $950 | $950 | |
| + Int & Inv Income only | $2,005 | $1,300 | $3,000 | $3,000 | $3,250 | $3,500 | $3,750 | $4,000 | $4,250 | $4,500 | $4,750 | |
| EBIT | $73,702 | $75,674 | $71,952 | $67,811 | $64,064 | $60,525 | $57,183 | $54,028 | $51,050 | $48,240 | $45,589 | |
| Cash Taxes (at 15%) | ($11,055) | ($11,351) | ($10,793) | ($10,172) | ($9,610) | ($9,079) | ($8,577) | ($8,104) | ($7,658) | ($7,236) | ($6,838) | |
| Plus: Depreciation | $10,903 | $12,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | $13,000 | |
| Plus: Sk Based Comp Exp | $5,340 | $5,200 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | |
| Working Capital Change | $7,000 | $7,000 | $7,070 | $7,141 | $7,212 | $7,284 | $7,357 | $7,431 | $7,505 | $7,580 | $7,656 | |
| Less: Cap Ex | ($13,500) | ($14,250) | ($14,500) | ($14,000) | ($15,000) | ($16,000) | ($17,000) | ($18,000) | ($19,000) | ($20,000) | ($21,000) | |
| **FCF from Operations** | **$72,390** | **$74,273** | **$71,729** | **$68,780** | **$64,667** | **$60,731** | **$56,963** | **$53,355** | **$49,897** | **$46,584** | **$43,406** | |
| PV Discounted at WACC [2] | | $72,313 | $65,321 | $58,586 | $51,520 | $45,256 | $39,704 | $34,784 | $30,427 | $26,570 | $23,157 | |
| Sum of PV of FCFs | | | | | | | | | | | $447,638 | |
| Terminal Value of 2028E FCF [3] | | | | | | | | | | | $883,543 | |
| PV of Terminal Value at WACC [2] | | | | | | | | | | | $471,357 | |
| Discount Period | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | | |

**[2] Calculation of WACC:  (Updated 10/31/18)**

| | |
|---|---|
| 10-Year Risk Free Rate ("RFR") | 3.0% |
| Equity Risk Premium (KPMG) | 4.5% |
| Beta (Needham Estimate) | 1.26 |
| Target Equity/(Debt + Equity) | 70% |
| Theoretical Debt Rating | AA+ |
| Debt Spread over RFR | 0.8% |
| Marginal Tax Rate ("T") | 25.0% |
| **WACC** | **6.9%** |

(RFR+(Equity Risk Premium x Beta)) x % Equity/Total Capital +
((RFR + Debt Spread) x (1-T) x % Debt/Total Capital).

**[3] Calculation of Terminal Multiple (WACC Method)**

| | |
|---|---|
| WACC | 6.9% |
| Long-term Nominal GDP Growth | 2.0% |
| WACC-GDP Growth | 4.9% |
| **FCF Terminal Multiple [1/(WACC-Growth Rate)]** | **20.4** |
| **EBITDA Terminal Mutiple** | **16.7** |

Sources: Company Reports, Needham & Company, LLC estimates.

Apple Inc.                                                                                                          Page 16 of 19



*November 2, 2018*

## Valuation (Price Target: $260.00)

- Our price target of $260 is based on a DCF valuation. We use a WACC of 6.9% for AAPL and a long-term nominal GDP growth rate of 2%. The standard DCF is widely used on Wall Street because it is a rigorous bottom-up valuation of the enterprise based on discounting its long-term cash flows and removing the impact of non-cash accounting conventions. Our $260 price target embeds a 10-year EBITDA growth rate of negative 2.4% and represents a 12.8x multiple of forward year (2020E) EBITDA.

## Potential Upside Drivers

- Investment positives include AAPL's strong strategic position in the rapidly growing global mobile device market, especially with the wealthiest consumers. In addition, strong brand loyalty results in lower competitive pressures, higher pricing power, more predictable revenue streams, and a halo effect that drives sister-device sales. Finally, AAPL's valuation looks inexpensive in light of its large cash balances and strong FCF, its share repurchase program, and its dividend payout.

## Risks to Target

- Negatives include price competition, lower unit sales of future products, and product features that don't keep up with competitors.



Rating and Price Target History for: Apple Inc. (AAPL) as of 11-01-2018

Created by BlueMatrix

Apple Inc.

Confidential

APL-SECLIT_00002098

**ANALYST CERTIFICATION**

I, Laura Martin hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company (ies) and its (their) securities. I, also certify that I, have not been, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

**RATINGS DISTRIBUTIONS FOR NEEDHAM & COMPANY, LLC**

|  | % of companies under coverage with this rating | % for which investment banking services have been provided for in the past 12 months |
|---|---|---|
| Strong Buy | 7 | 26 |
| Buy | 68 | 19 |
| Hold | 23 | 3 |
| Underperform | < 1 | 0 |
| Rating Suspended | < 1 | 0 |
| Restricted | 0 | 0 |

Needham & Company, LLC employs a rating system based on the following:

Strong Buy: A security, which at the time the rating is instituted, we expect to outperform the average total return of the broader market as well as the securities in the analyst's coverage universe over the next 12 months.

Buy: A security, which at the time the rating is instituted, we expect to outperform the average total return of the broader market over the next 12 months.

Hold: A security, which at the time the rating is instituted, we expect to perform approximately in line with the average total return of the broader market over the next 12 months.

Underperform: A security, which at the time the rating is instituted, we expect to underperform the average total return of the broader market over the next 12 months.

Rating Suspended: We have suspended the rating and/or price target, if any, for this security, because there is not a sufficient fundamental basis for determining a rating or price target. The previous rating and price target, if any, are no longer in effect and should not be relied upon. This rating also includes the previous designation of "Under Review".

Restricted: Needham & Company, LLC policy and/or applicable law and regulations preclude certain types of communications, including an investment recommendation, during the course of Needham & Company, LLC's engagement in an investment banking transaction and in certain other circumstances.

For disclosure purposes, in accordance with FINRA requirements, please note that our Strong Buy and Buy ratings most closely correspond to a "Buy" recommendation. When combined, 76% of companies under coverage would have a "Buy" rating and 20% have had investment banking services provided within the past 12 months. Hold ratings mostly correspond to a "Hold/Neutral" recommendation; while our Underperform rating closely corresponds to the "Sell" recommendation required by the FINRA.

Our rating system attempts to incorporate industry, company and/or overall market risk and volatility. Consequently, at any given point in time, our investment rating on a security and its implied price appreciation may not correspond to the stated 12-month price target. For valuation methods used to determine our price targets and risks related to our price targets, please contact your Needham & Company, LLC salesperson for a copy of the most recent research report.

Price charts and rating histories for companies under coverage and discussed in this report are available at http://www.needhamco.com/. You may also request this information by writing to: Needham & Company, LLC, Attn: Compliance/Research, 250 Park Ave., New York, NY 10177

By issuing this research report, each Needham & Company, LLC analyst and associate whose name appears within this report hereby certifies that (i) the recommendations and opinions expressed in the research report accurately reflect the research analyst's and associate's personal views about any and all of the subject securities or issuers discussed herein and (ii) no part of the research analyst's or associate's compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst or associate in the research report.

**Disclosures**

The research analyst and research associate have received compensation based upon various factors, including quality of research, investor client feedback, and the Firm's overall revenues, which includes investment banking revenues for the following: Apple Inc.

The Firm, at the time of publication, makes a market in the subject company Apple Inc. .

**Equity Options Disclosure**

Any Equity Options or Technical Strategy Opinions ("Opinions") contained within this report was prepared by the Equity Options Sales and Trading Desk of Needham & Company, LLC ("Needham" or the "Firm") for distribution to Needham's clients. This Opinion consists of market information and general market commentary only. It is not intended to be an analysis of any security or to provide any information sufficient upon which to base an investment decision.

THIS EQUITY OPTIONS OR TECHNICAL STRATEGY OPINION IS NOT A PRODUCT OF NEEDHAM'S RESEARCH DEPARTMENT AND IS NOT A RESEARCH REPORT. Unless otherwise specifically stated, the information and commentary expressed herein are solely those of the author and may differ from the information, views and analysis expressed by Needham's Research Department or other departments of the Firm or its affiliates.

Needham and its affiliates may have positions (long or short), effect transactions or make a market in the securities or financial instruments referenced in this Opinion. Needham or its affiliates may engage in securities transactions that are not consistent with the information and commentary expressed in this Opinion. Needham may have provided investment banking or other services to the issuers mentioned herein and may solicit such services in the future.

If this Opinion includes extracts or summary material derived from research reports produced by Needham's Research Department, you are directed to the most recent research report for further details, including analyst certifications and other important disclosures. Copies of such reports may be obtained from your Needham sales representative or at www.needhamco.com

This material is provided for informational purposes only and is not intended as a recommendation or an offer or solicitation for the purchase or sale of any security or financial instrument. Any investment decision by you should be based on your specific investment objectives and financial situation. Please contact your Needham sales representative for specific guidance.

The information contained in this Opinion has been obtained from or is based upon sources believed to be reliable, but neither Needham nor the author makes any representation or warranty as to its accuracy or completeness. The information contained in this Opinion is as of the date specified herein. Needham does not undertake any obligation to monitor or update the information. Past performance is not indicative of future results and no representation or warranty, express or implied, is made

with respect to future performance. Needham disclaims all liability for any loss that may arise (whether direct or consequential) from any use of the information contained in this Opinion.

Structured securities, options, futures and other derivatives are complex instruments, may involve a high degree of risk, and may be appropriate investments only for sophisticated investors who are capable of understanding and assuming the risks involved. Because of the importance of tax considerations to many options transactions, any investor considering the purchase or sale of any options contract should consult with his or her tax advisor as to how taxes affect the outcome of contemplated transactions. Needham and its affiliates do not provide tax advice.

OPTIONS ARE NOT SUITABLE FOR ALL INVESTORS. For further information on the risks associated therewith, please consult the Options Clearing Corporation's options risk disclosure document available at the following web address: http://www.optionsclearing.com/about/publications/character-risks.jsp

Clients should call the Equity Options Sales and Trading Desk (212-705-0369) for additional information.

This report is for informational purposes only and does not constitute a solicitation or an offer to buy or sell any securities mentioned herein. Information contained in this report has been obtained from sources believed to be reliable, but Needham & Company, LLC makes no representation as to its accuracy or completeness, except with respect to the Disclosure Section of the report. Any opinions expressed herein reflect our judgment as of the date of the materials and are subject to change without notice. The securities discussed in this report may not be suitable for all investors and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. Investors must make their own investment decisions based on their financial situations and investment objectives. The value of income from your investment may vary because of changes in interest rates, changes in the financial and operational conditions of the companies and other factors. Investors should be aware that the market price of securities discussed in this report may be volatile. Due to industry, company and overall market risk and volatility, at the securities current price, our investment rating may not correspond to the stated price target. Additional information regarding the securities mentioned in this report is available upon request.

© Copyright 2018, Needham & Company, LLC, Member FINRA, SIPC.

Apple Inc.

Confidential

APL-SECLIT_00002100