# EXHIBIT 74

# OPPENHEIMER

EQUITY RESEARCH

## QUARTERLY UPDATE

November 2, 2018 — TECHNOLOGY/EMERGING TECHNOLOGIES AND SERVICES

# Apple Inc.

### Attention Shifting To Experience from Hardware, Apple Changing the Game for Itself and Analysts

**Stock Rating:**
**PERFORM**

| | |
|---|---|
| 12-18 mo. Price Target | NA |
| AAPL - NASDAQ | $222.22 |
| 3-5 Yr. EPS Gr. Rate | 13% |
| 52-Wk Range | $233.47-$150.24 |
| Shares Outstanding | 5,559.0M |
| Float | 5,559.0M |
| Market Capitalization | $1,073,306.2M |
| Avg. Daily Trading Volume | 33,460,788 |
| Dividend/Div Yield | $2.13/0.96% |
| Book Value | $23.33 |
| Fiscal Year Ends | Sep |
| 2018E ROE | 40.0 % |
| LT Debt | $97,128.0M |
| Preferred | $0.0M |
| Common Equity | $114,949M |
| Convertible Available | No |

| EPS Diluted | Q1 | Q2 | Q3 | Q4 | Year | Mult. |
|---|---|---|---|---|---|---|
| 2016A | 3.28 | 1.90 | 1.42 | 1.67 | 8.31 | 26.7x |
| 2017A | 3.36 | 2.10 | 1.67 | 2.07 | 9.21 | 24.1x |
| 2018E | 3.89A | 2.73A | 2.34A | 2.73 | 11.73 | 18.9x |
| 2019E | -- | -- | -- | -- | 13.03 | 17.1x |
| 2020E | -- | -- | -- | -- | 14.61 | 15.2x |

| Revenue ($/mil) | Q1 | Q2 | Q3 | Q4 | Year | Mult. |
|---|---|---|---|---|---|---|
| 2016A | 75.9B | 50.6B | 42.4B | 46.9B | 215.6B | 2.5x |
| 2017A | 78.4B | 52.9B | 45.4B | 52.6B | 229.2B | 2.4x |
| 2018E | 88.3BA | 61.1BA | 53.3BA | 60.6B | 263.3B | 2.1x |
| 2019E | -- | -- | -- | -- | 265.9B | 2.0x |
| 2020E | -- | -- | -- | -- | 277.3B | 2.0x |

**Andrew Uerkwitz**
212-667-5316
Andrew.Uerkwitz@opco.com

**Martin Yang, CFA**
212-667-7623
Martin.Yang@opco.com

Disseminated: November 2, 2018 06:53 EDT; Produced: November 2, 2018 06:53 EDT

### SUMMARY

AAPL reported F4Q18 revenue/EPS of $62.9B/$2.91, beating consensus of $61.5B/$2.78E and our estimates of $60.6B/$2.73E. iPhone ASP grew 28% Y/Y, more than offsetting 4% iPhone unit decline and driving overall sales up 20% Y/Y. While Greater China delivered a respectable 16% Y/Y sales growth, all other regions grew faster. Service revenues were up organically 27% Y/Y and wearables were up 50% Y/Y. Total paid subscriptions grew another 30M Q/Q to 330M, based on 30,000 third-party subscription apps and Apple's in-house offerings such as iCloud. Our mid-term theses remain unchanged; we are concerned about gradual high-end share gain from Android competitors. Longer term, we expect IoT and alternative interface services (voice) to erode Apple's smartphone-centric platform advantage.

### KEY POINTS

- **Best Question:** Management's decision to withhold unit sales figures for iPhone/Mac/iPad in future calls drew most attention. Management believe such changes are in-line with Apple's overall focus on customer experience. Also, emphasis on units each quarter may draw attention away from more important business drivers such as user engagement and lifetime value of users.

- **Question Unasked:** For the first time in recent quarters, management did not comment on channel inventory, which is understandably consistent with the new disclosure strategy. Unit sales in between quarters are no longer the most critical metrics to evaluate Apple.

- **Wearable:** Wearable products had another very strong quarter, up more than 50% Y/Y, making F4Q sales record. Given how much AirPods and Apple Watch has grown, the fact that wearables did not make all time sales record seems to indicate significant deterioration of Beats products.

- **Greater China:** Management indicated that the 16% Y/Y growth was driven by non-iPhone products, although iPhone did deliver double-digit growth. A slowdown in the supply of new mobile games in mainland China also contributed to this region's relatively slower growth compared to rest of the world.

- **Bottom Line:** We support management's decision to drive analyst attention away from product unit sales and to subscription, active installed base, and engagement. This is a reasonable step in the late adoption cycle of smartphones; however, it does expose Apple to more formidable competitors outside of the hardware business.

**Stock Price Performance**



1 Year Price History for AAPL

**Company Description**

Apple, Inc. designs, manufactures, and sells personal computers, portable digital music players, and mobile communication devices, as well as related software, services, peripherals, and network solutions worldwide.

**For analyst certification and important disclosures, see the Disclosure Appendix.**

Confidential     APL-SECLIT_00002110

**5-YEAR PRICE PERFORMANCE**



Source: Bloomberg

**INVESTMENT THESIS**

Our Perform rating on Apple reflects our view that Apple no longer has the market or country tailwinds to drive significant iPhone growth. We believe there is a lengthening of the replacement cycle and diminishing utility of high-end phones across markets, to which Apple is not immune. As long as iPhone sales do not grow, we believe the stock will struggle to work. Longer term, we see tremendous value in the Apple ecosystem and its ability to monetize its user base. Apple's substantial capital return program should provide downside protection, making this a Perform-rated stock.

**BASE CASE ASSUMPTION**

- iPhone shipments of 218M for FY18 (up slightly Y/Y)
- 19M Apple Watch unit shipments for FY18 (up 39% Y/Y)
- Software, Service and Accessories business maintains double-digit growth from FY18 to FY20

**CATALYSTS**

- Compelling augmented reality-based apps and use cases that are unique to iOS installed base

**UPSIDE SCENARIO**

- iPhone shipments sustain strong Y/Y growth in FY19
- Apple Watch shipments exceed expectations
- iPad resumes growth due to new form factors and wider non-consumer adoptions
- Apple's media business benefits from better than expected adoption among cord-cutters

**DOWNSIDE SCENARIO**

- iPhone sales decline Y/Y in FY18 due to weak Greater China sales and lack of switchers and upgraders
- iPad continues to be cannibalized by larger iPhones



**AAPL (PERFORM) - NA**

**Apple Inc.**

## Apple Inc.
**Quarterly Consolidated Statement of Income**
Last reported quarter end 9/30/2018

| (in millions, except EPS) | 1Q18A Dec-17 | 2Q18A Mar-18 | 3Q18A Jun-18 | 4Q18A Sep-18 | 1Q19E Dec-18 | 2Q19E Mar-19 | 3Q19E Jun-19 | 4Q19E Sep-19 | FY 2016 | FY 2017 | FY(E) 2018 | FY(E) 2019 | FY(E) 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $88,293 | $61,137 | $53,265 | $62,900 | $90,798 | $65,030 | $56,725 | $62,808 | $215,639 | $229,234 | $265,595 | $275,361 | $283,749 |
| Cost of Sales | 54,381 | 37,715 | 32,844 | 38,816 | 56,068 | 40,156 | 35,028 | 38,627 | 131,376 | 141,048 | 163,756 | 169,879 | 174,582 |
| Gross Profit | 33,912 | 23,422 | 20,421 | 24,084 | 34,730 | 24,874 | 21,697 | 24,181 | 84,263 | 88,186 | 101,839 | 105,483 | 109,168 |
| Research and Development | 3,407 | 3,378 | 3,701 | 3,750 | 4,200 | 3,950 | 4,350 | 4,350 | 10,045 | 11,581 | 14,236 | 16,850 | 18,550 |
| Sales, General & Administrative | 4,231 | 4,150 | 4,108 | 4,216 | 4,550 | 4,450 | 4,450 | 4,550 | 14,194 | 15,261 | 16,705 | 18,000 | 19,250 |
| Operating Income | 26,274 | 15,894 | 12,612 | 16,118 | 25,980 | 16,474 | 12,897 | 15,281 | 60,024 | 61,344 | 70,898 | 70,633 | 71,368 |
| Other Income | 756 | 274 | 672 | 303 | 300 | 300 | 300 | 300 | 1,348 | 2,745 | 2,005 | 1,200 | 1,200 |
| Income Before Taxes | 27,030 | 16,168 | 13,284 | 16,421 | 26,280 | 16,774 | 13,197 | 15,581 | 61,372 | 64,089 | 72,903 | 71,833 | 72,568 |
| Taxes on Income (benefit) | 6,965 | 2,346 | 1,765 | 2,296 | 4,336 | 2,768 | 2,178 | 2,571 | 15,685 | 15,738 | 13,372 | 11,852 | 10,885 |
| Net Income | $20,065 | $13,822 | $11,519 | $14,125 | $21,944 | $14,006 | $11,020 | $13,010 | $45,687 | $48,351 | $59,531 | $59,980 | $61,682 |
| **Diluted EPS** | **$3.89** | **$2.73** | **$2.34** | **$2.91** | **$4.62** | **$3.01** | **$2.42** | **$2.93** | **$8.31** | **$9.21** | **$11.91** | **$13.05** | **$14.69** |
| Diluted Shares | 5,158 | 5,068 | 4,927 | 4,848 | 4,748 | 4,648 | 4,548 | 4,448 | 5,500 | 5,252 | 5,000 | 4,598 | 4,198 |
| Dividend per share | $0.63 | $0.63 | $0.73 | $0.73 | $0.73 | $0.73 | $0.84 | $0.84 | $2.18 | $2.40 | $2.72 | $3.14 | $3.61 |
| **Product Shipment** | | | | | | | | | | | | | |
| iPhone | 77.3 | 52.2 | 41.3 | 46.9 | 74.0 | 52.0 | 41.0 | 45.0 | 211.9 | 216.8 | 217.7 | 212.0 | 215.5 |
| iPad | 13.2 | 9.1 | 11.6 | 9.7 | 12.5 | 8.5 | 11.0 | 9.5 | 45.6 | 43.8 | 43.5 | 41.5 | 40.0 |
| Mac | 5.1 | 4.1 | 3.7 | 5.3 | 5.6 | 4.2 | 4.4 | 5.0 | 18.5 | 19.3 | 18.2 | 19.2 | 18.7 |
| Apple Watch | 6.5 | 4.8 | 3.6 | 4.3 | 7.2 | 5.5 | 4.2 | 5.0 | 9.0 | 13.7 | 19.2 | 21.9 | 24.8 |

Source: Company Data, Oppenheimer & Co. Inc.

Confidential   APL-SECLIT_00002112

**Apple Inc.** AAPL (PERFORM) - NA

**Apple Inc.**
**Summary View**

| | 1Q18A<br>Dec-17 | 2Q18A<br>Mar-18 | 3Q18A<br>Jun-18 | 4Q18A<br>Sep-18 | 1Q19E<br>Dec-18 | 2Q19E<br>Mar-19 | 3Q19E<br>Jun-19 | 4Q19E<br>Sep-19 | FY<br>2016 | FY<br>2017 | FY(E)<br>2018 | FY(E)<br>2019 | FY(E)<br>2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 88,293 | 61,137 | 53,265 | 62,900 | 90,798 | 65,030 | 56,725 | 62,808 | 215,639 | 229,234 | 265,595 | 275,361 | 283,749 |
| % Growth | 68% | -31% | -13% | 18% | 44% | -28% | -13% | 11% | -8% | 6% | 16% | 4% | 3% |
| Gross Margin | 38.4% | 38.3% | 38.3% | 38.3% | 38% | 38% | 38% | 39% | 39% | 38% | 38% | 38% | 38% |
| Operating Profit | $26,274 | $15,894 | $12,612 | $16,118 | $25,980 | $16,474 | $12,897 | $15,281 | $60,024 | $61,344 | $70,898 | $70,633 | $71,368 |
| Operating Margin | 29.8% | 26.0% | 23.7% | 25.6% | 29% | 25% | 23% | 24% | 28% | 27% | 27% | 26% | 25% |
| Net Income | $21,442 | $15,179 | $12,927 | $15,561 | $23,454 | $15,456 | $12,539 | $14,546 | $49,897 | $53,191 | $64,871 | $65,995 | $68,206 |
| % Growth | 87% | -31% | -17% | 23% | 55% | -36% | -21% | 18% | -14% | 6% | 23% | 1% | 3% |
| EPS | $3.89 | $2.73 | $2.34 | $2.91 | $4.62 | $3.01 | $2.42 | $2.93 | $8.31 | $9.21 | $11.91 | $13.05 | $14.69 |
| % Growth | 16% | 30% | 40% | 41% | 19% | 11% | 4% | 0% | -10% | 11% | 29% | 10% | 13% |

Source: Company Data, Oppenheimer & Co. Inc., FactSet

OPPENHEIMER

Confidential   APL-SECLIT_00002113

**AAPL (PERFORM) - NA**   **Apple Inc.**

## Apple Inc.
### Quarterly Margin and Growth Analysis

| | 1Q18A<br>Dec-17 | 2Q18A<br>Mar-18 | 3Q18A<br>Jun-18 | 4Q18A<br>Sep-18 | 1Q19E<br>Dec-18 | 2Q19E<br>Mar-19 | 3Q19E<br>Jun-19 | 4Q19E<br>Sep-19 | FY<br>2016 | FY<br>2017 | FY(E)<br>2018 | FY(E)<br>2019 | FY(E)<br>2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross Margin | 38% | 38% | 38% | 38% | 38% | 38% | 38% | 39% | 39% | 38% | 38% | 38% | 38% |
| Research and Development | 3.9% | 5.5% | 6.9% | 6.0% | 4.6% | 6.1% | 7.7% | 6.9% | 5% | 5% | 5% | 6% | 7% |
| Sales, General & Administrative | 4.8% | 6.8% | 7.7% | 6.7% | 5.0% | 6.8% | 7.8% | 7.2% | 7% | 7% | 6% | 7% | 7% |
| Operating Margin | 30% | 26% | 24% | 26% | 29% | 25% | 23% | 24% | 28% | 27% | 27% | 26% | 25% |
| Pretax Income | 31% | 26% | 25% | 26% | 29% | 26% | 23% | 25% | 28% | 28% | 27% | 26% | 26% |
| Effective Tax Rate | 26% | 15% | 13% | 14% | 17% | 17% | 17% | 17% | 26% | 25% | 18% | 17% | 15% |
| Net Income | 23% | 23% | 22% | 22% | 24% | 22% | 19% | 21% | 21% | 21% | 22% | 22% | 22% |
| **Sequential Growth Rates** | | | | | | | | | | | | | |
| Revenue | 68% | -31% | -13% | 18% | 44% | -28% | -13% | 11% | | | | | |
| Gross Profit | 70% | -31% | -13% | 18% | 44% | -28% | -13% | 11% | | | | | |
| Operating Income | 100% | -40% | -21% | 28% | 61% | -37% | -22% | 18% | | | | | |
| Net Income | 87% | -31% | -17% | 23% | 55% | -36% | -21% | 18% | | | | | |
| EPS | 88% | -30% | -14% | 25% | 59% | -35% | -20% | 21% | | | | | |
| WA Shares Outstanding | 0% | -2% | -3% | -2% | -2% | -2% | -2% | -2% | | | | | |
| **Year-over-Year Growth Rates** | | | | | | | | | | | | | |
| Revenue | 13% | 16% | 17% | 20% | 3% | 6% | 6% | 0% | -8% | 6% | 16% | 4% | 3% |
| Gross Profit | 12% | 14% | 17% | 21% | 2% | 6% | 6% | 0% | -10% | 5% | 15% | 4% | 3% |
| Operating Income | 12% | 13% | 17% | 23% | -1% | 4% | 2% | -5% | -16% | 2% | 16% | 0% | 1% |
| Net Income | 12% | 25% | 32% | 32% | 9% | 1% | -4% | -8% | -14% | 6% | 23% | 1% | 3% |
| EPS | 16% | 30% | 40% | 41% | 19% | 11% | 4% | 0% | -10% | 11% | 29% | 10% | 13% |

Source: Company Data, Oppenheimer & Co. Inc.



**Apple Inc.**
**Balance Sheet**

*($ in Millions)*

| | 1Q18A Dec-17 | 2Q18A Mar-18 | 3Q18A Jun-18 | 4Q18A Sep-18 | 1Q19E Dec-18 | 2Q19E Mar-19 | 3Q19E Jun-19 | 4Q19E Sep-19 | FY 2016 | FY 2017 | FY(E) 2018 | FY(E) 2019 | FY(E) 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | | | | |
| Cash & Cash Equivalents | $27,491 | $45,059 | $31,971 | $25,913 | $22,514 | $18,580 | $23,426 | $23,991 | $20,484 | $20,289 | $25,913 | $23,991 | $28,769 |
| Short-Term Investments | 257,606 | 222,167 | 211,772 | 211,187 | 211,187 | 196,187 | 186,187 | 181,187 | 217,101 | 248,606 | 211,187 | 181,187 | 151,187 |
| Accounts Receivable | 23,440 | 14,324 | 14,104 | 23,186 | 20,337 | 12,225 | 11,859 | 20,548 | 15,754 | 17,874 | 23,186 | 20,548 | 20,839 |
| Inventories, net | 4,421 | 7,662 | 5,936 | 3,956 | 2,854 | 2,801 | 2,390 | 2,931 | 2,132 | 4,855 | 3,956 | 2,931 | 2,973 |
| Deferred Tax Assets | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Current Assets | 38,796 | 20,127 | 24,751 | 37,896 | 37,896 | 37,896 | 37,896 | 37,896 | 21,828 | 31,735 | 37,896 | 37,896 | 37,896 |
| **Total Current Assets** | $351,754 | $309,339 | $288,534 | $302,138 | $294,787 | $267,689 | $261,758 | $266,553 | $277,299 | $323,359 | $302,138 | $266,553 | $241,663 |
| Property & Equipment, Net | $33,679 | $35,077 | $38,117 | $41,304 | $39,588 | $38,218 | $36,145 | $34,628 | $27,010 | $33,783 | $41,304 | $34,628 | $30,865 |
| Goodwill | 5,889 | - | - | - | - | - | - | - | 5,414 | 5,717 | 0 | 0 | 0 |
| Acquired Intangible Assets, net | 2,149 | - | - | - | - | - | - | - | 3,206 | 2,298 | 0 | 0 | 0 |
| Other assets | 13,323 | 23,086 | 22,546 | 22,283 | 22,283 | 22,283 | 22,283 | 22,283 | 8,757 | 10,162 | 22,283 | 22,283 | 22,283 |
| **Total Assets** | **$406,794** | **$367,502** | **$349,197** | **$365,725** | **$356,659** | **$328,190** | **$320,186** | **$323,465** | **$321,686** | **$375,319** | **$365,725** | **$323,465** | **$294,811** |
| **Liabilities and Equity** | | | | | | | | | | | | | |
| Accounts Payable | $62,985 | $34,311 | $38,489 | $55,888 | $47,497 | $27,070 | $30,990 | $44,289 | $37,294 | $49,049 | $55,888 | $44,289 | $44,915 |
| Accrued Expenses | 26,281 | 26,756 | 25,184 | 32,687 | 32,687 | 32,687 | 32,687 | 32,687 | 22,027 | 25,744 | 32,687 | 32,687 | 32,687 |
| Deferred Revenue | 8,044 | 7,775 | 7,403 | 7,543 | 7,543 | 7,543 | 7,543 | 7,543 | 8,080 | 7,548 | 7,543 | 7,543 | 7,543 |
| Commercial paper | 11,980 | 11,980 | 11,974 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 | 8,105 | 11,977 | 11,964 | 11,964 | 11,964 |
| Current Portion of Long-term Deb | 6,498 | 8,498 | 5,498 | 8,784 | 8,784 | 8,784 | 8,784 | 8,784 | 3,500 | 6,496 | 8,784 | 8,784 | 8,784 |
| **Total Current Liabilities** | $115,788 | $89,320 | $88,548 | $116,866 | $108,475 | $88,048 | $91,968 | $105,267 | $79,006 | $100,814 | $116,866 | $105,267 | $105,893 |
| Deferred Revenue - Non-Current | 3,131 | 3,087 | 2,878 | 2,797 | 2,797 | 2,797 | 2,797 | 2,797 | 2,930 | 2,836 | 2,797 | 2,797 | 2,797 |
| Long-term Debt | 103,922 | 101,362 | 97,128 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 75,427 | 97,207 | 93,735 | 93,735 | 93,735 |
| Other Non-Current Liabilities | 43,754 | 46,855 | 45,694 | 45,180 | 45,180 | 45,180 | 45,180 | 45,180 | 36,074 | 40,415 | 45,180 | 45,180 | 45,180 |
| **Total Liabilities** | $266,595 | $240,624 | $234,248 | $258,578 | $250,187 | $229,760 | $233,680 | $246,979 | $193,437 | $241,272 | $258,578 | $246,979 | $247,605 |
| **Stockholder's Equity** | $140,199 | $126,878 | $114,949 | $107,147 | $106,471 | $98,430 | $86,507 | $76,486 | $128,249 | $134,047 | $107,147 | $76,486 | $47,206 |
| **Total Liabilities and Equity** | **$406,794** | **$367,502** | **$349,197** | **$365,725** | **$356,659** | **$328,190** | **$320,186** | **$323,465** | **$321,686** | **$375,319** | **$365,725** | **$323,465** | **$294,811** |

Source: Company Data, Oppenheimer & Co. Inc.

**AAPL (PERFORM) - NA**  **Apple Inc.**

## Apple Inc.
### Quarterly Consolidated Ratios

*($ in Millions, Except Per Share Data)*

| | 1Q18A<br>Dec-17 | 2Q18A<br>Mar-18 | 3Q18A<br>Jun-18 | 4Q18A<br>Sep-18 | 1Q19E<br>Dec-18 | 2Q19E<br>Mar-19 | 3Q19E<br>Jun-19 | 4Q19E<br>Sep-19 | FY<br>2016 | FY<br>2017 | FY(E)<br>2018 | FY(E)<br>2019 | FY(E)<br>2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Profitability Ratios** | | | | | | | | | | | | | |
| Annualized ROIC | 1320% | 496% | 259% | 472% | 599% | 217% | 232% | 392% | 877% | 825% | 492% | 453% | 677% |
| Annualized Return On Equity | 57% | 44% | 40% | 53% | 82% | 57% | 51% | 68% | 36% | 36% | 56% | 78% | 131% |
| Annualized Return On Assets | 20% | 15% | 13% | 15% | 25% | 17% | 14% | 16% | 14% | 13% | 16% | 19% | 21% |
| Annualized Return On Net Assets | 20% | 15% | 13% | 16% | 25% | 17% | 14% | 16% | 14% | 13% | 16% | 19% | 21% |
| **Efficiency Ratios** | | | | | | | | | | | | | |
| A/R Days Sales Outstanding | 23.9 | 21.1 | 23.8 | 33.2 | 20.2 | 16.9 | 18.8 | 29.4 | 26.7 | 28.5 | 31.9 | 27.2 | 26.8 |
| A/P Days Sales Outstanding | 105.1 | 75.4 | 111.3 | 136.5 | 77.8 | 60.8 | 80.6 | 101.8 | 103.8 | 124.5 | 125.3 | 95.7 | 93.9 |
| Accrued Liabilities/A/P Ratio | 0.4 | 0.8 | 0.7 | 0.6 | 0.7 | 1.2 | 1.1 | 0.7 | 0.6 | 0.5 | 0.6 | 0.7 | 0.7 |
| Inventory Turns | 49.9 | 20.0 | 22.4 | 39.8 | 79.7 | 58.1 | 59.4 | 53.4 | 61.6 | 29.1 | 41.4 | 58.0 | 58.7 |
| Days of Inventory | 7.3 | 18.3 | 16.3 | 9.2 | 4.6 | 6.3 | 6.1 | 6.8 | 5.9 | 12.6 | 8.8 | 6.3 | 6.2 |
| **Liquidity Ratios** | | | | | | | | | | | | | |
| Current Ratio | 3.0 | 3.5 | 3.3 | 2.6 | 2.7 | 3.0 | 2.8 | 2.5 | 3.5 | 3.2 | 2.6 | 2.5 | 2.3 |
| Quick Ratio | 3.0 | 3.4 | 3.2 | 2.6 | 2.7 | 3.0 | 2.8 | 2.5 | 3.5 | 3.2 | 2.6 | 2.5 | 2.3 |
| Net Working Capital | $235,966 | $220,019 | $199,986 | $185,272 | $186,312 | $179,640 | $169,791 | $161,287 | $198,293 | $222,545 | $185,272 | $161,287 | $135,770 |
| Long-term Debt/Equity | 0.7 | 0.8 | 0.8 | 0.9 | 0.9 | 1.0 | 1.1 | 1.2 | 0.6 | 0.7 | 0.9 | 1.2 | 2.0 |
| **Cash and Book Value** | | | | | | | | | | | | | |
| Free Cash Flow per Share | $4.94 | $2.16 | $2.28 | $3.40 | $4.37 | $0.98 | $4.25 | $4.53 | $9.65 | $9.74 | $12.82 | $14.08 | $17.22 |
| Cash & Investments per Share | $55.28 | $52.72 | $49.47 | $48.91 | $49.23 | $46.21 | $46.09 | $46.13 | $43.20 | $51.20 | $47.42 | $44.63 | $42.87 |
| Net Cash Per Share | $31.54 | $28.68 | $26.21 | $25.29 | $25.11 | $21.58 | $20.92 | $20.39 | $27.37 | $29.17 | $24.52 | $19.73 | $15.60 |
| Tangible Book Value per Share | $25.62 | $25.03 | $23.33 | $22.10 | $22.43 | $21.18 | $19.02 | $17.20 | $21.75 | $24.00 | $21.43 | $16.64 | $11.25 |

Source: Company Data, Oppenheimer & Co. Inc.



**Apple Inc.**                                                                                                                                                                                  AAPL (PERFORM) - NA

**Quarterly Cash Flow Statement**

($ in Millions, Except Per Share Data)

| | 1Q18A Dec-17 | 2Q18A Mar-18 | 3Q18A Jun-18 | 4Q18A Sep-18 | 1Q19E Dec-18 | 2Q19E Mar-19 | 3Q19E Jun-19 | 4Q19E Sep-19 | FY 2016 | FY 2017 | FY(E) 2018 | FY(E) 2019 | FY(E) 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Flow from Operations** | | | | | | | | | | | | | |
| Net Income | $20,065 | $13,822 | $11,519 | $14,125 | $21,944 | $14,006 | $11,020 | $13,010 | $45,687 | $48,351 | $59,531 | $59,980 | $61,682 |
| D&A | 2,745 | 2,739 | 2,665 | 2,754 | 5,216 | 4,870 | 5,573 | 5,017 | 10,505 | 10,157 | 10,903 | 20,676 | 17,763 |
| Stock-based Comp | 1,296 | 1,348 | 1,351 | 1,345 | 1,510 | 1,450 | 1,519 | 1,536 | 4,210 | 4,840 | 5,340 | 6,015 | 6,524 |
| Deferred Income Taxes | (33,737) | (498) | 1,126 | 519 | - | - | - | - | 4,938 | 5,966 | (32,590) | - | - |
| Loss on PPE and Other | (11) | (140) | (259) | (34) | - | - | - | - | - | (166) | (444) | - | - |
| Changes in Working Capital | | | | | | | | | | | | | |
| Accounts Receivable | (5,570) | 9,093 | 233 | (9,078) | 2,849 | 8,113 | 366 | (8,690) | 1,044 | (2,093) | (5,322) | 2,638 | (291) |
| Inventories | 434 | (3,241) | 1,693 | 1,942 | 1,102 | 53 | 410 | (541) | 217 | (2,723) | 828 | 1,025 | (41) |
| Other Current Assets | (9,660) | 18,322 | (3,191) | (13,481) | - | - | - | - | 1,090 | (4,254) | (8,010) | - | - |
| Other Assets | (197) | 197 | - | (423) | - | - | - | - | - | (5,318) | (423) | - | - |
| Accounts Payable | 14,588 | (27,808) | 2,081 | 20,314 | (8,391) | (20,427) | 3,919 | 13,299 | 1,791 | 9,618 | 9,175 | (11,599) | 626 |
| Deferred Revenue | 791 | (313) | (581) | 59 | - | - | - | - | (1,554) | (626) | (44) | - | - |
| Other Liabilities | 37,549 | 1,609 | (2,149) | 1,481 | - | - | - | - | (2,104) | (154) | 38,490 | - | - |
| **Net Cash from Operations** | $28,293 | $15,130 | $14,488 | $19,523 | $24,230 | $8,065 | $22,807 | $23,632 | $65,824 | $63,598 | $77,434 | $78,734 | $86,263 |
| **Cash Flow from Investing Activities** | | | | | | | | | | | | | |
| Purchase of Investments | ($41,272) | ($7,177) | ($9,472) | ($15,306) | $0 | $0 | $0 | $0 | ($142,428) | ($159,486) | ($73,227) | $0 | $0 |
| Proceeds from Investments | 30,849 | 39,977 | 17,388 | 15,858 | - | 15,000 | 10,000 | 5,000 | 111,794 | 126,339 | 104,072 | 30,000 | 30,000 |
| Purchase of PPE | (2,810) | (4,195) | (3,267) | (3,041) | (3,500) | (3,500) | (3,500) | (3,500) | (12,734) | (12,451) | (13,313) | (14,000) | (14,000) |
| Payment of Acquisition Intangibles | (154) | (151) | (126) | (290) | - | - | - | - | (814) | (344) | (721) | - | - |
| Other | (203) | 256 | (576) | (222) | (1,510) | (1,450) | (1,519) | (1,536) | (1,795) | (504) | (745) | (6,015) | (6,524) |
| **Net CF from Investing** | ($13,590) | $28,710 | $3,947 | ($3,001) | ($5,010) | $10,050 | $4,981 | ($36) | ($45,977) | ($46,446) | $16,066 | $9,985 | $9,476 |
| **Cash Flow from Financing Activities** | | | | | | | | | | | | | |
| Payment of Long-term Debt | $6,971 | ($501) | ($6,011) | ($27) | $0 | $0 | $0 | $0 | $22,057 | $29,014 | $432 | $0 | $0 |
| Common Stock Issues | - | 327 | 1 | 341 | 425 | 674 | 440 | 353 | 902 | 555 | 669 | 1,892 | 2,091 |
| Tax Benefit, Stock Option Exercise | (1,038) | (152) | (1,077) | (260) | 425 | 674 | 440 | 353 | (1,570) | (1,247) | (2,527) | 1,892 | 2,091 |
| Dividends and equivalent | (3,339) | (3,190) | (3,653) | (3,530) | (3,470) | (3,396) | (3,822) | (3,738) | (12,150) | (12,769) | (13,712) | (14,426) | (15,144) |
| Stock Repurchase/Other | (10,095) | (22,756) | (20,783) | (19,104) | (20,000) | (20,000) | (20,000) | (20,000) | (29,722) | (32,900) | (72,738) | (80,000) | (80,000) |
| **Net Cash Flow from Financing A** | ($7,501) | ($26,272) | ($31,523) | ($22,580) | ($22,620) | ($22,048) | ($22,943) | ($23,031) | ($20,483) | ($17,347) | ($87,876) | ($90,642) | ($90,962) |
| Net Change in Cash Equivalents | $7,202 | $17,568 | ($13,088) | ($6,058) | ($3,399) | ($3,933) | $4,846 | $565 | ($636) | ($195) | $5,624 | ($1,922) | $4,778 |
| Cash & Equivalents at Start of Peri | 20,289 | 27,491 | 45,059 | 31,971 | 25,913 | 22,514 | 18,580 | 23,426 | 21,120 | 20,484 | 20,289 | 25,913 | 23,991 |
| Cash & Equivalents at End of Peric | 27,491 | 45,059 | 31,971 | 25,913 | 22,514 | 18,580 | 23,426 | 23,991 | 20,484 | 20,289 | 25,913 | 23,991 | 28,769 |
| **Free Cash Flow** | $25,483 | $10,935 | $11,221 | $16,482 | $20,730 | $4,565 | $19,307 | $20,132 | $53,090 | $51,147 | $64,121 | $64,734 | $72,263 |
| Change in Cash and Near Equiva | $16,225 | ($25,909) | ($23,483) | ($6,643) | ($3,399) | ($18,933) | ($5,154) | ($4,435) | $31,530 | $30,705 | ($39,810) | ($31,922) | ($25,222) |
| Cash and Near Equivalent at Start | 276,910 | 293,135 | 267,226 | 243,743 | 237,100 | 233,701 | 214,767 | 209,613 | 214,675 | 246,205 | 276,910 | 237,100 | 205,178 |
| **Cash and Near Equivalent at Enc** | $293,135 | $267,226 | $243,743 | $237,100 | $233,701 | $214,767 | $209,613 | $205,178 | $246,205 | $276,910 | $237,100 | $205,178 | $179,956 |

Source: Company Data, Oppenheimer & Co. Inc.

**OPPENHEIMER**

8

Confidential                                                                                                                                                                                            APL-SECLIT_00002117

# Disclosure Appendix

**Oppenheimer & Co. Inc. does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**

*Analyst Certification -* The author certifies that this research report accurately states his/her personal views about the subject securities, which are reflected in the ratings as well as in the substance of this report. The author certifies that no part of his/her compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this research report.

**Potential Conflicts of Interest:**

Equity research analysts employed by Oppenheimer & Co. Inc. are compensated from revenues generated by the firm including the Oppenheimer & Co. Inc. Investment Banking Department. Research analysts do not receive compensation based upon revenues from specific investment banking transactions. Oppenheimer & Co. Inc. generally prohibits any research analyst and any member of his or her household from executing trades in the securities of a company that such research analyst covers. Additionally, Oppenheimer & Co. Inc. generally prohibits any research analyst from serving as an officer, director or advisory board member of a company that such analyst covers. In addition to 1% ownership positions in covered companies that are required to be specifically disclosed in this report, Oppenheimer & Co. Inc. may have a long position of less than 1% or a short position or deal as principal in the securities discussed herein, related securities or in options, futures or other derivative instruments based thereon. Recipients of this report are advised that any or all of the foregoing arrangements, as well as more specific disclosures set forth below, may at times give rise to potential conflicts of interest.



All price targets displayed in the chart above are for a 12- to- 18-month period. Prior to March 30, 2004, Oppenheimer & Co. Inc. used 6-, 12-, 12- to 18-, and 12- to 24-month price targets and ranges. For more information about target price histories, please write to Oppenheimer & Co. Inc., 85 Broad Street, New York, NY 10004, Attention: Equity Research Department, Business Manager.

**Oppenheimer & Co. Inc. Rating System as of January 14th, 2008:**

**Outperform(O) -** Stock expected to outperform the S&P 500 within the next 12-18 months.

**Perform (P) -** Stock expected to perform in line with the S&P 500 within the next 12-18 months.



9

**Underperform (U) -** Stock expected to underperform the S&P 500 within the next 12-18 months.

**Not Rated (NR) -** Oppenheimer & Co. Inc. does not maintain coverage of the stock or is restricted from doing so due to a potential conflict of interest.

**Oppenheimer & Co. Inc. Rating System prior to January 14th, 2008:**

**Buy -** anticipates appreciation of 10% or more within the next 12 months, and/or a total return of 10% including dividend payments, and/or the ability of the shares to perform better than the leading stock market averages or stocks within its particular industry sector.

**Neutral -** anticipates that the shares will trade at or near their current price and generally in line with the leading market averages due to a perceived absence of strong dynamics that would cause volatility either to the upside or downside, and/or will perform less well than higher rated companies within its peer group. Our readers should be aware that when a rating change occurs to Neutral from Buy, aggressive trading accounts might decide to liquidate their positions to employ the funds elsewhere.

**Sell -** anticipates that the shares will depreciate 10% or more in price within the next 12 months, due to fundamental weakness perceived in the company or for valuation reasons, or are expected to perform significantly worse than equities within the peer group.

### Distribution of Ratings/IB Services Firmwide

| Rating | Count | Percent | IB Serv/Past 12 Mos. Count | IB Serv/Past 12 Mos. Percent |
|---|---|---|---|---|
| OUTPERFORM [O] | 374 | 66.31 | 171 | 45.72 |
| PERFORM [P] | 188 | 33.33 | 66 | 35.11 |
| UNDERPERFORM [U] | 2 | 0.35 | 1 | 50.00 |

Although the investment recommendations within the three-tiered, relative stock rating system utilized by Oppenheimer & Co. Inc. do not correlate to buy, hold and sell recommendations, for the purposes of complying with FINRA rules, Oppenheimer & Co. Inc. has assigned buy ratings to securities rated Outperform, hold ratings to securities rated Perform, and sell ratings to securities rated Underperform.

Note: Stocks trading under $5 can be considered speculative and appropriate for risk tolerant investors.

## Company Specific Disclosures

Oppenheimer & Co. Inc. makes a market in the securities of AAPL.

**Additional Information Available**

Please log on to http://www.opco.com or write to Oppenheimer & Co. Inc., 85 Broad Street, New York, NY 10004, Attention: Equity Research Department, Business Manager.

## Other Disclosures

This report is issued and approved for distribution by Oppenheimer & Co. Inc. Oppenheimer & Co. Inc. transacts business on all principal exchanges and is a member of SIPC. This report is provided, for informational purposes only, to institutional and retail investor clients of Oppenheimer & Co. Inc. and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such offer or solicitation would be prohibited. The securities mentioned in this report may not be suitable for all types of investors. This report does not take into account the investment objectives, financial situation or specific needs of any particular client of Oppenheimer & Co. Inc. Recipients should consider this report as only a single factor in making an investment decision and should not rely solely on investment recommendations contained herein, if any, as a substitution for the exercise of independent judgment of the merits and risks of investments. The analyst writing the report is not a person or company with actual, implied or apparent authority to act on behalf of any issuer mentioned in the report. Before making an investment decision with respect to any security recommended in this report, the recipient should consider whether such recommendation is appropriate given the recipient's particular investment needs, objectives and financial circumstances. We recommend that investors independently evaluate particular investments and strategies, and encourage investors to seek the advice of a financial advisor. Oppenheimer & Co. Inc. will not treat non-client recipients as its clients solely by virtue of their receiving this report. Past performance is not a guarantee of future results, and no representation or warranty, express or implied, is made regarding future performance of any security mentioned in this report. The price of the securities mentioned in this report and

the income they produce may fluctuate and/or be adversely affected by exchange rates, and investors may realize losses on investments in such securities, including the loss of investment principal. Oppenheimer & Co. Inc. accepts no liability for any loss arising from the use of information contained in this report, except to the extent that liability may arise under specific statutes or regulations applicable to Oppenheimer & Co. Inc. All information, opinions and statistical data contained in this report were obtained or derived from public sources believed to be reliable, but Oppenheimer & Co. Inc. does not represent that any such information, opinion or statistical data is accurate or complete (with the exception of information contained in the Important Disclosures section of this report provided by Oppenheimer & Co. Inc. or individual research analysts), and they should not be relied upon as such. All estimates, opinions and recommendations expressed herein constitute judgments as of the date of this report and are subject to change without notice. Nothing in this report constitutes legal, accounting or tax advice. Since the levels and bases of taxation can change, any reference in this report to the impact of taxation should not be construed as offering tax advice on the tax consequences of investments. As with any investment having potential tax implications, clients should consult with their own independent tax adviser. This report may provide addresses of, or contain hyperlinks to, Internet web sites. Oppenheimer & Co. Inc. has not reviewed the linked Internet web site of any third party and takes no responsibility for the contents thereof. Each such address or hyperlink is provided solely for the recipient's convenience and information, and the content of linked third party web sites is not in any way incorporated into this document. Recipients who choose to access such third-party web sites or follow such hyperlinks do so at their own risk.

This research is distributed in the UK and elsewhere throughout Europe, as third party research by Oppenheimer Europe Ltd, which is authorized and regulated by the Financial Conduct Authority (FCA). This research is for information purposes only and is not to be construed as a solicitation or an offer to purchase or sell investments or related financial instruments. This research is for distribution only to persons who are eligible counterparties or professional clients. It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons. In particular, this material is not for distribution to, and should not be relied upon by, retail clients, as defined under the rules of the FCA. Neither the FCA's protection rules nor compensation scheme may be applied. https://opco2.bluematrix.com/sellside/MAR.action

**Distribution in Hong Kong:** This report is prepared for professional investors and is being distributed in Hong Kong by Oppenheimer Investments Asia Limited (OIAL) to persons whose business involves the acquisition, disposal or holding of securities, whether as principal or agent. OIAL, an affiliate of Oppenheimer & Co. Inc., is regulated by the Securities and Futures Commission for the conduct of dealing in securities and advising on securities. For professional investors in Hong Kong, please contact researchasia@opco.com for all matters and queries relating to this report. This report or any portion hereof may not be reprinted, sold, or redistributed without the written consent of Oppenheimer & Co. Inc.

This report or any portion hereof may not be reprinted, sold, or redistributed without the written consent of Oppenheimer & Co. Inc. Copyright © Oppenheimer & Co. Inc. 2018.



11

Confidential                                                                                        APL-SECLIT_00002120