# EXHIBIT 75

# PiperJaffray®

COMPANY NOTE
November 2, 2018

## Apple, Inc. (AAPL)                                         Overweight

### Solid Sept Qtr, But Outlook & Less Disclosure Disappoint; Maintain OW & $250 PT

### CONCLUSION

Apple reported Sept. quarter revenue and EPS ahead of the Street (2% and 5%, respectively). iPhone unit sales were just shy of consensus, at 46.9M units vs. consensus at 47.5M, however, iPhone ASP was $793, compared to the Street at $751. Services revenue was $9.98B (Street at $10.2B) and gross margin was 38.3% (in-line with consensus at 38.3%). Revenue guidance for the Dec. quarter is 2% below consensus at the mid-point, with the gross margin outlook at 38.25% (Street at 38.5%). With slightly weaker guidance for the Dec. quarter and the company's indication that it will provide less product level disclosure (no units or ASP), some investors will assume iPhone units are trending poorly. With increasing disclosure coming for services (gross margin), we believe Apple is simply trying to change the focus towards the overall installed base and services revenue per user. Maintain OW, PT remains $250.

- **Sept. Qtr Revenue Upside on iPhone ASP, Despite Slight Unit Miss.** Apple reported EPS of $2.91 on revenue of $62.9B vs. Street expectations for $2.78 on $61.5B. Overall iPhone units were slightly below consensus (46.9M units vs. Street at 47.5M). Overall iPhone revenue of $37.2B was, however, ahead of Street at $35.6 due to a higher than expected ASP ($793 vs Street at $751). iPad units were also below at 9.7M units vs. consensus of 10.5M. Revenue guidance for the Dec. quarter is below consensus even though the company appears to be optimistic around launches of new iPad Pros, Mac minis and MacBook Air, as well as the wider array of "X-gen" iPhones. Specifically, the Dec. quarter outlook includes gross margin of 38-38.5% on revenue of $89-$93B vs. Street at 38.5% on $92.9B . It's worth noting that currency is having a negative impact on the outlook, with the company pointing to a $2B FX headwind for the Dec. quarter. Also, emerging markets are not performing as well as anticipated in the current environment.

- **Services Growth Essentially Unchanged vs. Last Qtr.** Apple reported services revenue growth of 17% y/y compared to the Street at 20% (organic services revenue growth was 27%, which compares to 28% in the Jun. quarter). Revenue was largely driven by strong growth in paid subscriptions (which is a significant and growing part of services revenue and there are now 330M paid subscriptions under Apple's services umbrella) growth, including Apple Music, iCloud, Apple Care, etc. (details on pg 2).

- **Buyback and Return of Cash to SHs.** As part of its effort to bring the company's net cash balance to zero in the coming years (from $123B net cash at end of Sept-18), the company continues to buyback a significant amount of outstanding shares. In the Sept. quarter, Apple repurchased $19.4B (92.5M) of AAPL shares. With the annual FCF the company is generating, the company would have to buyback significantly more shares than what is currently built into our model, suggesting our EPS estimates for '19 & '20 are likely overly conservative, all else equal.

### RISKS TO ACHIEVEMENT OF PT & RECOMMENDATION
Trends in end-markets; component pricing; competitive pressures.

### COMPANY DESCRIPTION
Apple is the leader in the mobile device and digital content distribution markets.

**PRICE: US$222.22**
**TARGET: US$250.00**
~18x CY19E EPS of $13.87

**Michael J. Olson**
Sr Research Analyst, Piper Jaffray & Co.
612 303-6419, michael.j.olson@pjc.com

**Yung Kim**
Research Analyst, Piper Jaffray & Co.
212 284-9312, yung.r.kim@pjc.com

| Changes | Previous | Current |
|---|---|---|
| Rating | — | Overweight |
| Price Tgt | — | US$250.00 |
| FY19E Rev (mil) | US$281,160 | US$279,410 |
| FY20E Rev (mil) | US$290,135 | US$290,144 |
| FY19E EPS | US$13.57 | US$13.45 |
| FY20E EPS | US$14.65 | US$14.77 |

| | |
|---|---|
| 52-Week High / Low | US$233.47 / US$150.24 |
| Shares Out (mil) | 4,848.0 |
| Market Cap. (mil) | US$1,077,322.6 |
| Avg Daily Vol (000) | 33,461 |
| Book Value/Share | US$22.00 |
| Net Cash Per Share | US$25.29 |
| Debt to Total Capital | 46.7% |
| Div (ann) | US$2.92 |
| Yield | 1.31% |
| Fiscal Year End | Sep |

**Price Performance - 1 Year**



*Source: Bloomberg*

| YEAR | REVENUE (US$ m) | | | | | | | | EARNINGS PER SHARE (US$) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Dec | Mar | Jun | Sep | FY | CY | FY RM | CY RM | Dec | Mar | Jun | Sep | FY | CY | FY P/E | CY P/E |
| **2018A** | 88,293.0A | 61,137.0A | 53,265.0A | 62,900.0A | 265,595A | 269,403E | 4.1x | 4.0x | 3.89A | 2.73A | 2.34A | 2.91A | 11.91A | 12.66E | 18.7x | 17.6x |
| **2019E** | 92,101.0 | 65,861.0 | 57,400.0 | 64,047.0 | 279,410 | 282,450 | 3.9x | 3.8x | 4.69 | 3.13 | 2.54 | 3.06 | 13.45 | 13.87 | 16.5x | 16.0x |
| **2020E** | 95,142.0 | 68,694.0 | 60,176.0 | 66,132.0 | 290,144 | — | 3.7x | NA | 5.14 | 3.45 | 2.81 | 3.34 | 14.77 | — | 15.0x | |

Piper Jaffray does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decisions. This report should be read in conjunction with important disclosure information, including an attestation under Regulation Analyst certification, found on pages 8 - 9 of this report or at the following site: http://www.piperjaffray.com/researchdisclosures.

Confidential                                                        APL-SECLIT_00001954

# PiperJaffray

COMPANY NOTE
November 2, 2018

**Details on Sept Qtr Results & Dec Qtr Outlook**

| Apple Key Metrics | PJC Ests | Street Ests | Actuals* | Actuals vs. Street |
|---|---|---|---|---|
| **Sep-18** | | | | |
| iPhone Units | 49.0 | 47.5 | 46.9 | -1% |
| Services Revenue | $10,031 | $10,200 | $9,981 | -2% |
| Total Revenue | $61,047 | $61,500 | $62,900 | 2% |
| Gross Margin | 38.3% | 38.3% | 38.3% | -- |
| EPS | $2.72 | $2.78 | $2.91 | 5% |
| **Dec-18E** | | | | |
| Total Revenue | $92,101 | $92,900 | $91,000 | -2% |
| Gross Margin | 38.3% | 38.5% | 38.3% | -- |
| EPS | $4.69 | $4.92 | NA | NA |

\* Guidance "Actuals" are company guidance
Source: Piper Jaffray, FactSet Research

**Details on FY19E iPhone Mix & ASP**

The table below provides our estimated FY19 iPhone mix. While Apple has never provided any information on iPhone mix, our model includes the following assumptions:

- 39% of iPhones sold this year (or 57% of new iPhone models - iPhone Xr, Xs & X Max) will be the iPhone Xs & Xs Max.

- 30% of iPhones sold this year will be the iPhone Xr.

- We assume that 20-25% of all models are the higher capacity (higher ASP) versions, while 75-80% are mid-to-lower capacity. For example, 20% iPhone Xs 512GB vs. 80% iPhone Xs 64GB or 256GB.

- We've assumed that the split between "Plus" or "Max" versions and the traditional versions is 50/50.

- Apple has historically indicated that ~90% of iPhone sales are indirect, so we factor this into our "net blended ASP," along with the assumption of a 15% retail margin.

Expansion of "X" Gen Models - FY19 iPhone ASP

| Model* | % of total | Retail Blended ASP | Net Blended ASP** |
|---|---|---|---|
| iPhone Xs and Xs Max | 39% | $1,164 | $1,007 |
| iPhone Xr | 30% | $794 | $687 |
| iPhone 8 and 8 Plus | 21% | $687 | $594 |
| iPhone 7 and 7 Plus | 10% | $534 | $462 |
| Overall ASP = | | | $770 |

Source: Piper Jaffray and company data
*Where applicable, assumes either 20% or 25% highest capacity; split between 'Plus or Max' and traditional is 50/50
**Assumes 10% iPhones sold through Apple retail or Apple.com (with a 15% avg retail margin)

Longer-term, our iPhone ASP assumption for FY20E is unchanged at $770, so our model assumes no increase in iPhone ASP from FY19E to FY20E, which could prove conservative.

Confidential                                          APL-SECLIT_00001955

PiperJaffray.

| | |
|---|---|
| **"Organic" Services Revenue Growth Remains Strong** | Services accounted for 16% of Apple revenue in the Sep-18 quarter, growing 17% y/y, from 31% in the June qtr (27% in Sep. quarter and 28% in Jun. quarter ex-one-time items), slightly lower than expected (Street was modeling 20% y/y). The company reiterated its goal to double services revenue from FY16 to FY20, which would result in revenue of nearly $50B for the segment by FY20; this is essentially in-line with our current estimate ($49.8B). Services revenue has the obvious appeal of being relatively more recurring in nature and having a higher margin (>60% gross margin vs. company avg of 38%-39%). The primary drivers of services revenue include growth of subscriptions (Apple Music, Apple Care, iCloud, etc.) and Apple Pay. |
| **Maintain AAPL Price Target of $250** | We are maintaining our AAPL price target of $250. Our price target multiple remains unchanged at 18x CY19E EPS, but is now based on EPS of $13.87 (previously $13.90). We remain confident in this price target multiple due to solid iPhone revenue, along with optimism related to a ongoing growth of the, higher margin, services business. |
| **Summary of AAPL Ests Through FY20E** | The table below provides a summary of key metrics for AAPL through FY20E. |

AAPL Summary Model

| Key Metric (000) | FY15 | FY16 | FY17 | FY18 | FY19E | FY20E |
|---|---|---|---|---|---|---|
| iPhone Units (000) | 231,218 | 211,884 | 216,756 | 217,722 | 221,772 | 222,681 |
| iPad Units (000) | 54,856 | 45,590 | 43,753 | 43,535 | 43,176 | 43,146 |
| Mac Units (000) | 20,587 | 18,484 | 19,251 | 18,209 | 18,253 | 18,253 |
| Services Revenue $(M) | $19,909 | $24,348 | $29,980 | $37,190 | $43,034 | $49,747 |
| Revenue ($M) | $233,715 | $215,639 | $229,234 | $265,595 | $279,410 | $290,144 |
| % Rev Growth | 28% | -8% | 6% | 16% | 5% | 4% |
| Operating Margin | 30.5% | 27.8% | 26.8% | 26.7% | 26.5% | 26.5% |
| EPS | $9.22 | $8.31 | $9.21 | $11.91 | $13.45 | $14.77 |
| % EPS Growth | 43% | -10% | 11% | 29% | 13% | 10% |

Source: Company Data and Piper Jaffray

---

Confidential                                                                                          APL-SECLIT_00001956

# Apple, Inc.

Income Statement
Last Updated 11/01/2018

**PiperJaffray** — REALIZE THE POWER OF PARTNERSHIP.

Yung Kim, Analyst
Yung.R.Kim@pjc.com
(212) 284-9312

Mike Olson, Sr. Research Analyst
Michael.J.Olson@pjc.com
(612) 303-6419

| Income Statement ($ in millions except EPS) | FY15 | FY16 | FY17 | 2018 Dec-17 | 2018 Mar-18 | 2018 Jun-18 | 2018 Sep-18 | FY18 | 2019E Dec-18E | 2019E Mar-19E | 2019E Jun-19E | 2019E Sep-19E | FY19E | 2020E Dec-19E | 2020E Mar-20E | 2020E Jun-20E | 2020E Sep-20E | FY20E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Sales | $233,715 | $215,639 | $229,234 | $88,293 | $61,137 | $53,265 | $62,900 | $265,595 | $92,101 | $65,861 | $57,400 | $64,047 | $279,410 | $95,142 | $68,694 | $60,176 | $66,132 | $290,144 |
| Cost of Sales | 140,089 | 131,376 | 141,049 | 54,381 | 37,715 | 32,844 | 38,816 | 163,756 | 56,826 | 40,571 | 35,358 | 39,498 | 172,253 | 58,702 | 42,315 | 37,069 | 40,784 | 178,870 |
| Gross Profit | 93,626 | 84,263 | 88,186 | 33,912 | 23,422 | 20,421 | 24,084 | 101,839 | 35,275 | 25,291 | 22,042 | 24,549 | 107,156 | 36,439 | 26,378 | 23,108 | 25,348 | 111,274 |
| R&D | 8,067 | 10,045 | 11,581 | 3,407 | 3,378 | 3,701 | 3,750 | 14,236 | 4,117 | 3,557 | 3,903 | 3,818 | 15,395 | 4,253 | 3,709 | 4,092 | 3,943 | 15,997 |
| SG&A | 14,329 | 14,194 | 15,261 | 4,231 | 4,150 | 4,108 | 4,216 | 16,705 | 4,605 | 4,413 | 4,362 | 4,293 | 17,673 | 4,757 | 4,602 | 4,573 | 4,433 | 18,366 |
| Total Op Expense | 22,396 | 24,239 | 26,842 | 7,638 | 7,528 | 7,809 | 7,966 | 30,941 | 8,722 | 7,969 | 8,266 | 8,111 | 33,068 | 9,010 | 8,312 | 8,665 | 8,375 | 34,363 |
| Operating Income | $71,230 | $60,024 | $61,344 | $26,274 | $15,894 | $12,612 | $16,118 | $70,898 | $26,553 | $17,322 | $13,776 | $16,438 | $74,088 | $27,429 | $18,067 | $14,442 | $16,973 | $76,911 |
| Int & Other Expense | 1,285 | 1,348 | 2,745 | 756 | 274 | 672 | 303 | 2,005 | 300 | 300 | 300 | 300 | 1,200 | 300 | 300 | 300 | 300 | 1,200 |
| Pre-Tax Income | 72,515 | 61,372 | 64,089 | 27,030 | 16,168 | 13,284 | 16,421 | 72,903 | 26,853 | 17,622 | 14,076 | 16,738 | 75,288 | 27,729 | 18,367 | 14,742 | 17,273 | 78,111 |
| Income Taxes | 19,121 | 15,685 | 15,738 | 6,965 | 2,346 | 1,765 | 2,296 | 13,372 | 4,431 | 2,819 | 2,252 | 2,678 | 12,180 | 4,437 | 2,939 | 2,359 | 2,764 | 12,498 |
| Net Income | $53,394 | $45,687 | $48,351 | $20,065 | $13,822 | $11,519 | $14,125 | $59,531 | $22,422 | $14,802 | $11,824 | $14,060 | $63,108 | $23,293 | $15,428 | $12,384 | $14,509 | $65,613 |
| GAAP EPS | $9.22 | $8.31 | $9.21 | $3.89 | $2.73 | $2.34 | $2.91 | $11.91 | $4.69 | $3.13 | $2.54 | $3.06 | $13.45 | $5.14 | $3.45 | $2.81 | $3.34 | $14.77 |
| Diluted Shares | 5,793 | 5,500 | 5,252 | 5,158 | 5,068 | 4,927 | 4,848 | 5,000 | 4,785 | 4,723 | 4,660 | 4,598 | 4,691 | 4,535 | 4,473 | 4,410 | 4,348 | 4,441 |
| **% of Sales:** | | | | | | | | | | | | | | | | | | |
| Gross Margin | 40.1% | 39.1% | 38.5% | 38.4% | 38.3% | 38.3% | 38.3% | 38.3% | 38.3% | 38.4% | 38.4% | 38.3% | 38.4% | 38.3% | 38.4% | 38.4% | 38.3% | 38.4% |
| R&D | 3.5% | 4.7% | 5.1% | 3.9% | 5.5% | 6.9% | 6.0% | 5.4% | 4.5% | 5.4% | 6.8% | 6.0% | 5.5% | 4.5% | 5.4% | 6.8% | 6.0% | 5.5% |
| SG&A | 6.1% | 6.6% | 6.7% | 4.8% | 6.8% | 7.7% | 6.7% | 6.3% | 5.0% | 6.7% | 7.6% | 6.7% | 6.3% | 5.0% | 6.7% | 7.6% | 6.7% | 6.3% |
| Operating Margin | 30.5% | 27.8% | 26.8% | 29.8% | 26.0% | 23.7% | 25.6% | 26.7% | 28.8% | 26.3% | 24.0% | 25.7% | 26.5% | 28.8% | 26.3% | 24.0% | 25.7% | 26.5% |
| Tax Rate | 26.4% | 25.6% | 24.6% | 25.8% | 14.5% | 13.3% | 14.0% | 18.3% | 16.5% | 16.0% | 16.0% | 16.0% | 16.2% | 16.0% | 16.0% | 16.0% | 16.0% | 16.0% |
| **Yr/Yr growth:** | | | | | | | | | | | | | | | | | | |
| Net Sales | 27.9% | -7.7% | 6.3% | 12.7% | 15.6% | 17.3% | 19.6% | 15.9% | 4.3% | 7.7% | 7.8% | 1.8% | 5.2% | 3.3% | 4.3% | 4.8% | 3.3% | 3.8% |
| Operating Income | 35.6% | -15.4% | 4.4% | 11.8% | 10.1% | 17.5% | 18.0% | 13.8% | -0.7% | 9.0% | 6.0% | 1.9% | 3.3% | 3.3% | 4.2% | 4.7% | 3.2% | 3.7% |
| Net income | 35.1% | -14.4% | 5.8% | 12.2% | 25.3% | 32.1% | 31.8% | 23.1% | 11.7% | 7.1% | 2.6% | -0.5% | 6.0% | 3.9% | 4.2% | 4.7% | 3.2% | 4.0% |
| GAAP EPS | 42.8% | -9.9% | 10.8% | 15.9% | 30.1% | 40.4% | 41.0% | 29.3% | 20.5% | 14.9% | 8.5% | 5.0% | 13.0% | 9.6% | 10.1% | 10.7% | 9.1% | 9.8% |

Current disclosure information for this company is located at: http://www.piperjaffray.com/researchdisclosures
Source: Piper Jaffray estimates and Company Filings

Confidential    APL-SECLIT_00001957

**Apple, Inc.**

11/1/18

Balance Sheet
$ In Millions

| | FY15 | FY16 | FY17 | Dec-17 | Mar-18 | Jun-18 | Sep-18 | FY18 | Dec-18E | Mar-19E | Jun-19E | Sep-19E | FY19E | Dec-19E | Mar-20E | Jun-20E | Sep-20E | FY20E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 2018 | | | | | 2019E | | | | | 2020E | | | |
| **Current Assets:** | | | | | | | | | | | | | | | | | | |
| Cash & Equivalents | 21,120 | 20,484 | 20,289 | 27,491 | 45,059 | 31,971 | 25,913 | 25,913 | 32,885 | 47,608 | 51,201 | 66,176 | 66,176 | 80,838 | 86,115 | 88,530 | 102,806 | 102,806 |
| Short-Term marketable securities | 20,481 | 46,671 | 53,892 | 49,662 | 42,881 | 38,999 | 40,388 | 40,388 | 40,388 | 40,388 | 40,388 | 40,388 | 40,388 | 40,388 | 40,388 | 40,388 | 40,388 | 40,388 |
| Accounts Receivable | 16,849 | 15,754 | 17,874 | 23,440 | 14,324 | 14,104 | 23,186 | 23,186 | 23,107 | 14,498 | 14,362 | 22,584 | 22,584 | 23,869 | 15,121 | 15,056 | 23,319 | 23,319 |
| Inventories | 2,349 | 2,132 | 4,855 | 4,421 | 7,662 | 5,936 | 3,956 | 3,956 | 4,620 | 8,242 | 6,390 | 4,026 | 4,026 | 4,772 | 8,597 | 6,700 | 4,157 | 4,157 |
| Vendor Non-Trade Receivables | 13,494 | 13,545 | 17,799 | 27,459 | 8,084 | 12,263 | 25,809 | 25,809 | 26,067 | 26,328 | 26,591 | 26,857 | 26,857 | 27,126 | 27,397 | 27,671 | 27,947 | 27,947 |
| Other current assets | 15,085 | 8,283 | 13,936 | 11,337 | 12,043 | 12,488 | 12,087 | 12,087 | 12,208 | 12,330 | 12,453 | 12,578 | 12,578 | 12,704 | 12,831 | 12,959 | 13,088 | 13,088 |
| **Total Current Assets** | 89,378 | 106,869 | 128,645 | 143,810 | 130,053 | 115,761 | 131,339 | 131,339 | 139,274 | 149,393 | 151,385 | 172,608 | 172,608 | 189,697 | 190,448 | 191,304 | 211,705 | 211,705 |
| Long-Term Marketable Securities | 164,065 | 170,430 | 194,714 | 207,944 | 179,286 | 172,773 | 170,799 | 170,799 | 162,259 | 154,146 | 146,439 | 139,117 | 139,117 | 132,161 | 125,553 | 119,275 | 113,312 | 113,312 |
| PP&E, net | 22,471 | 27,010 | 33,783 | 33,679 | 35,077 | 38,117 | 41,304 | 41,304 | 44,304 | 47,304 | 50,304 | 53,304 | 53,304 | 56,304 | 59,304 | 62,304 | 65,304 | 65,304 |
| Goodwill | 5,116 | 5,414 | 5,717 | 5,889 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Acquired Intangible Assets | 3,893 | 3,206 | 2,298 | 2,149 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Non-Current Assets | 5,422 | 8,757 | 10,162 | 13,323 | 23,086 | 22,546 | 22,283 | 22,283 | 22,283 | 22,283 | 22,283 | 22,283 | 22,283 | 22,283 | 22,283 | 22,283 | 22,283 | 22,283 |
| **Total Assets** | 290,345 | 321,686 | 375,319 | 406,794 | 367,502 | 349,197 | 365,725 | 365,725 | 368,120 | 373,127 | 370,411 | 387,312 | 387,312 | 400,445 | 397,588 | 395,166 | 412,604 | 412,604 |
| **Current Liabilities** | | | | | | | | | | | | | | | | | | |
| Accounts Payable | 35,490 | 37,294 | 49,049 | 62,985 | 34,311 | 38,489 | 55,888 | 55,888 | 46,051 | 46,103 | 45,920 | 57,643 | 57,643 | 57,085 | 48,086 | 48,141 | 59,519 | 59,519 |
| Accrued Expenses | 25,181 | 22,027 | 25,744 | 26,281 | 26,756 | 25,184 | 32,687 | 32,687 | 33,014 | 33,344 | 33,677 | 34,014 | 34,014 | 34,354 | 34,698 | 35,045 | 35,395 | 35,395 |
| Deferred Revenue | 8,940 | 8,080 | 7,548 | 8,044 | 7,775 | 7,403 | 7,543 | 7,543 | 7,920 | 8,316 | 8,732 | 9,169 | 9,169 | 9,627 | 10,108 | 10,614 | 11,144 | 11,144 |
| Commercial Paper | 8,499 | 8,105 | 11,977 | 11,980 | 11,980 | 11,974 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 | 11,964 |
| Current Portion LT debt | 2,500 | 3,500 | 6,496 | 6,498 | 8,498 | 5,498 | 8,784 | 8,784 | 8,784 | 8,784 | 8,784 | 8,784 | 8,784 | 8,784 | 8,784 | 8,784 | 8,784 | 8,784 |
| **Total Current Liabilities** | 80,610 | 79,006 | 100,814 | 115,788 | 89,320 | 88,548 | 116,866 | 116,866 | 107,733 | 108,511 | 109,077 | 121,574 | 121,574 | 121,814 | 113,640 | 114,548 | 126,807 | 126,807 |
| Deferred Revenue, non-current | 3,624 | 2,930 | 2,836 | 3,131 | 3,087 | 2,878 | 2,797 | 2,797 | 2,797 | 2,797 | 2,797 | 2,797 | 2,797 | 2,797 | 2,797 | 2,797 | 2,797 | 2,797 |
| Long-Term Debt | 53,329 | 75,427 | 97,207 | 103,922 | 101,362 | 97,128 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 | 93,735 |
| Other non-current liabilities | 33,427 | 36,074 | 40,415 | 43,754 | 46,855 | 45,694 | 45,180 | 45,180 | 45,180 | 45,180 | 45,180 | 45,180 | 45,180 | 45,180 | 45,180 | 45,180 | 45,180 | 45,180 |
| **Total Liabilities** | 170,990 | 193,437 | 241,272 | 266,595 | 240,624 | 234,248 | 258,578 | 258,578 | 249,445 | 250,223 | 250,789 | 263,286 | 263,286 | 263,526 | 255,352 | 256,260 | 268,519 | 268,519 |
| **Total Liab & SH Equity** | 290,345 | 321,686 | 375,319 | 406,794 | 367,502 | 349,197 | 365,725 | 365,725 | 368,120 | 373,127 | 370,411 | 387,312 | 387,312 | 400,445 | 397,588 | 395,166 | 412,604 | 412,604 |
| **Key Ratios:** | | | | | | | | | | | | | | | | | | |
| DSO | | | | 23 | 20 | 23 | 32 | | 23 | 20 | 23 | 32 | | 23 | 20 | 23 | 32 | |
| Inventory Turns | | | | 49.2 | 19.7 | 22.1 | 39.2 | | 49.2 | 19.7 | 22.1 | 39.2 | | 49.2 | 19.7 | 22.1 | 39.2 | |
| AP/Sales | | | | 0.3 | 0.4 | 0.5 | 0.5 | | 0.5 | 0.7 | 0.8 | 0.9 | | 0.6 | 0.7 | 0.8 | 0.9 | |
| Book Val/Shr | | | | 27 | 25 | 23 | 22 | | 25 | 26 | 26 | 27 | | 30 | 32 | 31 | 33 | |
| Cash/Shr | | | | 31.54 | 28.68 | 26.21 | 25.29 | | 25.30 | 27.03 | 26.51 | 28.54 | | 30.63 | 30.76 | 30.32 | 32.67 | |
| LTD/Cap | | | | 42.6 | 44.4 | 45.8 | 46.7 | | 44.1 | 43.3 | 43.9 | 43.0 | | 40.6 | 39.7 | 40.3 | 39.4 | |

Source: Piper Jaffray estimates and Company Filings

Confidential   APL-SECLIT_00001958

**Apple, Inc.**

11/1/18

## Cash Flow

| $ In Millions | FY15 | FY16 | FY17 | 2018 Dec-17 | Mar-18 | Jun-18 | Sep-18 | FY18 | 2019E Dec-18E | Mar-19E | Jun-19E | Sep-19E | FY19E | 2020E Dec-19E | Mar-20E | Jun-20E | Sep-20E | FY20E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CF FROM OPERATING ACTIVITIES:** | | | | | | | | | | | | | | | | | | |
| Net income | 53,394.0 | 45,687.0 | 48,350.5 | 20,065.0 | 13,822.0 | 11,519.0 | 14,125.0 | 59,531.0 | 22,422.1 | 14,802.1 | 11,823.8 | 14,060.0 | 63,107.9 | 23,292.6 | 15,427.9 | 12,383.5 | 14,509.4 | 65,613.4 |
| Adjustments to net income: | | | | | | | | | | | | | | | | | | |
| Depreciation and amortization | 11,257.0 | 10,505.0 | 10,157.0 | 2,745.0 | 2,739.0 | 2,665.0 | 2,754.0 | 10,903.0 | 2,781.5 | 2,809.4 | 2,837.4 | 2,865.8 | 11,294.2 | 2,894.5 | 2,923.4 | 2,952.7 | 2,982.2 | 11,752.8 |
| Share-based compensation expense | 3,586.0 | 4,210.0 | 4,840.0 | 1,296.0 | 1,348.0 | 1,351.0 | 1,345.0 | 5,340.0 | 1,385.4 | 1,426.9 | 1,469.7 | 1,513.8 | 5,795.8 | 1,559.2 | 1,606.0 | 1,654.2 | 1,703.8 | 6,523.2 |
| Deferred income tax expense | 1,382.0 | 4,938.0 | 5,966.0 | (33,737.0) | (498.0) | 1,126.0 | 519.0 | (32,590.0) | 534.6 | 550.6 | 567.1 | 584.1 | 2,236.4 | 601.7 | 619.7 | 638.3 | 657.5 | 2,517.1 |
| **Chg in operating assets and liabilities:** | | | | | | | | | | | | | | | | | | |
| Accounts receivable, net | 611.0 | 1,095.0 | (2,093.0) | (5,570.0) | 9,093.0 | 233.0 | (9,078.0) | (5,322.0) | 79.3 | 8,609.0 | 136.1 | (8,222.1) | 602.3 | (1,285.8) | 8,748.2 | 65.0 | (8,262.5) | (735.1) |
| Inventories | (238.0) | 217.0 | (2,723.0) | 434.0 | (3,241.0) | 1,693.0 | 1,942.0 | 828.0 | (663.8) | (3,622.3) | 1,851.7 | 2,364.9 | (69.5) | (746.8) | (3,824.3) | 1,897.1 | 2,543.0 | (131.0) |
| Vendor non-trade receivables | (3,735.0) | (51.0) | (4,254.0) | (9,660.0) | 19,375.0 | (4,179.0) | (13,546.0) | (8,010.0) | (258.1) | (260.7) | (263.3) | (265.9) | (1,047.9) | (268.6) | (271.3) | (274.0) | (276.7) | (1,090.5) |
| Other current and non-current assets | (179.0) | 1,090.0 | (5,484.0) | (197.0) | (856.0) | 988.0 | (802.0) | (867.0) | (120.9) | (242.9) | (245.4) | (247.8) | (857.0) | (125.8) | (252.8) | (255.3) | (257.9) | (891.8) |
| Accounts payable | 5,400.0 | 1,791.0 | 9,618.0 | 14,588.0 | (27,808.0) | 2,081.0 | 20,314.0 | 9,175.0 | (9,837.4) | 52.3 | (183.1) | 11,722.9 | 1,754.7 | (557.8) | (8,999.2) | 55.2 | 11,378.0 | 1,876.3 |
| Deferred Revenue | 1,042.0 | (1,554.0) | (626.0) | 791.0 | (313.0) | (581.0) | 59.0 | (44.0) | 59.0 | 59.0 | 59.0 | 59.0 | 236.0 | 59.0 | 59.0 | 59.0 | 59.0 | 236.0 |
| Other current and non-current liabilities | 8,746.0 | (2,104.0) | (154.0) | 37,538.0 | 1,469.0 | (2,408.0) | 1,891.0 | 38,490.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Net cash provided by op activities | 81,266.0 | 65,824.0 | 63,597.5 | 28,293.0 | 15,130.0 | 14,488.0 | 19,523.0 | 77,434.0 | 16,381.6 | 24,183.3 | 18,053.2 | 24,434.7 | 83,052.9 | 25,422.2 | 16,036.7 | 19,175.7 | 25,035.8 | 85,670.4 |
| **CF FROM INVESTING ACTIVITIES:** | | | | | | | | | | | | | | | | | | |
| Purchase of marketable securities | (166,402.0) | (142,428.0) | (159,486.0) | (41,272.0) | (7,177) | (7,684) | (15,223) | (71,356.0) | (20,000) | (20,000) | (20,000) | (20,000) | (80,000.0) | (20,000) | (20,000) | (20,000) | (20,000) | (80,000.0) |
| Proceeds from maturities of marketable securities | 14,538.0 | 21,258.0 | 31,775.0 | 14,048.0 | 17,836 | 14,406 | 9,591 | 55,881.0 | 15,000 | 15,000 | 15,000 | 15,000 | 60,000.0 | 15,000 | 15,000 | 15,000 | 15,000 | 60,000.0 |
| Proceeds from sales of marketable securities | 107,447.0 | 90,536.0 | 94,564.0 | 16,801.0 | 22,141 | 2,672 | 6,224 | 47,838.0 | 12,000 | 12,000 | 12,000 | 12,000 | 48,000.0 | 12,000 | 12,000 | 12,000 | 12,000 | 48,000.0 |
| Payments made in connection with business acqui | (343.0) | (297.0) | (329.0) | (173.0) | (132.0) | (126.0) | (290.0) | (721.0) | (290.0) | (290.0) | (290.0) | (290.0) | (1,160.0) | (290.0) | (290.0) | (290.0) | (290.0) | (1,160.0) |
| Payments for acquisition of property, plant and equ | (11,247.0) | (12,734.0) | (12,451.0) | (2,810.0) | (4,195) | (3,267) | (3,041) | (13,313.0) | (3,000) | (3,000) | (3,000) | (3,000) | (12,000.0) | (3,000) | (3,000) | (3,000) | (3,000) | (12,000.0) |
| Payments for acquisition of intangible assets | (241.0) | (814.0) | (344.0) | (154.0) | 154 | 0 | 0 | 0.0 | (100) | (100) | (100) | (100) | (400.0) | (100) | (100) | (100) | (100) | (400.0) |
| Payments for strategic investments | 0.0 | (1,388.0) | (395.0) | (94.0) | 94 | (1,478) | (40) | (1,518.0) | 0 | 0 | 0 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0.0 |
| Other | (26.0) | (110.0) | 220.0 | 64.0 | (11) | (576) | (222) | (745.0) | 0 | 0 | 0 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0.0 |
| Net cash provided by investing activities | (56,274.0) | (45,977.0) | (46,446.0) | (13,590.0) | 28,710.0 | 3,947.0 | (3,001.0) | 16,066.0 | 3,610.0 | 3,610.0 | 3,610.0 | 3,610.0 | 14,440.0 | 3,610.0 | 3,610.0 | 3,610.0 | 3,610.0 | 14,440.0 |
| **CF FROM FINANCING ACTIVITIES:** | | | | | | | | | | | | | | | | | | |
| Proceeds from issuance of common stock | 543.0 | 495.0 | 555.0 | 0.0 | 327.0 | 1.0 | 341.0 | 669.0 | 300.0 | 300.0 | 300.0 | 300.0 | 1,200.0 | 300.0 | 300.0 | 300.0 | 300.0 | 1,200.0 |
| Excess tax benefits from equity awards | 749.0 | 407.0 | 627.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 60.0 | 60.0 | 60.0 | 60.0 | 240.0 | 60.0 | 60.0 | 60.0 | 60.0 | 240.0 |
| Payments for taxes related to net share settlement | (1,499.0) | (1,570.0) | (1,874.0) | (1,038.0) | (152.0) | (1,077.0) | (260.0) | (2,527.0) | (600.0) | (650.0) | (650.0) | (650.0) | (2,550.0) | (700.0) | (700.0) | (700.0) | (700.0) | (2,800.0) |
| Payments for dividends and dividend equivalents | (11,561.0) | (12,150.0) | (12,769.0) | (3,339.0) | (3,190.0) | (3,653.0) | (3,530.0) | (13,712.0) | (3,530.0) | (3,530.0) | (3,530.0) | (3,530.0) | (14,120.0) | (3,530.0) | (3,530.0) | (3,530.0) | (3,530.0) | (14,120.0) |
| Repurchase of common stock | (35,253.0) | (29,722.0) | (32,900.0) | (10,095.0) | (22,756.0) | (20,783.0) | (19,104.0) | (72,738.0) | (16,250.0) | (16,250.0) | (16,250.0) | (16,250.0) | (65,000.0) | (17,500.0) | (17,500.0) | (17,500.0) | (17,500.0) | (70,000.0) |
| Proceeds from issuance of term debt, net | 27,114.0 | 24,954.0 | 28,662.0 | 6,971.0 | (2.0) | 0.0 | 0.0 | 6,969.0 | 7,000.0 | 7,000.0 | 7,000.0 | 7,000.0 | 28,000.0 | 7,000.0 | 7,000.0 | 7,000.0 | 7,000.0 | 28,000.0 |
| Repayments of term debt | 0.0 | (2,500.0) | (3,500.0) | 0.0 | (500.0) | (6,000.0) | 0.0 | (6,500.0) | 0.0 | 0.0 | (5,000.0) | 0.0 | (5,000.0) | 0.0 | 0.0 | (6,000.0) | 0.0 | (6,000.0) |
| Change in commecial paper, net | 2,191.0 | (397.0) | 3,852.0 | 0.0 | 1.0 | (11.0) | (27.0) | (37.0) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Net cash provided by financing activities | (17,716.0) | (20,483.0) | (17,347.0) | (7,501.0) | (26,272.0) | (31,523.0) | (22,580.0) | (87,876.0) | (13,020.0) | (13,070.0) | (18,070.0) | (13,070.0) | (57,230.0) | (14,370.0) | (14,370.0) | (20,370.0) | (14,370.0) | (63,480.0) |
| Net increase (decrease) in cash and cash equiv. | 7,276.0 | (636.0) | (195.5) | 7,202.0 | 17,568.0 | (13,088.0) | (6,058.0) | 5,624.0 | 6,971.6 | 14,723.3 | 3,593.2 | 14,974.7 | 40,262.9 | 14,662.2 | 5,276.7 | 2,415.7 | 14,275.8 | 36,630.4 |
| Cash and cash equivalents at beginning of period | 13,844.0 | 21,120.0 | 20,484.0 | 20,289.0 | 27,491.0 | 45,059.0 | 31,971.0 | 20,289.0 | 25,913.0 | 32,884.6 | 47,607.9 | 51,201.1 | 25,913.0 | 66,175.9 | 80,838.1 | 86,114.8 | 88,530.5 | 66,175.9 |
| Cash and cash equivalents at end of period | 21,120.0 | 20,484.0 | 20,288.5 | 27,491.0 | 45,059.0 | 31,971.0 | 25,913.0 | 25,913.0 | 32,884.6 | 47,607.9 | 51,201.1 | 66,175.9 | 66,175.9 | 80,838.1 | 86,114.8 | 88,530.5 | 102,806.2 | 102,806.2 |

Source: Piper Jaffray estimates and Company Filings

**Apple, Inc.**

11/1/18

**Sales Analysis**

| ($M and units in millions) | FY15 | FY16 | FY17 | 2018 Dec-17 | Mar-18 | Jun-18 | Sep-18 | FY18 | 2019E Dec-18E | Mar-19E | Jun-19E | Sep-19E | FY19E | 2020E Dec-19E | Mar-20E | Jun-20E | Sep-20E | FY20E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenue** | $233,715.0 | $215,639.0 | $229,234.0 | $88,293.0 | $61,137.0 | $53,265.0 | $62,900.0 | $265,595.0 | $92,101.2 | $65,861.3 | $57,399.8 | $64,047.5 | $279,409.7 | $95,141.5 | $68,693.9 | $60,176.2 | $66,132.2 | $290,143.9 |
| Y/Y Rev Growth | 27.9% | -7.7% | 6.3% | 12.7% | 15.6% | 17.3% | 19.6% | 15.9% | 4.3% | 7.7% | 7.8% | 1.8% | 5.2% | 3.3% | 4.3% | 4.8% | 3.3% | 3.8% |
| **iPhone** | | | | | | | | | | | | | | | | | | |
| Revenue | $155,041.0 | $136,700.0 | $141,319.0 | $61,576.0 | $38,032.0 | $29,906.0 | $37,185.0 | $166,699.0 | $63,565.3 | $40,851.4 | $31,656.5 | $35,965.7 | $172,039.0 | $63,915.0 | $41,260.0 | $31,973.0 | $35,606.1 | $172,754.0 |
| % of Sales | 66% | 63% | 62% | 70% | 62% | 56% | 59% | 63% | 69% | 62% | 55% | 56% | 62% | 67% | 60% | 53% | 54% | 60% |
| Y/Y Rev Growth | 52% | -12% | 3% | 13% | 14% | 20% | 29% | 18% | 3% | 7% | 6% | -3% | 3% | 1% | 1% | 1% | -1% | 0% |
| Units | 231,218.0 | 211,884.0 | 216,756.0 | 77,316.0 | 52,217.0 | 41,300.0 | 46,889.0 | 217,722.0 | 78,475.7 | 53,261.3 | 42,208.6 | 47,826.8 | 221,772.5 | 78,907.4 | 53,794.0 | 42,630.7 | 47,348.5 | 222,680.5 |
| Y/Y Units | 37% | -8% | 2% | -1% | 3% | 1% | 0% | 0% | 2% | 2% | 2% | 2% | 2% | 1% | 1% | 1% | -1% | 0% |
| ASP | $669 | $637 | $643 | $796 | $728 | $724 | $793 | $760 | $810 | $767 | $750 | $752 | $770 | $810 | $767 | $750 | $752 | $770 |
| **iPad** | | | | | | | | | | | | | | | | | | |
| Revenue | $23,227.0 | $20,628.0 | $19,222.0 | $5,862.0 | $4,113.0 | $4,741.0 | $4,089.0 | $18,805.0 | $5,663.1 | $4,071.9 | $4,551.4 | $4,170.8 | $18,457.1 | $5,549.8 | $4,071.9 | $4,687.9 | $4,129.1 | $18,438.7 |
| % of Sales | 10% | 10% | 8% | 7% | 7% | 9% | 7% | 7% | 6% | 6% | 8% | 7% | 7% | 6% | 6% | 8% | 6% | 6% |
| Y/Y Rev Growth | -23% | -11% | -7% | 6% | 6% | -5% | -15% | -2% | -3% | -1% | -4% | 2% | -2% | -2% | 0% | 3% | -1% | 0% |
| Units | 54,856.0 | 45,590.0 | 43,753.0 | 13,170.0 | 9,113.0 | 11,553.0 | 9,699.0 | 43,535.0 | 13,170.0 | 9,021.9 | 11,090.9 | 9,893.0 | 43,175.7 | 12,906.6 | 9,021.9 | 11,423.6 | 9,794.1 | 43,146.1 |
| Y/Y Units | -19% | -17% | -4% | 1% | 2% | 1% | -6% | 0% | 0% | -1% | -4% | 2% | -1% | -2% | 0% | 3% | -1% | 0% |
| ASP | $424 | $455 | $440 | $445 | $451 | $410 | $422 | $432 | $430 | $451 | $410 | $422 | $428 | $430 | $451 | $410 | $422 | $428 |
| **Mac** | | | | | | | | | | | | | | | | | | |
| Revenue | $25,471.0 | $22,831.0 | $25,850.0 | $6,895.0 | $5,848.0 | $5,330.0 | $7,411.0 | $25,484.0 | $6,674.4 | $5,848.0 | $5,703.1 | $7,336.9 | $25,562.4 | $6,874.6 | $5,848.0 | $5,703.0 | $7,336.9 | $25,762.6 |
| % of Sales | 11% | 11% | 11% | 8% | 10% | 10% | 12% | 10% | 7% | 9% | 10% | 11% | 9% | 7% | 9% | 9% | 11% | 9% |
| Y/Y Rev Growth | 6% | -10% | 13% | -5% | 0% | -5% | 3% | -1% | -3% | 0% | 7% | -1% | 0% | 3% | 0% | 0% | 0% | 1% |
| Units | 20,587.0 | 18,484.0 | 19,251.0 | 5,112.0 | 4,078.0 | 3,720.0 | 5,299.0 | 18,209.0 | 4,948.4 | 4,078.0 | 3,980.4 | 5,246.0 | 18,252.8 | 4,948.4 | 4,078.0 | 3,980.4 | 5,246.0 | 18,252.8 |
| Y/Y Units | 9% | -10% | 4% | -5% | -3% | -13% | -2% | -5% | -3% | 0% | 7% | -1% | 0% | 0% | 0% | 0% | 0% | 0% |
| ASP | $1,238 | $1,236 | $1,343 | $1,349 | $1,434 | $1,433 | $1,399 | $1,404 | $1,349 | $1,434 | $1,433 | $1,399 | $1,404 | $1,389 | $1,434 | $1,433 | $1,399 | $1,414 |
| **Services** | | | | | | | | | | | | | | | | | | |
| Revenue | $19,909.0 | $24,348.0 | $29,980.0 | $8,471.0 | $9,190.0 | $9,548.0 | $9,981.0 | $37,190.0 | $9,995.8 | $10,384.7 | $11,075.7 | $11,578.1 | $43,034.1 | $11,545.1 | $12,150.1 | $12,737.0 | $13,314.7 | $49,746.9 |
| % of Sales | 9% | 11% | 13% | 10% | 15% | 18% | 16% | 14% | 11% | 16% | 19% | 18% | 15% | 12% | 18% | 21% | 20% | 17% |
| Y/Y Rev Growth | 10% | 22% | 23% | 18% | 31% | 31% | 17% | 24% | 18% | 13% | 16% | 16% | 16% | 16% | 17% | 15% | 15% | 16% |
| **Other** | | | | | | | | | | | | | | | | | | |
| Revenue | $10,067.0 | $11,132.0 | $12,863.0 | $5,489.0 | $3,954.0 | $3,740.0 | $4,234.0 | $17,417.0 | $6,202.6 | $4,705.3 | $4,413.2 | $4,996.1 | $20,317.2 | $7,257.0 | $5,364.0 | $5,075.2 | $5,745.5 | $23,441.7 |
| % of Sales | 4% | 5% | 6% | 6% | 6% | 7% | 7% | 7% | 7% | 7% | 8% | 8% | 7% | 8% | 8% | 8% | 9% | 8% |
| Y/Y Rev Growth | 20% | 11% | 16% | 36% | 38% | 37% | 31% | 35% | 13% | 19% | 18% | 18% | 17% | 17% | 14% | 15% | 15% | 15% |

Source: Piper Jaffray estimates and Company Filings

Confidential
APL-SECLIT_00001960

PiperJaffray®

## IMPORTANT RESEARCH DISCLOSURES



Notes: The boxes on the Rating and Price Target History chart above indicate the date of the fundamental Equity Research Note, the rating and the price target. Each box represents a date on which an analyst made a change to a rating or price target, except for the first box, which may only represent the first Note written during the past three years.

Legend:
I: Initiating Coverage
R: Resuming Coverage
T: Transferring Coverage
D: Discontinuing Coverage
S: Suspending Coverage
OW: Overweight
N: Neutral
UW: Underweight
NA: Not Available
UR: Under Review

| | Distribution of Ratings/IB Services Piper Jaffray | | | |
|---|---|---|---|---|
| | | | IB Serv./Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
| BUY [OW] | 393 | 62.48 | 115 | 29.26 |
| HOLD [N] | 223 | 35.45 | 20 | 8.97 |
| SELL [UW] | 13 | 2.07 | 0 | 0.00 |

Note: Distribution of Ratings/IB Services shows the number of companies currently covered by fundamental equity research in each rating category from which Piper Jaffray and its affiliates received compensation for investment banking services within the past 12 months. FINRA rules require disclosure of which ratings most closely correspond with "buy," "hold," and "sell" recommendations. Piper Jaffray ratings are not the equivalent of buy, hold or sell, but instead represent recommended relative weightings. Nevertheless, Overweight corresponds most closely with buy, Neutral with hold and Underweight with sell. See Stock Rating definitions below.

### Analyst Certification — Michael J. Olson, Sr Research Analyst

The views expressed in this report accurately reflect my personal views about the subject company and the subject security. In addition, no part of my compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this report.

Piper Jaffray research analysts receive compensation that is based, in part, on overall firm revenues, which include investment banking revenues.

Time of dissemination: 2 November 2018 03:03EDT.

Confidential                                                                                 APL-SECLIT_00001961

## Research Disclosures

Piper Jaffray was making a market in the securities of Apple, Inc. at the time this research report was published. Piper Jaffray will buy and sell Apple, Inc. securities on a principal basis.

Affiliate disclosures: Piper Jaffray is the trade name and registered trademark under which the corporate and investment banking products and services of Piper Jaffray Companies and its subsidiaries Piper Jaffray & Co. and Piper Jaffray Ltd. are marketed. Simmons Energy is a division of Piper Jaffray & Co. This report has been prepared by Piper Jaffray & Co. and/or its affiliate Piper Jaffray Ltd. Piper Jaffray & Co. is regulated by FINRA, NYSE and the United States Securities and Exchange Commission, and its headquarters are located at 800 Nicollet Mall, Minneapolis, MN 55402. Piper Jaffray Ltd. is authorized and regulated by the Financial Conduct Authority, and is located at 88 Wood Street, 13th Floor, London EC2V 7RS. Disclosures in this section and in the Other Important Information section referencing Piper Jaffray include all affiliated entities unless otherwise specified.

## Rating Definitions

**Stock Ratings:** Piper Jaffray ratings are indicators of expected total return (price appreciation plus dividend) within the next 12 months. At times analysts may specify a different investment horizon or may include additional investment time horizons for specific stocks. Stock performance is measured relative to the group of stocks covered by each analyst. Lists of the stocks covered by each are available at www.piperjaffray.com/researchdisclosures. Stock ratings and/or stock coverage may be suspended from time to time in the event that there is no active analyst opinion or analyst coverage, but the opinion or coverage is expected to resume. Research reports and ratings should not be relied upon as individual investment advice. As always, an investor's decision to buy or sell a security must depend on individual circumstances, including existing holdings, time horizons and risk tolerance. Piper Jaffray sales and trading personnel may provide written or oral commentary, trade ideas, or other information about a particular stock to clients or internal trading desks reflecting different opinions than those expressed by the research analyst. In addition, Piper Jaffray offers technical and event-driven research products that are based on different methodologies, may contradict the opinions contained in fundamental research reports, and could impact the price of the subject security. Recommendations based on technical or event-driven analysis are intended for the professional trader, while fundamental opinions are typically suited for the longer-term institutional investor.

- **Overweight (OW):** Anticipated to outperform relative to the median of the group of stocks covered by the analyst.

- **Neutral (N):** Anticipated to perform in line relative to the median of the group of stocks covered by the analyst.

- **Underweight (UW):** Anticipated to underperform relative to the median of the group of stocks covered by the analyst.

## Other Important Information

The material regarding the subject company is based on data obtained from sources we deem to be reliable; it is not guaranteed as to accuracy and does not purport to be complete. This report is solely for informational purposes and is not intended to be used as the primary basis of investment decisions. Piper Jaffray has not assessed the suitability of the subject company for any person. Because of individual client requirements, it is not, and it should not be construed as, advice designed to meet the particular investment needs of any investor. This report is not an offer or the solicitation of an offer to sell or buy any security. Unless otherwise noted, the price of a security mentioned in this report is the market closing price as of the end of the prior business day. Piper Jaffray does not maintain a predetermined schedule for publication of research and will not necessarily update this report. Piper Jaffray policy generally prohibits research analysts from sending draft research reports to subject companies; however, it should be presumed that the fundamental equity analyst(s) who authored this report has had discussions with the subject company to ensure factual accuracy prior to publication, and has had assistance from the company in conducting diligence, including visits to company sites and meetings with company management and other representatives.Notice to customers: This material is not directed to, or intended for distribution to or use by, any person or entity if Piper Jaffray is prohibited or restricted by any legislation or regulation in any jurisdiction from making it available to such person or entity. Customers in any of the jurisdictions where Piper Jaffray and its affiliates do business who wish to effect a transaction in the securities discussed in this report should contact their local Piper Jaffray representative, or as otherwise noted below. Canada: This research report is distributed in Canada by CIBC World Markets Inc. Investors in Canada wishing to effect a transaction in the securities discussed in this report should contact their CIBC sales representative. This research report has not been prepared in accordance with the disclosure requirements of Dealer Member Rule 3400 – Research Restrictions and Disclosure Requirements of the Investment Industry Regulatory Organization of Canada. For further disclosure related to CIBC conflicts of interest please visit https://researchcentral.cibcwm.com. Europe: This material is for the use of intended recipients only and only for distribution to professional and institutional investors, i.e. persons who are authorised persons or exempted persons within the meaning of the Financial Services and Markets Act 2000 of the United Kingdom, or persons who have been categorised by Piper Jaffray Ltd. as professional clients under the rules of the Financial Conduct Authority. United States: This report is distributed in the United States by Piper Jaffray & Co., member SIPC, FINRA and NYSE, Inc., which accepts responsibility for its contents. The securities described in this report may not have been registered under the U.S. Securities Act of 1933 and, in such case, may not be offered or sold in the United States or to U.S. persons unless they have been so registered, or an exemption from the registration requirements is available.This report is produced for the use of Piper Jaffray customers and may not be reproduced, re-distributed or passed to any other person or published in whole or in part for any purpose without the prior consent of Piper Jaffray & Co. Additional information is available upon request.Copyright 2018 Piper Jaffray. All rights reserved.

Confidential

APL-SECLIT_00001962