# EXHIBIT 76

**RAYMOND JAMES®**

**U.S. Research**
Published by Raymond James & Associates

## Apple Inc.

(AAPL-NASDAQ)

**Chris Caso,** (212) 856-4893, Chris.Caso@RaymondJames.com
**Melissa Fairbanks,** (727) 567-1081, Melissa.Fairbanks@RaymondJames.com

**Connected Devices** _____

### FX Headwinds; No Longer Disclosing Unit Sales

**November 2, 2018** (1:02 a.m. EDT)

**Company Comment**

**Rating**_____
Market Perform 3

**Current and Target Price**_____
Current Price (Nov-01-18)   $222.22
Target Price:   NM
52-Week Range   $233.47 - $150.24
Suitability   Medium Risk/Growth

**Market Data** _____
Shares Out. (mil.)   4,848.0
Market Cap. (mil.)   $1,077,323
Avg. Daily Vol. (10 day)   38,381,969
Dividend/Yield   $2.92/1.3%
Book Value (Sep-18)   $21.75
ROE %   33%
LT Debt (mil.)/% Cap.   $97,128/42%

**Recommendation:** We reiterate our **Market Perform** rating on Apple. Apple posted a good September quarter, but guided slightly light of consensus revenue and margins mainly due to FX and macro uncertainty. Most controversial, however, was Apple's decision to stop disclosing unit sales. Our view has been that high ASPs would begin to drive negative iPhone unit growth y/y - Apple's decision to eliminate unit disclosure will tend to obscure those trends. While the bull case on the stock is based on growth in Services by monetizing the installed base, we nonetheless believe Services revenue would eventually be negatively affected if iPhone units indeed decline.

- **Event:** Apple reported September quarter sales of $62.9 billion, up 18% q/q and above our $62.7 billion estimate and consensus at $61.5 billion. Gross margin was flat q/q at 38.3%, while operating expenses grew 2% q/q to $8.0 billion. On the bottom line, GAAP EPS of $2.91 was solidly above our $2.87 and consensus of $2.78. Outlook for the December quarter calls for revenue of $91 billion at the midpoint, up 45% q/q and 3% y/y but below current consensus at $92.9 billion. FX represents a $2 billion headwind for December revenue and a 90bps headwind to GM, offsetting memory price tailwinds.

- **Mix Dynamics:** The Xs and Xs Max launch in the quarter helped drive 24% q/q growth in iPhone sales, with the richer mix yielding an ASP of $793, up from $724 in June. Unit shipments of 46.9 million came in between our estimate (46.0 million) and the Street (48.0 million). Notably, the company will no longer report unit sales beginning with the December quarter. While the company believes units are a less relevant metric, we strongly disagree – particularly since we believe iPhone units will begin to decline y/y as a result of higher ASPs.

- **Services:** Services revenue approached $10 billion in quarterly revenue for the first time, and the company remains on track toward the $50 billion target in 2020. Among the most significant drivers, Apple introduced the new $299 AppleCare option for theft and loss coverage with the latest portfolio. We estimate AppleCare is now ~30% of Services – and among the fastest growing element due to price increases. However, with this growth increasingly dependent on premium device sales, we maintain our view that rising prices for both devices and warranty coverage is likely to further extend replacement cycles – a headwind to longer-term growth.

- **Estimates:** We are adjusting our FY19 GAAP EPS estimate lower to $12.45 from $12.97, based on low-single digit revenue growth, offset by reduced margin leverage on higher costs and opex investment versus our prior model.

**Valuation:** Despite the after-hours selloff, shares are trading at ~17x our FY19 EPS estimate, a meaningful premium to the ~13x three-year average multiple. With increasing dependence on premium device sales and limited near-term catalysts, we believe shares remain fairly valued at current levels.

**Earnings & Valuation Metrics**_____
|  | 2017A | 2018A | 2019E |
|---|---|---|---|
| P/E Ratios (GAAP) |  |  |  |
|  | 24.1x | 18.7x | 17.8x |
|  | **2017A** | **2018E** | **2019E** |
| GAAP EPS (CY) |  |  |  |
| Old | $9.72 | $12.65 | NA |
| New | $9.72 | $12.64 | $12.98 |
| P/E (CY GAAP) |  |  |  |
|  | 22.9x | 17.6x | 17.1x |

**Company Description** _____
Apple, Inc., headquartered in Cupertino, California, is a leading vendor of computing products to consumers and enterprises around the globe. The company helped create the personal computer market with its iconic Macintosh computer in the 1980s, reinvented the PC market for an internet-connected world with the iMac in 1998, reinvented how consumers consume music with its iPod and iTunes products and services, reinvented the mobile phone market with iPhone and iTunes app store products and services, and brought tablet computing mainstream with its iPad line of devices.

| GAAP EPS | Q1 Dec | Q2 Mar | Q3 Jun | Q4 Sep | Full Year | **Revenues (bil.)** |
|---|---|---|---|---|---|---|
| 2017A | $3.36 | $2.10 | $1.67 | $2.07 | $9.21 | $229.2 |
| Old 2018E | 3.89A | 2.73A | 2.34A | 2.87 | 11.87 | 265.4 |
| **New 2018A** | **3.89** | **2.73** | **2.34** | **2.91** | **11.91** | **265.6** |
| Old 2019E | 4.71 | 2.95 | 2.45 | 2.85 | 12.96 | 270.0 |
| **New 2019E** | **4.66** | **2.68** | **2.29** | **2.81** | **12.45** | **275.3** |

Rows may not add due to rounding. Non-GAAP EPS excludes amortization of intangible assets from acquisitions.
Please read domestic and foreign disclosure/risk information beginning on page 5 and Analyst Certification on page 6.

© 2018 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

**International Headquarters:** The Raymond James Financial Center | 880 Carillon Parkway | St. Petersburg, Florida 33716 | 800-248-8863

**Raymond James vs. Consensus**

In the chart below, we provide a summary of our expectations versus consensus for total sales, iPhone mix, and contribution from Services. Net, we maintain our slightly more conservative outlook as it relates to iPhone unit shipments, with expectations to enter the March quarter with excess inventory in the channel.

|  | September 2018 | | | | December 2018 | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | Actual | Guidance | Consensus | RJ | Guidance | Consensus | Prior RJ | Revised RJ |
| Total Revenue ($B) | $62.9 | $61.0 | $61.5 | $62.7 | $91.0 | $92.9 | $86.1 | $91.2 |
| Gross Margin | 38.29% | 38.25% | 38.29% | 38.40% | 38.50% | 38.62% | 40.00% | 38.51% |
| EPS | $2.91 |  | $2.78 | $2.87 |  | $4.92 | $4.71 | $4.66 |
| iPhone Units (m) | 46.9 |  | 47.0 | 45.0 |  | 78.0 | 69.5 | 72.5 |
| iPhone Revenue ($B) | $37.2 |  | $35.6 | $36.6 |  | $62.6 | $56.3 | $61.4 |
| iPhone ASP ($) | $793 |  | $751 | $814 |  | $809 | $810 | $847 |
| Services Revenue ($B) | $10.0 |  | $10.2 | $9.9 |  | $10.5 | $10.6 | $10.6 |

Source: FactSet, Company Reports, Raymond James Research.

Based on our more conservative assumptions for sell-through in the December quarter, our expectations for unit shipments in the March and June quarters remain below consensus, though our estimates reflect a richer mix versus current consensus.

| iPhone Estimates: RJ vs. Consensus | | | |
| --- | --- | --- | --- |
|  | Dec '18 | Mar '19 | Jun '19 |
| **RJ Estimates** | | | |
| iPhone Revenue ($B) | 61.4 | 38.3 | 29.5 |
| iPhone Units (mln) | 72.5 | 49.0 | 38.0 |
| iPhone ASP | $847 | $781 | $776 |
| **Consensus Estimates** | | | |
| iPhone Revenue ($B) | 62.6 | 40.3 | 31.9 |
| iPhone Units (mln) | 78.0 | 53.0 | 42.0 |
| iPhone ASP | $809 | $755 | $742 |

Source: FactSet, Raymond James Research.

Confidential    APL-SECLIT_00002102

**Apple Inc. - Raymond James**
**Income Statement**

| Updated ($ mln) | FY16A | 1Q17A Dec-16 | 2Q17A Mar-17 | 3Q17A Jun-17 | 4Q17A Sep-17 | FY17A | 1Q18A Dec-17 | 2Q18A Mar-18 | 3Q18A Jun-18 | 4Q18A Sep-18 | FY18A | 1Q19E Dec-18 | 2Q18E Mar-19 | 3Q18E Jun-19 | 4Q18E Sep-19 | FY19E | 1Q20E Dec-19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 215,639 | 78,351 | 52,896 | 45,408 | 52,579 | 229,234 | 88,293 | 61,137 | 53,265 | 62,900 | 265,595 | 91,167 | 64,026 | 56,157 | 63,938 | 275,288 | 95,876 |
| Y/Y change | -7.7% | 3.3% | 4.6% | 7.2% | 12.2% | 6.3% | 12.7% | 15.6% | 17.3% | 19.6% | 15.9% | 3.3% | 4.7% | 5.4% | 1.7% | 3.6% | 5.2% |
| Q/Q change |  | 67.2% | -32.5% | -14.2% | 15.8% |  | 67.9% | -30.8% | -12.9% | 18.1% |  | 44.9% | -29.8% | -12.3% | 13.9% |  | 50.0% |
| Cost of Sales | 131,376 | 48,175 | 32,305 | 27,920 | 32,648 | 141,048 | 54,381 | 37,715 | 32,844 | 38,816 | 163,756 | 56,061 | 40,197 | 34,962 | 39,352 | 170,573 | 57,255 |
| Gross Profit | 84,263 | 30,176 | 20,591 | 17,488 | 19,931 | 88,186 | 33,912 | 23,422 | 20,421 | 24,084 | 101,839 | 35,106 | 23,828 | 21,195 | 24,586 | 104,716 | 38,620 |
| GM % | 39.1% | 40.2% | 38.9% | 38.5% | 37.9% | 38.5% | 38.4% | 38.3% | 38.3% | 38.3% | 38.3% | 38.5% | 37.2% | 37.7% | 38.5% | 38.0% | 40.3% |
| R&D | 10,045 | 2,871 | 2,776 | 2,937 | 2,997 | 11,581 | 3,407 | 3,378 | 3,701 | 3,750 | 14,236 | 4,050 | 4,000 | 4,200 | 4,250 | 16,500 | 4,500 |
| % of revenue | 4.7% | 3.7% | 5.2% | 6.5% | 5.7% | 5.1% | 3.9% | 5.5% | 6.9% | 6.0% | 5.4% | 4.4% | 6.2% | 7.5% | 6.6% | 6.0% | 4.7% |
| SG&A | 14,194 | 3,946 | 3,718 | 3,783 | 3,814 | 15,261 | 4,231 | 4,150 | 4,108 | 4,216 | 16,705 | 4,700 | 4,600 | 4,700 | 4,800 | 18,800 | 5,100 |
| % of revenue | 6.6% | 5.0% | 7.0% | 8.3% | 7.3% | 6.7% | 4.8% | 6.8% | 7.7% | 6.7% | 6.3% | 5.2% | 7.2% | 8.4% | 7.5% | 6.8% | 5.3% |
| Total Operating Expense | 24,239 | 6,817 | 6,494 | 6,720 | 6,811 | 26,842 | 7,638 | 7,528 | 7,809 | 7,966 | 30,941 | 8,750 | 8,600 | 8,900 | 9,050 | 35,300 | 9,600 |
| Y/Y change | 8.2% | 9.0% | 9.4% | 12.0% | 12.5% | 10.7% | 12.0% | 15.9% | 16.2% | 17.0% | 15.3% | 14.6% | 14.2% | 14.0% | 13.6% | 14.1% | 9.7% |
| Q/Q change |  | 12.6% | -4.7% | 3.5% | 1.4% |  | 12.1% | -1.4% | 3.7% | 2.0% |  | 9.8% | -1.7% | 3.5% | 1.7% |  | 6.1% |
| % of revenue | 11.2% | 8.7% | 12.3% | 14.8% | 13.0% | 11.7% | 8.7% | 12.3% | 14.7% | 12.7% | 11.6% | 9.6% | 13.4% | 15.8% | 14.2% | 12.8% | 10.0% |
| Operating Income | 60,024 | 23,359 | 14,097 | 10,768 | 13,120 | 61,344 | 26,274 | 15,894 | 12,612 | 16,118 | 70,898 | 26,356 | 15,228 | 12,295 | 15,536 | 69,416 | 29,020 |
| % of revenue | 27.8% | 29.8% | 26.7% | 23.7% | 25.0% | 26.8% | 29.8% | 26.0% | 23.7% | 25.6% | 26.7% | 28.9% | 23.8% | 21.9% | 24.3% | 25.2% | 30.3% |
| Other Income (expense) | 1,348 | 821 | 587 | 540 | 797 | 2,745 | 756 | 274 | 672 | 303 | 2,005 | 300 | 600 | 600 | 800 | 2,300 | 650 |
| Pre-tax Income | 61,372 | 24,180 | 14,684 | 11,308 | 13,917 | 64,089 | 27,030 | 16,168 | 13,284 | 16,421 | 72,903 | 26,656 | 15,828 | 12,895 | 16,336 | 71,716 | 29,670 |
| % of revenue | 28.5% | 30.9% | 27.8% | 24.9% | 26.5% | 28.0% | 30.6% | 26.4% | 24.9% | 26.1% | 27.4% | 29.2% | 24.7% | 23.0% | 25.5% | 26.1% | 30.9% |
| Income Tax | 15,685 | 6,289 | 3,655 | 2,591 | 3,203 | 15,738 | 6,965 | 2,346 | 1,765 | 2,296 | 13,372 | 4,398 | 2,612 | 2,128 | 2,695 | 11,833 | 4,896 |
| Tax Rate (%) | 26% | 26% | 25% | 23% | 23% | 25% | 26% | 15% | 13% | 14% | 18% | 17% | 17% | 17% | 17% | 17% | 17% |
| Net Income | 45,687 | 17,891 | 11,029 | 8,717 | 10,714 | 48,351 | 20,065 | 13,822 | 11,519 | 14,125 | 59,531 | 22,258 | 13,217 | 10,767 | 13,641 | 59,883 | 24,775 |
| % of revenue | 21% | 23% | 21% | 19% | 20% | 21% | 23% | 23% | 22% | 22% | 22% | 24% | 21% | 19% | 21% | 22% | 26% |
| Y/Y change | -14.4% | -2.6% | 4.9% | 11.8% | 18.9% | 5.8% | 12.2% | 25.3% | 32.1% | 31.8% | 23.1% | 10.9% | -4.4% | -6.5% | -3.4% | 0.6% | 11.3% |
| Q/Q change |  | 98.5% | -38.4% | -21.0% | 22.9% |  | 87.3% | -31.1% | -16.7% | 22.6% |  | 57.6% | -40.6% | -18.5% | 26.7% |  | 81.6% |
| EPS | $8.31 | $3.36 | $2.10 | $1.67 | $2.07 | $9.21 | $3.89 | $2.73 | $2.34 | $2.91 | $11.91 | $4.66 | $2.68 | $2.29 | $2.81 | $12.45 | $5.19 |
| Y/Y change | -9.9% | 2.3% | 10.4% | 16.9% | 23.7% | 10.8% | 15.9% | 30.1% | 40.4% | 41.0% | 29.3% | 19.9% | -1.6% | -2.0% | -3.5% | 4.5% | 11.2% |
| Q/Q change |  | 100.9% | -37.6% | -20.5% | 24.1% |  | 88.2% | -29.9% | -14.3% | 24.6% |  | 60.1% | -42.5% | -14.6% | 22.7% |  | 84.5% |
| Diluted Share Count | 5,500 | 5,328 | 5,262 | 5,233 | 5,184 | 5,252 | 5,158 | 5,068 | 4,927 | 4,848 | 5,000 | 4,773 | 4,925 | 4,698 | 4,850 | 4,811 | 4,775 |
| **FREE CASH FLOW** |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Net Income | 45,687 | 17,891 | 11,029 | 8,717 | 10,714 | 48,351 | 20,065 | 13,822 | 11,519 | 14,125 | 59,531 | 22,258 | 13,217 | 10,767 | 13,641 | 59,883 | 24,775 |
| SBC | 4,210 | 1,256 | 1,217 | 1,193 | 1,174 | 4,840 | 1,296 | 1,348 | 1,351 | 1,345 | 5,204 | 1,277 | 1,250 | 1,227 | 1,209 | 4,963 | 1,277 |
| D&A | 10,505 | 2,987 | 2,332 | 4,686 | 152 | 10,157 | 2,745 | 2,739 | 2,665 | 2,754 | 10,903 | 2,127 | 2,148 | 2,170 | 2,192 | 8,637 | 2,192 |
| Capex | (12,734) | (3,334) | (2,975) | (2,277) | (3,865) | (12,451) | (2,810) | (4,195) | (3,267) | (3,041) | (13,313) | (3,500) | (3,500) | (3,500) | (3,500) | (14,000) | (3,500) |
| FCF | 47,668 | 18,800 | 11,603 | 12,319 | 8,175 | 50,897 | 21,296 | 13,714 | 12,268 | 15,183 | 62,325 | 22,162 | 13,115 | 10,664 | 13,541 | 59,483 | 24,743 |

© 2018 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.
**International Headquarters:** The Raymond James Financial Center | 880 Carillon Parkway | St. Petersburg, Florida 33716 | 800-248-8863

3

Confidential                                                                                                                    APL-SECLIT_00002103

**Apple Inc. - Raymond James**
**Product Breakdown**

| | FY16A | 1Q17A Dec-16 | 2Q17A Mar-17 | 3Q17A Jun-17 | 4Q17A Sep-17 | FY17A | 1Q18A Dec-17 | 2Q18A Mar-18 | 3Q18A Jun-18 | 4Q18A Sep-18 | FY18A | 1Q19E Dec-18 | 2Q19E Mar-19 | 3Q19E Jun-19 | 4Q19E Sep-19 | FY19E | 1Q20E Dec-19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue ($ mln)** | | | | | | | | | | | | | | | | | |
| iPhone | 136,700 | 54,378 | 33,249 | 24,846 | 28,846 | 141,319 | 61,576 | 38,032 | 29,906 | 37,185 | 166,699 | 61,395 | 38,270 | 29,495 | 35,005 | 164,165 | 64,175 |
| iPad | 20,628 | 5,533 | 3,889 | 4,969 | 4,831 | 19,222 | 5,862 | 4,113 | 4,741 | 4,089 | 18,805 | 5,400 | 4,095 | 4,550 | 3,800 | 17,845 | 5,880 |
| Mac | 22,831 | 7,244 | 5,844 | 5,592 | 7,170 | 25,850 | 6,895 | 5,848 | 5,330 | 7,411 | 25,484 | 7,155 | 5,740 | 5,963 | 6,750 | 25,608 | 6,480 |
| Apple Watch (RJ est) | 5,400 | 2,125 | 1,200 | 1,400 | 1,880 | 6,605 | 3,000 | 1,520 | 1,800 | 2,200 | 8,520 | 3,780 | 2,310 | 2,730 | 4,200 | 13,020 | 3,780 |
| Services | 24,348 | 7,172 | 7,041 | 7,266 | 8,501 | 29,980 | 8,471 | 9,190 | 9,548 | 9,981 | 37,190 | 10,575 | 11,006 | 11,344 | 12,007 | 44,932 | 12,555 |
| Other Products (excl watch) | 5,732 | 1,899 | 1,673 | 1,335 | 1,351 | 6,258 | 2,489 | 2,434 | 1,940 | 2,034 | 8,897 | 2,862 | 2,604 | 2,076 | 2,176 | 9,719 | 3,005 |
| Total | 215,639 | 78,351 | 52,896 | 45,408 | 52,579 | 229,234 | 88,293 | 61,137 | 53,265 | 62,900 | 265,595 | 91,167 | 64,026 | 56,157 | 63,938 | 275,288 | 95,876 |
| **Units (mln)** | | | | | | | | | | | | | | | | | |
| iPhone | 211.9 | 78.3 | 50.8 | 41.0 | 46.7 | 216.8 | 77.3 | 52.2 | 41.3 | 46.9 | 217.7 | 72.5 | 49.0 | 38.0 | 44.0 | 203.5 | 78.0 |
| iPad | 45.6 | 13.1 | 8.9 | 11.4 | 10.3 | 43.8 | 13.2 | 9.1 | 11.6 | 9.7 | 43.5 | 12.0 | 9.0 | 10.0 | 8.0 | 39.0 | - |
| Mac | 18.5 | 5.4 | 4.2 | 4.3 | 5.4 | 19.3 | 5.1 | 4.1 | 3.7 | 5.3 | 18.2 | 5.3 | 4.1 | 4.5 | 5.0 | 18.9 | - |
| Apple Watch | 13.0 | 5.0 | 3.0 | 3.5 | 4.7 | 16.2 | 7.5 | 3.8 | 4.5 | 5.5 | 21.3 | 9.0 | 5.5 | 6.5 | 10.0 | 31.0 | - |
| **ASP** | | | | | | | | | | | | | | | | | |
| iPhone | 645 | 695 | 655 | 606 | 618 | 652 | 796 | 728 | 724 | 793 | 766 | 847 | 781 | 776 | 796 | 807 | 823 |
| iPad | 453 | 423 | 436 | 435 | 468 | 439 | 445 | 451 | 410 | 422 | 432 | 450 | 455 | 455 | 475 | 458 | 420 |
| Mac | 1,237 | 1,348 | 1,392 | 1,303 | 1,331 | 1,343 | 1,349 | 1,434 | 1,433 | 1,399 | 1,400 | 1,350 | 1,400 | 1,325 | 1,350 | 1,355 | 1,350 |
| Apple Watch | 415 | 425 | 400 | 400 | 400 | 408 | 400 | 400 | 400 | 400 | 400 | 420 | 420 | 420 | 420 | 420 | 420 |
| **Revenue Y/Y** | | | | | | | | | | | | | | | | | |
| iPhone | -12% | 5% | 1% | 3% | 2% | 3% | 13% | 14% | 20% | 29% | 18% | 0% | 1% | -1% | -6% | -2% | 5% |
| iPad | -11% | -22% | -12% | 2% | 14% | -7% | 6% | 6% | -5% | -15% | -2% | -8% | 0% | -4% | -7% | -5% | 9% |
| Mac | -10% | 7% | 14% | 7% | 25% | 13% | -5% | 0% | -5% | 3% | -1% | 4% | -2% | 12% | -9% | 0% | -9% |
| Apple Watch | 57% | 0% | 20% | 40% | 47% | 22% | 41% | 27% | 29% | 17% | 29% | 26% | 52% | 52% | 91% | 53% | 0% |
| Services | 22% | 18% | 18% | 22% | 34% | 23% | 18% | 31% | 31% | 17% | 24% | 25% | 20% | 19% | 20% | 21% | 19% |
| Other Products (excl watch) | -13% | -15% | 41% | 10% | 23% | 9% | 31% | 45% | 45% | 51% | 42% | 15% | 7% | 7% | 7% | 9% | 5% |
| Total | -8% | 3% | 5% | 7% | 12% | 6% | 13% | 16% | 17% | 20% | 16% | 3% | 5% | 5% | 2% | 4% | 5% |
| **Revenue Q/Q** | | | | | | | | | | | | | | | | | |
| iPhone | | 93% | -39% | -25% | 16% | | 113% | -38% | -21% | 24% | | 65% | -38% | -23% | 19% | | 83% |
| iPad | | 30% | -30% | 28% | -3% | | 21% | -30% | 15% | -14% | | 32% | -24% | 11% | -16% | | 55% |
| Mac | | 26% | -19% | -4% | 28% | | -4% | -15% | -9% | 39% | | -3% | -20% | 4% | 13% | | -4% |
| Apple Watch | | 67% | -44% | 17% | 34% | | 60% | -49% | 18% | 22% | | 72% | -39% | 18% | 54% | | -10% |
| Services | | 13% | -2% | 3% | 17% | | 0% | 8% | 4% | 5% | | 6% | 4% | 3% | 6% | | 5% |
| Other Products (excl watch) | | 73% | -12% | -20% | 1% | | 84% | -2% | -20% | 5% | | 41% | -9% | -20% | 5% | | 38% |
| Total | | 67% | -32% | -14% | 16% | | 68% | -31% | -13% | 18% | | 45% | -30% | -12% | 14% | | 50% |

Source: Company Reports, Raymond James Research

Confidential   APL-SECLIT_00002104

## Important Investor Disclosures

Raymond James & Associates (RJA) is a FINRA member firm and is responsible for the preparation and distribution of research created in the United States. Raymond James & Associates is located at The Raymond James Financial Center, 880 Carillon Parkway, St. Petersburg, FL 33716, (727) 567-1000. Non-U.S. affiliates, which are not FINRA member firms, include the following entities that are responsible for the creation and distribution of research in their respective areas: in Canada, Raymond James Ltd. (RJL), Suite 2100, 925 West Georgia Street, Vancouver, BC V6C 3L2, (604) 659-8200; in Europe, Raymond James Euro Equities SAS (also trading as Raymond James International), 40, rue La Boetie, 75008, Paris, France, +33 1 45 64 0500, and Raymond James Financial International Ltd., Broadwalk House, 5 Appold Street, London, England EC2A 2AG, +44 203 798 5600.

This document is not directed to, or intended for distribution to or use by, any person or entity that is a citizen or resident of or located in any locality, state, country, or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation.  The securities discussed in this document may not be eligible for sale in some jurisdictions.  This research is not an offer to sell or the solicitation of an offer to buy any security in any jurisdiction where such an offer or solicitation would be illegal.  It does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients.  Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. **Investors should consider this report as only a single factor in making their investment decision.**

For clients in the United States: Any foreign securities discussed in this report are generally not eligible for sale in the U.S. unless they are listed on a U.S. exchange.  This report is being provided to you for informational purposes only and does not represent a solicitation for the purchase or sale of a security in any state where such a solicitation would be illegal.  Investing in securities of issuers organized outside of the U.S., including ADRs, may entail certain risks.  The securities of non-U.S. issuers may not be registered with, nor be subject to the reporting requirements of, the U.S. Securities and Exchange Commission.  There may be limited information available on such securities.  Investors who have received this report may be prohibited in certain states or other jurisdictions from purchasing the securities mentioned in this report. Please ask your Financial Advisor for additional details and to determine if a particular security is eligible for purchase in your state.

The information provided is as of the date above and subject to change, and it should not be deemed a recommendation to buy or sell any security. Certain information has been obtained from third-party sources we consider reliable, but we do not guarantee that such information is accurate or complete. Persons within the Raymond James family of companies may have information that is not available to the contributors of the information contained in this publication. Raymond James, including affiliates and employees, may execute transactions in the securities listed in this publication that may not be consistent with the ratings appearing in this publication.

Raymond James ("RJ") research reports are disseminated and available to RJ's retail and institutional clients simultaneously via electronic publication to RJ's internal proprietary websites (RJ Investor Access & RJ Capital Markets). Not all research reports are directly distributed to clients or third-party aggregators. Certain research reports may only be disseminated on RJ's internal proprietary websites; however such research reports will not contain estimates or changes to earnings forecasts, target price, valuation, or investment or suitability rating. Individual Research Analysts may also opt to circulate published research to one or more clients electronically. This electronic communication distribution is discretionary and is done only after the research has been publically disseminated via RJ's internal proprietary websites. The level and types of communications provided by Research Analysts to clients may vary depending on various factors including, but not limited to, the client's individual preference as to the frequency and manner of receiving communications from Research Analysts. For research reports, models, or other data available on a particular security, please contact your RJ Sales Representative or visit RJ Investor Access or RJ Capital Markets.

Links to third-party websites are being provided for information purposes only.  Raymond James is not affiliated with and does not endorse, authorize, or sponsor any of the listed websites or their respective sponsors.  Raymond James is not responsible for the content of any third-party website or the collection or use of information regarding any website's users and/or members.

Additional information is available on request.

### Analyst Information

**Registration of Non-U.S. Analysts:**  The analysts listed on the front of this report who are not employees of Raymond James & Associates, Inc., are not registered/qualified as research analysts under FINRA rules, are not associated persons of Raymond James & Associates, Inc., and are not subject to FINRA Rule 2241 restrictions on communications with covered companies, public companies, and trading securities held by a research analyst account.

**Analyst Holdings and Compensation:** Equity analysts and their staffs at Raymond James are compensated based on a salary and bonus system. Several factors enter into the bonus determination including quality and performance of research product, the analyst's success in rating stocks versus an industry index, and support effectiveness to trading and the retail and institutional sales forces. Other factors may include but are not limited to: overall ratings from internal (other than investment banking) or external parties and the general productivity and revenue generated in covered stocks.

© 2018 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.                                                   RAYMOND JAMES®

**International Headquarters:**  The Raymond James Financial Center  |  880 Carillon Parkway  |  St. Petersburg, Florida 33716  |  800-248-8863                        5

Confidential                                                                                                                              APL-SECLIT_00002105

The views expressed in this report accurately reflect the personal views of the analyst(s) covering the subject securities. No part of said person's compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this research report. In addition, said analyst has not received compensation from any subject company in the last 12 months.

## Ratings and Definitions

**Raymond James & Associates (U.S.) definitions**

**Strong Buy (SB1)**  Expected to appreciate, produce a total return of at least 15%, and outperform the S&P 500 over the next six to 12 months. For higher yielding and more conservative equities, such as REITs and certain MLPs, a total return of at least 15% is expected to be realized over the next 12 months.
**Outperform (MO2)**  Expected to appreciate and outperform the S&P 500 over the next 12-18 months. For higher yielding and more conservative equities, such as REITs and certain MLPs, an Outperform rating is used for securities where we are comfortable with the relative safety of the dividend and expect a total return modestly exceeding the dividend yield over the next 12-18 months.
**Market Perform (MP3)**  Expected to perform generally in line with the S&P 500 over the next 12 months.
**Underperform (MU4)**  Expected to underperform the S&P 500 or its sector over the next six to 12 months and should be sold.
**Suspended (S)**  The rating and price target have been suspended temporarily.  This action may be due to market events that made coverage impracticable, or to comply with applicable regulations or firm policies in certain circumstances, including when Raymond James may be providing investment banking services to the company.  The previous rating and price target are no longer in effect for this security and should not be relied upon.

**Raymond James Ltd. (Canada) definitions**

**Strong Buy (SB1)**  The stock is expected to appreciate and produce a total return of at least 15% and outperform the S&P/TSX Composite Index over the next six months.
**Outperform (MO2)**  The stock is expected to appreciate and outperform the S&P/TSX Composite Index over the next twelve months.
**Market Perform (MP3)**  The stock is expected to perform generally in line with the S&P/TSX Composite Index over the next twelve months and is potentially a source of funds for more highly rated securities.
**Underperform (MU4)**  The stock is expected to underperform the S&P/TSX Composite Index or its sector over the next six to twelve months and should be sold.

**Raymond James Europe (Raymond James Euro Equities SAS & Raymond James Financial International Limited) rating definitions**

**Strong Buy (1)**  Expected to appreciate, produce a total return of at least 15%, and outperform the Stoxx 600 over the next 6 to 12 months.
**Outperform (2)**  Expected to appreciate and outperform the Stoxx 600 over the next 12 months.
**Market Perform (3)**  Expected to perform generally in line with the Stoxx 600 over the next 12 months.
**Underperform (4)**  Expected to underperform the Stoxx 600 or its sector over the next 6 to 12 months.
**Suspended (S)**  The rating and target price have been suspended temporarily. This action may be due to market events that made coverage impracticable, or to comply with applicable regulations or firm policies in certain circumstances, including when Raymond James may be providing investment banking services to the company. The previous rating and target price are no longer in effect for this security and should not be relied upon.

In transacting in any security, investors should be aware that other securities in the Raymond James research coverage universe might carry a higher or lower rating.  Investors should feel free to contact their Financial Advisor to discuss the merits of other available investments.

### Rating Distributions

|  | Coverage Universe Rating Distribution* | | | Investment Banking Distribution | | |
|---|---|---|---|---|---|---|
|  | RJA | RJL | RJEE/RJFI | RJA | RJL | RJEE/RJFI |
| **Strong Buy and Outperform (Buy)** | 57% | 70% | 50% | 23% | 32% | 0% |
| **Market Perform (Hold)** | 39% | 26% | 36% | 11% | 11% | 0% |
| **Underperform (Sell)** | 4% | 4% | 14% | 5% | 25% | 0% |

* Columns may not add to 100% due to rounding.

### Suitability Ratings (SR)

**Medium Risk/Income (M/INC)**  Lower to average risk equities of companies with sound financials, consistent earnings, and dividend yields above that of the S&P 500. Many securities in this category are structured with a focus on providing a consistent dividend or return of capital.
**Medium Risk/Growth (M/GRW)**  Lower to average risk equities of companies with sound financials, consistent earnings growth, the potential for long-term price appreciation, a potential dividend yield, and/or share repurchase program.

Confidential                                                                                                                                              APL-SECLIT_00002106

**High Risk/Income (H/INC)**  Medium to higher risk equities of companies that are structured with a focus on providing a meaningful dividend but may face less predictable earnings (or losses), more leveraged balance sheets, rapidly changing market dynamics, financial and competitive issues, higher price volatility (beta), and potential risk of principal. Securities of companies in this category may have a less predictable income stream from dividends or distributions of capital.

**High Risk/Growth (H/GRW)**  Medium to higher risk equities of companies in fast growing and competitive industries, with less predictable earnings (or losses), more leveraged balance sheets, rapidly changing market dynamics, financial or legal issues, higher price volatility (beta), and potential risk of principal.

**High Risk/Speculation (H/SPEC)**  High risk equities of companies with a short or unprofitable operating history, limited or less predictable revenues, very high risk associated with success, significant financial or legal issues, or a substantial risk/loss of principal.

## Raymond James Relationship Disclosures

Raymond James expects to receive or intends to seek compensation for investment banking services from the subject companies in the next three months.

| Company Name | Disclosure |
|---|---|
| Apple Inc. | Raymond James & Associates makes a market in shares of AAPL. |

## Stock Charts, Target Prices, and Valuation Methodologies

**Valuation Methodology:**  The Raymond James methodology for assigning ratings and target prices includes a number of qualitative and quantitative factors including an assessment of industry size, structure, business trends and overall attractiveness; management effectiveness; competition; visibility; financial condition, and expected total return, among other factors. These factors are subject to change depending on overall economic conditions or industry- or company-specific occurrences.

**Target Prices:** The information below indicates our target price and rating changes for AAPL stock over the past three years.



**Valuation Methodology:** We value AAPL shares using three distinct methodologies including a discounted cash flow valuation, a comparison to a broad range of peer groups, and a a P/E and earnings growth comparison to the S&P 500.

## Risk Factors

**General Risk Factors:** Following are some general risk factors that pertain to the businesses of the subject companies and the projected target prices and recommendations included on Raymond James research: (1) Industry fundamentals with respect to customer demand or product / service pricing could change and adversely impact expected revenues and earnings; (2) Issues relating to major competitors or market shares or new product expectations could change investor attitudes toward the sector or this stock; (3) Unforeseen developments with respect to the management, financial condition or accounting policies or practices could alter the prospective valuation; or (4) External factors that affect the U.S. economy, interest rates, the U.S. dollar or major segments of the economy could alter investor confidence and investment prospects.

© 2018 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.
**International Headquarters:**  The Raymond James Financial Center | 880 Carillon Parkway | St. Petersburg, Florida 33716 | 800-248-8863

RAYMOND JAMES®

7

Confidential · APL-SECLIT_00002107

International investments involve additional risks such as currency fluctuations, differing financial accounting standards, and possible political and economic instability.

**Specific Investment Risks Related to the Industry or Issuer**

**Company-Specific Risks for Apple Inc.**

**Rapid Technology Evolution**
Historically, the global consumer electronics and computer hardware business has been characterized by aggressive price cutting, with resulting downward pressure on gross margins, frequent introduction of new products, short product life cycles, evolving industry standards, continual improvement in product price/performance characteristics, rapid adoption of technological and product advancements by competitors, and price sensitivity on the part of consumers.

**New Product Adoption**
Apple's current dominance in the world of consumer electronics has been largely the result of a five-year run of developing hit products beginning with the first iteration of the iPhone in 2007, which was followed by the iPad in 2010. Relying on its strong margins from hardware sales, Apple is at risk should new products not create excitement in the market and fail to support premium prices. Apple relies on its carrier partners to subsidize the purchasing price of iPhones in order to maintain competitiveness vs. alternative hardware providers. In markets that lack subsidies, Apple's iPhone penetration is drastically reduced.

**Defense of Intellectual Property**
Apple maintains significant investments in research and development to ensure its premium market position across product categories. As a result, it holds a significant number of patents and copyrights and has registered and/or has applied to register numerous patents, trademarks and service marks. By contrast, many of the Apple's competitors seek to compete primarily through aggressive pricing and very low cost structures. If Apple is unable to protect its intellectual property from cooption by competitors, Apple's ability to maintain a competitive advantage could be negatively affected. Conversely, many of Apple's products include third-party intellectual property, which requires licenses from those third parties. Based on past experience and industry practice, those licenses have been obtained on reasonable terms. There is however no assurance that the necessary licenses could be obtained on acceptable terms or at all.

**Pricing Structure**
Apple is unique in that it designs and develops nearly the entire solution for its products, including the hardware, operating system, numerous software applications, and related services. Conversely, many of its competitors rely on Google's Android as a "free" (subject to various IP royalties) operating system allowing them to focus on hardware specifications and offer aggressive pricing.

**Global Supply Chain**
Apple is subject to a global supply chain and relies on contract manufacturers for most of its production. Working conditions at contract manufacturers in places like China have brought negative attention and may be a source of negative customer perception to its products in the future. Other risks to its supply chain may be the result of too much demand and limited component availability leading to delayed product shipments, risks associated with currency volatility, and risks associated with stability of sovereign governments.

**Additional Risk and Disclosure information**, as well as more information on the Raymond James rating system and suitability categories, is available at rjcapitalmarkets.com/Disclosures/index. Copies of research or Raymond James' summary policies relating to research analyst independence can be obtained by contacting any Raymond James & Associates or Raymond James Financial Services office (please see raymondjames.com for office locations) or by calling 727-567-1000, toll free 800-237-5643 or sending a written request to the Equity Research Library, Raymond James & Associates, Inc., Tower 3, 6th Floor, 880 Carillon Parkway, St. Petersburg, FL 33716.

*For clients in the United Kingdom:*

**For clients of Raymond James Financial International Limited (RJFI):** This document and any investment to which this document relates is intended for the sole use of the persons to whom it is addressed, being persons who are Eligible Counterparties or Professional Clients as described in the FCA rules or persons described in Articles 19(5) (Investment professionals) or 49(2) (High net worth companies, unincorporated associations etc) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (as amended) or any other person to whom this promotion may lawfully be directed. It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons and may not be relied upon by such persons and is therefore not intended for private individuals or those who would be classified as Retail Clients.

**For clients of Raymond James Investment Services, Ltd.:** This report is for the use of professional investment advisers and managers and is not intended for use by clients.

For purposes of the Financial Conduct Authority requirements, this research report is classified as independent with respect to conflict of interest management. RJFI, and Raymond James Investment Services, Ltd. are authorised and regulated by the Financial Conduct Authority in the United Kingdom.

*For clients in France:*

This document and any investment to which this document relates is intended for the sole use of the persons to whom it is addressed, being persons who are Eligible Counterparties or Professional Clients as described in "Code Monétaire et Financier" and Règlement Général de l'Autorité des Marchés Financiers. It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons and may not be relied upon by such persons and is therefore not intended for private individuals or those who would be classified as Retail Clients.

**For clients of Raymond James Euro Equities:** Raymond James Euro Equities is authorised and regulated by the Autorité de Contrôle Prudentiel et de Résolution and the Autorité des Marchés Financiers.

*For institutional clients in the European Economic Area (EEA) outside of the United Kingdom:*

This document (and any attachments or exhibits hereto) is intended only for EEA institutional clients or others to whom it may lawfully be submitted.

*For Canadian clients:*

This report is not prepared subject to Canadian disclosure requirements, unless a Canadian analyst has contributed to the content of the report.  In the case where there is Canadian analyst contribution, the report meets all applicable IIROC disclosure requirements.

**Proprietary Rights Notice:** By accepting a copy of this report, you acknowledge and agree as follows:

This report is provided to clients of Raymond James only for your personal, noncommercial use. Except as expressly authorized by Raymond James, you may not copy, reproduce, transmit, sell, display, distribute, publish, broadcast, circulate, modify, disseminate or commercially exploit the information contained in this report, in printed, electronic or any other form, in any manner, without the prior express written consent of Raymond James. You also agree not to use the information provided in this report for any unlawful purpose.

This report and its contents are the property of Raymond James and are protected by applicable copyright, trade secret or other intellectual property laws (of the United States and other countries). United States law, 17 U.S.C. Sec.501 et seq, provides for civil and criminal penalties for copyright infringement. No copyright claimed in incorporated U.S. government works.

© 2018 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

**International Headquarters:** The Raymond James Financial Center | 880 Carillon Parkway | St. Petersburg, Florida 33716 | 800-248-8863

RAYMOND JAMES®

9

Confidential                                                                                                    APL-SECLIT_00002109