# EXHIBIT 77

This report is intended solely for mattblake@apple.com

EQUITY RESEARCH



## RBC Capital Markets

RBC Capital Markets, LLC
**Amit Daryanani, CFA**
(Analyst)
(415) 633-8659
amit.daryanani@rbccm.com
**Amitesh Bajad** (Senior Associate)
(415) 633-8795
amitesh.bajad@rbccm.com

**Irvin Liu** (AVP)
(415) 633-8539
irvin.liu@rbccm.com

November 1, 2018

# Apple Inc.

## Privacy Commitment Now Extends To iPhone Unit Disclosure Apparently

**Sector: IT Hardware**

### Outperform
NASDAQ: AAPL; USD 222.22

**Price Target USD 240.00** ↓ 250.00

**Our view:** AAPL reported Sep-qtr revenue/EPS of $62.9B/$2.91 vs. Street estimates of $61.5B/$2.78.

**Key points:**

**All You Need to Know:** AAPL reported modest upside to Sept-qtr results with no notable slowdown from China as better iPhone ASP's and stable GM's enabled revenue and EPS upside vs. expectations. *The disappointment from this print will be A) their decision to stop providing iPhone units/ASP information going forward and B) Dec-qtr gross-margin guide was underwhelming* vs. expectations given memory tailwinds. Positively, the underlying revenue narrative remains – AAPL is seeing better revenues trends driven by strong ASPs (+28%), stable iPhone units (+2%) and sustained services growth (+27% ex 1x $640M adjustment). Furthermore, gross-margins have potential to inflect higher through FY19 as memory tailwinds and product ramp inefficiencies start to ease (along with f/x headwinds abating). **Net/Net:** We are sticking with our OP rating, but concede the bull thesis is more diluted given risk that AAPL's desire to stop providing iPhone unit disclosures is an attempt to hide unit declines going forward (will take a while to prove/disprove this). Maintain OP but adjusting our target to $240.

**Quarter Review:** Sep-qtr revenue/EPS were slightly above expectations driven by better than expected iPhone revenues (ASP increase of +10% y/y), strong Services performance (+17%), and Others segment (+ 31% y/y). Gross-margins of 38.3% were in line with guide. Overall revenues/EPS came at $62.9B/ $2.91 vs. Street at $61.5B/$2.78.

- **iPhone:** AAPL reported iPhone units of 46.9 million and blended ASPs at $793 was up 9.5% y/y). Strong ASP were likely on account of iPhone XS/XS Max sales.
- **iPad:** Apple reported total units of 9.7M (down -5.0% y/y) and blended ASPs down -10% y/y up 3% q/q ($422/unit). Half of iPad sales were to new customers indicating healthy install base growth.
- **Mac:** Mac units came in at 5.3M with Mac ASPs up 5.1%y/y at $1,399unit. Overall, the y/y unit decrease of -1.6% y/y. New Mac product launches could stem the declines seen recently in the business.
- **Services:** AAPL reported services sales of $10.0B (+17% y/y). Services results benefited by strong App Store, Apple Music, ApplePay and iCloud performance, in addition to growing install base which was up double digits.

**Guidance:** AAPL guided Dec-qtr to $89-93Bn revenue, 38.0%-38.5% gross margins (down ~10-15bps y/y at mid-point), $8.70-8.80Bn in opex, $300M in interest income, tax rate of 16.5% or implied EPS of $4.61 (Street at $92.9B/$4.92). Guidance represents +3% y/y revenue growth at the mid-point. We estimate Dec-qtr iPhone units at 77.3 (flat y/y).

#### WHAT'S INSIDE

| | |
|---|---|
| ☐ Rating/Risk Change | ☑ Price Target Change |
| ☐ In-Depth Report | ☑ Est. Change |
| ☐ Preview | ☑ News Analysis |

#### Scenario Analysis*

| Downside Scenario | Current Price | Price Target | Upside Scenario |
|---|---|---|---|
| 170.00 ↓ 22% | 222.22 | 240.00 ↑ 9% | 270.00 ↑ 23% |

*Implied Total Returns

#### Key Statistics
| | | | |
|---|---|---|---|
| Shares O/S (MM): | 4,926.6 | Market Cap (MM): | 1,094,789 |
| Dividend: | 2.28 | Yield: | 1.0% |
| BVPS: | 23.78 | P/BVPS: | 9.34x |
| | | Avg. Daily Volume: | 34,731,556 |

#### RBC Estimates

| FY Sep | 2016A | 2017A | 2018A | 2019E |
|---|---|---|---|---|
| EPS, Ops Diluted | 8.28 | 9.19 | 11.87 | 13.32 |
| Prev. | | | 11.75 | 13.77 |
| P/E | 26.8x | 24.2x | 18.7x | 16.7x |
| Revenue | 215.6 | 229.2 | 265.6 | 280.7 |
| Prev. | | | 264.9 | 286.4 |

| EPS, Ops Diluted | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2018 | 3.89A | 2.73A | 2.34A | 2.91A |
| Prev. | | | | 2.80E |
| 2019 | 4.66E | 3.03E | 2.55E | 3.08E |
| Prev. | 4.94E | 3.16E | 2.56E | 3.11E |
| Revenue | | | | |
| 2018 | 88.3A | 61.1A | 53.3A | 62.9A |
| Prev. | | | | 62.2E |
| 2019 | 91.7E | 65.5E | 58.0E | 65.5E |
| Prev. | 95.2E | 66.2E | 57.9E | 67.2E |

All values in USD unless otherwise noted.

---

Disseminated: Nov 1, 2018 21:35ET; Produced: Nov 1, 2018 21:35ET

Priced as of prior trading day's market close, EST (unless otherwise noted).

**For Required Conflicts Disclosures, see Page 22.**

APL-SECLIT_00001880

This report is intended solely for mattblake@apple.com



**RBC Capital Markets**

IT Hardware
Apple Inc.

## Target/Upside/Downside Scenarios

Exhibit 1: Apple Inc.



Source: Bloomberg and RBC Capital Markets estimates for Upside/Downside/Target

### Target price/base case
With $126B+ in net cash, we believe the stock is undervalued at these levels. From a product perspective, we believe the company can continue to gain share in both the tablet and smartphone space. Our base case of $240/share is based on ~18x FY19E EPS ($13.32) as AAPL benefits from strong FCF generation, ability for outsized capital allocation and a growing iOS install base that generates sustained Services growth.

### Upside scenario
In our upside scenario of $270, we see Apple's services growing at a faster-than-anticipated rate and lifting company gross margins above the 40% level. In this scenario, we believe the stock deserves to be valued higher, as EPS growth expansion would likely outpace revenue growth for the company over the next several years. In this scenario, we believe many investor concerns would be quelled, causing the stock price to move above our current price target.

### Downside scenario
In our downside scenario of $170, the company begins to lose market share in both the smartphone and tablet markets. These two product lines generate the bulk of Apple's revenue and EPS. If new competitors impinge on the company's current market share, we believe the financial model would become increasingly difficult to maintain.

## Investment summary

**Themes.** We believe AAPL's current stock price creates an attractive entry point for investors to benefit from its ability to generate revenue and EPS growth in FY18. We believe multiple catalysts remain as the company benefits from: 1) iPhone ramps; 2) Mac/iPad refresh cycle; 3) potential iTV launch or other major product lines; and 4) improvements in capital allocation policy. We believe the fundamental reality remains that AAPL's valuation is materially sub-par to what we anticipate is its long-term revenue and EPS potential.

**It's the Ecosystem, Not Just Hardware.** We believe AAPL's true differentiation is its unique computing ecosystem: iOS. iOS provides users with an integrated, scalable, and seamless experience across multiple devices, which we believe will be difficult for competitors to replicate in scale. Simplistically, the scale of users attracts application developers, which in turn bolsters the number of users. We believe this cycle results in a captive consumer base that transitions more data and usage via iOS on Apple devices.

**Vertical Integration.** While the benefits of integrating and developing hardware and software simultaneously are well recognized with Apple, we believe another byproduct of this is that Apple is able to pursue a substantially larger profit pool vs. any of its peers. Simplistically, rather than just targeting the hardware layer, AAPL is able to capture incremental profits by also being the OS developer, processor manufacturer, and in some instances the retailer of the product.

**Multiple Levers in Place.** We believe AAPL has multiple levers ahead of it that should drive further revenue acceleration. Notably, we believe emerging markets penetration will remain a key and material revenue driver for the company over the next several years. Furthermore, we believe success and growth in Enterprise markets will open up a stickier and higher-margin segment. Finally, we believe new products (such as an iTV) could further expand AAPL's revenue opportunity and profit potential.

November 1, 2018

**Amit Daryanani, CFA** (415) 633-8659; amit.daryanani@rbccm.com    2

This report is intended solely for mattblake@apple.com

 **RBC Capital Markets**

# Apple Earnings Update

**ALL YOU NEED TO KNOW:** AAPL reported modest upside to Sept-qtr results with no notable slowdown from China as better iPhone ASP's and stable GM's enabled both revenue and EPS upside vs. expectations. The disappointment from this print will be A) their decision to stop providing iPhone units/ASP information going forward and B) Dec-qtr gross-margin guide was broadly underwhelming vs. expectations given ongoing memory tailwinds. Positively, the underlying revenue narrative remains – AAPL is seeing better revenues trends driven by strong ASPs (+28%), stable iPhone units (+2%) and sustained services growth (+27% ex 1x $640M adjustment). Furthermore, gross-margins have the potential to inflect higher through FY19 as memory tailwinds and product ramp inefficiencies start to ease (along with potential f/x headwinds abating). **Net/Net:** We are sticking with our OP rating, but do think the bull thesis is more diluted given risk that AAPL's desire stop providing iPhone unit disclosures is an attempt to hide iPhone unit declines going forward. Maintain OP but adjusting our rating to $240.

**Quarter Review:** Sep-qtr revenue/EPS were slightly above expectations driven by better than expected iPhone revenues (ASP increase of +10% y/y), strong Services performance (+ 17.4%), and Others segment (+ 31.0% y/y). Gross-margins of 38.3% were in line with guide of 38.0%-38.5%. Overall revenues/EPS came at $62.9B/ $2.91 vs. Street at $61.5B/$2.78. From a geographic basis, Greater China reported 16.4% y/y revenue growth, The Americas region increased 19.1% y/y, Europe grew 18.2% y/y, Asia Pacific was up 21.9% and Japan reported 33.8% y/y growth in revenue.

**iPhone:** AAPL reported iPhone total units of 46.9 million and blended ASPs at $793 was up 9.5% y/y). Strong iPhone ASP were likely on account of benefit of iPhone XS/XS Max sales.

**iPad:** Apple reported total units of 9.7M (down -5.0% y/y) and blended ASPs down -10% y/y up 3% q/q  ($422/unit). Half of iPad sales were to new customers indicating healthy install base growth. iPad's US market share grew to 68% vs. 54% last year.

**Mac:** Mac units came in at 5.3M with Mac ASPs up 5.1%y/y at $1,399unit. Overall, the y/y unit decrease of -1.6% y/y. New Mac product launches could stem the declines seen recently in the business.

**Services:** AAPL reported strong services sales of $10.0B (+ 17.4% y/y). Adjusted for ~$640MM adjustment last year Services performance was even more impressive and increased by 27% y/y. Services results was benefited by strong App Store, Apple Music, ApplePay and iCloud performance, in addition to AAPL's growing install base which was up double digits (AAPL noted 1.3B devices in Jan). Paid subscriptions reached 330 million or up 50% y/y in Sep-qtr.

**Guidance:** AAPL guided Dec-qtr to $89-93Bn revenue, 38.0%-38.5% gross margins (down ~10-15bps y/y at mid-point), $8.70-8.80Bn in opex, $300M in interest income, tax rate of 16.5% or implied EPS of $4.61 (Street at $92.9B/$4.92). Guidance represents +3% y/y revenue growth at the mid-point. We estimate Dec-qtr iPhone units at 77.3 (flat y/y).

Amit Daryanani, CFA (415) 633-8659; amit.daryanani@rbccm.com

Confidential

This report is intended solely for mattblake@apple.com



# RBC Capital Markets

**IT Hardware**
**Apple Inc.**

## Exhibit 2: New Apple Financial and Unit Projections

| $ in Millions | Mar-16A | Jun-16A | Sept-16A | Dec-16A | Mar-17A | Jun-17A | Sept-17A | Dec-17A | Mar-18A | Jun-18A | Sept-18A | Dec-18E | CY16 | CY17 | CY18 | FY16 | FY17 | FY18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revs | $50,557 | $42,358 | $46,852 | $78,351 | $52,896 | $45,408 | $52,579 | $88,293 | $61,137 | $53,265 | $62,900 | $91,697 | $218,118 | $239,176 | $247,417 | $215,639 | $229,234 | $265,595 |
| EPS | $1.90 | $1.42 | $1.67 | $3.36 | $2.10 | $1.67 | $2.07 | $3.89 | $2.73 | $2.34 | $2.91 | $4.66 | $8.35 | $9.72 | $10.35 | $8.28 | $9.19 | $11.87 |
| Gross Margin | 39.4% | 38.0% | 38.0% | 38.5% | 38.9% | 38.5% | 37.9% | 38.4% | 38.3% | 38.3% | 38.3% | 38.3% | 38.5% | 38.4% | 38.3% | 39.1% | 38.5% | 38.3% |
| Operating Margin | 27.7% | 23.9% | 25.1% | 29.8% | 26.7% | 23.7% | 25.0% | 29.8% | 26.0% | 23.7% | 25.6% | 28.7% | 27.1% | 26.9% | 27.6% | 27.8% | 26.8% | 26.7% |

| Units (000's) | Mar-16A | Jun-16A | Sept-16A | Dec-16A | Mar-17A | Jun-17A | Sept-17A | Dec-17A | Mar-18A | Jun-18A | Sept-18A | Dec-18E | CY16 | CY17 | CY18 | FY16 | FY17 | FY18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| iPhone | 51,193 | 40,399 | 45,513 | 78,290 | 50,763 | 41,026 | 46,677 | 77,316 | 52,217 | 41,300 | 46,889 | 77,316 | 215,395 | 215,782 | 217,236 | 211,884 | 216,756 | 217,722 |
| iPad | 10,251 | 9,950 | 9,267 | 13,081 | 8,922 | 11,424 | 10,326 | 13,170 | 9,113 | 11,553 | 9,699 | 13,302 | 42,549 | 43,842 | 44,033 | 45,590 | 43,753 | 43,535 |
| Total Mac Units | 4,034 | 4,252 | 4,886 | 5,374 | 4,199 | 4,292 | 5,386 | 5,112 | 4,078 | 3,720 | 5,299 | 4,856 | 18,546 | 18,989 | 18,868 | 18,484 | 19,251 | 18,209 |

| ASP | Mar-16A | Jun-16A | Sept-16A | Dec-16A | Mar-17A | Jun-17A | Sept-17A | Dec-17A | Mar-18A | Jun-18A | Sept-18A | Dec-18E | CY16 | CY17 | CY18 | FY16 | FY17 | FY18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| iPhone | $642 | $595 | $619 | $695 | $655 | $606 | $618 | $796 | $728 | $724 | $793 | $805 | $638 | $669 | $687 | $637 | $643 | $760 |
| iPad | $430 | $490 | $459 | $423 | $436 | $435 | $468 | $445 | $451 | $410 | $422 | $432 | $451 | $446 | $450 | $455 | $440 | $432 |
| Mac Units | $1,266 | $1,232 | $1,175 | $1,348 | $1,392 | $1,303 | $1,331 | $1,349 | $1,434 | $1,433 | $1,399 | $1,365 | $1,255 | $1,344 | $1,354 | $1,236 | $1,343 | $1,404 |

Source: RBC Capital Markets estimates and company filings.

## Exhibit 3: Review of Previous Apple Financial and Unit Projections

| $ in Millions | Mar-16A | Jun-16A | Sept-16A | Dec-16A | Mar-17A | Jun-17A | Sept-17A | Dec-17A | Mar-18A | Jun-18A | Sept-18A | Dec-18E | CY16 | CY17 | CY18 | FY16 | FY17 | FY18E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revs | $50,557 | $42,358 | $46,852 | $78,351 | $52,896 | $45,408 | $52,579 | $88,293 | $61,137 | $53,265 | $62,219 | $95,186 | $218,118 | $239,176 | $247,417 | $215,639 | $229,234 | $264,914 |
| EPS | $1.90 | $1.42 | $1.67 | $3.36 | $2.10 | $1.67 | $2.07 | $3.89 | $2.73 | $2.34 | $2.80 | $4.94 | $8.35 | $9.72 | $10.35 | $8.28 | $9.19 | $11.75 |
| Gross Margin | 39.4% | 38.0% | 38.0% | 38.5% | 38.9% | 38.5% | 37.9% | 38.4% | 38.3% | 38.3% | 38.3% | 38.8% | 38.5% | 38.4% | 38.3% | 39.1% | 38.5% | 38.3% |
| Operating Margin | 27.7% | 23.9% | 25.1% | 29.8% | 26.7% | 23.7% | 25.0% | 29.8% | 26.0% | 23.7% | 25.2% | 29.6% | 27.1% | 26.9% | 27.6% | 27.8% | 26.8% | 26.6% |

| Units (000's) | Mar-16A | Jun-16A | Sept-16A | Dec-16A | Mar-17A | Jun-17A | Sept-17A | Dec-17A | Mar-18A | Jun-18A | Sept-18A | Dec-18E | CY16 | CY17 | CY18 | FY16 | FY17 | FY18E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| iPhone | 51,193 | 40,399 | 45,513 | 78,290 | 50,763 | 41,026 | 46,677 | 77,316 | 52,217 | 41,300 | 47,611 | 79,635 | 215,395 | 215,782 | 217,236 | 211,884 | 216,756 | 218,444 |
| iPad | 10,251 | 9,950 | 9,267 | 13,081 | 8,922 | 11,424 | 10,326 | 13,170 | 9,113 | 11,553 | 9,810 | 13,302 | 42,549 | 43,842 | 44,033 | 45,590 | 43,753 | 43,646 |
| Total Mac Units | 4,034 | 4,252 | 4,886 | 5,374 | 4,199 | 4,292 | 5,386 | 5,112 | 4,078 | 3,720 | 5,117 | 5,214 | 18,546 | 18,989 | 18,868 | 18,484 | 19,251 | 18,027 |

| ASP | Mar-16A | Jun-16A | Sept-16A | Dec-16A | Mar-17A | Jun-17A | Sept-17A | Dec-17A | Mar-18A | Jun-18A | Sept-18A | Dec-18E | CY16 | CY17 | CY18 | FY16 | FY17 | FY18E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| iPhone | $642 | $595 | $619 | $695 | $655 | $606 | $618 | $796 | $728 | $724 | $750 | $815 | $638 | $669 | $687 | $637 | $643 | $750 |
| iPad | $430 | $490 | $459 | $423 | $436 | $435 | $468 | $445 | $451 | $410 | $463 | $443 | $451 | $446 | $450 | $455 | $440 | $442 |
| Mac Units | $1,266 | $1,232 | $1,175 | $1,348 | $1,392 | $1,303 | $1,331 | $1,349 | $1,434 | $1,433 | $1,433 | $1,433 | $1,255 | $1,344 | $1,354 | $1,236 | $1,343 | $1,412 |

Source: RBC Capital Markets estimates and company filings.

November 1, 2018

**Amit Daryanani, CFA** (415) 633-8659; amit.daryanani@rbccm.com   4

APL-SECLIT_00001883

This report is intended solely for mattblake@apple.com

 **RBC Capital Markets**

# iPhone, The Flagship Product

**Product Overview:** Steve Jobs released the first version of the iPhone in January 2007, and sales began in June 2007. Since the release of the original iPhone, sales have grown to represent more than 55% of Apple's total revenue (18% in FY08, 30% in FY09, 39% in FY10, 42% in FY11, 50% in FY12, 53% in FY13, 56% in FY14, 66% in FY15, and 63% in FY16). We believe the gross margins on the iPhone are the highest relative to its other product categories, which should help the company maintain a nearly 40% gross margin profile if sales continue to represent 50%+ of Apple's total revenue. If a superior smartphone arrives that emulates the iPhone experience at a lower price point and begins taking share away from Apple, our positive view on the company could come under scrutiny.

**iPhone Refresh Cycle:** Since the launch of the original iPhone, Apple has updated the product annually (e.g., iPhone 3GS, iPhone 4S and iPhone 5S, iPhone 6S & 6S+) and has redesigned the iPhone every two years (e.g., iPhone 3G, iPhone 4, iPhone 5, iPhone 6 & 6+, iPhone 7 & 7+). In our view, consumers are becoming aware of the product cycle and we believe this should cause increased seasonality in the product as consumers await updated and fully remade iPhones. Notably, in the most recent quarter the Company sold 46.9M iPhone units representing a 0.5% y/y increase.

**North American Carrier Availability:** During the tail end of CY10, the investment community began to wonder when Apple would add a new carrier in the United States, as at that time AT&T was the sole carrier and consumers were becoming frustrated by the lack of carrier choices. In February 2011, Verizon began carrying the iPhone and units have since ramped at both carriers. Finally, all four major US carriers (AT&T, Verizon, Sprint and T-Mobile) all carry the iPhone at this time.

Confidential                                                                  APL-SECLIT_00001884

This report is intended solely for mattblake@apple.com



**RBC Capital Markets**

### Exhibit 4: Evolution of the standard iPhone

| Release Date | Product | Selected Features | RBC iPhone Commentary |
|---|---|---|---|
| Jun-29-2007 | iPhone | **Storage:** 4, 8 or 16GB<br>**Graphics:** PowerVR MBX Lite 3D GPU<br>**Connectivity:** Quad band GSM/GPRS/EDGE<br>**Memory:** 128 MB DRAM<br>**Display:** 480 × 320 px (HVGA) at 163 ppi<br>**CPU Core:** 620 MHz ARM 1176JZ(F)-S | Apple's first attempt at entering the smartphone competitive landscape. Sold roughly 6M units before the launch of the iPhone 3G |
| Jul-11-2008 | iPhone 3G | **Storage:** 8 or 16GB<br>**Graphics:** PowerVR MBX Lite 3D GPU<br>**Connectivity:** Tri-band 3.6 Mbit/s UMTS/HSDPA and original iPhone capabilities<br>**Memory:** 128 MB DRAM<br>**Display:** 480 × 320 px (HVGA) at 163 ppi | With 3G capabilities adoption begins and Apple sells ~7M units in its first quarter |
| Jun-19-2009 | iPhone 3GS | **Storage:** 8, 16 or 32GB<br>**Graphics:** PowerVR SGX535 GPU<br>**Connectivity:** 7.2 Mbit/s HSDPA and original capabilities on the iPhone 3G<br>**CPU Core:** 833 MHz ARM Cortex-A8 **Memory:** 256MB DRAM<br>**Display:** 480 × 320 px (HVGA) at 163 ppi | iPhone represents 30% of revenue for Apple's FY09 (20.7M units sold). Record 8.7M units sold in the Dec-10 quarter |
| Jun-24-2010 | iPhone 4 | **Storage:** 8, 16 or 32GB<br>**Graphics:** PowerVR SGX535 GPU<br>**Connectivity:** 5.76 Mbit/s HSUPA, UMTS/HSDPA at 800 and 900 MHz and original capabilities on the iPhone 3GS<br>**CPU Core:** 1 GHz Apple A4 **Memory:** 512MB DRAM<br>**Display:** 960 × 640 px at 326 ppi | iPhone now available with Verizon beginning in February 2011. ~40M units are sold in FY10 and the iPhone now represents ~40% of AAPL's revenue |
| Oct-14-2011 | iPhone 4S | **Storage:** 16, 32 or 64GB<br>**Graphics:** PowerVR SGX543MP2 GPU<br>**Connectivity:** 14.4 Mbit/s HSDPA and original capabilities on the iPhone 4 (Combined GSM/CDMA)<br>**CPU Core:** 1 GHz Dual-core Apple A5 **Memory:** 512MB DRAM<br>**Display:** 960 × 640 px at 326 ppi | Record iPhone sales with 37M units sold in the Dec-11 quarter. Sprint added as a Carrier in the Dec-qtr and sells just under 2M units |
| Sep-21-2012 | iPhone 5 | **Storage:** 16, 32 or 64GB<br>**Connectivity:** GPRS, EDGE, EV-DO, HSPA, HSPA+, DC-HSDPA and LTE, original iPhone 4s capabilities<br>**Display:** 1136 × 640 px at 326 ppi<br>**CPU Core:** A6 - 2x faster CPU and graphics to compared to A5<br>**New Features:** Earpods, connector | Shipped on September 21st in the US, Canada, UK, Germany, France, Australia, Japan, Hong Kong and Singapore. Sold 47.8M iPhones in Dec-12 quarter. |
| Sep-20-2013 | iPhone 5S | **Storage:** 16, 32 or 64GB<br>**Display:** 1136-by-640-pixel resolution at 326 ppi, TouchID<br>**CPU Core:** Apple A7 Chip with 64-bit architecture<br>**Other New Features:** M7 motion coprocessor, Slow Motion video, True Tone Flash, Burst Mode | Available in the US, Australia, Canada, China, France, Germany, Hong Kong, Japan, Puerto Rico, Singapore and the UK on Friday, September 20 |

Source: RBC Capital Markets, Company website and reports

Amit Daryanani, CFA (415) 633-8659; amit.daryanani@rbccm.com    6

This report is intended solely for mattblake@apple.com



## RBC Capital Markets

IT Hardware
Apple Inc.

**Exhibit 4: Evolution of the standard iPhone (continued)**

| Release Date | Product | Selected Features | RBC iPhone Commentary |
|---|---|---|---|
| Sep-19-2014 | iPhone 6 | **Storage:** 16GB, 64GB, 128GB<br>**Display:** 4.7" is 1334x750 pixel (326ppi)<br>**CPU Core:** 64-bit A8x chip (2B transistors)<br>**Other New Features:** M8 motion coprocessor, Slow Motion video enhancements, improved battery life | Available in 115 countries by the end of the year and will come in gold, silver and space grey |
| Sep-25-2015 | iPhone 6S | **Storage:** 16GB, 64GB, 128GB<br>**Display:** 4.7" is 1334x750 pixel (326ppi)<br>**CPU Core:** 64-bit A9 chip<br>**Other New Features:** 3D Touch, M9 motion coprocessor, Live Photos, Improved 12MP Camera | Shipped on September 25, 2015. Features 3D Touch technology, Live Photos functionality, and new Rose Gold color |
| Sep-16-2016 | iPhone 7 | **Storage:** 32GB, 128GB, 256GB<br>**Display:** 4.7" is 1334x750 pixel (326ppi)<br>**CPU Core:** 64-bit A10 Fusion chip w/embedded coprocessor<br>**Other New Features:** Touch-sensitive home button, improved FaceTime Camera, water resistant, Improved battery life | Available in 28 countries on September 16th. Will be shipped with iOS 10, EarPods with Lightning Connector, and Lightning to 3.5mm Adapter |
| Sep-22-2017 | iPhone 8 | **Storage:** 64GB, 256GB<br>**Display:** 4.7" is 1334x750 pixel (326ppi)<br>**CPU Core:** 64-bit A11 Bionic chip w/embedded coprocessor<br>**Other New Features:** Glass body with aluminum sides, Quad-LED flash, wireless charging, AR capabilities | Available in 29 countries on September 22nd. Will be shipped with iOS 11, EarPods with Lightning Connector, and Lightning to 3.5mm Adapter |
| Oct-26-2018 | iPhone XR | **Storage:** 64GB, 128GB, 256GB<br>**Display:** 6.1" 1792x828 (326ppi)<br>**Other additions:** 12MP Single-lens camera, True-tone display, 3GB RAM | Available on Oct 26 and starts $749. |

Source: RBC Capital Markets, Company website and reports

**Premium iPhone:** On September 12, 2017, the company announced the release of the new premium iPhone with a $799 starting price. Beyond the screen size and price premium, the differences are: 1) 8 Plus has a dual-lens camera with optical zoom and digital zoom up to 10x; 2) longer battery life (8 Plus at 14 hours video vs. 8 at 13 hours); and 3) better screen (8 plus at 400+ pixel density vs. 8 at 326).

November 1, 2018

Amit Daryanani, CFA (415) 633-8659; amit.daryanani@rbccm.com   7

APL-SECLIT_00001886

This report is intended solely for mattblake@apple.com



**RBC Capital Markets**

Exhibit 5: Evolution of the iPhone Plus

| Release Date | Product | Selected Features | RBC iPhone Commentary |
|---|---|---|---|
| Sep-19-2014 | iPhone 6 + | **Storage:** 16GB, 64GB, 128GB **Display:** 5.5" 1920x1080 (401ppi) **Additions:** Improved camera with optical stabilization; Improved battery life (6 Plus at 14 hours video vs. 6 at 11 hours) and (6 plus at 401+pixel density vs. 326ppi for 6). | High-end iPhone featuring longer battery life, improved camera functionality and a 5.5" form factor |
| Sep-25-2015 | iPhone 6S + | **Storage:** 16GB, 64GB, 128GB **Display:** 5.5" 1920x1080 (401ppi) **Additions:** 3D Touch, M9 motion coprocessor, Live Photos, Improved 12MP Camera. | New High-end iPhone 6S Plus features a 5.5" form factor, improved battery life vs. 6S, and image stabilization |
| Sep-16-2016 | iPhone 7 + | **Storage:** 32GB, 128GB, 256GB **Display:** 5.5" 1920x1080 (401ppi) **Additions:** Dual-lens camera, touch-sensitive pressure button, water resistant, longer battery life | New premium iPhone 7 Plus features a a new 12MP camera with both wide-angle and telephoto lenses that offers digital zoom up to 10x |
| Sep-22-2017 | iPhone 8 + | **Storage:** 64GB, 256GB **Display:** 5.5" 1920x1080 (401ppi) **Other additions:** 12MP Dual-lens camera, longer battery life | New premium iPhone 8 Plus features a 12MP camera with both wide-angle and telephoto lenses that offers digital zoom up to 10x in addition to potical zoom. |

Source: RBC Capital Markets, Company website and reports

**OLED iPhone:** On September 12, 2017, the company announced the release of its flagship iPhone, the iPhone X, with a $999 starting price point with contract. The device will feature an edge-to-edge OLED screen and Face ID as a replacement for Touch ID. Face ID will be enabled by a 7MP TrueDepth front-facing camera.

In 2018, AAPL released second generation of OLED iPhone models - iPhone Xs Max (6.5" OLED at $1,099) and iPhone XS (5.8" OLED at $999) and iPhone XR (6.1" LCD @$749). XS/XS Max are available in 64/256/512GB , while XR is available in 64/128/256GB configurations. Different color configurations enable visual differentiation between XS and XR models. All three phones come equipped with: 1) A12 bionic 7nm processor manufactured by TSMC, 2) FaceID, 3) 12MP wide angle camera (dual in XS version). AAPL announced dual sim capabilities, focusing at emerging markets.

This report is intended solely for mattblake@apple.com



**RBC Capital Markets**

IT Hardware
Apple Inc.

Exhibit 6: Evolution of the flagship iPhone

| Release Date | Product | Selected Features | RBC iPhone Commentary |
|---|---|---|---|
| Nov-03-2017 | **iPhone X** | **Storage:** 64GB, 128GB<br>**Display:** 5.8" 2436x1125 pixel (458ppi)<br>**CPU Core:** 64-bit A11 Bionic chip w/embedded coprocessor<br>**Other Features:** Face ID, 12MP dual lens camera, TrueDepth 3-D front facing camera, Animoji, glass body with stainless steel sides | Available on November 3 and starts at $999. Face ID will replace Touch ID. |
| Sep-21-2018 | **iPhone XS** | **Storage:** 64GB, 256GB, 512GB<br>**Display:** 5.8" 2436x1125 pixel (458ppi)<br>**CPU Core:** 64-bit A12 Bionic chip w/embedded coprocessor<br>**Other Features:** Face ID, 12MP dual lens camera, TrueDepth 3-D front facing camera, Super AMOLED capacitive touchscreen, 16M colors, 1080p @60fps, 4GB RAM | Available on September 21 and starts at $999. |
| Sep-21-2018 | **iPhone XS Max** | **Storage:** 64GB, 256GB, 512GB<br>**Display:** 6.5" 2688x1242 pixel (458ppi)<br>**CPU Core:** 64-bit A12 Bionic chip w/embedded coprocessor<br>**Other Features:** Face ID, 12MP dual lens camera, TrueDepth 3-D front facing camera, Super AMOLED capacitive touchscreen, 16M colors, 1080p @60fps, 4GB RAM | Available on September 21 and starts at $1,099. |

Source: RBC Capital Markets, Company website and reports

**Low End iPhone:** On September 10, 2013, the Company announced the release of its first low end iPhone, iPhone 5C, with a $99 starting price point with contract. On March 21, 2016, Apple introduced a new 4-inch iPhone SE with a starting price of $399 without contract. Apple has discontinued low end phones from this year's iPhone lineup.

Exhibit 7: Evolution of the Low-End iPhone

| Release Date | Product | Selected Features | RBC iPhone Commentary |
|---|---|---|---|
| Sep-10-2013 | **iPhone 5C** | **Storage:** 8GB, 16GB, 64GB<br>**Display:** 4" is 1136x640 pixel (326ppi)<br>**CPU Core:** 32-bit A6 chip<br>**Other Features:** 8MP back-side camera and 1.2MP front camera | Available on September 20. |
| Mar-21-2016 | **iPhone SE** | **Storage:** 16GB, 64GB<br>**Display:** 4" is 1136x640 pixel (326ppi)<br>**CPU Core:** 64-bit A9 chip<br>**Other Features:** M9 motion coprocessor, Live Photos, Improved 12MP Camera | Features and functionalities from iPhone 6S (except 3D Touch) packed into an iPhone SE form factor. |

Source: RBC Capital Markets, company website, and company filings

**iPhone Units:** While iPhone units and revenues declined -8% and -12% y/y, respectively in FY16. FY18 iPhone units were essentially flat in 2018 but generated 18% growth in revenue. We believe iPhone sales will be skewed more toward the December and March quarters in the future if Apple continues to announce updates to its product toward the end of each calendar year. Notably, the December quarter has seen positive growth over the past seven years with Y/Y unit growth of 100% (Q1FY:10), 86% (Q1FY:11), 128% (Q1FY:12), 29% (Q1FY:13), 7% (Q1FY:14), 46% (Q1FY15), 0.4% (Q1FY16), 5% (Q1FY17). In Dec-2017 units

Amit Daryanani, CFA (415) 633-8659; amit.daryanani@rbccm.com

Confidential

APL-SECLIT_00001888

This report is intended solely for mattblake@apple.com



**RBC Capital Markets**

IT Hardware
Apple Inc.

declined slightly by -1% y/y (1Q2018), though volumes returned to growth trajectory in Mar-2018 when units were up +3% y/y.

Exhibit 8: RBC's iPhone Unit and Revenue Projections



Source: RBC Capital Markets estimates and company filings

**iPhone Bull vs. Bears:** Below we outline three thesis points regarding the long-term growth rates of the iPhone. Overall, we believe the bullish thesis more accurately reflects our opinions; however, product differentiation and length of upgrade cycles are the two biggest risks to the product line over the medium term.

Exhibit 9: iPhone Bulls and Bears

| Thesis Point | Bulls | Bears | RBC |
|---|---|---|---|
| iPhone Differentiation | Apple will stay significantly ahead of the pack as competitors are unable to mimic the Apple ecosystem and "Halo Effect" | Smartphones become commoditized over the long-term as phone features and performance converge to a standard product forcing Apple to lower prices points | Currently we believe the Apple Halo effect is in tact. We believe the "stickiness" of Apple products is in-tact |
| Market Availability | While US penetration will likely continue at a lower rate, the refresh cycle should support growth. In addition the international market is still untapped | Apple's international ramp will likely be slower than what was seen in the US primarily due to the higher cost point | We believe longer sales cycles will likely dampen growth during the Jun- and Sep-qtrs in the future but remain positive on Apple's international penetration opportunity |
| Cannibalization | Apple's lower price points on older models of the iPhone cause adoption as customers switch from iPod touch models up to the iPhone and stick to the new product | As the computing power of the iPad and iPhone continue to improve, consumers will no longer need multiple computing devices and can stick with a single product | We believe Apple customers will continue to buy multiple products per household, however, the adoption will likely cause the lengthening of PC product cycles |

Source: RBC Capital Markets.

**Apple Watch:** AAPL originally launched its watch offering in April of 2015 with a starting price of $349. The Watch came in four collections (Sport, Watch, Watch Edition, and Hermès), included either a strengthened Ion-X glass or sapphire retina display (depending on collection), and was available in two sizes (38mm and 42mm). Importantly, the Watch will require an iPhone 5 or newer. The watch has several features including: 1) Siri; 2) supports Apple Pay; 3) ability to access App Store apps; 4) voice-enabled and wrist vibration notification features; 5) fitness and health sensors for health-related monitoring options; and 6) passbook capabilities. Apple announced the Watch Series 2 in 2016, with built-in GPS and improved water resistance. The Series 2 was originally available in four collections (Watch,

November 1, 2018

**Amit Daryanani, CFA** (415) 633-8659; amit.daryanani@rbccm.com    10

This report is intended solely for mattblake@apple.com



**RBC Capital Markets**

Nike+, Hermes, and Watch Edition) and started at $369. The newest Watch Series 4 was introduced in September 2018.  Apple Watch Series 4 comes with "edge to edge" display 30% larger in size vs. Series 3, is thinner, and a redesigned UI. It is an FDA approved device and includes new features like ECG monitoring and fall detection. Watch Series 4 starts with $399/$499 for GPS/cellular and we see ASP lift here vs. LY's $329/$399 price points. We think this should enable higher attach rates for the product.

Exhibit 10: Apple Watch

| Release Date | Product | Selected Features | RBC Apple Watch Commentary |
|---|---|---|---|
| Apr-24-2015 | Watch Series 1 | **Display:** OLED Retina display with Force Touch, 450 nits<br>**Other Features:** Siri, Apple Pay, Passbook capabilities, messaging capability, e-mail alerts | Apple's first attempt at entering the Smartwatch space with an entry-level watch starting at $349. It will be available in four collections and two sizes. |
| Sep-16-2016 | Watch Series 2 | **Display:** OLED Retina display with Force Touch, 1,000 nits<br>**Other Features:** Built-in GPS, water resistant 50 meters | Updated iteration includes built-in GPS and improved water resistance.  Pricing starts at $369 for the 38mm model. It will be available in four collections (Watch, Nike+, Hermes, and Watch Edition) and two sizes. |
| Sep-22-2017 | Watch Series 3 | **Display:** OLED Retina display with Force Touch<br>**Other Features:** Cellular connectivity (option), Built-in GPS, water resistant 50 meters, WatchOS4 | New generation Watch the option of cellular, built in GPS, 70% faster dual-core processor. Pricing starts at $329 for the base model and $399 for the cellular model. |
| Sep-21-2018 | Watch Series 4 | **Display:** OLED Retina display with Force Touch<br>**Other Features:** Cellular connectivity (option), Built-in GPS, water resistant 50 meters, WatchOS4,  FDA approved & includes new features like ECG monitoring and fall detection. | "Edge to edge" display 30% larger in size vs. Series 3, is thinner, and a redesigned UI. Watch Series 4 starts with $399/$499 for GPS/cellular and we see ASP lift here vs. LY's $329/$399 price points. |

Source: RBC Capital Markets, Company website and reports

Confidential

APL-SECLIT_00001890

This report is intended solely for mattblake@apple.com



**RBC Capital Markets**

# iPad and the Post PC Era

**Overview:** On January 27, 2010, Steve Jobs announced the release of the original iPad. Once the iPad became available, the theme of a "Post PC Era" began and sales of the iPad started out at a modest clip of ~3–4M units per quarter. When the second version of the iPad was released in the Mar-11 quarter, the enterprise, government, and consumer adoption of the tablet began to ramp as sales grew to a quarterly run rate of roughly 7–10M units. Notably, in Sept-18A, the Company saw units come in at 9.7M units (-5.0% y/y).

**iPad Opportunity:** In our view, the iPad can continue penetrating the government, consumer, and enterprise sectors by adding some useful features and functionalities such as: 1) Microsoft Office; 2) improved textbooks for the education sector; 3) seamless mobile payment processing; 4) larger flash memory storage; and 5) improved battery life. In June 2017, at WWDC, Apple announced a new 10.5 inch iPad Pro with $649 starting price. It also refreshed the 12.9-inch model starting at $799. In March 2017, Apple updated its 9.7 inch iPad (iPad Air 2) providing it a new processor (A9 chip with 64-bit desktop-class architecture) and importantly, lowering the ASP from $399 to $329 for the base model. The iPad Mini line up starts with iPad mini 4 at $399. The company introduced the iPad Pro in November 2015 selling at $799, and a smaller 9.7-inch iPad Pro in March 2016 selling at $599. The Company also introduced a 10.5-inch iPad Pro at WWDC in June 2017.

**Exhibit 11: Introduction of the iPad Mini**

| Release Date | Product | Selected Features | RBC iPad Commentary |
|---|---|---|---|
| November-02-2012 | iPad Mini | **Display:** 7.9" 1024x768 pixels (LED backlighting)<br>**Processor:** Apple Dual-core A5<br>**Storage:** 16GB, 32GB, 64GB<br>**Operating System:** iOS 6.0<br>**Dimensions:** 7.9"×5.3"×0.28"<br>**Camera:** 720p HD camera and 1.2 MP photos | New product line to address the education sector and compete with 7" form factor tablets that run on the Windows/Android OS |
| November-12-2013 | iPad mini 2 | **Display:** 7.9" 2048x1536 resolution (LED backlighting)<br>**Processor:** A7 chip with 64-bit architecture<br>**Storage:** 16GB, 32GB<br>**Operating System:** iOS 7.0<br>**Dimensions:** 7.9"×5.3"×0.29"<br>**Camera:** 1.2MP photos, 1080p HD, 5MP photos | New iPad Mini with retina display and improved performance with A7 chip |
| October-17-2014 | iPad mini 3 | **Display:** 7.9" 2048x1536 resolution (LED backlighting)<br>**Processor:** A7 chip with 64-bit architecture<br>**Storage:** 16GB, 64GB, 128GB<br>**Operating System:** iOS 8.1<br>**Dimensions:** 7.9"×5.3"×0.29"<br>**Other:** 1.2MP photos, Touch ID | iPad Mini 3 includes Touch ID and Apple Pay for on-line purchases |
| September-09-2015 | iPad mini 4 | **Display:** 7.9" 2048x1536 resolution (LED backlighting)<br>**Processor:** A8 chip with 64-bit architecture<br>**Storage:** 16GB, 64GB, 128GB<br>**Operating System:** iOS 8.1<br>**Dimensions:** 7.9"×5.3"×0.24"<br>**Other:** 8MP iSight camera, Touch ID, slo-mo, Time-lapse | Features and functionalities from iPad 2 Air packed into an iPad Mini form factor |

Source: RBC Capital Markets, company website, and company filings

Confidential

This report is intended solely for mattblake@apple.com



## RBC Capital Markets

IT Hardware
Apple Inc.

### Exhibit 12: Evolution of the iPad 10"

| Release Date | Product | Selected Features | RBC iPad Commentary |
|---|---|---|---|
| April-03-2010 | iPad | Display: 9.7" 1024 x 768 pixels (LED backlighting)<br>Processor: 1GHz Apple A4<br>Storage: 16, 32, 64GB<br>Connectivity: Wi-Fi and 3G Capabilities<br>Operating System: iOS 5.1<br>Dimensions: 9.56" × 7.47" × 0.528" | Apple's first tablet offering which sold 7.5M units in its first 6 months of production |
| March-11-2011 | iPad 2 | Display: 9.7" 1024 x 768 pixels (LED backlighting)<br>Processor: 1GHz dual-core Apple A5 system-on-a-chip<br>Storage: 16, 32, 64GB<br>Operating System: iOS 5.1<br>Dimensions: 9.5" × 7.31" × 0.346"<br>Camera: 720p HD still and video camera 0.7 MP | The launch of the iPad 2 significantly improves sales as Apple ends FY11 with 32.4M units and the new product line representing ~20% of total sales |
| March-16-2012 | iPad 3 | Display: 9.7" 2048 × 1536 pixels (LED backlighting)<br>Processor: Dual-core Apple A5X system-on-a-chip<br>Storage: 16GB, 32GB, 64GB<br>Operating System: iOS 5.1<br>Dimensions: 9.5" × 7.31" × 0.37"<br>Camera: 1080p HD still and video camera 5MP | Significant improvements are made to the iPad 3, primarily the addition of 4G technology, retina display and an improved 5 MP camera |
| November-02-2012 | iPad 4 | Display: 9.7" 2048 × 1536 pixels (LED backlighting)<br>Processor: Dual-core Apple A6X quad-core graphics<br>Storage: 16GB, 32GB, 64GB<br>Operating System: iOS 6.0<br>Dimensions: 9.5" × 7.31" × 0.37"<br>Camera: 1080p HD still and video camera 5MP | Improvement in speed with A6x chip and now includes lightning connector to match the iPhone 5 |
| November-01-2013 | iPad Air | Display: 9.7" 2048 × 1536 pixels (LED backlighting)<br>Processor: A7 chip with 64-bit architecture<br>Storage: 16GB, 32GB<br>Operating System: iOS 7.0<br>Dimensions: 9.4" × 6.6" × 0.29"<br>Camera: 1.2MP photos, 720p HD, 5MP photos | Improvement in speed with A7 chip, thinner bezels and a weight of just 1 pound. |
| October-17-2014 | iPad Air 2 | Display: 9.7" 2048 × 1536 pixels (LED backlighting)<br>Processor: A8x chip with 64-bit architecture<br>Storage: 16GB, 64GB, 128GB<br>Operating System: iOS 8.1<br>Dimensions: 9.4" × 6.6" × 0.24"<br>Other: 1.2MP photos, burst mode & Slo-mo, Touch ID | Improvement in speed with A8x chip, thinner form factor and improved camera functionality. |

Source: RBC Capital Markets, company website, and company filings

### Exhibit 13: Introduction of the iPad Pro

| Release Date | Product | Selected Features | RBC iPad Commentary |
|---|---|---|---|
| November 2015 | iPad Pro | Display: 12.9" 2732x2048 resolution (LED backlighting)<br>Processor: A9X chip with 64-bit architecture<br>Storage: 32GB, 128GB<br>Operating System: iOS 9.0<br>Dimensions: 12.0" × 8.68" × 0.27"<br>Camera: 1080p HD video and 8 MP photos | New product line to address enterprise and high-end use applications to compete with larger form factor tablets. |
| March-01-2016 | iPad Pro | Display: 9.4" 2048x1536 resolution (LED backlighting)<br>Processor: A9X chip with 64-bit architecture<br>Storage: 32GB, 128GB, 256GB<br>Operating System: iOS 9.0<br>Dimensions: 9.4" × 6.6" × 0.24"<br>Camera: 4K HD video and 12 MP photos | Features and functionalities from iPad Pro 12-inch packed into an iPad Pro 9-inch form factor |

Source: RBC Capital Markets, company website, and company filings

Confidential

APL-SECLIT_00001892

This report is intended solely for mattblake@apple.com



**RBC Capital Markets**

IT Hardware
Apple Inc.

**iPad Units:** Sept-18A iPad revenue decreased -15.4% y/y due to a -5.0% y/y unit growth offset by a -10% ASP decrease. Notably company comments indicated the product was getting good traction in the enterprise market. For FY18, AAPL sold 43.5 million units, or flat y/y unit growth.

Exhibit 14: RBC's iPad Unit and Revenue Projections



Source: RBC Capital Markets estimates, company website, and company filings

**iPad Bull vs. Bears:** Below we outline three major thesis points that highlight bull and bear case scenarios for the iPad. In our view, Apple will remain the dominant tablet maker in the medium term and we are more concerned about tailored enterprise vs. consumer tablets that could be created by the likes of Microsoft and Samsung.

Exhibit 15: iPad Bulls and Bears

| Thesis Point | Bulls | Bears | RBC |
|---|---|---|---|
| iPad in the Enterprise* | Apple will continue to remain ahead of the pack as competitors are unable to match the performance and integration capabilities that the iPad offers | New competitors will emerge, in particular Microsoft should create an enterprise specific tablet offering with Office capabilities | In our view, Microsoft is a significant threat to enterprise adoption of the iPad, however, we continue to view the iPad as the best solution on the market today |
| Consumer Tablet Market* | Apple's iPad integration with iTunes, iCloud and sync capabilities with the iPhone have created a consumer ecosystem that will likely remain differentiated for the next several years | Samsung will likely create new tablets that are able to replicate the functionalities given by the iPad. Price points will come down impacting Apple's margin structure | We agree with the long-term three horse race view between AAPL, Samsung and MSFT but currently believe the seamless integration offered by AAPL will allow the company to maintain its margin structure in the interim |
| Cannibalization* | The tablet market is differentiated which will allow Apple to continue growing all three major product lines, iPhone, iPad and Mac | As computing power improves consumers will no longer need multiple devices for similar tasks and Apple will see cannibalization between its three major product lines | We are taking a less bullish stance given the slowing growth in the Mac Product line mixed with lower ASPs on both the iPad and the iPad Mini. |
| Low-End Tablets to Take Market Share | Apple's design innovation creates a separate market for "high-end" versus "low-end" tablets. In addition, the iPad Mini should cause some share shift away from the lower priced tablets. | Amazon's Kindle Fire will slowly penetrate Apple's market share due to its significantly lower price point | In our view, the markets are still separated between the low- and high-end. We would become more concerned if Apple's innovation and technology leadership position declines allowing the low-end to offer similar functionality |

Source: RBC Capital Markets. *Indicates higher bear-case risk in our view.

Confidential

APL-SECLIT_00001893

This report is intended solely for mattblake@apple.com



## RBC Capital Markets

IT Hardware
Apple Inc.

# The Mac Lineup

In our view, the Mac product line continues to be superior to competing desktops and laptops, particularly in the consumer space. We are most impressed by the Macbook Air (MBA) product line, which has been one of Apple's more popular notebooks. Over the past five years, the portable units for the Mac line have outperformed the desktop business by a substantial margin. We believe that the entire Mac line-up should continue growing at single digit growth rates on a Y/Y basis with the majority of the growth coming from the portable product line.

**Mac Refresh Cycle:** Based on AAPL's first redesign of the MacBook Pro in four years becoming available in Dec-qtr, we expect the y/y trajectory of Macs to improve based on pent up demand for the new form factor.

Exhibit 16: Selected Mac Products

| Product | Price | Selected Features | RBC Commentary |
|---|---|---|---|
| **MacBook Air** | 11": $899 – (128GB flash)<br>11": $1,099 – (256B flash)<br>13": $999 – (128GB flash)<br>13": $1,199 – (256GB flash) | 1.4GHz dual-core Intel Core i5, 4GB memory, Turbo Boost up to 2.7GHz, Intel HD Graphics 5000<br>(Configurable to 1.7GHz dual-core i7, Turbo Boost up to 3.3GHz, 8GB memory, 512GB flash storage for all versions) | We believe the MBA is the most impressive Mac product with a thin design (0.68") and all flash storage with instant on capabilities |
| **MacBook Pro (Retina)** | 13": $1,299 (2.6GHz/128GB flash)<br>13": $1,499 (2.6GHz/256GB flash)<br>13": $1,799 (2.8GHz/512GB flash)<br>15": $1,999 (2.2GHz/256GB flash)<br>15": $2,499 (2.5GHz/512GB | 13": 2.6/2.8GHz dual-core Intel Core i5, 8GB memory, Turbo Boost up to 3.1/3.3GHz, Intel Iris Graphics<br>15": 2.2/2.5GHz quad-core i7, 16GB memory, Turbo Boost up to 3.4/3.7GHz, Intel Iris Pro Graphics/NVIDIA GeForce GTX 750M with 2GB video memory | The newest addition to the MacBook line-up combining retina display technology with a thinner form factor |
| **MacBook Pro** | 13": $1,099 (2.5GHz)<br>*15": Model discontinued in Oct 2013 | 2.5GHz dual-core Intel Core i5, 4GB memory, Turbo Boost up to 3.1GHz, 500GB HDD, Intel HD Graphics 4000<br>(Configurable to 2.9GHz dual-core i7, Turbo Boost up to 3.6GHz, 8GB memory, 1TB hard drive, 128 or 256 or 512GB flash memory) | We believe the MacBook Pro is one of the best computing devices on the market today, however as performance improves over time it is likely that consumers will adopt the cheaper MBA unless high performance is necessary |
| **iMac** | 21.5": $1,099 (1.6GHz)<br>21.5": $1,299 (2.8GHz)<br>21.5": $1,499 (3.1GHz)<br>27": $1,799 (3.2GHz)<br>27": $1,999 (3.2GHz)<br>27": $2,299 (3.3 GHz) | 21.5": Retina 4K (IPS Tech); up to 3.3GHz quad-core Intel Core i7; up to 2TB Fusion Drive or 512GB of flash storage<br>27": Retina 5K (IPS Tech); up to 4.0GHz quad-core Intel Core i7; up to 3TB Fusion Drive or 256GB, 512GB, or 1TB of flash storage (SSD) | We believe the iMac lineup is likely best suited for the mid-high range consumer market and for the education sector. We believe Apple will unlikely meaningfully penetrate the enterprise market in the near-term with the exception of technology start ups |
| **iMac Mini** | 2.3GHz: $499 (Dual-core)<br>2.3GHz: $699 (Quad-core)<br>2.8GHz: $999 (with OS X Server) | 2.5/2.3 GHz: Dual/quad-core Intel Core i5/i7, 4GB memory, 500GB/1TB hard drive, Intel HD Graphics 4000, OS X Mavericks<br>2.3GHz: 2.3GHz quad-core Intel Core i7, 4GB memory, Two 1TB hard drives, Intel HD Graphics 4000, OS X Mavericks OS X Server | The iMac Mini line offers improved graphics and speed due to Thunderbolt technology, however we believe the company is less focused on this product line over the longer term |
| **Mac Pro** | **Quad-Core and Dual GPU:** $2,999<br>**6-Core and Dual GPU:** $3,999 | Quad-Core and Dual GPU: 3.7GHz Quad-Core Intel Xeon ES processor, 12GB 1866MHz DDR3 ECC memory, 256GB PCIe-based flash storage<br>6-Core and Dual GPU: 6-Core Intel Xeon ES processor, 16GB 1866MHz DDR3 ECC memory, 256GB PCIe-based flash storage | The top of the line Mac product that offers 12 cores of processing power. In our view, this is a niche product that addresses the high end and will likely be adopted by technology starts ups and consumers who need high end computing power |

Source: RBC Capital Markets, company website, and company filings

Amit Daryanani, CFA (415) 633-8659; amit.daryanani@rbccm.com     15

Confidential

APL-SECLIT_00001894

This report is intended solely for mattblake@apple.com



**RBC Capital Markets**

IT Hardware
Apple Inc.

**Mac Units:** AAPL sold 18.2 million Mac units in FY18. In our view, the thin-clients offered by Apple are best-in-class consumer products allowing single-digit growth to continue in the near term.

Exhibit 17: RBC's Mac Lineup Unit and Revenue Projections



Source: RBC Capital Markets estimates, company website, and company filings

**Mac Lineup Bull vs. Bears**: Below we outline a quick take of the bull and bear cases for Apple's Mac lineup. Specifically, we believe the largest threat to Apple's Mac lineup would be a lower-priced ultrabook product. We are less concerned about the rapid decline of the desktop market, as we believe it will continue to grow at or slightly above market growth rates.

Exhibit 18: Mac Lineup Bulls and Bears

| Thesis Point | Bulls | Bears | RBC |
|---|---|---|---|
| **Desktop Cannibalization** | Desktops will likely continue to grow at or above market rates. Will unlikely see a dramatic decrease in sales in the near-term | Cannibalization will occur at rapid rates as computing power for thin-clients increases and drives down unit sales for desktops | We believe there is an unlikely chance that desktops will see dramatic declines in the future, but believe it will grow at muted rates in the future |
| **Competitive Pricing in Portables\*** | Apple will continue to maintain single digit growth in the medium-term as the features and functionalities provided by the Apple OS will unlikely be replicated in the near-term | The adoption of ultrabooks will likely dampen Apple's growth particularly as price points are lowered over time. This will cause Apple to lower prices which will impact margins | We believe the greatest threat to Apple's thin-client business will be ultrabook adoption. If price points drop in to the ~$700 level we believe ultrabook adoption will ramp, until then we believe Apple will continue to grow its portables business above market rates |

Source: RBC Capital Markets. *Indicates higher bear-case risk in our view.

**Amit Daryanani, CFA** (415) 633-8659; amit.daryanani@rbccm.com

Confidential

APL-SECLIT_00001895

This report is intended solely for mattblake@apple.com



## RBC Capital Markets

**IT Hardware**
**Apple Inc.**

# International Revenue Growth

Since December 2006, Apple's international sales as a percentage of total has increased by roughly 8% from 50.9% in December 2006 to 61% in December 2015. We believe the international growth should continue in the future as penetration rates for the iPhone and iPad are lower outside the Americas.

Exhibit 19: International and Americas Sales



Source: Company reports, RBC Capital Markets estimates

Exhibit 20: International and Americas Sales (as a % of Total)



Source: Company reports, RBC Capital Markets estimates

**RBC's Takeaways:** In our view, as the penetration rates of the iPhone and iPad increase in the Americas over time, the Company will become more reliant on growth outside the Americas.

This report is intended solely for mattblake@apple.com


## RBC Capital Markets

**IT Hardware**
**Apple Inc.**

# Margin Overview

In our view, the investment community has struggled to peg Apple's long-term margin profile as the bears point to limits to volume production and contracts with carriers while the bulls highlight long-term sales of Applications, iTunes, iBooks, and other content downloaded onto iPhones, iPads, Macs, Apple TV, and other Apple products.

Exhibit 21: Gross and Operating Margins



Source: Company reports, RBC Capital Markets estimates

**RBC's Takeaways:** We are taking a conservative stance on the long-term gross margin profile, as we believe this is a significant risk to Apple over the next 1–2 years. Notably, the Company guided gross margins <40% which may be attributable to FX and mix issues.

Exhibit 22: Gross and Operating Margins Bulls and Bears

| Thesis Point | Bulls | Bears | RBC |
|---|---|---|---|
| Carrier Contract Values Decline* | Apple will continue to innovate the iPhone and iPad product lines. This will allow the Company to continue generating high margins as carriers must choose between lower margins or subscriber loss | Technology catch up will occur in the near- to medium-term causing large declines to iPhone and iPad gross margins | We believe contracts pose a significant risk, however, the technological lead, halo effect and low market penetration for both products (~10-12% domestic, single digits internationally) should keep gross margins in the high 30's. |
| Low Priced Tablets | Apple addresses a separate high end tablet market with its 10" iPad. The smaller iPad Mini also addresses the need for a lower price point. | As technology improves over the near- and medium-term, smaller form factor tablets will offer comparable functionality to the iPad causing the Company to lower its higher ASPs | Currently we believe the markets are separate. Due to enterprise and consumer functionality of the iPad, we would become more bearish if competing tablets offered similar functionalities to seamlessly link multiple applications |
| Thin Client Competition* | Apple's Macbook Air will continue to be the consumer notebook of choice when competing against future lower priced ultrabooks | As ultrabooks approach lower price points, in the $500-700 range, ultrabooks will likely displace macbook products or cause the Mac line to lower its margins | We believe there is still room for unit growth in the macbook line, however, as ultrabook price points come down to the $500-700 range we believe margins may become impacted |
| Supply Chain Pricing | There is more headroom for Apple to obtain pricing leverage as units continue to grow at rapid rates (~20%+ annually). This rate should allow for more discounts as Apple contributes to a larger portion of its supply chain's revenue | While Apple has enjoyed pricing leverage due to volume commitments, it is unlikely that the supply chain will be able to take lower price points due to margin pressure and customer concentration issues | We believe Apple may have some headroom left in products that are growing at 20+% annual rates (eg. iPad and iPhone), however, larger margin profiles from economies of scale is becoming less likely |
| NAND Flash Pricing | Due to its ability to produce large scale unit volumes, small to medium sized moves in the pricing of its underlying equipment will not meaningfully impact the gross margin line | Apple will be unable to obtain NAND flash price points at rates below market over the long-term, impacting gross margin profiles across its major product lines | We believe this may impact Apple over the long-term as NAND pricing comes down allowing ultrabooks to obtain lower price points and squeezing AAPL's margins |

Source: RBC Capital Markets.

November 1, 2018

**Amit Daryanani, CFA** (415) 633-8659; amit.daryanani@rbccm.com          18

APL-SECLIT_00001897

This report is intended solely for mattblake@apple.com



## RBC Capital Markets

IT Hardware
Apple Inc.

**Capital Allocation:** AAPL reported ~$123B of net cash as of Sep-2018 and reaffirmed its plans to become a net cash neutral over time. In line with this, AAPL repurchased ~$19B of stock – under it's the $100B buyback program announced in March-2018, which does not have any target completion date. In Mar-2018 the company had increased its dividend payment by 16% from $0.63 per share to $0.73 per share. The company plans to increase dividend each year going forward.

We believe the capital allocation policy represents a meaningful positive and should continue to be raised on an annual basis. Finally, during QE Sept-18A, the Company repurchased ~$19.1B in stock and paid out ~$3.5B in dividends.

Exhibit 23: Buybacks and Dividend Payments



Source: RBC Capital Markets and company filings.

November 1, 2018

**Amit Daryanani, CFA** (415) 633-8659; amit.daryanani@rbccm.com    19

APL-SECLIT_00001898

This report is intended solely for mattblake@apple.com

 **RBC Capital Markets**

## Valuation

Our base case of $240/share is based on ~18x FY19E EPS of $13.32, as AAPL benefits from strong FCF generation, ability for outsized capital allocation and a growing iOS install base that generates sustained Services growth. Our multiple is slightly above historical levels as AAPL's services business is becoming an increasingly larger part of the business and deserves a higher multiple, in our view, given its above corporate margin and growth dynamics. Our price target and implied return support an Outperform rating.

## Risks to rating and price target

Risks include: unknown market acceptance of new products; new product launch delays; stronger-than-expected competitive response to iPhone; slower-than-expected international expansion; greater-than-expected iPod cannibalization; slower-than-expected Macintosh market share gains; channel conflicts or execution; and key executive or staff departures. We see Apple's valuation multiple as vulnerable should market sentiment continue to deteriorate, and it could compress further on unexpected competitive developments, execution stumbles, unexpectedly slowing growth, declining margins, PC market concerns, or a decline in overall market or technology market valuations.

## Company description

Apple, founded in 1976, is a California-based designer, manufacturer, and marketer of differentiated personal computers, software, and services. Products include the Macintosh line of personal computers, Mac OS X operating system and related application software (iLife, iWork, etc.), services, and peripherals, the iPod line of portable digital media players, the iTunes online media store, iPhone Smartphone, and iPad tablet. Apple is positioned in the high-end consumer sector, has a strong global brand and fiercely loyal customer base, and is supported by its retail store network. Apple has approximately 110,000 employees.

**Amit Daryanani, CFA** (415) 633-8659; amit.daryanani@rbccm.com     20

Confidential

APL-SECLIT_00001899

This report is intended solely for mattblake@apple.com

**IT Hardware**
**Apple Inc.**

# RBC Capital Markets

**Amit Daryanani, CFA (415) 633-8659; amit.daryanani@rbccm.com**
Two Embarcadero Center, Suite 2350, San Francisco, CA 94111

Apple Inc. (NASDAQ:AAPL)
Fiscal Year End September

| COMPANY | Dec-16A | Mar-17A | Jun-17A | Sep-17A | Dec-17A | Mar-18A | Jun-18A | Sep-18A | Dec-18E | Mar-19E | Jun-19E | Sept-19E | Dec-19E | CY17 | CY18E | CY19E | F2017 | F2018 | F2019E | CY17 | CY18E | CY19E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue ($ in Billions)** | 57.6-58.9 | 51.5-53.5 | 43.5-45.5 | 49-52 | 84-87 | 60-62 | 51.5-53.5 | 60-62 | 89-93 | | | | | | | | | | | | | |
| Gross Margin (%) | 38-38.5% | 38.0-39.0% | 37.5%-38.5% | 37.5%-38.5% | 38.0%-38.5% | 38.0%-38.5% | 38.0%-38.5% | 38.0%-38.5% | 38.0%-38.5% | | | | | | | | | | | | | |
| OpEx ($ in millions) | 56.0-7.0 | 56.5-6.6 | 56.6-6.7 | 56.7-6.8 | 57.65-7.75 | | 57-7.8 | 57.95-8.05 | 58.70-8.80 | | | | | | | | | | | | | |
| Other ($ millions) | $400 | $400 | 450 | $500 | $600 | $300 | $400 | $400 | $300 | 300 | 400 | 400 | 400 | | | | | | | | | |
| Tax Rate (%) | 26.0% | 26.0% | 25.5% | 25.5% | 25.5% | 15.0% | 14.5% | 15.0% | 16.5% | 16.5% | 16.5% | 16.5% | 16.5% | | | | | | | | | |
| **US$ MM** | | | | | | | | | | | | | | | | | | | | | | |
| **Net Sales** | 78,351 | 52,896 | 45,408 | 52,579 | 88,293 | 61,137 | 53,265 | 62,900 | 91,697 | 56,623 | 57,976 | 65,523 | 97,168 | 239,176 | 248,099 | 286,190 | 229,234 | 265,595 | 280,719 | 239,176 | 248,099 | 286,190 |
| Q/Q Change | 67% | -32% | -14% | 16% | 68% | -31% | -13% | 18% | 46% | -38% | -12% | 13% | 48% | | | | | | | | | |
| Y/Y Change | 3% | 5% | 7% | 12% | 13% | 16% | 17% | 20% | 4% | 7% | 9% | 4% | 6% | 10% | 6% | 6% | 6% | 16% | 6% | 10% | 6% | 6% |
| COGS - non-GAAP | 48,175 | 32,305 | 27,920 | 32,648 | 54,381 | 37,715 | 32,844 | 38,816 | 56,623 | 40,297 | 35,597 | 40,362 | 59,661 | 147,254 | 165,998 | 175,917 | 141,048 | 163,756 | 172,879 | 147,254 | 165,998 | 175,917 |
| **Gross Profit** | 30,176 | 20,591 | 17,488 | 19,931 | 33,912 | 23,422 | 20,421 | 24,084 | 35,074 | 16,327 | 22,379 | 25,161 | 37,507 | 91,922 | 100,201 | 110,273 | 88,186 | 101,839 | 107,840 | 91,922 | 100,201 | 110,273 |
| Gross Margin % | 38.5% | 38.9% | 38.5% | 37.9% | 38.4% | 38.3% | 38.3% | 38.3% | 38.3% | 28.8% | 38.6% | 38.4% | 38.6% | 38.4% | 38.5% | 38.5% | 38.5% | 38.3% | 38.4% | 38.4% | 38.5% | 38.5% |
| Q/Q Change | 69% | -32% | -15% | 14% | 70% | -31% | -13% | 18% | 46% | -28% | -11% | 12% | 49% | | | | | | | | | |
| Y/Y Change | -1% | 3% | 9% | 12% | 12% | 14% | 17% | 21% | 3% | 8% | 10% | 4% | 7% | 9% | 12% | 7% | 15% | 15% | 6% | 9% | 12% | 7% |
| **R&D** | 2,871 | 2,776 | 2,937 | 2,997 | 3,407 | 3,378 | 3,701 | 3,750 | 4,310 | 4,259 | 4,348 | 4,390 | 5,053 | 12,117 | 15,139 | 18,050 | 11,581 | 14,236 | 17,307 | 12,117 | 15,139 | 18,050 |
| Q/Q Change | 12% | -3% | 6% | 2% | 14% | -1% | 10% | 1% | 15% | -1% | 2% | 1% | 15% | | | | | | | | | |
| Y/Y Change | 19% | 15% | 15% | 17% | 19% | 22% | 26% | 25% | 26% | 26% | 17% | 16% | 17% | 15% | 25% | 19% | 15% | 23% | 22% | 15% | 25% | 19% |
| % of revenue | 3.7% | 5.2% | 6.5% | 5.7% | 3.9% | 5.5% | 6.8% | 6.8% | 4.7% | 7.5% | 7.5% | 6.7% | 5.2% | 5.1% | 6.1% | 6.3% | 5.1% | 5.4% | 6.2% | 5.1% | 6.1% | 6.3% |
| **SG&A** | 3,946 | 3,718 | 3,783 | 3,814 | 4,231 | 4,150 | 4,108 | 4,216 | 4,447 | 4,325 | 4,290 | 4,390 | 4,664 | 15,546 | 16,921 | 17,669 | 15,261 | 16,705 | 17,452 | 15,546 | 16,921 | 17,669 |
| Q/Q Change | 13% | -6% | 2% | 1% | 11% | -2% | -2% | 3% | 5% | -3% | -1% | 2% | 6% | | | | | | | | | |
| Y/Y Change | 3% | 3% | 9% | 10% | 7% | 12% | 9% | 11% | 5% | 4% | 5% | 4% | 5% | 9% | 9% | 4% | 6% | 9% | 4% | 9% | 9% | 4% |
| % of revenue | 5.0% | 7.0% | 8.3% | 7.3% | 4.8% | 6.8% | 8.0% | 6.8% | 4.9% | 7.6% | 7.4% | 6.7% | 4.8% | 6.5% | 6.8% | 6.2% | 6.7% | 6.3% | 6.2% | 6.5% | 6.8% | 6.2% |
| **Total operating expenses** | 6,817 | 6,494 | 6,720 | 6,811 | 7,638 | 7,528 | 7,809 | 7,966 | 8,757 | 8,584 | 8,638 | 8,780 | 9,717 | 27,663 | 32,060 | 35,719 | 26,842 | 30,941 | 34,759 | 27,663 | 32,060 | 35,719 |
| Q/Q Change | 13% | -5% | 3% | 1% | 12% | -1% | 4% | 2% | 10% | -2% | 1% | 2% | 11% | | | | | | | | | |
| Y/Y Change | 13% | 9% | 12% | 14% | 12% | 16% | 16% | 17% | 15% | 16% | 11% | 15% | 11% | 11% | 16% | 11% | 11% | 15% | 12% | 11% | 16% | 11% |
| % of revenue | 8.7% | 12.3% | 14.8% | 13.0% | 8.7% | 12.3% | 14.7% | 12.7% | 9.6% | 13.1% | 14.9% | 13.4% | 10.0% | 11.6% | 12.9% | 12.4% | 11.7% | 11.7% | 12.4% | 11.6% | 12.9% | 12.5% |
| **EBIT** | 23,359 | 14,097 | 10,768 | 13,120 | 26,274 | 15,894 | 12,612 | 16,118 | 26,317 | 16,643 | 13,740 | 16,381 | 27,790 | 64,259 | 70,941 | 74,554 | 61,344 | 70,898 | 73,081 | 64,259 | 70,941 | 74,554 |
| EBIT margin | 29.8% | 26.7% | 23.7% | 25.0% | 29.8% | 26.0% | 23.7% | 25.6% | 28.7% | 25.4% | 23.7% | 25.0% | 28.6% | 26.9% | 26.4% | 26.1% | 26.8% | 26.7% | 26.0% | 26.9% | 26.4% | 26.1% |
| Other income (expense) | 821 | 587 | 540 | 797 | 756 | 274 | 672 | 303 | 300 | 300 | 400 | 400 | 400 | 2,745 | 2,680 | 1,549 | 2,745 | 2,005 | 1,500 | 2,680 | 1,549 | 1,600 |
| Income (loss) before Taxes | 24,180 | 14,684 | 11,308 | 13,917 | 27,030 | 16,168 | 13,284 | 16,421 | 26,617 | 17,043 | 14,140 | 16,781 | 28,190 | 66,339 | 72,490 | 76,154 | 64,089 | 72,903 | 74,581 | 66,339 | 72,490 | 76,154 |
| Provision for Taxes | 6,288 | 3,655 | 2,591 | 3,203 | 6,965 | 2,346 | 1,765 | 2,296 | 4,392 | 2,812 | 2,333 | 2,769 | 4,651 | 16,414 | 12,565 | 12,306 | 15,788 | 13,372 | 12,306 | 16,414 | 12,565 | 12,306 |
| Tax rate | 26.0% | 24.9% | 22.9% | 23.0% | 25.8% | 14.5% | 13.3% | 14.0% | 16.5% | 16.5% | 16.5% | 16.5% | 16.5% | 24.5% | 18.3% | 16.5% | 24.6% | 18.3% | 16.5% | 24.5% | 18.3% | 16.5% |
| **GAAP Net Income** | 17,891 | 11,029 | 8,717 | 10,714 | 20,065 | 15,024 | 11,519 | 14,125 | 22,225 | 14,231 | 11,807 | 14,012 | 23,539 | 50,525 | 61,691 | 63,589 | 48,361 | 59,531 | 62,275 | 50,525 | 61,691 | 63,589 |
| GAAP Net Income Margin | 22.8% | 20.9% | 19.2% | 20.4% | 22.7% | 22.6% | 21.6% | 22.5% | 24.2% | 21.7% | 20.4% | 21.4% | 24.2% | 21.1% | 22.9% | 22.2% | 21.1% | 22.4% | 22.2% | 21.1% | 22.9% | 22.2% |
| Shares-Basic | 5,258.7 | 5,225.8 | 5,195.1 | 5,149.4 | 5,112.9 | 5,024.9 | 4,882.2 | 4,800.6 | 4,726.6 | 4,651.6 | 4,576.6 | 4,501.6 | 4,426.6 | 5,170.8 | 4,858.8 | 4,539.1 | 5,170.8 | 4,955.4 | 4,614.1 | 5,170.8 | 4,858.8 | 4,539.1 |
| Shares-Diluted | 5,328.0 | 5,261.7 | 5,233.5 | 5,183.6 | 5,157.8 | 5,065.5 | 4,926.6 | 4,847.5 | 4,772.5 | 4,697.5 | 4,622.5 | 4,547.5 | 4,472.5 | 5,209.1 | 4,903.8 | 4,585.0 | 5,251.7 | 5,000.1 | 4,660.0 | 5,209.1 | 4,903.8 | 4,585.0 |
| GAAP Basic EPS | 3.38 | 2.11 | 1.68 | 2.08 | 3.92 | 2.99 | 2.36 | 2.94 | 4.70 | 3.06 | 2.58 | 3.11 | 5.32 | 9.77 | 12.70 | 14.01 | 9.37 | 12.01 | 13.50 | 9.77 | 12.70 | 14.01 |
| GAAP Diluted EPS | 3.36 | 2.10 | 1.67 | 2.07 | 3.89 | 2.97 | 2.34 | 2.91 | 4.66 | 3.03 | 2.55 | 3.08 | 5.26 | 9.72 | 12.64 | 13.93 | 9.19 | 11.87 | 13.32 | 9.72 | 12.64 | 13.93 |

Source: Company Reports and RBC Capital Markets Estimates.

Amit Daryanani, CFA (415) 633-8659; amit.daryanani@rbccm.com

This report is intended solely for mattblake@apple.com

 **RBC Capital Markets**

IT Hardware
Apple Inc.

# Required disclosures

## Conflicts disclosures

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors, including total revenues of the member companies of RBC Capital Markets and its affiliates, a portion of which are or have been generated by investment banking activities of the member companies of RBC Capital Markets and its affiliates.

Please note that current conflicts disclosures may differ from those as of the publication date on, and as set forth in, this report. To access current conflicts disclosures, clients should refer to https://www.rbccm.com/GLDisclosure/PublicWeb/ DisclosureLookup.aspx?entityId=1 or send a request to RBC CM Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

RBC Capital Markets, LLC makes a market in the securities of Apple Inc..

A member company of RBC Capital Markets or one of its affiliates received compensation for products or services other than investment banking services from Apple Inc. during the past 12 months. During this time, a member company of RBC Capital Markets or one of its affiliates provided non-investment banking securities-related services to Apple Inc..

RBC Capital Markets is currently providing Apple Inc. with non-investment banking securities-related services.

RBC Capital Markets has provided Apple Inc. with non-investment banking securities-related services in the past 12 months.

## Explanation of RBC Capital Markets Equity rating system

An analyst's 'sector' is the universe of companies for which the analyst provides research coverage. Accordingly, the rating assigned to a particular stock represents solely the analyst's view of how that stock will perform over the next 12 months relative to the analyst's sector average.

**Ratings**

**Top Pick (TP):** Represents analyst's best idea in the sector; expected to provide significant absolute total return over 12 months with a favorable risk-reward ratio.

**Outperform (O):** Expected to materially outperform sector average over 12 months.

**Sector Perform (SP):** Returns expected to be in line with sector average over 12 months.

**Underperform (U):** Returns expected to be materially below sector average over 12 months.

**Restricted (R):** RBC policy precludes certain types of communications, including an investment recommendation, when RBC is acting as an advisor in certain merger or other strategic transactions and in certain other circumstances.

**Not Rated (NR):** The rating, price targets and estimates have been removed due to applicable legal, regulatory or policy constraints which may include when RBC Capital Markets is acting in an advisory capacity involving the company.

**Risk Rating**

The **Speculative** risk rating reflects a security's lower level of financial or operating predictability, illiquid share trading volumes, high balance sheet leverage, or limited operating history that result in a higher expectation of financial and/or stock price volatility.

## Distribution of ratings

For the purpose of ratings distributions, regulatory rules require member firms to assign ratings to one of three rating categories - Buy, Hold/Neutral, or Sell - regardless of a firm's own rating categories. Although RBC Capital Markets' ratings of Top Pick/ Outperform, Sector Perform, and Underperform most closely correspond to Buy, Hold/Neutral and Sell, respectively, the meanings are not the same because our ratings are determined on a relative basis.

| Distribution of ratings | | | | |
| --- | --- | --- | --- | --- |
| RBC Capital Markets, Equity Research | | | | |
| As of 30-Sep-2018 | | | | |
| | | | Investment Banking Serv./Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
| BUY [Top Pick & Outperform] | 859 | 54.33 | 251 | 29.22 |
| HOLD [Sector Perform] | 646 | 40.86 | 125 | 19.35 |
| SELL [Underperform] | 76 | 4.81 | 5 | 6.58 |

November 1, 2018

Amit Daryanani, CFA (415) 633-8659; amit.daryanani@rbccm.com          22

This report is intended solely for mattblake@apple.com



## RBC Capital Markets

IT Hardware
Apple Inc.



References to a Recommended List in the recommendation history chart may include one or more recommended lists or model portfolios maintained by RBC Wealth Management or one of its affiliates. RBC Wealth Management recommended lists include the Guided Portfolio: Prime Income (RL 6), the Guided Portfolio: Dividend Growth (RL 8), the Guided Portfolio: ADR (RL 10), and the Guided Portfolio: All Cap Growth (RL 12), and former lists called the Guided Portfolio: Large Cap (RL 7), the Guided Portfolio: Midcap 111 (RL 9), and the Guided Portfolio: Global Equity (U.S.) (RL 11). RBC Capital Markets recommended lists include the Strategy Focus List and the Fundamental Equity Weightings (FEW) portfolios. The abbreviation 'RL On' means the date a security was placed on a Recommended List. The abbreviation 'RL Off' means the date a security was removed from a Recommended List.

## Equity valuation and risks

For valuation methods used to determine, and risks that may impede achievement of, price targets for covered companies, please see the most recent company-specific research report at https://www.rbcinsightresearch.com or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

**Apple Inc.**

**Valuation**

Our base case of $240/share is based on ~18x FY19E EPS of $13.32, as AAPL benefits from strong FCF generation, ability for outsized capital allocation and a growing iOS install base that generates sustained Services growth. Our multiple is slightly above historical levels as AAPL's services business is becoming an increasingly larger part of the business and deserves a higher multiple, in our view, given its above corporate margin and growth dynamics. Our price target and implied return support an Outperform rating.

**Risks to rating and price target**

Risks include: unknown market acceptance of new products; new product launch delays; stronger-than-expected competitive response to iPhone; slower-than-expected international expansion; greater-than-expected iPod cannibalization; slower-than-expected Macintosh market share gains; channel conflicts or execution; and key executive or staff departures. We see Apple's valuation multiple as vulnerable should market sentiment continue to deteriorate, and it could compress further on unexpected competitive developments, execution stumbles, unexpectedly slowing growth, declining margins, PC market concerns, or a decline in overall market or technology market valuations.

## Conflicts policy

RBC Capital Markets Policy for Managing Conflicts of Interest in Relation to Investment Research is available from us on request. To access our current policy, clients should refer to

November 1, 2018

**Amit Daryanani, CFA** (415) 633-8659; amit.daryanani@rbccm.com   23

APL-SECLIT_00001902

This report is intended solely for mattblake@apple.com

 **RBC Capital Markets**

**IT Hardware**
**Apple Inc.**

https://www.rbccm.com/global/file-414164.pdf

or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7. We reserve the right to amend or supplement this policy at any time.

## Dissemination of research and short-term trade ideas

RBC Capital Markets endeavors to make all reasonable efforts to provide research simultaneously to all eligible clients, having regard to local time zones in overseas jurisdictions. RBC Capital Markets' equity research is posted to our proprietary website to ensure eligible clients receive coverage initiations and changes in ratings, targets and opinions in a timely manner. Additional distribution may be done by the sales personnel via email, fax, or other electronic means, or regular mail. Clients may also receive our research via third party vendors. RBC Capital Markets also provides eligible clients with access to SPARC on the Firms proprietary INSIGHT website, via email and via third-party vendors. SPARC contains market color and commentary regarding subject companies on which the Firm currently provides equity research coverage. Research Analysts may, from time to time, include short-term trade ideas in research reports and / or in SPARC. A short-term trade idea offers a short-term view on how a security may trade, based on market and trading events, and the resulting trading opportunity that may be available. A short-term trade idea may differ from the price targets and recommendations in our published research reports reflecting the research analyst's views of the longer-term (one year) prospects of the subject company, as a result of the differing time horizons, methodologies and/or other factors. Thus, it is possible that a subject company's common equity that is considered a long-term 'Sector Perform' or even an 'Underperform' might present a short-term buying opportunity as a result of temporary selling pressure in the market; conversely, a subject company's common equity rated a long-term 'Outperform' could be considered susceptible to a short-term downward price correction. Short-term trade ideas are not ratings, nor are they part of any ratings system, and the firm generally does not intend, nor undertakes any obligation, to maintain or update short-term trade ideas. Short-term trade ideas may not be suitable for all investors and have not been tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any securities or strategies discussed herein. Please contact your investment advisor or institutional salesperson for more information regarding RBC Capital Markets' research.

For a list of all recommendations on the company that were disseminated during the prior 12-month period, please click on the following link: https://rbcnew.bluematrix.com/sellside/MAR.action

The 12 month history of SPARCs can be viewed at https://www.rbcinsightresearch.com.

## Analyst certification

All of the views expressed in this report accurately reflect the personal views of the responsible analyst(s) about any and all of the subject securities or issuers. No part of the compensation of the responsible analyst(s) named herein is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the responsible analyst(s) in this report.

## Third-party-disclaimers

The Global Industry Classification Standard ("GICS") was developed by and is the exclusive property and a service mark of MSCI Inc. ("MSCI") and Standard & Poor's Financial Services LLC ("S&P") and is licensed for use by RBC. Neither MSCI, S&P, nor any other party involved in making or compiling the GICS or any GICS classifications makes any express or implied warranties or representations with respect to such standard or classification (or the results to be obtained by the use thereof), and all such parties hereby expressly disclaim all warranties of originality, accuracy, completeness, merchantability and fitness for a particular purpose with respect to any of such standard or classification. Without limiting any of the foregoing, in no event shall MSCI, S&P, any of their affiliates or any third party involved in making or compiling the GICS or any GICS classifications have any liability for any direct, indirect, special, punitive, consequential or any other damages (including lost profits) even if notified of the possibility of such damages.

References herein to "LIBOR", "LIBO Rate", "L" or other LIBOR abbreviations means the London interbank offered rate as administered by ICE Benchmark Administration (or any other person that takes over the administration of such rate).

## Disclaimer

RBC Capital Markets is the business name used by certain branches and subsidiaries of the Royal Bank of Canada, including RBC Dominion Securities Inc., RBC Capital Markets, LLC, RBC Europe Limited, Royal Bank of Canada, Hong Kong Branch and Royal Bank of Canada, Sydney Branch. The information contained in this report has been compiled by RBC Capital Markets from sources believed to be reliable, but no representation or warranty, express or implied, is made by Royal Bank of Canada, RBC Capital Markets, its affiliates or any other person as to its accuracy, completeness or correctness. All opinions and estimates contained in this report constitute RBC Capital Markets' judgement as of the date of this report, are subject to change without notice and are provided in good faith but without legal responsibility. Nothing in this report constitutes legal, accounting or tax advice or individually tailored investment advice. This material is prepared for general circulation to clients and has been prepared without regard to the individual financial circumstances and objectives of persons who receive it. The investments or services contained in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about the suitability of such investments or services. This report is not an offer to sell or a solicitation of an offer to buy any securities. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. RBC Capital Markets research analyst compensation is based in part on the overall profitability of RBC Capital Markets, which includes profits attributable to investment banking revenues. Every province in Canada, state in the U.S., and most countries throughout the world have their own laws regulating the types of securities and other investment products which may be offered

November 1, 2018                                                        **Amit Daryanani, CFA**   (415) 633-8659; amit.daryanani@rbccm.com    24

This report is intended solely for mattblake@apple.com

 **RBC Capital Markets**

**IT Hardware**
**Apple Inc.**

to their residents, as well as the process for doing so. As a result, the securities discussed in this report may not be eligible for sale in some jurisdictions. RBC Capital Markets may be restricted from publishing research reports, from time to time, due to regulatory restrictions and/ or internal compliance policies. If this is the case, the latest published research reports available to clients may not reflect recent material changes in the applicable industry and/or applicable subject companies. RBC Capital Markets research reports are current only as of the date set forth on the research reports. This report is not, and under no circumstances should be construed as, a solicitation to act as securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. To the full extent permitted by law neither RBC Capital Markets nor any of its affiliates, nor any other person, accepts any liability whatsoever for any direct or consequential loss arising from any use of this report or the information contained herein. No matter contained in this document may be reproduced or copied by any means without the prior consent of RBC Capital Markets.

Additional information is available on request.

**To U.S. Residents:**
This publication has been approved by RBC Capital Markets, LLC (member FINRA, NYSE, SIPC), which is a U.S. registered broker-dealer and which accepts responsibility for this report and its dissemination in the United States. Any U.S. recipient of this report that is not a registered broker-dealer or a bank acting in a broker or dealer capacity and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report, should contact and place orders with RBC Capital Markets, LLC.
**To Canadian Residents:**
This publication has been approved by RBC Dominion Securities Inc.(member IIROC). Any Canadian recipient of this report that is not a Designated Institution in Ontario, an Accredited Investor in British Columbia or Alberta or a Sophisticated Purchaser in Quebec (or similar permitted purchaser in any other province) and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report should contact and place orders with RBC Dominion Securities Inc., which, without in any way limiting the foregoing, accepts responsibility for this report and its dissemination in Canada.
**To U.K. Residents:**
This publication has been approved by RBC Europe Limited ('RBCEL') which is authorized by the Prudential Regulation Authority and regulated by the Financial Conduct Authority ('FCA') and the Prudential Regulation Authority, in connection with its distribution in the United Kingdom. This material is not for general distribution in the United Kingdom to retail clients, as defined under the rules of the FCA. RBCEL accepts responsibility for this report and its dissemination in the United Kingdom.
**To German Residents:**
This material is distributed in Germany by RBC Europe Limited, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht (BaFin).
**To Persons Receiving This Advice in Australia:**
This material has been distributed in Australia by Royal Bank of Canada - Sydney Branch (ABN 86 076 940 880, AFSL No. 246521). This material has been prepared for general circulation and does not take into account the objectives, financial situation or needs of any recipient. Accordingly, any recipient should, before acting on this material, consider the appropriateness of this material having regard to their objectives, financial situation and needs. If this material relates to the acquisition or possible acquisition of a particular financial product, a recipient in Australia should obtain any relevant disclosure document prepared in respect of that product and consider that document before making any decision about whether to acquire the product. This research report is not for retail investors as defined in section 761G of the Corporations Act.
**To Hong Kong Residents:**
This publication is distributed in Hong Kong by Royal Bank of Canada, Hong Kong Branch, which is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission ('SFC'), RBC Investment Services (Asia) Limited and RBC Investment Management (Asia) Limited, both entities are regulated by the SFC. Financial Services provided to Australia: Financial services may be provided in Australia in accordance with applicable law. Financial services provided by the Royal Bank of Canada, Hong Kong Branch are provided pursuant to the Royal Bank of Canada's Australian Financial Services Licence ('AFSL') (No. 246521.)
**To Singapore Residents:**
This publication is distributed in Singapore by the Royal Bank of Canada, Singapore Branch, a registered entity licensed by the Monetary Authority of Singapore. This material has been prepared for general circulation and does not take into account the objectives, financial situation, or needs of any recipient. You are advised to seek independent advice from a financial adviser before purchasing any product. If you do not obtain independent advice, you should consider whether the product is suitable for you. Past performance is not indicative of future performance. If you have any questions related to this publication, please contact the Royal Bank of Canada, Singapore Branch. Royal Bank of Canada, Singapore Branch accepts responsibility for this report and its dissemination in Singapore.
**To Japanese Residents:**
Unless otherwise exempted by Japanese law, this publication is distributed in Japan by or through RBC Capital Markets (Japan) Ltd. which is a Financial Instruments Firm registered with the Kanto Local Financial Bureau (Registered number 203) and a member of the Japan Securities Dealers Association ("JSDA").

® Registered trademark of Royal Bank of Canada. RBC Capital Markets is a trademark of Royal Bank of Canada. Used under license.
Copyright © RBC Capital Markets, LLC 2018 - Member SIPC
Copyright © RBC Dominion Securities Inc. 2018 - Member Canadian Investor Protection Fund
Copyright © RBC Europe Limited 2018
Copyright © Royal Bank of Canada 2018
All rights reserved

November 1, 2018                    **Amit Daryanani, CFA** (415) 633-8659; amit.daryanani@rbccm.com    25