# EXHIBIT 78



## Equity Research

| Company | Rating | Price Target | November 2, 2018 |
|---|---|---|---|
| **Apple Inc.** | **Neutral** | **$200** | |

| Ticker | North America | Sector |
|---|---|---|
| AAPL | United States | Technology |

| | |
|---|---|
| Price at Oct 30, 2018 (USD) | 207.59 |
| Market Cap | 1.056B |
| 52-week range | 150.24-233.47 |
| Volume (ADV– 3 months) | 33.75 M |

Source: S&P Capital IQ

**C4Q Guidance Reflects our Cautious View on Weaker than Expected Sell Through and Production Reductions for iPhone XS/XR, Downgrade to Neutral, Maintain our Price Target**

Jun Zhang
China Telecom and IT
212 607-3180
jzhang@rblt.com

### Rosenblatt Roundup

We believe Apple's slightly soft guidance reflects our recent view that Apple will reduce iPhone production (our estimates of a 6-million-unit production cut). We also recently reduced our iPhone shipment estimates due to weaker than expected iPhone XS and XR sell-through. The iPhone Max has been selling well and will most likely help increase ASP and gross margin, but we believe it will be difficult for ASP to grow in the second half of C2019.

**Company Summary:**
Apple Inc. designs, manufactures, and markets mobile communication and media devices, personal computers, and portable digital music players worldwide. The company also sells related software, services, accessories, networking solutions, and third-party digital content and applications.

We remain positive on the iPad upgrade cycle, after the launch of the new iPad Pro in October.

We believe C2019 will be a tough year for all smartphone players due to the market transition from 4G to 5G. With 5G service launching in 2020, we believe consumers will delay their smartphone upgrades to 2020 and beyond.

We are maintaining our price target of $200, but downgrading the stock to neutral, from buy.


Apple (AAPL) Price Chart – 1 Yr



Chart Source: Trading View

### 4Q18 Earnings

- Apple reported revenues of $62.9 billion (+19.6% y/y, +18.1% q/q), beating both our ($61.0 billion) and consensus ($61.6 billion) estimates.
  - ◊ Revenues were driven by record results from iPhone, Services, and wearables.
  - ◊ Revenues grew across all geographic segments, with 19% y/y growth in the Americas.
- Diluted EPS came in at $2.91 (+$0.84 y/y, +$0.57 q/q), also beating both our ($2.65) and consensus ($2.78) estimates.
- Gross Margins came in at 38.3%, in line with management's estimates, driven by leverage from higher revenue which offset season transition costs.
- The company ended the quarter with $237.1 billion in cash & marketable securities.

### iPhone, iPad, Mac

- Apple delivered 46.9 million iPhones (flat y/y, +14% q/q) during the quarter, missing estimates of 47.5 million, but leading to 29% y/y revenue growth.
  - ◊ The ASP of the iPhone came in at $793 (consensus estimates of $750.78), up from $618 one-year ago, mainly driven by the iPhone X, 8, and 8 Plus, as well as the launch of the iPhone XS and XS Max.
- iPad shipments came in at 9.7 million (-6% y/y, -16% q/q).

Jun Zhang
China Telecom and IT
212 607-3180
jzhang@rblt.com

November 2, 2018
Technology– Apple



- 5.3 million Macs (-2% y/y, +42% q/q) were delivered during the quarter.
- The company announced that starting next quarter they will no longer provide unit sales data for iPhone, iPad, and Macs.

**Services & Other Products**

- Service products were a big highlight during the quarter, with revenues hitting an all-time high of $10 billion (+17% y/y).
    - ◊ Paid subscriptions increased more than 50% y/y.
- The App Store, AppleCare, Apple Music, cloud services, and Apple Pay all set new all-time revenue records.
- Wearable device revenues surged over 50% y/y.

**1Q19 Guidance**

- Apple is forecasting revenues to come in between $89 billion and $93 billion, in-line with our estimates ($91 billion) but below consensus ($93 billion).
- Gross Margins are expected to be between 38% and 38.5%, slightly below our estimates of 38.6%.
- Operating expenses will come in between $8.7 billion and $8.8 billion, while other income / (expense) are projected to be $300 mln.

**Apple Income Statement**

| (In billions) | FY 2014 | FY 2015 | FY 2016 | 2017 FYQ1 | 2017 FYQ2 | 2017 FYQ3 | 2017 FYQ4 | FY 2017 | 2018E FYQ1 | 2018E FYQ2 | 2018E FYQ3 | 2018E FYQ4 | FY 2018E | 2019E FYQ1E | 2019E FYQ2E | 2019E FYQ3E | 2019E FYQ4E | FY 2019E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Net Revenue** | 182.8 | 233.7 | 215.6 | 78.4 | 52.9 | 45.4 | 52.6 | 229.2 | 88.3 | 61.1 | 53.3 | 62.9 | 265.6 | 91.0 | 63.8 | 55.3 | 62.2 | 272.3 |
| *YoY % change* | 7% | 28% | -8% | 3% | 5% | 7% | 12% | 6% | 13% | 16% | 17% | 19.6% | 15.9% | 3.1% | 4% | 4% | -1% | 2.5% |
| *QoQ % change* | | | | 67% | -32% | -14% | 16% | | 68% | -31% | -13% | 18.1% | | 44.7% | -30% | -13% | 13% | |
| Cost of Revenue | 112.3 | 140.1 | 131.4 | 48.2 | 32.3 | 27.9 | 32.6 | 141.0 | 54.4 | 37.7 | 32.8 | 38.8 | 163.8 | 56.2 | 39.3 | 34.0 | 38.4 | 167.8 |
| *% of Revenues* | 61% | 60% | 61% | 61% | 61% | 61% | 62% | 62% | 62% | 62% | 62% | 62% | 62% | 62% | 61% | 61% | 62% | 62% |
| **Gross Profit** | 70.5 | 93.6 | 84.3 | 30.2 | 20.6 | 17.5 | 19.9 | 88.2 | 33.9 | 23.4 | 20.4 | 24.1 | 101.8 | 34.8 | 24.6 | 21.3 | 23.9 | 104.6 |
| *% of Revenues* | 39% | 40.1% | 39.1% | 38.5% | 38.9% | 38.5% | 37.9% | 38.5% | 38.4% | 38.3% | 38.3% | 38.3% | 38.3% | 38.3% | 38.5% | 38.6% | 38.3% | 38.4% |
| **Operating Expenses** | | | | | | | | | | | | | | | | | | |
| Research & Development | 6.0 | 8.0 | 10.0 | 2.9 | 2.8 | 2.9 | 3.0 | 11.6 | 3.4 | 3.4 | 3.7 | 3.8 | 14.2 | 4.0 | 3.7 | 3.8 | 3.9 | 15.3 |
| SG&A | 12.0 | 14.3 | 14.2 | 3.9 | 3.7 | 3.8 | 3.8 | 15.3 | 4.2 | 4.2 | 4.1 | 4.2 | 16.7 | 4.8 | 4.4 | 4.5 | 4.5 | 18.1 |
| **Total Operating Expenses** | 18.0 | 22.4 | 24.2 | 6.8 | 6.5 | 6.7 | 6.8 | 26.8 | 7.6 | 7.5 | 7.8 | 8.0 | 30.9 | 8.7 | 8.0 | 8.3 | 8.4 | 33.5 |
| *% of Revenues* | 10% | 10% | 11% | 9% | 12% | 15% | 13% | 12% | 9% | 12% | 15% | 13% | 12% | 10% | 13% | 15% | 14% | 12% |
| **Operating Income** | 52.5 | 71.2 | 60.0 | 23.4 | 14.1 | 10.8 | 13.1 | 61.3 | 26.3 | 15.9 | 12.6 | 16.1 | 70.9 | 26.1 | 16.6 | 13.0 | 15.5 | 71.1 |
| *% of Revenues* | 29% | 30% | 28% | 30% | 27% | 24% | 25% | 27% | 30% | 26% | 24% | 26% | 26.7% | 29% | 26% | 24% | 25% | 26.1% |
| Other Income | 1.0 | 1.3 | 1.3 | 0.8 | 0.6 | 0.5 | 0.8 | 2.7 | 0.8 | 0.3 | 0.7 | 0.3 | 2.0 | 0.3 | 0.4 | 0.4 | 0.4 | 1.4 |
| Income (loss) Before Income Taxes | 53.5 | 72.5 | 61.4 | 24.2 | 14.7 | 11.3 | 13.9 | 64.1 | 27.0 | 16.2 | 13.3 | 16.4 | 72.9 | 26.4 | 16.9 | 13.4 | 15.8 | 72.5 |
| Income Tax Provision | 14.0 | 19.1 | 15.7 | 6.3 | 3.7 | 2.6 | 3.2 | 15.7 | 7.0 | 2.3 | 1.8 | 2.3 | 13.4 | 4.4 | 2.7 | 2.1 | 2.5 | 11.6 |
| **Net Income** | 39.5 | 53.4 | 45.7 | 17.9 | 11.0 | 8.7 | 10.7 | 48.4 | 20.1 | 13.8 | 11.5 | 14.1 | 59.5 | 22.0 | 14.3 | 11.2 | 13.3 | 60.9 |
| *Net Income Margin* | 22% | 23% | 21% | 23% | 21% | 19% | 20% | 21% | 23% | 23% | 22% | 22% | 22.4% | 24% | 22% | 20% | 21% | 22.3% |
| **EPS Non-GAAP** | 6.45 | 9.22 | 8.31 | 3.36 | 2.10 | 1.67 | 2.07 | 9.21 | 3.89 | 2.73 | 2.34 | 2.91 | 11.78 | 4.51 | 3.01 | 2.44 | 2.92 | 12.87 |
| Basic Shares (mn) | 6.1 | 5.8 | 5.5 | 5.3 | 5.2 | 5.2 | 5.1 | 5.2 | 5.1 | 5.0 | 4.9 | 4.8 | 5.1 | 4.9 | 4.7 | 4.6 | 4.6 | 4.7 |
| Diluted Shares (mn) | 6.1 | 5.8 | 5.5 | 5.3 | 5.3 | 5.2 | 5.2 | 5.3 | 5.2 | 5.1 | 4.9 | 4.8 | 5.1 | 4.9 | 4.7 | 4.6 | 4.6 | 4.7 |
| Cash Dividends Declared/Share | $1.82 | $1.98 | $2.18 | $0.57 | $0.57 | $0.57 | $0.63 | $2.34 | $0.63 | $0.63 | $0.73 | $0.73 | $2.72 | | | | | $0.00 |
| **Key Metrics** | | | | | | | | | | | | | | | | | | |
| **Units Shipped (mn)** | | | | | | | | | | | | | | | | | | |
| Macs | 18.9 | 20.6 | 18.5 | 5.4 | 4.2 | 4.3 | 5.4 | 19.3 | 5.1 | 4.1 | 3.7 | 5.3 | 18.2 | | | | | 0.0 |
| iPod | 14.4 | | | N/A | N/A | N/A | N/A | | N/A | N/A | N/A | N/A | | | | | | |
| iPad | 68.0 | 54.8 | 45.6 | 13.1 | 8.9 | 11.4 | 10.3 | 43.8 | 13.2 | 9.1 | 11.6 | 9.7 | 43.5 | | | | | 0.0 |
| iPhone | 169.2 | 231.1 | 211.9 | 78.3 | 50.8 | 41.0 | 46.7 | 216.8 | 77.3 | 52.2 | 41.3 | 46.9 | 217.7 | | | | | 0.0 |
| **Unit Revenue (%)** | | | | | | | | | | | | | | | | | | |
| Macs | | | | 9% | 11% | 12% | 14% | | 8% | 10% | 10% | 12% | | | | | | |
| iPod | | | | N/A | N/A | N/A | N/A | | N/A | N/A | N/A | N/A | | | | | | |
| iPad | | | | 7% | 7% | 11% | 9% | | 7% | 7% | 9% | 7% | | | | | | |
| iPhone | | | | 69% | 63% | 55% | 55% | | 70% | 62% | 56% | 59% | | | | | | |
| Services | | | | 9% | 13% | 16% | 16% | | 10% | 15% | 18% | 16% | | | | | | |
| Other Producs | | | | 5% | 5% | 6% | 6% | | 6% | 6% | 7% | 7% | | | | | | |
| **ASP / Unit ($)** | | | | | | | | | | | | | | | | | | |
| Macs | | | | 1,348.0 | 1,391.8 | 1,302.9 | 1,331.2 | | 1,348.8 | 1,434.0 | $1,432.8 | 1,398.6 | | | | | | |
| iPod | | | | N/A | N/A | N/A | N/A | | N/A | N/A | N/A | N/A | | | | | | |
| iPad | | | | 423.0 | 435.9 | 435.0 | 467.8 | | 445.1 | 451.3 | $410.4 | 421.6 | | | | | | |
| iPhone | | | | 694.6 | 655.0 | 605.6 | 618.0 | | 796.4 | 728.3 | $724.1 | 793.0 | | | | | | |
| **Geographic Breakdown** | | | | | | | | | | | | | | | | | | |
| Americas | | | | 32.0 | 21.2 | 20.4 | 23.1 | | 35.2 | 24.8 | 24.5 | 27.5 | | | | | | |
| Europe | | | | 18.5 | 12.7 | 10.7 | 13.0 | | 21.1 | 13.8 | 12.1 | 15.4 | | | | | | |
| China | | | | 16.2 | 10.7 | 8.0 | 9.8 | | 18.0 | 13.0 | 9.6 | 11.4 | | | | | | |
| Japan | | | | 5.8 | 4.5 | 3.6 | 3.9 | | 7.2 | 5.5 | 3.9 | 4.2 | | | | | | |
| Rest of Asia-Pacific | | | | 5.9 | 3.8 | 2.7 | 2.8 | | 6.9 | 4.0 | 3.2 | 3.4 | | | | | | |
| Retail | | | | N/A | N/A | N/A | N/A | | N/A | N/A | N/A | N/A | | | | | | |
| Domestic Sales % | | | | 41% | 40% | 45% | 44% | | 40% | 41% | 46% | 44% | | | | | | |
| International Sales % | | | | 59% | 60% | 55% | 56% | | 60% | 59% | 54% | 55% | | | | | | |
| **Apple Retail Revenue (Bn)** | | | | | | | | | | | | | | | | | | |
| Apple Store Retail Sales (Bn) | | | | | | | | | | | | | | | | | | |
| # of Apple Retail Stores (Qrt. End) | | | | | | | | | | | | | | | | | | |
| Avg. Revenue Per Store ($MM) | | | | | | | | | | | | | | | | | | |
| Retail Margin | | | | | | | | | | | | | | | | | | |

Source: Company report and Rosenblatt Securities estimates



## Industry Analysts

**Marshall Senk**
Director of Research
212 607-3153
msenk@rblt.com

**Jun Zhang**
China Telecom and IT
212 607-3180
jzhang@rblt.com

**Hans Mosesmann**
Semiconductors
212 607-3181
hmosesmann@rblt.com

**Ryan Koontz**
Communications and Networking
212 607-3108
rkoontz@rblt.com

**Mark Zgutowicz**
Internet
212 607-3114
mzgutowicz@rblt.com

**Ken Hill, CFA**
Exchanges, Financial Technology
212 607-3117
khill@rblt.com

**Important Disclosures**

I, Jun Zhang, attest that the views expressed in this research report accurately reflect my personal views about the subject matter, security, or issuer. Furthermore, no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation or views expressed in this research report.

The material prepared by me employs appropriate expertise, and I believe that it fairly and accurately represents the subject matter reported upon and is not misleading. I accept no liability for any loss resulting from the use of the material presented in this report, except that this disclaimer of liability does not apply to the extent that such disclaimer may be prohibited by specific statutes, laws or regulations. This report is not to be relied upon in substitution for the exercise of independent judgment. I may have issued and may in the future issue, other reports that are inconsistent with, and which reach different conclusions than the information presented in this report. Those reports reflect the different assumptions, views, and analytical methods of the analysts who prepared them at that time and I assume no obligation to ensure that any other reports on the same subject matter addressed herein are brought to the attention of any recipient of this report.

**Ownership & Material Conflicts of Interest:** None.
**Compensation:** The research analyst who authored this report (the "Analyst") does not receive compensation based on the Firm's investment banking revenues or from the Company and has not done so for the past twelve months. The Firm does not have any investment banking relationship with the Company. As such, the firm has not received compensation for investment banking activities in the past twelve months and does not expect to receive compensation for investment banking activities in the next 3 months. The Firm does not have a consulting or other revenue-generating relationship with the Company in the last twelve months.
**Position as Officer/Director:** The Analyst does not serve as an officer, director, or advisory board member of the Company. The same is true for members of the Analyst's household.

**Explanation of Equity Research Ratings:** Rosenblatt Securities, Inc. uses the following ratings system: Buy [We believe this stock will outperform relative to other companies in its industry over the following 12 months.] Sell [We believe this stock will underperform relative to other companies in its industry over the following 12 months.] Neutral [We believe that this stock's performance will be in line with the average return of others in its industry over the following 12 months.]

**Price Chart:**



**Price Targets:** Please refer to the model for important information regarding valuation and the Analyst's method for determining Price Targets, as well as risk factors that may impede achievement of said target.

| Date | Rating | Share Price | Price Target | Date | Rating | Share Price | Price Target | Date | Rating | Share Price | Price Target | Date | Rating | Share Price | Price Target |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8-Sep-16 | Neutral | $108.36 | $102.00 | 8-Sep-17 | Neutral | $161.26 | $150.00 | 28-Nov-17 | Buy | $174.09 | $180.00 | 18-Jun-18 | Buy | $188.84 | $180.00 |
| 12-Sep-16 | Neutral | $103.13 | $102.00 | 13-Sep-17 | Neutral | $160.86 | $150.00 | 4-Dec-17 | Buy | $171.05 | $180.00 | 26-Jul-18 | Buy | $194.82 | $180.00 |
| 15-Sep-16 | Neutral | $111.77 | $102.00 | 15-Sep-17 | Neutral | $158.28 | $150.00 | 26-Dec-17 | Buy | $175.01 | $180.00 | 1-Aug-18 | Buy | $190.29 | $200.00 |
| 16-Sep-16 | Neutral | $115.57 | $102.00 | 20-Sep-17 | Neutral | $158.73 | $150.00 | 18-Jan-18 | Buy | $179.10 | $180.00 | 13-Sep-18 | Buy | $221.07 | $200.00 |
| 16-Sep-16 | Neutral | $114.81* | $102.00 | 25-Sep-17 | Neutral | $151.89 | $150.00 | 19-Jan-18 | Buy | $179.26 | $180.00 | 14-Sep-18 | Buy | $226.41 | $200.00 |
| 30-Sep-16 | Neutral | $112.18 | $102.00 | 26-Sep-17 | Neutral | $150.55 | $150.00 | 26-Jan-18 | Buy | $171.11 | $180.00 | 17-Sep-18 | Buy | $223.84 | $200.00 |
| 21-Oct-16 | Neutral | $117.06 | $102.00 | 11-Oct-17 | Neutral | $155.90 | $150.00 | 31-Jan-18 | Buy | $166.97 | $180.00 | 24-Sep-18 | Buy | $217.66 | $200.00 |
| 26-Oct-16 | Neutral | $118.25 | $102.00 | 18-Oct-17 | Neutral | $160.47 | $150.00 | 2-Feb-18 | Buy | $167.78 | $180.00 | 22-Oct-18 | Buy | $219.31 | $200.00 |
| 7-Dec-16 | Neutral | $109.95 | $102.00 | 20-Oct-17 | Neutral | $155.98 | $150.00 | 9-Feb-18 | Buy | $155.15 | $180.00 | 29-Oct-18 | Buy | $216.30 | $200.00 |
| 1-Feb-17 | Neutral | $121.35 | $102.00 | 26-Oct-17 | Neutral | $156.41 | $150.00 | 7-Mar-18 | Buy | $176.67 | $180.00 | 31-Oct-18 | Buy | $213.30 | $200.00 |
| 28-Mar-17 | Neutral | $140.88 | $120.00 | 27-Oct-17 | Neutral | $157.41 | $150.00 | 16-Mar-18 | Buy | $178.65 | $180.00 | 2-Nov-18 | Neutral | $207.59 | $200.00 |
| 3-May-17 | Neutral | $147.51 | $120.00 | 30-Oct-17 | Neutral | $163.05 | $150.00 | 28-Mar-18 | Buy | $168.34 | $180.00 | | | | |
| 26-May-17 | Neutral | $153.87 | $120.00 | 3-Nov-17 | Buy | $168.11 | $180.00 | 2-May-18 | Buy | $169.10 | $180.00 | | | | |
| 2-Aug-17 | Neutral | $150.05 | $150.00 | 6-Nov-17 | Buy | $172.50 | $180.00 | 14-May-18 | Buy | $188.59 | $180.00 | | | | |
| 21-Aug-17 | Neutral | $157.50 | $150.00 | 21-Nov-17 | Buy | $169.99 | $180.00 | 30-May-18 | Buy | $187.90 | $180.00 | | | | |

*Price as of 12:00 PM EDT
Source: S&P Capital IQ

**Rosenblatt Securities Equity Research Ratings Distribution, as of November 2, 2018**

| | Buy | Neutral (Hold) | Sell |
|---|---|---|---|
| Rosenblatt Securities Equity Research Coverage | 68.3% | 23.8% | 7.9% |
| IB clients* | 1.6% | 0% | 0% |

November 2, 2018
Technology– Apple



## Industry Analysts

**Marshall Senk**
Director of Research
212 607-3153
msenk@rblt.com

**Jun Zhang**
China Telecom and IT
212 607-3180
jzhang@rblt.com

**Hans Mosesmann**
Semiconductors
212 607-3181
hmosesmann@rblt.com

**Ryan Koontz**
Communications and Networking
212 607-3108
rkoontz@rblt.com

**Mark Zgutowicz**
Internet
212 607-3114
mzgutowicz@rblt.com

**Ken Hill, CFA**
Exchanges, Financial Technology
212 607-3117
khill@rblt.com

*Percentage of investment banking clients in each rating category.

For purposes only of FINRA ratings distribution rules, our Neutral rating falls into a hold rating category. Please note that stocks with an NR (Not Rated) designation are not included in the table above.

**Market Making:** The Firm does not make markets in any securities.

**Other Disclosures:** All the views expressed in the research report accurately reflect the research analyst's personal views about any and all of the subject securities or issuers and no part of the research analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations, valuations, or views expressed by the research analyst in the research report.
The information contained in this report is not a complete analysis of every material fact with respect to any company. industry or security and is not an offer or solicitation to buy or sell any security. Although opinions and estimates expressed in this report reflect the current judgment of the Firm, the information upon which such opinions and estimates are based is not necessarily updated on a regular basis.
Estimates are not reviewed on a regular basis. In addition, opinions and estimates are subject to change without notice. Each investor must make its own determination of the appropriateness of an investment in any securities referred to herein based on any legal, tax and accounting considerations applicable to such investor and its own investment strategy.
By virtue of this publication, Rosenblatt Securities Inc or their employees shall not be responsible for any investment decision. The Firm from time to time may perform corporate finance services for companies mentioned in this report and may occasionally possess material, nonpublic information regarding such companies.
This information is not used in the preparation of the opinions and estimates contained in this report. Facts and the other information contained in this report have been obtained from public sources considered reliable but are not guaranteed in any way.

This report may not be reproduced, distributed, or published without the prior consent of Rosenblatt Securities Inc. Copyright © 2018. All rights reserved by Rosenblatt Securities Inc.