# EXHIBIT 79



# Apple

ANALYSIS *for* NASDAQ : AAPL                    NOVEMBER 4, 2018



| **$237** | **N/A** |
|---|---|
| **$1,129.2 B** MKT CAP | N/A MKT CAP |
| *Trefis Estimate* | *Market Price* |

See the Full Analysis for Apple on Trefis

## — CORPORATE SNAPSHOT —

Apple makes money primarily by selling mobile phones, computers, and tablets to consumers worldwide.  Apple's well-known consumer products include the iPhone, Mac, iPad and the iPod media player.  In addition to selling hardware, Apple makes money from services that include the App Store, Apple Music and iCloud. Apple introduced its first wearable computing device, called the Apple Watch in late 2014. Our valuation model is based on Apple's fiscal year, which ends on September 30.

## — WHAT HAS CHANGED? —

### *Launch of New iPhone XS, XS Max and XR*
In early September 2018, Apple launched a trio of new iPhones including a refreshed iPhone X, called the iPhone XS (starting at $1,000), a new plus-sized version called iPhone XS Max ($1,100) and a relatively more affordable 6.1 inch LCD version called the iPhone XR ($750). While we don't expect the new lineup to drive unit volume growth to the levels seen during the iPhone 6 cycle, due to a mature smartphone market, revenues should still see a very healthy jump due to a continued uptick in average selling prices, with mid-range iPhone customers likely to upgrade to the XR and premium buyers likely opting for the new iPhone XS Max (top models cost $1,450) .

## — VALUATION HIGHLIGHTS —

1. iPhone constitutes 54% of the Trefis price estimate for Apple's stock.
2. Services constitute 18% of the Trefis price estimate for Apple's stock.
3. Other Products constitute 8% of the Trefis price estimate for Apple's stock.

**IPHONE**
iPhone Pricing 5
iPhone Shipments 6
Apple Gross Profit Margin 7

**SERVICES**
Services Revenue 9
Apple Gross Profit Margin 11

**OTHER PRODUCTS**
Other Product Revenues 12
Apple Gross Profit Margin 13

**MAC**
Mac Pricing 14
Mac Units Sold 15
Apple Gross Profit Margin 16

**IPAD**
iPad Pricing 17
iPad Units Sales 18
Apple Gross Profit Margin 19

**APPENDICES**
Summary P&L for Apple 22
Detailed iPhone P&L 23
Detailed Services P&L 24
Detailed Other Products P&L 25
Detailed Mac P&L 27
Detailed iPad P&L 28



See the Interactive Valuation Breakdown on Trefis

Our share price estimate and the overall company value is derived by summing-up the values of individual divisions/businesses in a sum-of-the-parts analysis. The value of each division is calculated using a discounted cash flow (DCF) methodology.

We forecast fundamental drivers like pricing, market share, and profit margins for different businesses in estimating the division's value within the DCF framework. The analysis below primarily focuses on those important forecasts that drive our share price and value estimate.

Our complete analysis, including sources of historical data, underlying equations and additional discussion are available on www.trefis.com.

### — POTENTIAL UPSIDE & DOWNSIDE TO TREFIS PRICE —

Below are key drivers of Apple's value that present opportunities for upside or downside to the current Trefis price estimate for Apple:

*iPhone Pricing Power And Margins Hold Steady*

- iPhone ASP and Gross Margin:
  We estimate that Apple's iPhone ASPs will decline from levels of around $760 in 2018 to about $725 in 2024, with margins also trending slightly lower. However, Apple has a strong history of disruptive innovation. If the company is able to launch truly revolutionary handsets rather than phones with incremental upgrades, it could improve its pricing power over the long run. If ASPs actually rise to about $820 with margins increasing by about 100 bps, there could be a 15% upside to our price estimate.

*Android's Progress In Premium Space Could Dent Valuation*

- iPhone ASP and iPhone Shipments:
  Android-based vendors are beginning to focus on improving design and aesthetics while adding unique features to handsets, while Google has been iteratively improving the overall software experience on Android (ex. Android Nougat). Vendors are also focusing on delivering high-end devices that command better pricing and cater to customers looking to

upgrade in a saturating smartphone market. If this trend of Android vendors improving hardware, user experiences and design, backed up by Google's solid software and services footprint, is able to put pressure on Apple's sales, keeping shipments essentially flat through our forecast period, while pushing ASPs down to levels of around $650 by 2024, this could reduce our price estimate for Apple by 15%.

For additional details, select a driver above or select a division from the interactive Trefis split for Apple at the top of the page.

— SOURCES OF VALUE —

We believe the iPhone segment is more valuable than the Mac and iPad segments for two primary reasons:

*Large mobile phone market*
Gartner estimates that about 1.9 billion mobile phones were sold worldwide in 2015 compared to about 290 million PCs and 196 million ultra-mobile devices (Basic and Utility Tablets). Although Apple's iPhone market share remains quite small, the underlying market opportunity over the forecast period could be much larger.

*High iPhone profit margins*
We estimate that Apple's iPhone gross margins were about 45% in 2016, compared to around 22% for the Mac.

— KEY TRENDS —

*Increasing Competition and Saturation in High-end of Smartphone market*
In June 2007, when Apple entered the then-nascent smartphone market with the iPhone, Nokia and RIM were the only players in this segment. iPhone's success led to the entry of other players in the market, that has seen a huge spurt in demand in the recent years. Today, consumers have a huge array of smartphones to choose from, including premium Android smartphones from Samsung and Google and low-cost manufacturers such as Lenovo and Xiaomi. While the smartphone market is expected to see high single-digit growth in the near term, much of the sales are likely to come from low and mid-priced handsets in emerging markets, while the high-end of the market - which Apple caters to - could become increasingly saturated. Apple posted a year-over-year decline in iPhone sales during FY'16. That said, 2017 could be a strong year for the iPhone, as Apple launched a trio of new iPhones, including the completely redesigned iPhone X.

*Slowing iPad Shipments*
Global tablet shipments declined by about 20% in Q4 2016, according to data from research firm IDC, driven by longer upgrade cycles for tablets and cannibalization from large-screen smartphones. Apple has been impacted, with iPad shipments declining by about -14% in 2016, likely because of increasing tablet saturation in developed markets where high-end devices

such as the iPad are more popular. Apple appears to be taking a two-pronged strategy with its tablet sales - focusing on both value-priced tablets for casual users while catering to professionals with its higher powered iPad Pro devices.

### Growth In Enterprise Market

In mid-2014, Apple signed a deal with IBM that will see the two companies working together to further their enterprise mobility initiatives by bringing IBM's cloud computing, big data and analytics capabilities to the iPhone and iPad. With the partnership, IBM will develop industry-specific apps and solutions for iOS devices, optimize its cloud services for the iOS platform and help with marketing Apple devices to enterprises. While Apple has been successfully increasing its presence in the enterprise space, the deal with IBM will give the company a more well-targeted push. IBM brings to the table decades of experience in understanding the needs of business customers and also has a sizeable sales force needed to cater to large corporations.

### Mac Outperforms PC Industry

While the global PC market has been shrinking, Apple has largely been able to buck the trend given its superior product differentiation, proprietary Mac OS software and applications, sleek design and premium build-quality. Apple also benefits from the fact that it plays in the high end of the PC market – typically focusing on the lucrative $1,000+ price points – rather than the commoditized low and mid-range where a bulk of the volumes come from. For instance, shipments of Mac computers grew by about 10% year-over-year in Q3 FY'17, compared to the global market which contracted by about 0.5% per IDC.

### Services Present A Growth Opportunity

Apple's services business has expanded significantly and the division is now Apple's second largest in terms of revenue, ahead of the Mac division. While the App store remains the primary driver of growth, services such as Apple Music are also gaining traction. Apple's base of paid subscriptions on its platform has also been rising steadily, with about 240 million active subscriptions at the end of 2017.

See the Full Analysis for Apple on Trefis

# iPhone

The iPhone division constitutes 53.6% of our $237 price estimate for this stock, based on our sum of the parts analysis. The most important drivers for the iPhone business are:
- iPhone Pricing
- iPhone Shipments
- Apple Gross Profit Margin

## — IPHONE PRICING —

iPhone Pricing represents the amount that Apple receives for every iPhone sold.



iPhone ASPs increased from about $605 in 2013 to about $670 in 2015, driven by the launch of the more expensive Plus size models. However, the number declined to about $650 in 2016, as Apple unveiled a lower-cost iPhone called the iPhone SE. We expect the metric to improve in 2017 as Apple sees higher sales of its iPhone 7 Plus model. The introduction of the new iPhone X, which is priced starting at $1,000 could help Apple further increase ASPs over 2018.
However, we expect the metric to see a slight decline from 2019 onwards, amid higher competition in the top-end of the smartphone market.

*Forecast Rationale*
Supporting:
1. COMMODITIZATION IN THE SMARTPHONE SPACE – The smartphone markets have seen functionality based innovation plateau over the last few years, with upgrades largely based on specifications improvements (screen sizes/resolutions, camera quality, battery capacity). As smartphones become more commoditized, there will be a tendency for smartphone companies to lower prices. Android has emerged the dominant player in the global smartphone space. Given that Android phones typically offer better hardware specifications and lower price points compared to the iPhone, Apple could face some pressure on the pricing front.

2. APPLE'S PRICING POWER COULD BE THREATENED – Apple's strong software differentiation, premium industrial design, and software and device ecosystem have enabled the company to charge a premium over competing Android devices. In Q1 2016, the average price of an Android smartphone stood at about $215, while the average price of an iPhone stood at $690 . However, most large Android handset vendors have been steadily veering towards more refined design and software in order to improve the user experience of their devices. While we believe that Apple will be able to charge a premium for its products, in the long run, the price difference is likely to narrow as Android vendors improve the overall user experience and quality of their devices.

3. LOWER STARTING PRICES – Apple launched the iPhone SE in early 2016, sporting a price tag of just $399 onwards (about $350 as of 2017), marking the lowest launch price for an iPhone. This is a strategy by Apple to woo mid-market buyers to ward off competition from Android smartphones. The average price for iPhones could fall as consumers could find these models good enough for their needs, giving them less incentive to buy Apple's higher-end models.

Mitigating:

4. PREMIUM MODELS LIKE THE IPHONE X COULD BOLSTER ASPS – Apple launched the iPhone X in the fall of 2017. The device,
which sports innovations such as depth-sensing camera technology and OLED screens is Apple's priciest handset to date, starting at $1,000 unlocked.  There has been a broad trend in the smartphone market with premium devices getting more expensive, on account of higher component costs. Moreover, Apple's increasing use of proprietary technologies ( such as 3D touch, taptic sensors, true-depth cameras) could keep boosting the cost of its devices and potentially its device pricing.

5. APPLE'S ECOSYSTEM LOCK-IN HELPS PRICING POWER – Apple's broad ecosystem of products and services helps to bolster loyalty of iPhone customers and increases switching costs around Apple's products. This ecosystem lock-in could also bolster Apple's pricing power in the long-run.

Sources for historical data and explanations can be found on the Trefis.com website (link)

## — IPHONE SHIPMENTS —

iPhone Shipments represents the number of iPhones that Apple ships in a year.



iPhone Shipments (Mil)

Apple's iPhone Shipments has increased from levels of around 150 million in FY'13 to about 169 million in FY'14, driven partly by the deal to sell its phones to subscribers of China Mobile. The number rose to 231 million units in FY'15, driven by strong sales of the iPhone 6 and 6 Plus, which marked the company's entry into the phablet space. Sales saw a decline in 2016, amid weaker sales of the iPhone 6S, which customers viewed as being too similar to the iPhone 6. The number grew slightly in 2017, driven by demand for the iPhone 7. We expect iPhone Shipments to rise to levels of close to 245 million in 2024.

*Forecast Rationale*
Supporting:

1. APPLE'S PRODUCT DIFFERENTIATION  –  Apple's strong branding, as well as hardware and software differentiation, have allowed it to stand out in the smartphone market. The company's iOS operating systems - which offers users a simple and intuitive user interface - coupled with the company's strong industrial design have proved to be a unique selling proposition for the company.  The iPhone has also been ahead of the curve with continuous upgrades to its features including the addition of fingerprint sensors, enhanced cameras, digital voice assistants, mobile payments capabilities and face sensing technology.

2. APPLE'S ECOSYSTEM ENABLES GREATER LOYALTY –  The iPhone is a part of Apple's broader ecosystem - which includes hardware such as Mac, Apple TV, Apple Watch and iPad
as well as services such as iMessage, iCloud, App Store, and Apple Music.  The strong ecosystem effect effectively helps Apple to lock in customers on to its platform, improving customer loyalty while increase switching costs, making them more likely to choose another Apple product when they choose to upgrade.

3. IPHONE'S POTENTIAL IN EMERGING MARKETS –  Growing technological awareness, increasing per-capita income and the availability of affordable data services in developing markets will encourage consumers to trade-up to smartphones from their feature phones.  Apple's low-end offerings such as the iPhone SE, coupled with the strong aspirational value of its brand, could help the company increase share in these markets.

Mitigating:

4. THREAT FROM GOOGLE ANDROID-BASED SMARTPHONES –  Apple's biggest smartphone threats come from Android-based smartphones. Android devices typically offer better hardware specifications at lower prices, posing a competitive threat to the iPhone. Android-based smartphones have come to dominate the global smartphone market, accounting for over 80% of global smartphone market by OS.  New Android handsets such as Google's Pixel phones offer cameras which are among the best in the smartphone industry, while significantly improving upon the smartphone user interface. Samsung's latest devices such as the S8 have an attractive industrial design, with features such as edge-to-edge displays.

5. END OF CARRIER DEVICE SUBSIDIES COULD HURT APPLE – The major U.S. wireless carriers have stopped offering two-year contracts with subsidized handsets, requiring customers to bring their own device or buy one through an equipment installment plan or financing scheme. In return for this, carriers have reduced the monthly fees customers pay for cellular services. In essence, such plans have decoupled the cost of the phone from the monthly plan. Without the contract-subsidy model, customers may be inclined to hold on to their devices for longer, as they can enjoy the lower services fees without paying for a new device. There is a possibility that this new model could hurt Apple, which has long benefited from carriers subsidizing the high sticker prices of its smartphones in return for a two-year commitment.

Sources for historical data and explanations can be found on the Trefis.com website ([link](#))

— APPLE GROSS PROFIT MARGIN —

Apple Gross Profit Margin represents Apple's overall Gross Profit as a percentage of Revenue. Gross Profit is determined as Revenue minus Cost of Goods and Services Sold.



We estimate that Apple Gross Profit Margin grew from around 38% in 2013 to about 39% in 2014, driven by higher ASPs for the iPhone and the China Mobile deal, which expanded Apple's addressable market for the iPhone. Margins grew further to about 40% in 2015, driven by strong sales of the iPhone 6 and 6S, which were Apple's first large-screen phones. However, the metric declined in 2016, on account of foreign exchange headwinds as well as higher costs and relatively lackluster sales of the iPhone 6S. Trefis expects margins to remain steady at levels of around 38% at the end of our review period.

*Forecast Rationale*

Supporting:

1. APPLE'S INVESTMENT IN PROPRIETARY COMPONENTS – With the scope for functionality-based innovation slowing down in the smartphone space, Apple has had to focus on more niche and potentially expensive technologies to differentiate itself from lower-cost rivals. For instance, the firm's latest devices sports technologies such as 3D-Touch, Taptic engines, dual cameras which are not yet widely available in the market. This could drive up the bill of materials for Apple's new products.

2. RISING COMPONENTS COSTS – The components industry is becoming increasingly concentrated, with large Asian companies controlling most of the supply for components ranging from displays to memory and imaging sensors. This is partly because the barriers to entry in the market are high, in terms of both technological know-how and initial investment. For instance, the DRAM market is controlled by 3 companies - Samsung, Sk Hynix and Micron, while the market for OLED panels is dominated by Samsung. The shifting balance of power in the components market could put pressure on the margins of device vendors such as Apple.

3. LOWER PRICED PRODUCTS COULD HURT MARGINS – While Apple's flagship devices such as the (iPhone X and iPad Pro) are getting more expensive, the company has also been rolling out more affordable products, such as the iPhone SE ($350) and the new iPad ($330). Apple has also been increasing sales to emerging markets such as China and India and there is a possibility that the growing strength of the U.S. dollar could put pressure on the company's margins.

Mitigating:

4. HIGHER SERVICES SALES – Apple's services business has been accounting for a larger percentage of the company's overall revenues stream and the company has set a target of effectively doubling its Services revenues by 2020 (~18%

CAGR between 2016 and 2020). Services are likely to have higher gross margins compared to Apple's product offerings, as they mostly involve manpower costs, which are largely fixed with relatively negligible variable costs.  For instance, Apple earns a commission (typically 15% to 30%) from third-party subscriptions on its platform, while also taking a cut of sales on the App Store.

Sources for historical data and explanations can be found on the Trefis.com website (link)

*Note that Apple reports financial information for fiscal year ended September 30th.  For the purposes of our analysis, we have treated Apple's fiscal year figures as equivalent to calendar year ended December 31st figures.*

| | CY14 | CY15 | CY16 | CY17 | CY18 | CY19 | CY20 | CY21 | CY22 | CY23 | CY24 | CY25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenue** (Bil $) | 102 | 155 | 137 | 141 | 167 | 177 | 181 | 186 | 190 | 192 | 195 | 196 |
| **Direct Expense** (Bil $) | 62.4 | 92.6 | 82.8 | 86.4 | 102 | 108 | 110 | 113 | 115 | 117 | 119 | 120 |
| **Indirect Expense** (Bil $) | 13.4 | 17.5 | 21.5 | 23.1 | 28.6 | 28.1 | 28.3 | 29.3 | 30.0 | 30.1 | 30.3 | 30.7 |
| **Gross Profit** (Bil $) | 39.6 | 62.5 | 53.9 | 54.9 | 64.6 | 68.8 | 70.9 | 72.7 | 74.2 | 75.3 | 76.4 | 76.8 |
| **Free Cash Flow** (Bil $) | n/a | n/a | n/a | n/a | 35.9 | 40.7 | 42.7 | 43.5 | 44.1 | 45.2 | 46.1 | 46.1 |

In addition, you can see the detailed P&L for the iPhone business in the Appendix (link)

# Services

The most important drivers for the Services business are:
- Services Revenue
- Apple Gross Profit Margin

## — SERVICES REVENUE —

Services Revenue represents the revenues from Apple's services including its iTunes Store, App Store, Apple Music, iCloud and Apple Pay. Revenues from the AppleCare extended warranty program are also included in this segment.



Apple's Services Revenue has increased from around $16 billion in 2013 to about $24 billion in 2016, driven by a growing installed base, higher sales at the App Store, and a growing number of paid subscriptions on Apple's platform. The number rose further to about $30 billion in 2017. We expect services revenues to continue to grow over the long-term, driven by Apple's growing installed base as well as greater per-device spending on services.

*Forecast Rationale*

1. APP STORE GROWTH – Apple's App store could be a big driver of services growth, on account of a higher number of paid app downloads, as well as a higher number of paid subscriptions. As of Q4 2017, Apple says that it had 210 million subscriptions to Apple and third-party services. Apple takes a commission of about 30% of paid app downloads. For longer-term subscriptions to third-party services made on its platform, Apple charges 30% fee for the first year, with the number declining to 15% from the second year onwards.

2. GROWTH IN CLOUD-BASED SERVICES – Software and computing have increasingly been moving away from the device onto the cloud. While Apple offers multiple Cloud-based services, including iCloud, it still trails behind rivals such as Google in offering such services. That said, the company is likely to invest significant sums in this fast growing area of computing, driving revenues. Apple's comparatively wealthy user base, coupled with its vast device ecosystem could prove an advantage in monetizing its cloud services.

3. STRONGER UPTAKE OF APPLE PAY – Although Apple Pay has yet to contribute significantly to Apple's revenues, the firm has been recording strong user growth and retailer participation. As of early 2016, over 2.5 million locations accepted the service in the U.S., up from just 220k locations when the service was launched in late 2014. Apple has since expanded the service to countries including Australia, Canada, China, Singapore, Switzerland, France, Hong Kong, Russia, New Zealand, Japan, Spain, Italy, Ireland, Taiwan, and the United Kingdom. Since Apple is estimated to take a cut of about 0.15% of each purchase made via Apple Pay, this could result in some top-line growth for the company.

4. APPLECARE CAN GROW DRIVEN BY IPHONE UPGRADE PROGRAM – Apple's equipment installment scheme dubbed the iPhone upgrade program comes bundled with the Apple Care for iPhone. As the program gains traction, it could also help to boost AppleCare sales.

5. APPLE MUSIC SERVICE – We expect Apple Music to gain meaningful traction over the long-term, given its deep-integration with Apple products (iDevices as well as upcoming devices such as the HomePod). The service could also

see traction in emerging markets, owing to its relatively attractive pricing (under $2 per month in India, for example), which makes it an attractive alternative to music downloads as well as music CDs. Apple Music will also benefit if copyright protection laws for illegal music downloads remain strict and enforceable. Apple Music provides low cost and legal option of listening to music and hence should see increased usage. Apple Music is available on Google's Android OS, which counts as the world's largest smartphone platform, with a share of over 80% in terms of global device shipments. This should expand the reach of the service meaningfully, beyond Apple's ecosystem.

Sources for historical data and explanations can be found on the Trefis.com website (link)

## — APPLE GROSS PROFIT MARGIN —

See our analysis of Apple Gross Profit Margin in the iPhone division here.

*Note that Apple reports financial information for fiscal year ended September 30th.  For the purposes of our analysis, we have treated Apple's fiscal year figures as equivalent to calendar year ended December 31st figures.*

|  | CY14 | CY15 | CY16 | CY17 | CY18 | CY19 | CY20 | CY21 | CY22 | CY23 | CY24 | CY25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenue** (Bil $) | 18.1 | 19.9 | 24.3 | 30.0 | 37.2 | 43.9 | 51.3 | 56.5 | 61.0 | 65.9 | 68.5 | 71.3 |
| **Direct Expense** (Bil $) | 11.0 | 11.9 | 14.7 | 18.3 | 22.8 | 26.8 | 31.3 | 34.4 | 37.1 | 40.1 | 41.7 | 43.4 |
| **Indirect Expense** (Bil $) | 2.38 | 2.24 | 3.82 | 4.89 | 6.39 | 6.98 | 8.01 | 8.89 | 9.66 | 10.3 | 10.6 | 11.1 |
| **Gross Profit** (Bil $) | 7.01 | 8.02 | 9.60 | 11.6 | 14.4 | 17.1 | 20.1 | 22.1 | 23.9 | 25.8 | 26.8 | 27.9 |
| **Free Cash Flow** (Bil $) | n/a | n/a | n/a | n/a | 8.01 | 10.1 | 12.1 | 13.2 | 14.2 | 15.5 | 16.2 | 16.7 |

In addition, you can see the detailed P&L for the Services business in the Appendix (link)

# Other Products

The most important drivers for the Other Products business are:
- Other Product Revenues
- Apple Gross Profit Margin

<strong>— OTHER PRODUCT REVENUES —</strong>

Other Product Revenues includes revenue from the sales of the Apple TV, Apple Watch, Beats products, iPod touch and Apple-branded and third-party accessories.



We estimate that Apple's Other Product Revenues declined from about $10 billion in 2013 to about $8.4 billion in 2014, amid weaker sales of the iPod. However, the metric grew steadily since then to about $13 billion in 2017, on account of the acquisition of Beats in 2014 and the launch of the Apple Watch in early 2015. We expect the metric to grow to over $16 billion by the end of our review period, driven primarily by the sales of the Apple Watch.

*Forecast Rationale*

Supporting

i. EXPANDED SHIPMENTS OF THE APPLE WATCH – Apple Watch addresses some of the design and interface shortcomings of previous smartwatches and adds a solid set of health and fitness-focused features besides offering a development environment for app developers called WatchKit. As the number of smartwatch users increases, more developers are likely to get on board to develop applications for the Apple Watch. It is likely that there will be a greater number of usage scenarios and applications for the watch as the installed base increases, driving sales further. While Apple Watch has a host of features as a standalone device, it primarily acts as a gateway to an iPhone – allowing users to receive notifications, send messages, access maps and use Siri, Apple's digital assistant. This makes the watch, in essence, an upsell to existing iPhone users, and iPhone sales are effectively a foundation on which Apple will have to build its watch business. As iPhone sales increase, Apple could see sales of its Watch also rise. While Apple has been positioning the Apple Watch as a high-tech, yet stylish accessory that could take the place of high-

end watches, we believe it is likely to follow broader pricing trends in the consumer electronics industry with prices likely to fall over the long term, following pricing trends similar to smartphone and tablets. While the original Watch was launched at prices starting at about $350 in early 2015, the line-up starts at a price point of about $250 (late-2017). Lower prices could attract more users.

2. APPLE TV SALES – The growing uptake of online-streaming services such as Netflix, Amazon Prime Video, and YouTube could help to boost the adoption of the Apple TV device. The device's relatively accessible price point ($150 onwards), as well as its deep integration with the Apple Ecosystem, could help Apple ship more devices. As high-speed broadband technology improves and becomes cheaper globally, it could increase the market size for Apple TV.

3. HEADPHONE SALES COULD GROW AS MARKET EXPANDS –  Apple has been increasingly focusing on the headphone market with its 2014 acquisition of Beats and the launch of its Airpods wireless earphones in late 2016. The company's vast distribution footprint coupled with its affluent user base could help to drive sales of these products.  The company has also been increasingly looking to integrate its audio products into its device ecosystem. For example, the Airpods offer seamless Bluetooth pairing and wider wireless range when paired with Apple devices.

Mitigating:

4. UPGRADE CYCLES COULD BE LESS PRONOUNCED  – Unlike the market for smartphones, where new wireless data standards, higher hardware specifications, and carrier subsidies have encouraged customers to upgrade their devices every few years, Apple's other products such as Apple Watch and Apple TV will see longer upgrade cycles . This is likely to be because hardware specifications such as processor speeds and memory and changes to wireless standards are less relevant in the context of these devices.

Sources for historical data and explanations can be found on the Trefis.com website (link)

## — APPLE GROSS PROFIT MARGIN —

See our analysis of Apple Gross Profit Margin in the iPhone division here.

*Note that Apple reports financial information for fiscal year ended September 30th.  For the purposes of our analysis, we have treated Apple's fiscal year figures as equivalent to calendar year ended December 31st figures.*

|  | CY14 | CY15 | CY16 | CY17 | CY18 | CY19 | CY20 | CY21 | CY22 | CY23 | CY24 | CY25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenue** (Bil $) | 8.38 | 10.1 | 11.1 | 12.9 | 17.4 | 20.0 | 22.0 | 24.2 | 26.1 | 27.4 | 28.7 | 30.2 |
| **Direct Expense** (Bil $) | 5.13 | 6.01 | 6.74 | 7.87 | 10.7 | 12.2 | 13.4 | 14.8 | 15.9 | 16.7 | 17.5 | 18.4 |
| **Indirect Expense** (Bil $) | 1.10 | 1.13 | 1.75 | 2.10 | 2.99 | 3.19 | 3.44 | 3.81 | 4.13 | 4.28 | 4.46 | 4.71 |
| **Gross Profit** (Bil $) | 3.25 | 4.06 | 4.39 | 5.00 | 6.74 | 7.80 | 8.62 | 9.48 | 10.2 | 10.7 | 11.2 | 11.8 |
| **Free Cash Flow** (Bil $) | n/a | n/a | n/a | n/a | 3.75 | 4.61 | 5.18 | 5.67 | 6.07 | 6.42 | 6.78 | 7.09 |

In addition, you can see the detailed P&L for the Other Products business in the Appendix (link)

# Mac

The most important drivers for the Mac business are:
- Mac Pricing
- Mac Units Sold
- Apple Gross Profit Margin

**— MAC PRICING —**

Mac Pricing represents the average price of a Mac Desktop.



The average Mac Pricing has largely stood at levels of between $1,250 to $1,300 between 2013 and 2016. Apple has been able to maintain pricing on account of its shift to more premium computers such as the iMac with Retina Display, the ultra-compact MacBook and the high-end Mac Pro. That said, we estimate that pricing will decrease marginally going forward, as the PC market contracts further.

*Forecast Rationale*
Supporting:
1. SHRINKING PC MARKET COULD PUT PRESSURE ON PRICING – The PC market has been contracting amid a shift towards mobile devices. Global PC shipments contracted by 3.6% in the quarter ended September 2017 according to Gartner . The shrinking market, coupled with increasing competition from the likes of Google's Chromebooks and other low-cost Windows PCs could put some pressure on Apple's pricing and margins. Moreover, there has been an increasing shift of software and services towards the cloud, reducing the importance of the core OS. This could put lower-cost vendors on a more level plane with Apple in terms of functionality, hurting its pricing power.

Mitigating:

2. APPLE'S SUPERIOR PRODUCT DIFFERENTIATION – Apple's Mac Pricing has not seen the same level of price erosion experienced by competing desktops from Dell, Acer and HP, since the company has always offered superior product differentiation in a crowded PC market. Additionally, Apple's strong brand recognition and its OS X Operating system have allowed it to maintain its pricing power. Apple's latest offering such as the MacBook Pro with Touchbar have actually been getting more expensive compared to its legacy models.

Sources for historical data and explanations can be found on the Trefis.com website (link)

## — MAC UNITS SOLD —

Mac Units Sold represents the number of Mac computers shipped by Apple.



Apple's Mac shipments have risen from about 16 million units in 2013 to about 21 million units in 2015, as Apple was able to grow its shipments despite headwinds in the global personal computer markets. However, the metric declined in 2016, on account of aging industrial design and a lack of meaningful upgrades on the company's flagship Macs. However, sales rebounded to about 19 million in 2017, as Apple upgraded its popular MacBook Pro and iMac computers. We expect Mac sales to remain relatively flat over the long-term.

*Forecast Rationale*

1. STRONG PRODUCT DIFFERENTIATION CAN HELP APPLE – The Mac has better product differentiation given its proprietary Mac OS software and applications, sleek design and premium build-quality. Apple also benefits from the fact that it plays in the high end of the PC market – typically focusing on the lucrative $1,000+ price points – rather than the commoditized low and mid-range of the market where a bulk of the volumes come from.

2. SWITCHING FROM PC TO MAC HAS BECOME SIMPLER – Switching to a Mac is becoming increasingly appealing to existing PC-Windows users due to Apple's Mac OS and Windows' dual-boot system (Bootcamp). Additionally, low-cost virtualization software, such as Parallels has made it easier to retain Windows features on a Macintosh. Key Microsoft productivity tools, such as Microsoft Office can also be run natively on Mac OS.

3. ECOSYSTEM RELATED GROWTH – Apple has been able to increase its Mac market share due to the halo effect, whereby satisfied iOS device users purchase more Apple products.The company has sold upwards of a billion iOS devices to date and many of these customers could be brought into the Mac fold. Apple has been trying to reinforce integration within its ecosystem by offering features which will allow Macs and iOS devices to work together even more seamlessly. The company has also been streamlining the look and feel of the Mac OS to mimic iOS, while modifying some Mac apps, borrowing design cues from their iOS versions. This should reduce the learning curve for the plethora users who are familiar with the iOS operating system.

Mitigating:

4. IMPROVEMENTS IN IPAD CAN HOLD PEOPLE BACK FROM BUYING MAC – Apple's iPads have been becoming increasingly capable, with the introduction of the iPad Pro series. These devices sport higher hardware specifications while offering richer software and multi-tasking capabilities. Support for third-party accessories has also improved. This could potentially cannibalize the sales of some low-end Mac notebooks.

5. INCREASING SHIFT TO CLOUD-BASED SERVICES – Applications and services are increasingly moving away from the desktop on the cloud and the core OS of a device is becoming less important since many services are largely platform agnostic. This could give hardware such as Google's Chromebooks an edge, given their lower price points (as low as $200) and their focus on cloud computing.

Sources for historical data and explanations can be found on the Trefis.com website (link)

## — APPLE GROSS PROFIT MARGIN —

See our analysis of Apple Gross Profit Margin in the iPhone division here.

*Note that Apple reports financial information for fiscal year ended September 30th. For the purposes of our analysis, we have treated Apple's fiscal year figures as equivalent to calendar year ended December 31st figures.*

| | CY14 | CY15 | CY16 | CY17 | CY18 | CY19 | CY20 | CY21 | CY22 | CY23 | CY24 | CY25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenue** (Bil $) | 24.1 | 25.5 | 22.8 | 25.8 | 25.5 | 25.9 | 26.1 | 26.4 | 26.4 | 26.4 | 26.4 | 26.4 |
| **Direct Expense** (Bil $) | 14.7 | 15.2 | 13.8 | 15.8 | 15.6 | 15.8 | 15.9 | 16.1 | 16.1 | 16.1 | 16.1 | 16.1 |
| **Indirect Expense** (Bil $) | 3.17 | 2.87 | 3.59 | 4.22 | 4.38 | 4.11 | 4.07 | 4.15 | 4.18 | 4.13 | 4.10 | 4.12 |
| **Gross Profit** (Bil $) | 9.35 | 10.3 | 9.00 | 10.0 | 9.87 | 10.1 | 10.2 | 10.3 | 10.3 | 10.3 | 10.3 | 10.3 |
| **Free Cash Flow** (Bil $) | n/a | n/a | n/a | n/a | 5.49 | 5.95 | 6.15 | 6.17 | 6.14 | 6.19 | 6.22 | 6.20 |

In addition, you can see the detailed P&L for the Mac business in the Appendix (link)

# iPad

The most important drivers for the iPad business are:
- iPad Pricing
- iPad Units Sales
- Apple Gross Profit Margin

**— IPAD PRICING —**

This represents the average price of an iPad. iPad pricing is distinguished by the version of the iPad (iPad Air, iPad Mini) as well as the memory and wireless capability.



The pricing for the device is based on the storage capacity as well as the wireless capability (Wi-fi/Wi-fi+4G). iPad's average pricing reduced slightly from $450 in 2013 to $445 in 2014 due to an increasing mix of the older models that were offered at discounted prices as well as the introduction of the lower-priced iPad mini. The number declined further to $423 in 2015 although it improved in 2016, driven by the launch of the more expensive iPad Pro models. We believe that Apple will reduce iPad Pricing over time on the back on increased saturation and competition in the tablet market.

*Forecast Rationale*
Supporting
1. LOWER STARTING PRICES – As the tablet market matures and sales slow, Apple could be forced to keep prices of the iPads low. In early 2017, Apple launched a 9.7-inch screen iPad starting at $329 onwards, marking the lowest starting price on a large-screen iPad. Such models could drag down overall ASPs and cannibalize sales of more expensive iPads
2. PRICING PRESSURE IN EMERGING MARKETS  –  The demand equation in the tablet market has been changing, with much of the growth coming from developing markets such as China and India, where lower-priced Android-powered tablets have been gaining traction. Consumer familiarity with the Android software (which powers a bulk of

smartphones), coupled with low prices and aggressive marketing by companies such as Samsung and Lenovo have helped Android tablets gain significant market share at Apple's expense. Apple may need to reduce its pricing in order to retain tablet market share in these markets.

Mitigating

3. IPAD PRO DEVICES COULD BOLSTER ASPS – Apple's iPad Pro models are more capable tablets, that compete with the so-called detachable devices such as Microsoft's Surface. iPad Pro features enhanced displays, more computing power, and support for accessories such as keyboards and stylus. Prices are also higher, starting at $650 for the 10.5-inch version to over $1,200 for a fully-equipped 12.9-inch version.

4. LARGE-SCREEN IPHONES COULD PUSH CUSTOMERS TOWARDS BIGGER IPADS – Apple's large-screen iPhones (Plus models) could impact the sales of smaller iPad Mini, owing to its one-device-fits-all proposition. This could drive some customers to purchase Apple's larger screen iPads such as the iPad Pro 12.9, which could positively impact iPad ASPs and margins.

Sources for historical data and explanations can be found on the Trefis.com website (link)

## — IPAD UNITS SALES —

iPad Units Sales represents the number of iPads sold by Apple. The iPad is a tablet PC that is larger than a smartphone but smaller than a notebook PC. The iPad enables users to browse the web, play video games, view photos, watch videos, access email, and download apps from the iTunes App Store.



Apple's iPad Units Sales fell from 71 million units in 2013 to about 68 million units in 2014, amid slowing growth in the tablet market. The metric fell significantly lower to about 55 million units in 2015,
likely as Apple's large screen iPhones cannibalized sales, while they declined to about 45 million in 2016. The declines moderated in 2017, as Apple launched a lower-priced 9.7 inch iPad along with a new 10.5-inch model. While we expect some near-term pressure in iPad shipments, we forecast that iPad sales will increase at a moderate pace going forward as Apple introduces newer models and reduces pricing.

*Forecast Rationale*

Supporting:

1. PRICING DECLINES TO BENEFIT SALES – Apple has been successively reducing the entry price point for the iPad, with the newest 9.7″ model launched in 2017 retailing from $329 onwards.
2. MORE VARIANTS CAN DRIVE SALES – Apple has been steadily expanding its tablet portfolio which now includes the Mini, the basic iPad, and the more advanced Pro models. This could provide some upside to iPad volumes in the future.
3. APPLE'S ENTERPRISE-FOCUSED DEAL WITH IBM – Apple and IBM have forged a partnership that will see the two companies working together to further their enterprise mobility initiatives by bringing IBM's cloud computing, big data and analytics capabilities to Apple's iPhone and iPad devices. With the partnership, IBM will develop industry-specific apps and solutions for iOS devices, optimize its cloud services for the iOS platform and help with marketing Apple devices to enterprises. We believe that the deal and the related applications could help to stimulate iPad sales to enterprises, making tablets a more integral part of enterprise computing infrastructure.

Mitigating:

4. SLOWER GLOBAL TABLET SHIPMENTS GROWTH – While global tablet shipments continue to expand, the growth rate has been declining. During Q1 2017, total tablet shipments stood at 36.2 million per IDC, marking a year-over-year decline of 8.5%.
5. SATURATION IN THE PREMIUM TABLET MARKET – The iPad is generally viewed as a premium tablet, which is more popular in developed markets where penetration is higher. For instance, in the United States, over 45% of adults owned tablets and a bulk of these tablets are likely to be iPads, given the head start Apple has had in the tablet market. It seems unlikely that penetration will rise too significantly going forward, given that tablets are often shared among users unlike mobile phones, which are viewed as more personal items. Additionally, there is a lack of interest among existing tablet owners to upgrade their devices frequently, unlike smartphones, where carrier subsidies and improving wireless technologies drive upgrade cycles
6. CANNIBALIZATION BY IPHONE PLUS MODELS – Customers of the iPhone Plus series (6S, 7, 8) will be less inclined to purchase iPads such as the Mini, given that the iPhone Plus models provide a good balance in terms of functionality, screen size, and portability.

Sources for historical data and explanations can be found on the Trefis.com website (link)

## — APPLE GROSS PROFIT MARGIN —

See our analysis of Apple Gross Profit Margin in the iPhone division here.

*Note that Apple reports financial information for fiscal year ended September 30th. For the purposes of our analysis, we have treated Apple's fiscal year figures as equivalent to calendar year ended December 31st figures.*

| | CY14 | CY15 | CY16 | CY17 | CY18 | CY19 | CY20 | CY21 | CY22 | CY23 | CY24 | CY25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenue** (Bil $) | 30.3 | 23.2 | 20.6 | 19.2 | 18.8 | 18.9 | 19.0 | 18.7 | 18.3 | 18.0 | 17.6 | 17.3 |
| **Direct Expense** (Bil $) | 18.5 | 13.9 | 12.5 | 11.8 | 11.5 | 11.5 | 11.6 | 11.4 | 11.2 | 10.9 | 10.7 | 10.5 |
| **Indirect Expense** (Bil $) | 3.99 | 2.62 | 3.24 | 3.14 | 3.23 | 3.01 | 2.96 | 2.94 | 2.90 | 2.81 | 2.74 | 2.69 |
| **Gross Profit** (Bil $) | 11.8 | 9.36 | 8.13 | 7.47 | 7.28 | 7.36 | 7.43 | 7.32 | 7.17 | 7.03 | 6.89 | 6.75 |
| **Free Cash Flow** (Bil $) | n/a | n/a | n/a | n/a | 4.05 | 4.35 | 4.47 | 4.37 | 4.27 | 4.22 | 4.15 | 4.06 |

In addition, you can see the detailed P&L for the iPad business in the Appendix (link)

# Learn More

**— Related Trefis Coverage —**

If you're interested in Apple, you may also want to see the Trefis coverage for companies such as:

Viacom<br>
Disney<br>
CBS<br>
New York Times<br>
Netflix<br>
Sirius XM Radio<br>
See the list of all companies covered by Trefis

**— 2 Week Free Trial of Trefis Pro —**

Liked this report? Get access to even more comprehensive reports along with interactive analyses with Trefis Pro

Try Trefis Pro for 2 weeks

**— About Trefis —**

Trefis.com was founded by MIT engineers and former Wall Street analysts who realized that most people do not understand the seemingly familiar companies around them including well known companies like Apple, Google, Coca Cola, GE, Ford and Gap to name a few.

The Trefis platform uses extensive data to show in a single snapshot what drives the value of a company's business. We move beyond the qualitative notion "if you love the coffee at Dunkin' Donuts, you should think about buying the stock," to answer quantitative questions like "If their coffee sales are up 10% next year but doughnut sales are down 5%, what happens to the value of the company?"

Trefis analysts spend weeks evaluating each stock that we cover and utilize commonly used valuation methodologies to determine a Trefis price for each company. We present you with not only our synthesized view but also every single step within the valuation process used to determine the Trefis price which you can see via our interactive analysis on Trefis.com.

Learn more about the Trefis story<br>
Read the Trefis FAQ

**Appendix**

# Summary P&L for Apple

*Note that Apple reports financial information for fiscal year ended September 30th.  For the purposes of our analysis, we have treated Apple's fiscal year figures as equivalent to calendar year ended December 31st figures.*

### Summary P&L for Apple

| | CY14 | CY15 | CY16 | CY17 | CY18 | CY19 | CY20 | CY21 | CY22 | CY23 | CY24 | CY25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenues** (Bil $) | 183 | 234 | 216 | 229 | 266 | 286 | 300 | 312 | 321 | 330 | 337 | 341 |
| iPhone (% of total) | 55.8 | 66.3 | 63.4 | 61.6 | 62.8 | 61.9 | 60.5 | 59.6 | 59.0 | 58.3 | 58.0 | 57.5 |
| Services (% of total) | 9.88 | 8.52 | 11.3 | 13.1 | 14.0 | 15.4 | 17.1 | 18.1 | 19.0 | 20.0 | 20.4 | 20.9 |
| Other Products (% of total) | 4.58 | 4.31 | 5.16 | 5.61 | 6.56 | 7.02 | 7.35 | 7.78 | 8.11 | 8.29 | 8.53 | 8.84 |
| Mac (% of total) | 13.2 | 10.9 | 10.6 | 11.3 | 9.60 | 9.06 | 8.72 | 8.47 | 8.21 | 8.00 | 7.84 | 7.73 |
| iPad (% of total) | 16.6 | 9.94 | 9.57 | 8.39 | 7.08 | 6.62 | 6.34 | 6.00 | 5.70 | 5.44 | 5.23 | 5.05 |
| **Direct Expenses** (Bil $) | 112 | 140 | 131 | 140 | 163 | 174 | 182 | 190 | 196 | 201 | 205 | 208 |
| iPhone (% of total) | 55.8 | 66.3 | 63.4 | 61.6 | 62.8 | 61.9 | 60.5 | 59.6 | 59.0 | 58.3 | 58.0 | 57.5 |
| Services (% of total) | 9.88 | 8.52 | 11.3 | 13.1 | 14.0 | 15.4 | 17.1 | 18.1 | 19.0 | 20.0 | 20.4 | 20.9 |
| Other Products (% of total) | 4.58 | 4.31 | 5.16 | 5.61 | 6.56 | 7.02 | 7.35 | 7.78 | 8.11 | 8.29 | 8.53 | 8.84 |
| Mac (% of total) | 13.2 | 10.9 | 10.6 | 11.3 | 9.60 | 9.06 | 8.72 | 8.47 | 8.21 | 8.00 | 7.84 | 7.73 |
| iPad (% of total) | 16.6 | 9.94 | 9.57 | 8.39 | 7.08 | 6.62 | 6.34 | 6.00 | 5.70 | 5.44 | 5.23 | 5.05 |
| **Gross Profit** (Bil $) | 71.0 | 94.2 | 85.0 | 89.1 | 103 | 111 | 117 | 122 | 126 | 129 | 132 | 134 |
| iPhone (% of total) | 55.8 | 66.3 | 63.4 | 61.6 | 62.8 | 61.9 | 60.5 | 59.6 | 59.0 | 58.3 | 58.0 | 57.5 |
| Services (% of total) | 9.88 | 8.52 | 11.3 | 13.1 | 14.0 | 15.4 | 17.1 | 18.1 | 19.0 | 20.0 | 20.4 | 20.9 |
| Other Products (% of total) | 4.58 | 4.31 | 5.16 | 5.61 | 6.56 | 7.02 | 7.35 | 7.78 | 8.11 | 8.29 | 8.53 | 8.84 |
| Mac (% of total) | 13.2 | 10.9 | 10.6 | 11.3 | 9.60 | 9.06 | 8.72 | 8.47 | 8.21 | 8.00 | 7.84 | 7.73 |
| iPad (% of total) | 16.6 | 9.94 | 9.57 | 8.39 | 7.08 | 6.62 | 6.34 | 6.00 | 5.70 | 5.44 | 5.23 | 5.05 |
| **Indirect Expenses** (Bil $) | 24.1 | 26.3 | 33.9 | 37.4 | 45.6 | 45.4 | 46.7 | 49.1 | 50.9 | 51.6 | 52.3 | 53.3 |
| iPhone (% of total) | 55.8 | 66.3 | 63.4 | 61.6 | 62.8 | 61.9 | 60.5 | 59.6 | 59.0 | 58.3 | 58.0 | 57.5 |
| Services (% of total) | 9.88 | 8.52 | 11.3 | 13.1 | 14.0 | 15.4 | 17.1 | 18.1 | 19.0 | 20.0 | 20.4 | 20.9 |
| Other Products (% of total) | 4.58 | 4.31 | 5.16 | 5.61 | 6.56 | 7.02 | 7.35 | 7.78 | 8.11 | 8.29 | 8.53 | 8.84 |
| Mac (% of total) | 13.2 | 10.9 | 10.6 | 11.3 | 9.60 | 9.06 | 8.72 | 8.47 | 8.21 | 8.00 | 7.84 | 7.73 |
| iPad (% of total) | 16.6 | 9.94 | 9.57 | 8.39 | 7.08 | 6.62 | 6.34 | 6.00 | 5.70 | 5.44 | 5.23 | 5.05 |
| **Free Cash Flow** (Bil $) | n/a | n/a | n/a | n/a | 57.2 | 65.7 | 70.5 | 72.9 | 74.8 | 77.5 | 79.4 | 80.2 |
| iPhone (% of total) | n/a | n/a | n/a | n/a | 62.8 | 61.9 | 60.5 | 59.6 | 59.0 | 58.3 | 58.0 | 57.5 |
| Services (% of total) | n/a | n/a | n/a | n/a | 14.0 | 15.4 | 17.1 | 18.1 | 19.0 | 20.0 | 20.4 | 20.9 |
| Other Products (% of total) | n/a | n/a | n/a | n/a | 6.56 | 7.02 | 7.35 | 7.78 | 8.11 | 8.29 | 8.53 | 8.84 |
| Mac (% of total) | n/a | n/a | n/a | n/a | 9.59 | 9.06 | 8.72 | 8.47 | 8.21 | 8.00 | 7.84 | 7.73 |
| iPad (% of total) | n/a | n/a | n/a | n/a | 7.08 | 6.62 | 6.34 | 6.00 | 5.70 | 5.44 | 5.23 | 5.05 |

# Detailed P&L for the iPhone business

The most important drivers for the iPhone business are discussed above, here is the detailed P&L.

*Note that Apple reports financial information for fiscal year ended September 30th.  For the purposes of our analysis, we have treated Apple's fiscal year figures as equivalent to calendar year ended December 31st figures.*

**iPhone: Detailed P&L**

| | CY14 | CY15 | CY16 | CY17 | CY18 | CY19 | CY20 | CY21 | CY22 | CY23 | CY24 | CY25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | | | |
| Revenue (Bil $) | 102 | 155 | 137 | 141 | 167 | 177 | 181 | 186 | 190 | 192 | 195 | 196 |
| iPhone Pricing ($) | 603 | 671 | 645 | 652 | 766 | 781 | 789 | 797 | 805 | 813 | 821 | 821 |
| iPhone Shipments (Mil) | 169 | 231 | 212 | 217 | 218 | 226 | 230 | 233 | 236 | 237 | 238 | 239 |
| *Total Revenues (Bil $)* | 102 | 155 | 137 | 141 | 167 | 177 | 181 | 186 | 190 | 192 | 195 | 196 |
| | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | |
| Direct Expenses (Bil $) | 62.4 | 92.6 | 82.8 | 86.4 | 102 | 108 | 110 | 113 | 115 | 117 | 119 | 120 |
| Apple Gross Profit Margin (%) | 38.8 | 40.3 | 39.4 | 38.9 | 38.7 | 38.9 | 39.1 | 39.1 | 39.1 | 39.1 | 39.1 | 39.1 |
| Indirect Expenses (Bil $) | 13.4 | 17.5 | 21.5 | 23.1 | 28.6 | 28.1 | 28.3 | 29.3 | 30.0 | 30.1 | 30.3 | 30.7 |
| Other Non-Current Assets as % of Revenue (%) | 2.06 | 2.32 | 4.06 | 4.43 | 8.39 | 8.39 | 8.39 | 8.39 | 8.39 | 8.39 | 8.39 | 8.39 |
| Non-current Deferred Revenue as % of Revenue (%) | 1.66 | 1.55 | 1.36 | 1.24 | 1.05 | 1.05 | 1.08 | 1.11 | 1.14 | 1.17 | 1.20 | 1.23 |
| Other Non-Current Liabilities as % of Revenue (%) | 13.6 | 14.3 | 16.7 | 17.6 | 17.0 | 17.0 | 17.0 | 17.0 | 17.0 | 17.0 | 17.0 | 17.0 |
| Account Receivable Days | 54.4 | 47.4 | 49.6 | 56.8 | 67.3 | 67.3 | 67.3 | 67.3 | 67.3 | 67.3 | 67.3 | 67.3 |
| Inventory Turnover Ratio | 86.6 | 99.5 | 101 | 47.2 | 67.1 | 65.6 | 65.6 | 65.6 | 65.6 | 65.6 | 65.6 | 65.6 |
| Other Current Assets as % of Revenue (%) | 5.36 | 6.45 | 3.84 | 6.08 | 4.55 | 4.85 | 4.85 | 4.85 | 4.85 | 4.85 | 4.85 | 4.85 |
| Account Payable Days | 60.3 | 55.4 | 63.1 | 78.1 | 76.8 | 77.2 | 77.5 | 77.8 | 78.2 | 79.5 | 81.8 | 84.1 |
| Accrued expenses as % of Revenue (%) | 10.1 | 10.8 | 10.2 | 11.2 | 12.3 | 11.3 | 11.3 | 11.3 | 11.3 | 11.3 | 11.3 | 11.3 |
| Current Deferred Revenue as % of Revenue (%) | 4.65 | 3.83 | 3.75 | 3.29 | 2.84 | 2.84 | 2.89 | 2.93 | 2.98 | 3.02 | 3.07 | 3.11 |
| CapEx % of Gross Profit (%) | 19.1 | 12.6 | 16.3 | 14.7 | 13.6 | 14.6 | 15.6 | 15.6 | 15.6 | 15.6 | 15.6 | 15.6 |
| Tax Rate (%) | 26.1 | 26.4 | 25.6 | 24.6 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 |
| R&D % of Gross Profit (%) | 3.05 | 2.63 | 4.47 | 5.50 | 6.37 | 6.67 | 6.97 | 6.97 | 6.97 | 7.17 | 7.37 | 7.37 |
| SG&A % of Gross Profit (%) | 6.88 | 5.34 | 6.93 | 8.11 | 7.35 | 7.35 | 7.35 | 7.35 | 7.35 | 7.35 | 7.35 | 7.35 |
| Stock Comp. % of Gross Profit (%) | 4.03 | 3.81 | 4.95 | 5.43 | 5.19 | 5.29 | 5.39 | 5.49 | 5.59 | 5.69 | 5.79 | 5.89 |
| *Total Expenses (Bil $)* | 75.8 | 110 | 104 | 109 | 131 | 136 | 139 | 142 | 145 | 147 | 149 | 150 |
| | | | | | | | | | | | | |
| **Gross Profit (Bil $)** | 39.6 | 62.5 | 53.9 | 54.9 | 64.6 | 68.8 | 70.9 | 72.7 | 74.2 | 75.3 | 76.4 | 76.8 |
| **Free Cash Flow (Bil $)** | n/a | n/a | n/a | n/a | 35.9 | 40.7 | 42.7 | 43.5 | 44.1 | 45.2 | 46.1 | 46.1 |

# Detailed P&L for the Services business

The most important drivers for the Services business are discussed above, here is the detailed P&L.

*Note that Apple reports financial information for fiscal year ended September 30th. For the purposes of our analysis, we have treated Apple's fiscal year figures as equivalent to calendar year ended December 31st figures.*

## Services: Detailed P&L

| | CY14 | CY15 | CY16 | CY17 | CY18 | CY19 | CY20 | CY21 | CY22 | CY23 | CY24 | CY25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | | | |
| Services Revenue (Bil $) | 18.1 | 19.9 | 24.3 | 30.0 | 37.2 | 43.9 | 51.3 | 56.5 | 61.0 | 65.9 | 68.5 | 71.3 |
| Services Revenue ($ Bil) | 18.1 | 19.9 | 24.3 | 30.0 | 37.2 | 43.9 | 51.3 | 56.5 | 61.0 | 65.9 | 68.5 | 71.3 |
| *Total Revenues* (Bil $) | 18.1 | 19.9 | 24.3 | 30.0 | 37.2 | 43.9 | 51.3 | 56.5 | 61.0 | 65.9 | 68.5 | 71.3 |
| | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | |
| Direct Expenses (Bil $) | 11.0 | 11.9 | 14.7 | 18.3 | 22.8 | 26.8 | 31.3 | 34.4 | 37.1 | 40.1 | 41.7 | 43.4 |
| Apple Gross Profit Margin (%) | 38.8 | 40.3 | 39.4 | 38.9 | 38.7 | 38.9 | 39.1 | 39.1 | 39.1 | 39.1 | 39.1 | 39.1 |
| Indirect Expenses (Bil $) | 2.38 | 2.24 | 3.82 | 4.89 | 6.39 | 6.98 | 8.01 | 8.89 | 9.66 | 10.3 | 10.6 | 11.1 |
| Other Non-Current Assets as % of Revenue (%) | 2.06 | 2.32 | 4.06 | 4.43 | 8.39 | 8.39 | 8.39 | 8.39 | 8.39 | 8.39 | 8.39 | 8.39 |
| Non-current Deferred Revenue as % of Revenue (%) | 1.66 | 1.55 | 1.36 | 1.24 | 1.05 | 1.05 | 1.08 | 1.11 | 1.14 | 1.17 | 1.20 | 1.23 |
| Other Non-Current Liabilities as % of Revenue (%) | 13.6 | 14.3 | 16.7 | 17.6 | 17.0 | 17.0 | 17.0 | 17.0 | 17.0 | 17.0 | 17.0 | 17.0 |
| Account Receivable Days | 54.4 | 47.4 | 49.6 | 56.8 | 67.3 | 67.3 | 67.3 | 67.3 | 67.3 | 67.3 | 67.3 | 67.3 |
| Inventory Turnover Ratio | 86.6 | 99.5 | 101 | 47.2 | 67.1 | 65.6 | 65.6 | 65.6 | 65.6 | 65.6 | 65.6 | 65.6 |
| Other Current Assets as % of Revenue (%) | 5.36 | 6.45 | 3.84 | 6.08 | 4.55 | 4.85 | 4.85 | 4.85 | 4.85 | 4.85 | 4.85 | 4.85 |
| Account Payable Days | 60.3 | 55.4 | 63.1 | 78.1 | 76.8 | 77.2 | 77.5 | 77.8 | 78.2 | 79.5 | 81.8 | 84.1 |
| Accrued expenses as % of Revenue (%) | 10.1 | 10.8 | 10.2 | 11.2 | 12.3 | 11.3 | 11.3 | 11.3 | 11.3 | 11.3 | 11.3 | 11.3 |
| Current Deferred Revenue as % of Revenue (%) | 4.65 | 3.83 | 3.75 | 3.29 | 2.84 | 2.84 | 2.89 | 2.93 | 2.98 | 3.02 | 3.07 | 3.11 |
| CapEx as % of Gross Profit (%) | 19.1 | 12.6 | 16.3 | 14.7 | 13.6 | 14.6 | 15.6 | 15.6 | 15.6 | 15.6 | 15.6 | 15.6 |
| Tax Rate (%) | 26.1 | 26.4 | 25.6 | 24.6 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 |
| R&D % of Gross Profit (%) | 3.05 | 2.63 | 4.47 | 5.50 | 6.37 | 6.67 | 6.97 | 6.97 | 6.97 | 7.17 | 7.37 | 7.37 |
| SG&A % of Gross Profit (%) | 6.88 | 5.34 | 6.93 | 8.11 | 7.35 | 7.35 | 7.35 | 7.35 | 7.35 | 7.35 | 7.35 | 7.35 |
| Stock Comp. % of Gross Profit (%) | 4.03 | 3.81 | 4.95 | 5.43 | 5.19 | 5.29 | 5.39 | 5.49 | 5.59 | 5.69 | 5.79 | 5.89 |
| *Total Expenses* (Bil $) | 13.4 | 14.1 | 18.6 | 23.2 | 29.2 | 33.8 | 39.3 | 43.3 | 46.8 | 50.4 | 52.4 | 54.5 |
| | | | | | | | | | | | | |
| **Gross Profit** (Bil $) | 7.01 | 8.02 | 9.60 | 11.6 | 14.4 | 17.1 | 20.1 | 22.1 | 23.9 | 25.8 | 26.8 | 27.9 |
| **Free Cash Flow** (Bil $) | n/a | n/a | n/a | n/a | 8.01 | 10.1 | 12.1 | 13.2 | 14.2 | 15.5 | 16.2 | 16.7 |

# Detailed P&L for the Other Products business

The most important drivers for the Other Products business are discussed above, here is the detailed P&L.

*Note that Apple reports financial information for fiscal year ended September 30th. For the purposes of our analysis, we have treated Apple's fiscal year figures as equivalent to calendar year ended December 31st figures.*

**Other Products: Detailed P&L**

| | CY14 | CY15 | CY16 | CY17 | CY18 | CY19 | CY20 | CY21 | CY22 | CY23 | CY24 | CY25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | | | |
| Other Product Revenues (Bil $) | 8.38 | 10.1 | 11.1 | 12.9 | 17.4 | 20.0 | 22.0 | 24.2 | 26.1 | 27.4 | 28.7 | 30.2 |
| Other Product Revenues ($ Bil) | 8.38 | 10.1 | 11.1 | 12.9 | 17.4 | 20.0 | 22.0 | 24.2 | 26.1 | 27.4 | 28.7 | 30.2 |
| *Total Revenues* (Bil $) | 8.38 | 10.1 | 11.1 | 12.9 | 17.4 | 20.0 | 22.0 | 24.2 | 26.1 | 27.4 | 28.7 | 30.2 |
| | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | |
| Direct Expenses (Bil $) | 5.13 | 6.01 | 6.74 | 7.87 | 10.7 | 12.2 | 13.4 | 14.8 | 15.9 | 16.7 | 17.5 | 18.4 |
| Apple Gross Profit Margin (%) | 38.8 | 40.3 | 39.4 | 38.9 | 38.7 | 38.9 | 39.1 | 39.1 | 39.1 | 39.1 | 39.1 | 39.1 |
| Indirect Expenses (Bil $) | 1.10 | 1.13 | 1.75 | 2.10 | 2.99 | 3.19 | 3.44 | 3.81 | 4.13 | 4.28 | 4.46 | 4.71 |
| Other Non-Current Assets as % of Revenue (%) | 2.06 | 2.32 | 4.06 | 4.43 | 8.39 | 8.39 | 8.39 | 8.39 | 8.39 | 8.39 | 8.39 | 8.39 |
| Non-current Deferred Revenue as % of Revenue (%) | 1.66 | 1.55 | 1.36 | 1.24 | 1.05 | 1.05 | 1.08 | 1.11 | 1.14 | 1.17 | 1.20 | 1.23 |
| Other Non-Current Liabilities as % of Revenue (%) | 13.6 | 14.3 | 16.7 | 17.6 | 17.0 | 17.0 | 17.0 | 17.0 | 17.0 | 17.0 | 17.0 | 17.0 |
| Account Receivable Days | 54.4 | 47.4 | 49.6 | 56.8 | 67.3 | 67.3 | 67.3 | 67.3 | 67.3 | 67.3 | 67.3 | 67.3 |
| Inventory Turnover Ratio | 86.6 | 99.5 | 101 | 47.2 | 67.1 | 65.6 | 65.6 | 65.6 | 65.6 | 65.6 | 65.6 | 65.6 |
| Other Current Assets as % of Revenue (%) | 5.36 | 6.45 | 3.84 | 6.08 | 4.55 | 4.85 | 4.85 | 4.85 | 4.85 | 4.85 | 4.85 | 4.85 |
| Account Payable Days | 60.3 | 55.4 | 63.1 | 78.1 | 76.8 | 77.2 | 77.5 | 77.8 | 78.2 | 79.5 | 81.8 | 84.1 |
| Accrued expenses as % of Revenue (%) | 10.1 | 10.8 | 10.2 | 11.2 | 12.3 | 11.3 | 11.3 | 11.3 | 11.3 | 11.3 | 11.3 | 11.3 |
| Current Deferred Revenue as % of Revenue (%) | 4.65 | 3.83 | 3.75 | 3.29 | 2.84 | 2.84 | 2.89 | 2.93 | 2.98 | 3.02 | 3.07 | 3.11 |
| CapEx % of Gross Profit (%) | 19.1 | 12.6 | 16.3 | 14.7 | 13.6 | 14.6 | 15.6 | 15.6 | 15.6 | 15.6 | 15.6 | 15.6 |
| Tax Rate (%) | 26.1 | 26.4 | 25.6 | 24.6 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 |
| R&D % of Gross Profit (%) | 3.05 | 2.63 | 4.47 | 5.50 | 6.37 | 6.67 | 6.97 | 6.97 | 6.97 | 7.17 | 7.37 | 7.37 |
| SG&A % of Gross Profit (%) | 6.88 | 5.34 | 6.93 | 8.11 | 7.35 | 7.35 | 7.35 | 7.35 | 7.35 | 7.35 | 7.35 | 7.35 |
| Stock Comp. % of Gross Profit (%) | 4.03 | 3.81 | 4.95 | 5.43 | 5.19 | 5.29 | 5.39 | 5.49 | 5.59 | 5.69 | 5.79 | 5.89 |
| *Total Expenses* (Bil $) | 6.23 | 7.14 | 8.49 | 9.97 | 13.7 | 15.4 | 16.8 | 18.6 | 20.0 | 20.9 | 21.9 | 23.1 |
| | | | | | | | | | | | | |
| **Gross Profit** (Bil $) | 3.25 | 4.06 | 4.39 | 5.00 | 6.74 | 7.80 | 8.62 | 9.48 | 10.2 | 10.7 | 11.2 | 11.8 |
| **Free Cash Flow** (Bil $) | n/a | n/a | n/a | n/a | 3.75 | 4.61 | 5.18 | 5.67 | 6.07 | 6.42 | 6.78 | 7.09 |

# Detailed P&L for the Mac business

The most important drivers for the Mac business are discussed above, here is the detailed P&L.

*Note that Apple reports financial information for fiscal year ended September 30th. For the purposes of our analysis, we have treated Apple's fiscal year figures as equivalent to calendar year ended December 31st figures.*

## Mac: Detailed P&L

|  | CY14 | CY15 | CY16 | CY17 | CY18 | CY19 | CY20 | CY21 | CY22 | CY23 | CY24 | CY25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenues (Bil $) | 24.1 | 25.5 | 22.8 | 25.8 | 25.5 | 25.9 | 26.1 | 26.4 | 26.4 | 26.4 | 26.4 | 26.4 |
| Revenues (Bil $) | 24.1 | 25.5 | 22.8 | 25.8 | 25.5 | 25.9 | 26.1 | 26.4 | 26.4 | 26.4 | 26.4 | 26.4 |
| Mac Pricing ($) | 1274 | 1237 | 1235 | 1343 | 1400 | 1407 | 1407 | 1407 | 1407 | 1407 | 1407 | 1407 |
| Mac Units Sold (Mil) | 18.9 | 20.6 | 18.5 | 19.3 | 18.2 | 18.4 | 18.6 | 18.8 | 18.8 | 18.8 | 18.8 | 18.8 |
| *Total Revenues* (Bil $) | 24.1 | 25.5 | 22.8 | 25.8 | 25.5 | 25.9 | 26.1 | 26.4 | 26.4 | 26.4 | 26.4 | 26.4 |
| | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | |
| Direct Expenses (Bil $) | 14.7 | 15.2 | 13.8 | 15.8 | 15.6 | 15.8 | 15.9 | 16.1 | 16.1 | 16.1 | 16.1 | 16.1 |
| Apple Gross Profit Margin (%) | 38.8 | 40.3 | 39.4 | 38.9 | 38.7 | 38.9 | 39.1 | 39.1 | 39.1 | 39.1 | 39.1 | 39.1 |
| Indirect Expenses (Bil $) | 3.17 | 2.87 | 3.59 | 4.22 | 4.38 | 4.11 | 4.07 | 4.15 | 4.18 | 4.13 | 4.10 | 4.12 |
| Other Non-Current Assets as % of Revenue (%) | 2.06 | 2.32 | 4.06 | 4.43 | 8.39 | 8.39 | 8.39 | 8.39 | 8.39 | 8.39 | 8.39 | 8.39 |
| Non-current Deferred Revenue as % of Revenue (%) | 1.66 | 1.55 | 1.36 | 1.24 | 1.05 | 1.05 | 1.08 | 1.11 | 1.14 | 1.17 | 1.20 | 1.23 |
| Other Non-Current Liabilities as % of Revenue (%) | 13.6 | 14.3 | 16.7 | 17.6 | 17.0 | 17.0 | 17.0 | 17.0 | 17.0 | 17.0 | 17.0 | 17.0 |
| Account Receivable Days | 54.4 | 47.4 | 49.6 | 56.8 | 67.3 | 67.3 | 67.3 | 67.3 | 67.3 | 67.3 | 67.3 | 67.3 |
| Inventory Turnover Ratio | 86.6 | 99.5 | 101 | 47.2 | 67.1 | 65.6 | 65.6 | 65.6 | 65.6 | 65.6 | 65.6 | 65.6 |
| Other Current Assets as % of Revenue (%) | 5.36 | 6.45 | 3.84 | 6.08 | 4.55 | 4.85 | 4.85 | 4.85 | 4.85 | 4.85 | 4.85 | 4.85 |
| Account Payable Days | 60.3 | 55.4 | 63.1 | 78.1 | 76.8 | 77.2 | 77.5 | 77.8 | 78.2 | 79.5 | 81.8 | 84.1 |
| Accrued expenses as % of Revenue (%) | 10.1 | 10.8 | 10.2 | 11.2 | 12.3 | 11.3 | 11.3 | 11.3 | 11.3 | 11.3 | 11.3 | 11.3 |
| Current Deferred Revenue as % of Revenue (%) | 4.65 | 3.83 | 3.75 | 3.29 | 2.84 | 2.84 | 2.89 | 2.93 | 2.98 | 3.02 | 3.07 | 3.11 |
| CapEx % of Gross Profit (%) | 19.1 | 12.6 | 16.3 | 14.7 | 13.6 | 14.6 | 15.6 | 15.6 | 15.6 | 15.6 | 15.6 | 15.6 |
| Tax Rate (%) | 26.1 | 26.4 | 25.6 | 24.6 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 |
| R&D % of Gross Profit (%) | 3.05 | 2.63 | 4.47 | 5.50 | 6.37 | 6.67 | 6.97 | 6.97 | 6.97 | 7.17 | 7.37 | 7.37 |
| SG&A % of Gross Profit (%) | 6.88 | 5.34 | 6.93 | 8.11 | 7.35 | 7.35 | 7.35 | 7.35 | 7.35 | 7.35 | 7.35 | 7.35 |
| Stock Comp. % of Gross Profit (%) | 4.03 | 3.81 | 4.95 | 5.43 | 5.19 | 5.29 | 5.39 | 5.49 | 5.59 | 5.69 | 5.79 | 5.89 |
| *Total Expenses* (Bil $) | 17.9 | 18.1 | 17.4 | 20.0 | 20.0 | 19.9 | 20.0 | 20.2 | 20.2 | 20.2 | 20.2 | 20.2 |
| | | | | | | | | | | | | |
| **Gross Profit** (Bil $) | 9.35 | 10.3 | 9.00 | 10.0 | 9.87 | 10.1 | 10.2 | 10.3 | 10.3 | 10.3 | 10.3 | 10.3 |
| **Free Cash Flow** (Bil $) | n/a | n/a | n/a | n/a | 5.49 | 5.95 | 6.15 | 6.17 | 6.14 | 6.19 | 6.22 | 6.20 |

# Detailed P&L for the iPad business

The most important drivers for the iPad business are discussed above, here is the detailed P&L.

*Note that Apple reports financial information for fiscal year ended September 30th. For the purposes of our analysis, we have treated Apple's fiscal year figures as equivalent to calendar year ended December 31st figures.*

### iPad: Detailed P&L

| | CY14 | CY15 | CY16 | CY17 | CY18 | CY19 | CY20 | CY21 | CY22 | CY23 | CY24 | CY25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | | | |
| iPad Revenue (Bil $) | 30.3 | 23.2 | 20.6 | 19.2 | 18.8 | 18.9 | 19.0 | 18.7 | 18.3 | 18.0 | 17.6 | 17.3 |
| iPad Pricing ($) | 445 | 423 | 452 | 439 | 432 | 432 | 432 | 423 | 415 | 407 | 398 | 390 |
| iPad Units Sales (Mil) | 68.0 | 54.9 | 45.6 | 43.8 | 43.5 | 43.8 | 44.0 | 44.2 | 44.2 | 44.2 | 44.2 | 44.2 |
| *Total Revenues* (Bil $) | 30.3 | 23.2 | 20.6 | 19.2 | 18.8 | 18.9 | 19.0 | 18.7 | 18.3 | 18.0 | 17.6 | 17.3 |
| | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | |
| Direct Expenses (Bil $) | 18.5 | 13.9 | 12.5 | 11.8 | 11.5 | 11.5 | 11.6 | 11.4 | 11.2 | 10.9 | 10.7 | 10.5 |
| Apple Gross Profit Margin (%) | 38.8 | 40.3 | 39.4 | 38.9 | 38.7 | 38.9 | 39.1 | 39.1 | 39.1 | 39.1 | 39.1 | 39.1 |
| Indirect Expenses (Bil $) | 3.99 | 2.62 | 3.24 | 3.14 | 3.23 | 3.01 | 2.96 | 2.94 | 2.90 | 2.81 | 2.74 | 2.69 |
| Other Non-Current Assets as % of Revenue (%) | 2.06 | 2.32 | 4.06 | 4.43 | 8.39 | 8.39 | 8.39 | 8.39 | 8.39 | 8.39 | 8.39 | 8.39 |
| Non-current Deferred Revenue as % of Revenue (%) | 1.66 | 1.55 | 1.36 | 1.24 | 1.05 | 1.05 | 1.08 | 1.11 | 1.14 | 1.17 | 1.20 | 1.23 |
| Other Non-Current Liabilities as % of Revenue (%) | 13.6 | 14.3 | 16.7 | 17.6 | 17.0 | 17.0 | 17.0 | 17.0 | 17.0 | 17.0 | 17.0 | 17.0 |
| Account Receivable Days | 54.4 | 47.4 | 49.6 | 56.8 | 67.3 | 67.3 | 67.3 | 67.3 | 67.3 | 67.3 | 67.3 | 67.3 |
| Inventory Turnover Ratio | 86.6 | 99.5 | 101 | 47.2 | 67.1 | 65.6 | 65.6 | 65.6 | 65.6 | 65.6 | 65.6 | 65.6 |
| Other Current Assets as % of Revenue (%) | 5.36 | 6.45 | 3.84 | 6.08 | 4.55 | 4.85 | 4.85 | 4.85 | 4.85 | 4.85 | 4.85 | 4.85 |
| Account Payable Days | 60.3 | 55.4 | 63.1 | 78.1 | 76.8 | 77.2 | 77.5 | 77.8 | 78.2 | 79.5 | 81.8 | 84.1 |
| Accrued expenses as % of Revenue (%) | 10.1 | 10.8 | 10.2 | 11.2 | 12.3 | 11.3 | 11.3 | 11.3 | 11.3 | 11.3 | 11.3 | 11.3 |
| Current Deferred Revenue as % of Revenue (%) | 4.65 | 3.83 | 3.75 | 3.29 | 2.84 | 2.84 | 2.89 | 2.93 | 2.98 | 3.02 | 3.07 | 3.11 |
| CapEx % of Gross Profit (%) | 19.1 | 12.6 | 16.3 | 14.7 | 13.6 | 14.6 | 15.6 | 15.6 | 15.6 | 15.6 | 15.6 | 15.6 |
| Tax Rate (%) | 26.1 | 26.4 | 25.6 | 24.6 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 |
| R&D % of Gross Profit (%) | 3.05 | 2.63 | 4.47 | 5.50 | 6.37 | 6.67 | 6.97 | 6.97 | 6.97 | 7.17 | 7.37 | 7.37 |
| SG&A % of Gross Profit (%) | 6.88 | 5.34 | 6.93 | 8.11 | 7.35 | 7.35 | 7.35 | 7.35 | 7.35 | 7.35 | 7.35 | 7.35 |
| Stock Comp. % of Gross Profit (%) | 4.03 | 3.81 | 4.95 | 5.43 | 5.19 | 5.29 | 5.39 | 5.49 | 5.59 | 5.69 | 5.79 | 5.89 |
| *Total Expenses* (Bil $) | 22.5 | 16.5 | 15.7 | 14.9 | 14.8 | 14.5 | 14.5 | 14.3 | 14.1 | 13.7 | 13.5 | 13.2 |
| | | | | | | | | | | | | |
| **Gross Profit** (Bil $) | 11.8 | 9.36 | 8.13 | 7.47 | 7.28 | 7.36 | 7.43 | 7.32 | 7.17 | 7.03 | 6.89 | 6.75 |
| **Free Cash Flow** (Bil $) | n/a | n/a | n/a | n/a | 4.05 | 4.35 | 4.47 | 4.37 | 4.27 | 4.22 | 4.15 | 4.06 |