# EXHIBIT 80

# Apple Inc.

## It's The End of iPhone Units As We Know It, And It Might Ultimately Be Just Fine

| Equities | |
|---|---|
| Americas | |
| Computers | |
| **12-month rating** | **Buy** |
| 12m price target | US$240.00 |
| | *Prior: US$250.00* |
| **Price** | **US$207.81** |
| RIC: AAPL.O | BBG: AAPL US |

### Trading data and key metrics

| | |
|---|---|
| 52-wk range | US$232.07-155.15 |
| Market cap. | US$1,007bn |
| Shares o/s | 4,848m (COM) |
| Free float | 100% |
| Avg. daily volume ('000) | 33,706 |
| Avg. daily value (m) | US$7,360.4 |
| Common s/h equity (09/19E) | US$82.3bn |
| P/BV (09/19E) | 11.7x |
| Net debt / EBITDA (09/19E) | NM |

### EPS (UBS, diluted) (US$)

| | 09/19E | | | |
|---|---|---|---|---|
| | From | To | % ch | Cons. |
| Q1E | 5.07 | 4.83 | -5 | 4.94 |
| Q2E | 3.28 | 3.21 | -2 | 3.13 |
| Q3E | 2.66 | 2.59 | -3 | 2.58 |
| Q4E | 3.26 | 3.06 | -6 | 3.12 |
| 09/19E | 14.28 | 13.69 | -4 | 13.77 |
| 09/20E | 15.92 | 15.20 | -5 | 15.23 |
| 09/21E | 17.76 | 16.84 | -5 | 15.79 |

**Timothy Arcuri**
Analyst
timothy.arcuri@ubs.com
+1-415-352 5676

**Munjal Shah**
Analyst
munjal.shah@ubs.com
+1-212-713 2113

**Tepid guide, no unit growth, less disclosure; but it could ultimately be genius**
Tepid guide will likely be read poorly against the recent backdrop of significant stock outperformance, but worth noting that revenue/EPS guide would have been spot in-line excluding the re-emergence of big FX headwinds. Admittedly, even in-line probably wouldn't have been enough and expectations were a little high – mainly around iPhone ASP (we think guide implies ~75MM units @ low $800's ASP). The biggest story though is the elimination of unit disclosure going forward – incl. iPhone. Conceptually, given the pricing narrative and wide iPhone price point dispersion, we get the logic – but it is always better to do from a position of strength rather than one where iPhone unit sell-through was slightly down Y/Y in Sept and implied down again Y/Y (our math) again in Dec. The math around unit growth is clear and nearly every investor knows it – the market is saturated and replacement cycles have lengthened ~3-4mos over the past few yrs. Even so, this has not told the story as GP has grown ~16% just in the past 4Qs on no iPhone unit growth. Most investors have clearly remained overly fixated on this metric as AAPL remains the largest relative global underweight for active managers by a factor of ~3x while the stock has risen >30% in this period and outperformed the S&P500 by ~5x. In the near-term, we are pushing on a string, but trading less hardware disclosure for more services disclosure could be very smart longer-term. AAPL is already getting some benefit from services, but AMZN's multiple expansion coincided with breaking out AWS (revs and margins) in C2015. Price target trimmed $250 to $240.

**Positives/Negatives**
Positives: 1) iPhone ASP much better for 2nd straight Q; 2) despite services noise, revs tgt >$49B by F2020 was re-affirmed; 3) memory pricing remains GM tailwind well into C1H:19. Negatives: 1) Y/Y iPhone sell-through is uninspiring; 2) some iPhone supply concerns appear evident on mgmt's part; 3) FX again a big revs headwind.

**Estimate changes**
F2019/F2020/C2019/C2020 EPS from $14.28/$15.92/$14.78/$16.46 to $13.69/$15.20/$14.16/$15.73 due almost wholly to slightly lower revenue.

**Valuation: Buy and lower price target from $250 to $240**
Our $240 PT implies 16.0x (unchanged) our avg. $14.94 EPS for C19/20.

| Highlights (US$m) | 09/16 | 09/17 | 09/18 | 09/19E | 09/20E | 09/21E | 09/22E | 09/23E |
|---|---|---|---|---|---|---|---|---|
| Revenues | 215,639 | 229,234 | 265,595 | 284,869 | 297,111 | 312,347 | 328,636 | 351,797 |
| EBIT (UBS) | 60,024 | 61,344 | 70,898 | 74,963 | 78,025 | 81,841 | 85,538 | 91,707 |
| Net earnings (UBS) | 45,610 | 48,351 | 59,531 | 63,588 | 66,153 | 69,339 | 72,426 | 77,578 |
| EPS (UBS, diluted) (US$) | 8.29 | 9.21 | 11.86 | 13.69 | 15.20 | 16.84 | 18.48 | 20.22 |
| DPS (US$) | 2.18 | 2.35 | 2.72 | 3.07 | 3.37 | 3.71 | 4.08 | 4.49 |
| Net (debt) / cash | 150,553 | 153,215 | 122,617 | 97,538 | 96,559 | 103,026 | 116,505 | 133,990 |
| **Profitability/valuation** | **09/16** | **09/17** | **09/18** | **09/19E** | **09/20E** | **09/21E** | **09/22E** | **09/23E** |
| EBIT margin % | 27.8 | 26.8 | 26.7 | 26.3 | 26.3 | 26.2 | 26.0 | 26.1 |
| ROIC (EBIT) % | 473.6 | 350.4 | 278.3 | 251.3 | 267.4 | 296.5 | 327.9 | 369.3 |
| EV/EBITDA (core) x | 6.2 | 8.1 | 9.7 | 10.1 | 9.7 | 9.3 | 9.0 | 8.4 |
| P/E (UBS, diluted) x | 12.6 | 14.9 | 15.4 | 15.2 | 13.7 | 12.3 | 11.2 | 10.3 |
| Equity FCF (UBS) yield % | 8.6 | 6.9 | 6.9 | 6.9 | 7.3 | 7.7 | 8.0 | 8.5 |
| Net dividend yield % | 2.1 | 1.7 | 1.5 | 1.5 | 1.6 | 1.8 | 2.0 | 2.2 |

Source: Company accounts, Thomson Reuters, UBS estimates. Metrics marked as (UBS) have had analyst adjustments applied. Valuations: based on an average share price that year, (E): based on a share price of US$207.81 on 01 Nov 2018 23:47 EDT

www.ubs.com/investmentresearch

This report has been prepared by UBS Securities LLC. **ANALYST CERTIFICATION AND REQUIRED DISCLOSURES BEGIN ON PAGE 9.** UBS does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

**Figure 1: 2018 Sep-Q Reported vs Estimates**

| Key Metrics | Actual | UBS Estimate | Street Estimate | UBS vs Street | Act vs UBS | Act vs Street | Remarks |
|---|---|---|---|---|---|---|---|
| **Revenue ($MM)** | $62,900 | $61,910 | $61,288 | 1.0% | 1.6% | 2.6% | In line with our estimate and high-end of guide |
| *Y/Y Growth* | 19.6% | 17.7% | 16.6% | | | | |
| | | | | | | | |
| **Gross Margin (Non-GAAP)** | 38.3% | 38.4% | 38.2% | 0.6% | -0.2% | 0.2% | In line |
| | | | | | | | |
| **Operating Margin** | 25.6% | 25.5% | 25.2% | 1.1% | 0.1% | 1.6% | In line |
| | | | | | | | |
| **Non-GAAP EPS** | $2.91 | $2.85 | $2.76 | 3.3% | 6.4% | 5.6% | Beat on higher revenue |
| | | | | | | | |
| **Segment Revenue** | | | | | | | |
| iPhone | $37,185 | $35,000 | $35,289 | -0.8% | 6.2% | 5.4% | Above est. due to higher ASPs |
| iPad | 4,089 | 4,635 | 4,652 | -0.4% | -11.8% | -12.1% | Slight disappoint, pot'l pause ahead of new launches |
| Mac | 7,411 | 7,813 | 6,892 | 13.4% | -5.1% | 7.5% | Materially higher than consensus |
| Services | 9,981 | 10,311 | 10,138 | 1.7% | -3.2% | -1.5% | |
| Other | 4,234 | 4,152 | 4,187 | -0.8% | 2.0% | 1.1% | Strong growth in wearables (50%+) |
| | | | | | | | |
| **Units & ASPs** | | | | | | | |
| iPhone | 46,889 | 46,677 | 48,000 | -2.8% | 0.5% | -2.3% | Units were in line with our estimate |
| iPhone ASP | $793 | $750 | $741 | 1.2% | 5.8% | 7.0% | Strong mix of Xs and Xs Max drove ASPs higher |
| | | | | | | | |
| iPad | 9,699 | 10,429 | 10,000 | 4.3% | -7.0% | -3.0% | Units were lower likely due to pause ahead of new |
| iPad ASP | $422 | $444 | $439 | 1.2% | -5.1% | -4.0% | iPad Pro launch |

Source: Factset, UBS estimates



**Figure 2: Apple revenue growth vs stock price**

Source: Company reports, Factset



**Figure 3: iPhone unit growth vs stock price**

Source: Company reports, Factset

Apple Inc.   2 November 2018                                    ⦿ UBS   2

**Figure 4: 2018 Dec-Q Outlook**

| Key Metrics | FQ1:19 Guidance | UBS Estimate |
|---|---|---|
| **Revenue ($MM)** | $89-93bn | $93,363 |
| **Gross Margin (Non-GAAP)** | 38-38.5% | 38.5% |
| **Operating expense** | $8.7-8.8bn | 8,723 |
| **Operating Margin** |  | 29.2% |
| **Non-GAAP EPS** |  | $4.83 |

Source: Company reports, UBS estimates

**Figure 5: New vs Old Estimates**

| Key Metrics | FY 2019 New | Old | % Change | FY 2020 New | Old | % Change | Remarks |
|---|---|---|---|---|---|---|---|
| Revenue ($MM) | $284,869 | $286,649 | -0.6% | $297,111 | $297,197 | 0.0% | Reduce revenue slightly due to iPads and iPhones offset by Wearables |
| Y/Y Growth | 7.3% | 8.3% | -1.1% | 4.3% | 3.7% | 0.6% |  |
| Gross Margin (Non-GAAP) | 38.5% | 38.5% | 0.0% | 38.5% | 39.0% | -0.5% | 30bps favorable memory impact and leverage offset by 90bps FX headwind and higher cost at this point in cycle |
| Operating Margin | 26.3% | 26.9% | -0.6% | 26.3% | 27.2% | -0.9% | Higher opex is impacting operating margin |
| Non-GAAP EPS | $13.70 | $14.28 | -4.1% | $15.20 | $15.92 | -4.5% | Slightly lower due to lower revenue forecast |
| **Segment Revenue** |  |  |  |  |  |  |  |
| iPhone | $171,525 | $174,794 | -1.9% | $170,376 | $173,592 | -1.9% | Lower iPhone units slightly |
| iPad | 17,742 | 18,334 | -3.2% | 16,846 | 17,401 | -3.2% | See iPads continue to decline |
| Mac | 26,368 | 26,962 | -2.2% | 26,508 | 27,094 | -2.2% |  |
| Services | 44,587 | 44,903 | -0.7% | 52,888 | 53,277 | -0.7% |  |
| Other | 24,648 | 21,655 | 13.8% | 30,494 | 25,833 | 18.0% | Seeing strong growth in wearables |
| **Units & ASPs** |  |  |  |  |  |  |  |
| iPhone | 216,860 | 222,434 | -2.5% | 217,111 | 222,671 | -2.5% | Will not disclose going forward, see some impact from FX |
| iPhone ASP | $791 | $786 | 0.7% | $785 | $780 | 0.7% | Strong mix of new phones would drive ASPs higher |
| iPad | 43,225 | 44,139 | -2.1% | 43,184 | 44,087 | -2.0% | We see unit decline for the category to continue |
| iPad ASP | $410 | $415 | -1.2% | $390 | $395 | -1.2% |  |

Source: UBS estimates

**Figure 4: UBS vs Street estimates**

| | 2016 | 2017 | 2018/1F | 2018/2F | 2018/3F | 2018/4F | 2018 | 2019/1F | 2019/2F | 2019/3F | 2019/4F | 2019 | 2020/1F | 2020/2F | 2020/3F | 2020/4F | 2020 | CY2016 | CY2017 | CY2018 | CY2019 | CY2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue ($MM)** | | | | | | | | | | | | | | | | | | | | | | |
| UBS (new) | $215,639 | $229,234 | $88,293 | $61,137 | $53,265 | $62,900 | $265,595 | $93,363 | $68,011 | $58,631 | $64,765 | $284,869 | $95,844 | $71,805 | $61,429 | $68,033 | $297,111 | $218,118 | $239,176 | $270,665 | $287,350 | $301,002 |
| UBS (old) | | | | | | $61,910 | $264,605 | $95,463 | $67,436 | $57,846 | $65,904 | $286,649 | $97,305 | $70,872 | $60,332 | $68,687 | $297,197 | $218,118 | $239,176 | $271,776 | $288,491 | $300,487 |
| Consensus | $215,639 | $229,234 | $88,293 | $61,137 | $53,265 | $61,458 | $264,153 | $92,937 | $65,826 | $57,631 | $64,830 | $281,224 | $95,854 | $67,525 | $60,107 | $67,151 | $290,637 | $218,118 | $239,176 | $268,797 | $284,141 | $291,004 |
| Delta | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 2.3% | 0.5% | 0.5% | 3.3% | 1.7% | 0.1% | 1.3% | (0.0%) | 6.3% | 2.2% | 1.3% | 2.2% | 0.0% | 0.0% | 0.7% | 1.1% | 3.4% |
| **EPS (non-GAAP)** | | | | | | | | | | | | | | | | | | | | | | |
| UBS (new) | $8.31 | $9.21 | $3.89 | $2.73 | $2.34 | $2.91 | $11.86 | $4.83 | $3.21 | $2.59 | $3.07 | $13.70 | $5.29 | $3.62 | $2.89 | $3.40 | $15.20 | $8.35 | $9.72 | $12.81 | $14.16 | $15.73 |
| UBS (old) | | | | | | $2.85 | | $5.07 | $3.28 | $2.66 | $3.26 | $14.28 | $5.57 | $3.72 | $2.98 | $3.65 | $15.92 | $8.35 | $9.72 | $12.99 | $14.78 | $16.46 |
| Consensus | $8.27 | $9.20 | $3.89 | $2.73 | $2.34 | $2.78 | $11.74 | $4.92 | $3.13 | $2.58 | $3.11 | $13.73 | $5.29 | $3.46 | $2.89 | $3.39 | $15.03 | $8.35 | $9.73 | $12.76 | $14.11 | $15.53 |
| Delta | | | | | | 4.9% | 1.1% | (1.7%) | 2.5% | 0.4% | (1.2%) | (0.3%) | (0.0%) | 4.8% | 0.0% | 0.2% | 1.1% | | | 0.4% | 0.4% | 1.3% |

Source: FactSet, UBS estimates

Apple Inc.   2 November 2018                                                                                                                                    UBS  3

Confidential                                                                                                                              APL-SECLIT_00001804

**Figure 5: AAPL trades at 15.7x NTM PE…**



Source: Factset

**Figure 6: …and at 12.8x EV/EBITDA NTM**



Source: Factset

**Figure 7: AAPL trades at an 11.7% PE premium to large cap tech…**



Source: Factset

**Figure 8: …and at 3% discount to the S&P 500**



Source: Factset

**Figure 9: Amazon EV/Sales-NTM**



Source: Factset

**Figure 10: Amazon Gross Margin - LTM**



Source: Factset

Apple Inc.   2 November 2018

UBS  4

Confidential   APL-SECLIT_00001805

**Figure 11: Amazon Operating Margin - LTM**



Source: Factset

**Figure 12: Amazon ROE - LTM**



Source: Factset

Confidential                                                                                          APL-SECLIT_00001806

## Apple Inc. (AAPL.O)

| Income statement (US$m) | 09/16 | 09/17 | 09/18 | 09/19E | % ch | 09/20E | % ch | 09/21E | 09/22E | 09/23E |
|---|---|---|---|---|---|---|---|---|---|---|
| Revenues | 215,639 | 229,234 | 265,595 | 284,869 | 7.3 | 297,111 | 4.3 | 312,347 | 328,636 | 351,797 |
| Gross profit | 84,263 | 88,186 | 101,839 | 109,675 | 7.7 | 114,388 | 4.3 | 120,253 | 126,525 | 135,442 |
| EBITDA (UBS) | 70,529 | 71,501 | 81,801 | 86,074 | 5.2 | 89,215 | 3.6 | 93,178 | 97,088 | 103,561 |
| Depreciation & amortisation | (10,505) | (10,157) | (10,903) | (11,111) | 1.9 | (11,191) | 0.7 | (11,337) | (11,550) | (11,854) |
| EBIT (UBS) | 60,024 | 61,344 | 70,898 | 74,963 | 5.7 | 78,025 | 4.1 | 81,841 | 85,538 | 91,707 |
| Associates & investment income | 0 | 0 | 0 | 0 | - | 0 | - | 0 | 0 | 0 |
| Other non-operating income | 0 | 0 | 0 | 0 | - | 0 | - | 0 | 0 | 0 |
| Net interest | 1,271 | 2,745 | 2,005 | 1,200 | -40.1 | 1,200 | 0.0 | 1,200 | 1,200 | 1,200 |
| Exceptionals (incl goodwill) | 0 | 0 | 0 | 0 | - | 0 | - | 0 | 0 | 0 |
| Profit before tax | 61,295 | 64,089 | 72,903 | 76,163 | 4.5 | 79,225 | 4.0 | 83,041 | 86,738 | 92,907 |
| Tax | (15,685) | (15,738) | (13,372) | (12,575) | 6.0 | (13,072) | -4.0 | (13,702) | (14,312) | (15,330) |
| Profit after tax | 45,610 | 48,351 | 59,531 | 63,588 | 6.8 | 66,153 | 4.0 | 69,339 | 72,426 | 77,578 |
| Preference dividends | 0 | 0 | 0 | 0 | - | 0 | - | 0 | 0 | 0 |
| Minorities | 0 | 0 | 0 | 0 | - | 0 | - | 0 | 0 | 0 |
| Extraordinary items | 0 | 0 | 0 | 0 | - | 0 | - | 0 | 0 | 0 |
| Net earnings (local GAAP) | 45,610 | 48,351 | 59,531 | 63,588 | 6.8 | 66,153 | 4.0 | 69,339 | 72,426 | 77,578 |
| Net earnings (UBS) | 45,610 | 48,351 | 59,531 | 63,588 | 6.8 | 66,153 | 4.0 | 69,339 | 72,426 | 77,578 |
| Tax rate (%) | 25.6 | 24.6 | 18.3 | 16.5 | -10.0 | 16.5 | -0.1 | 16.5 | 16.5 | 16.5 |

| Per share (US$) | 09/16 | 09/17 | 09/18 | 09/19E | % ch | 09/20E | % ch | 09/21E | 09/22E | 09/23E |
|---|---|---|---|---|---|---|---|---|---|---|
| EPS (UBS, diluted) | 8.29 | 9.21 | 11.86 | 13.69 | 15.4 | 15.20 | 11.0 | 16.84 | 18.48 | 20.22 |
| EPS (local GAAP, diluted) | 8.29 | 9.21 | 11.86 | 13.69 | 15.4 | 15.20 | 11.0 | 16.84 | 18.48 | 20.22 |
| EPS (UBS, basic) | 8.29 | 9.21 | 11.86 | 13.69 | 15.4 | 15.20 | 11.0 | 16.84 | 18.48 | 20.22 |
| Net DPS (US$) | 2.18 | 2.35 | 2.72 | 3.07 | 12.7 | 3.37 | 10.0 | 3.71 | 4.08 | 4.49 |
| Cash EPS (UBS, diluted)[1] | 10.20 | 11.14 | 14.03 | 16.08 | 14.6 | 17.77 | 10.5 | 19.59 | 21.43 | 23.31 |
| Book value per share | 23.43 | 25.61 | 21.75 | 17.72 | -18.5 | 18.33 | 3.4 | 20.55 | 24.68 | 29.48 |
| Average shares (diluted) | 5,500.28 | 5,251.69 | 5,018.71 | 4,645.64 | -7.4 | 4,353.14 | -6.3 | 4,118.00 | 3,918.33 | 3,836.03 |

| Balance sheet (US$m) | 09/16 | 09/17 | 09/18 | 09/19E | % ch | 09/20E | % ch | 09/21E | 09/22E | 09/23E |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash and equivalents | 237,585 | 268,895 | 237,100 | 212,021 | -10.6 | 211,042 | -0.5 | 217,509 | 230,988 | 248,473 |
| Other current assets | 39,714 | 54,464 | 65,038 | 50,653 | -22.1 | 52,536 | 3.7 | 54,852 | 57,382 | 60,155 |
| Total current assets | 277,299 | 323,359 | 302,138 | 262,673 | -13.1 | 263,578 | 0.3 | 272,361 | 288,370 | 308,628 |
| Net tangible fixed assets | 27,010 | 33,783 | 41,304 | 42,093 | 1.9 | 43,109 | 2.4 | 44,488 | 46,214 | 48,563 |
| Net intangible fixed assets | 8,620 | 8,015 | 7,582 | 7,077 | -6.7 | 6,754 | -4.6 | 6,532 | 6,401 | 6,270 |
| Investments / other assets | 8,757 | 10,162 | 14,701 | 14,701 | 0.0 | 14,701 | 0.0 | 14,701 | 14,701 | 14,701 |
| Total assets | 321,686 | 375,319 | 365,725 | 326,544 | -10.7 | 328,143 | 0.5 | 338,082 | 355,686 | 378,162 |
| Trade payables & other ST liabilities | 67,401 | 82,341 | 96,118 | 81,682 | -15.0 | 85,565 | 4.8 | 90,465 | 95,815 | 101,682 |
| Short term debt | 11,605 | 18,473 | 20,748 | 20,748 | 0.00 | 20,748 | 0.00 | 20,748 | 20,748 | 20,748 |
| Total current liabilities | 79,006 | 100,814 | 116,866 | 102,430 | -12.4 | 106,313 | 3.8 | 111,213 | 116,563 | 122,430 |
| Long term debt | 75,427 | 97,207 | 93,735 | 93,735 | 0.0 | 93,735 | 0.0 | 93,735 | 93,735 | 93,735 |
| Other long term liabilities | 39,004 | 43,251 | 47,977 | 48,064 | 0.2 | 48,311 | 0.5 | 48,491 | 48,687 | 48,901 |
| Preferred shares | 0 | 0 | 0 | 0 | - | 0 | - | 0 | 0 | 0 |
| Total liabilities (incl pref shares) | 193,437 | 241,272 | 258,578 | 244,229 | -5.5 | 248,359 | 1.7 | 253,438 | 258,984 | 265,066 |
| Common s/h equity | 128,249 | 134,047 | 107,147 | 82,315 | -23.2 | 79,783 | -3.1 | 84,644 | 96,702 | 113,096 |
| Minority interests | 0 | 0 | 0 | 0 | - | 0 | - | 0 | 0 | 0 |
| Total liabilities & equity | 321,686 | 375,319 | 365,725 | 326,544 | -10.7 | 328,143 | 0.5 | 338,082 | 355,686 | 378,162 |

| Cash flow (US$m) | 09/16 | 09/17 | 09/18 | 09/19E | % ch | 09/20E | % ch | 09/21E | 09/22E | 09/23E |
|---|---|---|---|---|---|---|---|---|---|---|
| Net income (before pref divs) | 45,610 | 48,351 | 59,531 | 63,588 | 6.8 | 66,153 | 4.0 | 69,339 | 72,426 | 77,578 |
| Depreciation & amortisation | 10,505 | 10,157 | 10,903 | 11,111 | 1.9 | 11,191 | 0.7 | 11,337 | 11,550 | 11,854 |
| Net change in working capital | 484 | (5,550) | 34,694 | 36 | -99.9 | 2,247 | NM | 2,763 | 3,017 | 3,308 |
| Other operating | 9,148 | 10,640 | (27,250) | 5,697 | - | 5,942 | 4.3 | 6,247 | 6,573 | 7,036 |
| Operating cash flow | 65,747 | 63,598 | 77,878 | 80,433 | 3.3 | 85,532 | 6.3 | 89,686 | 93,565 | 99,776 |
| Tangible capital expenditure | (12,734) | (12,451) | (13,313) | (11,395) | 14.4 | (11,884) | -4.3 | (12,494) | (13,145) | (14,072) |
| Intangible capital expenditure | (2,499) | (1,068) | (721) | 0 | - | 0 | - | 0 | 0 | 0 |
| Net (acquisitions) / disposals | (30,634) | (33,147) | 32,363 | 8,000 | -75.3 | 8,000 | 0.0 | 8,000 | 8,000 | 8,000 |
| Other investing | (110) | 220 | (785) | 0 | - | 0 | - | 0 | 0 | 0 |
| Investing cash flow | (45,977) | (46,446) | 17,544 | (3,395) | - | (3,884) | -14.4 | (4,494) | (5,145) | (6,072) |
| Equity dividends paid | (12,150) | (12,769) | (13,712) | (14,167) | -3.3 | (14,626) | -3.2 | (15,225) | (15,941) | (17,220) |
| Share issues / (buybacks) | (29,227) | (32,345) | (72,069) | (80,000) | -11.0 | (60,000) | 25.0 | (55,500) | (51,000) | (51,000) |
| Other financing | (1,163) | (1,247) | (2,527) | 0 | - | 0 | - | 0 | 0 | 0 |
| Change in debt & pref shares | (2,500) | 0 | (6,500) | 0 | - | 0 | - | 0 | 0 | 0 |
| Financing cash flow | (45,040) | (46,361) | (94,808) | (94,167) | 0.7 | (74,626) | 20.8 | (70,725) | (66,941) | (68,220) |
| Cash flow inc/(dec) in cash | (25,270) | (29,209) | 614 | (17,129) | - | 7,021 | - | 14,467 | 21,479 | 25,484 |
| FX / non cash items | 57,189 | 60,519 | (32,409) | (7,950) | 75.5 | (8,000) | -0.6 | (8,000) | (8,000) | (8,000) |
| Balance sheet inc/(dec) in cash | 31,919 | 31,310 | (31,795) | (25,079) | 21.1 | (979) | 96.1 | 6,467 | 13,479 | 17,484 |

Source: Company accounts, UBS estimates. (UBS) metrics use reported figures which have been adjusted by UBS analysts.[1] Cash EPS (UBS, diluted) is calculated using UBS net income adding back depreciation and amortization.

Apple Inc.   2 November 2018   ⚜ UBS  6

Confidential                                                                                                                                                                         APL-SECLIT_00001807

## Apple Inc. (AAPL.O)

| Valuation (x) | 09/16 | 09/17 | 09/18 | 09/19E | 09/20E | 09/21E | 09/22E | 09/23E |
|---|---|---|---|---|---|---|---|---|
| P/E (local GAAP, diluted) | 12.6 | 14.9 | 15.4 | 15.2 | 13.7 | 12.3 | 11.2 | 10.3 |
| P/E (UBS, diluted) | 12.6 | 14.9 | 15.4 | 15.2 | 13.7 | 12.3 | 11.2 | 10.3 |
| P/CEPS | 10.3 | 12.3 | 13.0 | 12.9 | 11.7 | 10.6 | 9.7 | 8.9 |
| Equity FCF (UBS) yield % | 8.6 | 6.9 | 6.9 | 6.9 | 7.3 | 7.7 | 8.0 | 8.5 |
| Net dividend yield (%) | 2.1 | 1.7 | 1.5 | 1.5 | 1.6 | 1.8 | 2.0 | 2.2 |
| P/BV x | 4.5 | 5.4 | 8.4 | 11.7 | 11.3 | 10.1 | 8.4 | 7.0 |
| EV/revenues (core) | 2.0 | 2.5 | 3.0 | 3.1 | 2.9 | 2.8 | 2.6 | 2.5 |
| EV/EBITDA (core) | 6.2 | 8.1 | 9.7 | 10.1 | 9.7 | 9.3 | 9.0 | 8.4 |
| EV/EBIT (core) | 7.3 | 9.4 | 11.2 | 11.6 | 11.1 | 10.6 | 10.2 | 9.5 |
| EV/OpFCF (core) | 7.5 | 10.8 | 7.7 | 11.6 | 10.9 | 10.4 | 10.0 | 8.8 |
| EV/op. invested capital | NM | NM | NM | NM | NM | NM | NM | NM |

| Enterprise value (US$m) | 09/16 | 09/17 | 09/18 | 09/19E | 09/20E | 09/21E | 09/22E | 09/23E |
|---|---|---|---|---|---|---|---|---|
| Market cap. | 585,849 | 728,241 | 930,920 | 1,007,463 | 1,007,463 | 1,007,463 | 1,007,463 | 1,007,463 |
| Net debt (cash) | (145,878) | (151,884) | (137,916) | (137,916) | (137,916) | (137,916) | (137,916) | (137,916) |
| Buy out of minorities | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Pension provisions/other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total enterprise value** | **439,971** | **576,358** | **793,004** | **869,547** | **869,547** | **869,547** | **869,547** | **869,547** |
| Non core assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Core enterprise value** | **439,971** | **576,358** | **793,004** | **869,547** | **869,547** | **869,547** | **869,547** | **869,547** |

| Growth (%) | 09/16 | 09/17 | 09/18 | 09/19E | 09/20E | 09/21E | 09/22E | 09/23E |
|---|---|---|---|---|---|---|---|---|
| Revenue | -7.7 | 6.3 | 15.9 | 7.3 | 4.3 | 5.1 | 5.2 | 7.0 |
| EBITDA (UBS) | -14.5 | 1.4 | 14.4 | 5.2 | 3.6 | 4.4 | 4.2 | 6.7 |
| EBIT (UBS) | -15.7 | 2.2 | 15.6 | 5.7 | 4.1 | 4.9 | 4.5 | 7.2 |
| EPS (UBS, diluted) | -10.0 | 11.0 | 28.8 | 15.4 | 11.0 | 10.8 | 9.8 | 9.4 |
| Net DPS | 10.1 | 8.0 | 15.5 | 12.7 | 10.0 | 10.0 | 10.0 | 10.0 |

| Margins & Profitability (%) | 09/16 | 09/17 | 09/18 | 09/19E | 09/20E | 09/21E | 09/22E | 09/23E |
|---|---|---|---|---|---|---|---|---|
| Gross profit margin | 39.1 | 38.5 | 38.3 | 38.5 | 38.5 | 38.5 | 38.5 | 38.5 |
| EBITDA margin | 32.7 | 31.2 | 30.8 | 30.2 | 30.0 | 29.8 | 29.5 | 29.4 |
| EBIT margin | 27.8 | 26.8 | 26.7 | 26.3 | 26.3 | 26.2 | 26.0 | 26.1 |
| Net earnings (UBS) margin | 21.2 | 21.1 | 22.4 | 22.3 | 22.3 | 22.2 | 22.0 | 22.1 |
| ROIC (EBIT) | 473.6 | 350.4 | 278.3 | 251.3 | 267.4 | 296.5 | 327.9 | 369.3 |
| ROIC post tax | NM | NM | NM | NM | NM | NM | NM | NM |
| ROE (UBS) | 36.8 | 36.9 | 49.4 | 67.1 | 81.6 | 84.3 | 79.9 | 74.0 |

| Capital structure & Coverage (x) | 09/16 | 09/17 | 09/18 | 09/19E | 09/20E | 09/21E | 09/22E | 09/23E |
|---|---|---|---|---|---|---|---|---|
| Net debt / EBITDA | (2.1) | (2.1) | (1.5) | (1.1) | (1.1) | (1.1) | (1.2) | (1.3) |
| Net debt / total equity % | (117.4) | (114.3) | (114.4) | (118.5) | (121.0) | (121.7) | (120.5) | (118.5) |
| Net debt / (net debt + total equity) % | NM | NM | NM | NM | NM | NM | NM | NM |
| Net debt/EV % | (34.2) | (26.6) | (15.5) | (11.2) | (11.1) | (11.8) | (13.4) | (15.4) |
| Capex / depreciation % | 121.2 | 122.6 | 122.1 | 102.6 | 106.2 | 110.2 | 113.8 | 118.7 |
| Capex / revenue % | 5.9 | 5.4 | 5.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 |
| EBIT / net interest | NM | NM | NM | NM | NM | NM | NM | NM |
| Dividend cover (UBS) | 3.8 | 3.9 | 4.4 | 4.5 | 4.5 | 4.5 | 4.5 | 4.5 |
| Div. payout ratio (UBS) % | 26.3 | 25.6 | 22.9 | 22.4 | 22.2 | 22.0 | 22.1 | 22.2 |

| Revenues by division (US$m) | 09/16 | 09/17 | 09/18 | 09/19E | 09/20E | 09/21E | 09/22E | 09/23E |
|---|---|---|---|---|---|---|---|---|
| Others | 215,639 | 229,234 | 265,595 | 284,869 | 297,111 | 312,347 | 328,636 | 351,797 |
| **Total** | **215,639** | **229,234** | **265,595** | **284,869** | **297,111** | **312,347** | **328,636** | **351,797** |

| EBIT (UBS) by division (US$m) | 09/16 | 09/17 | 09/18 | 09/19E | 09/20E | 09/21E | 09/22E | 09/23E |
|---|---|---|---|---|---|---|---|---|
| Others | 60,024 | 61,344 | 70,898 | 74,963 | 78,025 | 81,841 | 85,538 | 91,707 |
| **Total** | **60,024** | **61,344** | **70,898** | **74,963** | **78,025** | **81,841** | **85,538** | **91,707** |

Source: Company accounts, UBS estimates. (UBS) metrics use reported figures which have been adjusted by UBS analysts.

Confidential                                                                         APL-SECLIT_00001808

※ UBS

**Forecast returns**

| | |
|---|---|
| Forecast price appreciation | +15.5% |
| Forecast dividend yield | 1.5% |
| Forecast stock return | +17.0% |
| Market return assumption | 7.8% |
| Forecast excess return | +9.2% |

**Valuation Method and Risk Statement**

Risks to our Apple thesis include (1) product delays or less innovative offerings, particularly a decline in iPhone unit shipments in F17; (2) macro weakness dampening product demand, especially in China; (3) reduced product differentiation resulting in a successful smartphone attack from below; (4) governments looking to regulate Apple as its power increases, and (5) poor platform management. We use P/E to derive our price target for Apple.

mattblake@apple.com

**Apple Inc.**   2 November 2018

※ UBS 8

**Required Disclosures**

This report has been prepared by UBS Securities LLC, an affiliate of UBS AG. UBS AG, its subsidiaries, branches and affiliates are referred to herein as UBS.

For information on the ways in which UBS manages conflicts and maintains independence of its research product; historical performance information; and certain additional disclosures concerning UBS research recommendations, please visit www.ubs.com/disclosures. The figures contained in performance charts refer to the past; past performance is not a reliable indicator of future results. Additional information will be made available upon request. UBS Securities Co. Limited is licensed to conduct securities investment consultancy businesses by the China Securities Regulatory Commission. UBS acts or may act as principal in the debt securities (or in related derivatives) that may be the subject of this report. This recommendation was finalized on: 02 November 2018 04:37 AM GMT. UBS has designated certain Research department members as Derivatives Research Analysts where those department members publish research principally on the analysis of the price or market for a derivative, and provide information reasonably sufficient upon which to base a decision to enter into a derivatives transaction. Where Derivatives Research Analysts co-author research reports with Equity Research Analysts or Economists, the Derivatives Research Analyst is responsible for the derivatives investment views, forecasts, and/or recommendations.

**Analyst Certification:** Each research analyst primarily responsible for the content of this research report, in whole or in part, certifies that with respect to each security or issuer that the analyst covered in this report: (1) all of the views expressed accurately reflect his or her personal views about those securities or issuers and were prepared in an independent manner, including with respect to UBS, and (2) no part of his or her compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by that research analyst in the research report.

**UBS Investment Research: Global Equity Rating Definitions**

| 12-Month Rating | Definition | Coverage[1] | IB Services[2] |
|---|---|---|---|
| **Buy** | FSR is > 6% above the MRA. | 48% | 24% |
| **Neutral** | FSR is between -6% and 6% of the MRA. | 37% | 21% |
| **Sell** | FSR is > 6% below the MRA. | 15% | 12% |
| **Short-Term Rating** | **Definition** | **Coverage[3]** | **IB Services[4]** |
| **Buy** | Stock price expected to rise within three months from the time the rating was assigned because of a specific catalyst or event. | <1% | <1% |
| **Sell** | Stock price expected to fall within three months from the time the rating was assigned because of a specific catalyst or event. | <1% | <1% |

Source: UBS. Rating allocations are as of 30 September 2018.
1:Percentage of companies under coverage globally within the 12-month rating category.
2:Percentage of companies within the 12-month rating category for which investment banking (IB) services were provided within the past 12 months.
3:Percentage of companies under coverage globally within the Short-Term rating category.
4:Percentage of companies within the Short-Term rating category for which investment banking (IB) services were provided within the past 12 months.

**KEY DEFINITIONS:Forecast Stock Return (FSR)** is defined as expected percentage price appreciation plus gross dividend yield over the next 12 months. In some cases, this yield may be based on accrued dividends. **Market Return Assumption (MRA)** is defined as the one-year local market interest rate plus 5% (a proxy for, and not a forecast of, the equity risk premium). **Under Review (UR)** Stocks may be flagged as UR by the analyst, indicating that the stock's price target and/or rating are subject to possible change in the near term, usually in response to an event that may affect the investment case or valuation. **Short-Term Ratings** reflect the expected near-term (up to three months) performance of the stock and do not reflect any change in the fundamental view or investment case. **Equity Price Targets** have an investment horizon of 12 months.

Confidential                                                                                        APL-SECLIT_00001810

**EXCEPTIONS AND SPECIAL CASES:UK and European Investment Fund ratings and definitions are: Buy:** Positive on factors such as structure, management, performance record, discount; **Neutral:** Neutral on factors such as structure, management, performance record, discount; **Sell:** Negative on factors such as structure, management, performance record, discount. **Core Banding Exceptions (CBE):** Exceptions to the standard +/-6% bands may be granted by the Investment Review Committee (IRC). Factors considered by the IRC include the stock's volatility and the credit spread of the respective company's debt. As a result, stocks deemed to be very high or low risk may be subject to higher or lower bands as they relate to the rating. When such exceptions apply, they will be identified in the Company Disclosures table in the relevant research piece.

Research analysts contributing to this report who are employed by any non-US affiliate of UBS Securities LLC are not registered/qualified as research analysts with FINRA. Such analysts may not be associated persons of UBS Securities LLC and therefore are not subject to the FINRA restrictions on communications with a subject company, public appearances, and trading securities held by a research analyst account. The name of each affiliate and analyst employed by that affiliate contributing to this report, if any, follows.

**UBS Securities LLC:** Timothy Arcuri; Munjal Shah.

**Company Disclosures**

| Company Name | Reuters | 12-month rating | Short-term rating | Price | Price date |
|---|---|---|---|---|---|
| **Apple Inc.**[7, 16, 22] | AAPL.O | Buy | N/A | US$222.22 | 01 Nov 2018 |

Source: UBS. All prices as of local market close.
Ratings in this table are the most current published ratings prior to this report. They may be more recent than the stock pricing date

7. Within the past 12 months, UBS Securities LLC and/or its affiliates have received compensation for products and services other than investment banking services from this company/entity.
16. UBS Securities LLC makes a market in the securities and/or ADRs of this company.
22. UBS AG, its affiliates or subsidiaries held other significant financial interests in this company/entity as of last month`s end (or the prior month`s end if this report is dated less than 10 working days after the most recent month`s end).

Unless otherwise indicated, please refer to the Valuation and Risk sections within the body of this report. For a complete set of disclosure statements associated with the companies discussed in this report, including information on valuation and risk, please contact UBS Securities LLC, 1285 Avenue of Americas, New York, NY 10019, USA, Attention: Investment Research.

**Apple Inc. (US$)**



Apple Inc.  2 November 2018                                                                                                                                   UBS  10

Confidential                                                                                                                                         APL-SECLIT_00001811

| Date | Stock Price (US$) | Price Target (US$) | Rating |
|---|---:|---:|---:|
| 2015-07-31 | 121.3 | 150.0 | Buy |
| 2015-11-16 | 114.18 | 140.0 | Buy |
| 2015-12-16 | 111.34 | 130.0 | Buy |
| 2016-01-27 | 93.42 | 120.0 | Buy |
| 2016-05-11 | 92.51 | 115.0 | Buy |
| 2016-09-20 | 113.57 | 127.0 | Buy |
| 2017-02-01 | 128.75 | 138.0 | Buy |
| 2017-02-28 | 136.99 | 151.0 | Buy |
| 2017-04-04 | 144.77 | - | No Rating |
| 2017-04-05 | 144.02 | 151.0 | Buy |
| 2017-04-20 | 142.44 | - | No Rating |
| 2017-04-21 | 142.27 | 151.0 | Buy |
| 2017-05-03 | 147.06 | 165.0 | Buy |
| 2017-05-22 | 153.99 | 170.0 | Buy |
| 2017-08-02 | 157.14 | 180.0 | Buy |
| 2017-11-03 | 172.5 | 190.0 | Buy |
| 2018-06-01 | 190.24 | 210.0 | Buy |
| 2018-08-01 | 201.5 | 215.0 | Buy |
| 2018-09-11 | 223.85 | 250.0 | Buy |

Source: UBS; as of 01 Nov 2018

mattblake@apple.com

## Global Disclaimer

This document has been prepared by UBS Securities LLC, an affiliate of UBS AG. UBS AG, its subsidiaries, branches and affiliates are referred to herein as UBS.

Global Research is provided to our clients through UBS Neo, and in certain instances, UBS.com and any other system or distribution method specifically identified in one or more communications distributed through UBS Neo or UBS.com (each a system) as an approved means for distributing Global Research. It may also be made available through third party vendors and distributed by UBS and/or third parties via e-mail or alternative electronic means. The level and types of services provided by Global Research to a client may vary depending upon various factors such as a client's individual preferences as to the frequency and manner of receiving communications, a client's risk profile and investment focus and perspective (e.g., market wide, sector specific, long-term, short-term, etc.), the size and scope of the overall client relationship with UBS and legal and regulatory constraints.

All Global Research is available on UBS Neo. Please contact your UBS sales representative if you wish to discuss your access to UBS Neo.

When you receive Global Research through a System, your access and/or use of such Global Research is subject to this Global Research Disclaimer and to the terms of use governing the applicable System.

When you receive Global Research via a third party vendor, e-mail or other electronic means, you agree that use shall be subject to this Global Research Disclaimer, where applicable the UBS Investment Bank terms of business (https://www.ubs.com/global/en/investment-bank/regulatory.html) and to UBS's Terms of Use/Disclaimer (http://www.ubs.com/global/en/legalinfo2/disclaimer.html). In addition, you consent to UBS processing your personal data and using cookies in accordance with our Privacy Statement (http://www.ubs.com/global/en/legalinfo2/privacy.html) and cookie notice (http://www.ubs.com/global/en/homepage/cookies/cookie-management.html).

**If you receive Global Research, whether through a System or by any other means, you agree that you shall not copy, revise, amend, create a derivative work, provide to any third party, or in any way commercially exploit any UBS research provided via Global Research or otherwise, and that you shall not extract data from any research or estimates provided to you via Global Research or otherwise, without the prior written consent of UBS.**

This document is for distribution only as may be permitted by law. It is not directed to, or intended for distribution to or use by, any person or entity who is a citizen or resident of or located in any locality, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation or would subject UBS to any registration or licensing requirement within such jurisdiction.

This document is a general communication and is educational in nature; it is not an advertisement nor is it a solicitation or an offer to buy or sell any financial instruments or to participate in any particular trading strategy. Nothing in this document constitutes a representation that any investment strategy or recommendation is suitable or appropriate to an investor's individual circumstances or otherwise constitutes a personal recommendation. By providing this document, none of UBS or its representatives has any responsibility or authority to provide or have provided investment advice in a fiduciary capacity or otherwise. Investments involve risks, and investors should exercise prudence and their own judgment in making their investment decisions. None of UBS or its representatives is suggesting that the recipient or any other person take a specific course of action or any action at all. By receiving this document, the recipient acknowledges and agrees with the intended purpose described above and further disclaims any expectation or belief that the information constitutes investment advice to the recipient or otherwise purports to meet the investment objectives of the recipient. The financial instruments described in the document may not be eligible for sale in all jurisdictions or to certain categories of investors.

Options, structured derivative products and futures (including OTC derivatives) are not suitable for all investors. Trading in these instruments is considered risky and may be appropriate only for sophisticated investors. Prior to buying or selling an option, and for the complete risks relating to options, you must receive a copy of "The Characteristics and Risks of Standardized Options." You may read the document at http://www.theocc.com/publications/risks/riskchap1.jsp or ask your salesperson for a copy. Various theoretical explanations of the risks associated with these instruments have been published. Supporting documentation for any claims, comparisons, recommendations, statistics or other technical data will be supplied upon request. Past performance is not necessarily indicative of future results. Transaction costs may be significant in option strategies calling for multiple purchases and sales of options, such as spreads and straddles. Because of the importance of tax considerations to many options transactions, the investor considering options should consult with his/her tax advisor as to how taxes affect the outcome of contemplated options transactions.

Mortgage and asset-backed securities may involve a high degree of risk and may be highly volatile in response to fluctuations in interest rates or other market conditions. Foreign currency rates of exchange may adversely affect the value, price or income of any security or related instrument referred to in the document. For investment advice, trade execution or other enquiries, clients should contact their local sales representative.

The value of any investment or income may go down as well as up, and investors may not get back the full (or any) amount invested. Past performance is not necessarily a guide to future performance. Neither UBS nor any of its directors, employees or agents accepts any liability for any loss (including investment loss) or damage arising out of the use of all or any of the Information.

Prior to making any investment or financial decisions, any recipient of this document or the information should seek individualized advice from his or her personal financial, legal, tax and other professional advisors that takes into account all the particular facts and circumstances of his or her investment objectives.

Any prices stated in this document are for information purposes only and do not represent valuations for individual securities or other financial instruments. There is no representation that any transaction can or could have been effected at those prices, and any prices do not necessarily reflect UBS's internal books and records or theoretical model-based valuations and may be based on certain assumptions. Different assumptions by UBS or any other source may yield substantially different results.

No representation or warranty, either expressed or implied, is provided in relation to the accuracy, completeness or reliability of the information contained in any materials to which this document relates (the "Information"), except with respect to Information concerning UBS. The Information is not intended to be a complete statement or summary of the securities, markets or developments referred to in the document. UBS does not undertake to update or keep current the Information. Any opinions expressed in this document may change without notice and may differ or be contrary to opinions expressed by other business areas or groups, personnel or other representative of UBS. Any statements contained in this report attributed to a third party represent UBS's interpretation of the data, information and/or opinions provided by that third party either publicly or through a subscription service, and such use and interpretation have not been reviewed by the third party. In no circumstances may this document or any of the Information (including any forecast, value, index or other calculated amount ("Values")) be used for any of the following purposes:

(i) valuation or accounting purposes;

(ii) to determine the amounts due or payable, the price or the value of any financial instrument or financial contract; or

(iii) to measure the performance of any financial instrument including, without limitation, for the purpose of tracking the return or performance of any Value or of defining the asset allocation of portfolio or of computing performance fees.

By receiving this document and the Information you will be deemed to represent and warrant to UBS that you will not use this document or any of the Information for any of the above purposes or otherwise rely upon this document or any of the Information.

UBS has policies and procedures, which include, without limitation, independence policies and permanent information barriers, that are intended, and upon which UBS relies, to manage potential conflicts of interest and control the flow of information within divisions of UBS and among its subsidiaries, branches and affiliates. For further information on the ways in which UBS manages conflicts and maintains independence of its research products, historical performance information and certain additional disclosures concerning UBS research recommendations, please visit www.ubs.com/disclosures.

Research will initiate, update and cease coverage solely at the discretion of UBS Research Management, which will also have sole discretion on the timing and frequency of any published research product. The analysis contained in this document is based on numerous assumptions. All material information in relation to published research reports, such as valuation methodology, risk statements, underlying assumptions (including sensitivity analysis of those assumptions), ratings history etc. as required by the Market Abuse Regulation, can be found on UBS Neo. Different assumptions could result in materially different results.

The analyst(s) responsible for the preparation of this document may interact with trading desk personnel, sales personnel and other parties for the purpose of gathering, applying and interpreting market information. UBS relies on information barriers to control the flow of information contained in one or more areas within UBS into other areas, units, groups or affiliates of UBS. The compensation of the analyst who prepared this document is determined exclusively by research management and senior management (not including investment banking). Analyst compensation is not based on investment banking revenues; however, compensation may relate to the revenues of UBS and/or its divisions as a whole, of which investment banking, sales and trading are a part, and UBS's subsidiaries, branches and affiliates as a whole.

---

Apple Inc.   2 November 2018                                                                                                                                                        ✤ UBS  12

Confidential                                                                                                                                                                              APL-SECLIT_00001813

For financial instruments admitted to trading on an EU regulated market: UBS AG, its affiliates or subsidiaries (excluding UBS Securities LLC) acts as a market maker or liquidity provider (in accordance with the interpretation of these terms in the UK) in the financial instruments of the issuer save that where the activity of liquidity provider is carried out in accordance with the definition given to it by the laws and regulations of any other EU jurisdictions, such information is separately disclosed in this document. For financial instruments admitted to trading on a non-EU regulated market: UBS may act as a market maker save that where this activity is carried out in the US in accordance with the definition given to it by the relevant laws and regulations, such activity will be specifically disclosed in this document. UBS may have issued a warrant the value of which is based on one or more of the financial instruments referred to in the document. UBS and its affiliates and employees may have long or short positions, trade as principal and buy and sell in instruments or derivatives identified herein; such transactions or positions may be inconsistent with the opinions expressed in this document.

Within the past 12 months UBS AG, its affiliates or subsidiaries may have received or provided investment services and activities or ancillary services as per MiFID II which may have given rise to a payment or promise of a payment in relation to these services from or to this company.

**United Kingdom and the rest of Europe:** Except as otherwise specified herein, this material is distributed by UBS Limited to persons who are eligible counterparties or professional clients. UBS Limited is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. **France:** Prepared by UBS Limited and distributed by UBS Limited and UBS Securities France S.A. UBS Securities France S.A. is regulated by the ACPR (Autorité de Contrôle Prudentiel et de Résolution) and the Autorité des Marchés Financiers (AMF). Where an analyst of UBS Securities France S.A. has contributed to this document, the document is also deemed to have been prepared by UBS Securities France S.A. **Germany:** Prepared by UBS Limited and distributed by UBS Limited and UBS Europe SE. UBS Europe SE is regulated by the Bundesanstalt fur Finanzdienstleistungsaufsicht (BaFin). **Spain:** Prepared by UBS Limited and distributed by UBS Limited and UBS Securities España SV, SA. UBS Securities España SV, SA is regulated by the Comisión Nacional del Mercado de Valores (CNMV). **Turkey:** Distributed by UBS Limited. No information in this document is provided for the purpose of offering, marketing and sale by any means of any capital market instruments and services in the Republic of Turkey. Therefore, this document may not be considered as an offer made or to be made to residents of the Republic of Turkey. UBS Limited is not licensed by the Turkish Capital Market Board under the provisions of the Capital Market Law (Law No. 6362). Accordingly, neither this document nor any other offering material related to the instruments/services may be utilized in connection with providing any capital market services to persons within the Republic of Turkey without the prior approval of the Capital Market Board. However, according to article 15 (d) (ii) of the Decree No. 32, there is no restriction on the purchase or sale of the securities abroad by residents of the Republic of Turkey. **Poland:** Distributed by UBS Limited (spolka z ograniczona odpowiedzialnoscia) Oddzial w Polsce regulated by the Polish Financial Supervision Authority. Where an analyst of UBS Limited (spolka z ograniczona odpowiedzialnoscia) Oddzial w Polsce has contributed to this document, the document is also deemed to have been prepared by UBS Limited (spolka z ograniczona odpowiedzialnoscia) Oddzial w Polsce. **Russia:** Prepared and distributed by UBS Bank (OOO). **Switzerland:** Distributed by UBS AG to persons who are institutional investors only. UBS AG is regulated by the Swiss Financial Market Supervisory Authority (FINMA). **Italy:** Prepared by UBS Limited and distributed by UBS Limited and UBS Limited, Italy Branch. Where an analyst of UBS Limited, Italy Branch has contributed to this document, the document is also deemed to have been prepared by UBS Limited, Italy Branch. **South Africa:** Distributed by UBS South Africa (Pty) Limited (Registration No. 1995/011140/07), an authorised user of the JSE and an authorised Financial Services Provider (FSP 7328). **Israel:** This material is distributed by UBS Limited. UBS Limited is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. UBS Securities Israel Ltd is a licensed Investment Marketer that is supervised by the Israel Securities Authority (ISA). UBS Limited and its affiliates incorporated outside Israel are not licensed under the Israeli Advisory Law. UBS Limited is not covered by insurance as required from a licensee under the Israeli Advisory Law. UBS may engage among others in issuance of Financial Assets or in distribution of Financial Assets of other issuers for fees or other benefits. UBS Limited and its affiliates may prefer various Financial Assets to which they have or may have Affiliation (as such term is defined under the Israeli Advisory Law). Nothing in this Material should be considered as investment advice under the Israeli Advisory Law. This Material is being issued only to and/or is directed only at persons who are Eligible Clients within the meaning of the Israeli Advisory Law, and this material must not be relied on or acted upon by any other persons. **Saudi Arabia:** This document has been issued by UBS AG (and/or any of its subsidiaries, branches or affiliates), a public company limited by shares, incorporated in Switzerland with its registered offices at Aeschenvorstadt 1, CH-4051 Basel and Bahnhofstrasse 45, CH-8001 Zurich. This publication has been approved by UBS Saudi Arabia (a subsidiary of UBS AG), a Saudi closed joint stock company incorporated in the Kingdom of Saudi Arabia under commercial register number 1010257812 having its registered office at Tatweer Towers, P.O. Box 75724, Riyadh 11588, Kingdom of Saudi Arabia. UBS Saudi Arabia is authorized and regulated by the Capital Market Authority to conduct securities business under license number 08113-37. **UAE / Dubai:** The information distributed by UBS AG Dubai Branch is only intended for Professional Clients and/or Market Counterparties, as classified under the DFSA rulebook. No other person should act upon this material/communication. The information is not for further distribution within the United Arab Emirates. UBS AG Dubai Branch is regulated by the DFSA in the DIFC. UBS is not licensed to provide banking services in the UAE by the Central Bank of the UAE, nor is it licensed by the UAE Securities and Commodities Authority. **United States:** Distributed to US persons by either UBS Securities LLC or by UBS Financial Services Inc., subsidiaries of UBS AG; or by a group, subsidiary or affiliate of UBS AG that is not registered as a US broker-dealer (a **'non-US affiliate'**) to major US institutional investors only. UBS Securities LLC or UBS Financial Services Inc. accepts responsibility for the content of a document prepared by another non-US affiliate when distributed to US persons by UBS Securities LLC or UBS Financial Services Inc. All transactions by a US person in the securities mentioned in this document must be effected through UBS Securities LLC or UBS Financial Services Inc., and not through a non-US affiliate. UBS Securities LLC is not acting as a municipal advisor to any municipal entity or obligated person within the meaning of Section 15B of the Securities Exchange Act (the "Municipal Advisor Rule"), and the opinions or views contained herein are not intended to be, and do not constitute, advice within the meaning of the Municipal Advisor Rule. **Canada:** Distributed by UBS Securities Canada Inc., a registered investment dealer in Canada and a Member-Canadian Investor Protection Fund, or by another affiliate of UBS AG that is registered to conduct business in Canada or is otherwise exempt from registration. **Mexico:** This report has been distributed and prepared by UBS Casa de Bolsa, S.A. de C.V., UBS Grupo Financiero, an entity that is part of UBS Grupo Financiero, S.A. de C.V. and is a subsidiary of UBS AG. This document is intended for distribution to institutional or sophisticated investors only. Research reports only reflect the views of the analysts responsible for the reports. Analysts do not receive any compensation from persons or entities different from UBS Casa de Bolsa, S.A. de C.V., UBS Grupo Financiero, or different from entities belonging to the same financial group or business group of such. For Spanish translations of applicable disclosures, please go to www.ubs.com/disclosures. **Brazil:** Except as otherwise specified herein, this material is prepared by UBS Brasil CCTVM S.A. to persons who are eligible investors residing in Brazil, which are considered to be Investidores Profissionais, as designated by the applicable regulation, mainly the CVM Instruction No. 539 from the 13th of November 2013 (determines the duty to verify the suitability of products, services and transactions with regards to the client´s profile). **Hong Kong:** Distributed by UBS Securities Asia Limited and/or UBS AG, Hong Kong Branch. Please contact local licensed/registered representatives of UBS Securities Asia Limited and/or UBS AG, Hong Kong Branch in respect of any matters arising from, or in connection with, the analysis or document. **Singapore:** Distributed by UBS Securities Pte. Ltd. [MCI (P) 009/09/2018 and Co. Reg. No.: 198500648C] or UBS AG, Singapore Branch. Please contact UBS Securities Pte. Ltd., an exempt financial adviser under the Singapore Financial Advisers Act (Cap. 110); or UBS AG, Singapore Branch, an exempt financial adviser under the Singapore Financial Advisers Act (Cap. 110) and a wholesale bank licensed under the Singapore Banking Act (Cap. 19) regulated by the Monetary Authority of Singapore, in respect of any matters arising from, or in connection with, the analysis or document. The recipients of this document represent and warrant that they are accredited and institutional investors as defined in the Securities and Futures Act (Cap. 289). **Japan:** Distributed by UBS Securities Japan Co., Ltd. to professional investors (except as otherwise permitted). Where this document has been prepared by UBS Securities Japan Co., Ltd., UBS Securities Japan Co., Ltd. is the author, publisher and distributor of the document. Distributed by UBS AG, Tokyo Branch to Professional Investors (except as otherwise permitted) in relation to foreign exchange and other banking businesses when relevant. **Australia:** Clients of UBS AG: Distributed by UBS AG (ABN 47 088 129 613 and holder of Australian Financial Services License No. 231087). Clients of UBS Securities Australia Ltd: Distributed by UBS Securities Australia Ltd (ABN 62 008 586 481 and holder of Australian Financial Services License No. 231098). This Document contains general information and/or general advice only and does not constitute personal financial product advice. As such, the Information in this document has been prepared without taking into account any investor's objectives, financial situation or needs, and investors should, before acting on the Information, consider the appropriateness of the Information, having regard to their objectives, financial situation and needs. If the Information contained in this document relates to the acquisition, or potential acquisition of a particular financial product by a 'Retail' client as defined by section 761G of the Corporations Act 2001 where a Product Disclosure Statement would be required, the retail client should obtain and consider the Product Disclosure Statement relating to the product before making any decision about whether to acquire the product. The UBS Securities Australia Limited Financial Services Guide is available at: www.ubs.com/ecs-research-fsg. **New Zealand:** Distributed by UBS New Zealand Ltd. UBS New Zealand Ltd is not a registered bank in New Zealand. You are being provided with this UBS publication or material because you have indicated to UBS that you are a "wholesale client" within the meaning of section 5C of the Financial Advisers Act 2008 of New Zealand (Permitted Client). This publication or material is not intended for clients who are not Permitted Clients (non-permitted Clients). If you are a non-permitted Client you must not rely on this publication or material. If despite this warning you nevertheless rely on this publication or material, you hereby (i) acknowledge that you may not rely on the content of this publication or material and that any recommendations or opinions in such this publication or material are not made or provided to you, and (ii) to the maximum extent permitted by law (a) indemnify UBS and its associates or related entities (and their respective Directors, officers, agents and Advisors) (each a 'Relevant Person') for any loss, damage, liability or claim any of them may incur or suffer as a result of, or in connection with, your unauthorised reliance on this publication or material and (b) waive any rights or remedies you may have against any Relevant Person for (or in respect of) any loss, damage, liability or claim you may incur or suffer as a result of, or in connection with, your unauthorised reliance on this publication or material. **Korea:** Distributed in Korea by UBS Securities Pte. Ltd., Seoul Branch. This document may have been edited or contributed to from time to time by affiliates of UBS Securities Pte. Ltd., Seoul Branch. This material is intended for professional/institutional clients only and not for distribution to any retail clients. **Malaysia:** This material is authorized to be distributed in Malaysia by UBS Securities Malaysia Sdn. Bhd (Capital Markets Services License No.: CMSL/A0063/2007). This material is intended for professional/institutional clients only and not for distribution

---

Apple Inc.   2 November 2018                                                                                                                                            ❄ UBS   13

Confidential                                                                                                                                                                                      APL-SECLIT_00001814

to any retail clients. **India:** Distributed by UBS Securities India Private Ltd. (Corporate Identity Number U67120MH1996PTC097299) 2/F, 2 North Avenue, Maker Maxity, Bandra Kurla Complex, Bandra (East), Mumbai (India) 400051. Phone: +912261556000. It provides brokerage services bearing SEBI Registration Numbers: NSE (Capital Market Segment): INB230951431, NSE (F&O Segment) INF230951431, NSE (Currency Derivatives Segment) INE230951431, BSE (Capital Market Segment) INB010951437; merchant banking services bearing SEBI Registration Number: INM000010809 and Research Analyst services bearing SEBI Registration Number: INH000001204. UBS AG, its affiliates or subsidiaries may have debt holdings or positions in the subject Indian company/companies. Within the past 12 months, UBS AG, its affiliates or subsidiaries may have received compensation for non-investment banking securities-related services and/or non-securities services from the subject Indian company/companies. The subject company/companies may have been a client/clients of UBS AG, its affiliates or subsidiaries during the 12 months preceding the date of distribution of the research report with respect to investment banking and/or non-investment banking securities-related services and/or non-securities services. With regard to information on associates, please refer to the Annual Report at: http://www.ubs.com/global/en/about_ubs/investor_relations/annualreporting.html**Taiwan:** Distributed by UBS Securities Pte. Ltd., Taipei Branch which is regulated by the Taiwan Securities and Futures Bureau. **Indonesia:** This report is being distributed by PT UBS Sekuritas Indonesia and is delivered by its licensed employee(s), including marketing/sales person, to its client. PT UBS Sekuritas Indonesia, having its registered office at Wisma GKBI, 22nd floor, JL. Jend. Sudirman, kav.28, Jakarta 10210, Indonesia, is a subsidiary company of UBS AG and licensed under Capital Market Law no. 8 year 1995, a holder of broker-dealer and underwriter licenses issued by the Capital Market and Financial Institution Supervisory Agency (now Otoritas Jasa Keuangan/OJK). PT UBS Sekuritas Indonesia is also a member of Indonesia Stock Exchange and supervised by Otoritas Jasa Keuangan (OJK). Neither this report nor any copy hereof may bedistributed in Indonesia or to any Indonesian citizens except in compliance with applicable Indonesian capital market laws and regulations. This report is not an offer of securities in Indonesia and may not be distributed within the territory of the Republic of Indonesia or to Indonesian citizens in circumstance whichconstitutes an offering within the meaning of Indonesian capital market laws and regulations.

The disclosures contained in research documents produced by UBS Limited shall be governed by and construed in accordance with English law.

UBS specifically prohibits the redistribution of this document in whole or in part without the written permission of UBS and in any event UBS accepts no liability whatsoever for any redistribution of this document or its contents or the actions of third parties in this respect. Images may depict objects or elements that are protected by third party copyright, trademarks and other intellectual property rights. © UBS 2018. The key symbol and UBS are among the registered and unregistered trademarks of UBS. All rights reserved.

