# EXHIBIT 81

# WEDBUSH

Company Report

**November 2, 2018**

## Apple (AAPL)

*Cook Pulls the Plug on Metrics in a Houdini Like Move; Bullish Thesis Unchanged*

Rating:
**OUTPERFORM**
Price:
**$222.22**
12-Month Price Target:
**$310.00**

Analysts
**Daniel Ives**
212-344-2073
Dan.Ives@wedbush.com

**Strecker Backe**
212-833-1367
Strecker.Backe@wedbush.com

### Company Information
| | |
|---|---:|
| Shares Outst (M) | 4,725.0 |
| 52-Week Range | $150.24 - $233.47 |
| Market Cap (M) | $1,049,989.5 |
| Enterprise Value (M) | $1,098,172 |

| REV (M) | | | in $ |
|---|---|---|---|
| FYE Sep | 2017A | 2018A | 2019E |
| Q1 Dec | 78,351.0A | 88,293.0A | 91,535.9E |
| Q2 Mar | 52,896.0A | 61,137.0A | 65,330.3E |
| Q3 Jun | 45,408.0A | 53,265.0A | 57,389.7E |
| Q4 Sep | 52,579.0A | 62,900.0A | 66,657.3E |
| Previous | | 61,007.3E | 64,583.0E |
| Year* | 229,234.0A | 265,595.0A | 280,913.2E |
| Previous | | 263,702.3E | 278,838.9E |

| EPS | | | in $ |
|---|---|---|---|
| FYE Sep | 2017A | 2018A | 2019E |
| Q1 Dec | 3.36A | 3.89A | 4.95E |
| Q2 Mar | 2.10A | 2.73A | 3.11E |
| Q3 Jun | 1.67A | 2.34A | 2.67E |
| Q4 Sep | 2.07A | 2.91A | 3.12E |
| Previous | | 2.78E | 3.02E |
| Year* | 9.21A | 11.91A | 13.90E |
| Previous | | 11.77E | 13.80E |
| P/E | 24.1x | 18.7x | 16.0x |

*Pricing data provided by Thomson Reuters.*
*\*Numbers may not add up due to rounding.*

### The Wedbush View

Last night Apple delivered FY4Q (Sept.) results which beat the Street from a headline number but slightly missed iPhone unit shipments which was the focus of investors. However the quarter itself took a back seat to the modestly softer December guidance that Cook & Co. gave on the heels of its much anticipated XS/XR iPhone product cycle which remains the linchpin of the Apple story for FY19. That said, the "jaw dropper" last night was when Apple announced it will stop providing units/ASPs for iPhones, Macs and its other product lines. The Street will find this a tough pill to swallow this morning as the transparency of the Cupertino story takes a major dent given that tracking iPhone units has become habitual to any investor that has closely followed the Apple story for the last decade+ and is critical to the thesis. As explained on the conference call we understand the logic of not providing these metrics anymore given that ASPs are all over the map and a slew of new smartphone releases has catalyzed Apple to focus more on overall segment revenue rather than myopic quarterly unit sales. However, the skeptics will point to Apple doing this right at the critical juncture where higher ASPs are making up for slower unit sales which remains the worry and the stock will get hit accordingly this morning. That said, while it's frustrating how Apple (with no warning) decided to pull the plug on unit metrics, our core bull thesis does not change on the story and to some extent is emboldened by the ~$800 ASP story and a robust services business poised to hit $50 billion+ in FY20. The Street continues to be laser focused on the demand trajectory for iPhones into 2019 with the trifecta of next generation iPhones on the horizon and the Street modeling iPhone shipments of ~220 million units, which could ultimately prove to be conservative in our opinion given the underlying demand drivers. Based on our analysis we believe 350 million iPhones are in the "window of opportunity" to upgrade over the next 12-18 months with Apple needing to capture a majority of these units as part of this upgrade cycle to make a clearly successful iPhone product cycle in 2019 and lay the groundwork for future services/software growth and steady iPhone demand over the coming years. While last night's "Houdini-like metrics move" was a stunner, our core bullish thesis on Apple remains unchanged despite the noise this morning. We maintain our OUTPERFORM rating and $310 price target.

Wedbush Securities does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Please see pages 9–11 of this report for analyst certification and important disclosure information.

## Investment Overview

The Street continues to be laser focused on the demand trajectory for iPhones into 2019 with the trifecta of next generation iPhones on the horizon and the Street modeling iPhone shipments of ~220 million units, which could ultimately prove to be conservative in our opinion given the underlying demand drivers. Based on our analysis we believe 350 million iPhones are in the "window of opportunity" to upgrade over the next 12-18 months with AAPL needing to capture a majority of these units as part of this upgrade cycle to make a clearly successful iPhone product cycle in 2019 and lay the groundwork for future services/software growth and steady iPhone demand over the coming years. That said, while it's frustrating how Apple (with no warning) decided to pull the plug on unit metrics, our core bull thesis does not change on the story and to some extent is emboldened by the ~$800 ASP story and a robust services business poised to hit $50 billion+ in FY20. Our SOTP valuation translates to a price target of $310.

| Bear Case | Base Case | Bull Case |
| --- | --- | --- |
| This latest XS iPhone product cycle disappoints and does not experience significant upgrades; especially within China. Services ramp does not scale and hit 2020 targets. | Healthy XS iPhone product cycle the next 2-4 quarters driving high ASPs and a significant services growth ramp. | Better-than-expected iPhone product cycle and services ramp quicker than expected driving incremental margin and FCF growth. Expanding buyback and capital allocation plan further |

| Upcoming Catalysts | Primary Value Driver |
| --- | --- |
| Earnings in January | iPhone product cycle launch/success is the main focus of the Street; along with the services business which on a sum of the parts valuation we believe is worth between $400 billion to $450 billion. |

| Valuation | Investor Sentiment |
| --- | --- |
| Our $310 price target represents 22x our FY19 EPS estimate. | Positive |

| Company Description | Price Performance |
| --- | --- |
| Apple sells software, services, networking solutions, and third-party digital content and applications while designing, manufacturing around its iconic iPhone smartphone and product families of Macs, iPads, and other related hardware. | <br>*Source: EDI* |

Confidential                                                                                              APL-SECLIT_00002072



| Debatable Point | Our Thoughts | Time Frame | Impact |
|---|---|---|---|
| Does not providing iPhone unit metrics change the Apple story for investors? | Herein lies the key debate on Apple's stock today and going forward, will pulling the unit metrics be a gamechanger for the Apple story? In short, while this is a bitter pill to swallow and will take some digesting for the Street with the stock in the penalty box, over the long term this is probably directionally the right strategy. With Apple trying to get investors to view the iPhone story as a overall revenue story and not a unit story, this will cause less variability in the name which ultimately is a positive for the multiple over time in our opinion. | 6-12 months | ↔ |
| Is China a growth tailwind or headwind for Apple in 2019 and beyond? | The China region grew 16% year over year this quarter, in line with our expectations. While competition from lower cost smartphones remain an issue for Apple in China, the underlying growth opportunity out of this region is massive as we estimate between 60 million and 70 million iPhones are due for an upgrade over the next 12 months. | 6-12 months | ↑ |
| Is the iPhone product cycle losing steam with mature growth prospects now on the horizon? | While Apple, as well as competitors (Samsung), are facing mature growth prospects on the smart phone front, we believe there is still significant room for growth over the coming years as customers move to upgrades every 28-30 months with the iPhone XS as the latest key growth driver. | 12-18 months | ↑ |

### The Good

#### What We Liked in the Quarter

- **Headline beat.** Total $62.9 billion (20% y/y) beat the company's guidance range for revenue of between $60 billion and $62 billion and the Street's $61.5 billion estimate. The revenue upside was driven by stronger iPhone ASPs which were the clear star of the show this quarter this yet again
- **iPhone ASPs.** ASPs on the iPhone came in at $793 in the quarter vs. the Street's $751 estimate as iPhone X continues to be a success and help Cook & Co. drive ASPs towards the $800 range which should be a steady state range for FY19.

Confidential                                                                                                                                                                       APL-SECLIT_00002073

### The Bad

**What We Did Not Like in the Quarter**

- **Slight iPhone unit miss.** iPhone unit sales came in at 46.9 million vs. the Street at 47.5 million units. While XS only contributed 10 days of sales in the quarter we believe investors will be a bit disappointed by this metric, which is compounded by a softer December guide at the midpoint.
- **Unit metric pulled like Houdini.** In a complete shocker last night Apple announced it will be pulling unit metrics and not providing the breakout for investors. While we believe over the longer term this is a prudent strategy that will be a positive for shares/multiple, in the near term the lack of transparency will be a tough pill to swallow for investors.
- **December guidance comes up a bit light at the midpoint.**

### A Closer Look at FY4Q18 (September) Results

**Revenue**

- **Total revenue** of $62.9 billion (20% y/y) beat the company's guidance range for revenue of between $60 billion and $62 billion and the Street's $61.5 billion estimate. As we have highlighted with the iPhone XS/XS Max cycle not hitting the market till late in the quarter (only 10 days of contribution in the quarter) this quarter saw a minimal contribution from this flagship release with all eyes on guidance for the December quarter to gauge initial success/data points around the demand trajectory. We also note the XR release only went GA last week and had no contribution in the September quarter.
- **Geographic Breakdown:** Americas reported $27.5 billion growing 19% y/y from $23.1 billion a year ago. Europe had $15.4 billion in revenue increasing 18% y/y from $13.0 billion in the year ago period. ==China came in at $11.4 billion growing 16% y/y from $9.8 billion last year.== Japan posted revenues of $5.2 billion increasing 34% y/y from $3.9 billion in the comparable period. Rest of Asia Pacific delivered 22% y/y growth with $3.4 billion vs. $2.8 billion last year.
- **From a product segment the breakdown was as follows:**
- **iPhone**: total units sold were 46.9 million slightly below the Street's estimate of 47.5 million units, however revenue of $37.19 billion (29% y/y) with an ASP of $793, beat the Streets expectations of $35.56 billion of revenue, and an ASP of $751. Not surprising iPhone X continued to be the most popular smartphone in the quarter yet again.
- **iPad:** total units sold were 9.7 million for revenue of $4.09 billion (-15.4% y/y) with an ASP of $422 below the Street's estimate of 10.5 million units, $4.62 billion of revenue, and an ASP of $435.
- **Mac:** total units sold were 5.3 million above the Street's estimate of 4.9 million units, and although ASP missed the Street (with ASP of $1399 vs. ASP of $1,425), revenue handily beat the Street's $6.92 billion estimate, coming in at $7.41 billion (3.4% y/y).
- **Services**: reported revenues of $9.98 billion (17.4% y/y) below the Streets expectation of $10.2 billion and $8.5 billion vs last year. We note as its install base is growing double digits; AAPL now has over 330 million paid subscription which is over a 50% increase year-over-year.
- **Other Products:** revenue came in at $4.23 billion (31% y/y) above the Street's estimate of $4.18 billion and $3.23 billion in the year ago period.

**Margins**

- Gross margins of 38.3% came in line with the company guidance of 38% - 38.5% and the Street's 38.3% estimate.
- Operating expenses for the quarter were $7.97 billion, beating the Street's $8.02 billion estimate and within company's guidance range of $7.95 billion to $8.05 billion
- Pro forma EPS came in at $2.91, exceeding the Street's $2.78 estimate by $0.13.

Confidential                                                                                                                                                                APL-SECLIT_00002074

**Share Repurchase**

- This quarter AAPL repurchases 92.5 million shares for $19.4 billion, compared to the prior quarter of 112.8 million shares purchased for $20 billion.

**Balance Sheet & Cash Flow**

- Total Cash and Investments were $237.1 billion at the end of the quarter vs. $243.7 billion in the prior quarter.
- Cash flow from operations during the quarter was $19.5 billion compared to the $15.7 billion reported in the year ago period.

**FY1Q19 (December) Guidance**

- For FY1Q19 the company expects revenue to be between $89 billion and $93 billion and gross margin to be within the range of 38% to 38.5%. We note that the Street's revenue and gross margin December estimates are $92.9 billion and 38.5%, respectively.

**New Estimates**

- For FY1Q19 (December), we are maintaining our total revenue and pro forma EPS estimate from $91.5 billion and $4.95, respectively.
- For FY19, we are raising our total revenue and EPS estimates from $278.8 billion and $13.80 to $280.9 billion and $13.90, respectively. We note that the Street's FY19 estimates heading into the print were $280.9 billion and $13.80.

Confidential   APL-SECLIT_00002075

**Apple, Inc. (AAPL)**
**Income Statement**
($ in millions, except per share)

| | 2017A | | | | | 2018A | | | | | 2019E | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1Q17A Dec-16 | 2Q17A Mar-17 | 3Q17A Jun-17 | 4Q17A Sep-17 | FY17A Total | 1Q18A Dec-17 | 2Q18A Mar-18 | 3Q18A Jun-18 | 4Q18A Sep-18 | FY18A Total | 1Q19E Dec-18 | 2Q19E Mar-19 | 3Q19E Jun-19 | 4Q19E Sep-19 | FY19E Total |
| **Revenue** | | | | | | | | | | | | | | | |
| iPhone | 54,378 | 33,249 | 24,846 | 28,846 | 141,319 | 61,576 | 38,032 | 29,906 | 37,185 | 166,699 | 62,192 | 40,200 | 31,521 | 38,040 | 171,953 |
| iPad | 5,533 | 3,889 | 4,969 | 4,831 | 19,222 | 5,862 | 4,113 | 4,741 | 4,089 | 18,805 | 5,774 | 4,051 | 4,608 | 3,823 | 18,257 |
| Mac | 7,244 | 5,844 | 5,592 | 7,170 | 25,850 | 6,895 | 5,848 | 5,330 | 7,411 | 25,484 | 7,033 | 5,702 | 5,479 | 7,203 | 25,417 |
| Services | 7,172 | 7,041 | 7,266 | 8,501 | 29,980 | 8,471 | 9,190 | 9,548 | 9,981 | 37,190 | 10,335 | 11,028 | 11,649 | 12,277 | 45,288 |
| Other | 4,024 | 2,873 | 2,735 | 3,231 | 12,863 | 5,489 | 3,954 | 3,740 | 4,234 | 17,417 | 6,203 | 4,349 | 4,133 | 5,314 | 19,998 |
| **Total Revenue** | **78,351** | **52,896** | **45,408** | **52,579** | **229,234** | **88,293** | **61,137** | **53,265** | **62,900** | **265,595** | **91,536** | **65,330** | **57,390** | **66,657** | **280,913** |
| *Year-over-Year Growth* | *3%* | *5%* | *7%* | *12%* | *6%* | *13%* | *16%* | *17%* | *20%* | *16%* | *4%* | *7%* | *8%* | *6%* | *6%* |
| *Qtr-over-Qtr Growth* | *67%* | *-32%* | *-14%* | *16%* | *NM* | *68%* | *-31%* | *-13%* | *18%* | *NM* | *46%* | *-29%* | *-12%* | *16%* | *NM* |
| Total Cost of Revenue | 48,175 | 32,305 | 27,920 | 32,648 | 141,048 | 54,381 | 37,715 | 32,844 | 38,816 | 163,756 | 56,478 | 40,178 | 35,467 | 41,128 | 173,250 |
| **Gross Profit** | **30,176** | **20,591** | **17,488** | **19,931** | **88,186** | **33,912** | **23,422** | **20,421** | **24,084** | **101,839** | **35,058** | **25,152** | **21,923** | **25,530** | **107,663** |
| **Operating Expenses** | | | | | | | | | | | | | | | |
| Research & Development | 2,871 | 2,776 | 2,937 | 2,997 | 11,581 | 3,407 | 3,378 | 3,701 | 3,750 | 14,236 | 3,661 | 3,985 | 3,902 | 4,466 | 16,015 |
| SG&A | 3,946 | 3,718 | 3,783 | 3,814 | 15,261 | 4,231 | 4,150 | 4,108 | 4,216 | 16,705 | 4,302 | 4,573 | 4,247 | 4,999 | 18,121 |
| Total Operating Expenses | 6,817 | 6,494 | 6,720 | 6,811 | 26,842 | 7,638 | 7,528 | 7,809 | 7,966 | 30,941 | 7,964 | 8,558 | 8,149 | 9,465 | 34,137 |
| **Operating Income** | **23,359** | **14,097** | **10,768** | **13,120** | **61,344** | **26,274** | **15,894** | **12,612** | **16,118** | **70,898** | **27,095** | **16,594** | **13,774** | **16,064** | **73,526** |
| Interest and other income | 821 | 587 | 540 | 797 | 2,745 | 756 | 274 | 672 | 303 | 2,005 | 400 | 400 | 400 | 375 | 1,575 |
| **Income Before Taxes** | **24,180** | **14,684** | **11,308** | **13,917** | **64,089** | **27,030** | **16,168** | **13,284** | **16,421** | **72,903** | **27,495** | **16,994** | **14,174** | **16,439** | **75,101** |
| Income Taxes | 6,289 | 3,655 | 2,591 | 3,203 | 15,738 | 6,965 | 2,346 | 1,765 | 2,372 | 13,448 | 4,124 | 2,546 | 2,148 | 2,398 | 11,217 |
| **Net Income - Pro-forma*** | **17,891** | **11,029** | **8,717** | **10,714** | **48,351** | **20,065** | **13,822** | **11,519** | **14,125** | **59,531** | **23,370** | **14,445** | **12,047** | **13,973** | **63,836** |
| **EPS - Pro-forma*** | **3.36** | **2.10** | **1.67** | **2.07** | **9.21** | **3.89** | **2.73** | **2.34** | **2.91** | **11.91** | **4.95** | **3.11** | **2.67** | **3.12** | **13.90** |
| Shares Outstanding - Diluted | 5,328 | 5,262 | 5,234 | 5,184 | 5,252 | 5,158 | 5,069 | 4,927 | 4,848 | 5,000 | 4,725 | 4,650 | 4,520 | 4,480 | 4,594 |

*Does not include amortization of goodwill and intangibles, stock-based compensation and restructuring costs.*
*Sources: Company Reports and Wedbush Securities, Inc. estimates*

Daniel Ives
(212) 344 - 2073
Dan.Ives@wedbush.com

Confidential    APL-SECLIT_00002076

**Apple, Inc. (AAPL)**
Margin & Growth Analysis

| | 1Q17A | 2Q17A | 3Q17A | 4Q17A | FY17A | 1Q18A | 2Q18A | 3Q18A | 4Q18A | FY18A | 1Q19E | 2Q19E | 3Q19E | 4Q19E | FY19E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Margins** | | | | | | | | | | | | | | | |
| Gross Margin | 38.5% | 38.9% | 38.5% | 37.9% | 38.5% | 38.4% | 38.3% | 38.3% | 38.3% | 38.3% | 38.3% | 38.5% | 38.2% | 38.3% | 38.3% |
| Operating Margin | 29.8% | 26.7% | 23.7% | 25.0% | 26.8% | 29.8% | 26.0% | 23.7% | 25.6% | 26.7% | 29.6% | 25.4% | 24.0% | 24.1% | 26.2% |
| Net Margin - Pro forma | 22.8% | 20.9% | 19.2% | 20.4% | 21.1% | 22.7% | 22.6% | 21.6% | 22.5% | 22.4% | 25.5% | 22.1% | 21.0% | 21.0% | 22.7% |
| **Percent of Revenues** | | | | | | | | | | | | | | | |
| iPhone | 69.4% | 62.9% | 54.7% | 54.9% | 61.6% | 69.7% | 62.2% | 56.1% | 59.1% | 62.8% | 67.9% | 61.5% | 54.9% | 57.1% | 61.2% |
| iPad | 7.1% | 7.4% | 10.9% | 9.2% | 8.4% | 6.6% | 6.7% | 8.9% | 6.5% | 7.1% | 6.3% | 6.2% | 8.0% | 5.7% | 6.5% |
| Mac | 9.2% | 11.0% | 12.3% | 13.6% | 11.3% | 7.8% | 9.6% | 10.0% | 11.8% | 9.6% | 7.7% | 8.7% | 9.5% | 10.8% | 9.0% |
| Services | 9.2% | 13.3% | 16.0% | 16.2% | 13.1% | 9.6% | 15.0% | 17.9% | 15.9% | 14.0% | 11.3% | 16.9% | 20.3% | 18.4% | 16.1% |
| Other | 5.1% | 5.4% | 6.0% | 6.1% | 5.6% | 6.2% | 6.5% | 7.0% | 6.7% | 6.6% | 6.8% | 6.7% | 7.2% | 8.0% | 7.1% |
| Research & Development | 3.7% | 5.2% | 6.5% | 5.7% | 5.1% | 3.9% | 5.5% | 6.9% | 6.0% | 5.4% | 4.0% | 6.1% | 6.8% | 6.7% | 5.7% |
| SG&A | 5.0% | 7.0% | 8.3% | 7.3% | 6.7% | 4.8% | 6.8% | 7.7% | 6.7% | 6.3% | 4.7% | 7.0% | 7.4% | 7.5% | 6.5% |
| **Year-over-Year Growth** | | | | | | | | | | | | | | | |
| iPhone | 5.3% | 1.2% | 3.3% | 2.4% | 3.4% | 13.2% | 14.4% | 20.4% | 28.9% | 18.0% | 1.0% | 5.7% | 5.4% | 2.3% | 3.2% |
| iPad | -21.9% | -11.9% | 1.9% | 13.5% | -6.8% | 5.9% | 5.8% | -4.6% | -15.4% | -2.2% | -1.5% | -1.5% | -2.8% | -6.5% | -2.9% |
| Mac | 7.4% | 14.4% | 6.7% | 24.9% | 13.2% | -4.8% | 0.1% | -4.7% | 3.4% | -1.4% | 2.0% | -2.5% | 2.8% | -2.8% | -0.3% |
| Services | 18.4% | 17.5% | 21.6% | 34.4% | 23.1% | 18.1% | 30.5% | 31.4% | 17.4% | 24.0% | 22.0% | 20.0% | 22.0% | 23.0% | 21.8% |
| Other | -7.5% | 31.2% | 23.3% | 36.2% | 15.5% | 36.4% | 37.6% | 36.7% | 31.0% | 35.4% | 13.0% | 10.0% | 10.5% | 25.5% | 14.8% |
| Total Revenue | 3.3% | 4.6% | 7.2% | 12.2% | 6.3% | 12.7% | 15.6% | 17.3% | 19.6% | 15.9% | 3.7% | 6.9% | 7.7% | 6.0% | 5.8% |
| Operating Income | -3.4% | 0.8% | 6.6% | 11.6% | 2.2% | 12.5% | 12.7% | 17.1% | 22.9% | 15.6% | 3.1% | 4.4% | 9.2% | -0.3% | 3.7% |
| EPS - pro forma * | 2.3% | 10.4% | 16.9% | 23.7% | 10.8% | 15.9% | 30.1% | 40.4% | 41.0% | 29.3% | 27.1% | 13.9% | 14.0% | 7.0% | 16.7% |
| **Sequential Growth** | | | | | | | | | | | | | | | |
| iPhone | 93.1% | -38.9% | -25.3% | -47.0% | NM | 113.5% | -38.2% | -21.4% | 24.3% | NM | 67.2% | -35.4% | -21.6% | 20.7% | NM |
| iPad | 30.0% | -29.7% | 27.8% | -2.8% | NM | 21.3% | -29.8% | 15.3% | -13.8% | NM | 41.2% | -29.8% | 13.7% | -17.0% | NM |
| Mac | 26.2% | -19.3% | -4.3% | 28.2% | NM | -3.8% | -15.2% | -8.9% | 39.0% | NM | -5.1% | -18.9% | -3.9% | 31.5% | NM |
| Services | 13.4% | -1.8% | 3.2% | 17.0% | NM | -0.4% | 8.5% | 3.9% | 4.5% | NM | 3.5% | 6.7% | 5.6% | 5.4% | NM |
| Other | 69.6% | -28.6% | -4.8% | 18.1% | NM | 69.9% | -28.0% | -5.4% | 13.2% | NM | 46.5% | -29.9% | -5.0% | 28.6% | NM |
| Total Revenue | 67.2% | -32.5% | -14.2% | -32.9% | NM | 67.9% | -30.8% | -12.9% | 18.1% | NM | 45.5% | -28.6% | -12.2% | 16.1% | NM |
| Operating Income | 98.6% | -39.7% | -23.6% | -43.8% | NM | 100.3% | -39.5% | -20.6% | 27.8% | NM | 68.1% | -38.8% | -17.0% | 16.6% | NM |
| EPS - pro forma * | 100.9% | -37.6% | -20.5% | -38.4% | NM | 88.2% | -29.9% | -14.3% | 24.6% | NM | 69.7% | -37.2% | -14.2% | 17.0% | NM |

*Source: Company Reports and Wedbush Securities, Inc. estimates*

Daniel Ives
(212) 344 - 2073
Dan.Ives@wedbush.com

www.wedbush.com

Confidential   APL-SECLIT_00002077

**Apple, Inc. (AAPL)**

**Balance Sheet ($ in millions)**

|  | FY18 | | | |
|---|---|---|---|---|
|  | Dec-17 | Mar-18 | Jun-18 | Sep-18 |
| **ASSETS** | | | | |
| Cash And Equivalents | 27,491 | 45,059 | 31,971 | 25,913 |
| Short-Term Marketable Securities | 49,662 | 42,881 | 38,999 | 40,388 |
| Accounts Receivable | 23,440 | 14,324 | 14,104 | 23,186 |
| Inventory | 4,421 | 7,662 | 5,936 | 3,956 |
| Vendor Non-Trade Receivables | 27,459 | 8,084 | 12,263 | 25,809 |
| Other Current Assets | 11,337 | 12,043 | 12,488 | 12,087 |
| **Total Current Assets** | **143,810** | **130,053** | **115,761** | **131,339** |
| Long-Term Marketable Securities | 207,944 | 179,286 | 172,773 | 170,799 |
| Property and Equipment | 33,679 | 35,077 | 38,117 | 41,304 |
| Goodwill & Intangible Assets | 8,038 | 0 | 0 | 0 |
| Other Assets | 13,323 | 23,086 | 22,546 | 22,283 |
| **Total Assets** | **406,794** | **367,502** | **349,197** | **365,725** |
| **LIABILITIES** | | | | |
| Accounts Payable | 62,985 | 34,311 | 38,489 | 55,888 |
| Accrued Expenses | 26,281 | 26,756 | 25,184 | 32,687 |
| Deferred Revenue | 8,044 | 7,775 | 7,403 | 7,543 |
| Commercial Paper | 11,980 | 11,980 | 11,974 | 11,964 |
| Current Portion of Long-Term Debt | 6,498 | 8,498 | 5,498 | 8,784 |
| **Total Current Liabilities** | **115,788** | **89,320** | **88,548** | **116,866** |
| Deferred Revenue | 3,131 | 3,087 | 2,878 | 2,797 |
| Long-Term Debt | 103,922 | 101,362 | 97,128 | 93,735 |
| Other Liabilities | 43,754 | 46,855 | 45,694 | 45,180 |
| **Total Liabilities** | **266,595** | **240,624** | **234,248** | **258,578** |
| **Total Shareholder Equity** | **140,199** | **126,878** | **114,949** | **107,147** |
| **Total Liabilities And Shareholders Equity** | **406,794** | **367,502** | **349,197** | **365,725** |

*Sources: Company Reports and Wedbush Securities, Inc. estimates*

www.wedbush.com

Confidential        APL-SECLIT_00002078


**Valuation**

Our $310 price target represents 22x our FY19 EPS estimate.

**Risks to the Attainment of Our Price Target and Rating:**

- Increasing competition, pricing, technology shifts, and macroeconomic conditions.
- The success of the iPhone product cycle remains key to the company's growth prospects
- Apple's ability to successfully ramp its software/services business is dependent on further penetration of its installed base
- Success of Apple's product strategy in China, which remains a key growth driver for the coming years and could be impaired by lower priced smartphones and competition. China macro/tariffs issue remain a long-term risk.

**Analyst Certification**

We, Daniel Ives and Strecker Backe, certify that the views expressed in this report accurately reflect our personal opinions and that we have not and will not, directly or indirectly, receive compensation or other payments in connection with our specific recommendations or views contained in this report.

**Mentioned Companies**

| Company | Rating | Price | Target |
| --- | --- | --- | --- |
| Apple | OUTPERFORM | $222.22 | $310.00 |

**Investment Rating System:**

OUTPERFORM: Expect the total return of the stock to outperform relative to the median total return of the analyst's (or the analyst's team) coverage universe over the next 6-12 months.

NEUTRAL: Expect the total return of the stock to perform in-line with the median total return of the analyst's (or the analyst's team) coverage universe over the next 6-12 months.

UNDERPERFORM: Expect the total return of the stock to underperform relative to the median total return of the analyst's (or the analyst's team) coverage universe of the next 6-12 months.

The Investment Ratings are based on the expected performance of a stock (based on anticipated total return to price target) relative to the other stocks in the analyst's coverage universe (or the analyst's team coverage).*

| Rating distribution (as of November 2, 2018) | Investment Banking Relationships (as of November 2, 2018) |
| --- | --- |
| OUTPERFORM: 60.78% <br> NEUTRAL: 37.43% <br> UNDERPERFORM: 1.80% | OUTPERFORM: 12.32% <br> NEUTRAL: 0.80% <br> UNDERPERFORM: 0.00% |

The Distribution of Ratings is required by FINRA rules; however, WS' stock ratings of Outperform, Neutral, and Underperform most closely conform to Buy, Hold, and Sell, respectively. Please note, however, the definitions are not the same as WS' stock ratings are on a relative basis.

The analysts responsible for preparing research reports do not receive compensation based on specific investment banking activity. The analysts receive compensation that is based upon various factors including WS' total revenues, a portion of which are generated by WS' investment banking activities.

**Company Specific Disclosures**

1. WS makes a market in the securities of Apple.

**Price Charts**

Confidential                                                                                                          APL-SECLIT_00002079



Wedbush disclosure price charts are updated within the first fifteen days of each new calendar quarter per FINRA regulations. Price charts for companies intiated upon in the current quarter, and rating and target price changes occurring in the current quarter, will not be displayed until the following quarter. Additional information on recommended securities is available on request.

Disclosure information regarding historical ratings and price targets is available: http://www.wedbush.com/ResearchDisclosure/DisclosureQ118.pdf

*WS changed its rating system from (Strong Buy/ Buy/ Hold/ Sell) to (Outperform/ Neutral/ Underperform) on July 14, 2009.

Please access the attached hyperlink for WS' Coverage Universe: http://www.wedbush.com/services/cmg/equities-division/research/equity-research

Applicable disclosure information is also available upon request by contacting Leslie Lippai in the Research Department at (212) 833-1375, by email to leslie.lippai@wedbush.com, or the Business Conduct Department (213) 688-8090. You may also submit a written request to the following: Business Conduct Department, 1000 Wilshire Blvd., Los Angeles, CA 90017.

## OTHER DISCLOSURES

The information herein is based on sources that we consider reliable, but its accuracy is not guaranteed. The information contaned herein is not a representation by this corporation, nor is any recommendation made herein based on any privileged information. This information is not intended to be nor should it be relied upon as a complete record or analysis: neither is it an offer nor a solicitation of an offer to sell or buy any security mentioned herein. This firm, Wedbush Securities, its officers, employees, and members of their families, or any one or more of them, and its discretionary and advisory accounts, may have a position in any security discussed herein or in related securities and may make, from time to time, purchases or sales thereof in the open market or otherwise. The information and expressions of opinion contained herein are subject to change without further notice. The herein mentioned securities may be sold to or bought from customers on a principal basis by this firm. Additional information with respect to the information contained herein may be obtained upon request.

Wedbush Securities does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Please see pages 3–7 of this report for analyst certification and important disclosure information.

Confidential                                                                                                                    APL-SECLIT_00002080



| Equity Research | | | | | |
|---|---|---|---|---|---|
| **CONSUMER AND RETAIL** | | | **HEALTHCARE** | | |
| *Consumer Data Analytics* | | | *Biotechnology* | | |
| Jen Redding | (212) 344-2386 | jen.redding@wedbush.com | David Nierengarten, | (415) 274-6862 | david.nierengarten@wedbush.com |
| *Footwear & Apparel* | | | *Biotechnology* | | |
| Christopher Svezia | (212) 938-9922 | christopher.svezia@wedbush.com | Robert Driscoll | (415) 274-6863 | robert.driscoll@wedbush.com |
| *Hardlines Retail* | | | *Emerging Pharmaceuticals* | | |
| Seth Basham | (212) 938-9954 | seth.basham@wedbush.com | Liana Moussatos, Ph. | (415) 263-6626 | liana.moussatos@wedbush.com |
| *Homebuilders/Building Products* | | | | | |
| Jay McCanless | (212) 833-1381 | jay.mccanless@wedbush.com | **TMT** | | |
| *Leisure* | | | *Enterprise Software* | | |
| James Hardiman | (212) 833-1362 | james.hardiman@wedbush.com | Dan Ives | (212) 344-2073 | dan.ives@wedbush.com |
| *Restaurants* | | | *Enterprise Software* | | |
| Nick Setyan | (213) 688-4519 | nick.setyan@wedbush.com | Steve Koenig | (415) 274-6801 | steve.koenig@wedbush.com |
| | | | *Digital Media* | | |
| **FINANCIAL INSTITUTIONS GROUP** | | | Michael Pachter | (213) 688-4474 | michael.pachter@wedbush.com |
| *Mid-Cap Banks* | | | *Digital Media* | | |
| David Chiaverini | (212) 938-9934 | david.chiaverini@wedbush.com | Nick McKay | (213) 688-4343 | nick.mckay@wedbush.com |
| *Regional Banks* | | | *Payments/IT Services* | | |
| Peter Winter | (212) 938-9941 | peter.winter@wedbush.com | Moshe Katri | (212) 938-9947 | moshe.katri@wedbush.com |
| *Specialty Finance* | | | *SMID Internet* | | |
| Henry Coffey | (212) 833-1382 | henry.coffey@wedbush.com | Ygal Arounian | (212) 938-9929 | ygal.arounian@wedbush.com |

### RESEARCH MANAGEMENT

**Jesse Bigelow**  
Director of Research  
jesse.bigelow@wedbush.com  
(212) 259-6581

**Strecker Backe**  
Associate, Equity Research  
strecker.backe@wedbush.com  
(212) 833-1367

### HEAD OF EQUITIES

**Kirsten Fraunces**  
kirsten.fraunces@wedbush.com  
(213) 688-4404

### CORPORATE ACCESS

**Anita Minassian**  
VP, Corporate Access  
wedbush.conferences@wedbush.com  
(213) 688-4419

**Phylicia Kirven**  
VP, Corporate Access  
equitycorporateaccess@wedbush.com  
(213) 688-4455

### TRADING

| *Consumer/Industrials* | | | *TMT* | | |
|---|---|---|---|---|---|
| Tyler Pasley | (213) 688-4466 | tyler.pasley@wedbush.com | Joel Kulina | (212) 938-2056 | joel.kulina@wedbush.com |
| *Financials/Healthcare* | | | | | |
| Sahak Manualian | (213) 688-4533 | sahak.manuelian@wedbush.com | | | |

### WEDBUSH OFFICES

**LOS ANGELES**  
1000 Wilshire Boulevard  
Los Angeles, CA 90017  
(213) 688-8000

**NEW YORK**  
142 W 57th Street  
New York, NY 10019  
(212) 938-9920

**SAN FRANCISCO**  
2 Embarcadero Center, Suite 600  
San Francisco, CA 94111  
(415) 273-7300

**BOSTON**  
265 Franklin Street  
Boston, MA 02110  
(617) 832-3700

**CHICAGO**  
141 W. Jackson Boulevard, Suite 1710A  
Chicago, IL 60604  
(312) 786-1930

www.wedbush.com

Confidential                                                                                                                    APL-SECLIT_00002081