# EXHIBIT 83

**Primary Analyst:**
Nicole Tu
+886 2 3518 7908    Nicole.JT.Tu@yuanta.com

http://research.yuanta.com
Bloomberg code: YUTA

# Tech Industry

## APPL (APPL US) – FY4Q18 results, guidance and implications

**Sept-quarter results meet consensus:** Apple's FY4Q18 revenue and EPS of US$62.9 bn and US$2.9, respectively, were above market expectations. Revenue grew YoY in all major regions. However, iPhone and iPad shipments were below consensus, while Macbook was above. iPhone shipments of 46.9 mn (+0% YoY), iPad of 9.7 mn (-6% YoY) and Mac of 5.3 mn (-2% YoY), all saw negative YoY growth vs. last year.

**Figure 1: Companies mentioned**

| Company | Ticker | Rating | TP (NT$) |
|---|---|---|---|
| Largan | 3008 TT | BUY | 3,800 |
| Chroma | 2360 TT | BUY | 150 |
| Catcher | 2474 TT | HOLD | 400 |
| Pegatron | 4938 TT | HOLD | 48 |
| Chipbond | 6147 TT | NR | NR |
| Genius | 3406 TT | NR | NR |

Source: Yuanta Investment Consulting

**Dec-quarter revenue guidance miss:** Apple guided for Dec-quarter revenue of US$89-93 bn, with the mid-point of US$91bn (+3% YoY) slightly below consensus of US$93 bn. GM guidance is 38-38.5%, below consensus of 38.7%. Apple indicated the revenue guidance range reflects 1) different new iPhones launch time vs last year; 2) almost US$2 billion from foreign exchange headwinds; 3) uncertainty around the supply & demand balance for new products ramp up; and 4) some macroeconomic uncertainty, particularly in emerging markets. With the weak guidance, Apple shares were down 6% in after-hours trading.

**Other earnings call highlights:** 1) Service revenue reached new all-time quarterly revenue record and is on the way to double FY2016 service revenue by 2020; 2) Apple remained in a net cash neutral position. This quarter it has returned over US$23 bn to investors, repurchased 92.5 million Apple shares for US$19.4 bn, and paid US$3.5 bn in dividends and equivalents (net cash of US$123 bn by end of Sept-Quarter); 3) Its 100% renewable energy plan has started. New MacBook Air and iPad Pro will be made from 100% recycled aluminum; 4) Apple will start reporting revenue and GM for both total products and total services, but will no longer be providing unit sales data for iPhone, iPad and Mac.

**Implications for Taiwan stocks: 1)** We maintain our estimate of total new iPhone build plan of 81 mn units in 2H18F, with 52%/48% share being OLED/LCD models. **It seems Xs/Xs Max demand is better than feared but XR is worse than expectations,** based on waiting time status after the first weekend. On the supply side, we have noticed the build plan for Xs/Xs Max has been revised up by ~2 mn after launch while XR has fallen by ~2 mn, and may decline further. As such, we suggest avoiding Chipbond (6147 TT; NR), Catcher (2474 TT; HOLD), and Pegatron (4938 TT; HOLD). **2)** Moving forward to 2019/20F, **we expect the optical upgrade story (triple camera and optical ToF) to continue.** In our view, triple camera with wide/tele/ultrawide solution will be adopted in 2H19F iPhone and Largan (3008 TT, BUY) & Genius (3406 TT, NR) will benefit most. As for optical ToF, we forecast it is likely to be adopted in 2H20F iPhone, impacted by slow development progress due to signal interference issues. Therefore, we expect 3D sensing VCSEL testing equipment supplier Chroma (2360 TT, BUY) to benefit first in 2H19.

**ANALYST CERTIFICATION AND IMPORTANT DISCLOSURES ARE LOCATED IN APPENDIX A.**
Yuanta does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

# Earnings call takeaways

### Sept-quarter results above expectations

- 4Q18 sales of US$62.9 bn (+18% QoQ; +20% YoY) and net profit of US$14.1 bn (+23% QoQ; +32% YoY) were above consensus forecasts.
- GM of 38.3% was within guidance range of 38-38.5%.

### All major product shipments in line

- iPhone shipments of 46.9 mn units (+14% QoQ; +0.5% YoY) were above our forecast, but below the consensus estimate.
- iPad shipments of 9.7 mn units (-16% QoQ; -6% YoY) were below our forecast, and the consensus estimate.
- Mac shipments of 5.3 mn units (+43% QoQ; -2% YoY) were above our forecast and the consensus forecast.

### Dec-quarter guidance above expectations

- Apple guided for sales of US$89-93 bn, the mid-point of which is US$91 bn, slightly below the consensus forecast of US$93 bn.
- Guidance for GM of 38-38.5% is below the consensus forecast of 38.7%.

Figure 2: Results Summary

| US$ mn | FY4Q18 | FY3Q18 | QoQ | FY4Q17 | YoY | Consensus | Actual/ | FY1Q19 |
|---|---|---|---|---|---|---|---|---|
| Ended | Sep, 2018 | Jun, 2018 | | Sep, 2017 | | Sep, 2018 | consensus | Guidance |
| Sales | 62,900 | 53,265 | 18% | 52,579 | 20% | 61,445 | 2% | 89-93 bn |
| GP | 24,084 | 20,421 | 18% | 19,931 | 21% | 23,505 | 2% | |
| Opex | 7,966 | 7,809 | 2% | 6,811 | 17% | 8,008 | -1% | 8.7-8.8 bn |
| Operating profit | 16,118 | 12,612 | 28% | 13,120 | 23% | 15,497 | 4% | |
| PBT | 16,421 | 13,284 | 24% | 13,917 | 18% | 15,803 | 4% | |
| PAT | 14,125 | 11,519 | 23% | 10,714 | 32% | 13,493 | 5% | |
| EPS - Diluted | 2.91 | 2.34 | 24% | 2.07 | 41% | 2.78 | 5% | |
| **Margin** | | | | | | | | |
| GM | 38.29% | 38.34% | | 37.91% | | 38.25% | 0.0% | 38%-38.5% |
| OPM | 25.62% | 23.68% | | 24.95% | | 25.22% | 0.4% | |
| PBT | 26.11% | 24.94% | | 26.47% | | 25.72% | 0.4% | |
| PAT | 22.46% | 21.63% | | 20.38% | | 21.96% | 0.5% | |
| **iPhone** | | | | | | | | |
| iPhone revenue | 37,185 | 29,906 | 24% | 28,846 | 29% | | | |
| ASP (US$) | 793 | 724 | 10% | 618 | 28% | | | |
| Shipment (mn units) | 46.9 | 41.3 | 14% | 46.7 | 0% | 48.3 | -3% | |
| **iPad** | | | | | | | | |
| iPad revenue | 4,089 | 4,741 | -14% | 4,831 | -15% | | | |
| ASP (US$) | 422 | 412 | 2% | 468 | -10% | | | |
| Shipment (mn units) | 9.7 | 11.5 | -16% | 10.3 | -6% | 10.8 | -10% | |
| **Mac** | | | | | | | | |
| Mac revenue | 7,411 | 5,330 | 39% | 7,170 | 3% | | | |
| ASP (US$) | 1,399 | 1,441 | -3% | 1,331 | 5% | | | |
| Shipment (mn units) | 5.3 | 3.7 | 43% | 5.4 | -2% | 5.0 | 7% | |

Source: Company data, Yuanta Investment Consulting

Figure 3: 4Q18 regional revenue breakdown

| (US$ mn) | Revenue | Breakdown | QoQ | YoY |
|---|---|---|---|---|
| Americas | 27,517 | 44% | 12% | 19% |
| Europe | 15,382 | 24% | 27% | 18% |
| Greater China | 11,411 | 18% | 19% | 16% |
| Japan | 5,161 | 8% | 33% | 34% |
| Rest of Asia Pacific | 3,429 | 5% | 8% | 22% |

*Source: Company data*

Figure 4: iPhone ASP and Shipments



*Source: Company data, Yuanta Investment Consulting*

Figure 5: Revenue breakdown



*Source: Company data, Yuanta Investment Consulting*

Figure 6: iPhone Supply Chain Overview in Taiwan

| Part | Manufacturer | Ticker | Rating | 2018 revenue % | Major Model |
|---|---|---|---|---|---|
| EMS&ODM | Hon Hai | 2317 TT | HOLD-OPF | 45% | Xs/Xs Max |
| | Pegatron | 4938 TT | HOLD-OPF | 60% | XR |
| | Wistron | 3231 TT | BUY | 35% | XR |
| Camera Lens | Largan | 3008 TT | BUY | 40% | Xs/Xs Max/XR |
| | Genius | 3406 TT | NR | 65% | Xs/Xs Max/XR |
| Casing | Foxconn Tech | 2354 TT | HOLD-OPF | 45% | Xs/Xs Max/XR |
| | Catcher | 2474 TT | HOLD-OPF | 50% | XR |
| PCB | Compeq | 2313 TT | HOLD-OPF | 20-25% | Xs/Xs Max/XR |
| | Kinsus | 3189 TT | NR | 20-25% | Xs/Xs Max/XR |
| | Unimicron | 3037 TT | BUY | 20-25% | Xs/Xs Max/XR |
| AP | TSMC | 2330 TT | BUY | 10-15% | Xs/Xs Max/XR |
| | CHPT | 6510 TT | BUY | 45-50% | Xs/Xs Max/XR |
| RF | Win Semi | 3105 TT | HOLD-OPF | 30-35% | Xs/Xs Max/XR |
| | Chipbond | 6147 TT | NR | 20% | XR |
| 3D Touch Lamination | TPK | 3673 TT | HOLD-OPF | 35-40% | Xs/Xs Max/XR |
| | F-GIS | 6456 TT | HOLD-OPF | 35-40% | Xs/Xs Max/XR |
| Flexible PCB | Flexium | 6269 TT | NR | 70-75% | Xs/Xs Max/XR |
| | Career | 6153 TT | NR | 20-25% | Xs/Xs Max/XR |
| | Zhen Ding | 4958 TT | NR | 70-80% | Xs/Xs Max/XR |
| Battery | Simplo | 6121 TT | HOLD-OPF | 20-25% | Xs/Xs Max/XR |
| 3D Sensing (Structured light or ToF) | Chroma | 2360 TT | BUY | 0.1 | Xs/Xs Max/XR |
| | WIN Semi | 3105 TT | HOLD-OPF | 0.15 | Xs/Xs Max/XR |

Source: Company data, Yuanta Investment Consulting

# Appendix A: Important Disclosures

**Analyst Certification**
Each research analyst primarily responsible for the content of this research report, in whole or in part, certifies that with respect to each security or issuer that the analyst covered in this report: (1) all of the views expressed accurately reflect his or her personal views about those securities or issuers; and (2) no part of his or her compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by that research analyst in the research report.

**Current distribution of Yuanta ratings**

| Rating | # of stocks | % |
|---|---|---|
| Buy | 86 | 45% |
| HOLD-OPF | 80 | 42% |
| HOLD-UPF | 18 | 9% |
| Sell | 5 | 3% |
| Restricted | 3 | 2% |
| **Total:** | **192** | 100% |

*Source: Yuanta Investment Consulting*

**Ratings Definitions**
BUY: We have a positive outlook on the stock based on our expected absolute or relative return over the investment period. Our thesis is based on our analysis of the company's outlook, financial performance, catalysts, valuation and risk profile. We recommend investors add to their position.
HOLD-Outperform: In our view, the stock's fundamentals are relatively more attractive than peers at the current price. Our thesis is based on our analysis of the company's outlook, financial performance, catalysts, valuation and risk profile.
HOLD-Underperform: In our view, the stock's fundamentals are relatively less attractive than peers at the current price. Our thesis is based on our analysis of the company's outlook, financial performance, catalysts, valuation and risk profile.
SELL: We have a negative outlook on the stock based on our expected absolute or relative return over the investment period. Our thesis is based on our analysis of the company's outlook, financial performance, catalysts, valuation and risk profile. We recommend investors reduce their position.
Under Review: We actively follow the company, although our estimates, rating and target price are under review.
Restricted: The rating and target price have been suspended temporarily to comply with applicable regulations and/or Yuanta policies.

Note: Yuanta research coverage with a Target Price is based on an investment period of 12 months. Greater China Discovery Series coverage does not have a formal 12 month Target Price and the recommendation is based on an investment period specified by the analyst in the report.

**Global Disclaimer**
© 2018 Yuanta. All rights reserved. The information in this report has been compiled from sources we believe to be reliable, but we do not hold ourselves responsible for its completeness or accuracy. It is not an offer to sell or solicitation of an offer to buy any securities. All opinions and estimates included in this report constitute our judgment as of this date and are subject to change without notice.

This report provides general information only. Neither the information nor any opinion expressed herein constitutes an offer or invitation to make an offer to buy or sell securities or other investments. This material is prepared for general circulation to clients and is not intended to provide tailored investment advice and does not take into account the individual financial situation and objectives of any specific person who may receive this report. Investors should seek financial advice regarding the appropriateness of investing in any securities, investments or investment strategies discussed or recommended in this report. The information contained in this report has been compiled from sources believed to be reliable but no representation or warranty, express or implied, is made as to its accuracy, completeness or correctness. This report is not (and should not be construed as) a solicitation to act as securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on such business in that jurisdiction.

Yuanta research is distributed in the United States only to Major U.S. Institutional Investors (as defined in Rule 15a-6 under the Securities Exchange Act of 1934, as amended and SEC staff interpretations thereof). All transactions by a US person in the securities mentioned in this report must be effected through a registered broker-dealer under Section 15 of the Securities Exchange Act of 1934, as amended. Yuanta research is distributed in Taiwan by Yuanta Securities Investment Consulting. Yuanta research is distributed in Hong Kong by Yuanta Securities (Hong Kong) Co. Limited, which is licensed in Hong Kong by the Securities and Futures Commission for regulated activities, including Type 4 regulated activity (advising on securities). In Hong Kong, this research report may not be redistributed, retransmitted or disclosed, in whole or in part or and any form or manner, without the express written consent of Yuanta Securities (Hong Kong) Co. Limited.

Taiwan persons wishing to obtain further information on any of the securities mentioned in this publication should contact:

Attn: Research
Yuanta Securities Investment Consulting
4F, 225,
Section 3 Nanking East Road, Taipei 104
Taiwan

Hong Kong persons wishing to obtain further information on any of the securities mentioned in this publication should contact:

Attn: Research
Yuanta Securities (Hong Kong) Co. Ltd
23/F, Tower 1, Admiralty Centre
18 Harcourt Road,
Hong Kong

# Yuanta Greater China Equities

## Research - Taiwan

Vincent Chen
Head of Regional Research
+886 2 3518 7903
vincent.chen@yuanta.com

George Chang, CFA
Head of Taiwan Research
+886 2 3518 7907
george.chang@yuanta.com

DC Wang
Deputy Head of Taiwan Research
+886 2 3518 7962
dc.wang@yuanta.com

Steve Huang, CFA
Semiconductors & Display, IPC
+886 2 3518 7905
steve.huang@yuanta.com

Calvin Wei
PC/NB, Passive Components
+886 2 3518 7971
calvin.wei@yuanta.com

Chuanchuan Chen
IC Design, Marine, Semi Equipment
+886 2 3518 7970
chuanchuan.chen@yuanta.com

Peggy Shih
Taiwan Financials, Non-tech
+886 2 3518 7901
peggy.shih@yuanta.com

Juliette Liu
Greater China Retail
+886 2 3518 7931
juliette.liu@yuanta.com

Leo Lee, CFA
Non-tech
+886 2 3518 7983
leo.kc.lee@yuanta.com

Kenny Chen
Automotive
+886 2 3518 7948
kenny.c.chen@yuanta.com

Nicole Tu
Handset & Components
+886 2 3518 7908
nicole.JT.tu@yuanta.com

Jane Jiang
Biotech & Pharmaceuticals
+886 2 3518 7979
jane.jiang@yuanta.com

Frank Lee
Internet & Media
+886 2 3518 7984
frank.mt.lee@yuanta.com

Harvey Kao
Downstream Tech
+886 2 3518 7926
harvey.kao@yuanta.com

Carol Juan
Downstream Tech
+886 2 3518 7978
carol.juan@yuanta.com

Sam Kao
PCB & Substrates
+886 2 3518 7911
sam.kao@yuanta.com

Amber Lee
RA - Non-tech
+886 2 3518 7967
amber.lee@yuanta.com

Kevin Chiueh
RA - Upstream Tech
+886 2 3518 7939
kevin.chiueh@yuanta.com

Tate Chen
RA - Downstream Tech
+886 2 3518 7966
tate.chen@yuanta.com

Angela Huang
RA - Upstream Tech
+886 2 3518 7940
angela.YT.Huang@yuanta.com

Meng Lee
RA - Financials
+886 2 3518 7910
leemengjou@yuanta.com

Elie Yang
RA - Non-tech
+886 2 3518 7909
elie.yang@yuanta.com

Zoan Lin
RA - Non-tech
+886 2 3518 7949
zoan.Lin@yuanta.com

## Research - Macroeconomics

Woods Chen
Head of Macroeconomics
+886 2 3518 7992
woods.chen@yuanta.com

Matt Chen
Researcher - SEA & Oceania
+886 2 3518 7936
matt.chen@yuanta.com

Peter Chuang
Researcher - LATAM & Commodities
+886 2 3518 7969
peter.hc.chuang@yuanta.com

Hunter Wu
Researcher -SEA & Oceania
+886 2 3518 7937
hunter.wu@yuanta.com

Sabrina Huang
Researcher -EMEA
+886 2 3518 7935
sabrina.ys.huang@yuanta.com

## Research - Hong Kong/Shanghai

Peter Chu, CFA
Head of HK Research
+852 3555-0928
peter.kk.chu@yuanta.com

Kevin Yim
Industrial
+852 3555-0927
kevin.cw.yim@yuanta.com

James Wei
Technology
+852 3555-0930
james.hs.wei@yuanta.com

Amber Wu
Food & Beverage
+852 3555 0929
amber.yj.wu@yuanta.com

## Sales and Trading

Jason Lin
Head of Greater China Cash Equities
+886 2 2175-8998
jason.lin@yuanta.com

Jason Wang - Head of Taiwan Sales Trading
+886 2 2175 8888
jason@yuanta.com

Jenny Lo
Head of HK Sales Trading
+852 3999 0868
jenny.lo@yuanta.com

Claire Su - Sales
+886 2 2175 8977
claire.su@yuanta.com

Kerry Chen - Sales
+886 2 2175 8922
kerrychen@yuanta.com

Carlos Ng - Sales Trading
+852 3555 0870
carlos.ng@yuanta.com

Micha Bailey - Sales
+852 3555 0852
micha.bailey@yuanta.com

Steve Lin - Sales
+886 2 2175 8962
stevewplin@yuanta.com

Randy Wu - Sales Trading
+886 2 2175-8919
randy.wu@yuanta.com

KC Ho - Sales Trading
+852 3999 0857
Kc.ho@yuanta.com

## Sales of Non-Taiwan Equities

Raymond Chang
Head of Foreign Equity Department
+886 2 2175 8768
raymondchang@yuanta.com

Terry Liu
Co-Head of Sales, Foreign Equity Department
+886 2 2175 8758
Terry8758Liu@yuanta.com

Oscar Yang
Co-Head of Sales, Foreign Equity Department
+886 2 2175 8733
oscaryang@yuanta.com