# EXHIBIT 84

# World's Most Admired Companies

Just as it dominates our economy, Big Tech now dominates *Fortune*'s annual ranking of corporate reputation. For the third year in a row, Apple, Amazon, and Microsoft rank first, second, and third, respectively, based on our poll of some 3,700 corporate executives, directors, and analysts. It's Apple's 15th straight year in the No. 1 spot, a fitting coronation for the world's most valuable company. As a global pandemic limped into its third year, meanwhile, companies on the front lines of the medical battle gained new respect. Pfizer, codeveloper of one of the most effective COVID-19 vaccines, vaulted all the way to No. 4, appearing on our All-Stars list for the first time in 16 years. And Danaher (No. 37), whose COVID tests and drug-development equipment are pivotal tools in the fight against the novel coronavirus, made its top 50 debut.

Note: When you click "Explore the List," the "order" number that appears next to each company does not reflect the company's overall ranking on the list if its order number exceeds 50. Companies ordered No. 1 through 50 are ranked; the "order" numbers beyond the Top 50 (51 through 333) are used to sort the rest of the companies, which make up our "industry rankings," alphabetically.

EXPLORE THE LIST

**2022**   2021   2020   2019   2018   2017   2016

# The Top 10

| 1 | Apple |
| 2 | Amazon |
| 3 | Microsoft |
| 4 | Pfizer |
| 5 | Walt Disney |
| 6 | Berkshire Hathaway |
| 7 | Alphabet |
| 8 | Starbucks |
| 9 | Netflix |
| 10 | JPMorgan Chase |

EXPLORE THE LIST

Firefox  Case 4:19-cv-02033-YGR   Document 297-60   Filed 09/09/22   Page 4 of 4  https://fortune.com/worlds-most-admired-companies/

**EXPLORE THE LIST**



## Methodology

As we have in the past, Fortune collaborated with our partner Korn Ferry on this survey of corporate reputation. We began with a universe of about 1,500 candidates: the 1,000 largest U.S. companies ranked by revenue, along with non-U.S. companies in Fortune's Global 500 database that have revenues of $10 billion or more ... (Read more)

8/31/2022, 11:08 AM

3