# EXHIBIT 86

Finance Home | Watchlists | My Portfolio | Cryptocurrencies | Yahoo Finance Plus | Screeners | Markets | ... | y!finance+ | Upgrade now

## Apple Inc. (AAPL)
NasdaqGS - NasdaqGS Real Time Price. Currency in USD

Add to watchlist  Visitors trend 2W↓ 10W↑ 9M↑  Quote Lookup

**155.96** +1.43 (+0.93%)   **156.04** +0.08 (+0.05%)
At close: 04:00PM EDT   After hours: 08:00PM EDT

Summary | Company Outlook | Chart | Conversations | Statistics | Historical Data | Profile | Financials | Analysis | Options | Holders | Sustainability

1D  5D  1M  6M  YTD  1Y  5Y  Max   ↗ Full screen

[Chart showing AAPL price 10 AM to 04 PM, range ~153.00 to 157.50, closing at 155.96, with 154.53 marker]

Trade prices are not sourced from all markets

**Chart Events**
**Bearish** pattern detected
Head and Shoulders Top
🔒 View all chart patterns

| | |
|---|---|
| Previous Close | 154.53 |
| Open | 154.82 |
| Bid | 155.91 x 900 |
| Ask | 156.04 x 1000 |
| Day's Range | 153.61 - 156.67 |
| 52 Week Range | 129.04 - 182.94 |
| Volume | 87,449,574 |
| Avg. Volume | 73,815,621 |

**Performance Outlook**
Short Term 2W - 6W ↓ | Mid Term 6W - 9M ↑ | Long Term 9M+ ↓

| | |
|---|---|
| Market Cap | 2.506T |
| Beta (5Y Monthly) | 1.23 |
| PE Ratio (TTM) | 25.78 |
| EPS (TTM) | 6.05 |
| Earnings Date | Oct 26, 2022 - Oct 31, 2022 |
| Forward Dividend & Yield | 0.92 (0.58%) |
| Ex-Dividend Date | Aug 05, 2022 |
| 1y Target Est | 184.01 |

**Fair Value**
XX.XX
Overvalued
-10% Est. Return

🔒 View details

**Related Research**
Analyst Report: Apple Inc. Apple designs a wide variety of consumer electronic devices, including smartphones (iPhone),...
8 hours ago · Morningstar

🔒 View more

**People Also Watch**

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **AMZN** Amazon.com, Inc. | 129.48 | +3.37 | +2.67% |
| **TSLA** Tesla, Inc. | 283.70 | +9.28 | +3.38% |
| **META** Meta Platforms, Inc. | 160.39 | +1.85 | +1.17% |
| **GOOG** Alphabet Inc. | 110.48 | +3.00 | +2.79% |
| **NFLX** Netflix, Inc. | 228.96 | +10.57 | +4.84% |

**Similar to AAPL**

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **SONY** Sony Group Corporation | 74.50 | -0.87 | -1.15% |
| **SONO** Sonos, Inc. | 14.98 | +0.19 | +1.28% |
| **GPRO** GoPro, Inc. | 5.80 | +0.12 | +2.11% |
| **VUZI** Vuzix Corporation | 7.67 | +0.21 | +2.82% |
| **PCRFY** Panasonic Holdings Corporation | 7.74 | -0.03 | -0.39% |

**Related Video**

iPhone 14, 14 Plus, 14 Pro, 14 Pro Max: A First Look at Apple's …

Apple shows off health and safety features in new devices

Apple didn't show 'anything big' to consumers at its …

**Finance Home**   **Watchlists**   **My Portfolio**   **Cryptocurrencies**   **Yahoo Finance Plus**   **Screeners**   **Markets**   …   y!finance+   Upgrade now

All   |   News   |   Press Releases   |   Research Reports   |   SEC Filings

Editor's Pick   Yahoo Finance • 5 hours ago

### Apple Watch Ultra and Apple Watch Series 8 hands-on: Smarter watches

Apple has debuted its latest Apple Watches: the Apple Watch SE, Apple Watch Series 8, and all-new Apple Watch Ultra.

**Apple iPhone 14 and iPhone 14 Pro hands-on: New cameras an...**
Yahoo Finance

**Apple's iPhone 14: Why some people shouldn't bother to...**
Yahoo Finance

Ad   Marriott Bonvoy

### Stay at San Jose Marriott

Book now with Marriott Bonvoy for our Best Rate Guarantee. Stay for $189/night.

Editor's Pick   Yahoo Finance Video • 8 hours ago

### Apple shows off health and safety features in new devices

Tech editor Dan Howley reports live from Apple's annual showcase event that debuted the new Apple devices and their health and safet...

**Apple didn't show 'anything big' to consumers at its...**
Yahoo Finance Video

**Apple showcases new device features at its launch event**
Yahoo Finance Video

Editor's Pick   Yahoo Finance Video • 9 hours ago

### Apple unveils the new iPhone 14 and Apple Watch Series 8

Yahoo Finance's Allie Garfinkle breaks down Apple's new product lineup announced at its annual event.

**Apple unveils AirPods Pro with improved noise cancelling and...**
Yahoo Finance

**Apple debuts iPhone 14 for $799 and iPhone 14 Pro starti...**
Yahoo Finance

Editor's Pick   Yahoo Finance • 11 hours ago

### Apple debuts $799 Apple Watch Ultra to take on Garmin

Apple (AAPL) debuted its new Apple Watch Ultra at its Far Out event on Sept. 7. Available beginning on Sept. 23, the Apple Watch Pro star...

**Apple debuts Apple Watch Series 8 starting at $399**
Yahoo Finance

**Apple to reveal entry-level SE watch**
Yahoo Finance Video

Editor's Pick   Yahoo Finance Video • 13 hours ago

### North American smartphone shipments down 6% in Q2

Yahoo Finance's Akiko Fujita breaks down the chart of the day on the smartphone market in North America.

**Apple event: Expect new iPhones, Watches, and...**
Yahoo Finance Video

**Apple set to unveil iPhone 14, iOS 16 at annual event**
Yahoo Finance Video

Ad   Market Tactic

### Quiet Company, Secret Sector, Outrageous Revenues

Take one look at the numbers and you'll be hungry for agricultural stocks too.

Data Disclaimer   Help   Suggestions
Privacy Dashboard
Privacy   About Our Ads   Terms   Sitemap

© 2022 Yahoo. All rights reserved.