# EXHIBIT 87

# Tim Cook

**F** **fortune.com**/worlds-greatest-leaders/2015/tim-cook



There is no true preparation for replacing a legend, but that's what Tim Cook had to do three-and-a-half years ago following the death of Steve Jobs. ==Cook has led Apple so strongly, including in some surprising directions, that he has earned the No. 1 spot on *Fortune's* list of the World's Greatest Leaders.== Apple's stock has hit all-time highs, in Apple Pay and the Apple Watch the company has shown its continued appetite for innovation, and it is gradually becoming more open and outspoken, including on a variety of non-corporate social issues. By announcing that he is gay, Cook also has done something few would have predicted: become a global role model.



**2**