# EXHIBIT 89

# Model N Revenue Management Survey: Apple's CFO Luca Maestri Is Most Admired Fortune 500 CFO

investor.modeln.com/news/news-details/2015/Model-N-Revenue-Management-Survey-Apples-CFO-Luca-Maestri-Is-Most-Admired-Fortune-500-CFO/default.aspx

02/03/2015

SAN FRANCISCO, CA -- (Marketwired) -- 02/03/15 -- Rainmaker 2015 -- Model N, Inc. (NYSE: MODN), the leading Revenue Management solutions provider to the life science and technology industries, today announced the results of its CFO Revenue Management Study, which revealed that Apple's Chief Financial Officer Luca Maestri is the most admired CFO from the Fortune 500. Nearly one in four (24%) executives identified Luca Maestri, followed by Walmart CFO Charles Holley (15%) and Ford CFO Bob Shanks (8%). Over half of the respondents (55%) cited the company's performance as the primary reason for nominating the CFO.

Model N surveyed sales and C-level executives from across the country to determine industry perspectives on revenue management and to uncover the role CFOs can play in driving sales and company growth. Nearly all (94%) executives surveyed said that the CFO is one of the most important positions for companies today, with more than half (54%) saying this is because managing financial risks of the corporation is more important than ever before and more than a quarter (26%) stating that companies today need a C-level executive focused on Revenue Management.

Nearly all executives surveyed (95%) said that Revenue Management -- an end-to-end strategic approach of managing every dollar that impacts the top-line of the business -- is critical to the growth and success of the company and agreed that it's critical for CFOs to be included in the sales cycle. However, nearly three-quarters (74%) of executives surveyed admitted that their CFO is not currently involved in the sales conversation because he or she has no direct experience leading a sales organization (35%) or is unfamiliar with a standard set of metrics for evaluating sales and marketing performance (23%). One in five executives said their CFO is not currently involved in sales because no solution exists to help him or her understand it.

"CFOs are uniquely positioned to drive growth and to help ensure that investments in sales are contributing to the profitability of the company," said Shail Khiyara, SVP and Chief Marketing Officer of Model N. "Outdated spreadsheets, inefficient legacy business processes and lack of visibility leads to price erosion, revenue leakage, and impacts growth. Revenue Management Cloud solutions are the force multiplier that CFOs are seeking to drive visibility into every dollar that touches the top-line of their income statement."

**1**

Model N is the leader in delivering Revenue Management Cloud solutions to a top tier roster of life science and technology companies across more than 100 countries. The company pioneered the integration of revenue management solutions with CRM, cited as a strategic imperative to drive competitive advantage for companies seeking to grow their revenues in complex global ecosystems and help CFOs and sales teams make informed decisions.

Survey Methodology
Sample for this project consisted of a random selection of Innovate's U.S. panelists including sales and C-level executives at companies across the country. Fielding period was from December 8-10, 2014 with more than 300 professionals providing their informed feedback.

About Model N
Model N is the leader in Revenue Management Cloud solutions. Model N helps its customers maximize their revenues by maximizing sell time, revenues per opportunity and number of opportunities. Model N Cloud solutions manage every dollar that impacts the customer's top line and transforms the revenue lifecycle from a series of disjointed operations into a strategic end-to-end process. With deep industry expertise, Model N supports the unique business needs of life science and technology companies across more than 100 countries. Global customers include: Actavis, Allergan, Amgen, Atmel, Boston Scientific, Bristol-Myers Squibb, Dell, Johnson & Johnson, Linear Technology, Merck, Marvell, Maxim, Micron, Nokia, Novartis, Novo Nordisk, ON Semiconductor, and STMicroelectronics. Learn more at: http://www.modeln.com. Model N is traded on the New York Stock Exchange under the symbol MODN.

Legal
Model N® is a registered trademark of Model N, Inc. Any other company names mentioned are the property of their respective owners and are mentioned for identification purposes only.

   Contact
Sara Black Grayling Tel: 213.618.1501 Email: sara.black@grayling.com

Source: Model N, Inc.