# EXHIBIT 90

**EXPERT REPORT OF ODED SHENKAR**
**April 27, 2022**

*In re Apple Inc. Securities Litigation*, **No. 4:19-cv-02033-YGR (N.D. Cal.)**

**HIGHLY CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER**

51.     Chinese smartphone users rely on their smartphone to a greater extent than users in most other countries, certainly the U.S.  For example, internal Apple documents report that in 2017, there were $48.9 billion in mobile transactions in the United States, whereas there were $12.8 trillion in such transactions in China over the same time period.[88]  China is therefore in the forefront of the mobile revolution, with usage shifting from desktops and laptops to mobile devices.  Of China's 829 million internet users in 2018, 817 million were mobile users.[89]  For example, Chinese are far ahead of Americans and residents of most other nations in using their smartphone for payment.[90]  Thus, monitoring the Chinese market may be a harbinger of things to come in other markets, a vital learning opportunity a company would not want to miss.  Indeed, smartphone applications are where China has caught up with U.S. innovations, *e.g.*, with Alipay and WeChat Pay launched in the same year (2014) that Apple Pay was launched in the U.S.[91]

### III.  EVIDENCE OF HEADWINDS TO CONTINUED ECONOMIC GROWTH IN GREATER CHINA

52.     As the year 2018 approached, significant clouds were gathering over the Chinese economy, threatening its growth in general and that of high growth segments, especially its smartphones sales, in particular.  Some of the macro-economic factors were consistent with what has been observed in other economies at this stage of development, while others, such as those associated with trade friction, have also happened before, for example, between the U.S. and Japan in the 1980's.  By and large, those factors were there for everyone to see.

53.     The reasons for the deterioration in the economic environment of China around 2018 include a number of intertwined factors in a largely predictable chain reaction.  For instance, a rise in consumer debt is often associated with various indicators of an economic slowdown.  In other words, we are not looking at a war, a pandemic, or a global economic crisis that would likely have caught many companies by surprise, but rather an evolution that started before 2018 and continued apace or accelerated into and during that year.  All that was in full sight to any observer, let alone a sophisticated firm with plenty of resources and an experienced leadership team, including one devoted to the China market.

54.     Emerging economies are known to grow briskly early on, but cannot sustain the rapid pace forever, and growth gradually levels off.  A study covering the 1997 to 2017 period (that is, up to and leading to 2018) concludes that "taken together (that is, China as a whole) the

---

[88] APL-SECLIT_00244366, at APL-SECLIT_00244368 (Guthrie, D. and Edwards, B., Consumption in the Age of Xi: Understanding China's Evolving Consumer Markets).

[89] Nie et al., Ibid.

[90] Rosa-Bohrer, R., Why China leads the world in mobile payments, Mobile payment Conference, 2018.

[91] Dychtwald, Z., China's new innovation advantage, *Harvard Business Review*, May/June 2021.

### A. Trade Friction With the United States in 2018

64. Tension between the United States and China had been building up for years, but accelerated with the election of Donald Trump.[115] Signs of increasing tension were abound, starting with statements made during the presidential campaign, and later with the appointment of 'China hawks' to key positions of influence.[116] One such appointment was that of Peter Navarro, a member the administration since day 1, whose coauthored book "Death by China" (subtitle: Confronting the Dragon – A Global Call to Action) published in 2011 (Navarro also produced a movie by the same name) had brought him to the attention of Trump's senior staff. Navarro has been vocal about using tariffs to force China to reduce its huge merchandise trade surplus with the U.S., and eventually won a White House power struggle with Gary Cohn who was against tariffs; Cohn resigned on March 6, 2018.[117] Navarro's win and promotion from Deputy Assistant to Assistant to the President (he was also Director of the White House National Trade Council which later became part of the Office of Trade and Manufacturing Policy) sent a clear signal that the Trump administration was taking a hard line on China. Indeed, the first tariffs on Chinese goods were announced on March 22, 2018. Apple won a reprieve following an extensive lobbying campaign but it was not clear how long it might hold.[118] In any event, this would not release the Company from increasingly nationalistic Chinese consumers who resented the US policy.[119]

65. China retaliated almost immediately, announcing on March 22, 2018, reciprocal tariffs on U.S. goods.[120] Apple had not been directly exposed since the products it sells were not on the list and, since the vast majority of its products are made in China. It was clear however that sentiments vis-à-vis U.S. products had taken a turn for the worse, and that this could have consequences for U.S. branded consumer products. This negative turn and its potential consequences should not have come as a surprise. For example, during nationalist tension against Japan in the Fall of 2012 (following the purchase by Japan of contested islands in the South China Sea), sales of Japanese cars plunged by roughly 35% to 45% year over year (September 2011 to September 2012). It did not matter that most of the cars were made in China. Nationalist

---

[115] Beckley, M., The end of the affair: US-China relations under Trump, in Renshon, S. & Suedfeld, P. (eds.), *The Trump doctrine and the emerging international system. The evolving American presidency.* Palgrave MacMillan, 2021.

[116] *E.g.*, Smith, A., Trump has filled his vaunted trade team with China hawks – and his allies love it, Business *Insider,* January 5, 2017.

[117] Kelly, K. & Haberman, M., Gary Cohn says he will resign as Trump's top economic adviser, *The New York Times,* March 6, 2018.

[118] Salinas, S., Apple CEO Tim Cook explains why Apple products were exempt from Trump's China tariffs, *CNBC*, September 18, 2018.

[119] Kynge, J., Many Chinese consumers ready to boycott US googs in trade war, *Financial Times,* July 17, 2018

[120] Liu, L. China plans reciprocal tariffs on $3 billion of US imports, *Bloomberg* March 22, 2018.

sentiments are often played up by the Chinese authorities and can also be triggered independently by consumers who have been intently educated in Chinese schools about China's humiliation at the hand of foreign powers in the 19th and 20th centuries.[121]

66.     Apple's efforts to stay out of the fray notwithstanding, there were indications that this might not save it from future trade moves.  For example, the Mandarin text of a report published by Tsinghua's Center for China in the World Economy proposed Chinese state sanctions against Apple should the U.S. government impose any new sanctions against Chinese high tech firms.[122]  Two points of notice: First, Tsinghua University, the alma mater of most senior Chinese officials, often reflects the views of the Chinese government.[123]  Second, this report was cited in Apple's TRADE AND TARIFFS: SUMMARY OF REACTIONS, showing that the Company was meticulously following China related information, including identifying content that appeared in Chinese only and was absent in English language versions.[124]

67.     Indeed, there should be no doubt that Apple was closely monitoring the trade tension between the U.S. and China and its potential impact on Apple's business.  Kevan Parekh, an Apple vice president, testified that the company evaluated the trade tension between China and the U.S. and Tim Cook has met both President Trump and senior Chinese officials in an effort to smooth the relations between the two countries and, in particular, try to keep Apple out of the fray.  Still, for a company with a long experience in China it should have been clear that whatever it did would at best mitigate some of the negative impact of a nationalistic fervor rather than prevent it altogether.  As noted, Japanese firms have learned this lesson the hard way during the Senkaku Islands debacle in the South China Sea (documented in this report), and the impact of nationalism on consumer choice remains intact today.[125]

### B.     Public Opinion

68.     Chinese public opinion vis-a-vis the U.S. had also been deteriorating during the relevant time period before November 1, 2018.  A 2017 survey (conducted every five years), showed that 80% of Chinese thought that China should trust the U.S. "little" or "none at all," up

---

[121] Wang, Z., National humiliation, history education, and the politics of historical memory: Patriotic education campaign in China, *International Studies Quarterly,* 52, 2008, 783-806.

[122] Tsingua report: Trade war shows need for new approach to China-US ties, CGTN, 7/20/18, APL-SECLIT_00147073.

[123] *E.g.*, Pan, S.Y., Intertwining of academia and offialdom and university autonomy: Experience from Tsinghua University in China, *Higher Education Policy,* 20, 2, 2007, 121-144.

[124] TRADE AND TARIFFS: SUMMARY OF REACTIONS, July 17, 2018, APL-SECLIT_00147073.

[125] Tan, E.T., Rising nationalism spurs Chinese consumers to go local, Nikko am, June 3, 2021.

markets, starting with developing and emerging economies but rapidly ramping up into the developed world.

72.     The aforementioned IMF Blog noted that China's domestic smartphone market declined in 2017 and that Apple suffered a year-on-year sales decline in the fourth quarter (of 2017). To maintain revenue growth, the blog suggested, "smartphone makers may have to count on price increases." While the blog did not discuss that, it was likely that such a strategy would encounter resistance at a certain price point, especially with the growing availability of lower priced models offering competitive features. In any event, Apple decided to do just that – offer still pricier models to enhance revenues, seemingly willing to sacrifice market share, or, at best keeping it flat.[131]

73.     In January of 2018, the BBC published a story titled: "China's eight-year-long smartphone growth comes to an end."[132] The article, citing research firm Canalys, described an overall slowdown in the Chinese smartphone market, as well as the resurgence of Huawei and smaller Chinese startups who were "almost equivalent in specs and hardware" to the iPhone but offered at a significantly lower price. For instance, Huawei's Mate 10 and Mate 10 Plus had specs comparable to iPhone 8 and iPhone 8 Plus, but the Chinese phones were at least 30 percent cheaper. In a deposition, on behalf of the Company, Kevan Parekh, Vice President, Sales, Marketing and Retail Finance, testified that "[w]e would have considered a lot of the factors that are called out in this article."[133] Mr. Parekh in fact acknowledged that the company was well attuned to the fact that Chinese consumers have specific preferences that Apple gave serious attention to and made efforts to meet. For example, he testified as follows:

> So I think a way to think about that is people in China and in the US focus on a lot of the same attributes for smartphones. There were some trends around larger screen sizes that were important in China, and Chinese customers do focus on technical specifications more than US customers in some respects.[134]

---

[131] Khanna, C. Apple's challenge: Win over China with pricey new IPhones. WSJ, September 13, 2018; October 26, 2018 Wall Street Journal "Apple May Lean on iPhone XR to Juice Sales"; January 7, 2019 Wall Street Journal, "iPhone XR Revisited: The Best iPhone Apple Can't Sell"; Kubota, Y. & Mickle, T., Apple to cut iPhone production in the face of weak demand, *Tech*, January 30, 2018, EX 005 – CONROY, D.

[132] Russon, M.A., China's eight-year-long smartphone growth comes to an end. BBC News, January 26, 2018.

[133] March 10, 2021 Kevan Parekh 30(b)(6) Dep. 332:5-6.

[134] *See* Parekh March 10, 2021 testimony at 262-263. Mr. Parekh also testified that "dual SIM is one feature that is important in China, but, again, I think we talked about China, and we always view China to have an opportunity for us from a market share standpoint." March 10, 2021 Parekh deposition testimony at 363.

74.  By April of 2018, with first quarter results of smartphone shipments out, the forecasted trend had become clear, when it was reported that China's smartphone shipments declined by a whopping 21% year-on-year (first quarter 2017 to first quarter 2018).[135]  The same source shows that both Huawei and Xiaomi saw an *increase* in shipments.  Combining these two pieces of information, it was evident that Apple was facing an uphill battle to defend, not to mention buttress, its Chinese market position.

75.  Indeed, as we will see in the next section and later in this report, there were clear signals that not only was the overall pie, that is, the Chinese smartphone market, shrinking, but that Apple was likely to capture a smaller share of the shrinking pie.  On September 15, 2018, a Global Times article received by senior Apple executives, including Cook, suggested that Apple's problems in China were also self-inflicted rather than just a result of the overall deterioration in the economy, as the Company continued to claim later on.  As the materials I have reviewed show, the Company was fully aware of its own shortcomings in the China market, and that those problems, *e.g.*, an erosion of competitiveness exacerbated the macro challenges prevailing at the national (economic slowdown) and industry (maturation of the smartphone business) levels.

### D. The Increasing Smartphone Competition in China

76.  During 2017 to 2018, the growing competition from local Chinese makers was the subject of much media attention.  One likely reason was the deviation from the global picture where Apple and Samsung clamored for leadership, as Samsung's market share in China crashed from around 20% a decade earlier to about 1.5% going into 2018.[136]  While a significant portion of the decline can be attributed to the Samsung Note-7 battery problems (the device often caught fire), other factors covered by the media,[137] in particular the rise of local competition, contributed to the decline, and one can surmise that Samsung's travails were looked at closely within Apple.

77.  Starting around 2010 (year Xiaomi was founded), local Chinese competitors have multiplied, offering cut-throat prices for phones with broadly similar features at a significantly more competitive price.  As an example, whereas the iPhone models available in 2018 were priced in the range of $950 to $1,400, depending on the model, Huawei offered a phone with a similar screen size and a dual SIM at $660.  Devices from Xiaomi and other Chinese competitors were usually priced much lower, often, but not always, with lesser features.  For example, in March of 2018, Xiaomi introduced its MiMIX2S phone, offering it in China for 3,299 yuan ($527), less than half of the iPhone X price of 8,388 yuan ($1,335), while offering mostly similar features (*e.g.*, a

---

[135] Chinese smartphone shipments have plunged, but Xiaomi is surging, Androidauthority.com/news, April 27, 2018.

[136] Samsung's smartphone market share has dropped to a mere 0.8 percent in China: Report, *Tech 2,* April 12, 2018.

[137] *E.g.*, Carlton *et al*., Ibid.; Russon, Ibid.

display that covers almost the entire phone's face).[138] An email from Kevan Parekh to Tim Cook, dated October 28, 2018, included comparative pricing for Huawei and Apple phones in the Chinese market. While the Apple products were priced at 6,499 (XR), 8,699 (XS), and 9,599 (XS Max) Yuan respectively, Huawei's phones were offered at 3,999 (Mate 20), 4,999 (Mate 20 X), 5,399 (Mate 20 pro), and 5,999 (Mate 20 Pro UD) Yuan. At 6.1", the iPhone XR offered a smaller screen than even the Mate 20, with a comparable memory and screen type (LCD), and the XS had an even smaller screen (5.8"). Both makers offered an OLED screen on all models except the cheapest. Huawei also had one premium model, the Mate RS Porsche, priced at 12,999 Yuan, with superior features (*e.g.*, a triple vs. a dual camera).[139]

78. Long priding itself on being a trend setter and an innovator, Apple was a latecomer when it came to some features desirable to Chinese consumers, whether a larger screen (important when the smartphone is used as one's main device, including for payments and travel planning, which, as I have noted, is the case in China) or a dual-SIM card, which was available locally years before Apple implemented the feature in 2018.[140] A professor at the Intellectual Property Right School, the University of the Chinese Academy of Sciences, said the following: "Apple's innovation capability was widely considered plateaued after the release of the iPhone X in 2017. This has created space for Chinese brands to overtake the US giant."[141]

79. China was scheduled to launch 5G networks the following year (2019), ahead of the U.S. This was projected to give a leg up to Chinese smartphone players who were encouraged and directed by the Chinese government to start related research back in 2013, setting the ground for local innovation in the sector.[142]

80. ==Competition from Chinese makers came fast and furious but approaching 2018 the pattern should not have been a surprise.== Xiaomi, for instance, launched its first smartphone in 2011, and merely a year later already had $1 billion in sales.[143] In 2017, the share of multinationals in the smartphone market was reported to be 13%, a whopping 81% decline from the 2008-2017 period. This was almost five times the multinational market share decline in the second highest

---

[138] Haselton, T., Xiaomi unveils an IPhone X rival that costs half as much, but it probably won't launch in the US, *CNBC,* March 27, 2018.

[139] EX 016 – COOK, T.

[140] Khanna, C. Apple's challenge: Win over China with pricey new iPhones. WSJ, September 13, 2018.

[141] Zhang, S., Sending a new signal, *Beijing Review,* 2, January 4, 2019.

[142] Woyke, E., China is racing ahead in 5G. Here's what that means, *MIT Technology Review,* December 18, 2018.

[143] "Xiaomi eyes a giant Chinese IPO, *The Economist,* May 12, 2018.

category to suffer, pet food, which declined by 17%.[144] This was a key factor in the decisions of Apple's main foreign competitors, LG and Samsung, to retreat from the China market around 2018.[145] LG exited the China market altogether in 2018, a prelude to its complete exit from the global smartphone market in 2021; it appears that not being able to compete in the biggest market in the world hobbled its global ambitions as well. Samsung stopped making its phones in China in 2019, by which time it held a tiny fraction of the Chinese market.[146] Samsung, Apple's big competitor globally, now barely registered in a market where it was the leading seller just a decade earlier. Other well-known firms like Sony, held a tiny share of the Chinese market. This left a series of local players as Apple's main competitors in that market and, eventually, as key competitors globally.

81. First is Huawei, which is in a class by itself, both in terms of its size and its range of offerings. Huawei competes with Apple on both high-end and low-end sets.[147] At the high end, the value proposition it offers are similar features at a more competitive price point, while at the low end, it sells a middle of the road product at a much cheaper price.[148] Huawei is also state controlled (the Company argues it is private but the U.S. government considers it, by and large, state owned) and is known to have close relationships with China's military, both of which provide it with distinct advantages (*e.g.*, agencies may be instructed to only use its phone presumably for security reasons).

82. The second group of Chinese competitors are large, established companies for whom the smartphone is just one product, and often not the main one. These include, for instance, Lenovo, which is a dominant player in desktops and laptops (acquired IBM's PC business in 2005), Haier, known for its home appliances (bought GE's appliance business in 2016), Hisense and TCL, both major makers of TV sets and air conditioners, among other products. This group tends to be less innovative but has financial clout and, if needed, can divert profits from its main segments to subsidize smartphones. Members of this group can also build on a large customer base and on close connections with the authorities.

83. The third segment, shown to present the greatest challenge to Apple, includes upstarts such as Xiaomi, Vivo, Oppo and LeEco. Between them, Vivo and Oppo (sister companies of BBK, a Chinese conglomerate), controlled roughly one third of the Chinese market in 2016. Oppo's R9, which cost about $400, half of the cheapest iPhone, was China's best-selling

---

[144] McKinsey Global Institute, Ibid.'s analysis, based on Euromonitor and HIS Markit data.

[145] Thubron, R., LG is quitting the Chinese smartphone market, *Techspot,* February 4, 2018.

[146] Park, J.M., Samsung ends mobile phone manufacturing in China, Reuters, October 2, 2019.

[147] Choudhury, S.R., China's Huawei pulls ahead of Apple to become number-two smartphone seller in the world, CNBC, July 31, 2018.

[148] January 7, 2019 Wall Street Journal, iPhone XR Revisited: The Best iPhone Apple Can't Sell ("Chinese brands such as Huawei, Xiaomi, Oppo and Vivo offer similar looking all-screen phones for much less money").

smartphone in 2016.[149] Most of the upstarts compete at the low end, though the more established among them, such as Xiaomi offer a range of price points. They typically target consumers who are less well to do or live in regions outside the major urban centers. As I report elsewhere in this document, the dramatic increase in this part of the market gives those players an advantage. In addition, the Chinese startups have the same advantage any startup would have in a crowded market: Innovativeness, flexibility, ability to operate on a shoestring and resilience honed in a tough marketplace where only the most agile survive. These 'come from nowhere' smartphone makers quickly emerged as robust competitors, first domestically and then in global markets, scaling up from the base of the largest smartphone market in the world, that of China.[150] They entered developing markets, especially in the Southeast first, parlaying their cost advantage, and then continued into developed markets as well, targeting the low end of the market but then ramping up to middle of the road offerings. By 2016, Vivo and Oppo were among the five biggest brands globally.[151] This, and their intention to eventually go upscale, gave Apple more reason to monitor them.

84. The local competitors, in particular the upstarts, had other advantages, including a very low breakeven point, the result of low wages not only in assembly but also in marketing and sales costs, little to no R&D cost (a natural edge of a copycat, who leverages the technological advances of the innovator[152]), government subsidies (*e.g.*, tax rebates, deferral of otherwise mandatory employee benefits), and a willingness to accept very low margins.[153] While Apple has positioned itself as the prime player competing on features and innovation rather than on pricing, it was not immune to price pressures. Typically, Chinese players in various sectors, including, for instance, automobiles, start at the low end, but then move upmarket in search of fatter margins. To upgrade, those imitators were often able to parlay their R&D savings into innovation, usually focusing on features rather than core technology.[154] This was also the route pursued by Chinese smartphone makers, especially upstarts like Xiaomi, who were content to capture entry level segments and then move up the value chain as their customers were gaining purchasing power. The aforementioned Guthrie and Edwards report acknowledges the encouragement of indigenous entrepreneurship and innovation as a government priority and describes "how one type of Chinese company . . . develops competitive advantage through innovation."[155] In other words, the

---

[149] "Beating Apple, Xiaomi and the gang in China," *The Economist,* February 4, 2017.

[150] "Smartening up their act; Chinese phonemakers are preparing to take over the world," *The Economist,* October 25, 2014.

[151] The Economist, February 4, 2017, Ibid.

[152] Shenkar, Copycats, Ibid.

[153] Pasick, A., The world's fastest-growing smartphone maker is barely profitable, *Quartz*, December 15, 2014.

[154] *See* Shenkar, *Copycats*, Ibid.

[155] Guthrie and Edwards, Ibid.

earlier, was the "floating population," which mostly consists of migrant workers.[167] Size estimates for this group vary widely, with one estimate suggesting 270 million people.[168] Their disposable income is limited, first, because their wages are significantly lower, and second, because this group generally does not receive basic benefits accorded to permanent residents with a hukou (residence permit), such as public education and healthcare. Those whose families stay behind, which is often the case, visit their homes once a year (during the Chinese New Year), and cell phones are the only way by which they maintain contact with their families who are typically left behind (only a smartphone would provide video capability). The rise of local producers upended the assumption that consumers will forever want more features regardless of their usefulness, novelty and price. Apple has been a market leader in introducing new features such as face recognition but their innovation seemed to have started to fall behind at that time or was offered at a price point that fancy features would not compensate for.[169]

91.     Whatever innovation Apple did introduce, it was quickly imitated by Chinese copycats. Jony Ive, then Apple's Chief Designer, was quoted in 2014 about Xiaomi: "It really is theft and it's lazy and I don't think it's OK at all."[170] YeeWee Koh, Apple's marketing lead in China, sent a message on April 2, 2018, incorporated in an email from Kevan Parekh to Mike Fenger dated April 12, 2018: "All of our Chinese competition have now announced their flagship devices – Huawei, Oppo, and Vivio. Incredibly, they all look similar (to varying degrees) to iPhone X, right down to the wallpaper, portrait lighting UI, and even the marketing how-to-videos. I expect Q3 to be challenging for us."[171] Isabel Mahe, Vice President and Managing Director of Greater, made a similar point when she emailed Tim Cook and other senior managers on November 1, 2018, that Huawei's newly opened flagship store in Shanghai "looks shockingly familiar to our new Apple store designs."[172] Thus, the threat of copying by Chinese competitors, whether of features or of design, was communicated directly to Cook and the rest of the top management team, though it must have been known to them by now. Surely the Apple team was also aware of

---

[167] Farrar, L., Smartphone explosion liberating China's migrants, *CNN,* September 18, 2012; APL-SECLIT_00244366 at 68 (Guthrie, D. and Edwards, B., Consumption in the Age of Xi: Understanding China's Evolving Consumer Markets) (describing "[a]pproximately 220MM Chinese citizens" who are members of the "floating population" as "the base of the migrant labor force that powers China's manufacturing base").

[168] 5 things to know about China's floating population, Paulson Institute, November 13, 2015.

[169] Statt, N., This is Samsung's foldable smartphone, *The Verge,* November 7, 2018; Shead, S., Folding phones could soon be mainstream, with Apple thought to have one in the works, *CNBC,* March 4, 2022.

[170] "Smartening up their act", *The Economist,* October 25, 2014.

[171] APL-SECLIT_00191009.

[172] EX 019 to the deposition of Luca Maestri.

the counterfeit problem, with fake iPhones selling for as low as $50[173], with fake stores and even a fake service center showing up later.[174]

92.   By 2018, however, Chinese competitors were fast approaching a stage where innovation was possible and feasible.[175]  Again, this was no surprise to Apple, which itself has a history of being an *imovator* – a company that knew how to combine imitation and innovation in a winning formula (Apple, after all, did not invent the desktop, the smartphone or the tablet).[176] Chinese firms were now building on and from their imitation capabilities.[177]  The upgrading of capabilities of Chinese players was also apparent from the surveys regularly conducted by foreign firm associations.  For instance, a survey by the European Chamber of Commerce in China found that in a span of one year, from 2017 to 2018, the percentage of European firms who thought that Chinese companies were less innovative declined from 53% to 39%.[178]  Much of the innovation in the smartphone sector was in user interface and applications, where local players benefitted from access to the largest user base in the world and from the wide use of smartphones for a broader array of uses that in developed countries are either distributed across multiple devices (*e.g.*, PC, laptop, iPad) and or are used more often (*e.g.*, payment).  Add to this a penchant for experimentation and quick adjustment to new trends, at least in urban centers, and you end up with an environment where new players and new offerings are almost a routine.

93.   Given its dependence on the Chinese market, the primacy of the country in its organizational structure, and its close monitoring of this market, Apple understood the threat of local competition and the 2018 challenges.  Indeed, in April that year Kevan Parekh forwarded an email from Yeewee Koh, head of marketing for Greater China, to Mike Fenger, VP of iPhone sales, noting the aggressive pricing of new Huawei phones and the challenge this posed to the

---

[173] Chase, B., Shanzhai Ji: All you need to know about fake phones. *CNET,* July 9, 2009.

[174] Lovejoy, B., Chinese authorities shut down elaborate fake Apple service center in Beijing, more may follow, *9to5Mac.com,* February 7, 2018.

[175] Zhu, H. & Euchner, J. The evolution of China's innovation capability, Research-Technology Management, 61, 3, 2018, 11-15; Malkin, A., The made in China challenge to US structural power: industrial policy, intellectual property and multinational corporations, *Review of International Political Economy*, published on line August 4, 2019; Hoberg, G., Li, Y. & Phillips, G. US innovation and Chinese competition for innovation products, Working Paper, University of Southern California, Marshall School of Business.

[176] Shenkar, Copycats, Ibid.

[177] Shenkar, Copycats, Ibid ; Agarwal, N., Brem, A. & Dwivedi, S. Frugal and reverse innovation for harnessing the business potential of merging markets – The case of a Danish MNC, *International Journal of Innovation Management*, 24, 1, 2020.

[178] European Chamber of Commerce in China, Business Confidence Survey 2019 (data provided form 2017, 2018 & 2019).

- 64 -

I declare under penalty of perjury that the foregoing is true and correct.

*Oded Shenkar*

_____
ODED SHENKAR