# EXHIBIT 94

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

IN RE APPLE INC. SECURITIES LITIGATION | Case No. 4:19-cv-02033-YGR

<u>**SUMMARY AND EXPERT REPORT OF ERIC POER, CPA, CFF, ABV, CFE**</u>

**Highly Confidential under the Stipulated Protective Order**

<u>**Corrected**</u> - May 9, 2022

## Table of Contents

I.  Assignment ........................................................................................................1

II.  Qualifications...................................................................................................2

III.  Dispute Background...........................................................................................4

IV.  Summary of Apple's Q1 FY2019 iPhone Unbrickings And Related Data .............5

V.  Opinions...........................................................................................................13

   A.  During Q1 FY2019, Apple maintained a robust and comprehensive forecasting process involving multiple people and teams from operational and financial reporting departments.  Apple's unbrickings forecasts were generated after considering a range of possible outcomes and factored in multiple data points in order to reasonably estimate iPhone demand.............................................................................................13

   B.  There were positive trends in daily unbrickings and year-over-year performance in Apple's iPhone business in Greater China leading up to the Q4 FY2018 Earnings Call. ......................................................................................................................17

   C.  The contemporaneous iPhone unbrickings data supported the revenue guidance provided by Mr. Cook on the Q4 FY2018 Earnings Call. .............................................21

   D.  iPhone unbrickings in Greater China in late November and December 2018 were lower than Apple had forecasted as of November 1, 2018 which contributed to its quarterly revenue coming in below the Company's guidance. ......................................22

   E.  Currency fluctuations in the emerging markets referenced by Mr. Cook on the

Q4 FY2018 Earnings Call had a significantly greater impact on those countries'
respective revenues than in Greater China, supporting the statement that China was
"not in that category." ..................................................................................................29

**Highly Confidential**

I. **ASSIGNMENT**

1. I have been retained by Orrick Herrington & Sutcliffe LLP ("Counsel"), counsel for Apple
   Inc. ("Apple" or the "Company"), Timothy Cook, and Luca Maestri (collectively,
   "defendants") in connection with a federal securities class action litigation matter that was
   filed against defendants by a class of plaintiffs.[1]

2. The scope of my retention involves the following:

   a. Serve as a summary witness[2] to summarize Apple's internal processes and data
      related to Apple's iPhone forecasts and results during the first quarter of fiscal year
      2019 ("Q1 FY2019"),[3] focusing on Apple's performance in Greater China.[4]

   b. Serve as an expert witness[5] to analyze Apple's forecasting processes and evaluate
      Apple's iPhone forecasts and results in Q1 FY2019, focusing on Apple's performance
      in Greater China.

3. I charge $800 per hour for my time in this matter and my compensation is not contingent on
   any opinions offered, outcome, or result.

---

[1] Revised Consolidated Class Action Complaint filed June 23, 2020 (the "Complaint"). Plaintiffs
include Lead Plaintiff Norfolk County Council as Administering Authority of the Norfolk
Pension Fund and Plaintiffs City of Roseville Employees' Retirement System and Employees'
Retirement System of the State of Rhode Island.
[2] *See* Federal Rules of Evidence Rule 1006.
[3] Q1 FY2019 spanned 9/30/18 – 12/29/18. "The Company's fiscal year is the 52- or 53-week
period that ends on the last Saturday of September. The Company's fiscal years 2018 and 2016
spanned 52 weeks each, whereas fiscal year 2017 included 53 weeks. A 14th week was included
in the first fiscal quarter of 2017, as is done every five or six years, to realign the Company's
fiscal quarters with calendar quarters." *See* Apple Inc. 2018 Form 10-K at p. 22. References to
quarters herein reflect Apple's fiscal quarters, not calendar quarters.
[4] Greater China includes China, Hong Kong, and Taiwan.  Apple Inc. 2018 Form 10-K at p. 25.
[5] *See* Federal Rules of Evidence Rule 26.

**Highly Confidential**

4.  My opinions are based on the documents and other information I have relied on, as detailed in Appendix C.  I may revise and/or supplement this report if I become aware of new documents and/or other information, and I reserve the right to offer opinions, analyses, and reasons why these opinions are accurate and opinions provided by any expert designated by the plaintiffs are flawed or ought to be rejected.

## II.   QUALIFICATIONS

5.  I have accumulated experience over a more than 20-year period that qualifies me to provide summary and expert testimony and opinions with respect to this matter, including managing and directing accounting and financial analyses and forensic accounting investigative efforts related to complex commercial disputes, economic damages, financial statement audits and reviews, and financial investigations.  I utilize my expertise and experience in accounting, finance, and various industries to lead dispute consulting and forensic investigatory engagements mainly related to complex litigation matters involving financial analysis and accounting.  My work focuses on collecting, understanding, analyzing, and presenting complex data concepts.

6.  I am a Senior Managing Director in FTI Consulting Inc.'s ("FTI") Forensic & Litigation Consulting ("FLC") segment and the co-leader of FTI's Securities, Accounting and Regulatory Enforcement practice.  FTI's FLC segment provides dispute advisory, investigative, data analytics, forensic accounting, and regulatory compliance services.  FLC has over 1,300 employees in 61 offices in 18 countries.

7.  FTI is a publicly traded (NYSE ticker: FCN), global business advisory firm that provides multidisciplinary solutions to complex challenges and opportunities.  FTI has over 6,300

employees in 28 countries around the world.  FTI is an advisor to 8 of the world's top 10 bank holding companies and 96 of the world's top 100 law firms. In 2020, FTI Consulting was named Consulting Firm of the Year by *Who's Who Legal* for the fourth consecutive year (2017-2020).

8. Prior to joining FTI in 2011, I served as a Director in the Global Forensic Accounting Practice of LECG Corporation (f/k/a The Law and Economics Consulting Group), which was the successor company to Bates Private Capital, where I worked on numerous research rating cases and performed analyses on analysts' research opinions and related work.  Prior to that, I was a financial statement auditor at KPMG and Arthur Andersen, where I was primarily engaged to audit the financial statements of public and private companies.

9. My specific expertise is in financial consulting engagements regarding matters in complex commercial litigation, securities litigation, investment disputes, post-acquisition disputes, contract disputes, accounting fraud, complex damages and litigation matters concerning Generally Accepted Accounting Principles ("U.S. GAAP" or "GAAP") and Generally Accepted Auditing Standards ("U.S. GAAS" or "GAAS") – as well as financial investigative services for small and large public and private companies.  Additionally, I have led charting efforts and related analyses for hundreds of matters during my career.

10. I have testified in more than 35 matters in state courts, various regulatory forums, and arbitrations, all of which have involved the analysis and presentation of data-driven results.  I have provided expert testimony on issues relating to economic damages, securities fraud, fraudulent accounting, technical accounting, contract compliance, and the presentation of financial statements.  I have presented on the topics of data analysis, identification, and collection techniques at industry conferences and to clients.  I have led numerous company

and board investigations including serving as the lead forensic accounting partner on the
Wells Fargo sales practice investigation which included complex data collection and analysis
that resulted in uncovering and illustrating one of the largest bank fraud matters in U.S.
history.

11. I am a certified public accountant ("CPA") licensed in both Oregon and California.
Additionally, I am certified as a fraud examiner ("CFE") by the Association of Certified
Fraud Examiners ("ACFE"), and I am accredited in business valuation ("ABV") and certified
in financial forensics ("CFF") by the American Society of Certified Public Accountants
("AICPA").  As part of my licensure as a CPA and ABV, I have used and prepared analyses
on forecasting, projections, and market statements.

12. My curriculum vitae, which includes my publications during the previous ten years, and my
testimony history during the previous four years are included in Appendix A and Appendix
B, respectively.

## III.   DISPUTE BACKGROUND

13. I understand this matter is based on plaintiffs' allegations that the following **bolded** words
(the "Challenged Statement") spoken by Apple CEO Mr. Cook on a November 1, 2018
conference call ("Q4 FY2018 Earnings Call") were false and misleading:[6]

> "Starting with emerging markets. The emerging markets that we're seeing
> pressure in are markets like Turkey, India, Brazil, Russia, these are markets
> where currencies have weakened over the recent period.  In some cases, that
> resulted in us raising prices, and those markets are not growing the way we would
> like to see.  To give you a perspective in -- at some detail, our business at India
> in Q4 was flat.  Obviously, we would like to see that be a huge growth.  Brazil
> was down somewhat compared to the previous year.  And so I think -- or at least
> the way that I see these is each one of the emerging markets has a bit of a different

---

[6] Complaint ¶¶ 18-19.

story.  And I don't see it as some sort of issue that is common between those for the most part.  In relation to China specifically, **I would not put China in that category**.  Our business in China was very strong last quarter.  We grew 16%, which we're very happy with.  iPhone, in particular, was very strong double-digit growth there.  Our other products category was also stronger, in fact, a bit stronger than even the company -- overall company number."[7]

## IV. <u>SUMMARY OF APPLE'S Q1 FY2019 IPHONE UNBRICKINGS AND RELATED DATA</u>

14. I have prepared a series of charts that summarize Apple's iPhone unbrickings and related metrics during Q1 FY2019, which are included in Appendix D.  Apple measured and monitored iPhone demand using data pertaining to "unbrickings," which is Apple's terminology for when end customers activate an Apple device.  Unbrickings are the true end user demand signal.[8]

15. The data I utilized to create the charts was derived from the following reports, which are included in the list of documents I relied on in Appendix C:

   a.  Daily Total iPhone Summary Reports ("Daily Unbrickings Reports")[9]

      i.  These reports are approximately 150-200 pages each, available daily throughout the quarter (91 reports), and include actual daily unbrickings by iPhone model, region, sales channel,[10] comparisons to prior periods, and other metrics. These reports also include a forecast for the total unbrickings expected to occur during the quarter.

---

[7] Apple's Q4 FY2018 Earnings Call, November 1, 2018 (**emphasis added**).
[8] March 15, 2021 Donal Conroy 30(b)(6) Deposition Transcript ("Conroy 30(b)(6) Dep. Tr.") at 60:13-20.
[9] APL-SECLIT_00052882 - APL-SECLIT_00067512 [Daily Unbrickings Reports for Q1 FY2019].
[10]  Per my discussion with Anish Patel (Vice President, WW Supply Demand Management, Readiness, and Reseller Operations), the reported unbrickings for Apple's Retail channel reflect sold units as opposed to activated units.

**Highly Confidential**                              5

b. Weekly iPhone Extrap Reports ("Weekly Unbrickings Reports")[11]

    i. These weekly reports are one page each and were generated the day after the week concludes (i.e., every 7 days). The reports include actual and forecasted weekly unbrickings for each week of the quarter by iPhone model, region, sales channel, as well as year-over-year comparisons.

c. P&L Dashboard Forecasts ("P&L Dashboard Reports")[12]

    i. These one page spreadsheet P&L Dashboard Reports include multiple scenario forecasts of total Q1 FY2019 Apple income statement components by product. The reports were generated periodically throughout the quarter and include forecasted amounts in dollars, sales units, unbrickings by product, and year-over-year comparisons.

d. The Q4 FY2018 Earnings Call Prep Documents[13]

    i. These documents contain the preparation materials used for the November 1, 2018 Earnings Call.

16. I prepared the following charts which visualize the data contained in the above reports:

a. **Chart 1** - Summary Chart & Analysis, iPhone Unbrickings (UBs) - Actual Daily, Greater China - iPhone All, Q1 FY2019 (9/30/18 to 12/29/18)

---

[11] For purposes of my analysis, I specifically examined data contained in the Week 0, Week 5, and Week 13 reports. APL-SECLIT_00362195, APL-SECLIT_00497938, APL-SECLIT_00362303 [Weekly Unbrickings Reports].

[12] For purposes of my analysis, I specifically examined data contained in the 11/1/18 report (v2) at APL-SECLIT_00284951.

[13] For purposes of my analysis, I specifically examined data related to currency fluctuations and impact on revenue at APL-SECLIT_00261116, APL-SECLIT_00261126, and APL-SECLIT_00281857.

       i.   Source: The Q1 FY2019 Daily Unbrickings Reports

    ii.   Contents:

          1.   The actual daily unbrickings in Greater China for all iPhone models throughout Q1 FY2019.

          2.   A linear trendline of the unbrickings data from the beginning of the quarter through October 31, 2018, the day before the Q4 FY2018 Earnings Call. The linear trendline is a spreadsheet function that plots a best-fit line of the underlying data.

b.   **Chart 2** - Summary Chart & Analysis, iPhone Unbrickings (UBs) - Actual Weekly (YoY), Greater China - iPhone All, Q1 FY2019 (9/30/18 to 12/29/18) vs. Q1 FY2018 (10/1/17 to 12/30/17)

       i.   Source: The Q1 FY2019 Weekly Unbrickings Reports, the Q1 FY2019 Daily Unbrickings Reports

    ii.   Contents:

          1.   The actual Q1 FY2019 Greater China weekly iPhone unbrickings throughout the quarter.

          2.   The actual Q1 FY2018 Greater China weekly iPhone unbrickings throughout the quarter.[14]

c.   **Chart 3** - Summary Chart & Analysis, iPhone Unbrickings (UBs) - Increase/Decrease in [QTD UBs YoY % Change] vs. [Last Quarter QTD UBs YoY %

---

[14] The Q1 FY2018 Greater China iPhone unbrickings were calculated using the year-over-year percentages in the Week 13 Q1 FY2019 Weekly Unbrickings Report.

**Highly Confidential**       7

Change], Greater China - iPhone All, QTD Q1 FY2019 YoY vs. QTD Q4 FY2018 YoY

    i.   Source: The Q1 FY2019 Daily Unbrickings Reports

    ii.   Contents:

        1.   The actual Q1 FY2019 Greater China quarter-to-date ("QTD") unbrickings year-over-year ("YoY") percentage change vs. Last Quarter (Q4 FY2018) QTD unbrickings YoY percentage change, daily from 10/7/18 through 12/29/18.[15]

d.  **Chart 4** - Summary Chart & Analysis, iPhone Unbrickings (UBs) - Forecast (as of Week 5) Weekly UBs, Greater China - iPhone All, Q1 FY2019 (9/30/18 to 12/29/18)

    i.   Source: The Q1 FY2019 Weekly Unbrickings Reports, the Q1 FY2019 Daily Unbrickings Reports

    ii.   Contents:

        1.   The forecasted Greater China weekly iPhone unbrickings throughout the quarter per the Week 5 Weekly Unbrickings Report.

        2.   The actual Greater China weekly iPhone unbrickings throughout the quarter.

---

[15] I excluded the first week of the quarter because comparing small levels of unbrickings led to large percentage differences.

e. **Chart 5** - Summary Chart & Analysis, iPhone Unbrickings (UBs) - Forecast (as of Week 5) Weekly UBs, Greater China vs. All Regions ex-GC - iPhone All, Q1 FY2019 (9/30/18 to 12/29/18)

    i. Source: The Q1 FY2019 Weekly Unbrickings Reports, the Q1 FY2019 Daily Unbrickings Reports

    ii. Contents:

        1. The actual and forecasted (week 5 forward) Greater China weekly iPhone unbrickings throughout the quarter.

        2. The actual and forecasted (week 5 forward) weekly iPhone unbrickings for all regions excluding Greater China throughout the quarter.

f. **Chart 6** - Summary Chart & Analysis, iPhone Unbrickings (UBs) - Forecast (as of Week 5) Weekly UBs Beat/(Miss) %, Greater China vs. All Regions ex-GC - iPhone All, Q1 FY2019 (10/28/18 to 12/29/18)

    i. Source: The Q1 FY2019 Weekly Unbrickings Reports, the Q1 FY2019 Daily Unbrickings Reports

    ii. Contents:

        1. The percentage difference (i.e., beat or miss) between actual unbrickings and forecasted unbrickings each week (as of week 5) in Greater China.

**Highly Confidential**           9

2.  The percentage difference (i.e., beat or miss) between actual unbrickings and forecasted unbrickings each week (as of week 5) in all regions excluding Greater China.

g.  **Chart 7** - Summary Chart & Analysis, iPhone Unbrickings (UBs) - Cumulative Forecast (as of Week 5) Weekly UBs Beat/(Miss) %, Greater China vs. All Regions ex-GC - iPhone All, Q1 FY2019 (10/28/18 to 12/29/18)

   i.  Source: The Q1 FY2019 Weekly Unbrickings Reports, the Q1 FY2019 Daily Unbrickings Reports

   ii.  Contents:

      1.  The percentage difference (i.e., beat or miss) between actual unbrickings and forecasted unbrickings each week (as of week 5) in Greater China, measured on a cumulative basis.

      2.  The percentage difference (i.e., beat or miss) between actual unbrickings and forecasted unbrickings each week (as of week 5) in all regions excluding Greater China, measured on a cumulative basis.

h.  **Chart 8** - Summary Chart & Analysis, iPhone Unbrickings (UBs) - Cumulative Forecast (as of Week 5) Weekly UBs Beat/(Miss) %, Greater China vs. All Regions ex-GC - iPhone All, Q1 FY2019 (10/28/18 to 12/29/18)[16]

   i.  Source: The Q1 FY2019 Weekly Unbrickings Reports, the Q1 FY2019 Daily Unbrickings Reports

---

[16] **Chart 7** and **Chart 8** plot the same data and time periods.  **Chart 7** is in the form of a bar chart while **Chart 8** is in the form of a line chart.

**Highly Confidential**                    10

        ii.  Contents:

               1.  The percentage difference (i.e., beat or miss) between actual unbrickings and forecasted unbrickings each week (as of week 5) in Greater China, measured on a cumulative basis.

               2.  The percentage difference (i.e., beat or miss) between actual unbrickings and forecasted unbrickings each week (as of week 5) in all regions excluding Greater China, measured on a cumulative basis.

i.  **Chart 9** - Summary Chart & Analysis, iPhone Unbrickings (UBs) - % Change in Rolling Total Q1 Forecast UBs from 11/1/18, Greater China vs. All Regions ex-GC - iPhone All, Q1 FY2019 (11/1/18 to 12/29/18)

        i.  Source: The Q1 FY2019 Daily Unbrickings Reports

        ii.  Contents:

               1.  The percentage change in forecasted unbrickings in Greater China from the 11/1/2018 forecast.

               2.  The percentage change in forecasted unbrickings in all regions excluding Greater China from the 11/1/2018 forecast.

j.  **Chart 10** - Summary Chart, YoY Currency Performance, Select Emerging Markets, Q4 FY2018 YoY (Q4 FY2018 vs. Q4 FY2017)

        i.  Source: The Q4 FY2018 Earnings Call Prep Documents

        ii.  Contents:

**Highly Confidential**               11

1. Year-over-year fluctuations for the following currencies: Chinese Renminbi, Brazilian Real, Indian Rupee, Russian Ruble, and Turkish Lira.[17]

k. **Chart 11** - Summary Chart, Apple Revenue YoY Growth, Select Emerging Markets, Q4 FY2018 YoY (Q4 FY2018 vs. Q4 FY2017)

    i. Source: The Q4 FY2018 Earnings Call Prep Documents

    ii. Contents:

        1. Year-over-year revenue growth (Q4 FY2018 vs. Q4 FY2017) for the iPhone in Greater China, Brazil, India, Russia, and Turkey.

        2. Year-over-year revenue growth (Q4 FY2018 vs. Q4 FY2017) for all Apple Products in Greater China, Brazil, India, Russia, and Turkey, including growth rates in constant currency.

l. **Chart 12** - Summary Chart, Currency Impact on Apple YoY Revenue Growth, Select Emerging Markets, Q4 FY2018 YoY (Q4 FY2018 vs. Q4 FY2017)

    i. Source: The Q4 FY2018 Earnings Call Prep Documents

    ii. Contents:

---

[17] I interviewed Apple employee Tejas Gala (Director, Corporate Finance & Investor Relations) via videoconference on April 22, 2022 to understand how the currency metrics included in the Q4 FY2018 Earnings Call Prep Documents were calculated. *See* additional discussion pertaining to **Chart 10**, **Chart 11**, and **Chart 12** in **Section V. Opinions**.

    1. Year-over-year revenue growth (Q4 FY2018 vs. Q4 FY2017) for all

       Apple Products in Greater China, Brazil, India, Russia, and Turkey,

       based on a constant currency.[18]

## V.   OPINIONS

**A. During Q1 FY2019, Apple maintained a robust and comprehensive forecasting process involving multiple people and teams from operational and financial reporting departments. Apple's unbrickings forecasts were generated after considering a range of possible outcomes and factored in multiple data points in order to reasonably estimate iPhone demand.**

17. I have reviewed the deposition testimony[19] of certain deponents, including Apple's

    designated Rule 30(b)(6) deponents, Messrs. Conroy and Parekh, as well as Apple's CFO,

    Mr. Maestri, to gain an understanding of the structure and process of Apple's forecasting,

    financial reporting, and other financial planning and analysis ("FP&A") activities. Each of

    these deponents had extensive corporate finance experience at Fortune 500 companies prior

    to joining Apple.

18. Additionally, on April 19, 2022, I interviewed via videoconference Apple employees Anish

    Patel (Vice President, WW Supply Demand Management, Readiness, and Reseller

    Operations) and Naznin Shroff (Decision Support, WW Operations) to further understand the

---

[18] **Chart 12** is an alternative presentation (bar chart) of data presented in tabular format in **Chart 11**.

[19] March 15, 2021 Donal Conroy 30(b)(6) Deposition Transcript ("Conroy 30(b)(6) Dep. Tr."); February 21, 2022 Donal Conroy Deposition Transcript ("Conroy Fact Witness Dep. Tr."); March 10, 2021 Kevan Parekh 30(b)(6) Deposition Transcript ("Parekh 30(b)(6) Dep. Tr."); March 8, 2022 Kevan Parekh Deposition Transcript ("Parekh Fact Witness Dep. Tr."); February 25, 2022 Luca Maestri Deposition Transcript ("Maestri Fact Witness Dep. Tr.").

**Highly Confidential**        

teams involved, systems, input considerations, internal controls, and the data output pertaining to unbrickings and Apple's forecasting processes.

19. Apple undertook a comprehensive approach to forecasting that included multiple teams responsible for financial management, supply chain planning, sales and marketing, treasury, and corporate FP&A.  The two primary teams involved in carrying out the day-to-day iPhone units forecasting functions were the Supply Demand Management and the Sales & Marketing Finance teams.[20]  A third team, from Corporate FP&A and Consolidation, reviewed the units forecasting proposals and applied the forecasts to prepare the pro-forma financials used in earnings guidance.[21]

20. The Supply Demand Management teams focused on business planning related to inventory and the supply side of Apple's operations.  These teams were responsible for forecasting demand to manage the supply chain and fulfill global demand, global logistics, retail store operations and fulfillment, fraud mitigation, and operational efficiency.[22]

21. The Sales & Marketing Finance teams supported sales, marketing, and product planning functions.  There were also subgroups within these larger teams, including retail sales teams that supported Apple store locations, online retail sales teams responsible for online marketplaces, and channel partner teams that supported reseller partners like Best Buy and China's JD.com, "China's largest online retailer and its biggest overall retailer."[23]

22. While the Sales & Marketing Finance and Supply Demand Management teams would develop their own unit forecast scenarios, they would communicate and collaborate regularly

---

[20] Parekh Fact Witness Dep. Tr. at 151:6-16; Conroy 30(b)(6) Dep. Tr. at 28:5-29:14.

[21] Parekh 30(b)(6) Dep. Tr. at 318:21-319:6.

[22] Conroy 30(b)(6) Dep. Tr. at 23:5-23.

[23] Description retrieved 4/12/2022 at https://corporate.jd.com/home.

throughout the quarter and arrive at a consensus on the "likely" units forecast to present to

Corporate FP&A and Consolidation for review.[24]   This coordination allowed the Sales &

Marketing teams to provide insight on significant inputs such as product launches, vendor

sales promotions, market research, and holidays or other notable events, while the Supply

Demand Management teams offered insight regarding supply constraints, operational

matters, and logistics.

23. From a data analytics perspective, the forecasting teams were supported by a robust data

    system that automatically tracked global unbrickings data in real-time in a centralized

    system.   Apple's unbrickings data was housed in its Enterprise Data Warehouse ("EDW").[25]

    Reports containing unbrickings data were produced via an SAP product, Business Objects,

    and were sent daily to a distribution list including the forecasting teams, Mr. Cook, Mr.

    Maestri, and some other senior leaders.[26]   I understand these systems were incorporated into

    the independent audits of Apple's internal controls each year.[27]

24. Apple's actual unbrickings data was not only updated daily, but Apple would update its

    forecast at least weekly (sometimes as frequently as every two days) as new data came into

    the organization.[28]   This continuous updating and reforecasting is consistent with my

    examination of the relevant data and reports.   The various forecasts included in the reports

---

[24] Conroy 30(b)(6) Dep. Tr. at 32:1-21; Parekh Fact Witness Dep. Tr. at 177:7-14.
[25] Discussion with Anish Patel (Vice President, WW Supply Demand Management, Readiness, and Reseller Operations) and Naznin Shroff (Decision Support, WW Operations).
[26] *Ibid*.
[27] *Ibid*.
[28] *Ibid.*

**Highly Confidential**                                        15

applied multiple approaches including mathematical models relying on historical data as well as approaches that included inputs and judgments from the teams on the ground.[29]

25. Members of the senior leadership team at Apple, including Messrs. Cook and Maestri, received the daily unbrickings data, which included regional and sales channel breakdowns, and the reports also contained comparisons to prior quarters, years, and past products.[30]  In addition to daily reports, some of Apple's leaders received weekly reports that included product and regional performance versus prior periods and comparisons between actuals and forecasts.[31] Messrs. Cook and Maestri would also communicate and meet regularly with the managers of the two primary teams involved in units forecasting.[32]

26. The information I reviewed makes it clear that Apple's forecasting practices were comprehensive.  Apple's forecasting teams analyzed the business from different perspectives on the demand and supply side and collaborated on the forecasting scenarios, ultimately coming to consensus on the likely forecasted units.  This robust process provided a reasonable basis to estimate future performance. The reports contained numerous comparative measures used to analyze business performance and utilized best-in-class processes and systems to help streamline the data and disseminate reports to senior leaders. The chain of communication also meant that senior leaders could understand, question, and even challenge assumptions in the forecasting process.

---

[29] *Ibid.*
[30] *Ibid*; Conroy 30(b)(6) Dep. Tr. at 64:6-23.
[31] Discussion with Anish Patel (Vice President, WW Supply Demand Management, Readiness, and Reseller Operations) and Naznin Shroff (Decision Support, WW Operations).
[32] Conroy 30(b)(6) Dep. Tr. at 26:3-8, 26:24-27:2.

**Highly Confidential**                                16

**B. There were positive trends in daily unbrickings and year-over-year performance in Apple's iPhone business in Greater China leading up to the Q4 FY2018 Earnings Call.**

27. As discussed above, Apple regularly monitored unbrickings data. **Chart 1** illustrates the level of actual daily unbrickings in Greater China in Q1 FY2019 based on the data contained in the Daily Unbrickings Reports:

**<u>Chart 1</u>**



Sources: Actual daily UBs from the 9/30/18 to 12/29/18 Daily Total iPhone Summary Reports (APL-SECLIT_00052882 – APL-SECLIT_00067512). See Schedule 1.
Note: Greater China data excludes refurbished products (refurbished products were approximately 1% of all UBs (all regions) in Q1 FY2019). The 9/30/18 to 10/31/18 trendline is generated from a spreadsheet function that applies a best fit line to the data.

28. As shown in **Chart 1**, the level of unbrickings in Greater China varied each day.  In the month leading up to the Q4 FY2018 Earnings Call, while there were peaks and valleys in the daily amounts, the green trendline indicates a positive, or upward, trend in actual unbrickings. Additionally, this chart helps visualize that only one third of Q1 FY2019 had

taken place at the time of the Q4 FY2018 Earnings Call, thereby requiring Apple to estimate how it would perform over the next two months in order to provide revenue guidance for the entire quarter.  Furthermore, although November and December comprise two-thirds or 67% of the quarter, Apple's quarterly unbrickings forecast in Greater China as of October 31 indicated it expected 73% of the quarterly unbrickings to occur in those months; therefore the unbrickings during November and December were expected to be proportionately higher than October.[33]  This was likely due to events such as Singles' Day in China during which Apple experienced increased sales.[34]

29. There was an upward trend in actual unbrickings during the period leading up to the Q4 FY2018 Earnings Call.  Additionally, based on the daily unbrickings data, a noticeable downward trend in unbrickings does not appear until after the Q4 FY2018 Earnings Call.

30. Additionally, in my experience, it is very common for companies to measure a current period's performance against prior periods.  Indeed, many of Apple's reports that contain unbrickings data compare the level of unbrickings to prior months, quarters, and years.[35]  **Chart 2** depicts the level of unbrickings in Greater China during Q1 FY2019 and Q1 FY2018:

---

[33] The level of Greater China quarterly unbrickings forecasted as of 10/31/18 was 13,750,000, and 3,753,000 unbrickings had occurred through 10/31/18. *See* 10/31/18 Daily Unbrickings Report at APL-SECLIT_00057768.
[34] Parekh Fact Witness Dep. Tr at 181:4-182:2.
[35] *See*, *e.g.*, the Daily Unbrickings Reports (APL-SECLIT_00057742-APL-SECLIT_00057899).

**Chart 2**



Summary Chart & Analysis
iPhone Unbrickings (UBs) - Actual Weekly (YoY)
Greater China - iPhone All
Q1 FY2019 (9/30/18 to 12/29/18) vs. Q1 FY2018 (10/1/17 to 12/30/17)

Source: The Q1 FY2018 Greater China iPhone unbrickings were calculated using the year-over-year percentages in the Week 13 Q1 FY2019 iPhone Extrap Report (at APL-SECLIT_00362303); the 12/29/18 Daily Total iPhone Summary Report (at APL-SECLIT_00067375) was used to derive the actual weekly UBs for week 13 ending 12/30/2017 and 12/29/2018. See Schedule 2.
Note: Greater China data excludes refurbished products (refurbished products were approximately 1% of all UBs (all regions) in Q1 FY2019).

31. In the weeks leading up to the Q4 FY2018 Earnings Call, the level of unbrickings was consistent with Apple's experience in the same period of the prior year. In the week immediately prior to the Q4 FY2018 Earnings Call (week ending 10/27/18), the level of unbrickings in Q1 FY 2019 exceeded the unbrickings during the same week of Q1 FY2018.

32. **Chart 3** below illustrates another data point that shows a positive trend in Apple's iPhone business in Greater China as of November 1, 2018. Apple performed well in Greater China in Q4 FY2018, where it experienced year-over-year revenue growth of 16% and year-over-

year revenue growth for iPhones of 27%.[36]  In the week leading up to the Q4 FY2018

Earnings Call, the level of year-over-year unbrickings growth in Greater China was higher

than the level of year-over-year unbrickings growth achieved in the previous quarter during

which Apple performed well in Greater China:

### Chart 3



33. To help explain this metric, consider the following example.  On 10/28/18 (29 days into Q1

FY2019), the quarter-to-date unbrickings were down 2% compared to the prior year (i.e.,

10/28/18 vs. 10/30/17 (29 days into the respective quarter)) and last quarter were down 11%

---

[36] APL-SECLIT_00281857 [The Q4 FY2018 Earnings Call Prep Documents].

quarter-to-date year-over-year (7/29/18 vs. 7/31/17 (29 days into the respective quarter)), so the metric was 9% (-2% minus -11%).[37]  Apple, and iPhones specifically, performed well in Greater China in Q4 FY2018, and the Q1 FY2019 quarter-to-date unbrickings leading up to the Q4 FY2018 Earnings Call exceeded levels experienced during the previous quarter.

### C.  The contemporaneous iPhone unbrickings data supported the revenue guidance provided by Mr. Cook on the Q4 FY2018 Earnings Call.

34.  During the Q4 FY2018 Earnings Call, Mr. Cook provided the following revenue guidance:

> As we move ahead into the December quarter, I'd like to review our outlook, which includes the types of forward-looking information that Nancy referred to at the beginning of the call. We have the strongest lineup ever as we enter the holiday season and we expect revenue to be between $89 billion and $93 billion, a new all-time record.[38]

35.  The $89 – $93 billion range provided by Mr. Cook matches the P&L Dashboard Report dated November 1, 2018.[39]  In that report, the "Likely" amount of iPhone units sold (on a sell-in basis) was forecasted to be 70,567,000 for the quarter and the "Likely" amount of iPhone unbrickings was forecasted to be 64,603,000 for the quarter.[40]  The Week 5 Weekly Unbrickings Report also indicates iPhone unbrickings were forecasted to be 64,603,000 for the quarter.[41]  Based on the consistency between these reports, it appears the forecasts contained in the Week 5 Weekly Unbrickings Report were available and utilized for the Q4 FY2018 Earnings Call.  Accordingly, I utilized the Week 5 Weekly Unbrickings Report in

---

[37] 10/28/18 Daily Unbrickings Report at (APL-SECLIT_00057294).
[38] Apple's Q4 FY2018 Earnings Call, November 1, 2018.
[39] APL-SECLIT_00284951 [Q1'19 P&L Dashboard, Scenarios 11/1 v2].  The revenue guidance was based on projected sales of iPhones, Macs, iPads, and Watches.  The analysis contained in this report pertains exclusively to iPhones based on plaintiffs' allegations and I have not analyzed data pertaining to other Apple products.
[40] APL-SECLIT_00284951 at row 54, column P [Q1'19 P&L Dashboard, Scenarios 11/1 v2].
[41] APL-SECLIT_00497938 at row 5, column 23 [Week 5 Weekly Unbrickings Report].

many of the charts because that was the most current unbrickings forecast information available at the time of the Q4 FY2018 Earnings Call.[42]

36. Importantly, the quarterly unbrickings forecasts reflected the sum of unbrickings that were known (i.e., actual unbrickings that had already occurred during the quarter) plus unbrickings that were expected to occur during the remainder of the quarter.  The November 1, 2018 unbrickings forecast that was used for the revenue guidance incorporated the actual unbrickings that occurred in October plus expected unbrickings in November and December. Accordingly, Apple's Q1 FY2019 revenue guidance shortfall was due to lower than expected/forecasted levels of unbrickings during November and December, not October.

**D.  iPhone unbrickings in Greater China in late November and December 2018 were lower than Apple had forecasted as of November 1, 2018 which contributed to its quarterly revenue coming in below the Company's guidance.**

37. As discussed above, Apple maintained a robust and comprehensive forecasting process that considered a range of possible outcomes.  The forecast underlying the revenue guidance presented on the Q4 FY2018 Earnings Call reflected Apple's best estimate of how it would perform for the remainder of the quarter (i.e., November and December 2018) based on information available contemporaneously.

38. **Chart 4** compares the amount of forecasted weekly unbrickings in Greater China per Apple's Week 5 Weekly Unbrickings Report with the amount of actual unbrickings each week in Greater China:

---

[42] The actual unbrickings for week 5 was not known at the time of the Q4 FY2018 Earnings Call and would not have been known until the end of the week (i.e., end of day on 11/4/18).

**Chart 4**





Source: Forecasted weekly UBs from the Week 5 Q1 FY2019 Weekly iPhone Extrap Report (at APL-SECLIT_00497938); Actual UBs from the Week 13 Q1 FY2019 iPhone Extrap Report (at APL-SECLIT_00362303); the 12/29/18 Daily Total iPhone Summary Report (at APL-SECLIT_00067375) was used to derive the actual weekly UBs for week 13 ending 12/29/2018. See Schedule 4.
Note: Greater China data excludes refurbished products (refurbished products were approximately 1% of all UBs (all regions) in Q1 FY2019).

39. As shown above, the amount of unbrickings in Greater China in week 5, the week of the Q4 FY2018 Earnings Call, actually exceeded the forecast for that week. The spread between forecasted and actual unbrickings did not widen until week 8 (i.e., week ending 11/24/18), suggesting that Apple began to experience something that was not reasonably foreseen or contemplated when the forecast was generated prior to the Q4 FY2018 Earnings Call.

40. Furthermore, Apple's performance in Greater China specifically, following the Q4 FY2018 Earnings Call, was significantly worse than in other regions in late November and December, suggesting that Greater China was experiencing region-specific pressure at that time. **Chart**

**5** below compares forecasted and actual unbrickings in Greater China with forecasted and actual unbrickings in all regions excluding Greater China:

### **Chart 5**



Source: Forecasted weekly UBs from the Week 5 Q1 FY2019 Weekly iPhone Extrap Report (at APL-SECLIT_00497938); Actual UBs from the Week 13 Q1 FY2019 iPhone Extrap Report (at APL-SECLIT_00362303); the 12/29/18 Daily Total iPhone Summary Report (at APL-SECLIT_00067341 and APL-SECLIT_00067375) was used to derive the actual weekly UBs for week 13 ending 12/29/2018. See Schedule 5.
Note: Greater China data excludes refurbished products (refurbished products were approximately 1% of all UBs (all regions) in Q1 FY2019).

41. As shown above, beginning in the week ending 11/24/18, the spread between actual and forecasted unbrickings in Greater China was proportionally greater than that in all regions excluding Greater China. This data supports the notion that Apple began facing significant and unexpected challenges in Greater China subsequent to the Q4 FY2018 Earnings Call.

42. Similarly, **Chart 6** depicts a "beat/miss percentage (%)" which reflects the percentage by which actual unbrickings were above (beat) or below (miss) the level of unbrickings forecasted for each week as of week 5:

**<u>Chart 6</u>**



Source: Forecasted weekly UBs from the Week 5 Q1 FY2019 Weekly iPhone Extrap Report (at APL-SECLIT_00497938); Actual UBs from the Week 13 Q1 FY2019 iPhone Extrap Report (at APL-SECLIT_00362303); the 12/29/18 Daily Total iPhone Summary Report (at APL-SECLIT_00067341 and APL-SECLIT_00067375) was used to derive the actual weekly UBs for week 13 ending 12/29/2018. See Schedule 6.
Note: Greater China data excludes refurbished products (refurbished products were approximately 1% of all UBs (all regions) in Q1 FY2019).

43. The above data indicates that unbrickings in Greater China actually exceeded the forecasted amount during the week of the earnings call (i.e., week ending 11/3/18); however, beginning in week 8 (i.e., week ending 11/24/18), the shortfall in unbrickings in Greater China relative to the forecasts was significantly worse than the shortfall in unbrickings for all regions excluding Greater China. This point is further illustrated in **Chart 7** and **Chart 8** below:

**Highly Confidential**                    25

## Chart 7



**Summary Chart & Analysis**
iPhone Unbrickings (UBs) - Cumulative Forecast (as of Week 5) Weekly UBs Beat/(Miss) %
Greater China vs. All Regions ex-GC - iPhone All
Q1 FY2019 (10/28/18 to 12/29/18)

Source: Forecasted weekly UBs from the Week 5 Q1 FY2019 Weekly iPhone Extrap Report (at APL-SECLIT_00497938); Actual UBs from the Week 13 Q1 FY2019 iPhone Extrap Report (at APL-SECLIT_00362303); the 12/29/18 Daily Total iPhone Summary Report (at APL-SECLIT_00067341 and APL-SECLIT_00067375) was used to derive the actual weekly UBs for week 13 ending 12/29/2018. See Schedule 7.

Note: Greater China data excludes refurbished products (refurbished products were approximately 1% of all UBs (all regions) in Q1 FY2019).

**Chart 8**



Summary Chart & Analysis
iPhone Unbrickings (UBs) - Cumulative Forecast (as of Week 5) Weekly UBs Beat/(Miss) %
Greater China vs. All Regions ex-GC - iPhone All
Q1 FY2019 (10/28/18 to 12/29/18)

Source: Forecasted weekly UBs from the Week 5 Q1 FY2019 Weekly iPhone Extrap Report (at APL-SECLIT_00497938); Actual UBs from the Week 13 Q1 FY2019 iPhone Extrap Report (at APL-SECLIT_00362303); the 12/29/18 Daily Total iPhone Summary Report (at APL-SECLIT_00067341 and APL-SECLIT_00067375) was used to derive the actual weekly UBs for week 13 ending 12/29/2018. See Schedule 8.
Note: Greater China data excludes refurbished products (refurbished products were approximately 1% of all UBs (all regions) in Q1 FY2019).

44. These charts present the forecasted versus actual unbrickings data on a cumulative basis, **Chart 7** in bar form and **Chart 8** in line form, and illustrate that unbrickings in Greater China underperformed the forecasted levels by approximately 22% for the quarter, compared to all regions excluding Greater China which underperformed the forecasted levels by approximately 8% for the quarter.

45. Similarly, **Chart 9** depicts the changes to forecasted unbrickings in Greater China and all regions excluding Greater China following the Q4 FY2018 Earnings Call:

**Highly Confidential**                    27

**Chart 9**



46. Apple's iPhone unbrickings forecasts were prepared on a rolling basis and were continually

    updated over time as more data became known regarding actual unbrickings as well as future

    prospects.  As shown above, the forecasts were adjusted downward approximately one week

    after the Q4 FY2018 Earnings Call; however the adjustment for all regions excluding Greater

    China was approximately 2x the adjustment for Greater China.  In late November, around

    November 25, 2018, and throughout December, Apple's forecasts for Greater China were

    downwardly adjusted whereas the forecasts for all regions excluding Greater China remained

    relatively flat/stable and even included some upward adjustments.  This data suggests that

    Apple's struggle in Greater China did not become known until late November and December

**Highly Confidential**                    28

2018, well after the Q4 FY2018 Earnings Call.  Indeed, even in late November, Apple still did not foresee the extent of the problems it would face in Greater China in December.  For example, as of November 26, 2018, Apple forecasted that its quarterly unbrickings in Greater China would be 11,925,000, whereas quarterly unbrickings actually turned out to be 10% lower (10,681,000) and the shortfall is solely attributed to activity during the last few days in November and all of December.[43]

E.   **Currency fluctuations in the emerging markets referenced by Mr. Cook on the Q4 FY2018 Earnings Call had a significantly greater impact on those countries' respective revenues than in Greater China, supporting the statement that China was "not in that category."**

47. As noted above, the Challenged Statement made by Mr. Cook on the Q1 FY2018 Earnings

Call is shown below:

> "Starting with emerging markets.  The emerging markets that we're seeing pressure in are markets like Turkey, India, Brazil, Russia, these are markets where currencies have weakened over the recent period.  In some cases, that resulted in us raising prices, and those markets are not growing the way we would like to see.  To give you a perspective in -- at some detail, our business at India in Q4 was flat.  Obviously, we would like to see that be a huge growth.  Brazil was down somewhat compared to the previous year.  And so I think -- or at least the way that I see these is each one of the emerging markets has a bit of a different story.  And I don't see it as some sort of issue that is common between those for the most part.  In relation to China specifically, I would not put China in that category.  Our business in China was very strong last quarter.  We grew 16%, which we're very happy with.  iPhone, in particular, was very strong double-digit growth there.  Our other products category was also stronger, in fact, a bit stronger than even the company -- overall company number."[44]

48. **Chart 10** below depicts year-over-year currency performance for China and the other

emerging markets referenced by Mr. Cook on the Q4 FY2018 Earnings Call.[45]  This chart

---

[43] 11/26/18 Daily Unbrickings Report at APL-SECLIT_00061901; 12/29/18 Daily Unbrickings Report at APL-SECLIT_00067375.
[44] Apple's Q4 2018 Earnings Call held on November 1, 2018.
[45] Per my discussion with Tejas Gala, the year-over-year currency change was calculated by comparing the average USD exchange rates in Q4 FY2018 and Q4 FY2017.  The average USD

supports Mr. Cook's statement that "[t]he emerging markets that we're seeing pressure in are markets like **Turkey, India, Brazil, Russia, these are markets where currencies have weakened over the recent period.**"[46]

**Chart 10**



49. **Chart 11** below depicts the extent to which currency fluctuations impacted revenue in each of these markets.

---

exchange rates were determined using the average end of month (or beginning of month) USD exchange rates for three months (i.e., the Q4 FY2018 exchange rate is the average of the daily USD exchange rates on 6/27/18, 8/1/18, and 8/29/18). Daily exchange rates are pulled from Apple's internal systems, which I understand are subject to external audit and internal controls testing, and are ultimately sourced from Bloomberg. *See* **Schedule 10** and APL-SECLIT_00580456.

[46] Apple's Q4 2018 Earnings Call held on November 1, 2018 (**emphasis added**).

**Chart 11**

**Summary Chart**
**Apple Revenue YoY Growth**
**Select Emerging Markets**
Q4 FY2018 YoY (Q4 FY2018 vs. Q4 FY2017)

| **Revenue Growth** | *iPhone* | *Apple Total* | | |
| --- | --- | --- | --- | --- |
| | **As Reported** | **As Reported** | **In Constant Currency** | **Constant Currency Difference** |
| | [A] | [B] | [C] | [D] = [B] - [C] |
| Greater China | 27% | 16% | 17% | -1% |
| Brazil | -12% | -7% | 9% | -16% |
| India | -10% | -1% | 6% | -7% |
| Russia | 23% | 25% | 35% | -11% |
| Turkey | -34% | -26% | 0% | -26% |

*YoY Revenue Growth % (Q4FY2018 vs. Q4FY2017)*

Source: The Q4 FY2018 Earnings Call Prep Documents (APL-SECLIT_00261126, APL-SECLIT_00281857). See Schedule 11.

50. As shown above, in Greater China, Apple's total revenue grew 16% in Q4 FY2018 compared to Q4 FY2017, which is consistent with Mr. Cook's statement, "[o]ur business in China was very strong last quarter.  We grew 16%, which we're very happy with."  The 27% revenue growth for the iPhone in Greater China also supported Mr. Cook's statement that the "iPhone, in particular, was [experiencing] very strong double-digit growth there." [47] Compared to the other emerging markets, Greater China was the only market where iPhone growth exceeded total revenue growth, which demonstrated the strong performance of iPhone products in Greater China.

---

[47] Apple's Q4 2018 Earnings Call held on November 1, 2018.

**Highly Confidential**                           31

51. Apple monitored currency fluctuations and their impact on revenue.  One analysis that was
included in the Q4 FY2018 Earnings Call Prep Documents involved analyzing year-over-
year revenue in countries after removing the impact of currency fluctuations (i.e., keeping
currency constant).[48]  Per discussion with Tejas Gala, Apple's analysis for Q4 FY2018 for
example would estimate what a country's revenue growth in USD would be assuming no
changes in the local currency exchange rate from Q4 FY2017.[49]

52. The constant currency calculation for Q4 FY2018 yielded varying results.  Indeed, as stated
by Mr. Cook, "each one of the emerging markets has a bit of a different story."[50]  After
adjusting for currency fluctuations, Greater China's revenue grew 17%, a difference of only
1% from the 16% actual revenue growth.  Conversely, in India, revenue declined 1%, which
supported Mr. Cook's statement that "our business at India in Q4 was flat."[51]  Had India's
currency not weakened, its revenue growth would have been 6%.  Brazil's revenue declined
7%, which "was down somewhat compared to the previous year." [52]  Had Brazil's currency
not weakened, its revenue would have grown 9%.  Even in Russia, where revenue grew 25%,
had its currency not weakened, it would have grown 35%.  These differences between
reported revenue and revenue in constant currency are visualized in **Chart 12**, below.

---

[48] *See* APL-SECLIT_00261116 and APL-SECLIT_00261126 [Q4 FY2018 Earnings Call Prep
Documents].  The "constant currency" metric is used to determine what revenue growth would
be if a currency did not fluctuate (i.e., held constant).
[49] Per discussion with Tejas Gala, the exchange rates used in the analysis were obtained from
Apple's accounting and finance organization which would apply a weighting consistent with
what was used for GAAP financial reporting purposes.  Exchange rates were pulled from
Apple's internal database and were ultimately sourced from Bloomberg.
[50] Apple's Q4 2018 Earnings Call held on November 1, 2018.
[51] *Ibid*.
[52] *Ibid*.

**Chart 12**



53. As depicted in **Charts 10**, **11**, and **12**, the data shows that Apple's experience in Greater China was different from the other emerging markets where currency fluctuations had a significant impact on revenue, whereas Greater China was only minimally impacted (i.e., negative 1%) by currency fluctuations.  Furthermore, only in Greater China did iPhone revenue grow more than total revenue.  All of these factors support Mr. Cook's statement that China was in a different category than the emerging markets.

**Highly Confidential**                   33

Respectfully submitted,

Eric Poer, CPA, CFF, ABV, CFE

May 9, 2022