# EXHIBIT 95

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

IN RE APPLE INC. SECURITIES LITIGATION | Case No. 4:19-cv-02033-YGR

**REBUTTAL SUMMARY AND EXPERT REPORT OF ERIC POER, CPA, CFF, ABV, CFE**

**Highly Confidential under the Stipulated Protective Order**

June 10, 2022

1

**Table of Contents**

I.     Rebuttal Assignment ................................................................................3

II.    Summary of Data Examined in Response to the Shenkar Report ...........................4

III.   Rebuttal Opinions ....................................................................................8

   A.     Dr. Shenkar's opinions concerning Apple's internal data regarding its
   performance in Greater China are irrelevant and unreliable because he relied
   solely on one-off emails and documents and ignored key sales performance data
   that was part of Apple's financial books and records. ..............................................8

   B.     Dr. Shenkar's analysis of purported "warning signs" in Greater China
   leading up to the Q4 FY2018 Earnings Call is irrelevant and unreliable because
   he ignored Apple's year-over-year revenue data and related metrics and the
   testimony of percipient witnesses. ..........................................................................9

       a. Apple's revenue data showed positive year-over-year growth trends in Greater
       China leading up to the Q4 FY2018 Earnings Call ........................................11

       b. Apple's year-over-year positive iPhone revenue growth in Greater China was
       starkly different than the negative trends related to its iPhone revenue in
       Turkey, India, Brazil, and Russia leading up to the Q4 FY2018 Earnings
       Call...........................................................................................................16

       c. Apple's store traffic data indicated positive trends leading up to the Q4 FY2018
       Earnings Call. ..............................................................................................19

       d. Dr. Shenkar's analysis failed to consider percipient witness testimony regarding
       Apple's optimism surrounding the iPhone XR. .............................................23

IV.    Conclusion ............................................................................................24

## I. <u>REBUTTAL ASSIGNMENT</u>

1. I submitted a report on April 27, 2022 and a corrected version on May 9, 2022 ("Poer Opening Report") containing my summary analyses related to Apple's iPhone forecasts and results during the first quarter of fiscal year 2019 ("Q1 FY2019") and my expert opinions regarding Apple's forecasting processes and results in Q1 FY2019, focusing on Apple's performance in Greater China.

2. Orrick Herrington & Sutcliffe LLP has asked me to review and respond to the report of plaintiff's expert Dr. Oded Shenkar dated April 27, 2022 (the "Shenkar Report").  This rebuttal report ("Poer Rebuttal Report") contains the summary analysis and opinions I formulated in response to the Shenkar Report.[1]

3. This rebuttal report incorporates the terms that I defined in the Poer Opening Report and the terms have the same meaning unless otherwise noted.

4. My opinions are based on the documents and other information I relied on, as detailed in Appendix A.  I may revise and/or supplement this report if I become aware of new information, and I reserve the right to offer opinions, analyses, and reasons why these opinions are accurate and opinions provided by any expert designated by the plaintiff are flawed or ought to be rejected.  In addition, I reserve the right to supplement the factual support for these arguments given the depth of the record and the limited time available to craft this rebuttal report.

---

[1] As explained in the Poer Opening Report, I have been retained as both a summary witness and an expert witness.  *See* Poer Opening Report ¶ 2.

**Highly Confidential** 3

II.    **SUMMARY OF DATA EXAMINED IN RESPONSE TO THE SHENKAR REPORT**

5.   I prepared the following charts that illustrate the data contained in reports I reviewed in

connection with my rebuttal assignment:

    a.   **Rebuttal Chart 1** - Summary Chart & Analysis, Total Quarterly Revenue,[2] Greater

       China, Q2-Q4 FY2017 and Q2-Q4 FY2018.

        i.   Contents:

           1.   The actual Q2-Q4 FY2017 Greater China total quarterly revenue.

           2.   The actual Q2-Q4 FY2018 Greater China total quarterly revenue.

           3.   The actual Q2-Q4 FY2018 Greater China total quarterly revenue year-

              over-year percentage change vs. the previous year (Q2-Q4 FY2017).

    b.   **Rebuttal Chart 2** - Summary Chart & Analysis, iPhone Quarterly Revenue, Greater

       China, Q2-Q4 FY2017 and Q2-Q4 FY2018.

        i.   Contents:

           1.   The actual Q2-Q4 FY2017 Greater China iPhone quarterly revenue.

           2.   The actual Q2-Q4 FY2018 Greater China iPhone quarterly revenue.

           3.   The actual Q2-Q4 FY2018 Greater China iPhone quarterly revenue

              year-over-year percentage change vs. the previous year (Q2-Q4

              FY2017).[3]

---

[2] "Total Quarterly Revenue" refers to all Apple revenue, not exclusively Apple's iPhone
revenue, which is depicted in Rebuttal Chart 2.
[3] I also prepared a chart that contains a combination of data from Rebuttal Charts 1 and 2. *See*
Rebuttal Chart 2.1 in Appendix B.

**Highly Confidential**                    4

c.  **Rebuttal Chart 3** - Summary Chart & Analysis, iPhone Year-over-Year Revenue
and Unbrickings (UBs) Growth, Greater China, Q3-Q4 FY2018 vs. Q3-Q4 FY2017
and Q1 FY2019 (Monthly) vs. Q1 FY2018 (Monthly).

   i.  Contents:

      1.  The actual Q3 and Q4 FY2018 Greater China quarterly iPhone
unbrickings year-over-year percentage change vs. the previous year
(Q3 and Q4 FY2017).

      2.  The actual Q3 and Q4 FY2018 Greater China quarterly iPhone
revenue year-over-year percentage change vs. the previous year (Q3
and Q4 FY2017).

      3.  The actual October, November, and December FY2018 Greater China
monthly iPhone unbrickings year-over-year percentage change vs. the
previous year (October, November, and December FY2017).[4]

d.  **Rebuttal Chart 4** - Summary Chart & Analysis, iPhone Year-over-Year Revenue
Growth, Greater China, Brazil, India, Russia, and Turkey, Q2-Q4 FY2018 vs. Q2-Q4
FY2017.

   i.  Contents:

---

[4] I was unable to identify monthly iPhone year-over-year revenue data for Greater China in the
reports I examined.  I prepared an additional chart that includes an iPhone revenue estimate for
the month of October 2018, which I will explain in the next section of this report.  *See* Rebuttal
Chart 3.1 in Appendix B.

**Highly Confidential**                   5

1. The actual Q2-Q4 FY2018 iPhone quarterly revenue year-over-year percentage change vs. the previous year (Q2-Q4 FY2017) for: [5]

   a. Greater China

   b. Brazil

   c. India

   d. Russia

   e. Turkey

e. **Rebuttal Chart 5** - Summary Chart & Analysis, iPhone Average Selling Price (ASP) by Geography, Select Geographies, Q2 FY2017 - Q4 FY2018.

   i. Contents:

      1. The actual Q2 FY2017 - Q4 FY2018 iPhone quarterly average selling price (in U.S. dollars) for both:

         a. Greater China; and

         b. The weighted average selling price for Brazil, India, Russia, and Turkey.[6]

---

[5] Using the same data, I also prepared individual charts for Brazil vs. Greater China, India vs. Greater China, Russia vs. Greater China, and Turkey vs. Greater China. *See* Rebuttal Charts 4A-4D in Appendix B.

[6] I also prepared a chart that contains the individual quarterly ASPs for Greater China, Brazil, India, Russia, and Turkey. *See* Rebuttal Chart 5.1 in Appendix B.

**Highly Confidential** 6

f. **Rebuttal Chart 6** – *iPhone Percentage Increase in Launch Price (in Local Currency) - iPhone XR vs. iPhone 8 and iPhone XR vs. iPhone 6, Select Geographies, at Product Launch.*[7]

    i. Contents:

        1. The actual percentage change in iPhone price (in local currency) at the time of launch in China, Brazil, India, Russia, and Turkey between the following iPhone product launches:

            a. iPhone XR vs. iPhone 8

            b. iPhone XR vs. iPhone 6

g. **Rebuttal Chart 7A** – *YoY Weekly Store Traffic Growth - Reseller Stores, Greater China, Q1 FY2019.*

    i. Contents:

        1. The weekly actual Q1 FY2019 Greater China reseller store traffic year-over-year percentage change vs. the previous year (Q1 FY2018).

h. **Rebuttal Chart 7B** – *YoY Weekly Store Traffic Growth - Reseller Stores, Greater China, Q4 FY2018 - Q1 FY2019.*

    i. Contents:

---

[7] I also prepared bar charts that contain the percentage increase in launch price (in local currency) for the iPhone XR vs. iPhone 8 and iPhone XR vs. iPhone 6. *See* Rebuttal Charts 6.1 and 6.2 in Appendix B.

**Highly Confidential**                    7

> 1. The weekly actual Q4 FY2018 - Q1 FY2019 Greater China reseller
>    store traffic year-over-year percentage change vs. the previous year
>    (Q4 FY2017 - Q1 FY2018).

> i. **Rebuttal Chart 7C** – YoY Weekly Store Traffic Growth - Retail Stores,[8] Greater
>    China, Q1 FY2019.

> > i. Contents:

> > > 1. The weekly actual Q1 FY2019 Greater China retail store traffic year-
> > >    over-year percentage change vs. the previous year (Q1 FY2018).

## III.  <u>REBUTTAL OPINIONS</u>

**A.  Dr. Shenkar's opinions concerning Apple's internal data regarding its performance in Greater China are irrelevant and unreliable because he relied solely on one-off emails and documents and ignored key sales performance data that was part of Apple's financial books and records.**

6.  The Shenkar Report describes Apple's "keen focus" on Greater China and its monitoring and analysis of data pertaining to Greater China.[9]  I agree with Dr. Shenkar's statement that Apple "gathered a significant quantity of data on the Company's business prospects [in] China, which tracked performance results and forecasts by week, lines of business, product and by geography."[10]  Furthermore, Dr. Shenkar opined that Apple "triangulated in-house sources with those of outside analysts, research organizations, and the media to obtain a comprehensive and accurate picture of Apple's overall business."[11] However, as I explain in this report, Dr. Shenkar conducted an incomplete analysis that improperly distorted Apple's

---

[8] Commonly known as "Apple Stores."
[9] Shenkar Report, section V.A.
[10] Shenkar Report ¶ 131.
[11] Shenkar Report ¶¶ 14(h), 181(h).

**Highly Confidential**

overall business outlook in Greater China due to his reliance on one-off emails and documents.  Importantly, Dr. Shenkar ignored and failed to consider and present Apple's actual sales and performance data and trends that were part of Apple's financial books and records.

**B. Dr. Shenkar's analysis of purported "warning signs" in Greater China leading up to the Q4 FY2018 Earnings Call is irrelevant and unreliable because he ignored Apple's year-over-year revenue data and related metrics and the testimony of percipient witnesses.**

7. As I discuss in the Poer Opening Report, Apple maintained a robust and comprehensive forecasting process involving multiple people and teams from operational, sales, and financial reporting departments.[12]  Apple's forecasts factored in multiple data points, and as Apple's Vice President of Sales, Marketing, and Retail Finance Kevan Parekh testified, there were "lots of inputs that go into [Apple's] sales forecasting process."[13]

8. In his report, Dr. Shenkar identified certain documents that purportedly support the "warning signs" for Apple's business in Greater China leading up to the Q4 FY2018 Earnings Call.[14] As addressed in the Rebuttal Expert Report of Carlyn Taylor, Dr. Shenkar not only misinterpreted this data, but he also failed to acknowledge that these purported warning signs and negative trends were actually reflected in Apple's November 1, 2018 revenue guidance range.[15,16]  Additionally, Dr. Shenkar's analysis is incomplete because he failed to examine

---

[12] Poer Opening Report, section V.A.
[13] March 10, 2021 Kevan Parekh 30(b)(6) Deposition Transcript ("Parekh 30(b)(6) Dep. Tr.") at 252:8-9.
[14] Shenkar Report, section V.
[15] Expert Rebuttal Report of Carlyn Taylor, June 10, 2022 ("Carlyn Taylor Expert Report"), sections IV and V.
[16] Apple's iPhone unbrickings forecasts were prepared on a rolling basis and were continually updated over time.  *See* Poer Opening Report ¶ 46.  *See also* Foley, C. Fritz & Khavkin, Mark

**Highly Confidential**                               9

the total mix of information available to Apple regarding its Greater China business leading

up to the Q4 FY2018 Earnings Call, including a multitude of data points and positive trends

related to Apple's iPhone business in Greater China that I will illustrate below.

---

(2019). *How Companies Should Prepare Their Forecasts*. Retrieved from Harvard Business Review website: https://hbr.org/2019/04/how-companies-should-prepare-their-forecasts. "The forecast is a living instrument and should be periodically updated to reflect any changes in circumstances."

**Highly Confidential**                   10

### a. Apple's revenue data showed positive year-over-year growth trends in Greater China leading up to the Q4 FY2018 Earnings Call

9. Revenue is one of the most important performance metrics for a company and is routinely monitored and analyzed by internal and external stakeholders.[17] As shown in **Rebuttal Chart 1** below, in the three quarters leading up to the Q4 FY2018 Earnings Call, Apple experienced year-over-year total revenue growth in Greater China of 21%, 19%, and 16%.[18] This level of growth is significant when considering the difficult market conditions highlighted by Dr. Shenkar.[19]

### Rebuttal Chart 1



17 Alexander, J. (2018). *Financial Planning & Analysis and Performance* Management. Hoboken, New Jersey: John Wiley & Sons, Inc., p. 329. "Revenue growth is one of the most important drivers in building and sustaining shareholder value."

18 Year-over-year growth in revenue is an important performance metric. *See Ibid.* p. 21 "Sales growth is an important determiner of financial performance…Two key sales growth measures are **year-over-year growth** and compound annual growth rate (CAGR)." (**emphasis added**).

19 Shenkar Report, section III.

**Highly Confidential**                    11

10. Similarly, as shown in **Rebuttal Chart 2** below, in the three quarters leading up to the Q4 FY2018 Earnings Call, Apple experienced year-over-year iPhone revenue growth in Greater China of 25%, 23%, and 27%. Notably, the year-over-year iPhone revenue growth in Greater China exceeded the total revenue growth (as shown in Rebuttal Chart 1) in each of these quarters.

**Rebuttal Chart 2**



Source: The Q2 FY2018 Revenue by Product Contribution CQ (APL-SECLIT_00274082 at 083), The Q3 FY2018 Revenue by Product Contribution CQ (APL_SECLIT_00353336.xlsx), The Q4 FY2018 Revenue by Product Contribution CQ (APL-SECLIT_00281758 at 857).
Note: Revenues in USD. See Schedule 1 for underlying data and/or calculations.

**Highly Confidential**

11. Furthermore, as detailed in the Poer Opening Report, Apple measured and monitored iPhone demand using data pertaining to "unbrickings."[20]  **Rebuttal Chart 3** below depicts the year-over-year growth in Greater China unbrickings and the corresponding growth in iPhone revenue in the periods surrounding the Q4 FY2018 Earnings Call.



**Rebuttal Chart 3**



12. The above chart illustrates that year-over-year Greater China unbrickings were down -8% and -11% in the two quarters leading up to the Q4 FY2018 Earnings Call, and while unbrickings were also down -4% for the month of October 2018, a significant negative trend

---

[20] Poer Opening Report ¶ 14.

in unbrickings did not emerge until after the Q4 FY2018 Earnings Call when year-over-year unbrickings dropped to -40% and -43% in November 2018 and December 2018, respectively. Importantly, while the year-over-year unbrickings did have negative growth in Q3 FY2018 and Q4 FY2018, Apple still experienced very positive year-over-year Greater China iPhone revenue growth of 23% and 27% in those quarters generally due to higher selling prices.  In other words, while Apple was experiencing fewer unbrickings than prior periods, the selling prices were generally higher, resulting in increased year-over-year iPhone revenue.

13. In **Rebuttal Chart 3.1** below, I added a year-over-year iPhone revenue growth estimate for the month of October.  I was unable to identify monthly year-over-year iPhone revenue data for Greater China in the reports I examined so I estimated iPhone revenue growth using the October unbrickings and average selling prices ("ASP").[21]  Similar to Q3 and Q4 FY2018, this analysis demonstrates that while the year-over-year unbrickings growth for October 2018 was negative (-4%), the estimated Greater China iPhone revenue growth was still positive.

<u>**Rebuttal Chart 3.1**</u>



[21] I estimated Greater China iPhone revenue by multiplying the unbrickings for October by the ASP for each iPhone product.  I checked the reasonableness of this approach with two calculations: first, I multiplied the Q1 FY2019 unbrickings (10,366,000) by the ASP for each product which resulted in $9,532,000,000, which is within 0.1% of the actual Greater China iPhone revenue for the quarter ($9,536,000,000).  Second, I applied this methodology (i.e., unbrickings multiplied by ASP) for Q4 FY2018/17 and calculated the year-over-year growth percentage to be 23%, which is 4% less (i.e., more conservative) than the actual year-over-year Greater China iPhone revenue growth of 27%.  *See* Schedule 3.1a-c for calculation details.

    **b.** **Apple's year-over-year positive iPhone revenue growth in Greater China was starkly different than the negative trends related to its iPhone revenue in Turkey, India, Brazil, and Russia leading up to the Q4 FY2018 Earnings Call.**

14. On the Q4 FY2018 Earnings Call, Mr. Cook stated that "[t]he emerging markets that we're seeing pressure in are markets like Turkey, India, Brazil, Russia, these are markets where currencies have weakened over the recent period."[22]  In the Poer Opening Report, I presented data pertaining to the currencies in these markets and Greater China.[23]  ==**Rebuttal Chart 4** below shows the year-over-year iPhone revenue growth in Greater China and these markets in the three quarters leading up to the Q4 FY2018 Earnings Call.==

### Rebuttal Chart 4



---

[22] Apple's Q4 FY2018 Earnings Call held on November 1, 2018.
[23] *See* Poer Opening Report, Charts 10-12.

15. As shown above, ==Greater China had positive and stable iPhone revenue growth of 25%, 23%, and 27% in the three quarters leading up to the Q4 FY2018 Earnings Call.==  Conversely, Brazil and India experienced negative iPhone revenue growth during these quarters and the iPhone revenue growth in Turkey and Russia significantly declined each quarter.

16. Similarly, ==**Rebuttal Chart 5** depicts Apple's ASP in U.S. dollars from Q2 FY2017 through Q4 FY2018.==  In every quarter, the ASP in Greater China exceeded the weighted ASP for Brazil, India, Russia, and Turkey, which suggests that China did not have the same degree of currency valuation issues as the other markets.  In Q2 FY2017, Greater China's ASP exceeded the weighted ASP for the other markets by approximately $140, and this spread grew to approximately $360 by Q4 FY2018.

### ==Rebuttal Chart 5==



17. This point is further evident when examining iPhone launch prices in local currencies.  As shown in **Rebuttal Chart 6** below, in China the price of the iPhone XR, which launched on October 26, 2018,[24] was 23% higher than the price of the iPhone 6, which launched on September 19, 2014,[25] whereas prices increased 63%, 44%, 63%, and 215% in Brazil, India, Russia, and Turkey, respectively.  When compared to the iPhone 8, which launched on September 22, 2017,[26] the iPhone XR price in China was 10% higher, versus 30%, 20%, 14%, and 76% in Brazil, India, Russia, and Turkey, respectively.

### Rebuttal Chart 6

**iPhone Price Comparison (in Local Currency)**
Select Geographies
at Product Launch

| | Percentage Increase in Launch Price | |
|---|---|---|
| | iPhone XR v. iPhone 8 | iPhone XR v. iPhone 6 |
| **China** | 10% | 23% |
| **Brazil** | 30% | 63% |
| **India** | 20% | 44% |
| **Russia** | 14% | 63% |
| **Turkey** | 76% | 215% |

Source: Launch Prices (APL_SECLIT_00161586 at 595).

Note: Price in local currency.

---

[24] https://www.apple.com/newsroom/2018/09/apple-introduces-iphone-xr/.

[25] https://www.apple.com/newsroom/2014/09/09Apple-Announces-iPhone-6-iPhone-6-Plus-The-Biggest-Advancements-in-iPhone-History/.

[26] https://www.apple.com/newsroom/2017/09/iphone-8-and-iphone-8-plus-now-available/.

**Highly Confidential**                    18

18. Notably, Dr. Shenkar did not perform any independent analysis regarding the important context of Mr. Cook's comment that China was not in the same category as Turkey, India, Brazil, and Russia.

### c. Apple's store traffic data indicated positive trends leading up to the Q4 FY2018 Earnings Call.

19. In his report, Dr. Shenkar described the data and internal sources Apple accessed with regard to its business in Greater China, one of which was store traffic.[27] Dr. Shenkar referenced the following excerpt from Mr. Cook's January 2, 2019 CNBC interview, which is also included in plaintiff's Complaint: "we saw, as the quarter went on, things like traffic in our retail stores, traffic in our channel partner stores, the reports of the smartphone industry contracting, particularly bad in November."[28]

---

[27] Shenkar Report ¶ 134.
[28] Shenkar Report ¶ 8. *See also* Complaint ¶ 36.

20. Accordingly, I examined various reports containing traffic data and summarized the data in the charts below.[29] **Rebuttal Chart 7A** illustrates the year-over-year growth in store traffic for Apple's reseller stores in Greater China by week for Q1 FY2019.  Notably, November (i.e., week 5 – week 9) was down significantly, consistent with Mr. Cook's January 2019 comments to CNBC, and there was positive year-over-year growth in the two weeks leading up to the Q4 FY2018 Earnings Call.

### Rebuttal Chart 7A



**Highly Confidential**                              20

21. **Rebuttal Chart 7B** below plots the same reseller traffic data for Q1 FY2019 as Rebuttal

Chart 7A, but it also includes reseller traffic data for Q4 FY2018.

### **Rebuttal Chart 7B**



22. The Q4 FY2018 reseller traffic data indicates there was negative year-over-year growth in

Greater China traffic for each week except week 13.  However, these negative trends in

traffic did not translate into revenue problems.  Indeed, Apple's Q4 FY2018 Greater China

year-over-year total revenue grew 16% and its iPhone revenue grew 27%[30] which

demonstrate traffic data is an imprecise measure of demand.[31]

23. Finally, I examined traffic data related to Apple Stores in Greater China during Q1 FY2019, and observed <mark>positive year-over-year traffic growth</mark> was achieved each week leading up to the Q4 FY2018 Earnings Call, as shown in **Rebuttal Chart 7C** below.

**Rebuttal Chart 7C**

Source: Q1 FY2019 Retail Traffic (APL_SECLIT_00204002.xlsx).
Note: The YoY growth percentages are calculated using average store traffic for the respective time period. See Schedule 7C for underlying data and/or calculations.
[1] Data does not include Taiwan, which had one retail store during Q1 FY2018 - Q1 FY2019 (https://www.apple.com/newsroom/2017/06/apples-first-store-in-taiwan-opens-saturday/).

---

[30] *See* Rebuttal Charts 1 and 2.
[31] *See also* Carlyn Taylor Expert Report, section V.A.

**Highly Confidential**

24. In sum, the traffic data I examined supports Mr. Cook's January 2019 statement that store traffic was "particularly bad in November" and also shows that there were positive traffic trends in both reseller and retail stores in the weeks leading up to the Q4 FY2018 Earnings Call, a data point Dr. Shenkar ignored in his analysis.

### d. Dr. Shenkar's analysis failed to consider percipient witness testimony regarding Apple's optimism surrounding the iPhone XR.

25. The iPhone XR launched on October 26, 2018, just five days before the Q4 FY2018 Earnings Call.[32] This very short window of time, and the fact that the iPhone XR was a unique product without comparable historical data, made it difficult for Apple to estimate demand.[33] Furthermore, because the iPhone XR did not have a similar predecessor product, Apple understood that its customers wanted to go into a store to see the iPhone XR before making a purchasing decision, further complicating the forecasting process.[34] While Dr. Shenkar's report contains references to select emails regarding the iPhone XR that were sent during the five days leading up to the Q4 FY2018 Earnings Call, Dr. Shenkar completely ignored the testimony of percipient witnesses who testified that based on the unique nature of the XR launch and the forthcoming holidays, there was considerable optimism that iPhone XR sales would increase significantly as the quarter progressed:

> But we, again, took into consideration the data points that we had very early in the launch cycle knowing that the XR was a product people would have to go see.
>
> And we had lots of selling weeks left in addition to some pretty meaningful holidays, you know, 11/11, Singles' Day in China, Black Friday in the US, Christmas holiday seasonality.

---

[32] https://www.apple.com/newsroom/2018/09/apple-introduces-iphone-xr/.
[33] February 25, 2022 Luca Maestri Deposition Transcript 176:3 – 177:8.
[34] *Ibid* at 45:7-18.  *See also* Carlyn Taylor Expert Report, section V.C.

So again, I would say we had stats on early start, and it had maybe come out as an early start that was slower. I believe, that was referenced in some documents. But it didn't mean that we couldn't hit our forecasts.

We were optimistic that we could take action and actually, as the customers saw the product, given the reviews that the product could do a lot better over time.[35]

**IV.**    <u>**CONCLUSION**</u>

26. As illustrated in the charts presented in this report and in Appendix B, there were numerous

positive trends regarding Apple's iPhone business in Greater China that existed in the period

leading up to the Q4 FY2018 Earnings Call.  Dr. Shenkar's analysis failed to consider any of

these important performance indicators or related percipient witness testimony and therefore

his opinions are irrelevant and unreliable as to information Apple reasonably would have

analyzed and relied upon in its forecast estimates.

---

[35] March 8, 2022 Kevan Parekh Deposition Transcript 181:11 – 182:2.  *See also* March 15, 2022 Greg Joswiak Deposition Transcript 105:15-21 where he states that Singles' Day was "of great interest to us" and Apple "had a lot of optimism about it."

Respectfully submitted,

Eric Poer, CPA, CFF, ABV, CFE

June 10, 2022

Appendix A

Rebuttal Summary and Expert Report of Eric Poer
In re Apple Inc. Securities Litigation
Documents Relied On

Note: Documents I relied on are also cited in footnotes to my report, charts, and supporting schedules.
* Item added in connection with rebuttal analysis

**Bates Stamped Documents**

Q1 FY2019 Daily Unbrickings Reports (APL-SECLIT_00052882 - APL-SECLIT_00067512)
Weekly Unbrickings Reports (APL-SECLIT_00362195, APL-SECLIT_00497938, APL-SECLIT_00362303)
Q4 FY2018 Earnings Call Prep Documents (APL-SECLIT_00261116, APL-SECLIT_00261126, APL-SECLIT_00281857)
11/1/18 report (v2) P&L Dashboard Forecast (APL-SECLIT_00284951)
Internal Foreign Exchange Spreadsheet (APL-SECLIT_00580456)
* The Q2 FY2018 Revenue by Product Contribution CQ (APL-SECLIT_00274082 at 083)
* The Q3 FY2018 Revenue by Product Contribution CQ (APL-SECLIT_00353336.xlsx)
* The Q4 FY2018 Revenue by Product Contribution CQ (APL-SECLIT_00281758 at 857)
* The Q1 FY2019 Revenue by Product Contribution CQ (APL-SECLIT_00289512 at 527)
* The Q1 FY2019 Greater China Data Sheet Backup (APL-SECLIT_00289512 at 520)
* Daily UB Report 6-30 (APL-SECLIT_00040487 at 514), Daily UB Report 9-29 (APL-SECLIT_00052726 at 752)
* Market Stats SI & ST Units - iPhone and iPhone Analysis (APL_SECLIT_00353335.xlsx), The Q4 FY2018 Market Stats SI & ST Units - iPhone (APL-SECLIT_00281758 at 865)
* Q4 FY2018 Reseller Traffic (APL-SECLIT_00087724.xlsx), Q1 FY2019 Reseller Traffic (APL-SECLIT_00613375.xlsx)
* Q1 FY2019 Retail Traffic (APL_SECLIT_00204002.xlsx)
* Launch Prices (APL_SECLIT_00161586 at 595)

**Publicly Available Documents/Websites**

Apple Inc. 2018 Form 10-K
Apple Q4 FY2018 Earnings Call Transcript, November 1, 2018
https://corporate.jd.com/home
Bloomberg (for foreign currency exchange rates)
* https://www.apple.com/newsroom/2018/09/apple-introduces-iphone-xr/
* https://www.apple.com/newsroom/2014/09/09Apple-Announces-iPhone-6-iPhone-6-Plus-The-Biggest-Advancements-in-iPhone-History/
* https://www.apple.com/newsroom/2017/09/iphone-8-and-iphone-8-plus-now-available/

**Case Pleadings**

CORRECTED CONSOLIDATED AND AMENDED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS, January 15, 2020
CORRECTED CONSOLIDATED AND AMENDED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS, January 15, 2020
DEFENDANTS' MOTION TO DISMISS THE REVISED CONSOLIDATED CLASS ACTION COMPLAINT, July 13, 2020
LEAD PLAINTIFF'S OPPOSITION  TO DEFENDANTS' MOTION TO DISMISS THE REVISED CONSOLIDATED CLASS ACTION COMPLAINT, July 27, 2020
DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS THE REVISED CONSOLIDATED CLASS ACTION COMPLAINT, August 3, 2020
ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS THE REVISED CONSOLIDATED CLASS ACTION COMPLAINT, November 4, 2020
DEFENDANT TIMOTHY COOK'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO LEAD PLAINTIFF'S FIRST REQUESTS FOR ADMISSION, May 14, 2021

**Deposition Transcripts**

Kevan Parekh 30(b)(6) Deposition, March 10, 2021
Donal Conroy 30(b)(6) Deposition, March 15, 2021
Donal Conroy Deposition, February 21, 2022
Luca Maestri Deposition, February 25, 2022 (including Exhibits 20 and 21)
Kevan Parekh Deposition, March 8, 2022
* Greg Joswiak Deposition, March 15, 2022

**Interviews**

Videoconference with Anish Patel and Naznin Schroff, April 19, 2022
Videoconference with Tejas Gala, April 22, 2022
* Videoconference with Tina Tong and Karen Wang, June 7, 2022

**Academic Literature**

* Alexander, J. (2018). Financial Planning & Analysis and Performance Management . Hoboken, New Jersey: John Wiley & Sons, Inc.
* Foley, C. Fritz & Khavkin, Mark (2019). How Companies Should Prepare Their Forecasts. Harvard Business Review.

**Expert Reports**

* Expert Report of Oded Shenkar, April 27, 2022
* Expert Rebuttal Report of Carlyn Taylor, June 10, 2022

Highly Confidential

Appendix B                                    <u>**Rebuttal Chart 1**</u>



Source: The Q2 FY2018 Revenue by Product Contribution CQ (APL-SECLIT_00274082 at 083), The Q3 FY2018 Revenue by Product Contribution CQ (APL_SECLIT_00353336.xlsx), The Q4 FY2018 Revenue by Product Contribution CQ (APL-SECLIT_00281758 at 857).
Note: Revenues in USD. See Schedule 1 for underlying data and/or calculations.

**Highly Confidential**                        1

Appendix B                    **Rebuttal Chart 2**



iPhone Quarterly Revenue
Greater China
Q2-Q4 FY2017 and Q2-Q4 FY2018

Source: The Q2 FY2018 Revenue by Product Contribution CQ (APL-SECLIT_00274082 at 083), The Q3 FY2018 Revenue by Product Contribution CQ (APL_SECLIT_00353336.xlsx), The Q4 FY2018
Revenue by Product Contribution CQ (APL-SECLIT_00281758 at 857).
Note: Revenues in USD. See Schedule 1 for underlying data and/or calculations.

Appendix B



Source: The Q2 FY2018 Revenue by Product Contribution CQ (APL-SECLIT_00274082 at 083), The Q3 FY2018 Revenue by Product Contribution CQ (APL_SECLIT_00353336.xlsx), The Q4 FY2018 Revenue by Product Contribution CQ (APL-SECLIT_00281758 at 857).
Note: Revenues in USD. See Schedule 1 for underlying data and/or calculations.

Appendix B

<u>**Rebuttal Chart 3**</u>



iPhone YoY Revenue and Unbrickings (UBs) Growth
Greater China
Q3-Q4 FY2018 vs. Q3-Q4 FY2017 and Q1 FY2019 (Monthly) vs. Q1 FY2018 (Monthly)

Source: The Q3 FY2018 Revenue by Product Contribution CQ (APL_SECLIT_00353336.xlsx), The Q4 FY2018 Revenue by Product Contribution CQ (APL-SECLIT_00281758 at 857); Daily UB Report 10-31 (APL-SECLIT_00057742 at 768), Daily UB Report 11-30 (APL-SECLIT_00062505 at 534), Daily UB Report 12-29 (APL-SECLIT_00067341 at 375); Daily UB Report 6-30 (APL-SECLIT_00040487 at 514), Daily UB Report 9-29 (APL-SECLIT_00052726 at 752).

Note: Revenue growth in USD. I was unable to identify monthly iPhone year-over-year revenue data for Greater China in the reports I examined. See Schedule 3 for underlying data and/or calculations.

**Highly Confidential**

Appendix B

**<u>Rebuttal Chart 3.1</u>**



### iPhone YoY Revenue and Unbrickings (UBs) Growth
#### Greater China
##### Q3-Q4 FY2018 vs. Q3-Q4 FY2017 and Q1 FY2019 (Monthly) vs. Q1 FY2018 (Monthly)

Source: The Q3 FY2018 Revenue by Product Contribution CQ (APL_SECLIT_00353336.xlsx), The Q4 FY2018 Revenue by Product Contribution CQ (APL-SECLIT_00281758 at 857), The Q1 FY2019 Greater China Data Sheet Backup (APL-SECLIT_00289512 at 520); Daily UB Report 10-31 (APL-SECLIT_00057742 at 768), Daily UB Report 11-30 (APL-SECLIT_00062505 at 534), Daily UB Report 12-29 (APL-SECLIT_00067341 at 375); Daily UB Report 6-30 (APL-SECLIT_00040487 at 514), Daily UB Report 9-29 (APL-SECLIT_00052726 at 752).
Note: Revenue growth in USD.
[1] See Schedules 3 and 3.1a-c for underlying data and/or calculations.

Appendix B

**Rebuttal Chart 4**



### iPhone YoY Revenue Growth
#### Greater China, Brazil, India, Russia, and Turkey
##### Q2-Q4 FY2018 vs. Q2-Q4 FY2017

Source: The Q2 FY2018 Revenue by Product Contribution CQ (APL-SECLIT_00274082 at 083), The Q3 FY2018 Revenue by Product Contribution CQ (APL_SECLIT_00353336.xlsx), The Q4 FY2018 Revenue by Product Contribution CQ (APL-SECLIT_00281758 at 857).
Note: Revenue growth in USD. See Schedule 4 for underlying data and/or calculations.

**Highly Confidential**

6



Source: The Q2 FY2018 Revenue by Product Contribution CQ (APL-SECLIT_00274082 at 083), The Q3 FY2018 Revenue by Product Contribution CQ (APL_SECLIT_00353336.xlsx), The Q4 FY2018 Revenue by Product Contribution CQ (APL-SECLIT_00281758 at 857).
Note: Revenue growth in USD. See Schedule 4 for underlying data and/or calculations.

Appendix B

**<u>Rebuttal Chart 4B</u>**



### iPhone YoY Revenue Growth
#### Greater China vs. India
#### Q2-Q4 FY2018 vs. Q2-Q4 FY2017

■ Greater China    ■ India

Source: The Q2 FY2018 Revenue by Product Contribution CQ (APL-SECLIT_00274082 at 083), The Q3 FY2018 Revenue by Product Contribution CQ (APL-SECLIT_00353336.xlsx), The Q4 FY2018 Revenue by Product Contribution CQ (APL-SECLIT_00281758 at 857).
Note: Revenue growth in USD. See Schedule 4 for underlying data and/or calculations.

**Highly Confidential**



iPhone YoY Revenue Growth
Greater China vs. Russia
Q2-Q4 FY2018 vs. Q2-Q4 FY2017

Source: The Q2 FY2018 Revenue by Product Contribution CQ (APL-SECLIT_00274082 at 083), The Q3 FY2018 Revenue by Product Contribution CQ (APL_SECLIT_00353336.xlsx), The Q4 FY2018 Revenue by Product Contribution CQ (APL-SECLIT_00281758 at 857).
Note: Revenue growth in USD. See Schedule 4 for underlying data and/or calculations.

Appendix B

**<u>Rebuttal Chart 4D</u>**



### iPhone YoY Revenue Growth
#### Greater China vs. Turkey
##### Q2-Q4 FY2018 vs. Q2-Q4 FY2017

Source: The Q2 FY2018 Revenue by Product Contribution CQ (APL-SECLIT_00274082 at 083), The Q3 FY2018 Revenue by Product Contribution CQ (APL_SECLIT_00353336.xlsx), The Q4 FY2018 Revenue by Product Contribution CQ (APL-SECLIT_00281758 at 857).
Note: Revenue growth in USD. See Schedule 4 for underlying data and/or calculations.

**Highly Confidential**

Appendix B



Source: Market Stats SI & ST Units - iPhone and iPhone Analysis (APL_SECLIT_00353335.xlsx), The Q4 FY2018 Market Stats SI & ST Units - iPhone (APL-SECLIT_00281758 at 865); The Q2 FY2018 Revenue by Product Contribution CQ (APL-SECLIT_00274082 at 083), The Q3 FY2018 Revenue by Product Contribution CQ (APL_SECLIT_00353336.xlsx), The Q4 FY2018 Revenue by Product Contribution CQ (APL-SECLIT_00281758 at 857), The Q1 FY2019 Revenue by Product Contribution CQ (APL-SECLIT_00289512 at 527).
Note: ASP in USD. Brazil, India, Russia, & Turkey is a weighted average calculated using USD iPhone Revenue divided by Sell-In Units. See Schedule 5 for underlying data and/or calculations.



## iPhone Average Selling Price "ASP" (in USD) by Geography
### Select Geographies
### Q2 FY2017 - Q4 FY2018

Source: Market Stats SI & ST Units - iPhone and iPhone Analysis (APL_SECLIT_00353335.xlsx), The Q4 FY2018 Market Stats SI & ST Units - iPhone (APL-SECLIT_00281758 at 865); The Q2 FY2018 Revenue by Product Contribution CQ (APL-SECLIT_00274082 at 083), The Q3 FY2018 Revenue by Product Contribution CQ (APL_SECLIT_00353336.xlsx), The Q4 FY2018 Revenue by Product Contribution CQ (APL-SECLIT_00281758 at 857), The Q1 FY2019 Revenue by Product Contribution CQ (APL-SECLIT_00289512 at 527).
Note: ASP in USD. See Schedule 5 for underlying data and/or calculations.

Appendix B

**<u>Rebuttal Chart 6</u>**

## iPhone Price Comparison (in Local Currency)
### Select Geographies
#### at Product Launch

| | **Percentage Increase in Launch Price** | |
|---|---|---|
| | iPhone XR v. iPhone 8 | iPhone XR v. iPhone 6 |
| **China** | 10% | 23% |
| **Brazil** | 30% | 63% |
| **India** | 20% | 44% |
| **Russia** | 14% | 63% |
| **Turkey** | 76% | 215% |

Source: Launch Prices (APL_SECLIT_00161586 at 595).

Note: Price in local currency.

*DRAFT*

Attorney Client Work Product
Privileged & Confidential

Appendix B



Source: Launch Prices (APL_SECLIT_00161586 at 595).
Note: Price in local currency.

Appendix B

**<u>Rebuttal Chart 6.2</u>**



### iPhone Percentage Increase in Launch Price (in Local Currency) - iPhone XR vs. iPhone 6
#### Select Geographies
#### at Product Launch

Source: Launch Prices (APL_SECLIT_00161586 at 595).
Note: Price in local currency.

**Highly Confidential**

Appendix B

**<u>Rebuttal Chart 7A</u>**



### YoY Weekly Store Traffic Growth - Reseller Stores
#### Greater China
##### Q1 FY2019

Q4 2018 earnings call 11/1/18

Q1 FY2019

Source: Q1 FY2019 Reseller Traffic (APL_SECLIT_00613375.xlsx).
Note: The YoY growth percentages are calculated using average store traffic for the respective time period and program. See Schedule 7 for underlying data and/or calculations.

**Highly Confidential**

16

Appendix B

**<u>Rebuttal Chart 7B</u>**



**YoY Weekly Store Traffic Growth - Reseller Stores**
Greater China
Q4 FY2018 - Q1 FY2019

Source: Q4 FY2018 Reseller Traffic (APL_SECLIT_00087724.xlsx), Q1 FY2019 Reseller Traffic (APL_SECLIT_00613375.xlsx); The Q4 FY2018 Revenue by Product Contribution CQ (APL-SECLIT_00281758 at 857).
Note: The YoY growth percentages are calculated using average store traffic for the respective time period and program. See Schedule 7 for underlying data and/or calculations.
[1] See Rebuttal Charts 1 and 2.

**Highly Confidential**

17

Appendix B

**<u>Rebuttal Chart 7C</u>**



### YoY Weekly Store Traffic Growth - Retail Stores
#### Greater China [1]
#### Q1 FY2019

Source: Q1 FY2019 Retail Traffic (APL_SECLIT_00204002.xlsx).
Note: The YoY growth percentages are calculated using average store traffic for the respective time period. See Schedule 7C for underlying data and/or calculations.
[1] Data does not include Taiwan, which had one retail store during Q1 FY2018 - Q1 FY2019 (https://www.apple.com/newsroom/2017/06/apples-first-store-in-taiwan-opens-saturday/).

**Highly Confidential**