# EXHIBIT 98

Finance Home | Watchlists | My Portfolio | Cryptocurrencies | Yahoo Finance Plus | Screeners | Markets | ... | y!finance+ | Upgrade now

## Apple Inc. (AAPL)
NasdaqGS - NasdaqGS Real Time Price. Currency in USD

**155.96** +1.43 (+0.93%)
At close: 04:00PM EDT

**156.04** +0.08 (+0.05%)
After hours: 08:00PM EDT

☆ Add to watchlist    👥 Visitors trend  2W ↓  10W ↑  9M ↑

Quote Lookup

Summary | Company Outlook | Chart | Conversations | Statistics | **Historical Data** | Profile | Financials | Analysis | Options | Holders | Sustainability



Time Period: Oct 31, 2018 - Nov 02, 2018 ▾     Show: Historical Prices ▾     Frequency: Daily ▾

Apply

Currency in USD                                                                                     ⬇ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Nov 02, 2018 | 52.39 | 53.41 | 51.36 | 51.87 | 49.97 | 365,314,800 |
| Nov 01, 2018 | 54.76 | 55.59 | 54.20 | 55.56 | 53.52 | 233,292,800 |

*Close price adjusted for splits.    **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

### People Also Watch

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **AMZN** Amazon.com, Inc. | 129.48 | +3.37 | +2.67% |
| **TSLA** Tesla, Inc. | 283.70 | +9.28 | +3.38% |
| **META** Meta Platforms, Inc. | 160.39 | +1.85 | +1.17% |
| **GOOG** Alphabet Inc. | 110.48 | +3.00 | +2.79% |
| **NFLX** Netflix, Inc. | 228.96 | +10.57 | +4.84% |

### Similar to AAPL

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **SONY** Sony Group Corporation | 74.50 | -0.87 | -1.15% |
| **SONO** Sonos, Inc. | 14.98 | +0.19 | +1.28% |
| **GPRO** GoPro, Inc. | 5.80 | +0.12 | +2.11% |
| **VUZI** Vuzix Corporation | 7.67 | +0.21 | +2.82% |
| **PCRFY** Panasonic Holdings Corporation | 7.74 | -0.03 | -0.39% |