JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
MICHAEL D. TORPEY (SBN 79424)
mtorpey@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Attorneys for Defendants Apple Inc.,
Timothy Cook, and Luca Maestri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

IN RE APPLE INC. SECURITIES LITIGATION

This Document Relates To:

ALL ACTIONS.

Civil Action No. 4:19-cv-02033-YGR

**DECLARATION OF ROBIN GOLDBERG REGARDING DEFENDANT APPLE INC.'S BUSINESS RECORDS**

Hearing
Date: TBD
Time: 2:00 p.m.
Ctrm: 1, 14th Floor
Judge: Honorable Yvonne Gonzalez Rogers

I, Robin Goldberg, declare as follows:

1. I am the Discovery Manager at Apple Inc. ("Apple"), where I have been employed since 2015. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to them.

2. As Discovery Manager, I am personally familiar with Apple's business and record-keeping practices and procedures, including as to the types of internal and external reports and communications Apple keeps in the ordinary course of its business. On February 26, 2021, I was deposed in this matter as Apple's corporate designee on the topic of Apple's record-keeping and record maintenance systems. I am also personally familiar with how Apple's documents were collected for production in this matter.

3. The records and documents referred to in this Declaration constitute writings maintained, taken, or made in the regular or ordinary course of business of Apple at or near the time of the act, condition, event, or opinion to which they relate by—or from information transmitted by—persons employed by Apple who had (1) knowledge of the act, condition, event, or opinion; and (2) a business duty to Apple to accurately and completely take, make, and maintain such records and documents in the regular practice of their position(s).

4. I am an authorized custodian of these records and documents, and have personally reviewed each of the records and documents which are the subject of this Declaration. Pursuant to Federal Rule of Evidence 902(11), I certify on behalf of Apple that each of the documents listed herein are true and correct copies of Apple's business records (i.e., records of regularly conducted activity) that were made at or near the time of the act, event, or condition reflected therein by someone with knowledge pursuant to Apple's regularly conducted business activity.

5. Attached to the Declaration of Timothy Cook in Support of Defendants' Motion for Summary Judgment as **Exhibit 1** is a true and correct copy of an email sent from Timothy Cook to Luca Maestri regarding "Potential questions by analyst," dated November 1, 2018. Produced and bates stamped as APL-SECLIT_00151377-80.

6. Attached to the Declarations of Timothy Cook and Luca Maestri in Support of Defendants' Motion for Summary Judgment as **Exhibit 2** is a true and correct copy of an email

sent from Nancy Paxton to Timothy Cook, Luca Maestri, and other Apple employees regarding "Script and Q&A" and attaching "Q4'18 Q&A," dated October 31, 2018. Produced and bates stamped as APL-SECLIT_000261103-77.

7. Attached to the Declaration of Timothy Cook in Support of Defendants' Motion for Summary Judgment as **Exhibit 6** is a true and correct copy of a document from the files of Timothy Cook entitled "BoD call—privileged and confidential," dated December 17, 2018. Produced and bates stamped as APL-SECLIT_00644943-44.

8. Attached to the Declarations of Luca Maestri and Kevan Parekh in Support of Defendants' Motion for Summary Judgment as **Exhibit 7** is a true and correct copy of an email sent from Saori Casey to Timothy Cook, Luca Maestri, Kevan Parekh, and other Apple employees regarding "Q1 Internal Range" and attaching "Q1'19 P&L Dashboard," dated November 1, 2018. Produced and bates stamped APL-SECLIT_00284947-51.

9. Attached to the Declaration of Luca Maestri in Support of Defendants' Motion for Summary Judgment as **Exhibit 8** is a true and correct copy of an email from Michael Shapiro to Luca Maestri, and other Apple employees, regarding "Share Repurchase" and attaching an excerpt PDF of "Share Repurchase Summary," originally produced as a spreadsheet, dated January 3, 2019. Produced and bates stamped as APL-SECLIT_00028738-39.

10. Attached to the Declaration of Kevan Parekh in Support of Defendants' Motion for Summary Judgment as **Exhibit 9** is a true and correct copy of an email from Tabitha Ahearn to Luca Maestri, Donal Conroy, Kevan Parekh, and other Apple employees, regarding "Q4'18 Quarter End Earnings Material" and attaching an excerpt of "Q4'18 Quarter End Earnings Call Folder," dated October 10, 2018. Produced and bates stamped as APL_SECLIT_00281755-58, APL_SECLIT_00281845, APL_SECLIT_00281855 & APL_SECLIT_00281868.

11. Attached to the Declaration of Kevan Parekh in Support of Defendants' Motion for Summary Judgment as **Exhibit 10** is a true and correct copy of an excerpt of Total iPhone Summary Report, dated November 1, 2018. Produced and bates stamped as APL_SECLIT_00057900, APL_SECLIT_00057920, APL_SECLIT_00057923, APL_SECLIT_00057925-26, APL_SECLIT_00057982 & APL_SECLIT_00057999.

12. Attached to the Declaration of Kevan Parekh in Support of Defendants' Motion for Summary Judgment as **Exhibit 11** is a true and correct copy of an email from Kevan Parekh to Timothy Cook, cc to Jeff Williams, Luca Maestri, and other Apple employees, regarding "Materials for 1:00pm PST Call" and attaching an excerpt of "Q1'19 Update," dated October 28, 2018. Produced and bates stamped as APL_SECLIT_00099226-28, APL_SECLIT_00099236 & APL_SECLIT_00099250-51.

13. Attached to the Declaration of Kevan Parekh in Support of Defendants' Motion for Summary Judgment as **Exhibit 12** is a true and correct copy of an email from SDM Exec Updates to Timothy Cook, Luca Maestri, Kevan Parekh, and other Apple employees regarding "Thursday Update - Q1 Week 4" and attaching Q1'19 projections, dated October 25, 2018. Produced and bates stamped as APL_SECLIT_00283659-64 & APL_SECLIT_00283669.

14. Attached to the Declaration of Kevan Parekh in Support of Defendants' Motion for Summary Judgment as **Exhibit 13** is a true and correct copy of an email from SDM Exec Updates to Timothy Cook, Luca Maestri, Kevan Parekh, and other Apple employees regarding "Thursday Update – Q1 Week 5" and attaching Q1'19 projections, dated November 1, 2018. Produced and bates stamped as APL_SECLIT_00285251-58 & APL_SECLIT_00285262.

15. Attached to the Declaration of Kevan Parekh in Support of Defendants' Motion for Summary Judgment as **Exhibit 14** is a true and correct copy of an email from Saori Casey to Kevan Parekh regarding "Q1 model" and attaching "Q1'19 P&L Dashboard," dated October 25, 2018. Produced and bates stamped as APL_SECLIT_00496565-66.

16. Attached to the Declaration of Kevan Parekh in Support of Defendants' Motion for Summary Judgment as **Exhibit 16** is a true and correct copy of an email from Paul Delaney to Donal Conroy, Anish Patel, and other Apple employees regarding "iPhone Q1 Wk5 UB Commentary" and attaching "iPhone Extrap FY19 Q1," dated November 4, 2018. Produced and bates stamped as APL-SECLIT_00497933-35 & APL-SECLIT_00497938.

17. Attached to the Declaration of Kevan Parekh in Support of Defendants' Motion for Summary Judgment as **Exhibit 17** is a true and correct copy of an email from Christina Wu to Donal Conroy, Anish Patel, and other Apple employees regarding "iPhone Q1'19 Extrap – 12/28"

and attaching "iPhone Extrap FY19 Q1," dated December 28, 2018. Produced and bates stamped as APL-SECLIT_00362300-03.

18. Attached to the Declaration of Kevan Parekh in Support of Defendants' Motion for Summary Judgment as **Exhibit 19** is a true and correct copy of an email from Brian Lu to Timothy Cook, cc to Kevan Parekh and other Apple employees, regarding "Singles Day," dated November 12, 2018. Produced and bates stamped as APL-SECLIT_00393550.

19. Attached to the Declaration of Kevan Parekh in Support of Defendants' Motion for Summary Judgment as **Exhibit 20** is a true and correct copy of an email from Timothy Cook to Kevan Parekh, cc to Luca Maestri and other Apple employees, regarding "Latest SI Forecast Assumptions and P&L," dated November 17, 2018. Produced and bates stamped as APL-SECLIT_00292395-401.

20. Attached to the Declaration of Kevan Parekh in Support of Defendants' Motion for Summary Judgment as **Exhibit 21** is a true and correct copy of an email from Kevan Parekh to Timothy Cook, cc to Luca Maestri and other Apple employees, regarding "Latest SI Forecast Assumptions and P&L" and attaching "Q1'19 Top iPhone in Top 10 Countries (Pan Geo)," dated November 18, 2018. Produced and bates stamped as APL-SECLIT_00292378-85 & APL-SECLIT_00292388.

21. Attached to the Declaration of Kevan Parekh in Support of Defendants' Motion for Summary Judgment as **Exhibit 22** is a true and correct copy of an email from Kevan Parekh to Timothy Cook, cc to Luca Maestri and other Apple employees, regarding "FQ1 Week 8 Top iPhone Run Chart Update" and attaching "Q1'19 Top iPhone in Top 10 Countries (Pan Geo)," dated November 26, 2018. Produced and bates stamped as APL-SECLIT_00286354-56.

22. Attached to the Declaration of Kevan Parekh in Support of Defendants' Motion for Summary Judgment as **Exhibit 23** is a true and correct copy of an email from SDM Exec Updates to Timothy Cook, Luca Maestri, and other Apple employees, regarding "19Q1 Black Friday Update," dated November 24, 2018. Produced and bates stamped as APL-SECLIT_00152727-32.

23. Attached to the Declaration of Kevan Parekh in Support of Defendants' Motion for Summary Judgment as **Exhibit 24** is a true and correct copy of an email chain between Timothy Cook, Mike Fenger, Kevan Parekh, and other Apple employees regarding "China," dated between November 24 and 25, 2018. Produced and bates stamped as APL-SECLIT_00536800.

24. Attached to the Declaration of Kevan Parekh in Support of Defendants' Motion for Summary Judgment as **Exhibit 25** is a true and correct copy of an email from Kevan Parekh to Luca Maestri and Saori Casey, cc to other Apple employees, regarding "China Info" and attaching an excerpt of "China market and competition update – Q1'19 W13," dated December 26, 2018. Produced and bates stamped as APL_SECLIT_00288410-23.

25. Attached hereto as **Exhibit 99** is a true and correct copy of an email from Tejas Gala to Luca Maestri, Matt Blake, and other Apple employees regarding "Consensus Update 110218 – Post Earnings" and attaching "2018-11-02 Sell Side Update," dated November 2, 2018. Produced and bates stamped as APL-SECLIT_00284221-27 & APL-SECLIT_00284232.

26. Attached hereto as **Exhibit 101** is a true and correct copy of an email from Timothy Cook to Apple's Board of Directors regarding "Update," dated November 1, 2018. Produced and bates stamped as APL-SECLIT_00504044-45.

27. Attached hereto as **Exhibit 102** is a true and correct copy of an email from Kevan Parekh to Gregory Joswiak regarding "Sunday Tim Meeting Notes," dated October 29, 2018. Produced and bates stamped as APL-SECLIT_00163798-804.

28. Attached hereto as **Exhibit 104** is a true and correct copy of an email from Priya Balasubramaniam to Jeff Williams and other Apple employees regarding "Communication MPS cuts to Foxconn," dated November 3, 2018. Produced and bates stamped as APL-SECLIT_00551817.

29. Attached hereto as **Exhibit 105** is a true and correct copy of an email from Priya Balasubramaniam to Jeff Williams, cc to other Apple employees, regarding "Nikkei: Apple cancels production boost for budget iPhone XR: sources," dated November 5, 2018. Produced and bates stamped as APL-SECLIT_00338913-20.

30. Attached hereto as **Exhibit 107** is a true and correct copy of an email from SDM Exec Updates to Timothy Cook, Luca Maestri, and other Apple employees regarding "WW Sales Flash Week 5 Q1 FY19 includes Watch and Apple TV" and attaching Q1'19 projections, dated November 5, 2018. Produced and bates stamped as APL-SECLIT_00292246-49 & APL-SECLIT_00292253.

31. Attached hereto as **Exhibit 108** is a true and correct copy of an email regarding "MPS LOB Delta Report" and attaching "MPS LOB Delta Report – 2018-11-03-17-00-23," dated November 3, 2018. Produced and bates stamped as APL-SECLIT_00093901-03.

32. Attached hereto as **Exhibit 109** is a true and correct copy of an email regarding "MPS LOB Delta Report" and attaching "MPS LOB Delta Report – 2018-11-10-18-01-14," dated November 10, 2018. Produced and bates stamped as APL-SECLIT_00094245-47.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct. Executed in Palo Alto, California on September 9, 2022.

Robin Goldberg

ROBIN GOLDBERG