# EXHIBIT 99

**Subject:** Re: Consensus Update 110218 - Post Earnings
**From:** Tejas Gala [REDACTED]
**Received(Date):** Fri, 02 Nov 2018 16:32:10 -0700
**To:** Luca Maestri [REDACTED], Matt Blake [REDACTED],Nancy Paxton [REDACTED], Gary Wipfler [REDACTED],Saori Casey [REDACTED]
**Attachment:** PastedGraphic-3.png
**Attachment:** PastedGraphic-2.png
**Attachment:** PastedGraphic-4.png
**Attachment:** 2018-11-02 Sell Side Update.pdf
**Attachment:** 2018-11-02 Sell Side Update.xlsm
**Date:** Fri, 02 Nov 2018 16:32:10 -0700

---

Luca - as discussed I've updated the commentary below - note that there was an issue with the price target on MCH in our prior publications with First Call and they were at $300 before the call as well as I checked prior notes they sent out to verify. I've replaced them with FBN who increased from $230 to $240.

All,

See below for the latest consensus updates after our earnings call. All of my commentary is based on the comprehensive figures that we compile from analyst reports published over the last 24 hours. These figures will differ from First Call, but are more current and detailed.

Please let me know if you have any questions,
Tejas

Price Targets:
There were two downgrades (BAML and Maxim) that went from Buy to Neutral
Price target reduced from $222 to $217
Big movers down include Nomura ($215 to $185), Citi ($265 to $240), and Morgan Stanley ($247 to $226)
There were some price target increases though from DA Davidson ($265 to $290) and FBN ($230 to $240)

Q1
Revenue estimate is at $92B, down $0.75B from pre-earnings and at the higher end of our guidance range ($89B-$93B)
iPhone Units estimates are 75.7M, but there were many analysts that stopped providing their unit forecast during this update
iPhone revenue estimate is at $61.9B (vs $58.6B internally) which implies an $818 ASP which is inline with our internal guidance
Services revenue estimate is at $10.4B vs $10.6 in our internal guidance

GM is at 38.3% which is in the midpoint of our guidnace
EPS is at $4.73 which is towards the higher end of our implied guide

FY19
FY19 revenue consensus is ~$281B which is down $1.2B vs pre-earnings - most analysts take alot out of Q1, but help their out quarters
GM% and OpEx have compressed profitability though, as EPS is down $0.36 to $13.44

Tejas Gala | [REDACTED]

> On Nov 1, 2018, at 7:56 AM, Tejas Gala [REDACTED]
<mailto:[REDACTED]>> wrote:
>
> All,
>
> See below for the final consensus update pre-earnings. The update from 10/30 was the removal of Mizuho from First Call - we had already had them removed from our comprehensive figure. This brings up the first call consensus Revenue and EPS - below is a summary table.
>
> The drivers of the 5 cent EPS gap are Elazar ($5.59) and Needham ($4.26). Normalizing for these outliers, the EPS figure is $4.91.
> Similarly, on revenue, if you remove Elazar ($100B), Q1 revenue estimate comes in at $92.8B. Note the distribution below on where the analysts are landing, with 20 over $93B
>
> <PastedGraphic-2.png>
>
> Let me know if you have any questions,
> Tejas
> > <PastedGraphic-1.png>
>
> <2018-11-01 Sell Side Update.pdf>
> <2018-11-01 Sell Side Update.xlsm>
>
>
>
> Tejas Gala | [REDACTED]
>
>> On Oct 30, 2018, at 4:36 PM, Tejas Gala [REDACTED]
<mailto[REDACTED]>> wrote:
>>
>> All,
>>
>> See below for updated consensus that include the Jeffries initiation and fixed GM% from First Call. EPS gap between two methods is explained by Elazar and Needham. If you exclude both, Q1'19 EPS is at $4.91.

>>
>> Let me know if you have any questions,
>> Tejas
>>
>>
>> <PastedGraphic-1.png>
>>
>> <2018-10-30 Sell Side Update.pdf>
>> <2018-10-30 Sell Side Update.xlsm>
>>
>>
>> Tejas Gala |
>>
>>> On Oct 25, 2018, at 3:31 PM, Tejas Gala
<mailto: >> wrote:
>>>
>>> All,
>>>
>>> One update - I removed Deutsche Bank from the comprehensive number as they have suspended coverage. This tightens the ranges as DB was low and only included in comprehensive figures.
>>>
>>> The GM in first call error that I referred to comes from Longbow which has input GM% in Q1’19 of 44.5% vs 38.5% in their research reports.
>>>
>>> The EPS gap is driven by Elazar ($5.59) included in First Call and Needham ($4.26) being included in Comprehensive only.
>>>
>>> Let me know if any questions,
>>> Tejas
>>>
>>> <PastedGraphic-4.png>
>>>
>>>
>>> <2018-10-25 Sell Side Update.pdf>
>>> <2018-10-25 Sell Side Update.xlsm>
>>>
>>> Tejas Gala |
>>>
>>>> On Oct 25, 2018, at 2:53 PM, Tejas Gala
<mailto >> wrote:
>>>>
>>>>
>>>
>>>>
>>>> Hi all,
>>>>

>>>> See below for the latest update to consensus. Overall, Q1 revenue estimates have increased on the back of iPhone ASPs
>>>>
>>>> Q1'19 Revenue: $92.8 - $93.0B
>>>> Q'19 Gross Margin: 38.6% - 38.8%, though I believe there is an error in first call and their 38.8% number is too high.
>>>> Q1'19 EPS: $4.89 - $4.95
>>>>
>>>> Let me know if you have any questions,
>>>> Tejas
>>>> <2018-10-25 Sell Side Update.pdf>
>>>>
>>>> <2018-10-25 Sell Side Update.xlsm>
>>>>
>>>>
>>>> Tejas Gala | [redacted]
>>>
>>
>

---

Luca - as discussed I've updated the commentary below - note that there was an issue with the price target on MCH in our prior publications with First Call and they were at $300 before the call as well as I checked prior notes they sent out to verify. I've replaced them with FBN who increased from $230 to $240.

All,

See below for the latest consensus updates after our earnings call. All of my commentary is based on the comprehensive figures that we compile from analyst reports published over the last 24 hours. These figures will differ from First Call, but are more current and detailed.

Please let me know if you have any questions,

Tejas

**Price Targets:**

- There were two downgrades (BAML and Maxim) that went from Buy to Neutral

- Price target reduced from $222 to $217

- Big movers down include Nomura ($215 to $185), Citi ($265 to $240), and Morgan Stanley

   ($247 to $226)

- There were some price target increases though from DA Davidson ($265 to $290) and FBN ($230 to $240)

**Q1**

- Revenue estimate is at $92B, down $0.75B from pre-earnings and at the higher end of our guidance range ($89B-$93B)

- iPhone Units estimates are 75.7M, but there were many analysts that stopped providing their unit forecast during this update

    * iPhone revenue estimate is at $61.9B (vs $58.6B internally) which implies an $818 ASP which is inline with our internal guidance

- Services revenue estimate is at $10.4B vs $10.6 in our internal guidance

- GM is at 38.3% which is in the midpoint of our guidnace

- EPS is at $4.73 which is towards the higher end of our implied guide

---

**FY19**

- FY19 revenue consensus is ~$281B which is down $1.2B vs pre-earnings - most analysts take alot out of Q1, but help their out quarters

- GM% and OpEx have compressed profitability though, as EPS is down $0.36 to $13.44

---

---

---

**Tejas Gala |** [redacted]

On Nov 1, 2018, at 7:56 AM, Tejas Gala <[REDACTED]> wrote:

All,

See below for the final consensus update pre-earnings. The update from 10/30 was the removal of Mizuho from First Call - we had already had them removed from our comprehensive figure. This brings up the first call consensus Revenue and EPS - below is a summary table.

The drivers of the 5 cent EPS gap are Elazar ($5.59) and Needham ($4.26). Normalizing for these outliers, the EPS figure is $4.91.

Similarly, on revenue, if you remove Elazar ($100B), Q1 revenue estimate comes in at $92.8B. Note the distribution below on where the analysts are landing, with 20 over $93B

<PastedGraphic-2.png>

Let me know if you have any questions,

Tejas

<PastedGraphic-1.png>

<2018-11-01 Sell Side Update.pdf>

<2018-11-01 Sell Side Update.xlsm>

**Tejas Gala | [REDACTED]**

> On Oct 30, 2018, at 4:36 PM, Tejas Gala [REDACTED] wrote:
>
> All,
>
> See below for updated consensus that include the Jeffries initiation and fixed GM% from First Call. EPS gap between two methods is explained by Elazar and Needham. If you exclude both, Q1’19 EPS is at $4.91.
>
> Let me know if you have any questions,
> Tejas
>
> <PastedGraphic-1.png>
>
> <2018-10-30 Sell Side Update.pdf>
>
> <2018-10-30 Sell Side Update.xlsm>

**Tejas Gala |** [REDACTED]

On Oct 25, 2018, at 3:31 PM, Tejas Gala [REDACTED]> wrote:

All,
One update - I removed Deutsche Bank from the comprehensive number as they have suspended coverage. This tightens the ranges as DB was low and only included in comprehensive figures.

The GM in first call error that I referred to comes from Longbow which has input GM% in Q1’19 of 44.5% vs 38.5% in their research reports.

The EPS gap is driven by Elazar ($5.59) included in First Call and Needham ($4.26) being included in Comprehensive only.

Let me know if any questions,
Tejas

<PastedGraphic-4.png>

<2018-10-25 Sell Side Update.pdf>

<2018-10-25 Sell Side Update.xlsm>

**Tejas Gala |** [REDACTED]

On Oct 25, 2018, at 2:53 PM, Tejas Gala [REDACTED] wrote:

Hi all,

See below for the latest update to consensus. Overall, Q1 revenue estimates have increased on the back of iPhone ASPs

Q1’19 Revenue: $92.8 - $93.0B
Q’19 Gross Margin: 38.6% - 38.8%, though I believe there is an error in first call and their 38.8% number is too high.
Q1’19 EPS: $4.89 - $4.95

Let me know if you have any questions,
Tejas

<2018-10-25 Sell Side Update.pdf>

<2018-10-25 Sell Side Update.xlsm>

**Tejas Gala |** [REDACTED]

| | Revenue | | | | | | EPS | | | | | | Price Target | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Nov 2 - Post | | Nov 1 - Pre | | Δ | | Nov 2 - Post | | Nov 1 - Pre | | Δ | | Price | Price | Δ |
| | Q1'19 | FY19 | Q1'19 | FY19 | Q1'19 | FY19 | Q1'19 | FY19 | Q1'19 | FY19 | Q1'19 | FY19 | | | |
| Atlantic Equities | $92,615 | $282,696 | $93,807 | $283,591 | ($1,192) | ($895) | $4.80 | $14.01 | $5.12 | $14.44 | ($0.32) | ($0.43) | $215 | $215 | $0 |
| Bank of America/ML | $91,480 | $285,466 | $90,863 | $289,567 | $617 | ($4,101) | $4.68 | $13.86 | $4.64 | $13.95 | $0.04 | ($0.09) | $220 | $235 | ($15) |
| Bernstein | $92,476 | $284,342 | $95,870 | $291,257 | ($3,394) | ($6,915) | $4.73 | $13.48 | $5.03 | $14.15 | ($0.30) | ($0.67) | $210 | $225 | ($15) |
| BMO Capital Markets | $91,812 | $283,056 | $93,721 | $283,594 | ($1,909) | ($538) | $4.69 | $13.63 | $4.89 | $14.00 | ($0.20) | ($0.37) | $213 | $219 | ($6) |
| BTIG | $92,422 | $282,885 | $94,994 | $278,662 | ($2,572) | $4,223 | $4.78 | $13.63 | $5.20 | $13.79 | ($0.42) | ($0.16) | $235 | $235 | $0 |
| Canaccord Genuity | $91,706 | $278,268 | $93,079 | $279,050 | ($1,373) | ($782) | $4.65 | $13.46 | $4.88 | $13.61 | ($0.23) | ($0.15) | $250 | $250 | $0 |
| Citigroup | $91,443 | $279,347 | $94,130 | $282,054 | ($2,687) | ($2,707) | $4.65 | $13.49 | $5.22 | $14.43 | ($0.57) | ($0.94) | $240 | $265 | ($25) |
| Cross Research | $93,258 | $283,374 | $94,693 | $284,540 | ($1,435) | ($1,166) | $4.82 | $13.61 | $4.92 | $13.78 | ($0.10) | ($0.17) | $260 | $260 | $0 |
| DA Davidson | $92,000 | $278,489 | $95,534 | $282,880 | ($3,534) | ($4,391) | $4.65 | $11.54 | $4.32 | $11.61 | $0.33 | ($0.07) | $290 | $265 | $25 |
| FBN Securities | $92,115 | $275,286 | $92,013 | $275,813 | $102 | ($527) | $4.84 | $13.54 | $4.76 | $13.42 | $0.08 | $0.12 | $240 | $230 | $10 |
| Goldman Sachs | $92,006 | $279,667 | $95,101 | $285,850 | ($3,095) | ($6,183) | $4.73 | $13.44 | $5.05 | $14.22 | ($0.32) | ($0.78) | $222 | $240 | ($18) |
| Guggenheim Securities | $93,338 | $281,489 | $98,535 | $289,411 | ($5,197) | ($7,922) | $4.78 | $13.41 | $5.15 | $13.95 | ($0.37) | ($0.54) | $245 | $245 | $0 |
| Jeffries | $93,014 | $282,818 | $93,960 | $285,190 | ($947) | ($2,372) | $4.90 | $13.95 | $4.96 | $13.97 | ($0.06) | ($0.02) | $265 | $265 | $0 |
| J. P. Morgan | $92,958 | $283,954 | $93,147 | $286,883 | ($189) | ($2,929) | $4.87 | $13.65 | $4.91 | $13.80 | ($0.04) | ($0.15) | $270 | $272 | ($2) |
| KeyBanc | $92,494 | $281,913 | $89,698 | $276,237 | $2,796 | $5,676 | $4.79 | $13.70 | $4.83 | $13.93 | ($0.04) | ($0.23) | $212 | $209 | $3 |
| Longbow Research | $91,080 | $279,999 | $92,292 | $278,158 | ($1,212) | $1,841 | $4.62 | $13.38 | $5.02 | $15.06 | ($0.40) | ($1.68) | $0 | $0 | $0 |
| Loop Capital | $93,584 | $287,983 | $93,047 | $285,601 | $537 | $2,382 | $4.75 | $14.09 | $4.91 | $14.22 | ($0.16) | ($0.13) | $256 | $256 | $0 |
| Macquarie Research | $91,974 | $280,292 | $96,381 | $289,891 | ($4,407) | ($9,599) | $4.67 | $13.25 | $5.24 | $14.29 | ($0.57) | ($1.04) | $222 | $235 | ($13) |
| Maxim Group | $91,298 | $273,117 | $87,841 | $274,213 | $3,457 | ($1,096) | $4.65 | $12.77 | $4.71 | $13.56 | ($0.06) | ($0.79) | $212 | $221 | ($9) |
| Monness Crespi Hardt | $91,635 | $281,793 | $90,429 | $280,146 | $1,206 | $1,647 | $4.65 | $13.25 | $4.62 | $13.25 | $0.03 | $0.00 | $300 | $300 | $0 |
| Morgan Stanley | $92,092 | $287,067 | $93,922 | $289,394 | ($1,830) | ($2,327) | $4.69 | $14.15 | $4.86 | $14.69 | ($0.17) | ($0.54) | $226 | $247 | ($21) |
| Needham | $91,338 | $280,251 | $84,007 | $279,085 | $7,331 | $1,166 | $4.64 | $13.39 | $4.26 | $13.38 | $0.38 | $0.01 | $260 | $260 | $0 |
| Nomura Instinet | $92,097 | $279,657 | $95,521 | $288,134 | ($3,424) | ($8,477) | $4.73 | $13.42 | $5.14 | $14.35 | ($0.41) | ($0.93) | $185 | $215 | ($30) |
| Oppenheimer | $90,798 | $275,361 | $90,396 | $265,947 | $402 | $9,414 | $4.62 | $13.05 | $4.86 | $13.03 | ($0.24) | $0.02 | $0 | $0 | $0 |
| Piper Jaffray | $92,101 | $279,410 | $93,075 | $281,160 | ($974) | ($1,750) | $4.69 | $13.45 | $4.87 | $13.57 | ($0.18) | ($0.12) | $250 | $250 | $0 |
| Raymond James | $91,167 | $275,288 | $86,064 | $270,036 | $5,103 | $5,252 | $4.66 | $12.45 | $4.71 | $12.96 | ($0.05) | ($0.51) | $0 | $0 | $0 |
| RBC Capital | $91,697 | $280,718 | $95,186 | $286,438 | ($3,489) | ($5,720) | $4.66 | $13.32 | $4.94 | $13.77 | ($0.28) | ($0.45) | $240 | $250 | ($10) |
| Robert W. Baird & Co | $91,049 | $276,550 | | $285,285 | | ($8,735) | $4.64 | $13.09 | | $13.56 | | ($0.47) | $230 | $235 | ($5) |
| UBS | $93,363 | $284,869 | $95,463 | $286,649 | ($2,100) | ($1,780) | $4.83 | $13.69 | $5.07 | $14.28 | ($0.24) | ($0.59) | $240 | $250 | ($10) |
| Wedbush | $91,536 | $280,913 | $91,536 | $278,839 | $0 | $2,074 | $4.95 | $13.90 | $4.95 | $13.80 | $0.00 | $0.10 | $310 | $310 | $0 |
| Wells Fargo Securities | $92,245 | $277,351 | $90,301 | $270,901 | $1,944 | $6,450 | $4.77 | $13.52 | $4.73 | $13.36 | $0.04 | $0.16 | $210 | $210 | $0 |

| Comprehensive Analyst Stats | Q1'19 | FY19 | Q1'19 | FY19 | Q1'19 | FY19 | Q1'19 | FY19 | Q1'19 | FY19 | Q1'19 | FY19 | Price | Price | Δ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average | $92,071 | $280,764 | $92,820 | $282,079 | ($716) | ($1,316) | 4.73 | 13.44 | $4.89 | $13.81 | ($0.16) | ($0.37) | $217.03 | $221.58 | ($4.55) |
| Standard Deviation | $744 | $3,545 | $3,128 | $6,303 | $2,805 | $4,716 | 0.09 | 0.50 | $0.23 | $0.62 | $0.23 | $0.42 | $77.32 | $77.36 | $10.56 |
| Analysts Reporting | 31 | 31 | 30 | 31 | 30 | 31 | 31.00 | 31.00 | $30.00 | $31.00 | $30.00 | $31.00 | $31.00 | $31.00 | $31.00 |