# EXHIBIT 101

**Subject:** Update
**From:** "Tim Cook"
**Received(Date):** Thu, 01 Nov 2018 14:47:49 +0000
**To:** , "Luca Maestri"
**Date:** Thu, 01 Nov 2018 14:47:49 +0000

Confidential

BoD:

We will report Q4 earnings this afternoon. We beat both our guidance and consensus for Q4 but will disappoint with our Q1 guidance. You should expect some pressure in our share price.

Q4 revenues were $62.9B, up 20% YoY, nicely above consensus of $61.6 and also above our guidance range of $60-62B. This is our highest growth rate in three years and closes out a record year at $265.6B, up $36B YoY. Gross margins were 38.3 vs our guidance of 38-38.5% and consensus of 38.3%. EPS was $2.91, up 41% vs consensus of $2.78. Results were powered by iPhone, Services, and Wearables. We also achieved record all time quarterly Mac revenue.

Our revenue guidance for Q1 is $89-93B vs consensus of $92.8B and our gross margin guidance is 38-38.5% vs consensus of 38.6%. Analysts also estimate a lower tax rate (15.8 vs 16.5% guidance), lower OPEX by about $200M, and a lower share count which will all need to be reset.

We will talk about 4 revenue headwinds. First, the opposite launch pattern of our highest end phone as compared to last year which positively affects Q4 and pressures Q1. As you know, iPhone X launched in Q1 of last year vs iPhone XS in Q4 of this year. This places the launch affect and channel fill of our high end iPhone in Q4 instead of Q1. This isn't news but some analysts clearly haven't considered this. Second, foreign exchange will impact us about $2B. Third, we have an unprecedented number of new products and some will likely not achieve supply demand balance for several weeks or the entire quarter (Series 4, iPad Pro, Airpods). Finally, we are concerned with what we are seeing in the emerging markets, particularly Turkey, India, Russia, and Brazil.

We had a great launch event in Brooklyn on Tuesday for MacBook Air, Mac mini, and iPad Pro. Special thanks to Andrea for joining us. We will begin shipping all of these next week as planned.

Sales of iPhone XR began last Friday and were muted despite the most positive product reviews we've had in years. This isn't an early adopter product like the high end of the

line so we didn't expect the normal launch curve but it is clear we should have done more in the lead up to last weekend and are now working to bring much more awareness to the product. We have no historical experience to project the demand curve for this type of product and therefore have a higher range of potential sales outcomes.

Let me know if you have any questions.  Sorry for the late note but we've had a few things going on.

Tim

Sent from my iPad Pro

Highly Confidential

APL-SECLIT_00504045