# EXHIBIT 104



Hi Sabih/ Jeff,

We communicated that MPS changes will be published tonight to Foxconn (Andrew). I indicated there would be cuts on N84 this quarter and next quarter and upsides on sustaining next quarter.

I told him we wanted to be upfront and communicate early so they can plan.

Andrew's exact words were "take care of us on sustaining, we will manage NPI cuts. Don't worry"

They will see all the details tonight. They will see a ~7M unit drop for this quarter across N84, D32 (they are sole sourced), D10 and D11. For next quarter they will see a 1M increase. Net across two quarters they will see a 6M unit drop.

Based on Andrew's reaction on the call, they may not reach out to you - but in case Terry/ Louis reach out to you we wanted to make sure you were aware.

*Note: we have removed Wistron from N84 plans and will not qualify them any more.*

Thanks

Priya

Highly Confidential

APL-SECLIT_00551817