# EXHIBIT 107

**From:** SDM Exec Updates
**Subject:** Fwd: WW Sales Flash Week 5 Q1 FY19 includes Watch and Apple TV
**Received(Date):** Mon, 05 Nov 2018 18:04:28 -0800
**Cc:** Saori Casey, Kevan Parekh, Sabih Khan, SDM Exec Updates
**To:** Tim Cook, Jeff Williams, Luca Maestri
**Attachment:** PastedGraphic-5.png
**Attachment:** PastedGraphic-4.png
**Attachment:** PastedGraphic-11.png
**Attachment:** Judged Weekly Sales Flash.pdf
**Date:** Mon, 05 Nov 2018 18:04:28 -0800

Tim, Jeff, Luca,

Attached are the week 5 Flash ST results and Q1 Total Summary.

iPhone was on plan, iPad (+14%) and Mac (+11%) overachieved, and Watch (-2%) slightly missed plan. The beats on iPad and Mac are pull in of ST from future weeks (ST adjustments, early GC promos, and NPI shipments SI=ST).

No changes to Q1 Total Summary.

Regards,
Thomas

Summary (ex Edu/ Refurb):

- iPhone UB were 4.564M, +19k to plan. Sustaining overachieved by 123k (China 11/11 run-up), partially offset by softer Korea XR launch (-90k).
    - iPhone XR 1105k, -96k vs plan, driven by Korea launch demand -90k vs plan (-80% L/L). WW Reseller velocity was 22% vs 36% iP8/8+ LY.
    - iPhone XS & XS Max UB were 1567k, -10k vs plan (-30k iPXS Max, +21k iPXS). Korea launch demand overachieved by 60k (+70% L/L). Ex-Korea missed by 70k (US -17k, GC -19k, small misses across other regions).
    - Sustaining UB were 1892k, +123k vs plan. Biggest drivers were China +91k in the lead up to 11/11 (D2x 69k, iP6s+ 10k, iP6 7k) and US iP8+ 20k.

- iPad ST was 785k, +98k to plan.
    - iPad 6th gen 46k beat was driven by AMR deals timing, early GC Singles Day promos, and ST adjustments.
    - iPad Mini 4 25k beat was driven by DG promo performance in AMR/GC and ST adjustments.

- NPI shipments to AOS customers (+30k) drove earlier than expected ST.
- No changes to the quarter plan are expected this week.

- Mac ST was 279k, +24k to plan, driven by demand pull-in from future weeks in US, GC Resellers and Direct.
    +16k across most sustaining products driven by pre-11/11 (Single's Day) promo in GC Resellers and channel loading in US Resellers.
    + 9k driven by NPI (+5k J140 and +4k J174), a pull in from this week.

    Mac Products monitored for cannibalization due to J140 launch
        - MBAir J113B beat plan +10k, -22% y/y vs QTG y/y of -61%. We will monitor demand as J140 begins landing.
        - MB Pro w/o TB J130A missed plan -5k, -12% y/y vs QTG y/y of 6%. We will monitor demand as J140 begins landing.
        - MB J122 beat plan by 2k.

- Watch ST was 437k, -7k to plan, driven by S4 AOS shipment timing, partially offset by higher ACV ST adjustments on Series 3 (+24k).
     - Series 4 ST was 306k, -32k to plan, driven AOS shipment timing and is not a demand statement.
     - Series 3 ST was 132k, +24k to plan, driven by higher ST adjustments actuals vs forecast and is not a demand trend.

- AirPods ST was 673k, +90k to plan, driven by Resellers across PAC and EMEA. Billings were 693k. Reseller EOH is 1698k or ~3.2WOS (@526/wk L4W actual Reseller ST). Across all channels, L4W ST average is 633k/wk.

- HomePod ST was 8k, -6k to plan, driven primarily by lower than expected launch lift for Spain & Mexico. This maybe a timing issue with only 2 days of sales last week, so we'll continue to monitor through this week.

Begin forwarded message:

From: Sales Exec Updates ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
<mailto:▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Subject: WW Sales Flash Week 5 Q1 FY19 includes Watch and Apple TV
Date: November 5, 2018 at 12:36:58 PM PST
To: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
<mailto:▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Cc: tu Rash ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ <mailto▓▓▓▓▓▓▓▓▓

— APPLE CONFIDENTIAL —

Data extracted at 12:00 PM PST

Attached is the WW Flash report. Please note the following:
- The Forecast shows WW Sales Judged Forecast

WWSF

Tim, Jeff, Luca,

Attached are the week 5 Flash ST results and Q1 Total Summary.

iPhone was on plan, iPad (+14%) and Mac (+11%) overachieved, and Watch (-2%) slightly missed plan. The beats on iPad and Mac are pull in of ST from future weeks (ST adjustments, early GC promos, and NPI shipments SI=ST).

No changes to Q1 Total Summary.

Regards,

Thomas

**Summary (ex Edu/ Refurb):**

**- iPhone UB** were 4.564M, +19k to plan. Sustaining overachieved by 123k (China 11/11 run-up), partially offset by softer Korea XR launch (-90k).

- iPhone XR 1105k, -96k vs plan, driven by Korea launch demand -90k vs plan (-80% L/L). WW Reseller velocity was 22% vs 36% iP8/8+ LY.

- iPhone XS & XS Max UB were 1567k, -10k vs plan (-30k iPXS Max, +21k iPXS). Korea launch demand overachieved by 60k (+70% L/L). Ex-Korea missed by 70k (US -17k, GC -19k, small misses across other regions).

- Sustaining UB were 1892k, +123k vs plan. Biggest drivers were China +91k in the lead up to 11/11 (D2x 69k, iP6s+ 10k, iP6 7k) and US iP8+ 20k.

**- iPad ST** was 785k, +98k to plan.

- iPad 6th gen 46k beat was driven by AMR deals timing, early GC Singles Day promos, and ST adjustments.

- iPad Mini 4 25k beat was driven by DG promo performance in AMR/GC and ST adjustments.

- NPI shipments to AOS customers (+30k) drove earlier than expected ST.

- No changes to the quarter plan are expected this week.

**- Mac ST** was 279k, +24k to plan, driven by demand pull-in from future weeks in US, GC

Resellers and Direct.

+16k across most sustaining products driven by pre-11/11 (Single's Day) promo in GC Resellers and channel loading in US Resellers.

+ 9k driven by NPI (+5k J140 and +4k J174), a pull in from this week.

Mac Products monitored for cannibalization due to J140 launch

- MBAir J113B beat plan +10k, -22% y/y vs QTG y/y of -61%. We will monitor demand as J140 begins landing.

- MB Pro w/o TB J130A missed plan -5k, -12% y/y vs QTG y/y of 6%. We will monitor demand as J140 begins landing.

- MB J122 beat plan by 2k.

- **Watch ST** was 437k, -7k to plan, driven by S4 AOS shipment timing, partially offset by higher ACV ST adjustments on Series 3 (+24k).

- Series 4 ST was 306k, -32k to plan, driven AOS shipment timing and is not a demand statement.

- Series 3 ST was 132k, +24k to plan, driven by higher ST adjustments actuals vs forecast and is not a demand trend.

- **AirPods ST** was 673k, +90k to plan, driven by Resellers across PAC and EMEA. Billings were 693k. Reseller EOH is 1698k or ~3.2WOS (@526/wk L4W actual Reseller ST). Across all channels, L4W ST average is 633k/wk.

- **HomePod ST** was 8k, -6k to plan, driven primarily by lower than expected launch lift for Spain & Mexico. This maybe a timing issue with only 2 days of sales last week, so we'll continue to monitor through this week.

Begin forwarded message:

**From:** Sales Exec Updates <█████████████████████>

**Subject: WW Sales Flash Week 5 Q1 FY19 includes Watch and Apple TV**

**Date:** November 5, 2018 at 12:36:58 PM PST

**To:** ████████████████████████████

| | BOH | SI | ST | UB | ST vs UB | ST EOH | Δ | ST EOH WOS (Bwd) | ST EOH WOS (Fwd) | EOH WOS (Jan RR) | RSLR RR (Jan) | ST | Q2 Channel % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **iPhone** | 18119 | 70567 | 66274 | 64603 | 1671 | 22412 | 4293 | 4.9 | 6.3 | 6.7 | 3366 | 51283 | 92% |
| *y/y vs iPhone* | *2%* | *-9%* | *-9%* | *-9%* | | *3%* | | | | | *-10%* | *-5%* | |
| **Total N & N-1** | 12063 | 60018 | 53779 | 52052 | 1726 | 18302 | 6239 | 5.0 | 6.2 | 6.5 | 2831 | 42285 | 91% |
| *y/y vs. N & N-1* | *-5%* | *-8%* | *-10%* | *-9%* | | *1%* | | | | | *-5%* | *-1%* | |
| **iPhone XS & XS Max & XR** | 6275 | 43326 | 37357 | 35460 | 1897 | 12243 | 5968 | 4.9 | 5.3 | 6.0 | 2029 | 33665 | 89% |
| *y/y vs iPhone 8 + 8P + X* | *-7%* | *-21%* | *-20%* | *-21%* | | *-18%* | | | | | *-16%* | *-5%* | |
| **iPhone XS & XS Max** | 6275 | 21026 | 21560 | 20860 | 700 | 5740 | -535 | 4.1 | 6.8 | 5.8 | 996 | 12668 | 87% |
| *y/y vs X* | *####* | *-20%* | *11%* | *15%* | | *-17%* | | | | | *-8%* | *-14%* | |
| iPhone XS Max | 2917 | 12840 | 12413 | 12080 | 333 | 3345 | 427 | 4.1 | 6.7 | 5.8 | 581 | 7490 | 87% |
| *y/y vs X* | *####* | *-51%* | *-36%* | *-34%* | | *-51%* | | | | | *-46%* | *-49%* | |
| iPhone XS | 3358 | 8185 | 9147 | 8780 | 367 | 2396 | -962 | 4.0 | 6.9 | 5.8 | 415 | 5178 | 87% |
| *y/y vs X* | *####* | *-69%* | *-53%* | *-52%* | | *-65%* | | | | | *-62%* | *-65%* | |
| iPhone XR | 0 | 22300 | 15797 | 14600 | 1197 | 6503 | 6503 | 5.9 | 4.5 | 6.3 | 1033 | 20997 | 90% |
| *y/y vs 8 + 8P* | *-100%* | *-23%* | *-43%* | *-45%* | | *-19%* | | | | | *-23%* | *2%* | |
| **Total Sustaining (excl. Refurb)** | 11844 | 26430 | 28106 | 28299 | -194 | 10169 | -1675 | 5.0 | 8.2 | 7.6 | 1337 | 16607 | 97% |
| *y/y vs Sust (excl. Refurb)* | *8%* | *21%* | *9%* | *9%* | | *-46%* | | | | | *2%* | *-7%* | |
| **iPhone 8 & 8P & X** | 5788 | 16692 | 16421 | 16592 | -171 | 6058 | 271 | 5.1 | 9.4 | 7.6 | 802 | 8620 | 97% |
| *y/y vs 7 + 7P* | *-2%* | *66%* | *29%* | *32%* | | *84%* | | | | | *41%* | *14%* | |
| iPhone X | 1999 | 5000 | 4774 | 4811 | -37 | 2226 | 226 | 6.1 | 10.3 | 7.1 | 313 | 2800 | 100% |
| *y/y vs 7 + 7P* | *-66%* | *-50%* | *-62%* | *-62%* | | *-32%* | | | | | *-45%* | *-63%* | |
| **iPhone 8 & 8P** | 3788 | 11692 | 11647 | 11781 | -134 | 3833 | 44 | 4.7 | 9.0 | 7.8 | 489 | 5820 | 96% |
| *y/y vs 7 + 7P* | *-36%* | *16%* | *-8%* | *-7%* | | *17%* | | | | | *-14%* | *-23%* | |
| iPhone 8 Plus | 1482 | 4465 | 4442 | 4493 | -50 | 1505 | 23 | 5.0 | 10.1 | 8.5 | 177 | 2048 | 95% |
| *y/y vs 7P* | *-37%* | *44%* | *2%* | *4%* | | *37%* | | | | | *0%* | *-14%* | |
| iPhone 8 | 2306 | 7226 | 7205 | 7289 | -84 | 2328 | 21 | 4.5 | 8.4 | 7.5 | 312 | 3772 | 96% |
| *y/y vs 7* | *-36%* | *4%* | *-14%* | *-12%* | | *6%* | | | | | *-21%* | *-27%* | |
| **iPhone 7 & 7P** | 1889 | 4346 | 4369 | 4367 | 1 | 1866 | -23 | 6.3 | 6.4 | 7.2 | 259 | 3980 | 95% |
| *y/y vs 6s + 6sP* | *41%* | *15%* | *11%* | *7%* | | *56%* | | | | | *2%* | *24%* | |
| iPhone 7 Plus | 615 | 1115 | 1140 | 1083 | 57 | 590 | -25 | 8.0 | 6.2 | 7.0 | 84 | 1310 | 95% |
| *y/y vs 6sP* | *14%* | *-14%* | *-15%* | *-19%* | | *20%* | | | | | *-21%* | *1%* | |
| iPhone 7 | 1274 | 3230 | 3229 | 3285 | -56 | 1276 | 1 | 5.7 | 6.5 | 7.3 | 175 | 2670 | 95% |
| *y/y vs 6s* | *60%* | *30%* | *25%* | *20%* | | *82%* | | | | | *18%* | *40%* | |
| **iPhone Low** | 4167 | 5393 | 7316 | 7340 | -25 | 2244 | -1923 | 4.0 | 7.3 | 8.1 | 276 | 4007 | 100% |
| *y/y vs iPhone Low* | *-17%* | *-54%* | *-44%* | *-45%* | | *-39%* | | | | | *-63%* | *-61%* | |
| **iPhone 6 & 6s & 6s Plus** | 2992 | 4985 | 5732 | 5811 | -79 | 2245 | -747 | 5.1 | 7.3 | 8.1 | 276 | 4007 | 100% |
| *y/y vs 6* | *50%* | *9%* | *9%* | *15%* | | *72%* | | | | | *1%* | *-2%* | |
| iPhone 6s Plus | 407 | 1284 | 1092 | 1075 | 16 | 599 | 192 | 7.1 | 10.0 | 9.8 | 61 | 776 | 100% |
| *y/y vs 6sP* | *-25%* | *-1%* | *-19%* | *-19%* | | *22%* | | | | | *-43%* | *-40%* | |
| iPhone 6s | 758 | 3515 | 2628 | 2590 | 39 | 1645 | 887 | 8.1 | 6.6 | 7.7 | 215 | 3231 | 100% |
| *y/y vs 6s* | *-5%* | *41%* | *2%* | *-5%* | | *134%* | | | | | *45%* | *69%* | |
| iPhone 6 | 1827 | 186 | 2012 | 2146 | -134 | 0 | -1826 | 0.0 | 0.0 | 0.0 | 0 | 0 | 100% |
| *y/y vs 6* | *-9%* | *-96%* | *-62%* | *-58%* | | *-100%* | | | | | *-100%* | *-100%* | |
| iPhone SE | 1175 | 408 | 1583 | 1529 | 54 | 0 | -1175 | 0.0 | 0.0 | 0.0 | 0 | 0 | 100% |
| *y/y vs SE* | *-30%* | *-88%* | *-60%* | *-61%* | | *-100%* | | | | | *-100%* | *-100%* | |
| iPhone Refurb | 0 | 811 | 811 | 811 | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 | 3 | 1011 | 100% |
| *y/y vs iPhone Refurb* | *0%* | *95%* | *95%* | *95%* | | *0%* | | | | | *554%* | *-3%* | |
| **iPad** | 3168 | 14774 | 14585 | | | 3357 | 189 | 3.7 | 5.8 | 6.4 | 526 | 9831 | 77% |
| *y/y vs iPad* | *-9%* | *12%* | *11%* | | | *-4%* | | | | | *9%* | *6%* | |
| **iPad Pro** | 538 | 3355 | 3009 | | | 884 | 346 | 5.8 | 8.5 | 8.9 | 100 | 1902 | 71% |
| *y/y vs Total Pro* | *-38%* | *18%* | *5%* | | | *3%* | | | | | *5%* | *2%* | |
| **iPad Pro 13** | 145 | 1116 | 1029 | | | 232 | 87 | 4.7 | 7.7 | 8.0 | 29 | 596 | 66% |
| *y/y vs J120* | *-25%* | *35%* | *27%* | | | *10%* | | | | | *3%* | *3%* | |
| iPad J320 | 0 | 908 | 676 | | | 232 | 232 | 8.8 | 7.7 | 8.0 | 29 | 596 | 66% |
| iPad J120 | 145 | 208 | 353 | | | 0 | -145 | 0.0 | 0.0 | 0.0 | 0 | 0 | 0% |
| **iPad Pro 10** | 394 | 2239 | 1980 | | | 652 | 259 | 6.4 | 8.9 | 9.2 | 71 | 1306 | 73% |
| *y/y vs J207* | *-33%* | *12%* | *2%* | | | *1%* | | | | | *6%* | *1%* | |
| iPad J317 | 0 | 1566 | 1167 | | | 399 | 399 | 7.4 | 7.4 | 7.8 | 51 | 961 | 73% |
| iPad J207 | 394 | 673 | 813 | | | 253 | -140 | 5.3 | 13.0 | 12.9 | 20 | 345 | 73% |
| **iPad Non-Pro Total** | 2630 | 11262 | 11418 | | | 2473 | -157 | 3.3 | 5.2 | 5.8 | 426 | 7840 | 78% |
| *y/y vs Total Non-Pro* | *1%* | *10%* | *12%* | | | *-6%* | | | | | *10%* | *7%* | |
| **iPad Non-Pro 10"** | 2375 | 10087 | 10228 | | | 2234 | -141 | 3.3 | 5.3 | 5.8 | 383 | 6833 | 80% |
| *y/y vs 5th + 6th* | *7%* | *19%* | *21%* | | | *0%* | | | | | *17%* | *12%* | |
| iPad 6th Gen | 2375 | 10087 | 10228 | | | 2234 | -141 | 3.3 | 5.3 | 5.8 | 383 | 6481 | 85% |
| *y/y vs 5th + 6th* | *7%* | *19%* | *21%* | | | *0%* | | | | | *17%* | *6%* | |
| iPad J217 | 0 | 0 | 0 | | | 0 | 0 | 0.0 | 0.0 | 0.0 | 0 | 352 | 0% |
| **iPad Non-Pro Mini** | 255 | 1174 | 1190 | | | 239 | -16 | 3.0 | 4.9 | 5.6 | 43 | 1006 | 63% |
| *y/y vs Mini 4* | *-33%* | *-31%* | *-30%* | | | *-39%* | | | | | *-28%* | *-16%* | |
| iPad Mini 4 | 255 | 1174 | 1190 | | | 239 | -16 | 3.0 | 4.9 | 5.6 | 43 | 784 | 81% |
| *y/y vs Mini 4* | *-33%* | *-31%* | *-30%* | | | *-39%* | | | | | *-28%* | *-34%* | |
| iPad J210 | 0 | 0 | 0 | | | 0 | 0 | 0.0 | 0.0 | 0.0 | 0 | 222 | 0% |
| iPad Refurb | 0 | 100 | 100 | | | 0 | 0 | 0.0 | 0.0 | 0.0 | 0 | 89 | 38% |
| *y/y vs iPad Refurb* | *0%* | *-24%* | *-24%* | | | *0%* | | | | | *-100%* | *-24%* | |
| **Mac** | 832 | 5755 | 5500 | | | 1087 | 255 | 3.9 | 4.7 | 5.1 | 214 | 4574 | 66% |
| *y/y vs Mac* | *-6%* | *13%* | *8%* | | | *20%* | | | | | *17%* | *10%* | |
| **Mobile** | 699 | 4794 | 4571 | | | 922 | 223 | 3.9 | 4.6 | 5.1 | 183 | 3825 | 68% |
| *y/y vs Mobile* | *3%* | *15%* | *10%* | | | *22%* | | | | | *22%* | *14%* | |
| MacBook Air | 302 | 2403 | 2230 | | | 475 | 173 | 3.8 | 4.4 | 5.0 | 94 | 1863 | 75% |
| *y/y vs MBA* | *-3%* | *26%* | *21%* | | | *28%* | | | | | *37%* | *29%* | |
| MBA J140 | 0 | 1538 | 1268 | | | 270 | 270 | 4.3 | 3.5 | 4.0 | 68 | 1351 | 75% |
| MBA J113B + J110 | 302 | 865 | 962 | | | 205 | -97 | 3.3 | 6.9 | 7.9 | 26 | 512 | 75% |
| MacBook | 43 | 132 | 132 | | | 43 | 0 | 8.9 | 9.7 | 11.8 | 4 | 107 | 54% |
| *y/y vs MacBook* | *-23%* | *-43%* | *-44%* | | | *-14%* | | | | | *-42%* | *-44%* | |
| **Total MacBook Pro** | 354 | 2259 | 2209 | | | 404 | 50 | 3.7 | 4.6 | 4.8 | 85 | 1855 | 61% |
| *y/y vs Total MBP* | *14%* | *11%* | *7%* | | | *20%* | | | | | *14%* | *9%* | |
| **MacBook Pro 13** | 263 | 1608 | 1570 | | | 301 | 38 | 3.9 | 4.9 | 4.9 | 61 | 1311 | 61% |
| *y/y vs MBP 13* | *18%* | *12%* | *9%* | | | *23%* | | | | | *16%* | *9%* | |
| MB Pro 13 w/ Touchbar | 102 | 666 | 660 | | | 108 | 6 | 3.6 | 4.4 | 4.7 | 23 | 551 | 58% |
| *y/y vs MBP 13 w/ TB* | *17%* | *27%* | *18%* | | | *31%* | | | | | *27%* | *25%* | |
| MB Pro 13 w/o Touchbar | 161 | 942 | 910 | | | 193 | 32 | 4.2 | 5.2 | 5.1 | 38 | 760 | 63% |
| *y/y vs MBP 13 w/o TB* | *19%* | *3%* | *3%* | | | *18%* | | | | | *11%* | *-1%* | |
| MacBook Pro 15 | 91 | 650 | 638 | | | 103 | 12 | 3.2 | 4.0 | 4.4 | 24 | 544 | 61% |
| *y/y vs MBP 15* | *4%* | *9%* | *2%* | | | *14%* | | | | | *7%* | *9%* | |
| **Desktop** | 133 | 855 | 823 | | | 165 | 32 | 4.0 | 5.5 | 5.3 | 31 | 663 | 59% |
| *y/y vs Desktop* | *-6%* | *5%* | *1%* | | | *13%* | | | | | *-1%* | *-6%* | |
| iMac | 108 | 590 | 582 | | | 116 | 8 | 4.1 | 5.3 | 5.1 | 23 | 484 | 59% |
| *y/y vs iMac* | *-7%* | *-13%* | *-14%* | | | *2%* | | | | | *-9%* | *-14%* | |
| iMac Pro | 3 | 21 | 21 | | | 3 | 0 | 4.2 | 5.3 | 5.5 | 1 | 18 | 47% |
| *y/y vs Mac Pro* | *74%* | *35%* | *35%* | | | *78%* | | | | | *-4%* | *35%* | |
| **Mac Mini** | 20 | 234 | 210 | | | 44 | 24 | 4.1 | 6.3 | 6.3 | 7 | 151 | 60% |
| *y/y vs Mac Mini* | *-16%* | *114%* | *92%* | | | *87%* | | | | | *66%* | *55%* | |
| Mac Mini J174 | 0 | 198 | 163 | | | 35 | 35 | 4.3 | 5.1 | 5.0 | 7 | 151 | 60% |
| Mac Mini J64 | 20 | 36 | 47 | | | 9 | -11 | 3.4 | 0.0 | 0.0 | 0 | 0 | 60% |
| Mac Pro | 2 | 11 | 11 | | | 2 | 0 | 2.7 | 3.0 | 3.4 | 0 | 10 | 72% |
| *y/y vs Mac Pro* | *-15%* | *-29%* | *-29%* | | | *-13%* | | | | | *-24%* | *-25%* | |
| Mac Refurb | 0 | 95 | 95 | | | 0 | 0 | 0.0 | 0.0 | 0.0 | 2 | 86 | 0% |
| *y/y vs Mac Refurb* | *0%* | *-20%* | *-20%* | | | *0%* | | | | | *1728%* | *-20%* | |
| **Total Watch** | 1319 | 8883 | 8865 | | | 1336 | 18 | 3.2 | 4.5 | 3.7 | 360 | 5962 | 65% |
| *y/y vs Total Watch* | *23%* | *28%* | *33%* | | | *3%* | | | | | *112%* | *66%* | |
| **Series 4** | 329 | 6004 | 5695 | | | 638 | 309 | 3.0 | 3.0 | 2.3 | 280 | 4639 | 60% |
| *y/y vs Series 3* | *-44%* | *3%* | *4%* | | | *-34%* | | | | | *81%* | *42%* | |
| Series 4: Cellular | 193 | 2677 | 2499 | | | 371 | 178 | 4.0 | 4.3 | 3.3 | 112 | 1902 | 59% |
| *y/y vs Series 3: Cellular* | *17%* | *-5%* | *1%* | | | *-29%* | | | | | *80%* | *38%* | |
| Series 4: GPS | 135 | 3327 | 3195 | | | 267 | 132 | 2.3 | 2.1 | 1.6 | 168 | 2737 | 61% |
| *y/y vs Series 3: GPS* | *-68%* | *10%* | *7%* | | | *-41%* | | | | | *81%* | *46%* | |
| **Series 3** | 990 | 2869 | 3160 | | | 699 | -291 | 3.3 | 8.4 | 8.7 | 80 | 1308 | 83% |
| *y/y vs Series 1 + Series 2* | *106%* | *168%* | *158%* | | | *114%* | | | | | *431%* | *317%* | |
| Series 3: Cellular | 503 | 532 | 756 | | | 280 | -224 | 5.1 | 11.4 | 10.0 | 28 | 353 | 90% |
| Series 3: GPS | 487 | 2336 | 2404 | | | 419 | -68 | 2.7 | 7.1 | 8.0 | 52 | 955 | 80% |
| Watch As-Is | 0 | 10 | 10 | | | 0 | 0 | 0.0 | 0.0 | 0.0 | 0 | 15 | 0% |
| *y/y vs Watch As-Is* | *0%* | *107%* | *107%* | | | *0%* | | | | | *0%* | *132%* | |
| **iPod** | 271 | 658 | 731 | | | 198 | -73 | 4.7 | 10.0 | 10.4 | 19 | 331 | 78% |
| *y/y vs iPod* | *-46%* | *-23%* | *-29%* | | | *-41%* | | | | | *-30%* | *-31%* | |
| **Apple TV** | 415 | 1450 | 1430 | | | 435 | 20 | 5.3 | 7.3 | 7.6 | 57 | 1072 | 72% |
| *y/y vs Apple TV* | *54%* | *-14%* | *-7%* | | | *5%* | | | | | *-14%* | *-9%* | |
| **Beats** | 1955 | 5294 | 5332 | | | 1917 | -38 | 5.2 | 8.5 | 12.0 | 160 | 3248 | 90% |
| *y/y vs Beats* | *-7%* | *-13%* | *-11%* | | | *-12%* | | | | | *-4%* | *20%* | |
| **Accy (Excl. ATV & Beats)** | 14287 | 49642 | 49739 | | | 14190 | -97 | 5.7 | 6.8 | 6.8 | 2093 | 42511 | 64% |
| *y/y vs Accy (Excl. ATV & Beats)* | *22%* | *24%* | *23%* | | | *24%* | | | | | *41%* | *22%* | |
| Accy (Excl. AirPods & HomePod) | 12508 | 40179 | 39734 | | | 12953 | 445 | 0.0 | 0.0 | 7.7 | 1691 | 34052 | 0% |
| *y/y vs Accy (Excl. AirPods & HP)* | *12%* | *10%* | *8%* | | | *16%* | | | | | *29%* | *9%* | |
| **AirPods** | 1678 | 9348 | 9824 | | | 1202 | -476 | 2.6 | 2.9 | 3.0 | 397 | 8330 | 65% |
| *y/y vs AirPods* | *230%* | *169%* | *166%* | | | *317%* | | | | | *137%* | *119%* | |
| AirPods B288 | 0 | 0 | 0 | | | 0 | 0 | 0.0 | 0.0 | 0.0 | 0 | 1088 | 23% |
| AirPods B188 | 1678 | 9348 | 9824 | | | 1202 | -476 | 2.6 | 3.0 | 3.0 | 397 | 7242 | 71% |
| HomePod | 101 | 115 | 181 | | | 35 | -66 | 4.7 | 7.2 | 7.2 | 5 | 129 | 49% |

| | Before this qtr | QTD (EOW) | LTD (EOW) | | | Before this qtr | QTD (EOW) | LTD (EOW) |
|---|---|---|---|---|---|---|---|---|
| **Total Device Sell-In (M)** | 2353.8 | 44.2 | 2398.0 | | **Total iOS Devices** | 2016.5 | 38.5 | 2055.0 |
| iOS | 2016.5 | 38.5 | 2055.0 | | iPhone | 1468.1 | 31.7 | 1499.8 |
| watchOS | 43.3 | 3.3 | 46.6 | | iPad | 424.9 | 6.7 | 431.6 |
| tvOS | 45.4 | 0.4 | 45.8 | | iPod Touch | 123.4 | 0.2 | 123.6 |
| macOS | 247.9 | 1.9 | 249.9 | | | | | |
| homepodOS | 0.6 | 0.0 | 0.7 | | | | | |