# EXHIBIT 108

| | |
|---|---|
| **Subject:** | MPS LOB Delta Report |
| **From:** | ███████████████████ |
| **Received(Date):** | Sat, 03 Nov 2018 17:01:00 +0000 |
| **To:** | ███████████████████ |
| **Attachment:** | MPS LOB Delta Report - 2018-11-03-17-00-23.pdf |
| **Date:** | Sat, 03 Nov 2018 17:01:00 +0000 |

Notes:
- Published Saturdays at 10am
- WoW delta between current and last week MPS publications
- Deltas at LOB, Class, and Ops Subclass level

Questions?  Contact ███████████████████

Apple Confidential - Do Not Forward

Path (DS use): MPS / Ad Hoc

APL-SECLIT_00093901

## WW MPS WoW Deltas by Product Class

*MPS Volumes in MM units - Data as of 11/3/18*

| LOB | FY18Q4 (Last Quarter) | | | FY19Q1 | | | FY19Q2 | | | FY19Q3 | | | Cum MPS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Current | Delta | Prior | Current | Delta | Prior | Current | Delta | Prior | Current | Delta | |
| Mac | 4.9 | 4.9 | 0.0 | 7.0 | 7.0 | 0.0 | 4.8 | 4.8 | 0.0 | 1.7 | 3.1 | 1.4 | 1.4 |
| iPod | 0.4 | 0.4 | 0.0 | 0.5 | 0.5 | 0.0 | 0.3 | 0.3 | 0.0 | | | | 0.0 |
| iPhone | 42.7 | 42.7 | 0.0 | 92.5 | 81.5 | -11.1 | 60.8 | 62.6 | 1.8 | 0.0 | 0.0 | 0.0 | -9.2 |
| iPad | 11.2 | 11.2 | 0.0 | 14.5 | 14.5 | 0.0 | 9.0 | 9.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.1 |
| Beats | 4.5 | 4.5 | 0.0 | 3.1 | 3.1 | 0.1 | 3.0 | 1.9 | -1.1 | | | | -1.0 |
| Apple TV | 1.1 | 1.1 | 0.0 | 1.4 | 1.4 | 0.0 | 0.9 | 0.8 | -0.1 | | 0.9 | 0.9 | 0.8 |
| Watch | 4.4 | 4.4 | 0.0 | 10.7 | 10.7 | 0.0 | 8.0 | 8.0 | 0.0 | 3.9 | 3.9 | 0.0 | 0.0 |
| Watch Accy | 1.2 | 1.2 | 0.0 | 1.5 | 1.5 | 0.0 | 0.5 | 0.5 | 0.0 | | 0.4 | 0.4 | 0.4 |

| Class | FY18Q4 (Last Quarter) | | | FY19Q1 | | | FY19Q2 | | | FY19Q3 | | | Cum MPS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Current | Delta | Prior | Current | Delta | Prior | Current | Delta | Prior | Current | Delta | |
| iMac | 0.6 | 0.6 | 0.0 | 0.5 | 0.5 | 0.0 | 0.7 | 0.7 | 0.0 | 0.0 | 0.4 | 0.4 | 0.4 |
| Mac Pro | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | | | 0.0 |
| Mac Mini | 0.1 | 0.1 | 0.0 | 0.5 | 0.5 | 0.0 | 0.2 | 0.2 | 0.0 | | 0.1 | 0.1 | 0.1 |
| MacBook Air | 1.3 | 1.3 | 0.0 | 3.0 | 3.1 | 0.0 | 1.7 | 1.7 | 0.0 | | 0.8 | 0.8 | 0.8 |
| MacBook Pro | 2.8 | 2.8 | 0.0 | 2.7 | 2.7 | 0.0 | 2.1 | 2.1 | 0.0 | 1.6 | 1.7 | 0.1 | 0.1 |
| iPod Touch | 0.4 | 0.4 | 0.0 | 0.5 | 0.5 | 0.0 | 0.3 | 0.3 | 0.0 | | | | 0.0 |
| iPhone | 42.7 | 42.7 | 0.0 | 92.5 | 81.5 | -11.1 | 60.8 | 62.6 | 1.8 | 0.0 | 0.0 | 0.0 | -9.2 |
| iPad | 11.2 | 11.2 | 0.0 | 14.5 | 14.5 | 0.0 | 9.0 | 9.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.1 |
| Beats | 4.5 | 4.5 | 0.0 | 3.1 | 3.1 | 0.1 | 3.0 | 1.9 | -1.1 | | | | -1.0 |
| Apple TV | 1.1 | 1.1 | 0.0 | 1.4 | 1.4 | 0.0 | 0.9 | 0.8 | -0.1 | | 0.9 | 0.9 | 0.8 |
| Macbook | 0.2 | 0.2 | 0.0 | 0.2 | 0.2 | 0.0 | 0.1 | 0.1 | 0.0 | 0.1 | 0.1 | 0.0 | 0.0 |
| Watch | 4.4 | 4.4 | 0.0 | 10.7 | 10.7 | 0.0 | 8.0 | 8.0 | 0.0 | 3.9 | 3.9 | 0.0 | 0.0 |
| Watch Accy | 1.2 | 1.2 | 0.0 | 1.5 | 1.5 | 0.0 | 0.5 | 0.5 | 0.0 | | 0.4 | 0.4 | 0.4 |

## Products with MPS changes - in K units

| Mac & Apple TV | | FY19Q1 | | | | FY19Q2 | | | | FY19Q3 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rank | Product | Prior | Current | Delta | Delta % | Prior | Current | Delta | Delta % | Prior | Current | Delta | Delta % |
| 1 | O_J138 | 0.3 | 0.5 | 0.2 | 67% | 250.7 | 251.0 | 0.3 | 0% | | 147.0 | 147.0 | 100% |
| 1 | O_J139 | 0.3 | 0.5 | 0.2 | 67% | 199.7 | 199.5 | -0.2 | 0% | | 127.0 | 127.0 | 100% |
| 3 | O_J134 | 183.1 | 188.6 | 5.5 | 3% | 121.5 | 106.4 | -15.1 | -12% | | 13.1 | 13.1 | 100% |
| 4 | O_J113B | 711.1 | 731.1 | 20.0 | 3% | 696.0 | 696.0 | 0.0 | 0% | | 780.0 | 780.0 | 100% |
| 5 | O_J133 | 94.4 | 95.9 | 1.5 | 2% | 60.0 | 68.1 | 8.1 | 13% | | 92.9 | 92.9 | 100% |
| 6 | O_J42 | 376.7 | 376.7 | 0.0 | 0% | 256.1 | 287.3 | 31.2 | 12% | | 286.2 | 286.2 | 100% |
| 7 | O_J135 | 217.5 | 217.5 | 0.0 | 0% | 91.2 | 91.2 | 0.0 | 0% | | 13.0 | 13.0 | 100% |
| 8 | O_J174 | 358.0 | 358.0 | 0.0 | 0% | 160.0 | 160.0 | 0.0 | 0% | | 115.0 | 115.0 | 100% |
| 9 | O_J105A | 1,015.6 | 1,015.6 | 0.0 | 0% | 687.4 | 525.8 | -161.6 | -24% | | 626.9 | 626.9 | 100% |
| | O_J130A | 987.1 | 987.1 | | | 813.5 | 813.5 | 0.0 | 0% | 132.0 | 244.0 | 112.0 | 85% |

| iPod | | FY19Q1 | | | | FY19Q2 | | | | FY19Q3 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rank | Product | Prior | Current | Delta | Delta % | Prior | Current | Delta | Delta % | Prior | Current | Delta | Delta % |

Highly Confidential

APL-SECLIT_00093902

**iPhone**

| Rank | Product | FY19Q1 Prior | Current | Delta | Delta % | FY19Q2 Prior | Current | Delta | Delta % | FY19Q3 Prior | Current | Delta | Delta % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | O_D11 | 858.0 | 458.5 | -399.5 | -47% | 1,544.4 | 1,899.8 | 355.4 | 23% | 0.0 | 0.0 | | |
| 2 | O_D22 | 3,280.0 | 4,411.2 | 1,131.2 | 34% | 1,131.2 | 0.0 | -1,131.2 | -100% | 0.0 | 0.0 | | |
| 3 | O_N84 | 40,935.7 | 29,999.7 | -10,936.0 | -27% | 28,550.2 | 23,000.0 | -5,550.2 | -19% | 0.0 | 0.0 | | |
| 4 | O_D20 | 6,184.6 | 7,178.9 | 994.3 | 16% | 6,049.2 | 9,372.2 | 3,323.0 | 55% | 0.0 | 0.0 | | |
| 5 | O_D10 | 3,301.9 | 2,957.6 | -344.3 | -10% | 3,441.9 | 4,782.0 | 1,340.2 | 39% | 0.0 | 0.0 | | |
| 6 | O_D32 | 11,651.9 | 10,501.6 | -1,150.4 | -10% | 5,000.3 | 5,879.4 | 879.1 | 18% | 0.0 | 0.0 | | |
| 7 | O_N66 | 975.4 | 995.2 | 19.8 | 2% | 805.0 | 1,085.2 | 280.2 | 35% | 0.0 | 0.0 | | |
| 8 | O_D33 | 18,203.9 | 17,838.0 | -365.9 | -2% | 6,960.9 | 6,604.2 | -356.7 | -5% | 0.0 | 0.0 | | |
| | O_D21 | 3,765.8 | 3,765.8 | | | 3,301.0 | 4,962.2 | 1,661.3 | 50% | 0.0 | 0.0 | | |
| | O_N71 | 3,274.3 | 3,274.3 | | | 3,987.9 | 4,987.9 | 1,000.0 | 25% | 0.0 | 0.0 | | |

**iPad**

| Rank | Product | FY19Q1 Prior | Current | Delta | Delta % | FY19Q2 Prior | Current | Delta | Delta % | FY19Q3 Prior | Current | Delta | Delta % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | O_J208 | 178.7 | 153.1 | -25.6 | -14% | 43.9 | 47.4 | 3.6 | 8% | 0.0 | 0.0 | | |
| 2 | O_J207 | 275.4 | 301.0 | 25.6 | 9% | 56.1 | 52.6 | -3.6 | -6% | 0.0 | 0.0 | | |
| 3 | O_J72B | 2,306.0 | 2,152.0 | -153.9 | -7% | 1,579.0 | 1,651.1 | 72.0 | 5% | 0.0 | 0.0 | | |
| 4 | O_J97 | 123.0 | 119.0 | -4.0 | -3% | 68.7 | 110.9 | 42.2 | 61% | 0.0 | 0.0 | | |
| 5 | O_J71B | 7,868.1 | 8,022.1 | 153.9 | 2% | 5,358.0 | 5,285.9 | -72.0 | -1% | 0.0 | 0.0 | | |
| 6 | O_J96 | 505.9 | 510.0 | 4.0 | 1% | 206.6 | 264.4 | 57.8 | 28% | 0.0 | 0.0 | | |

**Beats**

| Rank | Product | FY19Q1 Prior | Current | Delta | Delta % | FY19Q2 Prior | Current | Delta | Delta % | FY19Q3 Prior | Current | Delta | Delta % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2QP_L04 | 353.1 | 380.3 | 27.2 | 8% | 291.6 | 233.5 | -58.1 | -20% | | | | |
| 2 | 1WU_L04 | 1,682.6 | 1,716.4 | 33.8 | 2% | 2,103.0 | 1,071.0 | -1,031.9 | -49% | | | | |

**Watch**

| Rank | Product | FY19Q1 Prior | Current | Delta | Delta % | FY19Q2 Prior | Current | Delta | Delta % | FY19Q3 Prior | Current | Delta | Delta % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

**Watch Accy**

| Rank | Product | FY19Q1 Prior | Current | Delta | Delta % | FY19Q2 Prior | Current | Delta | Delta % | FY19Q3 Prior | Current | Delta | Delta % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 5A1_L04 | 1,471.4 | 1,477.7 | 6.3 | 0% | 518.8 | 510.4 | -8.4 | -2% | | 386.1 | 386.1 | 100% |