# EXHIBIT 109

|              |                                              |
|-------------:|----------------------------------------------|
| **Subject:** | MPS LOB Delta Report                         |
| **From:**    | ███████████ ███████████                      |
| **Received(Date):** | Sat, 10 Nov 2018 18:02:45 +0000       |
| **To:**      | ███████████ ███████████                      |
| **Attachment:** | MPS LOB Delta Report - 2018-11-10-18-01-14.pdf |
| **Date:**    | Sat, 10 Nov 2018 18:02:45 +0000              |

Notes:
- Published Saturdays at 10am
- WoW delta between current and last week MPS publications
- Deltas at LOB, Class, and Ops Subclass level

Questions?  Contact ███████████ ███████████

Apple Confidential - Do Not Forward

Path (DS use): MPS / Ad Hoc

Highly Confidential　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　APL-SECLIT_00094245

## WW MPS WoW Deltas by Product Class

*MPS Volumes in MM units - Data as of 11/10/18*

| LOB | FY18Q4 (Last Quarter) | | | FY19Q1 | | | FY19Q2 | | | FY19Q3 | | | Cum MPS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Current | Delta | Prior | Current | Delta | Prior | Current | Delta | Prior | Current | Delta | |
| Mac | 4.9 | 4.9 | 0.0 | 7.0 | 6.5 | -0.5 | 4.8 | 5.2 | 0.5 | 3.1 | 3.1 | 0.0 | **0.0** |
| iPod | 0.4 | 0.4 | 0.0 | 0.5 | 0.5 | 0.0 | 0.3 | 0.3 | 0.0 | | | | **0.0** |
| iPhone | 42.7 | 42.7 | 0.0 | 81.5 | 81.5 | 0.1 | 62.6 | 62.5 | -0.1 | 0.0 | 14.3 | 14.3 | **14.3** |
| iPad | 11.2 | 11.2 | 0.0 | 14.5 | 14.5 | 0.0 | 9.1 | 9.3 | 0.2 | 0.0 | 1.3 | 1.3 | **1.6** |
| Beats | 4.5 | 1.4 | -3.1 | 3.1 | 2.8 | -0.4 | 1.9 | 2.2 | 0.3 | | 4.4 | 4.4 | **1.2** |
| Apple TV | 1.1 | 1.1 | 0.0 | 1.4 | 1.4 | 0.0 | 0.8 | 0.8 | 0.0 | 0.9 | 0.9 | 0.0 | **0.0** |
| Watch | 4.4 | 3.2 | -1.2 | 10.7 | 10.7 | 0.0 | 8.0 | 7.9 | 0.0 | 3.9 | 3.9 | 0.0 | **-1.2** |
| Watch Accy | 1.2 | 1.2 | 0.0 | 1.5 | 1.4 | -0.1 | 0.5 | 0.4 | -0.1 | 0.4 | 0.5 | 0.2 | **0.0** |

| Class | FY18Q4 (Last Quarter) | | | FY19Q1 | | | FY19Q2 | | | FY19Q3 | | | Cum MPS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Current | Delta | Prior | Current | Delta | Prior | Current | Delta | Prior | Current | Delta | |
| iMac | 0.6 | 0.6 | 0.0 | 0.5 | 0.5 | 0.0 | 0.7 | 0.7 | 0.0 | 0.4 | 0.4 | 0.0 | **0.0** |
| Mac Pro | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | **0.0** |
| Mac Mini | 0.1 | 0.1 | 0.0 | 0.5 | 0.5 | 0.0 | 0.2 | 0.2 | 0.0 | 0.1 | 0.1 | 0.0 | **0.0** |
| MacBook Air | 1.3 | 1.3 | 0.0 | 3.1 | 2.7 | -0.3 | 1.7 | 2.0 | 0.3 | 0.8 | 0.8 | 0.0 | **0.0** |
| MacBook Pro | 2.8 | 2.8 | 0.0 | 2.7 | 2.6 | -0.1 | 2.1 | 2.2 | 0.1 | 1.7 | 1.7 | 0.0 | **0.0** |
| iPod Touch | 0.4 | 0.4 | 0.0 | 0.5 | 0.5 | 0.0 | 0.3 | 0.3 | 0.0 | | | | **0.0** |
| iPhone | 42.7 | 42.7 | 0.0 | 81.5 | 81.5 | 0.1 | 62.6 | 62.5 | -0.1 | 0.0 | 14.3 | 14.3 | **14.3** |
| iPad | 11.2 | 11.2 | 0.0 | 14.5 | 14.5 | 0.0 | 9.1 | 9.3 | 0.2 | 0.0 | 1.3 | 1.3 | **1.6** |
| Beats | 4.5 | 1.4 | -3.1 | 3.1 | 2.8 | -0.4 | 1.9 | 2.2 | 0.3 | | 4.4 | 4.4 | **1.2** |
| Apple TV | 1.1 | 1.1 | 0.0 | 1.4 | 1.4 | 0.0 | 0.8 | 0.8 | 0.0 | 0.9 | 0.9 | 0.0 | **0.0** |
| Macbook | 0.2 | 0.2 | 0.0 | 0.2 | 0.2 | 0.0 | 0.1 | 0.1 | 0.0 | 0.1 | 0.1 | 0.0 | **0.0** |
| Watch | 4.4 | 3.2 | -1.2 | 10.7 | 10.7 | 0.0 | 8.0 | 7.9 | 0.0 | 3.9 | 3.9 | 0.0 | **-1.2** |
| Watch Accy | 1.2 | 1.2 | 0.0 | 1.5 | 1.4 | -0.1 | 0.5 | 0.4 | -0.1 | 0.4 | 0.5 | 0.2 | **0.0** |

**Products with MPS changes - in K units**

| Mac & Apple TV | | FY19Q1 | | | | FY19Q2 | | | | FY19Q3 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rank | Product | Prior | Current | Delta | Delta % | Prior | Current | Delta | Delta % | Prior | Current | Delta | Delta % |
| 1 | O_J64 | 121.7 | 101.5 | -20.2 | -17% | | 20.2 | 20.2 | 100% | | | | |
| 2 | O_J140 | 2,331.5 | 2,009.3 | -322.3 | -14% | 1,023.0 | 1,345.5 | 322.5 | 32% | | | | |
| 3 | O_J132 | 952.0 | 832.0 | -120.0 | -13% | 588.5 | 708.5 | 120.0 | 20% | 754.0 | 754.0 | 0.0 | 0% |
| 4 | O_J42 | 376.7 | 381.4 | 4.8 | 1% | 287.3 | 298.9 | 11.6 | 4% | 286.2 | 269.9 | -16.4 | -6% |
| 5 | O_J135 | 217.5 | 217.6 | 0.0 | 0% | 91.2 | 97.2 | 6.0 | 7% | 13.0 | 7.0 | -6.0 | -46% |
| 6 | O_J90 | 13.7 | 13.7 | 0.0 | 0% | 8.0 | 8.0 | 0.0 | 0% | | 4.0 | 4.0 | 100% |
| 7 | O_J134 | 188.6 | 188.6 | 0.0 | 0% | 106.4 | 110.9 | 4.5 | 4% | 13.1 | 20.0 | 6.9 | 53% |
| 8 | O_J133 | 95.9 | 95.9 | 0.0 | 0% | 68.1 | 63.6 | -4.5 | -7% | 92.9 | 86.0 | -6.9 | -7% |

| iPod | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rank | Product | Prior | Current | Delta | Delta % | Prior | Current | Delta | Delta % | Prior | Current | Delta | Delta % |
| | | | | | | | | | | | | | |

| iPhone | | FY19Q1 | | | | FY19Q2 | | | | FY19Q3 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rank | Product | Prior | Current | Delta | Delta % | Prior | Current | Delta | Delta % | Prior | Current | Delta | Delta % |

### iPhone

| Rank | Product | FY19Q1 | | | | FY19Q2 | | | | FY19Q3 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Prior | Current | Delta | Delta % | Prior | Current | Delta | Delta % | Prior | Current | Delta | Delta % |
| 1 | O_N66 | 995.2 | 1,065.2 | 70.0 | 7% | 1,085.2 | 1,015.2 | -70.0 | -6% | 0.0 | 400.0 | 400.0 | 100% |
| 2 | O_D11 | 458.5 | 458.1 | -0.3 | 0% | 1,899.8 | 1,900.6 | 0.8 | 0% | 0.0 | 722.7 | 722.7 | 100% |
| 3 | O_D20 | 7,178.9 | 7,179.4 | 0.5 | 0% | 9,372.2 | 9,371.7 | -0.5 | 0% | 0.0 | 3,394.1 | 3,394.1 | 100% |
| 4 | O_N71 | 3,274.3 | 3,274.3 | 0.0 | 0% | 4,987.9 | 4,987.9 | 0.0 | 0% | 0.0 | 1,822.6 | 1,822.6 | 100% |
| 5 | O_D33 | 17,838.0 | 17,838.0 | 0.0 | 0% | 6,604.2 | 6,604.2 | 0.0 | 0% | 0.0 | 2,530.7 | 2,530.7 | 100% |
| | O_D10 | 2,957.6 | 2,957.6 | | | 4,782.0 | 4,782.0 | | | 0.0 | 1,799.1 | 1,799.1 | 100% |
| | O_D21 | 3,765.8 | 3,765.8 | | | 4,962.2 | 4,962.6 | 0.4 | 0% | 0.0 | 1,790.0 | 1,790.0 | 100% |
| | O_D32 | 10,501.6 | 10,501.6 | | | 5,879.4 | 5,879.4 | | | 0.0 | 1,853.7 | 1,853.7 | 100% |

### iPad

| Rank | Product | FY19Q1 | | | | FY19Q2 | | | | FY19Q3 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Prior | Current | Delta | Delta % | Prior | Current | Delta | Delta % | Prior | Current | Delta | Delta % |
| 1 | O_J97 | 119.0 | 123.9 | 4.9 | 4% | 110.9 | 89.2 | -21.7 | -20% | 0.0 | 0.0 | | |
| 2 | O_J318 | 786.8 | 798.7 | 11.9 | 2% | 420.7 | 401.1 | -19.6 | -5% | 0.0 | 306.9 | 306.9 | 100% |
| 3 | O_J96 | 510.0 | 505.1 | -4.9 | -1% | 264.4 | 286.1 | 21.7 | 8% | 0.0 | 0.0 | | |
| 4 | O_J317 | 1,253.2 | 1,241.3 | -11.9 | -1% | 649.3 | 668.9 | 19.6 | 3% | 0.0 | 595.4 | 595.4 | 100% |
| 5 | O_J208 | 153.1 | 151.7 | -1.3 | -1% | 47.4 | 47.6 | 0.1 | 0% | 0.0 | 0.0 | | |
| 6 | O_J321 | 430.4 | 432.7 | 2.4 | 1% | 231.9 | 310.6 | 78.6 | 34% | 0.0 | 194.9 | 194.9 | 100% |
| 7 | O_J207 | 301.0 | 302.3 | 1.3 | 0% | 52.6 | 52.4 | -0.1 | 0% | 0.0 | 0.0 | | |
| 8 | O_J320 | 724.6 | 722.3 | -2.4 | 0% | 353.1 | 481.4 | 128.4 | 36% | 0.0 | 311.1 | 311.1 | 100% |
| 9 | O_J121 | 35.0 | 34.9 | -0.1 | 0% | 0.0 | 0.0 | | | 0.0 | -34.9 | -34.9 | #DIV/0 |
| 10 | O_J120 | 29.7 | 29.7 | 0.0 | 0% | 0.0 | 0.0 | | | 0.0 | -29.7 | -29.7 | #DIV/0 |

### Beats

| Rank | Product | FY19Q1 | | | | FY19Q2 | | | | FY19Q3 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Prior | Current | Delta | Delta % | Prior | Current | Delta | Delta % | Prior | Current | Delta | Delta % |
| 1 | 1WU_L04 | 1,716.4 | 1,384.8 | -331.5 | -19% | 1,071.0 | 1,423.0 | 352.0 | 33% | | 2,638.4 | 2,638.4 | 100% |
| 2 | 1WV_L04 | 965.3 | 940.3 | -25.0 | -3% | 487.4 | 430.4 | -57.0 | -12% | | 1,462.6 | 1,462.6 | 100% |
| 3 | 2QP_L04 | 380.3 | 380.3 | 0.0 | 0% | 233.5 | 233.5 | | | | 272.6 | 272.6 | 100% |
| | 2SC_L04 | 66.5 | 66.5 | | | 79.3 | 79.3 | | | | 35.9 | 35.9 | 100% |

### Watch

| Rank | Product | FY19Q1 | | | | FY19Q2 | | | | FY19Q3 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Prior | Current | Delta | Delta % | Prior | Current | Delta | Delta % | Prior | Current | Delta | Delta % |
| 1 | O_N121B | 1,128.5 | 1,168.6 | 40.1 | 4% | 516.9 | 476.9 | -40.0 | -8% | 16.6 | 16.6 | | |

### Watch Accy

| Rank | Product | FY19Q1 | | | | FY19Q2 | | | | FY19Q3 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Prior | Current | Delta | Delta % | Prior | Current | Delta | Delta % | Prior | Current | Delta | Delta % |
| 1 | 5A1_L04 | 1,477.7 | 1,377.3 | -100.4 | -7% | 510.4 | 428.8 | -81.7 | -16% | 386.1 | 542.2 | 156.2 | 40% |

Highly Confidential

APL-SECLIT_00094247