1  JAMES N. KRAMER (SBN 154709)
   jkramer@orrick.com
2  MICHAEL D. TORPEY (SBN 79424)
   mtorpey@orrick.com
3  ALEXANDER K. TALARIDES (SBN 268068)
   atalarides@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone:    (415) 773-5700
   Facsimile:    (415) 773-5759
7
   Attorneys for Defendants Apple Inc.,
8  Timothy Cook, and Luca Maestri

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          OAKLAND DIVISION

13

| 14 | IN RE APPLE INC. SECURITIES LITIGATION | Lead Case No. 4:19-cv-02033-YGR |
|---|---|---|
| 15 | | **DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBITS TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| 16 | This Document Relates To: | |
| 17 | ALL ACTIONS. | |
| 18 | | Hearing |
| 19 | | Date:  TBD |
| 20 | | Time:  2:00 p.m. |
|    | | Ctrm:  1, 14th Floor |
| 21 | | Judge: Honorable Yvonne Gonzalez Rogers |

Pursuant to Local Rules 7-11 and 79-5(d), Defendants Apple Inc., Timothy Cook, and Luca Maestri (collectively "Defendants") hereby move this Court for an order permitting Defendants to file under seal portions of Exhibits 10, 13, and 23 (the "Sealed Records") to the Declaration of Kevan Parekh, filed in support of Defendants' Motion for Summary Judgment. This Motion is supported by the Declaration of James N. Kramer, filed concurrently herewith (the "Kramer Declaration").

For the reasons set out in the Kramer Declaration, Defendants respectfully request that the Court grant their Motion to Seal the aforementioned information.

Dated: September 9, 2022                    ORRICK, HERRINGTON & SUTCLIFFE LLP

                                            *James N. Kramer*
                                            JAMES N. KRAMER

                                            Attorneys for Defendants Apple Inc.,
                                            Timothy Cook, and Luca Maestri