JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
MICHAEL D. TORPEY (SBN 79424)
mtorpey@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 (415) 773-5700
Facsimile:    +1 (415) 773-5759

Attorneys for Defendants Apple Inc.,
Timothy Cook, and Luca Maestri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No. 4:19-cv-02033-YGR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF EXHIBITS TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br><u>Hearing</u><br>Date:    TBD<br>Time:    2:00 p.m.<br>Ctrm:    1, 14th Floor<br>Judge:   Honorable Yvonne Gonzalez Rogers |

On September 9, 2022, Defendants Apple Inc., Timothy Cook, and Luca Maestri (collectively, "Defendants") filed an Administrative Motion to Seal Portions of Exhibits to their Motion for Summary Judgment (the "Administrative Motion"). Defendants have submitted a declaration in support of their request that the material presented in connection with the Administrative Motion be filed under seal. Having considered the papers and the contentions of the parties, the Court HEREBY GRANTS the Administrative Motion as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Parekh Declaration, Ex. 10, portions of p. 2, 3, 4, 6, 7. | Kramer Decl. ¶ 5. | |
| Parekh Declaration, Ex. 13, portion of p. 8 | Kramer Decl. ¶ 5. | |
| Parekh Declaration, Ex. 23, portions of p. 3, 4, 5, 6. | Kramer Decl. ¶ 5. | |

Accordingly, the Court orders that the Clerk of the Court shall maintain the "sealed/unredacted" version of the records identified above under seal. Only the Court, court personnel, and interested parties to this case may inspect the records sealed by this Order.

**IT IS SO ORDERED.**

Date: _____, 2022

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE