Case 4:19-cv-02033-YGR   Document 300-1   Filed 09/09/22   Page 1 of 2

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
KENNETH J. BLACK (291871)
HADIYA K. DESHMUKH (328118)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
        – and –
MARK SOLOMON (151949)
JASON A. FORGE (181542)
RAPHAELLA FRIEDMAN (323324)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
jforge@rgrdlaw.com
rfriedman@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION | ) Case No. 4:19-cv-02033-YGR ) ) <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>    ALL ACTIONS. | ) ) DECLARATION OF SHAWN A. ) WILLIAMS IN SUPPORT OF LEAD ) PLAINTIFF'S ADMINISTRATIVE ) MOTION TO CONSIDER WHETHER ) ANOTHER PARTY'S MATERIAL ) SHOULD BE SEALED |

4860-8885-6370.v1

I, SHAWN A. WILLIAMS, declare as follows:

1.  I am an attorney duly licensed to practice before all of the courts of the State of California and before this District Court. I am a member of the law firm Robbins Geller Rudman & Dowd LLP, counsel of record for Lead Plaintiff and Class Representative Norfolk County Council as Administering Authority of the Norfolk Pension Fund ("Plaintiff") in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto. This Declaration is made in support of Lead Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

2.  I submit this Declaration pursuant to Civil Local Rules 7-11 and 79-5(f) in connection with the Lead Plaintiff's Omnibus Motion to Exclude Opinion Testimony of Defendants' Proposed Experts.

3.  Pursuant to the Stipulated Protective Order (ECF No. 139), the documents set forth below or information therein has been designated as HIGHLY CONFIDENTIAL by Defendants.[1]

| DOCUMENT | REASON FOR SEALING | DESIGNATING PARTY |
|---|---|---|
| Exhibit 10 | Designated HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 11 | Designated HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 12 | Designated HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 13 | Designated HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 14 | Designated HIGHLY CONFIDENTIAL | Defendants |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 9th day of September, 2022, in the State of California.

s/ Shawn A. Williams<br>SHAWN A. WILLIAMS

---

[1]  "Defendants" are Apple Inc., Timothy D. Cook, and Luca Maestri.