1
ROBBINS GELLER RUDMAN
  & DOWD LLP
2
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
3
KENNETH J. BLACK (291871)
HADIYA K. DESHMUKH (328118)
4
Post Montgomery Center
One Montgomery Street, Suite 1800
5
San Francisco, CA  94104
Telephone:  415/288-4545
6
415/288-4534 (fax)
shawnw@rgrdlaw.com
7
dpfefferbaum@rgrdlaw.com
kennyb@rgrdlaw.com
8
hdeshmukh@rgrdlaw.com
    – and –
9
MARK SOLOMON (151949)
JASON A. FORGE (181542)
10
RAPHAELLA FRIEDMAN (323324)
655 West Broadway, Suite 1900
11
San Diego, CA  92101
Telephone:  619/231-1058
12
619/231-7423 (fax)
marks@rgrdlaw.com
13
jforge@rgrdlaw.com
rfriedman@rgrdlaw.com
14

Lead Counsel for Lead Plaintiff
15

16

17
UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
18

19
OAKLAND DIVISION

20
| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION | ) ) ) | Case No. 4:19-cv-02033-YGR<br><br>CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | ) ) ) ) ) ) ) ) | [PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED |

21

22

23

24

25

26

27

28

4859-5372-1650.v1

Having considered Plaintiff's[1] Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (the "Motion") in connection with Lead Plaintiff's Omnibus Motion to Exclude Opinion Testimony of Defendants'[2] Proposed Experts, the pleadings and filings herein and such other evidence and written or oral arguments as may be presented to the Court, IT IS HEREBY ORDERED that:

1.      Plaintiff's Motion is GRANTED;

2.      Plaintiff may file the following documents under seal, pending the Court's consideration, pursuant to Civil Local Rule 79-5(f):

| DOCUMENT | REASON FOR SEALING | DESIGNATING PARTY |
| --- | --- | --- |
| Exhibit 10 | Designated HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 11 | Designated HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 12 | Designated HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 13 | Designated HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 14 | Designated HIGHLY CONFIDENTIAL | Defendants |

\*        \*        \*

# O R D E R

IT IS SO ORDERED.

DATED: _____        _____

THE HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

---

[1]   "Plaintiff" is Lead Plaintiff and Class Representative Norfolk County Council as Administering Authority of the Norfolk Pension Fund.

[2]   "Defendants" are Apple Inc., Timothy D. Cook, and Luca Maestri.