ROBBINS GELLER RUDMAN
   & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
KENNETH J. BLACK (291871)
HADIYA K. DESHMUKH (328118)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
        – and –
MARK SOLOMON (151949)
JASON A. FORGE (181542)
RAPHAELLA FRIEDMAN (323324)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
jforge@rgrdlaw.com
rfriedman@rgrdlaw.com

Lead Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No. 4:19-cv-02033-YGR<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF SHAWN A. WILLIAMS IN SUPPORT OF LEAD PLAINTIFF'S OMNIBUS MOTION TO EXCLUDE OPINION TESTIMONY OF DEFENDANTS' PROPOSED EXPERTS |

4856-4544-0818.v1

I, SHAWN A. WILLIAMS, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and before this District Court. I am a member of the law firm Robbins Geller Rudman & Dowd LLP, Lead Counsel for Lead Plaintiff and Class Representative Norfolk County Council as Administering Authority of the Norfolk Pension Fund ("Plaintiff") in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto. This Declaration is made in support Lead Plaintiff's Omnibus Motion to Exclude Opinion Testimony of Defendants' Proposed Experts.

2. On December 18, 2020, Defendants[1] served Defendants' Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1), disclosing six individuals, all Apple employees, who may be used to support Defendants' defenses. On March 16, 2022, the last day of the fact discovery deadline, Defendants served Defendants' Supplemental Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1), which disclosed numerous investment banks and individuals external to Apple, but no additional Apple employee witnesses. Neither the initial nor the supplemental initial disclosures disclosed or identified any of the following individuals: Naznin Shroff; Tina Tong; Karen Wang; Tejas Gala; or Anish Patel. Plaintiff independently identified Gala and Patel, and deposed Patel. Defendants did not question Patel at his deposition.

3. Attached are true and correct copies of the following exhibits:

Exhibit 1: Expert Report of Professor Dennis Yang, Ph.D., dated April 27, 2022;

Exhibit 2: Expert Rebuttal Report of Professor Dennis Yang, Ph.D., dated June 10, 2022;

Exhibit 3: Corrected Expert Report of Alex Gauna, MBA, dated May 9, 2022;

Exhibit 4: Expert Report of Professor Brett Trueman, Ph.D., dated April 27, 2022;

Exhibit 5: Rebuttal Expert Report of Professor Brett Trueman, Ph.D., dated June 10, 2022;

Exhibit 6: Corrected Summary and Expert Report of Eric Poer, CPA, CFF, ABV, CFE, dated May 9, 2022;

---

[1] "Defendants" are Apple Inc. ("Apple"), and Timothy D. Cook, and Luca Maestri.

| | | |
|---|---|---|
| Exhibit 7: | Rebuttal Summary and Expert Report of Eric Poer, CPA, CFF, ABV, CFE, dated June 10, 2022; |
| Exhibit 8: | Expert Report of Professor Steven Grenadier, dated June 10, 2022; |
| Exhibit 9: | Expert Rebuttal Report of Carlyn R. Taylor, dated June 10, 2022; |
| Exhibit 10: | Excerpts of Deposition Transcript of Kevan Parekh, dated March 8, 2022 **[FILED UNDER SEAL]**; |
| Exhibit 11: | Email from YeeWee Koh to Gregory Joswiak, dated January 9, 2019 (Bates No. APL-SECLIT_00163170 - APL-SECLIT_00163174) **[FILED UNDER SEAL]**; |
| Exhibit 12: | Email from Thomas Wigg to Matt Blake, with attachments (Bates No. APL-SECLIT_00587555 - APL-SECLIT_00587578) **[FILED UNDER SEAL]**; |
| Exhibit 13: | "In re: Apple Securities Litigation FTI Questions – Store Traffic Data" (Bates No. POER_0001) **[FILED UNDER SEAL]**; |
| Exhibit 14: | "[2018-First half 2019]" (Bates No. POER_0002 - POER_0003) **[FILED UNDER SEAL]**; |
| Exhibit 15: | Expert Report of Oded Shenkar, dated April 27, 2022; |
| Exhibit 16: | Rebuttal Expert Report of Professor Frank Partnoy, dated June 10, 2022; |
| Exhibit 17: | Q4 2018 Apple Inc. Earnings Call Transcript, dated November 1, 2018; and |
| Exhibit 18: | Report on Loss Causation and Damages of Professor Steven P. Feinstein, Ph.D., CFA, dated April 27, 2022. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 9th day of September, 2022, in the State of California.

s/ Shawn A. Williams
SHAWN A. WILLIAMS