EXHIBIT 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE APPLE INC. SECURITIES
LITIGATION

Civil Action No. 4:19-cv-02033-YGR

**Expert Report of Professor Dennis Yang, Ph.D.**

Dennis Yang, Ph.D.

April 27, 2022

**CONFIDENTIAL UNDER THE STIPULATED PROTECTIVE ORDER**

Confidential

**TABLE OF CONTENTS**

I.     QUALIFICATIONS ................................................................................................ 1

II.    ASSIGNMENT ...................................................................................................... 3

III.   SUMMARY OF OPINIONS ................................................................................. 4

IV.    MACROECONOMIC CONDITIONS IN CHINA'S ECONOMY
       WORSENED UNEXPECTEDLY IN NOVEMBER AND DECEMBER 2018 ........... 5

       A.    Retail Sales and Other Indicators Steadily Worsened in November and
             December 2018 ........................................................................................... 11

       B.    Automobile Sales Slowed Unexpectedly During Calendar Q4 2018 .................. 16

       C.    Manufacturing Activity Unexpectedly Contracted in December 2018 .............. 19

       D.    When Calendar Q4 2018 Results Came Out They Confirmed the
             Slowdown .................................................................................................. 27

       E.    Other Companies Also Cited Unexpectedly Weak Macroeconomic
             Conditions In Calendar Q4 2018 In China ...................................................... 30

V.     THE SMARTPHONE MARKET WEAKENED DURING NOVEMBER AND
       DECEMBER 2018 ................................................................................................ 32

VI.    APPLE FACED UNEXPECTED ADVERSE CONSUMER SENTIMENT
       AFTER THE DETENTION OF HUAWEI'S CFO ................................................... 36

       A.    Survey Evidence: Consumers Turned Against Apple ........................................ 38

VII.   MR. COOK'S STATEMENTS REGARDING EMERGING MARKETS AND
       CURRENCIES WERE ACCURATE ...................................................................... 39

       A.    What is an emerging market? ........................................................................ 40

       B.    China's Currency ........................................................................................ 41

VIII.  CONCLUSION .................................................................................................... 45

## I.   QUALIFICATIONS

1.      I am the Dale S. Coenen Free Enterprise Professor of Business Administration and Academic Director of the Asia Initiative at the University of Virginia Darden School of Business. I am also a senior fellow at the Institute for the Study of Labor (IZA) in Germany; previously, I was a senior fellow at the Chinese University of Hong Kong, Peking University and Tsinghua University. Among my other academic positions, I have served as the President of the Association for Comparative Economic Studies, the Vice-President of the Hong Kong Economic Association, Senior Adviser to the Hong Kong Monetary Authority, and held the Chang Jiang Scholar Professorship at Shanghai Jiao Tong University in China. I have also served on the economics faculty at Duke University, Virginia Polytechnic Institute and State University, and the Chinese University of Hong Kong.

2.      One of my principal areas of research interest is the Chinese economy, encompassing both macroeconomic factors such as trade policies and exchange rates, as well as regulations and capital controls. I have published articles in leading economics journals, including *American Economic Review*, *Journal of Political Economy*, *Economic Journal*, *Journal of Economic Perspectives*, *Journal of Monetary Economics* and the *Journal of Development Economics*. I have also co-edited four books on economic reforms and the development of labor and capital markets in China and served on the editorial boards of several international economics journals. These journals cover a wide range of fields and topics, including comparative economic systems and economywide country studies of major emerging markets.

3.      I have taught MBA and Executive MBA courses on "Global Economies and Markets," "China in the Global Economy," as well as "Growth and Business in Emerging Markets."  Topics on China include China's international trade, exchange rate policies, and

1

capital controls. My teaching also covers economic and business cases on India, Brazil, and Russia.

4.     I have undertaken consulting work for international organizations such as the World Bank as well as for leading multinational companies, including serving as Research Director of the China Center for Business and Economics of The Conference Board. During the course of my academic and professional work, I routinely interact with executives, other academics, and regulators based in China or Hong Kong, and my interactions encompass a broad range of issues having to do with the Chinese economy and regulation.

5.     Because I also teach courses in the MBA as well as the Executive MBA Programs that cover Chinese capital regulations, and because Chinese macroeconomic data and policies, including capital control data and regulations, forms one of my principal areas of research interest, I read and consult widely on capital control issues and frequently review macroeconomic data, including foreign reserve data, and information about Chinese exchange rates.

6.     I am being compensated at a rate of $1000 per hour. I receive no other compensation apart from this hourly rate and I have no other relationship, financial or otherwise, that I am aware of with any of the parties involved in this litigation or with their legal advisors. The opinions I express in this report are my own, and I have developed them in accordance with the rigorous standards common in my field of economics. I have no financial interest in the outcome of this litigation and my compensation is not contingent upon reaching any specific conclusion or on the outcome of this proceeding. FTI staff performed research and other support work for me on this matter. My curriculum vitae is attached as **Appendix A.** A list of the documents I have considered is attached as **Appendix B**.

**Confidential**

## II.  ASSIGNMENT

7.  I have been asked by attorneys at Orrick, Herrington & Sutcliffe LLP to analyze macroeconomic conditions in China during the second half of 2018. I understand that plaintiffs in this matter, *In re Apple Securities Litigation*, are alleging that certain statements made by Timothy Cook, CEO of Apple Inc. ("Apple"), on November 1, 2018, were inaccurate and that Apple knew or must have known that its revenues in China were going to decline in the fourth quarter of 2018.[1]

8.  I was asked to consider certain statements made by Mr. Cook on an earnings call contained in the following exchange. Mr. Cook was asked the following question by an analyst for Bank of America/Merrill Lynch, and he provided the subsequent answer.

> "Question:
>
> …Tim, there has been some real deceleration in some of these emerging markets, partly driven by some concerns around some of the rules the administration is contemplating and partly driven by things that are more specific to China, for instance, like some of the regulations around gaming. So can you talk about how you see the trajectory there for the business and what you think of the initiatives of some companies like Netflix and Fortnite trying to bypass the App Store around subscriptions and I have a follow up.
>
> Answer (by T. Cook):
>
> Sure. Great question. Starting with emerging markets. The emerging markets that we're seeing pressure in are markets like Turkey, India, Brazil, Russia. These are markets where currencies have weakened over the recent period. In some cases, that resulted in us raising prices and those markets are not growing the way we would like to see.
>
> To give you a perspective in [] some detail, our business in India in Q4 was flat. Obviously, we would like to see that be a huge growth. Brazil was down somewhat compared to the previous year. And so I think, or at least the way that I see these, is each one of the emerging markets has a bit of a different

---

[1] In this report, I refer to calendar quarters and not to Apple's fiscal quarters, except where specified. For example, when I refer to the fourth quarter of 2018, I mean the fourth *calendar* quarter of 2018. This calendar quarter corresponds to the first quarter of Apple's 2019 fiscal year.

**Confidential**

story, and I don't see it as some sort of issue that is common between those for the most part.

In relation to China specifically, I would not put China in that category. Our business in China was very strong last quarter. We grew 16%, which we're very happy with. iPhone in particular was very strong, very strong double-digit growth there. Our other products category was also stronger, in fact, a bit stronger than even the overall company number."[2]

9.     Later, on January 2, 2019, Apple released revised company-wide guidance, which indicated that sales in Greater China (which includes mainland China, Hong Kong and Taiwan) would fall below levels Apple had expected when it issued its guidance on November 1, 2018.[3]

10.     I was asked to analyze the following questions. First, I was asked whether and when macroeconomic conditions in China worsened unexpectedly in calendar Q4 2018. Second, I was asked whether there were other competitive or other factors that worsened unexpectedly in China in calendar Q4 2018 that might also have led to declines in sales. Lastly, I was asked whether Mr. Cook's statements on November 1, 2018, in relation to emerging market countries and their currencies, were accurate.

## III.   SUMMARY OF OPINIONS

11.     Based on the materials I have reviewed and analyzed, I have reached the following opinions:

> ➤ Macroeconomic conditions in China worsened throughout the second half of the year but unexpectedly and dramatically worsened even more during November and December of 2018. A slowing Chinese economy would have had a disproportionately negative effect on consumers' purchases of discretionary goods like the iPhone.

> ➤ The smartphone market had been contracting for several quarters, appeared to be stabilizing in October 2018, and then worsened again in November and December.

---

[2] Apple Inc. (AAPL) Q4 2018 Earnings Call, 11/1/18 Bloomberg Transcript [last accessed 3.26.22]
[3] See Apple Press Release, "Letter from Tim Cook to Apple investors." 1/2/19
https://www.apple.com/newsroom/2019/01/letter-from-tim-cook-to-apple-investors/.

4

> ➤ Competitive conditions in China changed unexpectedly after the detention of Meng Wanzhou, the CFO of Huawei on December 1, 2018. Chinese consumers rallied around Huawei and its mobile phones and turned away from Apple's iPhone. This event had a significant negative impact on iPhone sales.

> ➤ Mr. Cook's statements related to emerging markets and currency movements were accurate when made. China is viewed by Apple as an emerging market and its currency was less volatile and weakened less than that of Brazil, India, Russia and Turkey.

12.     The opinions I express in this report are based on the information I have reviewed to date. Should additional information come to light that bears on the opinions I express in this report, I reserve the right to amend or supplement my opinions.

## IV.    MACROECONOMIC CONDITIONS IN CHINA'S ECONOMY WORSENED UNEXPECTEDLY IN NOVEMBER AND DECEMBER 2018

13.     By November 1, 2018, there were mixed indications about China's economy and whether it was softening, but information that came out after the second week of November 2018 showed that the economy was deteriorating more rapidly than was previously known or expected. This was revealed in economic indicators, in analyst reports, in news articles, and in the earnings conferences calls of other public companies operating in China. I discuss each of these sources of evidence in more detail below. I begin with a discussion of some basic economic principles that are important to understand when assessing the Chinese economy.

14.     First, it is important to recognize the difference between *discretionary* goods and *staples*. Discretionary goods are, "big-ticket items that tend to last many years—things like washing machines, refrigerators and automobiles."[4] Staples "are products that are bought often, routinely, and without much thought—like breakfast cereal, canned soup, and most other

---

[4] Simon Constable, "In Translation: Consumer Staples and Durables," Wall Street Journal 4/7/13. https://www.wsj.com/articles/SB10001424127887323419104578376310369393992 [last accessed 3.19.22]

**Confidential**

packaged foods used almost every day in almost every household."[5] The distinction is important because consumers' purchases of staples are less likely to be affected by economic conditions than are their purchases of discretionary goods. An iPhone—like virtually all of Apple's products—is a discretionary purchase. And at an average selling price of $800,[6] it is a relatively expensive purchase for Chinese consumers: per capita GDP at the end of 2018 in China was only $9,905.[7] By comparison, the U.S., at the end of 2018, had a per capita GDP of $63,064.[8]

15.     Second, as discussed in *Section VII*, it is important to recognize that China is an emerging market country and hence its economic growth must be viewed differently than that of a developed country. In particular, its economy may still be growing but if its growth rate is *slowing*, that can drive fears that the economy is weakening and cause consumers to spend less, particularly on discretionary goods. For example, China has experienced rapid economic growth over the past several decades, as shown in **Figure 1**.

---

[5] William D. Perreault and E. Jerome McCarthy, *Basic Marketing, A Global-Managerial Approach*, 14th edition John Biernat publishing (2002), p. 254; Jeff Tanner and Mary Anne Raymond, *Principles of Marketing*, Flat World Knowledge, p. 95 [describing discretionary purchases as optional].
[6] Daniel Ives and Strecker Backe, "iPhone Tariff Threat Represents a Near-Term Overhang," WedBush, 11/26/18 APL-SECLIT_00002543 – 546 at APL-SECLIT_00002543.
[7] The World Bank, "GDP per capita (current US$) - China," https://data.worldbank.org/indicator/NY.GDP.PCAP.CD?locations=CN (measured in current dollars) [last accessed 3.19.22]
[8] The World Bank, "GDP per capita (current US$) - China, United States," https://data.worldbank.org/indicator/NY.GDP.PCAP.CD?locations=CN-US (measured in current dollars) [last accessed 3.19.22]

6

**Confidential**

**Figure 1**[9]



16.     Over the period 1990-2018, annual growth averaged 9.5%. But after 2007, the growth rate began to slow. Such a deceleration in the growth rate can affect consumer spending. A slowing economy in an emerging market like China's can reduce consumer confidence and consumers' willingness to make discretionary purchases for expensive durable goods, even if the economy is growing overall. And this can be the case even if the growth rate would be considered robust by the standards of a developed country like the U.S. A consumer's purchasing power/decision is a function of both past accumulation of wealth as well as the present value of expected future earnings. When the GDP growth rate declines, and especially when the risk of unemployment rises, consumers are likely to reduce their purchases of expensive discretionary goods as they perceive their future earnings to be lower as an emerging market economy slows.[10] The slowing of GDP growth, therefore, can be a very important signal of economic weakness.

---

[9] The World Bank, "GDP growth (annual %) - China,"
https://data.worldbank.org/indicator/NY.GDP.MKTP.KD.ZG?view=chart&locations=CN.
[10] N. Gregory Mankiw, *Macroeconomics*, 8th edition, (2013) ["When people decide how much to consume and how much to save, they consider both the present and the future. The more consumption they enjoy today, the less they will be able to enjoy tomorrow. In making this tradeoff, households must look ahead to the income they expect to receive in the future and to the consumption of goods and services they hope to be able to afford." p. 500];

**Confidential**

17.     Below I cite numerous articles from respected sources and analyst reports that discuss the weakening Chinese economy during November and December 2018. These articles may seem puzzling to someone primarily familiar with the much lower GDP growth rates typically seen in the developed world. But the deceleration of GDP growth has real economic effects, which can (and did) have sizeable impacts on the purchase of discretionary items like the iPhone. Consumer anxiety and bearishness must be understood in a similar way: as a reaction to the lower perceived earnings that will affect, firstly, discretionary purchases. Many articles I cite below talk about consumers becoming anxious about the economy and these articles are properly understood as describing anxiety in sectors of the economy where consumers can delay or forgo discretionary purchases.

18.     Third, the trade war between the U.S. and China was an important backdrop to economic conditions in China. Numerous sources cite trade tensions as a cause of economic anxiety on the part of consumers and reduced manufacturing activity (as I discuss below). During January and March of 2018, the U.S. began imposing tariffs on all imports (not just those from China) that involved washing machines, solar panels, steel imports and aluminum. In April, China imposed tariffs on 128 U.S. products, and the U.S. and China responded over the next few months, culminating in the U.S. imposing 10% tariffs on $200 billion worth of Chinese imports, with tariffs to increase to 25% on January 1, 2019. **Table 1** below lays out some of the key

---

[ "…economists have argued that consumers understand that they face an intertemporal decision. Consumers look ahead to their future resources and needs…" p. 521]

**Confidential**

events in the timeline of the trade war.[11]

19.     As **Table 1** shows, on December 1, 2018, the U.S. and China had agreed to postpone the imposition of tariffs of 25% for 90 days. But there was still considerable uncertainty and many issues to be resolved between the two countries.[12] And, in any event, the detention of Meng Wanzhou on the same day, as I explain in more detail below, was an important event in the trade war and adversely affected consumer sentiment towards the iPhone.

| Table 1 United States-China Trade War, Timeline Through 2018 | |
|---|---|
| 1/22/18 | Trump imposes tariffs on all imported washing machines and solar panels - not just those from China. |
| 3/8/18 | Trump orders 25% tariffs on steel imports and 10% on aluminum from all suppliers - not just China. |
| 4/2/18 | China imposes tariffs of up to 25% on 128 U.S. products including airplanes and soybeans. |
| 4/3/18 | Trump unveils plans for 25% tariffs on about $50 billion of Chinese imports. |
| 4/4/18 | China responds with plans for retaliatory tariffs on about $50 billion of U.S. imports. |
| 6/15/18 | The United States says that 25% levies on $34 billion of Chinese imports will go into effect July 6, and announces 25% tariffs on an additional $16 billion of goods. China responds with tariffs on $34 billion of U.S. goods. |
| 7/10/18 | The United States unveils plans for 10% tariffs on $200 billion of Chinese imports. |
| 8/1/18 | Trump orders the July 10 tariffs to increase to 25%. |
| 8/7/18 | The United States releases a list of $16 billion of Chinese goods to be taxed by 25%. China retaliates with 25% duties on $16 billion of U.S. goods. |
| 9/24/18 | The 10% tariffs on $200 billion of Chinese imports kick in. The administration says the rate will increase to 25% on Jan. 1, 2019. China taxes $60 billion of U.S. goods. |
| 12/1/18 | The United States and China agree on a 90-day halt to new tariffs. Trump agrees to postpone the Jan. 1 increase on $200 billion of Chinese goods; the White House says China will buy a "very substantial" amount of U.S. products. |
| 12/1/18 | Detention of Meng Wanzhou, CFO of Huawei. |

---

[11] **Table 1** was created from a timeline prepared by Reuters Staff entitled, "Timeline: Key Dates in the U.S.-China trade war," https://www.reuters.com/article/us-usa-trade-china-timeline/timeline-key-dates-in-the-u-s-china-trade-war-idUSKBN1ZE1AA [last accessed 3.19.22]

[12] Daniel Ives and Strecker Backe, "US/China Tariff Talks: A Positive Step Forward for the Tech Space and Apple," Wedbush 12/2/18. APL-SECLIT_00002707 – 710 at APL-SECLIT_00002707. ["Late last night the US and China reached an agreement to halt additional tariffs in a deal that will remove a near-term overhang on tech stocks caught in the cross fire with Apple and the semiconductor space front and center. The trepidation among tech investors going into G-20 talks this weekend was that the dreaded 25% stepped up tariff on $200 billion of Chinese goods including tech products poised to hit on January 1, 2019 would be green lighted if talks between President Trump and Chinese President Xi Jinping broke down with no resolution. To this point, both countries agreed to leave the 10% tariff unchanged with a plan to have intensive negotiations over the next 90 days in hopes of inking a broader trade agreement around import imbalance and equally important, in our view, will now include structural changes around forced technology transfer, IP protection, cyber intrusions/theft, services, and agriculture."]

**Confidential**

20.     Only a small set of Apple products were expected to be directly affected by tariffs and/or the resulting higher prices of components: Apple Watch, AirPods, and other products like chargers and adapters.[13] Analysts believed about 1% of Apple's revenues would be directly hit with a 10% tariff.[14] iPhones were exempted.[15] It helped that Apple was considered critical to China's economy.[16]

21.     Apple's results during its fourth fiscal quarter in 2018 (ending September 29, 2018) confirms this expectation. Apple's sales overall in Greater China were up 16% in the quarter ending September 29, 2018, compared to the same quarter in 2017; iPhone sales increased by "double-digits."[17]

22.     On October 29, 2018 (two days before Apple's November 1, 2018 earnings call), the trade war was still not expected by UBS analysts to have a significant impact on Apple:

> "At the moment, **we see limited risk of Chinese government action that would hurt the sales of Apple products in China**. Retaliation to US tariffs by the Chinese government has been more focused on politically sensitive US exports such as soybeans and other agricultural commodities. We believe that (1) the US is unlikely to impose tariffs on consumer electronics imports from China, such as smartphones by Huawei, thereby taking the bull's eye off of iPhones being sold in China, and (2) Chinese retaliation to US tariffs will not be proportional."[18]

---

[13] William V. Power and Charles Erlikh, "Trump Trumping iPhone Launch? We Remain Buyers," Baird Equity Research, 9/10/18 APL-SECLIT_00197305 – 316 at APL-SECLIT_00197305.
[14] A.M. Sacconaghi, Jr, Daniel Chen, and Corry Wang, "AAPL: Q4 18 Preview - Expect upside to ASPs, but iPhone unit growth in FY 19 most likely to shape investor sentiment," Bernstein, 10/24/18 APL-SECLIT_00001251 – 278 at APL-SECLIT_00001254          .
[15] Daniel Ives and Strecker Backe, "iPhone Tariff Threat Represents a Near-Term Overhang," WedBush, 11/26/18 APL-SECLIT_00002543 – 546 at APL-SECLIT_00002543.
[16] See Heiwei Tang and Minyi Huang, "China Moves Up the Value Chains: FoxConn's Dilemma," HKU Business School Case Study HBP# HK1263, updated 1/31/21, p. 7. FoxConn was the largest iPhone contract assembler for Apple and was estimated to handle 80% of iPhone 12 orders. *See also* Daniel Ives and Strecker Backe, "iPhone Tariff Threat Represents a Near-Term Overhang," WedBush, 11/26/18 APL-SECLIT_00002543 – 546 at APL-SECLIT_00002543. ["The reality is Apple and Cook are firmly implanted in China as a core production factory and ultimately we would not see this dynamic changing in the foreseeable future."]
[17] Mr. Cook did not specify iPhone sales growth beyond saying the growth was in the double-digits. Apple Inc. (AAPL) Q4 2018 Earnings Call, 11/1/18 Bloomberg Transcript [last accessed 3.26.22]
[18] Timothy Arcuri and Munjal Shah, "FQ4:18 (Sep) Earnings Preview: Survey Work Supports Very Strong iPhone ASP Narrative," UBS. 10/29/18. APL-SECLIT_00001379 – 400 at APL-SECLIT_00001389-90. [emphasis added]

10

**Confidential**

23.     I turn next to an examination of some of the key economic indicators that showed that the Chinese economy worsened during November and December of 2018 and that this worsening was revealed beginning after the second week of November 2018. In other words, it became more and more apparent in the weeks after November 1, 2018, that China's economy had weakened substantially in a way that would have specifically affected spending on a discretionary good like the iPhone.

**A. Retail Sales and Other Indicators Steadily Worsened in November and December 2018**

24.     **Table 2** below shows the year-over-year retail growth rate in China for all retail sales by month.

Confidential

| Table 2 Monthly Changes in Retail Sales (YoY) | | |
|---|---|---|
| | **Revenue (billions)** | **YOY % Chg** |
| Sep-17 | ¥3,087.0 | 10.3% |
| Oct-17 | ¥3,424.2 | 10.0% |
| Nov-17 | ¥3,410.8 | 10.2% |
| Dec-17 | ¥3,473.4 | 9.4% |
| Jan & Feb-18 | ¥6,108.2 | 9.7% |
| Mar-18 | ¥2,919.3 | 10.1% |
| Apr-18 | ¥2,854.2 | 9.4% |
| May-18 | ¥3,035.9 | 8.5% |
| Jun-18 | ¥3,084.2 | 9.0% |
| Jul-18 | ¥3,073.4 | 8.8% |
| Aug-18 | ¥3,154.2 | 9.0% |
| Sep-18 | ¥3,200.5 | 9.2% |
| *Oct-18* | *¥3,553.4* | *8.6%* |
| *Nov-18* | *¥3,526.0* | *8.1%* |
| *Dec-18* | *¥3,589.3* | *8.2%* |
| Jan & Feb-19 | ¥6,606.4 | 8.2% |
| Mar-19 | ¥3,172.6 | 8.7% |
| *Source: National Bureau of Statistics of China.* | | |

25.     As can be seen, the growth rate in retail sales was increasing year-over-year in the months of July, August and September of 2018. September's year-over-year value was higher than that of the four previous months. The October results, which came out on November 14, 2018, were a slowdown from the previous month and were a surprise to market observers. ING wrote:

> "Retail sales growth is important to China as it reflects consumers' appetite for spending. But retail sales grew weaker than expected at 8.6%YoY in October, down from 9.2% in September. **The slowdown is a surprise to us as October is a holiday month in China**… **consumers**

12

**Confidential**

**have started to worry that the trade war will impact [] wage growth and job security.**"[19]

26.    *Focus Economics*, a provider of economic analysis and forecasts, wrote:

"In October, nominal retail sales grew 8.6% on an annual basis, a deceleration from the 9.2% expansion registered in September and the lowest reading in five months. The print [sic] was **well below market expectations of a 9.1% increase**. October's print [sic] was driven by weaker sales of household appliances, clothing and footwear and food. Despite decelerating slightly, sales of petroleum and petroleum-related products remained robust in October. Meanwhile, car sales contracted at a softer pace in October."[20]

27.    After the October retail sales numbers came out in November, a *CNBC* article

identified what was starting to become apparent: consumers were anxious, less confident about

the future and delaying spending when they could.

**"China's massive consumer base is feeling a chill that could have ripple effects throughout an economy that's already under pressure.**

While analysts say individuals are generally financially healthy, **many are holding off on spending due to uncertainty about the future**.

'A decline in consumption is the biggest risk, because everyone already knows about the decline in investment, everyone also knows about the trade tensions,' said Jian Guang Shen, chief economist at JD Digits…

'…**Everyone's confidence, confidence in this year's situation, has declined**, (and) consumption was immediately impacted,' Shen [chief economist at JD Digits] said in Mandarin on Tuesday, according to a *CNBC* translation. 'In the next couple of months, consumption will continue to slow.'

**Already, retail sales fell to a disappointing 8.6 percent in October**. That contrasts with past years which generally saw near-10 percent growth or higher."[21]

---

[19] Iris Pang, "China: weaker retail sales is a concern," ING 11/14/18 https://think.ing.com/snaps/china-weaker-retail-sales-is-a-concern/ [last accessed 3.23.18] [emphasis added]

[20] Focus Economics, "China: Growth in retail sales decelerates to five-month low in October," 11/14/18 https://www.focus-economics.com/countries/china/news/retail/growth-in-retail-sales-decelerates-to-five-month-low-in-october [last accessed 3.22.22] [emphasis added]

[21] Evelyn Cheng, "Chinese consumers aren't spending as much. Many are worried about the future," *CNBC* 11/21/18 https://www.*CNBC*.com/2018/11/22/chinese-consumers-arent-spending-as-much-because-theyre-worried.html [last accessed 3.20.22] [emphasis added]

**Confidential**

28.     In December, the National Bureau of Statistics ("NBS") released retail sales figures for November, and they were worse than those for October.[22] Retail sales fell to a growth rate of 8.1% that one commentator called "ugly" and significantly below expectations.

> "China on Friday reported industrial output and retail sales growth for the month of November that missed expectations, according to data from the National Bureau of Statistics, as the world's second-largest economy started to show signs of slowing amid a bitter trade dispute with the U.S.
>
> Retail sales rose 8.1 percent in November — the weakest pace since 2003, according to *Reuters*' records — lower than the 8.8 percent the analysts expected. November retail sales growth was down from 8.6 percent in October."[23]

29.     In the same article, *CNBC* cites the head of Asia foreign exchange strategy at RBC Capital Markets in Hong Kong as saying, "So the worst is yet to come and policymakers will be very worried, particularly with consumption growth falling off a cliff."[24]

30.     Also in December, the *Wall Street Journal* warned that "China's Economy Flashes New Warning Signs." It wrote:

> "China's economic downturn deepened last month, hitting industry and consumers…Industrial production, weighed down by woes among automobile makers and in the property markets, slowed in November to its slackest point since early 2016...**Growth in retail sales dropped to its lowest level in more than 15 years**…"[25]

31.     The article also indicated that the news appeared to be affecting stock markets.

---

[22] The National Bureau of Statistics is an agency under the direct control of the State Council in China and "is in charge of statistics and economic accounting in China."
http://www.stats.gov.cn/english/nbs/200701/t20070104_59235.html [last accessed 4.23.22]

[23] Huileng Tan, "China just reported 'ugly' economic data because of the trade war and roiling financial markets," 12/14/18 https://www.*CNBC*.com/2018/12/14/china-reports-november-fixed-asset-investment-industrial-production.html [last accessed 3.14.22]

[24] Huileng Tan, "China just reported 'ugly' economic data because of the trade war and roiling financial markets," 12/14/18 https://www.*CNBC*.com/2018/12/14/china-reports-november-fixed-asset-investment-industrial-production.html [last accessed 3.14.22]

[25] Liyan Qi, Grace Zhu and Lin Zhu, "China's Economy Flashes New Warning Signs," Wall Street Journal, 12/14/18 https://www.wsj.com/articles/chinas-economy-flashes-new-warning-signs-11544771116 [last accessed 3.23.22] [emphasis added]

**Confidential**

"…Investors sent the yuan, bond yields and benchmark indexes in Hong Kong, Shanghai and Shenzhen lower in morning trading, in a realization that the weakening that began earlier this year has yet to run its course."[26]

32.    The article also pointed out that the slowing of retail sales affected different sectors of the economy differently, as I explained above. In particular, as discussed below, auto sales were affected more than other sectors, shrinking in absolute terms.

"Weakness was seen across the industrial sector. Automobile production shrank 3.2% last month [November] from a year earlier, extending a 0.7% contraction in October. Chemical materials and products rose 1.9%, decelerating from 4.4% growth. Retail sales rose 8.1% in November from a year earlier, slowing from an 8.6% year-over-year gain in October." [27]

33.    Lastly, the *Wall Street Journal* article reiterated longstanding concerns about the possibility that the U.S. would increase tariffs from 10% to 25% in the coming year.

"Despite the 90-day tariff truce that President Trump and Mr. Xi reached in early December, market confidence remains fragile, and many economists expect the trade conflict to continue. A report issued Friday by ANZ predicts the U.S. will go ahead with threats to raise tariffs on all Chinese exports to 25% next year." [28]

34.    News articles also stressed that stock market returns were weak as a result of the poor economic news. For example:

"A weakening currency and slumping stocks—the Shanghai and Shenzhen composite are among the world's worst performers—haven't helped shore up confidence." [29]

---

[26] Liyan Qi, Grace Zhu and Lin Zhu, "China's Economy Flashes New Warning Signs," *Wall Street Journal*, 12/14/18 https://www.wsj.com/articles/chinas-economy-flashes-new-warning-signs-11544771116 [last accessed 3.23.22] [emphasis added]
[27] Liyan Qi, Grace Zhu and Lin Zhu, "China's Economy Flashes New Warning Signs," *Wall Street Journal*, 12/14/18 https://www.wsj.com/articles/chinas-economy-flashes-new-warning-signs-11544771116 [last accessed 3.23.22]
[28] Liyan Qi, Grace Zhu and Lin Zhu, "China's Economy Flashes New Warning Signs," *Wall Street Journal*, 12/14/18 https://www.wsj.com/articles/chinas-economy-flashes-new-warning-signs-11544771116 [last accessed 3.23.22]
[29] Evelyn Cheng, "Chinese consumers aren't spending as much. Many are worried about the future," *CNBC* 11/21/18 https://www.*CNBC*.com/2018/11/22/chinese-consumers-arent-spending-as-much-because-theyre-worried.html [last accessed 3.20.22]

**Confidential**

35.     The articles above underscore a point that is consistent with how economists understand consumer spending: consumers will decrease their spending on discretionary goods in the face of bad economic news as their confidence declines.[30]

**B.  Automobile Sales Slowed Unexpectedly During Calendar Q4 2018**

36.     I turn next to automobile sales, which are widely considered to be an important leading economic indicator of the health of an economy.[31] Analysts covering Apple have pointed to automobile sales as indicators of the health of the Chinese economy.[32]

37.     Automobiles are a discretionary purchase and automobile sales *contracted* during the latter part of 2018 (*i.e.*, did not just have a slower growth rate, but declined in the aggregate). In fact, 2018 was the first year in nearly two decades that auto sales fell year-on-year.[33] **Table 3** below shows the monthly year-over-year change in vehicle sales from September 2017 to March 2019. Each data point represents the change in the current month compared to the same month of the previous year.

---

[30] Libby Rittenberg and Tim Tregarthen, *Macroeconomic Principles*, v. 2.0, pp. 529, 531) "Consumers decide that a recession is ahead and that their incomes are likely to fall…This would be reported as a reduction in consumer confidence. Consumers are likely to respond by reducing their purchases, particularly of durable items such as cars and washing machines."]

[31] William A. McEachern, *Economics, A Contemporary Introduction*, 7th edition, p. 432. ["Variables that predict, or *lead to*, a recession or recovery; examples include consumer confidence, stock market prices, business investment, and big-ticket purchases, such as automobiles and homes."]

[32] Rod Hall et al., "Apple Inc.: China slowdown raises EPS risk for Apple, we provide sensitivity analysis to various outcomes," 10/14/18. APL-SECLIT 00001043 – 052.

[33] Robert Ferris, "China annual auto sales fall for first time in about two decades with more pain on the way," *CNBC* 1/31/19 https://www.*CNBC*.com/2019/01/03/china-annual-auto-sales-fall-for-first-time-in-about-two-decades.html [last accessed 3.19.22] [citing "trade tensions and consumer jitters"]

**Confidential**

| Table 3 Monthly Changes in Auto Sales (YoY) | | |
|---|---|---|
| | **Units (millions)** | **YOY % Chg** |
| Sep-17 | 2.709 | 5.7% |
| Oct-17 | 2.704 | 2.0% |
| Nov-17 | 2.958 | 0.7% |
| Dec-17 | 3.060 | 0.1% |
| Jan-18 | 2.809 | 11.6% |
| Feb-18 | 1.718 | -11.1% |
| Mar-18 | 2.656 | 4.7% |
| Apr-18 | 2.319 | 11.5% |
| May-18 | 2.288 | 9.6% |
| Jun-18 | 2.274 | 4.8% |
| Jul-18 | 1.889 | -4.0% |
| Aug-18 | 2.103 | -3.8% |
| Sep-18 | 2.394 | -11.6% |
| *Oct-18* | *2.380* | *-11.7%* |
| *Nov-18* | *2.548* | *-13.9%* |
| *Dec-18* | *2.662* | *-13.0%* |
| Jan-19 | 2.367 | -15.8% |
| Feb-19 | 1.482 | -13.8% |
| Mar-19 | 2.520 | -5.2% |

*Source: China Association of Automobile Manufacturers (CAAM).*

38.     The data is from the China Association of Automobile Manufacturers ("CAAM") and is released approximately one to two weeks after the end of the relevant month. The data for October, for example, was released on November 9, 2018.[34] The data for October, November and December, all of which came out after November 1, 2018, when Mr. Cook spoke to investors, shows a sharp and sustained fall in auto sales over a series of months. At the time of the September results, signals were mixed. Auto sales had declined substantially for the first time in several months, but just for a single month, and retail sales growth was still expected to be

---

[34] Tom Hancock, "Fall in China auto sales compounds woes of global carmakers," Financial Times 11/9/2018 https://www.ft.com/content/68b5203e-e3fb-11e8-a6e5-792428919cee [last accessed 3.19.22]

**Confidential**

robust, as noted above. But as **Tables 2** and **3** show, the contraction in auto sales and the slowing of retail sales growth continued in November and December.

39.     The impact of the slowdown in auto sales was felt by automobile manufacturers like Ford Motors.

> "It is not a great time to sell cars in China.
>
> The world's largest car market is experiencing what some industry watchers say is its biggest slowdown in two decades. Foreign automakers, such as General Motors have so far been able to weather the storm, but others, such as Ford, have watched their business in the region deteriorate…
>
> Auto sales in China fell 14 percent in November over the same month in 2017, said the Chinese Association of Automobile Manufacturers. This has continued a general downward trend in the country that began in July, but the November declines are the worst so far this year.
>
> '**This is the first sustained downturn in memory**,' said Michael Dunne, CEO of ZoZoGo, a firm that advises automakers on doing business in China. '**We would have to go back to the Asian financial crisis in 1998-1999 to see the last time China had flat or down sales for four months or more in a row**.'[35]

40.     The article concluded the most important reason for the decline was the mindset of the Chinese consumer.

> "According to an advisor to automakers doing business in China, **consumer confidence has a distinctive feel and is a stronger force in the economy than it might be in other countries**:
>
> 'An even more significant factor influencing the downturn has to do with the mindset of Chinese consumers,' [Michael Dunne, CEO of ZoZoGo, a firm that advises automakers on doing business in China] said. China's economy is showing signs of slowing, and the trade war with the United States is something virtually no one in that country has experienced before. **This has produced a lot of uncertainty, which leads to a kind of bearishness among Chinese buyers that tends to be much stronger than what one might see in other cultures**. '**When times are good, the Chinese are really bullish and bold. But when times are uncertain,**

---

[35] Robert Ferris, "Why China is getting tougher for Ford, GM and other automakers," *CNBC* 12/24/18 https://www.*CNBC*.com/2018/12/24/why-china-is-getting-tougher-for-ford-gm-and-other-automakers.html [last accessed 3.24.22] [emphasis added]

**Confidential**

they are exceptionally conservative,' he said. 'They overcompensate
when things are uncertain, meaning they hold off on purchases. And it
is contagious. Word goes out now is not the good time to buy a car,
and it starts circling around. That sounds a lot like the American
concept of 'consumer confidence' but there is a special spice to the
Chinese mentality that makes it distinct.'"[36]

41.     This belief—that Chinese consumer sentiment can fluctuate in a more volatile

fashion than in other countries—is also reflected in the Chinese stock markets, which are known

to have more volatile swings than stock markets in other countries.[37]

**C.   Manufacturing Activity Unexpectedly Contracted in December 2018**

42.     Manufacturing activity indicators worsened throughout the quarter as well—and

particularly sharply during December 2018, when economic indicators pointed to a contracting

manufacturing sector for the first time in two years. One of the key measures of manufacturing

activity around the world (not just in China) is captured in a survey of purchasing managers

known as the Purchasing Managers Index ("PMI"). The PMI captures a broad range of

manufacturing activity, including new orders, production, inventory, employment, and supplier

delivery times, and is an influential and important indicator of current economic activity. It is

widely used as a measure of current economic activity and as an indicator of what economic

indicators like GDP will be when they are eventually reported (usually with a lag, relative to the

PMI).[38]

---

[36] Robert Ferris, "Why China is getting tougher for Ford, GM and other automakers," *CNBC* 12/24/18
https://www.*CNBC*.com/2018/12/24/why-china-is-getting-tougher-for-ford-gm-and-other-automakers.html [last
accessed 3.24.22] [emphasis added]. It is also well-known that Chinese stock markets have historically had stronger
boom and bust cycles. *See* UVA Case Study, "China's Stock Market: Understanding its Boom-and-Bust Cycles,"
Darden Business Publishing 7/29/21.
[37] *See* UVA Case Study, "China's Stock Market: Understanding its Boom-and-Bust Cycles," Darden Business
Publishing 7/29/21.
[38] Christopher Williamson, "The Purchasing Managers' Index as a Leading Indicator for Business Users," *Best
Practices in Einkauf and Logistik*, 2008, pp. 467 – 479 at 467. https://link.springer.com/chapter/10.1007/978-3-
8349-9581-0_30?noAccess=true ["The Purchasing Managers' Index (PMI) has become one of the most closely
watched business surveys in the world, favoured by central banks such as the US Federal Reserve, European Central
Bank and Bank of England for providing the most accurate advance signals of changing economic growth and

19

**Confidential**

43. According to the Bank for International Settlements,

"Purchasing managers' indices (PMIs) have found a place in global conjunctural analysis and quarterly **GDP nowcasting, serving as reliable concurrent indicators of real economic activity.**"[39]

"Due to their timeliness and breadth of coverage, PMIs are among the business surveys most closely watched by analysts and commentators. **PMIs also add power to forecasting models and are being used to derive real-time estimates ("nowcasts") of GDP.** In early 2018, PMIs came under the spotlight as they started to foreshadow weaker export orders and industrial output growth well before a slowdown in global economic activity became more visible in hard data during the first half of 2019."[40]

44. And according to Statista, a leading data provider,

"The PMI [i]s a major economic indicator: The Purchasing Managers' Index was first introduced by the US-based Institute of Supply Management in 1948. It has become one of the most widely used and closely watched indicators of business activities worldwide. The PMI is not only an apt indicator for manufacturing growth, it also supports interest rate decisions of central bank institutions."[41]

45. The manufacturing PMI has been cited by analysts in connection with their analysis of Apple. For example, on October 14, 2018, in a report on Apple, Goldman Sachs referred to the PMI as providing relevant information about macroeconomic conditions in China, writing, "Macro datapoints out of China have weakened substantially, as PMI dropped to 50.8 in September from 51.3 in August and 51.5 in June."[42] On January 3, 2019, FBN Securities cited PMI in connection with their report on Apple:

"Economic weakness in emerging markets. AAPL noted that emerging market economic weakness turned out to have a significantly greater

---

inflation. PMI data also provide a valuable set of tools for purchasing managers, marketing managers, buyers, planners and other business decisionmakers, who need to anticipate changes in demand for goods and services."]

[39] Burcu Erik et. al., "Financial conditions and purchasing managers' indices: exploring the links," Bank of International Settlements, 9/22/19, https://www.bis.org/publ/qtrpdf/r_qt1909g.htm. [emphasis added]

[40] Burcu Erik et. al., "Financial conditions and purchasing managers' indices: exploring the links," Bank of International Settlements, 9/22/19, https://www.bis.org/publ/qtrpdf/r_qt1909g.htm. [emphasis added]

[41] C. Textor, "Manufacturing Purchasing Managers' Index (PMI) in China by month March 2022," Statista, 3/1/22, https://www.statista.com/statistics/271770/china-manufacturing-purchasing-managers-index/.

[42] Rod Hall et al., "Apple Inc.: China slowdown raises EPS risk for Apple, we provide sensitivity analysis to various outcomes," 10/14/18. APL-SECLIT 00001043 – 052.

**Confidential**

impact than expected. This is in line with recent macro reports. For
example, the Caixin China General Manufacturing PMI hit 49.7 (below 50
indicates a decline) in Dec. 2018, down from 50.2 in November and below
market consensus of 50.1."[43]

46.      Each month, the NBS of China surveys business managers and releases its

measure of the PMI. So does a private company called Caixin. NBS primarily surveys larger,

state-owned enterprises as well as small and medium-sized private enterprises; Caixin surveys

primarily smaller, private enterprises.[44] As I show below, the two measures released by NBS and

Caixin are broadly consistent.

47.      The manufacturing PMI is itself composed of several different sub-indices that

cover "new orders, inventory levels, production, supplier deliveries, and the employment

environment."[45] New Orders are weighted 30%; Output is weighted 25%; Employment is

weighted 20%; Suppliers' Delivery Time is weighted 15% (and is 'inverted', to reflect the belief

that longer delivery times indicate stronger demand and hence economic growth) and Stocks of

Purchases (or Inventory) is weighted 10%.[46] According to IHS-Markit, a leading provider of

PMI data:

> "The rationale behind the methodology was that those components which
> tend to lead the business cycle are accorded the highest weight and those
> which tend to lag are given the lowest weight. Hence the new orders
> index, which tends to move in advance of other indicators, gets the highest
> weight. Production is usually quickly altered in response to any significant
> order book change, hence getting the second-highest weight, and
> eventually employment levels are also altered. At such times of production
> capacity growth (or contraction), suppliers also get busier (or less busy),

---

[43] Shelby Seyrafi, "AAPL: Large Deceleration in Sales to China, but Large Stock Decline Creates Value – Lowering
PT to $190," FBN Securities, 1/3/19 APL-SECLIT_00003553 – 559 at APL-SECLIT_00003553.
[44] Ray Farris and Weishen Deng, "China: What do PMIs tell us?," Credit Suisse, 8/8/16, https://research-doc.credit-
suisse.com/docView?language=ENG&format=PDF&document_id=1064006081&source_id=emcsplus&serialid=iN
xqaxaALCXr2zpq8zOmH72SQs9Cze3vayQCENog22U%3D&cspId=null [last accessed 3.28.2022].
[45] C. Textor, "Manufacturing Purchasing Managers' Index (PMI) in China by month March 2022," Statista, 3/1/22,
https://www.statista.com/statistics/271770/china-manufacturing-purchasing-managers-index/.
[46] Chris Williamson, "PMI surveys: how not to mis-measure manufacturing output," IHS Markit, 11/26/21,
https://ihsmarkit.com/research-analysis/pmi-surveys-how-not-to-mismeasure-manufacturing-output.html

**Confidential**

meaning delivery times can lengthen (or shorten), and eventually the altered buying process feeds through to changes in inventories."[47]

48.     As can be seen, the PMI is composed of both forward looking metrics (like new orders) as well as current economic conditions (like output, inventory, and employment).

49.     The PMI is what is known as a diffusion index. This means that purchasing managers are surveyed and asked, for each question, whether the current month is better or worse than the previous month. In this way, the PMI survey aims to find out if the surveyed managers believe conditions are improving or worsening. The results are calibrated so that a PMI value of 50 means purchasing managers believe conditions are stable (neither improving nor worsening); a value above 50 means purchasing managers believe conditions are improving and a value below 50 means purchasing managers believe conditions are worsening.[48] The higher above 50 the value is, the greater the improvement, and vice-versa for values increasingly lower than 50.[49] Therefore, whether the value is above or below 50 is considered to be an important threshold.

50.     Unlike the data I described above for retail sales and automobile sales, which compares data for the current month to data for the same month in the previous year, the PMI surveys *current* conditions compared to the previous month in the same year. PMI itself is composed of several sub-indices (discussed above), which provide additional insight into the

---

[47] Chris Williamson, "PMI surveys: how not to mis-measure manufacturing output," IHS Markit, 11/26/21, https://ihsmarkit.com/research-analysis/pmi-surveys-how-not-to-mismeasure-manufacturing-output.html
[48] National Bureau of Statistics of China, "Purchasing Managers Index for December 2018," 1/3/19, http://www.stats.gov.cn/english/pressrelease/201901/t20190103_1642836.html.
[49] The National Bureau of Statistics explains the PMI as follows: "…is an index summarized and compiled through the results of the monthly survey of enterprises purchasing managers. It covers every link[] of the enterprises, including purchasing, production, logistics, and so on. It is one of the leading indices which was commonly adopted by international society to monitor the macroeconomic trends and played an important role in forecasting and monitoring…The threshold of PMI is usually using 50 percent as the cut-off point for economic performance. If PMI [is] above 50 percent, it reflects the overall economy is expanding; if less than 50 percent, it reflects the overall economy is in recession." National Bureau of Statistics of China, "Purchasing Managers Index for December 2018," 1/3/19, http://www.stats.gov.cn/english/pressrelease/201901/t20190103_1642836.html, p. 3

Confidential

economy as well as timelier information (because the PMI comes out earlier than GDP). PMI is considered to be related to the overall economy and analysts have tested the historical correlation between manufacturing PMI with GDP and found that in emerging market countries (like China) a manufacturing PMI reading of 50 is correlated with positive economic growth overall.[50] Some sub-indices of the PMI, in particular the PMI Output (or Production) Index are sometimes thought to be better correlated with GDP than other sub-indices. For example, IHS Markit, a division of S&P Global, uses both the headline PMI rate (the composite overall reading) as well as the PMI Output Index (also known as the Production Index in China, as discussed below) to track the relationship with GDP.[51] The PMI is not only a widely respected and widely used measure of manufacturing activity in its own right, it is thought to provide insight into the larger economy.

51.    I begin with a review of the headline PMI number. **Figure 2** below shows the manufacturing PMI released by the NBS (in blue) as well as by Caixin (in red).

---

[50] David Owen and Eliot Kerr, "Examining the relationship between PMI data and changes in GDP," IHS Markit 7/16/19 https://ihsmarkit.com/research-analysis/examining-the-relationship-between-pmi-data-and-changes-in-gdp-jul19.html [last accessed 4/23/22] ["Typically, a PMI reading of 50.0 in more developed economies maps to a GDP growth rate of around 0%, whereas the same reading in emerging markets often points to a positive GDP growth."]; YiLi Chen  and Paul Morris, "PMI and GDP: Do they Correlate for the U.S.? For China?" Federal Reserve Bank of St. Louis 2016 https://research.stlouisfed.org/publications/economic-synopses/2016/03/25/pmi-and-gdp-do-they-correlate-for-the-united-states-for-china [last accessed 4.20.22]
[51] David Owen and Eliot Kerr, "Examining the relationship between PMI data and changes in GDP," IHS Markit 7/16/19 https://ihsmarkit.com/research-analysis/examining-the-relationship-between-pmi-data-and-changes-in-gdp-jul19.html [last accessed 4/23/22] ["From the list of PMI indices available, we feel that two are intuitively the most suitable for tracking changes in GDP, namely the headline PMI* and the Output Index."]

**Confidential**

**Figure 2**



52. The two series broadly track each other. The PMI was worsening throughout the second half of 2018 and by September the value of the PMI (which was released by both the NBS and Caixin on September 30),[52] was 50.8 as issued by the NBS and 50 as issued by Caixin. This meant that both were broadly indicating a stable manufacturing sector. The same was true of the October numbers, which were 50.2 for the NBS and 50.1 for Caixin and the November numbers, which were 50 for NBS and 50.2 for Caixin. The December numbers turned decisively worse and fell below 50, indicating for the first time that purchasing managers were indicating a contracting manufacturing sector: 49.4 for the NBS and 49.7 for Caixin. The headline PMI

---

[52] National Bureau of Statistics of China, "Regular Press Release Calendar of NBS in 2018," 12/28/17, http://www.stats.gov.cn/english/PressRelease/ReleaseCalendar/201712/t20171228_1567978.html and Caixin and IHS Markit, "Caixin China General Manufacturing PMI," 9/30/18, https://pmi.caixin.com/upload/CN_ENG_1810.pdf.

24

**Confidential**

numbers therefore tell a story of weakening factory activity as the quarter progressed, culminating in December indicators worse than November's and a slowing economy.

53.     It is also useful to look at the components of PMI, which the NBS releases. As **Table 4** shows, four out of the five components were also declining during the quarter as well and the fifth, Supplier Delivery Time, was only slightly higher than the previous month.

| | **Table 4** | | | | | |
|---|---|---|---|---|---|---|
| | **Components of National Bureau of Statistics of China's PMI** | | | | | |
| | **Manufacturing PMI** | **Production Index** | **New Orders Index** | **Main Raw Materials Inventory Index** | **Employed Persons Index** | **Supplier Delivery Time Index** |
| Sep-18 | 50.8% | 53.0% | 52.0% | 47.8% | 48.3% | 49.7% |
| Oct-18 | 50.2% | 52.0% | 50.8% | 47.2% | 48.1% | 49.5% |
| Nov-18 | 50.0% | 51.9% | 50.4% | 47.4% | 48.3% | 50.3% |
| Dec-18 | 49.4% | 50.8% | 49.7% | 47.1% | 48.0% | 50.4% |
| | *Source: National Bureau of Statistics of China.* | | | | | |

54.     The Production Index, a measure of how much is being produced, was slowing throughout the quarter; the New Orders Index, a measure of the number of orders that manufacturers had from their customers, also declined and began contracting in December; and the Raw Materials Inventory Index and the Employed Persons Index, were contracting throughout the period. The Supplier Delivery Time Index was the only measure that increased. The components, like the headline PMI, tell a story of contracting new orders, slowing production, and sustained contraction in inventories and employment.

55.     *Business Insider* wrote about the declining PMI:

> "China's official manufacturing purchasing managers' index (PMI),
> released on Monday (AEDT)[53] shows one of its key economic pillars
> falling back into contraction for the first time in two years, Bloomberg

---

[53] This would have been December 30 in New York.

**Confidential**

reported late Sunday night…The official manufacturing purchasing managers' index, released on Monday (AEDT) dropped to 49.4, striking deep into two-year lows as the ongoing trade war headlines a collection of challenges for the world's second-largest economy. **The lead-up to Christmas has been a complete mess** for China's massive economy, which grew at its slowest pace since the GFC [global financial crisis] over the last quarter, giving rise to what looks like a further deceleration in activity**.**

The official manufacturing PMI released by China's National Bureau of Statistics (NBS) was pushed right to the edge at 50.0 last month, but now that December has fallen through the 50.0 mark, indicating contraction, the result signals the lowest mark since February 2016…

…A subindex for total new orders fell into a contractionary territory of 49.7 in December, the lowest level since February 2016, while the production sub index dropped sharply to 50.8 from 51.9 in November…

These are all data points released by the Chinese government, and all point to what looks like a **grinding of gears in the nation's once unflappable economic momentum**…

The new export subindex, which works as an indicator of external demand for Chinese products also contracted down to 46.6 from 47.0."[54]

56. The *Financial Times* wrote,

"China's privately owned manufacturing sector contracted for the first time in 19 months in December, the latest sign of how weakening domestic demand and US tariffs are pressuring the world's second-largest economy…

The Caixin manufacturing purchasing managers' index, which mainly tracks private factories, fell to 49.7 in December from 50.2 in November — the first time since May 2017 that the gauge dipped below the 50-point threshold separating expansion from contraction, according to figures released on Wednesday.

The data were published two days after China's official manufacturing PMI, which primarily surveys state-owned groups, came in at 49.4 for December, the first sub-50 marker since July 2016."[55]

---

[54] Christian Edwards, "China's wounded manufacturing sector has contracted for the first time in 2 years," Business Insider 12/30/18 https://www.businessinsider.com/china-manufacturing-sector-pmi-contracts-december-2018-12 [last accessed 3.24.22] [emphasis added]. The article also notes "some upbeat numbers amid the gloom" in the non-manufacturing PMI.

[55] Gabriel Wildau, "China manufacturing sector contracts as economic slowdown worsens," Financial Times 1/2/19 https://www.ft.com/content/6880779c-0e46-11e9-a3aa-118c761d2745 [last accessed 3.24.22]

**Confidential**

57. The article also noted the importance of contracting new orders:

"'Even more eye-catching [than the headline PMI value] was that 'new orders' in both PMIs fell from expansion in November to contraction in December. This confirms our view that the economy is weak and that stimulus needs to arrive quickly,' Iris Pang, greater China economist at ING, wrote on Wednesday."[56]

### D. When Calendar Q4 2018 Results Came Out They Confirmed the Slowdown

58. It is clear from the evidence above that in November and December the Chinese economy weakened substantially. This evidence points to (i) economic activity slowing substantially in November and December as well as (ii) consumer anxiety increasing as negative news was disclosed. When official statistics for calendar Q4 2018 were released early in 2019, it confirmed what earlier monthly and other indicators had been pointing to, namely a substantially weaker economy during the final quarter than had been anticipated.

59. GDP statistics for the entire year of 2018, when they were released in January, confirmed the slowing economy: China's GDP growth rate during 2018 was one of its lowest in decades. According to *Nikkei Asia*:

"China's economy grew at its slowest pace in 28 years in 2018, with gross domestic product expanding 6.6%, down 0.2 percentage point from the previous year, according to data released Monday by the country's National Bureau of Statistics…The last time economic growth was so tepid was 1990, when the economy slumped in the aftermath of the Tiananmen Square incident."[57]

---

[56] Gabriel Wildau, "China manufacturing sector contracts as economic slowdown worsens," Financial Times 1/2/19 https://www.ft.com/content/6880779c-0e46-11e9-a3aa-118c761d2745 [last accessed 3.24.22]. The article also cited additional indicators of weakness in the economy: "Stocks were down across the region, with Hong Kong's Hang Seng index falling almost 3 per cent and China's CSI 300 losing 1.4 per cent to close at its weakest level since March 2016…Profits at industrial companies fell in November for the first time in nearly three years, official data showed last week…Property sales fell 5.1 per cent in November in floor-area terms from a year earlier, the biggest monthly fall since early 2015."
[57] Issaku Herada, "China's GDP growth slows to 28-year low in 2018," Nikkei Asia 1/21/19 https://asia.nikkei.com/Economy/China-s-GDP-growth-slows-to-28-year-low-in-2018 [last accessed 3.22.22]

Confidential

60.   And in the fourth quarter, according to *Nikkei Asia*, the economy grew even less, worsening slightly from the 3rd quarter's results and creating a trend not seen since Lehman Brothers collapsed:

> "The growth rate was 6.4% in real terms on the year in the October-December period of 2018. It was down 0.1 of a percentage point from the July-September period, marking a slowdown for the third consecutive quarter below or equal to 6.4% for the first time since January-March 2009, just after the collapse of Lehman Brothers Holdings." [58]

61.   As noted above, GDP statistics must be viewed through a different lens in an emerging market country. The slowing headline GDP growth rate, if viewed through the lens of a developed economy, obscures what was really happening. In a fast-growing, emerging market unanticipated slowing of economic growth rate implies a sharp reduction in the stream of expected future earnings on the part of consumers and employees.[59] News articles captured the economic effect of the slowing growth rate.

62.   A *Wall Street Journal* article summarized the view of the economy as follows:

> "The Chinese consumer, a previously reliable driver of economic growth, is under stress, threatening to deepen a broad slowdown in China's economy that is rattling global markets.
>
> **Consumers have pulled back spending, their confidence dented by the shaky domestic economy and a trade fight with the U.S.** Meanwhile, they are feeling pinched by rising costs for already sky-high housing and often inadequate education and health care. **As a result, people are putting off big-ticket purchases and limiting their discretionary spending.**
>
> No longer just a manufacturer for the world, **China has become the largest market for many consumer, luxury and durable goods, as an expanding middle class flexes its spending power. Now, its newfound**

---

[58] Issaku Herada, "China's GDP growth slows to 28-year low in 2018," Nikkei Asia 1/21/19 https://asia.nikkei.com/Economy/China-s-GDP-growth-slows-to-28-year-low-in-2018 [last accessed 3.22.22]
[59] Which can lead to a reduction in spending, particularly on discretionary goods. As noted above in N. Gregory Mankiw, *Macroeconomics*, 8th edition, (2013) ["When people decide how much to consume and how much to save, they consider both the present and the future. The more consumption they enjoy today, the less they will be able to enjoy tomorrow. In making this tradeoff, households must look ahead to the income they expect to receive in the future and to the consumption of goods and services they hope to be able to afford." p. 470]

**Confidential**

**restraint is pounding the world's No. 2 economy and rippling across the globe, crimping oil producers, electronics makers, travel services and a slew of other sectors**."[60]

63.     *Reuters* explained that exports were also down suddenly and unexpectedly.

"China's exports unexpectedly fell the most in two years in December, while imports also contracted, pointing to further weakness in the world's second-largest economy in 2019 and deteriorating global demand."[61]

64.     *Nikkei Asia* described other indicators that had weakened:

"Other economic data was also released on Monday. Fixed-asset investment, including construction of plants and condominiums, rose 5.9% on the year in 2018, contracting from the previous year's 7.2% increase. The biggest factor was slowing infrastructure investment, including in railways and roads, which grew 3.8% on the year in 2018, down markedly from the previous year's 19% increase…

…Industrial output increased 6.2% on the year in 2018, contracting from last year's 6.6% increase, dragged down by slumping production of cars, smartphones and PCs. Industrial output grew 5.7% in December." [62]

65.     Some commentators compared China's economy at the end of 2018 to its

condition during the 2008 global financial crisis:

"'**Domestic sentiment is definitely very bad, perhaps even worse than during the 2008 global financial crisis**,' says Fred Hu, founding partner of Primavera Capital, a Hong Kong-based private equity group, and former Greater China chairman for Goldman Sachs." [63]

---

[60] Liyan Qi et al., "Chinese Consumers Tighten Their Belts and the World Feels the Squeeze," *Wall Street Journal* 1/3/2019, https://www.wsj.com/articles/chinese-consumers-curb-spending-likely-deepening-slowdown-11546526257?mod=article_relatedinline [last accessed 3.22.22] [emphasis added]

[61] Yawn Chen and Martin Quin Pollard, "China's exports shrink most in two years, raising risks to global economy," Reuters 1/13/19 https://www.reuters.com/article/us-china-economy-trade/chinas-exports-shrink-most-in-two-years-raising-risks-to-global-economy-idUSKCN1P8047 [last accessed 3.19.22]

[62] Issaku Herada, "China's GDP growth slows to 28-year low in 2018," Nikkei Asia 1/21/19 https://asia.nikkei.com/Economy/China-s-GDP-growth-slows-to-28-year-low-in-2018 [last accessed 3.22.22]

[63] Gabriel Wildau and Sam Fleming, "Nervous markets: how vulnerable is China's economy?" *Financial Times* 1/4/2019 https://www.ft.com/content/5839f5dc-11e9-a3aa-118c761d2745 [last accessed 3.22.22] [emphasis added]

**Confidential**

### E.  Other Companies Also Cited Unexpectedly Weak Macroeconomic Conditions In Calendar Q4 2018 In China

66.     The unexpectedly bad news in China's economy affected other companies besides Apple. Intel, for example, also reported weakness in the Chinese economy during the final quarter of 2018. Intel, like Apple, had not anticipated the impact the weakening of the Chinese economy would have on its business. On October 26, 2018, a KeyBanc Capital Markets Analyst asked Robert Swain, Intel's CFO and Interim CEO, if Intel was seeing any risk to demand in the upcoming quarters due to trade war discussions and softening demand in China.[64] He responded:

> "just global trade, in particular, as you know, China is a big market for us. We've got some important customers there, and it's an important part of our global supply chain. So as that -- as this most recent round of tariffs kind of play out, and we're doing a lot of work with our customers to ensure that the global supply chain can be adjusted and adapted to deal with any tariffs that come down the way. But I think it's going to be a wait-and-see as we go into 2019. **At this stage of the game, we don't see any impact on 2018's results** and in 2019, we have what I consider a world-class supply chain team that can manage and weather the dynamics of changes in movement of goods better than anybody else in the industry. So I think that would be a competitive advantage for us as we go into next year."[65]

67.     On January 24, 2019, though, Intel reduced its guidance for 2019 from what it guided in October, stating "[s]ince that time, trade and macro concerns, especially in China have intensified."[66] Intel forecasted "continued China weakness" for Intel in 1Q19.[67] In its annual report for 2018, Intel disclosed its "data center business was impacted by weakness in China

---

[64] The Motley Fool, "Intel Corp (INTC) Q3 2018 Earnings Conference Call Transcript," 10/26/18, https://www.fool.com/earnings/call-transcripts/2018/10/26/intel-corp-intc-q3-2018-earnings-conference-call-t.aspx [last accessed 2.25.22].

[65] The Motley Fool, "Intel Corp (INTC) Q3 2018 Earnings Conference Call Transcript," 10/26/18, https://www.fool.com/earnings/call-transcripts/2018/10/26/intel-corp-intc-q3-2018-earnings-conference-call-t.aspx. [last accessed 2.25.22] [emphasis added]

[66] The Motley Fool, "Intel Corp (INTC) Q4 2018 Earnings Conference Call Transcript," Updated 4/12/19, https://www.fool.com/earnings/call-transcripts/2019/01/25/intel-corp-intc-q4-2018-earnings-conference-call-t.aspx [last accessed 2.23.22].

[67] The Motley Fool, "Intel Corp (INTC) Q1 2019 Earnings Conference Call Transcript," April 26, 2019, https://www.fool.com/earnings/call-transcripts/2019/04/26/intel-corp-intc-q1-2019-earnings-call-transcript.aspx [last accessed 2.25.22].

Confidential

demand and cloud market segment deceleration in Q4 2018."[68] In January 2019, *CNBC* reported "Shares of Intel stock fell as much as 8 percent on Thursday after the company reported lower-than-expected revenue for the fiscal fourth quarter and light guidance" due to many factors, "including a slowing Chinese economy."[69]

68.     Samsung was also negatively impacted by economic weakness in China during this period. Samsung, which, among other things, sells chips to mobile phone manufacturers, stated in its earnings call on January 31, 2019, that: "For mobile, Q-o-Q [quarter on quarter] set demand reduced due to relatively weak sales of new smartphones by major customers and slow demand in China."[70] And according to a *Reuters* article:

> "Analysts say that Apple's woes and Samsung's are indicative of tougher times ahead for global businesses, as dismal growth in the world's second-largest economy, exacerbated by a long China-U.S. trade war, takes a toll. China's factory activity contracted for the first time in over two years in December. **The World Bank has estimated [this is] the weakest GDP expansion for the country in nearly three decades this year.** South Korea's semiconductor exports to China dropped for the first time in more than two years in December."[71]

69.     Caterpillar and Nvidia also blamed weakness in China's economy for their unexpectedly disappointing results in the fourth quarter of 2018.

> "The number of companies warning of a slowdown in China is growing, with both construction machinery company Caterpillar and

---

[68] Intel Corporation Form 10-K for the fiscal year ended December 29, 2018, pp. 8, 28.
[69] Jordan Novet, "Intel misses on revenue and gives weak guidance — stock falls after hours," CNBC, 1/24/19, https://www.CNBC.com/2019/01/24/intel-earnings-q4-2018.html [last accessed 3.26.22]
[70] Seeking Alpha, "Samsung Electronics Co., Ltd. (SSNLF) Q4 2018 Results – Earnings Call Transcript," 1/31/19, https://seekingalpha.com/article/4237141-samsung-electronics-co-ltd-ssnlf-q4-2018-results-earnings-call-transcript [last accessed 3.23.22]. *See* Heekyong Yang and Ju-min Park, "Samsung Electric braces for profit drop as China slowdown chips away at demand," Reuters 1/6/2019 https://www.reuters.com/article/us-samsung-elec-results-preview/samsung-electronics-braces-for-profit-drop-as-china-slowdown-chips-away-at-demand-idUSKCN1P00PC [last accessed 3.23.22]: "Samsung has a less than 1 percent share of China's smartphone market, versus 9 percent for Apple. But its memory and processor chips, which account for over three-quarters of its earnings and about 38 percent of sales, power smartphones including those from China's top player Huawei."].
[71] Heekyong Yang and Ju-min Park, "Samsung Electric braces for profit drop as China slowdown chips away at demand," Reuters 1/6/2019 https://www.reuters.com/article/us-samsung-elec-results-preview/samsung-electronics-braces-for-profit-drop-as-china-slowdown-chips-away-at-demand-idUSKCN1P00PC [last accessed 3.23.22] [emphasis added]

31

**Confidential**

chipmaker Nvidia blaming weaker demand in the country for disappointing figures, a bad omen for the global economy. 'Sales in Asia/Pacific declined due to lower demand in China…' Caterpillar said in its earnings press release…

Semiconductor manufacturer Nvidia said in a forecast that the economic situation in China is also undermining its performance.

'Deteriorating macroeconomic conditions, particularly in China, impacted consumer demand for NVIDIA gaming graphics processing units,' the company said in a press release. '…some customers may have delayed their purchase while waiting for lower price points…'

'…Q4 was an extraordinary, unusually turbulent, and disappointing quarter,' said Jensen Huang, founder and CEO of NVIDIA."[72]

70.     The picture that emerges of China's economy during the final months of 2018 was one of unexpectedly broad economic weakness, a trade war with the U.S., and an increased level of consumer anxiety. I turn next to the smartphone market in China.

## V.     THE SMARTPHONE MARKET WEAKENED DURING NOVEMBER AND DECEMBER 2018

71.     Despite early indications of macroeconomic weakness in the Chinese economy in the third calendar quarter of 2018 (Apple's fourth quarter of its fiscal year), Apple's sales were still strong in China. Apple's sales for the quarter had increased 16% over the prior year's quarter with double-digit growth in iPhone sales, as Mr. Cook stated on November 1, 2018.

72.     Part of the reason for Apple's success was that Apple's offerings were primarily aimed at the higher-priced, premium end of the smartphone market. According to one estimate, Apple had 79% of the premium market (defined as a price of $800 and above) during the third calendar quarter of 2018 (Apple's fourth quarter of its fiscal year).[73] So while Apple's unit sales

---

[72] Thomas Franck, "Two major companies—Caterpillar and Nvidia—on Monday blamed China for poor earnings," *CNBC* 1/28/19 https://www.*CNBC*.com/2019/01/28/caterpillar-says-its-seeing-lower-demand-in-china-a-bad-sign-for-the-global-economy.html [last accessed 3.24.22]

[73] Omar Sohail, "Apple's iPhone Dominance Continues in the Premium Smartphone Market Thanks to a Share of 79 Percent," WCCFTech 12/31/18 https://wccftech.com/apple-iphone-counterpoint-premium-smartphone-market-

Confidential

declined during the quarter ending September 29, 2018 by 13.6% year-over-year,[74] revenues for the iPhone grew by double-digits for the quarter due to its performance in the premium sector.[75] This was driven by new product launches in September 2018 (and the associated pre-orders) that included the high end iPhone XS and the XS Max.[76] The XS and the XS Max were priced higher than other models, at $999 and $1,099, respectively.[77] Towards the end of October, Apple introduced the iPhone XR at a price of $749.[78]

73.     Apple's success came even as the smartphone market was declining in China. **Table 5** shows smartphone unit sales in China by month and the percentage change compared to the same month the previous year (the year-on-year growth). As **Table 5** shows, there had been several months of decline leading up to and including September. Despite this trend, Apple's sales were still strong.

share/ [last accessed 3.26.22] ["Apple is doing well in the pricier smartphone market, but it is certainly feeling the pressure from companies like Huawei and Xiaomi."]

[74] Statista, "Smartphone shipments in China from 1st quarter 2014 to 4th quarter 2021, by vendor," 2/3/22. https://www.statista.com/statistics/430721/china-smartphone-shipments-vendor/. Statista gets its mobile phone data from IDC.

[75] Apple Inc. (AAPL) Q4 2018 Earnings Call, 11/1/18 Bloomberg Transcript [last accessed 3.26.22]

[76] Shannon Cross et al., "F4Q18 Review: Focusing Attention on Services, Limiting Hardware Disclosures," Cross Research 11/1/2018. APL-SECLIT_00001917 – 922 at APL-SECLIT_00001918.

[77] Sara Salinas, "Here's everything Apple just announced, including the new iPhones," *CNBC* 9/12/18 https://www.*CNBC*.com/2018/09/12/iPhone-xs-announced.html [last accessed 3.26.22]

[78] Sara Salinas, "Here's everything Apple just announced, including the new iPhones," *CNBC* 9/12/18 https://www.*CNBC*.com/2018/09/12/iPhone-xs-annonced.html [last accessed 3.26.22]

**Confidential**

| Table 5 Monthly Changes in Smartphone Shipments (YoY) | | |
|---|---|---|
| | **Units (millions)** | **YOY % Chg** |
| Sep-17 | 41.6 | -3.8% |
| Oct-17 | 35.8 | -8.1% |
| Nov-17 | 40.3 | -21.7% |
| Dec-17 | 40.4 | -33.2% |
| Jan-18 | 36.3 | -19.4% |
| Feb-18 | 17.5 | -37.1% |
| Mar-18 | 28.1 | -28.6% |
| Apr-18 | 32.7 | -15.3% |
| May-18 | 36.0 | 1.7% |
| Jun-18 | 35.0 | -11.4% |
| Jul-18 | 34.2 | -16.3% |
| Aug-18 | 30.4 | -17.4% |
| Sep-18 | 36.8 | -11.5% |
| *Oct-18* | *36.3* | *1.3%* |
| *Nov-18* | *33.3* | *-17.5%* |
| *Dec-18* | *33.5* | *-17.0%* |
| Jan-19 | 32.1 | -11.4% |
| Feb-19 | 14.0 | -20.1% |
| Mar-19 | 26.9 | -4.1% |

*Source: China Academy of Information and Communications Technology (CAICT).*

74.     In October 2018, the smartphone market showed some improvement. While August had experienced a drop of 17.4%, the drop in September was smaller at 11.5%, and in October, there was an increase in smartphone sales of 1.3%. The upcoming quarter was also considered to be a good one for premium smartphones. As described by Counterpoint, a research firm based in Hong Kong, the fourth quarter is usually

> "the 'hot-sales' season for flagship and premium smartphones in China, driven by joint efforts of both smartphone OEMs and their channel partners to launch new products and carry out promotional campaigns,

34

such as 11.11 Single's Day Sales, 12.12 E-commerce Sales, the year-end promotions and more."[79]

75.     According to Counterpoint, the fourth quarter would likely see a "shift from the 'price war' in Q3 to the 'flagship battle' in Q4" and that Android phones would face a major challenge in taking share from Apple in the premium market and that there would be an "exciting battle" between Huawei and Apple in the premium market.[80]

76.     On November 1, 2018, the data on overall smartphone sales reveals a market that was difficult to predict but contained some hopeful signs. Beginning in November, though, as shown in **Table 5**, overall sales of smartphones declined sharply as the economy's growth slowed and in December sales dropped sharply again. Data from Statista (which gets its data from IDC) is consistent with the data in **Table 5** and shows that the mobile phone market dropped from 114.4 million units in calendar Q4 2017 to 103.3 million units in calendar Q4 2018, a decline of 9.7%.[81]

77.     The smartphone market, then, was declining in the fourth quarter of 2018, as was the overall economy, which was weakening sharply in mid-November and December. In the midst of these unexpected trends came another significant factor that would affect iPhone sales: the detention of Huawei's CFO on December 1.

---

[79] Flora Tang, "China Smartphone Market in 2H 2018: From Price War to Flagship Battle," Counterpoint 11/30/18 https://www.counterpointresearch.com/china-smartphone-market-2h-2018-price-war-flagship-battle/ [last accessed 3.26.22]

[80] Flora Tang, "China Smartphone Market in 2H 2018: From Price War to Flagship Battle," Counterpoint 11/30/18 https://www.counterpointresearch.com/china-smartphone-market-2h-2018-price-war-flagship-battle/ [last accessed 3.26.22] ["'Confronted by the competition from the latest iPhones, elevating brand image to take share from Apple in the premium market will be the major challenge for the Chinese Android giants. The market is expected to ramp up as the most 'exciting' battle of the year is coming—the competition between the growing star Huawei (including Honor) and the long-term authority Apple in the Chinese premium market."]

[81] Statista, "Smartphone shipments in China from 1st quarter 2014 to 4th quarter 2021, by vendor," 2/3/22. https://www.statista.com/statistics/430721/china-smartphone-shipments-vendor/. Statista gets its mobile phone data from IDC.

**Confidential**

## VI.    APPLE FACED UNEXPECTED ADVERSE CONSUMER SENTIMENT AFTER THE DETENTION OF HUAWEI'S CFO

78.    Huawei's CFO, Meng Wanzhou, was arrested in Canada on December 1, 2018, and she was expected to be extradited to the U.S. to face "charges of violating U.S. sanctions."[82] Her arrest was reported to have impacted stock markets and expected to have a significant impact on China-U.S. relations.

> "A string of Chinese stocks fell hard on Thursday after the arrest of Huawei's chief financial officer Meng Wanzhou in Vancouver deepened concerns over U.S.-China trade tensions."[83]

> "After seeming to ease trade tensions with China over the weekend at the G20 summit, the US once again drew the country's ire Wednesday when news emerged of the arrest of Meng Wanzhou, the CFO of the Chinese tech giant Huawei."[84]

> "Meng's arrest sent shockwaves through the global markets, with fears that her detainment could escalate the trade war between the US and China. Huawei, which makes telecommunications kit and smartphones, is the poster child of China's technological and economic boom, and recently overtook Apple as the world's second biggest smartphone seller behind Samsung."[85]

> "Stock markets across Asia and Europe took a nosedive following the news, and US markets opened similarly ugly."[86]

79.    Soon after, observers began predicting 'dire consequences' for Apple, even though at first blush the news did not seem to implicate Apple, because the Chinese government

---

[82] Bob Bryan, "Chinese tech giant Huawei's CFO proves Trump's trade war is 'escalating to a new level,'" Business Insider 12/6/18 https://www.businessinsider.com/us-china-trade-war-huawei-cfo-arrest-sabrina-wanzhou-trump-tariffs-2018-12 [last accessed 3.24.22]

[83] Rita Liao, "Chinese stocks plummet as Huawei CFO arrest raises trade fears," TechCrunch, 12/5/18, https://techcrunch.com/2018/12/05/stocks-plummet-as-huawei-arrest-sparks-trade-fears/, [last accessed 3.28.22].

[84] Bob Bryan  "Chinese tech giant Huawei's CFO proves Trump's trade war is 'escalating to a new level.'" Business Insider, 12/6/18, https://www.businessinsider.com/us-china-trade-war-huawei-cfo-arrest-sabrina-wanzhou-trump-tariffs-2018-12, [last accessed 3.28.22].

[85] Shona Ghosh, "China has threatened the U.S. with 'further action' if Huawei's CFO isn't freed," Business Insider 12/9/18 https://www.businessinsider.com/r-china-says-us-should-withdraw-arrest-warrant-for-huawei-executive-2018-12 [last accessed 3.24.22].

[86] Bob Bryan, "Chinese tech giant Huawei's CFO proves Trump's trade war is 'escalating to a new level,'" Business Insider 12/6/18 https://www.businessinsider.com/us-china-trade-war-huawei-cfo-arrest-sabrina-wanzhou-trump-tariffs-2018-12 [last accessed 3.24.22]

36

Confidential

appeared to interpret the move as part of a campaign by the U.S. against Huawei and might seek

to retaliate against U.S. companies.

> "Meng Wanzhou, Huawei's Chief Financial Officer, was arrested in Canada earlier this month at the behest of U.S. authorities — and **some are predicting that it could have dire consequences for Apple**…
>
> …On the surface, the story doesn't seem like it has much to do with Apple. But the arrest of Meng may be seen by Chinese officials as just another volley in a supposed U.S. campaign against Huawei.
>
> You only need to look at some recent headlines from state-backed news outlet *The Global Times* to see how the Chinese government feels about the situation…
>
> …Huawei *has* been effectively blocked by the U.S. government from gaining any sort of significant market share in the country…
>
> … But because of it, many market analysts are predicting retaliatory attacks against U.S. technology companies — and **Apple is a prime target**.
>
> Wedbush analyst Dan Ives, for example, told the *BBC* that Apple must feel like it has a 'bullseye' on its back. He added that **the altercation could significantly impact replacement demand for Apple's iPhones**." [87]

80.  The article points towards an effect that I have observed: the reaction of the

Chinese government was surprising because the Chinese national government generally tries not

to promote or encourage anti-U.S. consumer sentiment.[88]

81.  Observers also predicted that consumer sentiment—not just government

---

[87] Mike Peterson, "The Arrest of Huawei's CFO Might Have Dire Consequences for Apple," iDropNews 12/11/18 https://www.idropnews.com/news/the-arrest-of-huaweis-cfo-might-have-dire-consequences-for-apple/89329/ [last accessed 3.26.22] [emphasis added].

[88] John Ruwitch and Michael Martina, "China to its state media: keep calm, don't inflame trade row with the U.S., *Reuters*, 7/11/18 https://www.reuters.com/article/us-usa-trade-china-media/china-to-its-state-media-keep-calm-dont-inflame-trade-row-with-u-s-idUSKBN1K118L [last accessed 4.23.22] ["Beijing has issued unusually strict rules limiting coverage of the trade war because of worries that unrestrained reporting could spark instability or roil its already jittery financial markets, according to sources within Chinese state media."] *See also* Daniela Stockmann and Mary E. Gallagher, "Remote Control: How the Media Sustain Authoritarian Rule in China," *Comparative Political Studies*, 2011, pp. 436-467 at 457) ["…there is discrepancy between the Chinese public's sentiments toward the United States and the way in which the central government wishes the media to portray the country. The Propaganda Department aims to 'massage' public views of the United States and to pull public opinion into a more positive direction."]

**Confidential**

sentiment—would move against U.S. companies:

> "'Public opinion in China will likely become more negative in respect to the trade war, and potentially against US companies,' Zhang [chief China economist for Deutsche Bank] said. 'The government may find it difficult to tell the public that they have offered significant concessions to the US. The trade talk has just been resumed at the G20 meeting; now its outlook has darkened.'"[89]

82. After the detention, companies in China began encouraging employees to buy Huawei phones and offered discounts to do so. Others penalized employees for buying iPhones. Local governments did the same, and there were many articles describing how consumers were rallying around Huawei and turning against Apple. In **Appendix C**, I have collected a sample of excerpts from articles describing these effects.

### A. Survey Evidence: Consumers Turned Against Apple

83. A survey conducted by *FT Confidential Research*[90] after Huawei's CFO was detained shows a change in consumer sentiment away from Apple and towards Huawei in December 2018.[91] The survey asked consumers which brand of smartphone they intended to buy next. Compared to the results for the previous month (prior to her detention), the survey shows a sharp increase for Huawei, with approximately 40% of respondents saying their next phone would be a Huawei phone, an increase from approximately 30% before the detention.[92] For Apple, the numbers declined: approximately 30% of respondents said that an iPhone would be their next smartphone purchase before the detention of Meng Wanzhou; this number declined to

---

[89] Bob Bryan, "Chinese tech giant Huawei's CFO proves Trump's trade war is 'escalating to a new level,'" Business Insider 12/6/18 https://www.businessinsider.com/us-china-trade-war-huawei-cfo-arrest-sabrina-wanzhou-trump-tariffs-2018-12 [last accessed 3.24.22]

[90] A research division of T*he Financial Times* that was disbanded in 2019 (https://www.ft.com/ft-confidential-research).

[91] FT Confidential Research, "Chinese consumers rally around embattled Huawei," Financial Times 2/7/19, https://www.ft.com/content/d5070d78-2ace-11e9-a5ab-ff8ef2b976c7.

[92] FT Confidential Research, "Chinese consumers rally around embattled Huawei," Financial Times 2/7/19, https://www.ft.com/content/d5070d78-2ace-11e9-a5ab-ff8ef2b976c7 ["Huawei garnered 40 per cent of responses from Chinese consumers who were asked what brand of smartphone they next intend to buy, up from 30 per cent bon in November and a year ago"].

**Confidential**

approximately 20% after the detention. See below.

**Figure 3**



84.     The evidence from this survey, along with the evidence from articles cited above

and in **Appendix C**, shows how vulnerable Apple was to adverse consumer sentiment.

Combined with the worsening economy and the particular vulnerability of discretionary

purchases like the iPhone, these were significant factors that would have weighed heavily on

iPhone sales.

## VII.   MR. COOK'S STATEMENTS REGARDING EMERGING MARKETS AND CURRENCIES WERE ACCURATE

85.     Mr. Cook said the following on the November 1, 2018 earnings call in

connection with China and other emerging market countries:

> "The emerging markets that we're seeing pressure in are markets like
> Turkey, India, Brazil, Russia. These are markets where currencies have
> weakened over the recent period… And so I think, or at least the way that

39

I see these, is each one of the emerging markets has a bit of a different story, and I don't see it as some sort of issue that is common between those for the most part. In relation to China specifically, I would not put China in that category."[93]

86.    In this section I explain that these statements were accurate. In particular, I explain that China is widely considered an emerging market, that its currency weakened less than that of the other emerging market countries listed by Mr. Cook and has historically been less volatile.

## A.  What is an emerging market?

87.    The term "emerging market" was originally coined 1981 by Antoine van Agtmael of the International Finance Corporation ("IFC"), a division of the World Bank. He defined this term to include countries that were in a transitional phase between developing and developed status and that posed greater economic risk to investors.[94] While there is no universally accepted textbook definition of an emerging market, a reasonable definition is: A low-middle income country experiencing (i) rapid economic growth but that has (ii) weak institutional and physical infrastructure, thus is subject to volatility in macroeconomic and business performance.[95]

88.    In June 2021, the International Monetary Fund identified the following countries as having emerging markets (in alphabetical order):

---

[93] Apple Inc. (AAPL) Q4 2018 Earnings Call, 11/1/18 Bloomberg Transcript [last accessed 3.26.22]
[94] *See, e.g.,* "Defining Emerging Markets: A self—fulfilling prophecy," *The Economist* 10/5/17 https://www.economist.com/special-report/2017/10/05/defining-emerging-markets; Corporate Finance Institute, "Emerging Markets," https://corporatefinanceinstitute.com/resources/knowledge/economics/emerging-markets/ [last accessed 3.17.22]
[95] *See* Corporate Finance Institute, "Emerging Markets," https://corporatefinanceinstitute.com/resources/knowledge/economics/emerging-markets/ [last accessed 3.17.22]; T. Rowe Price "Summary Prospectus: Institutional Emerging Markets Equity Fund," 3/1/2013 https://www.sec.gov/Archives/edgar/data/852254/000031321213000035/iiefpta-march39.htm [last accessed 3.17.22]. *See also* Tarun Khanna and Krishna Palepu "The Nature of Institutional Voids in Emerging Markets," Harvard Business Press (excerpted from Winning in Emerging Markets: A Road Map for Strategy and Execution 2010, pp. 3 – 6.

**Confidential**

"Argentina, **Brazil**, Chile, **China**, Colombia, Egypt, Hungary, **India**, Indonesia, Iran, Malaysia, Mexico, the Philippines, Poland, **Russia**, Saudi Arabia, South Africa, Thailand, **Turkey**, and the United Arab Emirates."[96]

89.     All five countries are also included in the highly respected MSCI Emerging Markets Index. China represented 30.04%% of the MSCI on March 2022.[97]

**B. China's Currency**

90.     Because of the way Apple generally prices its phones abroad, it is subject to two adverse effects from a strengthening dollar. Apple generally sets prices for its iPhones based initially on the dollar value of the product at the time of launch.[98] For example, a new iPhone priced at $999 would be set at a price in yuan based on the exchange rate at launch. This means that a strong dollar at launch will make the iPhone more expensive in local currency. If the dollar subsequently strengthens, the price in yuan will remain the same, but will be converted to U.S. dollars for financial statement reporting purposes at the higher exchange rate, reducing Apple's reported sales.[99] While Apple generally hedges portions of its forecasted foreign exchange

---

[96] *See* Rupa Duttagupta and Ceyla Pazarbasioglu, "Emerging markets must balance overcoming the pandemic, returning to more normal policies, and rebuilding their economies," International Monetary Fund Finance & Development, Summer 2021, https://www.imf.org/external/pubs/ft/fandd/2021/06/the-future-of-emerging-markets-duttagupta-and-pazarbasioglu.htm. [emphasis added to reflect the countries cited by Mr. Cook]
[97] MSCI, "MSCI Emerging Markets Index (USD)," March 31, 2022, https://www.msci.com/documents/10199/c0db0a48-01f2-4ba9-ad01-226fd5678111. [last accessed 4.23.22]
[98] Stephen Nellis and Sonam Rai, "Apple services business grows; CEO Cook says China tensions ease," *Reuters* 1/29/19 ["[Tim Cook] said Apple is rethinking how it prices the iPhone outside the United States after largely setting the price in U.S. dollars"] https://www.reuters.com/article/uk-apple-results/apple-sees-sales-largely-below-wall-street-as-iPhone-demand-weak-idUKKCN1PN2WD?edition-redirect=uk [last accessed 4.22.22]
[99] Apple Form 10K for the Fiscal Year Ended September 25, 2021, p. 16. ["The weakening of foreign currencies relative to the U.S. dollar adversely affects the U.S. dollar value of the Company's foreign currency–denominated sales and earnings, and generally leads the Company to raise international pricing, potentially reducing demand for the Company's products."] *See also*, Stephen Nellis and Sonam Rai, "Apple services business grows; CEO Cook says China tensions ease," Reuters 1/29/19 ["[Tim Cook] said Apple is rethinking how it prices the iPhone outside the United States after largely setting the price in U.S. dollars, which made the phones more expensive in local currencies as the dollar strengthened. In markets with currencies that weakened considerably against the dollar over the last year, iPhone price 'increases were obviously more'"] https://www.reuters.com/article/uk-apple-results/apple-sees-sales-largely-below-wall-street-as-iPhone-demand-weak-idUKKCN1PN2WD?edition-redirect=uk.

Confidential

exposure associated with revenue and inventory purchases, the Company may choose not to hedge certain foreign exchange exposures so may be exposed to changes in exchange rates.[100]

91.     In broad terms, a country's currency fluctuates (in comparison to, say, the U.S. dollar) as a result of the supply and demand for that currency. Most developed countries let their currencies 'float,' meaning their central banks do not intervene to manage the level of the exchange rate. There are some countries (like Hong Kong) that have a 'fixed' exchange rate.[101] In these countries, the central bank buys and sells in the foreign exchange markets in order to maintain fixed parity to a benchmark, often the U.S. dollar. Other countries have a 'managed float' policy, which is between these two extremes and whereby they intervene if the exchange rate moves beyond certain bands.[102] In the years leading up to 2018, Turkey had a stated policy of a managed float;[103] so did India;[104] and Russia.[105] Brazil had a stated floating rate regime.[106]

92.     China manages its exchange rate so that it remains within a relatively narrow range compared to the U.S. dollar.[107] Its stated policy is to manage its currency in relation to an

---

[100] Apple Inc. Form 10-K for the Fiscal Year Ended September 15, 2021, p. 26. ["The Company generally hedges portions of its forecasted foreign currency exposure associated with revenue and inventory purchases, typically for up to 12 months. However, the Company may choose not to hedge certain foreign exchange exposures for a variety of reasons including, but not limited to, accounting considerations or the prohibitive economic cost of hedging particular exposures."]
[101] *See* Ila Patnaik and Rajeswari Sengupta "Analysing India's Exchange Rate Regime," August 2021, p. 1. https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3910305 [last accessed 3/17/22]
[102] *See* Ila Patnaik and Rajeswari Sengupta "Analysing India's Exchange Rate Regime," August 2021, p. 1. https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3910305 [last accessed 3/17/22]
[103] Central Bank of the Republic of Turkey Head Office, Exchange Rate Policy: Turkey https://www.tcmb.gov.tr/wps/wcm/connect/EN/TCMB+EN/Main+Menu/Core+Functions/Exchange+Rate+Policy [last accessed 3.17.22]
[104] *See* Ila Patnaik and Rajeswari Sengupta "Analysing India's Exchange Rate Regime," August 2021, p. 1. https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3910305 [last accessed 3/17/22]
[105] The Bank of Russia, "The History of the Bank of Russia FX Policy," http://www.cbr.ru/eng/dkp/about_inflation/history/ [last accessed 3.17.22]
[106] *The Economist* "Foreign-exchange policy in Brazil: a shift in strategy?" 9/16/2019 http://country.eiu.com/article.aspx?articleid=478434631&Country=Brazil&topic=Economy&subtopic=For_5 [last accessed 3.17.22]
[107] *PIMCO* "What are global currency markets?" https://global.pimco.com/en-gbl/resources/education/understanding-currencies [last accessed 4.15.22]

Confidential

index (known as the CFETS Index) that it uses to guide how it manages its currency.[108] As

explained in a recent IMF Working Paper:

> "Compared to 2005, when China initiated the reform of its exchange rate
> regime, the RMB is more flexible with respect to the U.S. dollar and is
> now linked to the CFETS basket of currencies. This near-term basket link
> allows China to manage competitiveness relative to a greater number of
> trading partners, rather than just the U.S. The RMB/USD rate continues to
> trade in a narrow range on a daily basis, however, and, while the flexibility
> of the renminbi has increased, particularly since the beginning of 2018, it
> still exhibits less volatility than other floating currencies."[109]

93.     While countries may have a stated exchange rate policy, in practice they may do

something different. It is instructive, therefore, to look at historical data. In **Figure 4**, I show how

the currencies of each of Brazil, Turkey, India, Russia and China have fluctuated relative to their

average level over the 10 years prior to November 2018. That is, for each country, I calculate the

average exchange rate level relative to the U.S. dollar and then compute for each trading day, the

percentage above or below the average level over the whole period.

---

[108] *People's Bank of China*, "The Launch of RMB Index Helps to Guide Public View of RMB Exchange Rate,"
12/11/15. http://www.pbc.gov.cn/english/130721/2988680/index.html
[109] Sonali Das, "China's Evolving Exchange Rate Regime," *IMF Working Paper,* March 2019, p. 14
https://www.imf.org/en/Publications/WP/Issues/2019/03/07/Chinas-Evolving-Exchange-Rate-Regime-46649

**Confidential**

**Figure 4**



94.     As can be seen, China's exchange rate is significantly more stable than that of the other countries. This is a well-known fact of China's exchange rate: it moves within a tight band and has not traded outside a band of six and seven yuan to one U.S. dollar over a period of many years.[110]

95.     I also calculated how much China's currency had changed during 2018. As **Table 6** shows, when all four currencies are compared to the U.S. dollar, the RMB had weakened less than the currencies of India, Turkey, Russia and Brazil.

---

[110] The lower volatility of the Chinese RMB can also be measured statistically using the standard deviation. I began with the exchange rate values relative to the dollar and calculated the daily change over the previous ten years prior to November 1, 2018. I then calculated, for each country, the standard deviation of those daily returns. The RMB had the lowest standard deviation with a value of .16%. This was lower than the standard deviation of daily returns for India (.48%), Turkey (.93%), Russia (1.01%), and Brazil (1.03%).

**Confidential**

| Table 6 Decline in Currency Value (in USD) January 1, 2018 to October 31, 2018 | | | |
| --- | --- | --- | --- |
| | Value on 1/1/18 | Value on 10/31/18 | % Change |
| India | 63.675 | 73.955 | -16.1% |
| Turkey | 3.791 | 5.583 | -47.3% |
| Russia | 57.689 | 65.879 | -14.2% |
| Brazil | 3.313 | 3.724 | -12.4% |
| *China* | *6.507* | *6.976* | *-7.2%* |
| Source: Bloomberg LP. | | | |

96.     Mr. Cook's statements in connection with China and its currency were therefore accurate. China is considered an emerging market country, its currency did weaken less than that of the other countries and has historically been more stable than the currencies of India, Turkey, Russia and Brazil.

## VIII.    CONCLUSION

97.     China's economy declined sharply during November and December 2018 after the earnings call on November 1, 2018. And while China's economy had been softening during the second half of the year, it turned dramatically worse during November and December. The smartphone market followed a similar pattern. It had been contracting for several months, appeared to be stabilizing in October 2018, and then worsened sharply in November and December. The iPhone, as a discretionary purchase, was particularly vulnerable to these unexpected events.

98.     Competitive conditions in China declined further after the detention of Meng Wanzhou, the CFO of Huawei, on December 1, 2018. Chinese consumers rallied around Huawei

45

Confidential

and its mobile phones and turned away from Apple's iPhone. This event had a significant negative impact on iPhone sales.

99.     Based on the evidence I have described above, I have concluded that the statements made by Mr. Cook on November 1, 2018 were accurate and Apple's sales of iPhones in China were significantly negatively affected during November and December of 2018 due to unexpected events and the unexpected weakening of the Chinese economy.

**Confidential**

IN RE APPLE INC. SECURITIES LITIGATION
Civil Action No. 4:19-cv-02033-YGR

April 2022

## APPENDIX A

CURRICULUM VITAE

DENNIS TAO YANG

PERSONAL INFORMATION

Work Address:      Darden School of Business
                   University of Virginia (UVA)
                   Charlottesville, VA 22906, USA
                   Phone: (434) 924–0906
                   Email: YangD@darden.virginia.edu

Date and Place of Birth:   February 1, 1966; Beijing, China
Marital Status:            Married; two children
Citizenship:               United States of America

EDUCATION

1994       Ph.D., Economics, University of Chicago
1987       B.A., Economics, *Magna Cum Laude*, University of California, Los Angeles
1984       International Baccalaureate, United World College, Trieste, Italy

FIELDS OF INTEREST

Economic Development and Growth
Labor and Demographic Economics
Economics of China and Transition

PROFESSIONAL EXPERIENCE

Academic Positions:

2013–      Dale S. Coenen Free Enterprise Professor, Darden School of Business, UVA
2012–      Professor, Darden School of Business, UVA
2013–16    Chang Jiang Professorship, Antai College of Economics and Management,
           Shanghai Jiao Tong University, China
2007–12    Professor, Department of Economics, Chinese University of Hong Kong (CUHK)
2006–07    Professor, Department of Economics, Virginia Polytechnic Institute and State

IN RE APPLE INC. SECURITIES LITIGATION
Civil Action No. 4:19-cv-02033-YGR

|  |  |
|---|---|
|  | University (Virginia Tech); 2001–2005, Associate Professor |
| 1994–2001 | Assistant Professor, Department of Economics, Duke University |
| 2010– | Research Fellow, Institute for the Study of Labor (IZA), Germany |
| 2012–20 | Senior Fellow, Economic Research Center, Hong Kong Institute of Asia-Pacific Studies, CUHK |
| 2005–14 | Senior Fellow, Center for China in the World Economy, Tsinghua University |
| 2007–13 | Senior Fellow, China Center for Public Finance, Peking University |
| 2006–12 | Senior Advisor and Research Director, China Center for Economics and Business, The Conference Board |
| 2010–11 | Visiting Research Fellow, Hong Kong Institute of Monetary Research |
| 1999–2001 | Senior Research Fellow, Center for Demographic Studies, Duke University |
| 1996 | Visiting Research Fellow, China Center for Economic Research, Peking University |
| 1993 | Lecturer, Department of Economics, Duke University |
| 1991 | Visiting Research Fellow, Chinese Academy of Social Sciences |

Editorial Positions:

|  |  |
|---|---|
| 2014– | Associate Editor, Journal of Demographic Economics |
| 2003– | Member of Editorial Advisory Board, Pacific Economic Review |
| 2001– | Member of Editorial Advisory Board, China Economic Review |
| 2014–18 | Editorial Advisory Board, Journal of Demographic Economics |
| 2013–17 | Member of Editorial Advisory Board, Comparative Economic Studies |
| 2003–09 | Member of Editorial Advisory Board, Comparative Economic Studies |

Other University and Academic Services:

|  |  |
|---|---|
| 2015– | Academic Director, The Asian Initiative, Darden School of Business |
| 2017– | Member, Professional Degrees Program Committee, Darden School of Business |
| 2021– | Member, University of Virginia Library Committee |
| 2021– | Member, Investment Advisory Committee, Glenmore Community Association |
| 2018– | Member, Dual Degree Committee of MBA and MA in East Asian Studies, UVA |
| 2018–19 | Chair, GEM Search Committee, Darden School of Business |
| 2015–19 | Member, Academic Advisory Committee, School of Economics and Social Studies, Jinan University, China. |
| 2014–18 | Member, Academic Advisory Committee, Shanghai Institute for National Economy, Shanghai Jiao Tong University, China |
| 2014–17 | Member, MBA Program Committee, Darden School of Business |
| 2011–16 | Member, Expert Advisory Committee, Division of Management Sciences, the National Natural Science Foundation of China |
| 2014 | President, Association for Comparative Economic Studies |
| 2013 | President-elect, Association for Comparative Economic Studies |
| 2011–12 | Vice President, Hong Kong Economic Association; 2007– 12, Member of Executive Committee |
| 2010–12 | Executive Board, Association for Comparative Economic Studies |

IN RE APPLE INC. SECURITIES LITIGATION
Civil Action No. 4:19-cv-02033-YGR

| | |
|---|---|
| 2009–12 | Member of International Academic Committee of Fudan Yangzi Delta Social Transition Survey, Fudan University |
| 2010–12 | Co-Director, Economic Research Center, and Director, Trade and Development Program, Hong Kong Institute of Asia-Pacific Studies |
| 2011–12 | Director, CUHK, Dual Master Degree Program in Economics and Finance of CUHK and Peking University HSBC Business School |
| 2010–12 | Member, Organizing Committee, CUHK–Fudan–Tsinghua Annual Conference on the Chinese Economy |
| 2011–12 | Member, Steering Committee for establishing a program on Contemporary China Studies across the Faculty of Social Sciences and of Arts and Humanities, CUHK |
| 2008–12 | Member of Program Board in Chinese Studies, CUHK |
| 2008–12 | Taught Program Committee, Center of East Asia Studies, CUHK |
| 2009–12 | Academic Personnel Committee, Department of Economics, CUHK |
| 2007–12 | Seminar Committee Chair, Department of Economics, CUHK |
| 2007–12 | Executive Committee, Department of Economics, CUHK |
| 2007–08 | Recruiting Committee, Department of Economics, CUHK |
| 2006–08 | Member of Special Task Force on Chinese Studies, Virginia Tech |
| 2006–07 | Chairman, Recruiting Committee, Department of Economics, Virginia Tech |
| 2003–07 | Executive Committee, Department of Economics, Virginia Tech |
| 2002–07 | Co-organizer, Applied Economics Seminars, Virginia Tech |
| 2004–07 | Faculty Annual Review Committee, Department of Economics, Virginia Tech |
| 2004–06 | Cluster Hiring Committee, College of Science, Virginia Tech |
| 2003 | Research Advisory Committee of College of Science, Virginia Tech |
| 2003–07 | International Research Advisory Committee, Virginia Tech |
| 2004 | Economics and Applied Economics Cluster Hiring Committee, Virginia Tech |
| 2003–04 | Merger Committee, Economics Department and Agricultural and Applied Economics Department, Virginia Tech |
| 2002–07 | Graduate Program Committee, Department of Economics, Virginia Tech |
| 2000–01 | Associate Director, Center for Chinese Populations and Socioeconomic Studies, Duke University |
| 1998–2001 | Executive Committee, Asian/Pacific Studies Institute, Duke University |
| 1997–2000 | Advisory Committee, Center for International Studies, Duke University |
| 1995–99 | Chair, Chinese Data Center, Duke University |

TEACHING EXPERIENCE

EMBA, Global Economies and Markets, Darden School, UVA, 2013−
MBA elective, Growth and Business in Emerging Markets, Darden School, UVA, 2018−
MBA elective, China in the World Economy, Darden School, UVA, 2015−
MBA first-year core, Global Economies and Markets, Darden School, UVA, 2012−17
Global Leadership Explorations, EMBA/GEMBA program, Darden School, UVA, 2016−17
Graduate development economics, Virginia Tech, 2001−06; CUHK, 2008–12
Graduate labor economics, Duke University, 1994–2000
Graduate, methods in applied economics, Virginia Tech, 2006–07

IN RE APPLE INC. SECURITIES LITIGATION
Civil Action No. 4:19-cv-02033-YGR

Graduate applied microeconomics, Virginia Tech, 2002−06
M.A. level microeconomics, Duke University, 1993−97
Economics of China, Duke University, 1993−2001; Virginia Tech, 2002−07; CUHK, 2007−12
Intermediate microeconomics, University of Chicago, 1989; Virginia Tech, 2001−2005

HONORS, AWARDS, AND FELLOWSHIPS

| | |
|---|---|
| 2021 | Darden EMBA Outstanding Teaching Recognition for "Global Economies and Markets" |
| 2019 | Darden EMBA Outstanding Teaching Recognition for "Global Economies and Markets" |
| 2018 | Faculty Marshall, Executive MBA Class of 2018, UVA |
| 2018 | Transformational Leadership Award, EMBA Programs, 2018, UVA |
| 2018 | Nominee, Faculty Diversity Award, MBA Programs, 2018, UVA |
| 2017 | Distinguished Faculty Speaker, Office of Engagement, UVA |
| 2016 | Darden Outstanding Teaching Recognition for "China in the World Economy" |
| 2016 | Darden Outstanding Teaching Recognition for "Global Economies and Markets" |
| 2015 | Darden Outstanding Teaching Recognition for "China in the World Economy" |
| 2015 | Gregory Chow Best Paper Award for "Volatility and Economic Systems: Evidence from a Large Transitional Economy" (with B. Wang), Chinese Economist Society |
| 2013−16 | Chang Jiang Scholar Professorship, awarded by China's Ministry of Education |
| 2014 | President, elected by the Association for Comparative Economic Studies |
| 2013 | Nominated by Shanghai Jiaotong University for the "Thousand Talent Plan" visiting professorship in China |
| 2011 | Exemplary Teaching Award Nominee, Faculty of Social Science, CUHK |
| 2010−13 | Member, Executive Board of the Association for Comparative Economic Studies |
| 2005 | Graduate Teacher of the Year, Department of Economics, Virginia Tech |
| 2004 | Undergraduate Teacher of the Year, Department of Economics, Virginia Tech |
| 1996 | World Bank-Peking University Fellow, May−August |
| 1994 | Best paper selection, the Chinese Economists Society |
| 1987−92 | Century and Prince Fellowships, University of Chicago |
| 1990 | Ford Foundation Dissertation Fellowship |
| 1989 | PEW Fellowship, University of Chicago |
| 1985−87 | World Bank College Scholar |
| 1986− | Omicron Delta Epsilon (honor society in Economics) |
| 1982−84 | Italian/Chinese Government Scholarship |

PUBLICATIONS

I. Books Edited

China's Economic Development, co-editors with Josef C. Brada and Paul Wachtel, New York: Palgrave Macmillan Publisher (2014).

IN RE APPLE INC. SECURITIES LITIGATION
Civil Action No. 4:19-cv-02033-YGR

Has China Passed the Lewisian Turning Point?, co-editors with Cai Fang and Huang Yiping, Beijing, China: Social Sciences Academic Press (2012, in Chinese).

Policy Reform and Chinese Markets: Progress and Challenges, co-editors with Belton Fleisher, Nick Hope and Anita Pena, Northampton, U.S.A: Edward Elgar Publishing (2008).

How Far Across the River? Chinese Policy Reform at the Millennium, co-editors with Nick Hope and Mu Y. Li, Stanford, U.S.A.: Stanford University Press (2003).

## II. Articles in Journals

"Population Policies, Demographic Structural Changes, and the Chinese Household Saving Puzzle" (with Suqin Ge and Junsen Zhang), European Economic Review Vol. 101 (2018): 181-209.

"Mandatory Retirement and the Consumption Puzzle: Disentangling Price and Quantity Declines" (with Yingying Dong), Economic Inquiry Vol. 55, Issue 4, October (2017): 1738–1758.

"Expanding Export Variety: The Role of Institutional Reforms in Developing Countries" (with Liugang Sheng), Journal of Development Economics Vol. 118, January (2016): 45-58.

"Changes in China's Wage Structure" (with Suqin Ge), Journal of European Economic Association Vol. 12, No.2 (2014): 1-37.

"Modernization of Agriculture and Long-Term Growth" (with Xiaodong Zhu), Journal of Monetary Economics Vol. 60, Issue 3 (2013): 367-382.

"Aggregate Savings and External Imbalances in China," Journal of Economic Perspectives, Vol. 26, No. 4 (2012): 125-146.

"Labor Market Development in China: A Neoclassical View" (with Suqin Ge), China Economic Review Vol. 22, Issue 4 (2011): 611-625.

"Rising Wages: Has China Lost Its Global Labor Advantage?" (with Vivian Chen and Ryan Monarch), Pacific Economic Review Vol.15, Issue 4 (2010): 482–504.

"Agricultural Price Reforms in China: Experience from the Past Three Decades" (with Yuanfang Li), Agroalimentaria No. 27, July–December Issue (2008): 17–27.

"Agriculture and Aggregate Productivity: A Quantitative Cross-Country Analysis" (with Diego Restuccia and Xiaodong Zhu), Journal of Monetary Economics Vol. 55, Issue 2

IN RE APPLE INC. SECURITIES LITIGATION
Civil Action No. 4:19-cv-02033-YGR

(2008): 234–250.

"China's Agricultural Crisis and Famine of 1959-61: A Survey and Comparison to Soviet Famines," Comparative Economic Studies Vol. 50, Issue 1 (2008): 1–29.

"Problems of China's Rural Labor Markets and Rural-Urban Migration" (with Belton Fleisher), The Chinese Economy Vol. 39, No. 3 (2006): 6–25.

"The Great Leap Forward: Anatomy of a Central Planning Disaster" (with Wei Li), Journal of Political Economy Vol. 113, No. 4 (2005): 840–877.

"Determinants of Schooling Returns during Transition: Evidence from Chinese Cities," Journal of Comparative Economics Vol. 33 (2005): 244–264.

"Education and Allocative Efficiency: Household Income Growth during Rural Reforms in China," Journal of Development Economics Vol. 74, No. 1 (2004): 137–162.

"Transformations in China's Population Policies and Demographic Structure" (with Dandan Chen), Pacific Economic Review Vol. 9, No. 3 (2004): 269–290.

"Labor Laws and Regulations in China" (with Belton Fleisher), China Economic Review Vol. 14, No. 4 (2003): 426–433.

"Human Capital, Entrepreneurship, and Farm Household Earnings" (with Mark An), Journal of Development Economics, Vol. 68, No. 1 (2002): 65–88.

"What Has Caused Regional Inequality in China?" China Economic Review, Vol. 13, No. 4 (2002): 331–334.

"Carrots and Sticks: Fertility Effects of China's Population Policies" (with Marjorie McElroy), American Economic Review, Vol. 90, No. 2 (May, 2000): 389–392.

"Food Availability, Entitlement and the Chinese Famine of 1959-61" (with Justin Lin), Economic Journal, Vol. 110, No. 1 (2000): 136–158.

"Urban–Biased Policies and Rising Income Inequality in China," American Economic Review, Vol. 89, No. 2 (May, 1999): 306–10.

"Rural–Urban Disparity and Sectoral Labor Allocation in China" (with Hao Zhou), Journal of Development Studies, Vol. 35, No. 3 (1999): 105–133; reprinted in The Workers' State Meets the Market: Labor in China's Transition, edited by Sarah Cook and Maggie Maurer-Fazio, London: Frank Cass Publisher (1999): 105–133.

"On the Causes of China's Agricultural Crisis and the Great Leap Famine" (with Justin Lin), China Economic Review, Vol. 9, No. 2 (1998): 125–140.

"Education in Production:  Measuring Labor Quality and Management," <u>American Journal of Agricultural Economics</u>, Vol. 79, No. 3 (1997): 764–772.

"China's Land Arrangements and Rural Labor Mobility," <u>China Economic Review</u>, Vol. 8, No. 2 (1997): 101–15.

"Education and Off-Farm Work," <u>Economic Development and Cultural Change</u>, Vol. 45, No. 3 (1997): 613–32.


## III. Chapters in Books

"China's High Saving Puzzle" (with Guonan Ma), in <u>Oxford Companion to the Economics of China</u>, edited by Shenggen Fan, Ravi Kanbur, Shang-Jin Wei and Xiaobo Zhang. Oxford: Oxford University Press (2014): 190–193.

"Why Are Saving Rates So High in China?" (with Junsen Zhang and Shaojie Zhou), in <u>Capitalizing China</u>, edited by Joseph Fan and Randall Morck. Chicago: The National Bureau of Economic Research (NBER), University of Chicago Press (2012): 249–278.

"Wages and Returns to Education in Chinese Cities," in <u>Human Capital for Economic Development in China</u>, edited by Gordon Liu, Shufang Zhang and Zongyi Zhang, New Jersey: The World Scientific Publishing Co. (2010).

"Introduction" (with Belton Fleisher, Nick Hope and Anita Pena), in <u>Policy Reform and Chinese Markets: Progress and Challenges</u>, edited by Belton Fleisher, Nick Hope, Anita Pena and Dennis T. Yang, Northampton, USA: Edward Elgar Publishing (2008).

"China's Evolving Labor Market" (with Belton Fleisher), in <u>Policy Reform and Chinese Markets: Progress and Challenges</u>, edited by Belton Fleisher, Nick Hope, Anita Pena and Dennis T. Yang, Northampton, USA: Edward Elgar Publishing (2008).

"Policy Reforms, Private Enterprise Development and Rural Household Earnings" (with Weijia Chen), in <u>Private Enterprise and China's Economic Development</u>, edited by Shuanglin Lin, Routledge Publisher (2007).

"The Political Economy of China's Rural–Urban Divide" (with Fang Cai), in <u>How Far Across the River? Chinese Policy Reform at the Millennium</u>, edited by Nick Hope, Dennis T. Yang and Mu Yang, Stanford: Stanford University Press (2003): 389–416.

"Policy Reform in China" (with Nick Hope and Mu Y. Li), in <u>How Far Across the River? Chinese Policy Reform at the Millennium</u>, edited by Nick Hope, Dennis T. Yang and Mu Y. Li, Stanford: Stanford University Press (2003): 1-28.

IN RE APPLE INC. SECURITIES LITIGATION
Civil Action No. 4:19-cv-02033-YGR

"Agenda for Future Research" (with Nick Hope and Mu Y. Li), How Far Across the River? Chinese Policy Reform at the Millennium, edited by Nick Hope, Dennis T. Yang and Mu Y. Li, Stanford: Stanford University Press (2003): 471–481.

"The Effects of Institutions on Worker Mobility and Labor Market Efficiency," in The Reformability of China's State Sector, edited by James G. Wen and Dianqing Xu, New Jersey:  World Scientific Publisher (1997): 347–364.

IV. Proceedings, Opinion Pieces and Book Reviews

"More than Flipping a Switch—The US in the World Under A Biden Administration" (with Peter Debaere), Darden Idea to Action, February 2021.

"Predicting Unpredictability in Chinese Equity Markets" (joint with Richard B. Evans and Jay Hodgkins), Darden Ideas to Action, January, 2016.

"Boom and Bust: China's Stock Market Turmoil" (with Richard B. Evans and Jay Hodgkins), Darden Ideas to Action, September, 2015.

"Mandatory Retirement and the Consumption Puzzle: Price Declines or Quantity Declines?" Research Digest, Asian Bureau of Finance and Economics Research, Singapore, August, 2015.

"Growing Family Business in Emerging Markets," Darden Ideas to Action, July, 2015.

"Insights on China: How Agriculture Drives Socioeconomic Change," Darden Ideas to Action, April, 2014.

"Understanding Low Returns to Education in China," in Conference Proceedings for 2005CES International Conference on Sustainable Economic Growth in China, Chongqing, China: Chongqing University Press (2005): 481–491.

Social Change and Social Policy in Contemporary China, editors. Linda Wong and Stewart MacPherson, Social Service Review (December, 1996).

"Assessing Trends in the Rate of Return to Education in China" (with David Hoffman and Qiaoqin Li), China Quick Note, The Conference Board China Center for Economics and Business (August, 2008).

"China's Rising Wages: Where is China in the Asian Labor Cost Environment?"  China Insight, The Conference Board China Center for Economics and Business (February, 2008).

"China's New Labor Contract Law: How Will It Affect the Operating Environment for Domestic and Foreign Business in China?" China Insight, The Conference Board China

IN RE APPLE INC. SECURITIES LITIGATION
Civil Action No. 4:19-cv-02033-YGR

Center for Economics and Business (April, 2008).

V. Business Cases and Teaching Notes

"China's Stock Market: Understanding Its Boom-and-Bust Cycles" (with Evans, Richard, Qian, Junjian). Case Number: UVA-F-1985 (July, 2021)

"Teaching Note: China's Stock Market: Understanding Its Boom-and-Bust Cycles" (with Allen, James, Yemen, Gerry). Case Number: UVA-F-1985TN (December, 2021)

"Teaching Note: China Supply Chain and COVID-19" (with Sesia, Aldo). Case Number: GEM-0184TN (March, 2021)

"China Supply Chain and COVID-19" (with Jiming, Ha, Sesia, Aldo, Yemen, Gerry). Case number: UVA-GEM-0184 (December, 2020)

"Teaching Note: The United States–China Trade War: Deal or No Deal?" (with Holtz, Paul). Case Number: GEM-0175TN. (June, 2020)

"The United States–China Trade War: Deal or No Deal?" Case Number: UVA-GEM-0175 (with Ha, Jimmy, Holtz, Paul and Yemen, Gerry). (March, 2020)

WORKING PAPERS AND WORKS IN PROGRESS

"Offshoring and Wage Inequality: Theory and Evidence from China" (with Liugang Sheng), under journal submission.

"Changes in Female Labor Force Participating in Urban China: 1988-2009" (with Shuaizhang Feng, Suqin Ge, and Xin Meng).

"Coping with Health Shocks under Informal and Public Insurance: Evidence from China" (with Chun-Yu Ho, Xin Li and Qinghua Shi).

"Life Cycle Earnings and Savings in A Fast-Growing Economy" (with Zheng Song).

"Economic Structural Change and Family Investments in Children" (with Xiaodong Zhu).

"Household Production and Parental Investment in Children" (with Xiaodong Zhu).

"Volatility and Economic Systems: Evidence from a Large Transitional Economy" (with Boqun Wang)

IN RE APPLE INC. SECURITIES LITIGATION
Civil Action No. 4:19-cv-02033-YGR

PUBLICATIONS IN CHINESE

"Interview with Darden Professor Dennis Yang: How to Overcome the Middle Income Trap," 21 Century Business Review (in Chinese), August, 2015.

"Using Markets to Tackle Microeconomic Challenges," International Financial Herald (in Chinese), March, 2015.

"China's High Savings and External Imbalances: Causes and Policies" (with Chuantao Cui and Leona Li), Journal of Financial Market Research (2013).

"Introduction" (with Fang Cai and Yiping Huang), in Has China Passed the Lewisian Turning Point?, edited by Fang Cai, Dennis T. Yang and Yiping Huang. Beijing: China Social Sciences Press (2012).

"Neoclassical Theory and the Development of Labor Markets in China" (with Suqin Ge), in Has China Passed the Lewisian Turning Point?, edited by Fang Cai, Dennis T. Yang and Yiping Huang. Beijing: China Social Sciences Press (2012).

"The Causes of China's Great Famine: Centralization, Planning Failure, and Political Rationality," China Economic Quarterly Vol.9, Issue 3 (2010): 1143−1150.

"Emerging Challenges to China's Economic Growth," China and World Affairs Issue 2 (2008): 181−186.

"The Integration of China's Urban Labor Markets" (with Wilson Liugang Sheng), China Economic Quarterly Vol. 6, No. 3 (2007): 817−840.

"The Sources of Economic Growth," in Lectures by Well-known Scholars, Lecture Series of Frontier Economic Research, edited by Guoqiang Tian, Shanghai:  Shanghai University of Finance and Economics Press (2006): 156−177.

"Rural Household Income Growth during Economics Reforms in China" (with Weijia Chen), in Private Enterprises and China's Economic Development, edited by Shuanglin Lin, Zhenzhong Wang, and Zunsheng Yin, Beijing: Peking University Press (2006): 77−90.

"On the Economic Analysis of China's Great Leap Forward," China Journal of Economics Vol. 1, No. 1 (2005).

"Fertility Effects of China's Population Controls and Policy Choices" (with Marjorie McElroy), Chinese Journal of Population Science, No. 3 (2000): 18−22.

"The Political Economy of Rural-Urban Income Inequality" (with Fang Cai), Social Sciences in China, No. 4 (2000): 11−22.

IN RE APPLE INC. SECURITIES LITIGATION
Civil Action No. 4:19-cv-02033-YGR

"Western Theories of Labor Migration and Part–time Farming and Rural Labor Force transfers in China," in Rural Labor Force Transfers in China, edited by Jiyuan Chen and Dechang Yu, Beijing:  People's Publisher (1993).

"On Off-farm Employment Behaviors of Rural Households and the Transfer of Rural Labor Force in China" (with Fang Cai), Chinese Rural Economy (1991).

UNPUBLISHED WORK

"Knowledge Spillovers and Labor Assignments of the Farm Household," Ph.D. dissertation, The University of Chicago (January 1994).

RESEARCH GRANTS

Principle Investigator, "Fertility and Educational Investment in Children: The Impact of Structural Transformation," Hong Kong Research Grants Council, Competitive Earmarked Research Grant. July 1, 2011 to July 1, 2013.

Principle Investigator, "Globalization, Institutional Reforms and Wage Growth in China," Hong Kong Research Grants Council, Competitive Earmarked Research Grant. July 1, 2010 to December 31, 2012.

Principle Investigator, "Rising Labor Costs and Rural–Urban Migration in China," South China Research Program, Hong Kong Institute of Asian-Pacific Studies. May 1, 2011 to July 31, 2012.

Principle Investigator, "Economic Structural Change and Family Investments in Children," Social Science Research Panel, CUHK. January 1, 2010 to December 31, 2011.

Principle Investigator, "Population Policies, Pensions, and Habit Formation: Resolving the Chinese Saving Puzzle," Hong Kong Research Grants Council, Competitive Earmarked Research Grant. July 1, 2008 to December 31, 2010.

Principle Investigator, "Globalization and Rising Wages in Mainland China," Chiang Ching–Kou Foundation for International Scholarly Exchange, North American Office. July 1, 2008 to June 30, 2010.

Principle Investigator, "Globalization and China's Evolving Labor Market," Social Science Research Panel, CUHK. January 1, 2008 to June 30, 2009.

Principle Investigator, "Economic Analysis of China's Population Policies," Asian/Pacific Studies Institute, Duke University, 2003 and 2007.

IN RE APPLE INC. SECURITIES LITIGATION
Civil Action No. 4:19-cv-02033-YGR

Co-Principal Investigator, "Fertility, Family Behavior, and Welfare: Mainland China's One-Child Policy," Chiang Ching–Kou Foundation for International Scholarly Exchange, North American Office, Provost Office at Duke University. July 1996 to July 2000.

Arts and Sciences Research Council Grant, Duke University, 1995, 1996, 1998, 2000.

Principal Investigator, "Economic Reforms and Allocative Efficiency: Household Income Growth in Rural China," Trent Foundation. January 1998 to January 1999.

Co-Investigator, "Acquisition and Analysis of Population Census of China," Luce Foundation and CCK Foundation, January 1996 to December 1996.

Principal investigator, "Carrying Capacity and the Formation of Population Densities," The World Bank, May 1996 to August 1996.


PROFESSIONAL AFFILIATIONS AND ACTIVITIES

Consultant for

World Bank, Housing Markets and Labor Market Development, 1994, 2003, 2004
The Conference Board, Productivity Differences across Countries, 2006
Venezuelan Chamber of Food Industries, Market and Price Reforms in Venezuela, 2008

Referee for

American Economic Journal: Macroeconomics, American Economic Review, American Journal of Agricultural Economics, China Economic Review, Comparative Economic Systems, Contemporary Economic Policy, Demography, Econometrica, Economic Development and Cultural Change, Economics of Transition, Economic Systems, Growth and Change, History of Political Economy, International Economic Review, Journal of Comparative Economics, Journal of Economic Growth, Journal of Development Economics, Journal of Development Studies, Journal of Human Capital, Journal of Human Resources, Journal of Political Economy, Journal of Population Economics, McGraw–Hill, Inc., National Science Foundation, Pacific Economic Review, Peterson Institute of International Studies, Research Grant Council of Hong Kong, Review of Economic Studies, Review of Economics and Statistics, Review of Income and Wealth, Social Biology, Social Science Research Council, Southern Economic Journal, World Bank Development Review, and World Development

Membership   American Economic Association, 1989–
Chinese Economists Society, 1991–
Hong Kong Economists Association, 2007–
Population Association of America, 1994–

IN RE APPLE INC. SECURITIES LITIGATION
Civil Action No. 4:19-cv-02033-YGR

## SUPERVISION OF THESES

### Ph.D. Committee Chair

1994-Present   Shaozhi Li, Chuantao Cui, Bei Luo, Blair Mongado, Vivian Chen, Rushad Faridi, Keith Bender,

### Ph.D. Committee Member

2001–Present   Pingyu He, Ning Zhang, Kelvin Wong, Elton Mykerezi, Eftila Tanellari, Chengqiu Wu, Andreas, Koutris and Marenglen Marku, Fuzhi Chen, and Yan Liang, Dawood Souri, Maria S. Heracleous, Jeffrey, Edwards and Octavio Maza

1994–2000   Melissa Koenig, Vladimir Pantyushin, Dandan Chen, Peter J. Rankin, Selin Sayek, Geoffrey Gee, Beth Kulas, Dong-Ick Lee, Anup Wadhawan, Subitha Subramaniam, Leonardo Giacchino, Minica Rubio and Erik Weisman, Julie Anne-Marie Cronin, Ahmet Kipici, Mei Hsu, Zhonglan Dai, Omer Gokcekus, Han-Young Lie, Kimberly Neuhauser, Shawn Welch

### Supervision or Participation in M.A. Thesis Committee

1994–2012   Jackie Si Tou and Junlei Zhu, Lily Ling Yang, Boqun Wang, Jiang Yuan and Nancy Wu, Chengqiu Wu, Lingjun Wang, Tien-Chi Cindy Chang, Han-Qing Liou, Cheryl Lin, Tsai-Ping Hsieh, Andrew Park and Kimberly Murray, Lei Tan and Hag-Soo Kim

### Supervision of Honors Theses, Independent Studies and MBA Projects

1993–Present   Edward Carden, Chien-Fu Chen, Jessica Gilmore, Jeff Allen, Jeremiah McCloud, Rodrigo Figueiredo Barbosa, Hang Sang Tang, William Kerins, Eddy Tam, Ole Grogro, Blair Mongado, Rushad Faridi, Jane Materna, Shuwen Ng, Andrew Chang, Brandon Garson, Mae Rogers, Adriana Rondon, Maxwell Axel, Richard Lin, Peggy Cheng, Shanon Schieber, Matthew Maillian, Eric Mendoza, Charles Kang and Rohit Gajendradkar

IN RE APPLE INC. SECURITIES LITIGATION
Civil Action No. 4:19-cv-02033-YGR

### APPENDIX B
### LIST OF DOCUMENTS CONSIDERED

**A. Documents Produced by the Parties**

| APL-SECLIT_ | | APL-SECLIT_ | |
|---|---|---|---|
| **Beg Bates** | **End Bates** | **Beg Bates** | **End Bates** |
| APL-SECLIT_00000726 | APL-SECLIT_0000743 | APL-SECLIT_00001502 | APL-SECLIT_00001515 |
| APL-SECLIT_00000744 | APL-SECLIT_0000755 | APL-SECLIT_00001516 | APL-SECLIT_00001526 |
| APL-SECLIT_00000756 | APL-SECLIT_0000805 | APL-SECLIT_00001527 | APL-SECLIT_00001531 |
| APL-SECLIT_00000806 | APL-SECLIT_0000814 | APL-SECLIT_00001532 | APL-SECLIT_00001541 |
| APL-SECLIT_00000815 | APL-SECLIT_0000836 | APL-SECLIT_00001542 | APL-SECLIT_00001548 |
| APL-SECLIT_00000837 | APL-SECLIT_0000848 | APL-SECLIT_00001549 | APL-SECLIT_00001554 |
| APL-SECLIT_00000849 | APL-SECLIT_0000856 | APL-SECLIT_00001555 | APL-SECLIT_00001564 |
| APL-SECLIT_00000857 | APL-SECLIT_0000892 | APL-SECLIT_00001565 | APL-SECLIT_00001572 |
| APL-SECLIT_00000893 | APL-SECLIT_0000905 | APL-SECLIT_00001573 | APL-SECLIT_00001580 |
| APL-SECLIT_00000906 | APL-SECLIT_0000915 | APL-SECLIT_00001581 | APL-SECLIT_00001587 |
| APL-SECLIT_00000916 | APL-SECLIT_0000940 | APL-SECLIT_00001588 | APL-SECLIT_00001595 |
| APL-SECLIT_00000941 | APL-SECLIT_0000954 | APL-SECLIT_00001596 | APL-SECLIT_00001598 |
| APL-SECLIT_00000955 | APL-SECLIT_0000959 | APL-SECLIT_00001599 | APL-SECLIT_00001603 |
| APL-SECLIT_00000960 | APL-SECLIT_0000982 | APL-SECLIT_00001604 | APL-SECLIT_00001613 |
| APL-SECLIT_00000983 | APL-SECLIT_0000998 | APL-SECLIT_00001614 | APL-SECLIT_00001624 |
| APL-SECLIT_00000999 | APL-SECLIT_00001004 | APL-SECLIT_00001625 | APL-SECLIT_00001640 |
| APL-SECLIT_00001005 | APL-SECLIT_00001018 | APL-SECLIT_00001641 | APL-SECLIT_00001668 |
| APL-SECLIT_00001019 | APL-SECLIT_00001020 | APL-SECLIT_00001669 | APL-SECLIT_00001679 |
| APL-SECLIT_00001021 | APL-SECLIT_00001042 | APL-SECLIT_00001680 | APL-SECLIT_00001685 |
| APL-SECLIT_00001043 | APL-SECLIT_00001052 | APL-SECLIT_00001686 | APL-SECLIT_00001701 |
| APL-SECLIT_00001053 | APL-SECLIT_00001066 | APL-SECLIT_00001702 | APL-SECLIT_00001709 |
| APL-SECLIT_00001067 | APL-SECLIT_00001073 | APL-SECLIT_00001710 | APL-SECLIT_00001721 |
| APL-SECLIT_00001074 | APL-SECLIT_00001079 | APL-SECLIT_00001722 | APL-SECLIT_00001725 |
| APL-SECLIT_00001080 | APL-SECLIT_00001097 | APL-SECLIT_00001726 | APL-SECLIT_00001734 |
| APL-SECLIT_00001098 | APL-SECLIT_00001129 | APL-SECLIT_00001735 | APL-SECLIT_00001741 |
| APL-SECLIT_00001130 | APL-SECLIT_00001137 | APL-SECLIT_00001742 | APL-SECLIT_00001748 |
| APL-SECLIT_00001138 | APL-SECLIT_00001142 | APL-SECLIT_00001749 | APL-SECLIT_00001760 |
| APL-SECLIT_00001143 | APL-SECLIT_00001154 | APL-SECLIT_00001761 | APL-SECLIT_00001777 |
| APL-SECLIT_00001155 | APL-SECLIT_00001165 | APL-SECLIT_00001778 | APL-SECLIT_00001789 |
| APL-SECLIT_00001166 | APL-SECLIT_00001187 | APL-SECLIT_00001790 | APL-SECLIT_00001801 |
| APL-SECLIT_00001188 | APL-SECLIT_00001195 | APL-SECLIT_00001802 | APL-SECLIT_00001815 |
| APL-SECLIT_00001196 | APL-SECLIT_00001205 | APL-SECLIT_00001816 | APL-SECLIT_00001822 |
| APL-SECLIT_00001206 | APL-SECLIT_00001232 | APL-SECLIT_00001823 | APL-SECLIT_00001836 |
| APL-SECLIT_00001233 | APL-SECLIT_00001236 | APL-SECLIT_00001837 | APL-SECLIT_00001846 |
| APL-SECLIT_00001237 | APL-SECLIT_00001242 | APL-SECLIT_00001847 | APL-SECLIT_00001859 |
| APL-SECLIT_00001243 | APL-SECLIT_00001250 | APL-SECLIT_00001860 | APL-SECLIT_00001867 |
| APL-SECLIT_00001251 | APL-SECLIT_00001278 | APL-SECLIT_00001868 | APL-SECLIT_00001879 |
| APL-SECLIT_00001279 | APL-SECLIT_00001296 | APL-SECLIT_00001880 | APL-SECLIT_00001904 |
| APL-SECLIT_00001297 | APL-SECLIT_00001329 | APL-SECLIT_00001905 | APL-SECLIT_00001916 |
| APL-SECLIT_00001330 | APL-SECLIT_00001338 | APL-SECLIT_00001917 | APL-SECLIT_00001922 |
| APL-SECLIT_00001339 | APL-SECLIT_00001347 | APL-SECLIT_00001923 | APL-SECLIT_00001934 |
| APL-SECLIT_00001348 | APL-SECLIT_00001358 | APL-SECLIT_00001935 | APL-SECLIT_00001939 |
| APL-SECLIT_00001359 | APL-SECLIT_00001368 | APL-SECLIT_00001940 | APL-SECLIT_00001953 |
| APL-SECLIT_00001369 | APL-SECLIT_00001374 | APL-SECLIT_00001954 | APL-SECLIT_00001962 |
| APL-SECLIT_00001375 | APL-SECLIT_00001378 | APL-SECLIT_00001963 | APL-SECLIT_00001969 |
| APL-SECLIT_00001379 | APL-SECLIT_00001400 | APL-SECLIT_00001970 | APL-SECLIT_00001982 |
| APL-SECLIT_00001401 | APL-SECLIT_00001418 | APL-SECLIT_00001983 | APL-SECLIT_00001992 |
| APL-SECLIT_00001419 | APL-SECLIT_00001501 | APL-SECLIT_00001993 | APL-SECLIT_00002016 |

IN RE APPLE INC. SECURITIES LITIGATION
Civil Action No. 4:19-cv-02033-YGR

APPENDIX B
LIST OF DOCUMENTS CONSIDERED

A. Documents Produced by the Parties

| APL-SECLIT_ | | APL-SECLIT_ | |
|---|---|---|---|
| **Beg Bates** | **End Bates** | **Beg Bates** | **End Bates** |
| APL-SECLIT_00002017 | APL-SECLIT_00002027 | APL-SECLIT_00002557 | APL-SECLIT_00002564 |
| APL-SECLIT_00002028 | APL-SECLIT_00002043 | APL-SECLIT_00002565 | APL-SECLIT_00002573 |
| APL-SECLIT_00002044 | APL-SECLIT_00002056 | APL-SECLIT_00002574 | APL-SECLIT_00002580 |
| APL-SECLIT_00002057 | APL-SECLIT_00002060 | APL-SECLIT_00002581 | APL-SECLIT_00002587 |
| APL-SECLIT_00002061 | APL-SECLIT_00002070 | APL-SECLIT_00002588 | APL-SECLIT_00002589 |
| APL-SECLIT_00002071 | APL-SECLIT_00002081 | APL-SECLIT_00002590 | APL-SECLIT_00002608 |
| APL-SECLIT_00002082 | APL-SECLIT_00002100 | APL-SECLIT_00002609 | APL-SECLIT_00002619 |
| APL-SECLIT_00002101 | APL-SECLIT_00002109 | APL-SECLIT_00002620 | APL-SECLIT_00002630 |
| APL-SECLIT_00002110 | APL-SECLIT_00002120 | APL-SECLIT_00002631 | APL-SECLIT_00002639 |
| APL-SECLIT_00002121 | APL-SECLIT_00002132 | APL-SECLIT_00002640 | APL-SECLIT_00002652 |
| APL-SECLIT_00002133 | APL-SECLIT_00002135 | APL-SECLIT_00002653 | APL-SECLIT_00002676 |
| APL-SECLIT_00002136 | APL-SECLIT_00002150 | APL-SECLIT_00002677 | APL-SECLIT_00002680 |
| APL-SECLIT_00002151 | APL-SECLIT_00002160 | APL-SECLIT_00002681 | APL-SECLIT_00002698 |
| APL-SECLIT_00002161 | APL-SECLIT_00002174 | APL-SECLIT_00002699 | APL-SECLIT_00002706 |
| APL-SECLIT_00002175 | APL-SECLIT_00002185 | APL-SECLIT_00002707 | APL-SECLIT_00002710 |
| APL-SECLIT_00002186 | APL-SECLIT_00002191 | APL-SECLIT_00002711 | APL-SECLIT_00002730 |
| APL-SECLIT_00002192 | APL-SECLIT_00002202 | APL-SECLIT_00002731 | APL-SECLIT_00002828 |
| APL-SECLIT_00002203 | APL-SECLIT_00002209 | APL-SECLIT_00002829 | APL-SECLIT_00002864 |
| APL-SECLIT_00002210 | APL-SECLIT_00002232 | APL-SECLIT_00002865 | APL-SECLIT_00002887 |
| APL-SECLIT_00002233 | APL-SECLIT_00002241 | APL-SECLIT_00002888 | APL-SECLIT_00002913 |
| APL-SECLIT_00002242 | APL-SECLIT_00002292 | APL-SECLIT_00002914 | APL-SECLIT_00002921 |
| APL-SECLIT_00002293 | APL-SECLIT_00002295 | APL-SECLIT_00002922 | APL-SECLIT_00002925 |
| APL-SECLIT_00002296 | APL-SECLIT_00002301 | APL-SECLIT_00002926 | APL-SECLIT_00002941 |
| APL-SECLIT_00002302 | APL-SECLIT_00002306 | APL-SECLIT_00002942 | APL-SECLIT_00002980 |
| APL-SECLIT_00002307 | APL-SECLIT_00002314 | APL-SECLIT_00002981 | APL-SECLIT_00002992 |
| APL-SECLIT_00002315 | APL-SECLIT_00002329 | APL-SECLIT_00002993 | APL-SECLIT_00003014 |
| APL-SECLIT_00002330 | APL-SECLIT_00002342 | APL-SECLIT_00003015 | APL-SECLIT_00003021 |
| APL-SECLIT_00002343 | APL-SECLIT_00002344 | APL-SECLIT_00003022 | APL-SECLIT_00003028 |
| APL-SECLIT_00002345 | APL-SECLIT_00002349 | APL-SECLIT_00003029 | APL-SECLIT_00003030 |
| APL-SECLIT_00002350 | APL-SECLIT_00002369 | APL-SECLIT_00003031 | APL-SECLIT_00003038 |
| APL-SECLIT_00002370 | APL-SECLIT_00002377 | APL-SECLIT_00003039 | APL-SECLIT_00003047 |
| APL-SECLIT_00002378 | APL-SECLIT_00002393 | APL-SECLIT_00003048 | APL-SECLIT_00003059 |
| APL-SECLIT_00002394 | APL-SECLIT_00002399 | APL-SECLIT_00003060 | APL-SECLIT_00003068 |
| APL-SECLIT_00002400 | APL-SECLIT_00002412 | APL-SECLIT_00003069 | APL-SECLIT_00003072 |
| APL-SECLIT_00002413 | APL-SECLIT_00002418 | APL-SECLIT_00003073 | APL-SECLIT_00003083 |
| APL-SECLIT_00002419 | APL-SECLIT_00002442 | APL-SECLIT_00003084 | APL-SECLIT_00003092 |
| APL-SECLIT_00002443 | APL-SECLIT_00002454 | APL-SECLIT_00003093 | APL-SECLIT_00003113 |
| APL-SECLIT_00002455 | APL-SECLIT_00002465 | APL-SECLIT_00003114 | APL-SECLIT_00003132 |
| APL-SECLIT_00002466 | APL-SECLIT_00002477 | APL-SECLIT_00003133 | APL-SECLIT_00003136 |
| APL-SECLIT_00002478 | APL-SECLIT_00002483 | APL-SECLIT_00003137 | APL-SECLIT_00003145 |
| APL-SECLIT_00002484 | APL-SECLIT_00002491 | APL-SECLIT_00003146 | APL-SECLIT_00003156 |
| APL-SECLIT_00002492 | APL-SECLIT_00002498 | APL-SECLIT_00003157 | APL-SECLIT_00003185 |
| APL-SECLIT_00002499 | APL-SECLIT_00002513 | APL-SECLIT_00003186 | APL-SECLIT_00003187 |
| APL-SECLIT_00002514 | APL-SECLIT_00002531 | APL-SECLIT_00003188 | APL-SECLIT_00003212 |
| APL-SECLIT_00002532 | APL-SECLIT_00002534 | APL-SECLIT_00003213 | APL-SECLIT_00003217 |
| APL-SECLIT_00002535 | APL-SECLIT_00002542 | APL-SECLIT_00003218 | APL-SECLIT_00003276 |
| APL-SECLIT_00002543 | APL-SECLIT_00002546 | APL-SECLIT_00003277 | APL-SECLIT_00003299 |
| APL-SECLIT_00002547 | APL-SECLIT_00002556 | APL-SECLIT_00003300 | APL-SECLIT_00003306 |

IN RE APPLE INC. SECURITIES LITIGATION
Civil Action No. 4:19-cv-02033-YGR

**APPENDIX B**
**LIST OF DOCUMENTS CONSIDERED**

**A. Documents Produced by the Parties**

| APL-SECLIT_ | | APL-SECLIT_ | |
|---|---|---|---|
| **Beg Bates** | **End Bates** | **Beg Bates** | **End Bates** |
| APL-SECLIT_00003307 | APL-SECLIT_00003325 | APL-SECLIT_00003827 | APL-SECLIT_00003838 |
| APL-SECLIT_00003326 | APL-SECLIT_00003328 | APL-SECLIT_00003839 | APL-SECLIT_00003858 |
| APL-SECLIT_00003329 | APL-SECLIT_00003333 | APL-SECLIT_00003859 | APL-SECLIT_00003866 |
| APL-SECLIT_00003334 | APL-SECLIT_00003335 | APL-SECLIT_00003867 | APL-SECLIT_00003872 |
| APL-SECLIT_00003336 | APL-SECLIT_00003338 | APL-SECLIT_00003873 | APL-SECLIT_00003889 |
| APL-SECLIT_00003339 | APL-SECLIT_00003346 | APL-SECLIT_00003890 | APL-SECLIT_00003928 |
| APL-SECLIT_00003347 | APL-SECLIT_00003354 | APL-SECLIT_00003929 | APL-SECLIT_00003936 |
| APL-SECLIT_00003355 | APL-SECLIT_00003362 | APL-SECLIT_00003937 | APL-SECLIT_00003939 |
| APL-SECLIT_00003363 | APL-SECLIT_00003377 | APL-SECLIT_00003940 | APL-SECLIT_00003962 |
| APL-SECLIT_00003378 | APL-SECLIT_00003386 | APL-SECLIT_00003963 | APL-SECLIT_00003964 |
| APL-SECLIT_00003387 | APL-SECLIT_00003398 | APL-SECLIT_00003965 | APL-SECLIT_00003970 |
| APL-SECLIT_00003399 | APL-SECLIT_00003408 | APL-SECLIT_00003971 | APL-SECLIT_00003985 |
| APL-SECLIT_00003409 | APL-SECLIT_00003420 | APL-SECLIT_00003986 | APL-SECLIT_00003999 |
| APL-SECLIT_00003421 | APL-SECLIT_00003425 | APL-SECLIT_00004000 | APL-SECLIT_00004020 |
| APL-SECLIT_00003426 | APL-SECLIT_00003437 | APL-SECLIT_00004021 | APL-SECLIT_00004025 |
| APL-SECLIT_00003438 | APL-SECLIT_00003447 | APL-SECLIT_00004026 | APL-SECLIT_00004041 |
| APL-SECLIT_00003448 | APL-SECLIT_00003464 | APL-SECLIT_00004042 | APL-SECLIT_00004049 |
| APL-SECLIT_00003465 | APL-SECLIT_00003472 | APL-SECLIT_00004050 | APL-SECLIT_00004061 |
| APL-SECLIT_00003473 | APL-SECLIT_00003496 | APL-SECLIT_00004062 | APL-SECLIT_00004070 |
| APL-SECLIT_00003497 | APL-SECLIT_00003502 | APL-SECLIT_00004071 | APL-SECLIT_00004078 |
| APL-SECLIT_00003503 | APL-SECLIT_00003515 | APL-SECLIT_00004079 | APL-SECLIT_00004091 |
| APL-SECLIT_00003516 | APL-SECLIT_00003522 | APL-SECLIT_00004092 | APL-SECLIT_00004122 |
| APL-SECLIT_00003523 | APL-SECLIT_00003531 | APL-SECLIT_00004123 | APL-SECLIT_00004129 |
| APL-SECLIT_00003532 | APL-SECLIT_00003543 | APL-SECLIT_00004130 | APL-SECLIT_00004138 |
| APL-SECLIT_00003544 | APL-SECLIT_00003552 | APL-SECLIT_00004139 | APL-SECLIT_00004142 |
| APL-SECLIT_00003553 | APL-SECLIT_00003559 | APL-SECLIT_00004143 | APL-SECLIT_00004149 |
| APL-SECLIT_00003560 | APL-SECLIT_00003568 | APL-SECLIT_00004150 | APL-SECLIT_00004163 |
| APL-SECLIT_00003569 | APL-SECLIT_00003577 | APL-SECLIT_00004164 | APL-SECLIT_00004174 |
| APL-SECLIT_00003578 | APL-SECLIT_00003586 | APL-SECLIT_00004175 | APL-SECLIT_00004183 |
| APL-SECLIT_00003587 | APL-SECLIT_00003602 | APL-SECLIT_00004184 | APL-SECLIT_00004191 |
| APL-SECLIT_00003603 | APL-SECLIT_00003613 | APL-SECLIT_00004192 | APL-SECLIT_00004196 |
| APL-SECLIT_00003614 | APL-SECLIT_00003631 | APL-SECLIT_00004197 | APL-SECLIT_00004206 |
| APL-SECLIT_00003632 | APL-SECLIT_00003642 | APL-SECLIT_00004207 | APL-SECLIT_00004231 |
| APL-SECLIT_00003643 | APL-SECLIT_00003648 | APL-SECLIT_00004232 | APL-SECLIT_00004247 |
| APL-SECLIT_00003649 | APL-SECLIT_00003663 | APL-SECLIT_00004248 | APL-SECLIT_00004269 |
| APL-SECLIT_00003664 | APL-SECLIT_00003667 | APL-SECLIT_00004270 | APL-SECLIT_00004297 |
| APL-SECLIT_00003668 | APL-SECLIT_00003682 | APL-SECLIT_00004298 | APL-SECLIT_00004307 |
| APL-SECLIT_00003683 | APL-SECLIT_00003702 | APL-SECLIT_00004308 | APL-SECLIT_00004322 |
| APL-SECLIT_00003703 | APL-SECLIT_00003711 | APL-SECLIT_00004323 | APL-SECLIT_00004334 |
| APL-SECLIT_00003712 | APL-SECLIT_00003732 | APL-SECLIT_00004335 | APL-SECLIT_00004348 |
| APL-SECLIT_00003733 | APL-SECLIT_00003740 | APL-SECLIT_00004349 | APL-SECLIT_00004359 |
| APL-SECLIT_00003741 | APL-SECLIT_00003750 | APL-SECLIT_00004360 | APL-SECLIT_00004370 |
| APL-SECLIT_00003751 | APL-SECLIT_00003761 | APL-SECLIT_00004371 | APL-SECLIT_00004384 |
| APL-SECLIT_00003762 | APL-SECLIT_00003764 | APL-SECLIT_00004385 | APL-SECLIT_00004391 |
| APL-SECLIT_00003765 | APL-SECLIT_00003771 | APL-SECLIT_00004392 | APL-SECLIT_00004415 |
| APL-SECLIT_00003772 | APL-SECLIT_00003779 | APL-SECLIT_00004416 | APL-SECLIT_00004429 |
| APL-SECLIT_00003780 | APL-SECLIT_00003804 | APL-SECLIT_00004430 | APL-SECLIT_00004438 |
| APL-SECLIT_00003805 | APL-SECLIT_00003826 | APL-SECLIT_00004439 | APL-SECLIT_00004445 |

IN RE APPLE INC. SECURITIES LITIGATION
Civil Action No. 4:19-cv-02033-YGR

**APPENDIX B**
**LIST OF DOCUMENTS CONSIDERED**

**A. Documents Produced by the Parties**

| APL-SECLIT_ | | APL-SECLIT_ | |
|---|---|---|---|
| **Beg Bates** | **End Bates** | **Beg Bates** | **End Bates** |
| APL-SECLIT_00004446 | APL-SECLIT_00004456 | APL-SECLIT_00157100 | APL-SECLIT_00157108 |
| APL-SECLIT_00004457 | APL-SECLIT_00004463 | APL-SECLIT_00158610 | APL-SECLIT_00158619 |
| APL-SECLIT_00004464 | APL-SECLIT_00004472 | APL-SECLIT_00158620 | APL-SECLIT_00158627 |
| APL-SECLIT_00004473 | APL-SECLIT_00004483 | APL-SECLIT_00158628 | APL-SECLIT_00158635 |
| APL-SECLIT_00004484 | APL-SECLIT_00004499 | APL-SECLIT_00158636 | APL-SECLIT_00158639 |
| APL-SECLIT_00004500 | APL-SECLIT_00004505 | APL-SECLIT_00158640 | APL-SECLIT_00158647 |
| APL-SECLIT_00004506 | APL-SECLIT_00004510 | APL-SECLIT_00158648 | APL-SECLIT_00158658 |
| APL-SECLIT_00004511 | APL-SECLIT_00004522 | APL-SECLIT_00158659 | APL-SECLIT_00158663 |
| APL-SECLIT_00004523 | APL-SECLIT_00004539 | APL-SECLIT_00158664 | APL-SECLIT_00158671 |
| APL-SECLIT_00004540 | APL-SECLIT_00004548 | APL-SECLIT_00158672 | APL-SECLIT_00158684 |
| APL-SECLIT_00004549 | APL-SECLIT_00004561 | APL-SECLIT_00158685 | APL-SECLIT_00158695 |
| APL-SECLIT_00004562 | APL-SECLIT_00004569 | APL-SECLIT_00158696 | APL-SECLIT_00158704 |
| APL-SECLIT_00004570 | APL-SECLIT_00004575 | APL-SECLIT_00158705 | APL-SECLIT_00158711 |
| APL-SECLIT_00004576 | APL-SECLIT_00004588 | APL-SECLIT_00158712 | APL-SECLIT_00158726 |
| APL-SECLIT_00004589 | APL-SECLIT_00004609 | APL-SECLIT_00158727 | APL-SECLIT_00158733 |
| APL-SECLIT_00004610 | APL-SECLIT_00004619 | APL-SECLIT_00158734 | APL-SECLIT_00158747 |
| APL-SECLIT_00004620 | APL-SECLIT_00004624 | APL-SECLIT_00158748 | APL-SECLIT_00158757 |
| APL-SECLIT_00004625 | APL-SECLIT_00004635 | APL-SECLIT_00166125 | APL-SECLIT_00166132 |
| APL-SECLIT_00004636 | APL-SECLIT_00004646 | APL-SECLIT_00166133 | APL-SECLIT_00166141 |
| APL-SECLIT_00004647 | APL-SECLIT_00004658 | APL-SECLIT_00166372 | APL-SECLIT_00166379 |
| APL-SECLIT_00004659 | APL-SECLIT_00004667 | APL-SECLIT_00167152 | APL-SECLIT_00167153 |
| APL-SECLIT_00004668 | APL-SECLIT_00004678 | APL-SECLIT_00167154 | APL-SECLIT_00167160 |
| APL-SECLIT_00004679 | APL-SECLIT_00004682 | APL-SECLIT_00167161 | APL-SECLIT_00167163 |
| APL-SECLIT_00004683 | APL-SECLIT_00004715 | APL-SECLIT_00167164 | APL-SECLIT_00167166 |
| APL-SECLIT_00004716 | APL-SECLIT_00004730 | APL-SECLIT_00167364 | APL-SECLIT_00167407 |
| APL-SECLIT_00004731 | APL-SECLIT_00004740 | APL-SECLIT_00167740 | APL-SECLIT_00167757 |
| APL-SECLIT_00004741 | APL-SECLIT_00004742 | APL-SECLIT_00168369 | APL-SECLIT_00168378 |
| APL-SECLIT_00004743 | APL-SECLIT_00004754 | APL-SECLIT_00191839 | APL-SECLIT_00191849 |
| APL-SECLIT_00004755 | APL-SECLIT_00004767 | APL-SECLIT_00191850 | APL-SECLIT_00191860 |
| APL-SECLIT_00004768 | APL-SECLIT_00004771 | APL-SECLIT_00191861 | APL-SECLIT_00191915 |
| APL-SECLIT_00004772 | APL-SECLIT_00004778 | APL-SECLIT_00191916 | APL-SECLIT_00191933 |
| APL-SECLIT_00114634 | APL-SECLIT_00114647 | APL-SECLIT_00191934 | APL-SECLIT_00191946 |
| APL-SECLIT_00114648 | APL-SECLIT_00114664 | APL-SECLIT_00191947 | APL-SECLIT_00191958 |
| APL-SECLIT_00127658 | APL-SECLIT_00127681 | APL-SECLIT_00191959 | APL-SECLIT_00191969 |
| APL-SECLIT_00128037 | APL-SECLIT_00128042 | APL-SECLIT_00193029 | APL-SECLIT_00193045 |
| APL-SECLIT_00128074 | APL-SECLIT_00128097 | APL-SECLIT_00193415 | APL-SECLIT_00193447 |
| APL-SECLIT_00128263 | APL-SECLIT_00128264 | APL-SECLIT_00193448 | APL-SECLIT_00193466 |
| APL-SECLIT_00128266 | APL-SECLIT_00128266 | APL-SECLIT_00193470 | APL-SECLIT_00193501 |
| APL-SECLIT_00128278 | APL-SECLIT_00128281 | APL-SECLIT_00196329 | APL-SECLIT_00196350 |
| APL-SECLIT_00128346 | APL-SECLIT_00128362 | APL-SECLIT_00196952 | APL-SECLIT_00196960 |
| APL-SECLIT_00129397 | APL-SECLIT_00129418 | APL-SECLIT_00197082 | APL-SECLIT_00197099 |
| APL-SECLIT_00132087 | APL-SECLIT_00132091 | APL-SECLIT_00197100 | APL-SECLIT_00197107 |
| APL-SECLIT_00132092 | APL-SECLIT_00132094 | APL-SECLIT_00197108 | APL-SECLIT_00197118 |
| APL-SECLIT_00132095 | APL-SECLIT_00132096 | APL-SECLIT_00197119 | APL-SECLIT_00197135 |
| APL-SECLIT_00134651 | APL-SECLIT_00134670 | APL-SECLIT_00197136 | APL-SECLIT_00197145 |
| APL-SECLIT_00148208 | APL-SECLIT_00148232 | APL-SECLIT_00197295 | APL-SECLIT_00197304 |
| APL-SECLIT_00157045 | APL-SECLIT_00157059 | APL-SECLIT_00197305 | APL-SECLIT_00197316 |
| APL-SECLIT_00157089 | APL-SECLIT_00157099 | APL-SECLIT_00197317 | APL-SECLIT_00197334 |

IN RE APPLE INC. SECURITIES LITIGATION
Civil Action No. 4:19-cv-02033-YGR

**APPENDIX B**
**LIST OF DOCUMENTS CONSIDERED**

**A. Documents Produced by the Parties**

| APL-SECLIT_ | | APL-SECLIT_ | |
|---|---|---|---|
| **Beg Bates** | **End Bates** | **Beg Bates** | **End Bates** |
| APL-SECLIT_00197335 | APL-SECLIT_00197341 | APL-SECLIT_00280499 | APL-SECLIT_00280514 |
| APL-SECLIT_00198024 | APL-SECLIT_00198041 | APL-SECLIT_00280548 | APL-SECLIT_00280554 |
| APL-SECLIT_00198042 | APL-SECLIT_00198049 | APL-SECLIT_00280555 | APL-SECLIT_00280561 |
| APL-SECLIT_00198050 | APL-SECLIT_00198052 | APL-SECLIT_00280603 | APL-SECLIT_00280615 |
| APL-SECLIT_00198070 | APL-SECLIT_00198084 | APL-SECLIT_00280616 | APL-SECLIT_00280628 |
| APL-SECLIT_00207706 | APL-SECLIT_00207708 | APL-SECLIT_00280629 | APL-SECLIT_00280645 |
| APL-SECLIT_00208145 | APL-SECLIT_00208146 | APL-SECLIT_00280646 | APL-SECLIT_00280656 |
| APL-SECLIT_00209927 | APL-SECLIT_00209943 | APL-SECLIT_00280657 | APL-SECLIT_00280663 |
| APL-SECLIT_00212428 | APL-SECLIT_00212438 | APL-SECLIT_00280664 | APL-SECLIT_00280671 |
| APL-SECLIT_00214605 | APL-SECLIT_00214621 | APL-SECLIT_00280949 | APL-SECLIT_00280972 |
| APL-SECLIT_00214799 | APL-SECLIT_00214808 | APL-SECLIT_00281058 | APL-SECLIT_00281071 |
| APL-SECLIT_00215569 | APL-SECLIT_00215573 | APL-SECLIT_00281072 | APL-SECLIT_00281086 |
| APL-SECLIT_00219207 | APL-SECLIT_00219224 | APL-SECLIT_00281087 | APL-SECLIT_00281102 |
| APL-SECLIT_00220808 | APL-SECLIT_00220817 | APL-SECLIT_00281103 | APL-SECLIT_00281112 |
| APL-SECLIT_00221142 | APL-SECLIT_00221148 | APL-SECLIT_00281113 | APL-SECLIT_00281120 |
| APL-SECLIT_00221157 | APL-SECLIT_00221166 | APL-SECLIT_00281121 | APL-SECLIT_00281127 |
| APL-SECLIT_00221170 | APL-SECLIT_00221178 | APL-SECLIT_00281128 | APL-SECLIT_00281134 |
| APL-SECLIT_00221236 | APL-SECLIT_00221253 | APL-SECLIT_00281135 | APL-SECLIT_00281158 |
| APL-SECLIT_00221349 | APL-SECLIT_00221353 | APL-SECLIT_00281159 | APL-SECLIT_00302725 |
| APL-SECLIT_00223384 | APL-SECLIT_00223413 | APL-SECLIT_00302726 | APL-SECLIT_00302738 |
| APL-SECLIT_00224452 | APL-SECLIT_00224456 | APL-SECLIT_00302739 | APL-SECLIT_00302752 |
| APL-SECLIT_00224621 | APL-SECLIT_00224633 | APL-SECLIT_00302753 | APL-SECLIT_00302774 |
| APL-SECLIT_00224679 | APL-SECLIT_00224694 | APL-SECLIT_00302775 | APL-SECLIT_00302801 |
| APL-SECLIT_00225847 | APL-SECLIT_00225862 | APL-SECLIT_00302802 | APL-SECLIT_00302809 |
| APL-SECLIT_00278807 | APL-SECLIT_00278828 | APL-SECLIT_00302810 | APL-SECLIT_00302831 |
| APL-SECLIT_00278829 | APL-SECLIT_00278839 | APL-SECLIT_00302832 | APL-SECLIT_00302844 |
| APL-SECLIT_00278840 | APL-SECLIT_00278860 | APL-SECLIT_00302845 | APL-SECLIT_00302861 |
| APL-SECLIT_00279688 | APL-SECLIT_00279714 | APL-SECLIT_00302862 | APL-SECLIT_00302894 |
| APL-SECLIT_00279715 | APL-SECLIT_00279723 | APL-SECLIT_00302895 | APL-SECLIT_00302900 |
| APL-SECLIT_00279725 | APL-SECLIT_00279737 | APL-SECLIT_00302901 | APL-SECLIT_00302914 |
| APL-SECLIT_00279939 | APL-SECLIT_00279944 | APL-SECLIT_00303126 | APL-SECLIT_00303163 |
| APL-SECLIT_00279945 | APL-SECLIT_00279967 | APL-SECLIT_00303164 | APL-SECLIT_00303168 |
| APL-SECLIT_00279970 | APL-SECLIT_00280002 | APL-SECLIT_00303169 | APL-SECLIT_00303177 |
| APL-SECLIT_00280016 | APL-SECLIT_00280026 | APL-SECLIT_00303178 | APL-SECLIT_00303184 |
| APL-SECLIT_00280027 | APL-SECLIT_00280031 | APL-SECLIT_00303656 | APL-SECLIT_00303668 |
| APL-SECLIT_00280032 | APL-SECLIT_00280052 | APL-SECLIT_00303669 | APL-SECLIT_00303675 |
| APL-SECLIT_00280053 | APL-SECLIT_00280067 | APL-SECLIT_00303676 | APL-SECLIT_00303699 |
| APL-SECLIT_00280068 | APL-SECLIT_00280102 | APL-SECLIT_00303700 | APL-SECLIT_00303711 |
| APL-SECLIT_00280103 | APL-SECLIT_00280119 | APL-SECLIT_00303712 | APL-SECLIT_00303728 |
| APL-SECLIT_00280120 | APL-SECLIT_00280144 | APL-SECLIT_00303810 | APL-SECLIT_00303851 |
| APL-SECLIT_00280145 | APL-SECLIT_00280160 | APL-SECLIT_00303852 | APL-SECLIT_00303870 |
| APL-SECLIT_00280262 | APL-SECLIT_00280336 | APL-SECLIT_00303871 | APL-SECLIT_00303906 |
| APL-SECLIT_00280337 | APL-SECLIT_00280341 | APL-SECLIT_00303988 | APL-SECLIT_00303999 |
| APL-SECLIT_00280342 | APL-SECLIT_00280382 | APL-SECLIT_00304000 | APL-SECLIT_00304090 |
| APL-SECLIT_00280383 | APL-SECLIT_00280400 | APL-SECLIT_00304091 | APL-SECLIT_00304099 |
| APL-SECLIT_00280401 | APL-SECLIT_00280467 | APL-SECLIT_00304100 | APL-SECLIT_00304124 |
| APL-SECLIT_00280468 | APL-SECLIT_00280487 | APL-SECLIT_00304125 | APL-SECLIT_00304150 |
| APL-SECLIT_00280488 | APL-SECLIT_00280498 | APL-SECLIT_00304151 | APL-SECLIT_00304164 |

IN RE APPLE INC. SECURITIES LITIGATION
Civil Action No. 4:19-cv-02033-YGR

**APPENDIX B**
**LIST OF DOCUMENTS CONSIDERED**

**A. Documents Produced by the Parties**

| APL-SECLIT_ | | APL-SECLIT_ | |
|---|---|---|---|
| **Beg Bates** | **End Bates** | **Beg Bates** | **End Bates** |
| APL-SECLIT_00304165 | APL-SECLIT_00304170 | APL-SECLIT_00306149 | APL-SECLIT_00306155 |
| APL-SECLIT_00304171 | APL-SECLIT_00304187 | APL-SECLIT_00306156 | APL-SECLIT_00306259 |
| APL-SECLIT_00304341 | APL-SECLIT_00304351 | APL-SECLIT_00306260 | APL-SECLIT_00306297 |
| APL-SECLIT_00304352 | APL-SECLIT_00304364 | APL-SECLIT_00306419 | APL-SECLIT_00306433 |
| APL-SECLIT_00304365 | APL-SECLIT_00304374 | APL-SECLIT_00306434 | APL-SECLIT_00306437 |
| APL-SECLIT_00304375 | APL-SECLIT_00304383 | APL-SECLIT_00306438 | APL-SECLIT_00306444 |
| APL-SECLIT_00304384 | APL-SECLIT_00304392 | APL-SECLIT_00306445 | APL-SECLIT_00306451 |
| APL-SECLIT_00304393 | APL-SECLIT_00304405 | APL-SECLIT_00306452 | APL-SECLIT_00306460 |
| APL-SECLIT_00304406 | APL-SECLIT_00304413 | APL-SECLIT_00306461 | APL-SECLIT_00306473 |
| APL-SECLIT_00304414 | APL-SECLIT_00304430 | APL-SECLIT_00306474 | APL-SECLIT_00306482 |
| APL-SECLIT_00304431 | APL-SECLIT_00304458 | APL-SECLIT_00306483 | APL-SECLIT_00306499 |
| APL-SECLIT_00304622 | APL-SECLIT_00304631 | APL-SECLIT_00306500 | APL-SECLIT_00306512 |
| APL-SECLIT_00304632 | APL-SECLIT_00304725 | APL-SECLIT_00306513 | APL-SECLIT_00306528 |
| APL-SECLIT_00304726 | APL-SECLIT_00304747 | APL-SECLIT_00306529 | APL-SECLIT_00306556 |
| APL-SECLIT_00304748 | APL-SECLIT_00304758 | APL-SECLIT_00306557 | APL-SECLIT_00306567 |
| APL-SECLIT_00304759 | APL-SECLIT_00304770 | APL-SECLIT_00306568 | APL-SECLIT_00306571 |
| APL-SECLIT_00305398 | APL-SECLIT_00305402 | APL-SECLIT_00306572 | APL-SECLIT_00306575 |
| APL-SECLIT_00305403 | APL-SECLIT_00305414 | APL-SECLIT_00306576 | APL-SECLIT_00306581 |
| APL-SECLIT_00305415 | APL-SECLIT_00305429 | APL-SECLIT_00306582 | APL-SECLIT_00306586 |
| APL-SECLIT_00305430 | APL-SECLIT_00305445 | APL-SECLIT_00306587 | APL-SECLIT_00306598 |
| APL-SECLIT_00305446 | APL-SECLIT_00305464 | APL-SECLIT_00306599 | APL-SECLIT_00306621 |
| APL-SECLIT_00305465 | APL-SECLIT_00305477 | APL-SECLIT_00306622 | APL-SECLIT_00306634 |
| APL-SECLIT_00305478 | APL-SECLIT_00305500 | APL-SECLIT_00306635 | APL-SECLIT_00306641 |
| APL-SECLIT_00305501 | APL-SECLIT_00305514 | APL-SECLIT_00306642 | APL-SECLIT_00306673 |
| APL-SECLIT_00305515 | APL-SECLIT_00305566 | APL-SECLIT_00306674 | APL-SECLIT_00306681 |
| APL-SECLIT_00305567 | APL-SECLIT_00305575 | APL-SECLIT_00306682 | APL-SECLIT_00306699 |
| APL-SECLIT_00305576 | APL-SECLIT_00305586 | APL-SECLIT_00306700 | APL-SECLIT_00306734 |
| APL-SECLIT_00305587 | APL-SECLIT_00305601 | APL-SECLIT_00306735 | APL-SECLIT_00306737 |
| APL-SECLIT_00305602 | APL-SECLIT_00305603 | APL-SECLIT_00306738 | APL-SECLIT_00306747 |
| APL-SECLIT_00305604 | APL-SECLIT_00305636 | APL-SECLIT_00307009 | APL-SECLIT_00307017 |
| APL-SECLIT_00305637 | APL-SECLIT_00305650 | APL-SECLIT_00307018 | APL-SECLIT_00307026 |
| APL-SECLIT_00305651 | APL-SECLIT_00305661 | APL-SECLIT_00307027 | APL-SECLIT_00307077 |
| APL-SECLIT_00305662 | APL-SECLIT_00305671 | APL-SECLIT_00307078 | APL-SECLIT_00307085 |
| APL-SECLIT_00305672 | APL-SECLIT_00305689 | APL-SECLIT_00307086 | APL-SECLIT_00307107 |
| APL-SECLIT_00305690 | APL-SECLIT_00305697 | APL-SECLIT_00307344 | APL-SECLIT_00307352 |
| APL-SECLIT_00305698 | APL-SECLIT_00305708 | APL-SECLIT_00313465 | APL-SECLIT_00313475 |
| APL-SECLIT_00305709 | APL-SECLIT_00305718 | APL-SECLIT_00313476 | APL-SECLIT_00313492 |
| APL-SECLIT_00305719 | APL-SECLIT_00305728 | APL-SECLIT_00313575 | APL-SECLIT_00313597 |
| APL-SECLIT_00305729 | APL-SECLIT_00305745 | APL-SECLIT_00313598 | APL-SECLIT_00313672 |
| APL-SECLIT_00305746 | APL-SECLIT_00305789 | APL-SECLIT_00313673 | APL-SECLIT_00313687 |
| APL-SECLIT_00305860 | APL-SECLIT_00305873 | APL-SECLIT_00313688 | APL-SECLIT_00313695 |
| APL-SECLIT_00305874 | APL-SECLIT_00305883 | APL-SECLIT_00313696 | APL-SECLIT_00313702 |
| APL-SECLIT_00305884 | APL-SECLIT_00305895 | APL-SECLIT_00316671 | APL-SECLIT_00316721 |
| APL-SECLIT_00305896 | APL-SECLIT_00305979 | APL-SECLIT_00321329 | APL-SECLIT_00321340 |
| APL-SECLIT_00305980 | APL-SECLIT_00306027 | APL-SECLIT_00321341 | APL-SECLIT_00321350 |
| APL-SECLIT_00306028 | APL-SECLIT_00306034 | APL-SECLIT_00321351 | APL-SECLIT_00321361 |
| APL-SECLIT_00306134 | APL-SECLIT_00306138 | APL-SECLIT_00321362 | APL-SECLIT_00321377 |
| APL-SECLIT_00306139 | APL-SECLIT_00306148 | APL-SECLIT_00321378 | APL-SECLIT_00321395 |

IN RE APPLE INC. SECURITIES LITIGATION
Civil Action No. 4:19-cv-02033-YGR

## APPENDIX B
### LIST OF DOCUMENTS CONSIDERED

#### A. Documents Produced by the Parties

| APL-SECLIT_ | | APL-SECLIT_ | |
|---|---|---|---|
| **Beg Bates** | **End Bates** | **Beg Bates** | **End Bates** |
| APL-SECLIT_00332039 | APL-SECLIT_00332055 | APL-SECLIT_00642879 | APL-SECLIT_00642885 |
| APL-SECLIT_00332056 | APL-SECLIT_00332071 | APL-SECLIT_00642886 | APL-SECLIT_00642894 |
| APL-SECLIT_00332072 | APL-SECLIT_00332078 | APL-SECLIT_00642895 | APL-SECLIT_00642902 |
| APL-SECLIT_00332741 | APL-SECLIT_00332749 | APL-SECLIT_00642903 | APL-SECLIT_00642918 |
| APL-SECLIT_00332750 | APL-SECLIT_00332758 | APL-SECLIT_00642919 | APL-SECLIT_00642925 |
| APL-SECLIT_00332912 | APL-SECLIT_00332931 | APL-SECLIT_00642926 | APL-SECLIT_00642934 |
| APL-SECLIT_00332932 | APL-SECLIT_00332935 | APL-SECLIT_00642935 | APL-SECLIT_00642937 |
| APL-SECLIT_00332936 | APL-SECLIT_00332946 | APL-SECLIT_00642938 | APL-SECLIT_00642942 |
| APL-SECLIT_00332991 | APL-SECLIT_00332996 | APL-SECLIT_00642943 | APL-SECLIT_00642959 |
| APL-SECLIT_00332997 | APL-SECLIT_00333012 | APL-SECLIT_00642960 | APL-SECLIT_00642968 |
| APL-SECLIT_00333109 | APL-SECLIT_00333121 | APL-SECLIT_00642969 | APL-SECLIT_00642971 |
| APL-SECLIT_00333434 | APL-SECLIT_00333451 | APL-SECLIT_00642972 | APL-SECLIT_00642973 |
| APL-SECLIT_00340758 | APL-SECLIT_00340788 | APL-SECLIT_00642974 | APL-SECLIT_00642976 |
| APL-SECLIT_00361321 | APL-SECLIT_00361326 | APL-SECLIT_00642977 | APL-SECLIT_00642978 |
| APL-SECLIT_00439057 | APL-SECLIT_00439063 | APL-SECLIT_00642979 | APL-SECLIT_00642994 |
| APL-SECLIT_00487533 | APL-SECLIT_00487535 | APL-SECLIT_00642995 | APL-SECLIT_00643014 |
| APL-SECLIT_00487793 | APL-SECLIT_00487802 | APL-SECLIT_00643015 | APL-SECLIT_00643017 |
| APL-SECLIT_00496284 | APL-SECLIT_00496306 | APL-SECLIT_00643018 | APL-SECLIT_00643031 |
| APL-SECLIT_00575914 | APL-SECLIT_00575928 | APL-SECLIT_00643032 | APL-SECLIT_00643034 |
| APL-SECLIT_00597098 | APL-SECLIT_00597113 | APL-SECLIT_00643035 | APL-SECLIT_00643046 |
| APL-SECLIT_00642481 | APL-SECLIT_00642486 | APL-SECLIT_00643047 | APL-SECLIT_00643048 |
| APL-SECLIT_00642487 | APL-SECLIT_00642489 | APL-SECLIT_00643049 | APL-SECLIT_00643053 |
| APL-SECLIT_00642490 | APL-SECLIT_00642510 | APL-SECLIT_00643054 | APL-SECLIT_00643075 |
| APL-SECLIT_00642511 | APL-SECLIT_00642525 | APL-SECLIT_00643076 | APL-SECLIT_00643276 |
| APL-SECLIT_00642526 | APL-SECLIT_00642534 | APL-SECLIT_00643277 | APL-SECLIT_00643300 |
| APL-SECLIT_00642535 | APL-SECLIT_00642540 | APL-SECLIT_00643301 | APL-SECLIT_00643305 |
| APL-SECLIT_00642541 | APL-SECLIT_00642551 | APL-SECLIT_00643306 | APL-SECLIT_00643308 |
| APL-SECLIT_00642552 | APL-SECLIT_00642555 | APL-SECLIT_00643309 | APL-SECLIT_00643314 |
| APL-SECLIT_00642556 | APL-SECLIT_00642566 | APL-SECLIT_00643315 | APL-SECLIT_00643324 |
| APL-SECLIT_00642567 | APL-SECLIT_00642567 | APL-SECLIT_00643325 | APL-SECLIT_00643332 |
| APL-SECLIT_00642568 | APL-SECLIT_00642572 | APL-SECLIT_00643333 | APL-SECLIT_00643343 |
| APL-SECLIT_00642573 | APL-SECLIT_00642595 | APL-SECLIT_00643344 | APL-SECLIT_00643371 |
| APL-SECLIT_00642596 | APL-SECLIT_00642611 | APL-SECLIT_00643372 | APL-SECLIT_00643376 |
| APL-SECLIT_00642612 | APL-SECLIT_00642633 | APL-SECLIT_00643377 | APL-SECLIT_00643393 |
| APL-SECLIT_00642634 | APL-SECLIT_00642646 | APL-SECLIT_00643394 | APL-SECLIT_00643418 |
| APL-SECLIT_00642647 | APL-SECLIT_00642663 | APL-SECLIT_00643419 | APL-SECLIT_00643441 |
| APL-SECLIT_00642664 | APL-SECLIT_00642683 | APL-SECLIT_00643442 | APL-SECLIT_00643445 |
| APL-SECLIT_00642684 | APL-SECLIT_00642686 | APL-SECLIT_00643446 | APL-SECLIT_00643452 |
| APL-SECLIT_00642687 | APL-SECLIT_00642702 | APL-SECLIT_00643453 | APL-SECLIT_00643465 |
| APL-SECLIT_00642703 | APL-SECLIT_00642713 | APL-SECLIT_00643466 | APL-SECLIT_00643473 |
| APL-SECLIT_00642714 | APL-SECLIT_00642731 | APL-SECLIT_00643474 | APL-SECLIT_00643488 |
| APL-SECLIT_00642732 | APL-SECLIT_00642757 | APL-SECLIT_00643489 | APL-SECLIT_00643498 |
| APL-SECLIT_00642758 | APL-SECLIT_00642780 | APL-SECLIT_00643499 | APL-SECLIT_00643505 |
| APL-SECLIT_00642781 | APL-SECLIT_00642787 | APL-SECLIT_00643506 | APL-SECLIT_00643512 |
| APL-SECLIT_00642788 | APL-SECLIT_00642823 | APL-SECLIT_00643513 | APL-SECLIT_00643523 |
| APL-SECLIT_00642824 | APL-SECLIT_00642846 | | |
| APL-SECLIT_00642847 | APL-SECLIT_00642865 | | |
| APL-SECLIT_00642866 | APL-SECLIT_00642878 | | |

IN RE APPLE INC. SECURITIES LITIGATION
Civil Action No. 4:19-cv-02033-YGR

### APPENDIX B
### LIST OF DOCUMENTS CONSIDERED

#### B. Pleadings and Discovery

Pleadings
- 2019-10-15 Class Action Consolidated and Amended Class Action Complaint For Violation Of The Federal Securities Laws and Demand For Jury Trial, *In Re Apple Inc. Securities Litigation, Civil Action No. 4:19-cv-02033-YGR* .
- 2020-01-15 Class Action Corrected Consolidated and Amended Class Action Complaint For Violation Of The Federal Securities Laws and Demand For Jury Trial, *In Re Apple Inc. Securities Litigation, Civil Action No. 4:19-cv-02033-YGR* .
- 2022-02-04 Order Granting in Part and Denying in Part Motion for Class Certification, Re: Dkt. Nos. 165, 206, *In Re Apple Inc. Securities Litigation, Civil Action No. 4:19-cv-02033-YGR* .

#### C. Information from Independent Sources

Third Party Sources
- Apple Inc Form 10K for the Fiscal Year Ended September 25, 2021.
- Apple Press Release, "Letter from Tim Cook to Apple Investors." 1/2/19 https://www.apple.com/newsroom/2019/01/letter-from-tim-cook-to-apple-investors/.
- Arjun Kharpal "Retailers are slashing iPhone prices across China as consumers say the phones aren't worth the cost," *CNBC* , 1/11/19, https://www.CNBC.com/2019/01/11/apple-iPhone-retailers-are-slashing-prices-across-china.html.
- Ben Westcott and Yong Xiong, "Chinese companies are threatening to punish employees caught using Apple products," *CNN* , 12/11/18, https://www.cnn.com/2018/12/11/business/huawei-apple-china-tech-us/index.html.
- *Bloomberg Transcripts* , "Apple Inc (AAPL) Q4 2018 Earnings Call," 11/1/18.
- Bob Bryan, "Chinese tech giant Huawei's CFO proves Trump's trade war is 'escalating to a new level,'" *Business Insider* 12/6/18 https://www.businessinsider.com/us-china-trade-war-huawei-cfo-arrest-sabrina-wanzhou-trump-tariffs-2018-12.
- Burcu Erik et. al., "Financial conditions and purchasing managers' indices: exploring the links," *Bank of International Settlements* , 9/22/19, https://www.bis.org/publ/qtrpdf/r_qt1909g.htm.
- C. Textor, "Manufacturing Purchasing Managers' Index (PMI) in China by month March 2022," *Statista* , 3/1/22, https://www.statista.com/statistics/271770/china-manufacturing-purchasing-managers-index/.
- *Caixin and IHS Markit* , "Caixin China General Manufacturing PMI," 9/30/18, https://pmi.caixin.com/upload/CN_ENG_1810.pdf.
- *Central Bank of the Republic of Turkey Head Office* , Exchange Rate Policy: Turkey, https://www.tcmb.gov.tr/wps/wcm/connect/EN/TCMB+EN/Main+Menu/Core+Functions/Exchange+Rate+Policy.
- Chris Williamson, "PMI surveys: how not to mis-measure manufacturing output," *IHS Markit* , 11/26/21, https://ihsmarkit.com/research-analysis/pmi-surveys-how-not-to-mismeasure-manufacturing-output.html.
- Christian Edwards, "China's wounded manufacturing sector has contracted for the first time in 2 years," *Business Insider* 12/30/18 https://www.businessinsider.com/china-manufacturing-sector-pmi-contracts-december-2018-12.
- Christopher Williamson, "The Purchasing Managers' Index as a Leading Indicator for Business Users," Best Practices in Einkauf and Logistik, *Gabler* (2008) https://doi.org/10.1007/978-3-8349-9581-0_30.
- *Corporate Finance Institute* , "Emerging Markets," https://corporatefinanceinstitute.com/resources/knowledge/economics/emerging-markets/.
- Daniela Stockmann and Mary E. Gallagher, *Remote Control: How the Media Sustain Authoritarian Rule in China* , Comparative Political Studies. 2011;44(4):436-467 doi:10.1177/0010414010394773.
- David Owen and Eliot Kerr, "Examining the relationship between PMI data and changes in GDP," *IHS Markit* 7/16/19 https://ihsmarkit.com/research-analysis/examining-the-relationship-between-pmi-data-and-changes-in-gdp-jul19.html.
- Eva Xiao, "Apple phones still sold in China despite ban," *Science X,* 12/11/18, https://phys.org/news/2018-12-apple-sold-china.html
- Evelyn Cheng, "Chinese consumers aren't spending as much. Many are worried about the future," *CNBC* 11/21/18 https://www.CNBC.com/2018/11/22/chinese-consumers-arent-spending-as-much-because-theyre-worried.html.
- *Financial Times* , "FT Confidential Research," n.d. https://www.ft.com/ft-confidential-research.
- Flora Tang, "China Smartphone Market in 2H 2018: From Price War to Flagship Battle," *Counterpoint* 11/30/18 https://www.counterpointresearch.com/china-smartphone-market-2h-2018-price-war-flagship-battle/.
- *Focus Economics* , "China: Growth in retail sales decelerates to five-month low in October," 11/14/18 https://www.focus-economics.com/countries/china/news/retail/growth-in-retail-sales-decelerates-to-five-month-low-in-october.
- *FT Confidential Research* , "Chinese consumers rally around embattled Huawei," *Financial Times* 2/7/19, https://www.ft.com/content/d5070d78-2ace-11e9-a5ab-ff8ef2b976c7.

IN RE APPLE INC. SECURITIES LITIGATION
Civil Action No. 4:19-cv-02033-YGR

## APPENDIX B
## LIST OF DOCUMENTS CONSIDERED

### C. Information from Independent Sources

<u>Third Party Sources</u>

- Gabriel Wildau and Sam Fleming, "Nervous markets: how vulnerable is China's economy?" *Financial Times* 1/4/19 https://www.ft.com/content/5839f5dc-11e9-a3aa-118c761d2745.
- Gabriel Wildau, "China manufacturing sector contracts as economic slowdown worsens," *Financial Times* 1/2/19 https://www.ft.com/content/6880779c-0e46-11e9-a3aa-118c761d2745.
- Heekyong Yang and Ju-min Park, "Samsung Electric braces for profit drop as China slowdown chips away at demand," *Reuters* 1/6/19 https://www.reuters.com/article/us-samsung-elec-results-preview/samsung-electronics-braces-for-profit-drop-as-china-slowdown-chips-away-at-demand-idUSKCN1P00PC.
- Heiwei Tang and Minyi Huang, "China Moves Up the Value Chains: FoxConn's Dilemma," *HKU Business School* Case Study HBP# HK1263.
- Huileng Tan, "China just reported 'ugly' economic data because of the trade war and roiling financial markets," *CNBC* 12/14/18 https://www.CNBC.com/2018/12/14/china-reports-november-fixed-asset-investment-industrial-production.html.
- Ila Patnaik and Rajeswari Sengupta, "Analysing India's Exchange Rate Regime," August 2021. https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3910305.
- Intel Corporation Form 10-K for the fiscal year ended December 29, 2018.
- Iris Pang, "China: weaker retail sales is a concern," *ING* 11/14/18 https://think.ing.com/snaps/china-weaker-retail-sales-is-a-concern/
- Issaku Herada, "China's GDP growth slows to 28-year low in 2018," *Nikkei Asia* 1/21/19 https://asia.nikkei.com/Economy/China-s-GDP-growth-slows-to-28-year-low-in-2018.
- Jeff Tanner and Mary Anne Raymond, *Principles of Marketing* , Flat World Knowledge.
- John Ruwitch and Michael Martina, "China to its state media: keep calm, don't inflame trade row with the U.S.," *Reuters* , 7/11/18 https://www.reuters.com/article/us-usa-trade-china-media/china-to-its-state-media-keep-calm-dont-inflame-trade-row-with-u-s-idUSKBN1K118L.
- Jordan Novet, "Intel misses on revenue and gives weak guidance — stock falls after hours," *CNBC* , 1/24/19, https://www.CNBC.com/2019/01/24/intel-earnings-q4-2018.html.
- Libby Rittenberg and Tim Tregarthen, *Macroeconomic Principles* , v. 2.0.
- https://www.wsj.com/articles/chinese-consumers-curb-spending-likely-deepening-slowdown-11546526257?mod=article_relatedinline.
- Liyan Qi, Grace Zhu and Lin Zhu, "China's Economy Flashes New Warning Signs," *Wall Street Journal* , 12/14/18 https://www.wsj.com/articles/chinas-economy-flashes-new-warning-signs-11544771116.
- Mike Peterson, "The Arrest of Huawei's CFO Might Have Dire Consequences for Apple," *iDropNews* 12/11/18 https://www.idropnews.com/news/the-arrest-of-huaweis-cfo-might-have-dire-consequences-for-apple/89329/.
- *MSCI* , "MSCI Emerging Markets Index (USD)," February 28, 2022, https://www.msci.com/documents/10199/c0db0a48-01f2-4ba9-ad01-226fd5678111.
- N. Gregory Mankiw, *Principles of Macroeconomics* , 8th edition, South-Western College Publishing (2013).
- *National Bureau of Statistics of China* , "About NBS," 1/4/17, http://www.stats.gov.cn/english/nbs/200701/t20070104_59235.html.
- *National Bureau of Statistics of China* , "Purchasing Managers Index for December 2018," 1/3/19, http://www.stats.gov.cn/english/pressrelease/201901/t20190103_1642836.html.
- *National Bureau of Statistics of China* , "Regular Press Release Calendar of NBS in 2018," 12/28/17, http://www.stats.gov.cn/english/PressRelease/ReleaseCalendar/201712/t20171228_1567978.html.
- Omar Sohail, "Apple's iPhone Dominance Continues in the Premium Smartphone Market Thanks to a Share of 79 Percent," *WCCFTech* 12/31/18 https://wccftech.com/apple-iphone-counterpoint-premium-smartphone-market-share/.
- *People's Bank of China* , "The Launch of RMB Index Helps to Guide Public View of RMB Exchange Rate," 12/11/15. http://www.pbc.gov.cn/english/130721/2988680/index.html.
- *PIMCO* , "What are global currency markets?" https://global.pimco.com/en-gbl/resources/education/understanding-currencies.
- Ray Farris and Weishen Deng, "China: What do PMIs tell us?," *Credit Suisse* , 8/8/16, https://research-doc.credit-suisse.com/docView?language=ENG&format=PDF&document_id=1064006081&source_id=emcsplus&serialid=iNxqaxaALCXr2zpq8zOmH72SQs9Cze3vayQCENog22U%3D&cspId=null.
- *Reuters* , "Timeline: Key Dates in the U.S.-China trade war," https://www.reuters.com/article/us-usa-trade-china-timeline/timeline-key-dates-in-the-u-s-china-trade-war-idUSKBN1ZE1AA.
- Rita Liao, "Chinese stocks plummet as Huawei CFO arrest raises trade fears," *TechCrunch* , 12/5/18, https://techcrunch.com/2018/12/05/stocks-plummet-as-huawei-arrest-sparks-trade-fears/.

IN RE APPLE INC. SECURITIES LITIGATION
Civil Action No. 4:19-cv-02033-YGR

### APPENDIX B
### LIST OF DOCUMENTS CONSIDERED

#### C. Information from Independent Sources

<u>Third Party Sources</u>

- Robert Ferris, "China annual auto sales fall for first time in about two decades with more pain on the way," *CNBC* 1/3/19 https://www.CNBC.com/2019/01/03/china-annual-auto-sales-fall-for-first-time-in-about-two-decades.html.
- Robert Ferris, "Why China is getting tougher for Ford, GM and other automakers," *CNBC* 12/24/18 https://www.CNBC.com/2018/12/24/why-china-is-getting-tougher-for-ford-gm-and-other-automakers.html.
- Rupa Duttagupta and Ceyla Pazarbasioglu, "Emerging markets must balance overcoming the pandemic, returning to more normal policies, and rebuilding their economies," International Monetary Fund Finance & Development, Summer 2021, https://www.imf.org/external/pubs/ft/fandd/2021/06/the-future-of-emerging-markets-duttagupta-and-pazarbasioglu.htm.
- Sara Salinas, "Here's everything Apple just announced, including the new iPhones," *CNBC* 9/12/18 https://www.CNBC.com/2018/09/12/iPhone-xs-announced.html.
- Seeking Alpha, "Samsung Electronics Co., Ltd. (SSNLF) Q4 2018 Results – Earnings Call Transcript," 1/31/19, https://seekingalpha.com/article/4237141-samsung-electronics-co-ltd-ssnlf-q4-2018-results-earnings-call-transcript.
- Sherisse Pham "Huawei is crushing Apple in China, and the US is partly to blame," *CNN*, 2/14/19, https://www.cnn.com/2019/02/14/tech/huawei-smartphones-china/index.html.
- Shona Ghosh, "China has threatened the U.S. with 'further action' if Huawei's CFO isn't freed," *Business Insider* https://www.businessinsider.com/r-china-says-us-should-withdraw-arrest-warrant-for-huawei-executive-2018-12.
- Shunsuke Tabeta, "Chinese companies rally around Huawei after CFO arrest," *Nikkei Asia*, 12/24/18, https://asia.nikkei.com/Economy/Trade-war/Chinese-companies-rally-around-Huawei-after-CFO-arrest.
- Simon Constable, "In Translation: Consumer Staples and Durables," *Wall Street Journal* 4/7/13. https://www.wsj.com/articles/SB10001424127887323419104578376310369393992.
- Sonali Das, "China's Evolving Exchange Rate Regime," *International Monetary Fund Working Paper,* March 2019 https://www.imf.org/en/Publications/WP/Issues/2019/03/07/Chinas-Evolving-Exchange-Rate-Regime-46649.
- *Statista* , "Smartphone shipments in China from 1st quarter 2014 to 4th quarter 2021, by vendor," 2/3/22. https://www.statista.com/statistics/430721/china-smartphone-shipments-vendor/.
- Stephen Nellis and Sonam Rai, "Apple services business grows; Cook says China tensions ease," *Reuters* 1/29/19 https://www.reuters.com/article/uk-apple-results/apple-sees-sales-largely-below-wall-street-as-iPhone-demand-weak-idUKKCN1PN2WD?edition-redirect=uk.
- T. Rowe Price "Summary Prospectus: Institutional Emerging Markets Equity Fund," 3/1/2013 https://www.sec.gov/Archives/edgar/data/852254/000031321213000035/iiefpta-march39.htm.
- Tarun Khanna and Krishna Palepu, "The Nature of Institutional Voids in Emerging Markets," *Harvard Business Press* (excerpted from Winning in Emerging Markets: A Road Map for Strategy and Execution 2010.
- *The Bank of Russia* , "The History of the Bank of Russia FX Policy," http://www.cbr.ru/eng/dkp/about_inflation/history/.
- *The Economist* , "Defining Emerging Markets: A self—fulfilling prophecy," 10/5/2017 https://www.economist.com/special-report/2017/10/05/defining-emerging-markets.
- *The Economist* , "Foreign-exchange policy in Brazil: a shift in strategy?" 9/16/2019, http://country.eiu.com/article.aspx?articleid=478434631&Country=Brazil&topic=Economy&subtopic=For_5.
- *The Motley Fool* , "Intel Corp (INTC) Q1 2019 Earnings Conference Call Transcript," 4/26/19, https://www.fool.com/earnings/call-transcripts/2019/04/26/intel-corp-intc-q1-2019-earnings-call-transcript.aspx.
- *The Motley Fool* , "Intel Corp (INTC) Q3 2018 Earnings Conference Call Transcript," 10/26/18, https://www.fool.com/earnings/call-transcripts/2018/10/26/intel-corp-intc-q3-2018-earnings-conference-call-t.aspx.
- *The Motley Fool* , "Intel Corp (INTC) Q4 2018 Earnings Conference Call Transcript," Updated 4/12/19, https://www.fool.com/earnings/call-transcripts/2019/01/25/intel-corp-intc-q4-2018-earnings-conference-call-t.aspx.
- *The World Bank* , "GDP growth (annual %) - China," https://data.worldbank.org/indicator/NY.GDP.MKTP.KD.ZG?view=chart&locations=CN.
- *The World Bank* , "GDP per capita (current US$) - China, United States," https://data.worldbank.org/indicator/NY.GDP.PCAP.CD?locations=CN-US.
- *The World Bank* , "GDP per capita (current US$) - China," https://data.worldbank.org/indicator/NY.GDP.PCAP.CD?locations=CN.
- Thomas Franck, "Two major companies—Caterpillar and Nvidia—on Monday blamed China for poor earnings," *CNBC* 1/28/19 https://www.CNBC.com/2019/01/28/caterpillar-says-its-seeing-lower-demand-in-china-a-bad-sign-for-the-global-economy.html.

IN RE APPLE INC. SECURITIES LITIGATION
Civil Action No. 4:19-cv-02033-YGR

APPENDIX B
LIST OF DOCUMENTS CONSIDERED

C. Information from Independent Sources

Third Party Sources

- Tom Hancock, "Fall in China auto sales compounds woes of global carmakers," *Financial Times*  11/9/18 https://www.ft.com/content/68b5203e-e3fb-11e8-a6e5-792428919cee.
- UVA Case Study, "China's Stock Market: Understanding its Boom-and-Bust Cycles," *Darden Business Publishing*  7/29/21.
- William A. McEachern, *Economics: A Contemporary Introduction* , 7th edition, South-Western Publishing (2006).
- William D. Perreault and E. Jerome McCarthy, *Basic Marketing: A Global-Managerial Approach* , 14th edition, John Biernat Publishing (2002).
- Yawn Chen and Martin Quin Pollard, "China's exports shrink most in two years, raising risks to global economy," *Reuters*  1/13/19 https://www.reuters.com/article/us-china-economy-trade/chinas-exports-shrink-most-in-two-years-raising-risks-to-global-economy-idUSKCN1P8047.
- YiLi Chen and Paul Morris, "PMI and GDP: Do they Correlate for the U.S.? For China?" *Federal Reserve Bank of St. Louis*  2016 https://research.stlouisfed.org/publications/economic-synopses/2016/03/25/pmi-and-gdp-do-they-correlate-for-the-united-states-for-china/.
- Yun Li, "A growing number of Chinese consumers are switching from Apple's iPhone, paper says," *CNBC* , 5/23/19, https://www.CNBC.com/2019/05/23/a-growing-number-of-chinese-consumers-are-switching-from-apples-iPhone-hong-kong-paper-says.html.

Third Party Sources from Plaintiffs

- Adrian Kingsley-Hughes, "This is why Apple doesn't want you fixing your smartphone," *ZDNet* , 1/5/19 zdnet.com/article/this-is-why-apple-doesnt-want-you-fixing-your-smartphone.
- Annie Palmer, "Apple will throttle phones because of degrading batteries - but you can turn the feature off," *Daily Mail,*  11/1/18 dailymail.co.uk/sciencetech/article-6342945/Apple-throttle-phones-degrading-batteries-turn-feature-off.html.
- Ashraf Eassa, "Here's Why Apple Discontinued the iPhone X," *The Motley Fool* , 9/17/18 fool.com/investing/2018/09/17/heres-why-apple-discontinued-the-iphone-x.aspx.
- *Bloomberg News* , "China Car Sales Drop Accelerates on Slowing Economy, Trade War," 8/8/18 https://www.bloomberg.com/news/articles/2018-08-08/china-car-sales-drop-accelerates-on-slowing-economy-trade-war.
- Brian Barrett, "Apple Will Keep Throttling iPhones With Old Batteries. Here's How to Stop It," *Wired* , 11/3/18 wired.com/story/how-to-stop-apple-throttling-iphones.
- Brian Sozzi, "Apple's mind-blowing warning means CEO Tim Cook now has a major credibility problem," *Yahoo Finance* , 1/3/19 finance.yahoo.com/news/apple-mind-blowing-warning-means-132913885.html.
- Chance Miller, "Apple: iPhone 8 & iPhone X include 'hardware updates' to handle battery & throttling issues," *9 to 5 Mac* , 2/7/18 9to5mac.com/2018/02/06/iphone-8-iphone-x-throttling.
- *CNBC* , "China consumer group seeks answers from Apple about slowing iPhones," 1/16/18 cnbc.com/2018/01/15/apple-iphone-software-updates-will-slow-down-older-iphones.html.
- Daniel Shane, "US-China trade fight comes at tricky time for Chinese economy," *CNN* , 6/20/18 money.cnn.com/2018/06/20/news/economy/china-economy-slows-trade-war/index.html.
- Eric Jhonsa, "Should Apple Cut iPhone X Prices? TSMC's Guidance Provides a Fresh Argument," *The Street,*  Updated 4/20/18 https://www.thestreet.com/investing/taiwan-semiconductor-s-weak-guidance-makes-the-case-for-cutting-iphone-x-prices-stronger-14562585.
- Evelyn Cheng, "It's more than just the trade war. Apple's China business has been under pressure for a while," *CNBC* , 1/3/19 cnbc.com/2019/01/03/apples-china-business-was-under-pressure-even-before-the-trade-war.html.
- Ewan Spence, "Apple Adds Performance Management To Throttle iPhone X Battery," *Forbes* , 10/31/18 forbes.com/sites/ewanspence/2018/10/31/apple-iphone-8-iphone-x-iphone-8-plus-battery-throttle-problems.
- *Financial Times,*  "Chinese consumption concerns weigh on luxury groups," 10/10/18 ft.com/content/009fc808-cc60-11e8-9fe5-24ad351828ab.
- Geoffrey A. Fowler, "Run, don't walk, to replace your iPhone battery for $29," *Washington Post* , 1/4/18, washingtonpost.com/news/the-switch/wp/2018/01/04/run-dont-walk-to-replace-your-iphone-battery-for-29
- Greg Synek, "Tim Cook points out cheaper replacement batteries equals fewer iPhone upgrades," *Tech Spot* , 1/2/19 techspot.com/news/78087-tim-cook-points-out-cheaper-replacement-batteries-equals.html.

IN RE APPLE INC. SECURITIES LITIGATION
Civil Action No. 4:19-cv-02033-YGR

## APPENDIX B
## LIST OF DOCUMENTS CONSIDERED

### C. Information from Independent Sources

<u>Third Party Sources from Plaintiffs</u>

- Jack Perkowski, "Is Apple's Problem In China The Economy Or Simply A Loss Of Market Share?" *Forbes* , 1/14/19 https://www.forbes.com/sites/jackperkowski/2019/01/14/is-apples-problem-in-china-the-economy-or-simply-a-loss-of-market-share/?sh=766fac0d8709.
- Jack Purcher, "Tim Cook Reveals in Interview that the Chinese Consumer is Different because they don't carry the burden of the Desktop Era," *Patently Apple* , 9/16/18 https://www.patentlyapple.com/2018/09/tim-cook-reveals-in-interview-that-the-chinese-consumer-is-different-because-they-dont-carry-the-burden-of-the-desktop-era.html.
- James Martin, "Apple responds to Congress' letter on data security and privacy," *CNET* , August 9, 2018 cnet.com/news/apple-responds-to-letter-from-congress-on-data-security-and-privacy.
- James Titcomb, "Apple reveals $100bn share buyback as it dispels doubts over iPhone demand," *Telegraph,* 5/1/18 telegraph.co.uk/technology/2018/05/01/apple-reveals-100bn-share-buyback-dispels-doubts-iphone-demand.
- Jason Tan, "Apple Boss Tim Cook Stays Low-Key in Busy Visit to China," *Caixin Global* , 10/11/18 caixinglobal.com/2018-10-11/apple-boss-tim-cook-stays-low-key-in-busy-visit-to-china-101333843.html.
- Jim Edwards, "Apple will no longer report iPhone numbers after growth went to 0%, and analysts are now worried iPhone sales may decline," *Business Insider* , 11/2/18 businessinsider.com/apple-will-no-longer-report-iphone-sales-unit-numbers-2018-11.
- John Lim, "Apple: Cheap battery replacements are to blame for poor iPhone sales," *Mashable* , 1/3/19 sea.mashable.com/tech/1729/apple-cheap-battery-replacements-are-to-blame-for-poor-iphone-sales.
- Jon Porter, "Last year's iPhones get controversial processor throttling feature after all," *The Verge* , 10/31/18 theverge.com/circuitbreaker/2018/10/31/18047174/iphone-x-8-plus-performance-throttling-battery.
- Keith Bradsher, "China's Economic Growth Hits 27-Year Low as Trade War Stings," *New York Times,* 7/15/19 nytimes.com/2019/07/14/business/china-economy-growth-gdp-trade-war.html.
- Larry Elliott, "Apple's shock downgrade rattles global stock markets," *The Guardian* , 1/3/19 theguardian.com/technology/2019/jan/03/apple-shock-profit-warning-sends-european-shares-sliding.
- Lauly Li and Cheng Ting-Fang, "Apple cancels production boost for budget iPhone XR: sources," *Asia Nikkei* , 11/5/18 https://asia.nikkei.com/Business/Companies/Apple-cancels-production-boost-for-budget-iPhone-XR-sources.
- Li Yuan, "China's Consumption Downgrade: Skip Avocados, Cocktails and Kids," *New York Times* , 8/22/18 nytimes.com/2018/08/22/business/china-consumer-downgrade.html.
- Mark Gurman, "Apple Resorts to Promo Deals, Trade-Ins to Boost iPhone Sales," *Bloomberg News* , 12/4/18 bloomberg.com/news/articles/2018-12-04/apple-is-said-to-reassign-marketing-staff-to-boost-iphone-sales.
- Mo Hong'e, "China Consumers Association urges Apple to face security complaints," *ECNS Wire* , 10/19/18 http://www.ecns.cn/news/cns-wire/2018-10-19/detail-ifyyzeyv7660194.shtml.
- Nathaniel Taplin, "Are China's Consumers in Trouble?" *Wall Street Journal* , 9/24/18 wsj.com/articles/are-chinas-consumers-in-trouble-1537784223.
- Natt Garun, "Apple will no longer reveal how many iPhones, iPads, and Macs it sells," *The Verge* , 11/1/18 theverge.com/2018/11/1/18053782/apple-earnings-q4-2018-stop-ipad-iphone-mac-unit-sales-disclosure.
- Peter Cohan, "Why 40% iPhone Discount Is Bad For Apple," *Forbes* , 12/6/18 forbes.com/sites/petercohan/2018/12/06/why-40-iphone-discount-is-bad-for-apple.
- Rob Marvin, "4 Tech Giants Are Eating Up China's Smartphone Market," *PC Mag* , 6/27/18 pcmag.com/news/362084/four-tech-giants-are-eating-up-chinas-smartphone-market.
- RTTNews Staff Writer, "Apple Climbs Off Worst Levels But Remains Notably Lower," *RTTNews* , 11/5/18 rttnews.com/2951605/apple-climbs-off-worst-levels-but-remains-notably-lower.aspx.
- Samuel Gibbs, "Apple's woes go far beyond the slowdown in the Chinese economy," *The Guardian* , 1/3/19 theguardian.com/technology/2019/jan/03/apple-woes-go-far-beyond-slowdown-in-chinese-economy.
- Sarah Krouse, "Upgrade? No Thanks. Americans Are Sticking With Their Old Phones," *Wall Street Journal* , 10/29/18 wsj.com/articles/upgrade-no-thanks-americans-are-sticking-with-their-old-phones-1540818000.
- Seth Fiegerman, "Apple sold only 3% more iPhones last quarter, but profit soared," *CNN* , 5/1/18 money.cnn.com/2018/05/01/technology/apple-earnings-iphone-sales/index.html.
- Shira Ovide, "Apple's iPhone Warning Comes Years Too Late," *Bloomberg News* , 1/2/19 https://www.bloomberg.com/opinion/articles/2019-01-02/apple-s-iphone-warning-comes-years-too-late.

IN RE APPLE INC. SECURITIES LITIGATION
Civil Action No. 4:19-cv-02033-YGR

### APPENDIX B
### LIST OF DOCUMENTS CONSIDERED

#### C. Information from Independent Sources

Third Party Sources from Plaintiffs

- Sofia Horta e Costa, "China's Frugal Consumers Squeeze Margins, Hammering Stocks," *Bloomberg News* , 11/29/18 https://www.bloomberg.com/news/articles/2018-11-29/the-battle-to-attract-chinese-consumers-is-hammering-stocks.
- Sonam Rai, "TSMC's smartphone warning points squarely at Apple: analysts," *Reuters* , 4/19/18 https://www.reuters.com/article/us-chipmakers-stocks/tsmcs-smartphone-warning-points-squarely-at-apple-analysts-idUSKBN1HQ1WX.
- Sruthi Shankar, "US STOCKS-Oil stocks lift S&P 500; Apple pushes Nasdaq lower," *Reuters* 11/5/18 reuters.com/article/usa-stocks/us-stocks-oil-stocks-lift-sp-500-apple-pushes-nasdaq-lower-idUSL4N1XG588.
- Stephen Silver, "iPhone XS and XS Max sales are 'weak' says historically bearish Apple analyst," *Apple Insider* , 9/24/18 https://appleinsider.com/articles/18/09/24/iphone-xs-and-xs-max-sales-are-weak-says-historically-bearish-apple-analyst.
- Steven Winkelman and Christian de Looper, "Performance dip on your iPhone? Here's everything you need to know," *Digital Trends,* 5/9/18 digitaltrends.com/mobile/apple-iphone-battery-performance-dip
- Tae Kim, "Apple Stock Tanks Amid Questions About Demand for the iPhone XR," *Barrons* , 11/5/18 barrons.com/articles/apple-stock-falls-as-report-cast-doubt-on-iphone-demand-1541430576.
- *The Guardian* , "To woo China, Apple must learn that it's not in California any more," 1/6/19 theguardian.com/technology/2019/jan/06/apple-woo-china-not-in-california-iphone.
- *The Inquirer* , "iOS 12.1 brings Apple's CPU throttling 'feature' to the iPhone 8 and iPhone X," 11/1/18 https://www.theinquirer.net/inquirer/news/3065512/apple-adds-cpu-throttling-feature-to-iphone-8-and-iphone-x-with-ios-121.
- Tom Kang and Peter Richardson, "The Surprising Growth of Used Smartphones," *CounterPoint Research* , 3/7/18 counterpointresearch.com/surprising-growth-used-smartphones.
- Tom Schoenberg, Matt Robinson, and Mark Gurman, "U.S. Probes Apple Over Updates That Slow Older iPhones," *Bloomberg News* , 1/30/18 https://www.bloomberg.com/news/articles/2018-01-30/u-s-said-to-probe-apple-over-updates-that-slow-older-iphones-jd1yahj7.
- Virginia Harrison, "Apple's China warning 'deflects deeper problems' for firm," *BBC* , 1/3/19 bbc.com/news/business-46743472.
- Viviane Zhu, "Top Chinese Consumer Trends Driven by Millennials and Generation Z," *EuroMonitor* , 11/15/18 beuromonitor.com/top-chinese-consumer-trends-driven-by-millennials-and-generation-z.
- Xin En Lee, "Trump's tariffs threaten China's economy. It already has cracks," *CNBC* , 9/24/18 https://www.cnbc.com/2018/09/24/trumps-trade-war-threatens-chinese-economy-china-already-has-cracks.html.
- Yoko Kubota, "Apple iPhone Loses Ground to China's Homegrown Rivals," *Wall Street Journal* , 1/3/19 wsj.com/articles/apple-loses-ground-to-chinas-homegrown-rivals-11546524491.
- Yuan Ren, "Why My Chinese Dad Switched From an iPhone to a Huawei," *New York Times* , 1/5/19 nytimes.com/2019/01/05/opinion/sunday/apple-china.html.
- Yuan Yang, "Why Apple is struggling in China," *Financial Times* , 1/3/19 ft.com/content/6ff71730-0f16-11e9-a3aa-118c761d2745.
- Yue Wang, "Why Apple's Troubles In China Seem Likely To Worsen," *Forbes* , 1/4/19 forbes.com/sites/ywang/2019/01/04/why-apples-prospects-in-china-seem-likely-to-go-from-bad-to-worse.

*I also, by reference, incorporate all documents contained within the footnotes of my report.

## APPENDIX C

In this **Appendix** I collect some of the articles and analyst reports that show how businesses, local governments and consumers turned against Apple and towards Huawei after the detention of Meng Wanzhou.

<u>General Articles</u>

> "Huawei smartphones are killing the iPhone in China. Demand for the Chinese tech company's devices is red hot even though the country's overall market for smartphones is shrinking. Huawei's China sales rocketed more than 20% in the final quarter of 2018, and experts say that's partly due to the US government's global campaign against the company. '**The latest tension between the US and China raised the patriotism in Chinese consumers**,' said Jusy Hong, an analyst at research firm IHS Markit. **He pointed out that some Chinese companies encouraged employees to buy Huawei phones late last year. The moves were a gesture of support after the firm's chief financial officer was arrested in Canada in early December at the request of the United States.**"[1]

> "Huawei sold 30 million phones in China in the last three months of 2018, nearly three times as many as Apple (AAPL), according to data published this week by research firms Canalys and IDC. Apple (AAPL)'s sales plunged almost 20%."[2]

<u>Businesses Favoring Huawei over Apple</u>

> "The detention of a top Huawei executive is prompting some Chinese companies and business groups to call for workers to boycott products from US companies like Apple, prompting fears of a wider backlash. Several organizations across China have issued notices urging staff members to show their support for Huawei, threatening punishment against anyone caught with Apple (AAPL) products or even offering subsidies to buy Chinese smartphones. 'The US aims to contain China's rise … I believe we Chinese people should stand united and support our national products,' the Nanchong Chamber of Commerce in Shanghai said in a statement this week, warning any members who bought Apple products would be 'banned.'"[3]

---

[1] Sherisse Pham "Huawei is crushing Apple in China, and the US is partly to blame," *CNN*, 2/14/19, https://www.cnn.com/2019/02/14/tech/huawei-smartphones-china/index.html. [emphasis added]
[2] Sherisse Pham "Huawei is crushing Apple in China, and the US is partly to blame," *CNN*, 2/14/19, https://www.cnn.com/2019/02/14/tech/huawei-smartphones-china/index.html .
[3] Ben Westcott and Yong Xiong  "Chinese companies are threatening to punish employees caught using Apple products," *CNN*, 12/11/18, https://www.cnn.com/2018/12/11/business/huawei-apple-china-tech-us/index.html.

**Confidential**

1

"Shenzhen-based electronic parts supplier Menpad said Monday that it would give a 15% subsidy to any employees who bought phones from Chinese companies Huawei and ZTE (ZTCOF). 'The company will punish staff who buy Apple phones with a fine of 100% of market price,' the notice to all staff members said. 'Stop purchasing US brands for company equipment like work computers.'"[4]

"In the western province of Sichuan, Chengdu RYD Information Technology said that it would only source Huawei equipment where possible from now on. It would also be offering staff a 15% subsidy on Huawei products. 'Chengdu RYD admires and cooperates with suppliers who have great strength and quality products and services,' the midsized technology startup said on its official social media account. Luo Qiang, secretary of the Nanchong Chamber of Commerce in Shanghai, told CNN the group hadn't been guided by the government in ordering a boycott but was speaking out as 'grassroots' citizens. 'We don't have guns or cannons, we as common citizens only have freedom of speech,' he told CNN. The chamber claims to have as many as 500 members. Other companies limited themselves to only supporting Huawei, without mentioning an Apple boycott, such as Xinjiang Nor-West Star Information Technology. 'Our company actively backs the calls to support Huawei and protect national brands with real action,' the company's statement said."[5]

"A growing number of Chinese companies are throwing their support behind Huawei Technologies following the recent arrest of its chief financial officer in Canada, taking such steps as offering subsidies for staff who buy the telecom equipment maker's smartphones."[6]

<u>Government Agencies in China Favoring Huawei over Apple</u>

"The Shanghai Nanchong Chamber of Commerce confirmed that it too was offering subsidies for Huawei smartphones, and that staff and executive members of the business group would 'lose their positions' if found with Apple products. It seems that 'general sentiment is gradually turning to against Apple and support Huawei now,' due to recent events, such as Meng's arrest and the US-China trade war, said Wang."[7]

---

[4] Ben Westcott and Yong Xiong "Chinese companies are threatening to punish employees caught using Apple products," *CNN*, 12/11/18, https://www.cnn.com/2018/12/11/business/huawei-apple-china-tech-us/index.html.
[5] Ben Westcott and Yong Xiong "Chinese companies are threatening to punish employees caught using Apple products," *CNN*, 12/11/18, https://www.cnn.com/2018/12/11/business/huawei-apple-china-tech-us/index.html.
[6] Shunsuke Tabeta "Chinese companies rally around Huawei after CFO arrest," *Nikkei Asia*, 12/24/18, https://asia.nikkei.com/Economy/Trade-war/Chinese-companies-rally-around-Huawei-after-CFO-arrest.
[7] Eva Xiao "Apple phones still sold in China despite ban," *Science X*, 12/11/18, https://phys.org/news/2018-12-apple-sold-china.html [last accessed 3.15.22].

2

**Confidential**

Consumers Favoring Huawei over Apple

"Huawei is winning over more and more Apple fans in China as the escalated trade tensions have stoked 'nationalist sentiment,' according to the South China Morning Post. China's consumers are increasingly favoring their domestic brands after the U.S. stepped up its action against Huawei, the paper said. The article cited a few anecdotes where people switched to Huawei smartphones from their beloved iPhones to show their support for the country and Chinese brands. 'It's kind of embarrassing to pull an iPhone out of your pocket nowadays when all the company executives use Huawei,' Sam Li, who works at a state-owned telecom company in Beijing, told the South China Morning Post. He added his company offers employees a Huawei discount."[8]

"The growing backlash has echoes of previous boycotts in China which have followed perceived insults to the country and at times resulted in large-scale, destructive protests."[9]

"'What if China banned Apple the way the US has banned Huawei?' wrote one user on Twitter-like Weibo in a post that garnered more than 500 likes. 'What if Apple lost its manufacturing centre in China?' Leaked company documents announcing rewards for Huawei purchases and penalties for owning Apple products are also circulating on Chinese social media. A tech firm based in southwestern China, Chengdu RYD Information Technology, said it would reward employees who bought Huawei products with subsidies in an internal notice that it later confirmed via its official WeChat account."[10]

"Despite the negative international headlines that have hit Huawei over the past few months, its consumer business continues to thrive. The Chinese technology giant replaced Apple as the second-largest smartphone player by global market share last year. It's firmly the biggest vendor in China. Chinese consumers say they've been attracted to Huawei's newest features, the price points and the fact that it's a domestic brand. 'Using Huawei's mobile phones is supporting domestic brands. We hope our brands can go international,' Vikey, a Guangzhou-based Huawei user, told

---

[8] Yun Li "A growing number of Chinese consumers are switching from Apple's iPhone, paper says," *CNBC*, 5/23/19, https://www.CNBC.com/2019/05/23/a-growing-number-of-chinese-consumers-are-switching-from-apples-iPhone-hong-kong-paper-says.html [last accessed 3.15.22].

[9] Ben Westcott and Yong Xiong "Chinese companies are threatening to punish employees caught using Apple products," *CNN*, 12/11/18, https://www.cnn.com/2018/12/11/business/huawei-apple-china-tech-us/index.html [last accessed 3.15.22].

[10] Eva Xiao "Apple phones still sold in China despite ban," Science X, 12/11/18, https://phys.org/news/2018-12-apple-sold-china.html; https://sciencex.com/help/about-us/ [last accessed 3.15.22].

**Confidential**

*CNBC.* She added that Huawei phones are 'cost-effective' and have good features while iPhones are 'more of trend.'"[11]

Analyst Reports Describing the Favoring of Huawei over Apple

"We believe the Chinese consumer has become less enthusiastic about the iPhone after Huawei's CFO was detained in Canada by US request. Many Chinese companies started supporting Huawei's campaign by subsidizing employees if they bought Huawei's phone instead of the iPhone."[12]

"In addition, the recent arrest of Huawei's CFO Meng Wanzhou in Canada has added to the complexity of the US/China tariff tensions around potential retaliation on US tech companies with Apple front and center. This is a clear concern for investors as any step back in the US/China trade negotiations would be a negative for Apple given how reliant Cupertino is on both consumer demand out of the region as well as supply given its flagship Foxconn iPhone factory. On Apple, we remain bullish with $15 of earnings power in FY20 that remains rock solid, in our opinion, and a stock trading at a compelling risk/reward level. It all comes down to the installed base and 350 million iPhones in the window of an upgrade opportunity over the next 12 to 18 months with 60 to 70 million of those out of China as a key region, which is why investors are so hyper sensitive (e.g., bail granted for Meng Wanzhou) to any news on the topic as it relates to Apple. We maintain our OUTPERFORM rating… Success of Apple's product strategy in China, which remains a key growth driver for the coming years and could be impaired by lower priced smartphones and competition. China macro/tariffs issue remain a long-term risk."[13]

"iPhone **XR was weak since launch, but this much of decline could imply some potential backlash to the Huawei event and trade issues**… It is possible, however, there could be intensifying backlash against AAPL products in China including Chinese corporations incentivizing consumers to purchase Huawei phones. A trade deal between US and China may ease some pressure, but this is difficult to predict."[14]

"Apple's commentary implies Greater China revenue declined close to 25% YoY (vs a 16% increase in FY18), supporting the company's assertion that the region was the primary driver of the guidance reduction.

[11] Arjun Kharpal "Retailers are slashing iPhone prices across China as consumers say the phones aren't worth the cost," *CNBC*, 1/11/19, https://www.CNBC.com/2019/01/11/apple-iPhone-retailers-are-slashing-prices-across-china.html.

[12] Jun Zhang, "We Expect Another Round of iPhone Cuts Around the Holiday Season," Rosenblatt Securities Inc., 12/20/18 APL-SECLIT_00003326 – 328 at APL-SECLIT_00003326.

[13] Daniel Ives and Strecker Backe, "Apple (AAPL) China Clouds Clearing = Key to Cook & Cupertino Looking Ahead," WedBush, 12/12/18 APL-SECLIT_00003133 – 136 at APL-SECLIT_00003133 – 134.

[14] Timothy Arcuri and Munjal Shah, "Apple Inc Apple iPhone weakness; Market or Share Loss?," UBS, 1/7/19 APL-SECLIT_00003827 – 838 at APL-SECLIT_00003827. [emphasis added]

4

**Confidential**

**Much of this was likely due to macroeconomic factors, though Apple also faces a tougher competitive landscape in China, the XR has maybe been less well received than hoped and the current US-China trade tensions potentially - at the margin - encouraged some Chinese consumers to favour domestic handset vendors.**"[15]

---

[15] James Cordwell, "Apple Q1 guidance cut highlights structural challenges," Atlantic Equities, 1/3/19 APL-SECLIT_00003664 – 667 at APL-SECLIT_00003664. [emphasis added]

**Confidential**