# EXHIBIT 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE APPLE INC. SECURITIES
LITIGATION

Civil Action No. 4:19-cv-02033-YGR

**Expert Rebuttal Report of Professor Dennis Yang, Ph.D.**

_____
Dennis Yang, Ph.D.

June 10, 2022

**HIGHLY CONFIDENTIAL UNDER THE STIPULATED PROTECTIVE ORDER**

**TABLE OF CONTENTS**

I.   INTRODUCTION ................................................................................................................ 1

II.  DR. SHENKAR RECOGNIZES THE POTENTIAL IMPORTANCE OF
     MACROECONOMIC CONDITIONS TO IPHONE SALES ........................................ 2

     A.   Dr. Shenkar Acknowledges the Importance of GDP ............................................. 3

     B.   Dr. Shenkar Acknowledges the Importance of Retail Sales and Auto Sales ......... 4

     C.   Dr. Shenkar Acknowledges the Importance of the U.S. - China Trade War
          But Not the Arrest of Huawei's CFO ..................................................................... 5

III. THE SHENKAR REPORT CANNOT BE RECONCILED WITH APPLE'S
     RESULTS PRIOR TO NOVEMBER 1, 2018 ..................................................................... 6

IV.  CONCLUSION .................................................................................................................... 8

**Highly Confidential**

## I. INTRODUCTION

1. I previously submitted an expert report in this matter on April 27, 2022 ("the Yang Opening Report"). In that report, I explained that:[1]

   ➢ Macroeconomic conditions in China worsened throughout the second half of 2018 but unexpectedly and dramatically worsened even more during November and December of 2018. A slowing Chinese economy would have had a disproportionately negative effect on consumers' purchases of discretionary goods like the iPhone.

   ➢ The smartphone market had been contracting for several quarters, appeared to be stabilizing in October 2018, and then worsened again in November and December 2018.

   ➢ Competitive conditions in China changed unexpectedly after the detention of Meng Wanzhou, the CFO of Huawei, on December 1, 2018. Chinese consumers rallied around Huawei and its mobile phones and turned away from Apple's iPhone. This event had a significant negative impact on iPhone sales.

   ➢ Mr. Cook's challenged statement relating to emerging markets and currency movements was accurate when made. China was viewed by Apple as an emerging market and its currency was less volatile and was historically more stable than that of Brazil, India, Russia, and Turkey.

2. On the same date that I submitted the Yang Opening Report, Dr. Oded Shenkar, a Professor of Management and Human Resources, submitted an expert report ("the Shenkar Report"). The Shenkar Report is deeply flawed. On the one hand, Dr. Shenkar agrees that certain macroeconomic indicators, such as GDP, retail sales, auto sales, and trade frictions, can affect consumer demand for iPhones. On the other hand, he presents no analysis or discussion of these macroeconomic indicators during November and December 2018. As a result, he fails to recognize that economic conditions deteriorated significantly and unexpectedly in those months

---

[1] Yang Opening Report, ¶ 11.

1

**Highly Confidential**

and that the sudden and marked decline, in the aggregate, of those macroeconomic indicators contributed to the decline of iPhone sales in November and December 2018.[2]

3. In addition, Dr. Shenkar cites information that goes only to the difficulties Apple faced in China but does not reflect the reality of Apple's iPhone revenues during the quarters prior to November 1, 2018. Apple's revenues, including iPhone revenues, grew significantly during those quarters compared to the same quarters in the previous year.[3]

4. As a result of these two fundamental flaws, the Shenkar Report does not explain Apple's results either before or after November 1, 2018.

5. I explain my opinions in more detail below. In preparing this rebuttal report, I reviewed the Shenkar Report and considered the documents he cited. The opinions I express in this rebuttal report are based on the information I have reviewed to date. Should additional information come to light that bears on the opinions I express in this rebuttal report, I reserve the right to amend or supplement my opinions.

## II. DR. SHENKAR RECOGNIZES THE POTENTIAL IMPORTANCE OF MACROECONOMIC CONDITIONS TO IPHONE SALES

6. Dr. Shenkar acknowledges that macroeconomic conditions can affect iPhone sales. The Shenkar Report contains a list of macroeconomic variables that he believes can be important determinants of iPhone sales, including many of the same economic indicators I identified as important in the Yang Opening Report. Despite acknowledging that these economic indicators can play a role in iPhone sales, Dr. Shenkar inexplicably fails to analyze those

---

[2] Dr. Shenkar also presents internal evidence that Apple had about how the iPhone XR was faring prior to November 1, 2018. I understand that another expert is addressing this evidence. I have been asked to focus in this report on the economic, trade, and competitive factors I described in the Yang Opening Report.
[3] *See* Rebuttal Summary and Expert Report of Eric Poer, Rebuttal Charts 1 and 2.

**Highly Confidential**

indicators during November and December 2018—even though economic conditions weakened substantially and unexpectedly during those months.

### A. Dr. Shenkar Acknowledges the Importance of GDP

7. Dr. Shenkar writes that GDP growth continued to slow in 2018 and that Apple monitored this slowing of GDP. He writes:

> China's GDP growth rate went from 10.6% in 2010 to 9.6% in 2011, 7.9% in 2012, 7.8% in 2013, 7.4% in 2014, 7.0% in 2015, 6.9% in 2016, 7.0% in 2017, and 6.8% in 2018. In other words, China experienced a trend of declining GDP growth, of which a slowdown in the second part of 2018 was a natural evolution. And, as noted, changes would be closely monitored.[4]

8. Slowing GDP growth rates can be relevant to an understanding of iPhone sales. As I explained in the Yang Opening Report, even if the GDP growth rate is substantial by the standards of a developed country like the U.S., slowing GDP growth can affect consumers' perceptions of employment prospects as well as their purchasing decisions, especially for a relatively expensive and discretionary purchase like the iPhone.[5]

9. But Dr. Shenkar does not acknowledge that GDP slowed even more in the calendar fourth quarter of 2018, at a rate of 6.4%. As I noted in the Yang Opening Report, *Nikkei Asia* reported that it was the lowest rate of growth since the 2008 collapse of Lehman Brothers.[6] *The Wall Street Journal* reported that "consumers have pulled back their spending," and are "putting off big-ticket purchases and limiting their discretionary spending." *Reuters* reported that exports "unexpectedly fell the most in two years in December."[7]

10. I also explained that manufacturing activity, as reflected in the well-respected Purchasing Managers Index ("PMI") metric, also declined sharply in December 2018, falling for

---

[4] Shenkar Report, ¶ 54.
[5] *See*, Yang Opening Report, ¶ 16.
[6] Yang Opening Report, ¶ 60.
[7] Yang Opening Report, ¶¶ 60-65.

3

**Highly Confidential**

the first time below the important threshold of 50 and indicating a contracting manufacturing sector.[8]

11.     So while Dr. Shenkar recognizes the relevance of slowing GDP growth rates, he fails to analyze GDP growth rates in the final calendar quarter of 2018.

### B. Dr. Shenkar Acknowledges the Importance of Retail Sales and Auto Sales

12.     Dr. Shenkar writes that "retail sales were already weak in 2017," and that "Retail sales, which initially seemed to hold, also started to show signs of weakness, reflected, for instance, in a slowdown of durables [sic], especially automotive sales."[9] But he cites no separate statistics for retail sales—and only one article referencing automotive sales.[10]

13.     In the Yang Opening Report, I discussed both retail sales and auto sales. I presented retail sales data by month and showed that the growth rate of retail sales slowed substantially in November and December 2018.[11] I cited *The Wall Street Journal*, which stated that "growth in retail sales dropped to its lowest level in more than 15 years."[12]

14.     For automotive sales, I also reported the data for China by month.[13] Dr. Shenkar did not do this, citing just a single *CNBC* article that reported that automotive sales declined over *the entire year* by an amount of 3%. This is a striking omission on the part of Dr. Shenkar because nearly all of the decline in 2018 took place in the final two months of the year. See **Rebuttal Table 1** below.[14]

---

[8] Yang Opening Report at ¶¶ 42-57 discusses the PMI data.
[9] Shenkar Report, ¶ 61.
[10] Shenkar Report, fn. 108.
[11] Yang Opening Report, Table 2 and ¶¶ 24-35.
[12] Yang Opening Report, ¶ 30.
[13] Yang Opening Report, Table 3.
[14] **Rebuttal Table 1** contains the same data I presented in Table 3 of the Yang Opening Report.

**Highly Confidential**

| Rebuttal Table 1 Auto Sales in China (millions) | | | |
|---|---|---|---|
|  | **2017** | **2018** | **% Chg** |
| January | 2.52 | 2.81 | 11.6% |
| February | 1.93 | 1.72 | -11.1% |
| March | 2.54 | 2.66 | 4.7% |
| April | 2.08 | 2.32 | 11.5% |
| May | 2.09 | 2.29 | 9.6% |
| June | 2.17 | 2.27 | 4.8% |
| July | 1.97 | 1.89 | -4.0% |
| August | 2.19 | 2.10 | -3.8% |
| September | 2.71 | 2.39 | -11.6% |
| October | 2.70 | 2.38 | -11.7% |
| November | 2.96 | 2.55 | -13.9% |
| December | 3.06 | 2.66 | -13.0% |
| **Total (Jan-Dec)** | **28.90** | **28.04** | **-3.0%** |
| *Total Jan-Oct* | *22.88* | *22.83* | *-0.2%* |
| *Total Nov-Dec* | *6.02* | *5.21* | *-13.4%* |
| Source: China Association of Automobile Manufacturers (CAAM). | | | |

15.   As **Rebuttal Table 1** shows, while it is true that annual sales declined 3% year-on-year, the declines were concentrated in the final two months of the year. That means that the entire drop over the year—the 3% identified by the *CNBC* article Dr. Shenkar cites—actually occurred in the final two months of the year. In this case, too, Dr. Shenkar recognizes the relevance of certain economic indicators (in this case, retail sales and automotive sales), but then does not analyze them to see if they might explain the decline in iPhone sales in the final calendar quarter of 2018.

### C. Dr. Shenkar Acknowledges the Importance of the U.S. - China Trade War But Not the Arrest of Huawei's CFO

16.   Dr. Shenkar also discusses the trade war between China and the U.S.,[15] writing about the "intensifying trade war with the U.S., with tariffs imposed by both sides in July…"[16] But he overstates the impact of the trade war on Apple prior to November 1, 2018. As I showed

---

[15] Shenkar Report, ¶¶ 56, 61, 104.
[16] Shenkar Report, ¶ 61.

5

**Highly Confidential**

in the Yang Opening Report, analysts expected only 1% of Apple's products would be hit with the July tariffs and iPhones were exempted from those tariffs. I also cited an analyst report by *UBS* that saw "limited risk of Chinese government action that would hurt the sale of Apple products in China."[17]

17. As with the economic evidence above, Dr. Shenkar fails to address how the trade war evolved during November and December 2018 and does not mention a critical event in the trade war: the arrest of Huawei's CFO, Meng Wanzhou. As I showed in the Yang Opening Report, evidence from the research division of the *Financial Times* showed that consumers expressed a sharply lower intention to buy iPhones in December 2018 compared to November 2018.[18] In this instance, too, as with GDP, retail sales, and auto sales, Dr. Shenkar fails to analyze events that took place in November and December of 2018.

### III. THE SHENKAR REPORT CANNOT BE RECONCILED WITH APPLE'S RESULTS PRIOR TO NOVEMBER 1, 2018

18. Dr. Shenkar lists several additional economic factors in the Shenkar Report but, as with the economic indicators noted above, he limits his review of all these factors to the period prior to November 1, 2018. So, as I described above, he does not realize that economic conditions in China, in the aggregate, deteriorated substantially and unexpectedly in November and December 2018 and therefore he does not recognize their effect on iPhone sales in November and December. But the problem with the Shenkar Report is worse than this: the Shenkar Report cannot be reconciled with Apple's results *prior* to November 1, 2018, either.

19. The Shenkar Report is replete with descriptions of one supposed problem after another for Apple in the China market. According to Dr. Shenkar:

---

[17] Yang Opening Report, ¶ 22.
[18] Yang Opening Report, ¶¶ 83-84, Figure 3.

**Highly Confidential**

- The smartphone market had already peaked in 2015 and by the beginning of 2018 was commoditized. Imitation had mushroomed.[19]

- Apple's smartphones were too expensive for the Chinese market, with many competitors offering superior phones at lower prices.[20]

- Consumers had lost interest in the iPhone compared to a decade ago. Dr. Shenkar cites an article that states, "the novelty of the iPhone attracted throngs of Chinese shoppers to Apple stores a decade ago . . . (but) in 2018 it is not clear what Apple is selling that's dramatically different or better than anything else in the market."[21]

- The reduction of carrier subsidies meant that mid-range consumers could not afford an iPhone any longer.[22]

- While Chinese consumers had a high rate of savings and willingness to spend on luxury items, they were unwilling to buy iPhones since "[i]n the case of a smartphone, functional utility is as important as the brand." When Apple did, for example, finally produce smartphones with a full screen, "its main Chinese competitors had high brand loyalty and so customers were unlikely to switch just because Apple had matched existing offerings."[23]

- This was especially a problem in China where it was a "cardinal sin" to pay more for a more expensive product with inferior features.[24]

- The "economic picture darken[ed]" in 2018.[25]
    - GDP was declining;
    - Retail sales were slowing;
    - Consumer debt levels had been rising for many months and years;
    - the trade war was intensifying; and
    - Auto sales were slowing.

- Public sentiment against the U.S. had been growing since 2012.[26]

20.  This is not intended to be an exhaustive list. Dr. Shenkar lists many additional supposed problems for Apple in China. The Shenkar Report consists almost entirely of a one-

---

[19] Shenkar Report, ¶ 41.
[20] Shenkar Report, ¶ 87.
[21] Shenkar Report, ¶ 42 (quoting the *Patently Apple* website).
[22] Shenkar Report, ¶ 45 (quoting an article in *Forbes*).
[23] Shenkar Report, ¶¶ 36, 39 (internal citation omitted).
[24] Shenkar Report, ¶ 33.
[25] Shenkar Report, ¶ 37.
[26] Shenkar Report, ¶ 68.

7

**Highly Confidential**

sided review of the evidence, and one struggles to find anything positive in the Shenkar Report about Apple's product positioning in the market, its brand loyalty, its innovativeness, or the willingness of Chinese consumers to buy iPhones at a premium price. Someone reading the Shenkar Report in isolation would be surprised to learn of Apple's financial results in the three quarters leading up to November 1, 2018.

21.     In the quarter ending March 31, 2018, Apple's year-on-year revenues in Greater China grew 21%; iPhone year-on-year revenues grew 25%. In the quarter ending June 30, 2018, Apple's year-on-year revenues in Greater China grew 19%; iPhone year-on-year revenues grew 23%. In the quarter ending September 30, 2018, Apple's year-on-year revenues in Greater China grew 16%; iPhone year-on-year revenues grew 27%.[27]

22.     Dr. Shenkar, in short, has not shown that any of the evidence he cites is correlated with Apple's results. The Shenkar Report fails to explain Apple's results either before November 1, 2018, or in the two months after.

## IV.     CONCLUSION

23.     The Shenkar Report is deeply flawed. While Dr. Shenkar admits that macroeconomic factors can affect iPhone sales, he does not examine whether unexpected changes in those factors in November and December 2018 could help explain declines in iPhone sales during those months. As I showed in the Yang Opening Report, there is substantial evidence of sharp and unexpected drops in several important economic indicators: GDP, retail sales, auto sales, and the PMI all worsened substantially. In addition, Huawei's CFO was arrested on December 1, 2018. This is all evidence that Dr. Shenkar simply ignores.

---

[27] *See* Rebuttal Summary and Expert Report of Eric Poer, Rebuttal Charts 1 and 2.

**Highly Confidential**

24. The Shenkar Report also cannot explain Apple's results prior to November 1, 2018. It is a one-sided, unrealistic presentation that is inconsistent with Apple's results in the quarters leading up to November 1, 2018.

25. I continue to be of the opinion that there was a sharp and unexpected weakening of economic conditions in November and December 2018 in China and this weakening, along with the surprise arrest of Huawei's CFO, helps explain Apple's failure to meet its forecasts during Q1 FY2019.

**Highly Confidential**

## APPENDIX A
## LIST OF DOCUMENTS CONSIDERED

- Expert Report of Oded Shenkar in this matter dated April 27, 2022
- Rebuttal Summary and Expert Report of Eric Poer, CPA, CFF, ABV, CFE in this matter dated June 10, 2022

**Highly Confidential**