# EXHIBIT 5

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE APPLE INC. SECURITIES
LITIGATION

Civil Action No. 4:19-cv-02033-YGR

**Rebuttal Expert Report of Professor Brett Trueman, Ph.D.**

**Confidential Under the Stipulated Protective Order**

_____
Brett Trueman, Ph.D.

June 10, 2022

Confidential

**Rebuttal Expert Report of Professor Brett Trueman, Ph.D.**

# TABLE OF CONTENTS

I.   INTRODUCTION ........................................................................................................... 2
   A.   BACKGROUND AND ASSIGNMENT ........................................................................ 2
   B.   SUMMARY OF OPINIONS ........................................................................................ 2

II.  THE SHENKAR REPORT CITES MANY PUBLIC SOURCES THAT REPORTED THERE WAS "PRESSURE" ON APPLE'S BUSINESS IN CHINA PRIOR TO THE CONFERENCE CALL ........................................................................................................... 3

III. THE PUBLIC SOURCES CITED BY DR. SHENKAR TO SHOW THAT THERE WAS "PRESSURE" ON APPLE'S BUSINESS IN CHINA PRIOR TO THE CONFERENCE CALL FURTHER BUTTRESS MY OPINION THAT IF ANALYSTS HAD HEARD MR. COOK TO SAY THAT THERE WAS "NO PRESSURE" ON APPLE'S BUSINESS IN CHINA, THEY WOULD HAVE DISCUSSED IT IN THEIR REPORTS ........................................................... 6

**Rebuttal Expert Report of Professor Brett Trueman, Ph.D.**

## I. INTRODUCTION

### A. Background and Assignment

1. I prepared and served a report in this matter on April 27, 2022 (the "Trueman Report"). I have been provided with a report from Plaintiff's expert Dr. Oded Shenkar also dated April 27, 2022 (the "Shenkar Report").

2. I have been asked by counsel for Apple to review and respond to the Shenkar Report to the extent it offers opinions relevant to my own opinions presented in the Trueman Report.

3. In the Trueman Report, I described my qualifications and compensation. I attached my current curriculum vitae to the Trueman Report as Appendix I.

4. In this rebuttal report, I adopt by reference all of the terms defined in the Trueman Report.

5. I list in **Appendix A** to this rebuttal report information considered in the preparation of this report that is incremental to that considered and listed in the Trueman Report.

### B. Summary of Opinions

6. The following are my opinions, as discussed in more detail throughout this report:

   - The Shenkar Report cites many public sources that, according to Dr. Shenkar, reported there was "pressure" on Apple's business in China prior to the Conference Call. This is consistent with the opinion I expressed in the Trueman Report that analysts commented on pressure on Apple's business in China prior to the Conference Call.

   - The public sources cited by Dr. Shenkar to show that there was "pressure" on Apple's business in China prior to the Conference Call further buttress my opinion, as previously expressed in the Trueman Report, that if analysts had heard Mr. Cook to say that there was "no pressure" on China, they would have discussed it in their analyst reports. The fact that they did not do so, in my

opinion, means that analysts, and by extension the market, did not perceive Mr. Cook to represent that there was "no pressure" on China.

## II. THE SHENKAR REPORT CITES MANY PUBLIC SOURCES THAT REPORTED THERE WAS "PRESSURE" ON APPLE'S BUSINESS IN CHINA PRIOR TO THE CONFERENCE CALL

7. The Shenkar Report cites a number of public sources that Dr. Shenkar interprets to indicate that there was pressure on Apple's business in China prior to the Conference Call on November 1, 2018. Below I block-cite a number of sections from the Shenkar Report where Dr. Shenkar discusses how publicly available sources reported downward trends and other negative implications for Apple's business in China. Here I note that some of the sources that Dr. Shenkar cites do not directly discuss Apple's business. Nonetheless, based on these sources, Dr. Shenkar opines that "[i]n 2018 in China, there was significant evidence of major economic headwinds across multiple indicators, that, combined with the global industry trends, had a visibly adverse impact on the local smartphone market,"[1] and, by implication, on Apple's business in China. Therefore, I also include sources (cited by Dr. Shenkar) that disclosed such information before the Conference Call on November 1, 2018.

- "On **February 25, 2018**, an article in [*sic*] **Forbes carried an article titled 'Why Apple Will Lose China Market Share in 2018**, Despite the Success of the iPhone X.' It continued: '**Apple's impressive China share is due to drop over the coming year, analysts believe**.' Cited was Neil Mawston, executive director for wireless devices at Strategy Analytics: '**We expect 2018 to be another tough year for Apple iPhone in China, as the overall smartphone market is slowing**, compounding the already harsh conditions of reduced carrier subsidies and fierce local hardware competition.' 'Mid-range consumers,' he added, 'can no longer afford a full-fat iPhone because of diminished carrier subsidies.'"[2]

---

[1] Shenkar Report, ¶¶ 14(b), 181(b).
[2] Shenkar Report, ¶ 45 (emphasis added, citation omitted).

**Rebuttal Expert Report of Professor Brett Trueman, Ph.D.**

- "**As the year 2018 approached, significant clouds were gathering over the Chinese economy**, threatening its growth in general and that of high growth segments, **especially its smartphones sales**, in particular…. **By and large, those factors were there for everyone to see**."[3]

- "The reasons for **the deterioration in the economic environment of China around 2018** include a number of intertwined factors in a largely predictable chain reaction.…**All that was in full sight to any observer**, let alone a sophisticated firm with plenty of resources and an experienced leadership team, including one devoted to the China market."[4]

- **"Closer to the year 2018, the state of the Chinese economy looked increasingly precarious…. These economic uncertainties were not unknown to market participants**. Multiple stories and points of data covered in the popular media were clearly showing a slowdown in the Chinese economy."[5]

- "China reported growth of 6.8% in the first quarter of 2018, and 6.7% growth in the second quarter. On October 12, 2018, **the Chinese government reported** that **the economy grew in the third quarter at a rate of just 6.5%. The U.S. media, and its counterparts around the world, highlighted that the number was the lowest since early 2009, when the Great Recession was in full force.**"[6]

- "The slowdown was observed before the full brunt of an intensifying trade war with the U.S., with tariffs imposed by both sides in July, came to be. **Other headwinds, such as a rising household debt and the rising liabilities of local authorities, were well known and were discussed explicitly by the Chinese authorities**, as was the realization that much of these liabilities, as much as six trillion dollars, represented hitherto hidden, 'off the books' loans and other financial commitments."[7]

---

[3] Shenkar Report, ¶ 52 (emphasis added).
[4] Shenkar Report, ¶ 53 (emphasis added).
[5] Shenkar Report, ¶¶ 59-60 (emphasis added).
[6] Shenkar Report, ¶ 60 (emphasis added, citations omitted).
[7] Shenkar Report, ¶ 61 (emphasis added, citations omitted).

**Rebuttal Expert Report of Professor Brett Trueman, Ph.D.**

- "**Tension between the United States and China had been building up for years, but accelerated with the election of Donald Trump**. **Signs of increasing tension were** [*sic*] **abound,** starting with statements made during the presidential campaign, and later with the appointment of 'China hawks' to key positions of influence."[8]

- "Indeed, **the first tariffs on Chinese goods were announced on March 22, 2018**. Apple won a reprieve following an extensive lobbying campaign but it was not clear how long it might hold. In any event, this would not release the Company from increasingly nationalistic Chinese consumers who resented the US policy."[9]

- "**The aforementioned IMF Blog noted that China's domestic smartphone market declined in 2017 and that Apple suffered a year-on-year sales decline in the fourth quarter (of 2017).** To maintain revenue growth, the blog suggested, 'smartphone makers may have to count on price increases.'"[10]

- "In **January of 2018, the BBC published a story titled: 'China's eight- year-long smartphone growth comes to an end**.' The article, citing research firm Canalys, described an **overall slowdown in the Chinese smartphone market**, as well as the resurgence of Huawei and smaller Chinese startups who were 'almost equivalent in specs and hardware' to the iPhone but offered at a significantly lower price."[11]

- "**By April of 2018**, with first quarter results of smartphone shipments out, **the forecasted trend had become clear, when [the research firm Canalys] reported that China's smartphone shipments declined by a whopping 21% year-on-year** (first quarter 2017 to first quarter 2018). The same source shows that both Huawei and Xiaomi saw an increase in shipments. Combining these two

---

[8] Shenkar Report, ¶ 64 (emphasis added, citations omitted).
[9] Shenkar Report, ¶ 64 (emphasis added, citations omitted).
[10] Shenkar Report, ¶ 72 (emphasis added).
[11] Shenkar Report, ¶ 73 (emphasis added, citation omitted).

    pieces of information, **it was evident that Apple was facing an uphill battle to defend, not to mention buttress, its Chinese market position**."[12]

- "During 2017 to 2018, the **growing competition from local Chinese makers was the subject of much media attention**."[13]

- "In August of 2018, **Foxconn reported declining earnings** and the lowest quarterly profitability since 2013. **Reuters reported that this was partially the result of the cost of carrying an unsold inventory of the iPhone X**, a fact that was, without a doubt, known to Apple. In the prior week, **Foxconn's mobile unit, FIH, reported a wide loss and acknowledged the risk of saturation in the smartphone market.**"[14]

- "At the firm level, Apple placed at the very top of the Economist's 'Sinodependency Index,' which weighs S&P 500 firms by their China revenues, applied to 104 firms. The second ranked, Intel, had roughly half of Apple's exposure. Not surprisingly, **according to CNBC, in 2018 Apple was 'the big tech firm most at risk from a US-China trade war.'**"[15]

8. Dr. Shenkar's opinion that these and other sources showed that there was "pressure" on Apple's business in China prior to the Conference Call is consistent with my opinion, previously expressed in the Trueman Report, that "an overwhelming majority of the analysts that discussed China discussed that Apple's business in China was facing pressure prior to the call."[16]

### III. THE PUBLIC SOURCES CITED BY DR. SHENKAR TO SHOW THAT THERE WAS "PRESSURE" ON APPLE'S BUSINESS IN CHINA PRIOR TO THE CONFERENCE CALL FURTHER BUTTRESS MY OPINION THAT IF ANALYSTS HAD HEARD MR. COOK TO SAY THAT THERE WAS "NO

---

[12] Shenkar Report, ¶ 74 (emphasis added, citing "Chinese smartphone shipments have plunged, but Xiaomi is surging, Androidauthority.com/news, April 27, 2018.").
[13] Shenkar Report, ¶ 76 (emphasis added).
[14] Shenkar Report, ¶ 103 (emphasis added, citations omitted).
[15] Shenkar Report, ¶ 104 (emphasis added, citation omitted).
[16] Trueman Report, ¶ 54.

> **PRESSURE" ON APPLE'S BUSINESS IN CHINA, THEY WOULD HAVE DISCUSSED IT IN THEIR REPORTS**

9. As I discussed in the Trueman Report, security analysts serve in the dual roles of discoverers and interpreters of information.[17] Specifically, academic research shows that one of the most important roles of security analysts is to interpret corporate disclosures.[18] In interpreting the disclosures, analysts consider the publicly available information. For example, Chen et al. noted that:

> The **usefulness of analyst research potentially derives from two sources:** the discovery of private information and **interpretation of public information** (*e.g.*, Ivkovic and Jegadeesh, 2004; Asquith et al., 2005).[19]

10. Similarly, Huang et al. note that:

> As information intermediaries, **analysts can provide value to investors in two ways:** First, through their private research efforts, they collect and generate information that is otherwise not readily available to investors; **second, they could facilitate investors' understanding of the existing public information by analyzing and clarifying it and by offering their own opinions on issues raised through public disclosures**.[20]

11. Given analysts' role in analyzing and clarifying existing public information, including disclosures made by the Company and information from publicly available sources, it is my opinion that the publicly available information Dr. Shenkar cites regarding "pressure" on Apple's business in China would have been considered by analysts in forming their opinions on Apple's stock. In other words, the publicly available information sources cited in the Shenkar Report demonstrate that the market knew of pressure on Apple's business in China before the Conference Call. Therefore, these sources provide further support for my conclusion that "analysts, and by extension, the market did not understand Mr. Cook's Challenged Statement to say there was no

---

[17] *See*, for example, Asquith, Paul, Mikhail, Michael B., and Su, Andrea S., "Information Content of Equity Analyst Reports," *Journal of Financial Economics* 75, (2005) 245-282 ("Asquith et al."); Chen, Xia, Cheng, Qiang, and Lo, Kin, "On the Relationship Between Analyst Reports and Corporate Disclosures: Exploring the Roles of Information Discovery and Interpretation," *Journal of Accounting and Economics* 49, (2010) 206-226 ("Chen et al."); Livnat, Joshua and Zhang, Yuan, "Information Interpretation or Information Discovery: Which Role of Analysts do Investors Value More?," *Review of Accounting Studies* 17, (2012) 612–641 ("Livnat and Zhang") and Huang, Allen H., Lehavy, Reuven, Zang, Amy Y., and Zheng, Rong, "Analyst Information Discovery and Interpretation Roles: A Topic Modeling Approach," *Management Science* 64, (2018) 2833-2855 ("Huang et al.").
[18] *See*, for example, Asquith et al.; Chen et al.; Livnat and Zhang; Huang et al.
[19] Chen et al., p. 206 (emphasis added).
[20] Huang et al., pp. 2833-2834 (emphasis added).

pressure on Apple's business in China."[21] As I stated in the Trueman Report, given the market's knowledge of the pressure facing Apple's business in China, if analysts had interpreted Mr. Cook to say there was "no pressure" on China, as Plaintiff claims, analysts would have discussed that in their reports, which they did not. The fact that they did not do so, in my opinion, means that analysts and, by extension, the market did not perceive Mr. Cook to represent that there was "no pressure" on Apple's business in China.

12. Further, there is nothing in the Shenkar Report to cause me to change any of the opinions I expressed in the Trueman Report.

*************

My work is ongoing and my opinions are subject to revision based on new information, which subsequently may be provided to or obtained by me.

---

[21] Trueman Report, ¶ 27.

**Rebuttal Expert Report of Professor Brett Trueman, Ph.D.**

**Appendix A**
**Materials Considered**

- Expert Report of Oded Shenkar in this matter dated April 27, 2022

Confidential -9-