# EXHIBIT 9

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE APPLE INC. SECURITIES
LITIGATION

Civil Action No. 4:19-cv-02033-YGR

**Expert Rebuttal Report of Carlyn R. Taylor**

Carlyn R. Taylor.

June 10, 2022

**HIGHLY CONFIDENTIAL UNDER THE STIPULATED PROTECTIVE ORDER**

**Highly Confidential**

**TABLE OF CONTENTS**

I.      QUALIFICATIONS .................................................................................................. 1

II.     ASSIGNMENT ........................................................................................................ 3

III.    SUMMARY OF OPINIONS .................................................................................... 4

IV.     APPLE CONSIDERED A BROAD RANGE OF INFORMATION IN
        ARRIVING AT ITS REVENUE GUIDANCE ON NOVEMBER 1, 2018 .................... 5

        A.    Apple's Revenue Guidance Synthesized Forecasts Prepared By Different
              Divisions ........................................................................................................ 6

        B.    Apple Monitored Numerous Sources For Relevant Inputs .................................. 9

        1.    Apple Relied Heavily Upon Sales Trends ............................................................ 9

        2.    Apple Considered a Wide Range of Additional Data Sources ............................ 10

        C.    Information Collected As Part of the Forecasting Process Was Aggregated
              and Funneled ................................................................................................ 12

        D.    Apple Analyzed the Information It Collected to Generate Revenue
              Guidance ...................................................................................................... 14

        E.    Apple Revised Its Guidance Downwards To Reflect Information It Was
              Seeing In The Last Two Weeks Of October ......................................................... 15

        F.    Apple's Forecasting Process Was Reliable ........................................................ 17

V.      DR. SHENKAR MISINTERPRETS APPLE'S DATA ................................................. 18

        A.    Retail Store Traffic and Online Traffic Are Imprecise Measures of
              Demand .......................................................................................................... 18

        B.    The Reduction in Production Did Not Mean that Apple Expected iPhone
              XR Sales to Fall Below Guidance .................................................................... 19

        C.    Dr. Shenkar's Understanding of the Significance of Early Sales of the
              iPhone XR is Incorrect ................................................................................... 21

        D.    Dr. Shenkar Incorrectly Relies Upon Evidence of Forecasted iPhone Unit
              Sales in Greater China .................................................................................... 25

        E.    Channel Partners Requesting Shipment Stops Were Not Reliable Signals
              of Consumer Demand ...................................................................................... 26

        F.    Macroeconomic Conditions Are Not Always Correlated With Demand for
              Apple Products ............................................................................................... 28

VI.     CONCLUSION ...................................................................................................... 28

## I.    QUALIFICATIONS

1.        I am a Senior Managing Director in the Corporate Finance Group of FTI Consulting, Inc. ("FTI"), a publicly traded financial and economic consulting firm that employs over 6,900 professionals. I am the Global Co-Leader of the Corporate Finance and Restructuring segment, leader of the Business Transformation practice, and a member of FTI Consulting's global Executive Committee, which is the governing body for the entire firm. I have 29 years of experience leading hundreds of engagements involving strategy, business transformation, restructuring and transaction-related services and am widely recognized for my industry expertise in telecom, media and technology ("TMT") companies. I have M.A. and B.S. degrees in Economics from the University of Southern California, where I graduated as the University Valedictorian. I am a Certified Public Accountant with an Accredited Business Valuation certification from the AICPA. I am also a licensed investment banker with Series 7, 24, 63, and 79 licenses from FINRA, and I serve as Chairperson of FTI Capital Advisors, an investment banking subsidiary of FTI Consulting. I specialize in consulting primarily to companies and their investors in the telecommunications and media industries. I have worked on approximately 500 engagements involving a broad range of telecom companies, including wireless companies (cellular, PCS, spectrum, fixed wireless, and Wi-Fi), wireline companies of all types (including Local Exchange Carriers ("LECs"), local and long-distance service providers, and fiber, subsea cable, broadband and internet connectivity companies), data centers, telecom equipment manufacturers, and satellite communications companies.

2.        In addition to transaction experience, my work often involves strategy and business plan development, operational performance improvement consulting, merger integration consulting, restructuring, and valuation. I have extensive experience in preparing, reviewing, analyzing, and opining on financial forecasts of companies. There are several elements to my

1

**Highly Confidential**

experience in company forecasts. First, I have worked on approximately 170 M&A or balance sheet transactions involving over $250 billion of total capital, all of which involved preparing and/or analyzing and opining on financial forecasts. Second, in my role as CEO and then Chairperson of FTI Capital Advisors from 2007 to the present, I serve on the Opinion Committee, which involves the issuance of fairness and solvency opinions for both private and public companies. FTI Capital Advisor's Opinion Committee considers anywhere from five to 15 opinions a year, a pace which we have experienced since approximately 2015. All of these engagements involve extensive review of financial forecasts and the resulting valuations of those companies. Third, in my Business Transformation engagements, I have worked with dozens of companies over a 20+ year period on their financial forecasting and data analytics processes, including through a specific service offering FTI has called Office of the CFO, where we assist companies in defining and refining their financial forecasting processes, their financial reporting processes and controls, and their processes for setting guidance for investors. Finally, as both the leader of the largest business segment at FTI, a public company, and a member of the Board of Directors and the Audit Committee of Flowserve Corporation, both of which are NYSE-traded public companies, I am extensively involved in the guidance setting process and/or have oversight of that process as a board member. I have also just been named to the board of a second public company, Hain Celestial, where I am also serving on the Audit Committee, which has oversight of the guidance setting process.

3.    I have also spoken at conferences on telecommunications industry issues and have authored six articles. I have served as an expert witness on issues concerning the telecommunications industry. I have attached as **Appendix A** a copy of my curriculum vitae.

**Highly Confidential**

4.      FTI charges $1,125 per hour for my time in this matter and I have been assisted by staff members of FTI who have worked under my direction. I have no financial interest in the outcome of this litigation and my compensation is not contingent on reaching any particular opinion.

## II.   ASSIGNMENT

5.      I have been retained by attorneys from Orrick, Herrington & Sutcliffe LLC in connection with *In re Apple Securities Litigation* to analyze and, where appropriate, respond to the expert report filed by Dr. Oded Shenkar ("the Shenkar Report"). I understand that the issues in this case center on a statement made by Tim Cook, CEO of Apple Inc. ("Apple") during an earnings call on November 1, 2018:

> Question:
> …Tim, there has been some real deceleration in some of these emerging markets, partly driven by some concerns around some of the rules the administration is contemplating and partly driven by things that are more specific to China, for instance, like some of the regulations around gaming. So can you talk about how you see the trajectory there for the business and what you think of the initiatives of some companies like Netflix and Fortnite trying to bypass the App Store around subscriptions and I have a follow up.

> Answer (by T. Cook):
> Sure. Great question. Starting with emerging markets. The emerging markets that we're seeing pressure in are markets like Turkey, India, Brazil, Russia. These are markets where currencies have weakened over the recent period. In some cases, that resulted in us raising prices and those markets are not growing the way we would like to see. To give you a perspective in [] some detail, our business in India in Q4 was flat. Obviously, we would like to see that be a huge growth. Brazil was down somewhat compared to the previous year. And so I think, or at least the way that I see these, is each one of the emerging markets has a bit of a different story, and I don't see it as some sort of issue that is common between those for the most part.

> **<u>In relation to China specifically, I would not put China in that category</u>**. Our business in China was very strong last quarter. We grew 16%, which we're very happy with. iPhone in particular was very strong, very strong

**Highly Confidential**

double-digit growth there. Our other products category was also stronger, in fact, a bit stronger than even the overall company number."[1]

## III.    SUMMARY OF OPINIONS

6.      The Shenkar Report consists of a list of allegedly negative signals about consumer demand for iPhone sales in China in the months and years leading up to Apple's earnings call on November 1, 2018. But the Shenkar Report contains no organizing framework for understanding the evidence that Dr. Shenkar cites. Dr. Shenkar does not describe or analyze Apple's forecasting process, and he does not address whether the allegedly negative information he cites was already incorporated into Apple's guidance. Moreover, he largely focuses on relatively imprecise evidence for assessing consumer demand over the quarter—such as early indications of orders of the iPhone XR—and disregards the more significant data reflected in customer activations of iPhones (also known as "unbrickings").

7.      Below I describe Apple's forecast process and explain that it was extensive, robust, and has been historically reliable. I also explain that the various pieces of evidence cited by Dr. Shenkar in relation to what Apple knew about the iPhone XR launch were reasonably understood by Apple to be imprecise indicators of consumer demand for the iPhone XR. I explain my opinions in more detail below.

8.      A list of the documents I have considered is attached as **Appendix B**. The opinions I express in this report are based on the information I have reviewed to date. Should additional information come to light that bears on the opinions I express in this report, I reserve the right to amend or supplement my opinions.

---

[1] Apple Inc. (AAPL) Q4 2018 Earnings Call, November 1, 2018 Bloomberg Transcript (emphasis added).

Highly Confidential

## IV.   APPLE CONSIDERED A BROAD RANGE OF INFORMATION IN ARRIVING AT ITS REVENUE GUIDANCE ON NOVEMBER 1, 2018

9.    Forecasting involves making predictions about future levels of key variables based on past and present data.[2] There are, broadly, two accepted ways of generating forecasts: *quantitative* forecasts that use a combination of historical data and an assessment of causal factors that might affect future sales and *qualitative* forecasts that survey experts and key employees.[3] As I explain below, Apple principally used a quantitative forecast method that relied significantly upon the number of "unbrickings"[4] of iPhones in combination with a broad range of other factors that might potentially affect, or be correlated with, future sales.

10.    Apple's forecasting process was used to generate the guidance Apple provided to investors. On Apple's November 1, 2018 earnings call, Mr. Cook provided revenue guidance for the company, stating:

> As we move ahead into the December quarter, I'd like to review our outlook, which includes the types of forward-looking information that Nancy referred to at the beginning of the call. We have the strongest lineup ever as we enter the holiday season and we expect revenue to be between [$89 billion] and [$93 billion], a new all-time record.[5]

11.    As I explain below, Apple's forecasting process was wide-ranging, thorough, historically reliable, and gave consideration to the types of negative information cited in the Shenkar Report.

---

[2] Mary Drane and Hamid Faramarzi, Introductions to Operations Management, available at https://pressbooks.senecacollege.ca/operationsmanagement/chapter/forecasting/ [last accessed on May 26, 2022].
[3] *Ibid.*
[4] Kevan Parekh, Apple's 30(b)(6) witness, explains that Apple believes that the most relevant metric for determining consumer demand is to look at when a customer actually activates an iPhone device. This is referred to as an unbricking of the device. Apple believes this to be a superior metric than sales data (whether measured as Apple sales to channel partners or sales to a customer). 30(b)(6) Deposition of Kevan Parekh, March 10, 2021, pp. 296-297.
[5] Apple Inc. (AAPL) Q4 2018 Earnings Call, November 1, 2018 Bloomberg Transcript.

Highly Confidential

### A. Apple's Revenue Guidance Synthesized Forecasts Prepared By Different Divisions

12.    One method of gaining accuracy in a forecast is to combine forecasts that were separately generated. Apple's revenue guidance in 2018 was developed from forecasts prepared separately by teams headed by Donal Conroy, who was Senior Director of Operations Finance,[6] and Kevan Parekh, who headed the Sales Finance division. These forecasts were reconciled, then reviewed, adjusted, and converted to dollars by the Financial Planning & Analysis ("FP&A") group.[7]

13.    At Apple, Mr. Conroy held multiple positions in finance, including as a member of the Operations Finance team where he helped manage procurement activities, component suppliers, and contract manufacturers, while negotiating pricing and securing supply.[8] Mr. Conroy later moved to a more senior management role on the Operations team. His teams were responsible for global supply and demand, global logistics, operations and fulfillment for retail stores, a machine learning team that focused on reducing transactional fraud, and a team responsible for business process reengineering and improving operational efficiency.[9] Mr. Conroy had frequent meetings with Apple's CEO (Mr. Cook) and Luca Maestri.[10] He reported to the Chief Operating Officer, Jeff Williams.[11]

14.    Broadly, Mr. Conroy's team made two sets of forecasts: (1) a set of longer range forecasts relating to supply chain and production and (2) a shorter range forecast of unit sales that was used for financial planning.[12] The supply chain forecast generally began six to nine

---

[6] 30(b)(6) Deposition of Donal Conroy, March 15, 2021, pp. 17-18.
[7] 30(b)(6) Deposition of Kevan Parekh, March 10, 2021, pp. 317-319.
[8] 30(b)(6) Deposition of Donal Conroy, March 15, 2021, p. 18.
[9] 30(b)(6) Deposition of Donal Conroy, March 15, 2021, p. 23.
[10] 30(b)(6) Deposition of Donal Conroy, March 15, 2021, pp. 26-27.
[11] 30(b)(6) Deposition of Donal Conroy, March 15, 2021, p. 25.
[12] 30(b)(6) Deposition of Donal Conroy, March 15, 2021, p. 30.

Highly Confidential

months prior to a product launch.[13] These were complex forecasts, spanning different manufacturers and products.[14] The forecasts sent to suppliers were a deliberate over-estimate of what Apple believed it would eventually sell because Apple did not know beforehand which of the different models of iPhones customers would eventually settle on and it wished to have available enough iPhones to meet unanticipated customer demand.[15] As explained by Mr. Conroy:

> One phase is a long-term forecast many, many months, maybe six to nine months, prior to a product being launched; and -- and in those cases for the iPhone, we have a large range of answers, as we call it, meaning we don't know what the answer is going to be, and specifically we don't know which phone -- like which iPhone our customers are going to pick, and therefore we have a large range and, therefore, generally we ensure we have enough, what we call, buffer in the forecast for our supply base to ensure we can account for places where we don't know which product the customer is going to decide.
>
> The net of that means that the sum of our supply chain forecast is significantly higher than we think it's likely we will need, but we have to do that because we want to make sure we can protect the [upside], and we're not sure which products are going to be successful.[16]

15.     Apple expected, in other words, that the demand for certain iPhone models could vary from initial estimates and asked its suppliers to produce iPhones at a level that was "significantly higher" than it would end up needing.

---

[13] 30(b)(6) Deposition of Donal Conroy, March 15, 2021, p. 31.
[14] 30(b)(6) Deposition of Donal Conroy, March 15, 2021, p. 110. ["each product has an MPS [Master Production Schedule] or…a forecast of what we want the supply chain to build in the MPS. Based on the allocation of business that…we've done…we now know at the site level which phone is going to be built at which sites for which regions. So as you can imagine, it's an incredibly complex beast. We have the contract manufacturers, but they have multiple sites. Some of those sites build products for certain regions because we try to simplify the product. If they're building multiple regions, it can get very complex."].
[15] *See* Stephen N. Chapman, The Fundamentals of Production Planning and Control, *Pearson Prentice-Hall*, 2006, p. 61.
[16] 30(b)(6) Deposition of Donal Conroy, March 15, 2021, p. 31.

7

**Highly Confidential**

16.     Mr. Conroy's team also made a second forecast of units that would be sold. This forecast had a shorter time horizon, one to two quarters out based on trends his team was seeing.[17] This forecast relied primarily upon unbrickings data.[18]

17.     Mr. Parekh previously directed Apple's Products Finance team and held roles within Engineering Finance, the Internet Services Finance Group, and the Market Research team.[19] As of Q1 FY2019, Mr. Parekh led the Sales and Marketing Finance teams reporting to the CFO and had regular communications and meetings with the CEO and other senior leaders.[20]

18.     Mr. Parekh's team also prepared a forecast of unit sales similar to the forecast made by Mr. Conroy's team. Mr. Parekh's forecast, too, relied heavily upon unbrickings data. After generating separate forecasts, the two of them worked together to arrive at a composite forecast range for unit sales.[21] They collaborated, debated, and aligned their views.[22]

19.     Their combined unit forecasts would then be sent to the FP&A group, where they were converted into a revenue and sales/dollar forecast. The FP&A group converted the forecast units into dollars, accounted for exchange rates, considered macroeconomic factors, and added service revenues.[23] This forecast was an input into guidance ranges during earnings calls.[24]

---

[17] 30(b)(6) Deposition of Donal Conroy, March 15, 2021, p. 32.
[18] 30(b)(6) Deposition of Donal Conroy, March 15, 2021, p. 67.
[19] 30(b)(6) Deposition of Kevan Parekh, March 10, 2021, pp. 207-209.
[20] 30(b)(6) Deposition of Kevan Parekh, March 10, 2021, pp. 213, 215; Deposition of Kevan Parekh, March 8, 2022, pp. 128-129.
[21] 30(b)(6) Deposition of Donal Conroy, March 15, 2021, p. 32.
[22] 30(b)(6) Deposition of Donal Conroy, March 15, 2021, p. 32.
[23] 30(b)(6) Deposition of Kevan Parekh, March 10, 2021, pp. 317-319.
[24] 30(b)(6) Deposition of Donal Conroy, March 15, 2021, pp. 37-38.

Highly Confidential

### B.  Apple Monitored Numerous Sources For Relevant Inputs

20.     Apple collected data from a wide range of sources, including sales trend data,[25] data from employees who monitored conditions in different countries and geographic regions,[26] including China, from customers,[27] from suppliers,[28] from news articles,[29] and from third party market research firms.[30] I discuss unbrickings data, one of the principal sources of sales trend data, in the next section.

#### 1.  Apple Relied Heavily Upon Sales Trends

21.     One of the principal inputs into the unit forecasts made by Apple was recent sales trends. This is a common and widely accepted method of forecasting sales:

> Time-series forecasts are among the most commonly used for forecasting packages linked to product demand forecasts. They all essentially have one common assumption. That assumption is that past demand follows some pattern, and that if that pattern can be analyzed it can be used to develop projections for future demand, assuming the pattern continues in roughly the same manner.[31]

> When one has ample sales data, it is often sufficient merely to extrapolate the trend. Extrapolation of the historical sales trend is common in firms.[32]

22.     Apple considered several different sources of information for recent sales trends. The first source of information was unbrickings data. As noted above, an unbricking refers to the moment a customer activates a phone. According to Mr. Parekh, Apple "…get[s] a sense of

---

[25] 30(b)(6) Deposition of Kevan Parekh, March 10, 2021, pp 291-296.
[26] 30(b)(6) Deposition of Kevan Parekh, March 10, 2021, pp. 212-213.
[27] Deposition of Kevan Parekh, March 8, 2022, pp. 191-192.
[28] 30(b)(6) Deposition of Donal Conroy, March 15, 2021, pp. 126-127.
[29] 30(b)(6) Deposition of Kevan Parekh, March 10, 2021, p. 313.
[30] 30(b)(6) Deposition of Kevan Parekh, March 10, 2021, p. 247.
[31] Stephen N. Chapman, The Fundamentals of Production Planning and Control, *Pearson Prentice-Hall*, 2006, p. 23.
[32] J. Scott Armstrong, "Sales Forecasting," Scholarly Commons, University of Pennsylvania, 1999, p. 4, available at https://repository.upenn.edu/marketing_papers/237/ [last accessed June 9, 2022]. *See also,* Mary Drane and Hamid Faramarzi, Introductions to Operations Management, available at https://pressbooks.senecacollege.ca/operationsmanagement/chapter/forecasting/ [last accessed on May 26, 2022].

Highly Confidential

demand because we get a signal that pings our database when a phone is activated or turned on. It's called an [unbricking]."[33]

23.     Apple also had available other sales measures that it monitored but believed to be generally less relevant than unbrickings data. One was known as the "sell through" of inventory and referred to how fast inventory was being depleted. This could be inventory at partner channels, inventory that Apple owned (that it had purchased from suppliers) and supplier-owned inventory (inventory owned by suppliers but not yet sold to Apple).[34] Mr. Conroy's team would prepare reports predicting the levels of sales based on these inventory levels.[35] Another metric Apple monitored was sales to channel partners. This measured the number of units sold by Apple to a channel partner.[36] While sales to channel partners are normally considered a traditional measure of sales, Apple believed that such sales were not a true reflection of end user demand: sales by Apple to channel partners was not yet a sale to an end *consumer*.[37] Of these various measures, Apple considered unbrickings data to be the best measure of consumer demand.[38]

24.     Apple actively monitored unbrickings. Daily unbricking reports would go to Mr. Conroy, Mr. Parekh, and some of their management and partner teams.[39]

### 2.   Apple Considered a Wide Range of Additional Data Sources

25.     Besides the sales data reflected in unbrickings, Apple also considered a broad range of other data. Some of the other inputs included:

---

[33] 30(b)(6) Deposition of Kevan Parekh, March 10, 2021, p. 297.
[34] 30(b)(6) Deposition of Donal Conroy, March 15, 2021, pp. 120-121.
[35] 30(b)(6) Deposition of Donal Conroy, March 15, 2021, pp. 142-143.
[36] A channel partner is a firm that buys Apple products and resells them to the public. China Mobile and China Unicom are examples of channel partners. Deposition of Kevan Parekh, March 8, 2022, p. 170. Apple also refers to channel partners as reseller partners. *See, e.g.* 30(b)(6) Deposition of Kevan Parekh, March 10, 2021, pp. 287-289.
[37] 30(b)(6) Deposition of Donal Conroy, March 15, 2021, p. 60.
[38] *Ibid.*
[39] 30(b)(6) Deposition of Donal Conroy, March 15, 2021, p. 64. Mr. Maestri may have received weekly unbricking summaries instead of daily reports.

Highly Confidential

- iPhone product features/strengths.[40]
- Launch timing and structure.
- Product mix assumptions.[41]
- Variations in consumer preferences by market.[42]
- Pricing of competitors, trends in pricing and positioning of competitive products.[43]
- Market share information. Apple did its own internal research as well as consulted research from external firms.[44]
- Holidays/special events. (Singles' Day (November 11), Black Friday (November 23), and Christmas (December 25)).[45]
- Apple has a government affairs team monitoring possible policy changes in countries around the world.[46]
- Macroeconomic factors such as GDP and consumer confidence.[47]
- Store traffic.[48]

26.     This is not meant to be an exhaustive list. It is widely understood that companies, particularly large companies like Apple, have a vast amount of what is known as "institutional knowledge." This includes knowledge codified in written documents as well as what is known as "implicit knowledge," which consists of the personal skills, relationships, knowledge, intuitions and experience of employees.[49] As Mr. Parekh noted, Apple considered a wide range of data.[50]

27.     This point is not in dispute. Dr. Shenkar agrees that Apple had a thorough and robust policy of collecting information from a wide range of sources.[51]

---

[40] Deposition of Kevan Parekh, March 8, 2022, p. 183.
[41] Deposition of Kevan Parekh, March 8, 2022, pp. 187-188.
[42] 30(b)(6) Deposition of Kevan Parekh, March 10, 2021, pp. 262-263, 266-267.
[43] 30(b)(6) Deposition of Kevan Parekh, March 10, 2021, pp. 255-256.
[44] 30(b)(6) Deposition of Kevan Parekh, March 10, 2021, pp, 213, 246-247.
[45] 30(b)(6) Deposition of Kevan Parekh, March 10, 2021, p. 469.
[46] 30(b)(6) Deposition of Kevan Parekh, March 10, 2021, p. 390.
[47] 30(b)(6) Deposition of Kevan Parekh, March 10, 2021, pp. 308-309.
[48] Deposition of Kevan Parekh, March 8, 2022, pp. 191-192.
[49] Lillian Gassie, "Managing Institutional Knowledge," August 18, 2017, available at https://www.ifla.org/files/assets/services-for-parliaments/preconference/2017/l_gassie_managing-institutional-knowledge.pdf [last accessed June 9, 2022].
[50] 30(b)(6) Deposition of Kevan Parekh, March 10, 2021, p. 252. [T]here's lots of inputs that go into our sales forecasting process."].
[51] *See*, *e.g.*, Shenkar Report, Summary of Opinions.

**Highly Confidential**

### C. Information Collected As Part of the Forecasting Process Was Aggregated and Funneled

28.     In 2017, Apple made 27 products with more than 200 different versions, including 58 versions of the iPhone.[52] Apple sells to well over 100 countries.[53] The information collected by Apple in the process of conducting its operations, marketing and research activities, including the information collected by Mr. Conroy's and Mr. Parekh's teams, was extensive and spread across their many team members. Mr. Parekh, for instance, explained that he had 15 to 16 people working on market research alone.[54] The process of collecting and analyzing this information necessarily involves summarizing it as it flows up the management hierarchy. It is not possible for someone at the top of an organization to have, at the same level of detail, the same knowledge of all the organization's employees. As stated by academic researchers Jensen and Meckling: "The limited capacity of the human mind and the costs of producing and transferring knowledge mean that knowledge relevant to all decisions can never be located in a single individual or body of experts."[55]

29.     Nor is it preferable for someone at the top of an organization to be informed of every piece of information known to their subordinates. CEOs of very large, publicly traded companies have enormous demands on their time, which must be used wisely:

> Running a large global company is an exceedingly complex job. The scope of the organization's managerial work is vast, encompassing functional agendas, business unit agendas, multiple organizational levels, and myriad external issues. It also involves a wide array of constituencies—shareholders, customers, employees, the board, the media, government, community

---

[52] Alex Webb, "Does Apple Now Make Too Many Products?" *Financial Review*, May 12, 2017, available at https://www.afr.com/technology/does-apple-now-make-too-many-products-20170512-gw34rz#:~:text=Now%2C%20under%20Cook's%20leadership%2C%20the,more%20than%20200%20different%20versions [last accessed May 31, 2022].

[53] Jack Linshi, "Why U.S. Sanctions Mean Some Countries Don't Get any iPhones," *Time Magazine*, October 16, 2014, available at https://time.com/3502453/apple-iphone-sanction-tech/ [last accessed May 31, 2022].

[54] 30(b)(6) Deposition of Kevan Parekh, March 10, 2021, pp, 212-213.

[55] Michael Jensen and William Meckling, "Specific and General Knowledge, and Organizational Structure," *Journal of Applied Corporate Finance*, 1995, 8(2), pp. 4-18 at p. 17.

**Highly Confidential**

organizations, and more. Unlike any other executive, the CEO has to engage with them all. On top of that, the CEO must be the internal and external face of the organization through good times and bad…

…CEOs must avoid trying to do too much themselves. It just isn't possible for them to make or even ratify most decisions directly. Instead, effective CEOs put in place well-designed structures and processes that help everyone else in the organization make good choices.[56]

30.     Testimony from Apple witnesses provides some concrete examples of the fact that it is not possible or preferable for CEOs to be aware of all the detailed information known by their subordinates. Mr. Conroy explains that Mr. Cook was not always aware of, for example, changes to the production schedule.

Q. What about for -- what about Mr. Cook? Would he -- would adjustments to the signal for iPhone production be reviewed by Mr. Cook before being sent out?

A. In 2018 and now, generally, no. We may give him a heads-up because, as you see, every time we adjust the manufacturing production schedule, people make ill-considered conclusions about our demand in the press. And we generally would like to give him a heads-up before he reads it in the press, if it's significant.[57]

31.     Mr. Parekh confirmed that he often decides how, for example, to utilize market share data to determine sales forecasts. Mr. Cook might challenge Mr. Parekh's assumptions but has typically accepted Mr. Parekh's recommendation about how best to incorporate market share data into sales forecasts. Asked whether Mr. Cook accepts his recommendations, Mr. Parekh responded that he does: "…he's accepted them for several quarters now [and did so in 2018]. So we have a pretty robust process around [that] analysis."[58]

---

[56] Michael E. Porter and Nitin Nohria, "How CEOs Manage Time," *Harvard Business Review*, July-August 2018, available at https://hbr.org/2018/07/how-ceos-manage-time [last accessed June 1, 2022].
[57] 30(b)(6) Deposition of Donal Conroy, March 15, 2021, p. 114.
[58] 30(b)(6) Deposition of Kevan Parekh, March 10, 2021, p. 254.

**Highly Confidential**

32.    The natural flow of information in a complex environment like Apple's necessarily results in information being pruned, assimilated, and aggregated as it flows within Apple. For these reasons, whether any particular piece of information was known by a particular person in upper management can only be determined as a factual matter.

**D.  Apple Analyzed the Information It Collected to Generate Revenue Guidance**

33.    Apple did not have a specific formula or algorithm for weighing and incorporating all of the data that it was collecting. It used its judgment to arrive at a meaningful and reliable forecast. This is a standard approach.[59]

34.    As explained by Mr. Parekh:

> Yeah, there is no specific formula where those metrics [GDP and consumer confidence] are put into an algorithm and pop out an outcome. There are factors that we take into consideration. There is judgment that we use on our process, and so, again, there is not a specific algorithm where we take those metrics and spit out an outcome.[60]

35.    Apple gave the most weight to unbrickings data. Mr. Parekh explained that unbrickings data was generally a better indicator of end consumer demand than other sources of information:

> …but we look at our actual sales performance as a better indicator. GDP is very broad macroeconomic indicator, as you know, so…"[61]

36.    Academic researchers have recognized that macroeconomic variables may not, under normal circumstances, provide additional forecasting accuracy, and thus, may not make sense to incorporate into a formal model:

> Econometric models…can incorporate the effects of marketing mix variables as well as variables representing key aspects of the market and the

---

[59] Mary Drane and Hamid Faramarzi, Introductions to Operations Management, available at https://pressbooks.senecacollege.ca/operationsmanagement/chapter/forecasting/ [last accessed on May 26, 2022]. This textbook describes that forecasts may rely on the use of sales trends, demand patterns, and the analysis of causal factors.
[60] 30(b)(6) Deposition of Kevan Parekh, March 10, 2021, p. 317.
[61] 30(b)(6) Deposition of Kevan Parekh, March 10, 2021, p. 311.

**Highly Confidential**

environment. Econometric methods are appropriate when one needs to forecast what will happen using different assumptions about the environment or different strategies. Econometric methods are most useful when (1) strong causal relationships with sales are expected; (2) these causal relationships can be estimated; (3) large changes are expected to occur in the causal variables over the forecast horizon; and (4) these changes in the causal variables can be forecast or controlled, especially with respect to their direction. If any of these conditions does not hold (which is typical for short-range sales forecasts), then **econometric methods should not be expected to improve accuracy**.[62]

37.     In short, Apple relied on unbrickings data as the best signal of consumer demand and trends in unbrickings data, supplemented with many other data inputs, some of which are listed above, could be used to generate reasonably reliable forecasts of revenue guidance that could be provided to investors.

### E. Apple Revised Its Guidance Downwards To Reflect Information It Was Seeing In The Last Two Weeks Of October

38.     During the last two weeks of October 2018, Apple revised downwards its guidance due to revisions in the number of iPhones it expected to sell. On October 16, 2018, under its "Current Likely" scenario, Apple expected to sell 76,297,000 iPhones on a sell-in basis for Q1 FY2019 and have total revenue of $96.172 billion;[63] on October 26, 2018, under its "Current Likely" scenario, Apple reduced its expected sales of iPhones to 73,188,000 units and its total expected revenue to $93.186 billion;[64] and on November 1, 2018, the number of iPhone units Apple expected to sell was reduced to 70,567,000 units and total revenue was expected to be $90.678 billion.[65] Apple made these reductions in order to "de-risk" its forecast—in order to be in a position later to exceed the forecast.[66] Apple witnesses described taking into account the various signals they had seen with respect to the iPhone XR and incorporating it into the

---

[62] J. Scott Armstrong, "Sales Forecasting," Scholarly Commons, University of Pennsylvania, 1999, p. 4, available at https://repository.upenn.edu/marketing_papers/237/ [last accessed June 9, 2022].
[63] Guidance P&L 10-16. APL-SECLIT_00128526.
[64] Guidance P&L 10-26. APL-SECLIT_00129059.
[65] Guidance P&L 11-1 V2. APL-SECLIT_00284951.
[66] Deposition of Kevan Parekh, March 8, 2022, pp. 19, 206.

Highly Confidential

forecast. Mr. Parekh, for example, described how he took the iPhone XR launch data into account and incorporated it into the forecast in the October 26, 2018 email he sent to Mr. Cook, Mr. Conroy and Ms. Saori Casey:

> But we, again, took into consideration the data points that we had very early in the launch cycle knowing that the XR was a product people would have to go see.
>
> And we had lots of selling weeks left in addition to some pretty meaningful holidays, you know, 11/11, Singles' Day in China, Black Friday in the US, Christmas holiday seasonality.
>
> So again, I would say we had stats on early start, and it had maybe come out as an early start that was slower. I believe, that was referenced in some documents. But it didn't mean that we couldn't hit our forecasts.
>
> We were optimistic that we could take action and actually, as the customers saw the product, given the reviews that the product could do a lot better over time.[67]

39.     Mr. Maestri explained that the "muted launch of the XR" was incorporated into the $89 to $93 billion revenue guidance Apple provided.[68] Mr. Cook testified that:

> What we did was reduce our forecast and our guidance because of all that we knew in those first few days of selling of the XR. So we lowered the forecast substantially because of that to incorporate everything that we knew prior to the call.[69]

40.     Dr. Shenkar refers to various emails and other documents discussing problems with the iPhone XR launch but does not mention any of these downward revisions and has not provided any analysis or other evidence showing that the problems he cites were not already incorporated into the guidance Apple provided.

---

[67] *See* Deposition of Kevan Parekh, March 8, 2022, pp. 181-182 and pp. 177-184 for a more general discussion.
[68] Deposition of Luca Maestri, February 25, 2022, pp. 233-234.
[69] Deposition of Timothy D. Cook, February 9, 2022, pp. 224-225.

Highly Confidential

### F. Apple's Forecasting Process Was Reliable

41.    In **Table 1** below, I compare the revenue guidance Apple communicated to investors to the actual revenues it realized for each fiscal quarter going back to the first fiscal quarter of 2014. Throughout this period, prior to the first fiscal quarter of 2019, Apple's actual revenues were generally accurate and had never fallen below the low end of the revenue guidance Apple had provided.

### Table 1[70]

| Apple's Fiscal Quarter | Revenue Guidance (Low) | Revenue Guidance (Midpoint) | Revenue Guidance (High) | Actual Revenues | Actual to Midpoint |
|---|---|---|---|---|---|
| 1Q2014 | 55 | 57 | 58 | 57.59 | 1.9% |
| 2Q2014 | 42 | 43 | 44 | 45.65 | 6.2% |
| 3Q2014 | 36 | 37 | 38 | 37.43 | 1.2% |
| 4Q2014 | 37 | 39 | 40 | 42.12 | 9.4% |
| 1Q2015 | 63.5 | 65 | 66.5 | 74.60 | 14.8% |
| 2Q2015 | 52 | 54 | 55 | 58.01 | 8.4% |
| 3Q2015 | 46 | 47 | 48 | 49.61 | 5.6% |
| 4Q2015 | 49 | 50 | 51 | 51.50 | 3.0% |
| 1Q2016 | 75.5 | 77 | 77.5 | 75.87 | -0.8% |
| 2Q2016 | 50 | 52 | 53 | 50.56 | -1.8% |
| 3Q2016 | 41 | 42 | 43 | 42.36 | 0.9% |
| 4Q2016 | 45.5 | 47 | 47.5 | 46.85 | 0.8% |
| 1Q2017 | 76 | 77 | 78 | 78.35 | 1.8% |
| 2Q2017 | 51.5 | 53 | 53.5 | 52.90 | 0.8% |
| 3Q2017 | 43.5 | 45 | 45.5 | 45.41 | 2.0% |
| 4Q2017 | 49 | 51 | 52 | 52.58 | 4.1% |
| 1Q2018 | 84 | 86 | 87 | 88.29 | 3.3% |
| 2Q2018 | 60 | 61 | 62 | 61.14 | 0.2% |
| 3Q2018 | 51.5 | 53 | 53.5 | 53.27 | 1.5% |
| 4Q2018 | 60 | 61 | 62 | 62.90 | 3.1% |
| *1Q2019* | *89* | *91* | *93* | *84.31* | *-7.4%* |

Apple's Historical Revenue Guidance ($ billions)

42.    Dr. Shenkar claims there were many negative trends during the quarters and years leading up to the November 1, 2018 earnings call, including saturation of the smartphone market, which he places in 2015, as well as deteriorating economic conditions in China. But over this period of time, and despite these negative trends claimed by Dr. Shenkar, Apple met its guidance while introducing several new iPhone models. The negative trends cited by Dr. Shenkar were

---

[70] Source: Bloomberg, L.P.

17

**Highly Confidential**

not, in other words, correlated with Apple's ability to meet its guidance. Apple had a historical track record of accurately incorporating market trends into its forecasts and guidance.

## V.     DR. SHENKAR MISINTERPRETS APPLE'S DATA

43.     Dr. Shenkar fails to acknowledge that Apple used a forecasting approach that explicitly relied upon past sales trends that incorporated data from unbrickings, supplemented with a wide range of other inputs.[71] As a result, his report overemphasizes the importance of relatively unimportant metrics and misses the significance of fundamental aspects of Apple's business, including Apple's use of unbrickings data.

### A. Retail Store Traffic and Online Traffic Are Imprecise Measures of Demand

44.     Dr. Shenkar cites retail store traffic as an important indicator of consumer demand.[72] Retail store traffic is collected by Apple but has known limitations. Store traffic data ("customer traffic in-store", "foot traffic") is primarily a measure of the number of people who have entered an Apple store.[73] Apple collects this data through sensors at store entrances.[74] Foot traffic does not measure unique visitors as people can enter, leave, and re-enter.[75] Nor does it distinguish between people who come in for service appointments or just to view products and those who intend to buy products.[76] Apple's channel partners do not always provide Apple with traffic information, making it an incomplete data input.[77] And the significance of foot traffic levels can vary over time, depending on the number of new products/models being introduced and other factors. In the past, for example, Apple had launched all of its new models

---

[71] Shenkar merely mentions "daily activation tracking" as one of several sources of data without acknowledging its importance. *See, e.g.*, Shenkar ¶115.
[72] Shenkar Report, ¶ 168.
[73] A few channel partners also provided data. 30(b)(6) Deposition of Kevan Parekh, March 10, 2021, p. 287.
[74] 30(b)(6) Deposition of Kevan Parekh, March 10, 2021, pp. 272-273.
[75] *Ibid.*
[76] 30(b)(6) Deposition of Kevan Parekh, March 10, 2021, p. 282.
[77] 30(b)(6) Deposition of Kevan Parekh, March 10, 2021, p. 286.

Highly Confidential

simultaneously. The level of foot traffic under those circumstances could be expected to vary from the foot traffic in October 2018 when the iPhone XS and the XS Max had already been introduced and the iPhone XR had yet to launch.[78]

45.     For all these reasons, retail foot traffic must be analyzed with some caution. While customer traffic might under certain circumstances provide some additional insight into Apple's sales, it was normally used by Apple to determine its staffing and labor needs.[79]

46.     Dr. Shenkar also describes Apple's collection of data regarding online traffic to Apple and other vendors' websites.[80] But this metric is also imprecise as it measures visitors to Apple's website who might come for a variety of reasons unrelated to purchasing an iPhone. As noted by Mr. Parekh:

> We've asked for it from time to time [online traffic reports], just like the retail store traffic, but there's not, as far as I know, a regular distribution nor do we look at that as an important factor for our forecasting process, sales forecasting process.[81]

### B. The Reduction in Production Did Not Mean that Apple Expected iPhone XR Sales to Fall Below Guidance

47.     Dr. Shenkar draws a negative inference about Apple's expected iPhone XR sales from the fact that on October 31, 2018, Apple modeled out a Master Production Schedule ("MPS") reduction scenario in connection with discussions with a baseband supplier.[82] Apple did not actually reduce production on the iPhone XR until November 2, 2018.[83] In any event, the relationship between production and consumer demand is more nuanced than Dr. Shenkar acknowledges.

---

[78] Deposition of Kevan Parekh, March 8, 2022, p. 192.
[79] 30(b)(6) Deposition of Kevan Parekh, March 10, 2021, p. 278.
[80] Shenkar Report, ¶¶ 115, 140.
[81] 30(b)(6) Deposition of Kevan Parekh, March 10, 2021, p. 303.
[82] Shenkar Report, ¶171.
[83] APL-SECLIT_00162449-56.

**Highly Confidential**

48.     Apple built a significant buffer, or over-estimate, into its production levels to account for the fact that it (i) wanted to be sure it had enough product to sell to consumers, and (ii) was unsure which models/products/colors consumers would eventually want.[84] When Apple cut production levels on November 2, 2018, this served to reduce the buffer or cushion that had been built into the iPhone XR production. As Mr. Conroy explained, Apple was still protecting the high side of the expected iPhone XR sales but merely reducing the size of the buffer:

> This cut was us saying, hey, after, as we get more data with launch, we generally shrink the size of that buffer. And in this case, we were shrinking the size of the buffer on XR…The last point I would make on it, Shawn, is after this cut, we were still protecting a very high number on the XR.[85]

49.     One of the reasons for the buffer is that it can be difficult for Apple to get more production in a short time.[86] The existence of this buffer means that reductions to the MPS cannot be used to infer that expected sales will fall commensurately with cuts to the MPS. Dr. Shenkar cites an Apple email to the effect that Apple contemplated cutting production levels by 10.5 million units on October 31, 2018, with the reduction being disproportionately applied to the iPhone XR.[87] A look at the underlying data shows that even after the actual cuts to the MPS on November 2, 2018—and after the cuts to the iPhone XR production specifically—Apple was still intending to produce more iPhone XR devices than in the upper estimate (the high case) of forecasted sales. Apple's MPS schedule from November 3, 2018 shows that iPhone production was to be reduced from 92.5 million units to 81.5 million units, a decline of 11.1 million.[88] Production of the

---

84 30(b)(6) Deposition of Donal Conroy, March 15, 2021, p. 31.
85 Deposition of Donal Conroy, February 21, 2022, pp. 38-39.
86 Deposition of Donal Conroy, February 21, 2022, p. 138.
87 Shenkar ¶171. Shenkar excerpts from an email from James Venter of Apple: "'10.5M MPS [Master Production Schedule] reduction' which was comprised of 'N84 [i.e. iPhone XR]: -9.5M, D3X [i.e., iPhoneXs and XS Max]: -1.0M'."
88 APL_SECLIT_00093902-3 at APL_SECLIT_00093902.

Highly Confidential

iPhone XR was to be cut 10.9 million units, to a new level of 30.0 million units.[89] The new level of iPhone XR production was still substantially in excess of the high case of forecasted sales of the iPhone XR, which was 26.4 million units.[90] Production cuts to the MPS, therefore, did not imply that Apple was reducing its forecast commensurately with the production cuts.

50.     Moreover, it was not unusual for Apple to make cuts to production levels:

Q.  And you declined to -- is it accurate that you declined to comment on any production cuts on or around this time?

A.  As I have every year that we've done that. It's not uncommon…[W]e try to protect for a high case always in our products, and at some point if we're not going to hit the high case we have to make some cuts from what people are expecting. Clearly, that's what we were doing here. We don't talk about that on the record to anybody any year, and it's happened many, many, many times.[91]

## C. Dr. Shenkar's Understanding of the Significance of Early Sales of the iPhone XR is Incorrect

51.     Dr. Shenkar cites evidence related to early pre-orders and early sales of the iPhone XR that supposedly indicated disappointing consumer acceptance of the iPhone XR. But this evidence was an unreliable indicator of consumer demand, and Dr. Shenkar has an overly simplistic view of the relationship between early sales and the eventual trajectory of consumer demand over the Q1 2019 fiscal quarter. Dr. Shenkar appears to assume that low initial sales and pre-orders necessarily means a lower eventual overall trajectory of sales. But different products can have different adoption curves. As noted by Everett Rogers in his classic book Diffusion of Innovations,

---

[89] APL_SECLIT_00093902-3 at APL_SECLIT_00093903.
[90] Guidance P&L 11-1 V2. APL_SECLIT_00284951. This can be found on line 56, which shows the upper range of sales of the iPhone XR on a sell-in basis.
[91] Deposition of Greg Joswiak, March 15, 2022, pp. 119-120.

**Highly Confidential**

> Most innovations have an s-shaped rate of adoption. But there is variation in the slope of the 's' from innovation to innovation; some new ideas diffuse relatively rapidly and the s-curve is quite steep. Another innovation may have a slower rate of adoption, and its s-curve will be more gradual, with a slope that is relatively lazy.[92]

52.    The difficulty of identifying the correct shape of the adoption curve has been recognized in the academic literature:

> Much attention has been given to the selection of the proper functional form to extrapolate early sales. The diffusion literature uses an S-shaped curve to predict new product sales. That is, growth builds up slowly at first, becomes rapid as word-of-mouth and observation of use spread, then slows again as it approaches a saturation level. A substantial literature exists on diffusion models. Despite this, the number of comparative validation studies is small and the benefits of choosing the best functional form seem to be modest[.][93]

53.    Simply put, one product may have a large number of early adopters, while another product may have a slower initial adoption rate.[94] In both cases, the adoption curves cannot be simply extrapolated from the initial level of sales. Apple witnesses spoke to the difficulty of specifying the adoption curve for a new model like the iPhone XR as well.

> In other words, we have many phones where the early data is poor and the subsequent achievement is fantastic. And we have other devices where the early data is an indicator of how it ends up. And the answer is, we're very careful not to overreact as a result because we're unsure what that might mean.[95]

54.    And, in fact, the iPhone XR ended up selling quite well.[96] In Q1 FY2019, the iPhone XR was the best-selling iPhone and had the most unbrickings.[97] In Q2 FY2019, the iPhone XR had more unbrickings than any other iPhone.[98]

---

[92] Everett M. Rogers, Diffusion of Innovations, 3rd Ed., *The Free Press*, 1983, p. 23.
[93] J. Scott Armstrong, "Sales Forecasting," Scholarly Commons, University of Pennsylvania, 1999, p. 9, available at https://repository.upenn.edu/marketing_papers/237/ [last accessed June 9, 2022] [citations omitted].
[94] Deposition of Donal Conroy, February 21, 2022, p. 95.
[95] Deposition of Donal Conroy, February 21, 2022, p. 94.
[96] Deposition of Greg Joswiak, March 15, 2022, p. 125. ["Ultimately, the iPhone XR did quite well…So over the course of time, it actually sold well."]
[97] Q1 2019 Earnings Call Binder (APL-SECLIT_00289512-66 at APL-SECLIT_00289565).
[98] APL-SECLIT_00082933-3105 at APL-SECLIT_00082933.

Highly Confidential

55.     I divide the early pre-orders and sales of the iPhone XR into three timeframes. First is the period beginning October 9, 2018, when channel partners were able to place advance orders.[99] Next is the period beginning October 19, 2018, when customers were first able to place pre-orders.[100] The final period begins on October 26, 2018, when the iPhone XR launched and customers could buy it.[101] Evidence from each of these periods was an unreliable indicator of the trajectory of consumer demand that could reasonably be expected for the iPhone XR.

56.     Beginning October 9, 2018, channel partners could place early orders for the iPhone XR. This was before consumers could place pre-orders, so these early orders represented orders from channel partners and cannot be considered meaningful indicators of end consumer demand.[102] Mr. Conroy, in response to questions about early channel partner orders, stated:

> And we're careful not to overreact to very early data, because we've known in the history of iPhone launches, that the relationship between the early data and the final demand of the product is not correlated.[103]

57.     Dr. Shenkar offers no analysis or framework for how to understand these early orders—orders that were not based on end-consumer demand.

58.     Beginning October 19, 2018, customers could place pre-orders.[104] They could place pre-orders on Apple's website and with certain, but not all, channel partners. Dr. Shenkar cites an Apple email to the effect that pre-orders from Apple channel partners were softer than had been expected.[105] But he does not mention that channel partners in China *did not take pre-orders*.[106] Hence, this evidence cannot be a signal of consumer demand in China.

---

[99] Deposition of Timothy D. Cook, February 9, 2022, pp. 106-107.
[100] Deposition of Timothy D. Cook, February 9, 2022, pp. 106-107.
[101] Deposition of Timothy D. Cook, February 9, 2022, p. 144.
[102] Deposition of Kevan Parekh, March 8, 2022, pp. 98-99. ["the pre-orders from reseller partners are not necessarily reflecting end consumer demand."].
[103] Deposition of Donal Conroy, February 21, 2022, p. 94.
[104] Deposition of Kevan Parekh, March 8, 2022, p. 112.
[105] Shenkar Report, ¶ 161.
[106] Deposition of Kevan Parekh, March 8, 2022, p. 157.

**Highly Confidential**

59.     On October 26, 2018, the iPhone XR became available to consumers to purchase. However, these early days of sales to consumers were considered an unreliable indicator of what sales might be over the entire quarter for several reasons.

60.     First, Apple believed that the iPhone XR sales would rise over time.[107] The early days of a new launch do not provide clear signals of eventual demand:

> ….the reason for that [not knowing how many weeks it takes to lower forecasts] is it's a very uncertain situation, and at the start of the launch, we don't have enough supply in the markets to assess what our trends, be they good or be they bad, are driven by supply or demand. And so, generally, it's very, very uncertain until we get some clarity that we think we're unconstrained in the trends we're seeing from a demand, and that can take from a number of weeks to a number of months, depending on the situation.[108]

According to Mr. Conroy:

> …if we see items that are selling through exceptionally fast or exceptionally slow, it gives us a perspective on what -- what might be happening with demand. This is especially true during the early days of a launch, when we're really very unclear what the demand is and, you know, trying to figure out are we supply constrained, are we not supply constrained. This is a demand signal, a supply signal, and so we're all -- always, as I mentioned earlier, very confused about that for weeks and months, depending on the situation. And -- and that's one of the tools we use to try and help us get clarity as quick as we can.[109]

61.     Second, Apple believed customers were waiting to purchase the iPhone XR so that they could compare it in-person to other phones Apple was selling[110] as well as to the iPhone 8.[111] As Mr. Cook explained, the product launch had a different cadence compared to previous launches by Apple:

> In that specific year, we did something unusual. We announced in September our flagship or hero products, which is our sort of the top-of-the-line iPhones, which would have been, for clarity, the iPhone XS and the iPhone XS Max.

---

[107] Deposition of Donal Conroy, February 21, 2022, p. 17.
[108] 30(b)(6) Deposition of Donal Conroy, March 15, 2021, pp. 97-98.
[109] 30(b)(6) Deposition of Donal Conroy, March 15, 2021, p. 123.
[110] Deposition of Timothy D. Cook, February 9, 2022, pp. 117-118, 130-131.
[111] Deposition of Kevan Parekh, March 8, 2022, pp. 57-58.

Highly Confidential

> We also announced the XR, but we split the dates that these products shipped.
> And so the iPhone XS and XS Max shipped in September as normal, but the
> XR did not ship until the end of October. And so it was a quite unusual
> cadence where the top end of the line shipped several weeks prior to the --
> more of the consumer portion of the line shipping.[112]

62.     Third, there were several important holidays and special sales events in China

still to come in November and December. Many at Apple believed that Singles' Day (November

11), Black Friday (November 23), and Christmas (December 25) would generate significant sales

– as they had historically.[113]

63.     For all these reasons, Dr. Shenkar's view, which does not encompass this more

nuanced relationship between early sales and the eventual sales trajectory, is overly simplistic.

### D.  Dr. Shenkar Incorrectly Relies Upon Evidence of Forecasted iPhone Unit Sales in Greater China

64.     Dr. Shenkar also cites as negative evidence of consumer demand an email from

Ai Ling Loo, a Finance Director in Apple's FP&A group on October 23, 2018, where she wrote

that revenue in China had been forecasted to decrease by 1% year on year.[114] But this revenue

(based on sell-in sales) refers in part to sales to channel partners which, as explained above, is

not a reliable indicator of consumer demand. Moreover, when Apple is selling into particular

geographies, the amounts it sells can depend on factors unrelated to a consumer demand signal.

This is confirmed by Mr. Parekh, who testified that the email:

> says we have revised geo plans for Mac and iPhone. In some cases, it could be
> demand driven. And in some cases it also could be how we allocate supply and
> where we think we're going to land on inventory.[115]

---

[112] Deposition of Timothy D. Cook, February 9, 2022, pp. 20-21.
[113] Deposition of Kevan Parekh, March 8, 2022, p. 181.
[114] Shenkar Report, ¶ 142, citing APL_SECLIT_00368970.
[115] Deposition of Kevan Parekh, March 8, 2022, p. 145.

**Highly Confidential**

Mr. Maestri confirms that sales to particular geographies depend on other factors in addition to demand, making such sales an imprecise and unreliable indicator of consumer demand:

> But my point is -- my point is that these changes in forecast are quite normal. There's nothing here that is unusual. You see that there are some geos that go up, some geos that go down. At times some of these changes, particularly during a launch quarter, also are driven by how we allocate products that at the beginning of the quarter or the beginning of the launch are limited in supply to different markets. So some of it is not necessarily driven by a demand signal.[116]

65.     And, in fact, between October 19, 2018 and October 23, 2018, Apple documents show that forecasted unbrickings in China were expected to *increase*. On October 19, 2018, Apple was expecting total unbrickings in China (excluding Taiwan and Hong Kong) for Q1 FY2019 of 11.122 million of all iPhones and unbrickings of the iPhone XR of 4.318 million.[117] On October 23, 2018, the corresponding forecast of unbrickings of total iPhones was 11.355 million units and unbrickings of the iPhone XR were forecasted to be 4.450 million units, which both represent increases from October 19, 2018.[118] This increase in unbrickings in China is a better indicator of forecasted consumer demand, which Dr. Shenkar fails to take into account.

### E.  Channel Partners Requesting Shipment Stops Were Not Reliable Signals of Consumer Demand

66.     Dr. Shenkar also cites emails indicating that channel partners were asking to stop iPhone XR shipments.[119] But as Apple deponents explained, it is not unusual for channel partners to request shipment stops and any particular request by a channel partner on a particular day does not indicate what sales of the iPhone XR would be for the quarter. Mr. Parekh explained:

---

[116] Deposition of Luca Maestri, February 25, 2022, p. 123.
[117] APL-SECLIT_00251301-90 at APL-SECLIT_00251339.
[118] APL-SECLIT_00482851-2 at APL-SECLIT_00482852.
[119] Shenkar Report, ¶ 148.

**Highly Confidential**

There's different reasons why they could adjust their min BOB SIF [minimum of book of business or sell-in forecast] forecast. Part of that is how much inventory they want to hold. Sometimes partners may want to hold more inventory or less inventory while they see what the demand ends up being over time. So that's how I interpret that sentence…We wouldn't overreact to one day of data to say the whole quarter or number could look different. It's one data point. And we're looking at data points like this every day…I'm specific of how I think about demand. I think about demand for the overall quarter, is how we think about our demand forecast. This is the performance of that product on one day of availability. It doesn't necessarily mean the demand will or won't be what it's going to be for the full quarter based on our projection range.[120]

67.    Mr. Cook also explained that it is common for channel partners and Apple to have a difference of views about expected demand, that the difference in views can go in both directions (the channel partner believing it has more than it needs, and the channel partner believing it has less than it needs).[121]

68.    Mr. Conroy elaborated the difference in opinion. Apple did not see the early sales numbers as indicative of sales for the quarter—as discussed above—especially with the special sales event days coming in November. As explained by Mr. Conroy:

Yeah, I think the context is, at the time we were nervous about the partners looking at the very early numbers and not assuming that this thing could have an increased demand over time. We were also very keen that they bought enough so that we had enough supply to test the 11/11 promotion, which is a big buying period in China. And so we were trying to have a discussion with the partners and say, hey, we understand your feedback of the early numbers, but we're not sure what this means. We think we should continue to ship to test demand. And they are responding here, Rachel is communicating they are not accepting that.[122]

---

[120] Deposition of Kevan Parekh, March 8, 2022, pp. 170-172.
[121] Deposition of Timothy D. Cook, February 9, 2022, pp. 202-203.
[122] Deposition of Donal Conroy, February 21, 2022, pp. 210-211.

**Highly Confidential**

### F.  Macroeconomic Conditions Are Not Always Correlated With Demand for Apple Products

69.     The Shenkar Report also contains a lengthy recitation of economic and competitive conditions in China—conditions that he acknowledges had been present for many months and years prior to the earnings call on November 1, 2018.[123] But macroeconomic and competitive conditions alone are generally an unreliable indicator of consumer demand. As noted by Mr. Parekh:

> Again, all those indices aren't entirely accurate, and GDP growth isn't necessarily a proxy for how, you know, people might buy our products. And so, again, I think just like we talked about with other indicators, like traffic, et cetera, we are aware of them as general trends, but, again, it is hard to correlate any single item to a significant driver of sales performance.[124]

70.     Mr. Cook also testified similarly, saying that Apple's results do not always correlate with broader economic conditions.[125]

## VI.    CONCLUSION

71.     Apple's forecasting process was wide-ranging, robust, and historically reliable. The process involved forecasts from different divisions and, in accordance with widely accepted practice, relied upon sales trends supplemented with a consideration of many additional factors. Dr. Shenkar cites certain trends leading up to the earnings call on November 1, 2018, but he does not address the testimony of Apple witnesses who explained that Apple incorporated a broad range of information in arriving at its forecasts and the guidance it provided to investors on November 1, 2018. Relatedly, Dr. Shenkar fails to address the revisions that Apple made to its forecast in the two weeks leading up to the November 1, 2018 earnings call.

---

[123] *See, e.g.*, Shenkar Report, ¶ 14(a) and (b) (Summary of Opinions).
[124] 30(b)(6) Deposition of Kevan Parekh, March 10, 2021, p. 309.
[125] Deposition of Timothy D. Cook, February 9, 2022, p. 47.

Highly Confidential

72.     The Shenkar Report does not consider or address Apple's forecasting process or acknowledge the most important part of Apple's forecasting process: unbrickings. Instead, Dr. Shenkar relies upon imprecise and unreliable indicators of consumer demand that were less important than unbrickings.

**Highly Confidential**

**APPENDIX A**

## Carlyn R. Taylor, MA, CPA, ABV, CIRA

Senior Managing Director – Corporate Finance & Restructuring

carlyn.taylor@fticonsulting.com



1001 17th St.,
Suite 1100
Denver, CO 80202
Tel: (303) 689-8858
Fax: (303) 689-8803

**Certifications**
Certified Public
Accountant, Colorado

Accredited in Business
Valuation (by AICPA)

Certified Insolvency and
Restructuring Advisor

FINRA Series 7, 63, 24,
79

**Professional Affiliations**
American Institute of
Certified Public
Accountants

**Education**
B.S./M.A. Economics
(Honors Dual Degree
Program),
University of Southern
California

### Professional Experience

Carlyn Taylor is a Senior Managing Director in FTI Consulting ("FTI") and the co-leader of the firm's global Corporate Finance & Restructuring ("CF&R") segment, the largest divisions in FTI, and the global leader of the Business Transformation and Transactions practices.  In CF&R, Europe, Asia, Australia and the Middle East regions have all reported to Ms. Taylor for over 6 years, and she has extensive global experience.

Ms. Taylor has served on FTI's global Executive Committee ("Exco"), which manages the entire firm, for over eleven years, first as FTI's Industry Initiative leader and then as the CF&R co-leader. As part of the Exco, Ms. Taylor has been part of strategy formation for FTI and also many M&A transactions. Prior to assuming the leadership position for all of CF&R, Ms. Taylor was the global leader of the Telecom, Media & Technology (TMT) practice of FTI, a practice which she founded and built to over 120 people both organically and through acquisitions. Ms. Taylor is Chairperson of FTI Capital Advisors, an investment banking subsidiary of FTI and a member of the FINRA. As Industry Initiative leader, Ms. Taylor has spent significant time working with the leadership of the Financial Institutions, Real Estate, Insurance, Construction, Energy, Mining, and Retail practices to establish larger cross-segment industry practices within FTI, focusing in particular on increasing collaboration and joint go-to-market strategies.

Ms. Taylor is an expert in financial and business consulting, having led hundreds of engagements involving operational and financial performance improvement, finance & accounting transformation, restructuring/bankruptcy, strategic planning, advising on M&A or merger integration, financing raising, due diligence, litigation expert witness, and valuation.

Ms. Taylor has or is serving on five corporate boards, including two current ones, Flowserve Corp. (NYSE ticker FLS), a global provider of pumps, valves and seals in liquid flow control systems and Hain Celestial Group (NYSE ticker HAIN), a natural foods and personal care products company. As a Director of Flowserve, Ms. Taylor has served on the Audit, Nominating & Governance, and Finance committee, and on Hain Celestial Group she is on the Audit committee.  Other past boards include Securus Technologies (now called Aventiv), a private equity owned prison communications company; Nextag, an online retailer; and Inkjet Technologies, a tech startup.

Employment History:

- FTI Consulting Inc., Senior Managing Director, September 2002 to Present

- PricewaterhouseCoopers:  Partner, 1998 to August 2002  (youngest partner in PW history)

- Price Waterhouse:  Consultant to Senior Manager, 1990 to 1998

- University of Southern California School of Accounting: Part-time Professor,1/93 to 12/95



**APPENDIX A**

### Large Consulting Engagements:  Performance Improvement, Strategic Advisory & Merger Integration

Led major performance improvement and strategic advisory engagements for dozens of companies, including Lumen Technologies, Frontier Communications, Kodak, Genesys, Innovative Water Care (now Solenis), Staples Australia, Windstream, Earthlink, Cox Media Group, EW Scripps, Securus, Readers Digest International, Hawaiian Telcom, Hearst, Conde Nast, The Enthusiast Network, and Cincinnati Bell.  Major merger integration assignments include Level 3 Communications' acquisitions of tw Telecom and Global Crossing, Windstream acquisition of Earthlink, Lightower's acquisition of Sidera, Trulia's acquisition of Market Leader, PostMedia's acquisition of Sun Media (Canada), and the three way merger of Megapath/Covad/Speakeasy.

Serves as the lead advisor from FTI to multiple private equity firms, including Platinum Equity, Cerberus, HIG Capital, and Permira.  In this role Ms. Taylor has been the engagement leader for FTI's work at over 50 portfolio companies with a concentration on Office of the CFO services (Finance & Accounting transformation and improvement projects), Profit Cube analysis to determine performance improvement strategies, revenue and sales improvement strategies, cost reduction strategies, and merger integration.  Many of these engagements have involved FTI providing an interim CFO to the PE firms for specific portfolio companies where Ms. Taylor provides oversight to that CFO, ensuring that all the FP&A, financial reporting, and accounting processes are executed and transformed as agreed with the PE owner of the company.

Worked with dozens of telecom and media companies to analyze their costs, analyze their product and customer NPVs and determine how to reduce costs and enhance EBITDA.  On the revenue side, strategy work has included market studies on SD-WAN and industry specialization, pricing strategies and tactical approaches to improve price realization, improvement of sales effectiveness, product roadmap strategies, churn reduction strategies, customer lifecycle value maximization, and strategic alternatives for finding totally new business lines where existing technology can be used.  FTI has conducted numerous detailed operational reviews in this market segment, resulting in enterprise wide recommendations regarding reducing headcount (with specific recommendations by function and job title), collapsing certain core functions, implementing new processes & IT enhancements to reduce costs, and re-organizing sales organizations to improve productivity.

Project leader for dozens of consulting engagements in the wireless/mobile industry, including formulation of carrier pricing strategies to application providers for an open mobile web strategy, realignment of marketing strategy upon entry of competitors, analysis of pricing plans and consumer behavior in response to promotions, valuation of subscribers, analysis of MVNO structure and pricing, commercial due diligence of numerous wireless companies and technology companies supporting wireless companies, analysis of agent commissions systems, numerous valuations of wireless companies and operations, and valuation of wireless agents and resellers.

Led strategic planning engagements to develop business plans for many telecom and technology companies launching new businesses and obtaining private equity funding.  Examples include e-commerce, undersea cable, data centers, wireless towers, internet of things, cable overbuilder, mobile retailer promotions, and digital advertising.



## APPENDIX A

### Reorganization & Bankruptcy Engagements

Advised company management, bank syndicate groups, and bondholders in the assessment and/or restructuring of over 120 troubled companies involving over $250 billion in debt including:

- Over 100 telecom companies including CLECs, RLECs, and IXCs including fiber build and smart build, plus wireless, ISPs, subsea cable, and VOIP
- Over a dozen newspaper, broadcast TV, radio and other advertising based business models
- Five yellow pages / directories businesses
- Six Mobile regional wireless carriers, Sprint affiliates and resellers
- Trade publication and trade show companies
- International carriers, including long distance, subsea cable, and data, including companies with operations in Europe, Asia, Latin America and the Caribbean.
- Internet Service Providers (ISPs), Web hosting and data center companies
- Cable TV and cable overbuilders

### Transaction Engagements:  M&A Advisory, Finance Raising & Structuring

Led or co-led investment banking and transaction structuring engagements in the telecom and media industries with FTI Capital Advisors ("FTICA") and previously PwC Securities.  Became the CEO of FTI Capital Advisors in 1Q07 and moved up to Chairperson in 2017.  In the FTICA leadership role, am responsible for supervising all investment banking activities undertaken by FTI's investment banking subsidiary, FTICA.  Also serve on the Opinion Committee, reviewing and approving all fairness and solvency opinions issued by FTICA.

M&A experience also includes extensive involvement and leadership of many acquisitions done by FTI Consulting.  Ms. Taylor has served as the deal lead on three acquisitions of FTI, including the largest one done since 2014, and the co-lead on three others.  In these acquisition, Ms. Taylor has led acquisition pursuits, structured business cases and valuation presentations for FTI's Board of Directors, structured and negotiated with sellers, and assisted practices across FTI in closing and integrating acquisitions into FTI.

### Transaction Engagements:  Due Diligence

Led dozens of financial and operational due diligence engagements, generally including full business plan and financial forecast assessments, on behalf of financing sources or for potential M&A transactions. The types of companies diligenced include dozens of CLECs, wireline providers of all types (ILECs, RLECs, Fiber), neutral tandem companies, clearing house companies for wireless roaming and SMS, software company providing location-based information on IP addresses for use in geo-targeted advertising, fiber based data carriers, subsea carriers, wireless carriers, internet service providers, internet web hosting providers, networking equipment manufacturer, fixed wireless broadband carriers, TV advertising sales company, TV broadcasters, and magazine companies.



**APPENDIX A**

### Litigation & Valuation Engagements

Designated as an expert witness in over 100 litigation or dispute engagements over a 20 year period, including multiple valuation and transaction related disputes in Delaware Chancery Court, solvency and fraudulent conveyance actions, securities class actions, damages cases, and serving as an industry expert in the TMT industries. Litigation and fraud/forensics experience also includes dozens of matters in other industries, including work on multiple litigations in the 1990s involving savings & loans, home loan and credit card securitization claims, and healthcare.  The following is a list of more recent testimony in reverse date order:

Expert Testimony

- *In Re Cellular Telephone Partnership Litigation (deposition) 10/19 (trial) 12/20* – Testified on valuation of wireless partnerships and on the wireless industry.

- *KLS Divesified Master Fund L.P. et al. vs Ascent Capital Group (deposition) 11/18*  – Testified on solvency and valuation in a Delaware Chancery litigation disputing Ascent's right to execute on an out of court restructuring transaction.

- *Aurelius, et al v. Sprint (deposition) 11/15 (trial) 11/16*  – Testified on valuation of spectrum and on  Clearwire business model topics.

- *Chen, et al. v. Howard-Anderson et al. (deposition) 12/14* – Testified on valuation in Delaware Chancery class action case involving the acquisition of Occam Networks by Calix.

- *B&L Cellular v. US Cellular (deposition) 6/14 (trial) 9/14* – Testified on valuation of a wireless market for appraisal case in Delaware Chancery.

- *Evans v. Centennial Communications (deposition) 7/13* – Testified on accounting and damages in connection with a wireless partnership.

- *Fairpoint Communications Litigation Trust v. Verizon (deposition) 3/13 (trial) 12/13* – Testified on the LEC industry and valuation in a fraud and fraudulent conveyance case.

- *AT&T Mobility Wireless Operations Holdings Appraisal Litigation, Cons. C.A. 5736-VCL. (deposition) 10/12 and (trial) 11/12* – Appraisal case in Delaware Chancery court.

- *U.S. Bank National Associaton v. Verizon Communications (deposition) 7/12 and (trial) 10/12* – Testified on the valuation of U.S. directories in a fraudulent conveyance litigation.

- *CCT v. Global Crossing (trial) 3/12* – Testified on market conditions in the international long distance market and standard terms and conditions of retail business services in telecom.

- *Personal Touch v. AT&T (deposition & arbitration) 4/10, 5/10* – Testified on valuation of wireless assets.

- *Quebecor v. Northwestern Mutual, et al. (deposition) 12/09* – Testified on valuation and solvency of Quebecor at the time it called certain unsecured bonds

- *Westel v. AT&T (deposition) 11/09* – Testified on valuation of wireless properties.

- *Charter Chapter 11 Contested Confirmation Hearing (deposition & trial) 6/09, 8/09* – Testified



**APPENDIX A**

on valuation, solvency and liquidity analysis for cable companies.

- *Older Cases* - Testified in multiple arbitration proceedings involving agents of cellular companies; on valuation issues involving cellular license, an ISP and prepaid CLEC service; on theft of trade secrets in the telecom equipment industry; on telecom access rates; on GAAP account issues in a PIPE transaction; in international arbitration regarding a tech VC fund; and on fraud issues relating to cellular agents and credit card securitizations.

### Auditing

Performed audits and reviews of both privately held and public entities to obtain CPA credential.

### Speeches

"The ABI Commission to Study the Reform of Chapter 11 – Four Years Later," INSOL, Annual Regional Conference, NYC

"Power Industry: What is Next?" American Bankruptcy Institute Conference, Washington, DC

"Challenging and Defending High-Risk Pre Bankruptcy Transactions," American College of Bankruptcy Conference, Washington, DC

"Future of the Insolvency and Restructuring Profession," INSOL, 10th World Congress, Sydney, Australia

"Where will the action be? Probabilities, Opportunities and Trends in a Trump Era," INSOL 10th World Congress, Sydney, Australia

"Case Study on the Tribune Bankruptcy,"  AIRA Conference, Denver

"The State of Newspapers," JPM High Yield Conference, FL.

"Distressed Investing,"  Lehman High Yield Conference, FL.

"Major Telecom Restructuring," Law Seminars International, NYC.

"Distressed Telecom Restructuring," Practicing Law Institute, NYC.

"Distressed Telecom Panel," Goldman Sachs Distressed Debt Conference, Mohonk, NY.

"Telecommunications Restructuring Panel," Business Recovery Services Symposium, Aspen, CO.

"Intellectual Property in the Telecom Industry", IP Leadership Forum.

"Distressed Telecom Valuation", RMA Senior Lenders Telecom Roundtable.

"Rooftop Leasing and Other Telecom Uses for Commercial Space", National Council for Real Estate Investment Fiduciaries.

"Venture Capital and Telecommunications," Harvard Business School Venture Capital and Principal Investment Club conference.

"Wall Street Gone Wireless – Time Tested Systems Delivering Real-time Information," Cellular Telephone Industry Association Wireless IT 1999 conference.

"Emerging Regulatory Issues in Communications," Digital Coast 99 at Directors Guild of America.

"Emerging Dynamics of the Telecom Industry," Troubled Company Restructuring Conference in



**APPENDIX A**

Vail, Colorado.

### Articles

"Riding a Financial Roller Coaster in the Media Industry," Debtwire, Winter 2010.

"How Media & Entertainment Depend on the Outcome of Telecom's Net Neutrality Debate," FTI White Paper, Winter 2006.

"Telecom's Fundamentally Flawed Projections Prove Disastrous," TMA Journal of Corporate Recovery, November 1, 2004.

"Finding Values in the Internet & Telecom Meltdown," article in Association of Insolvency and Restructuring Advisors (AIRA) News, Winter, 2002.

"Irrational Roaming Exuberance," guest editorial in Wireless Week, November, 1998.

"Out of Gas or Just Idling?  Mexico's Telecom Infrastructure Race"; "Prepaid Wireless—It's Not Just for the Credit-Challenged Anymore"; and "Telecom Trouble Signs", series of articles for CTI, January, March and April 1999.

### Education

- BS/MA combined program in Economics, University of Southern California, masters thesis on the Savings & Loan crisis
- Executive Education programs (four week long intensives) at Harvard Business School and Darden Business School

### Honors & Awards

- Inductee to the American College of Bankruptcy
- 2016 Woman of the Year award from International Women's Insolvency & Restructuring Confederation ("IWIRC").
- FTI Chairman's Award
- Valedictorian – University of Southern California, 1990
- AICPA Elijah Watt Sells High Distinction Award - Top 100 in U.S. on CPA Exam



**APPENDIX B**
**LIST OF DOCUMENTS CONSIDERED**

**Bates-Stamped Documents**

- APL-SECLIT_00082933-3105
- APL_SECLIT_00093902-3
- APL-SECLIT_00128526
- APL-SECLIT_00129059
- APL-SECLIT_00162449-56
- APL-SECLIT_00251301-90
- APL-SECLIT_00284951
- APL-SECLIT_00289512-66
- APL_SECLIT_00368970-2
- APL-SECLIT_00482851-2

**Depositions**

- 30(b)(6) Deposition of Kevan Parekh, March 10, 2021
- 30(b)(6) Deposition of Donal Conroy, March 15, 2021
- Deposition of Kevan Parekh, March 8, 2022
- Deposition of Timothy D. Cook, February 9, 2022
- Deposition of Donal Conroy, February 21, 2022
- Deposition of Luca Maestri, February 25, 2022
- Deposition of Greg Joswiak, March 15, 2022

**Earnings Calls**

- Apple Inc. (AAPL) Q4 2018 Earnings Call, November 1, 2018 Bloomberg Transcript

**Academic Articles / Books**

- Everett M. Rogers, <u>Diffusion of Innovations</u>, 3rd Ed.. *The Free Press*, 1983
- J. Scott Armstrong, "Sales Forecasting," Scholarly Commons, University of Pennsylvania, 1999, available at https://repository.upenn.edu/marketing_papers/237/ [last accessed June 9, 2022]
- Mary Drane and Hamid Faramarzi, <u>Introductions to Operations Management</u>, available at https://pressbooks.senecacollege.ca/operationsmanagement/chapter/forecasting/ [last accessed on May 26, 2022]
- Michael Jensen and William Meckling, "Specific and General Knowledge, and Organizational Structure," *Journal of Applied Corporate Finance*, 1995, 8(2), pp. 4-18
- Stephen N. Chapman, <u>The Fundamentals of Production Planning and Control</u>, *Pearson Prentice-Hall*, 2006

**Highly Confidential**

**Publicly Available Sources**

- Alex Webb, "Does Apple Now Make Too Many Products?," *Financial Review*, May 12, 2017, available at https://www.afr.com/technology/does-apple-now-make-too-many-products-20170512-gw34rz#:~:text=Now%2C%20under%20Cook's%20leadership%2C%20the,more%20than%20200%20different%20versions [last accessed May 31, 2022]
- Jack Linshi, "Why U.S. Sanctions Mean Some Countries Don't Get any iPhones," *Time Magazine*, October 16, 2014, available at https://time.com/3502453/apple-iphone-sanction-tech/ [last accessed May 31, 2022]
- Lillian Gassie, "Managing Institutional Knowledge," August 18, 2017, available at https://www.ifla.org/files/assets/services-for-parliaments/preconference/2017/l_gassie_managing-institutional-knowledge.pdf
- Michael E. Porter and Nitin Nohria, "How CEOs Manage Time," *Harvard Business Review*, July-August 2018, available at https://hbr.org/2018/07/how-ceos-manage-time [last accessed June 1, 2022]

**Data**

- Bloomberg, L.P.

**Expert Reports**

- Expert Report of Oded Shenkar in this matter dated April 27, 2022

**Highly Confidential**                    2 of 2