# EXHIBIT 18

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION | Case No. 4:19-cv-02033-YGR |

REPORT ON LOSS CAUSATION AND DAMAGES

PROFESSOR STEVEN P. FEINSTEIN, PH.D., CFA

April 27, 2022

## TABLE OF CONTENTS

I.     PREVIOUS WORK CONDUCTED IN THIS CASE ....................................................1

II.    SCOPE OF PROJECT AND REPORT .................................................................2

III.   CONCLUSIONS .............................................................................................4

IV.    PLAINTIFF'S ALLEGATIONS ..........................................................................5

V.     FACTUAL BACKGROUND ..............................................................................8

       A.    About the Company ...........................................................................8

       B.    Apple Common Stock .........................................................................9

       C.    Timeline of Events ..........................................................................10

             1.    Pre-Class Period Events: The Company Internally Notes
                   Headwinds in China ..............................................................10

             2.    1 November 2018: Apple Announces Q4 2018 Financial Results ............20

             3.    5 November 2018: Media Reports That Apple Manufacturers Are
                   Halting Production Lines for the iPhone ....................................27

             4.    12 November 2018: Lumentum Revises Guidance Based on Apple
                   Production Cuts ...................................................................30

             5.    4-6 December 2018: Shift in Apple Marketing Strategy Reported
                   in the Financial Press ...........................................................33

             6.    2 January 2019: Apple Preannounces Q1 FY 2019 Financial
                   Results .............................................................................37

VI.    LOSS CAUSATION .......................................................................................44

       A.    Analytical Methodology ....................................................................44

       B.    Loss Causation Analysis ...................................................................45

             1.    Financial Principles .............................................................46

             2.    Company Statements Compel a Conclusion of Loss Causation ...............49

             3.    Internal Company Communications Compel a Conclusion of Loss
                   Causation ..........................................................................50

             4.    Analyst Statements Compel a Conclusion of Loss Causation .................51

             5.    Event Study .......................................................................53

             6.    Event Study Results and Analysis .............................................59

VII.   DAMAGES .................................................................................................62

       A.    Quantifying Losses Precipitated by Disclosures Correcting the Alleged
             Misrepresentation and Omissions .......................................................63

             1.    Per Share Decline Caused by the 5 November 2018 Corrective
                   Disclosure .........................................................................63

      2.     Per Share Decline Caused by the 12 November 2018 Corrective Disclosure ..........................................................................64

      3.     Per Share Decline Caused by the 2 January 2019 Corrective Disclosure ..........................................................................64

  B.    Artificial Inflation Ribbon ...................................................71

  C.    Per Share Damages Formula.................................................73

VIII.   OPTIONS LOSS CAUSATION AND DAMAGES ........................................74

  A.    Call Option Loss Causation and Damages Formula ................................74

  B.    Put Option Loss Causation and Damages Formula ................................75

  C.    Computing Artificial Inflation in the Call Price and Artificial Depression in the Put Price ...............................................77

  D.    An Example of Option Damages Computation ....................................78

      1.     Investment Loss .......................................................78

      2.     Initial Artificial Inflation.............................................78

      3.     Inflation Dissipation Caused by the Corrective Disclosures ....................79

      4.     Recoverable Damage ..................................................81

IX.    LIMITING FACTORS AND OTHER ASSUMPTIONS.......................................82

X.    APPENDIX-1: LOGARITHMIC RETURNS ............................................83

## I.    PREVIOUS WORK CONDUCTED IN THIS CASE

1.    In my expert report dated 5 May 2021 (the "Feinstein Report" or "Feinstein Market Efficiency Report"), I examined factors that are generally accepted as indicative of the efficiency of the market in which a security trades.[1] Based on my analysis of those factors, I concluded that Apple Inc. ("Apple" or the "Company") stock and options traded in efficient markets during the period 2 November 2018 through 2 January 2019 (the "Class Period").[2,3]

2.    In the Feinstein Report, I showed that each of the *Cammer* and *Krogman* factors supports a finding that Apple stock traded in an efficient market throughout the Class Period.[4] As part of that analysis, I proved – with an event study – that Apple stock reacted promptly to new Company-specific information as it entered the market.[5,6] Reacting promptly to new material information is the hallmark of an efficient market.

3.    In the Feinstein Report, I also explained that Section 10(b) damages for all Class Members could be computed using a common methodology.[7]

4.    Following the Feinstein Report, I submitted a reply report dated 24 August 2021 (the "Feinstein Reply Report").[8] The Feinstein Reply Report addressed the arguments in the Expert Report of Professor Steven Grenadier (the "Grenadier Report"), dated 9 July 2021, submitted by Defendants in this matter. The Grenadier Report focused on the efficiency of the market for Apple options and on the existence of a damages methodology for Apple

---

[1] Feinstein Report, ¶¶56-177.

[2] I understand, however, that the Court denied certification of an options class, without prejudice, identifying additional information concerning damages and efficiency which would assist the Court. Further, I understand that Plaintiff has subsequently moved to certify the options class.

[3] Unless otherwise indicated, capitalized terms used herein have the meaning ascribed to them in the Feinstein Report.

[4] Feinstein Report, ¶¶56-142.

[5] Feinstein Report, ¶¶93-139.

[6] I also proved with an event study that the Apple options reacted promptly to new Company-specific information as it entered the market. The Apple options, combined into synthetic stock portfolios, reacted significantly on all of the same event days on which the Apple common stock moved significantly. See, Feinstein Report, ¶¶159-174.

[7] Feinstein Report, ¶¶178-189.

[8] Collectively, the Feinstein Report and Feinstein Reply Report are referred to herein as the "Feinstein Reports."

stock and options.[9] In the Feinstein Reply Report, I reiterated that the out-of-pocket damages methodology is appropriate and feasible, and I addressed the specific valuation concerns about feasibility raised by Dr. Grenadier.

## II.   SCOPE OF PROJECT AND REPORT

5.   I was asked by Robbins Geller Rudman & Dowd LLP, Counsel for the Lead Plaintiff ("Plaintiff"), to determine whether Class members suffered losses as a result of the alleged misrepresentation and omissions described in the Revised Consolidated Class Action Complaint for Violation of the Federal Securities Laws, filed 23 June 2020 (the "Complaint"). I was also asked to quantify damages, if any, suffered by Class members from their investments during the Class Period in Apple common stock and Apple stock options (collectively, the "Apple Securities").[10] Specifically, I was asked to estimate per share damages on stock investments, and demonstrate the computation of options damages, suffered by the Class members in connection with their claims under Section 10(b) of the Exchange Act of 1934 and U.S. Securities & Exchange Commission ("SEC") Rule 10b-5 adopted thereunder (collectively, "Section 10(b)").

6.   Toward these ends, I analyzed a wide variety of information, data, and documents, including Company press releases, conference call transcripts, equity analyst reports, news articles, SEC filings, Company documents obtained through discovery, deposition testimony, daily prices of the stock, daily prices of the put and call option securities, the performance of the overall stock market, and the performance of Apple's industry sectors, as well as other pertinent data and documents. In addition to the materials I read and considered in connection with my prior reports in this matter, I read and considered the contents of the Complaint, the June MTD Order, the November MTD Order, the Court's Order Granting in Part and Denying in Part Motion for Class Certification filed 4 February 2022 (the "Class Certification Order"), Lead Plaintiff's Notice of Motion and Supplemental Motion to Certify Class of Apple Options Investors; Memorandum of

---

[9] Grenadier Report, ¶¶13-26. The Grenadier Report did not dispute market efficiency for Apple common stock.

[10] As detailed below, if Apple options are not included in the Class at a later date, my opinions and analysis presented herein pertaining only to Apple options are moot.

Points and Authorities in Support Thereof filed 15 April 2022 (the "Supplemental Class Certification Motion"), and the Expert Report of Don Chance dated 15 April 2022 (the "Chance Report"), submitted by Plaintiff in this matter.

7.  Exhibit-1 lists the data and documents in addition to those materials cited and already listed in my previous reports that I considered in conducting my analysis and arriving at the conclusions expressed herein. My credentials and compensation are presented in the Feinstein Report, as is a list of testimony within the four years preceding that report. An updated curriculum vitae is attached herein as Exhibit-2. A list of testimony following the Feinstein Report and preceding the submission of the Feinstein Reply Report is listed in the Feinstein Reply Report. Testimony I have provided since the submission of the Feinstein Reply Report is identified in Exhibit-3.

8.  For the loss causation and damages analyses, I assumed Plaintiff will be able to prove their factual allegations.[11]

9.  For options damages, I assume that Plaintiff will be able to demonstrate that the options market is efficient and a common damages methodology, as set forth in the Chance Report, is accepted by the Court.

10. This report presents my methodology, findings, and conclusions relating to loss causation and the quantification of per share stock and option damages, based on the information presently available to me.

11. My work in this matter is ongoing, and I reserve the right to amend, refine, or supplement my analyses and opinions in the event that I become aware of additional information, evidence, arguments, or analyses which bear on my work.

---

[11] Assuming the factual allegations is a generally accepted practice in loss causation and damages analyses. See, e.g., "Reference Guide on Estimation of Economic Damages," by Mark A. Allen et al., *Reference Manual on Scientific Evidence*, 3rd Edition, 2011, p. 432 ("In almost all cases, the damages expert proceeds on the hypothesis that the defendant committed the harmful act and that the act was unlawful.")

## III.    CONCLUSIONS

12.    The alleged misrepresentation and omissions caused the price of Apple stock to be artificially inflated over the course of the Class Period.

13.    The alleged misrepresentation and omissions concealed what were the true current business conditions facing Apple in the Greater China Region. This concealment caused the market to overestimate iPhone demand in the Greater China Region and Apple's profitability. Market participants consequently overvalued Apple stock throughout the Class Period. The alleged misrepresentation and omissions thereby artificially inflated the market price of Apple stock during the Class Period.

14.    Corrective disclosures during and at the end of the Class Period corrected the misinformation and its effects. Two corrective disclosures during the Class Period took the form of reports that manufacturing of iPhones was being reduced. The final corrective disclosure came in the form of a Company press release coupled with a media interview, which described the true conditions the Company had been facing in China, preannounced disappointing revenue for the just completed quarter, and attributed the revenue shortfall mostly to poor iPhone sales in China. The corrective disclosures dissipated the artificial inflation, causing the stock price to decline, in turn causing investors to sustain losses. The alleged misrepresentation and omissions therefore caused investor losses.

15.    Event study analysis, which considers and accounts for potentially confounding information, confirms that the alleged misrepresentation and omissions caused the price of Apple stock to be artificially inflated and that corrective disclosures caused stock price declines. Specifically, for the reasons explained herein, it is my opinion that the partial disclosures of the truth explain the entirety of the Apple stock price declines on 5 November 2018 and 12 November 2018, and explain a portion of the Apple stock price decline on 3 January 2019.

16.    This loss causation conclusion is based on fundamental principles of finance and valuation, Company statements, news articles, analyst reports, and event study analysis.

17.    My analysis shows that on account of Defendants' misrepresentation and omissions, the Company's stock price was inflated by at least $20.12 per share at the start of the Class Period.

18.     Any investor who purchased shares of Apple stock during the Class Period when the stock was artificially inflated and held those shares beyond 5 November 2018, 12 November 2018, or 2 January 2019 suffered a loss that was caused by the misrepresentation and omissions. Per share damages range up to $20.12 per share, depending on the timing of the stock purchase and sale.

19.     As the market prices of Apple stock options are a function of the market price of Apple stock, and as confirmed by additional analysis, the alleged misrepresentation and omissions, which inflated the stock price, also caused the prices of Apple call options to be artificially inflated, and the prices of Apple put options to be artificially depressed, over the course of the Class Period. As such, the alleged misrepresentation and omissions caused losses suffered by investors who purchased Apple call options or wrote Apple put options during the Class Period. Per option damages depend on the particular option strike price, contract expiration date, and the timing of purchase, sale, exercise, or expiration, in a straightforward manner determined by a generally accepted and widely used formula relating option value to the price of the underlying Apple stock.

## IV.   PLAINTIFF'S ALLEGATIONS

20.     According to the Complaint, "Apple issued a series of materially false and misleading statements and omissions about the current condition of its business, in particular, demand for the Company's new iPhone XS, XS Max, and XR, and the strength of its business conditions in China" during the Company's Q4 and FY 2018 earnings conference call.[12]

21.     Plaintiff's allegations cite to the following comments, among others, made by CEO Timothy Cook ("CEO Cook" or "Mr. Cook") on the conference call.

> "[Cook:] [I]n relation to China specifically, I would not put China in that category. Our business in China was very strong last quarter. We grew 16%, which we're very happy with. iPhone, in particular, was very strong double-digit growth there."
> **Complaint, ¶18.**

---

[12] Complaint, ¶18.

"[Cook:] The Xs and Xs Max got off to a really great start, and we've only been selling for a few weeks. The XR, we've only got out there for, I guess, 5 – 5 days or so at this point and so that it's – we have very, very little data there. Usually, there is some amount of wait until a product shows – another product shows up in look, but in – that – in looking at the data, on the sales data for Xs and Xs Max, there's not obvious evidence of that in the data as I see it."

**Complaint, ¶19.**

22.  I understand that in the November MTD Order, the Court dismissed the Plaintiff's allegations based on the XS and XS Max statement and upheld Plaintiff's allegations based on the Company's statement about business in Greater China.[13] Plaintiff alleges that Mr. Cook's explicit exclusion of China "from the category of emerging markets experiencing these negative economic pressures," which is shown in the excerpt from the conference call below, was false and misleading.[14]

"[Wamsi Mohan – BofA Merrill Lynch]: Tim, there has been some real deceleration in some of these emerging markets, partly driven by some concerns around some of the rules the administration is contemplating and partly driven by things that are more specific to China, for instance, like some of the regulations around gaming. So can you talk about how you see the trajectory there for the business and what you think of the initiatives of some companies like Netflix and Fortnite trying to bypass the App Store around subscriptions? And I have a follow-up.

[Tim Cook – Apple CEO]: Sure. Great question. Starting with emerging markets. The emerging markets that we're seeing pressure in are markets like Turkey, India, Brazil, Russia, these are markets where currencies have weakened over the recent period. In some cases, that resulted in us raising prices, and those markets are not growing the way we would like to see. To give you a perspective in -- at some detail, our business at India in Q4 was flat. Obviously, we would like to see that be a huge growth. Brazil was down somewhat compared to the previous year. And so I think -- or at least the way that I see these is each one of the emerging markets has a bit of a different story. And I don't see it as some sort of issue that is common between those for the most part. In relation to China specifically, I would not put China in that category. Our business in China was very strong last quarter. We grew 16%, which we're very happy with. iPhone, in particular, was very strong double-digit growth there. Our other products category was

---

[13] November MTD Order, pp. 10-11 and 21.

[14] Complaint, ¶18.

also stronger, in fact, a bit stronger than even the company -- overall company number."
**"Q4 2018 Apple Inc Earnings Call,"** *Thomson Reuters*, **conference call, 1 November 2018, pp. 7-8.**[15]

23.   According to Plaintiff, the misrepresentation and omissions concealed the following:

> "(a) that the U.S.-China trade tensions and economic conditions in China were negatively impacting sales and demand for Apple products, particularly iPhones;
> (b) the Company had already begun to see declining traffic in Apple's retail stores and those of its channel partner stores in Greater China, and reports of an overall contraction of the smartphone industry; and
> (c) the Company had already, or was preparing to, cut iPhone production at multiple manufacturers and reduce orders from its largest suppliers of iPhone components for the current quarter and holiday season."
> **Complaint, ¶24.**

24.   While Apple stock fell on 2 November 2018, the first day of the Class Period, following Apple's announcement of Q4 and FY 2018 earnings and the accompanying conference call, Plaintiff alleges the stock would have fallen more but for the misrepresentation and omissions that concealed the full extent of negative developments.[16]

25.   Plaintiff contends that partial corrections of the misrepresentation and omissions came in the form of third-party reports that the Company's suppliers and manufacturers of the newly launched iPhones were reducing shipments and production capacity, and that the Company had "shifted marketing staff and increased trade-in discounts" due to lower-than-expected demand for the Company's products.[17]

26.   Plaintiff contends that the misrepresentation and omissions were ultimately fully corrected on 2 January 2019, when Apple preannounced earnings.

---

[15] Relevant parts also cited in the November MTD Order, pp. 2-3.

[16] See e.g., Complaint, ¶28.

[17] Complaint, ¶¶27-32.

"Then, on January 2, 2019, after the close of trading, Apple disclosed the true condition of its business, including the impact of deteriorating economic conditions in China, among its largest growth markets, and demand for the iPhone. For the first time in more than 15 years, Apple preannounced that its financial results would miss public revenue projections, and the miss would be by a wide margin – up to $9 billion." **Complaint, ¶33.**

27.   I understand that the Court has not included Apple options holders in the certified Class.[18] However, I understand that Lead Plaintiff has submitted a Supplemental Class Certification Motion seeking certification of an Apple options holders class, and counsel has asked me to compute damages for purchasers of Apple call options and sellers of Apple put options consistent with the methodology presented in the Chance Report, under the assumption that the Court will certify a class of Apple options holders at a later date. If Apple options are not included in the Class at a later date, my opinions and analysis presented herein pertaining only to the Apple options are moot.

## V.      FACTUAL BACKGROUND

### A.      About the Company

28.   Apple is one of the biggest companies in the world. It is today and was so during the Class Period. The Company designs, manufactures, and sells mobile devices, media devices, and personal computers, as well as software, accessories, and digital content associated with those devices.[19] The Company's flagship product is the iPhone, which is "the Company's line of smartphones based on its iOS operating system."[20] Net sales of the iPhone accounted for 63%, 62%, and 63% of Apple's total net sales for the fiscal years

---

[18] Class Certification Order, pp. 19-21.

[19] Apple Inc., Form 10-K for the fiscal year ended 29 September 2018, filed 5 November 2018, p. 1.

[20] Apple Inc., Form 10-K for the fiscal year ended 29 September 2018, filed 5 November 2018, p. 1.

("FY") 2016, 2017, and 2018, respectively.[21],[22] In September 2018, just prior to the start of the Class Period, the Company introduced three new iPhones: the iPhone XS, the iPhone XS Max, and the iPhone XR.[23]

29.    The Company explained in its Form 10-K for FY 2018 that "the Company manage[d] its business primarily on a geographic basis," and had five reportable segments: Americas, Europe, Greater China, Japan, and Rest of Asia Pacific.[24] According to Company filings, region Greater China comprised China, Hong Kong, and Taiwan. For FY 2016, FY 2017, and FY 2018, Greater China contributed approximately 22.5%, 19.5%, and 19.6% of the Company's total net sales, respectively.[25] Greater China was one of the Company's more profitable regions, contributing 31.4%, 27.8%, and 27.8% of the Company's total operating income during FY 2016, FY 2017, and FY 2018, respectively.[26]

### B.    Apple Common Stock

30.    Throughout the Class Period, the Company's stock traded on the Nasdaq under the ticker symbol AAPL.[27] Apple's market capitalization (the aggregate value of all outstanding shares) at the start of the Class Period was $984.6 billion. At its Class Period peak on 7 November 2018, Apple's market capitalization was $996.3 billion.[28] By the close of trading on 3 January 2019, the Company's market capitalization had fallen to $672.5 billion, a decline of $323.8 billion from the peak, representing a 32.5% decline in the Company's market value of equity.

---

[21] Apple Inc., Form 10-K for the fiscal year ended 29 September 2018, filed 5 November 2018, p. 24.

[22] As the Company described in its Form 10-K, "The Company's fiscal year is the 52- or 53-week period that ends on the last Saturday of September. The Company's fiscal years 2018 and 2016 spanned 52 weeks each, whereas fiscal year 2017 included 53 weeks. A 14th week was included in the first fiscal quarter of 2017, as is done every five or six years, to realign the Company's fiscal quarters with calendar quarters. Unless otherwise stated, references to particular years, quarters, months and periods refer to the Company's fiscal years ended in September and the associated quarters, months and periods of those fiscal years." (Apple Inc., Form 10-K for the fiscal year ended 29 September 2018, filed 5 November 2018, p. 43).

[23] Apple Inc., Form 10-K for the fiscal year ended 29 September 2018, filed 5 November 2018, p. 1.

[24] Apple Inc., Form 10-K for the fiscal year ended 29 September 2018, filed 5 November 2018, p. 62.

[25] Apple Inc., Form 10-K for the fiscal year ended 29 September 2018, filed 5 November 2018, p. 63.

[26] Apple Inc., Form 10-K for the fiscal year ended 29 September 2018, filed 5 November 2018, p. 63.

[27] Apple Inc., Form 10-K for the fiscal year ended 29 September 2018, filed 5 November 2018, p. 19.

[28] Shares outstanding data obtained from Company SEC filings.

31.     Apple's stock price at the start of the Class Period stood at $207.48 per share, according to price data obtained from the Center for Research in Security Prices ("CRSP"), a reliable data source that is widely used by academic researchers and investment professionals. The closing stock price peaked during the Class Period at $209.95 per share on 7 November 2018. By the close of trading on 3 January 2019, the first trading day following the end of the Class Period, Apple's stock price had fallen to $142.19 per share, a decline of $67.76 per share or 32.3% from the Class Period high. Apple's common stock prices during the Class Period are included in Exhibit-4.

### C.     Timeline of Events

32.     A review of the following events provides context for understanding the Company's condition during the Class Period, Plaintiff's allegations, and the facts and analysis compelling my loss causation and damages conclusions.

### 1.     Pre-Class Period Events: The Company Internally Notes Headwinds in China

33.     In the summer of 2018, prior to the start of the Class Period, China's economy started to show signs of faltering.[29] Several news outlets reported that the slowdown in the Chinese economy could be attributable to the Chinese government's effort to reduce the country's huge levels of debt.[30] *The New York Times* reported that Chinese consumers were undergoing a "consumption downgrade" where consumers were cutting back on spending.[31]

34.     The concerns about China's weakening economy were exacerbated by a trade war between the U.S. and China.[32] In July 2018, the Trump Administration announced a 10%

---

[29] "As China Curbs Borrowing Growth Shows Signs of Faltering," by Keith Bradsher, *The New York Times*, 14 June 2018.

[30] "As China Curbs Borrowing Growth Shows Signs of Faltering," by Keith Bradsher, *The New York Times*, 14 June 2018.

[31] "China's Consumption Downgrade: Skip Avocados, Cocktails and Kids," by Li Yuan, *The New York Times*, 22 August 2018.

[32] "China's Economy Shows Signs of Slowing. A Trade War Won't Help," by Daniel Shane, *CNN Business*, 20 June 2018.

tariff on a $200 billion list of Chinese products.[33] In August 2018, Trump ordered the July 2018 tariffs to increase to 25%.[34] In September 2018, the 10% tariffs on $200 billion of Chinese products were implemented; the Trump Administration announced that the 25% rate would be implemented at the start of calendar year 2019.[35]

35.   On 31 July 2018, after the close of trading, Apple announced financial results for Q3 FY 2018, provided Q4 FY 2018 guidance, and held a conference call with investors.[36] The Company's reported revenues of $53.3 billion and diluted EPS of $2.34 were above prior consensus estimates of $52.3 billion and $2.18 per share, respectively.[37] The Company established revenue guidance for Q4 FY 2018 of $60-$62 billion, a range with a midpoint of $61 billion, which was slightly above the consensus estimate of $59.6 billion.[38]

36.   Following the reports of a potential slowdown in the Chinese economy in the summer of 2018, analysts were curious about the demand for Apple products in China. During the Company's Q3 FY 2018 conference call, a Cross Research analyst noted that the Company's Q3 FY 2018 sales in Greater China were up 19% year-over-year ("Y/Y") and asked CEO Cook about the potential impact of the trade war on the Company's outlook. CEO Cook responded that "there are a lot of good things happening" in China right now.

> "[Shannon Siemsen – Cross Research LLC]: Great. And then can you talk a bit about China, up 19% -- Greater China, up 19% year-over-year during the quarter, I believe? Obviously, iPhone doing well, but -- there was some concern that maybe some of what's going on in the trade world might have impacted, it doesn't seem like that. So I'm just curious as to what you're seeing in China and how you're thinking about it as you look forward.

---

[33] "Timeline: Key Dates in the U.S.-China Trade War," *Reuters*, 1 August 2019.

[34] "Timeline: Key Dates in the U.S.-China Trade War," *Reuters*, 1 August 2019.

[35] "Timeline: Key Dates in the U.S.-China Trade War," *Reuters*, 1 August 2019.

[36] "Apple Reports Third Quarter Results," *Business Wire*, Company press release, 31 July 2018, 4:30 PM; "Q3 2018 Apple Inc Earnings Call," *Thomson Reuters*, conference call, 31 July 2018. Consensus estimates obtained from *Refinitiv Eikon*.

[37] "Apple Reports Third Quarter Results," *Business Wire*, Company press release, 31 July 2018, 4:30 PM; "Q3 2018 Apple Inc Earnings Call," *Thomson Reuters*, conference call, 31 July 2018. Consensus estimates obtained from *Refinitiv Eikon*.

[38] "Apple Reports Third Quarter Results," *Business Wire*, Company press release, 31 July 2018, 4:30 PM. Consensus estimates obtained from *Refinitiv Eikon*.

[Tim Cook – Apple CEO]: Yes, it's a good question. Thank you. This is the fourth consecutive quarter that we've had double-digit growth in Greater China. I mentioned how iPhone X and sort of the iPhones were selling. We did pick up share in iPhone and iPad. But if you look more holistically at our complete line, we had a double-digit growth from Services to iPad to iPhone and to our other product category, which the Watch did extremely well. And so there are lots of good things happening there."

**"Q3 2018 Apple Inc Earnings Call," *Thomson Reuters*, conference call, 31 July 2018, pp. 8-9.**

37.    Following the earnings announcement and conference call, analysts commented positively on the Company's Q3 FY 2018 results and noted the multiple tailwinds, specifically strong China iPhone sales

"AAPL reported a modest June-qtr beat and guided Sept-qtr ahead of expectations. Given heightened concerns around large-cap tech and ongoing US/China tariff issues, this was a positive print vs. expectations. While we expect investors to wait for pricing clarity on next gen iPhones before deciding on AAPL stock, near-term upward bias on the name remains given multiple tailwinds stacking up."

**"Hit Snooze For 90 Days. Path to Trillion Intact.," by Amit Daryanani et al., RBC, analyst report, 31 July 2018, p. 1.**

"iPhone revenue grew by over 20% despite smartphone upgrade rates being at historic lows. We believe there are early signs that upgrade rates might be bottoming, which could provide an additional tailwind to our estimates that are now above consensus."

**"Increasing Apple Price Target to $235. iPhone Still a Star Despite Record Low Upgrade Rates," by Walter Piecyk and Joseph Galone, BTIG, analyst report, 31 July 2018, p. 1.**

"Finally, although sales to Greater China grew by a strong 19% Y/Y, this is versus an easy comparison as sales to this region declined by 10% Y/Y in the year ago quarter. Y/Y compares in sales to Greater China get more difficult starting this quarter, and AAPL is a bit vulnerable to increasing tariffs in the US-China trade dispute."

**"AAPL: Strong for a FQ3 as Strong iPhone ASP, Services, and Wearables Drive Growth – Raising Pt to $230," by Shebly Seyrafi, FBN, analyst report, 1 August 2018, p. 1.**

> "Apple posted another quarter of solid, and most importantly, diversified growth, with overall revs up 17%. iPhone grew 20%, Services grew 28% (adj), and Other (driven by Wearables) grew 37% (iPad and Mac were down). China remained strong. iPhone growth is due primarily to 20% ASP growth, with units up just 1%. … Other Key Positives in the Quarter: 1) China still strong – up 19% y/y 2) Tim Cook stated that cord cutting will 'probably accelerate at a much faster rate than is widely thought.' AAPL clearly going to make a play here …."
>
> **"F3Q'18: Broad Growth," by Benjamin Schachter et al., Macquarie, analyst report, 1 August 2018, p. 1.**

38. At the Company's iPhone launch event on 12 September 2018, Apple introduced three new phones: the iPhone XR (starting at $749); iPhone XS (starting at $999); and the iPhone XS Max (starting at $1,099).[39] The XS and XS Max – the Company's most expensive phones to date – were available for pre-order on 14 September 2018 and went on sale on 21 September 2018.[40] Pre-orders for the XR were live on 19 October 2018 and started shipping a week later, 26 October 2018.[41]

39. Notwithstanding the geopolitical climate between the U.S. and China and the slowing of the Chinese economy, analysts remained positive on iPhone revenue trends in China.

> "iPhone revenue trends in China have improved despite unit trends Despite the y/y declines in iPhone shipments in 2017, iPhone shipments returned to growth in calendar 3Q17 (F4Q17) and were up double digits in mainland China. While iPhone unit sales in 1H2018 are estimated to be still down -4% y/y in China, the launch of the iPhone X has improved momentum relative to revenue growth with four consecutive quarters of double-digit growth in revenue leading up to 3Q18."
>
> **"Time for Apple Picking: Initiate OW on Compelling Services Transformation, Ripe Installed Base, Core Capital Deployment," by Samik Chatterjee et al., JPMorgan, analyst report, 27 September 2018, p. 68.**

---

[39] "Everything Apple Just Announced at Its iPhone Event; The iPhone XS Starts at $999, While the iPhone XS Max Begins at $1099," by Emily Bary, *MarketWatch*, 12 September 2018.

[40] "Everything Apple Just Announced at Its iPhone Event; The iPhone XS Starts at $999, While the iPhone XS Max Begins at $1099," by Emily Bary, *MarketWatch*, 12 September 2018.

[41] "Everything Apple Just Announced at Its iPhone Event; The iPhone XS Starts at $999, While the iPhone XS Max Begins at $1099," by Emily Bary, *MarketWatch*, 12 September 2018.

40.     Following the release of the iPhone XR, Loup Ventures, a venture capital firm that analyzed the XR pre-orders, noted that Apple customers would be able to receive the iPhone XR on 26 October 2018 – i.e., the first day it was officially available for purchase, indicating that demand was not larger than the supply.

> "Despite this negative initial data point, we remain optimistic that the Xr will be the top-selling iPhone over the next 12 months, given it represents the greatest value. We continue to expect the Xr to account for 38% of new units in FY19... Our next data point related to Xr demand will come on Friday, October 26th when we count and survey launch lines. If lines are shorter than what we observed for the Xs and Xs Max launches in September, we will reevaluate our mix assumptions. Either way, this doesn't change our belief that iPhone unit growth in FY19 will be 3% y/y, slightly ahead of the Street's 1%."
> **"iPhone Xr Lead Times Short But Remain Optimistic," by Gene Munster, *Loup Ventures*, 19 October 2018, https://loupventures.com/iphone-xr-lead-times-short-but-remain-optimistic/.**

41.     In the month leading up to the start of the Class Period, several analysts warned of the impact that the slowing Chinese economy could have on the demand for Apple's products – in particular, the iPhone models. Notwithstanding their concerns about the slowing Chinese economy, Analysts were still optimistic about the new iPhone launches.

> "There are multiple signs of rapidly slowing consumer demand in China which we believe could easily affect Apple's demand there this Fall. In this report we provide some sensitivity analysis around various outcomes of smartphone market growth and Apple's market share in China to give investors a feel for potential earnings impacts of a weak Chinese economy in late 2018. ... Given Apple's flagship product did not compete in this rapidly growing category last year we believe there is some upside potential this year as both the Xs Max and XR are in the 6" + screen size category. Overall we are reiterating our Dec qt iPhone shipments estimate (80m) and retaining our $240 12-month PT but much of Apple's upside potential in our thinking was centered on Chinese demand for larger screen sizes. ... We are currently assuming China contributes ~13m of our ~80m total iPhone unit forecast in the Dec '18 QTR. Our 13m unit forecast implies that Apple will continue to lose share in the high end smartphone category (to

30% in Q4'18 from 32% in Q4'17) though it also assumes demand in that category is unaffected by macro. We believe sequential share gains are actually more likely for Apple given its lineup but our overall market forecast may well be optimistic if current consumer weakness persists. At our current market forecast level the 2pp of share loss equates to about 1m units for Apple."

**"China Slowdown Raises EPS Risk for Apple. We Provide Sensitivity Analysis to Various Outcomes," by Rod Hal et al., Goldman Sachs, 14 October 2018 [APL-SECLIT_00104248-57 at 48 and 50].**

"Similarly in China, market revenues could increase by 12% YoY despite 6% shipment decline thanks to ASP expansion. ASP expansion provides room for component quality improvement/migration on camera, AP, memory and higher penetration rate on waterproofing, full-screen design, dual SIM card, and fingerprint sensor."

**"Global Smartphones Trimming Our Global Smartphone Forecasts; *Innovation Lab Data Points to No iPhone "Super Cycle" This Year*," by William Yang et al., Citi, analyst report, 15 October 2018 [APL-SECLIT_00586766-790 at 779].**

"We continue to believe XR will be a linchpin around Cupertino's success in further penetrating the China consumer market over the next year with our estimates that roughly 60 million to 70 million iPhones in this key region are in the window of opportunity to upgrade."

**"The Drum Roll Begins for iPhone December Guidance; Tea Leaves Positive So Far," by Daniel Ives and Strecker Backe, Wedbush, analyst report, 29 October 2018, p. 1.**

42. Prior to the Company's Q4 2018 earnings announcement, analysts identified the performance of Apple's new iPhone XR in China as one of the key issues they were seeking clarification on.

"Apple will be reporting its F4Q18 (Sept) results this Thursday Nov 1, after the bell. The results for the quarter take a back seat to the main event which will be the company's highly anticipated guidance for the upcoming December quarter and thus represents a key barometer of health for the all-important XS/XR iPhone demand cycle. To this point we are expecting a generally ho-hum September quarter with iPhone units of roughly 48 million which should match Street expectations, with an iPhone ASP trending toward $800 that can importantly exceed expectations and be a source of upside in the quarter. … We continue to believe XR will be a linchpin around Cupertino's success in further penetrating the China consumer market over the next year with our estimates that roughly 60 million to 70 million iPhones in this key region are in the window of opportunity to upgrade. With XR officially going GA this past Friday,

investors are laser focused on this mix shift with some lingering fears that the $749 base XR iPhones vs $1,000+ price points on XS/XS Max could negatively skew ASPs downward vs expectations. To this point we estimate 65% to 70% of XR sales will be the higher $899 price point model based on initial data points and coupled with strong XS/XS Max will drive ASPs toward the $800+ level and continue to push Street estimates higher for FY19 with current ASP estimates at $770."

**"The Drum Roll Begins for iPhone December Guidance; Tea Leaves Positive So Far," by Daniel Ives and Strecker Backe, Wedbush, analyst report, 29 October 2018, p. 1.**

"Looking Out into FY19; China Consumer Demand a Key Driver The massive uptick in ASPs that Apple has experienced on the heels of a modestly successful iPhone X launch and the current XS launch, a services business that we forecast is on a trajectory to be a $50 billion annual revenue stream by FY20, and an unparalleled consumer franchise that now has 1.3 billion active devices worldwide speaks to the potential tailwinds that Cook & Co. have for the foreseeable future in our opinion as it further penetrates its massive installed base. The main swing factor in our opinion looking ahead is China (was up 19% year over year in June/FY3Q) as we estimate over a 100 million iPhone installed base in this key region, with over half of these consumers due for an upgrade during the course of FY19. In particular, we estimate between 60 million and 70 million Chinese iPhones will be in the 'upgrade window' over the coming year with iPhone's next generation trifecta of smartphones as a major potential product catalyst in the all important Chinese market, which could see a renaissance of growth on the horizon for Apple, despite lingering worries around the overall China market given current tariff/trade tensions. We believe a successful iPhone launch with particular traction in China, coupled by a ramping services business is key to a re-rating on shares of AAPL as more investors start to appreciate the underlying value and recurring nature of Cupertino's services franchise."

**"The Drum Roll Begins for iPhone December Guidance; Tea Leaves Positive So Far," by Daniel Ives and Strecker Backe, Wedbush, analyst report, 29 October 2018, p. 4.**

43. While analysts and investors were cautiously optimistic about the demand for the iPhone, internal communications between executives at Apple indicated that they knew demand for the new iPhones was weak, particularly in the Greater China Region for the just-launched iPhone XR.

"We knew pre orders would be lighter but this feels lighter than I would have expected. Also, the partner order outlook (sell in forecast) is going to be driven by customer demand signals which may lead to nearer term adjustments down until we see run-rate demand."
**"Fwd: N84 Reseller Pre-Orders Update - 10/19," from Kevan Parekh to Gregory Joswiak et al., internal Company email, 19 October 2018 [APL-SECLIT_00643589-92 at 89].**

"Given the current performance indications of the iPhone Xr, we have been asked to come up with a specific and solid set of actions that could be taken this quarter to drive additional revenue. Can you please urgently marshal your best thinkers and work on the following three topics: 1) Actions we can take to optimize iPhone volume across the portfolio … ."
**"Urgent Q1 Action Plans," from Mike Fenger to Brian Lu et al., internal Company email, 27 October 2018 [APL-SECLIT_00118071-3 at 71].**

"China Tear Sheet In China, we're worried about the new Mate devices coming in at 5,000-6000 RMB compared to iPhone which is more in the 6,000+ RMB price points. The devices are spec'd well in China but the team is pulling together a more comprehensive summary we will share with you. 'What street pricing are we at on iPhone X in China?' Right now we're priced at $849, but it has not flowed through to street pricing yet. 'When will that happen?' Not sure yet, we'll work with the team to get an estimate. 'We need that to happen quickly.' Do we have the colors stocked in China for XR? I read in one of the reports that was an issue. One of the products we're tight on is yellow, but we are shipping quickly anywhere that there is high velocity. We'll confirm but we believe the supply that's in transit will cover any issue that's been escalated, but we'll continue to assess that. 'We have limited degrees of freedom in China, but one of those is iPhone X. We need to make certain it gets to the $799 street price.' We'll confirm, but one of the challenges is we did not provide PP. We'll look at when it will happen naturally and see if we need to pull any levers to get there. 'Retail really sticks out, I know we went through the break down by product earlier, but this would suggest this is the worst performance on Hero & N-1 since at least FY14.' Some of that you could argue is shifting to the Channel because supply is healthier, but we agree it's not strong performance. The demand trends do not point to a higher view right now."
**"Sunday Time Meeting Notes," from Mark Anderson to Kevan Parekh, internal Company email, 28 October 2018 [APL-SECLIT_00199608-14 at 10].**

"China partners initial assessment is that XR will be 30% to 50% of the Hero mix. Hong Kong partners are projecting XR at 30% while Taiwan partners are higher at 60% to 75% although the UB is -73% compared to 8/8+. This has come down from pre-launch feedback by 10% to 20%. CM and CU have asked to reduce mBS and cap supply to no higher than current shipment plan."

**"FWD: iPhone XR Pacific Day 1 Executive Summary (as of 5:00 PM SGT)," from Donal Conroy to Tim Cook et al., internal Company email, 26 October 2018 [APL-SECLIT_00631297 – 301 at 298].**

44.    Apple executives in China were concerned about demand for the new iPhones. Specifically, the China team was concerned about competition from Huawei and noted that Apple needed to ramp up its advertising for the iPhone XR.

"The China team is a little concerned about the Huawei Mate launch - it looks like they priced aggressively in China; Alex / Amar can you please quickly confirm the pricing and lay out our pricing side by side? I've attached a link below Separately, they have also started aggressively advertising and also in Europe. Kaiann - we really need to ramp up our marketing activities for XR…..especially in places like Europe and China"

**"Subject: Huawei Launches Mate 20 and Mate 20 Pro in China with a Twist - GSMArena.com News," from Kevan Parekh to Kaiann Drance et al., internal Company email, 27 October 2018 [APL-SECLIT_00163618-19 at 18].**

45.    Internal communications indicate that iPhone XR sales got off to a poor start, particularly in China, where some of Apple's local carriers were requesting that the Company stop shipping further units. Apple was also seeking ways to generate additional revenue to make up for the sales shortfall.[42]

"I will let Dheeraj give you all the numbers…but on N84 we were at 43M, dropped last week to 41M and next week planning talking about dropping to 38M"

**"Re: iPhone Volumes - 3M Meeting," from Priya Balasubramaniam to Tang Tan, 22 October 2018 [APL-SECLIT_00565784-85 at 84].**

---

[42] "Fwd: High Level N84 Ship Clen Input.," from Donal Conroy to Sabih Khan et al., internal Company email, 27 October 2018 [APL-SECLIT_00566305-08 at 05].

"I wanted to give you a heads up that we have significant Xr ship clean risk in China next week. The poor kick off over the weekend has caused pressure from partners and the local sales team not to ship in next week's planned supply (~ 700k). They may have a point but we have not agreed to stop next weeks shipments yet."
**"Fwd: High Level N84 Ship Clen Input.," from Donal Conroy to Sabih Khan et al., internal Company email, 27 October 2018 [APL-SECLIT_00566305-08 at 05].**

"China Mobile: CM sent 2nd escalation this morning to request stop shipment as we shipped 254k vs W5 241k ship plan. Partner told us due to softer demand and decline in market price, they are not able to further replenish to T2 partners. Partner explicitly said if Apple cannot keep our practice to maintain healthy channel inventory, CM will consider hold payment to future shipment."
**"High Level N84 Ship Clen Input.," from Anna Matthiasson to Donal Conroy, internal Company email, 28 October 2018 [APL-SECLIT_00499582-84 at 82].**

"Given the current performance indications of the iPhone Xr, we have been asked to come up with a specific and solid set of actions that could be taken this quarter to drive additional revenue. Can you please urgently marshal your best thinkers and work on the following three topics:"
**"Fwd: Urgent Q1 Action plans," from Brian Lu to Stella Ye et al., internal Company email, 28 October 2018 [APL-SECLIT_00610264-67 at 64].**

"Prioritize China and Western Europe where we are seeing competitive pressure from Huawei Mate 20 phones. Maybe the dominance of black phones in POS is not limiting in Europe where they aren't as big on colors"
**"Fwd: Marketing Thoughts for Tim Meeting," from Kaiann Drance to Kevan Parekh, internal Company email, 29 October 2018 [APL-SECLIT_00536443-44 at 43].**

"Do you guys have any feedback on how the launch is going? We are looking at ways to help with performance via fast marketing actions. We saw unbrickings from China again and are very concerned."
**"Re: China Feedback," from Kaiann Drance to YeeWee Koh and Angie Wong, internal Company email, 31 October 2018 [APL-SECLIT_00536485].**

"Supply Δ after 10.5M MPS [master production schedule] reduction (N84 [iPhone XR]: -9.5M, D3x [iPhone XS and XS Max]: -1.0M)"
**"Intel Supply 10.31.18," from James Venter to Donal Conroy et al., 31 October 2018 [APL-SECLIT_00093550-54 at 54].**

19

"I will go back thru the timeline. We definitely had some concerns based on pre orders ..but the wheels fell off on Friday 26th ..which was launch day. Question is did we give good range advice to Jeff walking in on the 25th …I will come back on that."

**"Re: iPhone Cuts," from Donal Conroy to Tony Blevins, 7 November 2018 [APL-SECLIT_00643905-6 at 5].**

### 2.      1 November 2018: Apple Announces Q4 2018 Financial Results

46.     On 1 November 2018, after the close of trading, Apple announced financial results for Q4 2018 and held a conference call with analysts and investors.[43] For the quarter, the Company reported total revenues of $62.9 billion (above consensus estimates of $61.6 billion).[44] Region Greater China accounted for $11.4 billion, or 18.1% of Apple's revenue during the fourth quarter. The Company highlighted that "record results from iPhone, Services and Wearables drove our momentum, and we produced strong double-digit revenue growth in all of our geographic segments."[45]

47.     In addition to announcing its financial results, the Company provided guidance for Q1 FY 2019. Apple forecasted revenue to be between $89 billion and $93 billion.[46] On the conference call, management noted that its Q1 FY 2019 revenue forecast of "between $89 billion and $93 billion" reflected a "number of factors," including "some macroeconomic uncertainty, particularly in emerging markets."[47]

> "We have the strongest lineup ever as we enter the holiday season, and we expect revenue to be between $89 billion and $93 billion, a new all-time record. This range reflects a number of factors to be considered: First, we consider the effect on Q4 and Q1 of the launch timing of our new iPhones this year versus last year; Second, we expect almost $2 billion of foreign exchange headwinds; Third, we had an unprecedented number of products

---

[43] "Apple Reports Fourth Quarter Results," *Business Wire*, Company press release, 1 November 2018, 4:30 PM; "Q4 2018 Apple Inc Earnings Call," *Thomson Reuters*, conference call, 1 November 2018.

[44] "Apple Reports Fourth Quarter Results," *Business Wire*, Company press release, 1 November 2018, 4:30 PM. Consensus estimates obtained from *Refinitiv Eikon*.

[45] "Q4 2018 Apple Inc Earnings Call," *Thomson Reuters*, conference call, 1 November 2018, p. 1.

[46] "Apple Reports Fourth Quarter Results," *Business Wire*, Company press release, 1 November 2018, 4:30 PM.

[47] "Q4 2018 Apple Inc Earnings Call," *Thomson Reuters*, conference call, 1 November 2018, p. 7.

ramping, and while our ramps are going fairly well, we have uncertainty around supply and demand balance; and fourth, we also face some macroeconomic uncertainty, particularly in emerging markets."

**"Q4 2018 Apple Inc Earnings Call,"** *Thomson Reuters*, **conference call, 1 November 2018, p. 7.**

48.     On the conference call, analysts focused on "macroeconomic uncertainty" and headwinds in emerging markets. When asked about "some real deceleration in some of these emerging markets," Apple management responded that "the emerging markets that we're seeing pressure in are markets like Turkey, India, Brazil, Russia … those markets are not growing the way we would like to see." In response to analyst questions about deceleration in emerging markets, CEO Cook further commented that "in relation to China specifically, I would not put China in that category."[48]

> "[Wamsi Mohan – BofA Merrill Lynch]: Tim, there has been some real deceleration in some of these emerging markets, partly driven by some concerns around some of the rules the administration is contemplating and partly driven by things that are more specific to China, for instance, like some of the regulations around gaming. So can you talk about how you see the trajectory there for the business and what you think of the initiatives of some companies like Netflix and Fortnite trying to bypass the App Store around subscriptions? And I have a follow-up.
>
> [Tim Cook – Apple CEO]: Sure. Great question. Starting with emerging markets. The emerging markets that we're seeing pressure in are markets like Turkey, India, Brazil, Russia, these are markets where currencies have weakened over the recent period. In some cases, that resulted in us raising prices, and those markets are not growing the way we would like to see. To give you a perspective in -- at some detail, our business at India in Q4 was flat. Obviously, we would like to see that be a huge growth. Brazil was down somewhat compared to the previous year. And so I think -- or at least the way that I see these is each one of the emerging markets has a bit of a different story. And I don't see it as some sort of issue that is common between those for the most part. In relation to China specifically, I would

---

[48] "Q4 2018 Apple Inc Earnings Call," *Thomson Reuters*, conference call, 1 November 2018, pp. 7-8.

not put China in that category. Our business in China was very strong last quarter. We grew 16%, which we're very happy with. iPhone, in particular, was very strong double-digit growth there. Our other products category was also stronger, in fact, a bit stronger than even the company – overall company number."

**"Q4 2018 Apple Inc Earnings Call,"** *Thomson Reuters*, **conference call, 1 November 2018, pp. 7-8.**

49.     When asked about early sales results of the iPhone XS and XS Max and the iPhone XR, and any implications to be drawn from the guidance, Defendants claimed they lacked the necessary data to draw any conclusions:

> "[Michael Joseph Olson - Piper Jaffray Companies]: With the staggered iPhone launch, were you able to discern any impact on the Xs and Xs Max from buyers potentially waiting for the XR? And what, if anything, can we take away from the December quarter guidance related to what you're seeing for early demand on the XR? And then I have a follow-up.
>
> [Timothy D. Cook - Apple Inc. - CEO]: Mike, it's Tim. The Xs and Xs Max got off to a really great start, and we've only been selling for a few weeks. The XR, we've only got out there for, I guess, 5 -- 5 days or so at this point and so that it's -- we have very, very little data there. Usually, there is some amount of wait until a product shows -- another product shows up in look, but in -- that -- that in looking at the data, on the sales data for Xs and Xs Max, there's not obvious evidence of that in the data as I see it."
>
> **"Q4 2018 Apple Inc Earnings Call,"** *Thomson Reuters*, **conference call, 1 November 2018, p. 10.**

50.     On the conference call, the Company also told analysts that it would "no longer be providing unit sales data for iPhone, iPad and Mac."[49]

> "Third, starting with the December quarter, we will no longer be providing unit sales data for iPhone, iPad and Mac. As we have stated many times, our objective is to make great products and services that enrich people's lives and to provide an unparalleled customer experience so that our users are highly satisfied, loyal and engaged. As we accomplish these objectives, strong financial results follow. As demonstrated by our financial performance in recent years, the number of units sold in any 90-day period

---

[49] "Q4 2018 Apple Inc Earnings Call," *Thomson Reuters*, conference call, 1 November 2018, p. 7.

is not necessarily representative of the underlying strength of our business. Furthermore, our unit of sale is less relevant for us today than it was in the past given the breadth of our portfolio and the wider sales price dispersion within any given product line."

**"Q4 2018 Apple Inc Earnings Call," *Thomson Reuters*, conference call, 1 November 2018, p. 7.**

51.     Analyst reports following the earnings announcement reflected that analysts believed that China was explicitly excluded from the emerging markets where Apple was experiencing negative economic pressure. JPMorgan analysts related the Company's claim that while there was pressure in some emerging markets, "Apple continues to see solid growth in EM countries like China."[50]

"That said, macro risks are noteworthy at this time for a global business, driving greater conservatism than usual in F1Q guidance. While we believe that there is not much of a shortfall relative to guidance when it comes to F1Q, it is important to remember that the firm has to navigate and execute amidst higher macro risks, particularly as relates to a softer outlook for emerging market growth, weakening EM currencies necessitating price increases, as well as softening consumer confidence in that backdrop. For example, Apple cited pressures in emerging markets including Turkey, Brazil, India and Russia and challenges in growth following price increases. Separately, while Apple continues to see solid growth in EM countries like China (+16% y/y in F4Q), it is facing regulatory hurdles relative to growth for the App Store. Net, we believe the F1Q guidance embeds a higher degree of conservatism relative to headwinds from emerging risks, which are hard to quantify, and thus an unusually wide range for the F1Q revenue outlook."

**"Growth Fundamentals Intact, Despite Softer Revenue Guide on FX Headwind and Conservatism Related to Macro Risks," by Samik Chatterjee et al., JPMorgan, analyst report, 2 November 2018, p. 1.**

"Although many investors are concerned about AAPL's China business, the Greater China segment grew by 16% Y/Y (down only slightly from 19% Y/Y growth in FQ3) against a tougher Y/Y comparison."

**"AAPL: Buy on Pullback as Somewhat Weak FQ1 Guidance Partly Caused by Timing of New iPhones," by Shebly Seyrafi, FBN Securities, analyst report, 2 November 2018, p. 1.**

---

[50] "Growth Fundamentals Intact, Despite Softer Revenue Guide on FX Headwind and Conservatism Related to Macro Risks," by Samik Chatterjee et al., JPMorgan, analyst report, 2 November 2018.

"All You Need to Know: AAPL reported modest upside to Sept-qtr results with no notable slowdown from China as better iPhone ASP's and stable GM's enabled revenue and EPS upside vs. expectations"
**"Privacy Commitment Now Extends to iPhone Unit Disclosure Apparently," by Amit Daryanani et al., RBC, analyst report, 1 November 2018, p. 1.**

"By geo, Americas revs were +19%Y/Y, Europe +18%Y/Y and China held solid at +16%Y/Y even as it now returns to tougher Y/Y comps (e.g., China revs were +12%Y/Y in Sep-17 after 6 preceding quarters of 10-33%Y/Y declines), with China iPhone revs up >20%Y/Y. Apple did, however, call out macro weakness it now sees in some other emerging markets, including Turkey, Brazil, Russia and India (e.g., where revs were just flat Y/Y), compounded by the stronger USD."
**"AAPL – May Want Its Growth-via-ASP Strategy to be Less Obvious," by Robert Cihra and Amil Patel, Guggenheim, analyst report, 1 November 2018, p. 1.**

"Geographically, Apple delivered double-digit annual revenue growth in every region. The best growth came in Japan (8% of revenue) where sales grew over 30%. Americas revenue (44% of total) was up 19% annually. Revenue in Europe (25% of total) grew at an 18% rate. Despite mounting concerns over tariffs, Apple's China business continues to recover, based on high-end appetite for the new phones; China revenue rose 16%. Rest of Asia was up 22%."
**"Analyst's Notes," by Jim Kelleher, Argus, analyst report, 2 November 2018, p. 2.**

"Cautious Emerging Macro Commentary: While Apple reported continued strong growth in China (+16% y/y in F4Q18; iPhone +DD%), the company's commentary was relatively cautious on emerging market demand given the strengthening U.S. Dollar."
**"AAPL: Solid Results Overshadowed by Pulled Unit Disclosures + Macro Angst," by Aaron Rakers et al., Wells Fargo, analyst report, 1 November 2018, p. 1.**

**"Is this just China?** AAPL during their EPS call on 11/1 stressed that China wasn't seeing softer demand. **However, during their pre-announcement on Jan 2nd, AAPL squarely attributed revenue miss to China.** We do think demand in China is weak – auto sales are down double digits in the Decqtr, China PMI was sub-50 exiting 2018 and broader consumer spend is soft. However, we also think there are other factors impacting AAPL a) higher iPhone ASPs and limited innovation, b) elongated replacement cycles, & c) competition."
**"Download on Investor Feedback post AAPL Negative Pre.," by Amit Daryanani et al., RBC, analyst report, 6 January 2019, p. 1 (emphasis added).**

52.    In their reports following the Q4 2018 earnings release and conference call, analysts expressed their disappointment in the Company's decision to withdraw unit sales data and were concerned with Q1 2019 guidance below expectations.

> "The stock is looking to pull back today on relatively weak FQ1 revenue guidance of $89-93B as most of the range is below consensus of $92.9B. This is leading to concerns about slowing iPhone revenue growth in FQ1. We believe that the launch of the iPhone XS and XS Max in September this year, versus the launch of the iPhone X in December last year, resulted in more growth in this year's FQ4 and therefore less growth in FQ1. So some of the weaker guidance could simply be due to the timing of the new iPhone availability. Additionally, the stock could also be responding negatively to the announcement that starting with FQ1 2019 the company will stop breaking out unit sales for iPhone, iPad, and Mac as this will result in less important information available for investors. However, we would be buyers of the stock on any pullback as we are raising our revenue and EPS estimates and the company's FCF yield of 7.0% (using yesterday's closing price; yield is higher if the stock pulls back today, which is likely) is quite attractive. Moreover, although many investors are concerned about AAPL's China business, the Greater China segment grew by 16% Y/Y (down only slightly from 19% Y/Y growth in FQ3) against a tougher Y/Y comparison."
> **"AAPL: Buy on Pullback as Somewhat Weak FQ1 Guidance Partly Caused by Timing of New iPhones," by Shebly Seyrafi, FBN, analyst report, 2 November 2018, p. 1.**

> "Post AAPL 4Q results, there is more uncertainty for the stock. The qtr itself was mixed, with revs and earnings ahead of expectations; however, iPhone units were well below (46.9m vs 49m) but ASPs were higher ($793 vs $729). Services was solid, up 27% y/y adj, with strength in all products and geo's. 1Q guidance is below expectations (though adj for $2bn FX impact, it's not quite as bad as first take). The concern, and increased uncertainty, post results is based, in part, on the fact that AAPL will no longer give unit results for iPhone, iPad, and Macs."
> **"F4Q'18: Increased Uncertainty; Services Key," by Benjamin Schachter et al., Macquarie, analyst report, 2 November 2018, p. 1.**

53.    While Apple publicly represented that China was not among the "emerging markets that we're seeing pressure in," the Company was internally discussing negative economic pressure and headwinds in China.

"We believe the simultaneous launch of Huawei Mate 20 and 20 Pro and their aggressive pricing in China have diluted some launch momentum and prompted confusion on the positioning of the iPhone XR. Some feedback from bloggers include: 'I haven't been locked in to Apple's ecosystem, buy the Mate 20 at least it's the flagship.' - Wumenwupai, Zhihu Blogger. And as Apple has highly aspirational status in China, some also view the iPhone XR as a compromise fueled by the taboo of not wanting to buy the second best, and social discussions where iPhone XR is unfairly compared directly to iPhone X, XS (screens, camera) and Huawei Mate 20 (price, specs). … Also helpful was hearing feedback directly from China product marketing and engineering about our products and services here . Overall, they walked away with a better understanding of the unique challenges and opportunities in China, as well as a heightened sense of urgency to make our products more relevant in China."

**"Subject: Greater China Update - October 2018," from Isabel Mahe, internal Company communication, 1 November 2018 [APL-SECLIT_00184844-51 at 45 and 48].**

54.     Unbeknownst to analysts and investors, prior to and immediately following the Company's Q4 FY 2018 earnings announcement, Apple had been discussing production cuts and cut production of its new iPhones.[51]

"We are moving forward with the MPS adjustments we discussed yesterday. In fact we are cutting Xr further than discussed. our plan now is to hold to a 30M MPS this quarter and a cum 53M thru Q2. No other changes from discussion yesterday."

**"MPS," from Donal Conroy to Sabih Khan et al., internal Company email, 2 November 2018 [APL-SECLIT_00643543].**

"We communicated that MPS changes will be published tonight to Foxconn (Andrew). I indicated there would be cuts on N84 this quarter and next quarter and upsides on sustaining next quarter. I told him we wanted to be upfront and communicate early so they can plan. Andrew's exact words were 'take care of us on sustaining, we will manage NPI cuts. Don't worry' They will see all the details tonight. They will see a ~7M unit drop for this quarter across N84, D32 (they are sole sourced), D10 and D11. For next quarter they will see a 1M increase. Net across two quarters they will see a

---

[51] See, also, "Intel Baseband Supply Summary," attachment to internal Company communication, 31 October 2018 [APL-SECLIT-00093550-554 at 554].

6M unit drop. Based on Andrew's reaction on the call, they may not reach out to you - but in case Terry/ Louis reach out to you we wanted to make sure you were aware. Note: we have removed Wistron from N84 plans and will not qualify them any more."

**"Communication MPS Cuts to Foxconn," from Priya Balasubramaniam to Jeff Williams and Sabih Khan, internal Company email, 3 November 2018 [APL-SECLIT_00527633].**

### 3.  5 November 2018: Media Reports That Apple Manufacturers Are Halting Production Lines for the iPhone

55.   On 5 November 2018, prior to the start of trading, *Nikkei* reported that Apple had several of its suppliers "halt plans for additional production lines dedicated to the relatively cost-effective model."[52] The article stated that the planned reduction in production would equate to "around 100,000 fewer units daily to reflect the new demand outlook -- down 20% to 25% from the original optimistic outlook."[53]

> "Apple has signaled disappointing demand for the new iPhone XR, telling its top smartphone assemblers Foxconn and Pegatron to halt plans for additional production lines dedicated to the relatively cost-effective model that hit shelves in late October, sources say. 'For the Foxconn side, it first prepared nearly 60 assembly lines for Apple's XR model, but recently uses only around 45 production lines as its top customer said it does not need to manufacture that many by now,' a source familiar with the situation said. That means Foxconn, the Taiwanese company traded as Hon Hai Precision Industry, would produce around 100,000 fewer units daily to reflect the new demand outlook -- down 20% to 25% from the original optimistic outlook, this person said. Fellow Taiwanese manufacturer Pegatron faces a similar situation, suspending plans to ramp up production and awaiting further instructions from Apple, a supply chain source said."
>
> **"Apple Cancels Production Boost for Budget iPhone XR: Sources," by Lauly Li and Cheng Ting-Fang, *Nikkei*, 5 November 2018.**

---

[52] "Apple Cancels Production Boost for Budget iPhone XR: Sources," by Lauly Li and Cheng Ting-Fang, Nikkei, 5 November 2018.

[53] "Apple Cancels Production Boost for Budget iPhone XR: Sources," by Lauly Li and Cheng Ting-Fang, *Nikkei*, 5 November 2018.

> "Apple also had asked smaller iPhone assembler Wistron to stand by for rush orders, but supply chain sources say the company will receive no orders for the iPhone XR this holiday season."
>
> **"Apple Cancels Production Boost for Budget iPhone XR: Sources," by Lauly Li and Cheng Ting-Fang, *Nikkei*, 5 November 2018.**

56.    That day, several financial press publications attributed Apple's stock price decline on 5 November 2018 to the production cut news.

> "Apple's (ticker: AAPL) stock is dropping after a report the tech giant is telling its suppliers to cancel plans for additional iPhone XR production lines. The Nikkei Asian Review reported on Monday that Foxconn initially prepared to have nearly 60 assembly lines for the iPhone XR, but is now using only about 45 lines because Apple said it didn't need the extra production. The media outlet quoted a person familiar with the matter as saying the new outlook for demand for the iPhone XR is down 20% to 25% from the original, more optimistic level. … Apple stock was down 2.4% on Monday to $202.59. The company didn't immediately respond to an email request for comment."
>
> **"Apple Stock Falls as Report Casts Doubt on iPhone Demand -- Barrons.com," *Dow Jones Institutional News*, 5 November 2018.**

> "Apple stock tumbled on Monday as another analyst downgraded the company amid a report that it has told manufacturing partners to halt plans for additional production lines for the new iPhone XR. Apple stock fell 2.7% to 201.86 on the stock market today. Shares in Apple plunged 6.6% on Friday after the company reported fiscal fourth-quarter revenue and profit that topped views, despite a 4% drop in iPhone unit sales."
>
> **"Apple Stock Tumbles As iPhone Maker Downgraded Amid Production Cut," *Investor's Business Daily*, 5 November 2018.**

> "Apple slid 3.3 percent, adding to its near 7 percent fall on Friday, after the Nikkei reported the company has told two smartphone assemblers to halt plans for additional production lines dedicated to the lower-cost iPhone XR."
>
> **"US STOCKS-Energy Stocks Lift S&P, Dow; Apple Drags," *Reuters News*, 5 November 2018.**

57.     Analysts at RBC wrote that "this could indicate muted unit demand" and that "investors are likely to remain cautious about supply chain data points intra-quarter."[54]

> "News Reports of Supply Chain Cuts: An unconfirmed Nikkei report stated that AAPL has asked supply chain partners Foxconn and Pegatron to stop preparing additional production lines for iPhone XR. While this could indicate muted unit demand, we note that similar reports have been seen in past product cycles and AAPL has managed to navigate those relatively well, partially through ASP uplift. However, investors are likely to remain cautious about supply chain data points intra-quarter."
> **"10-K Review: High Off-balance Sheet Commitments Indicating Multiple Ramps,"**
> **by Amit Daryanani et al., RBC, analyst report, 5 November 2018, p. 1.**

58.     While Apple made no public comment on the *Nikkei* report, internal documents confirmed that the report was accurate and, if anything, understated the size of the production cuts.

> "Given how close some of the numbers are to facts and how the data has been reported [in terms of what we call big lines for Foxconn @ 590 UPH] there is no doubt to us that a lot of the information on production line and daily production volume has to be directly from Foxconn. As I mentioned to you we were going to PRQ Wistron [not standby] but given demand we cancelled the program and Roland communicated to them last Sunday (10/29) US time. For sustaining program MPS could have been pieced together thru ' single sourced part vendors or the reporter could have pieced together info from Foxconn + Pegatron. The numbers are close. Looks like the Wistron 0.8M got left out [5M reported vs 6M actuals] … Someone inside both companies is talking to the press."
> **"Re: Nikkei: Apple Cancels Production Boost For Budget iPhone XR: Sources," from**
> **Priya Balasubramaniam to Jeff Williams, internal Company communication, 5**
> **November 2018 [APL-SECLIT_00529878-886 at 878-879].**

---

[54] "10-K Review: High Off-balance Sheet Commitments Indicating Multiple Ramps," by Amit Daryanani et al., RBC, analyst report, 5 November 2018, p. 1.

### 4.   12 November 2018: Lumentum Revises Guidance Based on Apple Production Cuts

59.   Prior to the start of trading on 12 November 2018, one of Apple's suppliers, Lumentum Holdings Inc. ("Lumentum"), issued a press release to update its "business outlook for its fiscal second quarter 2019 based on a recent customer development."[55] Lumentum reduced its revenue guidance to a range of $405-$430 million from a range of $335-$355 million (a reduction of 17.4% at the midpoint).[56] According to Lumentum, this guidance reduction reflected "a request from one of our largest Industrial and Consumer customers for laser diodes for 3D sensing to materially reduce shipments to them during our fiscal second quarter for previously placed orders that were originally scheduled for delivery during the quarter."[57]

> "Lumentum Holdings Inc. ('Lumentum' or the 'Company') today announced updated business outlook for its fiscal second quarter 2019 based on a recent customer development. 'We recently received a request from one of our largest Industrial and Consumer customers for laser diodes for 3D sensing to materially reduce shipments to them during our fiscal second quarter for previously placed orders that were originally scheduled for delivery during the quarter,' said Alan Lowe, President and CEO. 'With our proven ability to deliver high volumes, years of experience, hundreds of millions of devices in the field, and new product and customer funnel, we remain confident in our leadership position in the nascent market for laser diodes for 3D sensing.'"
> **"Press Release: Lumentum Updates Outlook for Fiscal Second Quarter 2019," press release, *Dow Jones Institutional News*, 12 November 2018, 8:00 AM.**

60.   That day, Wells Fargo analysts released a report that identified Apple as the customer that had requested that Lumentum reduce shipments.[58] The analysts stated that this news was the cause of the Apple stock price decline on 12 November 2018 and noted that "investors

---

[55] "Press Release: Lumentum Updates Outlook for Fiscal Second Quarter 2019," press release, *Dow Jones Institutional News*, 12 November 2018, 8:00 AM.

[56] "Press Release: Lumentum Updates Outlook for Fiscal Second Quarter 2019," press release, *Dow Jones Institutional News*, 12 November 2018, 8:00 AM.

[57] "Press Release: Lumentum Updates Outlook for Fiscal Second Quarter 2019," press release, *Dow Jones Institutional News*, 12 November 2018, 8:00 AM.

[58] "AAPL: Lumentum Cuts Revenue Outlook by 17%+ (Midpoint) on Apple Order Cuts," by Aaron Rakers et al., Wells Fargo, analyst report, 12 November 2018, p. 1.

could consider Lumentum's updated guide as reflecting as much as a 30% cut in Apple orders."

> "News: Apple shares are under pressure this morning (11/12) following a negative preannouncement by key supplier, Lumentum (LITE). Lumentum is a provider of 3D sensing solutions (VCSELs and edge emitting lasers) for mobile devices – most notably Apple's iPhone. Lumentum has disclosed that Apple accounted for ~30% of total revenue in the company's recent FY ending June 2018. We would also note that Lumentum's 10-Q disclosures highlight that Customer A (presumably Apple) accounted for 30.5% of total revenue in the September quarter – compared to 19.4% and 16.3% of total revenue in the prior and year ago quarters, respectively. Customer A accounted for 49.8% of Lumentum's December 2017 quarter revenue."
>
> **"AAPL: Lumentum Cuts Revenue Outlook by 17%+ (Midpoint) on Apple Order Cuts," by Aaron Rakers et al., Wells Fargo, analyst report, 12 November 2018, p. 1.**

> "The company has updated its F2Q19 revenue guide from $405-$430M to $335-$355M – a 17%+ reduction at the guide midpoint. We think investors could consider Lumentum's updated guide as reflecting as much as a 30% cut in Apple orders."
>
> **"AAPL: Lumentum Cuts Revenue Outlook by 17%+ (Midpoint) on Apple Order Cuts," by Aaron Rakers et al., Wells Fargo, analyst report, 12 November 2018, p. 1.**

61.    Analysts updated their estimates and price targets for Apple in response to the Company's production cuts. JPMorgan reduced their estimates "on account of a weaker macro backdrop in emerging markets."[59] UBS reduced its Apple share price target to $225 from $240 in response to the reported production cuts.[60] Morgan Stanley and RBC linked the Apple price reaction on 12 November 2018 to the Lumentum guidance reduction.

> "We are trimming our earnings estimates as we now forecast modest y/y declines in iPhone shipments for both calendar 2018 and 2019 on account of a weaker macro backdrop in emerging markets, which is driving both softer consumer confidence in certain countries, as well as the headwind of the stronger USD making phones more expensive in local currencies. Led by the softer backdrop in the EMs, the better than expected response to the iPhone XS and the iPhone XS MAX (the higher-end phones) is unable to

---

[59] "Trim Volume Estimates on Softer EM and XR; Look Past Cyclical Volumes to Secular Services Transformation; Reiterate OW," by Samik Chatterjee et al., JPMorgan, analyst report, 12 November 2018, p. 1.

[60] "Cutting Estimates and Target Given Supply Chain Cuts; FX Remains a Headwind," by Timothy Acuri and Munjal Shah, UBS, analyst report, 14 November 2018, p. 1.

entirely offset the more tepid than expected consumer response to iPhone XR (launched recently). While the launch of the XR is now giving consumers greater visibility into the product in the iPhone lineup they want to buy, and is driving pent up demand towards both XS MAX and XS, we believe the challenges faced by the consumer in the EMs is likely leading to deferral of some of the purchases, which will drive a stronger pent up demand when macro conditions improve."

**"Trim Volume Estimates on Softer EM and XR; Look Past Cyclical Volumes to Secular Services Transformation; Reiterate OW," by Samik Chatterjee et al., JPMorgan, analyst report, 12 November 2018, p. 1.**

"Cutting estimates, but not as much as recent supply chain news would imply Together with our Asia team, we see AAPL having in the past week cut ~6-7MM out of the original ~63MM build for new iPhone models w/the cut evenly split between XS Max and XR. On a net basis, this cut is slightly offset by a few MM more older phones. Our overall iPhone units for CQ4 sell-in go from 75MM to 73.5MM (sell-through -3% Y/Y assuming 2MM CQ4 channel build) w/slight reduction in ASP (from $832 to $825) while CQ1/CQ2:19 units go from 53.3MM/41.7MM to 46.7MM/37.5MM (down 11% and 9% Y/Y respectively). We note these cuts are significantly less than the LITE news would imply and still a little less than the ~10MM implied by QRVO; ergo, we think there is an inventory component that is still negatively affecting the supply chain. … In China, given USD/CNY, the supply chain suggests many consumers are opting for high-end models w/similar specs from local competitors rather than the XR. Summary of estimate changes C2019/2020 revs/EPS from $287.2B/$14.78 and $300.9B/$16.46 to $276.9B/$13.42 (~3% below Street) and $294.7B/$15.27 respectively. Valuation: Buy, but lower price target from $240 to $225."

**"Cutting Estimates and Target Given Supply Chain Cuts; FX Remains a Headwind," by Timothy Acuri and Munjal Shah, UBS, analyst report, 14 November 2018, p. 1.**

"The 8.5% decline in Apple shares following Lumentum's and Qorvo's negative pre-announcements this week suggests investors remain narrowly focused on units, despite the increasing value of Apple Services. As highlighted in our Insight note last week, our detailed analysis of Apple Services gives us confidence in long-term growth and valuation upside as Services becomes a key growth driver. As the smartphone market matures, Services takes the growth baton from Devices which ultimately results in more stable growth and higher margins at Apple (Exhibit 1)."

**"Supply Chain Noise Creates Buying Opportunity; Still Bullish on Services," by Katy Huberty et al., Morgan Stanley, analyst report, 15 November 2018, p. 1.**

"All You Need to Know: We believe the recent sell-off in AAPL shares is fairly overdone (down 14% since 11/1 vs. S&P 500 flat over the period) as investors reacted to supply chain pre-announcements (Lumentum) coupled with production cut discussions. Recent data points have been weak – a) Dec-qtr guide below plan, b) decision to not provide units disclosure, c) iPhone XR demand has been disappointing and d) news articles suggesting sizable iPhone XR production cuts. However, we see high probability that AAPL's guide for Dec-qtr factored in the recent negative production cuts and supply-chain pre-announcements, and historically the supply-chain cuts have been more severe vs. trends at AAPL (inventory dynamic)."

**"Thinking Past the Supply Chain Noise, Is the Sell-Off Overdone?," by Amit Daryanani et al., RBC, analyst report, 18 November 2018, p. 1.**

### 5.     4-6 December 2018: Shift in Apple Marketing Strategy Reported in the Financial Press

62. On 4 December 2018, *Bloomberg* published an article discussing demand issues that Apple was facing, in particular for the iPhone XR. The article described new "iPhone marketing strategies" and the shifting of marketing staff off other projects to boost iPhone sales, as a "fire drill" and a possible admission of weak iPhone sales.[61]

"Apple Inc. is experimenting with iPhone marketing strategies it rarely uses — such as discount promotions via generous device buyback terms — to help goose sales of its flagship product. Company executives moved some marketing staff from other projects to work on bolstering sales of the latest handsets in October, about a month after the iPhone XS went on sale and in the days around the launch of the iPhone XR, according to a person familiar with the situation. This person described it as a 'fire drill,' and a possible admission that the devices may have been selling below some expectations. The person asked not to be identified discussing private strategy changes. Since then, Apple has embarked on a series of aggressive trade-in offers that have temporarily reduced the cost of some of its latest iPhones, a rare step for a company that's been raising device prices in recent years to lift revenue and profit."

**"Apple Resorts to Promo Deals, Trade-ins to Boost iPhone Sales," by Mark Gurman, *Bloomberg*, 4 December 2018.**

---

[61] "Apple Resorts to Promo Deals, Trade-ins to Boost iPhone Sales," by Mark Gurman, *Bloomberg*, 4 December 2018.

> "On Sunday evening, Apple kicked these efforts into high gear, adding a new banner to the top of its website advertising the iPhone XR for $449, $300 less than its official sticker price. The deal, noted with an asterisk and described at the bottom of the page, requires customers to trade in an iPhone 7 Plus, a high-end handset from two years ago."
> **"Apple Resorts to Promo Deals, Trade-ins to Boost iPhone Sales," by Mark Gurman, *Bloomberg*, 4 December 2018.**

> "The new marketing push may give holiday sales a bump and help the company with a broader goal of increasing the number of Apple devices in use. However, the approach may undermine a key bullish argument from analysts: That higher prices will make up for lackluster unit sales."
> **"Apple Resorts to Promo Deals, Trade-ns to Boost iPhone Sales," by Mark Gurman, *Bloomberg*, 4 December 2018.**

> "Emerging markets offer a source of growth for Apple's iPhone business. But the company continues to struggle in several of these regions. The holy grail of all emerging markets is India, which Cook recently said saw 'flat' sales in the fourth quarter."
> **"Apple Resorts to Promo Deals, Trade-ins to Boost iPhone Sales," by Mark Gurman, *Bloomberg*, 4 December 2018.**

63.     Internal Company documents reveal that, due to poor demand for the iPhone XR, the Company had been planning these "iPhone marketing strategies" prior to the start of the Class Period, as well as seeking additional sources of revenue to make up for the shortfall in iPhone sales.

> "Given the current performance indications of the iPhone Xr, we have been asked to come up with a specific and solid set of actions that could be taken this quarter to drive additional revenue. Can you please urgently marshal your best thinkers and work on the following three topics: 1) Actions we can take to optimize iPhone volume across the portfolio- I think the best way to do this is to focus on your largest countries and create the current portfolio Chessboards. I have attached three examples of good formats that you should use to help visualize the 'before and after' WSP, Street pricing (in the context of the consumer offers where applicable) and relative volumes of the portfolio. The key here would be to identify additional actions that we can take to reposition consumer pricing to drive volume. In addition to pricing, we are also open to other actions such as sales clerk incentives, channel incentives. Also, to avoid MOQ hang ups we can also look at 'pay for action' constructs. … The compilation of these action plans is of the upmost urgency given the fact we need to lock earnings guidance in a few days. Can you please get the teams going ASAP and try to start

having some things ready for us to discuss by Monday COB? There will be a call early tomorrow AM with Tim to discuss the quarter so please be looking out for any additional marching orders that could come from that."
**"Urgent Q1 Action plans," from Mike Fenger to Brian Lu et al., internal Company email, 27 October 2018 [APL-SECLIT_00118071-073 at 71-72].**

64.     On 6 December 2018, *Forbes* published an article titled "Why 40% iPhone Discount is Bad for Apple."[62] The *Forbes* article discussed the marketing strategies outlined in the *Bloomberg* article and assessed the financial implications for Apple.

> "Apple has been touting its services as the next big thing. And if Apple can clear its iPhone XR inventory through those price cuts, it might get some new Apple customers who will buy more services. If you compare iPhone and services revenues assuming that they keep growing at the same rate as they were for all of Apple's fiscal 2017, it could take a mere eight years for services to surpass iPhone revenues. How so? In fiscal 2017, Apple generated about $141 billion in iPhone sales and nearly $30 billion in services revenue -- up 3% and 23%, respectively from the year before. If those growth rates continue unchanged, by 2026, services will surpass iPhone sales -- with $193 billion to $184 billion in 2026 revenues, respectively. Are these assumptions realistic? It is certainly conceivable that Apple could convince iPhone owners to spend far more money on services than they do now, but that would require Apple to increase its services revenue per iPhone sold -- assuming that iPhone unit sales grow at 2% a year as they did in 2017 -- over five-fold from $138 to $745. However, if iPhone sales decline at a 6% annual rate -- as the Wall Street Journal suggested they have been -- then the services revenue needed to pick up the slack from falling iPhone revenue would be a whopping $1,556 per new iPhone sold."
> **"Why 40% iPhone Discount is Bad for Apple," by Peter Cohan, *Forbes*, 6 December 2018.**

> "Apple earned very high gross margins -- over 70% a mere six years ago. For example, back in September 2012, people paid a 44% premium for the iPhone 4s, yielding a 71% gross margin -- much higher than the Nokia Lumina's 54% gross margin. Consider the comparison of the prices and bill of materials cost for the iPhone 4S and the Nokia Lumia 900. According to iMore, the iPhone's price was $649 while the total cost of all its components — an incomplete cost measure — was $190; whereas the Lumia 900 sold

---

[62] "Why 40% iPhone Discount is Bad for Apple," by Peter Cohan, *Forbes,* 6 December 2018.

for $450 and its parts cost $209. In short, Apple used to make money on its hardware and gave away its services at cost in order to create 'killer applications' that would make consumers willing to pay a premium to own its hardware."
**"Why 40% iPhone Discount is Bad for Apple," by Peter Cohan, *Forbes*, 6 December 2018.**

"Apple's iPhone X bill of materials cost is $390, according to IHS Markit -- so reducing the price from $749 to $449 sends its gross margin plummeting from 48% to 13%. It will be a long wait for Apple's services business to make up for all the profit lost from Apple's inability to come up with a new hardware product to pick up the slack from its 11-year-old iPhone. In the meantime, taking 40% of the iPhone price is strategic suicide for a company that has defined its strategy for its entire history as the high-priced spread."
**"Why 40% iPhone Discount is Bad for Apple," by Peter Cohan, *Forbes*, 6 December 2018.**

65.     Analysts addressed Apple's demand issues and aggressive marketing strategies. UBS analysts noted that "purchase intention was down" with "China now at a new low."[63] Morgan Stanley analysts wrote that the "China smartphone market [was] responsible for recent weak iPhone data points."[64] However, the severity of the Company's true performance in China was still concealed and undisclosed to investors.

"For iPhone, purchase intention was down across the board, most significantly in the US and China – the US back to a 5yr low (iPhone 6S levels) and China now at a new low. While not entirely surprising, new models – consistently ~70-75% of mix based on both purchase intent and ultimate unit sell-in – have fallen to 59% of the mix, the lowest in the data set. Based on the survey, this is largely related to particularly weak XR demand – a notion matched by ongoing downward XR revisions in the supply chain. Weak iPhone demand is hardly a revelation and the narrative

---

[63] "UBS Evidence Lab inside: 9th Global Smartphone Survey; Tgt Cut - Ongoing XR Supply Mismatch," by Timothy Arcuri and Munjal Shah, UBS, analyst report, 5 December 2018, p. 1.

[64] "China Smartphone Market to Blame for Weak iPhone Data; Wearables and Services Provide an Offset," by Katy Huberty et al., Morgan Stanley, analyst report, 7 December 2018, p. 1.

is clearly going to keep shifting to services (more disclosure will help), this is still enough to drive our price target lower from $225 to $210 but we maintain our Buy rating as this appears to be discounted by the recent stock correction."

**"UBS Evidence Lab inside: 9th Global Smartphone Survey; Tgt Cut - Ongoing XR Supply Mismatch," by Timothy Arcuri and Munjal Shah, UBS, analyst report, 5 December 2018, p. 1.**

"China smartphone market responsible for recent weak iPhone data points. … Our recent meetings in Asia highlight a weakening China smartphone market, especially at the high-end where suppliers have seen order cuts across most vendors. Importantly, our Google trends analysis suggests global demand for the new iPhones is holding up, at least relative to past cycles, after the XR launch in November (Exhibit 1) which, combined with strong uptake of higher NAND capacities and better than expected mix of XS and XS Max, suggest iPhone revenue downside is largely isolated to China."

**"China Smartphone Market to Blame for Weak iPhone Data; Wearables and Services Provide an Offset," by Katy Huberty et al., Morgan Stanley, analyst report, 7 December 2018, p. 1.**

### 6. <u>2 January 2019: Apple Preannounces Q1 FY 2019 Financial Results</u>

66. On 2 January 2019, after the close of trading, the Company issued a press release containing a letter from CEO Cook to Apple investors.[65] In its press release, the Company revised its guidance for Q1 FY 2019, which had concluded several days prior on 29 December 2018 but was still unreported.[66] Among other things, the Company reduced its revenue guidance for the just completed quarter to $84 billion from a previous range of $89 billion to $93 billion, which was a reduction of 7.7% at the midpoint. The Company also revised its guidance for "other income/(expense)" to $550 million from $300 million.[67] All other updated guidance was effectively in-line with previously guided figures.[68]

---

[65] "Letter from Tim Cook to Apple Investors," Company press release, *Business Wire*, 2 January 2019, 4:32 PM.

[66] "Letter from Tim Cook to Apple Investors," Company press release, *Business Wire*, 2 January 2019, 4:32 PM.

[67] "Letter from Tim Cook to Apple Investors," Company press release, *Business Wire*, 2 January 2019, 4:32 PM.

[68] "Letter from Tim Cook to Apple Investors," Company press release, *Business Wire*, 2 January 2019, 4:32 PM.

67.   The Company stated that "when we discussed our Q1 guidance with you about 60 days ago, we knew the first quarter would be impacted by both macroeconomic and Apple-specific factors."[69] The Company wrote that three of the four factors that it had previously discussed had "played out broadly in line with our expectations," while the fourth factor, "economic weakness in some emerging markets … turned out to have a significantly greater impact than we had projected."[70]

> "When we discussed our Q1 guidance with you about 60 days ago, we knew the first quarter would be impacted by both macroeconomic and Apple-specific factors. Based on our best estimates of how these would play out, we predicted that we would report slight revenue growth year-over-year for the quarter. As you may recall, we discussed four factors."
> **"Letter from Tim Cook to Apple Investors," Company press release, *Business Wire*, 2 January 2019, 4:32 PM.**

> "First, we knew the different timing of our iPhone launches would affect our year-over-year compares. Our top models, iPhone XS and iPhone XS Max, shipped in Q4'18 -- placing the channel fill and early sales in that quarter, whereas last year iPhone X shipped in Q1'18, placing the channel fill and early sales in the December quarter. We knew this would create a difficult compare for Q1'19, and this played out broadly in line with our expectations. Second, we knew the strong US dollar would create foreign exchange headwinds and forecasted this would reduce our revenue growth by about 200 basis points as compared to the previous year. This also played out broadly in line with our expectations. Third, we knew we had an unprecedented number of new products to ramp during the quarter and predicted that supply constraints would gate our sales of certain products during Q1. Again, this also played out broadly in line with our expectations. Sales of Apple Watch Series 4 and iPad Pro were constrained much or all of the quarter. AirPods and MacBook Air were also constrained."
> **"Letter from Tim Cook to Apple Investors," Company press release, *Business Wire*, 2 January 2019, 4:32 PM.**

---

[69] "Letter from Tim Cook to Apple Investors," Company press release, *Business Wire*, 2 January 2019, 4:32 PM.

[70] "Letter from Tim Cook to Apple Investors," Company press release, *Business Wire*, 2 January 2019, 4:32 PM.

> "Fourth, we expected economic weakness in some emerging markets. This
> turned out to have a significantly greater impact than we had projected. In
> addition, these and other factors resulted in fewer iPhone upgrades than we
> had anticipated."
> **"Letter from Tim Cook to Apple Investors," Company press release, *Business Wire*,
> 2 January 2019, 4:32 PM.**

68.     The Company offered that "two points have led us to reduce our revenue guidance." These

two purported factors were: (i) "While we anticipated some challenges in key emerging

markets, we did not foresee the magnitude of the economic deceleration, particularly in

Greater China;" and (ii) "Lower than anticipated iPhone revenue, primarily in Greater

China."[71]

> "While we anticipated some challenges in key emerging markets, we did
> not foresee the magnitude of the economic deceleration, particularly in
> Greater China. In fact, most of our revenue shortfall to our guidance, and
> over 100 percent of our year-over-year worldwide revenue decline,
> occurred in Greater China across iPhone, Mac and iPad."
> **"Letter from Tim Cook to Apple Investors," Company press release, *Business Wire*,
> 2 January 2019, 4:32 PM.**

> "Lower than anticipated iPhone revenue, primarily in Greater China,
> accounts for all of our revenue shortfall to our guidance and for much more
> than our entire year-over-year revenue decline. In fact, categories outside of
> iPhone (Services, Mac, iPad, Wearables/Home/Accessories) combined to
> grow almost 19 percent year-over-year."
> **"Letter from Tim Cook to Apple Investors," Company press release, *Business Wire*,
> 2 January 2019, 4:32 PM.**

69.     The Company also identified, but did not quantify, "other factors broadly impacting our

iPhone performance," including "consumers adapting to a world with fewer carrier

subsidies, US dollar strength-related price increases, and some customers taking

advantage of significantly reduced pricing for iPhone battery replacements."

---

[71] "Letter from Tim Cook to Apple Investors," Company press release, *Business Wire*, 2 January 2019, 4:32 PM.

"While Greater China and other emerging markets accounted for the vast majority of the year-over-year iPhone revenue decline, in some developed markets, iPhone upgrades also were not as strong as we thought they would be. While macroeconomic challenges in some markets were a key contributor to this trend, we believe there are other factors broadly impacting our iPhone performance, including consumers adapting to a world with fewer carrier subsidies, US dollar strength-related price increases, and some customers taking advantage of significantly reduced pricing for iPhone battery replacements."

**"Letter from Tim Cook to Apple Investors," Company press release, *Business Wire*, 2 January 2019, 4:32 PM.**

70.    That day, after the close of trading, CEO Cook discussed the Company's press release on CNBC's "Fast Money" segment. Company CEO Cook reiterated that "our shortfall is over 100% from iPhone and it's primarily in greater China."[72]

"[Josh Lipton - CNBC]: I want to dig right into the results, Tim, and iPhone revenue specifically. Because as you mentioned, that was lower than expected and that accounted for the revenue shortfall here. And I want to dig in specifically to the trend you're seeing in China. Because you say something interesting, which it isn't just the economy there, it's also these rising trade tensions. What did you mean by that, Tim?

[Tim Cook – Company CEO]: Yeah. If you look at our results, our shortfall is over 100% from iPhone and it's primarily in greater China. And so as we look at what's going on in China -- it's clear that the economy begins to slow there for the second half. And what I believe to be the case is the trade tensions between the United States and China put additional pressure on their economy. And so we saw, as the quarter went on, things like traffic in our retail stores, traffic in our channel partner stores, the reports of the smartphone industry contracting, particularly bad in November -- I haven't seen the December number yet, but I would guess that would not be good either. And so that's what we've seen."

**"CNBC Exclusive: CNBC Transcript: Apple CEO Tim Cook Speaks with CNBC's Josh Lipton Today," *CNBC News Releases*, 2 January 2019, 6:37 PM.**

71.    The reaction from analysts and the market was negative. Several analysts cited the slower sales in Greater China as the reason they reduced their valuations and price targets for Apple stock. For example, FBN reduced its price target to $190 from $240, citing "slower

---

[72] "CNBC Exclusive: CNBC Transcript: Apple CEO Tim Cook Speaks with CNBC's Josh Lipton Today," *CNBC News Releases*, 2 January 2019, 6:37 PM.

sales from Greater China."[73] Jefferies downgraded its rating on Apple stock as its "business in China appears to be rapidly deteriorating."[74] RBC wrote that "Greater China accounted for much of the revenue shortfall (~$7B) and all the y/y revenue decline (5%) was driven by China softness."[75]

> "Lowering PT to $190 as slowing China weighs on shares. We retain our Outperform rating on AAPL but lower our PT from $240 to $190 as the company preannounced negative results for the first time in over 15 years to reflect multiple factors, the most significant of which is slower sales from Greater China (where sales of iPhones, Mac, and iPad accounted for more than 100% of the $4.26B Y/Y revenue decline (but China services hit a record)."
>
> **"AAPL: Large Deceleration in Sales to China, but Large Stock Decline Creates Value – Lowering PT to $190," by Shebly Seyrafi, FBN, analyst report, 3 January 2019, p. 1.**

> "We are lowering our estimates and target price following the negative preannouncement issued by Apple for the December quarter. While most metrics are largely unchanged, new revenue guidance is dramatically lower (~10%) than prior expectations based on iPhones. We have been cautious surrounding the newly launched iPhone's ability to drive an upgrade cycle, particularly in China, and December quarter results are worse than we would have expected."
>
> **"Another Shoe Drops; Lowering Estimates, Target," Tim Long et al., BMO, analyst report, 2 January 2019, p. 1.**

> "AAPL uncharacteristically negatively preannounced Dec-qtr results, with revenues expected to be $84B ($7B below prior guide), gross-margins at 38% (prior 38-38.5%) and implied EPS at $4.15 (street at $4.66). The incremental challenges were related to: a) Greater China: Accounted for much of the revenue shortfall (~$7B) and all the y/y revenue decline (5%) was driven by China softness. … "
>
> **"From China with Love," by Amit Daryanani et al., RBC, analyst report, 2 January 2019, p. 1.**

---

[73] "AAPL: Large Deceleration in Sales to China, but Large Stock Decline Creates Value – Lowering PT to $190," by Shebly Seyrafi, FBN, analyst report, 3 January 2019, p. 1.

[74] "Biggest Miss in Years as China Revenue Deteriorates. Downgrade to Hold," by Timothy O'Shea et al., Jefferies, analyst report, 3 January 2019, p. 1.

[75] "From China with Love," by Amit Daryanani et al., RBC, analyst report, 2 January 2019, p. 1.

"Our view: While iPhone unit demand weakness remains the primary focus, we outline other key questions/issues that could have an impact on the stock in 2019. … All You Need to Know: The main focus on AAPL over the last couple of months has been around soft iPhone unit demand and to the extent that this could disappoint."

**"Beyond iPhone Units – What Could Shake Up AAPL in 2019," by Amit Daryanani et al., RBC, analyst report, 2 January 2019, p. 1.**

"(2) Apple's greater-than-expected weakness in emerging markets, most notably driven by weakness in Greater China. Apple notes that over 100% of Apple's y/y revenue decline was generated by weakness in Greater China across iPhone, iPad, and Mac (leaving us / investors to question the impact of the US-China trade situation). We would note that internal China smartphone data from MIIT / CAICT implied total smartphone shipments (registrations) in Oct + Nov were -9% y/y (-15% y/y in C3Q18); non-Android shipments -34% y/y in Oct + Nov (vs. -10% in C3Q18)."

**"AAPL: Neg. F1Q19 Prean. - iPhone Rev. -15%+ Y/Y; A Multi-Quarter Challenge," by Aaron Rakers et al., Wells Fargo, analyst report, 2 January 2019, p. 1.**

"We model Chinese brand smartphone shipments to be -1% / -3% YoY for 2018- 19E, with 4Q18 / 1Q19 -4% / -7% YoY. Smartphone shipments to the China market were down 15% YoY in 11M18 (vs. -12% YoY in 2017), according to MIIT. IDC expects flattish smartphone shipments to China in 2019; however, we are more cautious as consumers are likely to await telecom operators' 5G smartphone programs in 2020. In 11M18, new smartphone models launched in China were - 26% YoY to 551 models, according to MIIT, echoing China market consolidation."

**"Apple Downgraded; China Market Update; Global Smartphone Shipment Estimates Cut Further," by Allen Chang et al., Macquarie, analyst report, 3 January 2019, p. 1.**

"Last night Apple delivered a bombshell negative preannouncement that will be a defining moment for Cook & Co. for years to come. While the Street had been anticipating softness in the December quarter and around March guidance given a slew of negative iPhone XS/XR data points coming out of the Asia supply chain over the past few months, the magnitude of the top-line miss (~8%) with China demand the culprit was jaw dropping in our opinion and will heavily weigh on shares accordingly. Although the company had some soft quarters over the past 20 years that missed Street expectations, in the modern iPhone era last night was clearly Apple's darkest day in our opinion and represents a challenging growth period ahead

for the company (and its investors). … While emerging markets and US/Europe remain softer than expected, China remains Apple's Achilles heel as with roughly 20% of all iPhones in a window of an upgrade opportunity out of the China region it appears of the 60 million to 70 million in the region less than 20 million have upgraded to an X/XS/XR to date."

**"Apple's Darkest Day in the iPhone Era; Massive Negative Dec Results on China," by Daniel Ives and Stecker Backe, Wedbush, analyst report, 3 January 2019, p. 1.**

"We downgrade to Hold as AAPL's business in China appears to be rapidly deteriorating with the revised outlook for iPhone materially worse than our below-consensus ests. We still think Apple can build a massive Services business over time. But AAPL hasn't missed its guide in years, so the extent of this miss suggests it is navigating uncharted waters. We move to the sidelines and wait for clarity as uncertainty grows around the hardware business. China and iPhone revs both significantly below expectations, with sharp, significant declines. Newly revised guidance implies Greater China revs declined 27% Y/Y in the Dec qtr. And iPhone looks to have declined 15% Y/Y. We view these as thesis-changing reversals of fortune given both businesses enjoyed robust growth throughout F'18. China revs grew 20% Y/Y in F'18, and iPhone grew 18% Y/Y. At this point, we feel more comfortable on the sidelines given the rapid deterioration of these businesses. China economic softness & trade war tensions are the culprit. China GDP growth in Sept qtr was the second worst in 25 years. Nationalism seems to be in play, with the Chinese consumer perhaps perceiving iPhone purchasers as anti-China. These disappointing results in China also suggest Apple's price hike strategy could encounter similar pushback in other regions especially if we are entering a global economic slowdown."

**"Biggest Miss in Years as China Revenue Deteriorates. Downgrade to Hold," by Timothy O'Shea et al., Jefferies, analyst report, 3 January 2019, p. 1.**

"With the preannouncement confirming even worse-than-feared iPhone declines, the stock will likely be down sharply. However, our focus remains on Services, and while AAPL noted that Services revs of $10.8 billion in Dec (up 27.5% y/y) showed strength in every geography, we are quite concerned that Services growth is going to slow meaningfully beginning in the March qtr. In other words, just as investors hang on to Services as AAPL's life preserver in the choppy seas, it is going to float away."

**"Beyond iPhone, Services to Slow," by Benjamin Schachter et al., Macquarie, analyst report, 3 January 2019, p. 1.**

"Apple's iPhone shipment volumes continued to be challenged by the worsening macro weakness in emerging markets (particularly China), and by elongating replacement cycles in developed markets, the combination of which led to a substantial -8% revision to F1Q19 (Dec-end) revenue

guidance. The guidance revision follows an already disappointing F1Q19 revenue guide issued in early November. While most other headwinds (namely FX, tougher comps based on product launch timing, and supply chain constraints) contemplated by management already in the guide tracked in line with expectation, F1Q19 preliminary results tracked substantially lower than guidance led by greater economic weakness in EMs and fewer phone upgrades in DMs."

**"iPhone Volume Woes Continue on Cyclical Headwinds; Remain OW on Services Transformation & Leverage of Installed Base," by Samik Chatterjee et al., JPMorgan, analyst report, 3 January 2019, p. 1.**

"CQ4 neg-pre on weak China demand; services an important silver lining AAPL announced preliminary FQ1:19 (Mar) results w/revenue ~$84B versus prior $89- 93B guidance due almost wholly to weaker than expected emerging market demand, particularly in China. Despite the ~8% revenue miss, GM of 38% was still at low-end of guide; other line item results imply EPS of ~$4.20 vs Street ~$4.70. ***The release implies China revenue declined ~25-30% Y/Y,*** declines last seen during the iPhone 6S cycle due at that time to very tough iPhone 6 comps. … ***Results imply ~64MM iPhone units, or ~9-10MM shortfall AAPL will no longer discuss iPhone units, but given our view that shortfall was primarily iPhone XR-related*** (see here and here), results imply ~64MM units (vs ~73.5MM guide) and iPhone revenue down ~15% Y/Y – the worst CQ4 for iPhone by far. To that end, using historical Gartner data, ***we calculate iPhone units in China were flat to down Q/Q for the first time in a Dec Q, speaking both to the XR demand challenges as well as macroeconomic/trade headwinds***."

**"Services Good, but China Headwinds Intensifying; Cutting Target on Negative Pre," by Timothy Arcuri and Munjal Shah, UBS, analyst report, 3 January 2019, p. 1 (emphasis added).**

72.   On 3 January 2019, the first trading day after the surprise announcement, Apple stock fell $15.73 per share, from $157.92 per share to $142.19, a loss of nearly 10%.

## VI.   LOSS CAUSATION

### A.   Analytical Methodology

73.   I conducted an event study and additional financial analyses to determine whether the Company's alleged misrepresentation and omissions, which allegedly concealed the truth about Apple's current business in Greater China and the conditions facing it in the region, caused investors to suffer losses. An event study can determine whether revelatory information on a particular disclosure event date was a substantial cause of a security price

decline. An event study controls for the effects of market and sector factors and thereby measures how much a security price rises or falls in response to new company-specific information. Essentially, an event study is a controlled experiment that allows one to observe the market's valuation of a security with and without newly provided information.

74.     Prior to a corrective disclosure, the security is valued in the marketplace without the corrective information. After the event, the security is valued with the newly disclosed information. An event study can determine whether a corrective disclosure caused the security price to decline, and therefore can also determine whether the alleged misrepresentation and omissions had previously artificially inflated the security price.

75.     Once an event study has established that there was a company-specific security price reaction on a corrective disclosure date, to establish loss causation one must determine whether the allegation-related information, as opposed to other unrelated company information, was a substantial cause of the security price change. Financial analysis, including valuation analysis, can account for and thus remove the effect, if any, of confounding information that is unrelated to the alleged fraud. By controlling for confounding information, if any, one can determine whether the revelation of the alleged fraudulently concealed facts was a substantial cause of the security price decline.

76.     Additional elements of loss causation analysis include applying fundamental valuation principles, examining Company statements, and reviewing analyst commentary in order to assess whether the subject matter of the alleged misrepresentation and omissions is economically material – that is, valuation relevant and important to investors.[76]

### B.     Loss Causation Analysis

77.     The alleged misrepresentation and omissions that the Court found actionable concealed the truth about the current business conditions facing Apple and Apple's consequent performance in the Greater China Region. Corrective disclosures informed the market that, contrary to what the market was previously led to believe, the Company was

---

[76] I understand that materiality has a legal definition in matters such as this one. As the term is used in financial analysis and in this report, "economic materiality" means the importance of information, announcements, and/or events to investors and the market, such that these items would affect the valuation of a security and investors' demand for the security. Whether specific information is important for valuation purposes is a central focus of financial economics. Therefore, the question of economic materiality, given this definition, is squarely within the realm of financial economics and consequently within my area of expertise and the purview of a finance expert.

experiencing negative economic pressures in the Greater China Region, that these pressures presented significant risk to and were affecting the Company's current performance in the Greater China Region, and they elevated the risk that the Company's profitability would suffer as a result.

78.     Given that Apple stock traded in an efficient market, it follows that the material misrepresentation and omissions about the Company's performance in China, which skewed upward the market's assessment of Apple's profitability and outlook, would have artificially inflated the Company's stock price and maintained artificial inflation. Event study analysis focusing on the reaction of the security price to the corrective disclosures confirms this conclusion empirically. Disclosures correcting the misrepresentation and omissions by revealing the truth dissipated the artificial inflation and caused the stock price to decline. Corrective disclosures precipitated investor losses that were therefore caused by the misrepresentation and omissions.

79.     These conclusions are compelled by generally accepted principles of valuation, Defendants' own statements, news analysis, analyst reports, and event study analysis.

### 1.    **Financial Principles**

80.     Prior to and throughout the Class Period, the Company highlighted that its performance in China was critical to its revenue generation and profitability.[77,78] As these factors were vital to growing the Company's revenue and achieving anticipated levels of profitability, they were important to the valuation of Apple stock. That revenue is a fundamental determinant of a company's value, and consequently the value of its securities, is a generally accepted principle, well-grounded in the finance literature.

---

[77] *See, e.g.,* "Apple also reports its revenue by Geographic Segments including: The United States (37% of revenue), Europe (24% revenue), greater China (20% of revenue), Japan (8% of revenue), Rest of Asia Pacific (7% of revenue) and the Americas (4% of revenue)." ("Technology Hardware, Storage & Peripherals," by Ivan Feinseth, Tigress Financial, analyst report, 30 August 2018, p. 6).

[78] *See,* e.g., "The Company has international operations with sales outside the U.S. representing a majority of the Company's total net sales. In addition, a majority of the Company's supply chain, and its manufacturing and assembly activities, are located outside the U.S. As a result, the Company's operations and performance depend significantly on global and regional economic conditions." (Apple Inc., Form 10-K for the fiscal year ended 29 September 2018, p. 8).

"In fact, it is hard to imagine performing a valuation without weighing various operating metrics relative to revenue. At the most basic level, revenue is an indication of breadth of the target's customer relationships or product acceptance, which is among the defining element of a successful enterprise."

**Distressed Debt Analysis, Strategies for Speculative Investors, by Stephen G. Moyer, J. Ross Publishing, 2005, p. 115.**

"Because forecasted revenues are so important to the process of valuing a firm, a review of a target company's revenue recognition policy is an excellent place to begin an analysis of income statement data."

**Valuation: Avoiding the Winner's Curse, by Kenneth R. Ferris and Barbara S. Pecherot Petitt, Prentice Hall, 2002, p. 145.**

"*Forecast revenues for the target company*. The projection of future revenues is, without question, the single most important step in the pro forma process. As this is the starting point, a misestimation at this stage will be compounded into a multitude of other forecasted values."

**Valuation: Avoiding the Winner's Curse, by Kenneth R. Ferris and Barbara S. Pecherot Petitt, Prentice Hall, 2002, p. 36 (emphasis in original).**

"Understanding a company's potential for growing revenues in the future is critical to valuation and strategy assessment."

**Valuation: Avoiding the Winner's Curse, by Kenneth R. Ferris and Barbara S. Pecherot Petitt, Prentice Hall, 2002, p. 97.**

81.  Earnings and cash flow are derived from revenue. Misrepresentation and omissions that concealed negative pressure on the Company's revenue generating capabilities would therefore also impact the market's assessment of the Company's generation of earnings and cash flow, and thereby impact valuation. The academic literature attests to the central role of earnings and cash flow in valuation.

"Earning power is a chief driver of investment value, and EPS [earnings per share], the denominator in the P/E ratio, is perhaps the chief focus of security analysts' attention."

**"Market-Based Valuation: Price and Enterprise Value Multiples," by Jerald E. Pinto et al., *Equity Valuation CFA Program Curriculum*, vol. 4, CFA Institute, 2020, p. 383.**

"The most familiar market value multiple is the *price/earnings (P/E) multiple*."

**The Market Approach to Valuing Businesses, 2nd Edition, by Shannon P. Pratt, John Wiley & Sons, 2005, p. 4 (emphasis in original).**

"Much of the real-world discussion of stock market valuation concentrates on the firm's **price-earnings multiple**, the ratio of price per share to earnings per share, commonly called the P/E ratio."
***Investments***, **10th Edition, by Zvi Bodie et al., McGraw-Hill Irwin, 2014, p. 609 (emphasis in original).**

"The free cash flow approach is the one [valuation model] used most often in corporate finance. The analyst first estimates the value of the entire firm as the present value of expected future free cash flows to the entire firm and then subtracts the value of all claims other than equity. Alternatively, the free cash flows to equity can be discounted at a discount rate appropriate to the risk of the stock."
***Investments***, **10th Edition, by Zvi Bodie et al., McGraw-Hill Irwin, 2014, p. 624.**

"First, a stock's earnings per share over the forthcoming year $E_1$ are estimated, and then the analyst (or someone else) specifies a 'normal' price-earnings ratio for the stock. The product of these two numbers gives the estimated future price $P_1$."
***Investments***, **5th Edition, by William F. Sharpe, Prentice Hall, 1995, p. 581.**

"In finance, the value of the firm is its ability to generate financial cash flow. … One way to think about the question of how much a firm is worth is to calculate the present value of its future cash flows."
***Corporate Finance***, **8th Edition, by Stephen A. Ross et al., McGraw-Hill Irwin, 2008, pp. 29 and 116.**

"The discounted-cash-flow (DCF) formula for the present value of a stock is just the same as it is for the present value of any other asset. We just discount the cash flows by the return that can be earned in the capital market on securities of comparable risk."
***Principles of Corporate Finance***, **10th Edition, by Richard A. Brealey et al., McGraw-Hill Irwin, 2011, p. 78.**

"As another example, suppose the company is managing inventory and receivables carefully, but rapid sales growth is necessitating an ever-larger investment in these assets. Then, even though the company is profitable, it may have too little cash to meet obligations. The company will literally be 'growing broke.' These brief examples illustrate why a manager must be concerned at least as much with cash flows as with profits."
***Analysis for Financial Management***, **9th Edition, by Robert C. Higgins, McGraw-Hill Irwin, 2009, p. 5.**

### 2.   **Company Statements Compel a Conclusion of Loss Causation**

82.   As shown in Section V.C above, the Company made statements that acknowledged and confirm the economic importance of Apple's performance in the Greater China Region to the Company's valuation and stock price. Below is a sample of those statements:

> "The Company has international operations with sales outside the U.S. representing a majority of the Company's total net sales. In addition, a majority of the Company's supply chain, and its manufacturing and assembly activities, are located outside the U.S. As a result, the Company's operations and performance depend significantly on global and regional economic conditions."
> **Apple Inc., Form 10-K for the fiscal year ended 29 September 2018, p. 8.**

> "Our business in China was very strong last quarter. We grew 16%, which we're very happy with. iPhone, in particular, was very strong double-digit growth there. Our other products category was also stronger, in fact, a bit stronger than even the company – overall company number."
> **"Q4 2018 Apple Inc Earnings Call," conference call, *Thomson Reuters*, 1 November 2018, p. 8.**

> "Most of our revenue shortfall to our guidance, and over 100 percent of our year-over-year worldwide revenue decline, occurred in Greater China across iPhone, Mac and iPad."
> **"Letter from Tim Cook to Apple Investors," Company press release, *PR Newswire*, 2 January 2019, 4:32 PM.**

> "Weak macro conditions in some emerging markets, was significantly more severe than we originally foresaw, especially in Greater China. As our letter noted, that challenge was compounded by quarterly iPhone upgrades that were lower than we anticipated. We'll return to upgrades in a moment, but I first want to say a bit more about our business in Greater China. Our revenue there was down by $4.8 billion from last year with declines across iPhone, Mac and iPad. Most of the shortfall relative to our original guidance and over 100% of our worldwide year-over-year revenue decline was driven by our performance in Greater China."
> **"Q1 2019 Apple Inc Earnings Call," conference call, *Thomson Reuters*, 29 January 2019, p. 2.**

### 3.   Internal Company Communications Compel a Conclusion of Loss Causation

83.   Internal Company communications acknowledged and confirm the economic importance of Apple's performance in China to the Company's valuation and stock price.

> "Geo miss was led by China (~ 2/3) and US (~1/3). If I prorate down the $85M forecast from Fri to $84.5M proportionally, it would be ~60% China, but I'm speculating that the $500M reduction may be a bit more rotated to China."
> **"Re: Data Points," from Saori Casey to Luca Maestri, internal Company email, 12 December 2018 [APL-SECLIT_00287814-15 at 14].**

> "Q. Okay. Switching gears just a little bit. In 2018, would you have characterized China or Greater China as sort of an important geographic region for the company's overall business?
> A. Yes, it was one of the important geographic regions. You know, the US is the largest, as you probably know, or the Americas geography is materially larger than any other routes. But I would certainly classify China as important.
> Q. And certainly from a revenue standpoint, right?
> A. Yes. Again, it's not -- it's not nearly as large as Americas, but it's an important geography."
> **Deposition of Tim Cook at 45:23-46:10.**

> "Q. Would you say that you dedicate more or less time in your discussions to China versus other markets?
> A. China is an important market for us, so we normally put good attention on it.
> Q. It would have been in 2018, I believe, your third largest revenue market; is that correct?
> A. I do not recall, but I – it's either the second or the third.
> Q. So it's a very important market then for your company?
> A. Yes."
> **Deposition of Luca Maestri at 95:6-19.**

### 4.    Analyst Statements Compel a Conclusion of Loss Causation

a.    Analyst Statements During the Class Period Confirm the Economic Importance of China to the Company's Financial Performance

84.    Analysts stated during the course of the Class Period that Apple's performance in China was important to the Company's valuation and stock price. Their broader commentary acknowledged and confirms this importance. Below are examples:

> "Risks to our Apple thesis include (1) product delays or less innovative offerings, particularly a decline in iPhone unit shipments in F17; (2) macro weakness dampening product demand, especially in China …"
> **"It's the End of iPhone Units as We Know it, and it Might Ultimately be Just Fine," by Timothy Arcuri and Munjal Shah, UBS, analyst report, 2 November 2018, p. 8.**

> "Increase in competitive pressures in international markets. Apple is increasingly participating in international markets, such as China and India, where local players, which are better situated, could leverage their position and pull on levers such as pricing to make the market more competitive."
> **"Growth Fundamentals Intact, Despite Softer Revenue Guide on FX Headwind and Conservatism Related to Macro Risks," by Samik Chatterjee et al., JPMorgan, analyst report, 2 November 2018, p. 4.**

> "19.0x Bull Case CY19e EPS of $17.85 … Services revenue per device accelerates to 10%+ growth annually as Apple converts more users to services customers and launches new AR and original video content. The majority of growth comes from services but hardware grows slightly as replacement cycles level off earlier than in the base case and Apple continues to gain new users in markets like China and India."
> **"Strong ASPs and Services with a Dose of Macro Uncertainty," by Katy Huberty et al., Morgan Stanley, analyst report, 2 November 2018, p. 3.**

> "AAPL will continue to benefit from increasing emerging market demand including China, Russia, India, and Turkey. Emerging markets are now accounting for 46% of iPhone worldwide demand with developing markets accounting for 54%. China currently represents 50% of apples emerging markets iPhone demand …"
> **"Technology Hardware, Storage & Peripherals," by Ivan Feinseth, Tigress Financial, analyst report, 10 December 2018, p. 5.**

"Success of Apple's product strategy in China, which remains a key growth driver for the coming years and could be impaired by lower priced smartphones and competition. China macro/tariffs issue remain a long-term risk."
**"iPhone Black Clouds in FY19; Pivotal Hand Holding Period Ahead for Cook & Co.," by Daniel Ives and Strecker Backe, Wedbush, analyst report, 28 November 2018, p. 9.**

b.    Analyst Statements Following Corrective Disclosures Confirm the Importance of China to the Company's Financial Performance and Valuation

85.    Analyst commentary following the corrective disclosures confirms the importance of China to Apple's performance, corporate valuation, and stock price.

"News Reports of Supply Chain Cuts: An unconfirmed Nikkei report stated that AAPL has asked supply chain partners Foxconn and Pegatron to stop preparing additional production lines for iPhone XR. While this could indicate muted unit demand, we note that similar reports have been seen in past product cycles and AAPL has managed to navigate those relatively well, partially through ASP uplift. However, investors are likely to remain cautious about supply chain data points intra-quarter."
**"10-K Review: High Off-balance Sheet Commitments Indicating Multiple Ramps," by Amit Daryanani et al., RBC, analyst report, 5 November 2018, p. 1.**

"The company has updated its F2Q19 revenue guide from $405-$430M to $335-$355M – a 17%+_ reduction at the guide midpoint. We think investors could consider Lumentum's updated guide as reflecting as much as a 30% cut in Apple orders."
**"AAPL: Lumentum Cuts Revenue Outlook by 17%+ (Midpoint) on Apple Order Cuts," by Aaron Rakers et al., Wells Fargo, analyst report, 12 November 2018, p. 1.**

"iPhone soft, led by China – AAPL's preannouncement of $84B 1Q'19 revenue and 19% y/y rev growth for non-iPhone segments implies iPhone revenue in the quarter was down 15% y/y, the worst y/y performance for iPhone in 1Q and first 1Q iPhone revenue decline ever. China, fewer upgrades, comps, FX, macro, and other issues all led to the declines. … China – AAPL said that most of the shortfall to guidance, and over 100% of the y/y total revenue decline, occurred in Greater China across iPhone,

Mac and iPad (1Q'18 revs were $88.3B so $4.3B+). AAPL said overall slowing China GDP growth, US-China trade tensions, and mounting financial markets uncertainty impacted retail traffic and overall spending as the quarter progressed."

**"Beyond iPhone, Services to Slow," by Benjamin Schacter et al., Macquarie, analyst report, 3 January 2019, p. 2.**

"We downgrade to Hold as AAPL's business in China appears to be rapidly deteriorating with the revised outlook for iPhone materially worse than our below-consensus ests. We still think Apple can build a massive Services business over time. But AAPL hasn't missed its guide in years, so the extent of this miss suggests it is navigating uncharted waters. We move to the sidelines and wait for clarity as uncertainty grows around the hardware business. China and iPhone revs both significantly below expectations, with sharp, significant declines. Newly revised guidance implies Greater China revs declined 27% Y/Y in the Dec qtr. And iPhone looks to have declined 15% Y/Y. We view these as thesis changing reversals of fortune given both businesses enjoyed robust growth throughout F'18. China revs grew 20% Y/Y in F'18, and iPhone grew 18% Y/Y. At this point, we feel more comfortable on the sidelines given the rapid deterioration of these businesses. China economic softness & trade war tensions are the culprit. China GDP growth in Sept qtr was the second worst in 25 years. … We are reducing our DCF-based PT to $160 from $225. This reflects 12.6x our new F'20 EPS est of $12.69, which we reduce from $15.01 (-16%)."

**"Biggest Miss in Years as China Revenue Deteriorates. Downgrade to Hold," by Timothy O'Shea et al., Jefferies, analyst report, 3 January 2019.**

### 5.    Event Study

86.    The economic materiality of Apple's performance in China to the valuation of Apple's stock is also confirmed by empirical statistical analysis. That the corrective disclosures about Apple's performance in China caused the price of Apple stock to decline is proved by event study analysis.

87.    Event study analysis is one of the most commonly used analytic methodologies employed by finance researchers. MacKinlay [1997] presents a description and examples of the methodology and writes of its general acceptance and wide use in academic research.[79]

---

[79] "Event Studies in Economics and Finance," by A. Craig MacKinlay, *Journal of Economic Literature*, vol. 35, 1997.

Gold et al. [2017] write about how the methodology is generally accepted and widely used in forensic applications.[80]

88.     An event study investigates whether a security price reacted to the release of new information. A statistically significant security price reaction in response to the release of new information indicates that the new information caused the change in price.

89.     An event study also measures how much a security price rises or falls in response to new, company-specific information. One component of an event study is statistical regression analysis that determines how much of a security price change is explained by market and industry sector factors, rather than company-specific information, so that those influences can be statistically factored out. The portion of a security price change that cannot be attributed to market or sector factors is called the residual security price movement or "residual return." The event study isolates and quantifies the residual return and also tests whether or not the residual return can reasonably be explained as merely a random fluctuation in price. The statistical significance of a security return on an identified event date indicates that the residual return cannot be attributed to market and sector factors, or to random volatility, but rather was caused by new company-specific information.

a.     Identification of Corrective Disclosure Event Dates

90.     I analyzed the Company news and announcements that transpired over the course of the Class Period to identify when disclosures correcting the alleged misrepresentation and omissions occurred. I reviewed a wide variety of information sources, including Company announcements, Company conference call transcripts, news articles, press releases, equity analyst reports, and SEC filings, to determine when information correcting alleged misrepresentation and omissions was disseminated.

91.     I identified the following event dates when disclosures incrementally revealed the previously concealed truths, thereby correcting the alleged misrepresentation and omissions:

---

[80] "Federal Securities Acts and Areas of Expert Analysis," by Kevin L. Gold et al., Chapter 27 of the *Litigation Services Handbook: The Role of the Financial Expert*, 6th Edition, edited by Roman L. Weil et al., John Wiley & Sons, Inc., 2017.

i.      **5 November 2018** – On 5 November 2018, *Nikkei* reported that several of Apples suppliers had "to halt plans for additional production lines" for the iPhone, and that the planned reduction in production would equate to "around 100,000 fewer units daily to reflect the new demand outlook -- down 20% to 25% from the original optimistic outlook."[81]

ii.     **12 November 2018** – On 12 November 2018, Lumentum issued a press release, where it reduced its revenue guidance by 17.4%, explaining that the reduction was due to "a request from one of our largest Industrial and Consumer customers" to reduce component shipments.[82] That day, Wells Fargo analysts identified Apple as the customer that had requested that Lumentum reduce shipments, and noted that "investors could consider Lumentum's updated guide as reflecting as much as a 30% cut in Apple orders." [83]

iii.    **4 December 2018** – On 4 December 2018, *Bloomberg* published an article discussing demand issues that Apple was facing and the new "iPhone marketing strategies" to bolster iPhone sales.[84]

iv.     **6 December 2018** - On 6 December 2018, *Forbes* published an article titled "Why 40% iPhone Discount is Bad for Apple."[85] The *Forbes* article discussed the marketing strategies outlined in the *Bloomberg* article and assessed the financial implications for Apple.

v.      **3 January 2019** – On 2 January 2019, after the close of trading, the Company revised its revenue guidance for Q1 2019 downward to $84 billion from a previous range of $89 billion to $93 billion (a reduction of 7.7% at the midpoint). The Company attributed its decreased revenue guidance to "challenges in key

---

[81] "Apple Cancels Production Boost for Budget iPhone XR: Sources," by Lauly Li and Cheng Ting-Fang, *Nikkei*, 5 November 2018.

[82] "Press Release: Lumentum Updates Outlook for Fiscal Second Quarter 2019," press release, *Dow Jones Institutional News*, 12 November 2018, 8:00 AM.

[83] "AAPL: Lumentum Cuts Revenue Outlook by 17%+ (Midpoint) on Apple Order Cuts," by Aaron Rakers et al., Wells Fargo, analyst report, 12 November 2018, p. 1.

[84] "Apple Resorts to Promo Deals, Trade-ins to Boost iPhone Sales," by Mark Gurman, *Bloomberg*, 4 December 2018.

[85] "Why 40% iPhone Discount is Bad for Apple," by Peter Cohan, *Forbes,* 6 December 2018.

emerging markets … particularly in Greater China," and "lower than anticipated iPhone revenue, primarily in Greater China."[86]

### b.   Isolating the Impact of Company-Specific Information

92.   Event study analysis determines how much of the Apple stock price change following each event was driven by Company-specific information as opposed to market and industry sector factors.

93.   The method, which is generally accepted and widely used in econometric modeling, involves running a regression to determine how the price of a company's stock typically behaved in relation to the market and its sector, and then using the regression model to determine how much of each event day's actual return is explained by market and sector factors. The portion of the stock return that is apportioned to market and sector factors is called the explained return.

94.   The explained return is then subtracted from the actual return to isolate the residual return, which is the stock's return after controlling for market and sector effects.

95.   I ran a regression modeling the return of Apple stock as a function of 1) a constant term, 2) the return of the overall stock market, and 3) sector index returns for the two industry sectors Apple self-identified as its industry sectors.

96.   For the overall stock market factor, I used the CRSP NYSE/AMEX/NASDAQ/ARCA Market Index (the "Market Index"), which is a generally accepted and widely used measure of the overall stock market performance. The Market Index appropriately incorporates payment of dividends by the constituent companies.

97.   In its FY 2018 Form 10-K, Apple compared the performance of its shares to two industry sector indices – the S&P Information Technology Index and the Dow Jones U.S. Technology Supersector Index.[87] Because Apple viewed itself as operating within two industry sectors, I accordingly included two industry sector indices in the regression model.

---

[86] "Letter from Tim Cook to Apple Investors," Company press release, *Business Wire*, 2 January 2019, 4:32 PM.

[87] Apple Inc., Form 10-K for the fiscal year ended 29 September 2018, filed 5 November 2018, p. 20.

98.   To capture the effects of the information technology sector, I used the same index that Apple selected and presented in its Form 10-K to represent that sector – the S&P 500 Information Technology Index. I modified the S&P 500 Information Technology Index to remove Apple as a constituent and thereby produce an information technology sector index ("Information Technology Index") that excludes Apple and thus indicates within the regression model the effect of the information technology sector on Apple stock.[88] This adjustment is necessary to mitigate the simultaneity of effects, wherein Apple's returns cause as well as are caused by changes in the sector index. The adjustment provides a purer measure of the independent sector effect.

99.   For the technology sector, I used the Dow Jones U.S. Technology Index, modified to exclude Apple ("U.S. Technology Index").[89] The U.S. Technology Supersector Index constituent list, constituent weights, and other necessary information about the Supersector index were not available, necessitating the use of the Dow Jones U.S. Technology Index as a substitute.

100.  All returns used in the regression are logarithmic returns – *i.e.*, the natural logarithm of the ratio of the current day's closing price to the previous day's closing price. Logarithmic returns are commonly used in event studies and equity analysis because of various computational advantages.[90]

101.  Apple's stock prices, dividends, trading volume, and returns are shown in Exhibit-4. Exhibit-5 presents Market Index and the sector indices data.

102.  I ran the regression on daily returns covering the one-year period ending on the final corrective disclosure, 2 January 2018 through 2 January 2019 (the "Estimation Period"). The choice of using data surrounding the event dates of interest for the regression estimation period is a widely used and generally accepted practice in event study analysis.

---

[88] I obtained from Bloomberg the daily market capitalizations of Apple and the other constituents of the S&P 500 Information Technology Index, which I used to remove Apple from that index.

[89] I obtained from Bloomberg the daily market capitalizations of Apple and the other constituents of the Dow Jones U.S. Technology Index, which I used to remove Apple from that index.

[90] Appendix-1 presents the mathematical formula for the logarithmic return and a discussion of the measure.

> "Three general choices for the placement of an estimation window are before the event window, surrounding the event window, and after the event window."
>
> **"Materiality and Magnitude: Event Studies in the Courtroom," by David I. Tabak and Frederick C. Dunbar, Chapter 19 of the** *Litigation Services Handbook: The Role of the Financial Expert*, **3ʳᵈ Edition, edited by Roman L. Weil et al., John Wiley & Sons, Inc., 2001, p. 19.5.**

103.  In running the regression, I used dummy variables to control for potentially abnormal returns on earnings announcement dates and on the event test dates. Using dummy variables to control for potentially atypical observations in the regression estimation period, especially when those dates are the subject of the event study analysis, so that the model parameters reflect typical stock price dynamics, is a widely used and generally accepted methodology, as noted in the academic finance literature.[91]

104.  The regression results are presented in Exhibit-6.

105.  For each event date, I computed the explained portion of Apple's stock return by adding 1) the estimated regression intercept term, 2) the day's Market Index return multiplied by the Market Index coefficient estimated by the regression, 3) the day's Information Technology Index return multiplied by the Information Technology Index coefficient, and 4) the day's U.S. Technology Index return multiplied by the U.S. Technology Index coefficient.

106.  I then computed the residual return for each date by subtracting the explained return from the actual return.

c.    <u>*t*-test</u>

107.  For each event, a statistical test called a *t*-test was conducted to determine whether the Apple stock residual return was statistically significant. Statistical significance means that the event return, after controlling for the market and sector effects, was of such magnitude that it cannot be reasonably attributed to random volatility, but alternatively must have been caused by Company-specific information. A *t*-test compares the residual return on

---

[91] See, *e.g.*, "Event Studies with a Contaminated Estimation Period," by Nihat Aktas et al., *Journal of Corporate Finance*, vol. 13, 2007; and "Testing for Market Efficiency: A Comparison of the Cumulative Average Residual Methodology and Intervention Analysis," by David F. Larcker et al., *Journal of Financial & Quantitative Analysis*, vol. 15, no. 2, 1980.

an event date to the typical residual return and volatility exhibited over the regression estimation period. If the event date residual return is far greater (positively or negatively) than the typical residual return, the *t*-test indicates that the residual return is statistically significant.[92]

108.    The results of the event study are presented below and summarized in Exhibit-7. Exhibit-8 presents event study metrics for all dates in the Class Period.

### 6.    Event Study Results and Analysis

#### a.    5 November 2018

109.    On 5 November 2018, the price of Apple stock fell 2.88% (on a logarithmic return basis). The Market Index return that day was 0.44%, the Information Technology Index return was 0.50%, and the U.S. Technology Index return was -0.11%. Based on the regression model, the explained return on Apple stock was 0.64%. The difference between the actual return of -2.88% and the explained return of 0.64% is a statistically significant residual return of -3.52%. This residual return is associated with a *t*-statistic of -3.62, which is statistically significant at the 95% confidence level.

110.    Based on the nature of the information disclosed on this event date, which partially corrected the prior alleged misrepresentation and omissions, and based on financial valuation principles, analyst commentary and valuations, and the statistical significance of the stock price decline on 5 November 2018, I conclude that the alleged misrepresentation and omissions caused investor losses on this date.

#### b.    12 November 2018

111.    On 12 November 2018, the price of Apple stock fell 5.17% (on a logarithmic return basis). The Market Index return that day was -1.91%, the Information Technology Index return was -3.22%, and the U.S. Technology Index return was -3.15%. Based on the regression model, the explained return on Apple stock was -2.78%. The difference between the actual

---

[92] The test is called the *t*-test because it involves the computation of a *t*-statistic, which is the event day residual return divided by the standard deviation of residual returns from the control period, i.e., the regression estimation data comprising all other days. If the absolute value of the *t*-statistic is greater than the critical *t*-statistic value (±1.96 for large samples), the likelihood of the stock having this residual return caused by random volatility alone is less than 5%, which is generally accepted to be so unlikely that the random volatility explanation can be rejected, and the stock return for that day is deemed statistically significant.

return of -5.17% and the explained return of -2.78% is a statistically significant residual return of -2.39%. This residual return is associated with a *t*-statistic of -2.46, which is statistically significant at the 95% confidence level.

112. Based on the nature of the information disclosed on this event date, which partially corrected the prior alleged misrepresentation and omissions, and based on financial valuation principles, analyst commentary and valuations, and the statistical significance of the stock price decline on 12 November 2018, I conclude that the alleged misrepresentation and omissions caused investor losses on this date.

### c.    4 December 2018

113. On 4 December 2018, the price of Apple stock fell 4.50% (on a logarithmic return basis). The Market Index return that day was -3.23%, the Information Technology Index return was -3.80%, and the U.S. Technology Index return was -3.84%. Based on the regression model, the explained return on Apple stock was -3.72%. The difference between the actual return of -4.50% and the explained return of -3.72% is a non-statistically significant residual return of -0.78%. This residual return is associated with a *t*-statistic of -0.80, which is not statistically significant.

114. Notwithstanding the nature of the information disclosed on this event date, which included negative information that partially corrected the prior alleged misrepresentation and omissions, based on the non-statistically significant residual stock price movement, I do not conclude with a high degree of professional certainty that the dissemination of Company-specific information that transpired that day caused Apple stock to decline. The stock did fall in value, and the residual decline may have been caused by the release of corrective information, but the statistical test results are indeterminate.

115. To provide a conservative measure of damages, I refrain from concluding that the Apple stock price decline on 4 December 2018 was caused by the corrective disclosure.

### d.    6 December 2018

116. On 6 December 2018, the price of Apple stock fell 1.12% (on a logarithmic return basis). The Market Index return that day was -0.19%, the Information Technology Index return was 0.54%, and the U.S. Technology Index return was 0.85%. Based on the regression

model, the explained return on Apple stock was 0.17%. The difference between the actual return of -1.12% and the explained return of 0.17% is a non-statistically significant residual return of -1.29%. This residual return is associated with a *t*-statistic of -1.33, which is not statistically significant.

117.   Notwithstanding the nature of the information disclosed on this event date, which included negative information that partially corrected the prior alleged misrepresentation and omissions, based on the non-statistically significant stock price movement, I do not conclude with a high degree of professional certainty that the dissemination of Company-specific information that transpired that day caused Apple stock to decline. The stock did fall in value, and that residual decline may have been caused by the release of corrective information, but the statistical test results are indeterminate.

118.   To provide a conservative measure of damages, I refrain from concluding that the Apple stock price decline on 6 December 2018 was caused by the corrective disclosure.

e.   3 January 2019

119.   On 3 January 2019, the price of Apple stock fell -10.49% (on a logarithmic return basis). The Market Index return that day was -2.13%, the Information Technology Index return was -4.09%, and the U.S. Technology Index return was -3.76%. Based on the regression model, the explained return on Apple stock was -3.45%. The difference between the actual return of -10.49% and the explained return of -3.45% is a statistically significant residual return of -7.04%. This residual return is associated with a *t*-statistic of -7.26, which is statistically significant at the 95% confidence level.

120.   Based on the nature of the information disclosed on this event date, which corrected the prior alleged misrepresentation and omissions, and based on financial valuation principles, analyst commentary and valuations, and the statistical significance of the stock price decline on 3 January 2019, I conclude that the alleged misrepresentation and omissions caused investor losses on this date.

## VII.   DAMAGES

121.   The "out-of-pocket" measure of per share damages traditionally applied in 10b-5 cases is the difference between the actual purchase price of the security and what would have been the purchase price had there been no alleged fraud.

> "[M]any courts have adopted the out-of-pocket rule as the traditional measure of damages in Rule 10b-5 cases. The out-of-pocket measure rule defines damages as 'the difference between the contract price, or the price paid, and the real or actual value at the date of the sale, together with such outlays as are attributable to the defendant's conduct. Or, in other words, the difference between the amount parted with and the value of the thing received.' Typically, courts measure this as the plaintiff's purchase price less the true value at the time of the transaction. The true value is the price of the security in the absence of fraud or misrepresentation."
> **Federal Securities Acts and Areas of Expert Analysis," by Kevin L. Gold et al., Chapter 27 of the *Litigation Services Handbook: The Role of the Financial Expert*, 6th Edition, edited by Roman L. Weil et al., John Wiley & Sons, Inc., 2017, p. 27.6, (internal citations omitted).**

122.   The difference between what a security's price actually was at a point in time and what the price would have been absent the alleged fraud is "artificial inflation."

123.   The Supreme Court, in *Dura Pharmaceuticals, Inc. v. Broudo*, 544 U.S. 336 (2005), clarified that recoverable damages are not the entire amount by which an investor overpaid for a security on account of fraud, which is the artificial inflation at the time of purchase, but rather how much of that artificial inflation was actually lost by the investor during their holding period. Therefore, recoverable damages are the amount by which fraud-induced inflation dissipated after the investors' purchase, subject to certain statutory and case law limitations.[93]

---

[93] In addition, the Private Securities Litigation Reform Act of 1995 provides the following limitation on damages:

> "[T]he award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market."

15 U.S.C. §78u-4(e)-(1). For Class members who sell within that 90-day period, the limitation on damages is "the difference between the purchase or sale price paid or received" and "the mean trading price of the security during the

## A.   Quantifying Losses Precipitated by Disclosures Correcting the Alleged Misrepresentation and Omissions

124. While the event study established that the price of Apple stock fell in reaction to Company-specific information on the corrective disclosure dates, to measure the magnitude of the respective declines caused by the corrective disclosures, one must consider whether there was also Company-specific non-fraud-related information simultaneously disseminated on those days. The negative valuation effect of adverse confounding information, if any, should be removed to isolate the valuation effect of the corrective disclosures. Valuation tools and principles can be applied to remove the valuation effect of confounding information, if any, from the price declines.

125. If confounding information has a positive valuation effect, such that it countervails against the negative valuation effect of the corrective disclosures, non-removal of the positive confounding information effect produces a conservatively low measure of the decline caused by the corrective disclosures.

### 1.   Per Share Decline Caused by the 5 November 2018 Corrective Disclosure

126. According to the event study, the residual return for Apple stock on 5 November 2018 was a statistically significant -3.52%, or -$7.17 per share. From the statistical significance of the stock return, one may conclude that this residual stock price decline was caused by Company-specific information. As discussed above, a corrective disclosure occurred on this day.

127. I examined all Company news that emerged between the close of trading on 2 November 2018 (Friday) and the close of trading on 5 November 2018 (Monday) in order to assess whether any other news besides the corrective disclosure could have contributed to the residual stock price decline on 5 November 2018. I identified no other new negative information released between the close of trading on 2 November 2018 and the close of

---

period beginning immediately after dissemination of information correcting the misstatement or omission and ending on the date on which" the security is sold. 15 U.S.C. §78u-4(e)-(2). Here, the mean per share trading price of Apple stock during the 90-days beginning on 3 January 2019 is $170.59. Apple stock closing prices from 3 January 2019 through 2 April 2019 are presented in Exhibit-10. The Private Securities Litigation Reform Act damages limitation can be applied formulaically to the calculation of per share damages set forth below.

trading on 5 November 2018 that would reasonably have contributed to the $7.17 residual price decline in Apple stock on 5 November 2018, aside from the allegation-related corrective disclosure.

128. As there was no material confounding news, I conclude that all of the $7.17 residual price decline on 5 November 2018 was caused by the corrective disclosure.

### 2. **Per Share Decline Caused by the 12 November 2018 Corrective Disclosure**

129. According to the event study, the residual return for Apple stock on 12 November 2018 was a statistically significant -2.39%, or -$4.82 per share. From the statistical significance of the stock return, one may conclude that this residual stock price decline was caused by Company-specific information. As discussed above, a corrective disclosure occurred that day.

130. I examined all Company news that emerged between the close of trading on 9 November 2018 (Friday) and the close of trading on 12 November 2018 (Monday) in order to assess whether any other news besides the corrective disclosure could have contributed to the residual stock price decline on 12 November 2018. I identified no other new negative information released between the close of trading on 9 November 2018 and the close of trading on 12 November 2018 that could reasonably have contributed to the $4.82 residual price decline in Apple stock on 12 November 2018, aside from the allegation-related corrective disclosure.

131. As there was no material confounding news, I conclude that all of the $4.82 residual price decline on 12 November 2018 was caused by the corrective disclosure.

### 3. **Per Share Decline Caused by the 2 January 2019 Corrective Disclosure**

#### a. Residual Stock Price Decline Measured by The Event Study

132. According to the event study, the residual return for Apple stock on 3 January 2019 was a statistically significant -7.02%, or -$10.74 per share. From the statistical significance of the stock return, one may conclude that the 3 January 2019 residual stock price decline was caused by Company-specific information. As discussed above, a corrective disclosure occurred the prior day after the close of trading. On 2 January 2019, the Company finally

came forward and disclosed to the public that its performance in China had decelerated severely, correcting the alleged prior misrepresentation and omissions that concealed the true condition of Apple's business in China. The corrective information was disclosed in CEO Cook's letter to shareholders and CEO Cook's CNBC interview.[94]

133.    Virtually all of the new adverse material information disclosed to the public was related to the true condition of Apple's business in China. In his letter to shareholders, CEO Cook stated that "most of our revenue shortfall to our guidance, and over 100 percent of our year-over-year worldwide revenue decline, occurred in Greater China," and that "lower than anticipated iPhone revenue, primarily in Greater China, accounts for all of our revenue shortfall."[95] The corrective disclosures were further explicated in the Company's statements describing conditions in China during the CNBC interview, where CEO Cook explained that "If you look at our results, our shortfall is over 100% from iPhone and it's primarily in greater China. And so as we look at what's going on in China – it's clear that the economy begins to slow there for the second half [of CY 2018]."[96] CEO Cook warned "[a]s the climate of mounting uncertainty weighed on financial markets … market data has shown that the contraction in Greater China's smartphone market has been particularly sharp."[97]

134.    While the preannounced revenue results were a component of the corrective disclosures, as they reflected the China slowdown, the bad news about China that constituted the corrective disclosures was worse than solely the impact of the negative economic pressure in China on the most recent quarter's sales. That is, the disappointing revenue results preannounced by the Company reflected the true conditions Apple had been encountering in China, but the revenue surprise was not the end all of the corrective disclosures informing investors about the true conditions in China.

---

[94] "Letter from Tim Cook to Apple Investors," Company press release, *Business Wire*, 2 January 2019, 4:32 PM; and "CNBC Exclusive: Apple CEO Tim Cook Speaks with CNBC's Josh Lipton Today," *CNBC Transcript*, 2 January 2019, 6:37 PM.

[95] "Letter from Tim Cook to Apple Investors," Company press release, *Business Wire*, 2 January 2019, 4:32 PM.

[96] "CNBC Exclusive: CNBC Transcript: Apple CEO Tim Cook Speaks with CNBC's Josh Lipton Today," *CNBC News Releases*, 2 January 2019, 6:37 PM.

[97] "Letter from Tim Cook to Apple Investors," Company press release, *Business Wire*, 2 January 2019, 4:32 PM.

135.   In response to the Company's disclosures on 2 January 2019, several analysts issued reports commenting on the slowdown of the Company's business in Greater China. Several analysts lowered their valuation and price targets for Apple, citing the pressures impacting the Company's performance in Greater China.[98] Analysts noted CEO Cook's about-face on the business conditions in the Greater China Region, comparing his comments on 1 November 2018 to his comments on 2 January 2019. On November 1st he excluded China from the category of market experiencing problems, but on January 2nd he blamed the Company's disappointing performance on the pressures and business conditions in China. For example, Morgan Stanley noted that "Dec Q played out directionally as we thought but even weaker China iPhone sales resulted in Apple's first negative pre in over 15 yrs."[99]

> **"Is this just China?** AAPL during their EPS call on 11/1 stressed that China wasn't seeing softer demand. **However, during their pre-announcement on Jan 2nd, AAPL squarely attributed revenue miss to China.** We do think demand in China is weak – auto sales are down double digits in the Dec qtr, China PMI was sub-50 exiting 2018 and broader consumer spend is soft. However, we also think there are other factors impacting AAPL a) higher iPhone ASPs and limited innovation, b) elongated replacement cycles, & c) competition."
> **"Download on Investor Feedback Post AAPL Negative Pre.," by Amit Daryanani et al., RBC, analyst report, 6 January 2019, p. 1 (emphasis added).**

> "Subsidies? CEO Tim Cook primarily cited a weakening economy in China as the reason for the revenue shortfall and the environment sounds very bad there and obviously not being helped by the ongoing trade war or the rising prices of Apple's products. Cook also noted the lack of subsidies by wireless operators in developed markets. That is not a new trend. On CNBC, Cook suggested that trade-ins offered by Apple can act as an effective subsidy, but operators have been offering trade-in promotions for years, albeit at

---

[98] For example, FBN reduced its price target to $190 from $240, citing "slower sales from Greater China."[98] Jefferies downgraded its rating on Apple stock as its "business in China appears to be rapidly deteriorating."[98] RBC wrote that "Greater China accounted for much of the revenue shortfall (~$7B) and all the y/y revenue decline (5%) was driven by China softness."[98]

[99] "Weak China More than Offsets Revenue Strength Outside of iPhone; Lowering Estimates," by Katy Huberty et al., Morgan Stanley, analyst report, 3 January 2019, p. 1.

lower levels in the past two years. There has not been evidence of an incremental acceleration in the decline in upgrade rates in the United States or other developed markets. The replacement cycle might not be rebounding, but it's very hard to believe that a further lengthening in the product cycle is a material contributor to the miss reported this afternoon."
**"Cutting Apple Target as iPhones Miss by More Than 12 Million," by Walter Piecyk and Joseph Galone, BTIG, analyst report, 2 January 2019, p. 2.**

"Apple's iPhone shipment volumes continued to be challenged by the worsening macro weakness in emerging markets (particularly China), and by elongating replacement cycles in developed markets, the combination of which led to a substantial -8% revision to F1Q19 (Dec-end) revenue guidance. The guidance revision follows an already disappointing F1Q19 revenue guide issued in early November."
**"iPhone Volume Woes Continue on Cyclical Headwinds; Remain OW on Services Transformation & Leverage of Installed Base," by Samik Chatterjee et al., JP Morgan, analyst report, 3 January 2019, p. 1.**

"The supply chain of iPhone devices is bracing for major turbulence after Apple lowered its guidance for its fiscal first-quarter 2019 ended December 29, 2018 due to weak sales of its smartphones in China, according to industry sources."
**"Daily Chip Clips," by Rick Schafer and Wei Mok, Oppenheimer, analyst report, 7 January 2019, p. 1.**

"We downgrade to Hold as AAPL's business in China appears to be rapidly deteriorating with the revised outlook for iPhone materially worse than our below-consensus ests. We still think Apple can build a massive Services business over time. But AAPL hasn't missed its guide in years, so the extent of this miss suggests it is navigating uncharted waters. We move to the sidelines and wait for clarity as uncertainty grows around the hardware business… Apple preannounces results well below our expectations based on a material slowdown in China, particularly for iPhone."
**"Biggest Miss in Years as China Revenue Deteriorates. Downgrade to Hold," by Timothy O'Shea et al, Jefferies, analyst report, 3 January 2019, pp. 1 and 3.**

"Last night Apple delivered a bombshell negative preannouncement that will be a defining moment for Cook & Co. for years to come. While the Street had been anticipating softness in the December quarter and around March guidance given a slew of negative iPhone XS/XR data points coming out of the Asia supply chain over the past few months, the magnitude of the top-line miss (~8%) with China demand the culprit was jaw dropping in our

opinion and will heavily weigh on shares accordingly. Although the company had some soft quarters over the past 20 years that missed Street expectations, in the modern iPhone era last night was clearly Apple's darkest day in our opinion and represents a challenging growth period ahead for the company (and its investors)."

**"Apple's Darkest Day in the iPhone Era; Massive Negative Dec Results on China,"
by Daniel Ives and Stecker Backe, Wedbush, analyst report, 3 January 2019, p. 1.**

136.   The disclosed truth about the business conditions the Company was facing in China, which corrected the prior alleged misrepresentation and omissions, was the primary driver producing the $10.74 residual decline in Apple's stock price on 3 January 2019.

### b.      Identifying Confounding Information

137.   I examined all Company news that emerged between the close of trading on 2 January 2019 and the close of trading on 3 January 2019 in order to assess whether any other news besides the corrective disclosures about the pressures in China could have contributed to the residual stock price decline on 3 January 2019. There was indeed some negative non-fraud-related confounding information.

138.   The bulk of the negative news disseminated on 2 January 2019 was the corrective disclosures informing the public about the true business conditions facing Apple in China, which were more negative than the market had been led to believe. One element among the disclosures was the preannouncement of disappointing revenue generated in the just completed quarter, which reflected the demand pressures Apple had been encountering in China. As the Company explained, the negative revenue surprise was "primarily" due to conditions in China. However, the Company also pointed to "challenges" in some other emerging markets outside of Greater China and explained that some of the revenue shortfall was attributable to regions outside of Greater China.

139.   This revenue shortfall attributed to emerging markets outside of Greater China constituted confounding information that reasonably had some impact on the stock price. To compute loss caused by the corrective disclosures and estimate damages, this confounding information needs to be controlled for and subtracted from the Company-specific residual return on 2 January 2019.

c.     Accounting For and Removing the Effect of the Confounding
Information

140.   Because some of the negative news released to the market on 2 January 2019, after the
close of trading, was that regions outside of China contributed to the announced revenue
shortfall, and this constituted non-allegation related confounding information, some of the
$10.74 residual stock price decline was not dissipation of allegation-related artificial
inflation. I quantified that portion of the stock price decline attributable to the confounding
information, as follows.

141.   While the revenue surprise was not the entirety of the corrective disclosure, the revenue
surprise is a numerical figure that lends itself to quantitative disaggregation. For purposes
of disaggregating the effects of fraud-related and confounding information on the stock
price, I assumed the relative contributions of fraud-related and confounding information
on the stock price were commensurate with the relative contributions of fraud-related
factors and confounding factors on the revenue surprise. This approach produces a
conservative[100] attribution of the stock price decline to the two sets of factors, because the
revenue surprise was only one element of the negative news disclosed that day and the
rest of the negative news comprised corrective information about China.

142.   On 2 January 2019, after the close of trading, Apple preannounced that the quarter's
revenue was "approximately $84 billion."[101] On 29 January 2019, the Company reported
that Q1 revenue was $84.31 billion.[102] The analysts' consensus estimate for Q1 2019
revenue just prior to the corrective disclosure, the metric surveyed and reported as of 31
December 2018, was $91.49 billion.[103] The difference between the analysts' consensus
revenue estimate of $91.49 billion and the actual reported $84.31 billion, was a surprise
of -$7.18 billion.

---

[100]   This methodology is conservative in the sense that it produces a lower bound for the impact of the fraud-related
corrective disclosures and therefore reduces damages.

[101]   "Letter from Tim Cook to Apple Investors," Company press release, *Business Wire*, 2 January 2019, 4:32 PM.

[102]   "Apple Reports First Quarter Results," Company press release, *Business Wire*, 29 January 2019, 4:30 PM.

[103]   Consensus estimates from *Refinitiv Eikon*.

143.    I used this quantified -$7.18 billion revenue surprise as a proxy for assessing the relative impacts of the fraud-related China disclosures and the confounding factors stemming from other regions.

144.    Apple had generated total revenue of $88.29 billion in the same quarter of the prior year, Q1 2018. Because analysts were expecting $91.49 billion in total revenue for Q1 2019, it follows that they were expecting total growth of 3.6%. I conservatively assumed that analysts were expecting all segments to grow year over year at the same 3.6% growth rate, in order to arrive at analyst expectations by region. This is a conservative assumption given that based on Company statements and analyst commentary, Greater China was expected to perform better than other emerging markets, had previously been one of the Company's fastest growing markets, and was represented to be unaffected by negative economic pressures.[104]

145.    According to the Company's Q1 FY 2019 press release, revenue generated in the Greater China Region in the same quarter of the prior year, Q1 2018, was $17.96 billion.[105] Applying the 3.6% growth rate to the previous year's quarterly revenue of $17.96 billion indicates reasonably that analysts were expecting approximately $18.61 billion in revenue from Greater China Region in Q1 2019.[106] Greater China Region revenue came in at $13.17 billion, representing a $5.44 billion shortfall. The Greater China Region revenue shortfall of $5.44 billion accounts for 75.7% of the total $7.18 billion revenue shortfall announced on 2 January 2019 relative to the market's prior expectations.

---

[104] This computation conservatively assumes that the market had uniform growth expectations for each of Apple's geographical reportable segments. However, the Company stated that it was experiencing "pressure in [] markets like Turkey, India, Brazil, Russia," but specifically excluded China from that category. (See, "Q4 2018 Apple Inc Earnings Call," *Thomson Reuters*, conference call, 1 November 2018, pp. 7-8). The markets that the Company disclosed as facing these pressures (Turkey, India, Brazil, Russia) were reported under Americas, Europe, and Rest of Asia Pacific. Thus, analysts may have had higher growth expectations for the Greater China Region, which would increase the size of the revenue miss attributable to Greater China relative to the segments Americas, Europe, and Rest of Asia. Applying a uniform growth expectation for the Company's geographic segments allocates a lower portion of the 3 January 2019 drop to allegation-related information, and is therefore a conservative assumption. (See, also, Apple Inc., Form 10-K for the fiscal year ended 29 September 2018, filed 5 November 2018, p. 62: "Americas includes both North and South America. Europe includes European countries, as well as India, the Middle East and Africa. Greater China includes China, Hong Kong and Taiwan. Rest of Asia Pacific includes Australia and those Asian countries not included in the Company's other reportable segments.")

[105] "Apple Reports First Quarter Results," Company press release, *Business Wire*, 29 January 2019, 4:30 PM.

[106] The $18.61 billion expected Q1 2019 revenue attributable to Greater China is equal to Q1 2018 actual revenue of $17.96 billion attributable to Greater China, multiplied by (1 + 3.6%), the estimated year-over-year growth based on analyst consensus for Q1 2019 revenue.

146.    As described, I conservatively apportioned the residual stock price decline between fraud-related and confounding information according to the relative proportions of the total impact each of these factors had on the revenue surprise. As 75.7% of the revenue shortfall relative to expectations is attributable to the Greater China Region, I attribute 75.7% of the residual stock price decline on 3 January 2019 to the corrective disclosures. The remaining 24.2% of the residual stock price decline I attribute to all confounding information. The corrective disclosure thus caused the stock price to decline $8.13 per share on 3 January 2019 (75.7% times the $10.74 per share residual dollar decline). The remaining $2.61 per share loss is excluded from the summation of artificial inflation and damages.

### B.    Artificial Inflation Ribbon

147.    Section 10(b) damages are a function of how much the alleged misrepresentation and omissions artificially inflated a security price and how much the security price fell in value when the artificial inflation dissipated. To compute damages for all Class members, therefore, one must compute the time series of artificial inflation.

148.    Artificial inflation is the difference between what a security price actually was at a point in time and what the price would have been absent the alleged fraud. An inflation ribbon is the time series indicating the level of artificial inflation caused by the alleged fraud over a period of time.

149.    The inflation ribbon in this case can be constructed by working chronologically backwards from the market's 3 January 2019 reaction to the final corrective disclosure made on 2 January 2019, after the close of trading. When a security price falls on account of a corrective disclosure, inflation dissipates. Inflation prior to a corrective disclosure must be greater than the inflation following the disclosure. The residual price decline elicited by the corrective disclosure (which excludes any decline attributable to confounding information), measures how much artificial inflation dissipated due to the corrective disclosure, and therefore also measures the additional artificial inflation that had been in the security price prior to the disclosure. The inflation just prior to a partially corrective disclosure must be the sum of the inflation the disclosure dissipated plus any inflation remaining afterward.

150.    Using the fraud-related price declines elicited by corrective disclosures to measure the amount of inflation that was in a security price is a widely used and generally accepted methodology.[107]

151.    As detailed above, corrective disclosures correcting the misinformation propagated by the alleged misrepresentation and omissions about business conditions facing Apple in the Greater China Region and Apple's performance there caused Apple stock price declines of $7.17 per share on 5 November 2018, $4.82 per share on 12 November 2018, and $8.13 per share on 3 January 2019.

152.    To the extent that the declines in Apple's stock price on other dates during the Class Period stemmed from news that informed investors of the negative pressures that Apple was experiencing in China, and the financial consequences and implications of those pressures, this quantification of artificial inflation and therefore damages is conservatively low. I excluded from damages the losses sustained on all other days during the Class Period. I excluded the residual price declines that transpired on 4-6 December 2018, because those stock price movements, while negative, were not over the threshold for statistical significance, either individually or collectively.

153.    According to the Complaint, and detailed above, Defendants allegedly made a misrepresentation and omissions that concealed what were the true current business conditions facing Apple in the Greater China Region. From corrective disclosures, the market learned the previously concealed truth about the true business conditions and pressures facing Apple in the Greater China Region. Had analysts and investors been fully and honestly informed by the Company at the start of the Class Period, rather than misled by the alleged misrepresentation and omission, they would not have been surprised by the subsequent adverse announcements. The stock price would have fallen by an additional $20.12 per share at the start of the Class Period to reflect the adverse information, rather than falling over times as the truth later emerged ($7.17 + $4.82 + $8.13). The total artificial inflation prior to the disclosures was therefore $20.12 per share.

---

[107] See, "Federal Securities Acts and Areas of Expert Analysis," by Kevin L. Gold et al., Chapter 27 of the *Litigation Services Handbook: The Role of the Financial Expert*, 6th Edition, edited by Roman L. Weil et al., John Wiley & Sons, Inc., 2017.

154.   The artificial inflation at the start of the Class Period therefore stood at $20.12 per share. Per share artificial inflation fell by $7.17 on 5 November 2018, $4.82 on 12 November 2018, and $8.13 on 3 January 2019. The complete artificial inflation ribbon is presented in Exhibit-9.

### C.   Per Share Damages Formula

155.   Based on the foregoing analysis and statutory formulas, Section 10(b) damages per share range up to $20.12 per share, excluding prejudgment interest. A particular investor's per share damages depends on when during the Class Period each share was purchased and if and when each respective share was subsequently sold. Class members who sold their shares prior to the first corrective disclosure suffered no recoverable losses on those shares. Class members whose holding period spanned no corrective disclosure similarly suffered no recoverable loss. Class members who bought at an artificially inflated price and sustained a loss when a corrective disclosure dissipated all or some of the artificial inflation suffered damages.

156.   As an example of how per share damages are computed for a particular investor, consider an investor who purchased Apple stock on 2 November 2018 for $207.48 per share and sold those shares at the close of trading on 3 January 2019 for $142.19 per share. The artificial inflation on 2 November 2018 was $20.12 per share. At the close of trading on 3 January 2019, artificial inflation was $0.00 per share as all artificial inflation had been dissipated by the corrective disclosures by then. The reduction in artificial inflation over this investor's holding period is this investor's economic/inflation loss, which equals $20.12 per share. The investor's investment loss is $65.29 per share, equal to the $207.48 per share purchase price minus the $142.19 per share sale price. The recoverable per share damages are the lesser of the economic/inflation loss and the investment loss, which is $20.12 per share.

## VIII.   OPTIONS LOSS CAUSATION AND DAMAGES

157.   The holder of a call option on Apple stock has the right, but not the obligation, to purchase shares of Apple stock at a prespecified strike price designated in the contract, on or up to an expiration date also designated in the contract. A put option grants the holder the right, but not the obligation, to sell shares at the strike price on or up to the expiration date.

158.   Essentially then, a call option is a security that pays the investor the difference between the market price of the underlying stock less some fixed strike price, on any exercise day of the investor's choosing up to a set expiration date. A put option is a security that pays the investor the set strike price minus the market price of the stock, on any exercise day of the investor's choosing up to a set expiration date.

159.   Call and put options are derivative securities, meaning that their values derive from the value of the underlying stock. The value of a call option is a positive function of the value of the underlying stock, while the value of a put option is a negative function of the value of the underlying stock.

160.   The various call and put option contracts available to investors differ only in their strike prices and expiration dates.

### A.      Call Option Loss Causation and Damages Formula

161.   All else equal, when the market price of Apple stock is artificially inflated, so will be the market price of Apple call options. When the inflation dissipates and the underlying share price falls, the call option price will also fall (*ceteris paribus*).

162.   The same misrepresentation and omissions that caused investors in Apple stock to suffer losses also caused investors in Apple call options to suffer losses. By inflating the stock price, the misrepresentation and omissions inflated the call option prices. When the corrective disclosures dissipated artificial inflation from the stock price, the same corrective disclosures consequently caused the call option prices to decline, thereby resulting in option investor losses.

163.   I understand that the Supreme Court's decision in the *Dura Pharmaceuticals* case has been interpreted to prescribe that recoverable loss can be no greater than the amount by which artificial inflation in the security dissipated as a result of corrective disclosure. For purposes of this damages analysis, I adopt that interpretation.

164.   I understand that a common interpretation of the PSLRA limits an investor's recoverable loss to be no greater than the investment loss, which is the decrease in the security's value during the investor's holding period. For a call option, the holding period ends when the call option is either sold, exercised, or expires. Disposing of the option by exercising is akin to a sale at the exercise value.

165.   The PSLRA dictates that for purposes of computing the investment loss, the effective sale price should be computed as the greater of the actual sale price or the average market price over the 90-day period following the final corrective disclosure, or the average market price over that portion of the 90-day period over which the investor still held the option.

166.   Artificial inflation in the Apple share price dissipated due to corrective disclosures on 5 November 2018, 12 November 2018, and 2 January 2019 (after the close of trading). Consequently, the call option investors who suffered a recoverable loss caused by the alleged misrepresentation and omissions are those who bought call options during the Class Period and held their positions open until or beyond 5 November 2018, 12 November 2018, or 3 January 2019.

167.   On account of the statutory and case law caps, for any particular investor in Apple call options, per option recoverable damages are therefore the lesser of: 1) the decrease in the call option price over the investor's holding period, 2) the decrease in the artificial inflation in the call option price over the investor's holding period, and 3) the sum of declines in artificial inflation in the call option price for each disclosure that particular investor held his call option position through.

### B.   Put Option Loss Causation and Damages Formula

168.   The relationship between put option price and the underlying share price is the opposite of the call option relationship. All else equal, an inflated share price depresses the put option price, and dissipation of inflation in the share price, which causes the share price to fall, causes the put option price to rise (*ceteris paribus*). However, for every option purchaser, there is an option seller (or "writer"). The put option writer receives from the

put option buyer the market price of the put option at the time the put option is initially sold. Subsequently, the put option writer may close out the written put option position by buying back the identical put option in the marketplace. The put option writer's position may also be closed if the put option is exercised or expires.

169. The same misrepresentation and omissions that caused investors in Apple stock to suffer losses also caused writers of Apple put options to suffer losses, on account of the impact of the misrepresentation and omissions on put option prices. By inflating the stock price, the misrepresentation and omissions artificially depressed put option prices. At depressed put option prices, writers received less than fair value when the puts were written. The corrective disclosures that dissipated the artificial inflation in the stock price, caused the put option prices to rise, requiring put option writers to pay more to close out or settle their written put option positions.

170. Therefore, an investor who wrote put options during the Class Period and maintained that written position through at least one corrective disclosure, may have suffered a loss caused by the alleged misrepresentation and omissions, as they would have received less money when the position was opened, and may have had to pay out more money when their position was later closed (through a reversing transaction or exercise).

171. On account of the statutory and case law caps, for any particular investor who wrote Apple put options during the Class Period and held their position open through at least one corrective disclosure, per option recoverable damages are the lesser of: 1) the increase in the put option price over the investor's holding period (applying the 90-day lookback provisions), 2) the amount by which the put option price was artificially depressed at the time the put option was written, and 3) the sum of increases in the put option price caused by the decline in the stock price artificial inflation for each disclosure that particular investor held his put option position through.

### C.      Computing Artificial Inflation in the Call Price and Artificial Depression in the Put Price

172.    As the prior discussion of the damage formulas shows, a call option damage computation requires a calculation of the artificial inflation in the call price at the time the instrument was purchased and at the times of the corrective disclosures. A put option damage computation requires a calculation of artificial price depression as of when the put option was written and upon corrective disclosure.

173.    These inflation values can be computed using the dividend-adjusted binomial American option pricing model (the "Binomial model"). The Binomial model is a lattice-based model that values options based on possible future stock price movements, and computes the present option value from these possible future nodes. The Binomial model accommodates the early-exercise feature of American options (such as the Apple options) and the impact of dividends that occur during the life of the contract.[108,109] The use of the Binomial model to value options is generally accepted and widely used by both finance academics and practitioners.[110]

174.    To determine the artificial inflation in a call price during the Class Period, or the artificial depression in a put price, one can use the Binomial model to reprice the respective option, inputting the corrected stock price into the model formula, that is, replacing the artificially inflated stock price with the but-for stock price arrived at by subtracting the artificial inflation from the observed inflated market stock price.

175.    The volatility variable for the model can be solved for as an implied volatility using the same Binomial model with observable inputs for stock price, strike price, time to

---

[108] See, e.g., "The procedure is to work back through the tree from the end to the beginning, testing at each node to see whether early exercise is optimal." (*Options, Futures, and Other Derivatives*, by John C. Hull, 9th Edition, Prentice Hall, 2015, p. 284).

[109] See, also, Chance Report, ¶¶114-120 for a hypothetical example of using the Binomial model to compute artificial inflation in a call or put option.

[110] See, e.g., "Second, it explains the binomial tree numerical procedure that is widely used for valuing American options and other derivatives." (*Options, Futures, and Other Derivatives*, by John C. Hull, 9th Edition, Prentice Hall, 2015, p. 274); "American-style option valuation requires that one work backward through the binomial tree and address whether early exercise is optimal at each step." ("Valuation of Contingent Claims," by Robert E. Brooks and David Maurice Gentle, *Fixed Income and Derivatives CFA Program Curriculum*, vol. 5, CFA Institute, 2020, p. 401); "Binomial Models are particularly useful in capturing the effect of early exercise." (*An Introduction to Derivatives*, by Don M. Chance, 3rd Edition, The Dryden Press, 1994, p. 115); and "The binomial model is particularly important for American options because it applies to both American calls and puts on stocks with all kinds of dividend payments." (*Futures, Options, & Swaps*, by Robert W. Kolb, 3rd Edition, Blackwell Publishers, 1999, p. 472).

expiration, interest rate, and the option price. The implied volatility is estimated by iteratively adjusting the volatility input for the Binomial model until the option price determined by the formula is equal to the option price observed in the market. Deriving the volatility input this way is a widely used and generally accepted methodology.[111]

### D.   An Example of Option Damages Computation

176.   As an example of the option damages computation, suppose on 2 November 2018 an investor paid $14.63 to purchase Apple call options with a strike price of $200 per share and an expiration date of 18 January 2019.[112] Suppose the investor held those options until the market close on 3 January 2019, at which point she sold them for $0.01 each.

#### 1.   Investment Loss

177.   The investor's actual investment loss was $14.62 per option, the $14.63 purchase price minus the $0.01 selling price.

178.   As this sale was on the first day after the final corrective disclosure, the PSLRA average bounce-back price is the same as the actual sale price, $0.01, and the effective investment loss for damage computation purposes remains at $14.62.

#### 2.   Initial Artificial Inflation

179.   The artificial inflation in the stock price on 2 November 2018 was $20.12 per share. The stock price was $207.48 per share, but would have been $187.36 per share had there been no misrepresentation or omissions ($207.48 minus $20.12).

180.   With an expiration date of 18 January 2019, the option's time to expiration was 0.211 years. The option's time until the next dividend payment was 0.016 years. The one-year Treasury rate, a reasonable proxy for the effective risk-free interest rate input to the Binomial model, was 2.70%. The implied volatility from the prevailing market price of the option was 27.47% per year. Inserting these parameters into the Binomial model the but-for call option price is $4.78.

---

[111] See, *Options, Futures, and Other Derivatives*, by John C. Hull, 9th Edition, Prentice Hall, 2015, p. 341.

[112] All option prices in this example are midpoints of reported bid and ask prices. Option price data obtained from iVolatility.

181.   Had there been full disclosure rather than the misrepresentation and omissions, the Apple stock price would have been $187.36 per share on 2 November 2018, and the 18 January 2019 $200 strike price call option would have been priced at $4.78 rather than $14.63. The artificial inflation in this call option was therefore $9.85 on the 2 November 2018 purchase date, the difference between the actual call option price of $14.63 prevailing in the market, and the but-for price of $4.78 computed from the Binomial model after factoring out the artificial inflation in the underlying Apple stock price that day.

### 3.   Inflation Dissipation Caused by the Corrective Disclosures

182.   Similar computations measure the artificial inflation that dissipated from the option price on each of the corrective disclosure dates. Because the effect of share price inflation on option price inflation varies with the share price, even with constant share price inflation, the artificial inflation in the options is not constant, but varies over the course of the Class Period.

183.   To measure the artificial inflation that dissipated from an option price as a result of a corrective disclosure, one can compare the actual call option price on the effective trading date of the corrective disclosure, with the value the option would have had at that time if the artificial inflation were still retained within the stock price, as computed by the Binomial model. The difference between the actual option price in the market and the computed hypothetical model option price measures the effect of the dissipation of artificial inflation from the stock price elicited by the corrective disclosure.

184.   For example, using the 18 January 2019 $200 strike call option:

   i.   At the close of trading on 5 November 2018, after the corrective disclosure that day, the Apple stock price was $201.59 per share, and this call option's price was $11.00 per share. Absent the 5 November 2018 corrective disclosure, the stock price on 5 November 2018 would have been $208.76 per share, equal to the $201.59 actual stock price, plus the $7.17 artificial inflation that dissipated from the stock price on account of the corrective disclosure that day. The option's time to expiration was 0.203 years. The option's time until the next dividend payment was 0.008 years. The one-year Treasury rate was 2.71% per annum. The implied volatility determined from the actual stock and option price on 5 November 2018

was 27.85%. Inserting these parameters into the Binomial model indicates that the call option valuation inclusive of the artificial inflation was $15.38. The difference between the $15.38 hypothetical call option price (without artificial inflation removed) and the $11.00 actual call option price, which reflects the removal of artificial inflation by that day's corrective disclosure, is $4.38. Therefore, when the corrective disclosure dissipated $7.17 of artificial inflation from the Apple stock price that day, it also removed $4.38 of artificial inflation from the call option price.

ii.       Similarly, at the close of trading on 12 November 2018, after the corrective disclosure that day, the Apple stock price was $194.17 per share, and this call option's price was $7.25 per share. Absent the 12 November 2018 corrective disclosure, the stock price on 12 November 2018 would have been $198.99 per share, equal to the $194.17 actual stock price, plus the $4.82 artificial inflation that dissipated from the stock price on account of the corrective disclosure that day. The option's time to expiration was now 0.184 years. There were no dividends to be paid during the remaining life of the option. The one-year Treasury rate was 2.73% per annum. The implied volatility was 28.20%. Inserting these parameters into the Binomial model indicates that the call option valuation without removing the artificial inflation that dissipated that day would have been $9.58. The difference between the $9.58 hypothetical call option price (without artificial inflation removed) and the $7.25 actual call option price, which reflects the removal of artificial inflation by that day's corrective disclosure, is $2.33. Therefore, when the corrective disclosure dissipated $4.82 of artificial inflation from the Apple stock price that day, it also removed $2.33 of artificial inflation from the call option price.

iii.      Inflation dissipated by the final corrective disclosure made after the close of trading on 2 January 2019 is computed the same way. At the close of trading on 3 January 2019, the Apple stock price was $142.19 per share, and the call option's price was $0.01 per share. Absent the 2 January 2019 corrective disclosure, the stock price on 3 January 2019 would have been $150.32 per share, equal to the $142.19 actual stock price, plus the $8.13 artificial inflation that dissipated from the stock price on account of the corrective disclosure that day. On 3 January 2019, the option's time to expiration was now 0.041 years. There were no dividends to be

80

paid during the remaining life of the option. The one-year Treasury rate was 2.50% per annum. The implied volatility was 57.52%. Inserting these parameters into the Binomial model indicates that the call option valuation without removing the artificial inflation that dissipated that day would have been $0.05. The difference between the $0.05 hypothetical call option price (without artificial inflation removed) and the $0.01 actual call option price, which reflects the dissipation of artificial inflation by the final corrective disclosure, is $0.04. Therefore, when the corrective disclosure dissipated $8.13 of artificial inflation from the Apple stock price that day, it also removed $0.04 of artificial inflation from the call option price.

185. The total artificial inflation that dissipated from the 18 January 2019 $200 strike call option on account of the three corrective disclosures is $6.74 per option, equal to the $4.38 that dissipated on 5 November 2018, plus the $2.33 that dissipated on 12 November 2018, plus the $0.04 that dissipated on 3 January 2019.

### 4.  **Recoverable Damage**

186. In the provided example, the call option investor's recoverable damage is $6.74 per option, which is the lesser of the $14.62 investment loss, the $9.85 artificial inflation on the call option purchase date, and the $6.74 of total artificial inflation that was dissipated by the corrective disclosures that occurred during the investor's holding period.

## IX.    LIMITING FACTORS AND OTHER ASSUMPTIONS

187.    This report is furnished solely for the purpose of court proceedings in the above referenced matter and may not be used or referred to for any other purpose. The analysis and opinions contained in this report are based on information available as of the date of this report. I reserve the right to supplement or amend this report if additional information becomes available to me.

188.    I declare under penalty of perjury that the foregoing is true and correct.


Steven P. Feinstein, Ph.D., CFA

# X.     APPENDIX-1: LOGARITHMIC RETURNS

**A1-1.** Logarithmic returns, rather than percent change returns, are commonly used in stock return regressions and event study analysis and were used in the regression modeling here. The formula for a logarithmic return is:

A-1. $$R_t = \ln\left(\frac{P_t + d_t}{P_{t-1}}\right)$$

where:

R$_t$ is the logarithmic return on day t;
P$_t$ is the stock price at the end of day t;
P$_{t-1}$ is the stock price from the previous day, day t-1;
A-2.                        d$_t$ is the dividend on day t, if any.

A-3.

**A1-2.** The formula for converting a logarithmic return into a dollar return is:

A-4. $$DR_t = P_{t-1} \cdot (e^{R_t} - 1)$$

where:

DR$_t$ is the dollar return on day t;
P$_{t-1}$ is the stock price from the previous day, day t-1;
e is natural e (approximately 2.7);
R$_t$ is the logarithmic return on day t.

**A1-3.** If a stock falls from $20 to $18, the percent change in price is -10%, equal to the $2 decline divided by the original $20 price. The logarithmic return, however, is -10.54%, equal to ln($18/$20).

**A1-4.** The logarithmic return relates a price change to an average of the original, final, and intervening prices over the course of a price decline. As such, for large price declines, it is possible for a logarithmic price decline to exceed 100%, since the price decline may be greater than the average of the beginning and ending prices.

**A1-5.** An attractive feature of a logarithmic return is that it can be decomposed into contributing factors linearly. That is, the portion of a logarithmic return caused by company-specific information is isolated by subtracting from the total logarithmic return the portion of the total return caused by market and sector factors.

**Exhibit-1**

**Documents and Other Information Considered
In Addition to Those Cited in the Feinstein Report and the Feinstein Reply Report**

## CASE DOCUMENTS

- Order Granting in Part and Denying in Part Motion for Class Certification, dated 4 February 2022.
- Lead Plaintiff's Notice of Supplemental Motion to Certify Class of Apple Options Investors; Memorandum of Points and Authorities in Support Thereof, dated 15 April 2022.

## DEPOSITIONS

- Deposition of Priya Balasubramaniam, dated 7 February 2022.
- Deposition of Tim Cook, dated 9 February 2022.
- Deposition of Luca Maestri, dated 25 February 2022.

## EXPERT REPORTS

- Reply Report of Professor Steven P. Feinstein, Ph.D., CFA, dated 24 August 2021.
- Expert Report of Professor Don Chance, Ph.D., CFA, dated 15 April 2022.

## NEWS ARTICLES

- "As China Curbs Borrowing Growth Shows Signs of Faltering," by Keith Bradsher, *The New York Times*, 14 June 2018.
- "China's Economy Shows Signs of Slowing. A Trade War Won't Help," by Daniel Shane, *CNN Business*, 20 June 2018.
- "China's Consumption Downgrade: Skip Avocados, Cocktails and Kids," by Li Yuan, *The New York Times*, 22 August 2018.
- "iPhone XR Lead Times Short But Remain Optimistic," by Gene Munster, Loup Ventures, 19 October 2018, https://loupventures.com/iphone-xr-lead-times-short-but-remain-optimistic/.
- "Apple Cancels Production Boost for Budget iPhone XR: Sources," by Lauly Li and Cheng Ting-Fang, *Nikkei*, 5 November 2018.
- "Apple Resorts to Promo Deals, Trade-ins to Boost iPhone Sales," by Mark Gurman, *Bloomberg*, 4 December 2018.
- "Why 40% iPhone Discount is Bad for Apple," by Peter Cohan, *Forbes*, 6 December 2018.

**Exhibit-1**

**Documents and Other Information Considered**
**In Addition to Those Cited in the Feinstein Report and the Feinstein Reply Report**

- "CNBC Exclusive: CNBC Transcript: Apple CEO Tim Cook Speaks with CNBC's Josh Lipton Today," *CNBC News Releases*, 2 January 2019, 6:37 PM.
- "Timeline: Key Dates in the U.S.-China Trade War," *Reuters*, 1 August 2019.

## DOCUMENTS FROM PLAINTIFF'S COUNSEL

- APL-SECLIT_00001993
- APL-SECLIT_00002121
- APL-SECLIT_00008184
- APL-SECLIT_00015460
- APL-SECLIT_00019884
- APL-SECLIT_00020021
- APL-SECLIT_00020654
- APL-SECLIT_00020876
- APL-SECLIT_00020949
- APL-SECLIT_00021227
- APL-SECLIT_00022150
- APL-SECLIT_00024407
- APL-SECLIT_00026316
- APL-SECLIT_00026349
- APL-SECLIT_00026384
- APL-SECLIT_00026417
- APL-SECLIT_00026452
- APL-SECLIT_00026487
- APL-SECLIT_00026522
- APL-SECLIT_00026556
- APL-SECLIT_00026590
- APL-SECLIT_00026622
- APL-SECLIT_00026625
- APL-SECLIT_00026641
- APL-SECLIT_00026643
- APL-SECLIT_00026675
- APL-SECLIT_00026676
- APL-SECLIT_00026708
- APL-SECLIT_00026710
- APL-SECLIT_00026742
- APL-SECLIT_00026743
- APL-SECLIT_00026775

**Exhibit-1**

**Documents and Other Information Considered**
**In Addition to Those Cited in the Feinstein Report and the Feinstein Reply Report**

- APL-SECLIT_00026777
- APL-SECLIT_00026809
- APL-SECLIT_00026811
- APL-SECLIT_00026843
- APL-SECLIT_00026844
- APL-SECLIT_00026876
- APL-SECLIT_00026877
- APL-SECLIT_00026909
- APL-SECLIT_00026911
- APL-SECLIT_00027889
- APL-SECLIT_00027938
- APL-SECLIT_00027968
- APL-SECLIT_00027969
- APL-SECLIT_00028019
- APL-SECLIT_00028022
- APL-SECLIT_00028023
- APL-SECLIT_00028025
- APL-SECLIT_00028026
- APL-SECLIT_00028029
- APL-SECLIT_00028048
- APL-SECLIT_00028052
- APL-SECLIT_00028053
- APL-SECLIT_00028073
- APL-SECLIT_00028075
- APL-SECLIT_00028081
- APL-SECLIT_00028100
- APL-SECLIT_00028102
- APL-SECLIT_00028103
- APL-SECLIT_00028131
- APL-SECLIT_00028864
- APL-SECLIT_00093349
- APL-SECLIT_00093388
- APL-SECLIT_00093550
- APL-SECLIT_00093554
- APL-SECLIT_00093574
- APL-SECLIT_00093578
- APL-SECLIT_00093901
- APL-SECLIT_00093902

**Exhibit-1**

**Documents and Other Information Considered**
**In Addition to Those Cited in the Feinstein Report and the Feinstein Reply Report**

- APL-SECLIT_00096804
- APL-SECLIT_00098885
- APL-SECLIT_00099226
- APL-SECLIT_00099227
- APL-SECLIT_00099279
- APL-SECLIT_00107230
- APL-SECLIT_00107232
- APL-SECLIT_00108359
- APL-SECLIT_00119178
- APL-SECLIT_00121635
- APL-SECLIT_00125468
- APL-SECLIT_00125757
- APL-SECLIT_00126604
- APL-SECLIT_00126635
- APL-SECLIT_00129818
- APL-SECLIT_00129735
- APL-SECLIT_00131403
- APL-SECLIT_00131415
- APL-SECLIT_00131435
- APL-SECLIT_00131724
- APL-SECLIT_00140649
- APL-SECLIT_00140720
- APL-SECLIT_00140728
- APL-SECLIT_00151138
- APL-SECLIT_00151432
- APL-SECLIT_00151611
- APL-SECLIT_00151619
- APL-SECLIT_00151627
- APL-SECLIT_00153774
- APL-SECLIT_00159799
- APL-SECLIT_00160102
- APL-SECLIT_00162380
- APL-SECLIT_00162449
- APL-SECLIT_00162457
- APL-SECLIT_00162465
- APL-SECLIT_00162473
- APL-SECLIT_00163520
- APL-SECLIT_00163618

**Exhibit-1**

**Documents and Other Information Considered**
**In Addition to Those Cited in the Feinstein Report and the Feinstein Reply Report**

- APL-SECLIT_00163798
- APL-SECLIT_00163963
- APL-SECLIT_00163970
- APL-SECLIT_00164152
- APL-SECLIT_00164453
- APL-SECLIT_00164493
- APL-SECLIT_00164498
- APL-SECLIT_00167073
- APL-SECLIT_00168842
- APL-SECLIT_00172952
- APL-SECLIT_00173077
- APL-SECLIT_00173081
- APL-SECLIT_00173084
- APL-SECLIT_00173096
- APL-SECLIT_00179670
- APL-SECLIT_00179671
- APL-SECLIT_00183235
- APL-SECLIT_00183236
- APL-SECLIT_00183244
- APL-SECLIT_00183252
- APL-SECLIT_00183226
- APL-SECLIT_00183229
- APL-SECLIT_00183230
- APL-SECLIT_00183231
- APL-SECLIT_00179638
- APL-SECLIT_00179667
- APL-SECLIT_00179669
- APL-SECLIT_00182917
- APL-SECLIT_00183132
- APL-SECLIT_00183234
- APL-SECLIT_00184844
- APL-SECLIT_00185106
- APL-SECLIT_00188017
- APL-SECLIT_00191010
- APL-SECLIT_00198909
- APL-SECLIT_00198985
- APL-SECLIT_00199045
- APL-SECLIT_00199576

**Exhibit-1**

**Documents and Other Information Considered**
**In Addition to Those Cited in the Feinstein Report and the Feinstein Reply Report**

- APL-SECLIT_00199608
- APL-SECLIT_00199759
- APL-SECLIT_00199787
- APL-SECLIT_00200023
- APL-SECLIT_00200032
- APL-SECLIT_00200036
- APL-SECLIT_00200040
- APL-SECLIT_00242837
- APL-SECLIT_00249469
- APL-SECLIT_00250407
- APL-SECLIT_00251945
- APL-SECLIT_00284425
- APL-SECLIT_00284431
- APL-SECLIT_00284434
- APL-SECLIT_00284436
- APL-SECLIT_00284497
- APL-SECLIT_00284501
- APL-SECLIT_00284504
- APL-SECLIT_00284507
- APL-SECLIT_00284939
- APL-SECLIT_00284940
- APL-SECLIT_00284994
- APL-SECLIT_00284995
- APL-SECLIT_00287939
- APL-SECLIT_00292227
- APL-SECLIT_00300993
- APL-SECLIT_00307780
- APL-SECLIT_00308261
- APL-SECLIT_00308488
- APL-SECLIT_00308988
- APL-SECLIT_00327788
- APL-SECLIT_00334157
- APL-SECLIT_00337590
- APL-SECLIT_00339445
- APL-SECLIT_00339559
- APL-SECLIT_00341559
- APL-SECLIT_00343027
- APL-SECLIT_00343056

**Exhibit-1**

**Documents and Other Information Considered**
**In Addition to Those Cited in the Feinstein Report and the Feinstein Reply Report**

- APL-SECLIT_00343059
- APL-SECLIT_00347151
- APL-SECLIT_00347154
- APL-SECLIT_00347168
- APL-SECLIT_00357757
- APL-SECLIT_00357993
- APL-SECLIT_00360248
- APL-SECLIT_00360249
- APL-SECLIT_00369364
- APL-SECLIT_00369365
- APL-SECLIT_00369418
- APL-SECLIT_00369454
- APL-SECLIT_00369458
- APL-SECLIT_00369484
- APL-SECLIT_00369490
- APL-SECLIT_00369500
- APL-SECLIT_00370046
- APL-SECLIT_00372412
- APL-SECLIT_00388830
- APL-SECLIT_00388840
- APL-SECLIT_00388843
- APL-SECLIT_00388889
- APL-SECLIT_00389367
- APL-SECLIT_00389371
- APL-SECLIT_00389372
- APL-SECLIT_00394091
- APL-SECLIT_00421921
- APL-SECLIT_00421924
- APL-SECLIT_00422501
- APL-SECLIT_00429314
- APL-SECLIT_00429831
- APL-SECLIT_00429834
- APL-SECLIT_00431257
- APL-SECLIT_00433086
- APL-SECLIT_00433090
- APL-SECLIT_00433092
- APL-SECLIT_00469549
- APL-SECLIT_00474530

**Exhibit-1**

**Documents and Other Information Considered**
**In Addition to Those Cited in the Feinstein Report and the Feinstein Reply Report**

- APL-SECLIT_00474637
- APL-SECLIT_00474837
- APL-SECLIT_00482869
- APL-SECLIT_00482961
- APL-SECLIT_00483017
- APL-SECLIT_00483067
- APL-SECLIT_00483386
- APL-SECLIT_00490365
- APL-SECLIT_00490366
- APL-SECLIT_00495339
- APL-SECLIT_00496650
- APL-SECLIT_00496651
- APL-SECLIT_00499582
- APL-SECLIT_00499593
- APL-SECLIT_00499614
- APL-SECLIT_00499640
- APL-SECLIT_00499648
- APL-SECLIT_00501881
- APL-SECLIT_00503833
- APL-SECLIT_00504044
- APL-SECLIT_00504046
- APL-SECLIT_00504048
- APL-SECLIT_00504090
- APL-SECLIT_00510183
- APL-SECLIT_00510186
- APL-SECLIT_00510189
- APL-SECLIT_00510661
- APL-SECLIT_00513310
- APL-SECLIT_00515048
- APL-SECLIT_00515053
- APL-SECLIT_00516988
- APL-SECLIT_00516996
- APL-SECLIT_00518742
- APL-SECLIT_00519314
- APL-SECLIT_00519317
- APL-SECLIT_00522325
- APL-SECLIT_00527633
- APL-SECLIT_00527634

**Exhibit-1**

**Documents and Other Information Considered**
**In Addition to Those Cited in the Feinstein Report and the Feinstein Reply Report**

- APL-SECLIT_00529878
- APL-SECLIT_00529886
- APL-SECLIT_00536443
- APL-SECLIT_00536485
- APL-SECLIT_00536486
- APL-SECLIT_00536491
- APL-SECLIT_00540057
- APL-SECLIT_00546525
- APL-SECLIT_00546527
- APL-SECLIT_00546950
- APL-SECLIT_00546953
- APL-SECLIT_00546956
- APL-SECLIT_00547022
- APL-SECLIT_00547024
- APL-SECLIT_00550829
- APL-SECLIT_00551815
- APL-SECLIT_00551816
- APL-SECLIT_00551817
- APL-SECLIT_00551837
- APL-SECLIT_00552691
- APL-SECLIT_00552693
- APL-SECLIT_00552694
- APL-SECLIT_00561085
- APL-SECLIT_00565563
- APL-SECLIT_00565595
- APL-SECLIT_00565597
- APL-SECLIT_00565784
- APL-SECLIT_00566305
- APL-SECLIT_00566427
- APL-SECLIT_00566436
- APL-SECLIT_00566478
- APL-SECLIT_00566508
- APL-SECLIT_00566580
- APL-SECLIT_00566611
- APL-SECLIT_00566619
- APL-SECLIT_00566627
- APL-SECLIT_00566634
- APL-SECLIT_00566635

**Exhibit-1**

**Documents and Other Information Considered**
**In Addition to Those Cited in the Feinstein Report and the Feinstein Reply Report**

- APL-SECLIT_00566636
- APL-SECLIT_00566637
- APL-SECLIT_00566703
- APL-SECLIT_00566706
- APL-SECLIT_00566798
- APL-SECLIT_00569822
- APL-SECLIT_00586234
- APL-SECLIT_00586371
- APL-SECLIT_00586664
- APL-SECLIT_00586766
- APL-SECLIT_00587555
- APL-SECLIT_00587919
- APL-SECLIT_00588254
- APL-SECLIT_00588374
- APL-SECLIT_00588561
- APL-SECLIT_00588760
- APL-SECLIT_00598980
- APL-SECLIT_00599001
- APL-SECLIT_00599341
- APL-SECLIT_00599345
- APL-SECLIT_00600870
- APL-SECLIT_00601685
- APL-SECLIT_00601690
- APL-SECLIT_00602834
- APL-SECLIT_00602867
- APL-SECLIT_00602872
- APL-SECLIT_00609348
- APL-SECLIT_00609356
- APL-SECLIT_00609358
- APL-SECLIT_00610264
- APL-SECLIT_00610431
- APL-SECLIT_00610432
- APL-SECLIT_00610497
- APL-SECLIT_00610500
- APL-SECLIT_00610504
- APL-SECLIT_00610596
- APL-SECLIT_00610598
- APL-SECLIT_00610599

**Exhibit-1**

**Documents and Other Information Considered**
**In Addition to Those Cited in the Feinstein Report and the Feinstein Reply Report**

- APL-SECLIT_00610622
- APL-SECLIT_00610794
- APL-SECLIT_00610800
- APL-SECLIT_00610801
- APL-SECLIT_00610844
- APL-SECLIT_00610845
- APL-SECLIT_00610852
- APL-SECLIT_00610853
- APL-SECLIT_00610934
- APL-SECLIT_00610980
- APL-SECLIT_00611305
- APL-SECLIT_00616529
- APL-SECLIT_00616723
- APL-SECLIT_00623738
- APL-SECLIT_00625142
- APL-SECLIT_00628102
- APL-SECLIT_00628109
- APL-SECLIT_00628117
- APL-SECLIT_00628660
- APL-SECLIT_00628662
- APL-SECLIT_00629908
- APL-SECLIT_00630454
- APL-SECLIT_00630457
- APL-SECLIT_00630460
- APL-SECLIT_00630462
- APL-SECLIT_00630511
- APL-SECLIT_00630578
- APL-SECLIT_00630934
- APL-SECLIT_00630978
- APL-SECLIT_00631005
- APL-SECLIT_00631008
- APL-SECLIT_00631343
- APL-SECLIT_00631355
- APL-SECLIT_00642332
- APL-SECLIT_00642346
- APL-SECLIT_00642454
- APL-SECLIT_00642456
- APL-SECLIT_00643528

**Exhibit-1**

**Documents and Other Information Considered**
**In Addition to Those Cited in the Feinstein Report and the Feinstein Reply Report**

- APL-SECLIT_00643532
- APL-SECLIT_00643543
- APL-SECLIT_00643544
- APL-SECLIT_00643545
- APL-SECLIT_00643562
- APL-SECLIT_00643583
- APL-SECLIT_00643586
- APL-SECLIT_00643587
- APL-SECLIT_00643589
- APL-SECLIT_00643905
- APL-SECLIT_00118071
- APL-SECLIT_00387814
- APL-SECLIT_00347147
- APL-SECLIT_00631297
- APL-SECLIT_00499582
- APL-SECLIT_00527633
- APL-SECLIT_00536443
- APL-SECLIT_00536485
- APL-SECLIT_00093550
- APL-SECLIT_00565784
- APL-SECLIT_00566305
- APL-SECLIT_00163618
- APL-SECLIT_00588561
- APL-SECLIT_00610264
- APL-SECLIT_00184844
- APL-SECLIT_00199608
- APL-SECLIT_00643543
- APL-SECLIT_00643589
- APL-SECLIT_00643905

## ACADEMIC AND PROFESSIONAL LITERATURE

- Alexander, Jack, *Performance Dashboards and Analysis for Value Creation*, John Wiley & Sons, Inc., 2007.
- Allen, Mark A., Robert E. Hall, and Victoria A. Lazear, "Reference Guide on Estimation of Economic Damages," *Reference Manual on Scientific Evidence*, 3rd Edition, 2011.
- Bodie, Zvi, Alex Kane, and Alan J. Marcus, *Investments*, 10th Edition, McGraw-Hill Irwin, 2014.

**Exhibit-1**

**Documents and Other Information Considered**
**In Addition to Those Cited in the Feinstein Report and the Feinstein Reply Report**

- Brealey, Richard A., Stewart C. Myers, and Franklin Allen, *Principles of Corporate Finance*, 10th Edition, McGraw-Hill Irwin, 2011.
- Brooks, Robert E., and David Maurice Gentle, "Valuation of Contingent Claims," *Fixed Income and Derivatives CFA Program Curriculum*, vol. 4, CFA Institute, 2020.
- Chance, Don M., *An Introduction to Derivatives*, 3rd Edition, The Dryden Press, 1994.
- Easton, Peter D., Mary Lea McAnally, Greg Sommers, and Xiao-Jun Zhang, *Financial Statement Analysis & Valuation*, 4th Edition, Cambridge Business Publishers, 2015.
- Ferris, Kenneth R., and Barbara S. Pecherot Petitt, *Valuation: Avoiding the Winner's Curse*, Prentice Hall, 2002.
- Higgins, Robert C., *Analysis for Financial Management*, 9th Edition, McGraw-Hill Irwin, 2009.
- Hull, John C., *Options, Futures, and Other Derivatives*, 9th Edition, Prentice Hall, 2015.
- Kolb, Robert W., *Futures, Options, & Swaps*, 3rd Edition, Blackwell Publishers, 1999.
- MacKinlay, Craig A., "Event Studies in Economics and Finance," *Journal of Economic Literature*, vol. 25, 1997.
- Moyer, Stephen G., *Distressed Debt Analysis, Strategies for Speculative Investors*, J. Ross Publishing, 2005.
- Pinto, Jared E., Elaine Henry, Thomas R. Robinson, and John D. Stowe, "Market-Based Valuation: Price and Enterprise Value Multiples," *Equity Valuation CFA Program Curriculum*, vol. 4, CFA Institute, 2020.
- Pratt, Shannon P., *The Market Approach to Valuing Businesses*, 2nd Edition, John Wiley & Sons, 2005.
- Ross, Stephen A., Randolph W. Westerfield, and Jeffrey Jaffe, *Corporate Finance*, 8th Edition, McGraw-Hill Irwin, 2008.

**DATA AND DATABASES**

- Bloomberg
- CRSP (Center for Research in Security Prices)
- EDGAR
- Factiva
- FRED
- iVolatility
- S&P
- Refinitiv Eikon

**Exhibit-1**

**Documents and Other Information Considered
In Addition to Those Cited in the Feinstein Report and the Feinstein Reply Report**

**LEGAL CASES**

- *Dura Pharmaceuticals, Inc. v. Broudo*, 544 U.S. 336 (2005).

**OTHER**

- Any other documents cited in the report.

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

Babson College
Finance Division
Babson Park, MA  02457
781-239-5275
Feinstein@Babson.edu

## EDUCATION

1989   YALE UNIVERSITY
Ph.D. in Economics (Concentration in Finance)

1986   YALE UNIVERSITY
M.Phil. in Economics

1983   YALE UNIVERSITY
M.A. in Economics

1981   POMONA COLLEGE
B.A. in Economics (Phi Beta Kappa, *cum laude*)

## TEACHING EXPERIENCE

1996 - present        BABSON COLLEGE
Babson Park, MA
Full-time Faculty, Finance Division
Associate Professor (2000-present)
Donald P. Babson Chair in Applied Investments (2002-2010)
Faculty Director of the Babson College Fund (2002-2009)
Director of the Stephen D. Cutler Investment Management Center
(2002-2007)
Assistant Professor (1996-2000)

1990 - 1995          BOSTON UNIVERSITY SCHOOL OF MANAGEMENT
Boston, MA
Full-time Faculty, Department of Finance

1993 - 1994          WASHINGTON UNIVERSITY, OLIN SCHOOL OF BUSINESS
St. Louis, MO
Visiting Assistant Professor, Department of Finance

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

## BUSINESS EXPERIENCE

2008 - present      CROWNINSHIELD FINANCIAL RESEARCH, INC.
                         Brookline, MA
                         President and Senior Expert

1996 - 2008         THE MICHEL-SHAKED GROUP
                         Boston, MA
                         Senior Expert (2001 - 2008)
                         Affiliated Expert (1996 - 2001)

1987 - 1990         FEDERAL RESERVE BANK OF ATLANTA
                         Economist

## PROFESSIONAL DESIGNATIONS

1998   Awarded the Chartered Financial Analyst designation by the Association for Investment Management and Research.

## RESEARCH AWARDS

1999   Greater Boston Real Estate Board/Real Estate Finance Association – Research Grant and Featured Speaker at Real Estate Finance Association Meetings.

## PAPERS AND PUBLICATIONS

"Securities Litigation Event Studies in the Covid Volatility Regime," (with Miguel Villanueva) forthcoming in *Journal of Forensic Economics*.

"Stock Price Reactivity to Earnings Announcements: The Role of the Cammer/ Krogman Factors," (with Miguel Villanueva) *Review of Quantitative Finance and Accounting*, 2021, Vol. 57, 203-234.

"What A Solar Eclipse Has To Do With Market Efficiency," (with Daniel Bettencourt) *Law360.com*, 2017.

"Underestimation of Securities Fraud Aggregate Damages Due to Inter-Fund Trades," (with Gang Hu, Mark Marcus, and Zann Ali) *Journal of Forensic Economics*, September 2013, Vol. 24, No. 2, 161-173.

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"Lehman Equity Research Tipping: Evidence in the Stock Price Data," Working paper, March 2010. Cited in *New York Times* May 19, 2012, and made available on the *New York Times* website.

"Distortion in Corporate Valuation: Implications of Capital Structure Changes," (with Allen Michel and Jacob Oded) *Managerial Finance*, 2011, Vol. 37(8), 681-696.

"Market Signals of Investment Unsuitability," (with Alexander Liss and Steven Achatz) Law360.com, June 3, 2010. Available from http://www.law360.com/articles/170690.

"Planning Capital Expenditure," in *The Portable MBA in Financing and Accounting*, J. L. Livingstone and T. Grossman, editors, New York: Wiley, 3rd edition 2001, and 4th edition 2009.

"Financial Management of Risks," in *The Portable MBA in Financing and Accounting*, J. L. Livingstone and T. Grossman, editors, New York: Wiley, 2nd edition 1997, 3rd edition 2001, and 4th edition 2009.

"Fraud-on-the-Market Theory: Is a Market Efficient?" (with Allen Michel and Israel Shaked) *American Bankruptcy Institute Journal*, May 2005.

"Valuation of Credit Guarantees," (with Allen J. Michel and Israel Shaked) *Journal of Forensic Economics* 17(1), pp. 17-37, 2005.

"A Better Understanding of why NPV Undervalues Managerial Flexibility," (with Diane Lander) in *The Engineering Economist*, 2002, Volume 47, Number 4.

"Teaching the Strong-Form Efficient Market Hypothesis: A Classroom Experiment," *Journal of Financial Education*, fall 2000.

*A Future for Real Estate Futures: Potential Applications of Derivatives in Real Estate Investment and Finance* (with Linda Stoller). Monograph. Boston: Real Estate Finance Association / Greater Boston Real Estate Board, May 2000.

"The Risk Budget: Using Your Human Resources," (with John Marthinsen and John Edmunds) *Risk Management*, April 2000.

"Scenario Learning: A Powerful Tool for the 21st Century Planner," (with Jeffrey Ellis and Dennis Stearns) *The Journal of Financial Planning*, April 2000.

"Protecting Future Product Liability Claimants in the Case of Bankruptcy," (with Allen Michel and Israel Shaked) *American Bankruptcy Institute Journal*, January 2000.

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"Measuring Risk with the Bodie Put When Stocks Exhibit Mean Reversion," *The Journal of Risk*, Vol. 1, No. 3, 1999.

"Just-in-Time Mathematics: Integrating the Teaching of Finance Theory and Mathematics," (with Gordon Prichett) *Primus*, Vol. IX, No. 2, June 1999.

*Atlanta Park Medical Center v. Hamlin Asset Management.* (with Natalie Taylor). Babson Case Collection, Harvard Business School Press, 1998.
"Dealing with Delta," *Derivatives Week*, VII, No. 44, November 2, 1998.

"Expected Return in Option Pricing: A Non-Mathematical Explanation," *Derivatives Week*, VII, No. 35, August 31, 1998.

"When Hedges Fail: The Put Paradox and its Solution," *Derivatives Quarterly*, Vol. 4, No. 2, Winter 1997.

*Finance and Accounting for Project Management.* New York: American Management Association, 1996.

"International Investing," in *Irwin's Directory of Emerging Market Brokerages*. New York: Irwin, 1996.

"The Hull and White Implied Volatility," Boston University Working Paper #92-51, 1992.

"Immunizing Against Interest Rate Risk Using the Macaulay Duration Statistic: An Assessment," (with Don Smith) in *Financial Systems and Risk Management*, the proceedings of the US-Japan Forum on Financial Strategy in the 1990s, sponsored by Osaka Foundation of International Exchange and Boston University, August 1991.

"Covered Call Options: A Proposal to Ease LDC Debt," (with Peter Abken) *Federal Reserve Bank of Atlanta Economic Review*, March/April 1990. Reprinted in *Financial Derivatives: New Instruments and Their Uses*. Atlanta: Federal Reserve Bank.

"Forecasting Stock-Market Volatility Using Options on Index Futures," *Federal Reserve Bank of Atlanta Economic Review*, May/June 1989. Reprinted in *Financial Derivatives: New Instruments and Their Uses*. Atlanta: Federal Reserve Bank.

"The Black-Scholes Formula is Nearly Linear in Sigma for At-the-Money Options; Therefore Implied Volatilities from At-the-Money Options are Virtually Unbiased," Federal Reserve Bank of Atlanta Working Paper #88-9, December 1988.

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"The Effect of the 'Triple Witching Hour' on Stock Market Volatility," (with William Goetzmann) *Federal Reserve Bank of Atlanta Economic Review*, September/October 1988. Reprinted in *Financial Derivatives: New Instruments and Their Uses*. Atlanta: Federal Reserve Bank.

"Stock Market Volatility," *Federal Reserve Bank of Atlanta Economic Review*, November/December 1987.

Book review of *In Who's Interest: International Banking and American Foreign Policy*, by Benjamin J. Cohen, Yale University Press, in *Federal Reserve Bank of Atlanta Economic Review*, Summer 1987.

## PRESENTATIONS

"SPAC Public Warrant Valuation Using Iterative Monte Carlo Simulation," (with Ayussh Ahujua, Achraf Krafssi, and Dukalion Tsapalas) at the Financial Management Association Annual Meeting, October 2021.

"Stock Price Reactivity to Earnings Announcements: A Cross-Sectional Analysis of the *Cammer/Krogman* Factors," (with Miguel Villanueva) at the Boston Area Finance Symposium, April 2018.

"Stock Price Reactivity to Earnings Announcements: A Cross-Sectional Analysis of the *Cammer/Krogman* Factors," (with Miguel Villanueva) at the Eastern Finance Association Conference, April 2018.

"Determining the Defendant's Ability to Pay," at Taxpayers Against Fraud Education Fund Conference, October 2010.

"The Computation of Damages in Securities Fraud Cases," at the Grant and Eisenhofer Institutional Investor Conference, December 2002.

"The Role of the Financial Expert in Complex Litigation," at the Financial Management Association Conference, October 2000.

"Entrepreneurial Incentives and Resource Allocation Among Corporate Venturing Initiatives," (with Joel Shulman and U. Srinivasa Rangan), Babson Entrepreneurship Research Conference, May 2000.

"Application of Real Options in Purchasing Strategies," (with Juan Orozco), presented at the International Applied Business Research Conference, March 2000.

"A Future for Real Estate Futures," (with Linda Stoller) at the Fairfield County chapter of

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

the Real Estate Finance Association, November 1999, and at the Greater Boston Real Estate Board, November 2000.

"Atlanta Park Medical Center v. Hamlin Asset Management," (with Natalie Taylor) at the 1999 convention of the North American Case Research Association.

"Using Future Worlds™ in the Financial Planning Process," (with Jeffrey Ellis) at the Institute of Certified Financial Planners Masters Retreat, October 1999.

"Toward a Better Understanding of Real Options: A Weighted Average Discount Rate Approach," at the 1999 Financial Management Association Conference, the 1999 European Financial Management Association Conference, and the 1999 Multinational Finance Society Conference.

"Just-In-Time Mathematics: Integrating the Teaching of Finance Theory and Mathematics," (with Gordon Prichett) at the 1999 Financial Management Association Conference.

"Alternative Dow Investments for the Individual Investor: Diamonds, Synthetics, and the Real Thing," at the 1999 Academy of Financial Services Convention.
"Evidence of Yield Burning in Municipal Refundings," at Financial Management Association Convention, October 1997; Government Finance Officers Association, 1997; and Northeast Regional Convention of the National Association of State Treasurers, 1997.

"Teaching the Strong-Form Efficient Market Hypothesis," at Conference on Classroom Experiments in the Teaching of Economics at University of Virginia, September 1995.

"Efficient Consolidation of Implied Standard Deviations," (with Shaikh Hamid) at Midwest Finance Association, March 1995.

"A Test of Intertemporal Averaging of Implied Volatilities," (with Shaikh Hamid) at Eastern Finance Association, April 1995.

"Taking Advantage of Volatility:  Non-linear Forecasting and Options Strategies," (with Hassan Ahmed) at Chicago Board of Trade / Chicago Board Options Exchange Conference on Risk Management, February 1992.

"Immunizing Against Interest Rate Risk Using the Macaulay Duration Statistic: An Assessment," (with Don Smith) at Japan-U.S. Conference on Financial Strategies in the 1990s, Osaka, Japan, August 1991.

"The Hull and White Implied Volatility," at American Finance Association Convention, December 1990.

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

## REVIEWED ARTICLES AND BOOKS FOR:

Harvard Business School Publishing
Elsevier
Journal of Economic Education
Journal of Forensic Economics
Journal of Risk
Financial Review
North American Case Research Association
Financial Management
Journal of Business
Journal of Money, Credit and Banking
Quarterly Review of Economics and Finance
Blackwell
Prentice Hall
Southwestern Publishing

## COURSES TAUGHT

Advanced Derivative Securities (MBA)
Babson College Fund (Undergraduate and MBA)
Capital Markets (MBA)
Continuous-Time Finance (Doctoral)
Corporate Finance (MBA and Executive)
Corporate Financial Strategy (MBA)
Cross-Functional Management (Integrated curriculum, Undergraduate) Equity Markets (MBA)
Derivatives: Theory and Practice (MBA)
Financial Reporting and Corporate Finance (MBA)
Financial Management (MBA)
Fixed Income Analysis (Undergraduate and MBA)
Introduction to Derivative Securities (Executive)
International Finance (Executive)
Integrated Management (Undergraduate)
Investments (MBA and Executive)
Mod B: Decision Making and Applications, Finance stream (MBA)
Options and Futures (Undergraduate)
Risk Management (MBA)
Portfolio Theory / Management Information Systems (Executive)
Quantitative Methods for Investment Management (Undergraduate and MBA)
Security Valuation (Undergraduate and MBA)

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

## TEACHING AWARDS

Reid Teaching Award, Washington University, Olin School of Business, 1993-94.

## SELECT LIST OF MEDIA CITATIONS

"Is Insider Trading Part of the Fabric?" by Gretchen Morgenson, *The New York Times*, May 19, 2012.

"Bankers Rigging Municipal Contract Bids Admit to Cover-Up Lies," by William Selway and Martin Z. Braun, *Bloomberg Markets Magazine*, November 24, 2010.

"Hospital Move Presents Buy-Out Groups with New Risks," by Francesco Guerra, Christopher Bowe, and Rebecca Knight, *Financial Times*, July 15, 2006.

"Funds of Knowledge Add Value," by Rebecca Knight, *Financial Times*, March 12, 2006.

"City's Financial Picture Worse Than Ever, Sanders Says," by Matthew T. Hall, *San Diego Union-Tribune*, January 7, 2006.

"Downer: Stock Market Takes Another Dive," by John Chesto, *Boston Herald*, July 23, 2002.

"Banks, Developers, Are Main Beneficiaries," [editorial column] by Steven Feinstein, *The Boston Globe*, March 31, 2002, p. C4.

"Washington Investing: What Michael Saylor is Really Worth," by Jerry Knight, *The Washington Post*, March 6, 2000.

"IBM Retools Pensions," by Stephanie Armour, *USA Today*, May 4, 1999.

"L.A. MTA's Law Firm Says Lissack Strategy Will be a Replay," by Andrea Figler, *Bond Buyer,* September 30, 1998.

"Fed Key Player in Rescue of Floundering Hedge Fund," by Andrew Fraser, Associated Press, September 25, 1998.

"Top Banks Plan Bailout for Fund," by Andrew Fraser, Associated Press, September 24, 1998.

"Clarion Call to the Small Investor," by Jo-Ann Johnston, *The Boston Globe*, March 4, 1998.

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"L.A. Authority Study Shows Rampant Yield Burning Abuse," by Michael Stanton, *The Bond Buyer*, April 22, 1997.

"Dispute Over Yield Burning Dominates GFOA Session," by Michael Stanton, *The Bond Buyer*, January 29, 1997.

"Men Behaving Badly (Yield Burning)," *Grants Municipal Bond Observer*, January 24, 1997.

"Municipal Bond Dealers Face Scrutiny," by Peter Truell, *The New York Times*, December 17, 1996.

"Iowa Market Takes Stock of Presidential Candidates," by Stanley W. Angrist, *The Wall Street Journal*, August 28, 1995.

"Looking for Clues in Options Prices," by Sylvia Nasar, *The New York Times*, July 18, 1991.

"For Fed, A New Set of Tea Leaves," by Sylvia Nasar, *The New York Times*, July 5, 1991.


**MEMBERSHIP IN PROFESSIONAL SOCIETIES**

American Finance Association
CFA Society Boston
Chartered Financial Analyst Institute
Financial Management Association
Foundation for Advancement of Research in Financial Economics (founding member)
National Association of Forensic Economics
North American Case Research Association

**Exhibit-3**

**Steven P. Feinstein, Ph.D., CFA**
**Testimony Provided Since the Feinstein Reply Report**

In Re McKesson Corporation Securities Litigation
Master File No. 3:18-cv-06525-CRB
United States District Court
Northern District of California
Deposition Testimony
August 2021

In Re Perrigo Company PLC Securities Litigation
Master File No. 2:18-cv-02074
United States District Court
District of New Jersey
Deposition Testimony
October 2021

In Re Wells Fargo & Company Securities Litigation
Master File No. 3:18-cv-03948-JD
United States District Court
Northern District of California
Deposition Testimony
November 2021

In Re Microchip Technology, Inc. Securities Litigation
Case No. 2:18-cv-02914-JJT
United States District Court
District of Arizona
Deposition Testimony
January 2022

In Re Super Micro Computer, Inc. Securities Litigation
Master File No. 4:18-cv-00838-JST
United States District Court
Northern District of California
Deposition Testimony
January 2022

**Exhibit-4**

**Apple Common Stock Prices, Dividends, Volume, and Returns**

29 December 2017 through 3 January 2019

| Date | AAPL Closing Price | AAPL Dividend | AAPL Closing Bid | AAPL Closing Ask | AAPL Trading Volume | AAPL Logarithmic Return |
|------|-----|------|------|------|------|------|
| 12/29/2017 | $169.23 | - | $169.29 | $169.30 | 26,000,672 | |
| 1/2/2018 | $172.26 | - | $172.25 | $172.26 | 25,555,934 | 1.77% |
| 1/3/2018 | $172.23 | - | $172.18 | $172.19 | 29,517,900 | -0.02% |
| 1/4/2018 | $173.03 | - | $173.02 | $173.03 | 22,434,597 | 0.46% |
| 1/5/2018 | $175.00 | - | $174.96 | $174.97 | 23,660,018 | 1.13% |
| 1/8/2018 | $174.35 | - | $174.32 | $174.34 | 20,567,766 | -0.37% |
| 1/9/2018 | $174.33 | - | $174.32 | $174.33 | 21,584,957 | -0.01% |
| 1/10/2018 | $174.29 | - | $174.24 | $174.25 | 23,970,095 | -0.02% |
| 1/11/2018 | $175.28 | - | $175.26 | $175.28 | 18,667,729 | 0.57% |
| 1/12/2018 | $177.09 | - | $176.90 | $176.95 | 25,415,580 | 1.03% |
| 1/16/2018 | $176.19 | - | $176.19 | $176.20 | 29,599,936 | -0.51% |
| 1/17/2018 | $179.10 | - | $179.09 | $179.10 | 34,387,136 | 1.64% |
| 1/18/2018 | $179.26 | - | $179.26 | $179.27 | 31,193,352 | 0.09% |
| 1/19/2018 | $178.46 | - | $178.45 | $178.46 | 32,429,767 | -0.45% |
| 1/22/2018 | $177.00 | - | $177.00 | $177.01 | 27,109,541 | -0.82% |
| 1/23/2018 | $177.04 | - | $176.96 | $176.98 | 32,689,142 | 0.02% |
| 1/24/2018 | $174.22 | - | $174.21 | $174.22 | 51,114,372 | -1.61% |
| 1/25/2018 | $171.11 | - | $171.10 | $171.11 | 41,528,087 | -1.80% |
| 1/26/2018 | $171.51 | - | $171.39 | $171.40 | 39,142,861 | 0.23% |
| 1/29/2018 | $167.96 | - | $167.95 | $167.96 | 50,649,512 | -2.09% |
| 1/30/2018 | $166.97 | - | $166.96 | $166.97 | 46,054,075 | -0.59% |
| 1/31/2018 | $167.43 | - | $167.45 | $167.47 | 32,480,017 | 0.28% |
| 2/1/2018 | $167.78 | - | $167.70 | $167.79 | 47,231,571 | 0.21% |
| 2/2/2018 | $160.50 | - | $160.41 | $160.43 | 86,594,027 | -4.44% |
| 2/5/2018 | $156.49 | - | $156.47 | $156.53 | 72,762,180 | -2.53% |
| 2/6/2018 | $163.03 | - | $163.06 | $163.09 | 68,243,731 | 4.09% |
| 2/7/2018 | $159.54 | - | $159.52 | $159.53 | 52,358,204 | -2.16% |
| 2/8/2018 | $155.15 | - | $155.16 | $155.17 | 56,390,381 | -2.79% |
| 2/9/2018 | $156.41 | $0.63 | $156.11 | $156.22 | 71,499,574 | 1.21% |
| 2/12/2018 | $162.71 | - | $162.75 | $162.76 | 61,819,638 | 3.95% |
| 2/13/2018 | $164.34 | - | $164.34 | $164.35 | 32,567,631 | 1.00% |
| 2/14/2018 | $167.37 | - | $167.36 | $167.37 | 40,644,933 | 1.83% |
| 2/15/2018 | $172.99 | - | $172.99 | $173.00 | 51,206,372 | 3.30% |
| 2/16/2018 | $172.43 | - | $172.44 | $172.45 | 40,176,067 | -0.32% |
| 2/20/2018 | $171.85 | - | $171.83 | $171.85 | 33,932,378 | -0.34% |
| 2/21/2018 | $171.07 | - | $171.01 | $171.08 | 37,472,728 | -0.45% |
| 2/22/2018 | $172.50 | - | $172.59 | $172.60 | 31,010,840 | 0.83% |
| 2/23/2018 | $175.50 | - | $175.55 | $175.56 | 33,812,360 | 1.72% |
| 2/26/2018 | $178.97 | - | $178.97 | $178.98 | 38,172,285 | 1.96% |
| 2/27/2018 | $178.39 | - | $178.36 | $178.37 | 38,935,123 | -0.32% |
| 2/28/2018 | $178.12 | - | $178.12 | $178.13 | 37,782,135 | -0.15% |
| 3/1/2018 | $175.00 | - | $174.90 | $174.95 | 48,802,761 | -1.77% |
| 3/2/2018 | $176.21 | - | $176.20 | $176.22 | 38,453,839 | 0.69% |
| 3/5/2018 | $176.82 | - | $176.83 | $176.84 | 28,406,363 | 0.35% |
| 3/6/2018 | $176.67 | - | $176.66 | $176.68 | 23,795,179 | -0.08% |
| 3/7/2018 | $175.03 | - | $175.01 | $175.02 | 31,703,462 | -0.93% |
| 3/8/2018 | $176.94 | - | $176.91 | $176.95 | 23,776,107 | 1.09% |
| 3/9/2018 | $179.98 | - | $179.96 | $179.98 | 32,185,714 | 1.70% |

**Exhibit-4**

**Apple Common Stock Prices, Dividends, Volume, and Returns**

29 December 2017 through 3 January 2019

| Date | AAPL Closing Price | AAPL Dividend | AAPL Closing Bid | AAPL Closing Ask | AAPL Trading Volume | AAPL Logarithmic Return |
|------|------|------|------|------|------|------|
| 3/12/2018 | $181.72 | - | $181.72 | $181.73 | 32,207,081 | 0.96% |
| 3/13/2018 | $179.97 | - | $179.93 | $179.97 | 31,692,529 | -0.97% |
| 3/14/2018 | $178.44 | - | $178.44 | $178.49 | 29,359,877 | -0.85% |
| 3/15/2018 | $178.65 | - | $178.64 | $178.71 | 22,743,958 | 0.12% |
| 3/16/2018 | $178.02 | - | $177.89 | $177.92 | 39,403,996 | -0.35% |
| 3/19/2018 | $175.30 | - | $175.31 | $175.32 | 33,449,671 | -1.54% |
| 3/20/2018 | $175.24 | - | $175.24 | $175.25 | 19,650,550 | -0.03% |
| 3/21/2018 | $171.27 | - | $171.27 | $171.28 | 37,054,949 | -2.29% |
| 3/22/2018 | $168.85 | - | $168.76 | $168.88 | 41,489,579 | -1.42% |
| 3/23/2018 | $164.94 | - | $164.96 | $164.97 | 41,025,084 | -2.34% |
| 3/26/2018 | $172.77 | - | $172.76 | $172.80 | 37,541,166 | 4.64% |
| 3/27/2018 | $168.34 | - | $168.33 | $168.35 | 40,916,589 | -2.60% |
| 3/28/2018 | $166.48 | - | $166.48 | $166.56 | 43,728,354 | -1.11% |
| 3/29/2018 | $167.78 | - | $167.91 | $167.90 | 38,249,455 | 0.78% |
| 4/2/2018 | $166.68 | - | $166.63 | $166.68 | 37,615,961 | -0.66% |
| 4/3/2018 | $168.39 | - | $168.39 | $168.42 | 30,277,946 | 1.02% |
| 4/4/2018 | $171.61 | - | $171.58 | $171.61 | 34,597,715 | 1.89% |
| 4/5/2018 | $172.80 | - | $172.78 | $172.79 | 26,929,947 | 0.69% |
| 4/6/2018 | $168.38 | - | $168.35 | $168.36 | 35,003,572 | -2.59% |
| 4/9/2018 | $170.05 | - | $170.04 | $170.06 | 29,014,717 | 0.99% |
| 4/10/2018 | $173.25 | - | $173.25 | $173.29 | 28,611,623 | 1.86% |
| 4/11/2018 | $172.44 | - | $172.44 | $172.45 | 22,429,342 | -0.47% |
| 4/12/2018 | $174.14 | - | $174.15 | $174.16 | 22,888,185 | 0.98% |
| 4/13/2018 | $174.73 | - | $174.72 | $174.73 | 25,123,155 | 0.34% |
| 4/16/2018 | $175.82 | - | $175.81 | $175.82 | 21,577,221 | 0.62% |
| 4/17/2018 | $178.24 | - | $178.24 | $178.25 | 26,601,346 | 1.37% |
| 4/18/2018 | $177.84 | - | $177.84 | $177.85 | 20,744,500 | -0.22% |
| 4/19/2018 | $172.80 | - | $172.79 | $172.80 | 34,813,413 | -2.87% |
| 4/20/2018 | $165.72 | - | $165.71 | $165.72 | 65,469,524 | -4.18% |
| 4/23/2018 | $165.24 | - | $165.22 | $165.25 | 36,519,781 | -0.29% |
| 4/24/2018 | $162.94 | - | $162.89 | $162.95 | 33,673,170 | -1.40% |
| 4/25/2018 | $163.65 | - | $163.80 | $163.82 | 28,371,967 | 0.43% |
| 4/26/2018 | $164.22 | - | $164.22 | $164.23 | 27,953,349 | 0.35% |
| 4/27/2018 | $162.32 | - | $162.32 | $162.33 | 35,629,102 | -1.16% |
| 4/30/2018 | $165.26 | - | $165.26 | $165.27 | 42,410,864 | 1.80% |
| 5/1/2018 | $169.10 | - | $169.00 | $169.01 | 53,548,117 | 2.30% |
| 5/2/2018 | $176.57 | - | $176.62 | $176.63 | 66,541,423 | 4.32% |
| 5/3/2018 | $176.89 | - | $176.91 | $176.93 | 34,064,280 | 0.18% |
| 5/4/2018 | $183.83 | - | $183.83 | $183.85 | 56,354,772 | 3.85% |
| 5/7/2018 | $185.16 | - | $185.10 | $185.13 | 42,445,840 | 0.72% |
| 5/8/2018 | $186.05 | - | $186.04 | $186.05 | 28,400,477 | 0.48% |
| 5/9/2018 | $187.36 | - | $187.35 | $187.36 | 23,203,941 | 0.70% |
| 5/10/2018 | $190.04 | - | $190.03 | $190.04 | 27,979,989 | 1.42% |
| 5/11/2018 | $188.59 | $0.73 | $188.58 | $188.59 | 26,309,043 | -0.38% |
| 5/14/2018 | $188.15 | - | $188.17 | $188.18 | 20,773,210 | -0.23% |
| 5/15/2018 | $186.44 | - | $186.44 | $186.45 | 23,693,162 | -0.91% |
| 5/16/2018 | $188.18 | - | $188.18 | $188.19 | 19,174,964 | 0.93% |
| 5/17/2018 | $186.99 | - | $186.99 | $187.00 | 17,359,080 | -0.63% |
| 5/18/2018 | $186.31 | - | $186.29 | $186.30 | 18,293,237 | -0.36% |

**Exhibit-4**

**Apple Common Stock Prices, Dividends, Volume, and Returns**

29 December 2017 through 3 January 2019

| Date | AAPL Closing Price | AAPL Dividend | AAPL Closing Bid | AAPL Closing Ask | AAPL Trading Volume | AAPL Logarithmic Return |
|------|-------------------|---------------|------------------|------------------|---------------------|-------------------------|
| 5/21/2018 | $187.63 | - | $187.61 | $187.62 | 18,398,394 | 0.71% |
| 5/22/2018 | $187.16 | - | $187.28 | $187.29 | 15,235,329 | -0.25% |
| 5/23/2018 | $188.36 | - | $188.45 | $188.46 | 20,053,515 | 0.64% |
| 5/24/2018 | $188.15 | - | $188.20 | $188.21 | 23,224,785 | -0.11% |
| 5/25/2018 | $188.58 | - | $188.53 | $188.58 | 17,456,889 | 0.23% |
| 5/29/2018 | $187.90 | - | $187.82 | $187.86 | 22,512,657 | -0.36% |
| 5/30/2018 | $187.50 | - | $187.49 | $187.51 | 18,688,085 | -0.21% |
| 5/31/2018 | $186.87 | - | $186.88 | $186.89 | 27,468,415 | -0.34% |
| 6/1/2018 | $190.24 | - | $190.22 | $190.23 | 23,437,212 | 1.79% |
| 6/4/2018 | $191.83 | - | $191.80 | $191.81 | 26,261,274 | 0.83% |
| 6/5/2018 | $193.31 | - | $193.31 | $193.32 | 21,558,401 | 0.77% |
| 6/6/2018 | $193.98 | - | $194.03 | $194.05 | 21,127,619 | 0.35% |
| 6/7/2018 | $193.46 | - | $193.47 | $193.48 | 21,345,867 | -0.27% |
| 6/8/2018 | $191.70 | - | $191.48 | $191.48 | 26,651,199 | -0.91% |
| 6/11/2018 | $191.23 | - | $191.23 | $191.26 | 18,306,460 | -0.25% |
| 6/12/2018 | $192.28 | - | $192.25 | $192.29 | 16,881,792 | 0.55% |
| 6/13/2018 | $190.70 | - | $190.70 | $190.71 | 21,626,572 | -0.83% |
| 6/14/2018 | $190.80 | - | $190.80 | $190.81 | 21,604,514 | 0.05% |
| 6/15/2018 | $188.84 | - | $188.91 | $189.01 | 61,962,552 | -1.03% |
| 6/18/2018 | $188.74 | - | $188.72 | $188.76 | 18,481,820 | -0.05% |
| 6/19/2018 | $185.69 | - | $185.77 | $185.79 | 33,566,039 | -1.63% |
| 6/20/2018 | $186.50 | - | $186.50 | $186.52 | 20,623,324 | 0.44% |
| 6/21/2018 | $185.46 | - | $185.47 | $185.48 | 25,652,398 | -0.56% |
| 6/22/2018 | $184.92 | - | $184.89 | $184.93 | 27,185,747 | -0.29% |
| 6/25/2018 | $182.17 | - | $182.16 | $182.18 | 31,651,394 | -1.50% |
| 6/26/2018 | $184.43 | - | $184.43 | $184.44 | 24,530,516 | 1.23% |
| 6/27/2018 | $184.16 | - | $184.14 | $184.17 | 25,214,403 | -0.15% |
| 6/28/2018 | $185.50 | - | $185.50 | $185.51 | 17,346,693 | 0.72% |
| 6/29/2018 | $185.11 | - | $182.91 | $182.92 | 22,597,450 | -0.21% |
| 7/2/2018 | $187.18 | - | $187.15 | $187.20 | 17,612,113 | 1.11% |
| 7/3/2018 | $183.92 | - | $183.64 | $183.65 | 13,909,764 | -1.76% |
| 7/5/2018 | $185.40 | - | $185.38 | $185.39 | 16,592,763 | 0.80% |
| 7/6/2018 | $187.97 | - | $187.98 | $188.02 | 17,474,674 | 1.38% |
| 7/9/2018 | $190.58 | - | $190.61 | $190.62 | 19,740,573 | 1.38% |
| 7/10/2018 | $190.35 | - | $190.34 | $190.35 | 15,875,755 | -0.12% |
| 7/11/2018 | $187.88 | - | $187.92 | $187.94 | 18,819,021 | -1.31% |
| 7/12/2018 | $191.03 | - | $191.03 | $191.04 | 18,031,040 | 1.66% |
| 7/13/2018 | $191.33 | - | $191.31 | $191.33 | 12,487,376 | 0.16% |
| 7/16/2018 | $190.91 | - | $190.89 | $190.92 | 15,030,858 | -0.22% |
| 7/17/2018 | $191.45 | - | $191.47 | $191.48 | 15,501,546 | 0.28% |
| 7/18/2018 | $190.40 | - | $190.39 | $190.40 | 16,369,281 | -0.55% |
| 7/19/2018 | $191.88 | - | $191.96 | $191.99 | 20,261,772 | 0.77% |
| 7/20/2018 | $191.44 | - | $191.66 | $191.67 | 20,363,954 | -0.23% |
| 7/23/2018 | $191.61 | - | $191.59 | $191.61 | 15,978,214 | 0.09% |
| 7/24/2018 | $193.00 | - | $192.98 | $192.99 | 18,566,211 | 0.72% |
| 7/25/2018 | $194.82 | - | $194.81 | $194.83 | 16,658,928 | 0.94% |
| 7/26/2018 | $194.21 | - | $194.24 | $194.25 | 18,896,667 | -0.31% |
| 7/27/2018 | $190.98 | - | $190.93 | $190.98 | 23,956,208 | -1.68% |
| 7/30/2018 | $189.91 | - | $189.93 | $189.95 | 21,026,954 | -0.56% |

**Exhibit-4**

**Apple Common Stock Prices, Dividends, Volume, and Returns**

29 December 2017 through 3 January 2019

| Date | AAPL Closing Price | AAPL Dividend | AAPL Closing Bid | AAPL Closing Ask | AAPL Trading Volume | AAPL Logarithmic Return |
|------|--------------------|----------------|--------------------|------------------|----------------------|--------------------------|
| 7/31/2018 | $190.29 | - | $190.55 | $190.62 | 39,413,440 | 0.20% |
| 8/1/2018 | $201.50 | - | $201.62 | $201.65 | 67,929,016 | 5.72% |
| 8/2/2018 | $207.39 | - | $207.39 | $207.40 | 62,403,382 | 2.88% |
| 8/3/2018 | $207.99 | - | $207.98 | $207.99 | 33,455,474 | 0.29% |
| 8/6/2018 | $209.07 | - | $209.05 | $209.07 | 25,424,187 | 0.52% |
| 8/7/2018 | $207.11 | - | $207.10 | $207.11 | 25,583,772 | -0.94% |
| 8/8/2018 | $207.25 | - | $207.23 | $207.26 | 22,524,820 | 0.07% |
| 8/9/2018 | $208.88 | - | $208.88 | $208.94 | 23,489,476 | 0.78% |
| 8/10/2018 | $207.53 | $0.73 | $207.54 | $207.55 | 24,900,152 | -0.30% |
| 8/13/2018 | $208.87 | - | $208.88 | $208.91 | 25,888,580 | 0.64% |
| 8/14/2018 | $209.75 | - | $209.75 | $209.76 | 20,733,210 | 0.42% |
| 8/15/2018 | $210.24 | - | $210.30 | $210.31 | 28,803,464 | 0.23% |
| 8/16/2018 | $213.32 | - | $213.45 | $213.49 | 28,499,141 | 1.45% |
| 8/17/2018 | $217.58 | - | $217.60 | $217.61 | 35,423,222 | 1.98% |
| 8/20/2018 | $215.46 | - | $215.44 | $215.46 | 30,285,517 | -0.98% |
| 8/21/2018 | $215.04 | - | $215.03 | $215.06 | 26,151,763 | -0.20% |
| 8/22/2018 | $215.05 | - | $215.06 | $215.07 | 19,013,736 | 0.00% |
| 8/23/2018 | $215.49 | - | $215.56 | $215.58 | 18,879,935 | 0.20% |
| 8/24/2018 | $216.16 | - | $216.12 | $216.16 | 18,473,656 | 0.31% |
| 8/27/2018 | $217.94 | - | $217.99 | $218.00 | 20,520,142 | 0.82% |
| 8/28/2018 | $219.70 | - | $219.70 | $219.74 | 22,775,594 | 0.80% |
| 8/29/2018 | $222.98 | - | $222.97 | $223.00 | 27,254,154 | 1.48% |
| 8/30/2018 | $225.03 | - | $225.05 | $225.07 | 48,899,298 | 0.92% |
| 8/31/2018 | $227.63 | - | $227.49 | $227.54 | 43,340,143 | 1.15% |
| 9/4/2018 | $228.36 | - | $228.36 | $228.37 | 27,387,073 | 0.32% |
| 9/5/2018 | $226.87 | - | $226.86 | $226.91 | 33,369,115 | -0.65% |
| 9/6/2018 | $223.10 | - | $223.11 | $223.12 | 34,286,666 | -1.68% |
| 9/7/2018 | $221.30 | - | $221.42 | $221.46 | 37,616,010 | -0.81% |
| 9/10/2018 | $218.33 | - | $218.32 | $218.35 | 39,516,786 | -1.35% |
| 9/11/2018 | $223.85 | - | $223.86 | $223.87 | 35,749,054 | 2.50% |
| 9/12/2018 | $221.07 | - | $221.05 | $221.04 | 49,291,846 | -1.25% |
| 9/13/2018 | $226.41 | - | $226.37 | $226.40 | 41,711,910 | 2.39% |
| 9/14/2018 | $223.84 | - | $223.62 | $223.64 | 32,100,597 | -1.14% |
| 9/17/2018 | $217.88 | - | $217.88 | $217.89 | 37,187,315 | -2.70% |
| 9/18/2018 | $218.24 | - | $218.24 | $218.25 | 31,568,212 | 0.17% |
| 9/19/2018 | $218.37 | - | $218.33 | $218.35 | 27,116,578 | 0.06% |
| 9/20/2018 | $220.03 | - | $220.04 | $220.05 | 26,590,294 | 0.76% |
| 9/21/2018 | $217.66 | - | $217.65 | $217.66 | 96,243,548 | -1.08% |
| 9/24/2018 | $220.79 | - | $220.79 | $220.80 | 27,693,383 | 1.43% |
| 9/25/2018 | $222.19 | - | $222.19 | $222.20 | 24,550,084 | 0.63% |
| 9/26/2018 | $220.42 | - | $220.47 | $220.53 | 23,983,106 | -0.80% |
| 9/27/2018 | $224.95 | - | $225.11 | $225.13 | 30,186,438 | 2.03% |
| 9/28/2018 | $225.74 | - | $225.76 | $225.77 | 22,926,957 | 0.35% |
| 10/1/2018 | $227.26 | - | $227.25 | $227.27 | 23,599,774 | 0.67% |
| 10/2/2018 | $229.28 | - | $229.29 | $229.30 | 25,047,820 | 0.88% |
| 10/3/2018 | $232.07 | - | $232.06 | $232.08 | 28,651,227 | 1.21% |
| 10/4/2018 | $227.99 | - | $227.87 | $227.99 | 32,039,176 | -1.77% |
| 10/5/2018 | $224.29 | - | $224.27 | $224.32 | 33,575,176 | -1.64% |
| 10/8/2018 | $223.77 | - | $223.75 | $223.76 | 29,660,651 | -0.23% |

**Exhibit-4**

**Apple Common Stock Prices, Dividends, Volume, and Returns**

29 December 2017 through 3 January 2019

| Date | AAPL Closing Price | AAPL Dividend | AAPL Closing Bid | AAPL Closing Ask | AAPL Trading Volume | AAPL Logarithmic Return |
|---|---|---|---|---|---|---|
| 10/9/2018 | $226.87 | - | $226.87 | $226.88 | 26,891,929 | 1.38% |
| 10/10/2018 | $216.36 | - | $216.40 | $216.40 | 42,008,196 | -4.74% |
| 10/11/2018 | $214.45 | - | $214.45 | $214.46 | 53,127,001 | -0.89% |
| 10/12/2018 | $222.11 | - | $222.10 | $222.11 | 40,337,354 | 3.51% |
| 10/15/2018 | $217.36 | - | $217.27 | $217.29 | 30,781,606 | -2.16% |
| 10/16/2018 | $222.15 | - | $222.13 | $222.14 | 29,181,563 | 2.18% |
| 10/17/2018 | $221.19 | - | $221.19 | $221.20 | 22,885,302 | -0.43% |
| 10/18/2018 | $216.02 | - | $216.17 | $216.13 | 32,579,515 | -2.37% |
| 10/19/2018 | $219.31 | - | $219.30 | $219.31 | 33,080,889 | 1.51% |
| 10/22/2018 | $220.65 | - | $220.59 | $220.60 | 28,791,082 | 0.61% |
| 10/23/2018 | $222.73 | - | $222.75 | $222.78 | 38,950,162 | 0.94% |
| 10/24/2018 | $215.09 | - | $215.08 | $215.16 | 40,923,563 | -3.49% |
| 10/25/2018 | $219.80 | - | $219.84 | $219.85 | 29,852,618 | 2.17% |
| 10/26/2018 | $216.30 | - | $216.03 | $216.07 | 47,257,879 | -1.61% |
| 10/29/2018 | $212.24 | - | $212.49 | $212.55 | 45,932,425 | -1.89% |
| 10/30/2018 | $213.30 | - | $213.32 | $213.33 | 36,658,742 | 0.50% |
| 10/31/2018 | $218.86 | - | $218.76 | $218.79 | 38,359,479 | 2.57% |
| 11/1/2018 | $222.22 | - | $222.01 | $222.10 | 58,331,798 | 1.52% |
| 11/2/2018 | $207.48 | - | $207.46 | $207.47 | 91,349,313 | -6.86% |
| 11/5/2018 | $201.59 | - | $201.56 | $201.59 | 66,164,146 | -2.88% |
| 11/6/2018 | $203.77 | - | $203.78 | $203.79 | 31,939,211 | 1.08% |
| 11/7/2018 | $209.95 | - | $209.95 | $209.96 | 33,424,757 | 2.99% |
| 11/8/2018 | $208.49 | $0.73 | $208.49 | $208.50 | 25,361,461 | -0.35% |
| 11/9/2018 | $204.47 | - | $204.42 | $204.47 | 34,364,958 | -1.95% |
| 11/12/2018 | $194.17 | - | $194.16 | $194.20 | 51,157,880 | -5.17% |
| 11/13/2018 | $192.23 | - | $192.23 | $192.24 | 46,879,636 | -1.00% |
| 11/14/2018 | $186.80 | - | $186.79 | $186.84 | 60,803,862 | -2.87% |
| 11/15/2018 | $191.41 | - | $191.41 | $191.42 | 46,477,007 | 2.44% |
| 11/16/2018 | $193.53 | - | $193.53 | $193.54 | 36,928,131 | 1.10% |
| 11/19/2018 | $185.86 | - | $185.84 | $185.86 | 41,921,937 | -4.04% |
| 11/20/2018 | $176.98 | - | $176.95 | $176.96 | 67,832,035 | -4.90% |
| 11/21/2018 | $176.78 | - | $176.76 | $176.77 | 31,123,011 | -0.11% |
| 11/23/2018 | $172.29 | - | $172.28 | $172.29 | 23,623,972 | -2.57% |
| 11/26/2018 | $174.62 | - | $174.62 | $174.63 | 44,997,072 | 1.34% |
| 11/27/2018 | $174.24 | - | $174.25 | $174.26 | 41,382,277 | -0.22% |
| 11/28/2018 | $180.94 | - | $180.95 | $180.97 | 46,061,542 | 3.77% |
| 11/29/2018 | $179.55 | - | $179.54 | $179.55 | 41,769,792 | -0.77% |
| 11/30/2018 | $178.58 | - | $178.59 | $178.60 | 39,530,489 | -0.54% |
| 12/3/2018 | $184.82 | - | $184.93 | $184.94 | 40,794,741 | 3.43% |
| 12/4/2018 | $176.69 | - | $176.71 | $176.72 | 41,344,113 | -4.50% |
| 12/6/2018 | $174.72 | - | $174.76 | $174.77 | 43,097,763 | -1.12% |
| 12/7/2018 | $168.49 | - | $168.37 | $168.38 | 42,280,931 | -3.63% |
| 12/10/2018 | $169.60 | - | $169.58 | $169.63 | 62,027,294 | 0.66% |
| 12/11/2018 | $168.63 | - | $168.62 | $168.63 | 47,276,065 | -0.57% |
| 12/12/2018 | $169.10 | - | $169.09 | $169.10 | 35,627,037 | 0.28% |
| 12/13/2018 | $170.95 | - | $170.83 | $170.85 | 31,897,762 | 1.09% |
| 12/14/2018 | $165.48 | - | $165.39 | $165.45 | 40,703,010 | -3.25% |
| 12/17/2018 | $163.94 | - | $164.16 | $164.22 | 44,227,262 | -0.93% |
| 12/18/2018 | $166.07 | - | $165.88 | $165.90 | 33,840,420 | 1.29% |

**Exhibit-4**

**Apple Common Stock Prices, Dividends, Volume, and Returns**

29 December 2017 through 3 January 2019

| Date | AAPL Closing Price | AAPL Dividend | AAPL Closing Bid | AAPL Closing Ask | AAPL Trading Volume | AAPL Logarithmic Return |
|------|-------------------|---------------|------------------|------------------|---------------------|-------------------------|
| 12/19/2018 | $160.89 | - | $160.73 | $160.74 | 49,044,699 | -3.17% |
| 12/20/2018 | $156.83 | - | $156.90 | $156.91 | 64,772,300 | -2.56% |
| 12/21/2018 | $150.73 | - | $150.73 | $150.77 | 95,745,920 | -3.97% |
| 12/24/2018 | $146.83 | - | $146.59 | $146.61 | 37,249,292 | -2.62% |
| 12/26/2018 | $157.17 | - | $157.16 | $157.18 | 58,584,634 | 6.81% |
| 12/27/2018 | $156.15 | - | $156.53 | $156.54 | 53,117,005 | -0.65% |
| 12/28/2018 | $156.23 | - | $156.22 | $156.24 | 42,291,347 | 0.05% |
| 12/31/2018 | $157.74 | - | $157.93 | $157.94 | 35,003,466 | 0.96% |
| 1/2/2019 | $157.92 | - | $157.91 | $157.93 | 37,066,356 | 0.11% |
| 1/3/2019 | $142.19 | - | $142.08 | $142.09 | 91,373,695 | -10.49% |

**Source:** CRSP.

**Exhibit-5**

**U.S. Market Index and Sector Indices**

2 January 2018 through 3 January 2019

| Date | U.S. Market Index Logarithmic Return | US Technology Index Logarithmic Return | Information Technology Index Logarithmic Return |
|------|--------------------------------------|----------------------------------------|-----------------------------------------------|
| 1/2/2018 | 0.85% | 1.56% | 1.34% |
| 1/3/2018 | 0.58% | 1.24% | 1.28% |
| 1/4/2018 | 0.40% | 0.52% | 0.51% |
| 1/5/2018 | 0.58% | 0.96% | 1.18% |
| 1/8/2018 | 0.18% | 0.56% | 0.50% |
| 1/9/2018 | 0.09% | -0.39% | -0.29% |
| 1/10/2018 | -0.15% | -0.38% | -0.36% |
| 1/11/2018 | 0.83% | 0.55% | 0.46% |
| 1/12/2018 | 0.61% | 0.52% | 0.53% |
| 1/16/2018 | -0.44% | -0.50% | -0.40% |
| 1/17/2018 | 0.85% | 1.53% | 1.56% |
| 1/18/2018 | -0.20% | 0.15% | 0.19% |
| 1/19/2018 | 0.54% | 0.24% | 0.26% |
| 1/22/2018 | 0.76% | 1.16% | 1.16% |
| 1/23/2018 | 0.26% | 0.86% | 0.75% |
| 1/24/2018 | -0.09% | -0.88% | -0.79% |
| 1/25/2018 | 0.01% | -0.09% | 0.03% |
| 1/26/2018 | 0.99% | 2.00% | 1.87% |
| 1/29/2018 | -0.69% | -0.64% | -0.67% |
| 1/30/2018 | -1.02% | -1.16% | -1.08% |
| 1/31/2018 | 0.02% | 0.66% | 0.81% |
| 2/1/2018 | -0.03% | 0.04% | -0.07% |
| 2/2/2018 | -2.11% | -2.71% | -2.77% |
| 2/5/2018 | -3.88% | -4.40% | -4.37% |
| 2/6/2018 | 1.52% | 2.57% | 2.59% |
| 2/7/2018 | -0.42% | -1.34% | -1.25% |
| 2/8/2018 | -3.53% | -4.36% | -4.54% |
| 2/9/2018 | 1.22% | 2.67% | 2.78% |
| 2/12/2018 | 1.31% | 1.41% | 1.41% |
| 2/13/2018 | 0.29% | 0.20% | 0.14% |
| 2/14/2018 | 1.43% | 2.11% | 2.02% |
| 2/15/2018 | 1.11% | 1.72% | 1.64% |
| 2/16/2018 | 0.04% | -0.32% | -0.17% |
| 2/20/2018 | -0.63% | 0.48% | 0.35% |
| 2/21/2018 | -0.44% | -0.53% | -0.62% |
| 2/22/2018 | 0.02% | -0.11% | -0.04% |
| 2/23/2018 | 1.46% | 2.18% | 2.22% |
| 2/26/2018 | 1.00% | 1.52% | 1.50% |
| 2/27/2018 | -1.26% | -1.02% | -1.05% |
| 2/28/2018 | -1.11% | -0.77% | -0.80% |
| 3/1/2018 | -1.09% | -1.54% | -1.70% |
| 3/2/2018 | 0.59% | 1.20% | 1.02% |
| 3/5/2018 | 1.01% | 1.10% | 1.04% |
| 3/6/2018 | 0.41% | 0.56% | 0.30% |
| 3/7/2018 | 0.04% | 0.89% | 0.81% |
| 3/8/2018 | 0.36% | 0.26% | 0.35% |
| 3/9/2018 | 1.56% | 2.02% | 2.07% |

114

**Exhibit-5**

**U.S. Market Index and Sector Indices**

2 January 2018 through 3 January 2019

| Date | U.S. Market Index Logarithmic Return | US Technology Index Logarithmic Return | Information Technology Index Logarithmic Return |
|------|--------------------------------------|----------------------------------------|-----------------------------------------------|
| 3/12/2018 | -0.02% | 0.31% | 0.18% |
| 3/13/2018 | -0.62% | -1.39% | -1.25% |
| 3/14/2018 | -0.46% | 0.16% | 0.07% |
| 3/15/2018 | -0.22% | -0.03% | 0.08% |
| 3/16/2018 | 0.24% | -0.06% | -0.01% |
| 3/19/2018 | -1.30% | -2.35% | -2.24% |
| 3/20/2018 | 0.13% | -0.15% | 0.03% |
| 3/21/2018 | 0.04% | -0.16% | -0.29% |
| 3/22/2018 | -2.42% | -2.83% | -2.95% |
| 3/23/2018 | -1.95% | -2.85% | -2.84% |
| 3/26/2018 | 2.40% | 3.88% | 3.83% |
| 3/27/2018 | -1.67% | -3.84% | -3.70% |
| 3/28/2018 | -0.26% | -0.93% | -0.82% |
| 3/29/2018 | 1.34% | 2.40% | 2.39% |
| 4/2/2018 | -2.16% | -2.98% | -2.84% |
| 4/3/2018 | 1.15% | 1.06% | 1.00% |
| 4/4/2018 | 1.03% | 1.44% | 1.29% |
| 4/5/2018 | 0.74% | 0.19% | 0.34% |
| 4/6/2018 | -2.02% | -2.37% | -2.55% |
| 4/9/2018 | 0.28% | 0.65% | 0.74% |
| 4/10/2018 | 1.63% | 2.65% | 2.56% |
| 4/11/2018 | -0.38% | -0.34% | -0.50% |
| 4/12/2018 | 0.69% | 1.35% | 1.33% |
| 4/13/2018 | -0.31% | -0.58% | -0.45% |
| 4/16/2018 | 0.80% | 0.74% | 0.73% |
| 4/17/2018 | 1.02% | 2.22% | 2.10% |
| 4/18/2018 | 0.16% | -0.36% | -0.24% |
| 4/19/2018 | -0.54% | -0.94% | -0.83% |
| 4/20/2018 | -0.75% | -1.08% | -1.06% |
| 4/23/2018 | -0.04% | -0.44% | -0.42% |
| 4/24/2018 | -1.14% | -2.06% | -2.11% |
| 4/25/2018 | 0.08% | -0.22% | -0.21% |
| 4/26/2018 | 0.90% | 2.42% | 2.57% |
| 4/27/2018 | 0.07% | -0.15% | -0.18% |
| 4/30/2018 | -0.73% | -1.09% | -0.90% |
| 5/1/2018 | 0.22% | 1.18% | 1.31% |
| 5/2/2018 | -0.56% | -0.82% | -0.81% |
| 5/3/2018 | -0.23% | 0.22% | 0.31% |
| 5/4/2018 | 1.22% | 1.67% | 1.64% |
| 5/7/2018 | 0.41% | 0.93% | 0.80% |
| 5/8/2018 | 0.04% | 0.31% | 0.26% |
| 5/9/2018 | 0.86% | 1.54% | 1.52% |
| 5/10/2018 | 0.86% | 1.24% | 1.25% |
| 5/11/2018 | 0.15% | -0.36% | -0.24% |
| 5/14/2018 | 0.08% | 0.02% | 0.03% |
| 5/15/2018 | -0.58% | -1.01% | -0.97% |
| 5/16/2018 | 0.48% | 0.40% | 0.34% |

**Exhibit-5**

**U.S. Market Index and Sector Indices**

2 January 2018 through 3 January 2019

| Date | U.S. Market Index Logarithmic Return | US Technology Index Logarithmic Return | Information Technology Index Logarithmic Return |
|---|---|---|---|
| 5/17/2018 | 0.03% | -0.49% | -0.46% |
| 5/18/2018 | -0.22% | -0.53% | -0.47% |
| 5/21/2018 | 0.70% | 0.88% | 0.86% |
| 5/22/2018 | -0.35% | -0.27% | -0.26% |
| 5/23/2018 | 0.23% | 0.95% | 0.90% |
| 5/24/2018 | -0.18% | -0.08% | -0.12% |
| 5/25/2018 | -0.22% | 0.03% | -0.04% |
| 5/29/2018 | -1.00% | -0.59% | -0.70% |
| 5/30/2018 | 1.30% | 0.91% | 0.90% |
| 5/31/2018 | -0.65% | 0.08% | 0.09% |
| 6/1/2018 | 0.96% | 2.00% | 1.98% |
| 6/4/2018 | 0.45% | 0.75% | 0.78% |
| 6/5/2018 | 0.15% | 0.40% | 0.37% |
| 6/6/2018 | 0.79% | 0.34% | 0.57% |
| 6/7/2018 | -0.11% | -1.25% | -1.23% |
| 6/8/2018 | 0.30% | 0.13% | 0.20% |
| 6/11/2018 | 0.15% | 0.15% | 0.03% |
| 6/12/2018 | 0.19% | 0.57% | 0.59% |
| 6/13/2018 | -0.36% | -0.15% | -0.12% |
| 6/14/2018 | 0.26% | 0.82% | 0.71% |
| 6/15/2018 | -0.16% | -0.39% | -0.34% |
| 6/18/2018 | -0.07% | 0.31% | 0.32% |
| 6/19/2018 | -0.41% | -0.52% | -0.54% |
| 6/20/2018 | 0.27% | 0.34% | 0.32% |
| 6/21/2018 | -0.69% | -0.97% | -0.85% |
| 6/22/2018 | 0.23% | -0.59% | -0.40% |
| 6/25/2018 | -1.45% | -2.45% | -2.45% |
| 6/26/2018 | 0.29% | 0.36% | 0.34% |
| 6/27/2018 | -0.98% | -1.78% | -1.70% |
| 6/28/2018 | 0.56% | 0.99% | 1.14% |
| 6/29/2018 | 0.16% | 0.04% | 0.05% |
| 7/2/2018 | 0.22% | 1.15% | 0.96% |
| 7/3/2018 | -0.29% | -1.31% | -1.31% |
| 7/5/2018 | 0.84% | 1.66% | 1.60% |
| 7/6/2018 | 0.84% | 1.34% | 1.21% |
| 7/9/2018 | 0.84% | 0.72% | 0.71% |
| 7/10/2018 | 0.23% | 0.26% | 0.30% |
| 7/11/2018 | -0.74% | -0.56% | -0.37% |
| 7/12/2018 | 0.82% | 1.85% | 1.80% |
| 7/13/2018 | 0.07% | -0.04% | -0.06% |
| 7/16/2018 | -0.18% | -0.28% | -0.36% |
| 7/17/2018 | 0.39% | 0.92% | 0.90% |
| 7/18/2018 | 0.25% | -0.10% | -0.03% |
| 7/19/2018 | -0.25% | -0.50% | -0.53% |
| 7/20/2018 | -0.10% | 0.08% | 0.15% |
| 7/23/2018 | 0.10% | 0.62% | 0.59% |
| 7/24/2018 | 0.20% | 0.26% | 0.46% |

**Exhibit-5**

**U.S. Market Index and Sector Indices**

2 January 2018 through 3 January 2019

| Date | U.S. Market Index Logarithmic Return | US Technology Index Logarithmic Return | Information Technology Index Logarithmic Return |
|------|------|------|------|
| 7/25/2018 | 0.82% | 1.48% | 1.58% |
| 7/26/2018 | -0.16% | -1.75% | -1.88% |
| 7/27/2018 | -0.77% | -2.10% | -2.07% |
| 7/30/2018 | -0.56% | -1.88% | -2.00% |
| 7/31/2018 | 0.55% | 0.40% | 0.31% |
| 8/1/2018 | -0.13% | 0.11% | 0.12% |
| 8/2/2018 | 0.55% | 1.23% | 1.08% |
| 8/3/2018 | 0.33% | 0.35% | 0.35% |
| 8/6/2018 | 0.38% | 0.81% | 0.63% |
| 8/7/2018 | 0.22% | 0.50% | 0.56% |
| 8/8/2018 | -0.03% | 0.36% | 0.32% |
| 8/9/2018 | -0.03% | -0.09% | -0.18% |
| 8/10/2018 | -0.64% | -0.97% | -0.84% |
| 8/13/2018 | -0.47% | -0.36% | -0.29% |
| 8/14/2018 | 0.66% | 0.64% | 0.65% |
| 8/15/2018 | -0.91% | -1.26% | -1.25% |
| 8/16/2018 | 0.80% | -0.06% | 0.03% |
| 8/17/2018 | 0.39% | -0.22% | -0.16% |
| 8/20/2018 | 0.28% | 0.03% | 0.01% |
| 8/21/2018 | 0.31% | 0.29% | 0.13% |
| 8/22/2018 | 0.07% | 0.53% | 0.57% |
| 8/23/2018 | -0.24% | 0.18% | 0.18% |
| 8/24/2018 | 0.62% | 1.30% | 1.24% |
| 8/27/2018 | 0.71% | 1.03% | 0.99% |
| 8/28/2018 | 0.00% | 0.14% | 0.10% |
| 8/29/2018 | 0.52% | 0.86% | 0.92% |
| 8/30/2018 | -0.45% | -0.44% | -0.52% |
| 8/31/2018 | 0.03% | -0.07% | -0.08% |
| 9/4/2018 | -0.22% | -0.50% | -0.41% |
| 9/5/2018 | -0.35% | -1.68% | -1.68% |
| 9/6/2018 | -0.40% | -0.90% | -0.64% |
| 9/7/2018 | -0.24% | -0.18% | -0.25% |
| 9/10/2018 | 0.23% | 0.63% | 0.64% |
| 9/11/2018 | 0.32% | 0.42% | 0.52% |
| 9/12/2018 | 0.08% | -0.46% | -0.35% |
| 9/13/2018 | 0.43% | 0.88% | 0.91% |
| 9/14/2018 | 0.09% | 0.32% | 0.25% |
| 9/17/2018 | -0.60% | -1.32% | -1.15% |
| 9/18/2018 | 0.55% | 0.66% | 0.72% |
| 9/19/2018 | 0.05% | -0.23% | -0.13% |
| 9/20/2018 | 0.78% | 1.21% | 1.25% |
| 9/21/2018 | -0.10% | -0.36% | -0.20% |
| 9/24/2018 | -0.37% | 0.41% | 0.10% |
| 9/25/2018 | -0.05% | -0.05% | -0.22% |
| 9/26/2018 | -0.40% | -0.24% | -0.31% |
| 9/27/2018 | 0.24% | 0.49% | 0.16% |
| 9/28/2018 | 0.01% | 0.18% | 0.45% |

117

**Exhibit-5**

**U.S. Market Index and Sector Indices**

2 January 2018 through 3 January 2019

| Date | U.S. Market Index Logarithmic Return | US Technology Index Logarithmic Return | Information Technology Index Logarithmic Return |
|---|---|---|---|
| 10/1/2018 | 0.18% | 0.07% | 0.44% |
| 10/2/2018 | -0.23% | -0.38% | -0.24% |
| 10/3/2018 | 0.16% | 0.36% | 0.11% |
| 10/4/2018 | -0.94% | -1.95% | -1.77% |
| 10/5/2018 | -0.61% | -1.16% | -1.17% |
| 10/8/2018 | -0.13% | -1.26% | -1.44% |
| 10/9/2018 | -0.18% | -0.09% | 0.08% |
| 10/10/2018 | -3.18% | -4.75% | -4.93% |
| 10/11/2018 | -1.90% | -0.83% | -1.38% |
| 10/12/2018 | 1.22% | 2.58% | 2.99% |
| 10/15/2018 | -0.37% | -1.22% | -1.50% |
| 10/16/2018 | 2.12% | 3.19% | 3.19% |
| 10/17/2018 | -0.14% | -0.43% | -0.46% |
| 10/18/2018 | -1.47% | -2.17% | -1.95% |
| 10/19/2018 | -0.18% | -0.76% | -0.39% |
| 10/22/2018 | -0.39% | 0.85% | 0.86% |
| 10/23/2018 | -0.60% | -0.56% | -0.77% |
| 10/24/2018 | -3.11% | -5.21% | -4.82% |
| 10/25/2018 | 1.73% | 3.50% | 3.57% |
| 10/26/2018 | -1.56% | -2.20% | -1.97% |
| 10/29/2018 | -0.70% | -2.08% | -1.81% |
| 10/30/2018 | 1.55% | 1.93% | 1.34% |
| 10/31/2018 | 1.04% | 2.55% | 2.31% |
| 11/1/2018 | 1.29% | 0.96% | 1.10% |
| 11/2/2018 | -0.48% | -0.81% | -0.61% |
| 11/5/2018 | 0.44% | -0.11% | 0.50% |
| 11/6/2018 | 0.57% | 0.62% | 0.53% |
| 11/7/2018 | 1.91% | 2.71% | 2.80% |
| 11/8/2018 | -0.29% | -0.55% | -0.04% |
| 11/9/2018 | -0.98% | -1.79% | -1.60% |
| 11/12/2018 | -1.91% | -3.15% | -3.22% |
| 11/13/2018 | -0.12% | 0.40% | 0.35% |
| 11/14/2018 | -0.66% | -0.45% | -0.83% |
| 11/15/2018 | 1.07% | 2.20% | 2.44% |
| 11/16/2018 | 0.21% | -0.56% | -0.39% |
| 11/19/2018 | -1.67% | -4.14% | -3.81% |
| 11/20/2018 | -1.81% | -0.91% | -1.52% |
| 11/21/2018 | 0.62% | 1.12% | 0.80% |
| 11/23/2018 | -0.56% | -0.52% | -0.49% |
| 11/26/2018 | 1.45% | 2.48% | 2.42% |
| 11/27/2018 | 0.05% | -0.03% | 0.34% |
| 11/28/2018 | 2.21% | 3.21% | 3.30% |
| 11/29/2018 | -0.18% | -0.35% | -1.00% |
| 11/30/2018 | 0.68% | 1.28% | 1.41% |
| 12/3/2018 | 1.14% | 1.44% | 1.80% |
| 12/4/2018 | -3.23% | -3.84% | -3.80% |
| 12/6/2018 | -0.19% | 0.85% | 0.54% |

**Exhibit-5**

**U.S. Market Index and Sector Indices**

2 January 2018 through 3 January 2019

| Date | U.S. Market Index Logarithmic Return | US Technology Index Logarithmic Return | Information Technology Index Logarithmic Return |
|------|-----|-----|-----|
| 12/7/2018 | -2.13% | -3.46% | -3.58% |
| 12/10/2018 | -0.02% | 1.59% | 1.58% |
| 12/11/2018 | -0.07% | 0.43% | 0.23% |
| 12/12/2018 | 0.63% | 1.13% | 0.90% |
| 12/13/2018 | -0.21% | -0.06% | 0.02% |
| 12/14/2018 | -1.72% | -2.13% | -2.35% |
| 12/17/2018 | -2.11% | -2.73% | -2.51% |
| 12/18/2018 | -0.02% | 1.11% | 0.80% |
| 12/19/2018 | -1.49% | -2.06% | -1.70% |
| 12/20/2018 | -1.55% | -1.57% | -1.76% |
| 12/21/2018 | -2.08% | -3.18% | -2.84% |
| 12/24/2018 | -2.45% | -2.45% | -2.80% |
| 12/26/2018 | 4.58% | 5.99% | 5.68% |
| 12/27/2018 | 0.68% | 0.86% | 1.07% |
| 12/28/2018 | 0.02% | -0.24% | -0.31% |
| 12/31/2018 | 0.83% | 0.58% | 0.94% |
| 1/2/2019 | 0.18% | 0.35% | 0.06% |
| 1/3/2019 | -2.13% | -3.76% | -4.09% |

**Sources:** Bloomberg (US Technology Index and Information Technology Index) and CRSP (Market Index).

## Exhibit-6

**Apple Regression Results**

Estimation Period: 2 January 2018 through 2 January 2019

| Regression Statistics | |
|---|---|
| R Squared | 0.725 |
| Adjusted R Squared | 0.712 |
| Standard Error | 0.97% |
| Observations | 252 |

| | Coefficient | Standard Error | *t*-statistic |
|---|---|---|---|
| Intercept | 0.01% | 0.06% | 0.12 |
| Market Index | 0.474 | 0.177 | 2.68 |
| US Technology Index | -0.215 | 0.372 | -0.58 |
| Information Technology Index | 0.796 | 0.394 | 2.02 |
| 2/2/2018 | -1.82% | 0.98% | -1.86 |
| 5/2/2018 | 5.04% | 0.97% | 5.19 |
| 8/1/2018 | 5.71% | 0.97% | 5.87 |
| 11/2/2018 | -6.33% | 0.98% | -6.49 |
| 11/5/2018 | -3.52% | 1.00% | -3.52 |
| 11/12/2018 | -2.39% | 0.98% | -2.43 |
| 12/4/2018 | -0.78% | 1.00% | -0.78 |
| 12/6/2018 | -1.29% | 0.98% | -1.31 |

**Exhibit-7**
**AAPL Common Stock Event Study Results**

| Date | AAPL Closing Price | AAPL Prior Day Closing Price | AAPL Dividend | AAPL Logarithmic Return | Market Index Logarithmic Return | US Technology Index Logarithmic Return | Information Technology Index Logarithmic Return | AAPL Explained Return | AAPL Residual Return | t-statistic[1] | AAPL Residual $ Return |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 November 2018 | $201 59 | $207 48 | - | -2 88% | 0 44% | -0 11% | 0 50% | 0 64% | -3 52% | -3 62 | ($7 17) |
| 12 November 2018 | $194 17 | $204 47 | - | -5 17% | -1 91% | -3 15% | -3 22% | -2 78% | -2 39% | -2 46 | ($4 82) |
| 4 December 2018 | $176 69 | $184 82 | - | -4 50% | -3 23% | -3 84% | -3 80% | -3 72% | -0 78% | -0 80 | ($1 43) |
| 6 December 2018 | $174 72 | $176 69 | - | -1 12% | -0 19% | 0 85% | 0 54% | 0 17% | -1 29% | -1 33 | ($2 26) |
| 3 January 2019 | $142 19 | $157 92 | - | -10 49% | -2 13% | -3 76% | -4 09% | -3 45% | -7 04% | -7 26 | ($10 74) |

**Notes:**
[1] Significance at the 5% significance level (95% confidence level) is indicated by a *t*-statistic greater than 1 96 or less than -1 96

**Exhibit-8**
**Apple Common Stock Daily Event Study Results**
**2 November 2018 through 3 January 2019**

| Date | AAPL Closing Price | AAPL Prior Day Closing Price | AAPL Dividend | AAPL Logarithmic Return | U.S. Market Index Logarithmic Return | US Technology Index Logarithmic Return | Information Technology Index Logarithmic Return | AAPL Explained Return | AAPL Residual Return | t-statistic | Dollar Residual Return |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/2/2018 | $207.48 | $222.22 | - | -6.86% | -0.48% | -0.81% | -0.61% | -0.53% | -6.33% | -6.53 *** | ($13.63) |
| 11/5/2018 | $201.59 | $207.48 | - | -2.88% | 0.44% | -0.11% | 0.50% | 0.64% | -3.52% | -3.62 *** | ($7.17) |
| 11/6/2018 | $203.77 | $201.59 | - | 1.08% | 0.57% | 0.62% | 0.53% | 0.57% | 0.51% | 0.52 | $1.03 |
| 11/7/2018 | $209.95 | $203.77 | - | 2.99% | 1.91% | 2.71% | 2.80% | 2.55% | 0.43% | 0.45 | $0.89 |
| 11/8/2018 | $208.49 | $209.95 | $0.73 | -0.35% | -0.29% | -0.55% | -0.04% | -0.04% | -0.30% | -0.31 | ($0.64) |
| 11/9/2018 | $204.47 | $208.49 | - | -1.95% | -0.98% | -1.79% | -1.60% | -1.34% | -0.60% | -0.62 | ($1.26) |
| 11/12/2018 | $194.17 | $204.47 | - | -5.17% | -1.91% | -3.15% | -3.22% | -2.78% | -2.39% | -2.46 ** | ($4.82) |
| 11/13/2018 | $192.23 | $194.17 | - | -1.00% | -0.12% | 0.40% | 0.35% | 0.15% | -1.15% | -1.19 | ($2.22) |
| 11/14/2018 | $186.80 | $192.23 | - | -2.87% | -0.66% | -0.45% | -0.83% | -0.87% | -2.00% | -2.06 ** | ($3.80) |
| 11/15/2018 | $191.41 | $186.80 | - | 2.44% | 1.07% | 2.20% | 2.44% | 1.99% | 0.45% | 0.47 | $0.85 |
| 11/16/2018 | $193.53 | $191.41 | - | 1.10% | 0.21% | -0.56% | -0.39% | -0.09% | 1.19% | 1.22 | $2.29 |
| 11/19/2018 | $185.86 | $193.53 | - | -4.04% | -1.67% | -4.14% | -3.81% | -2.93% | -1.12% | -1.15 | ($2.15) |
| 11/20/2018 | $176.98 | $185.86 | - | -4.90% | -1.81% | -0.91% | -1.52% | -1.87% | -3.03% | -3.12 *** | ($5.54) |
| 11/21/2018 | $176.78 | $176.98 | - | -0.11% | 0.62% | 1.12% | 0.80% | 0.70% | -0.81% | -0.84 | ($1.43) |
| 11/23/2018 | $172.29 | $176.78 | - | -2.57% | -0.56% | -0.52% | -0.49% | -0.54% | -2.04% | -2.10 ** | ($3.56) |
| 11/26/2018 | $174.62 | $172.29 | - | 1.34% | 1.45% | 2.48% | 2.42% | 2.09% | -0.75% | -0.77 | ($1.28) |
| 11/27/2018 | $174.24 | $174.62 | - | -0.22% | 0.05% | -0.03% | 0.34% | 0.31% | -0.53% | -0.55 | ($0.92) |
| 11/28/2018 | $180.94 | $174.24 | - | 3.77% | 2.21% | 3.21% | 3.30% | 2.99% | 0.79% | 0.81 | $1.37 |
| 11/29/2018 | $179.55 | $180.94 | - | -0.77% | -0.18% | -0.35% | -1.00% | -0.79% | 0.02% | 0.02 | $0.04 |
| 11/30/2018 | $178.58 | $179.55 | - | -0.54% | 0.68% | 1.28% | 1.41% | 1.18% | -1.72% | -1.77 * | ($3.06) |
| 12/3/2018 | $184.82 | $178.58 | - | 3.43% | 1.14% | 1.44% | 1.80% | 1.67% | 1.77% | 1.82 * | $3.18 |
| 12/4/2018 | $176.69 | $184.82 | - | -4.50% | -3.23% | -3.84% | -3.80% | -3.72% | -0.78% | -0.80 | ($1.43) |
| 12/6/2018 | $174.72 | $176.69 | - | -1.12% | -0.19% | 0.85% | 0.54% | 0.17% | -1.29% | -1.33 | ($2.26) |
| 12/7/2018 | $168.49 | $174.72 | - | -3.63% | -2.13% | -3.46% | -3.58% | -3.11% | -0.52% | -0.54 | ($0.91) |
| 12/10/2018 | $169.60 | $168.49 | - | 0.66% | -0.02% | 1.59% | 1.58% | 0.91% | -0.26% | -0.27 | ($0.43) |
| 12/11/2018 | $168.63 | $169.60 | - | -0.57% | -0.07% | 0.43% | 0.23% | 0.07% | -0.64% | -0.66 | ($1.08) |
| 12/12/2018 | $169.10 | $168.63 | - | 0.28% | 0.63% | 1.13% | 0.90% | 0.78% | -0.50% | -0.52 | ($0.85) |
| 12/13/2018 | $170.95 | $169.10 | - | 1.09% | -0.21% | -0.06% | 0.02% | -0.06% | 1.15% | 1.19 | $1.96 |
| 12/14/2018 | $165.48 | $170.95 | - | -3.25% | -1.72% | -2.13% | -2.35% | -2.22% | -1.03% | -1.06 | ($1.75) |
| 12/17/2018 | $163.94 | $165.48 | - | -0.93% | -2.11% | -2.73% | -2.51% | -2.40% | 1.47% | 1.52 | $2.45 |
| 12/18/2018 | $166.07 | $163.94 | - | 1.29% | -0.02% | 1.11% | 0.80% | 0.40% | 0.89% | 0.92 | $1.47 |
| 12/19/2018 | $160.89 | $166.07 | - | -3.17% | -1.49% | -2.06% | -1.70% | -1.61% | -1.56% | -1.60 | ($2.57) |
| 12/20/2018 | $156.83 | $160.89 | - | -2.56% | -1.55% | -1.57% | -1.76% | -1.79% | -0.76% | -0.79 | ($1.22) |
| 12/21/2018 | $150.73 | $156.83 | - | -3.97% | -2.08% | -3.18% | -2.84% | -2.55% | -1.41% | -1.46 | ($2.20) |
| 12/24/2018 | $146.83 | $150.73 | - | -2.62% | -2.45% | -2.45% | -2.80% | -2.85% | 0.23% | 0.23 | $0.34 |

**Exhibit-8**
**Apple Common Stock Daily Event Study Results**
**2 November 2018 through 3 January 2019**

| Date | AAPL Closing Price | AAPL Prior Day Closing Price | AAPL Dividend | AAPL Logarithmic Return | U.S. Market Index Logarithmic Return | US Technology Index Logarithmic Return | Information Technology Index Logarithmic Return | AAPL Explained Return | AAPL Residual Return | t-statistic | Dollar Residual Return |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/26/2018 | $157.17 | $146.83 | - | 6.81% | 4.58% | 5.99% | 5.68% | 5.41% | 1.40% | 1.44 | $2.06 |
| 12/27/2018 | $156.15 | $157.17 | - | -0.65% | 0.68% | 0.86% | 1.07% | 1.00% | -1.65% | -1.70 * | ($2.57) |
| 12/28/2018 | $156.23 | $156.15 | - | 0.05% | 0.02% | -0.24% | -0.31% | -0.18% | 0.23% | 0.24 | $0.36 |
| 12/31/2018 | $157.74 | $156.23 | - | 0.96% | 0.83% | 0.58% | 0.94% | 1.03% | -0.06% | -0.07 | ($0.10) |
| 1/2/2019 | $157.92 | $157.74 | - | 0.11% | 0.18% | 0.35% | 0.06% | 0.06% | 0.05% | 0.05 | $0.08 |
| 1/3/2019 | $142.19 | $157.92 | - | -10.49% | -2.13% | -3.76% | -4.09% | -3.45% | -7.04% | -7.26 *** | ($10.74) |

**Sources:** Bloomberg (US Technology Index and Information Technology Index) and CRSP (Market Index).
**Notes:**
"*" indicates statistical significance at the 90% confidence level.
"**" indicates statistical significance at the 95% confidence level.
"***" indicates statistical significance at the 99% confidence level.

# Exhibit-9

## Common Stock Artificial Inflation Ribbon

2 November 2018 through 3 January 2019

| Date | Inflation |
|------|-----------|
| 11/2/2018 | $20.12 |
| 11/5/2018 | $12.95 |
| 11/6/2018 | $12.95 |
| 11/7/2018 | $12.95 |
| 11/8/2018 | $12.95 |
| 11/9/2018 | $12.95 |
| 11/12/2018 | $8.13 |
| 11/13/2018 | $8.13 |
| 11/14/2018 | $8.13 |
| 11/15/2018 | $8.13 |
| 11/16/2018 | $8.13 |
| 11/19/2018 | $8.13 |
| 11/20/2018 | $8.13 |
| 11/21/2018 | $8.13 |
| 11/23/2018 | $8.13 |
| 11/26/2018 | $8.13 |
| 11/27/2018 | $8.13 |
| 11/28/2018 | $8.13 |
| 11/29/2018 | $8.13 |
| 11/30/2018 | $8.13 |
| 12/3/2018 | $8.13 |
| 12/4/2018 | $8.13 |
| 12/6/2018 | $8.13 |
| 12/7/2018 | $8.13 |
| 12/10/2018 | $8.13 |
| 12/11/2018 | $8.13 |
| 12/12/2018 | $8.13 |
| 12/13/2018 | $8.13 |
| 12/14/2018 | $8.13 |
| 12/17/2018 | $8.13 |
| 12/18/2018 | $8.13 |
| 12/19/2018 | $8.13 |
| 12/20/2018 | $8.13 |
| 12/21/2018 | $8.13 |
| 12/24/2018 | $8.13 |
| 12/26/2018 | $8.13 |

## Exhibit-9

### Common Stock Artificial Inflation Ribbon

2 November 2018 through 3 January 2019

| Date | Inflation |
|---|---|
| 12/27/2018 | $8.13 |
| 12/28/2018 | $8.13 |
| 12/31/2018 | $8.13 |
| 1/2/2019 | $8.13 |
| 1/3/2019 | $0.00 |

**Exhibit-10**

**Apple Common Stock Closing Prices for the 90 Days Following the Class Period**

3 January 2019 through 2 April 2019

| Date | AAPL Closing Price |
|---|---|
| 1/3/2019 | $142.19 |
| 1/4/2019 | $148.26 |
| 1/7/2019 | $147.93 |
| 1/8/2019 | $150.75 |
| 1/9/2019 | $153.31 |
| 1/10/2019 | $153.80 |
| 1/11/2019 | $152.29 |
| 1/14/2019 | $150.00 |
| 1/15/2019 | $153.07 |
| 1/16/2019 | $154.94 |
| 1/17/2019 | $155.86 |
| 1/18/2019 | $156.82 |
| 1/22/2019 | $153.30 |
| 1/23/2019 | $153.92 |
| 1/24/2019 | $152.70 |
| 1/25/2019 | $157.76 |
| 1/28/2019 | $156.30 |
| 1/29/2019 | $154.68 |
| 1/30/2019 | $165.25 |
| 1/31/2019 | $166.44 |
| 2/1/2019 | $166.52 |
| 2/4/2019 | $171.25 |
| 2/5/2019 | $174.18 |
| 2/6/2019 | $174.24 |
| 2/7/2019 | $170.94 |
| 2/8/2019 | $170.41 |
| 2/11/2019 | $169.43 |
| 2/12/2019 | $170.89 |
| 2/13/2019 | $170.18 |
| 2/14/2019 | $170.80 |
| 2/15/2019 | $170.42 |
| 2/19/2019 | $170.93 |
| 2/20/2019 | $172.03 |
| 2/21/2019 | $171.06 |
| 2/22/2019 | $172.97 |
| 2/25/2019 | $174.23 |
| 2/26/2019 | $174.33 |
| 2/27/2019 | $174.87 |
| 2/28/2019 | $173.15 |

## Exhibit-10

### Apple Common Stock Closing Prices for the 90 Days
### Following the Class Period

3 January 2019 through 2 April 2019

| Date | AAPL Closing Price |
|------|--------------------|
| 3/1/2019 | $174.97 |
| 3/4/2019 | $175.85 |
| 3/5/2019 | $175.53 |
| 3/6/2019 | $174.52 |
| 3/7/2019 | $172.50 |
| 3/8/2019 | $172.91 |
| 3/11/2019 | $178.90 |
| 3/12/2019 | $180.91 |
| 3/13/2019 | $181.71 |
| 3/14/2019 | $183.73 |
| 3/15/2019 | $186.12 |
| 3/18/2019 | $188.02 |
| 3/19/2019 | $186.53 |
| 3/20/2019 | $188.16 |
| 3/21/2019 | $195.09 |
| 3/22/2019 | $191.05 |
| 3/25/2019 | $188.74 |
| 3/26/2019 | $186.79 |
| 3/27/2019 | $188.47 |
| 3/28/2019 | $188.72 |
| 3/29/2019 | $189.95 |
| 4/1/2019 | $191.24 |
| 4/2/2019 | $194.02 |

**Source:** CRSP.