ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
KENNETH J. BLACK (291871)
HADIYA K. DESHMUKH (328118)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
        – and –
MARK SOLOMON (151949)
JASON A. FORGE (181542)
RAPHAELLA FRIEDMAN (323324)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
jforge@rgrdlaw.com
rfriedman@rgrdlaw.com

Lead Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No. 4:19-cv-02033-YGR<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S OMNIBUS MOTION TO EXCLUDE OPINION TESTIMONY OF DEFENDANTS' PROPOSED EXPERTS |

4854-1508-2034.v1

1  Having considered Plaintiff's[1] Omnibus Motion to Exclude Opinion Testimony of
2 Defendants' Proposed Experts (the "Motion"), the Memorandum of Points and Authorities in
3 Support Thereof, the Declaration of Shawn A. Williams and the exhibits thereto, the pleadings and
4 filings herein, and such other evidence and written or oral arguments as may be presented to the
5 Court, IT IS HEREBY ORDERED that:
6  Plaintiff's Motion is GRANTED;
7  IT IS SO ORDERED.
8 DATED: _____  _____
    THE HON. YVONNE GONZALEZ ROGERS
9   UNITED STATES DISTRICT JUDGE

---

[1] "Plaintiff" is Lead Plaintiff and Class Representative Norfolk County Council as Administering Authority of the Norfolk Pension Fund. "Defendants" are Apple Inc., Timothy D. Cook, and Luca Maestri.