JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
MICHAEL D. TORPEY (SBN 79424)
mtorpey@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    (415) 773-5700
Facsimile:     (415) 773-5759

Attorneys for Defendants Apple Inc.,
Timothy Cook and Luca Maestri

[additional counsel appears on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Case No. 4:19-cv-02033-YGR<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULES FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND THE PARTIES' MOTIONS TO EXCLUDE EXPERT TESTIMONY**<br><br>Hon. Yvonne Gonzalez Rogers |

This Stipulation is entered into by and among Lead Plaintiff Norfolk County Council as Administering Authority of the Norfolk Pension Fund ("Lead Plaintiff") and Defendants Apple Inc. ("Apple"), Timothy Cook, and Luca Maestri (collectively "Defendants" and together with the Lead Plaintiff, the "Parties"), through their respective attorneys of record.

WHEREAS, on September 9, 2022, Defendants filed a Motion for Summary Judgment (Dkt. No. 293);

WHEREAS, on September 9, 2022, Lead Plaintiff filed a Motion to Exclude Opinion Testimony of Defendants' Proposed Experts (Dkt. No. 301), and Defendants filed a Motion to Exclude Expert Testimony (Dkt. No. 292) (collectively, the "*Daubert* Motions");

WHEREAS, the Court's Case Management Order (Dkt. No. 128) set a deadline of September 9, 2022 for Summary Judgment and *Daubert* Motions, but did not set deadlines for opposition and reply briefing;

WHERAS, the Parties have met and conferred and reached an agreement to set a briefing schedule, subject to the Court's approval, for Defendants' Motion for Summary Judgment and the Parties' *Daubert* Motions;

NOW THEREFORE, it is stipulated and agreed among the undersigned Parties, and respectfully submitted for the Court's approval as follows:

1.  Lead Plaintiff shall file any opposition to the Motion for Summary Judgment, and the Parties shall file any oppositions to the *Daubert* Motions, no later than October 20, 2022;

2.  Defendants shall file any reply in support of the Motion for Summary Judgment, and the Parties shall file any replies in support of the *Daubert* Motions, no later than November 17, 2022.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: September 12, 2022 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | |
| | */s/ James N. Kramer* |
| | JAMES N. KRAMER |
| | Attorneys for Defendants |
| | Apple Inc., Timothy Cook and Luca Maestri |
| | |
| Dated: September 12, 2022 | ROBBINS GELLER RUDMAN & DOWD LLP |
| | |
| | */s/ Shawn A. Williams* |
| | SHAWN A. WILLIAMS |
| | Counsel for Lead Plaintiff, |
| | Norfolk County Council as Administering |
| | Authority of the Norfolk Pension Fund |

### CIVIL L.R. 5-1 ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), I, James N. Kramer, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Briefing Schedules for Defendants' Motion for Summary Judgment and the Parties' Motions to Exclude Expert Testimony. In compliance with General Order 45, X.B., I hereby attest that Shawn A. Williams has concurred in this filing.

                                                                                         */s/ James N. Kramer*
                                                                                          JAMES N. KRAMER

                                                                           \*\*\*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

                                                                     HONORABLE YVONNE GONZALEZ ROGERS