JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
MICHAEL D. TORPEY (SBN 79424)
mtorpey@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1 (415) 773-5700
Facsimile:      +1 (415) 773-5759

Attorneys for Defendants Apple Inc.,
Timothy Cook, and Luca Maestri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No. 4:19-cv-02033-YGR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(B), AND FOR A STAY OF PRODUCTION**<br><br>Hearing<br>Date:    October 18, 2022<br>Time:    2:00 p.m.<br>Ctrm:    1, 14th Floor<br>Judge:   Honorable Yvonne Gonzalez Rogers |

On September 13, 2022, Defendants Apple Inc., Tim Cook, and Luca Maestri (collectively "Defendants") submitted a Motion to Certify Order for Interlocutory Appeal Under 28 U.S.C. § 1292(b), and For a Stay of Production (the "Motion to Certify"). Having considered the papers, the contentions of the parties, and the arguments of counsel, the court **GRANTS** the Motion to Certify in its entirety.

**IT IS SO ORDERED.**

Dated: _____, 2022

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT
COURT JUDGE

1

[Proposed] Order Granting Defendants' Motion to Certify Order for Interlocutory Appeal and Stay,
Case No. 4:19-cv-02033-YGR