**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION, | Case No. 4:19-cv-2033-YGR<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL**<br><br>Re: Dkt. No. 304 |

In light of the pending motion for summary judgment, the Court **ORDERS** the following expedited briefing schedule on defendants' motion to certify order for interlocutory appeal. (Dkt. No. 304.) Plaintiffs shall file any opposition to this motion by Friday, September 16, 2022. Defendants shall file a reply by Monday, September 19, 2022. The Court **GRANTS** stay of the production orders pending resolution of this motion.

**IT IS SO ORDERED.**

Dated: **September 14, 2022**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**