1  JAMES N. KRAMER (SBN 154709)
   jkramer@orrick.com
2  MICHAEL D. TORPEY (SBN 79424)
   mtorpey@orrick.com
3  ALEXANDER K. TALARIDES (SBN 268068)
   atalarides@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone:    (415) 773-5700
   Facsimile:    (415) 773-5759
7
   Attorneys for Defendants Apple Inc.,
8  Timothy Cook and Luca Maestri

9  [additional counsel appears on signature page]

10

11                      UNITED STATES DISTRICT COURT

12                      NORTHERN DISTRICT OF CALIFORNIA

13                              OAKLAND DIVISION

14

15

| IN RE APPLE INC. SECURITIES LITIGATION | Case No. 4:19-cv-02033-YGR |
|---|---|
|  | **CLASS ACTION** |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULES FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND THE PARTIES' MOTIONS TO EXCLUDE EXPERT TESTIMONY** |
| ALL ACTIONS. |  |
|  | Hon. Yvonne Gonzalez Rogers |

1    This Stipulation is entered into by and among Lead Plaintiff Norfolk County Council as Administering Authority of the Norfolk Pension Fund ("Lead Plaintiff") and Defendants Apple Inc. ("Apple"), Timothy Cook, and Luca Maestri (collectively "Defendants" and together with the Lead Plaintiff, the "Parties"), through their respective attorneys of record.

WHEREAS, on September 9, 2022, Defendants filed a Motion for Summary Judgment (Dkt. No. 293);

WHEREAS, on September 9, 2022, Lead Plaintiff filed a Motion to Exclude Opinion Testimony of Defendants' Proposed Experts (Dkt. No. 301), and Defendants filed a Motion to Exclude Expert Testimony (Dkt. No. 292) (collectively, the "*Daubert* Motions");

WHEREAS, the Court's Case Management Order (Dkt. No. 128) set a deadline of September 9, 2022 for Summary Judgment and *Daubert* Motions, but did not set deadlines for opposition and reply briefing;

WHERAS, the Parties have met and conferred and reached an agreement to set a briefing schedule, subject to the Court's approval, for Defendants' Motion for Summary Judgment and the Parties' *Daubert* Motions;

NOW THEREFORE, it is stipulated and agreed among the undersigned Parties, and respectfully submitted for the Court's approval as follows:

1. Lead Plaintiff shall file any opposition to the Motion for Summary Judgment, and the Parties shall file any oppositions to the *Daubert* Motions, no later than October 20, 2022;

2. Defendants shall file any reply in support of the Motion for Summary Judgment, and the Parties shall file any replies in support of the *Daubert* Motions, no later than November 17, 2022.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: September 12, 2022 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | |
| | */s/ James N. Kramer* |
| | JAMES N. KRAMER |
| | Attorneys for Defendants |
| | Apple Inc., Timothy Cook and Luca Maestri |
| | |
| Dated: September 12, 2022 | ROBBINS GELLER RUDMAN & DOWD LLP |
| | |
| | */s/ Shawn A. Williams* |
| | SHAWN A. WILLIAMS |
| | Counsel for Lead Plaintiff, |
| | Norfolk County Council as Administering |
| | Authority of the Norfolk Pension Fund |

### CIVIL L.R. 5-1 ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), I, James N. Kramer, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Briefing Schedules for Defendants' Motion for Summary Judgment and the Parties' Motions to Exclude Expert Testimony. In compliance with General Order 45, X.B., I hereby attest that Shawn A. Williams has concurred in this filing.

*/s/ James N. Kramer*
JAMES N. KRAMER

\*\*\*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 14, 2022     [signature]
HONORABLE YVONNE GONZALEZ ROGERS