1 | JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
2 | MICHAEL D. TORPEY (SBN 79424)
mtorpey@orrick.com
3 | ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
4 | ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
5 | 405 Howard Street
San Francisco, CA  94105-2669
6 | Telephone:   +1 (415) 773-5700
Facsimile:    +1 (415) 773-5759

Attorneys for Defendants Apple Inc.,
Timothy Cook, and Luca Maestri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE APPLE INC. SECURITIES LITIGATION | Lead Case No. 4:19-cv-02033-YGR-JCS |
|---|---|
| This Document Relates To:<br><br>ALL ACTIONS. | **[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (DKT. NO. 300)**<br><br>Judge:  Honorable Yvonne Gonzalez Rogers |

On September 9, 2022, Lead Plaintiff filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. No. 300, the "Administrative Motion"). Defendants Apple Inc., Timothy Cook, and Luca Maestri (collectively, "Defendants"), have submitted a declaration in support of their request that material presented in connection with the Administrative Motion (the "Sealed Records") remain under seal. Having considered the papers and the contentions of the parties, the Court HEREBY GRANTS the Administrative Motion as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Ex. 11, p. 1, ¶ 3, ln. 4-6 (after "muted", before "they have been told"). | Contains non-public, confidential business information concerning sources of business intelligence / Kramer Decl. ¶ 3. | |

| Documents or Portions of Document That Need Not Be Sealed |
|---|
| Ex. 10 |
| Ex. 11 with exception of p. 1, ¶ 3, ln. 4-6 (after "muted", before "they have been told"). |
| Ex. 12 |
| Ex. 13 |
| Ex. 14 |

Accordingly, the Court orders that the Clerk of the Court shall maintain the "sealed/unredacted" version of the Sealed Records under seal. Only this Court, court personnel, and interested parties to this case may inspect the records sealed by this Order.

**IT IS SO ORDERED.**

Date: _____, 2022

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE