1   ROBBINS GELLER RUDMAN
      & DOWD LLP
2   SHAWN A. WILLIAMS (213113)
    DANIEL J. PFEFFERBAUM (248631)
3   KENNETH J. BLACK (291871)
    HADIYA K. DESHMUKH (328118)
4   JACOB G. GELMAN (344819)
    Post Montgomery Center
5   One Montgomery Street, Suite 1800
    San Francisco, CA  94104
6   Telephone:  415/288-4545
    415/288-4534 (fax)
7   shawnw@rgrdlaw.com
    dpfefferbaum@rgrdlaw.com
8   kennyb@rgrdlaw.com
    hdeshmukh@rgrdlaw.com
9   jgelman@rgrdlaw.com
            – and –
10  MARK SOLOMON (151949)
    JASON A. FORGE (181542)
11  RAPHAELLA FRIEDMAN (323324)
    655 West Broadway, Suite 1900
12  San Diego, CA  92101
    Telephone:  619/231-1058
13  619/231-7423 (fax)
    marks@rgrdlaw.com
14  jforge@rgrdlaw.com
    rfriedman@rgrdlaw.com

15  Lead Counsel for Lead Plaintiff

16  [Additional counsel appear on signature page.]

17                    UNITED STATES DISTRICT COURT

18                  NORTHERN DISTRICT OF CALIFORNIA

19                          OAKLAND DIVISION

20  In re APPLE INC. SECURITIES          )   Case No. 4:19-cv-02033-YGR
    LITIGATION                           )
21                                       )   CLASS ACTION
    ─────────────────────────────────── )
22                                       )
    This Document Relates To:            )   [PROPOSED] ORDER DENYING
23                                       )   DEFENDANTS' MOTION TO CERTIFY
           ALL ACTIONS.                  )   ORDER FOR INTERLOCUTORY APPEAL
24                                       )   UNDER 28 U.S.C. §1292(b), AND FOR A
    ─────────────────────────────────── )   STAY OF PRODUCTION
25

26

27

28

    4873-5405-9827.v1

1        Having considered Magistrate Judge Spero's Order Granting in Part and Denying in Part

2   Motion to Compel (ECF 272), the Court's Order Denying Motion for Relief (ECF 302),

3   Defendants' Motion to Certify Order for Interlocutory Appeal Under 28 U.S.C. §1292(b), and for

4   a Stay of Production (ECF 304) (the "Motion"), and Lead Plaintiff's Opposition to Defendants'

5   Motion to Certify Order for Interlocutory Appeal Under 28 U.S.C. §1292(b), and for a Stay of

6   Production, the filings herein and such other evidence and written or oral arguments as may be

7   presented to the Court, IT IS HEREBY ORDERED that:

8        The Motion is DENIED.

9                 *     *     *

10                **O R D E R**

11       IT IS SO ORDERED.

12  DATED: _____   _____

13                       THE HON. YVONNE GONZALEZ ROGERS
                            UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28