JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
MICHAEL D. TORPEY (SBN 79424)
mtorpey@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 (415) 773-5700
Facsimile:    +1 (415) 773-5759

Attorneys for Defendants Apple Inc.,
Timothy Cook, and Luca Maestri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Civil Action No. 4:19-cv-02033-YGR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR STAY OF PRODUCTION ORDERS PENDING RESOLUTION OF PETITION FOR WRIT OF MANDAMUS**<br><br>Judge:  Honorable Yvonne Gonzalez Rogers |
|---|---|

On September 30, 2022, Defendants Apple Inc., Tim Cook, and Luca Maestri filed a Motion for Stay of Production Orders Pending Resolution of Petition for Writ of Mandamus (the "Motion").  Having considered the papers, and for good cause shown, the Court hereby GRANTS Defendants' Motion.  Magistrate Judge Joseph C. Spero's August 3, 2022 Order Granting in Part and Denying in Part Plaintiff's Motion to Compel (ECF No. 272), this Court's September 12, 2022 Order on Defendants' Motion for Relief From a Non-dispositive Pretrial Order (ECF No. 302), and this Court's September 29, 2022 Order Denying Motion to Certify Interlocutory Appeal and for Stay of Production (ECF No. 312) (collectively, the "production orders") are hereby stayed pending the Ninth Circuit's resolution of the petition for writ of mandamus filed by Defendants on September 30, 2022.

**IT IS SO ORDERED.**

Date: _____, 2022

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE