JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
MICHAEL D. TORPEY (SBN 79424)
mtorpey@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1 (415) 773-5700
Facsimile:     +1 (415) 773-5759

Attorneys for Defendants Apple Inc.,
Timothy Cook, and Luca Maestri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br> ALL ACTIONS. | Civil Action No. 4:19-cv-02033-YGR<br><br>**STATEMENT OF RECENT DECISION IN SUPPORT OF DEFENDANTS' MOTION FOR STAY OF PRODUCTION ORDERS PENDING RESOLUTION OF PETITION FOR WRIT OF MANDAMUS**<br><br>Judge:  Honorable Yvonne Gonzalez Rogers |

Pursuant to Civil Local Rule 7-3(d), Defendants Apple Inc., Tim Cook, and Luca Maestri (collectively, "Defendants") respectfully submit this Statement of Recent Decision in Support of Defendants' Motion for Stay of Production Orders Pending Resolution of Petition for Writ of Mandamus (ECF No. 313), and hereby bring to the Court's attention the Supreme Court's recent order granting the petition for certiorari in *In re Grand Jury*, 23 F.4th 1088 (9th Cir. 2021), No. 21-1397 (U.S.), attached hereto as Exhibit A.  *See* Ex. A at 7.

Dated: October 3, 2022

Respectfully submitted,
ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ James N. Kramer*
JAMES N. KRAMER

Attorneys for Defendants Apple Inc.,
Timothy Cook, and Luca Maestri