# EXHIBIT A

(ORDER LIST: 598 U.S.)

MONDAY, OCTOBER 3, 2022

CERTIORARI -- SUMMARY DISPOSITIONS

21-1102    OKLAHOMA V. SIMS, SHAYNNA L.

The motion of respondent for leave to proceed *in forma pauperis* is granted.  The petition for a writ of certiorari is granted.  The judgment is vacated, and the case is remanded to the Court of Criminal Appeals of Oklahoma for further consideration in light of *Oklahoma* v. *Castro-Huerta*, 597 U. S. ___ (2022).

21-1160    MORIN, ALFRED V. LYVER, WILLIAM, ET AL.

The petition for a writ of certiorari is granted.  The judgment is vacated, and the case is remanded to the United States Court of Appeals for the First Circuit for further consideration in light of *New York State Rifle & Pistol Assn., Inc.* v. *Bruen*, 597 U. S. ___ (2022).

21-1274    INGRAM, BOBBY L. V. UNITED STATES

The petition for a writ of certiorari is granted.  The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Eleventh Circuit for further consideration in light of *Concepcion* v. *United States*, 597 U. S. ___ (2022).

21-1307    SANTA ANA HEALTHCARE, ET AL. V. MONDRAGON, RUBYANN

The petition for a writ of certiorari is granted.  The judgment is vacated, and the case is remanded to the Court of Appeal of California, Second Appellate District for further

1

|          |                                                                 |
|----------|-----------------------------------------------------------------|
|          | 2022, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.  Justice Alito took no part in the consideration or decision of this motion. |
| 22-18    | CUKER INTERACTIVE, LLC V. PILLSBURY WINTHROP SHAW PITTMAN       |
| 22-37    | TEVA PHARMACEUTICALS USA, INC. V. GLAXOSMITHKLINE LLC, ET AL.   |
|          | The Solicitor General is invited to file briefs in these cases expressing the views of the United States. |
| 22-5063  | TULIPAT, MICHAEL A. V. UNITED STATES                            |
| 22-5086  | GASSESSE, NOUBOUKPO V. UNIV. OF CONNECTICUT                     |
| 22-5089  | WEBB, MIKE V. USDC ED VA                                        |
|          | The motions of petitioners for leave to proceed *in forma pauperis* are denied.  Petitioners are allowed until October 24, 2022, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court. |

### CERTIORARI GRANTED

| 21-887   | PEREZ, MIGUEL L. V. STURGIS PUBLIC SCHOOLS, ET AL.              |
| 21-1333  | GONZALEZ, REYNALDO, ET AL. V. GOOGLE LLC                        |
| 21-1397  | IN RE GRAND JURY                                                |
| 21-1436  | SANTOS-ZACARIA, LEON V. GARLAND, ATT'Y GEN.                     |
| 21-1449  | GLACIER NORTHWEST, INC. V. INT'L BROTHERHOOD OF TEAMSTERS       |
| 21-1450  | TURKIYE HALK BANKASI A.S. V. UNITED STATES                      |
| 21-1496  | TWITTER, INC., ET AL. V. TAAMNEH, MEHIER, ET AL.                |
| 22-96    | FINANCIAL OVERSIGHT BOARD V. CPI                                |
|          | The petitions for writs of certiorari are granted.              |
| 21-1454  | OH ADJUTANT GEN.'S DEPT., ET AL. V. FLRA, ET AL.                |
|          | The petition for a writ of certiorari is granted limited to     |