# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Case No. 4:19-cv-2033-YGR<br><br>**ORDER TO SHOW CAUSE RE STAY**<br><br>Re: Dkt. No. 313 |

On September 30, 2022, defendants filed a motion to stay Magistrate Judge Spero's order to produce certain documents, as well as this Court's subsequent orders compelling compliance with that order, pending resolution of defendants' petition for writ of mandamus. In light of the pending petition and the Supreme Court's recent granting of review of *In re Grand Jury*, this Court is inclined to grant the motion. By Friday, October 7, 2022, plaintiffs are **ORDERED TO SHOW CAUSE** why defendants' motion should or should not be granted.

**IT IS SO ORDERED.**

Dated: **October 4, 2022**

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE