1   ROBBINS GELLER RUDMAN
       & DOWD LLP
2   SHAWN A. WILLIAMS (213113)
    DANIEL J. PFEFFERBAUM (248631)
3   KENNETH J. BLACK (291871)
    HADIYA K. DESHMUKH (328118)
4   JACOB G. GELMAN (344819)
    Post Montgomery Center
5   One Montgomery Street, Suite 1800
    San Francisco, CA  94104
6   Telephone:  415/288-4545
    415/288-4534 (fax)
7   shawnw@rgrdlaw.com
    dpfefferbaum@rgrdlaw.com
8   kennyb@rgrdlaw.com
    hdeshmukh@rgrdlaw.com
9   jgelman@rgrdlaw.com
            – and –
10  MARK SOLOMON (151949)
    JASON A. FORGE (181542)
11  RAPHAELLA FRIEDMAN (323324)
    655 West Broadway, Suite 1900
12  San Diego, CA  92101
    Telephone:  619/231-1058
13  619/231-7423 (fax)
    marks@rgrdlaw.com
14  jforge@rgrdlaw.com
    rfriedman@rgrdlaw.com

15  Lead Counsel for Lead Plaintiff

16  [Additional counsel appear on signature page.]

17                  UNITED STATES DISTRICT COURT

18                 NORTHERN DISTRICT OF CALIFORNIA

19                        OAKLAND DIVISION

20

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION | ) Case No. 4:19-cv-02033-YGR ) |
| | ) |
| | ) CLASS ACTION |
| | ) |
| This Document Relates To: | ) LEAD PLAINTIFF'S RESPONSE TO THE |
| | ) COURT'S OCTOBER 4, 2022 ORDER TO |
| ALL ACTIONS. | ) SHOW CAUSE RE STAY |
| | ) |

                                    DATE:       TBD
25                                  TIME:       2:00 p.m.
                                    CTRM:       1, 4th Floor
26                                  JUDGE:      Hon. Yvonne Gonzalez Rogers

27

28

1        Lead Plaintiff Norfolk County Council as Administering Authority of the Norfolk Pension

2    Fund ("Plaintiff")[1] hereby respectfully submits this response to the Court's October 4, 2022 Order to

3    Show Cause re Stay (ECF 315), as to whether it should grant Defendants' Motion for Stay of

4    Production Orders Pending Resolution of Petition for Writ of Mandamus (ECF 313) ("Motion" or

5    "Mot.").[2]

6        The stated premise of the Motion is that the documents the Court ordered produced would

7    not be subject to production under a different standard for reviewing privilege assertions over

8    purportedly dual business and legal purpose documents.  Mot. at 3-4 & n.2.  As Plaintiff previously

9    argued, and the Court recognized, this premise is false.

10       First, given Magistrate Judge Spero's factual findings (ECF 272), the documents the Court

11   ordered produced are "not privileged" under any privilege test.  *See* Order Denying Motion to

12   Certify Order for Interlocutory Appeal and for Stay of Production (ECF 312) at 2-4 ("[G]uidance

13   from the Ninth Circuit . . . is unlikely to have any material impact on this case.  To the extent

14   defendants seek to challenge Judge Spero's factual findings, appeal is even less likely to provide

15   relief.").  As Magistrate Judge Spero's factual findings make clear, the documents at issue are not

16   close cases.  *E.g.*, Order Denying Motion for Relief (ECF 302) at 2 ("Judge Spero did not find Entry

17   288 non-privileged just because it 'does not reference any specific legal concerns' . . . he also found

18   that it 'was not primarily aimed at seeking legal advice and therefore ***is not privileged***.'"); Order

19   Granting in Part and Denying in Part Motion to Compel (ECF 272) at 23 ("Even assuming the

20   comments in both documents [Entries 365-366] are by [Apple General Counsel Kate] Adams,

21   however, they are ***entirely aimed at business concerns***, focusing on how best to make ***business***

22   points." (second emphasis in original)).  Because there are no close cases here, and "[t]he *Kellogg*

23   test would only change the outcome of a privilege analysis in truly close cases," the requested stay

24   should be denied.  *See In re Grand Jury*, 23 F.4th 1088, 1095 (9th Cir. 2021).

25

26   [1]      "Defendants" are Apple Inc. ("Apple"), Timothy D. Cook, and Luca Maestri.

27   [2]      Defendants' filing of the petition for writ of mandamus does not deprive the Court of
     jurisdiction over the matter.  *See Ellis v. U.S. Dist. Court for W. Dist. of Wash. (Tacoma)*, 360 F.3d
28   1022, 1023 (9th Cir. 2004) (order).

LEAD PLAINTIFF'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE RE STAY - 4:19-
cv-02033-YGR                                                                                    - 1 -
4894-1076-2295.v1

1      Second, the standard for dual purpose communications is irrelevant to many of Defendants'

2 assertions of privilege.  For example, the Court's September 12, 2022 Order ruled that non-

3 privileged originating emails must be produced where a later email in the thread is privileged.  *See,*

4 *e.g.*, ECF 302 at 2 ("[D]efendants claim that because Judge Spero found a responsive email from

5 Apple's counsel was privileged, it was legal error not to find the initial email also

6 privileged. . . .  This is not a sufficient basis.").  That ruling would not change even were a new and

7 different standard for dual purpose communications adopted.

8      For these reasons, Defendants fail to demonstrate that any potential modification of the legal

9 standard would result in Defendants prevailing on the merits or overturning Magistrate Judge

10 Spero's and this Court's well-reasoned decisions ordering production of non-privileged documents.

11 *See Humane Soc'y of U.S. v. Gutierrez*, 558 F.3d 896, 897 (9th Cir. 2009) ("Given the narrow and

12 deferential standard of review, and the district court's well-reasoned decision . . . , we conclude that

13 appellants have not met their burden of demonstrating a likelihood of success on the merits.").

14      The Court should deny a stay designed to wait for a decision that will not affect the merits of

15 the production Orders but is certain to delay the litigation.

16 DATED:  October 7, 2022                    ROBBINS GELLER RUDMAN
                                              & DOWD LLP
17                                            SHAWN A. WILLIAMS
                                             DANIEL J. PFEFFERBAUM
18                                            KENNETH J. BLACK
                                             HADIYA K. DESHMUKH
19                                            JACOB G. GELMAN

20

21                                                  s/ Kenneth J. Black
                                                 KENNETH J. BLACK
22
                                             Post Montgomery Center
23                                            One Montgomery Street, Suite 1800
                                             San Francisco, CA  94104
24                                            Telephone:  415/288-4545
                                             415/288-4534 (fax)
25                                            shawnw@rgrdlaw.com
                                             dpfefferbaum@rgrdlaw.com
26                                            kennyb@rgrdlaw.com
                                             hdeshmukh@rgrdlaw.com
27                                            jgelman@rgrdlaw.com

28

1

2
ROBBINS GELLER RUDMAN
  & DOWD LLP
MARK SOLOMON
3
JASON A. FORGE
RAPHAELLA FRIEDMAN
4
655 West Broadway, Suite 1900
San Diego, CA  92101
5
Telephone:  619/231-1058
619/231-7423 (fax)
6
marks@rgrdlaw.com
jforge@rgrdlaw.com
7
rfriedman@rgrdlaw.com

8
Lead Counsel for Lead Plaintiff

9
LABATON SUCHAROW
CAROL C. VILLEGAS
10
140 Broadway
New York, NY 10005
11
Telephone: 212/907-0700
212/883-7524 (fax)
12
cvillegas@labaton.com

13
Counsel for Employees' Retirement System of the
State of Rhode Island
14

15
VANOVERBEKE, MICHAUD & TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
16
Detroit, MI  48201
Telephone:  313/578-1200
17
313/578-1201 (fax)
tmichaud@vmtlaw.com
18
Additional Counsel
19

20

21

22

23

24

25

26

27

28

LEAD PLAINTIFF'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE RE STAY - 4:19-
cv-02033-YGR                                                                                                        - 3 -
4894-1076-2295.v1

1

<u>CERTIFICATE OF SERVICE</u>

2

      I hereby certify under penalty of perjury that on October 7, 2022, I authorized the electronic

3

filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send

4

notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I

5

hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the

6

non-CM/ECF participants indicated on the attached Manual Notice List.

7

                    s/ Kenneth J. Black
                    KENNETH J. BLACK

8

9

                    ROBBINS GELLER RUDMAN
                        & DOWD LLP

10

                    Post Montgomery Center
                    One Montgomery Street, Suite 1800

11

                    San Francisco, CA  94104
                    Telephone:  415/288-4545

12

                    415/288-4534 (fax)
                    Email:  kennyb@rgrdlaw.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4894-1076-2295.v1

# Mailing Information for a Case 4:19-cv-02033-YGR IN RE APPLE INC. SECURITIES LITIGATION

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Tristan Allen**
  tallen@orrick.com

- **Adam Marc Apton**
  aapton@zlk.com,Files@zlk.com

- **Kevin Michael Askew**
  kaskew@orrick.com

- **Kenneth Joseph Black**
  KennyB@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Mary K. Blasy**
  mblasy@rgrdlaw.com

- **Frank H. Busch**
  busch@wvbrlaw.com,abarca@wvbrlaw.com,pallister@wvbrlaw.com

- **Hadiya Khan Deshmukh**
  hdeshmukh@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **William Joseph Foley**
  wfoley@orrick.com

- **Jason A. Forge**
  jforge@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Christine M. Fox**
  cfox@labaton.com,ndonlon@labaton.com,lpina@labaton.com,electroniccasefilings@labaton.com,6312349420@filings.docketbird.com

- **Raphaella Friedman**
  rfriedman@rgrdlaw.com

- **Jacob G. Gelman**
  jgelman@rgrdlaw.com

- **Tor Gronborg**
  torg@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Nicomedes Sy Herrera**
  nherrera@herrerakennedy.com

- **J Alexander Hood , II**
  ahood@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Austin Thomas Jackson**
  ajackson@structurelaw.com,cford@structurelaw.com

- **James Neil Kramer**
  jkramer@orrick.com,lpatts@orrick.com,mwatkins@orrick.com,vmorse@orrick.com,tallen@orrick.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,fgravenson@pomlaw.com,ipareja@pomlaw.com

- **Francis P. McConville**
  fmcconville@labaton.com,HChang@labaton.com,lpina@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Danielle Suzanne Myers**
  shawnw@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com,dmyers@rgrdlaw.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,jalieberman@pomlaw.com,ahood@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,abarbosa@pomlaw.com,fgravenson@poml

- **Daniel Jacob Pfefferbaum**
  DPfefferbaum@rgrdlaw.com,jgeorge@rgrdlaw.com,dpfefferbaumRGRD@ecf.courtdrive.com,e_file_sd@rgrdlaw.com,jgeorge@ecf.courtdrive.com,sbloyd@rgrdlaw.c

- **Samuel H. Rudman**
  srudman@rgrdlaw.com

- **Juan Carlos Sanchez**
  jsanchez@rgrdlaw.com,e_file_SD@rgrdlaw.com

- **Craig Wallace Smith**
  notice@robbinsllp.com,noticerobbinsllp@ecf.courtdrive.com,csmith@robbinsllp.com

- **Mark Solomon**
  marks@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Alexander K. Talarides**
  atalarides@orrick.com,lpatts@orrick.com,casestream@ecf.courtdrive.com,tallen@orrick.com

- **Michael David Torpey**
  mtorpey@orrick.com

- **Carol C. Villegas**
  cvillegas@labaton.com,ndonlon@labaton.com,lpina@labaton.com,5739893420@filings.docketbird.com,electroniccasefiling@labaton.com,dsaldamando@labaton.com

- **James Matthew Wagstaffe**
  wagstaffe@wvbrlaw.com,pallister@wvbrlaw.com

- **Steven Ray Wedeking , II**
  swedeking@robbinsllp.com,notice@robbinsllp.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,kennyb@rgrdlaw.com,jgelman@rgrdlaw.com,rfriedman@ecf.courtdrive.com,ShawnW@ecf.courtdrive.com,smorris@rgrdlaw.com,e_file_sd@

- **Ariel Brianna Winawer**
  awinawer@orrick.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)