UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Case No. 4:19-cv-2033-YGR<br><br>**ORDER RE STAY**<br><br>Re: Dkt. No. 313 |

The Court **GRANTS** defendants' motion to stay the orders at issue in its pending petition for certification until resolution of the petition by the Ninth Circuit. The Court does so based on the irreversible nature of production, and due to the Supreme Court's granting of a petition for certiorari in in *In re Grand Jury*, 23 F.4th 1088 (9th Cir. 2021), No. 21-1397 (U.S.).

This terminates docket number 313.

**IT IS SO ORDERED.**

Dated: **October 13, 2022**

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE