JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
MICHAEL D. TORPEY (SBN 79424)
mtorpey@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    (415) 773-5700
Facsimile:    (415) 773-5759

Attorneys for Defendants Apple Inc.,
Timothy Cook, and Luca Maestri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No. 4:19-cv-02033-YGR<br><br>**DECLARATION OF JAMES N. KRAMER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S OMNIBUS MOTION TO EXCLUDE OPINION TESTIMONY OF DEFENDANTS' EXPERTS**<br><br><u>Hearing</u><br>Date:    TBD<br>Time:   2:00 p.m.<br>Ctrm:   1, 14th Floor<br>Judge:  Honorable Yvonne Gonzalez Rogers |

I, James N. Kramer, declare as follows:

1. I am a partner at Orrick, Herrington, & Sutcliffe LLP, counsel for Apple Inc., Timothy Cook, and Luca Maestri (collectively "Defendants"). I submit this declaration in support of Defendants' Opposition to Plaintiff's Omnibus Motion to Exclude Opinion Testimony of Defendants' Experts (the "*Daubert* Motion"). I have personal knowledge of the matters set forth in this declaration, and if called upon to do so I could and would testify thereto.

2. On April 27, 2022, Defendants served opening reports from four expert witnesses and then, on June 10, 2022, Defendants served five rebuttal expert reports in response to Plaintiff's two opening expert reports. In total, Defendants designated a total of six separate merits-phase experts.

3. On June 30, 2022, in response to a subpoena from Plaintiff, Defendants' expert Eric Poer produced notes from his interviews with Apple employees, which Plaintiff attached as Exhibits 13 and 14 to the Declaration of Shawn A. Williams in support of Plaintiff's *Daubert* Motion. *See* Dkt. Nos. 301-14 & 15. All of the internal Apple documents that Mr. Poer relied on in his reports were produced during the fact discovery period.

4. After requesting, and then confirming, deposition dates for all six of Defendants' expert witnesses, Plaintiff unilaterally cancelled each deposition without explanation, waiting until the business day before each deposition (in one case, two days before) to do so. The depositions were scheduled to take place between July 14 and July 22, 2022.

5. Attached as **Exhibit A** is a true and correct copy of excerpted pages from Lead Plaintiff's Objections and Responses to Defendant Timothy Cook's Second Set of Interrogatories to Lead Plaintiff, dated March 16, 2022.

6. Attached as **Exhibit B** is a true and correct copy of the Appendices A-D attached to Mr. Poer's opening expert report that Defendants served on April 27, 2022, and which Defendants served a corrected version of on May 9, 2022.

7. Attached as **Exhibit C** is a true and correct copy of the Declaration of Professor Brett Trueman in support of Defendants' Opposition to Plaintiff's *Daubert* Motion, dated October 19, 2022.

8. Attached as **Exhibit D** is a true and correct copy of the Declaration of Eric B. Poer in support of Defendants' Opposition to Plaintiff's *Daubert* Motion, dated October 19, 2022.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct. Executed in San Francisco, California on October 20, 2022.

*/s/ James N. Kramer*
JAMES N. KRAMER

2

KRAMER DECLARATION ISO OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE EXPERT OPINION TESTIMONY OF DEFENDANTS' EXPERTS, C.A. NO. 4:19-CV-02033-YGR