# EXHIBIT B

Appendix A



# Eric Poer

Senior Managing Director, Co-Leader of Securities Accounting and Regulatory Enforcement Practice

Forensic & Litigation Consulting

50 California Street, Suite 1900, San Francisco, CA  94111
+1 415 283 4229
Eric.Poer@fticonsulting.com

**Education**

B.S. Public Finance, Indiana University

**Certifications**

Certified Public Accountant (CPA) Oregon and California

Certified Fraud Examiner (CFE)

Certified in Financial Forensics (CFF)

Accredited in Business Valuation (ABV)

**Associations**

American Institute of Certified Public Accountants (AICPA)

Association of Certified Fraud Examiners (ACFE)

Forensic Accounting Advisory Board – Golden Gate University

Oregon Society of Certified Public Accountants (OSCPA)

Eric Poer is a Senior Managing Director, Co-Leader of the Securities Accounting and Regulatory Enforcement practice. He has more than 20 years of experience providing attorneys and clients with complex dispute consulting, forensic accounting, and investigatory engagements as well as deposition and trial testimony.

Mr. Poer brings to his clients an array of services designed to help organizations and individuals address critical issues in litigation and to mitigate risk, enhance corporate governance and improve performance.  He directs large-scale financial investigative assignments including forensic accounting investigations, financial fraud investigations and white collar crime investigations.

Mr. Poer's background as an accountant includes performing financial statement audits of publicly and privately held companies and providing merger, acquisition and divestiture services.  He also has considerable experience in labor and employment disputes and investigations.

Mr. Poer's litigation and dispute advisory services experience includes assisting domestic and international clients in high-stakes commercial and securities litigation dispute disputes. He assists in-house and external counsel in matters involving accounting analysis and the economics and financial analyses of complex transactions and damages resulting from a variety of civil claims. Additionally, Mr. Poer has extensive experience providing expert witness testimony in more than 35 securities and commercial litigation matters.

Prior to joining FTI Consulting, Mr. Poer worked on complex litigation and investigative matters at LECG and was also a Financial Statement Auditor at KPMG, which is an internationally recognized public accounting firm. Before joining KPMG, he worked at Arthur Andersen and UBS financial services.

Mr. Poer has served as an adjunct professor at Golden Gate University where he instructs a post-graduate forensic accounting course on conducting independent corporate financial investigations.



Eric Poer

## Relevant Experience

## Forensic Accounting and Board Investigations

- Retained by counsel for the board of directors and investors of a large, privately held retail organization to investigate potential allegations of improper tone at the top and alleged harassment conducted by a C-suite executive and its effect on accounting practice and policies. FTI investigated relevant documentation and data and interviewed relevant personnel to deliver findings recommendations to the board.

- Retained by counsel of a former member and employee of a large investment firm who claimed to be improperly terminated. Provided analysis of alleged lost compensation, including stock options, bonuses, salary and equity.

- Leader of the FTI Consulting team retained by counsel representing a committee of independent directors of Wells Fargo & Company in connection with an ongoing investigation into various sales practices and potential financial reporting issues that has received significant regulatory and congressional attention. Led a large multidisciplinary team to analyze billions of customer transactions and internal company records spanning more than 10 years. FTI's analyses and the committee's findings were included in a publicly disclosed report, and the associated executive pay clawbacks were the largest in U.S. banking history and among the largest in corporate America.

- Retained by counsel representing a former C-suite executive of a technology company under investigation by regulators for alleged improper conduct related to booking of transactions. Provided forensic accounting and economic damages support and presented analysis to the SEC.

- Retained by counsel representing a former C-suite executive of a technology company being sued derivatively by shareholders over severance compensation, alleging that the former executive's compensation was improperly granted by the board of directors, improperly disclosed when their employment was terminated, and should be clawed back in full. Provided forensic accounting and economic litigation support.

- Retained by counsel for a healthcare insurance company involved in litigation surrounding the acquisition of a failed large-scale medical claims administration system and related business. Provided forensic accounting, damages and analysis, work product consulting and supported a software implementation expert on liability issues.

- Retained by a financial institution to analyze its securities lending program in connection with an SEC investigation.

- Retained by counsel representing a large European bank to provide expert analysis of alleged breach of contract, misrepresentation and fraudulent inducement relating to fixed income securities purchase contract.

- Retained by counsel to serve as an expert witness in an SEC administrative proceeding involving allegations of improper revenue recognition in the consumer technology industry. Prepared an expert report addressing technical accounting and US GAAP requirements and the accounting judgments of the CFO.

- Retained by a Fortune 500 semiconductor company to conduct a forensic accounting investigation of potential employee fraud with regards to improper payments from a vendor. The investigative team found that the employee received kickbacks from the vendor through a shell corporation and ultimately the employee was dismissed and the vendor relationship was terminated.

- Retained by a California regulated Company to investigate potential kickbacks and fraudulent vendors. Investigative finds were used by law enforcement to recover funds and prosecute perpetrators as well as to deliver internal control and overall process improvements surround the vendor setup and payment processes.



Eric Poer

- Retained by the audit committee of an engineering/manufacturing company to perform an investigation of their CEO's travel & entertainment expenses prior to IPO. Based on initial findings the investigation was expanded to include a full multi-year review of accounts payable and the vendor master file data to determine if any improper payments were made or assets misappropriated. Recommended internal controls and overall process improvements.

- Investigated a local government entity that provides tax-exempt financing to non-profit entities and other borrowers regarding allegations of a multi-million dollar embezzlement of bond funds by a former executive. Investigative findings were used by the U.S. Attorney's Office in its prosecution of the former executive. Recommended internal controls and overall process improvements.

- Conducted an independent investigation on behalf of a State Board of Accountancy whereby there were allegations of fraud and professional misconduct associated with a CPA firm's work in connection with a sale of a large healthcare facility.

- Retained by counsel of the special committee of the board of directors of an alternative energy company to perform an independent investigation of CEO's travel & entertainment expense accounts and potential accounting irregularities concerning vendors.

- Retained by the special committee of a commodities trading company to perform an internal investigation regarding executive officers' conduct and the company's historical practice of taxing employee perks and sales incentives.

- Retained by the special committee of the board of directors of a public company (semiconductor) to perform a forensic investigation of the company's historical stock option granting practices to determine if backdating of stock options had occurred and to opine on the correct accounting treatment of stock option grants with regard to the company's restatement.

- Retained by a Fortune 500 company in the semiconductor industry to complete a multi-country (US, Japan, Germany, France, and Korea) investigation of select suppliers into the potential misappropriation of its intellection property and improper royalty payments.

- Retained by special counsel of the nominating and governance committee of the board of directors of a public company (wireless devices) to perform a forensic accounting investigation of the company's historical stock option granting practices to determine if backdating its stock options had occurred and to opine on the correct accounting treatment of option grants with regard to the company's restatement. Retained by the company to evaluate the financial results related to its stock option restatement in accordance with GAAP.

- Performed an investigation of a public utility's policies, practices, internal controls, and potential employee misconduct surrounding customer mailings and the associated compliance with U.S. Postal Service rules and regulations. Assignment included a multi-year ongoing monitorship.

- Retained by special counsel of the special committee of the board of directors of a public company (broadband devices) to perform a forensic investigation of the company's historical stock option granting practices to determine if backdating of stock options had occurred and to opine on the correct accounting treatment of stock option grants with regard to the company's restatement.

- Retained by counsel in response to a Security and Exchange Commission (SEC) inquiry to perform a forensic investigation into the proper conversion of foreign employee stock options to domestic (U.S.) employee stock options and the appropriateness of the US GAAP disclosures.

- Retained by multi-national broker-dealer in response to an SEC inquiry company to investigate its historical fee based billing system related to investment accounts whereby fees were charged to clients based on assets under management.

Highly Confidential



Provided detailed calculations of actual versus hypothetical asset based fee billing on over 1,200 accounts for a major broker-dealer in the United States. Calculations were prepared over the life of the respective accounts, in some cases over a 10 year period, on a monthly/quarterly basis. Additionally, recalculated what remediation interest was due to various account holders based on any overbilling that actually occurred in the accounts. Final report was used to present a remediation proposal to the SEC.

- Retained by an insurance company to determine if an audit failure occurred in connection with the issuance of audited financial statements that were restated in connection with fraudulent misappropriations of assets over a multi-year period perpetrated by company personnel.

- Conducted an independent investigation on behalf of a State Board of Accountancy whereby there were allegations of fraud and professional misconduct associated with a CPA firm's work in connection with fraudulent tax reporting.

## Investment Disputes

- Retained by counsel to provide accounting analysis and litigation support for a Chinese automobile retailer which was the target of a class action securities lawsuit, alleging the company concealed its declining financial condition cash shortage by raising money through investors in China using variable interest entities ("VIEs") to conceal the financing activities in its SEC filings.

- Retained by a large financial institution to analyze class certification issues in connection with investments made in a securities lending program for ERISA clients.

- Retained by a large financial institution to analyze class certification issues in connection with investments made in a securities lending program for public pension clients.

- Retained by a financial institution to analyze corporate governance issues and responsibilities of financial officers in connection with MBS securitizations.

- Retained by an international financial institution to analyze certain complex securities lending activity and cross board trading activity in a substantial dispute with the IRS. Expert witness reports on economic substance were issued in connection with the viability of various tax and investment trading strategies. Damages alleged were in excess of $450 million.

- Retained by a financial institution in several class action and private litigation matters concerning securities lending practices and overall investment suitability to lead a multidisciplinary team in analyzing activities relating to multi-billion dollar investment portfolios and the corresponding "indirect" and "direct" securities lending activities over a multi-year period. Damages alleged are in excess of $1 billion dollars.

- Retained by a large multi-national financial institution in a breach of contract investment dispute to lead a multidisciplinary team in analyzing a multi-billion dollar investment portfolio and the accompanying securities lending activities over a multi-year period. Damages alleged were in excess of $350 million. Primary focus of investments analyzed were domestic and international ABS/MBS securities ranging from prime to sub-prime credit collateral quality.

- Retained by a financial institution on numerous breach of contract and investment suitability matters whereby the securities lending reinvestment and lending activity is at issue.

- Retained by financial institution in a breach of contract investment dispute to analyze forensic accounting evidential matter relating to investment damages in excessive of $300 million in connection with various exotic fixed income investment products.



- Retained by a governmental entity to review a multi-billion dollar fixed income investment portfolio to analyze the portfolio for potential suitability and concentration issues.

- Retained by a large public pension plan to review certain investment activity associated with various private equity investments in excess of $1 billion of invested capital. Some of the issues reviewed were valuation processes, net asset value calculations, contract compliance, fee structures, investment, and financial statement analyses and other investigative services.

- Retained by plaintiffs and respondents in hundreds of broker-dealer matters that involve alleged fraudulent, improper or unsuitable trading with regards to retail and institutional investors. Have provided expert testimony in over 30 matters in NASD, NYSE and FINRA arbitration venues.

- Retained by counsel to provide advice and prepare various market timing and late trading analyses in a criminal case involving alleged market timing and late trading of various institutional investors.

- Retained by counsel to evaluate complex option trading strategies known as conversions and reversals in an investment dispute between various hedge funds, floor brokers and other market participants.

- Retained by counsel representing a multi-national broker-dealer to advise on the adequacy of the due diligence performed on a hedge fund being offered to retail investors.

- Retained by a hedge fund in response to an SEC inquiry as to the company's accuracy and its compliance with the Association for Investment Management and Research's (AIMR) presentation standards under global investment performance standards (GIPS) in connection with its marketing literature offering its investment advisory services.

- Retained by counsel to audit and test a multi-national broker-dealer's margin system for compliance with federal regulations surrounding various investment securities.

## Litigation Engagements

- Retained and testified in a confidential JAMs arbitration about False Claims Matters and valuation issues and damages related to a $100M whistleblower retaliation claim.

- Retained and testified in a confidential JAMs arbitration about False Claims Act matters, valuation issues and potential damages related to a multi-million dollar compensation claim.

- Retained by counsel to analyze public policy regarding non-compete agreements in connection with a senior executive's alleged violation of a non-compete clause.

- Retained by a variety of prominent financial institutions in connection with eight different litigation matters to analyze the due diligence they conducted in connection with their issuance of MBS securitizations.

- Retained by a former founder of a technology company to analyze corporate governance issues in connection with a litigation brought by that company.

- Retained by counsel in an SEC Administration Proceeding to provide expert testimony surrounding allegedly fraudulent revenue where the CEO and CFO of a public company were accused of issuing materially misstated financial statements due to bogus revenue transactions.

- Retained by counsel of the CFO of a publicly-traded biotech firm to evaluate the company's disclosure of its related parties and contacts in its financial statements and annual reports. Advised counsel on technical accounting issues and litigation strategies in connection with SEC and DOJ investigations of the CFO.



Eric Poer

- Retained by counsel of a large US based financial institutions to provide expert analysis related to a breach of contract dispute with damages alleged to be in excess of $150 million. The dispute required applying complex damage theories and analyzing historical: accounting data, economic data, and capital market data related to residential mortgage loan originators.

- Retained by counsel as a work product consultant in significant employment litigation matter involving the appropriate IFRS accounting for complex mortgage-backed securities.

- Retained by counsel of professional services firm to provide historical accounting analyses, financial analyses, and various solvency analyses and opine on the company's historic and ongoing practices with respect to employee and partner compensation practices.

- Retained by counsel of retired shareholders of a privately held technology company in arbitration to provide technical accounting, financial analysis, solvency analysis and opine on the company's historic and ongoing ability to make redemption payments.

- Retained to analyze the origination of sub-prime mortgage loans at a large mortgage loan originator to evaluate the Company's historical accounting disclosures and allegations of fraud. In connection with our work, we reviewed various accounting disclosures for compliance with GAAP and compared those disclosures to the historical practices of its peers. Additionally, we were able to reconstruct the Company's historical internal records of the sales of various mortgage products and intersect that data with the timing of the Company's historical accounting disclosures and various market events.

- Retained by counsel to analyze various accounting, audit, and Sarbanes-Oxley issues in connection with a former CEO being investigated by the SEC and DOJ regarding stock options backdating.

- Assisted counsel on an engagement to analyze various transactions associated with one of the most significant fraudulent schemes undertaken by a European company.

- Retained on multiple engagements involving former officers to evaluate forensic accounting issues in connection with stock option backdating issues raised by the SEC and DOJ.

- Retained by counsel to evaluate the financial statements, various transactions and certain contracts to determine to what degree an "alter ego" relationship existed between numerous entities under common control.

- Retained by counsel to calculate the damages in a breach of contract matter involving a domestic and international distribution agreement related to certain very well established "fashion" fragrances.

- Retained by counsel as a work product consultant to provide analysis and advice regarding various accounting issues with regard to stock option accounting in a criminal case involving alleged backdating of stock options by the CEO of a public company.

- Retained by counsel to provide advice and prepare various statistical analyses related to a derivative lawsuit against various directors and officers of a public company (semiconductor) related to its historical stock option accounting practices.

- Retained by counsel on an antitrust case (building materials) to prepare an analysis of the commonality of potential class members associated with the class certification portion of a potential class action matter.

- Retained by counsel on a substantial antitrust case (commodities) to prepare a damage analyses of potential anti-competitive pricing practices to various classes of customers in a large class action.



## Post-Acquisition Disputes

- Retained in a post-acquisition purchase price dispute by a media conglomerate company. Activities consisted of providing strategic advice regarding the application of U.S. GAAP standards to the buy/sell agreement. Disputed items included RSUs, accounts receivable, cash in transit, and other working capital items.

- Retained by counsel in a California Superior Court matter involving a nearly $1 billion acquisition of a publicly traded advanced materials company. Performed extensive valuation analyses to determine impact on deal price if financial projections were made to align with management's public statements and/or alternative contemporaneous forecasts. Counsel was successful in achieving an extremely favorable settlement.

- Retained in a post-acquisition purchase price dispute by an international financial services company. Activities consisted of providing strategic advice regarding the application of U.S. GAAP and submission of expert reports on potential purchase price adjustment in excess of $300 million. Disputed items involved proper application of U.S. GAAP and valuation of complex mortgage-backed financial instruments under fair value accounting standards and other complex tax valuation issues.

- Retained by a Fortune 500 company in a post-acquisition purchase price dispute by an international consumer products company in connection with a spinoff. Activities consisted of providing strategic advice regarding the application of U.S. GAAP and submission of expert reports on potential purchase price adjustment in excess of $70 million. Disputed items involved proper application of U.S. GAAP with regards to complex tax issues and other miscellaneous balance sheet items.

- Retained by counsel to serve as a Special Master Selector in a dispute involving earn-outs in the software industry.

- Retained in a post-acquisition purchase price dispute of a Fortune 50 consumer products company. Activities consisted of providing strategic advice regarding the buy/sell agreement and analyzing the buyer's proposed purchase price adjustments. Disputed items involved accounts receivable, trade and promotional costs, and other miscellaneous items.

- Retained in a post-acquisition purchase price dispute in high-tech industry. Activities consisted of providing strategic advice regarding the buy/sell agreement and analyzing the buyer's proposed purchase price adjustments. Disputed items involved royalties, contingent liabilities, working capital items and other miscellaneous balance sheet items.

- Worked on behalf of a large commercial mortgage REIT to advise on the proper U.S. GAAP accounting and disclosure requirements in connection with a public transaction. Amounts at issue were in excess of $200 million.

- Worked on behalf of an independent arbitrator in connection with a post-acquisition dispute to resolve various working capital disagreements between the buyer and seller. Evaluated and applied the appropriate technical accounting literature in connection with the terms of the acquisition agreement to render an opinion on receivables, inventory valuation, various accruals, and debt provisions.

## Publications and Speaking Engagements

- Feature Panelist, " Silicon Valley Spotlight: Regulation, Enforcement and Prosecution Trends", virtual event, May 13, 2021.  Moderated by Shannon Eagan Esq., of Cooley LLP.  Other featured panelists:  Gavin M. Masuda Esq., of Latham & Watkins LLP and Monique Winkler, Associate Regional Director, U.S. Securities and Exchange Commission, San Francisco, CA.  Securities Enforcement Forum West 2021.

- Moderator, "How Data Privacy Laws Affect Consumers, Businesses, and Service Providers: A discussion on California's new data privacy law." Keynote presentation at the California Society of Certified Public Accountants – Forensic Services Section meeting, Los Angeles, CA, May 17, 2019. Featured panelists: Patrick Robbins, Esq. and Emma Maconick, Esq. of Shearman & Sterling and Michael Garibaldi, Chris Zohlen and Ron Yearwood from FTI Consulting.



- Featured Panelist, "Silicon Valley Spotlight: Regulation, Enforcement and Prosecution Trends", San Francisco, CA, May 10, 2018. Moderated by James N. Kramer, Esq., of Orrick, Herrington & Sutcliffe. Other featured panelists: Philip S. Khinda, Esq. of Steptoe & Johnson LLP, and Erin E. Schneider Esq., Associate Regional Director U.S. Securities and Exchange Commission, San Francisco, CA. Securities Enforcement Forum West 2018.

- Association of Business Trial Lawyers ("ABTL") Featured Panelist, "Managing Collaboration During Crisis Events", San Diego, CA, October 6, 2017. Moderated by the Hon. Charles Margines, Esq., Orange County Superior Court. Other featured panelists: Carolyn Kubota, Esq. of Covington & Burling, LLP and Benjamin Wagner, Esq. of Gibson Dunn & Crutcher, LLP. ABTL West 2017.

- Litigation Services Handbook's 6th edition: Chapter 30: Securities Finance Disputes, New York: John Wiley & Sons, 2017, Co-author with Edmon Blount and Tiko Shah.

- Featured Panelist, "Silicon Valley Spotlight: Regulation, Enforcement and Prosecution Trends", Palo Alto, CA, May 11, 2017. Moderated by Jim Kramer, Esq., Orrick, Herrington & Sutcliffe.  Other featured panelists: Michael Dicke, Esq. of Fenwick & West and Erin E. Schneider, Esq., Associate Regional Director SEC San Francisco, CA. Securities Enforcement Forum West 2017.

- Featured Panelist, "Silicon Valley Spotlight: Regulation, Enforcement and Prosecution Trends", San Francisco, CA, May 12, 2016. Other featured panelists: James N. Kramer of Orrick, Herrington & Sutcliffe, Craig Martin of Morrison & Foerster, Erin E. Schneider, Esq. of the SEC, San Francisco, CA and Kyle F. Waldinger of the DOJ. Securities Enforcement Forum West 2016.

- Panelist, NYSE Governance Services: "Law in the Boardroom 2015"; IT and Cybersecurity. Panel discussion with Tom Brown, former DOJ cybercrime specialist regarding cyber issues and corporate governance items of interest to Directors and Officers.

- Featured Panelist, "SEC Practice-Current Developments in Trials, Testimony, Wells Process, Administrative Proceedings & Settlements", San Francisco, CA, May 13, 2015, Securities Enforcement Forum West 2015.

- Featured Panelist, "Activist Investors and ERISA vs. Securities Litigation", San Francisco, CA June 5, 2012, webinar. Other featured panelists: James P. Baker, Esq. of Baker & McKenzie, Chris Rillo, Esq. of Schiff Hardin, Ron Kravitz, Esq. of Liner Grode Stein, and Dr. Susan Mangiero of FTI Consulting.

- "Evaluating 'Subsequent Events' and the Relation to Post-Acquisition Disputes under ASC Topic 855," Golden Gate University, San Francisco, CA, March 2010.

- " 'Inactive' Markets Present Challenges for Fair Value Accounting", Bureau of National Affairs, Daily Tax Report, February, 2009.

- "FASB Interpretation Addresses Challenges of Arriving at Fair Value in Inactive Markets", Bureau of National Affairs, Accounting Policy & Practice, March, 2009.

- Featured Speaker, "The Accountants Role in Fraud Investigations", Oregon Chapter of Certified Fraud Examiners, 2008.

- Featured Speaker, "The New Era of Securities Defense", various law firms and financial institutions, 2005



Appendix B

FTI Consulting, Inc.
50 California St.
Suite 1900
San Francisco, CA  94111
+1.415.283.4200 telephone
www.fticonsulting.com

# Mr. ERIC B. POER, CPA, CFF, CFE, ABV
Senior Managing Director
FTI Consulting, Inc.

<u>Testimony History (2018 – present)</u>

| | |
|---|---|
| JAMS Mediation with Hon. William Cahill<br>San Francisco, CA<br>Confidential:  Delaware Merger & Acquisition Fraud Dispute<br>Counsel:    Pete Stone, Esq.<br>       Paul Hastings<br>       Palo Alto, CA | (Retained by Plaintiff)<br>(July 19, 2018) |
| JAMS Arbitration with Hon. Shirley Kornreich, Deposition testimony<br>New York, NY<br>Confidential:  Breach of Contract Dispute<br>Counsel:    Brian Hail, Esq.<br>       Goodwin Proctor<br>       New York, NY | (Retained by Defendant)<br>(January 16, 2020) |
| JAMS Arbitration with Hon. James Kleinberg<br>San Francisco, CA<br>Confidential:  Post Acquisition Dispute<br>Counsel:    Brian Schnarr, Esq.<br>       Hanson Bridgett<br>       San Francisco, CA | (Retained by Plaintiff)<br>(January 14, 2021) |
| AAA Arbitration with John Townsend, Esq., Mark Kantor, Esq., Richard Chernick, Esq.<br>San Francisco, CA<br>Confidential:  Breach of Contract Dispute<br>Counsel:    James Yoon, Esq.<br>       Wilson Sonsini Goodrich & Rosati<br>       Palo Alto, CA | (Retained by Defendant)<br>(October 18, 2021) |
| JAMS Arbitration with Hon. Ann Kough, Hon. Frank Damrell, Richard Chernick, Esq.<br>San Francisco, CA<br>Confidential:  Breach of Contract Dispute<br>Counsel:    Samuel Mirkovich, Esq.<br>       Campbell & Williams<br>       Las Vegas, NV | (Retained by Plaintiff)<br>(April 8, 2022) |

**Summary and Expert Report of Eric Poer**
**In re Apple Inc. Securities Litigation**
**Documents Relied On**

**Note**: Documents I relied on are also cited in footnotes to my report, charts, and supporting schedules.

| Bates Stamped Documents |
|---|
| Q1 FY2019 Daily Unbrickings Reports (APL-SECLIT_00052882 - APL-SECLIT_00067512) |
| Weekly Unbrickings Reports (APL-SECLIT_00362195, APL-SECLIT_00497938, APL-SECLIT_00362303) |
| Q4 FY2018 Earnings Call Prep Documents (APL-SECLIT_00261116, APL-SECLIT_00261126, APL-SECLIT_00281857) |
| 11/1/18 report (v2) P&L Dashboard Forecast (APL-SECLIT_00284951) |
| Internal Foreign Exchange Spreadsheet (APL-SECLIT_00580456) |

| Publicly Available Documents/Websites |
|---|
| Apple Inc. 2018 Form 10-K |
| Apple Q4 FY2018 Earnings Call Transcript, November 1, 2018 |
| https://corporate.jd.com/home |
| Bloomberg (for foreign currency exchange rates) |

| Case Pleadings |
|---|
| CORRECTED CONSOLIDATED AND AMENDED CLASS ACTION COMPLAINT FOR VIOLATION OF THE  FEDERAL SECURITIES LAWS, January 15, 2020 |
| CORRECTED CONSOLIDATED AND AMENDED CLASS ACTION COMPLAINT FOR VIOLATION OF THE  FEDERAL SECURITIES LAWS, January 15, 2020 |
| DEFENDANTS' MOTION TO DISMISS THE REVISED CONSOLIDATED CLASS ACTION COMPLAINT, July 13, 2020 |
| LEAD PLAINTIFF'S OPPOSITION  TO DEFENDANTS' MOTION TO DISMISS THE REVISED CONSOLIDATED CLASS ACTION COMPLAINT, July 27, 2020 |
| DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS THE REVISED CONSOLIDATED CLASS ACTION COMPLAINT, August 3, 2020 |
| ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS THE REVISED CONSOLIDATED CLASS ACTION COMPLAINT, November 4, 2020 |
| DEFENDANT TIMOTHY COOK'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO LEAD PLAINTIFF'S FIRST REQUESTS FOR ADMISSION, May 14, 2021 |

| Deposition Transcripts |
|---|
| Kevan Parekh 30(b)(6) Deposition, March 10, 2021 |
| Donal Conroy 30(b)(6) Deposition, March 15, 2021 |
| Donal Conroy Deposition, February 21, 2022 |
| Luca Maestri Deposition, February 25, 2022 (including Exhibits 20 and 21) |
| Kevan Parekh Deposition, March 8, 2022 |

| Interviews |
|---|
| Videoconference with Anish Patel and Naznin Schroff, April 19, 2022 |
| Videoconference with Tejas Gala, April 22, 2022 |



### Summary Chart & Analysis
### iPhone Unbrickings (UBs) - Actual Daily
### Greater China - iPhone All
### Q1 FY2019 (9/30/18 to 12/29/18)

Sources: Actual daily UBs from the 9/30/18 to 12/29/18 Daily Total iPhone Summary Reports (APL-SECLIT_00052882 - APL-SECLIT_00067512). See Schedule 1.
Note: Greater China data excludes refurbished products (refurbished products were approximately 1% of all UBs (all regions) in Q1 FY2019). The 9/30/18 to 10/31/18 trendline is generated from a
spreadsheet function that applies a best fit line to the data.

<u>**Chart 2**</u>



### Summary Chart & Analysis
### iPhone Unbrickings (UBs) - Actual Weekly (YoY)
### Greater China - iPhone All
**Q1 FY2019 (9/30/18 to 12/29/18)** vs. **Q1 FY2018 (10/1/17 to 12/30/17)**

Q4 2018 earnings call 11/1/18

**Weekly UBs**
— Q1 2018 Actual
— Q1 2019 Actual

Source: The Q1 FY2018 Greater China iPhone unbrickings were calculated using the year-over-year percentages in the Week 13 Q1 FY2019 iPhone Extrap Report (at APL-SECLIT_00362303); the 12/29/18 Daily Total iPhone Summary Report (at APL-SECLIT_00067375) was used to derive the actual weekly UBs for week 13 ending 12/30/2017 and 12/29/2018. See Schedule 2.
Note: Greater China data excludes refurbished products (refurbished products were approximately 1% of all UBs (all regions) in Q1 FY2019).

**Chart 3**



### Summary Chart & Analysis
**iPhone Unbrickings (UBs) - Increase/Decrease in [QTD UBs YoY % Change] vs. [Last Quarter QTD UBs YoY % Change]**
### Greater China - iPhone All
#### QTD Q1 FY2019 YoY vs. QTD Q4 FY2018 YoY

Sources: YoY % Change in QTD UBs vs. Last Quarter YoY % Change from the 10/7/18 to 12/29/18 Daily Total iPhone Summary Reports (APL-SECLIT_00053971 - APL-SECLIT_00067512). See Schedule 3.
Note: Greater China data excludes refurbished products (refurbished products were approximately 1% of all UBs (all regions) in Q1 FY2019).

**Chart 4**



### Summary Chart & Analysis
### iPhone Unbrickings (UBs) - Forecast (as of Week 5) Weekly UBs
Greater China - iPhone All
Q1 FY2019 (9/30/18 to 12/29/18)

Source: Forecasted weekly UBs from the Week 5 Q1 FY2019 Weekly iPhone Extrap Report (at APL-SECLIT_00497938); Actual UBs from the Week 13 Q1 FY2019 iPhone Extrap Report (at APL-SECLIT_00362303); the 12/29/18 Daily Total iPhone Summary Report (at APL-SECLIT_00067375) was used to derive the actual weekly UBs for week 13 ending 12/29/2018. See Schedule 4.
Note: Greater China data excludes refurbished products (refurbished products were approximately 1% of all UBs (all regions) in Q1 FY2019).

**Highly Confidential**

### Summary Chart & Analysis
### iPhone Unbrickings (UBs) - Forecast (as of Week 5) Weekly UBs
### Greater China vs. All Regions ex-GC - iPhone All
### Q1 FY2019 (9/30/18 to 12/29/18)



Source: Forecasted weekly UBs from the Week 5 Q1 FY2019 Weekly iPhone Extrap Report (at APL-SECLIT_00497938); Actual UBs from the Week 13 Q1 FY2019 iPhone Extrap Report (at APL-SECLIT_00362303); the 12/29/18 Daily Total iPhone Summary Report (at APL-SECLIT_00067341 and APL-SECLIT_00067375) was used to derive the actual weekly UBs for week 13 ending 12/29/2018. See Schedule 5.
Note: Greater China data excludes refurbished products (refurbished products were approximately 1% of all UBs (all regions) in Q1 FY2019).



Summary Chart & Analysis
iPhone Unbrickings (UBs) - Forecast (as of Week 5) Weekly UBs Beat/(Miss) %
Greater China vs. All Regions ex-GC - iPhone All
Q1 FY2019 (10/28/18 to 12/29/18)

Source: Forecasted weekly UBs from the Week 5 Q1 FY2019 Weekly iPhone Extrap Report (at APL-SECLIT_00497938); Actual UBs from the Week 13 Q1 FY2019 iPhone Extrap Report (at APL-SECLIT_00362303); the 12/29/18 Daily Total iPhone Summary Report (at APL-SECLIT_00067341 and APL-SECLIT_00067375) was used to derive the actual weekly UBs for week 13 ending 12/29/2018. See Schedule 6.
Note: Greater China data excludes refurbished products (refurbished products were approximately 1% of all UBs (all regions) in Q1 FY2019).



Source: Forecasted weekly UBs from the Week 5 Q1 FY2019 Weekly iPhone Extrap Report (at APL-SECLIT_00497938); Actual UBs from the Week 13 Q1 FY2019 iPhone Extrap Report (at APL-SECLIT_00362303); the 12/29/18 Daily Total iPhone Summary Report (at APL-SECLIT_00067341 and APL-SECLIT_00067375) was used to derive the actual weekly UBs for week 13 ending 12/29/2018. See Schedule 7.

Note: Greater China data excludes refurbished products (refurbished products were approximately 1% of all UBs (all regions) in Q1 FY2019).



Source: Forecasted weekly UBs from the Week 5 Q1 FY2019 Weekly iPhone Extrap Report (at APL-SECLIT_00497938); Actual UBs from the Week 13 Q1 FY2019 iPhone Extrap Report (at APL-SECLIT_00362303); the 12/29/18 Daily Total iPhone Summary Report (at APL-SECLIT_00067341 and APL-SECLIT_00067375) was used to derive the actual weekly UBs for week 13 ending 12/29/2018. See Schedule 8.

Note: Greater China data excludes refurbished products (refurbished products were approximately 1% of all UBs (all regions) in Q1 FY2019).

Appendix D

**Chart 9**



### Summary Chart & Analysis
#### iPhone Unbrickings (UBs) - % Change in Rolling Total Q1 Forecast UBs from 11/1/18
#### Greater China vs. All Regions ex-GC - iPhone All
Q1 FY2019 (11/1/18 to 12/29/18)

Source: Forecasted total Q1 FY2019 UBs from the 11/1/18 to 12/29/18 Daily Total iPhone Summary Reports (APL-SECLIT_00052882 - APL-SECLIT_00067512). See Schedule 9.
Note: Data excludes refurbished products (refurbished products were approximately 1% of all UBs (all regions) in Q1 FY2019).

Case 4:19-cv-02033-YGR   Document 318-3   Filed 10/20/22   Page 21 of 23

**Chart 10**



Highly Confidential

10

Appendix D

**Chart 11**

## Summary Chart
## Apple Revenue YoY Growth
### Select Emerging Markets
#### Q4 FY2018 YoY (Q4 FY2018 vs. Q4 FY2017)

**Revenue Growth**

*YoY Revenue Growth % (Q4FY2018 vs. Q4FY2017)*

| | iPhone | Apple Total | | |
| --- | --- | --- | --- | --- |
| | **As Reported** | **As Reported** | **In Constant Currency** | **Constant Currency Difference** |
| | [A] | [B] | [C] | [D] = [B] - [C] |
| Greater China | 27% | 16% | 17% | -1% |
| Brazil | -12% | -7% | 9% | -16% |
| India | -10% | -1% | 6% | -7% |
| Russia | 23% | 25% | 35% | -11% |
| Turkey | -34% | -26% | 0% | -26% |

Source: The Q4 FY2018 Earnings Call Prep Documents (APL-SECLIT_00261126, APL-SECLIT_00281857). See Schedule 11.

**Highly Confidential**

11



Summary Chart
Currency Impact on Apple YoY Revenue Growth
Select Emerging Markets
Q4 FY2018 YoY (Q4 FY2018 vs. Q4 FY2017)

Source: The Q4 FY2018 Earnings Call Prep Documents (APL-SECLIT_00281857). See Schedule 12.