JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
MICHAEL D. TORPEY (SBN 79424)
mtorpey@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1 (415) 773-5700
Facsimile:     +1 (415) 773-5759

Attorneys for Defendants Apple Inc.,
Timothy Cook, and Luca Maestri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No. 4:19-cv-02033-YGR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR STAY OF PRODUCTION ORDERS PENDING DECISION IN *IN RE GRAND JURY*** <br><br><u>Hearing</u><br>Date:   TBD<br>Time:   2:00 p.m.<br>Ctrm:   1, 4th Floor<br>Judge:  Honorable Yvonne Gonzalez Rogers |

1  On October 20, 2022, Defendants Apple Inc., Tim Cook, and Luca Maestri filed a Motion
2  for Stay of Production Orders Pending Decision in *In re Grand Jury* (the "Motion").  Having
3  considered the papers, and for good cause shown, the Court hereby GRANTS Defendants'
4  Motion.  Magistrate Judge Joseph C. Spero's August 3, 2022 Order Granting in Part and Denying
5  in Part Plaintiff's Motion to Compel (ECF No. 272), this Court's September 12, 2022 Order on
6  Defendants' Motion for Relief From a Non-dispositive Pretrial Order (ECF No. 302), and this
7  Court's September 29, 2022 Order Denying Motion to Certify Interlocutory Appeal and for Stay
8  of Production (ECF No. 312) (collectively, the "production orders") are hereby stayed pending
9  the Supreme Court's decision in *In re Grand Jury*, No. 21-1397 (U.S.).

**IT IS SO ORDERED.**

Date: _____, 2022

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE