ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
KENNETH J. BLACK (291871)
HADIYA K. DESHMUKH (328118)
JACOB G. GELMAN (344819)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
jgelman@rgrdlaw.com
        – and –
MARK SOLOMON (151949)
JASON A. FORGE (181542)
RAPHAELLA FRIEDMAN (323324)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
jforge@rgrdlaw.com
rfriedman@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | Case No. 4:19-cv-02033-YGR<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED |

4884-0358-4570.v1

Having considered Plaintiff's[1] Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (the "Motion") in connection with Lead Plaintiff's Opposition to Defendants'[2] Motion for Summary Judgment ("Opp. MSJ") and Lead Plaintiff's Opposition to Defendants' Motion to Exclude Expert Testimony ("Opp. Exclude"), the pleadings and filings herein and such other evidence and written or oral arguments as may be presented to the Court, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion is GRANTED;

2. Plaintiff may file the following documents under seal, pending the Court's consideration, pursuant to Civil Local Rule 79-5(f):

| DOCUMENT | REASON FOR SEALING | DESIGNATING PARTY |
|---|---|---|
| LEAD PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| LEAD PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 1 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 2 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 3 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 4 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 5 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |

---

[1] "Plaintiff" is Lead Plaintiff and Class Representative Norfolk County Council as Administering Authority of the Norfolk Pension Fund.

[2] "Defendants" are Apple Inc., Timothy D. Cook, and Luca Maestri.

| DOCUMENT | REASON FOR SEALING | DESIGNATING PARTY |
|---|---|---|
| Exhibit 6 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 7 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 8 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 9 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 10 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 11 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 12 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 13 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 14 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 15 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 16 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 17 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 18 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 19 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 20 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |

| DOCUMENT | REASON FOR SEALING | DESIGNATING PARTY |
|---|---|---|
| Exhibit 21 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 22 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 23 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 24 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 25 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 26 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 27 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 28 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 29 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 30 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 31 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 32 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 33 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 34 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 35 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |

| DOCUMENT | REASON FOR SEALING | DESIGNATING PARTY |
|---|---|---|
| Exhibit 36 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 37 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 38 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 39 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 40 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 41 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 42 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 43 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 44 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 45 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 46 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 47 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 48 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 49 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 50 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |

| DOCUMENT | REASON FOR SEALING | DESIGNATING PARTY |
|---|---|---|
| Exhibit 51 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 52 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 53 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 54 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 55 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 56 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 57 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 58 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 59 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 60 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 61 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 62 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 63 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 64 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 65 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |

| DOCUMENT | REASON FOR SEALING | DESIGNATING PARTY |
|---|---|---|
| Exhibit 66 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 67 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 68 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 69 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 70 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 71 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 72 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 73 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 74 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 75 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 76 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 77 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 78 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 79 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 80 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |

| DOCUMENT | REASON FOR SEALING | DESIGNATING PARTY |
|---|---|---|
| Exhibit 81 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 82 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 83 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 84 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 85 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 86 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 87 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 88 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 89 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 90 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 91 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 92 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 93 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 94 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 95 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |

| DOCUMENT | REASON FOR SEALING | DESIGNATING PARTY |
|---|---|---|
| Exhibit 96 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 97 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Hon Hai Precision Industry Co. (Foxconn) |
| Exhibit 98 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Hon Hai Precision Industry Co. (Foxconn) |
| Exhibit 99 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 139 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 140 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 142 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 143 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Hon Hai Precision Industry Co. (Foxconn) |
| Exhibit 144 | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Lumentum Holdings |
| Exhibit A | Designated CONFIDENTIAL/HIGHLY CONFIDENTIAL | Defendants |

\*     \*     \*

**O R D E R**

IT IS SO ORDERED.

DATED: _____        _____
THE HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE