ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
KENNETH J. BLACK (291871)
HADIYA K. DESHMUKH (328118)
JACOB G. GELMAN (344819)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
jgelman@rgrdlaw.com
          – and –
MARK SOLOMON (151949)
JASON A. FORGE (181542)
RAPHAELLA FRIEDMAN (323324)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
jforge@rgrdlaw.com
rfriedman@rgrdlaw.com

Lead Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION | ) ) ) ) ) |
| This Document Relates To: | ) ) ) ) ) ) ) ) |
| ALL ACTIONS. | |

Case No. 4:19-cv-02033-YGR

CLASS ACTION

DECLARATION OF SHAWN A. WILLIAMS IN SUPPORT OF LEAD PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY

1   I, SHAWN A. WILLIAMS, declare as follows:

2   1.   I am an attorney duly licensed to practice before all of the courts of the State of

3   California and before this District Court.  I am a member of the law firm Robbins Geller Rudman

4   & Dowd LLP, Lead Counsel for Lead Plaintiff and Class Representative Norfolk County Council

5   as Administering Authority of the Norfolk Pension Fund ("Plaintiff") in the above-entitled action.

6   I have personal knowledge of the matters stated herein and, if called upon, I could and would

7   competently testify thereto.  This Declaration is made in support of Lead Plaintiff's Opposition to

8   Defendants'[1] Motion to Exclude Expert Testimony.

9   2.   Attached are true and correct copies of the following exhibits:

10   Exhibit A:   Doug Guthrie and Brandon Edwards, "Consumption in the Age of Xi: Understanding China's Evolving Consumer Markets" (Bates No. APL-SECLIT_00244366-APL-SECLIT_00244379) [**FILED UNDER SEAL**];

12   Exhibit B:   Thunderbird School of Global Management., Arizona State University, "Doug Guthrie," https://thunderbird.asu.edu/about/people/staff-faculty/doug-guthrie (last visited October 20, 2022);

14   Exhibit C:   Oded Shenkar, *The Chinese Century: The Rising Chinese Economy and Its Impact on the Global Economy, the Balance of Power, and Your Job* (2006) (excerpts);

16   Exhibit D:   *The Economist*, "Behind all the glitter; Modern China," dated May 7, 2005;

17   Exhibit E:   *The Wall Street Journal*, "China May Be on Course to Overtake U.S. Economy," dated January 24, 2005;

18   Exhibit F:   Oded Shenkar, *Copycats: How Smart Companies Use Imitation to Gain a Strategic Edge* (2010) (excerpts); and

20   Exhibit G:   Frank Partnoy, Deposition Transcript, dated July 21, 2022 (excerpts).

21   I declare under penalty of perjury under the laws of the United States of America that the

22   foregoing is true and correct.  Executed this 20th day of October, 2022, in the State of California.

                                  s/ Shawn A. Williams
                                  SHAWN A. WILLIAMS

---

[1]   "Defendants" are Apple Inc. ("Apple"), and Timothy D. Cook, and Luca Maestri.