# EXHIBIT B

 

Degrees ∨    Executive Education ∨    Lifelong Learning ∨    Insights & Solutions ∨    Employers & Partners ∨    Alumni & Giving ∨    About ∨



# Doug Guthrie

**Exec Dir (ACD) & Professor**

Home / About Thunderbird / People / Thunderbird Staff & Faculty / Doug Guthrie

**Biography**    **Education**    **Public Work**    **Insights**

## Biography

ASU Home   My ASU   Colleges and Schools   Sign In   Q

 **THUNDERBIRD**
SCHOOL OF GLOBAL MANAGEMENT

 **ASU**
Arizona State
University

Degrees ∨    Executive Education ∨    Lifelong Learning ∨    Insights & Solutions ∨    Employers & Partners ∨    Alumni & Giving ∨    About ∨

## Biography

Doug Guthrie is an expert in international business and trade, technology and society, entrepreneurship and technology transfer, and organizational development.

Guthrie uses his past experience in his teaching at ASU since he was a senior director at Apple in Shanghai, China, where he led Apple University efforts on leadership and organizational development in China.

Guthrie is a professor and the director of China Initiatives at the Thunderbird School of Global Management.

He has spent his career researching, writing, teaching and advising companies about organizational development and the Chinese economic reforms.

He received an AB in East Asian languages (concentration in Chinese literature) from the University of Chicago and MA and PhD degrees in organizational sociology from the University of California, Berkeley. Fluent in Mandarin Chinese, he studied in Taipei, Taiwan, during his undergraduate years and conducted PhD research in Shanghai, China. He has authored and edited books, academic articles, popular articles, reports on Chinese economic reform, leadership and corporate social responsibility, and strategic economic development in American cities.

## Education

Ph.D. Organizational Sociology, University of California, Berkeley

M.A. Organizational Sociology, University of California, Berkeley

A.B. in East Asian Languages (concentration in Chinese literature), University of Chicago

THUNDERBIRD
SCHOOL OF GLOBAL MANAGEMENT

ASU
Arizona State
University

Degrees ⌄    Executive Education ⌄    Lifelong Learning ⌄    Insights & Solutions ⌄    Employers & Partners ⌄    Alumni & Giving ⌄    About ⌄

## Education

Ph.D. Organizational Sociology, University of California, Berkeley

M.A. Organizational Sociology, University of California, Berkeley

A.B. in East Asian Languages (concentration in Chinese literature), University of Chicago

## Public Work

### Work History                                                                    ⊟

Prior to Guthrie's position at ASU, he was a senior director at Apple and Apple University Faculty Member based in China (2014-2019). Prior to joining Apple, from 2010-2014, hewasdDean of the George Washington School of Business, vice president for University China Operations, and professor of International Business. Prior to GW, from 1997-2010, he held faculty positions at NYUs Stern School of Business, where he was professor of management and director of custom executive education, and NYUs Faculty of Arts and Sciences, where he was professor of sociology. He has held visiting professorships at several business schools, including Kellogg, Harvard, INSEAD, Stanford, Columbia and Emory. He has also served as director of the Business Institutions Initiative at the Social Science Research Council (1999-2003), director of the NYU Office of Global Initiatives (2000-03), academic director of the Berlin School of Creative Leadership (2008-11), and head of the Advisory Coalition for the District of Columbia's Strategic Economic Planning (2011-14).

 

 Degrees ⌄     Executive Education ⌄     Lifelong Learning ⌄     Insights & Solutions ⌄     Employers & Partners ⌄     Alumni & Giving ⌄     About ⌄

# Public Work

## Work History                                                                    ⊟

Prior to Guthrie's position at ASU, he was a senior director at Apple and Apple
University Faculty Member based in China (2014-2019). Prior to joining Apple, from
2010-2014,  hewasdDean of the George Washington School of Business, vice
president for University China Operations, and professor of International Business.
Prior to GW, from 1997-2010, he held faculty positions at NYUs Stern School of
Business, where he was professor of management and director of custom executive
education, and NYUs Faculty of Arts and Sciences, where he was professor of
sociology. He has held visiting professorships at several business schools, including
Kellogg, Harvard, INSEAD, Stanford, Columbia and Emory. He has also served as
director of the Business Institutions Initiative at the Social Science Research
Council (1999-2003), director of the NYU Office of Global Initiatives (2000-03),
academic director of the Berlin School of Creative Leadership (2008-11), and head of
the Advisory Coalition for the District of Columbia's Strategic Economic Planning
(2011-14).



 

    

EXHIBIT C

# Wharton School Publishing
## Paperback Editions



New
Epilogue
on How to
Compete with
China

# THE CHINESE CENTURY

## THE RISING CHINESE ECONOMY AND ITS IMPACT ON THE GLOBAL ECONOMY, THE BALANCE OF POWER, AND YOUR JOB



ODED SHENKAR



Ideas. Action. Impact.
**Wharton School**
**Publishing**

In the face of accelerating turbulence and change, business leaders and policy makers need new ways of thinking to sustain performance and growth.

Wharton School Publishing offers a trusted source for stimulating ideas from thought leaders who provide new mental models to address changes in strategy, management, and finance. We seek out authors from diverse disciplines with a profound understanding of change and its implications. We offer books and tools that help executives respond to the challenge of change.

Every book and management tool we publish meets quality standards set by The Wharton School of the University of Pennsylvania. Each title is reviewed by the Wharton School Publishing Editorial Board before being given Wharton's seal of approval. This ensures that Wharton publications are timely, relevant, important, conceptually sound or empirically based, and implementable.

To fit our readers' learning preferences, Wharton publications are available in multiple formats, including books, audio, and electronic.

To find out more about our books and management tools, visit us at whartonsp.com and Wharton's executive education site, exceed.wharton.upenn.edu.





# The Chinese Century

*The Rising Chinese Economy and*
*Its Impact on the Global Economy,*
*the Balance of Power, and Your Job*

## Oded Shenkar



Ideas. Action. Impact.
**Wharton School**
**Publishing**

Library of Congress Number: 2004106546

**Hardback Edition**
Publisher: Tim Moore
Wharton Editor: Yoram (Jerry) Wind
Editorial Assistant: Richard Winkler
Marketing Manager: Martin Litkowski
International Marketing Manager: Tim Galligan
Managing Editor: Gina Kanouse
Senior Project Editor: Sarah Kearns
Copy Editor: Karen Gill
Senior Compositor: Gloria Schurick
Indexer: Julie Kawabata
Proofreader: Andrew Wahnsiedler
Cover Design: Chuti Prasertsith
Manufacturing Buyer: Dan Uhrig

**Paperback Edition**
Vice President, Editor-in-Chief: Tim Moore
Wharton Editor: Yoram (Jerry) Wind
Editorial Assistant: Susie Abraham
Assistant Editor-in-Chief and Director of Marketing: Amy Neidlinger
International Marketing Manager: Tim Galligan
Cover Designer: Chuti Prasertsith
Managing Editor: Gina Kanouse
Project Editor: Rebecca Storbeck
Senior Compositor: Gloria Schurick
Manufacturing Buyer: Dan Uhrig



© 2006 by Pearson Education, Inc.
Publishing as Wharton School Publishing
Upper Saddle River, New Jersey 07458

Wharton School Publishing offers excellent discounts on this book when ordered in quantity for bulk purchases or special sales. For more information, please contact U.S. Corporate and Government Sales, 1-800-382-3419, corpsales@pearsontechgroup.com. For sales outside the U.S., please contact International Sales at international@pearsoned.com.

Company and product names mentioned herein are the trademarks or registered trademarks of their respective owners.

All rights reserved. No part of this book may be reproduced, in any form or by any means, without permission in writing from the publisher.

Printed in the United States of America

First Printing

ISBN 0-13-187731-3

Pearson Education LTD.
Pearson Education Australia PTY, Limited.
Pearson Education Singapore, Pte. Ltd.
Pearson Education North Asia, Ltd.
Pearson Education Canada, Ltd.
Pearson Educatión de Mexico, S.A. de C.V.
Pearson Education—Japan



Baumohl, *THE SECRETS OF ECONOMIC INDICATORS*

Billingsley, *UNDERSTANDING ARBITRAGE*

Chatterjee, *FAILSAFE STRATEGIES*

Davila/Epstein/Shelton, *MAKING INNOVATION WORK*

Gupta/Lehmann, *MANAGING CUSTOMERS AS INVESTMENTS*

Hart, *CAPITALISM AT THE CROSSROADS*

Hrebiniak, *MAKING STRATEGY WORK*

Huntsman, *WINNERS NEVER CHEAT*

Kelly, *POWERFUL TIMES*

Lennick/Kiel, *MORAL INTELLIGENCE*

Mahajan/Banga, *THE 86 PERCENT SOLUTION*

Marcus, *BIG WINNERS AND BIG LOSERS*

Mittelstaedt, *WILL YOUR NEXT MISTAKE BE FATAL?*

Navarro, *THE WELL-TIMED STRATEGY*

Ohmae, *THE NEXT GLOBAL STAGE*

Pandya/Shell/Warner/Junnarkar/Brown, *NIGHTLY BUSINESS REPORT PRESENTS LASTING LEADERSHIP*

Prahalad, *THE FORTUNE AT THE BOTTOM OF THE PYRAMID*

Roberto, *WHY GREAT LEADERS DON'T TAKE YES FOR AN ANSWER*

Shane, *FINDING FERTILE GROUND*

Shenkar, *THE CHINESE CENTURY*

Sirota/Mischkind/Meltzer, *THE ENTHUSIASTIC EMPLOYEE*

Stallkamp, *SCORE!*

Urban, *DON'T JUST RELATE — ADVOCATE!*

Vogel/Cagan/Boatwright, *THE DESIGN OF THINGS TO COME*

Wind/Crook/Gunther, *THE POWER OF IMPOSSIBLE THINKING*

**WHARTON SCHOOL PUBLISHING**
**Editorial Board**



The Editorial Board of Wharton School Publishing is comprised of the following members from the senior faculty of the Wharton School. The Editorial Board ensures all manuscripts and materials meet Wharton's standard by addressing important topics with ideas and insights that are

· Relevant
· Timely
· Implementable in real decision settings

· Empirically based
· Conceptually sound

- **Dr. David C. Schmittlein**
  Ira A. Lipman Professor
  Professor of Marketing
  Deputy Dean, The Wharton School
  *Chair of the Editorial Board*

- **Dr. Yoram (Jerry) Wind**
  The Lauder Professor, Professor of Marketing
  Director, The Wharton Fellows
  Director, SEI Center for Advanced Studies in
  Management

- **Dr. Franklin Allen**
  Nippon Life Professor of Finance
  Professor of Economics
  Co-Director, Financial Institutions Center

- **Dr. Peter Cappelli**
  George W. Taylor Professor of Management
  Director, Center for Human Resources

- **Dr. Thomas Donaldson**
  Mark O. Winkelman Professor

- **Dr. Richard J. Herring**
  Jacob Safra Professor of International Banking
  Professor of Finance
  Co-Director, Financial Institutions Center

- **Dr. John C. Hershey**
  Daniel H. Silberberg Professor
  Professor of Operations and Information
  Management

- **Dr. Paul R. Kleindorfer**
  Anheuser-Busch Professor of Management Science
  Professor of Business and Public Policy
  Co-Director, Risk Management and Decision
  Processes Center

- **Dr. Ian C. MacMillan**
  Fred R. Sullivan Professor
  Professor of Management
  Director, Sol C. Snider Entrepreneurial Research Center

- **Dr. Andrew Metrick**
  Associate Professor of Finance

- **Dr. Olivia S. Mitchell**
  International Foundation of Employee Benefit
  Plans Professor
  Professor of Insurance and Risk Management and
  Business and Public Policy
  Executive Director, Pension Research Council
  Director, Boettner Center for Pensions and
  Retirement Research

- **Dr. David J. Reibstein**
  William Stewart Woodside Professor
  Professor of Marketing

- **Kenneth L. Shropshire**
  David W. Hauck Professor
  Professor of Legal Studies

- **Dr. Harbir Singh**
  Edward H. Bowman Professor of
  Management
  Co-Director, Mack Center for Technological Innovation

- **Dr. Michael Useem**
  The William and Jacalyn Egan Professor
  Professor of Management
  Director, Center for Leadership and Change
  Management

**Management Committee**

- **Barbara Gydé**
  Managing Director, Wharton School Publishing
  *Director of Advertising Strategy, The Wharton School*

- **Mukul Pandya**
  Contributing Editor, Wharton School Publishing
  *Editor and Director, Knowledge@Wharton*

- **John Pierce**
  Vice President, Director of Marketing
  *Wharton School Publishing, Financial Times Prentice
  Hall, and Prentice Hall Business*

- **Timothy C. Moore**
  Vice President, Editor-in-Chief
  *Wharton School Publishing, Financial Times Prentice
  Hall, and Prentice Hall Business*

- **Dr. Yoram (Jerry) Wind**

## Dedication

*To the memory of my parents, Bluma and Joshua Shenkar;
and to my family, Miriam, Keshet, Joshua, and Rakefet.*

EXHIBIT D

# *Behind all the glitter; Modern China*

The Economist

May 7, 2005

U.S. Edition

Copyright 2005 The Economist Newspapers Ltd. All Rights Reserved

**Section:** BOOKS & ART

**Length:** 919 words

**Dateline:** Hong Kong

# Body

Interesting and informed books about China's rise and the global impact of its economy are not easy to come by, as three new offerings attest

CHINA'S boom—and its effect on western manufacturing jobs and consumer prices—is underlined by an array of impressive, if somewhat familiar, statistics. China now consumes 40% of the world's cement, a third of its coal and a quarter of its steel. The move of its peasants to the cities is the greatest migration in human history. ***Paid at less than 50 cents an hour***, ***these disciplined workers can out-compete anyone in the world***.

 Oded Shenkar's succinct and thoughtful book, "The Chinese Century", argues that the rise of China has more in common with the rise of the United States than with that of the other Asian "tigers". China's huge domestic market quickly gave it global bargaining power. More important, it opened up early to foreign investment and trade. As a result, says Mr Shenkar, a management professor with a long interest in China, the country is rapidly climbing the technological ladder by learning and stealing from foreigners. And its large, cheap labour force means that, unlike Japan or South Korea, it can retain its cost advantage in manufacturing as it moves up the value curve. China's greater tolerance of entrepreneurship, he argues, means that its impact will ultimately be more far-reaching and sustainable than Japan's.

 One can debate the technology point. The fact that China's businesses are at the mercy of government whim and political favour, and private entrepreneurs are starved of capital, has discouraged long-term research and promoted unsustainable price wars as a way of grabbing market share. Nor has China benefited as much as it might have done from foreign "technology transfer", despite the scant legal protection offered to intellectual property. Still, Mr Shenkar makes some powerful points about China's tradition of innovation (gunpowder, paper), its readiness, unlike Japan's, to open up its educational system, and the extent to which it has benefited, again unlike Japan, or even India, from a large, rich, educated andentrepreneurial diaspora.

 By contrast, Ted Fishman, an American journalist, is more didactic. As a readable primer, his book "China Inc." has some appeal. But it is short on depth, favouring breathless anecdote about "what is occurring on the other side of the globe" over considered analysis. Mr Fishman admits to having made only two, albeit lengthy, trips to China, but confesses that he was told to finish the book quickly. He leans on secondary sources and seems to have interviewed more people in Chicago than in Shanghai. Mr Fishman offers a wake-up call to his fellow Americans, but ultimately he fails in his aim to demystify the country. By presenting China as invincible and its rise to superpower status as inevitable, he is in danger of promoting fear rather than understanding.

 Neither book gives enough attention to China's real weaknesses: its ageing society, the fragility of its financial system, its sick capital markets, the inefficiency of its economy, its weak service sector, shortages of skilled workers and a political environment that is weighted against long-term business interests. Nor do they deal in any way

adequately with the government's feeble attempts to slow its red-hot domestic economy, which stand in contrast to the aggressive way in which it recently flexed its new global muscles by bullying Japan.

For a real insider's look at life in modern China, readers should turn instead to the work of Rachel DeWoskin, who spent five years in Beijing. Hers is a personal memoir, not an academic effort. But by retelling her rather extraordinary experience and drawing lessons from the confused reactions of her Chinese friends to their changing country, she shows a society that is both immutable and developing at warp speed.

Ms DeWoskin, daughter of Ken DeWoskin, a sinologist and former University of Michigan professor, was hired by an American public-relations firm in the late 1990s and wound up as the star of a soap opera watched by 600m Chinese—the "Foreign Babes in Beijing" of the book's title. Her writing provides some effective examples of how China sees the world today—and how it thinks the world sees China. When the vegetarian Ms DeWoskin picks the pork off her noodles at lunch on her first day, her co-workers assume she grew up too poor to afford meat. She learns that the Chinese believe that westerners regard them as lazy—a conclusion that is reinforced, no doubt, by the fact that her American boss shouts and throws hamburgers at his Chinese staff. When her fellow actors call her *kaifang* or open-minded, she is flattered before realising that when applied to a young, foreign girl, the word means promiscuous.

Ms DeWoskin is at her best when recounting the contradictions of modern China. Her friends brim with optimism. They switch jobs, start businesses and crave western goods. Yet they also remain suspicious of western values, socially conservative and jingoistic. In the soap opera, the author plays a ruthless "foreign babe" who steals a nice young Chinese man from his wife. Yet by the end, his traditional family has come to accept her, partly because she genuinely loves him, but mostly because she promises to take him to America with her. Ms DeWoskin's portrait of the complexities of urban China is not uncritical. But her book is written with enormous warmth for its people. And it is all the better for avoiding neat conclusions.

## Graphic

The Chinese Century: The Rising Chinese Economy and Its Impact on the Global Economy, the Balance of Power, and Your Job.; China Inc.: How the Rise of the Next Superpower Challenges America and the World.; Foreign Babes in Beijing: Behind the Scenes of a New China.

**Load-Date:** May 6, 2005

EXHIBIT E

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/SB110651152358433393

# China May Be on Course To Overtake U.S. Economy

*By Charles Hutzler* Staff Reporter of The Wall Street Journal
Jan. 24, 2005 12:01 am ET

During the 1950s, China's communist government boasted that its economy would surpass Britain's in 15 years and catch up with the U.S.'s in 30. The prediction proved disastrously wrong, as did Mao Zedong's policies, which brought the economy to ruin.

But now, a half-century later, many economists say those goals look more attainable. Having grown an estimated 9.2% last year and maintained an inflation-adjusted average annual growth rate of 8% or more for the past 25 years, China's economy seems to be on a trajectory to one day overtake the U.S.'s, which has been growing at an inflation-adjusted average annual rate of about 3% for the past 25 years.

Predicting when China will achieve economic primacy isn't an exact science; it depends heavily on assumptions about future rates of growth and currency valuations, among other factors. When economists surveyed last month by The Wall Street Journal were asked to predict when -- if ever -- this would happen, the projections varied widely. Some economists said "never" while a few didn't even bother to take a guess, but most economists said China will overtake the U.S. in the next 20 to 40 years.

"If you take a survey of all the CEOs of listed companies in America and ask them, 'What's the single factor that's going to change the world,' it's going to be China," says Donald Straszheim, an economist who specializes in China and heads Straszheim Global Advisers LLC in Los Angeles. Mr. Straszheim predicts the pivotal moment will come in 15 years.

Understanding this trend is far from academic, with an impact likely to shake up businesses and governments and today's U.S.-driven world order. Having the world's largest economy will give China a greater say in global affairs. Its currency, which is now pegged to the U.S. dollar, will join the yen and the euro as globally traded currencies and in doing so will erode the dollar's position as the world's default coin of choice. China's military, which has enjoyed double-digit budget increases for much of the past 15 years, is likely to grow larger, bolstered by the huge economy.

The Central Intelligence Agency, for one, is taking note. A research arm, the National Intelligence Council, issued a report last month likening China's emergence and its impact on the world to that of the U.S. in the last century and Germany in the 19th. The report says that by 2020 the world's geopolitical center of gravity will tilt toward Asia, especially China, the economy of which will have surpassed Japan's to become second only to that of the U.S.

Events could knock China off course. The country is beset by deep-seated problems, from shortages of energy resources and water to severe environmental degradation and an enlarging gap between the prosperous and poor that could generate widespread unrest. Some economists argue that to sustain long-term growth, market economies require political freedom -- something the communist government shows scant intention of bestowing.

WELCOME BACK

We noticed you're already a member. Please sign in to continue reading WSJ or your next reading experience may be blocked.

SIGN IN

The more optimistic predictions aren't based solely on simple calculations of gross domestic product but take into account other factors. Factoring in future appreciations in the Chinese currency, for example, makes the economy relatively larger. Another is purchasing-power parity, which adjusts currency conversions to measure the relative costs of goods and services. Because labor and, hence, many services are so cheap in China, relative spending power is high. Using this measure, the World Bank ranks the Chinese economy as second only to that of the U.S., while in a straight dollar conversion, China is No. 6 -- ahead of Italy and Canada.



**Forging Ahead**

Projected gross domestic product of Japan, China and the U.S., in trillions of U.S. dollars

Source: Goldman Sachs

The more bullish forecasters say the future China-oriented world already is taking shape. The country is the No. 3 trader in the world, behind the U.S and Germany but ahead of Japan. Already China is trying to leverage its roles as huge consumer market and world workshop to influence the technology standards on wireless computing and communications, much as the dominance of Microsoft Corp.'s personal-computer operating system helped it become the global standard.

Underpinning these dynamics is a unique advantage: "Size does matter," says Oded Shenkar of the Fisher College of Business at Ohio State University. Author of the recently published book, "The Chinese Century," Mr. Shenkar predicts China will assume the No. 1 spot within 20 years. His estimate does include adjustments for relative purchasing power and like many economists, Mr. Shenkar says government statistics underestimate the true size of the Chinese economy, by as much, he says, as a fifth.

The lure of this big market getting bigger year by year is drawing ever greater amounts of foreign investment, $60 billion last year, creating, Mr. Shenkar says, a virtuous cycle. "The additional investment is going to make the Chinese economy grow faster," Mr. Shenkar says.

Sustaining long periods of strong growth is hardly unprecedented. If China edges out the U.S. in, say 2041, as a Goldman Sachs research paper predicted in 2003, it will have done so in about 65 years. The U.S. took about 100 years to surpass Britain as the world's No. 1. Japan rose to second place from the ruins of World War II in 30 years.

China has many of the advantages that the U.S. and Japan enjoyed in their ascents. Like the U.S., it has land in abundance and a sizable domestic market, which drives internal demand. Like Japan, China has a highly educated population, an undervalued currency and access to capital and technology.

China also has a history of economic supremacy, having been the world's largest economy for much of the 700 years starting around 1000. In an echo of today's capital and technology transfers, the introduction of early-ripening rice and later of New World crops like maize and sweet potatoes created food surpluses, allowing the buildup of porcelain and silk industries that dominated global trade, says Kent Deng, an economic historian at London School of Economics. As late as 1730, historians say, the country produced a third of the world's manufactured goods. China currently dominates about 12% of world manufacturing.

Yet history provides another lesson that puts the Chinese economic leviathan in perspective. Despite its dominance, the country was quickly eclipsed by the rapidly industrializing Western European nations and the U.S., in part because it failed to develop systems of scientific research and ways to commercialize findings. Much the same criticism is leveled today at Chinese companies and government, whose research and development spending trails that in wealthier nations.

But even if China manages to maintain strong growth and rival the U.S. in economic size, its people still won't be rich. According to the Goldman Sachs research, by 2040, gross domestic product per capita in China will be about one-third that of Americans. That will somewhat mute the significance of grabbing the No. 1 spot.

**Write to** Charles Hutzler at <u>charles.hutzler@wsj.com</u>

Copyright © 2022 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

EXHIBIT F

# copycats

Shenkar

MANAGEMENT

"A 'must read' for all marketing and technical executives, as well as any business leader driving profits. Imitation stands at the intersection of the drive for innovation and the need for improved profitability. Shenkar does a terrific job of raising the importance of this critical business strategy and makes a strong case for imitation as a strategy for success."

—Christopher Connor
Chairman and CEO, Sherwin-Williams

"Many business leaders believe innovation is the sole key to sustainable success. Through his in-depth and provocative research, Oded Shenkar shows that imitation—and being a better copycat—is as critical as innovation to business success and prosperity. This book is a 'must read,' providing a new lens to view imitation—a lens that very few people fully appreciate or understand."

—Lionel Nowell
former Senior Vice President and Chief Financial Officer, PepsiCo; currently serving on the boards of American Electric Power and Reynolds American Inc.

"There is a thin line between admired innovation and sometimes criticized copying. But imitation is enormously useful, and *Copycats* shows the productive use of imitation to save both time and money and provide a platform to then innovate."

—Don Shackelford
former Chair of Fifth Third Bank of Central Ohio

"Imitation and innovation straddle the edge of intellectual property protection—and this is where Oded Shenkar warns inventors and inspires challengers. Both play a crucial role in sustained economic prosperity. *Copycats* captures the interplay brilliantly."

—Edgar H. Haug
Managing Partner, Frommer Lawrence & Haug LLP

"*Copycats* documents how clever imitators capitalize on the shortcomings of new offerings in ways that allow them to capture greater margins and market share than pioneers. No innovator can afford *not* to embrace imitation as a complementary innovation strategy."

—J. P. Donlon
Editor-in-Chief, *Chief Executive* magazine

ISBN 978-1-4221-2673-8

www.hbr.org/books



HARVARD BUSINESS PRESS

# copycats

*how smart companies use imitation
to gain a strategic edge*

## Oded Shenkar

HARVARD BUSINESS PRESS

# Copycats

## How Smart Companies Use Imitation to Gain a Strategic Edge

### ODED SHENKAR

HARVARD BUSINESS PRESS
BOSTON, MASSACHUSETTS

Copyright 2010 Harvard Business School Publishing Corporation

All rights reserved

Printed in the United States of America

No part of this publication may be reproduced, stored in or
introduced into a retrieval system, or transmitted, in any form,
or by any means (electronic, mechanical, photocopying, recording,
or otherwise), without the prior permission of the publisher. Requests
for permission should be directed to permissions@hbsp.harvard.edu,
or mailed to Permissions, Harvard Business School Publishing,
60 Harvard Way, Boston, Massachusetts 02163.

Library of Congress Cataloging-in-Publication Data

Shenkar, Oded.
    Copycats : combining imitation and innovation to outsmart your
competitors / Oded Shenkar.
        p. cm.
    ISBN 978-1-4221-2673-8 (hbk. : alk. paper)    1. Competition—
Management.    2. Imitation—Economic aspects.    3. Diffusion
of innovations—Management.    4. New products.    5. Strategic
planning.   I. Title
    HD41.S54125 2010
    658.4'063—dc22

                                               2009049543

The paper used in this publication meets the requirements of
the American National Standard for Permanence of Paper for
Publications and Documents in Libraries and Archives Z39.48-1992.

*To Miriam, Keshet, Josh,
and Riki; inimitable*

home, induced by growth opportunities and encouraged by dedicated government incentives. The return rate for Chinese graduates is greater than 30 percent and rising, whereas that for South Koreans already exceeds 90 percent. The influx further enhances the ability of emerging economies to absorb, rather than merely obtain, new technologies and product ideas and to engage in creative imitation that is based on strong differentiating features rather than price alone.

## The Modularization of the Value Chain

Value chain modularization lowers the threshold for new entrants that previously had to pay billions of dollars, accumulate decades of experience, and build solid reputations before they could venture into a technology- and capital-intensive market. For instance, the modularization of mobile phone technology into radio frequency circuits, RISC chips, and application software permitted Chinese newcomers (such as Ningbo Bird and Amoy) to combine third-party modules with Korean design expertise to capture more than half of the Chinese market.[11]

Spreadtrum, a company headquartered in Shanghai and in Silicon Valley, combines semiconductor, software, multimedia, and power expertise to offer a complete wireless solution on a single chip. The platform enables mobile

phone providers to enter the market quickly and cheaply with a standard package differentiated by external appearance and services. This makes the job of would-be imitators much easier as well as faster and cheaper.

The same phenomenon can be seen in other product segments: Vizio, a vendor of low-price flat panel television sets, was established with a mere $600,000 investment. The company, which now commands 12.4 percent of the U.S. market—about the same as venerable Sony—refrains from investing in R&D or in manufacturing. It contracts with one of its part owners, a Taiwanese OEM, and sells via large retailers such as Costco and Wal-Mart's Sam's Club, which provide it with market knowledge, packaging, and distribution. This makes it possible for Vizio to undercut competitor prices and rapidly build scale that generates further price advantages.[12]

The entry of firms like Vizio into a crowded field that once required billions of dollars in investment and the development of a solid technological base is facilitated by a wave of outsourcing that disperses knowledge and resources that were once contained within a single company. The dispersion is accompanied by agglomerations of suppliers whose flexible systems permit profitable small-batch production and whose ready availability makes things still easier for incoming players. "There are places in China where you have city blocks made up of nothing but makers of shoe material," says a U.S. shoe

spacious, Target-like stores but in a Korea-inspired outdoor market atmosphere. It differentiates on the customer interface side, an area where a local player has a natural advantage over a foreign competitor: the chain has bought out the Korean operations of Wal-Mart, which failed to properly adjust its own model to local requirements.[36] Other retail importers, such as China's Wu-Mart, have adopted a similar strategy, with considerable success.

## Apple

When Steve Jobs returned as Apple's CEO, one of the first things he did was to reverse a licensing program that imitated the IBM's PC approach of letting would-be competitors in on its code in the hope of establishing a new standard. Although the strategy deviated somewhat from that of IBM in that it looked to license the system rather than give it away for free, the result was the same, with clone makers taking a substantial share of its market. Jobs knew the risks based on his own experience: when Apple launched its first personal computer, Asian imitators copied it so fast and furiously that twenty of them were banned by the U.S. International Trade Commission from selling their versions in the United States. Over the past decade, virtually all of Apple's new products, from the iMac to the iPod and the

iPhone, as well as many of its methods and processes, have been imitated soon after launch.

Apple carefully cultivates its image as an innovative company, so much so that in its 2006 product show it dispatched an Elvis impersonator to make the point that an imitation would never match the original. Yet Apple is itself a consummate imitator. John Sculley, one-time Apple CEO, wrote that much of the Macintosh technology "wasn't invented in the building."[37] The Mac's visual interface came courtesy of the Palo Alto Research Center, or PARC, a Xerox facility visited by Jobs, who hired some of its researchers. Aspects of the interface—most famously the mouse—were not invented by Xerox but by a scientist named Doug Engelbart, who cooperated with a number of would-be PARC researchers.

Once commercialized, Apple's application was imitated by Microsoft to create Windows; later versions of both Windows and the Mac operating system include many features originated by others. Years later, Apple would imitate, and improve on, the Gateway retail store concept, only to see Microsoft (led by a Wal-Mart veteran) follow the same path. In 2005, a seller of Lugz boots accused Apple's advertising agency of copying a Lugz commercial, adding that it was particularly shocked by the imitation because of Apple's reputation for being "so innovative."[38]

More than anything, Apple is a master of *assembly imitation*: it follows in the paths of many predecessors, which

EXHIBIT G

HIGHLY CONFIDENTIAL

1                UNITED STATES DISTRICT COURT

2               NORTHERN DISTRICT OF CALIFORNIA

3                      OAKLAND DIVISION

4

5

  IN RE APPLE INC. SECURITIES     ) CIVIL ACTION NO.

6  LITIGATION                      ) 4:19-cv-02033-YGR

                                   )

7  _____)

   THIS DOCUMENT RELATES TO:       )

8                                  )

   ALL ACTIONS                     )

9  _____)

10

11

12              * * * HIGHLY CONFIDENTIAL * * *

13

14

15              REMOTE PROCEEDINGS OF THE

16      VIDEOTAPED EXPERT DEPOSITION OF FRANK PARTNOY

17               THURSDAY, JULY 21, 2022

18

19

20

21

22  JOB NO.  5315976

23  REPORTED BY KIMBERLY EDELEN,

24  CSR. NO. 9042, CRR, RPR.

25  PAGES 1 - 167

                                          Page 1

**Page 2**

1  REMOTE PROCEEDINGS OF THE EXPERT DEPOSITION OF
2  FRANK PARTNOY, TAKEN ON BEHALF OF THE DEFENDANTS,
3  AT 10:04 A.M. PDT, THURSDAY, JULY 21, 2022, BEFORE
4  KIMBERLY A. EDELEN, CSR NO. 9042, CRR, RPR.
5
6
7  REMOTE APPEARANCES OF COUNSEL
8
9  FOR THE CLASS REPRESENTATIVE, NORFOLK COUNTY AND THE
   CLASS:
10
        ROBBINS GELLER RUDMAN & DOWD LLP
11      BY:  DANIEL J. PFEFFERBAUM, ESQ.
          SHAWN A. WILLIAMS, ESQ.
12        KENNETH J. BLACK, ESQ.
          JACOB GELMAN, ESQ.
13      ONE MONTGOMERY STREET
        SUITE 1800
14      SAN FRANCISCO, CALIFORNIA 94104
        415.288.4545
15      DPFEFFERBAUM@RGRDLAW.COM
        SHAWNW@RGRDLAW.COM
16      KENNYB@RGRDLAW.COM
        JGELMAN@RGRDLAW.COM
17
18  LABATON SUCHAROW LLP
        BY:  CHRISTINE M. FOX, ESQ.
19      140 BROADWAY
        NEW YORK, NEW YORK 10005
20      212.907.0784
        CFOX@LABATON.COM
21      (NOT PRESENT)
22
23
24
25  (APPEARANCES CONTINUED ON FOLLOWING PAGE)

**Page 3**

1  REMOTE APPEARANCES OF COUNSEL (CONTINUED)
2  FOR THE DEFENDANTS:
3        ORRICK, HERRINGTON & SUTCLIFFE LLP
         BY:  MICHAEL TORPEY, ESQ.
4          TRISTAN K. ALLEN, ESQ.
           JAMES KRAMER, ESQ.
5        405 HOWARD STREET
         SAN FRANCISCO, CALIFORNIA 94105
6        415.773.5700
         MTORPEY@ORRICK.COM
7        TALLEN@ORRICK.COM
         JKRAMER@ORRICK.COM
8
9
10  ALSO PRESENT:  JEFFREY NICHOLS, VIDEOGRAPHER
         STEPHANIE FINE, IN-HOUSE COUNSEL
11            APPLE INC.
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 4**

1            I N D E X
2
3  WITNESS       EXAMINATION        PAGE
4  FRANK PARTNOY
5        BY MR. TORPEY        7
6
7
8
9         E X H I B I T S
10
11  NO.    PAGE     DESCRIPTION
12  EXHIBIT 1    8     REBUTTAL EXPERT REPORT OF
              PROFESSOR FRANK PARTNOY
13            DATED JUNE 10, 2022
14  EXHIBIT 2    11     EXPERT REPORT OF PROFESSOR
              BRETT TRUEMAN, Ph.D. DATED
15            APRIL 27, 2022
16  EXHIBIT 3    11     EXHIBIT 1 TO THE EXPERT
              REPORT OF BRETT TRUEMAN,
17            Ph.D.
18  EXHIBIT 4    12     CORRECTED EXPERT REPORT OF
              ALEX GAUNA, MBA DATED
19            MAY 9, 2022
20  EXHIBIT 5    14     RULE 702 - TESTIMONY BY
              EXPERT WITNESSES
21
22  EXHIBIT 6    15     ARTICLE TITLED "ANALYST
              INFORMATION DISCOVERY AND
23            INTERPRETATION ROLES: A
              TOPIC MODELING APPROACH
24
25

**Page 5**

1            REMOTE PROCEEDINGS
2        THURSDAY, JULY 21, 2022; 10:04 A.M. PDT
3
4
5        THE VIDEOGRAPHER:  Good morning.  We are      10:04:31
6  going on the record at 10:04 a.m. on July 21st,      10:04:32
7  2022.                      10:04:35
8        This is Media Unit 1 of the video-recorded     10:04:36
9  deposition of Professor Frank Partnoy taken by       10:04:39
10  counsel for defendant in the matter of Apple Inc.    10:04:43
11  Securities Litigation filed in the United States     10:04:47
12  District Court for the Northern District of          10:04:50
13  California, Oakland Division.  The case number is    10:04:53
14  4:19-cv-02033-YGR.                10:04:55
15        This deposition is being conducted remotely    10:05:02
16  using virtual technology.  My name is Jeff Nichols   10:05:04
17  from the firm Veritext Legal Solutions, and I am the 10:05:08
18  videographer.  The court reporter is Kim Edelen from 10:05:10
19  the firm Veritext Legal Solutions.            10:05:14
20        Counsel will now please state their         10:05:16
21  appearances and affiliations for the record.        10:05:18
22        MR. TORPEY:  My name is Mike Torpey, and      10:05:22
23  I'm one of the lawyers for the defendants in this    10:05:25
24  matter.                      10:05:27
25        MR. ALLEN:  Tristan Allen with Orrick,        10:05:31

1 that you have three criticisms of both Trueman and          10:16:39
2 Gauna.  One is a methodology and reliability of             10:16:43
3 methods.  Two is not referencing the bias of the            10:16:47
4 analysts.  And three is not addressing certain facts        10:16:53
5 that you lay out in your report; is that right?             10:16:56
6        MR. PFEFFERBAUM: Objection to form.                  10:17:00
7        THE WITNESS: The first category of -- of             10:17:06
8 opinions in my report relates to methodology.  The          10:17:07
9 second relates to academic research that includes           10:17:14
10 the literature on bias that you referenced.  And            10:17:20
11 then the third category includes facts not                  10:17:23
12 addressed.                                                   10:17:28
13        MR. TORPEY: Okay.  Let's go to the first            10:17:31
14 category, and let me ask you to look at the next            10:17:33
15 exhibit which is Rule 702 of the Federal Rules of           10:17:37
16 Evidence.                                                    10:17:41
17        And if we can mark that as next in order,            10:17:43
18 which I believe is 5, I'd appreciate it.                    10:17:46
19        (Deposition Exhibit 5           10:17:48
20        was marked for identification.)        10:17:48
21 BY MR. TORPEY:                                              10:18:00
22    Q   Again, let me know when you can see the              10:18:01
23 document and when you're ready to proceed.                  10:18:03
24    A   Yes, I'm ready.                 10:18:18
25    Q   Okay.  So is it your opinion, Professor,            10:18:19
                                                Page 14

1 that the reports of Mr. Gauna and Mr. Trueman don't          10:18:23
2 meet the standards of Rule 702?              10:18:25
3        MR. PFEFFERBAUM: Objection to form.                  10:18:30
4        THE WITNESS: No, that's not my opinion.  I           10:18:32
5 don't intend to offer any legal opinions including          10:18:33
6 opinions related to Rule 702.               10:18:36
7 BY MR. TORPEY:                                              10:18:40
8    Q   Okay.  But, nevertheless, you kind of mimic         10:18:40
9 the words of Rule 702 and talked about the reliable        10:18:44
10 methodology and applying those methods --                   10:18:47
11        MR. PFEFFERBAUM: Objection.                         10:18:51
12 BY MR. TORPEY:                                              10:18:51
13    Q   -- didn't you?                 10:18:51
14        MR. PFEFFERBAUM: Objection to form.                 10:18:51
15        THE WITNESS: No.  I don't agree that I              10:18:55
16 mimicked Rule 702.                 10:18:56
17 BY MR. TORPEY:                                              10:19:01
18    Q   Well, isn't the purpose of your report to          10:19:01
19 lay a foundation for a Daubert motion to be brought        10:19:04
20 by the plaintiffs?                 10:19:07
21        MR. PFEFFERBAUM: Objection to form.                 10:19:08
22        THE WITNESS: The purpose of my report is            10:19:12
23 to respond to the two reports that you offered and         10:19:13
24 to analyze those reports.              10:19:17
25 \\\                                                          
                                                Page 15

1 BY MR. TORPEY:                  10:19:20
2    Q   Okay.  And when you looked at Mr. Trueman's         10:19:20
3 methodology, let's talk about what's wrong and how          10:19:24
4 is it that there's no reliable methodology when, in         10:19:27
5 fact, he's looking at all of the analyst reports --         10:19:31
6        MR. PFEFFERBAUM: Objection to form.                  10:19:37
7 BY MR. TORPEY:                  10:19:37
8    Q   -- in that period?              10:19:37
9        MR. PFEFFERBAUM: Objection to form.                  10:19:38
10        THE WITNESS: I'd be happy to go through            10:19:39
11 the ways in which Professor Trueman's report and the       10:19:41
12 methodology he employed was flawed.             10:19:48
13        One of the aspects of those flaws that I           10:19:52
14 point to in my report is that there are analyst             10:19:55
15 reports that he does not discuss or address.  There        10:19:59
16 are portions of analyst reports that he does not            10:20:07
17 discuss or address.  He misclassifies or                    10:20:10
18 misdescribes analyst reports or portions of analyst        10:20:18
19 reports.                                                     10:20:23
20        And the right-hand column of Exhibit 1             10:20:25
21 where he draws conclusions about changes in analyst        10:20:29
22 reports is not based on any reliable methodology.          10:20:35
23 It reads more like a lawyer comparing the analyst's        10:20:44
24 view before the November 1 call and a lawyer reading       10:20:50
25 the report after that call.              10:20:57
                                                Page 16

1        And so there are a number of critiques of           10:21:00
2 Professor Trueman's methodology that I set forth in         10:21:03
3 my rebuttal expert report.              10:21:06
4        MR. TORPEY: Okay.  Can I have that answer           10:21:10
5 read back, please.                 10:22:16
6        THE COURT: Sure.                10:22:17
7        (Record read as follows:           10:22:17
8        "A  I'd be happy to go            10:22:17
9        through the ways in which          10:19:41
10        Professor Trueman's report and the       10:19:44
11        methodology he employed was flawed.        10:19:48
12        "One of the aspects of those        10:19:52
13        flaws that I point to in my report is     10:19:54
14        that there are analyst reports that      10:19:56
15        he does not discuss or address.        10:19:59
16        There are portions of analyst reports      10:20:07
17        that he does not discuss or address.      10:20:09
18        He misclassifies or misdescribes        10:20:13
19        analyst reports or portions of         10:20:21
20        analyst reports.              10:20:22
21        "And the right-hand column of        10:20:23
22        Exhibit 1 where he draws conclusions      10:20:29
23        about changes in analyst reports is      10:20:32
24        not based on any reliable          10:20:38
25        methodology.  It reads more like a       10:20:43
                                                Page 17

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1  want a copy of this?                    15:09:55
2        MR. PFEFFERBAUM:  Yes, please.        15:09:59
3        THE REPORTER:  Thank you.           15:09:59

5     (Whereupon, at 3:09 p.m., the deposition of
6        FRANK PARTNOY was concluded.)

8        ---oOo---

Page 162

---

1     STATE OF CALIFORNIA    )
2     COUNTY OF LOS ANGELES   )  ss.
3
4        I, Kimberly A. Edelen, C.S.R. No. 9042, in and
5     for the State of California, do hereby certify:
6        That prior to being examined, the witness named
7     in the foregoing deposition was by me duly sworn to
8     testify the truth, the whole truth and nothing but
9     the truth;
10       That said deposition was taken down by me in
11    shorthand at the time and place therein named, and
12    thereafter reduced to typewriting under my
13    direction, and the same is a true, correct and
14    complete transcript of said proceedings;
15       That if the foregoing pertains to the original
16    transcript of a deposition in a Federal Case, before
17    completion of the proceedings, review of the
18    transcript { } was {X} was not requested.
19       I further certify that I am not interested in
20    the event of the action.
21       Witness my hand this 27th day of July,
22    2022.
23
24
        KIMBERLY A. EDELEN, C.S.R. NO. 9042
25

Page 164

---

4        I, the undersigned, hereby certify under
5     penalty of perjury that the foregoing testimony is
6     true and correct.
7        Executed this _____ day of
8     _____, 20_____, at _____,
9     California.
10
11
            _____
12
            FRANK PARTNOY
13

Page 163

---

3                    July 27, 2022
4     RE: In Re Apple Inc Securities
5     7/21/2022, FRANK PARTNOY, JOB NO. 5315976
6     The above-referenced transcript has been
7     completed by Veritext Legal Solutions and
8     review of the transcript is being handled as follows:
9     __ Per CA State Code (CCP 2025.520 (a)-(e)) – Contact Veritext
10    to schedule a time to review the original transcript at
11    a Veritext office.
12    __ Per CA State Code (CCP 2025.520 (a)-(e)) – Locked .PDF
13    Transcript - The witness should review the transcript and
14    make any necessary corrections on the errata pages included
15    below, noting the page and line number of the corrections.
16    The witness should then sign and date the errata and penalty
17    of perjury pages and return the completed pages to all
18    appearing counsel within the period of time determined at
19    the deposition or provided by the Code of Civil Procedure.
20    __ Waiving the CA Code of Civil Procedure per Stipulation of
21    Counsel - Original transcript to be released for signature
22    as determined at the deposition.
23    __ Signature Waived – Reading & Signature was waived at the
24    time of the deposition.

Page 165

---

42 (Pages 162 - 165)