ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
KENNETH J. BLACK (291871)
HADIYA K. DESHMUKH (328118)
JACOB G. GELMAN (344819)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
jgelman@rgrdlaw.com
        – and –
MARK SOLOMON (151949)
JASON A. FORGE (181542)
RAPHAELLA FRIEDMAN (323324)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
jforge@rgrdlaw.com
rfriedman@rgrdlaw.com

Lead Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION | Case No. 4:19-cv-02033-YGR |
| | CLASS ACTION |
| This Document Relates To: | [PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY |
| ALL ACTIONS. | |

4856-4294-6362.v1

1 | Having considered Defendants' Motion to Exclude Expert Testimony (ECF 292) (the
2 | "Motion"), and Lead Plaintiff's Opposition to Defendants' Motion to Exclude Expert Testimony,
3 | the filings herein and such other evidence and written or oral arguments as may be presented to
4 | the Court, IT IS HEREBY ORDERED that:

5 | The Motion is DENIED.

6 |                     \*    \*    \*

7 | **O R D E R**

8 | IT IS SO ORDERED.

9 | DATED: _____

10 | THE HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY -
4:19-cv-02033-YGR - 1 -
4856-4294-6362.v1