ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
KENNETH J. BLACK (291871)
HADIYA K. DESHMUKH (328118)
JACOB G. GELMAN (344819)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
jgelman@rgrdlaw.com
           – and –
MARK SOLOMON (151949)
JASON A. FORGE (181542)
RAPHAELLA FRIEDMAN (323324)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
jforge@rgrdlaw.com
rfriedman@rgrdlaw.com

Lead Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION | ) Case No. 4:19-cv-02033-YGR ) ) |
| | ) CLASS ACTION |
| This Document Relates To: | ) ) DECLARATION OF SHAWN A. |
| | ) WILLIAMS IN SUPPORT OF LEAD |
| ALL ACTIONS. | ) PLAINTIFF'S OPPOSITION TO ) DEFENDANTS' MOTION FOR SUMMARY ) JUDGMENT |

I, SHAWN A. WILLIAMS, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and before this District Court. I am a member of the law firm Robbins Geller Rudman & Dowd LLP, Lead Counsel for Lead Plaintiff and Class Representative Norfolk County Council as Administering Authority of the Norfolk Pension Fund ("Plaintiff") in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto. This Declaration is made in support of Lead Plaintiff's Opposition to Defendants'[1] Motion for Summary Judgment.

2. Attached are true and correct copies of the following exhibits:

| EX. NO. | DESCRIPTION |
|---------|-------------|
| Ex. 1 | Email from Donal Conroy to Iftikhar Khan *et al*., Subject: Re: China Mobile TC Exec Brief, dated October 9, 2018 (Bates No. APL-SECLIT_00139890-APL-SECLIT_00139891) **[FILED UNDER SEAL]**; |
| Ex. 2 | Email from Donal Conroy to Anish Patel, Rob McDowell *et al*., Subject: Re: China Mobile TC Exec Brief, dated October 9, 2018 (Bates No. APL-SECLIT_00628660-APL-SECLIT_00628661) **[FILED UNDER SEAL]**; |
| Ex. 3 | Goldman Sachs, "Apple Inc. China Slowdown raises EPS risk for Apple. We provide sensitivity analysis to various outcomes.," dated October 14, 2018 (Bates No. APL-SECLIT_00280738-APL-SECLIT_00280747) **[FILED UNDER SEAL]**; |
| Ex. 4 | Email from Matt Blake to Luca Maestri, Tim Cook, Jeff Williams, *et al*., Subject: Analyst Notes 10/15/18, dated October 15, 2018 (Bates No. APL-SECLIT_00280722-APL-SECLIT_00280723) **[FILED UNDER SEAL]**; |
| Ex. 5 | Email from Rod Hall to Matt Blake, Subject: Apple Inc. APL): China slowdown raises EPS risk for Apple. Weprovide sensitivity analysis to various outcomes., dated October 15, 2018 (Bates No. APL-SECLIT_00585226-APL-SECLIT_00585229) **[FILED UNDER SEAL]**; |
| Ex. 6 | Email from Jeff Williams to Sabih Khan *et al*., Subject: Re: P/L guidance, dated October 16, 2018 (Bates No. APL-SECLIT_00249312-APL-SECLIT_00249313) **[FILED UNDER SEAL]**; |
| Ex. 7 | Goldman Sachs, "Apple Inc. (AAPL): FQ4'18 Preview: China impact on guidance isthe main focus.," dated October 15, 2018 (Bates No. APL-SECLIT_00001067-APL-SECLIT_00001073) **[FILED UNDER SEAL]**; |

---

[1] "Defendants" are Apple Inc. ("Apple"), and Timothy D. Cook, and Luca Maestri.

| Ex. 8 | Email from Donal Conroy to Jeff Williams *et al.*, Subject: Re: P/L guidance, dated October 17, 2018 (Bates No. APL-SECLIT_00182917-APL-SECLIT_00182918) **[FILED UNDER SEAL]**; |
|---|---|
| Ex. 9 | Email from Kevan Parekh to Andy Allen, Subject: Re: Q1'19 Guidance Units Meeting Notes (10/16), dated October 17, 2018 (Bates No. APL-SECLIT_00198985-APL-SECLIT_00198988) **[FILED UNDER SEAL]**; |
| Ex. 10 | Wedbush, "Cook & Co. Focused on Services Gold Mine; iPhone Cycle Humming-Initiating at OP," dated October 18, 2018 (Bates No. APL-SECLIT_00001143-APL-SECLIT_00001154 **[FILED UNDER SEAL]**; |
| Ex. 11 | Email from Greg Joswiak to Kevan Parekh, Subject: Re: N84 Reseller Pre-Orders Update - 10/19, dated October 19, 2018 (Bates No. APL-SECLIT_00516988-APL-SECLIT_00516990) **[FILED UNDER SEAL]**; |
| Ex. 12 | Email from Josh Rosenstock to Tim Cook, Luca Maestri, Jeff Williams, Kate Adams *et al.*, Subject: CNBC: There's a new biggest Apple bull on Wall Street, and he expects a 40% surge, dated October 19, 2018 (Bates No. APL-SECLIT_00599341-APL-SECLIT_00599344) **[FILED UNDER SEAL]**; |
| Ex. 13 | Email from Tim Cook to Donal Conroy, Kevan Parekh, Luca Maestri, Jeff Williams, Subject: Q1 iPhone forecasts, dated October 20, 2018 (Bates No. APL-SECLIT_00150951) **[FILED UNDER SEAL]**; |
| Ex. 14 | Email from SDM Exec Updates to Tim Cook, Jeff Williams, Luca Maestri, *et al.*, Subject: iPhone XR Launch Update, dated October 20, 2018 (Bates No. APL-SECLIT_00161836-APL-SECLIT_00161837) **[FILED UNDER SEAL]**; |
| Ex. 15 | Email from Kaiann Drance to Greg Joswiak *et al.*, Subject: Re: N84 Reseller Pre-Orders Update - 10/19, dated October 20, 2018 (Bates No. APL-SECLIT_00437432-APL-SECLIT_00437434) **[FILED UNDER SEAL]**; |
| Ex. 16 | Email from Craig Mansfield to AOS Weekly Report Beta, Subject: Weekly Business Report - QI '19, Week 3 (October 14 to October 20)," dated October 21, 2018 (Bates No. APL-SECLIT_00028048-APL-SECLIT_00028050) **[FILED UNDER SEAL]**; |
| Ex. 17 | Email from Dheeraj Chugh to Tang Tan, Priya Balasubramaniam, Subject: Re: iPhone Volumes - 3M meeting, dated October 23, 2018 (Bates No. APL-SECLIT_00565784-APL-SECLIT_00565786) **[FILED UNDER SEAL]**; |
| Ex. 18 | Email from Kevan Parekh to Matt Blake *et al.*, Subject: Re: Earnings prep question - dual SIM performance, dated October 24, 2018 (Bates No. APL-SECLIT_00024407-APL-SECLIT_00024439) **[FILED UNDER SEAL]**; |
| Ex. 19 | Email from Donal Conroy to Anish Patel *et al.*, Subject: Fwd: Updated QI'19 Revenue Y/Y by Geo, dated October 24, 2018 (Bates No. APL-SECLIT_00368970-APL-SECLIT_00368975) **[FILED UNDER SEAL]**; |
| Ex. 20 | Email from Saori Casey to Tim Cook, Luca Maestri *et al.*, Subject: Q1 Revenue by Geo - Revised, dated October 25, 2018 (Bates No. APL-SECLIT_00162372-APL-SECLIT_00162378) **[FILED UNDER SEAL]**; |
| Ex. 21 | Email from Kevan Parekh to Ed Tharp, Subject: Re: Fall 18 - PAC Launch Day Qualitative Feedback - iPhone XR, dated October 26, 2018 (Bates No. APL- |

| | |
|---|---|
| | SECLIT_00199321-APL-SECLIT_00199325) **[FILED UNDER SEAL]**; |
| Ex. 22 | Email from Donal Conroy to Tim Cook, Luca Maestri, Jeff Williams *et al.*, Subject: Fwd: iPhone XR Pacific Day 1 Executive Summary (as of 5:00 pm SGT), dated October 26, 2018 (Bates No. APL-SECLIT_00631297-APL-SECLIT_00631301) **[FILED UNDER SEAL]**; |
| Ex. 23 | Email from Mike Fenger to Brian Lu, Tony King *et al.*, Subject: Urgent Q1 Action plans, dated October 27, 2018 (Bates No. APL-SECLIT_00118071-APL-SECLIT_00118073) **[FILED UNDER SEAL]**; |
| Ex. 24 | Email from WWRO Reports to Donal Conroy, Anish Patel, Mike Fenger, *et al.*, Subject: iPhone XR Launch Weekend Velocity Update - Data as of 10/27 8am, dated October 27, 2018 (Bates No. APL-SECLIT_00125757-APL-SECLIT_00125761) **[FILED UNDER SEAL]**; |
| Ex. 25 | Email from Saori Casey to Tim Cook, Subject: Re: Unit Ranges, dated October 27, 2018 (Bates No. APL-SECLIT_00160011-APL-SECLIT_00160012) **[FILED UNDER SEAL]**; |
| Ex. 26 | *Attachment to Casey email Apple Inc., "Q1'19 P&L Dashboard," dated October 27, 2018 (Bates No. APL- SECLIT_00160013) **[FILED UNDER SEAL]**; |
| Ex. 27 | Email from SDM Exec Updates to Tim Cook *et al.*, Subject: Fwd: WW Sales Flash Week 5 QI FY19 includes Watch and Apple TV, dated November 6, 2018 (Bates No. APL-SECLIT_00159202-APL-SECLIT_00159252) **[FILED UNDER SEAL]**; |
| Ex. 28 | Email from Kaiann Drance to Greg Joswiak, Subject: Fwd: Huawei launches Mate 20 and Mate 20 Pro in China with a twist - GSMArena.com news, dated October 27, 2018 (Bates No. APL-SECLIT_00163618-APL-SECLIT_00163619) **[FILED UNDER SEAL]**; |
| Ex. 29 | Email from Andrew Greenland to Andy Allen, Subject: Re: Urgent Q1 Action plans, dated October 27, 2018 (Bates No. APL-SECLIT_00199576-APL-SECLIT_00199577) **[FILED UNDER SEAL]**; |
| Ex. 30 | Email from Kevan Parekh to Donal Conroy, Luca Maestri, Jeff Williams *et al.*, Subject: Re: Unit ranges, dated October 27, 2018 (Bates No. APL-SECLIT_00284431-APL-SECLIT_00284433) **[FILED UNDER SEAL]**; |
| Ex. 31 | Email from Donal Conroy to Tim Cook, Luca Maestri, Jeff Williams *et al.*, Subject: Unit ranges, dated October 27, 2018 (Bates No. APL-SECLIT_00284436-APL-SECLIT_00284442 **[FILED UNDER SEAL]**); |
| Ex. 32 | Email from Tim Cook to Kevan Parekh *et al.*, Subject: Re: Unit Ranges, dated October 27, 2018 (Bates No. APL-SECLIT_00292227-APL-SECLIT_00292228) **[FILED UNDER SEAL]**; |
| Ex. 33 | Email from Tim Cook to Luca Maestri, Jeff Williams, Subject: Q1'19, dated October 27, 2018 (Bates No. APL-SECLIT_00388889) **[FILED UNDER SEAL]**; |
| Ex. 34 | Email from Luca Maestri to Tim Cook, Subject: Re: Q1'19, dated October 27, 2018 (Bates No. APL-SECLIT_00429314) **[FILED UNDER SEAL]**; |
| Ex. 35 | Email from Kevan Parekh to Dennis Burke *et al.*, Subject: Re:, dated October 27,2018 (Bates No. APL-SECLIT_00474637) **[FILED UNDER SEAL]**; |

| | |
|---|---|
| Ex. 36 | Attachment to Mansfield email Apple Inc., ""Weekly Business Report – Q1'19, Week 4 (October 21 to October 27)," dated October 28, 2018 (Bates No. APL-SECLIT_00028100) **[FILED UNDER SEAL]**; |
| Ex. 37 | Email from Priya Balasubramaniam to Donal Conroy *et al.*, Subject: Re: High Level N84 Ship Clen Input., dated October 28, 2018 (Bates No. APL-SECLIT_00183204-APL-SECLIT_00183207) **[FILED UNDER SEAL]**; |
| Ex. 38 | Email from Mark Anderson to Kevan Parekh, Andy Allen *et al.*, Subject: Sunday Tim Meeting Notes, dated October 28, 2018 (Bates No. APL-SECLIT_00199608-APL-SECLIT_00199614) **[FILED UNDER SEAL]**; |
| Ex. 39 | Email from Tim Cook to Greg Joswiak, Tor Myhren, Phil Schiller, Subject: Q1, dated October 28, 2018 (Bates No. APL-SECLIT_00421921) **[FILED UNDER SEAL]**; |
| Ex. 40 | Apple Inc., "GC XR Launch Day 3 Update," dated October 28, 2018 (Bates No. APL-SECLIT_00474476-APL-SECLIT_00474482) **[FILED UNDER SEAL]**; |
| Ex. 41 | Email from Anna Matthiasson to Donal Conroy, Subject: High Level N84 Ship Clen Input., dated October 28, 2018 (Bates No. APL-SECLIT_00499582-APL-SECLIT_00499584) **[FILED UNDER SEAL]**; |
| Ex. 42 | Email from Kevan Parekh to Gregory Joswiak, Subject: Fwd: Sunday Tim Meeting Notes, dated October 29, 2018 (Bates No. APL-SECLIT_00163798-APL-SECLIT_00163856) **[FILED UNDER SEAL]**; |
| Ex. 43 | Email from Maggie Du to Stella Ye *et al.*, Subject: Re: Earnings prep question - dual SIM performance, dated October 29, 2018 (Bates No. APL-SECLIT_00199045-APL-SECLIT_00199051) **[FILED UNDER SEAL]**; |
| Ex. 44 | Apple Inc., "Sales QMI Launch Reporting," dated October 29, 2018 (Bates No. APL-SECLIT_00199787-APL-SECLIT_00199817) **[FILED UNDER SEAL]**; |
| Ex. 45 | Email from Grid Scheduling to GC-Exec-Fundamental, *et al.*, Subject: Greater China Offline Flash@ 16:10 PM Beijing Time, dated October 29, 2018 (Bates No. APL-SECLIT_00610431-APL-SECLIT_00610474) **[FILED UNDER SEAL]**; |
| Ex. 46 | UBS, "FQ4:18 (Sep) Earnings Preview: Survey Work Supports Very Strong iPhone ASP Narrative," dated October 29, 2018 (Bates No. APL-SECLIT_00001379-APL-SECLIT_00001400) **[FILED UNDER SEAL]**; |
| Ex. 47 | Email from Rachel Yong to Donal Conroy, Anish Patel *et al.*, Subject: N84 China update, dated October 30, 2018 (Bates No. APL-SECLIT_00140649-APL-SECLIT_00140656) **[FILED UNDER SEAL]**; |
| Ex. 48 | Email from SDM Exec Updates to Tim Cook, Jeff Williams, Luca Maestri *et al.*, Subject: Fwd: WW Sales Flash Week 4 QI FY19 includes Watch and Apple TV, dated October 30, 2018 (Bates No. APL-SECLIT_00157217-APL-SECLIT_00157266) **[FILED UNDER SEAL]**; |
| Ex. 49 | Email from Brian Lu to Stella Ye, Edwin Tan, Subject: Fwd: Updated GC Q1 SI & UB projection, dated October 30, 2018 (Bates No. APL-SECLIT_00610497-APL-SECLIT_00610499) **[FILED UNDER SEAL]**; |

| | |
|---|---|
| Ex. 50 | Email from James Venter to Donal Conroy *et al.*, Subject: Intel Supply I 0.31.18, dated October 31, 2018 (Bates No. APL-SECLIT_00093550-APL-SECLIT_00093554) **[FILED UNDER SEAL]**; |
| Ex. 51 | Email from Larry McDevitt to Saori Casey, Subject: Re: Q1 Scenarios, dated October 31, 2018 (Bates No. APL-SECLIT_00284939) **[FILED UNDER SEAL]**; |
| Ex. 52 | Email from YeeWee Koh to Kevan Parekh, Subject: Fwd: Politburo signals more support for economy; Politburo studysession on AI, self-reliance, seizing the commanding heights and winning thetechnology race; US indicts more MSS officers; Is China interfering in SriLanka's internal affairs?, dated October 31, 2018 (Bates No. APL-SECLIT_00347168-APL-SECLIT_00347186) **[FILED UNDER SEAL]**; |
| Ex. 53 | Email from Kaiann Drance to YeeWee Koh *et al.*, Subject: China feedback, dated October 31, 2018 (Bates No. APL-SECLIT_00474913) **[FILED UNDER SEAL]**; |
| Ex. 54 | Email from Josh Rosenstock to Tim Cook, Luca Maestri, Jeff Williams, Kate Adams *et al.*, Subject: WSJ: The Big Tech Selloff, dated October 31, 2018 (Bates No. APL-SECLIT_00504029-APL-SECLIT_00504033) **[FILED UNDER SEAL]**; |
| Ex. 55 | Amil Mody, Excel spreadsheet re updated MPS cuts, dated October 31, 2018 (Bates No. APL-SECLIT_00643904) **[FILED UNDER SEAL]**; |
| Ex. 56 | Email from Saori Casey to Tim Cook, Luca Maestri, Jeff Williams *et al.*, Subject: Q1 Internal Range, dated November 1, 2018 (Bates No. APL-SECLIT_00099279-APL-SECLIT_00099283) **[FILED UNDER SEAL]**; |
| Ex. 57 | Apple Inc., "Q1'19 P&L Dashboard," dated November 1, 2018 (Bates No. APL-SECLIT_00099283) **[FILED UNDER SEAL]**; |
| Ex. 58 | Email from Bon Pann to Isabel Mahe, Subject: Re: Greater China Update - October 2018, dated November 1, 2018 (Bates No. APL-SECLIT_00188017-APL-SECLIT_00188022) **[FILED UNDER SEAL]**; |
| Ex. 59 | Email from Luca Maestri to Tim Cook, Subject: Fwd: Potential questions by analyst, dated November 1, 2018 (Bates No. APL-SECLIT_00308488-APL-SECLIT_00308491) **[FILED UNDER SEAL]**; |
| Ex. 60 | Email from Donal Conroy to Saori Casey *et al.*, Subject: final bottoms up, dated November 1, 2018 (Bates No. APL-SECLIT_00483067) **[FILED UNDER SEAL]**; |
| Ex. 61 | Email from Tim Cook to Board of Directors, Kate Adams, Luca Maestri, Subject: Update, dated November 1, 2018 (Bates No. APL-SECLIT_00504044-APL-SECLIT_00504045) **[FILED UNDER SEAL]**; |
| Ex. 62 | Email from Isabel Mahe to Tim Cook, Luca Maestri *et al.*, Subject: Greater China Update - October 2018, dated November 1, 2018 (Bates No. APL-SECLIT_00515053-APL-SECLIT_00515059) **[FILED UNDER SEAL]**; |
| Ex. 63 | Email from Thomas Wigg (IED) to Matt Blake, Subject: MS Tech: AAPL falls on downbeat EM macro commentary and mgmt pulling iPhone unit disclosure going forward. AAPL emphasizing Services more fully with near-term pain vs long-term gain., dated November 1, 2018 (Bates No. APL-SECLIT_00587555-APL-SECLIT_00587578) **[FILED UNDER SEAL]**; |

| | |
|---|---|
| Ex. 64 | Guggenheim, "AAPL - May Want its Growth-via-ASP Strategy to be Less Obvious," dated November 1, 2018 (Bates No. APL-SECLIT_00002121-APL-SECLIT_00002132) **[FILED UNDER SEAL]**; |
| Ex. 65 | Bernstein, "AAPL: Q4 Debrief - How much might iPhone units decline in FY19? The world may never know," dated November 2, 2018 (Bates No. APL-SECLIT_00001993-APL-SECLIT_00002016) **[FILED UNDER SEAL]**; |
| Ex. 66 | Email from Donal Conroy to Steve Dowling, Kristin Huguet Quayle, Trudy Muller, Subject: Xr cuts, dated November 2, 2018 (Bates No. APL-SECLIT_00140698) **[FILED UNDER SEAL]**; |
| Ex. 67 | Email from CCS Insight to Undisclosed recipients, Subject: Instant Insight: Apple Results, Fiscal 4Q18, dated November 2, 2018 (Bates No. APL-SECLIT_00165511-APL-SECLIT_00165513) **[FILED UNDER SEAL]**; |
| Ex. 68 | Email from Priya Balasubramaniam to Sabih Khan, Subject: Fwd: iPhone XR in China, dated November 2, 2018 (Bates No. APL-SECLIT_00439960-APL-SECLIT_00439962) **[FILED UNDER SEAL]**; |
| Ex. 69 | Email from Kevan Parekh to Gregory Joswiak, Subject: Fwd: Sunday Tim Meeting Notes, dated October 29, 2018 (Bates No. APL-SECLIT_00163798-APL-SECLIT_00163856) **[FILED UNDER SEAL]**; |
| Ex. 70 | J.P.Morgan, "Growth Fundamentals Intact, Despite Softer Revenue Guide on FX Headwind and Conservatism Related to Macro Risks," dated November 2, 2018 (Bates No. APL-SECLIT_00001749-APL-SECLIT_00001760); |
| Ex. 71 | Apple Inc., "MPS LOB Delta Report," dated November 3, 2018 (Bates No. APL-SECLIT_00093902) **[FILED UNDER SEAL]**; |
| Ex. 72 | Email from Tim Cook to Jeff Williams, Subject: Re: Nikkei: Apple cancels production boost for budget iPhone XR: sources, dated November 5, 2018 (Bates No. APL-SECLIT_00162473-APL-SECLIT_00162480) **[FILED UNDER SEAL]**; |
| Ex. 73 | Email from Kevan Parekh to Alejandro Roman, Subject: Re: Report: iPhone XR Sales are Much Softer Than Expected -Thurrott.com, dated November 5, 2018 (Bates No. APL-SECLIT_00200023-APL-SECLIT_00200027) **[FILED UNDER SEAL]**; |
| Ex. 74 | Email from Priya Balasubramaniam to Jeff Williams *et al.*, Subject: Re: Nikkei: Apple cancels production boost for budget iPhone XR:sources, dated November 5, 2018 (Bates No. APL-SECLIT_00529878-APL-SECLIT_00529886) **[FILED UNDER SEAL]**; |
| Ex. 75 | Email from Kaiann Drance to Priya Balasubramaniam, Subject: Re: Nikkei: Apple cancels production boost for budget iPhone XR: sources, dated November 5, 2018 (Bates No. APL-SECLIT_00642324-APL-SECLIT_00642328) **[FILED UNDER SEAL]**; |
| Ex. 76 | Email from Grid Scheduling to GC-Exec-Fundamental, Subject: Greater China Offline Flash@ 16:10 PM Beijing Time, dated November 5, 2018 (Bates No. APL-SECLIT_00610800-APL-SECLIT_00610843) **[FILED UNDER SEAL]**; |

| Ex. 77 | Email from Donal Conroy to Tony Blevins, Subject: Re: iPhone cuts, dated November 7, 2018 (Bates No. APL-SECLIT_00643905-APL-SECLIT_00643906) **[FILED UNDER SEAL]**; |
|---|---|
| Ex. 78 | Email from Kevan Parekh to Gregory Joswiak, Subject: Re: Latest Forecast Assumptions and XR Run-Chart, dated November 8, 2018 (Bates No. APL-SECLIT_00173077-APL-SECLIT_00173080) **[FILED UNDER SEAL]**; |
| Ex. 79 | WellsFargo, "AAPL: Lumentum Cuts Revenue Outlook by 17%+ (Midpoint) on Apple Order Cuts," dated November 12, 2018 (Bates No. WF000119-WF000119 .0005) **[FILED UNDER SEAL]**; |
| Ex. 80 | Apple Inc., "Huawei: Competitive Analysis," dated October 30, 2018 (Bates No. APL-SECLIT_00199499-APL-SECLIT_00199504) **[FILED UNDER SEAL]**; |
| Ex. 81 | Apple Inc., "Subject: Earnings Q & A Prep Conf Call," dated January 1, 2019 (Bates No. APL-SECLIT_00642331) **[FILED UNDER SEAL]**; |
| Ex. 82 | Email from Greg Joswiak to YeeWee Koh, Subject: Re: Apple Faces `Informal Boycott' From China Consumers, BAML Says - Bloomberg, dated January 9, 2019 (Bates No. APL-SECLIT_00162989-APL-SECLIT_00162993) **[FILED UNDER SEAL]**; |
| Ex. 83 | Email from Tim Cook to Jeff Williams, Subject: Re: Nikkei: Apple cancels production boost for budget iPhone XR: sources, dated November 5, 2018 (Bates No. APL-SECLIT_00308988-APL-SECLIT_00308995) **[FILED UNDER SEAL]**; |
| Ex. 84 | Email from Hugues Asseman to Michael Fenger, Subject: Re: Your thoughts please, dated November 2, 2018 (Bates No. APL-SECLIT_00610622-APL-SECLIT_00610625) **[FILED UNDER SEAL]**; |
| Ex. 85 | Kevan Parekh, Deposition Transcript, dated March 10, 2021 **[FILED UNDER SEAL]**; |
| Ex. 86 | Timothy D. Cook, Deposition Transcript, dated February 9, 2022 **[FILED UNDER SEAL]**; |
| Ex. 87 | Donal Conroy, Deposition Transcript, dated February 21, 2022 **[FILED UNDER SEAL]**; |
| Ex. 88 | Luca Maestri, Deposition Transcript, dated February 25, 2022 **[FILED UNDER SEAL]**; |
| Ex. 89 | Matthew Blake, Deposition Transcript, dated March 4, 2022 **[FILED UNDER SEAL]**; |
| Ex. 90 | Kevan Parekh, Deposition Transcript, dated March 8, 2022 **[FILED UNDER SEAL]**; |
| Ex. 91 | Email from Kevan Parekh to Mike Fenger, Subject: Re: Huawei P20 launch and D2XA, dated April 12, 2018 (Bates No. APL-SECLIT_00191007-APL-SECLIT_00191009) **[FILED UNDER SEAL]**; |
| Ex. 92 | Apple Inc., "Presenter notes for: "Isabel Town Hall," dated November 7, 2018 (Bates No. APL-SECLIT_00188151) **[FILED UNDER SEAL]**; |

| Ex. 93 | Wedbush, "The Drum Roll Begins for iPhone December Guidance; Tea Leaves Positive So Far," dated October 29, 2018 (Bates No. APL-SECLIT_00001516-APL-SECLIT_00001526) **[FILED UNDER SEAL]**; |
|---|---|
| Ex. 94 | RBC, "Download On Investor Feedback Post AAPL Negative Pre.," dated January 6, 2019 (Bates No. APL-SECLIT_00003772-APL- SECLIT_00003779) **[FILED UNDER SEAL]**; |
| Ex. 95 | Email from SDM Exec Updates to Tim Cook, Jeff Williams, Luca Maestri *et al.*, Subject: Fwd: WW Sales Flash Week 7, Product updates and Black Friday Promo plan, dated November 20, 2018 (Bates No. APL-SECLIT_00159253- APL-SECLIT_00159310) **[FILED UNDER SEAL]**; |
| Ex. 96 | Email from Philip Schiller to Greg Joswiak, Subject: Fwd: Int'l iPhone XR reviews & coverage cont'd, dated October 29, 2018 (Bates No. APL-SECLIT_00169711-APL-SECLIT_00169729) **[FILED UNDER SEAL]**; |
| Ex. 97 | Excerpted excel N84 HH Apple MPS_Oct Wk 5, dated November 3, 2018 (Bates No. HH00480) **[FILED UNDER SEAL]**; |
| Ex. 98 | Excerpted excel N84 HH Apple MPS_Oct Wk4, dated October 26, 2018 (Bates No. HH00530) **[FILED UNDER SEAL]**; |
| Ex. 99 | Email from Luca Maestri to Donal Conroy, Subject: Re: UBs, dated November 5, 2018 (Bates No. APL-SECLIT_00468859-APL-SECLIT_00468860) **[FILED UNDER SEAL]**; |
| Ex. 100 | The Verge, "China is becoming Apple's most important market," dated October 27, 2015; |
| Ex. 101 | BBC, "China's eight-year-long smartphone growth comes to an end," dated January 26, 2018; |
| Ex. 102 | IMFBlog, "Smartphones Drive New Global Tech Cycle, but Is Demand Peaking?," dated February 8, 2018; |
| Ex. 103 | Forbes, "Why Apple Will Lose China Market Share In 2018, Despite The Success Of The iPhone X," dated February 25, 2018; |
| Ex. 104 | Android Authority, "Chinese smartphone shipments have plunged, but Xiaomi is surging," dated April 27, 2018; |
| Ex. 105 | The New York Times, "As China Curbs Borrowing Growth Shows Signs of Faltering," dated June 14, 2018; |
| Ex. 106 | CNN, "China's economy shows signs of slowing. A trade war won't help," dated June 20, 2018; |
| Ex. 107 | PCMag , "4 Tech Giants Are Eating Up China's Smartphone Market," dated June 27, 2018; |
| Ex. 108 | Canalys, "Smartphone vendor performance index: China," dated June 2018; |
| Ex. 109 | The New York Times, "China's Consumption Downgrade: Skip Avocados, Cocktails and Kids," dated August 22, 2018; |
| Ex. 110 | The Wall Street Journal, "Apple's Challenge: Win Over China With Pricey New iPhones," dated September 13, 2018; |

| Ex. 111 | The Wall Street Journal, "Are China's Consumers in Trouble?," dated September 24, 2018; |
|---|---|
| Ex. 112 | The New York Times, "China's Growth Hits Slowest Pace in a Decade," dated October 18, 2018; |
| Ex. 113 | CFRA,"Stock Report," dated October 29, 2018; |
| Ex. 114 | Apple Inc., "AAPL - Q4 2018 Apple Inc Earnings Call," dated November 1, 2018; |
| Ex. 115 | Apple Inc., "Apple Reports Fourth Quarter Results," dated November 1, 2018; |
| Ex. 116 | Reuters, "Apple warns on holiday sales, sending value below $1 trillion," dated November 1, 2018; |
| Ex. 117 | J.P. Morgan, "Growth Fundamentals Intact, Despite Softer Revenue Guide on FX Headwind and Conservatism Related to Macro Risks," dated November 2, 2018; |
| Ex. 118 | Barron's, "Apple Stock Is Tanking Amid Questions About Demand for the iPhone XR," dated November 5, 2018; |
| Ex. 119 | RBC Capital Markets, "10-K Review: High Off-balance Sheet Commitments Indicating Multiple Ramps," dated November 5, 2018; |
| Ex. 120 | Reuters, "US STOCKS-Oil stocks lift S&P 500; Apple pushes Nasdaq lower," dated November 5, 2018; |
| Ex. 121 | Nikkei Asian Review, "Apple cancels Production boost for budget iPhone XR: sources," dated November 5, 2018; |
| Ex. 122 | Apple Inc., Form 10-K, dated November 5, 2018; |
| Ex. 123 | Apple Inc., "Letter from Tim Cook to Apple Investors," dated January 2, 2019; |
| Ex. 124 | Bloomberg, "Apple's iPhone Warning Comes Years Too Late – The company has reached the end of its denial phase," dated January 2, 2019; |
| Ex. 125 | CNBC, Transcript "Tim Cook CNBC interview: Q2 2018 earnings," dated January 2, 2019; |
| Ex. 126 | The Wall Street Journal, "Apple iPhone Loses Ground to China's Homegrown Rivals," dated January 3, 2019; |
| Ex. 127 | Wedbush, "Apple's Darkest Day in the iPhone Era; Massive Negative Dec Results on China," dated January 3, 2019; |
| Ex. 128 | Yahoo! Finance, "Apple's mind-blowing warning means CEO Tim Cook now has a major credibility problem," dated January 3, 2019; |
| Ex. 129 | BBC News, "Apple's China warning 'deflects deeper problems' for firm," dated January 3, 2019; |
| Ex. 130 | The Wall Street Journal, "Apple Warning On Sales Stuns Market – Stock falls 7.6% after hours as weak China demand sparks first outlook cut in 15 years," dated January 3, 2019; |
| Ex. 131 | Defendants' Answer to the Revised Consolidated Class Action Complaint, dated November 18, 2022; |

| Ex. 132 | 9to5mac, "Apple reportedly ramping up iPhone XR orders as it now forecasts higher sales," dated September 19, 2018; |
|---|---|
| Ex. 133 | TechNode, "Apple bets over 65% of iPhone XR inventory on Chinesemarket," dated October 23, 2018; |
| Ex. 134 | Defendants' Supplemental Objections and Responses to Lead Plaintiff's Second Set of Interrogatories, dated March 15, 2022; |
| Ex. 135 | The Korea Times, "Apple cuts forecast, citing weak China sales amid trade tensions," dated January 3, 2019; |
| Ex. 136 | The Wall Street Journal, "The Big Tech Selloff; Why the fall from super-high values shouldn't hurt the larger economy," dated October 31, 2018 The Wall Street Journal Online; |
| Ex. 137 | RBC, "AAPL - Sept-qtr Beat But Dec-qtr EPS Below Expectations.," dated November 1, 2018 (Bates No. RBC_0000701); |
| Ex. 138 | The Wall Street Journal, "Apple May Lean on iPhone XR to Juice Sales," dated October 26, 2018; |
| Ex. 139 | Wedbush, "Cook & Co. Focused on Services Gold Mine; iPhone Cycle Humming-Initiating at OP," dated October 18, 2018 (Bates No. APL- SECLIT_00585947-APL-SECLIT_00585958) **[FILED UNDER SEAL]**; |
| Ex. 140 | Email from Donal Conroy to Tim Cook *et al.*, Subject: Fwd: iPhone XR Pacific Day 1 Executive Summary (as of 5:00 pm SGT), dated October 26, 2018 (Bates No. APL-SEC LIT_00161840-APL-SEC LIT_00161845) **[FILED UNDER SEAL]**; |
| Ex. 141 | Intentionally Left Blank; |
| Ex. 142 | Email from Donal Conroy to Sabih Khan *et al.*, Subject: MPS, dated November 2, 2018 (Bates No. APL-SECLIT_00643543-APL-SECLIT_00643544) **[FILED UNDER SEAL]**; and |
| Ex. 143 | Email from Ladd C. Li to Shiv Keerangudiraju, Subject: Re : Additional D22 lines HHZZ, dated October 31, 2018 (Bates No. HH10225-HH10226) **[FILED UNDER SEAL]**. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 20th day of October, 2022, in the State of California.

s/ Shawn A. Williams
SHAWN A. WILLIAMS