# EXHIBIT 100

**THE VERGE**

# HELP SUPPORT THE NEWS YOU LOVE

*The Verge team relies on advertisers to give*
~~you news, reviews, and videos for free~~

APPLE \ BUSINESS \ TECH

# China is becoming Apple's most important market

*The country is the key to the iPhone's long-term growth*

By Micah Singleton | @MicahSingleton | Oct 27, 2015, 5:35pm EDT



ChinaFotoPress/Getty Images

Apple may bring in the bulk of its revenue in The Americas, but China — now Apple's second largest market — is quickly turning into its most crucial one. Apple has just released its earnings for the fourth quarter of 2015, and revenue from China has grown to $12.5 billion, up from $5.7 billion year-over-year, a 99 percent jump.

China is becoming Apple's most important market - The Verge

After not including China in the initial launch countries for the iPhone 6 last year, Apple managed to ship the iPhone 6S and iPhone 6S Plus on day one, and the results were immediately clear. Apple sold 13 million iPhones on its opening weekend, beating the record 10 million iPhones sold a year earlier. Beating the record was essentially a given — the record has fallen every year — but a 30 percent jump on an "S" year and after a super-cycle upgrade year in 2014 shows just how much impact China can and will continue to have on Apple's bottom line.

## *CHINA IS THE KEY TO SUSTAINING THE IPHONE'S REMARKABLE GROWTH*

For years, analysts have been concerned about Apple being unable to keep up its record-breaking iPhone sales, which have been largely dominated by The Americas and Europe. But with it's rapidly growing middle class, Chinese carriers continued investment into LTE penetration — which is at 10 percent and growing — and Apple's continued retail expansion in the country, China is becoming the key to sustaining the iPhone's remarkable growth.

Apple brought in $58.7 billion in revenue in China alone in fiscal 2015, a 96 percent increase from $29.8 billion in fiscal 2014. Given the fact that just about half of China's population has reliable access to the internet, the potential for sustained long-term iPhone growth lies directly within China's borders.

**Apple Inc.**
**Q4 2015 Unaudited Summary Data**
(Units in thousands, Revenue in millions)

| Operating Segments | Q4 2015 Revenue | Q3 2015 Revenue | Q4 2014 Revenue | Sequential Change Revenue | Year/Year Change Revenue |
|---|---|---|---|---|---|
| Americas | $21,773 | $20,209 | $19,750 | 8% | 10% |
| Europe | 10,577 | 10,342 | 10,350 | 2% | 2% |
| Greater China | 12,518 | 13,230 | 6,292 | - 5% | 99% |
| Japan | 3,929 | 2,872 | 3,595 | 37% | 9% |
| Rest of Asia Pacific | 2,704 | 2,952 | 2,136 | - 8% | 27% |
| **Total Apple** | **$51,501** | **$49,605** | **$42,123** | **4%** | **22%** |

It's not all roses for Apple in China though. While growth is still moving upward, it has slowed a bit, coming down from the massive 157 percent growth in the first quarter of

this year. Apple has to deal with the volatile renminbi, which sent stock markets on a roller-coaster ride this summer after the currency was devalued by China. With an increased dependence on the Chinese market, Apple is more exposed to feeling the effects of the Chinese governments manipulation of its currency.

While The Americas should continue to be Apple's biggest market for the next couple years, China's ascension shows no signs of slowing down as of yet. Soon the world's biggest country will be the most vital market for the world's largest company.

READ NEXT: **CHINA IS REWRITING THE RULES OF THE MOBILE GAME, AND APPLE IS STILL WINNING**

# EXHIBIT 101



Home     News     Sport     More ▾     🔍

☰ Menu

# NEWS

Business   Market Data   New Economy   New Tech Economy   Companies   Entrepreneurship   Technology of Business   Economy

CEO Secrets   Global Car Industry   Business of Sport

Welcome to BBC News, your most truste

# China's eight-year-long smartphone growth comes to an end

By Mary-Ann Russon
Business Reporter, BBC News

🕐 26 January 2018



GETTY IMAGES

The Chinese smartphone market has gone into decline for the first time in almost a decade

**China's smartphone market has fallen for the first time, with annual shipments down by 4% in 2017, according to data from research firm Canalys.**

The decline ends eight years' growth in the world's largest mobile phone market.

Smartphone brands Huawei, Oppo and Vivo continue to dominate the Chinese handset market.

Despite the overall slowdown of the market, Huawei saw double-digit growth, the Canalys report said.

## Changing times

Between 2010 to 2015, the global smartphone market was mostly a showdown between Apple and Samsung.



EXHIBIT

Donal Conroy Ex 2

exhibitsticker.com

But over the last two years, smaller Chinese Android smartphone brands have risen, offering faster entry-level phones at much more affordable prices.

While consumers in big Chinese cities like Beijing and Shanghai see the latest iPhone and Galaxy devices as "must-have" handsets, people in rural areas couldn't afford the hefty price tags and mostly stuck to basic feature phones.



## China's smartphone market
Annual shipments are down for the first time since 2009

Source: Canalys     BBC

To offer these consumers a premium experience at a lower price, Oppo and Vivo - both owned by reclusive billionaire Duan Yong Ping - chose to eschew online and instead open retail stores on high streets in rural provinces.

The approach of offering an Apple-esque in-store customer experience was successful. In 2016, China saw a huge boom in consumers swapping their basic phones for premium smartphones.

According to Counterpoint Research, by August 2017 **Huawei had sold almost as many smartphones as Apple**. By the end of 2016, it had already dethroned Samsung from the top spot as **most profitable Android device brand in the world**.

## Market saturation

So why the decline? According to Mo Jia, research analyst at Canalys, now that consumers have traded up from basic phones to entry-level smartphones, they feel they don't need another one.

People are saying that "the phones they have now are already good enough," Mr Jia told the BBC. "We say that it's gone from a 'change' market to a 'stop' market."

Since even entry-level smartphones have an abundance of features, the life cycles of these devices are much longer than before, now up to 26.8 months, according to Canalys.

The research firm does not see the Chinese smartphone market growing until 5G devices hit the scene in late 2019.





GETTY IMAGES

Huawei's Mate 10 Pro offers similar specs to the iPhone 8 and iPhone 8 Plus, but is 30% cheaper

And while the perceived "luxury" prestige of iPhones will prompt some consumers to want to trade up, Mr Jia points out that the latest smartphones from Chinese brands are almost equivalent in specs and hardware to Apple's handsets.

"The phone makers are making much better phones. For example, if you look at the Huawei Mate 10 and the Mate 10 Pro, their specs are comparable to iPhone 8 and iPhone 8 Plus. But the Mate 10 is at least 30% cheaper than the iPhone 8," he said.

Samsung's marketing disaster early last year over **battery faults with the Galaxy Note 7** severely **damaged its brand reputation in China**.

So, when people wanted a new Android device, they were much more likely to look to Huawei, Oppo and Vivo, Mr Jia added.

## Expanding abroad

With the Chinese market looking pretty saturated for now, overseas expansion will be critical for Huawei, Oppo and Vivo in 2018.

"Oppo and Vivo are trying to expand into more countries like Russia and Japan, and they're trying to deepen their market in South East Asia," said Mr Jia.

"Xiaomi is doing very well in India. They are the most popular brand there and are seeking to open more stores. They are also expanding into Thailand."

Meanwhile, Huawei's focus is on "budget smartphones" - cheaper entry-level or mid-level devices.

The Chinese tech giant has not had much success lately in the US, as **talks to release the Mate 10 Pro on AT&T collapsed** due to government security concerns.

But Huawei is looking to continue growing in developing markets in South East Asia and Africa, while retaining and growing its existing popularity in Europe.

---

### Related Topics

| iPhones | | China | | Apple | | Mobile phones | | Huawei | | Samsung | | Android |

---

### More on this story

Huawei's US smartphone deal collapses

10 January 2018

▶ **Inside the OnePlus smartphone factory**

23 November 2017

## From Around the Web

Promoted content by Outbrain

 **Gwyneth Paltrow: NHS boss urges caution over star's...**
BBC News

 **How Trump offered Kim a ride on Air Force One**
BBC News

 **Alec Baldwin deactivates Twitter account over...**
BBC News

 **Demi Lovato posts 'biggest fear' image of cellulite**
BBC News

 **Venezuela crisis: Juan Guaidó deputy arrested...**
BBC News

 **Trump allowed back onto Twitter**
BBC News

## Top Stories

### Biden eyes 4 July as 'Independence Day' from virus

The US president says he is boosting efforts to vaccinate Americans in his first prime-time speech.

🕑 3 hours ago

### NYC mayor urges Governor Cuomo to resign

🕑 1 hour ago

▶ **A bowling alley like you've never seen it before**

🕑 6 hours ago

## Features





Case 4:19-cv-02033-YGR Document 323-11 Filed 10/20/21 Page 10 of 157

George Floyd death: How will jurors be selected?

'We women are pushed out of work because of childcare'





Why science could free Australian 'serial killer'

The country that says Covid isn't a problem





African-American women react to Meghan Markle interview

Who truly was the most dishonest president?





Living beneath Etna's volcanic eruptions

China's parliament remakes Hong Kong in its own image



Weekly quiz: Oasis' gig demands - 24 lagers and what else?

Elsewhere on the BBC



**Football phrases**

15 sayings from around the world

---

## Most Read

| | |
|---|---|
| Pentagon rebukes Fox News for mocking female troops | 1 |
| Netflix considers crackdown on password sharing | 2 |
| Harvard dropout rockets into mega-billionaire club | 3 |
| Twins peak with more born than ever before | 4 |
| Royals 'not a racist family', Prince William says | 5 |
| Biden eyes 4 July as 'Independence Day' from virus | 6 |
| NYC mayor urges Governor Cuomo to resign | 7 |
| Thailand delays AstraZeneca rollout over clot fears | 8 |
| The country that says Covid isn't a problem | 9 |
| Why science could free Australian 'serial killer' | 10 |

**BBC News Services**

📱 On your mobile

🎤 On smart speakers

✉ Get news alerts

✉ Contact BBC News

| | | | | | |
|---|---|---|---|---|---|
| Home | Sport | Worklife | Future | Music | Weather |
| News | Reel | Travel | Culture | TV | Sounds |

Terms of Use    About the BBC    Privacy Policy    Cookies    Accessibility Help    Parental Guidance    Contact the BBC

Get Personalised Newsletters    Why you can trust the BBC    Advertise with us    AdChoices / Do Not Sell My Info

3/11/2021
China's slowing smartphone growth hits sales - BBC News
Case 4:19-cv-02033-YGR Document 322-1 Filed 10/20/22 Page 12 of 157

© 2021 BBC. The BBC is not responsible for the content of external sites. **Read about our approach to external linking.**

# EXHIBIT 102

IMF HOMEPAGE     ABOUT US     BLOGGERS



**IMFBlog**

INSIGHTS & ANALYSIS ON ECONOMICS & FINANCE

Search ...

**Exhibit 3**
Parekh, K.
03/10/21
*aptus*

HOME    GLOBAL ECONOMY    FINANCIAL MARKETS    GOVERNMENT
INCLUSIVE GROWTH    TECHNOLOGY    CLIMATE

# Smartphones Drive New Global Tech Cycle, but Is Demand Peaking?

FEBRUARY 8, 2018

By Benjamin Carton, Joannes Mongardini, and Yiqun Li

February 8, 2018



**Demand for smartphones is highly cyclical and related to the release of new models (photo: iStock by GettyImages).**

Over a decade of spectacular growth, demand for smartphones has created a new global tech cycle that last year produced a new smartphone for every fifth person on earth.

This has created a complex and evolving supply chain across Asia, changing the export and growth performance of several countries. While our recent analysis of Chinese smartphone exports suggests

## Get IMF Blog Email Updates

SUBSCRIBE NOW

## Coronavirus Related Issues



The IMF and COVID-19 (Coronavirus)
Latest information about IMF's work to address the Coronavirus crisis

## Other IMF Blogs

that the global market may be saturated, demand for other electronics continues to support rising semiconductor production in Asia.

**Tech is the new trade**

Smartphones have become a key metric of global trade. In 2016, global smartphone sales reached almost 1.5 billion units. Smartphones have become the main computing platform for many people around the world, supplanting personal computers. As the figure shows, demand for smartphones has surged while sales of PCs have declined.



**Left in the dust**
Smartphone sales far outpace demand for personal computers.
(units in millions)

Sources: Gartner; International Data Corporation (IDC).



## Other IMF Work

COUNTRY FOCUS

PODCASTS

VIDEOS

FINANCE & DEVELOPMENT MAGAZINE

## About the Blog

IMFBlog is a forum for the views of the International Monetary Fund (IMF) staff and officials on pressing economic and policy issues of the day.

The views expressed are those of the author(s) and do not necessarily represent the views of the IMF and its Executive Board.

This shift has led to the creation of intricate and dynamic electronics supply chains in Asia. In 2016, China exported $107 billion of smartphones to the rest of the world, equivalent to 5 percent of the nation's total exports. In South Korea, the main supplier of smartphone components, semiconductor exports were 17 percent of total exports. Similarly, at the peak of the cycle, components for smartphone production accounted for more than a third of total exports from Taiwan Province of China, 15 percent of exports from Singapore and South Korea, and 11 percent from Malaysia.

Data on value added by the new tech cycle is not readily available. However, OECD data on value added to GDP by the computer, electronics, and optical sectors indicates the magnitudes involved. In South Korea, computer, electronics, and optical sectors accounted for 7.4 percent of total value added in 2013. In 2012, the ratio in Japan was 2.1 percent, and in Ireland, 2.0 percent. The percentages probably increased substantially in years since, reflecting the new tech cycle.

**Rising tech cycle**

Demand for smartphones is highly cyclical and related to the release of new models. Thus, production and trade in several Asian countries have become highly correlated, shaping a new tech cycle that differs from the earlier tech cycle associated with PCs.

In our paper, we show that the new tech cycle cannot be captured by standard seasonality. Instead, it depends on the release dates of Apple Inc. iPhones. The cycle can be subdivided into two components. The first is the pre-release cycle, with the export of components from several Asian countries to China, the producer of most smartphones. The second is the post-release cycle, with shipments of smartphones from China to the rest of the world. Both pre- and post-release cycles have a strong impact on growth and trade patterns in Asia and beyond.

Apple's iPhone releases are the key determinant of the new tech cycle. Reflecting booming global demand, iPhone sales surged from 35.1 million units in the first quarter of 2012 to 78.3 million in the fourth quarter of 2016. A clear quarterly pattern is emerging in which second- and third-quarter sales are usually weaker, reflecting expectations of another release in the fourth quarter. The amplitude of this pattern has been established only since the September 2014 release of the iPhone 6/6 Plus. There are clear spillovers from the fourth quarter into the first quarter, ahead of the Chinese New Year.



## Dominant determinant
The quarterly rise and fall of global iPhone sales.
(units in millions)

Source: Apple Inc. quarterly financial statements.
Note: Quarters are shown in calendar years.



**Evidence the global market has become saturated**

Our analysis suggests that this new tech cycle may have peaked in late 2015 and reached a high point in September 2015. We take into account production declines during the annual 15-day factory shutdowns for Chinese New Year.

China's domestic smartphone market declined in 2017 for the first time, and Apple recorded a year-on-year decrease in iPhone sales in the fourth quarter of 2017. While the industry is still projecting increases in unit sales, our analysis suggests that smartphone makers may have to count on price increases to support continued revenue growth.





At the same time, Asia continues to gain market share in other, growing consumer electronics devices, including embedded automobile computers, smart appliances, and wearable devices. Trend demand for South Korea semiconductor exports continues to accelerate, despite the slowdown in global smartphone sales. The underlying trend in electronic export orders also remains strong in Taiwan Province of China.

This tech cycle based on smartphone production has become an important new driver of the global economy. While we find that the global market for smartphones may have become saturated, demand for other electronics continues to boost semiconductor production in Asia.

## Related Posts







The Evidence Is in on Negative
Interest Rate Policies

Staying Afloat: New Measures to
Support European Businesses

The Haves and Have-nots O
Digital Age

Copyright 2021 International Monetary Fund

SUBSCRIBE TO IMF BLOG UPDATES

    

EXHIBIT 103

**Exhibit 1**
Cook, T.
02/09/22
*@ptus*

EDITORS' PICK | Feb 25, 2018, 10:20pm EST

# Why Apple Will Lose China Market Share In 2018, Despite The Success Of The iPhone X



**Ralph Jennings** Contributor ⓘ
Asia

Follow

🕐 **This article is more than 3 years old.**



Chinese customers buy the new iPhone X at the Apple store in Beijing on November 3, 2017. (FRED...
[+]

Apple's flurry of new iPhones in late 2017 has increased its market share in China, where consumers with a lot of locally-made alternatives traditionally see the Silicon Valley brand as a status symbol. Apple's market share

reached 24.3% by year's end, per this report, up from October, apparently driven by the iPhone 8, 8 Plus and X. Apple took a record 51% of global smartphone market share in the final quarter of the year, according to data here.

But Apple's impressive China share is due to drop over the coming year, analysts believe. Chinese Android-based smartphone brands from companies like Huawei and Xiaomi will take back some of the market by selling for less, they say. Chinese mobile carriers are also cutting subsidies for handset vendors as the overall smartphone market slows down on declining interest in new devices overall, industry analysts believe.

"We expect 2018 to be another tough year for Apple iPhone in China, as the overall smartphone market is slowing, compounding the already harsh conditions of reduced carrier subsidies and fierce local hardware competition," says Neil Mawston, executive director for wireless devices with market research firm Strategy Analytics.

***More on Forbes:*** *Huawei's Smartphone Market Share Is Growing Fast, But It Needs To Break The U.S. Market, And Soon*

"If Apple wants to grow iPhone volume higher in China in the future, it will have to push down, not up, the pricing curve, to target more mid-range consumers who can no longer afford a full-fat iPhone because of diminished carrier subsidies," he says.

## Slowing sales

Chinese consumers overall are buying fewer smartphones, market research firm Canalys said in January. Shipments in China, the world's biggest smartphone market, fell 4% in 2017 year on year to 459 million devices. Market research firm IDC estimates a drop last year of 4.9% and expects another 2% loss this year.

Cookie Preferences

Consumers in China found changes to handset technology "minor" in 2017, IDC says in a statement February 6. Most had finished in 2016 replacing smartphones for models with hotter features such as larger screens, fingerprint readers and new camera features, IDC research manager Kiranjeet Kaur says. High prices also limit Apple's sales, he added.

## Carrier subsidies

An ongoing erosion of carrier subsidies in China may further hurt Apple, effectively raising iPhone prices in the country.

The Chinese government has asked domestic telecom providers to cut marketing costs by 20%, according to this report by investment research website Market Realist, and that cut would cover smartphone subsidies. Hits to smartphone subsidies "affect Apple the most, as it depends highly on subsidies to grow its iPhone sales," the report says.

Cuts in subsidies for iPhone sales evidently began in 2014, applying to major carriers China Mobile, China Telecom and China Unicom, state-run *China Daily* online reported.

## Local competitors

Apple's price of up to $1,200 per iPhone X will daunt Chinese consumers, analysts believe. A lot of shoppers still watch their budgets despite a trend of rising wealth. Domestic Android-based brands know this. Lower prices have helped lift their market shares over the past half-decade in China as well as other emerging markets.

"For example, Huawei has deepened its presence in China over the years and its actions have paid back quite nicely," says Eddie Han, industry analyst with Taipei-based Market Intelligence & Consulting Institute. "It will likely continue consolidating its share in the Chinese market as its efforts to crack the U.S. smartphone market via U.S. telecom operators are still in vain."

Cookie Preferences



A dancer with traditional costume takes a photograph with her smartphone as she waits to perform at... [+]

***More on Forbes:*** *China's Xiaomi Vs. Samsung: The Battle For India's Smartphone Market Heats Up*

Chinese brands Oppo and Vivo have "done a great job" in selling to second-tier and third-tier cities, while Xiaomi "vows to regain its reign" in China, Han adds.

In the fourth quarter last year, four Chinese brands led market shares in their homeland, IDC says. At the top, Huawei claimed 24.3% and Oppo took 20%. The other two were Vivo and Xiaomi.

 **Ralph Jennings**     Follow

As a news reporter I have covered some of everything since 1988, from my alma mater U.C. Berkeley to the Great Hall of the People in Beijing where I followed... **Read More**

Reprints & Permissions

ADVERTISEMENT

Cookie Preferences

# EXHIBIT 104

# Chinese smartphone shipments have plunged, but Xiaomi is surging

🌐 **androidauthority.com**/chinese-smartphone-shipments-q1-2018-859618

April 27, 2018

Smartphone shipments in China are said to have dropped 21 percent from Q1 2017 to Q1 2018, but Xiaomi is making huge gains.



- Smartphone shipments in China dropped 21 percent from Q1 2017 to Q1 2018.
- Huawei and Xiaomi were the only major brands to see any growth during this period.
- Xiaomi saw a massive spike of 37 percent year-on-year, with the Redmi range credited for the success.

The Chinese smartphone market saw its first ever annual decline in 2017, as shipments dropped four percent, according to research firm Canalys. It looks like the trend is going to continue in 2018, as shipments sunk by a massive 21 percent in the first quarter compared to Q1, 2017.

Huawei managed to eke out growth of two percent to maintain the top spot, while second and third placed Oppo and Vivo saw shipments drop by 10 percent, Canalys reported.

Case 4:19-cv-02033-YGR Document 328-11 Filed 10/20/22 Page 27 of 157

Xiaomi, however, was a star performer having grown shipments by a massive 37 percent year-on-year. The brand's strong performance pushed Apple back down to fifth place, after the Cupertino company took the fourth spot in 2017.

Here are the Android phones with the best battery life

The Best



Xiaomi was the only brand in the top five to focus on the sub-1000 yuan (~$160) category, Canalyst analyst (say that three times) Hattie He said. It's thought that "close to 90 percent" of Xiaomi's shipments were due to the cheap Redmi range.

"Huawei and Xiaomi were the only two major brands in China to see a rise in shipments."

The top four brands account for an estimated 73 percent of the market. When you include Apple, that means that manufacturers outside the top five are duking it out for 19 percent. The research firm noted that this figure stood at 34 percent a year ago, illustrating the rapid consolidation taking place.

The competition thus makes for a major threat to less prominent homegrown players such as Gionee and Meizu, let alone the likes of Oukitel, LeEco and Ulefone. But massive international players are feeling the heat too. In fact, in addition to Gionee and Meizu, Samsung's shipments are also is thought to have shrunk to less than half of what they were in Q1 2017.



Canalys

The stiff competition has resulted in brands copying marketing strategies and device lineups, analyst Mo Jia said. Only manufacturers of "a certain size" are able to cope with the marketing and distribution costs, though.

Research suggests that Q2 could be better due to new flagship releases, but further copycat designs are expected to introduce a period of "stagnancy." Manufacturers may have to increase R&D efforts to make headway in the market.

## Read More On This Topic



Samsung Galaxy S23 specs sheet leaks: Like what you see?



Motorola reveals rollable phone concept that extends from the top



Fossil smartwatches start getting Wear OS 3 update with some major omissions

Powered by Playwire

Xiaomi has capped how much money it makes from hardware, forever

News



We've already seen some OEMs take this route, such as Vivo and its X20 Plus UD smartphone, featuring an under-display fingerprint scanner. Then there's Huawei and its triple camera-toting P20 Pro. But are premium features the way to go when the sub-1000 yuan category is what's proving so fruitful? Wouldn't more diversity at the lower-end be the better option? Give us your thoughts in the comments.

News
ChinaHuaweiXiaomi
Deal: 85% off Office Professional Plus 2021, and more Microsoft Office deals

Deals



# EXHIBIT 105

## The New York Times

Log in

# As China Curbs Borrowing, Growth Shows Signs of Faltering

**By Keith Bradsher**

June 14, 2018

SHANGHAI — China's government has been trying to break the country's addiction to ever-rising debt, but its effort to crack down on easy money is starting to hit growth in the world's second-biggest economy.

Beijing has been concerned in recent years about the increased reliance on credit to keep the economy expanding briskly, worrying that it could lead to a financial crisis, or to a long period of stagnation like the one in Japan after the real estate market burst in the early 1990s.

But curbing debt may have significant consequences in China and elsewhere. Countries around the world are much more closely tied to China than ever before, because of its role not just as the world's biggest manufacturer by far but also, increasingly, as a consumer. An economic slowdown in China — coupled with the knock-on effects of widening trade disputes and slowing growth in Europe — may augur poorly for a global economy that even recently seemed in rude health.

Domestically, China's credit crackdown has affected smaller businesses hardest. Though the country often appears to be dominated by its vast conglomerates and hulking state-owned enterprises, its economy is, in reality, somewhat more reliant on small businesses than its Western counterparts. And the way Beijing has gone about curbing lending in recent months is unintentionally hitting the most entrepreneurial segments of the economy, the governor of China's central bank acknowledged in a speech on Thursday in Shanghai.

Over all, there is growing evidence that a credit crunch is taking a toll on the Chinese economy.

The National Bureau of Statistics released data in Beijing on Thursday showing that investment, retail sales and industrial production all slowed in May. The slowdowns in investment and retail sales were particularly sharp and unexpected.

With that backdrop of eroding economic growth, the People's Bank of China, the country's central bank, conspicuously did not match on Thursday the Federal Reserve's increase to interest rates on Wednesday. It had at least partly matched previous Federal Reserve interest rate rises since the autumn.

Case 4:19-cv-02033-YGR   Document 323-1   Filed 10/20/22   Page 32 of 157

An index of 300 large-company stocks traded in Shanghai and Shenzhen dropped 0.4 percent on Thursday, while the Hang Seng in Hong Kong fell 0.9 percent on the poor economic news from the mainland.

With the Chinese economy showing signs of slowing and the authorities making it harder to borrow, small businesses are particularly vulnerable. They represent about three-fifths of economic output in China, compared with around half in Germany, Japan and the United States, according to Yi Gang, the governor of the People's Bank of China.

Now many of those small businesses are struggling for loans because of a wide-ranging government crackdown. Moody's and Standard & Poor's both downgraded China's sovereign debt credit rating last year because of concerns about the country's debt overhang.

The downgrades were among many reasons the government has tightened some curbs on borrowing since the end of the autumn. Beijing has particularly clamped down on lending by online finance companies and other private sector businesses that bypass the state-controlled banking system.

While commercial banks have continued to lend the money they hold from deposits, these conventional loans go mainly to state-owned enterprises. Private lenders, meanwhile, charge interest rates that are double or triple the 6 percent charged by banks, but they are often the only source of financing for small businesses.

Despite the higher interest rates, "we should also fully affirm the significance of private loans, which are an important supplement" to bank lending in the Chinese economy, said Mr. Yi, speaking at the Lujiazui Forum, a gathering in Shanghai of China's top financial regulators. The forum, held at the start of each summer, is one of the Chinese government's main channels for signaling the direction of Chinese monetary and financial policy.

Even before deciding on Thursday morning not to match the Fed's rate increase, though, the Chinese government had already made a pair of moves that appear to have been elaborately crafted to channel more money to smaller, more entrepreneurial businesses.

At the start of this month, the central bank said that commercial banks could use some of their small-business loans as collateral for borrowing money at low interest rates directly from the central bank. And on April 17, it told commercial banks that they could reduce the amount of money they set aside unprofitably as reserves, provided that they took actions that would leave them with more cash to lend to small and midsize businesses.

Gary Liu, the president of the China Financial Reform Institute, a Shanghai-based research group, said on the sidelines of the Lujiazui Forum that China's private-sector companies of all sizes, even large ones, had long faced challenges in obtaining loans. But the credit squeeze on them this spring has been particularly painful.

"It's very bad, and we see not just small and medium-sized enterprises defaulting but even big companies defaulting," he said.

Some financial regulators nevertheless appear determined to maintain the crackdown on informal lending.

Speaking at the forum, Guo Shuqing, the chairman of the China Banking and Insurance Regulatory Commission, called for further rigor. He warned the audience against putting money into the dwindling number of online finance companies that still offered high returns on investment. While some informal lending operations provide valuable credit to small businesses, others have proved to be fraudulent.

"You need to report them so we can find all these Ponzi-type schemes," Mr. Guo said.

China's financial policymakers have made clear that they do not mind seeing a few defaults and some strains in the system. Retail auto sales slackened last month, and unsold cars have started accumulating at dealerships. A decision by the authorities to allow at least a dozen bond defaults in recent weeks, after years of preventing them, has rattled some investors.

The Chinese economy is not crashing. By international standards, the pace of bond defaults is still negligible. While car sales have leveled off, they have done so at a very high level after two decades of strong growth, causing chronic traffic jams. Real estate demand is still buoyant, and so is the construction industry.

But faced with a high level of debt across the economy, "what regulators need to be careful is not to respond in such a heavy-handed way that it could essentially compound the risks," said Fred Hu, an influential Chinese economist who is now a hedge fund chairman in Hong Kong.

*Follow Keith Bradsher on Twitter: @KeithBradsher.*

Ailin Tang contributed research.

A version of this article appears in print on June 15, 2018, Section B, Page 4 of the New York edition with the headline: China's Borrowing Curbs Squeeze Small Businesses

# EXHIBIT 106

China's economy shows signs of slowing. A trade war won't help

# China's economy shows signs of slowing. A trade war won't help

[ Play Video ]

China is killing my business. Now tariffs are too.

## The start of a trade war between the United States and China comes at an inconvenient time for the Chinese economy.

In recent weeks, concerns have been mounting that growth in the world's second-biggest economy is cooling faster than previously expected. Weaker Chinese growth will have repercussions for big trading partners, such as the United States and Europe, and for global companies who do business there.

Now, an intensifying clash with the United States is adding to the difficulties. Both sides announced tariffs on $50 billion of each other's products last week, and President Donald Trump upped the ante further on Monday with a threat to impose duties on at least another $200 billion of Chinese goods.

"The trade dispute is escalating at a time when doubts about the domestic economic picture are rising," Mark Williams, chief Asia economist at research firm Capital Economics, wrote in a research note last week.

The Chinese economy performed strongly last year, growing 6.9%, according to government figures. That momentum continued into the start of this year, but many economists were skeptical it would hold. Signs of a slowdown are starting to appear.

Official economic data for last month showed that growth in important areas like exports, investments by companies and consumer spending all declined compared with the same month a year ago.

The numbers "suggest a broad-based slowdown is now emerging, and we expect this to continue," said Louis Kuijs, head of Asia economics at research firm Oxford Economics.

He predicts China's economy will grow 6.4% this year, or slightly below the Chinese government's growth target for of about 6.5%. Some analysts have repeatedly questioned the accuracy of official GDP data.

10/16/2019    China's economy shows signs of slowing amid trade war...

Case 4:19-cv-02033-YGR   Document 322-1   Filed 10/20/22   Page 36 of 157

Play Video

This is what a trade war looks like

The deepening trade fight with the United States is likely to contribute to the loss of momentum.

Haibin Zhu, chief China economist at JPMorgan, estimates that US tariffs on Chinese exports could slice between 0.1 and 0.5 percentage points off Chinese economic growth, depending on the scale and intensity of the tariffs.

The fallout may spread beyond the direct impact of tariffs, too, hurting business confidence and delaying investment decisions in the country, Zhu added.

## Weaker growth ahead

That's even more of a concern after the recent soft economic data.

"Economic growth appears likely to weaken further over the second half of the year," said Capital Economics' Williams.

Some economists say a key reason for the apparent slowdown is the Chinese government's push to rein in the huge levels of debt in the country, which have risen sharply since the global financial crisis a decade ago.

By the middle of last year, debt was more than two and a half times the value of the entire Chinese economy, according to the Bank of International Settlements. Ratings agencies Moody's and S&P last year downgraded China's credit rating.

Xi and other top officials have talked about reducing risks in China's financial system, which is often referred to as "deleveraging." They have also tried to crack down on China's huge shadow banking sector in which murky forms of lending are kept off banks' official balance sheets.



## 'The most critical period'

Analysts have been skeptical of the government efforts to get a handle on debt, but some now say the measures have become more meaningful and are starting to weigh on growth. A trade war could throw a wrench in the works.

"The escalation of [the] US-China conflict is happening during the most critical period of China's deleveraging and de-risk efforts," said JPMorgan's Zhu.

If waves of US tariffs start to damage the economy, analysts say Chinese policymakers may drop the efforts to tackle risky lending and return to old habits.

"China's leaders will feel confident that they have the ability to loosen policy to cushion the blow if needed," Williams said. "China is good at economic stimulus."

Following the latest US trade threats this week, People's Bank of China Governor Yi Gang told state-run media that "China is in good position to cope with all kinds of trade frictions."

Some analysts have stressed that there are still bright spots in the Chinese economy. Betty Wang, senior China economist at Australian bank ANZ, points out that manufacturing and real estate — two big economic growth engines — are still doing well.

"There are some positive signs in the economy, which prevent us from being overly pessimistic about the economic outlook," Wang said.

CNNMoney (Hong Kong)
First published June 20, 2018: 8:09 AM ET

EXHIBIT 107



# 4 Tech Giants Are Eating Up China's Smartphone Market

*Huawei, Oppo, Vivo, and Xiaomi's increasing shares of a contracting Chinese smartphone market are pushing outside and smaller vendors including Apple, Gionee, Meizu, and Samsung into an ever-shrinking piece of the pie.*

 By Rob Marvin   June 27, 2018 8:00AM ESTJune 27, 2018

PCMag reviews products **independently**, but we may earn affiliate commissions from buying links on this page. **Terms of use**.





China's smartphone market is increasingly dominated by four big players: Huawei, Oppo, Vivo, and Xiaomi.



According to a report from marketing and analytics firm Canalys, the Chinese smartphone market shrunk by more than 21 percent year over year, from 114 million shipments in Q1 2017 to only 91 million in Q1 2018. Eight of the top 10 smartphone vendors saw declining sales, including smaller players Gionee, Meizu, and Samsung (in China, anyway), which are fighting for a smaller piece of the pie.

As for the big four, Huawei and its Honor **($429.00 at Amazon** line saw a modest 2 percent growth to 21 million smartphones shipped in Q1 2018, extending its leading market share from 18 to 24 percent. Oppo and Vivo maintained their standing in second and third place, respectively, though both vendors' sales declined year over year. The only Chinese smartphone manufacturer that saw significant growth was Xiaomi, which grew sales by 37 percent to 12 million smartphones shipped in Q1 2018.

Xiaomi's ascent also leapfrogged it over Apple into fourth place. Apple is left to fight for a share of the ever-smaller piece of the market left for the remaining smartphone makers, which declined by a steep 15 percent year over year, from 42 percent in Q1 2017 to 27 percent in Q1 2018.

For more inside coverage on the Chinese smartphone market, follow PCMag Lead Mobile Analyst Sascha Segan, who's on the ground in China at Mobile World Congress Shanghai 2018 this week with exclusive coverage, including an interview with OnePlus. The caveat with Chinese phones, of course, is that many will never make it over to the US.



As long as the US government continues to target Chinese manufacturers including Huawei and ZTE with hardware bans and trade wars, that's not likely to change anytime soon.

Huawei Honor 6X Review

# Recommended

### Report: Budget Phone Running Huawei OS E…

A new Huawei smartphone running its own mobile operating system is expected to launch before the end of 2019. According to Chinese media site Global…

US Senators: Trump Must Keep Huawei Blac…

/

Huawei's Alternative OS Might Be Called …

Report: Huawei Allegedly Built North Kor…

Can Huawei Work on 5G in the UK? Governm…

PC Shipments Up as Manufacturers Scrambl…

## About the Author

# EXHIBIT 108

# Smartphone vendor performance index: China

## June 2018 update



# China's smartphone shipment decline accelerates



China smartphones
Q1 2016 to Q1 2018

Source: Canalys estimates, Smartphone Analysis, May 2018

- China's smartphone market suffered its largest ever dip, falling 21% year on year in Q1 2018, as overall demand stayed low. Oppo and Vivo's high channel inventory also contributed to a conservative Q1 sell-in. But orders for components by Huawei, Xiaomi, Oppo and Vivo suggest that market falls are set to slow in H2 2018.

- Huawei showed its dominance in China with a 2% rise, taking more than 23% of the market. Vivo and Oppo both faced double-digit declines, while Xiaomi overtook Apple to take fourth place with a 37% increase, though its performance must be seen in the context of a particularly weak result last year. Apple managed to stay flat, with the iPhone X the top-shipping smartphone model for a second quarter in a row.

- None of the smaller vendors grew, as those outside of the top five accounted for only 16.8% of the total market, leaving them a very limited and saturated space in which to compete.



# Consumers are looking for better replacements



China smartphones by price band (US$)

China top 10 smartphones Q1 2018

Legend: Below 100, 100-199, 200-399, 400-599, 600-799, 800+, ASP

Top 10 ASP: US$423
Overall ASP: US$337

Source: Canalys estimates, Smartphone Analysis, May 2018



# Online channel more stable during recession



## China top four vendors
## Smartphone shipments by channel Q1 2018

**HUAWEI**
21.2m units
**39% online**
17.8%   17.5%
2.5%
62.3%

**OPPO**
17.5m units
**10% online**
12.4%
1.2%
37.2%
49.1%

■ Direct   ■ Reseller   ■ Retailer   ■ Service provider

**vivo**
15.4m units
**10% online**
21.2%
9.8%
2.2%
66.9%

**Mi**
12.1m units
**54% online**
16.5%
33.1%
50.4%

## China online smartphone shipments
## Q1 2018: 25.4 million units



Q1 2017
Q1 2018

0%   20%   40%   60%   80%   100%

■ Huawei   ■ Xiaomi   ■ Apple   ■ Oppo   ■ Vivo

- Huawei has invested heavily to improve its online performance, which allows it to target a greater user base, as well as avoid the risk of offline stock saturation that has plagued Oppo and Vivo.

- Oppo and Vivo have invested to boost their online channel presence and take a more balanced omni-channel approach. Big online marketing investments have been launched through apps and the websites of JD, Taobao, Baidu Maps, etc.

Source: Canalys estimates, Smartphone Analysis, May 2018


canalys

# Top five vendors grow to take 83% market share

## Market consolidation gives the advantage to the big vendors

China top 10 smartphone vendors: Q4 2016 to Q1 2018



China smartphone market Q1 2018



Source: Canalys estimates, Smartphone Analysis, May 2018



# Top five Chinese vendors maintain momentum



Canalys performance index

China smartphone shipments Q1 2018

Climb

High

Huawei

Apple

Oppo

Vivo

Xiaomi

Low

Gionee

Hisense

Samsung

Meizu

Dip

Nubia

Latest quarter

Medium term

Source: Canalys estimates, Smartphone Analysis, May 2018

canalys

# Huawei is strengthening its low-end portfolio



Canalys performance index position: Huawei

| | |
|---|---|
| Climb | High |
| Low | Dip |

Latest quarter / Medium term

Huawei introduced five entry-level products during Q1 2018

Honor 6C    Honor 6A    Enjoy 8    Enjoy 8 Plus    Enjoy 8e

- Huawei introduced five low-end products in the Chinese market in Q1 2018, more than any other vendor.
- Its Honor sub-brand has strong momentum and is a major contributor to Huawei's online shipments, which account for 39% of its total. But Honor is now expanding its offline presence too. It is cooperating with China Unicom tightly on shop-in-shop retail and has launched joint marketing campaigns. Honor remains aggressive and competitive against the Huawei brand, which explains its desire to push into channels beyond its core competency.
- With Gionee in crisis, Huawei has taken over many of its retail points to further expand its sales coverage.

Source: Canalys estimates, Smartphone Analysis, May 2018



# Oppo switches focus to cutting-edge technologies

Canalys performance
index position: **Oppo**



- Oppo has managed to maintain shipments of its R series through waves of marketing and by focusing on fashionable design, but its A series fell 15% against Q1 2017. Oppo is tweaking its A series product strategy, changing names from Axx to Ax to better segment its target market.

- Oppo has set up a research institute to strengthen its technology research power in an effort to differentiate against its competitors.

### R15



The purple R15 has been very welcome: around 40% of R15 shipments are the purple model.

### R15 Nebula



Oppo launched its new R15 variant at a music festival to maximize dissemination. It also ran a marketing campaign to drive sales.

### Find X



Oppo revealed its most innovative product of recent years, Find X, which helps improve its brand image, as well as enter the global premium market.



# Xiaomi must improve at the mid and high end

Canalys performance index position: Xiaomi







- Xiaomi's offline presence has improved during the past few quarters, thanks to the opening of its Mi Home store and cooperation with operators, distributors and retailers.
- Xiaomi's cooperation with China Mobile is focused on its budget phones. Its Mi series has barely any channel support. Xiaomi's cooperation with many other channel partners is similar.
- Redmi has seen strong momentum, but Xiaomi needs to improve its mid-end and high-end performance, as it has long been considered a budget smartphone brand.

Source: Canalys estimates, Smartphone Analysis, May 2018

canalys

# Chinese vendors accelerate technology innovation



Percentage of smartphones shipped with "full screen" 18:9 (or similar) displays

Worldwide
China

**New technologies**

Triple camera — HUAWEI

3D face recognition — mi vivo oppo

UD fingerprint sensor — HUAWEI vivo

90%+ screen/body ratio — vivo oppo

"Full view" — HUAWEI mi vivo oppo

NPUs and AI — HUAWEI mi vivo oppo

**Future technologies**

New camera technologies

Remove notch

Foldable screen and soft components

5G

Chinese consumers adopt the latest technologies faster. Chinese companies have been quick to commoditize their competitors' technologies, as well as drive their own innovations. Chipset NPUs, multi-camera setups and sliding mechanisms have all been pioneered by Chinese vendors in the last year. Top vendors have boosted R&D investment to bring leading-edge technologies to market as soon as possible and create an advantage against competitors.

Source: Canalys estimates and forecasts, Smartphone Analysis, May 2018



# Market decline will end in late 2018

China smartphone shipments and forecasts
Q1 2016 to Q4 2018



- Overall weak demand and a lack of differentiation due to slow smartphone innovation has directly led to the decline of the Chinese market since Q2 2017. Apple has halted its falling trend by launching innovative products, such as the iPhone X, with more innovative products on the Android side launching in Q2 and Q3 2018. Canalys expects a market uptick in Q4 2018, but overall the market will still have fallen by 10% overall in 2018.

- As the market has become highly mature and saturated, replacement demand for better smartphones will help drive up the ASP. Smartphones from US$100 to US$299 will be the sweet spot for low-end upgrades. At the high end, as more vendors join the battle, smartphones above US$600 will be shipping in greater numbers than ever, reaching 33.2% in 2018, against 26.4% in 2017.

Source: Canalys estimates, Smartphone Analysis, May 2018



# ASP will rise gradually in China over next five years



- Despite the 21% decline in Q1 2018, the premium (above US$600) market has increased 8% against Q1 2017. Value growth has out-performed volume growth, and this will continue for the next five years, with the ASP rising from US$300 in 2017 to US$350 in 2018, and US$400 in 2022.

- Bigger screens have been one of the strongest drivers in the Chinese smartphone market. Full-view displays with notch designs and greater than 16:9 screen ratios have significantly driven up the screen size of smartphones. 59% of smartphones shipped in China with full-view displays contributed half of the worldwide full-view display smartphone shipments. Half of smartphones in 2022 will be equipped with larger than 6.0" displays.

Source: Canalys estimates, Smartphone Analysis, June 2018

canalys

# Smartphone vendor performance index: China

## June 2018 update





Americas: Suite 317, 855 El Camino Real, Palo Alto, CA 94301, US | tel: +1 650 681 4488
APAC: Room 310, Block A, No 98 Yanping Road, Jingan District, Shanghai 200042, China | tel: +86 21 2225 2888
APAC: 133 Cecil Street, Keck Seng Tower, #13-02/02A, Singapore 069535 | tel: +65 6671 9399
EMEA: Diddenham Court, Lambwood Hill, Grazeley, Reading RG7 1JQ, UK | tel: +44 118 984 0520
email: inquiry@canalys.com | web: www.canalys.com

The written content of this document represents our interpretation and analysis of information generally available to the public or released by responsible individuals in the subject companies, but is not guaranteed as to accuracy or completeness. It does not contain information provided to us in confidence by the industry. Market data contained in this document represents Canalys' best estimates based on the information available to it at the time of publication.

Canalys has a liberal policy with regard to the re-use of information that it provides to its clients, whether within reports, databases, presentations, emails or any other format. A client may circulate Canalys information to colleagues within his or her organization worldwide, including wholly-owned subsidiaries, but not to a third party. For the avoidance of doubt, sharing of information is not permitted with organizations that are associated with the client by a joint venture, investment or common shareholding. If you wish to share information with the press or use any information in a public forum then you must receive prior explicit written approval from Canalys.



# EXHIBIT 109

The New York Times

<div style="text-align:right">Log in</div>

THE NEW NEW WORLD

# China's Consumption Downgrade: Skip Avocados, Cocktails and Kids

By Li Yuan

Aug. 22, 2018

Chen Siqi doesn't eat out so much anymore. Li Keli cut down on travel and takes her son to a public playground instead. Wang Jiazhi stopped dating.

Welcome to China's "consumption downgrade" culture, a potentially worrisome development for Beijing and the world.

For years, the conversation in China was about "consumption upgrades." As the economy took off, China's middle class — now more than 400 million strong and still growing — decided to spend those bigger paychecks. It traded up from local brands to Nikes, from cheap phones to iPhones, from tea to $5 Starbucks lattes.

Today, China's economy is slowing, and shopping has slowed with it. The stock market is slumping. China's currency has lost some of its value. The trade war with President Trump has left many Chinese feeling pessimistic.

China's consumer culture has by no means ground to a halt. But in the streets and on the Chinese internet, the talk is about cutting back in ways big and small.

Quit avocado. Ride bikes instead of taxis. Drink beer instead of cocktails — and make sure that beer isn't craft. Order a medium-size milk tea instead of a large. Give up the gym, and take up dancing in public squares like a grandmother. Some people joke about eating meat instead of tofu, as American tariffs have made imported soybeans more expensive. Perhaps most worrisome for China's leaders, many young Chinese are increasingly reluctant to have children.

A post headlined "This Generation of Young Chinese, Brace for the Bitter Days Ahead," by Ming Na, a blogger, received more than 300,000 views on the social media platform WeChat last weekend. She advised young people to stop going to shopping malls and nightclubs.

"The age of the consumption downgrade," Ms. Na wrote, "has arrived with a big crashing sound."

Chen Siqi hears the message. A 30-year-old accountant in Beijing, she recently bought a garbage bin on Pinduoduo, a Chinese app focused on cheap, sometimes iffy goods that initially enjoyed appeal only in rural areas. She makes about $1,400 a month after taxes, but nearly half of it goes to the rent on her one-bedroom apartment.

Ms. Chen said she had reached the age when she wanted to live in her own apartment instead of sharing with others. To save money, she now cooks at home a few times a week and buys clothes mostly from cheap online vendors and the Japanese basics brand Uniqlo.

"I would like to have a nicer lifestyle but don't know how I can afford it," she said.

A Chinese consumption downgrade could be felt around the world. Chinese spenders have been a key driver of their country's economic growth in recent years. China, in turn, has played a major role in global growth. Chinese consumers help global companies like Apple, General Motors, Volkswagen and many others. A consumption downgrade could also embolden Mr. Trump in his trade fight with China, as he gambles that Beijing can't take much more economic damage.

On paper, the Chinese economy looks strong. Look closer, and the cracks begin to show. Retail sales this year have grown at their slowest pace in more than a decade. Wages in the private sector are growing at their slowest pace since the global financial crisis. The stock market has fallen by one-fifth.

Last week, JD.com, a Chinese e-commerce company, reported disappointing quarterly results. JD.com's focus is providing China's growing middle class with quality products. Investors are watching closely to see whether the Alibaba Group, China's biggest online retailer, will report weak results as well on Thursday.

Long-term factors are driving down spending among young people in particular. The cost of education is going up. Housing in rich cities like Beijing has become unaffordable for many.

Housing is so expensive that Wang Jiazhi moved out of his own home. A 34-year-old semiconductor engineer in the southern city of Shenzhen, he bought a one-bedroom apartment in 2016. In addition to a mortgage of more than $700 a month, he needs to pay his relatives back for the money he borrowed for the down payment. So he rents his apartment and shares a four-bedroom apartment with nine other men. This way, Mr. Wang — who makes about $2,000 a month after taxes — saves $160 a month.

Like many Chinese men, Mr. Wang believes he needs an apartment in order to find a wife. But he is under so much pressure with his mortgage and debt, and with supporting his aging parents in the countryside, that he has had to postpone his plan for marriage. His prospects weren't good anyway: To save money, he has stopped dating.

"I work long hours every day," he said. "It makes me feel occupied."

So the consumption downgrade is in. Even as China's stock market has sputtered, shares in companies that make affordable staples like erguotou, a cheap hard liquor, and pickled vegetables have bucked the trend.

"Drink erguotou with pickled vegetables," said Ms. Na, the blogger, quoting popular Chinese internet memes. "Take a ride with Mobike," she added, naming a bike-share company that offers two-wheeled rides for pennies.

Even the only children of middle-class families, a group that is largely financially secure, can feel anxious about their future.

Wu Xiaoqiong, 28, is the only child of a civil servant and a doctor in the eastern province of Anhui. She works at a big internet company in Beijing with monthly pay of $1,500 after taxes.

When she got married last year, her parents and her husband's parents each put in half of the down payment for a one-bedroom apartment — a typical arrangement for many Chinese middle-class families. Nearly two-thirds of the couple's monthly income goes to the mortgage and toward the rent of a small apartment in Shanghai, where her husband works at a state-owned bank.

Her consumption downgrade plan is to remain childless.

"We have almost no savings and no retirement plans," she said. "My parents have been supporting me financially. How can I afford a child?"

Others are saying no to bigger households — a problem for a Chinese government worried about the country's aging population.

When asked whether she would consider having a second child, Li Keli, an accountant at an electronics maker in the southern city of Huizhou, said, "Absolutely not." Her factory laid off two-thirds of its workers in June when the United States-China trade war escalated. Her monthly pay of $500 was cut by 10 percent. She used to take her son, 7, to visit nearby cities on weekends. Now she takes him to the playgrounds of big residential complexes because they're free.

Many high earners feel anxious as well. Chen Ying, 33, an architect in Shanghai, said her consumption downgrade plan involved not shopping in department stores.

Ms. Chen said she did not expect her pay to rise too much. Her younger colleagues do not make as much as when she first started four years ago, and her pay now is lower than that of older colleagues with similar experience four years ago.

She used to get pay raises of 15 percent to 20 percent a year — rates that weren't uncommon at fast-growing industries in China in the past decade. Now she expects the raises to be 5 percent, if she gets them at all. She has started to think about retirement, but doesn't know where to begin.

"In the past we had many inflated expectations," she said. "Now we don't expect so much."

*Correction:* Aug. 24, 2018
*An earlier version of this article misstated the name of the province Wu Xiaoqiong is from. It Anhui, not Hefei. Hefei is the capital of Anhui province.*

A version of this article appears in print on Aug. 23, 2018, Section B, Page 1 of the New York edition with the headline: Chinese Tighten Their Belts: No Avocados, Cocktails or Kids

<div style="border:1px solid;text-align:center;padding:8px;">READ 40 COMMENTS</div>

EXHIBIT 110

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/apple-faces-uphill-battle-to-win-over-china-with-pricey-new-iphones-1536843602

**Exhibit 6**
Parekh, K.
03/10/21
*@ptus*

TECH

# Apple's Challenge: Win Over China With Pricey New iPhones

Its China rivals match its features, beat its prices, dwarf its market share



While Apple remains a status symbol in China, it has been trailing homegrown rivals. Above, an Apple showroom in Shanghai.

PHOTO: CHANDAN KHANNA/AGENCE FRANCE-PRESSE/GETTY IMAGES

*By* Yoko Kubota *in Beijing and* Tripp Mickle *in San Francisco*
Sept. 13, 2018 9:00 am ET

The signature features of Apple Inc.'s AAPL **3.91%** ▲ new iPhones—bigger screens and dual-SIM support—speak directly to demands in the all-important China market.

Chinese rivals already offer similar features for less money. That means the improvements may help Apple retain its market share in China, but may not be able to win new converts to Apple's ecosystem—and that could keep sales flat, analysts say.

"It's still hard for Apple to attract wider Chinese consumers from Android users," said Mo Jia, a Shanghai-based analyst at market-research firm Canalys, citing "the extremely high price band compared to local high-end Android products."

The Apple iPhone launch also drew criticism on Chinese social media Thursday. During the launch announcement at Apple headquarters in Cupertino, Calif., a day earlier, an image of global release dates projected on stage included Taiwan and its flag as distinct from China.

Taiwan has an independent government, but China claims the island as its own and has previously pushed airlines, hotelier Marriott International Inc. and other companies to change online references that suggest Taiwan isn't part of China.

"Apple, what did you mean at the launch event?" the Communist Youth League posted on its Weibo social media account. The Communist Party tabloid Global Times reported online that Chinese netizens are urging Apple to follow the one-China principle.

Apple didn't immediately reply to a request for comment.

The starting price of the new phones by Apple will range from about $950 and $1,400 in China, while a handset produced by rival Huawei Technologies Co. with a dual-SIM-card feature and similar screen size can be found for about $660.

After back-to-back years of steep sales declines, Apple's China business has bounced back recently, helping the company hit record profits. Revenue in the region has risen 16% to $40.53 billion in the three fiscal quarters ended in June. Greater China accounts for about a fifth of its total revenue.

Yet its market share in China has been treading water. Once the top seller in China, Apple is now the fifth best-selling brand with a 6% market share in April-June, down 1 percentage point from a year earlier, data from Canalys showed.

To be sure, that may not matter for Apple's profitability. As the global smartphone market contracts, Apple's focus has shifted from units it ships to higher profit margins. Just maintaining a similar shipment scale could help drive Apple's profitability again, Mr. Jia of Canalys said.

While Apple remains a status symbol in China, it has been trailing homegrown rivals Huawei, BBK Electronics Corp.'s Oppo and Vivo brands, and Xiaomi Corp.

In an effort to revive its fortunes in the region, Apple offered software updates tailored toward China including the addition of voice dictation in the Shanghai dialect and

support for QR codes, used widely for mobile payments. It last year also named its first executive with oversight of the China business.

With the latest models, Apple took a further step with a China-specific hardware update, willing to stomach extra costs with modifications to the dual-SIM-card feature it is adding to the new handsets.

An acronym for subscriber identity module, SIMs are microchips that allow smartphone users to access a wireless network. With dual SIM, users can use two phone numbers on one device.

Outside of China, the new iPhones feature a technology that blends a physical SIM with an eSIM technology, a digital embedded SIM that lets wireless subscribers store a second phone number on the device without a second physical SIM card.

RELATED

Apple Watch Series 4 First Look: A Medical Wearable in Pretty Disguise

Apple Launches Bigger, Pricier iPhones

Apple Adds Heart-Monitoring Features to Watch

First Look: iPhone XS, XS Max and XR

Analysis: Apple's Biggest Screen Grab Yet

Making Sense of the New iPhones

- What You Should Know

Recap: Apple's September iPhone Event

But in China, that is a challenge because of regulations that require carriers and regulators to be able to track the device user's identity. That would be difficult to do with eSIM, which would be embedded by Apple and not the carriers.

Therefore, Apple has added trays for those physical SIM cards in China alone, further complicating a difficult supply chain by requiring additional components and different production processes.

China is the world's biggest market for dual-SIM smartphones, according to Canalys. The feature is popular among users with two numbers for business and private use, or those who use one SIM card for phone calls and another for internet access.

It's also a benefit for international travel. More than 62 million Chinese vacationed in other countries last year, <u>twice as many</u> as five years earlier.

The dual-SIM feature is attractive for Chinese consumers, but nothing new, analysts say. In April-June, only 6.6% of smartphones sold in China had one SIM card, said Canalys's Mr. Jia.

Along with dual-SIM slots, Apple on Wednesday introduced two new models with its largest iPhone screens ever: a 6.5-inch display called iPhone XS Max using advanced, OLED technology and a lower priced device with a 6.1-inch LCD display, called iPhone XR. It also unveiled a 5.8-inch OLED screen version, called the iPhone XS.

The new iPhones' bigger screens will meet the taste of Chinese consumers who are highly reliant on smartphones to go online to shop, pay for goods, hail cabs, play games or watch popular live video streaming. In China, 788 million people, or 98% of internet users, go online using mobile phones, according to the China Internet Network Information Center, a government-affiliated agency.

Yet Chinese competitors have already offered phones with displays larger than 6 inches. Huawei's recently unveiled Honor 8X Max's display size is 7.12 inches.

Chinese consumers tend to especially value new looks of products and could be turned off by Apple's new models that look similar to the previous version, said James Yan, an analyst at Counterpoint Research based in Beijing.

In China, the iPhone XS Max starts at 9,599 yuan, or about $1,400, while the iPhone XR starts at 6,499 yuan, or about $950—higher than the U.S. price tags of $1,099 and $749 respectively, partly due to taxes.

By comparison, one of Huawei's current high-end models, the P20 Pro, starts at 4,488 yuan, or about $660. The company is set to unveil its latest products next month.

On Chinese social media, the cost of the new iPhones was one of the main discussion points.

"We are all talking about the high price," said a user with the name of Kena Shazhou on the microblog Weibo. "However this may actually suit the vanity of some Chinese people." Another commented: "Even the lowest price is enough for two good Android phones."

Apple assembles most of its iPhones in China. While smartphones have so far evaded U.S. tariffs, Apple has said its watch, wireless headphones and other goods would be hit by proposed U.S. tariffs on $200 billion of Chinese goods.

*—Yang Jie and Xiao Xiao in Beijing contributed to this article.*

**Write to** Yoko Kubota at yoko.kubota@wsj.com and Tripp Mickle at Tripp.Mickle@wsj.com

*Appeared in the September 14, 2018, print edition as '.'*

### Would you like more stories like this?

| YES | NO |
|-----|-----|

Copyright © 2021 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

EXHIBIT 111

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/are-chinas-consumers-in-trouble-1537784223



**Exhibit 7**
**Parekh, K.**
03/10/21
@ptus

HEARD ON THE STREET

# Are China's Consumers in Trouble?

Disappointing retail sales have analysts debating whether consumption is heading for a bigger slowdown

*By* [Nathaniel Taplin](#)
Sept. 24, 2018 6:17 am ET

China's annual Singles Day sale, the gargantuan spree spawned by Alibaba every Nov. 11, is just six weeks away. But local chat rooms are alight with talk of a Chinese "consumption downgrade." After years of analyst enthusiasm for the country's rising consumer class and the companies that serve it, should investors be worried?

In short, yes—although less than "downgrade" implies. Chinese consumers are set for some pain: The trade war with the U.S. will likely hit the labor-intensive export sector, while sectors like autos have been struggling as tax breaks expire. Still, China's labor market has actually been looking up recently. And households are adding debt slower than over the past two years, meaning more income available for consumption.

One reason consumption and retail sales were weak in 2017, even as urban wage growth accelerated, was Chinese consumers' enormous borrowing binge, much of it for mortgages encouraged by Beijing. In 2016 and 2017 household borrowing grew by the equivalent of 10% of gross domestic product.

It continues to rise, but the pace has slowed dramatically: Consumer loans at the end of June were up from a year earlier by just 3% of GDP, half the pace of the previous 12 months. That should leave Chinese households more money for discretionary items, and consumption growth did tick higher in the second quarter, although retail sales—which exclude spending on services—haven't yet shown much of a bump.



Happy Singles Day!

**PHOTO:** CHINA STRINGER NETWORK/REUTERS

China's labor market is also holding up surprisingly well, in part due to the <u>continued strength of the property sector</u>. Services and construction companies together added jobs at the fastest pace in 21 months in August, according to China's purchasing managers index. Manufacturers are still cutting jobs, but at the slowest pace since early 2017. The improved employment picture could drive some rebound in retail sales and general consumption in late 2018.

Next year things could get trickier. Earnings growth is slowing even before the big U.S. tariffs really hit. And industrial profits excluding the capital-intensive materials sector—one of the best leading indicators for incomes, according to Gavekal Dragonomics—are also weakening. Slower profit growth will eventually start hitting wage growth too.

China's consumers are doing fine for now. But for Chinese consumer stocks, down 20% for the year, any Singles Day-led bounce in the months ahead might prove fleeting.

**Write to** Nathaniel Taplin at <u>nathaniel.taplin@wsj.com</u>

**Would you like more stories like this?**

YES    NO

Copyright © 2021 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

# EXHIBIT 112

Case 4:19-cv-02033-YGR   Document 322-11   Filed 10/20/22   Page 73 of 157

**The New York Times** | https://www.nytimes.com/2018/10/18/business/china-economy-third-quarter.html

## China's Growth Hits Slowest Pace in a Decade

Slowdowns in investment and retail sales are cooling one of the world's most important economic engines. As the trade war with the U.S. intensifies, the downturn could get worse.

 **By Alexandra Stevenson**

Oct. 18, 2018

Sputtering growth, soaring debt and an escalating trade war with the United States are increasingly weighing on China's economy.

China's government on Friday reported that the economy grew by 6.5 percent over the three months that ended in September compared with a year ago. While fast by global standards, the pace is China's slowest since early 2009, during the depths of the global financial crisis.

China has reported growth figures over the past two years that painted a picture of an economy that is gamely chugging along, despite the country's lingering problems and widespread doubts over the reliability of official numbers. A different narrative is emerging this year, one of a slowing economy that is forcing Beijing to make some difficult choices.

Chinese shoppers have said they are spending less and downgrading their purchases, like staying home instead of going out, or drinking beer instead of cocktails. Business confidence is ebbing. Investment in splashy infrastructure projects has dropped sharply.

China's stock market is firmly in the red — it has fallen by more than one-quarter since a peak in January — making it one of the world's worst performing. Companies are complaining that they cannot get money from lenders, and a handful of them are defaulting on their loans. The currency has weakened and is hovering near a 10-year low against the American dollar.



All of this is before factoring in China's intensifying trade war with the United States. Friday's report is the first since the two countries began to impose tit-for-tat tariffs starting in early July.

So far it has only marginally dented China's $12 trillion economy. In recent weeks, Chinese officials have pointed to figures that show overall trade remains robust despite the conflict.

On Friday, Chinese officials introduced an unusual public effort to reassure businesses and investors that China was on the right track. They blamed the lower-than-expected economic figures on global factors but said the government would take steps to keep growth on course.

"We have no reason not to be confident in the bright prospects for China's economic development," Liu He, China's economic czar, told the official Xinhua news agency.

> **Daily business updates**  The latest coverage of business, markets and the economy, sent by email each weekday. Get it sent to your inbox.

China's stock market rebounded from a Friday drop after the comments from Mr. Liu and other top officials.

**Exhibit 0012**
Oded Shenkar



A rail line connecting Sichuan and Tibet. During periods of economic slowdown, China has turned to local governments to spur growth through big infrastructure and development projects. China Stringer Network/Reuters

## For China, revving up the growth engine is complicated

During periods of economic slowdown, China has turned to local governments to prompt growth through big infrastructure and development projects. That approach fueled growth but saddled key parts of the economy with debt.

The exact numbers aren't clear, but experts agree that the debt load is vast. In a report this week, S&P Global estimated that China's local governments are carrying as much as $6 trillion in shadowy debt off the books. That is equivalent to roughly three-fifths of China's entire economic output. Analysts at the ratings firm called it "an alarming level."

China has been trying to throttle back the lending, but that has hurt growth. Growth in spending on highways, rail and public facilities has fallen to a record low this year. From the start of the year through the end of September, the growth in infrastructure spending fell to 3.3 percent, according to the National Bureau of Statistics.

Now, Beijing appears to be rethinking its austerity efforts. Officials are beginning to encourage new investment. They have added more money to the financial system. To reduce the bill, they are asking the private sector to help out. This week it announced that 1,222 infrastructure projects worth $362 billion would be financed by private companies.



A mall in Beijing. Chinese officials point to figures that show overall trade remains robust despite the conflict. Still, the impact may take some months to show.   Andy Wong/Associated Press

## The health of the Chinese consumer is critical

China's expanding middle class and its increasingly expensive consumption habits have been an important pillar for growth as China moves away from its dependence on exports and big investment projects.

Retail sales stayed buoyant, rising 9.2 percent in September from the previous year, as Chinese consumers continued to buy cars, appliances, smartphones and other goods. The strong numbers will help officials in Beijing to argue that the trade war has left China's domestic economy largely untouched.

But economists warn that the overall rosy picture could change. For example, car sales began to slow in September, according to the China Passenger Car Association.

"A month from now may be just the time retailers start to buckle," wrote analysts at China Beige Book International. The group, which surveys big businesses in China, said retailers reported the worst payroll health of any sector in recent months.

Retail numbers could also fall as Beijing cracks down on nonbank lenders and peer-to-peer lending platforms, which have been a source of credit for many consumers in recent years. Property development has slowed, too, as fewer people buy new homes.



Newly manufactured cars at the automobile terminal in the port of Dalian. In September, the United States put tariffs on $200 billion worth of products coming from China. Chinese export figures for September jumped 14.5 percent compared with a year earlier.  China Stringer Network/Reuters

### The trade war could prove a drag

In September, the United States put tariffs on $200 billion worth of products coming from China. President Trump has given no indication that he will back down anytime soon.

Chinese export figures for September jumped 14.5 percent compared with a year earlier. That unlikely number probably is not a sign that trade is doing well. Some exporters attributed the rise to American companies ramping up orders before new tariffs make their purchases more expensive.

"We know customers tried to clear as much finished product in transit to the U.S. as possible before the deadline," said Peter Levesque, the managing director of Modern Terminals in Hong Kong. That could happen again, as American importers try to bypass the next deadline of Jan. 1 for a 25 percent tariff on Chinese goods.

While much of the impact of the trade war has yet to be felt, experts say it won't take long for a slowing economy to start to feel the pinch, especially as officials grapple with other economic problems. The trade war could shave as much as 1.6 percent off China's economic growth figures next year, according to a recent report from the International Monetary Fund.

"We're not going to be able to see it in the numbers that are provided and that will just add to the uncertainty," said Paul Gruenwald, global chief economist at S&P Global Ratings. "It's going to be hard to pinpoint any pressure because we don't have enough data."

But, he added, "there is definitely pessimism. It's just a question of how much it will slow things down."



### Officials look to shore up confidence

Just before releasing the economic growth figures on Friday morning, the websites for China's central bank, insurance and securities regulators posted news media interviews with senior officials giving support to the market. The chairman of the securities regulator went as far as to appeal to certain market participants to buy stocks.

"We encourage private equity funds to purchase shares of listed companies and participate in mergers and acquisitions of listed companies," said Liu Shiyu, the chairman of the China Securities Regulatory Commission.

Liu He, the economic czar, said later that day to Xinhua that trade frictions with the United States had hurt the stock market, "but the psychological effect is bigger than the actual impact, frankly speaking."

He added that the United States and China were in contact, without elaborating. Trade discussions were put on hold in September after the Chinese government declined an invitation by Treasury Secretary Steven Mnuchin to hold fresh talks.

Mr. Liu and Liu Shiyu were joined on Friday by Guo Shuqing, China's top banking regulator, and Yi Gang, who runs China's central bank, in publicly supporting the market.

The coordinated effort by the four most important economic officials in China revealed a high level of concern on the part of the government, said Andrew Polk, a founder of Trivium, a Beijing consulting firm.

"It's concerning that they need all the heavy hitters out there talking up the markets in order to assuage people's concerns," said Mr. Polk. "I find it very remarkable that they chose this strategy, and somewhat alarming."

*— Cao Li contributed research.*

Alexandra Stevenson is a business correspondent based in Hong Kong, covering Chinese corporate giants, the changing landscape for multinational companies and China's growing economic and financial influence in Asia. @jotted  •  Facebook

A version of this article appears in print on , Section B, Page 4 of the New York edition with the headline: China's Economy Decelerates To Slowest Pace in a Decade

# EXHIBIT 113

Stock Report | **October 29, 2018** | NasdaqGS Symbol: **AAPL** | **AAPL** is in the S&P 500



# Apple Inc.

| Recommendation | **BUY** ★★★☆ | Price | 12-Mo. Target Price | Report Currency | Investment Style |
|---|---|---|---|---|---|
| | | $212.24 [as of Oct 29, 2018 4:00 PM ET] | $255.00 | USD | Large-Cap Growth |

**Equity Analyst Angelo Zino, CFA**

**GICS Sector** Information Technology
**Sub-Industry** Technology Hardware, Storage & Peripherals

**Summary** This company is a prominent provider of consumer computing devices, including the iPhone, iPad tablets, Mac computers, wearables and iPod digital media players.

## Key Stock Statistics [Source: CFRA, S&P Global Market Intelligence (SPGMI), Company Reports]

| | | | | | |
|---|---|---|---|---|---|
| 52-Wk Range | **$233.47 - 150.24** | Oper. EPS 2018E | **11.71** | Market Capitalization[B] | **$1,025** | Beta | **1.34** |
| Trailing 12-Month EPS | **11.04** | Oper. EPS 2019E | **13.77** | Yield [%] | **1.38** | 3-Yr Proj. EPS CAGR[%] | **10** |
| Trailing 12-Month P/E | **19.60** | P/E on Oper. EPS 2018E | **18.12** | Dividend Rate/Share | **$2.92** | SPGMI's Quality Ranking | **B+** |
| $10K Invested 5 Yrs Ago | **$31,590** | Common Shares Outstg.[M] | **4,829.9** | Institutional Ownership [%] | **56** | | |

## Price Performance



**Source: CFRA, S&P Global Market Intelligence**
Past performance is not an indication of future performance and should not be relied upon as such.
Analysis prepared by Equity Analyst **Angelo Zino** on Oct 29, 2018 09:30 AM, when the stock traded at **$216.30.**

### Highlights

► We expect 6.7% revenue growth for FY 19 [Sep.] after our view for a 15% rise in FY 18. We see stable unit shipments for iPhones while AAPL looks to increase revenue through its Services business, which saw growth at an impressive 31% in the June quarter. Services are benefiting from significant growth in paid subscriptions, which recently increased by more than 60% to over 300 million. We still conservatively forecast no iPhone unit growth through FY 19 but see robust growth in other hardware offerings/wearables (up 37% in the June quarter), driven by the Apple Watch. We see Mac/iPad sales benefiting from potential upcoming product launches.

► We see the gross margin steady at 38% to 39% through FY 19 end. We expect component costs to begin to ease in the coming quarters and see robust growth from AAPL's higher-margin Services business supporting margins./

► We like free cash flow potential [over $200B potentially in the next 3 years], which should result in aggressive share repurchases [we estimate a 2% run rate quarterly reduction in the share count over the next two years]. AAPL aims to be net cash neutral [currently $129 billion net cash] over time.

### Investment Rationale/Risk

► We like AAPL's superior ecosystem, high customer retention rates and free cash flow generation. We see a growing installed base benefiting future product replacement cycles. We note net cash per share over $26, which we see increasingly employed for share repurchases. We expect robust services growth given AAPL's growing installed base [over 1.3 billion active installed base] and increasing number of paid subscribers. We think AAPLâs success in China is very encouraging, growing 19% in the June quarter, especially as it relates to higher-priced iPhones and services.

► Risks to our recommendation and target price include weaker end-market demand, pricing pressures, competitive handset and tablet offerings gaining traction, less success with product launches/innovations and longer-than-expected hardware replacement cycles.

► Our 12-month target price of $255 is based on a P/E of 16.8X our FY 20 EPS estimate of $15.20, above peers and ten-year forward historical average of 15.6X. We see stable revenue from AAPLâs legacy hardware businesses fueling free cash flow while growth from the higher margin services business should support multiples expansion.

### Analyst's Risk Assessment

| LOW | MEDIUM | HIGH |
|---|---|---|

Our risk assessment reflects our view of a seemingly ever-evolving market for consumer-oriented technology products, potential challenges associated with the company's growing size and offerings and possible changes in the pace or success of product innovations as the smartphone space matures. These concerns are partly offset by AAPL's significant cash position and free cash flow potential.

## Revenue/Earnings Data

### Revenue [Million $]

| | 1Q | 2Q | 3Q | 4Q | Year |
|---|---|---|---|---|---|
| 2018 | 88,293 | 61,137 | 53,265 | -- | -- |
| 2017 | 78,351 | 52,896 | 45,408 | 52,579 | 229,234 |
| 2016 | 75,872 | 50,557 | 42,358 | 46,852 | 215,639 |
| 2015 | 74,599 | 58,010 | 49,605 | 51,501 | 233,715 |
| 2014 | 57,594 | 45,646 | 37,432 | 42,123 | 182,795 |
| 2013 | 54,512 | 43,603 | 35,323 | 37,472 | 170,910 |

### Earnings Per Share [$]

| | 1Q | 2Q | 3Q | 4Q | Year |
|---|---|---|---|---|---|
| 2020 | E 5.47 | E 3.46 | E 2.95 | E 3.32 | E 15.20 |
| 2019 | E 4.88 | E 3.14 | E 2.61 | E 3.13 | E 13.77 |
| 2018 | 3.89 | 2.73 | 2.34 | E 2.75 | E 11.71 |
| 2017 | 3.36 | 2.10 | 1.67 | 2.07 | 9.21 |
| 2016 | 3.28 | 1.90 | 1.42 | 1.68 | 8.31 |
| 2015 | 3.06 | 2.33 | 1.85 | 1.96 | 9.22 |

Fiscal year ended Sep 30. Next earnings report expected: Early Nov. EPS Estimates based on CFRA's Operating Earnings; historical GAAP earnings are as reported in Company reports.

## Dividend Data

| Amount [$] | Date Decl. | Ex-Div. Date | Stk. of Record | Payment Date |
|---|---|---|---|---|
| 0.73 | Jul 31 | Aug 10 | Aug 13 | Aug 16 '18 |
| 0.73 | May 01 | May 11 | May 14 | May 17 '18 |
| 0.63 | Feb 01 | Feb 09 | Feb 12 | Feb 15 '18 |
| 0.63 | Nov 02 | Nov 10 | Nov 13 | Nov 16 '17 |

Dividends have been paid since 2012. Source: Company reports.
**Past performance is not an indication of future performance and should not be relied upon as such.**
Forecasts are not reliable indicator of future performance.

Redistribution or reproduction is prohibited without written permission. Copyright © 2018 CFRA. This document is not intended to provide personal investment advice and it does not take into account the specific investment objectives, financial situation and the particular needs of any specific person who may receive this report. Investors should seek independent financial advice regarding the suitability and/or appropriateness of making an investment or implementing the investment strategies discussed in this document and should understand that statements regarding future prospects may not be realized. Investors should note that income from such investments, if any, may fluctuate and that the value of such investments may rise or fall. Accordingly, investors may receive back less than they originally invested. Investors should seek advice concerning any impact this investment may have on their personal tax position from their own tax advisor. Please note the publication date of this document. It may contain specific information that is no longer current and should not be used to make an investment decision. Unless otherwise indicated, there is no intention to update this document.

Stock Report | **October 29, 2018** | NasdaqGS Symbol: **AAPL** | **AAPL** is in the S&P 500

# Apple Inc.



## Business Summary October 29, 2018

CORPORATE OVERVIEW. Apple makes smartphones, tablet devices, computers and portable digital media players, and sells a variety of related software, services, and accessories.

AAPL's iPhone directly accounted for 62% of FY 17 revenues, with over 216 million units sold. AAPL sold over 211 million iPhones in FY 16, contributing 63% of revenues. We note that iPhone sales grew 3.4% in FY 17 after witnessing its first ever year-over-year decline ever in FY 16. While we expect the rate of growth to slow in the coming years as the business becomes larger and more mature, we still see substantial opportunities related to international, enterprise and education markets. We note the fall 2017 introductions of the next generation iPhone 8 and the iPhone 8 Plus devices as well as release of the iPhone X device, which includes a OLED screen and 3D sensing technology. We note all three devices come with wireless charging capabilities.

Released in April 2010, the iPad quickly became the best-selling tablet computer by far. Before the iPad, unit sales for similar computing devices were less than 200,000 units, according to market researchers. In FY 10, the first year of availability, AAPL sold over 7 million iPads, accounting for around 8% of total revenues. In FY 17, about 44 million iPads were sold (8% of sales), but showed a decline from the 46 million units shipped (10% of sales) the previous fiscal year.

Sales of AAPL's computers, commonly known as Macs, made up 11% of revenues in FY 17, similar to its representation in FY 16. On a unit shipment basis, we expect Macs to perform better than the overall PC industry, which we think is in the midst of a secular decline.

Revenue from Services and other hardware products comprised for about 19% of sales in FY 17 versus 16% in FY 16. Other hardware products includes sales of the Apple TV, Apple Watch, AirPods, Beats products, iPod and Apple-branded and third-party accessories. We note Services alone was 13% of FY 17 sales and grew an impressive 23%. Services includes revenue from the App Store, iCloud, AppleCare, licensing and other services.

COMPETITIVE LANDSCAPE. The company primarily competes in the handset, tablet, computer and media player markets. We think AAPL uses its ability to design and develop its own operating system, hardware, application software and services to differentiate itself from competitors. We see the appeal behind the products having a lot to do with its stated goal of providing customers with products that have superior ease of use, seamless integration and innovative industrial design. Reflecting what we view as AAPL's perceived quality and notable cachet, the company is able to compete in the middle to high-end segments of its target markets, and charge above-average prices for its products.

AAPL has a substantial hardware presence across key categories, and we think this helps garner interest from third-party application developers who continue to produce content and applications for the iPhone and iPad. We think AAPL's application business is one of the key elements that helps differentiate its devices from other products, and is very important to future sales growth and pricing power. Further, we view the App Store as an effective way of not only distributing content effectively, but also keeping the customer base entrenched. We think iCloud functionality encourages customers to buy more AAPL products and use them more regularly.

FINANCIAL TRENDS. Although AAPL's sales are affected by broader macroeconomic conditions, we think the company has generally been less cyclical than peers, given its strong brand, innovative and high-quality products, loyal customer base and exposure to fast-growing markets. Considering the maturity of the computer and tablets markets, we expect unit shipments and average selling prices for Macs and iPads to trend down over time but note quarterly mix and new product releases could result in volatility. However, with anticipated growth in the smartphone and wearables markets, and considering our view that AAPL will largely sustain notable share in these areas, we see increasing shipments of and revenues from iPhones and the Apple Watch over the next couple of years.

We think iPhones and Mac products offer margins above the level of the company as a whole, and this should support the gross margin, as they make up a large percentage of total revenues.

AAPL has what we view as a very strong balance sheet, with about $244 billion in cash and investments, and about $115 billion in debt as of the end of June 2018. AAPL boasts return metrics, such as return on equity, that are relatively high compared with other large/mega-cap hardware and software companies. In March 2012, AAPL announced a dividend and a share repurchase plan. As of May 2018, we believe AAPL has returned over $300 billion of cash to shareholders and note the company began returning cash in calendar year 2012. On May 1, 2018, Apple announced a new $100 billion share authorization program and hiked its dividend by 16%.

In June 2014, a 7-for-1 stock split was implemented.

## Corporate Information

**Investor Contact**
N. Paxton (408-996-1010)

**Office**
1 Infinite Loop, Cupertino, California 95014

**Telephone**
408-996-1010

**Website**
www.apple.com

**Officers**

| **Senior VP & General Counsel** | **Non-Executive Chairman of the Board** |
| --- | --- |
| K. L. Adams | A. D. Levinson |
| **CFO & Senior VP** | **Senior Director of Corporate Accounting** |
| L. Maestri | |
| **COO & Senior VP** | C. Kondo |
| J. E. Williams | **Vice President of Technology** |
| **CEO & Director** | K. M. Lynch |
| T. D. Cook | |

**Board Members**

| | |
| --- | --- |
| A. A. Gore | R. A. Iger |
| A. D. Levinson | R. D. Sugar |
| A. Jung | S. L. Wagner |
| J. A. Bell | T. D. Cook |

| **Domicile** | **Auditor** |
| --- | --- |
| California | Ernst & Young LLP |

**Founded**
1977

**Employees**
123,000

**Stockholders**
25,333

Redistribution or reproduction is prohibited without prior written permission. Copyright © 2018 CFRA.

Stock Report | **October 29, 2018** | NasdaqGS Symbol: **AAPL** | AAPL is in the S&P 500



# Apple Inc.

## Quantitative Evaluations

**Fair Value Rank** **3**

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| LOWEST | | | | HIGHEST |

Based on CFRA's proprietary quantitative model, stocks are ranked from most overvalued [1] to most undervalued [5].

**Fair Value Calculation** **$219.54**

Analysis of the stock's current worth, based on CFRA's proprietary quantitative model suggests that AAPL is slightly undervalued by $7.30 or 3.4%.

**Volatility**

| LOW | AVERAGE | HIGH |
|---|---|---|

**Technical Evaluation** **NEUTRAL**

Since October, 2018, the technical indicators for AAPL have been NEUTRAL.

**Insider Activity**

| UNFAVORABLE | NEUTRAL | FAVORABLE |
|---|---|---|

## Expanded Ratio Analysis

| | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|
| Price/Sales | 3.53 | 2.87 | 2.84 | 3.37 |
| Price/EBITDA | 11.32 | 8.79 | 8.06 | 10.20 |
| Price/Pretax Income | 12.63 | 10.10 | 9.16 | 11.53 |
| P/E Ratio | 16.73 | 13.56 | 12.44 | 15.62 |
| Avg. Diluted Shares Outsg.[M] | 5252 | 5500 | 5793 | 6123 |

Figures based on fiscal year-end price

## Key Growth Rates and Averages

| Past Growth Rate [%] | 1 Year | 3 Years | 5 Years |
|---|---|---|---|
| Sales | 6.30 | 7.84 | 7.93 |
| Net Income | 5.83 | 6.96 | 2.99 |

| Ratio Analysis [Annual Avg.] | | | |
|---|---|---|---|
| Net Margin [%] | NM | NM | NM |
| % LT Debt to Capitalization | 38.93 | NA | NA |
| Return on Equity [%] | 36.87 | NA | NA |

## Company Financials Fiscal year ending Sep. 30

| Per Share Data [$] | 2017 | 2016 | 2015 | 2014 | 2013 | 2012 | 2011 | 2010 | 2009 | 2008 |
|---|---|---|---|---|---|---|---|---|---|---|
| Tangible Book Value | 24.59 | 22.42 | 19.78 | 17.52 | 18.71 | 17.17 | 11.10 | 7.28 | 4.95 | 3.50 |
| Free Cash Flow | 9.74 | 9.56 | 12.13 | 8.20 | 6.88 | 6.33 | 4.65 | 2.59 | 1.43 | 1.36 |
| Earnings | 9.21 | 8.31 | 9.22 | 6.45 | 5.68 | 6.31 | 3.95 | 2.16 | 1.30 | 0.97 |
| Earnings [Normalized] | 7.62 | 6.98 | 7.82 | 5.46 | 4.81 | 5.27 | 3.26 | 1.79 | 1.19 | 0.89 |
| Dividends | 2.40 | 2.18 | 1.98 | 1.82 | 1.64 | 0.38 | NA | NA | NA | NA |
| Payout Ratio [%] | 26 | 27 | 22 | 28 | 29 | 6 | NA | NA | NA | NA |
| Prices: High | 164.94 | 123.82 | 134.54 | 103.74 | 96.68 | 100.72 | 60.41 | 41.93 | 26.99 | 28.99 |
| Prices: Low | 104.08 | 89.47 | 92.00 | 67.77 | 55.01 | 50.61 | 39.29 | 25.81 | 11.17 | 16.49 |
| P/E Ratio: High | 18.3 | 15.1 | 18.4 | NM | NM | NM | NM | NM | NM | NM |
| P/E Ratio: Low | 11.3 | 9.9 | 14.8 | 15.1 | 62.0 | 83.8 | NM | NM | NM | NM |

| Income Statement Analysis [Million $] | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 229,234 | 215,639 | 233,715 | 182,795 | 170,910 | 156,508 | 108,249 | 65,225 | 42,905 | 37,491 |
| Operating Income | 61,344 | 60,024 | 71,230 | 52,503 | 48,999 | 55,241 | 33,790 | 18,385 | 11,740 | 8,327 |
| Depreciation + Amortization | 10,157 | 10,505 | 11,257 | 7,946 | 6,757 | 3,277 | 1,814 | 1,027 | 709 | 469 |
| Interest Expense | 2,323 | 1,456 | 733 | 384 | 136 | NA | NA | NA | NA | NA |
| Pretax Income | 64,089 | 61,372 | 72,515 | 53,483 | 50,155 | 55,763 | 34,205 | 18,540 | 12,066 | 8,947 |
| Effective Tax Rate | 24.6 | 25.6 | 26.4 | 26.1 | 26.2 | 25.2 | 24.2 | 24.4 | 31.8 | 31.6 |
| Net Income | 48,351 | 45,687 | 53,394 | 39,510 | 37,037 | 41,733 | 25,922 | 14,013 | 8,235 | 6,119 |
| Net Income [Normalized] | 39,994 | 38,412 | 45,322 | 33,427 | 31,347 | 34,852 | 21,378 | 11,588 | 7,541 | 5,592 |

| Balance Sheet and Other Financial Data [Million $] | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash | 74,399 | 67,883 | 41,995 | 25,158 | 40,590 | 29,129 | 25,952 | 25,620 | 23,464 | 22,111 |
| Current Assets | 128,645 | 106,869 | 89,378 | 68,531 | 73,286 | 57,653 | 44,988 | 41,678 | 31,555 | 30,006 |
| Total Assets | 375,319 | 321,686 | 290,345 | 231,839 | 207,000 | 176,064 | 116,371 | 75,183 | 47,501 | 36,171 |
| Current Liabilities | 100,814 | 79,006 | 80,610 | 63,448 | 43,658 | 38,542 | 27,970 | 20,722 | 11,506 | 11,361 |
| Long Term Debt | 97,207 | 75,427 | 53,329 | 28,987 | 16,960 | NA | NA | NA | NA | NA |
| Total Capital | 249,727 | 215,281 | 183,696 | 146,842 | 140,509 | 118,210 | 76,615 | 47,791 | 31,640 | 22,297 |
| Capital Expenditures | 12,451 | 12,734 | 11,247 | 9,571 | 8,165 | 8,295 | 4,260 | 2,005 | 1,144 | 1,091 |
| Cash from Operations | 63,598 | 65,824 | 81,266 | 59,713 | 53,666 | 50,856 | 37,529 | 18,595 | 10,159 | 9,596 |
| Current Ratio | 1.28 | 1.35 | 1.11 | 1.08 | 1.68 | 1.50 | 1.61 | 2.01 | 2.74 | 2.64 |
| % Long Term Debt of Capitalization | 38.9 | 35.0 | 29.0 | 19.7 | 12.1 | NA | NA | NA | NA | NA |
| % Net Income of Revenue | 21.1 | 21.2 | 22.8 | 21.6 | 21.7 | 26.7 | 23.9 | 21.5 | 19.2 | 16.3 |
| % Return on Assets | 11.0 | 12.3 | 17.1 | 15.0 | 16.0 | 23.6 | 22.0 | 18.7 | 17.5 | 16.9 |
| % Return on Equity | 36.9 | 36.9 | 46.2 | 33.6 | 30.6 | 42.8 | 41.7 | 35.3 | 30.5 | 33.2 |

Source: S&P Global Market Intelligence. Data may be preliminary or restated; before results of discontinued operations/special items. Per share data adjusted for stock dividends; EPS diluted. E–Estimated. NA–Not Available. NM–Not Meaningful. NR–Not Ranked. UR–Under Review.

Redistribution or reproduction is prohibited without prior written permission. Copyright © 2018 CFRA.

Stock Report | **October 29, 2018** | NasdaqGS Symbol: **AAPL** | **AAPL** is in the S&P 500

# Apple Inc.



## Sub-Industry Outlook

Our fundamental outlook for the technology hardware, storage & peripherals sub-industry for the next 12 months is positive. The 2019 calendar year is shaping up to be another exciting year, we think, for the technology hardware space given anticipated next generation devices from the largest manufacturers in the world. We believe the hardware space is well positioned to witness growth across most end markets over the next year.

We expect the smartphone space to see stable to slightly higher shipments in 2018 and 2019. We anticipate Apple will witness 12% growth for calendar year 2019 (largely due to higher selling prices) and we see new features in recently released next generation devices [e. g. facial recognition, augmented reality capabilities, and more OLED screens] supporting customers' future upgrade cycles. We expect average selling prices for smartphones to remain relatively flat in 2019, as the ongoing shift by Apple and Samsung to offer consumers more features is offset by greater demand for lower priced devices in emerging markets.

We expect a stable PC environment in 2018 [flat shipments] and 2019 compared to a 1% decline in 2017. We see stable revenue as a positive phenomenon given that PC shipments have fallen 30% from peak levels in 2011. We expect demand to be sustained in 2018 and 2019 from the ongoing enterprise transition to Windows 10, with commercial notebooks seen as the biggest beneficiary. While we see areas of growth related to thinner and lighter devices as well as opportunities from gaming, we think longer replacement cycles will likely hinder growth for the space. Wearables shipment growth will likely be 15% to 20% in 2018 and 2019, by our estimates. While adoption rates have risen, we expect growth to remain healthy, driven by the

emergence of untethered devices into the market and greater focus towards healthcare features.

Demand for data storage will be driven by content digitization of old media, such as paper and film, the growing popularity of social networking websites and longer record retention for compliance with government regulations, in our view. We think the storage software market will be driven by business continuity and disaster recovery efforts, compliance and risk management activities and the increasing prevalence of data mining and related analytics. We see demand for traditional storage offerings declining in the foreseeable future, while products related to all-flash arrays are seeing growing momentum within the data center space.

We foresee growing demand for Internet-based computing solutions because they offer companies opportunities to reduce costs and improve customer service. Accordingly, servers and data-center computing hardware should benefit from rising demand. However, we also see price competition in servers. We think that hardware vendors have been seeking to offset the negative impact on profits by offering higher-margin services, software and storage products.

Year to date through September 28, 2018, the S&P 1500 Technology Hardware, Storage & Peripherals Index increased 30.5%, while the S&P 1500 rose 8.9%. The S&P 1500 Technology Hardware, Storage & Peripherals Index increased 41.3% in 2017, while the S&P 1500 rose 18.8%.

**/Angelo Zino, CFA**

## Industry Performance

**GICS Sector: Information Technology**
Based on S&P 1500 Indexes
Five-Year market price performance through Oct 29, 2018



NOTE: A sector chart appears when the sub-industry does not have sufficient historical index data.

All Sector & Sub-Industry information is based on the Global Industry Classification Standard (GICS).

Past performance is not an indication of future performance and should not be relied upon as such.

**Source:** S&P Global Market Intelligence

## Sub-Industry: Technology Hardware, Storage & Peripherals  Peer Group*: Technology Hardware, Storage & Peripherals

| Peer Group | Stock Symbol | Exchange | Currency | Recent Stock Price ($) | Stk. Mkt. Cap. [M $] | 30-Day Price Chg. [%] | 1-Year Price Chg. [%] | P/E Ratio | Fair Value Calc. ($) | Yield [%] | Return on Equity [%] | LTD to Cap [%] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Apple Inc.** | **AAPL** | **NasdaqGS** | **USD** | **212.24** | **1,025,104** | **-6.0** | **30.2** | **19** | **219.54** | **1.4** | **36.9** | **38.9** |
| Canon Inc. | CAJ | NYSE | USD | 27.99 | 30,539 | -11.6 | -25.4 | 14 | NA | 5.4 | 8.4 | 13.6 |
| FUJIFILM Holdings Corporation | FUJI.Y | OTCPK | USD | 43.01 | 18,330 | -4.5 | 5.4 | 15 | NA | Nil | 6.3 | 15.0 |
| HP Inc. | HPQ | NYSE | USD | 23.02 | 36,427 | -10.7 | 7.1 | 8 | 21.98 | 2.4 | -69.2 | 152.8 |
| Hewlett Packard Enterprise Company | HPE | NYSE | USD | 14.57 | 21,442 | -10.7 | 2.0 | 7 | 20.38 | 3.1 | 1.6 | 27.1 |
| Lenovo Group Limited | LNVG.Y | OTCPK | USD | 12.49 | 7,506 | -14.5 | 5.3 | NM | NA | 5.4 | -2.9 | 31.7 |
| NetApp, Inc. | NTAP | NasdaqGS | USD | 71.91 | 18,644 | -16.3 | 63.4 | 86 | 48.03 | 2.2 | 3.1 | 38.6 |
| Ricoh Company, Ltd. | RICO.Y | OTCPK | USD | 9.510 | 6,901 | -11.5 | -7.9 | NM | NA | Nil | -12.3 | 35.2 |
| Seagate Technology plc | STX | NasdaqGS | USD | 37.83 | 10,892 | -20.1 | 2.5 | 9 | 21.31 | 6.7 | 78.0 | 66.6 |
| Western Digital Corporation | WDC | NasdaqGS | USD | 41.55 | 12,058 | -29.0 | -52.3 | 25 | 49.08 | 4.8 | 5.9 | 48.4 |
| Xerox Corporation | XRX | NYSE | USD | 27.46 | 7,021 | 1.8 | -9.9 | NM | 25.29 | 3.6 | 3.9 | 47.5 |

*For Peer Groups with more than 10 companies or stocks, selection of issues is based on market capitalization.
NA-Not Available NM-Not Meaningful.
Note: Peers are selected based on Global Industry Classification Standards and market capitalization. The peer group list includes companies with similar characteristics, but may not include all the companies within the same industry and/or that engage in the same line of business.

Redistribution or reproduction is prohibited without prior written permission. Copyright © 2018 CFRA.

Stock Report | **October 29, 2018** | NasdaqGS Symbol: **AAPL** | **AAPL** is in the S&P 500



# Apple Inc.

## Analyst Research Notes and other Company News

**October 29, 2018**

08:58 am ET... CFRA MAINTAINS BUY OPINION ON SHARES OF APPLE INC. (AAPL 216.3****): We hold our 12-month target at $255, on 16.8X our FY 20 view, above peers to reflect AAPL's potential in services and free cash flow. We keep our FY 18 (Sep.) EPS estimate at $11.71 but raise FY 19 to $13.77 from $13.41 and FY 20 to $15.20 from $15.00. Ahead of Apple's Sep-Q results on 11/1, we see Sep-Q/Dec-Q consensus revenue of $61.6B/$92.9B and EPS of $2.78/$4.88 as attainable. We forecast iPhone shipments of 47M in the Sep-Q, growing to 78M in the Dec-Q, with average selling prices growing by 20% in the Sep-Q but a more modest 3% in the Dec-Q, as comparables become more difficult. We see upside to our average selling price assumptions in FY 19, likely exceeding $800 and potentially supporting top-line growth over 10% (consensus at 6.7%). We also see quarterly YoY Services growth north of 20% through calendar year '19. We believe China poses a risk but see the iPhone XR launch supporting healthy growth given its attractive price point, large screen size and underlying capabilities. /Angelo Zino, CFA

**October 22, 2018**

09:17 am ET... CFRA MAINTAINS BUY OPINION ON SHARES OF APPLE INC. (AAPL 219.31****): AAPL announces a 10/30 Special Event when we expect it to unveil two iPad Pro updates, with both to take similar features seen with the iPhone XS/XS Max. We see both devices possessing an edge-to-edge display, allowing the 10.5 inch version to increase to 11 inches while the 12.9 inch screen size remains unchanged but with a smaller footprint. We see the iPad Pros getting Facial ID/AR capabilities with the TrueDepth camera system while removing the Home button, with prices likely to remain unchanged. We also expect AAPL to unveil a low-cost laptop to replace the aging MacBook Air that should gravitate to students/universities; we hope to get details for its delayed AirPower wireless charging Pad. Separately, we highlight that AAPL began pre-orders for its iPhone XR (10/19 with shipments starting 10/26), which we expect to be its most popular new phone release, but are somewhat wary that orders have not been pushed out after 3 days (outside of some color options on T-Mobile's network). /Angelo Zino, CFA

**September 12, 2018**

03:37 pm ET... CFRA MAINTAINS BUY OPINION ON SHARES OF APPLE INC. (AAPL 223.85****): AAPL unveils three new iPhones (XS, XS Max and XR) and Apple Watch Series 4. The iPhone XR starts shipping on 10/26 (pre-orders 10/19) while all other devices begin shipping 9/21 (pre-orders 9/14). The iPhone XS and XS Max (priced at $999 and $1,099) come with an OLED display (5.8" and 6.5"), Facial ID/AR support, an A12 Bionic chip, and gigabit LTE. The iPhone XR possesses a 6.1" LCD display with more color options and starts at $749. We also like enhancements to the Apple Watch Series 4 (priced at $399/$499 for GPS/cellular options), which has a 30% larger screen and more powerful S4 chip with the ability to detect falls/take an ECG. Price points for all devices are modestly higher than we thought and could provide revenue/EPS upside via higher selling prices. We also think initiatives towards making the Apple Watch a more healthcare oriented device while having a larger display will support higher sales. We view the absence of commentary on AirPods and AirPower as disappointing. /Angelo Zino, CFA

**September 10, 2018**

03:16 pm ET... CFRA MAINTAINS BUY OPINION ON SHARES OF APPLE INC. (AAPL 221.3****): AAPL commented on the U.S. Trade Representative (USTR) proposal to impose a 25% duty on $200 billion worth of products imported from China. The proposed tariff list covers a number of Apple products, most notably: Apple Watch, AirPods, Apple Pencil, MacMini, HomePod, Beats headphones, and components like adapters/cables/chargers. We believe the proposed tariffs will negatively impact the growth trajectory for each individual product line and hurt AAPL's recent endeavors into the small but high-growth wearables category; however, we estimate the combined products at risk to tariffs will account for only 5%-6% of our projected revenue over the next year, with implications to profitability being negligible, if implemented. We do believe AAPL will likely push some of the higher costs to the consumer. Most important, we still believe AAPL's importance to the U.S. economy and good standing with government officials likely prevent tariffs from being imposed on core products (e.g. iPhones). /Angelo Zino, CFA

**September 06, 2018**

08:27 am ET... CFRA MAINTAINS BUY OPINION ON SHARES OF APPLE INC. (AAPL 226.87****): Ahead of Apple's all-important annual September event, we are increasing our 12-month target price by $35 to $255, which reflects a P/E of 17X to our FY 20 (Sep.) EPS estimate, which we introduce at $15. The multiple is well-above peers at 13X-14X as well as its five-year and ten-year forward historical averages of 13X and 15.6X, respectively. We believe a peer-premium multiple is warranted to reflect our view that revenue from AAPL's legacy hardware businesses (iPhones, iPads, and Macs) will remain stable, fueling robust free cash flow generation that can be reinvested in new growth areas and returned to shareholders. In addition, we see significant growth in services as well as wearables, which should allow for multiples expansion. We see three new iPhone devices being unveiled on September 12, with upside potential to shipments as AAPL gravitates to larger screen devices. We also anticipate updates to the Apple Watch and AirPods while AirPower finally sees its long-awaited release. /Angelo Zino, CFA

**August 01, 2018**

08:23 am ET... CFRA KEEPS BUY OPINION ON SHARES OF APPLE INC. (AAPL 190. 29****): We up our 12-month target to $220 from $210, on P/E of 16X our CY '19 EPS estimate, above hardware peers but below the S&P 500 Technology sector. We raise our FY 18 EPS view to $11.71 from $11.50 and FY 19 to $13.41 from $13.15. Our higher estimates reflect better than expected Jun-Q results. While we think AAPL is benefiting from higher iPhone selling prices, we see tougher comps in FY 19. As a result, we still conservatively forecast no iPhone growth in FY 19 but are optimistic about upcoming device launches. We like AAPL's pipeline in wearables (e.g. AR glasses, aesthetic changes to Apple Watch, AirPods refresh, AirPower) and potential opportunities in Services (e.g. original video content). We think AAPL's potential to grow subscription-based service offerings remains key (Apple Music growth over 50% in Jun-Q). We remain optimistic about free cash flow generation, which we expect to be $60B-$70B in each of the next 3 years and help reduce its share count by 20%-25% over that span. /Angelo Zino, CFA

---

Note: Research notes reflect CFRA's published opinions and analysis on the stock at the time the note was published. The note reflects the views of the equity analyst as of the date and time stated in the note, and may not reflect CFRA's current view on the company.

Redistribution or reproduction is prohibited without prior written permission. Copyright © 2018 CFRA.

Stock Report | **October 29, 2018** | NasdaqGS Symbol: **AAPL** | **AAPL** is in the S&P 500



# Apple Inc.

## Analysts' Recommendations



| | No. of Recommendations | % of Total | 1 Mo.Prior | 3 Mos.Prior |
|---|---|---|---|---|
| Buy | 22 | 49 | 20 | 20 |
| Buy/Hold | 7 | 16 | 7 | 6 |
| Hold | 13 | 29 | 14 | 17 |
| Weak Hold | 1 | 2 | 1 | 0 |
| Sell | 0 | 0 | 0 | 0 |
| No Opinion | 2 | 4 | 2 | 2 |
| **Total** | **45** | **100** | **44** | **45** |

## Wall Street Consensus Estimates



| Fiscal Years | Avg Est. | High Est | Low Est. | # of Est. | Est. P/E |
|---|---|---|---|---|---|
| 2019 | 13.77 | 15.00 | 11.61 | 39 | 15.4 |
| 2018 | 11.76 | 12.09 | 11.53 | 39 | 18.0 |
| **2019 vs. 2018** | **▲17%** | **▲24%** | **▲1%** | **0%** | **▼-14%** |
| | | | | | |
| Q4'19 | 3.13 | 3.44 | 2.84 | 27 | 67.7 |
| Q4'18 | 2.78 | 2.90 | 2.65 | 35 | 76.3 |
| **Q4'19 vs. Q4'18** | **▲13%** | **▲19%** | **▲7%** | **▼-23%** | **▼-11%** |

Forecasts are not reliable indicator of future performance.
Note: A company's earnings outlook plays a major part in any investment decision. S&P Global Market Intelligence organizes the earnings estimates of over 2,300 Wall Street analysts, and provides their consensus of earnings over the next two years, as well as how those earnings estimates have changed over time. Note that the information provided in relation to consensus estimates is not intended to predict actual results and should not be taken as a reliable indicator of future performance.

**Note: For all tables, graphs and charts in this report that do not cite any reference or source, the source is S&P Global Market Intelligence.**

## Wall Street Consensus Opinion

**BUY/HOLD**

### Wall Street Consensus vs. Performance

For fiscal year 2018, analysts estimate that AAPL will earn USD $11.76. For the 3rd quarter of fiscal year 2018, AAPL announced earnings per share of USD $2.34, representing 19.9% of the total revenue estimate. For fiscal year 2019, analysts estimate that AAPL's earnings per share will grow by 17% to USD $13.77.

Redistribution or reproduction is prohibited without prior written permission. Copyright © 2018 CFRA.

Stock Report | **October 29, 2018** | NasdaqGS Symbol: **AAPL** | **AAPL** is in the S&P 500

# Apple Inc.



---

## Glossary

### STARS

Since January 1, 1987, CFRA Equity and Fund Research Services, and its predecessor S&P Capital IQ Equity Research has ranked a universe of U.S. common stocks, ADRs [American Depositary Receipts], and ADSs [American Depositary Shares] based on a given equity's potential for future performance. Similarly, we have ranked Asian and European equities since June 30, 2002. Under proprietary STARS [Stock Appreciation Ranking System], equity analysts rank equities according to their individual forecast of an equity's future total return potential versus the expected total return of a relevant benchmark [e.g., a regional index [S&P Asia 50 Index, S&P Europe 350® Index or S&P 500® Index]], based on a 12-month time horizon. STARS was designed to meet the needs of investors looking to put their investment decisions in perspective. Data used to assist in determining the STARS ranking may be the result of the analyst's own models as well as internal proprietary models resulting from dynamic data inputs.

### S&P Global Market Intelligence's Quality Ranking

[also known as **S&P Capital IQ Earnings & Dividend Rankings**] - Growth and stability of earnings and dividends are deemed key elements in establishing S&P Global Market Intelligence's earnings and dividend rankings for common stocks, which are designed to capsulize the nature of this record in a single symbol. It should be noted, however, that the process also takes into consideration certain adjustments and modifications deemed desirable in establishing such rankings. The final score for each stock is measured against a scoring matrix determined by analysis of the scores of a large and representative sample of stocks. The range of scores in the array of this sample has been aligned with the following ladder of rankings:

| A+ | Highest | B | Below Average |
|----|---------|---|---------------|
| A | High | B- | Lower |
| A- | Above Average | C | Lowest |
| B+ | Average | D | In Reorganization |
| NR | Not Ranked | | |

### EPS Estimates

CFRA's earnings per share [EPS] estimates reflect analyst projections of future EPS from continuing operations, and generally exclude various items that are viewed as special, non-recurring, or extraordinary. Also, EPS estimates reflect either forecasts of equity analysts; or, the consensus [average] EPS estimate, which are independently compiled by S&P Global Market Intelligence, a data provider to CFRA. Among the items typically excluded from EPS estimates are asset sale gains; impairment, restructuring or merger-related charges; legal and insurance settlements; in process research and development expenses; gains or losses on the extinguishment of debt; the cumulative effect of accounting changes; and earnings related to operations that have been classified by the company as discontinued. The inclusion of some items, such as stock option expense and recurring types of other charges, may vary, and depend on such factors as industry practice, analyst judgment, and the extent to which some types of data is disclosed by companies.

### 12-Month Target Price

The equity analyst's projection of the market price a given security will command 12 months hence, based on a combination of intrinsic, relative, and private market valuation metrics, including Fair Value.

### CFRA Equity Research

CFRA Equity Research is produced and distributed by Accounting Research & Analytics, LLC d/b/a CFRA ["CFRA US"; together with its affiliates and subsidiaries, "CFRA"]. Certain research is produced and distributed by CFRA MY Sdn Bhd [Company No. 683377-A] [formerly known as Standard & Poor's Malaysia Sdn Bhd] ["CFRA Malaysia"]. Certain research is distributed by CFRA UK Limited ["CFRA UK"]. CFRA UK and CFRA Malaysia are wholly-owned subsidiaries of CFRA US.

### Abbreviations Used in Equity Research Reports

CAGR - Compound Annual Growth Rate
CAPEX - Capital Expenditures
CY - Calendar Year
DCF - Discounted Cash Flow
DDM - Dividend Discount Model
EBIT - Earnings Before Interest and Taxes
EBITDA - Earnings Before Interest, Taxes, Depreciation & Amortization
EPS - Earnings Per Share
EV - Enterprise Value
FCF - Free Cash Flow
FFO - Funds From Operations

FY - Fiscal Year
P/E - Price/Earnings
P/NAV - Price to Net Asset Value PEG Ratio - P/E-to-Growth Ratio PV - Present Value
R&D - Research & Development ROCE - Return on Capital Employed ROE - Return on Equity
ROI - Return on Investment
ROIC - Return on Invested Capital
ROA - Return on Assets
SG&A - Selling, General & Administrative Expenses
SOTP - Sum-of-The-Parts
WACC - Weighted Average Cost of Capital

**Dividends on American Depository Receipts [ADRs] and American Depository Shares [ADSs] are net of taxes [paid in the country of origin].**

**Qualitative Risk Assessment**

Reflects an equity analyst's view of a given company's operational risk, or the risk of a firm's ability to continue as an ongoing concern. The Qualitative Risk Assessment is a relative ranking to the U.S. STARS universe, and should be reflective of risk factors related to a company's operations, as opposed to risk and volatility measures associated with share prices. For an ETF this reflects on a capitalization-weighted basis, the average qualitative risk assessment assigned to holdings of the fund.

**STARS Ranking system and definition:**
★ ★ ★ ★ ★ **5-STARS (Strong Buy):**
Total return is expected to outperform the total return of a relevant benchmark, by a notable margin over the coming 12 months, with shares rising in price on an absolute basis.
★ ★ ★ ★ **4-STARS (Buy):**
Total return is expected to outperform the total return of a relevant benchmark over the coming 12 months, with shares rising in price on an absolute basis.
★ ★ ★ **3-STARS (Hold):**
Total return is expected to closely approximate the total return of a relevant benchmark over the coming 12 months, with shares generally rising in price on an absolute basis.
★ ★ **2-STARS (Sell):**
Total return is expected to underperform the total return of a relevant benchmark over the coming 12 months, and the share price is not anticipated to show a gain.
★ **1-STAR (Strong Sell):**
Total return is expected to underperform the total return of a relevant benchmark by a notable margin over the coming 12 months, with shares falling in price on an absolute basis.

**Relevant benchmarks:**
In North America, the relevant benchmark is the S&P 500 Index, in Europe and in Asia, the relevant benchmarks are the S&P Europe 350 Index and the S&P Asia 50 Index, respectively.

Redistribution or reproduction is prohibited without prior written permission. Copyright © 2018 CFRA.

# Apple Inc.



## Disclosures

S&P GLOBAL™ is used under license. The owner of this trademark is S&P Global Inc. or its affiliate, which are not affiliated with CFRA Research or the author of this content.
Stocks are ranked in accordance with the following ranking methodologies:

**STARS Stock Reports:**

Qualitative STARS recommendations are determined and assigned by equity analysts. For reports containing STARS recommendations refer to the Glossary section of the report for detailed methodology and the definition of STARS rankings.

**Quantitative Stock Reports:**

Quantitative recommendations are determined by ranking a universe of common stocks based on 5 measures or model categories: Valuation, Quality, Growth, Street Sentiment, and Price Momentum. In the U.S., a sixth sub-category for Financial Health will also be displayed. Percentile scores are used to compare each company to all other companies in the same universe for each model category. The five [six] model category scores are then weighted and rolled up into a single percentile ranking for that company. For reports containing quantitative recommendations refer to the Glossary section of the report for detailed methodology and the definition of Quantitative rankings.

**STARS Stock Reports and Quantitative Stock Reports:**

The methodologies used in STARS Stock Reports and Quantitative Stock Reports [collectively, the "Research Reports"] reflect different criteria, assumptions and analytical methods and may have differing recommendations. The methodologies and data used to generate the different types of Research Reports are believed by the author and distributor reasonable and appropriate. Generally, CFRA does not generate reports with different ranking methodologies for the same issuer. However, in the event that different methodologies or data are used on the analysis of an issuer, the methodologies may lead to different views or recommendations on the issuer, which may at times result in contradicting assessments of an issuer. CFRA reserves the right to alter, replace or vary models, methodologies or assumptions from time to time and without notice to clients.

**STARS Stock Reports:**

Global STARS Distribution as of September 28, 2018

| Ranking | North America | Europe | Asia | Global |
|---------|---------------|--------|-------|--------|
| Buy | 38.1% | 32.7% | 42.6% | 37.7% |
| Hold | 56.0% | 52.8% | 44.8% | 54.2% |
| Sell | 5.9% | 14.5% | 12.6% | 8.1% |
| Total | 100.0% | 100.0% | 100.0% | 100.0% |

**Analyst Certification:**

**STARS Stock Reports are prepared by the equity research analysts of CFRA and its affiliates and subsidiaries. Quantitative Stock Reports are prepared by CFRA. All of the views expressed in STARS Stock Reports accurately reflect the research analyst's personal views regarding any and all of the subject securities or issuers; all of the views expressed in the Quantitative Stock Reports accurately reflect the output of CFRA's algorithms and programs. Analysts generally update STARS Stock Reports at least four times each year. Quantitative Stock Reports are generally updated weekly. No part of analyst, CFRA, CFRA affiliate, or CFRA subsidiary compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed in any Stock Report.**

**About CFRA Equity Research's Distributors:**

This Research Report is published and originally distributed by Accounting Research & Analytics, LLC d/b/a CFRA ["CFRA US"], with the following exceptions: In the UK/EU/EEA, it is published and originally distributed by CFRA UK Limited ["CFRA UK"], which is regulated by the Financial Conduct Authority [No. 775151], and in Malaysia by CFRA MY Sdn Bhd [Company No. 683377-A] [formerly known as Standard & Poor's Malaysia Sdn Bhd] ["CFRA Malaysia"] , which is regulated by Securities Commission Malaysia, [No. CMSL/A0181/2007] under license from CFRA US. These parties and their subsidiaries maintain no responsibility for reports redistributed by third parties such as brokers or financial advisors.

**General Disclosure**

**Notice to all jurisdictions:**

**Where Research Reports are made available in a language other than English** and in the case of inconsistencies between the English and translated versions of a Research Report, **the English version will control and supersede any ambiguities associated with any part or section of a Research Report that has been issued in a foreign language.** Neither CFRA nor its affiliates guarantee the accuracy of the translation.

Neither CFRA nor its affiliates guarantee the accuracy of the translation. The content of this report and the opinions expressed herein are those of CFRA based upon publicly-available information that CFRA believes to be reliable and the opinions are subject to change without notice. This analysis has not been submitted to, nor received approval from, the United States Securities and Exchange Commission or any other regulatory body. While CFRA exercised due care in compiling this analysis, CFRA AND ALL RELATED ENTITIES SPECIFICALLY DISCLAIM ALL WARRANTIES, EXPRESS OR IMPLIED, to the full extent permitted by law, regarding the accuracy, completeness, or usefulness of this information and assumes no liability with respect to the consequences of relying on this information for investment or other purposes.

No content [including ratings, credit-related analyses and data, valuations, model, software or other application or output therefrom] or any part thereof [Content] may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of CFRA. The Content shall not be used for any unlawful or unauthorized purposes. CFRA and any third-party providers, as well as their directors, officers, shareholders, employees or agents do not guarantee the accuracy, completeness, timeliness or availability of the Content.

**Past performance is not necessarily indicative of future results.**

This document may contain forward-looking statements or forecasts; such forecasts are not a reliable indicator of future performance.

This report is not intended to, and does not, constitute an offer or solicitation to buy and sell securities or engage in any investment activity. This report is for informational purposes only. Recommendations in this report are not made with respect to any particular investor or type of investor. Securities, financial instruments or strategies mentioned herein may not be suitable for all investors and this material is not intended for any specific investor and does not take into account an investor's particular investment objectives, financial situations or needs. Before acting on any recommendation in this material, you should consider whether it is suitable for your particular circumstances and, if necessary, seek professional advice. CFRA may license certain intellectual property or provide services to, or otherwise have a business relationship with, certain issuers of securities that are the subject of CFRA research reports, including exchange-traded investments whose investment objective is to substantially replicate the returns of a proprietary index of CFRA. In cases where CFRA is paid fees that are tied to the amount of assets invested in a fund or the volume of trading activity in a fund, investment in the fund may result in CFRA receiving compensation in addition to the subscription fees or other compensation for services rendered by CFRA, however, no part of CFRA's compensation for services is tied to any recommendation or rating. Additional information on a subject company may be available upon request.
CFRA's financial data provider is S&P Global Market Intelligence. THIS DOCUMENT CONTAINS COPYRIGHTED AND TRADE SECRET MATERIAL DISTRIBUTED UNDER LICENSE FROM S&P GLOBAL MARKET INTELLIGENCE. FOR RECIPIENT'S INTERNAL USE ONLY.
The Global Industry Classification Standard [GICS®] was developed by and/or is the exclusive property of MSCI, Inc. and S&P Global Market Intelligence. GICS is a service mark of MSCI and S&P Global Market Intelligence and has been licensed for use by CFRA.

**Other Disclaimers and Notices**

Certain information in this report is provided by S&P Global, Inc. and/or its affiliates and subsidiaries [collectively "S&P Global"]. Such information is subject to the following disclaimers and notices: "Copyright © 2018, S&P Global Market Intelligence [and its affiliates as applicable]. All rights reserved. Nothing contained herein is investment advice and a reference to a particular investment or security, a credit rating or any observation concerning a security or investment provided by S&P Global is not a recommendation to buy, sell or hold such investment or security or make any other investment decisions. This may contain information obtained from third parties, including ratings from credit ratings agencies. Reproduction and distribution of S&P Global's information and third party content in any form is prohibited except with the prior written permission of S&P Global or the related third party, as applicable. Neither S&P Global nor its third party providers guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and are not responsible for any errors or omissions [negligent or otherwise], regardless of the cause, or for the results obtained from the use of such information or content. S&P GLOBAL AND ITS THIRD PARTY CONTENT PROVIDERS GIVE NO EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE AND ALL S&P INFORMATION IS PROVIDED ON AN AS-IS BASIS. S&P GLOBAL AND ITS THIRD PARTY CONTENT PROVIDERS SHALL NOT BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, EXEMPLARY, COMPENSATORY, PUNITIVE, SPECIAL OR CONSEQUENTIAL DAMAGES, COSTS, EXPENSES, LEGAL FEES, OR LOSSES [INCLUDING LOST INCOME OR PROFITS AND OPPORTUNITY COSTS OR LOSSES CAUSED BY NEGLIGENCE] IN CONNECTION WITH ANY USE OF THEIR INFORMATION OR CONTENT, INCLUDING RATINGS. Credit ratings are statements of opinions and are not statements of fact or recommendations to purchase, hold or sell securities. They do not address the suitability of securities or the suitability of securities for investment purposes, and should not be relied on as investment advice."
Certain information in this report may be provided by Securities Evaluations, Inc. ["SE"], a wholly owned subsidiary of Intercontinental Exchange. SE is a registered investment adviser with the United States Securities and Exchange Commission [SEC]. SE's advisory services include evaluated pricing and model valuation of fixed income securities, derivative valuations and Odd-Lot Pricing that consists of bid- and ask-side evaluated prices for U.S. Municipal and U.S. Corporate Securities [together called valuation services]. Such information is subject to the following disclaimers and notices: "No content [including credit-related analyses and data, valuations, model, software or other application or output therefrom] or any part thereof [Content] may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of SE. The Content shall not be used for any unlawful or unauthorized purposes. SE and any third-party providers, as well as their directors, officers, shareholders, employees or agents [collectively SE Parties] do not guarantee the accuracy, completeness, timeliness or availability of the Content. SE Parties are not responsible for any errors or omissions [negligent or otherwise], regardless of the cause, for the results obtained from the use of the Content, or for the security or maintenance of any data input by the user. The Content is provided on an "as is" basis. SE PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION.

Stock Report | **October 29, 2018** | NasdaqGS Symbol: **AAPL** | **AAPL** is in the S&P 500



# Apple Inc.

In no event shall SE Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. Credit-related and other analyses and statements in the Content are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions. SE assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. SE's opinions and analyses do not address the suitability of any security. SE does not act as a fiduciary or an investment advisor. While SE has obtained information from sources it believes to be reliable, SE does not perform an audit and undertakes no duty of due diligence or independent verification of any information it receives. Valuations services are opinions and not statements of fact or recommendations to purchase, hold or sell any security or instrument, or to make any investment decisions. The information provided as part of valuations services should not be intended as an offer, promotion or solicitation for the purchase or sale of any security or other financial instrument nor should it be considered investment advice. Valuations services do not address the suitability of any security or instrument, and securities, financial instruments or strategies mentioned by SE may not be suitable for all investors. SE does not provide legal, accounting or tax advice, and clients and potential clients of valuation services should consult with an attorney and/or a tax or accounting professional regarding any specific legal, tax or accounting provision(s) applicable to their particular situations and in the countries and jurisdictions where they do business. SE has redistribution relationships that reflect evaluated pricing, derivative valuation and/or equity pricing services of other unaffiliated firms with which SE has contracted to distribute to its client base. Pricing and data provided by these third-party firms are the responsibilities of those firms, and not SE, and are produced under those firms' methodologies, policies and procedures. Valuations services provided by SE and products containing valuations services may not be available in all countries or jurisdictions. Copyright © 2018 by Intercontinental Exchange Inc. All rights reserved."

Any portions of the fund information contained in this report supplied by Lipper, A Thomson Reuters Company, are subject to the following: "Copyright © 2018 Thomson Reuters. All rights reserved. Lipper shall not be liable for any errors or delays in the content, or for any actions taken in reliance thereon."

**For residents of the European Union/European Economic Area:**

Research reports are originally distributed by CFRA UK Limited (company number 08456139 registered in England & Wales with its registered office address at 1PO Box 698, Titchfield House, 69-85 Tabernacle Street, London, EC2A 4RR, United Kingdom). CFRA UK Limited is regulated by the UK Financial Conduct Authority (No. 775151).

**For residents of Malaysia:**

Research reports are originally produced and distributed by CFRA MY Sdn Bhd (Company No. 683377-A) (formerly known as Standard & Poor's Malaysia Sdn. Bhd) ("CFRA Malaysia"), a wholly-owned subsidiary of CFRA US. CFRA Malaysia is regulated by Securities Commission Malaysia (License No. CMSL/A0181/2007).

**For residents of all other countries:**

Research reports are originally distributed Accounting Research & Analytics, LLC d/b/a CFRA.

Copyright © 2018 CFRA. All rights reserved. CFRA and STARS are registered trademarks of CFRA.

Redistribution or reproduction is prohibited without prior written permission. Copyright © 2018 CFRA.

EXHIBIT 114

THOMSON REUTERS STREETEVENTS

# EDITED TRANSCRIPT

AAPL - Q4 2018 Apple Inc Earnings Call

EVENT DATE/TIME: NOVEMBER 01, 2018 / 9:00PM GMT

**OVERVIEW:**

AAPL reported 4Q18 revenue of $62.9b, net income of $14.1b and diluted EPS of
$2.91. Co. expects 1Q19 revenue to be $89-93b.

©2018 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited
without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its
affiliated companies.



## NOVEMBER 01, 2018 / 9:00PM, AAPL - Q4 2018 Apple Inc Earnings Call

### CORPORATE PARTICIPANTS

**Luca Maestri** *Apple Inc. - CFO & Senior VP*

**Nancy Paxton** *Apple Inc. - Senior Director of IR and Treasury*

**Timothy D. Cook** *Apple Inc. - CEO & Director*

### CONFERENCE CALL PARTICIPANTS

**Jim Suva** *Citigroup Inc, Research Division - Director*

**Kathryn Lynn Huberty** *Morgan Stanley, Research Division - MD and Research Analyst*

**Michael Joseph Olson** *Piper Jaffray Companies, Research Division - MD & Senior Research Analyst*

**Shannon Siemsen Cross** *Cross Research LLC - Co-Founder, Principal & Analyst*

**Wamsi Mohan** *BofA Merrill Lynch, Research Division - Director*

### PRESENTATION

**Operator**

Good day, and welcome to the Apple Inc. Fourth Quarter Fiscal Year 2018 Earnings Conference Call. Today's call is being recorded. At this time, for opening remarks and introductions, I would like to turn the call over to Nancy Paxton, Senior Director of Investor Relations. Please go ahead.

---

**Nancy Paxton** *- Apple Inc. - Senior Director of IR and Treasury*

Thank you. Good afternoon, and thanks to everyone for joining us. Speaking first today is Apple's CEO, Tim Cook; and he'll be followed by CFO, Luca Maestri. After that, we'll open the call to questions from analysts.

Please note that some of the information you'll hear during our discussion today will consist of forward-looking statements, including, without limitation, those regarding revenue, gross margin, operating expenses, other income and expense, taxes, capital allocation and future business outlook. Actual results or trends could differ materially from our forecast.

For more information, please refer to the risk factors discussed in Apple's most recently filed periodic reports on Form 10-K and Form 10-Q and the Form 8-K filed with the SEC today, along with the associated press release. Apple assumes no obligation to update any forward-looking statements or information which speak as of their respective dates.

I'd now like to turn the call over to Tim for introductory remarks.

---

**Timothy D. Cook** *- Apple Inc. - CEO & Director*

Thank you, Nancy. Good afternoon, everyone, and thanks for joining us. I just got back from Brooklyn, where we marked our fourth major launch at the end of the year. In addition to being a great time, it put an exclamation point at the end of a remarkable fiscal 2018.

This year, we shipped our 2 billionth iOS device, celebrated the 10th anniversary of the App Store and achieved the strongest revenue and earnings in Apple's history. In fiscal year '18, our revenue grew by $36.4 billion. That's the equivalent of a Fortune 100 company in a single year. And we're capping all that off with our best September quarter ever.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2018 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## NOVEMBER 01, 2018 / 9:00PM, AAPL - Q4 2018 Apple Inc Earnings Call

Revenue was $62.9 billion, ahead of our expectations. That's an increase of 20% over last year and our highest growth rate in 3 years. We also generated record Q4 earnings with 41% year-over-year growth in EPS. Record results from iPhone, Services and Wearables drove our momentum, and we produced strong double-digit revenue growth in all of our geographic segments.

It was a big year and a big quarter for iPhone. Q4 revenue was up 29% over last year, an increase of over $8 billion to a new September quarter record, fueled by continued momentum for iPhone 8, 8 Plus and X and the very successful launch of iPhone Xs and iPhone Xs Max. These latest devices are our most advanced iPhones ever with the industry's first 7-nanometer A12 Bionic chip with an Apple-designed 8-core Neural Engine capable of executing an astounding 5 trillion operations per second.

The A12 Bionic is many years in the making and a huge technological leap forward. It sets the iPhone experience far apart from the competition using real-time machine learning to transform the way we experience photo, gaming, augmented reality and more. It makes full use of the dual-camera system that shoots portrait mode photos with Smart HDR and dynamic depth of field, and Face ID is even faster.

The response has been powerful. As one reviewer put it, "iPhone Xs and Xs Max are the perfect blend of design and craftsmanship as well as seamlessly intuitive user experience." We're not done yet. Just last week, we began shipping iPhone XR, bringing the latest iPhone breakthroughs to even more users. With an all-screen glass and aluminum design and the most advanced LCD in a smartphone, the product reviews had been overwhelmingly positive.

iOS 12 has gotten off to an incredible start. It's been installed on more systems in its first month than any version of iOS ever. iOS 12 is delivering system-wide performance enhancements, Siri Shortcuts and new tools to help people reduce interruption and manage screen time for themselves and their kids.

Siri Shortcuts, in particular, is already deeply integrated with some of the most popular apps out there. Whether you're tracking your workouts or rushing to catch a flight, you can be sure all of your most relevant apps are working together with Siri in the driver seat.

iOS 12 also features ARKit 2, a major upgrade to our augmented reality engine. ARKit 2 makes possible simultaneous multi-user experiences and real-world object incorporation. Our developer community is really running with this technology. From gaming to shopping, we're seeing great new use cases emerge. iOS devices deliver the best AR experiences of any products in the market today, and with the announcement of our new iPad Pro this week, we've made that gap even wider.

More powerful than the vast majority of PC laptops, the new iPad Pro is unrivaled in its versatility and performance. And paired with the beautifully refined Apple Pencil and a new streamlined full-size smart keyboard, iPad Pro will extend its lead as the ultimate creativity and productivity device. And finally, just this week, we delivered the hotly anticipated group FaceTime functionality to all FaceTime-enabled devices.

For Services, it was our best quarter ever with revenue at $10 billion. Excluding the impact of a favorable onetime accounting adjustment of $640 million a year ago, our Services growth was 27%.

We set new Q4 records in all of our geographic segments and new all-time revenue records for the App Store, cloud services, AppleCare, Apple Music and Apple Pay. We also continued to see strong growth in paid subscriptions, reaching over 330 million in our ecosystem.

I want to spotlight the exceptional performance of Apple Pay, which is, by far, the #1 mobile contactless payment service worldwide. Transaction volume tripled year-over-year, and to put that into perspective, Apple Pay generated significantly more transactions than even PayPal mobile with over 4x the growth rate.

As a testament to accelerating U.S. growth, Costco completed the rollout of Apple Pay to over 500 U.S. warehouses last quarter, while Neiman Marcus is now accepting Apple Pay at over 40 stores across the country. With these additions, 71 of the top 100 merchants and 60% of all U.S. retail locations support Apple Pay.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2018 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## NOVEMBER 01, 2018 / 9:00PM, AAPL - Q4 2018 Apple Inc Earnings Call

We continue to invest in our strategy to replace the wallet with the recent launch of student ID passes at several major U.S. universities. And 10 months following its launch, Apple Pay Cash is the highest-rated mobile peer-to-peer service by Consumer Reports based on exceptional payment authentication and data privacy.

We set an all-time quarterly record for Mac revenue, thanks to strong performance in MacBook Pro and the impact of the back-to-school season. In September, we delivered macOS Mojave, bringing powerful new features to Mac like dark mode, stack and a completely redesigned Mac App Store. Considered alongside the release of iOS 12, watchOS 5 and a new tvOS, macOS Mojave tells a powerful story of the seamless integration of world-class hardware, software and services that define the Apple ecosystem.

As I mentioned at the beginning of the call, earlier this week, we announced exciting updates to the Mac lineup. The all-new MacBook Air brings a stunning Retina display, Touch ID, the latest processors and an even more portable design to the world's most beloved notebook. We also unveiled the biggest update ever to Mac mini, the small yet muscular desktop that powers everything from the music and sound effects of Broadway shows to the developers who build some of the most popular apps in the App Store. The new Mac mini boasts an amazing 5x faster performance than before.

With revenue growth over 50%, it was another record quarter for Wearables, which includes Apple Watch, AirPods and Beats products. With the highest customer satisfaction in the industry, Apple Watch has become an essential part of people's lives. The customer response to the Apple Watch Series 4 has been overwhelmingly positive, driven by its all-new design, larger display, faster performance, fall detection, enhanced cellular reception and electrical heart sensor.

Later this year, the ECG app will be available to Apple Watch Series 4 customers in the U.S., giving them the ability to take an electrocardiogram anytime right from their wrists. And for U.S. customers with Apple Watch Series 1 and later, watchOS will soon enable periodic checks for irregular heart rhythms that may be suggestive of AFib. These are unprecedented and potentially life changing features, showing how Apple Watch is not only an indispensable communication and fitness companion but also an intelligent guardian for your health. More broadly, we see this as just one further example of the kind of contribution we can make in the health space, and we look forward to making more in the future.

We are proud to bring HomePod to new customers. I was in Spain last week as HomePod became available there and in Mexico. HomePod delivers the highest fidelity audio quality, working together with an Apple Music subscription to stream over 50 million songs into any room in your home.

Our retail team posted record Q4 results to conclude their biggest year ever. They are transforming our stores into places where customers come to connect, learn and be inspired together with people from their community. Our Today at Apple sessions are a terrific example of what that looks like in practice. We hosted over 250,000 Today at Apple sessions this quarter, connecting aspiring creators with local photographers, illustrators and other experts who can help them get the most out of their devices. Apple Stores also hosted 74,000 kids at Apple Camp.

The relationship Apple has with our customers is about more than just making a purchase. With the recent addition of beautiful new stores in Italy, Japan, China and in just a few weeks, Thailand, we will have 506 stores where we can further those relationships, almost half of which are outside United States.

Before I turn the call over to Luca, I'd like to touch on 2 items that may not show up in our financial statement but are just as integral to Apple's mission and our commitment to making the world a better place.

First, education. More than 5,000 schools, community colleges and technical colleges worldwide are now using Everyone Can Code, our free coding curriculum. Ideas, creativity and passion for technology's potential aren't limited by ZIP code or country, and we don't think opportunity should be either. We're also excited that educators in more than 350 schools around the world have started working with Everyone Can Create, the free collection of tools and project guides we introduced this spring designed to help unleash kids' creativity throughout their school day with the help of iPad.

Next is the environment. This was a milestone year for Apple's commitment to our planet. In April, we announced that 100% of our global operations are powered by renewable energy. We also made progress in doing the same in our supply chain. And just this week, we announced that the

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2018 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



enclosures of new products like MacBook Air and iPad Pro will be made from 100% recycled aluminum, a strong, durable and beautiful new alloy designed by Apple.

This is a great example of how a commitment to do right on the issues that matter can drive once unimaginable innovation, new ways of approaching old problems and beautiful solutions that set us apart. I'd like to thank all of our employees, customers, developers and business partners for helping us deliver outstanding results across our fiscal 2018. We are headed into the holidays with our strongest product lineup ever, and we could not be more bullish about Apple's future.

And now Luca has more details to share with you on the September quarter. Luca?

**Luca Maestri** - *Apple Inc. - CFO & Senior VP*

Thank you, Tim. Good afternoon, everyone. We are extremely pleased to report record results for our September quarter, which capped a tremendously successful fiscal 2018, a year in which we saw double-digit revenue growth in every geographic segment and established new revenue and earnings records in every single quarter.

Revenue in the fourth quarter was $62.9 billion, up 20% and more than $10 billion over last year with strong double-digit growth in each of our geographic segments and record Q4 revenue in the Americas, in Europe, Japan and rest of Asia Pacific. In fact, we set new revenue records in almost every market we track with especially strong growth in Germany, Italy, Sweden, Switzerland, Japan and Korea, all major markets where revenue growth was 25% or higher. We also set new fourth quarter revenue records for iPhone and Wearables and new all-time records for Services and Mac.

Gross margin was 38.3%, flat sequentially in line with our expectations as leverage from higher revenue offset seasonal transition costs. We set new September quarter records for net income, EPS and cash flow from operations. Net income was $14.1 billion, up $3.4 billion or 32% over last year. Diluted earnings per share were $2.91, up 41%. Cash flow from operations was $19.5 billion, up $3.8 billion from a year ago.

iPhone revenue grew 29% with growth of more than 20% in every geographic segment. iPhone ASP was $793 compared to $618 a year ago, driven by strong performance of iPhone X, 8 and 8 Plus as well as the successful launch of iPhone Xs and Xs Max in the September quarter this year, while we launched iPhone X in the December quarter last year.

We sold 46.9 million iPhones during the quarter with growth of 20% or more in several markets, including Japan, Australia, New Zealand, Sweden, Norway, Chile and Vietnam. Customer satisfaction with iPhone continues to be outstanding and is the highest in the industry. The latest survey of U.S. consumers from 451 Research indicates customer satisfaction of 98% for iPhone X, 8 and 8 Plus combined. And among business buyers who plan to purchase smartphones in the December quarter, 80% plan to purchase iPhones.

Turning to Services. It was our best quarter ever in total and virtually in every market around the world with revenue of $10 billion. A year ago, we had a onetime $640 million favorable impact to Services revenue due to an accounting adjustment, and taking that into account, our Services growth in Q4 this year was 27%. As Tim mentioned, we reached new all-time quarterly revenue records for many Services categories, and we are well on our way to achieve our goal to double our fiscal 2016 Services revenue by 2020.

We now have over 330 million paid subscriptions on our platform, an increase of over 50% versus a year ago. We are very pleased not only with the growth but also with the breadth of our subscription business. In fact, 30,000 third-party subscription apps are available in the App Store today, and the largest of them all represents less than 0.3% of our total Services revenue.

Next, I'd like to talk about the Mac. We saw great response to our new MacBook Pro models that we launched in July with strong double-digit revenue growth driving an all-time quarterly record for Mac revenue. We were especially pleased with Mac momentum in emerging markets with strong growth in Latin America, in India, the Middle East and Africa and Central and Eastern Europe. At over 100 million units, our active installed base of Macs is at an all-time high, and the majority of customer purchasing Macs in the September quarter were new to Mac.

5

©2018 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



We sold 9.7 million iPads during the quarter, gaining share in nearly every market we track based on the latest estimates from IDC. We generated iPad growth in a number of key regions around the world, including Latin America, Europe, Japan, India and South Asia. Among customers around the world purchasing iPads during the quarter, nearly half were new to iPad, and our active installed base of iPads reached a new all-time high.

NPD indicates that iPad had 58% share of the U.S. tablet market in the September quarter, up from 54% share a year ago. And the most recent consumer survey from 451 Research measured iPad customer satisfaction ratings of 96% for both iPad and iPad Pro. And among business customers who plan to purchase tablets in the December quarter, 74% plan to purchase iPads.

Other products revenue grew 31% to a new September quarter record with an increase of over $1 billion compared to a year ago, thanks to Wearables growth of over 50% and the strong performance of Apple TV in addition to the introduction of HomePod earlier this year.

As we look back across fiscal 2018, we have made great progress in the enterprise market, where iOS is transforming how business gets done across multiple industries. In fact, over 450 airlines and 47 of the top 50 around the world have adopted iOS to help pilots fly safer, more efficient flights. And many airlines are also using iOS to support better customer experiences and improve maintenance operations.

We're also making great strides in the retail sector, where 9 of the top 10 global retailers use iOS devices to transform their customer and employee experiences. We are seeing industry-wide adoption of iOS at thousands of retailers from neighborhood boutiques to many of the best-known retailers in the world. Deployment of iOS devices is growing steadily as retailers replace their traditional point-of-sale systems and use custom iOS apps on iPhones and iPads to provide highly personalized shopping experiences.

Our success in enterprise is supported by our key partnerships. Since launching our first strategic partnership with IBM, 240 large customers have signed MobileFirst for iOS deals. Additionally, earlier in the year, we introduced 2 new technology offerings: IBM Watson services for Core ML and the IBM Cloud Developer Console for Apple that are enabling businesses to combine machine learning and cloud for a new generation of dynamic smart apps made for iOS. Over 60 new signings across numerous industries have been added since launching these new tools.

In our new partnership with Salesforce, we're excited to bring together the #1 customer relationship management platform and iOS. Together with Apple, Salesforce is redesigning its apps to embrace the native mobile platform with exclusive new features on iOS. The company can also provide tools and resources for millions of Salesforce developers to build their own native apps with a new Salesforce Mobile SDK for iOS.

And finally, we recently announced Apple business manager, a new way for IT teams to deploy Apple devices at scale. The response from companies around the world has been tremendous with over 40,000 companies currently enrolled.

Let me now turn to our cash position. We ended the quarter with $237.1 billion in cash plus marketable securities. We also had $102.5 billion in term debt and $12 billion in commercial paper outstanding for a net cash position of $122.6 billion. As explained earlier this year, it is our plan to reach a net cash neutral position over time. As part of this plan, we returned over $23 billion to investors during the quarter. We repurchased 92.5 million Apple shares for $19.4 billion through open market transactions, and we paid $3.5 billion in dividends and equivalents.

For our fiscal year 2018, revenue grew over $36 billion to $265.6 billion, an all-time record. Every geographic segment grew double digits with new records in the Americas, Europe, Japan and rest of Asia Pacific. We also set new all-time records for net income, up 23% versus last year and EPS, up 29%. And we returned a total of almost $90 billion to our investors during the year, including almost $14 billion in dividends and equivalents and over $73 billion in share repurchases.

Before we discuss our December quarter outlook, I'd like to describe a number of changes in our financial reporting that we're implementing as we enter our new fiscal year. First, given the increasing importance of our Services business and in order to provide additional transparency to our financial results, we will start reporting revenue as well as cost of sales for both total products and total services beginning this December quarter.

Second, also beginning this December quarter, we're adopting the FASB's new standard for revenue recognition. This will not result in any change to our total revenue, but it will impact the way we report the classification of revenue between products and services. In particular, the revenue

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2018 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**NOVEMBER 01, 2018 / 9:00PM, AAPL - Q4 2018 Apple Inc Earnings Call**

corresponding to the amortization of the deferred value of bundled services such as Maps, Siri and free iCloud services was previously reported in product revenue. After adopting the new standards, this revenue will now be reported in Services revenue.

The change in classification between products and services will also apply to the costs that are associated with the delivery of such bundled services. After we file our 10-K, we will post a schedule to our Investor Relations website showing the reclassification of fiscal 2018 revenue from products to services in connection with the adoption of the new standard.

The size of this reclassification amounts to less than 1% of total company revenues. And for clarity, this reclassification was not contemplated in our previously stated goal of doubling our fiscal '16 Services revenue by 2020. That goal remains unchanged and excludes the revenue that is now shifting from products to services over that time frame.

Third, starting with the December quarter, we will no longer be providing unit sales data for iPhone, iPad and Mac. As we have stated many times, our objective is to make great products and services that enrich people's lives and to provide an unparalleled customer experience so that our users are highly satisfied, loyal and engaged. As we accomplish these objectives, strong financial results follow.

As demonstrated by our financial performance in recent years, the number of units sold in any 90-day period is not necessarily representative of the underlying strength of our business. Furthermore, our unit of sale is less relevant for us today than it was in the past given the breadth of our portfolio and the wider sales price dispersion within any given product line.

Fourth, starting with the December quarter, we will be renaming the other products category to wearables, home and accessories to provide a more accurate description of the items that are included in this product category.

As we move ahead to the December quarter, I'd like to review our outlook, which includes the types of forward-looking information that Nancy referred to at the beginning of the call. We have the strongest lineup ever as we enter the holiday season, and we expect revenue to be between $89 billion and $93 billion, a new all-time record. This range reflects a number of factors to be considered: First, we consider the effect on Q4 and Q1 of the launch timing of our new iPhones this year versus last year; Second, we expect almost $2 billion of foreign exchange headwinds; Third, we had an unprecedented number of products ramping, and while our ramps are going fairly well, we have uncertainty around supply and demand balance; and fourth, we also face some macroeconomic uncertainty, particularly in emerging markets.

We expect gross margin to be between 38% and 38.5%. We expect OpEx to be between $8.7 billion and $8.8 billion. We expect OI&E to be about $300 million. And we expect the tax rate to be about 16.5% before discrete items. Also, today, our Board of Directors has declared a cash dividend of $0.73 per share of common stock payable on November 15, 2018, to shareholders of record as of November 12, 2018.

With that, I'd like to open the call to questions.

---

**Nancy Paxton** - *Apple Inc. - Senior Director of IR and Treasury*

Thank you, Luca. (Operator Instructions)

---

## QUESTIONS AND ANSWERS

**Operator**

Our first question will come from Wamsi Mohan with Bank of America Merrill Lynch.

---

7

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2018 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## NOVEMBER 01, 2018 / 9:00PM, AAPL - Q4 2018 Apple Inc Earnings Call

**Wamsi Mohan** - *BofA Merrill Lynch, Research Division - Director*

Tim, there has been some real deceleration in some of these emerging markets, partly driven by some concerns around some of the rules the administration is contemplating and partly driven by things that are more specific to China, for instance, like some of the regulations around gaming. So can you talk about how you see the trajectory there for the business and what you think of the initiatives of some companies like Netflix and Fortnite trying to bypass the App Store around subscriptions? And I have a follow-up.

**Timothy D. Cook** - *Apple Inc. - CEO & Director*

Sure. Great question. Starting with emerging markets. The emerging markets that we're seeing pressure in are markets like Turkey, India, Brazil, Russia, these are markets where currencies have weakened over the recent period. In some cases, that resulted in us raising prices, and those markets are not growing the way we would like to see. To give you a perspective in -- at some detail, our business at India in Q4 was flat. Obviously, we would like to see that be a huge growth. Brazil was down somewhat compared to the previous year. And so I think -- or at least the way that I see these are each one of the emerging markets has a bit of a different story. And I don't see it as some sort of issue that is common between those for the most part. In relation to China specifically, I would not put China in that category. Our business in China was very strong last quarter. We grew 16%, which we're very happy with. iPhone, in particular, was very strong double-digit growth there. Our other products category was also stronger, in fact, a bit stronger than even the company -- overall company number. The App Store in China, we have seen a slowdown or a moratorium to be more accurate on new game approvals. There is a new regulatory setup in China, and there's -- things are not moving the way they were moving previously. We did see a few games approved recently, but it's very far below the historic pace. And as you're probably seeing, some of the larger companies there that are public have talked about this as they've announced their earnings as well. We don't know exactly when this will -- the approvals will sort of return to a normal pace. So I would not want to predict that. I do not view, just to try -- for avoidance of doubt here, I don't view that, that issue has anything to do with the trade-related discussions between the countries. I think that is strictly a domestic issue in China. In terms of larger developers, if you sort of step back and look at the value proposition for people from the App Store, there are 2 key constituencies in that equation. There's the user, and there's the developer. If you start with the user, what the App Store provides people is sort of the best and safest place for users to get apps. And we put a -- we have a tremendous process and infrastructure around achieving that. And where it is not perfect, we wind up reviewing 100,000 -- over 100,000 apps a week between new apps and updates for existing apps and then work with developers quickly to fix the issues. And we also provide the user a one-payment model for purchasing apps and subscriptions and in-app purchases, et cetera, so that they are not in a position that they have to share their private information across many companies. And so that's sort of the proposition for the user. For the developer, we obviously provide developers a tremendous amount of developer tools, programs, compilers, languages, of course, the operating system APIs, SDKs and have a huge developer relations team. And we do a tremendous amount of marketing for developers, including the new Today editorial that we just started in the past few months, personal recommendations search, tools and so on and so forth. And so if -- there will be -- there's no doubt, in my mind, there have already been some large developers that concluded that they could do something on their own. We're fine with that. I think Luca mentioned in his comments that the largest -- if I look at the largest developer, they make up less than 0.3% of the Services revenue. So it's probably good to think about that in that context, and there are millions of apps on the store obviously and 30,000 or so subscription apps. And so the subscription business itself is nearly as broad as the App Store itself is. And so that's the value proposition, I think, that the vast majority of people are very happy with it and including the most important people of all, which is the user.

**Wamsi Mohan** - *BofA Merrill Lynch, Research Division - Director*

Appreciate that response. If I could just ask you really quick on Apple's role in health care. It's been growing significantly since the early introduction on the Watch and then the various kits for developers, including HealthKit, CareKit, et cetera. And when you combine that with your very staunch advocacy for privacy, I see Apple could become a really large disintermediating force in all the friction in the health care industry today in the way medical information is shared and distributed. Is this the way that you see the future for Apple in health care? And do you see a means to also grow your Services business through the health care offerings that could become subscriptions to your customers?

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2018 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**NOVEMBER 01, 2018 / 9:00PM, AAPL - Q4 2018 Apple Inc Earnings Call**

**Timothy D. Cook** - *Apple Inc. - CEO & Director*

I think Apple has a huge opportunity in the -- in health. And you can see from the -- our past several years that we have an intense interest in the space and are adding products and services, non-monetized services so far to that. And I don't want to talk about the future because I don't want to give away what we're doing. But this is an area of major interest to us.

---

**Operator**

Shannon Cross from Cross Research has the next question.

---

**Shannon Siemsen Cross** - *Cross Research LLC - Co-Founder, Principal & Analyst*

Given the $4 billion range in revenue that you're giving for the quarter and all of the -- all the things that are going on in the world right now, can you maybe give a little detail about the variables that you took into account when you were coming up with this, geopolitical trade, macro component costs, I don't know, if you can just give it some ideas as -- on what the puts and takes were?

---

**Luca Maestri** - *Apple Inc. - CFO & Senior VP*

Yes. Shannon, I'll take this one. And at the revenue level, we started from the fact that we are very, very excited about the lineup of products and services that we have getting into the holiday season. It's the strongest lineup that we've ever had. And our guidance range, by the way, represents a new all-time quarterly revenue record, right? As I explained in my prepared remarks, there are a number of things that need to be considered as part of this guidance range, right? The first one is the fact that the launch timing of the new iPhones this year is essentially in reverse order versus last year. And that has had an effect on Q1 -- on Q4 and will have an effect on Q1. Last year, we launched the top end of our iPhone lineup, which was iPhone X during Q1, and placed the entirety of the channel fill for iPhone X in Q1. This year, we launched the top end of the lineup, which is the Xs and the Xs Max during Q4. Obviously, this resulted in a more pronounced ASP growth in Q4 of '18 and obviously a tougher compare for Q1. So I think it's important to keep that in mind as you look at the revenue guidance that we provided. The second point that needs to be kept in mind, it is a fact of life and we've dealt with it for a number of years now, is the fact that when I look at currencies around the world, virtually every foreign currency has depreciated against the U.S. dollar in the last 12 months. And when we look at the impact of foreign exchange on our revenue for the December quarter, we're looking at 200 basis points of headwinds, which translate, given our -- the size of our business, to almost $2 billion of headwind to our revenue. The third point that I think is important to keep in mind, and Tim has talked about this, we are launching -- in the last 6 weeks, we've launched an unprecedented number of new products. They're all ramping right now. The ramps are going fairly well, but obviously, we have some uncertainty around supply-demand balance for some of these products. And then finally, the last point that we've taken into account is what Tim's talked about in terms of some level of uncertainty at the macroeconomic level in some emerging markets, where, clearly, consumer confidence is not as high as it was 12 months ago. So take that into account, and that's how we got to the range.

---

**Shannon Siemsen Cross** - *Cross Research LLC - Co-Founder, Principal & Analyst*

Okay. And then I just want to talk a little bit about the pullback in terms of guidance from a unit perspective. I understand you don't want to give guidance because 90 days is a short period of time and can be -- fluctuate. But what kind of qualitative commentary do you think you'll be able to provide? Because it's -- obviously, investors have spent the last however many years going P times Q. So how should we think about what we can expect? And sort of how are you going to manage this process as we go through? I know it's all our job to forecast but...

---

**Luca Maestri** - *Apple Inc. - CFO & Senior VP*

Yes, let me walk you through the rationale that we've used, and then I'll talk about this qualitative commentary that you were mentioning. As I said, right, our objective is to make great products, provide the best customer experience and get our customers satisfied, engaged and loyal to our ecosystem. When you look at our financial performance in recent years, take the last 3 years, for example, the number of units sold during any

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2018 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**NOVEMBER 01, 2018 / 9:00PM, AAPL - Q4 2018 Apple Inc Earnings Call**

quarter has not been necessarily representative of the underlying strength of our business. If you look at our revenue during the last 3 years, if you look at our net income during the last 3 years, if you look at our spot price during the last 3 years, there's no correlation to the units sold in any given period. As you know very well, in addition, our product ranges for all the major product categories have become wider over time, and therefore, a unit of sale is less relevant for us at this point compared to the past because we got this much wider sales price dispersion. So unit of sale per se becomes less relevant. As I know you're aware, by the way, our top competitors in smartphones, in tablets, in computers do not provide quarterly unit sales information either. But of course, we understand that this is something of interest. And when we believe that providing qualitative commentary on unit sales offers additional relevant information to investors, we will do so.

---

**Timothy D. Cook** - *Apple Inc. - CEO & Director*

Let me make one additional point there just for clarity, is that, Shannon, our intention is to continue to give revenue guidance at the company level and gross margin guidance in the other categories that we've been providing. And so the -- our guidance isn't changing. It's the actual report that changes.

---

**Operator**

Our next question comes from Mike Olson with Piper Jaffray.

---

**Michael Joseph Olson** - *Piper Jaffray Companies, Research Division - MD & Senior Research Analyst*

With the staggered iPhone launch, were you able to discern any impact on the Xs and Xs Max from buyers potentially waiting for the XR? And what, if anything, can we take away from the December quarter guidance related to what you're seeing for early demand on the XR? And then I have a follow-up.

---

**Timothy D. Cook** - *Apple Inc. - CEO & Director*

Mike, it's Tim. The Xs and Xs Max got off to a really great start, and we've only been selling for a few weeks. The XR, we've only got out there for, I guess, 5 -- 5 days or so at this point and so that it's -- we have very, very little data there. Usually, there is some amount of wait until a product shows -- another product shows up in look, but in -- that -- in looking at the data, on the sales data for Xs and Xs Max, there's not obvious evidence of that in the data as I see it.

---

**Michael Joseph Olson** - *Piper Jaffray Companies, Research Division - MD & Senior Research Analyst*

Got it. And you mentioned record levels for various components of the Services business. As we look forward, if growth of Services is to maintain something close to the recent pace, what are the components of Services that you're particularly excited about that could drive that and be the strongest drivers? And maybe an offshoot to that, it seems like the news flow around augmented reality slowed a little bit in recent months. Is that potentially materially contributor to services in the near future?

---

**Luca Maestri** - *Apple Inc. - CFO & Senior VP*

Like as we said, during the September quarter, we set new records for many, many Services categories, right, from Apple Music to cloud services to the App Store to AppleCare and Apple Pay really has an exponential trajectory right now. When we look at our Services business, we think about the fact that we have a very large and growing installed base. The installed base of all our major product categories is at an all-time high and has been growing over the last several quarters. So the opportunity for us to monetize our Services business continues to grow over time. Of course, we are also improving the quality of the services that we provide, and if you look back during the last 3 years, we've added new services to our portfolio. We added Apple Pay. We added Apple Music. We added this advertising business on our App Store. And clearly, we will want to continue

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2018 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



to offer new services over time. So there are a number of vectors that allow us to continue to grow the business over time. We have stated that we want to double the size of the Services business from the level that we had in fiscal '16 by 2020. We are well on pace to achieve that, and we feel very, very confident about the future of -- and the opportunities that we have in the Services space.

**Timothy D. Cook** - *Apple Inc. - CEO & Director*

Mike, in terms of your question on AR, I have a different view than you do on this one. We -- just a year ago -- practically, a year ago, we came out with ARKit 1. 6 months or so after that, we came out with 1.5. We then recently came out with ARKit 2. The number of things that you can do are growing significantly. The number of developers that either have done something or even more the case that are working on things that I've seen are growing tremendously. There's a lot of interest out there. And the number of categories that I'm seeing from gaming to shopping to -- I was in China a few weeks ago and saw AR in the -- in an art sense, an art exhibit. I was in Berlin last week and saw it being used in a historical educational kind of sense. I'm seeing it sort of everywhere I go now. And so I think we are in the early days, and it'll keep getting better and better. But I'm really happy with where things are at the moment.

**Operator**

Next, we'll go to Katy Huberty with Morgan Stanley.

**Kathryn Lynn Huberty** - *Morgan Stanley, Research Division - MD and Research Analyst*

Tim, given the current trade negotiations and broader geopolitical risk, do you have any plans to consider diversifying the supply chain? And if you were to do that, either on your own or sort of forced, do you think it would have significant impact on the business or profitability?

**Timothy D. Cook** - *Apple Inc. - CEO & Director*

Katy, if you look at the products that we've created and are manufacturing, they're really manufactured everywhere. We have significant content from the U.S. market. We have content from Japan to Korea to many countries, and we have great content from China as well. And so there are many hands in the products. The vast majority or almost all of the R&D is in the United States as well as a lot of the support organization. And I -- so as -- I think that, that basic model where you look around the world and find the best in different areas, I don't expect that model to go out of style so to speak. I think there's a reason that things have developed in that way, and I think it's great for all countries and citizens of countries that are involved in that. And I'm still of the mindset that I feel very optimistic and positive that the discussions that are going will be fruitful. The -- these relationships, these trade relationships are big and complex, and they clearly do need a level of focus and a level of updating and modernization. And so I'm optimistic of -- that the countries, the U.S. and China and the U.S. and Europe and so forth can work these things out and work for the benefit of everyone.

**Kathryn Lynn Huberty** - *Morgan Stanley, Research Division - MD and Research Analyst*

That's helpful color. And Luca, as a follow-up, NAND prices fell significantly during the September quarter. Why aren't we seeing that flow through to margin expansion to the overall company?

**Luca Maestri** - *Apple Inc. - CFO & Senior VP*

You're referring to the guidance that we provided for Q1, I imagine. And let me give you the puts and takes, Katy. You're correct, we are going to be getting some benefits from commodities in general and memory in particular. Memory, on a sequential basis, it's about 30 basis points favorable for us going into the December quarter. And obviously, we're going to be benefiting from the leverage, which is typical of our seasonality in the December quarter. On the other hand, as I mentioned before, currencies have weakened against the U.S. dollar. And the impact that we expect at

©2018 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**NOVEMBER 01, 2018 / 9:00PM, AAPL - Q4 2018 Apple Inc Earnings Call**

the gross margin level from foreign exchange is a 90 basis points headwind sequentially. And of course, at this point in the cycle, we also have higher cost structures because, as I said, we've launched so many new products in the last 6 weeks. So those are the puts and takes, leverage and commodity savings on one side and FX and the new products on the other side.

---

**Operator**

Next, we'll go to Jim Suva with Citigroup.

---

**Jim Suva** - *Citigroup Inc, Research Division - Director*

A question for Tim and a question for Luca, and I'll ask them at the same time, so you can decide to answer the first or second. But operationally, Tim, I think your company is at a disadvantage relative to others in India giving where items are produced versus shipped versus taxed versus installed as well as ability to own stores. So can you help us address that? Is India going to potentially be a big area as I think you've got about only 1% market share, but it sounded like things may be softened there? And then for Luca, there'd probably be a lot of pushback about not giving iPhone unit data. It sounds like you're still going to give revenue data if I heard that correctly. But some people may fear that this now means that the iPhone units are going to start going negative year-over-year because it's easy to talk about great things and not show the details of things that aren't so great.

---

**Timothy D. Cook** - *Apple Inc. - CEO & Director*

Okay. I'll start with India. We've had really great productive discussions with the Indian government, and I fully expect that, at some point, they will agree to allow us to bring our stores into the country. We've been in discussions with them, and the discussions are going quite well. There is -- as you point out, there are import duties in some or most of the product categories that we're in. In some cases, they compound. And this is an area that we're giving lots of feedback on. We do manufacture some of the entry iPhones in India, and that project has gone well. I am a big believer in India. I am very bullish on the country and the people and our ability to do well there. The currency weakness has been part of our challenge there as you can tell from just looking at the currency trend. But I sort of view these as speed bumps along a very long journey, though, in that the long term is -- I think is very, very strong there. There's a huge number of people that will move into the middle class. The government has really focused on reform in a major way and made some very bold moves, and I applaud them for doing that and sort of can't wait for the future there.

---

**Luca Maestri** - *Apple Inc. - CFO & Senior VP*

And Jim, let me take the question on units. First of all, as Tim said, our approach to guidance -- providing guidance doesn't change at all, and we continue to provide the same metrics that we were providing before. In terms of reporting results, one of the things that we are doing, and it's new and it's an addition to the information that we provide to investors because we've heard some significant level of interest around this, is starting with the December quarter, for the first time, we're going to be providing information on revenue and cost of sales and therefore, gross margins for both products and services. And this will be the first time that we're going to provide gross margin information for our Services business, which we believe it is an important metric for our investors to follow. Given the rationale on why we do not believe that providing unit sales is particularly relevant for our company at this point, I can reassure you that it is our objective to grow unit sales for every product category that we have. But as I said earlier, a unit of sale is less relevant today than it was in the past. To give you an example, the unit sales of iPhone at the top end of the line have been very strong during the September quarter. And that's very important because we are attracting customers to the most recent technologies and features and innovation that we bring into the lineup, but you don't necessarily see that in the number that is reported. And so therefore, we will -- as I said, we'll provide the qualitative commentary when it is important and relevant, but at the end of the day, we make our decisions to -- from a financial standpoint, to try and optimize our revenue and our gross margin dollars. And that, we think, is the focus that is in the best interest of our investors.

---

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2018 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## NOVEMBER 01, 2018 / 9:00PM, AAPL - Q4 2018 Apple Inc Earnings Call

**Timothy D. Cook** *- Apple Inc. - CEO & Director*

Jim, let me just add a couple things to that for color. Our installed base is growing at double digit, and so there's no -- and that's probably a much more significant metric for us from an ecosystem point of view and customer loyalty, et cetera. The second thing is this is a little bit like if you go to the market and you push your cart up to the cashier and she says or he says, "How many units you have in there?", it sort of -- it doesn't matter a lot how many units there are in there in terms of the overall value of what's in the cart.

**Nancy Paxton** *- Apple Inc. - Senior Director of IR and Treasury*

A replay of today's call will be available for 2 weeks on Apple Podcasts, as a webcast on apple.com/investor and via telephone. And the numbers for the telephone replay are (888) 203-1112 or (719) 457-0820, and please enter confirmation code 3699080. These replays will be available by approximately 5 p.m. Pacific Time today.

Members of the press with additional questions can contact Kristin Huguet at (408) 974-2414, and financial analysts can contact Matt Blake or me with additional questions. Matt is at (408) 974-7406, and I'm at (408) 974-5420. Thanks again for joining us.

**Operator**

That does conclude our conference for today. Thank you for your participation.

**DISCLAIMER**

Thomson Reuters reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON REUTERS OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2018, Thomson Reuters. All Rights Reserved.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2018 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



# EXHIBIT 115

**Newsroom**

<span style="color:#b0206e">PRESS RELEASE</span>
November 1, 2018

# Apple Reports Fourth Quarter Results



Revenue Up 20 Percent and EPS Up 41 Percent to New September Quarter Records

Services Revenue of $10 Billion Reaches New All-Time High

CUPERTINO, California — November 1, 2018 — Apple today announced financial results for its fiscal 2018 fourth quarter ended September 29, 2018. The Company posted quarterly revenue of $62.9 billion, an increase of 20 percent from the year-ago quarter, and quarterly earnings per diluted share of $2.91, up 41 percent. International sales accounted for 61 percent of the quarter's revenue.

Services revenue reached an all-time high of $10 billion. Excluding a one-time favorable adjustment of $640 million recognized in the fourth quarter of fiscal 2017, Services revenue grew from $7.9 billion in the fourth quarter of fiscal 2017 to $10 billion in the fourth quarter of fiscal 2018, an increase of 27 percent.

"We're thrilled to report another record-breaking quarter that caps a tremendous fiscal 2018, the year in which we shipped our 2 billionth iOS device, celebrated the 10th anniversary of the App Store and achieved the strongest revenue and earnings in Apple's history," said Tim Cook, Apple's CEO. "Over the past two months, we've delivered huge advancements for our customers through new versions of iPhone, Apple Watch, iPad and Mac as well as our four operating systems, and we enter the holiday season with our strongest lineup of products and services ever."

"We concluded a record year with our best September quarter ever, growing double digits in every geographic segment. We set September quarter revenue records for iPhone and Wearables and all-time quarterly records for Services and Mac," said Luca Maestri, Apple's CFO. "We generated $19.5 billion in operating cash flow and returned over $23

billion to shareholders in dividends and share repurchases in the September quarter, bringing total capital returned in fiscal 2018 to almost $90 billion."

Apple is providing the following guidance for its fiscal 2019 first quarter:

- revenue between $89 billion and $93 billion
- gross margin between 38 percent and 38.5 percent
- operating expenses between $8.7 billion and $8.8 billion
- other income/(expense) of $300 million
- tax rate of approximately 16.5 percent before discrete items

Apple's board of directors has declared a cash dividend of $0.73 per share of the Company's common stock. The dividend is payable on November 15, 2018 to shareholders of record as of the close of business on November 12, 2018.

Apple will provide live streaming of its Q4 2018 financial results conference call beginning at 2:00 p.m. PDT on November 1, 2018 at www.apple.com/investor/earnings-call/. This webcast will also be available for replay for approximately two weeks thereafter.

Apple periodically provides information for investors on its corporate website, apple.com, and its investors relations website, investor.apple.com. This includes press releases and other information about financial performance, reports filed or furnished with the SEC, information on corporate governance and details related to its annual meeting of shareholders.

Consolidated Financial Statements
View PDF

Data Summary
View PDF

This press release contains forward-looking statements, within the meaning of the Private Securities Litigation Reform Act of 1995. These forward-looking statements include without limitation those about the Company's estimated revenue, gross margin, operating expenses, other income/(expense), tax rate, and plans for return of capital. These statements involve risks and uncertainties, and actual results may differ. Risks and uncertainties include without limitation: the effect of global and regional economic conditions on the Company's business, including effects on purchasing decisions by consumers and businesses; the ability of the Company to compete in markets that are highly competitive and subject to rapid technological change; the ability of the Company to manage frequent introductions and transitions of products and services, including delivering to the marketplace, and stimulating customer demand for, new products, services and technological innovations on a timely basis; the effect that shifts in the mix of products and services and in the geographic, currency or channel mix, component cost increases, price

competition, or the introduction of new products, including new products with higher cost structures, could have on the Company's gross margin; the dependency of the Company on the performance of distributors of the Company's products, including cellular network carriers and other resellers; the inventory and other asset risks associated with the Company's need to order, or commit to order, product components in advance of customer orders; the continued availability on acceptable terms, or at all, of certain components, services and new technologies essential to the Company's business, including components and technologies that may only be available from single or limited sources; the dependency of the Company on manufacturing and logistics services provided by third parties, many of which are located outside of the US and which may affect the quality, quantity or cost of products manufactured or services rendered to the Company; the effect of product and services design and manufacturing defects on the Company's financial performance and reputation; the dependency of the Company on third-party intellectual property and digital content, which may not be available to the Company on commercially reasonable terms or at all; the dependency of the Company on support from third-party software developers to develop and maintain software applications and services for the Company's products; the impact of unfavorable legal proceedings, such as a potential finding that the Company has infringed on the intellectual property rights of others; the impact of changes to laws and regulations that affect the Company's activities, including the Company's ability to offer products or services to customers in different regions; the ability of the Company to manage risks associated with its international activities, including complying with laws and regulations affecting the Company's international operations; the ability of the Company to manage risks associated with the Company's retail stores; the ability of the Company to manage risks associated with the Company's investments in new business strategies and acquisitions; the impact on the Company's business and reputation from information technology system failures, network disruptions or losses or unauthorized access to, or release of, confidential information; the ability of the Company to comply with laws and regulations regarding data protection; the continued service and availability of key executives and employees; political events, international trade disputes, war, terrorism, natural disasters, public health issues, and other business interruptions that could disrupt supply or delivery of, or demand for, the Company's products; financial risks, including risks relating to currency fluctuations, credit risks and fluctuations in the market value of the Company's investment portfolio; and changes in tax rates and exposure to additional tax liabilities. More information on these risks and other potential factors that could affect the Company's financial results is included in the Company's filings with the SEC, including in the "Risk Factors" and "Management's Discussion and Analysis of Financial Condition and Results of Operations" sections of the Company's most recently filed periodic reports on Form 10-K and Form 10-Q and subsequent filings. The Company assumes no obligation to update any forward-looking statements or information, which speak as of their respective dates.

Apple revolutionized personal technology with the introduction of the Macintosh in 1984. Today, Apple leads the world in innovation with iPhone,

Apple Reports Fourth Quarter Results | Apple

iPad, Mac, Apple Watch and Apple TV. Apple's four software platforms — iOS, macOS, watchOS and tvOS — provide seamless experiences across all Apple devices and empower people with breakthrough services including the App Store, Apple Music, Apple Pay and iCloud. Apple's more than 100,000 employees are dedicated to making the best products on earth, and to leaving the world better than we found it.

## Press Contact

**Kristin Huguet Quayle**

Apple
khuguet@apple.com
(408) 974-2414

## Investor Relations Contacts

**Nancy Paxton**

Apple
paxton1@apple.com
(408) 974-5420

**Matt Blake**

Apple
mattblake@apple.com
(408) 974-7406

© 2018 Apple Inc. All rights reserved. Apple and the Apple logo are trademarks of Apple Inc. Other company and product names may be trademarks of their respective owners.

The latest news for journalists.
Read more ›

Newsroom     Apple Reports Fourth Quarter Results

**Shop and Learn**
Mac
iPad
iPhone
Watch
TV
Music
iTunes
HomePod
iPod touch
Apple Card
Accessories
Gift Cards

**Apple Store**
Find a Store
Genius Bar
Today at Apple
Apple Camp
Field Trip
Apple Store App
Refurbished and Clearance
Financing
Apple Trade In
Order Status
Shopping Help

**For Education**
Apple and Education
Shop for College

**For Business**
Apple and Business
Shop for Business

**For Healthcare**
Apple in Healthcare
Health on Apple Watch
Health Records on iPhone

**Account**
Manage Your Apple ID
Apple Store Account
iCloud.com

**Apple Values**
Accessibility
Education
Environment
Inclusion and Diversity
Privacy
Supplier Responsibility

**For Government**
Shop for Government
Shop for Veterans and Military

**About Apple**
Newsroom
Apple Leadership
Job Opportunities
Investors
Events
Contact Apple

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.

Copyright © 2019 Apple Inc. All rights reserved.      Privacy Policy   |   Terms of Use   |   Sales and Refunds   |   Legal   |   Site Map      United States

EXHIBIT 116



Discover Thomson Reuters • • •                                    Directory of sites    Login    Contact    Support

# REUTERS    World    Business    Markets    Breakingviews    Video    More    

Exhibit 14
Parekh, K.
03/10/21
@ptus

TECHNOLOGY NEWS      NOVEMBER 1, 2018 / 1:31 PM / UPDATED 2 YEARS AGO

# Apple warns on holiday sales, sending value below $1 trillion

By Stephen Nellis                                    5 MIN READ    

(Reuters) - Apple Inc on Thursday warned that sales for the crucial holiday quarter would likely miss Wall Street expectations, which Chief Executive Tim Cook blamed on weakness in emerging markets and foreign exchange costs.



⏸ 🔇✕  ADVERTISEMENT: Your content will begin in 30 seconds                    ⛶

The disappointing forecast by the world's most valuable technology company helped send shares down as much as 7 percent, taking roughly $70 billion off Apple's market value and forcing that value below $1 trillion. The forecast could also deepen concerns for technology companies that saw a sell-off after misses by Amazon.com Inc and Google parent Alphabet Inc.

Apple said it expects between $89 billion and $93 billion in revenue for its fiscal first quarter ending in December, with a midpoint of $91 billion coming in below Wall Street expectations of $93 billion, according to IBES data from Refinitiv.

Cook in an interview with Reuters said that Apple is "seeing some macroeconomic weakness in some of the emerging markets." He later told investors on a conference call that weak markets included Brazil, India, Russia and Turkey. Sales were flat in the fourth quarter in India, Cook said.

"Obviously, we would like to see that be a huge growth," Cook said on the call.

ADVERTISEMENT



Ad

**Find your mountain escape**
Share great memories without sharing space. Book a whole vacation home for your family.

Vrbo                                                                    Search Homes

Executives said they also would quit giving the number of iPhones, iPads and Mac computers, leading to a further drop in the share price, since iPhone unit sales were long the key indicator of quarterly success.

Withholding that number will make it impossible to calculate the average selling price of phones, another key measure.

Apple executives said unit sales are becoming less relevant as customers buy bundled products that include subscription services like Apple Music.

Apple said it would start giving cost-of-sales data for its services business, an important metric for subscription businesses. But investors reacted negatively.



Slideshow（ 3 images ）

"Companies typically stop reporting metrics when the metrics are about to turn. This is not a good look for Apple," said analyst Walter Piecyk from BTIG Research.

For the quarter ended in September, Apple brought in $62.9 billion in revenue and $2.91 per share in profits, beating expectations of $61.5 billion and $2.79, respectively.

Apple sold 46.9 million iPhones in the fiscal fourth quarter, missing analyst expectations of 47.5 million iPhones, according to FactSet. But the average selling price of iPhones was $793, well above analyst estimates of $750.78, according to FactSet.

"Our worry is there must be a limit to Apple's pricing power," said George Salmon, an analyst at Hargreaves Lansdown. "The group is now charging close to $800 per phone, and while that's helping revenues climb despite flat sales volumes, one has to wonder

how the strategy to shimmy up the price ladder fares in a downturn. If consumers start feeling the pinch, those price tags could put the punters off."

In an interview with Reuters, Cook said his caution on holiday sales was in part due to Apple's earlier-than-normal launch of its top-end iPhone models, the XS and XS Max.

Cook also said foreign exchange rates would have a $2 billion negative impact on Apple's sales forecast.

Apple was unsure whether it can make enough new iPhones, Apple Watches, iPads and Mac models it released in recent weeks, Cook told Reuters. Apple is widely expanding the use of its facial recognition unlocking system in iPhones and iPads, which uses special lasers that are produced by only a handful of suppliers.

Elazar Advisors analyst Chaim Siegel said that China trade issues could be making it difficult for Apple to get the supplies it needs. "As for emerging markets slowing, that's also contagion from China. Both trade war issues coming to reality," he said.



Slideshow（3 images）

But Cook stressed that Apple was happy with its performance in China, where revenue grew 16 percent to $11.4 billion, the fifth quarter in a row the company has had double-digit growth in the region.

Apple's cautious forecast could accelerate investor fears that have in turn erased stock market gains for much of the year. At market close on Thursday, Apple shares had been up more than 25 percent for the year - supported by purchases by Warren Buffett and a

$100 billion share buy-back program – while the Nasdaq Composite Index is nearly flat for the year.

Apple said revenue from services, which includes iCloud, the App Store and Apple Music, reached $10 billion, in line with analyst estimates. Apple investors have been increasingly focused on growth in the company's services business as consumer markets become saturated with smartphones.

Apple forecast a tax rate of 16.5 percent for the December quarter, above analyst expectations of 15.9 percent, according to IBES data from Refinitiv.

For its full fiscal 2018 ended in September, Apple reported revenue of $265.6 billion and profits of $11.91 per share, beating analyst estimates of $264 billion and $11.79 per share.

Reporting by Stephen Nellis in San Francisco; Additional reporting by Sonam Rai in Bengaluru; Editing by Peter Henderson and Lisa Shumaker

*Our Standards: The Thomson Reuters Trust Principles.*

**MORE FROM REUTERS**





Apps   Newsletters   Advertise with Us   Advertising Guidelines   Cookies   Terms of Use   Privacy
Do Not Sell My Personal Information

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

© 2021 Reuters. All Rights Reserved.

# EXHIBIT 117

**J.P.Morgan**

North America Equity Research
02 November 2018

# Apple

## Growth Fundamentals Intact, Despite Softer Revenue Guide on FX Headwind and Conservatism Related to Macro Risks

Apple's F4Q18 earnings highlighted a number of key points that reinforce the long-term growth drivers for earnings and our Overweight thesis on the shares, including: **1) *Continued success in driving consumers to the top-end phones*** as supported by F4Q18 blended iPhone ASP of $793 (vs. consensus of $751 and JPMe of $801) and double-digit unit growth in shipments for high-end phones (offset by softer performance in low-end phones); **2) *Solid growth in Services revenue*** of +17% y/y to $10 bn in F4Q, largely in line with JPMe of $10.1 bn, despite a slowdown in China led by regulatory hurdles; **3) *Continued double-digit growth in the active installed base***, despite a plateau in iPhone unit sales, which will continue to enable strong services growth. The above strength in iPhones and Services drove revenues of $62.9 bn in F4Q, above the high-end of the company issued guidance range of $60-$62 bn (vs. JPMe of $62.4 bn), despite an incremental ~$500 mn FX headwind than contemplated earlier in the guidance. *Looking forward,* while we can understand the investor disappointment relative to the headline F1Q19 revenue guidance of $89-$93 bn (mid-point of $91 bn) vs. consensus of $92.6 bn and JPMe of $93.1 bn, we believe the shortfall is largely explained by a combination of: **1) FX headwind of $2 bn**, which we believe is much higher than contemplated either by consensus or JPM (e.g. less than $1 bn); and **2) Degree of conservatism embedded in management's guidance** as evidenced in the firm's track record of hitting or surpassing the high-end of its quarterly revenue guide in three of the last four quarters. As a result of the strength in the key business drivers, we are largely maintaining estimates except for incorporating the FX headwinds. Our Dec-19 price target moves to $270 (vs. $272 prior).

- **That said, macro risks are noteworthy at this time for a global business, driving greater conservatism than usual in F1Q guidance.** While we believe that there is not much of a shortfall relative to guidance when it comes to F1Q, it is important to remember that the firm has to navigate and execute amidst higher macro risks, particularly as relates to a softer outlook for emerging market growth, weakening EM currencies necessitating price increases, as well as softening consumer confidence in that backdrop. For example, Apple cited pressures in emerging markets including Turkey, Brazil, India and Russia and challenges in growth following price increases. Separately, while Apple continues to see solid growth in EM countries like China (+16% y/y in F4Q), it is facing regulatory hurdles relative to growth for the App Store. Net, we believe the F1Q guidance embeds a higher degree of conservatism relative to headwinds from emerging risks, which are hard to quantify, and thus an unusually wide range for the F1Q revenue outlook.

## Overweight

**AAPL, AAPL US**
Price: $222.22

▼ **Price Target: $270.00**
Previous: $272.00

Telecom & Networking Equipment/IT Hardware

Samik Chatterjee, CFA [AC]
(1-212) 622 0798
samik.x.chatterjee@jpmorgan.com
J.P. Morgan Securities LLC

Joseph Cardoso
(1-212) 622-9036
joseph.cardoso@jpmchase.com
J.P. Morgan Securities LLC

Bharat Daryani
(91-22) 6157 3057
bharat.daryani@jpmchase.com
J.P. Morgan India Private Limited

Price Performance



— AAPL share price ($)
— S&P500 (rebased)

**Apple Inc. (AAPL;AAPL US)**

| FYE Sep | 2016A | 2017A | 2018A | 2019E (Prev) | 2019E (Curr) | 2020E (Prev) | 2020E (Curr) | 2021E (Prev) | 2021E (Curr) |
|---|---|---|---|---|---|---|---|---|---|
| EPS (pro forma) ($) | | | | | | | | | |
| Q1 (Dec) | 3.18 | 3.36 | 3.89 | 4.91 | 4.87 | 5.71 | 5.61 | 6.46 | 6.47 |
| Q2 (Mar) | 1.90 | 2.10 | 2.73 | 3.01 | 3.01 | 3.34 | 3.34 | 3.83 | 3.83 |
| Q3 (Jun) | 1.42 | 1.67 | 2.34 | 2.61 | 2.52 | 2.66 | 2.66 | 3.00 | 2.97 |
| Q4 (Sep) | 1.67 | 2.07 | 2.91 | 3.26 | 3.24 | 3.73 | 3.70 | 4.16 | 4.04 |
| FY | 8.18 | 9.19 | 11.87 | 13.80 | 13.65 | 15.45 | 15.30 | 17.45 | 17.30 |
| Bloomberg EPS FY ($) | 8.27 | 9.00 | 11.79 | - | 13.72 | - | 14.96 | - | - |

Source: Company data, Bloomberg, J.P. Morgan estimates.

| Company Data | |
|---|---|
| Price ($) | 222.22 |
| Date Of Price | 01 Nov 18 |
| 52-week Range ($) | 233.47-150.24 |
| Market Cap ($ bn) | 1,077.22 |
| Fiscal Year End | Sep |
| Shares O/S (mn) | 4,848 |
| Price Target ($) | 270.00 |
| Price Target End Date | 31-Dec-19 |

**See page 8 for analyst certification and important disclosures, including non-US analyst disclosures.**

J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Samik Chatterjee, CFA
(1-212) 622 0798
samik.x.chatterjee@jpmorgan.com

North America Equity Research
02 November 2018

J.P.Morgan

- **Our thoughts on Apple stepping away from unit reporting.** While there is no doubt that the firm's decision to move away from reporting unit sales on a regular basis is going to mitigate transparency offered to investors, we do not believe it is incrementally impactful to the bull thesis on Apple shares. iPhone unit volumes have largely plateaued since FY15 and it is well understood by investors that Apple's strategy with the iPhone revolves around driving revenue growth through ASP increases and maximizing revenue opportunities over the lifetime of a device with a customer through service offerings, relative to trying to drive unit sales/ market share. Hence, as we look at the overall implication of the firm's decision to move away from unit sales disclosures, we find it irrelevant in evaluating Apple's success on its strategy relative to smartphones.

- **Services revenue reports another quarter of solid growth.** Services revenue was $9,981 mn in F4Q (vs. JPMe of $10,131 mn), implying growth of +17% y/y (or +27% y/y ex-accounting adjustment a year ago), led by strength from the App Store, Cloud Services, Apple Care, Apple Music and Apple Pay. On the flip side, Apple disclosed it has seen a slowdown in the App Store in China related to greater oversight on new video game approvals. However, Apple importantly stressed it does not believe this oversight is related to US-China trade issues, but is instead a domestic issue. Nonetheless, Apple boasted paid subscriptions grew to 330 mn in F4Q (vs. 300 mn in F3Q and 210 mn a year ago) as the company is well on its way to reaching its target Services revenue of $48 bn by F2020.

- **Double-digit growth in the active installed base continues to support solid Services growth.** Apple's active installed base continued the growth momentum it has set as standard over the past several quarters as it grew double-digit percentages yet again in F4Q. The active installed base of all major product categories were disclosed to be at all-time highs, including Mac at 100 mn+. Interestingly, Apple noted the majority of customers purchasing Macs in F4Q were new to Mac, which compares to nearly half of customers purchasing iPads. Our conversation with the company indicated that the iPhone active installed base also continued to see strong growth, despite a plateau in new unit volumes, primarily led by the portion of phones sold annually to switchers relative to being directed towards replacing the installed base.

- **F4Q18 (Sept) results details:** Total revenues tracked at $62.9 bn (vs. JPMe of $62.4 bn, consensus of $61.4 bn, and guidance of $60-$62 bn), including iPhone revenue of $37.2 bn (vs. JPMe of $36.9 bn), iPad revenue of $4.1 bn (vs. JPMe of $4.7 bn), Mac revenue of $7.4 bn (vs. JPMe of $6.4 bn), Services revenue of ~$10.0 bn (vs. JPMe of $10.1 bn), and other products revenue of $4.2 bn (vs. JPMe of $4.1 bn). Gross margin tracked better than anticipated (38.3% vs. JPMe of 38.2% and consensus of 38.3%, guidance of 38%-38.5%), driving EPS of $2.91 vs. JPMe of $2.84 and consensus of $2.78.

- **F1Q19 (Dec) guidance details:** Apple is guiding revenue in the range of $89-$93 bn for F1Q (vs. JPMe of $93.1 bn and consensus of $92.7 bn heading into the announcement) and gross margin in the range of 38.0%-38.5% (vs. JPMe of 38.5% and consensus of 38.6% heading into the announcement).

- **iPhone metrics:** iPhone unit shipments were 46.9 mn in F4Q (vs. JPMe of 46.1 mn), implying growth of +0.5% y/y. At the same time, blended iPhone ASPs were $793 (vs. JPMe of $801), which were up +28% y/y.

2

Samik Chatterjee, CFA
(1-212) 622 0798
samik.x.chatterjee@jpmorgan.com

North America Equity Research
02 November 2018

J.P.Morgan

# Investment Thesis, Valuation and Risks

## Apple *(Overweight; Price Target: $270.00)*

**Investment Thesis**

We rate AAPL shares Overweight given our favorable outlook on iPhone and Services revenues relative to investor expectations, catalysts to accelerate revenue growth, and upside risk to our base forecast for +18% earnings CAGR. We see upside on several aspects of the business as well as financials that remain underappreciated by investors, namely the transformation of the company to Services, growth in the installed base, technology leadership, and optionality around capital deployment — all of which together leads us to expect double digit earnings growth and a modest re-rating for the shares.

**Valuation**

We reduced our December 2019 price target to $270 from $272 based on 17.5x blended P/E (vs. 17.6x prior), which implies a modest re-rating from NTM trading multiple of 16.7. Our blended P/E is arrived at based on a SOTP methodology using 14.0x P/E for iPhones, 11.0x for Mac and iPad devices, 26.0x for Services, 25.0x for Apple Watch, and 16.0x for Other Products.

Key assumptions used in formulating the price target are:

- **iPhone:** We use a 14.0x P/E multiple for our iPhone earnings estimate in calendar 2020, in line with the multiple that industry leader in the early 2000s, Nokia, traded at from 2005 to 2010 when the firm had a leadership position in feature phones.

- **Mac devices:** P/E multiple of 11.0x, modest discount to the 12.2x NTM P/E multiple for competitor HPQ, largely subject to similar industry dynamics, but lower unit growth on account of premium pricing.

- **iPad devices**: P/E multiple of 11.0x, in line with the multiple we assign for Mac devices as growth opportunities are limited for both notebooks as well as tablets. Additionally, we believe increasing consumption of content on smartphones is likely to substitute purchases of laptops/notebooks as well as tablets in the future.

- **Services:** P/E multiple of 26.0x on the Services segment, in line with the average trading multiple for a peer group of luxury/retail companies (Costco, Estée Lauder and Home Depot), which are leaders in their respective markets and derive a stickiness for product sales through customer loyalty either in the form of membership programs or brand value. We believe the subscription nature of Apple's Services segment, with high visibility of revenue and earnings, warrants it being valued in line with the leading luxury/retail companies.

- **Apple Watch:** P/E multiple of 25.0x, roughly in line with the 26.0x target multiple we use for the Services group, on account of the materially higher room for growth relative to Apple's legacy hardware products like iPhone, iPad, and Mac.

- **Other Products:** P/E multiple of 16.0x, at a modest premium to the legacy hardware devices like iPhone, iPad, and Mac on account of higher growth opportunities. However, the 16.0x multiple is at a discount to the 25.0x multiple

Samik Chatterjee, CFA
(1-212) 622 0798
samik.x.chatterjee@jpmorgan.com

North America Equity Research
02 November 2018

J.P.Morgan

we use to value Apple Watch on account of lower margins for accessory sales in a more competitive market.

**AAPL P/E based Price Target Analysis**

$ in millions, except per share amounts

| | NTM Qtrs 1-4 | CY19E | CY20E |
|---|---|---|---|
| JPM Net Income | **62,642** | **64,766** | **67,850** |
| JPM EPS | $13.32 | $14.38 | $16.16 |
| | | | |
| P/E Multiple | 16.7x | | |
| JPM P/E Multiple | | 17.5x | 17.5x |
| **Total Equity Value** | **1,077,222** | **1,136,315** | **1,190,420** |
| | | | |
| Average Diluted Share Count | 4,847.5 | 4,733.6 | 4,413.9 |
| **Implied Share Price** | **$222.2** | **$240.0** | **$270.0** |
| | | | |
| Current Value per Share | $222.2 | $222.2 | $222.2 |
| Upside vs. Current | | 8% | 22% |
| | | | |
| Memo: | | | |
| (-) Net Cash/(Debt) | 90,705 | 91,863 | 75,320 |
| Enterprise Value | 986,517 | 1,044,452 | 1,115,101 |
| JPM EBITDA | 84,258 | 87,709 | 92,407 |
| *Implied EV/EBITDA* | *11.7x* | *11.9x* | *12.1x* |

Source: J.P. Morgan estimates.

**Risks to Rating and Price Target**

**Industry Downside Risks**

**Deceleration or contraction in the handset and smartphone market could be faster than expected**

Economic conditions or shifting consumer demand could cause greater-than-expected deceleration or contraction in the handset and smartphone markets. This would negatively impact Apple's prospects for growth, and the shares may fail to achieve our target price as a result.

**Increase in competitive pressures in international markets**

Apple is increasingly participating in international markets, such as China and India, where local players, which are better situated, could leverage their position and pull on levers such as pricing to make the market more competitive. In addition, tariffs enacted by local governments may further hurt Apple's ability to effectively compete in international markets.

**Company-Specific Downside Risks**

**Investment in new business strategies and acquisitions could be fruitless**

Apple has historically invested in new business strategies and acquisitions. As such, success on these investments has low visibility at this time and could lead to greater-than-expected liabilities and expense. Additionally, new investments could have a negative impact on current operations by distracting management.

**Key man risk around departure of chief executive officer**

While risks related to departure of management executives appear considerably lower relative to in the past, we believe the execution on strategic priorities under

Samik Chatterjee, CFA
(1-212) 622 0798
samik.x.chatterjee@jpmorgan.com

North America Equity Research
02 November 2018

J.P.Morgan

CEO Tim Cook's leadership does still present modest risk to the share price, although we see a strong group of executives to support business performance without disruptions.

**Litigation with Qualcomm could drive unexpected liabilities**
As part of risk mitigation from the ongoing litigation with Qualcomm, Apple has provisioned what management believes could be worst-case payments to Qualcomm in the event of an adverse judgement. However, less favorable outcomes with greater damages awarded to Qualcomm could be a liability for Apple beyond the provisions, and drive downside to our price target.

Samik Chatterjee, CFA
(1-212) 622 0798
samik.x.chatterjee@jpmorgan.com

**North America Equity Research**
02 November 2018

**J.P.Morgan**

**Table 1: AAPL Summary Table**

$ mns

| | 1Q - December | | | 2Q - March | | | 3Q - June | | | 4Q- September | | | Annual | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2017 | 2018 | 2019E | 2017 | 2018 | 2019E | 2017 | 2018 | 2019E | 2017 | 2018 | 2019E | 2017 | 2018 | 2019E | 2020E | 2021E |
| **Revenue** | 78,351 | 88,287 | 92,958 | 52,896 | 61,137 | 64,017 | 45,408 | 53,265 | 58,522 | 52,579 | 62,900 | 68,457 | 229,234 | 265,589 | 283,953 | 304,993 | 329,040 |
| *% chg y/y* | 4.0% | 12.7% | 5.3% | 4.6% | 15.6% | 4.7% | 7.2% | 17.3% | 9.9% | 12.2% | 19.6% | 8.8% | 6.6% | 15.9% | 6.9% | 7.4% | 7.9% |
| Cost of Sales | 48,175 | 54,381 | 57,270 | 32,305 | 37,715 | 39,534 | 27,920 | 32,844 | 36,272 | 32,648 | 38,816 | 42,616 | 141,048 | 163,756 | 175,692 | 189,066 | 203,920 |
| SG&A | 3,946 | 4,231 | 4,648 | 3,718 | 4,150 | 4,353 | 3,783 | 4,108 | 4,506 | 3,814 | 4,216 | 4,655 | 15,261 | 16,705 | 18,162 | 20,030 | 22,537 |
| *as % of sales* | 5.0% | 4.8% | 5.0% | 7.0% | 6.8% | 6.8% | 8.3% | 7.7% | 7.7% | 7.3% | 6.7% | 6.8% | 6.7% | 6.3% | 6.4% | 6.6% | 6.8% |
| R&D | 2,871 | 3,407 | 4,044 | 2,776 | 3,378 | 3,905 | 2,937 | 3,701 | 4,448 | 2,997 | 3,750 | 4,244 | 11,581 | 14,236 | 16,641 | 19,016 | 21,343 |
| *as % of sales* | 3.7% | 3.9% | 4.4% | 5.2% | 5.5% | 6.1% | 6.5% | 6.9% | 7.6% | 5.7% | 6.0% | 6.2% | 5.1% | 5.4% | 5.9% | 6.2% | 6.5% |
| **Operating Income (COI)** | 23,359 | 26,268 | 26,996 | 14,097 | 15,894 | 16,225 | 10,768 | 12,612 | 13,296 | 13,120 | 16,118 | 16,941 | 61,344 | 70,892 | 73,458 | 76,881 | 81,239 |
| *operating margin* | 29.8% | 29.8% | 29.0% | 26.7% | 26.0% | 25.3% | 23.7% | 23.7% | 22.7% | 25.0% | 25.6% | 24.7% | 26.8% | 26.7% | 25.9% | 25.2% | 24.7% |
| *bp chg y/y* | -155 bp | -6 bp | -71 bp | -102 bp | -65 bp | -65 bp | -14 bp | -4 bp | -96 bp | -15 bp | 67 bp | -88 bp | -89 bp | -7 bp | -82 bp | -66 bp | -52 bp |
| Other income/(expense) | 821 | 756 | 300 | 587 | 274 | 300 | 540 | 672 | 300 | 797 | 303 | 300 | 2,745 | 2,005 | 1,200 | 1,100 | 1,100 |
| Pre-tax Income | 24,180 | 27,024 | 27,296 | 14,684 | 16,168 | 16,525 | 11,308 | 13,284 | 13,596 | 13,917 | 16,421 | 17,241 | 64,089 | 72,897 | 74,658 | 77,981 | 82,339 |
| Income Tax | 6,289 | 6,965 | 4,231 | 3,655 | 2,346 | 2,561 | 2,591 | 1,765 | 2,107 | 3,203 | 2,296 | 2,672 | 15,738 | 13,372 | 11,572 | 11,970 | 12,746 |
| *tax rate %* | 26.0% | 25.8% | 15.5% | 24.9% | 14.5% | 15.5% | 22.9% | 13.3% | 15.5% | 23.0% | 14.0% | 15.5% | 24.6% | 18.3% | 15.5% | 15.4% | 15.5% |
| **Net Income** | 17,891 | 20,059 | 23,065 | 11,029 | 13,822 | 13,963 | 8,717 | 11,519 | 11,489 | 10,714 | 14,125 | 14,569 | 48,351 | 59,525 | 63,086 | 66,011 | 69,593 |
| **Diluted EPS** | $3.36 | $3.89 | $4.87 | $2.10 | $2.73 | $3.01 | $1.67 | $2.34 | $2.52 | $2.07 | $2.91 | $3.24 | $9.19 | $11.87 | $13.65 | $15.30 | $17.30 |
| Diluted Shares (avg.) | 5,328 | 5,158 | 4,734 | 5,262 | 5,068 | 4,638 | 5,233 | 4,927 | 4,557 | 5,184 | 4,848 | 4,490 | 5,263 | 5,016 | 4,622 | 4,314 | 4,023 |
| EBITDA ex-equity income | 26,346 | 29,013 | 29,878 | 16,429 | 18,633 | 19,169 | 13,122 | 15,277 | 16,339 | 15,604 | 18,872 | 20,090 | 71,501 | 81,795 | 85,477 | 89,746 | 94,979 |
| *% chg y/y* | -0.9% | 10.1% | 3.0% | -0.2% | 13.4% | 2.9% | 3.9% | 16.4% | 7.0% | 9.1% | 20.9% | 6.5% | 2.2% | 14.4% | 4.5% | 5.0% | 5.8% |
| *EBITDA margin* | 33.6% | 32.9% | 32.1% | 31.1% | 30.5% | 29.9% | 28.9% | 28.7% | 27.9% | 29.7% | 30.0% | 29.3% | 31.2% | 30.8% | 30.1% | 29.4% | 28.9% |
| *bp chg y/y* | -166 bp | -76 bp | -72 bp | -151 bp | -58 bp | -53 bp | -92 bp | -22 bp | -76 bp | -86 bp | 33 bp | -66 bp | -134 bp | -39 bp | -70 bp | -68 bp | -56 bp |
| Cash | 246,090 | 285,097 | 222,340 | 256,841 | 267,226 | 204,523 | 261,516 | 243,743 | 205,188 | 268,895 | 237,100 | 199,738 | 268,895 | 237,100 | 199,738 | 199,738 | 199,738 |
| Debt | 87,549 | 122,400 | 114,483 | 98,522 | 121,840 | 114,483 | 108,339 | 114,600 | 114,483 | 115,680 | 114,483 | 114,483 | 115,680 | 114,483 | 114,483 | 114,483 | 114,483 |
| Gross Leverage (ttm) | 1.3x | 1.7x | 1.4x | 1.4x | 1.6x | 1.6x | 1.5x | 1.5x | 1.4x | 1.6x | 0.9x | 1.3x | 1.6x | 1.4x | 1.3x | 1.3x | 1.2x |
| Net Debt | (158,541) | (162,697) | (107,857) | (158,319) | (145,386) | (90,040) | (153,177) | (129,143) | (90,705) | (153,215) | (122,617) | (85,255) | (153,215) | (122,617) | (85,255) | (62,392) | (40,093) |
| Net Leverage (ttm) | -2.3x | -2.2x | -1.3x | -2.3x | -1.9x | -1.1x | -2.2x | -1.6x | -1.1x | -2.1x | -1.0x | -1.0x | -2.1x | -1.5x | -1.0x | -0.7x | -0.4x |
| Operating Cash Flow | 27,056 | 28,293 | 12,381 | 12,523 | 15,130 | 9,056 | 8,363 | 14,488 | 22,403 | 15,656 | 19,523 | 16,782 | 63,598 | 77,434 | 60,621 | 81,066 | 82,651 |
| Capital Expenditures | (3,334) | (2,810) | (3,718) | (2,975) | (4,195) | (3,521) | (2,277) | (3,267) | (3,219) | (3,865) | (3,041) | (3,765) | (12,451) | (13,313) | (14,223) | (15,249) | (16,412) |
| Free Cash Flow | 23,722 | 25,483 | 8,662 | 9,548 | 10,935 | 5,535 | 6,086 | 11,221 | 19,184 | 11,791 | 16,482 | 13,017 | 51,147 | 64,121 | 46,398 | 65,818 | 66,239 |
| Share repurchases | (10,851) | (10,095) | (20,000) | (7,161) | (22,756) | (20,000) | (7,093) | (20,783) | (15,000) | (7,795) | (19,104) | (15,000) | (32,900) | (72,738) | (70,000) | (75,000) | (75,000) |

Source: Company reports and J.P. Morgan estimates

6

*279*

Samik Chatterjee, CFA
(1-212) 622 0798
samik.x.chatterjee@jpmorgan.com

**North America Equity Research**
02 November 2018

J.P.Morgan

# Apple: Summary of Financials

| Income Statement - Annual | FY17A | FY18A | FY19E | FY20E | FY21E | Income Statement - Quarterly | 1Q19E | 2Q19E | 3Q19E | 4Q19E |
|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | 229,234 | 265,589 | 283,953 | 304,993 | 329,000 | **Revenue** | 92,958 | 64,017 | 58,522 | 68,457 |
| COGS | (141,048) | (163,756) | (175,692) | (189,066) | (203,920) | COGS | (57,270) | (39,534) | (36,272) | (42,616) |
| **Gross profit** | 88,186 | 101,833 | 108,261 | 115,927 | 125,119 | **Gross profit** | 35,687 | 24,483 | 22,250 | 25,841 |
| SG&A | (15,261) | (16,705) | (18,162) | (20,030) | (22,537) | SG&A | (4,648) | (4,353) | (4,506) | (4,655) |
| **Adj. EBITDA** | 71,501 | 81,795 | 85,477 | 89,746 | 94,979 | **Adj. EBITDA** | 29,878 | 19,169 | 16,339 | 20,090 |
| D&A | (10,157) | (10,903) | (12,019) | (12,865) | (13,739) | D&A | (2,882) | (2,945) | (3,043) | (3,149) |
| **Adj. EBIT** | 61,344 | 70,892 | 73,458 | 76,881 | 81,239 | **Adj. EBIT** | 26,996 | 16,225 | 13,296 | 16,941 |
| Net Interest | - | - | - | - | - | Net Interest | | | | |
| **Adj. PBT** | 64,089 | 72,897 | 74,658 | 77,981 | 82,339 | **Adj. PBT** | 27,296 | 16,525 | 13,596 | 17,241 |
| Tax | (15,738) | (13,372) | (11,572) | (11,970) | (12,746) | Tax | (4,231) | (2,561) | (2,107) | (2,672) |
| Minority Interest | - | - | - | - | - | Minority Interest | | | | |
| **Adj. Net Income** | 48,351 | 59,525 | 63,086 | 66,011 | 69,593 | **Adj. Net Income** | 23,065 | 13,963 | 11,489 | 14,569 |
| Reported EPS | 9.19 | 11.87 | 13.65 | 15.30 | 17.30 | Reported EPS | 4.87 | 3.01 | 2.52 | 3.24 |
| **Adj. EPS** | 9.19 | 11.87 | 13.65 | 15.30 | 17.30 | **Adj. EPS** | 4.87 | 3.01 | 2.52 | 3.24 |
| DPS | - | - | - | - | - | DPS | | | | |
| Payout ratio | | | | | | Payout ratio | | | | |
| Shares outstanding | 5,263 | 5,016 | 4,622 | 4,314 | 4,023 | Shares outstanding | 4,734 | 4,638 | 4,557 | 4,490 |

| Balance Sheet & Cash Flow Statement | FY17A | FY18A | FY19E | FY20E | FY21E | Ratio Analysis | FY17A | FY18A | FY19E | FY20E | FY21E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | 20,289 | 25,913 | 20,000 | 20,000 | 20,000 | Gross margin | 38.5% | 38.3% | 38.1% | 38.0% | 38.0% |
| Accounts receivable | 17,874 | 23,186 | 25,861 | 30,522 | 33,556 | EBITDA margin | 31.2% | 30.8% | 30.1% | 29.4% | 28.9% |
| Inventories | 4,855 | 3,956 | 7,576 | 9,232 | 9,628 | EBIT margin | 26.8% | 26.7% | 25.9% | 25.2% | 24.7% |
| Other current assets | 85,627 | 78,284 | 78,284 | 78,284 | 78,284 | Net profit margin | 21.1% | 22.4% | 22.2% | 21.6% | 21.2% |
| **Current assets** | 128,645 | 131,339 | 131,722 | 138,037 | 141,468 | | | | | | |
| PP&E | 33,783 | 41,304 | 43,508 | 45,892 | 48,565 | ROE | 36.9% | 49.4% | 65.2% | 87.9% | 128.1% |
| LT investments | 194,714 | 170,799 | 139,350 | 116,487 | 94,188 | ROA | 13.9% | 16.1% | 18.0% | 20.0% | 22.1% |
| Other non current assets | 18,177 | 22,283 | 22,283 | 22,283 | 22,283 | ROCE | 19.9% | 24.6% | 29.4% | 34.3% | 40.7% |
| **Total assets** | 375,319 | 365,725 | 336,863 | 322,699 | 306,504 | SG&A/Sales | 6.7% | 6.3% | 6.4% | 6.6% | 6.8% |
| | | | | | | Net debt/equity | 71.2% | 82.7% | 109.3% | 148.1% | 210.6% |
| Short term borrowings | 18,473 | 20,748 | 20,748 | 20,748 | 20,748 | | | | | | |
| Payables | 49,049 | 55,888 | 49,719 | 53,851 | 55,092 | P/E (x) | 24.2 | 18.7 | 16.3 | 14.5 | 12.8 |
| Other short term liabilities | 33,292 | 40,230 | 38,212 | 42,585 | 44,093 | P/BV (x) | 8.7 | 10.4 | 11.9 | 15.0 | 19.9 |
| **Current liabilities** | 100,814 | 116,866 | 108,678 | 117,184 | 119,933 | EV/EBITDA (x) | 13.8 | 12.1 | 11.5 | 11.0 | 10.4 |
| Long-term debt | 97,207 | 93,735 | 93,735 | 93,735 | 93,735 | Dividend Yield | - | - | - | - | - |
| Other long term liabilities | 43,251 | 47,977 | 47,977 | 47,977 | 47,977 | | | | | | |
| **Total liabilities** | 241,272 | 258,578 | 250,390 | 258,896 | 261,645 | Sales/Assets (x) | 0.7 | 0.7 | 0.8 | 0.9 | 1.0 |
| Shareholders' equity | 134,047 | 107,147 | 86,473 | 63,803 | 44,858 | Interest cover (x) | - | - | - | - | - |
| Minority interests | - | - | - | - | - | Operating leverage | 47.8% | 98.1% | 52.3% | 62.9% | 71.9% |
| **Total liabilities & equity** | 375,319 | 365,725 | 336,863 | 322,699 | 306,504 | | | | | | |
| **BVPS** | 25.47 | 21.36 | 18.71 | 14.79 | 11.15 | Revenue y/y Growth | 6.6% | 15.9% | 6.9% | 7.4% | 7.9% |
| y/y Growth | 9.6% | (16.1%) | (12.4%) | (20.9%) | (24.6%) | EBITDA y/y Growth | 2.2% | 14.4% | 4.5% | 5.0% | 5.8% |
| Net debt/(cash) | 95,391 | 88,570 | 94,483 | 94,483 | 94,483 | Tax rate | 24.6% | 18.3% | 15.5% | 15.3% | 15.5% |
| | | | | | | Adj. Net Income y/y Growth | 7.1% | 23.1% | 6.0% | 4.6% | 5.4% |
| **Cash flow from operating activities** | 63,598 | 77,434 | 60,621 | 81,066 | 82,651 | EPS y/y Growth | 12.3% | 29.2% | 15.0% | 12.1% | 13.0% |
| o/w Depreciation & amortization | 10,157 | 10,903 | 12,019 | 12,865 | 13,739 | DPS y/y Growth | - | - | - | - | - |
| o/w Changes in working capital | (5,550) | 34,694 | (14,483) | 2,191 | (682) | | | | | | |
| **Cash flow from investing activities** | (46,446) | 16,066 | (14,223) | (15,249) | (16,412) | | | | | | |
| o/w Capital expenditure | (12,451) | (13,313) | (14,223) | (15,249) | (16,412) | | | | | | |
| as % of sales | 5.4% | 5.0% | 5.0% | 5.0% | 5.0% | | | | | | |
| **Cash flow from financing activities** | (17,347) | (87,876) | (83,760) | (88,681) | (88,538) | | | | | | |
| o/w Dividends paid | (12,769) | (13,712) | (13,760) | (13,681) | (13,538) | | | | | | |
| o/w Net debt issued/(repaid) | 29,014 | 432 | 0 | 0 | 0 | | | | | | |
| **Net change in cash** | (195) | 5,624 | (37,362) | (22,864) | (22,299) | | | | | | |
| **Adj. Free cash flow to firm** | 51,147 | 64,121 | 46,398 | 65,818 | 66,239 | | | | | | |
| y/y Growth | (3.7%) | 25.4% | (27.6%) | 41.9% | 0.6% | | | | | | |

Source: Company reports and J.P. Morgan estimates.
Note: $ in millions (except per-share data).Fiscal year ends Sep. o/w - out of which

*280*

Samik Chatterjee, CFA
(1-212) 622 0798
samik.x.chatterjee@jpmorgan.com

North America Equity Research
02 November 2018

J.P.Morgan

**Analyst Certification:** The research analyst(s) denoted by an "AC" on the cover of this report certifies (or, where multiple research analysts are primarily responsible for this report, the research analyst denoted by an "AC" on the cover or within the document individually certifies, with respect to each security or issuer that the research analyst covers in this research) that: (1) all of the views expressed in this report accurately reflect his or her personal views about any and all of the subject securities or issuers; and (2) no part of any of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst(s) in this report. For all Korea-based research analysts listed on the front cover, they also certify, as per KOFIA requirements, that their analysis was made in good faith and that the views reflect their own opinion, without undue influence or intervention.

## Important Disclosures

- **Market Maker:** JPMS makes a market in the stock of Apple.

- **Market Maker/ Liquidity Provider:** J.P. Morgan Securities plc and/or an affiliate is a market maker and/or liquidity provider in securities issued by Apple.

- **Lead or Co-manager:** J.P. Morgan acted as lead or co-manager in a public offering of equity and/or debt securities for Apple within the past 12 months.

- **Director:** An employee, executive officer or director of JPMorgan Chase & Co. and/or J.P. Morgan is a director and/or officer of Apple.

- **Client:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients: Apple.

- **Client/Investment Banking:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as investment banking clients: Apple.

- **Client/Non-Investment Banking, Securities-Related:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients, and the services provided were non-investment-banking, securities-related: Apple.

- **Investment Banking (past 12 months):** J.P. Morgan received in the past 12 months compensation for investment banking services from Apple.

- **Investment Banking (next 3 months):** J.P. Morgan expects to receive, or intends to seek, compensation for investment banking services in the next three months from Apple.

- **Non-Investment Banking Compensation:** J.P. Morgan has received compensation in the past 12 months for products or services other than investment banking from Apple.

- **Other Significant Financial Interests:** J.P. Morgan owns a position of 1 million USD or more in the debt securities of Apple.

**Company-Specific Disclosures:** Important disclosures, including price charts and credit opinion history tables, are available for compendium reports and all J.P. Morgan–covered companies by visiting https://www.jpmm.com/research/disclosures, calling 1-800-477-0406, or e-mailing research.disclosure.inquiries@jpmorgan.com with your request. J.P. Morgan's Strategy, Technical, and Quantitative Research teams may screen companies not covered by J.P. Morgan. For important disclosures for these companies, please call 1-800-477-0406 or e-mail research.disclosure.inquiries@jpmorgan.com.

8

Samik Chatterjee, CFA
(1-212) 622 0798
samik.x.chatterjee@jpmorgan.com

North America Equity Research
02 November 2018

**J.P.Morgan**

**Apple (AAPL, AAPL US) Price Chart**



| Date | Rating | Share Price ($) | Price Target ($) |
|------|--------|-----------------|------------------|
| 27-Jan-16 | OW | 99.99 | 141.00 |
| 27-Apr-16 | OW | 97.82 | 125.00 |
| 16-Jun-16 | OW | 97.14 | 105.00 |
| 27-Jul-16 | OW | 102.95 | 107.00 |
| 26-Oct-16 | OW | 115.59 | 114.00 |
| 01-Feb-17 | OW | 128.75 | 142.00 |
| 26-Mar-17 | OW | 140.64 | 165.00 |
| 02-Aug-17 | OW | 157.14 | 176.00 |
| 27-Sep-18 | OW | 224.95 | 272.00 |

Source: Bloomberg and J.P. Morgan; price data adjusted for stock splits and dividends.
Initiated coverage May 01, 1999.
Break in coverage Oct 13, 2017 - Sep 27, 2018.

The chart(s) show J.P. Morgan's continuing coverage of the stocks; the current analysts may or may not have covered it over the entire period.
J.P. Morgan ratings or designations: OW = Overweight, N= Neutral, UW = Underweight, NR = Not Rated

**Explanation of Equity Research Ratings, Designations and Analyst(s) Coverage Universe:**
J.P. Morgan uses the following rating system: Overweight [Over the next six to twelve months, we expect this stock will outperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Neutral [Over the next six to twelve months, we expect this stock will perform in line with the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Underweight [Over the next six to twelve months, we expect this stock will underperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Not Rated (NR): J.P. Morgan has removed the rating and, if applicable, the price target, for this stock because of either a lack of a sufficient fundamental basis or for legal, regulatory or policy reasons. The previous rating and, if applicable, the price target, no longer should be relied upon. An NR designation is not a recommendation or a rating. In our Asia (ex-Australia and ex-India) and U.K. small- and mid-cap equity research, each stock's expected total return is compared to the expected total return of a benchmark country market index, not to those analysts' coverage universe. If it does not appear in the Important Disclosures section of this report, the certifying analyst's coverage universe can be found on J.P. Morgan's research website, www.jpmorganmarkets.com.

**Coverage Universe: Chatterjee, Samik**: Apple (AAPL), Arista (ANET), Ciena (CIEN), Cisco (CSCO), CommScope (COMM), Corning (GLW), F5 Networks (FFIV), Infinera (INFN), Juniper Networks (JNPR), Lumentum (LITE), Sensata (ST), Viavi (VIAV)

**J.P. Morgan Equity Research Ratings Distribution, as of October 01, 2018**

| | Overweight (buy) | Neutral (hold) | Underweight (sell) |
|---|---|---|---|
| J.P. Morgan Global Equity Research Coverage | 47% | 40% | 13% |
| IB clients* | 54% | 49% | 37% |
| JPMS Equity Research Coverage | 45% | 42% | 13% |
| IB clients* | 75% | 66% | 53% |

*Percentage of investment banking clients in each rating category.
For purposes only of FINRA/NYSE ratings distribution rules, our Overweight rating falls into a buy rating category; our Neutral rating falls into a hold rating category; and our Underweight rating falls into a sell rating category. Please note that stocks with an NR designation are not included in the table above.

**Equity Valuation and Risks:** For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at http://www.jpmorganmarkets.com, contact the primary analyst or your J.P. Morgan representative, or email research.disclosure.inquiries@jpmorgan.com. For material information about the proprietary models used, please see the Summary of Financials in company-specific research reports and the Company Tearsheets, which are available to download on the company pages of our client website, http://www.jpmorganmarkets.com. This report also sets out within it the material underlying assumptions used.

Samik Chatterjee, CFA
(1-212) 622 0798
samik.x.chatterjee@jpmorgan.com

North America Equity Research
02 November 2018

J.P.Morgan

**Equity Analysts' Compensation:** The equity research analysts responsible for the preparation of this report receive compensation based upon various factors, including the quality and accuracy of research, client feedback, competitive factors, and overall firm revenues.

**Registration of non-US Analysts:** Unless otherwise noted, the non-US analysts listed on the front of this report are employees of non-US affiliates of JPMS, are not registered/qualified as research analysts under NASD/NYSE rules, may not be associated persons of JPMS, and may not be subject to FINRA Rule 2241 restrictions on communications with covered companies, public appearances, and trading securities held by a research analyst account.

## Other Disclosures

J.P. Morgan ("JPM") is the global brand name for J.P. Morgan Securities LLC ("JPMS") and its affiliates worldwide. J.P. Morgan Cazenove is a marketing name for the U.K. investment banking businesses and EMEA cash equities and equity research businesses of JPMorgan Chase & Co. and its subsidiaries.

All research reports made available to clients are simultaneously available on our client website, J.P. Morgan Markets. Not all research content is redistributed, e-mailed or made available to third-party aggregators. For all research reports available on a particular stock, please contact your sales representative.

**Options related research:** If the information contained herein regards options related research, such information is available only to persons who have received the proper option risk disclosure documents. For a copy of the Option Clearing Corporation's Characteristics and Risks of Standardized Options, please contact your J.P. Morgan Representative or visit the OCC's website at https://www.theocc.com/components/docs/riskstoc.pdf

**Private Bank Clients:** Where you are a client of the private banking businesses offered by JPMorgan Chase & Co. and its subsidiaries ("J.P. Morgan Private Bank"), research is issued to you by J.P. Morgan Private Bank and not by any other division of J.P. Morgan, including but not limited to the J.P. Morgan corporate and investment bank and its research division.

**Legal Entities Disclosures**
**U.S.**: JPMS is a member of NYSE, FINRA, SIPC and the NFA. JPMorgan Chase Bank, N.A. is a member of FDIC. **Canada**: J.P. Morgan Securities Canada Inc. is a registered investment dealer, regulated by the Investment Industry Regulatory Organization of Canada and the Ontario Securities Commission and is the participating member on Canadian exchanges. **U.K.**: JPMorgan Chase N.A., London Branch, is authorised by the Prudential Regulation Authority and is subject to regulation by the Financial Conduct Authority and to limited regulation by the Prudential Regulation Authority. Details about the extent of our regulation by the Prudential Regulation Authority are available from J.P. Morgan on request. J.P. Morgan Securities plc (JPMS plc) is a member of the London Stock Exchange and is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. Registered in England & Wales No. 2711006. Registered Office 25 Bank Street, London, E14 5JP. **Germany**: This material is distributed in Germany by J.P. Morgan Securities plc, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsich and also by J.P. Morgan AG (JPM AG) which is a member of the Frankfurt stock exchange and is regulated by the Federal Financial Supervisory Authority (BaFin), JPM AG is a company incorporated in the Federal Republic of Germany with registered office at Taunustor 1, 60310 Frankfurt am Main, the Federal Republic of Germany. **South Africa**: J.P. Morgan Equities South Africa Proprietary Limited is a member of the Johannesburg Securities Exchange and is regulated by the Financial Services Board. **Hong Kong**: J.P. Morgan Securities (Asia Pacific) Limited (CE number AAJ321) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission in Hong Kong and/or J.P. Morgan Broking (Hong Kong) Limited (CE number AAB027) is regulated by the Securities and Futures Commission in Hong Kong. **Korea**: This material is issued and distributed in Korea by or through J.P. Morgan Securities (Far East) Limited, Seoul Branch, which is a member of the Korea Exchange(KRX) and is regulated by the Financial Services Commission (FSC) and the Financial Supervisory Service (FSS). **Australia**: J.P. Morgan Securities Australia Limited (JPMSAL) (ABN 61 003 245 234/AFS Licence No: 238066) is regulated by ASIC and is a Market, Clearing and Settlement Participant of ASX Limited and CHI-X. **Taiwan**: J.P. Morgan Securities (Taiwan) Limited is a participant of the Taiwan Stock Exchange (company-type) and regulated by the Taiwan Securities and Futures Bureau. **India**: J.P. Morgan India Private Limited (Corporate Identity Number - U67120MH1992FTC068724), having its registered office at J.P. Morgan Tower, Off. C.S.T. Road, Kalina, Santacruz - East, Mumbai – 400098, is registered with Securities and Exchange Board of India (SEBI) as a 'Research Analyst' having registration number INH000001873. J.P. Morgan India Private Limited is also registered with SEBI as a member of the National Stock Exchange of India Limited (SEBI Registration Number - INB 230675231/INF 230675231/INE 230675231), the Bombay Stock Exchange Limited (SEBI Registration Number - INB 010675237/INF 010675237) and as a Merchant Banker (SEBI Registration Number - MB/INM000002970). Telephone: 91-22-6157 3000, Facsimile: 91-22-6157 3990 and Website: www.jpmipl.com. For non local research reports, this material is not distributed in India by J.P. Morgan India Private Limited. **Thailand**: This material is issued and distributed in Thailand by JPMorgan Securities (Thailand) Ltd., which is a member of the Stock Exchange of Thailand and is regulated by the Ministry of Finance and the Securities and Exchange Commission and its registered address is 3rd Floor, 20 North Sathorn Road, Silom, Bangrak, Bangkok 10500. **Indonesia**: PT J.P. Morgan Sekuritas Indonesia is a member of the Indonesia Stock Exchange and is regulated by the OJK a.k.a. BAPEPAM LK. **Philippines**: J.P. Morgan Securities Philippines Inc. is a Trading Participant of the Philippine Stock Exchange and a member of the Securities Clearing Corporation of the Philippines and the Securities Investor Protection Fund. It is regulated by the Securities and Exchange Commission. **Brazil**: Banco J.P. Morgan S.A. is regulated by the Comissao de Valores Mobiliarios (CVM) and by the Central Bank of Brazil. **Mexico**: J.P. Morgan Casa de Bolsa, S.A. de C.V., J.P. Morgan Grupo Financiero is a member of the Mexican Stock Exchange and authorized to act as a broker dealer by the National Banking and Securities Exchange Commission. **Singapore:** This material is issued and distributed in Singapore by or through J.P. Morgan Securities Singapore Private Limited (JPMSS) [MCI (P) 099/04/2018 and Co. Reg. No.: 199405335K], which is a member of the Singapore Exchange Securities Trading Limited and/or JPMorgan Chase Bank, N.A., Singapore branch (JPMCB Singapore) [MCI (P) 046/09/2018], both of which are regulated by the Monetary Authority of Singapore. This material is issued and distributed in Singapore only to accredited investors, expert investors and institutional investors, as defined in Section 4A of the Securities and Futures Act, Cap. 289 (SFA). This material is not intended to be issued or distributed to any retail investors or any other investors that do not fall into the classes of "accredited investors," "expert investors" or "institutional investors," as defined under Section 4A of the SFA. Recipients of this document are to contact JPMSS or JPMCB Singapore in respect of any matters arising from, or in connection with, the document. **Japan**: JPMorgan Securities Japan Co., Ltd. and JPMorgan Chase Bank, N.A., Tokyo Branch are regulated by the Financial Services Agency in Japan. **Malaysia**: This material is issued and distributed in Malaysia by JPMorgan Securities (Malaysia) Sdn Bhd (18146-X) which is a Participating Organization of Bursa Malaysia Berhad and a holder of Capital Markets Services License issued by the Securities Commission in Malaysia. **Pakistan**: J. P. Morgan Pakistan

10

Samik Chatterjee, CFA
(1-212) 622 0798
samik.x.chatterjee@jpmorgan.com

North America Equity Research
02 November 2018

J.P.Morgan

Broking (Pvt.) Ltd is a member of the Karachi Stock Exchange and regulated by the Securities and Exchange Commission of Pakistan. **Saudi Arabia**: J.P. Morgan Saudi Arabia Ltd. is authorized by the Capital Market Authority of the Kingdom of Saudi Arabia (CMA) to carry out dealing as an agent, arranging, advising and custody, with respect to securities business under licence number 35-07079 and its registered address is at 8th Floor, Al-Faisaliyah Tower, King Fahad Road, P.O. Box 51907, Riyadh 11553, Kingdom of Saudi Arabia. **Dubai**: JPMorgan Chase Bank, N.A., Dubai Branch is regulated by the Dubai Financial Services Authority (DFSA) and its registered address is Dubai International Financial Centre - Building 3, Level 7, PO Box 506551, Dubai, UAE.

**Country and Region Specific Disclosures**

**U.K. and European Economic Area (EEA):** Unless specified to the contrary, issued and approved for distribution in the U.K. and the EEA by JPMS plc. Investment research issued by JPMS plc has been prepared in accordance with JPMS plc's policies for managing conflicts of interest arising as a result of publication and distribution of investment research. Many European regulators require a firm to establish, implement and maintain such a policy. Further information about J.P. Morgan's conflict of interest policy and a description of the effective internal organisations and administrative arrangements set up for the prevention and avoidance of conflicts of interest is set out at the following link https://www.jpmorgan.com/jpmpdf/1320742677360.pdf. This report has been issued in the U.K. only to persons of a kind described in Article 19 (5), 38, 47 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not relevant persons. Any investment or investment activity to which this document relates is only available to relevant persons and will be engaged in only with relevant persons. In other EEA countries, the report has been issued to persons regarded as professional investors (or equivalent) in their home jurisdiction. **Australia:** This material is issued and distributed by JPMSAL in Australia to "wholesale clients" only. This material does not take into account the specific investment objectives, financial situation or particular needs of the recipient. The recipient of this material must not distribute it to any third party or outside Australia without the prior written consent of JPMSAL. For the purposes of this paragraph the term "wholesale client" has the meaning given in section 761G of the Corporations Act 2001. J.P. Morgan's research coverage universe spans listed securities across the ASX All Ordinaries index, securities listed on offshore markets, unlisted issuers and investment products which Research management deem to be relevant to the investor base from time to time. J.P. Morgan seeks to cover companies of relevance to the domestic and international investor base across all GIC sectors, as well as across a range of market capitalisation sizes. **Germany:** This material is distributed in Germany by J.P. Morgan Securities plc, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht. **Hong Kong:** The 1% ownership disclosure as of the previous month end satisfies the requirements under Paragraph 16.5(a) of the Hong Kong Code of Conduct for Persons Licensed by or Registered with the Securities and Futures Commission. (For research published within the first ten days of the month, the disclosure may be based on the month end data from two months prior.) J.P. Morgan Broking (Hong Kong) Limited is the liquidity provider/market maker for derivative warrants, callable bull bear contracts and stock options listed on the Stock Exchange of Hong Kong Limited. An updated list can be found on HKEx website: http://www.hkex.com.hk. **Korea:** This report may have been edited or contributed to from time to time by affiliates of J.P. Morgan Securities (Far East) Limited, Seoul Branch. **Singapore:** As at the date of this report, JPMSS is a designated market maker for certain structured warrants listed on the Singapore Exchange where the underlying securities may be the securities discussed in this report. Arising from its role as designated market maker for such structured warrants, JPMSS may conduct hedging activities in respect of such underlying securities and hold or have an interest in such underlying securities as a result. The updated list of structured warrants for which JPMSS acts as designated market maker may be found on the website of the Singapore Exchange Limited: http://www.sgx.com. In addition, JPMSS and/or its affiliates may also have an interest or holding in any of the securities discussed in this report – please see the Important Disclosures section above. For securities where the holding is 1% or greater, the holding may be found in the Important Disclosures section above. For all other securities mentioned in this report, JPMSS and/or its affiliates may have a holding of less than 1% in such securities and may trade them in ways different from those discussed in this report. Employees of JPMSS and/or its affiliates not involved in the preparation of this report may have investments in the securities (or derivatives of such securities) mentioned in this report and may trade them in ways different from those discussed in this report. **Taiwan:** Research relating to equity securities is issued and distributed in Taiwan by J.P. Morgan Securities (Taiwan) Limited, subject to the license scope and the applicable laws and the regulations in Taiwan. According to Paragraph 2, Article 7-1 of Operational Regulations Governing Securities Firms Recommending Trades in Securities to Customers (as amended or supplemented) and/or other applicable laws or regulations, please note that the recipient of this material is not permitted to engage in any activities in connection with the material which may give rise to conflicts of interests, unless otherwise disclosed in the "Important Disclosures" in this material. **India:** For private circulation only, not for sale. **Pakistan:** For private circulation only, not for sale. **New Zealand:** This material is issued and distributed by JPMSAL in New Zealand only to persons whose principal business is the investment of money or who, in the course of and for the purposes of their business, habitually invest money. JPMSAL does not issue or distribute this material to members of "the public" as determined in accordance with section 3 of the Securities Act 1978. The recipient of this material must not distribute it to any third party or outside New Zealand without the prior written consent of JPMSAL. **Canada:** The information contained herein is not, and under no circumstances is to be construed as, a prospectus, an advertisement, a public offering, an offer to sell securities described herein, or solicitation of an offer to buy securities described herein, in Canada or any province or territory thereof. Any offer or sale of the securities described herein in Canada will be made only under an exemption from the requirements to file a prospectus with the relevant Canadian securities regulators and only by a dealer properly registered under applicable securities laws or, alternatively, pursuant to an exemption from the dealer registration requirement in the relevant province or territory of Canada in which such offer or sale is made. The information contained herein is under no circumstances to be construed as investment advice in any province or territory of Canada and is not tailored to the needs of the recipient. To the extent that the information contained herein references securities of an issuer incorporated, formed or created under the laws of Canada or a province or territory of Canada, any trades in such securities must be conducted through a dealer registered in Canada. No securities commission or similar regulatory authority in Canada has reviewed or in any way passed judgment upon these materials, the information contained herein or the merits of the securities described herein, and any representation to the contrary is an offence. **Dubai:** This report has been issued to persons regarded as professional clients as defined under the DFSA rules. **Brazil:** Ombudsman J.P. Morgan: 0800-7700847 / ouvidoria.jp.morgan@jpmorgan.com.

**General:** Additional information is available upon request. Information has been obtained from sources believed to be reliable but JPMorgan Chase & Co. or its affiliates and/or subsidiaries (collectively J.P. Morgan) do not warrant its completeness or accuracy except with respect to any disclosures relative to JPMS and/or its affiliates and the analyst's involvement with the issuer that is the subject of the research. All pricing is indicative as of the close of market for the securities discussed, unless otherwise stated. Opinions and estimates constitute our judgment as of the date of this material and are subject to change without notice. Past performance is not indicative of future results. This material is not intended as an offer or solicitation for the purchase or sale of any financial instrument. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein. JPMS distributes in the U.S. research published by non-U.S.

Samik Chatterjee, CFA
(1-212) 622 0798
samik.x.chatterjee@jpmorgan.com

North America Equity Research
02 November 2018

J.P.Morgan

affiliates and accepts responsibility for its contents. Periodic updates may be provided on companies/industries based on company specific developments or announcements, market conditions or any other publicly available information. Clients should contact analysts and execute transactions through a J.P. Morgan subsidiary or affiliate in their home jurisdiction unless governing law permits otherwise.

"Other Disclosures" last revised October 20, 2018.

Copyright 2018 JPMorgan Chase & Co. All rights reserved. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of J.P. Morgan.

EXHIBIT 118

# BARRON'S

TECHNOLOGY | REAL TIME ANALYSIS

# Apple Stock Is Tanking Amid Questions About Demand for the iPhone XR

By Tae Kim   Updated Nov. 5, 2018 10:22 am ET / Original Nov. 5, 2018 10:09 am ET



The Apple iPhone XR. Photograph by Stuart C. Wilson/Getty Images

Apple stock (ticker: AAPL) was dropping sharply Monday morning after a report that the tech giant is telling its suppliers to cancel plans for additional iPhone XR production lines.

— ADVERTISEMENT —

BARRON'S Navigate the Markets Sale   $1 for 8 Weeks   VIEW OPTIONS

The Nikkei Asian Review, citing an unnamed person familiar with the matter, reported on Monday that Foxconn initially prepared to have almost 60 assembly lines for the iPhone XR, but is now using only about 45 lines because Apple said it didn't need the extra production. The new outlook for demand for the iPhone XR is down 20% to 25% from the original, more optimistic level, according to Nikkei Asian Review.

Apple stock was down almost 4% in Monday morning trading, to about $199 per share, representing a loss in market capitalization of about $40 billion. Apple didn't immediately respond to an email request for comment.

Apple's $749 iPhone XR became available for sale on Oct. 26. The release came after the company put the $999 iPhone XS and the $1,099 iPhone XS Max on the market in September.

Nikkei said Apple is asking for more supplies of the older iPhone 8 and iPhone 8 Plus, which are up to 20% less expensive than the XR.

On Friday, Apple's stock declined 6.6%, a day after it reported fiscal fourth-quarter earnings per share of $2.91 on revenue of $62.9 billion. That exceeded consensus estimates for EPS of $2.78, and revenue of $61.46 billion, according to FactSet.

But the midpoint of the range of the company's guidance for sales for the December quarter, critical because of holiday sales, fell short of Wall Street expectations. Apple forecast fiscal first-quarter sales of $89 billion to $93 billion, versus the average analyst projection of $93.02 billion.

**EDITOR'S CHOICE**



**GE and 4 More Favorite Stocks From a Fan of Disruption**



**Upside-Down Rates**



**Mexico Could Win From the Trade War**

Rosenblatt Securities Jun Zhang lowered his rating to Neutral from Buy, citing the weaker than expected December quarter guidance.

"We believe Apple's slightly soft guidance reflects our recent view that Apple will reduce iPhone production," he wrote on Friday.

Zhang has a $200 price target for Apple stock.

BARRON'S   Navigate the Markets Sale   $1 for 8 Weeks   VIEW OPTIONS

Apple also said on its conference call it will no longer offer unit sales data for its products, starting next quarter. On Friday, Nomura Instinet analyst Jeffrey Kvaal said the reduction in transparency may be a signal that weaker iPhone sales are ahead.

**Write to** Tae Kim at tae.kim@barrons.com

MORE FROM NEWS CORP

A Norway Cruise That Offers Flexibility and Very Little Fuss   WALL STREET JOURNAL

Jenny Craig's California Home Sheds Another $7 Million Off Listing Price   MANSION GLOBAL

6 Home Staging Essentials Every Seller Should Buy at Walmart   REALTOR.COM

Airbus to launch derivatives exchange for airlines to hedge falling revenues   FINANCIAL NEWS LONDON

Blackstone Talked With Ken Griffin's Citadel About Buying Stake   WALL STREET JOURNAL

BARRON'S   Navigate the Markets Sale   $1 for 8 Weeks   VIEW OPTIONS

# EXHIBIT 119



**RBC Capital Markets**

RBC Capital Markets, LLC
**Amit Daryanani, CFA**
(Analyst)
(415) 633-8659
amit.daryanani@rbccm.com
**Amitesh Bajad** (Senior
Associate)
(415) 633-8795
amitesh.bajad@rbccm.com

**Irvin Liu** (AVP)
(415) 633-8539
irvin.liu@rbccm.com

**EQUITY RESEARCH**

November 5, 2018

# Apple Inc.

## 10-K Review: High Off-balance Sheet Commitments Indicating Multiple Ramps

**Our view:** Key notables from AAPL's FY18 10-K.

**Key points:**

**All You Need to Know:** 1) AAPL's off-balance sheet manufacturing purchase commitments stand at $45.2B, meaningfully above ~$38B levels seen in Sep-2017. Vendor non-trade receivables at $25.8B are also significantly higher y/y ($17.9B as of Sep-2017). The company noted "unprecedented" number of product ramps on its earnings call, which could pose risk for the supply chain should demand for products come in below expectations. 2) Warranty accruals were up +14% y/y and negatively impacted GM by ~97bps (seasonality adjusted) during the quarter; 3) Operating Margins were slightly down in most geographies but China operating margins were up sharply by ~330bps, likely due to mix and Services tailwind; 4) There was +30bps FX hedging impact on gross margin this qtr. 5) AAPL lowered its capex plans to $14B vs. ~$17B spend last year. AAPL doesn't break down its capex components but it could be a slow down in datacenter spend after very strong industry spend in recent quarters. **Net/Net:** Maintain OP and $240 price target.

<mark>**News Reports of Supply Chain Cuts:** An unconfirmed Nikkei report stated that AAPL has asked supply chain partners Foxconn and Pegatron to stop preparing additional production lines for iPhone XR.</mark> While this could indicate muted unit demand, we note that similar reports have been in past product cycles and AAPL has managed to navigate those relatively well, partially through ASP uplift. However, investors are likely to remain cautious about supply chain data points intra-quarter.

**Off-Balance Sheet Components:** AAPL's manufacturing and component purchase commitments increased and stood at $45.2B (vs. $31.4B in Jun 2018 and $27.1B as of Mar 2018) but was up ~44% q/q. We also note that AAPL has vendor non-trade receivables of $25.8B (up meaningfully from $12.3B last qtr and $17.8B as of Sep-2017).

**Warranty Accruals:** AAPL recorded warranty accruals of $1,295M (+128% q/q, +132%/y). We estimate the q/q change in accrued warranty negatively impacted gross margin by ~97bps (adjusted for 3 year seasonality). Accruals for product warranty were 2.1% of total revenues, which is higher than the past 3 years average level.

**Regional Performance**: AAPL saw operating margin decrease sequentially in all regions except China. The company saw a -44bps q/q margin decline in Americas (30.1%), -14bps q/q margin decrease in Europe (31.9%), -94bps q/q decrease in Japan (44.7%), -56bps q/q margin decrease in Asia-Pacific (35.0%), and +331bps q/q increase in China (39.1%). The jump in China operating margin could be due to improvement in mix and higher share of Services revenues.

---

**Sector: IT Hardware**

## Outperform

NASDAQ: AAPL; USD 201.59

## Price Target USD 240.00

| WHAT'S INSIDE | |
|---|---|
| ☐ Rating/Risk Change | ☐ Price Target Change |
| ☐ In-Depth Report | ☐ Est. Change |
| ☐ Preview | ☑ News Analysis |

## Scenario Analysis*

| Downside Scenario | Current Price | Price Target | Upside Scenario |
|---|---|---|---|
| 170.00 ↓ 15% | 201.59 | 240.00 ↑ 20% | 270.00 ↑ 35% |

*Implied Total Returns

## Key Statistics

| | | | |
|---|---|---|---|
| Shares O/S (MM): | 4,926.6 | Market Cap (MM): | 993,153 |
| Dividend: | 2.28 | Yield: | 1.1% |
| BVPS: | 23.78 | P/BVPS: | 8.48x |
| | | Avg. Daily Volume: | 35,624,764 |

## RBC Estimates

| FY Sep | 2016A | 2017A | 2018A | 2019E |
|---|---|---|---|---|
| EPS, Ops Diluted | 8.28 | 9.19 | 11.87 | 13.32 |
| P/E | 24.3x | 21.9x | 17.0x | 15.1x |
| Revenue | 215.6 | 229.2 | 265.6 | 280.7 |

| EPS, Ops Diluted | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2018 | 3.89A | 2.73A | 2.34A | 2.91A |
| 2019 | 4.66E | 3.03E | 2.55E | 3.08E |
| Revenue | | | | |
| 2018 | 88.3A | 61.1A | 53.3A | 62.9A |
| 2019 | 91.7E | 65.5E | 58.0E | 65.5E |

All values in USD unless otherwise noted.

---

Priced as of prior trading day's market close, EST (unless otherwise noted).
**For Required Conflicts Disclosures, see Page 8.**
*180*



## RBC Capital Markets

### Target/Upside/Downside Scenarios

Exhibit 1: Apple Inc.



Source: Bloomberg and RBC Capital Markets estimates for Upside/Downside/Target

**Target price/base case**
With $126B+ in net cash, we believe the stock is undervalued at these levels. From a product perspective, we believe the company can continue to gain share in both the tablet and smartphone space. Our base case of $240/share is based on ~18x FY19E EPS ($13.32) as AAPL benefits from strong FCF generation, ability for outsized capital allocation and a growing iOS install base that generates sustained Services growth.

**Upside scenario**
In our upside scenario of $270, we see Apple's services growing at a faster-than-anticipated rate and lifting company gross margins above the 40% level. In this scenario, we believe the stock deserves to be valued higher, as EPS growth expansion would likely outpace revenue growth for the company over the next several years. In this scenario, we believe many investor concerns would be quelled, causing the stock price to move above our current price target.

**Downside scenario**
In our downside scenario of $170, the company begins to lose market share in both the smartphone and tablet markets. These two product lines generate the bulk of Apple's revenue and EPS. If new competitors impinge on the company's current market share, we believe the financial model would become increasingly difficult to maintain.

### Investment summary

**Themes.** We believe AAPL's current stock price creates an attractive entry point for investors to benefit from its ability to generate revenue and EPS growth in FY18. We believe multiple catalysts remain as the company benefits from: 1) iPhone ramps; 2) Mac/iPad refresh cycle; 3) potential iTV launch or other major product lines; and 4) improvements in capital allocation policy. We believe the fundamental reality remains that AAPL's valuation is materially sub-par to what we anticipate is its long-term revenue and EPS potential.

**It's the Ecosystem, Not Just Hardware.** We believe AAPL's true differentiation is its unique computing ecosystem: iOS. iOS provides users with an integrated, scalable, and seamless experience across multiple devices, which we believe will be difficult for competitors to replicate in scale. Simplistically, the scale of users attracts application developers, which in turn bolsters the number of users. We believe this cycle results in a captive consumer base that transitions more data and usage via iOS on Apple devices.

**Vertical Integration.** While the benefits of integrating and developing hardware and software simultaneously are well recognized with Apple, we believe another byproduct of this is that Apple is able to pursue a substantially larger profit pool vs. any of its peers. Simplistically, rather than just targeting the hardware layer, AAPL is able to capture incremental profits by also being the OS developer, processor manufacturer, and in some instances the retailer of the product.

**Multiple Levers in Place.** We believe AAPL has multiple levers ahead of it that should drive further revenue acceleration. Notably, we believe emerging markets penetration will remain a key and material revenue driver for the company over the next several years. Furthermore, we believe success and growth in Enterprise markets will open up a stickier and higher-margin segment. Finally, we believe new products (such as an iTV) could further expand AAPL's revenue opportunity and profit potential.

**RBC Capital Markets**

IT Hardware
Apple Inc.

**Off-Balance Sheet Components:** AAPL's manufacturing and component purchase commitments increased and stood at $45.2B (vs. $31.4B in Jun 2018 and $27.1B as of Mar 2018) but was up ~44% q/q. Notably, the manufacturing and component commitments reflect AAPL's desire and need to co-invest with its strategic supply-chain partners in order to ensure availability of capacity. We also note that AAPL has vendor non-trade receivables of $25.8B (up meaningfully from $12.3B last qtr and $17.8B as of Sep-2017). These are receivables from EMS partners resulting from AAPL selling components to EMS companies who manufacture and assemble the final product.

**Components:** Apple essentially outsources all of its manufacturing to Asian EMS and ODM providers. The company utilizes several outsourcing partners to manufacture sub-assemblies for its products and to perform final assembly and test of finished products. These outsourcing partners acquire components and build product based on demand information supplied by Apple, which typically covers periods up to 150 days. The company also obtains individual components for its products from a wide variety of individual suppliers. Consistent with industry practice, AAPL acquires components through a combination of purchase orders, supplier contracts, and open orders based on projected demand information.

Exhibit 2: Manufacturing Component Purchase Commitments ($ in Millions)



Source: RBC Capital Markets and Apple filings

**Warranty Accruals:** AAPL recorded warranty accruals of $1,295M (+128% q/q, +132%/y/y). We estimate the q/q change in accrued warranty negatively impacted gross margin by ~97bps (adjusted for 3 year seasonality). Accruals for product warranty were 2.1% of total revenues, which is higher than the past 3 years average level.

**Capex Forecast:** Apple lowered its capex target to $14B (LY: $16.7B), which is down 16% y/y vs FY18 actual. However, we think there is potential for this to come in lower; AAPL originally guided to FY18 capex of $17B and incurred actual spend of $16.7B.

**Regional Performance:** AAPL saw operating margin decrease sequentially in all regions except China. The company saw a -44bps q/q margin decline in Americas (30.1%), -14bps q/q margin decrease in Europe (31.9%), -94bps q/q decrease in Japan (44.7%), -56bps q/q margin

November 5, 2018                    **Amit Daryanani, CFA** (415) 633-8659; amit.daryanani@rbccm.com    3



**RBC Capital Markets**

decrease in Asia-Pacific (35.0%), and +331bps q/q increase in China (39.1%). The jump in China operating margin could be due to improvement in mix and higher share of Services revenues.

**Cash and Debt:** Apple has a cash balance of $237B. In Sep-qtr, AAPL repurchased 92M shares at an average price of ~$210 in open market. AAPL is now purchasing shares under its $100B buyback program announced in Mar-qtr of which $71B is remaining to be utilized. The Company had total debt outstanding of $123B as of Sep-qtr or net cash position of $115B as of Sep-qtr. AAPL plans to be net cash neutral over time indicating most of the cash should be returned to shareholders.

**PP&E Components - Machinery, Equipment and Internal Use software:** Given that AAPL runs predominantly an asset-light virtual model (all manufacturing is outsourced), we believe the machinery and equipment investments are reflective of AAPL's co-investing with its supply chain to procure capacity and commitments from them for AAPL-centric ramps. We believe this move is prudent given AAPL's strong cash position coupled with natural hesitancy on the part of supply-chain companies to commit large capex dollars for an OEM that they may always have the risk of losing. By co-investing in the capacity, we believe AAPL offsets some of the inherent risks from a supply-chain perspective.

Exhibit 3: Machinery Equipment and Internal Use Software ($ in Millions)



Source: RBC Capital Markets, company website, and company filings

Amit Daryanani, CFA (415) 633-8659; amit.daryanani@rbccm.com



**RBC Capital Markets**

IT Hardware
Apple Inc.

**F/X Hedge Dynamics:** In Sep-qtr AAPL saw $584M of f/x hedging impact: $219M in revenue, $270M in cost of sales and $95M in Other income. We think these hedges had a +30bps gross-margin impact.

Exhibit 4: Gross Margin Benefit or Loss Due to Foreign Exchange Impact



Source: RBC Capital Markets, and company filings

Exhibit 5: Historical FX Impact on Apple Financials

| Fx Impact ($M) | Dec-14 | Mar-15 | Jun-15 | Sep-15 | Dec-15 | Mar-16 | Jun-16 | Sep-16 | Dec-16 | Mar-17 | Jun-17 | Sep-17 | Dec-17 | Mar-18 | Jun-18 | Sep-18 | FY16 | FY17 | FY18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | $663 | $813 | $1,416 | $1,235 | $511 | $665 | $139 | -$441 | -$512 | $1,342 | $585 | $535 | -$123 | $284 | -1,231 | $584 | $874 | $1,950 | -$486 |
| Interest Rate Contracts | -$99 | -$353 | $59 | $376 | -$4 | -$3 | -$3 | -$1 | -$1 | -$2 | $0 | $1 | $1 | $2 | $0 | -$1 | -$11 | -$2 | $2 |
| **FX Impact** | **$762** | **$1,166** | **$1,357** | **$859** | **$515** | **$668** | **$142** | **-$440** | **-$511** | **$1,344** | **$585** | **$534** | **-$124** | **$282** | **-1,231** | **$585** | **$885** | **$1,952** | **$2,339** |
| Revenue Impact | $449 | $558 | $828 | $597 | $329 | $325 | $131 | $80 | $101 | $408 | $148 | $5 | -$184 | -$87 | -$162 | $219 | $865 | $662 | -$214 |
| COGs Impact | $313 | $608 | $529 | $718 | $306 | $219 | -$106 | -$289 | -$13 | $570 | $73 | $24 | $27 | -$21 | -$206 | $270 | $130 | $654 | $70 |

$95

| Financial Impact ($M) | Dec-14 | Mar-15 | Jun-15 | Sep-15 | Dec-15 | Mar-16 | Jun-16 | Sep-16 | Dec-16 | Mar-17 | Jun-17 | Sep-17 | Dec-17 | Mar-18 | Jun-18 | Sep-18 | FY16 | FY17 | FY18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Apple Revenue | $74,599 | $58,010 | $49,605 | $51,501 | $75,872 | $50,557 | $42,358 | $46,852 | $78,351 | $52,896 | $45,408 | $52,579 | $88,293 | $61,137 | $53,265 | $62,900 | 215,639 | 229,234 | 265,595 |
| Gross Profit | $29,741 | $23,656 | $19,681 | $20,548 | $30,423 | $19,921 | $16,106 | $17,813 | $30,176 | $20,591 | $17,488 | $19,931 | $33,912 | $23,422 | $20,421 | $24,084 | 84,263 | 88,186 | 101,839 |
| Adjusted Revenue | $74,150 | $57,452 | $48,777 | $50,904 | $75,543 | $50,232 | $42,227 | $46,772 | $78,250 | $52,488 | $45,260 | $52,574 | $88,477 | $61,224 | $53,427 | $62,681 | 214,774 | 228,572 | 265,809 |
| Adjusted Gross Profit | $29,428 | $23,048 | $19,152 | $19,830 | $30,117 | $19,702 | $16,212 | $18,102 | $30,189 | $20,021 | $17,415 | $19,907 | $33,885 | $23,443 | $20,627 | $23,814 | 84,133 | 87,532 | 101,769 |
| Gross Margin | 39.7% | 40.1% | 39.3% | 39.0% | 39.9% | 39.2% | 38.4% | 38.7% | 38.6% | 38.1% | 38.5% | 37.9% | 38.3% | 38.3% | 38.6% | 38.0% | 39.2% | 38.3% | 38.3% |
| Reported | 39.9% | 40.8% | 39.7% | 39.9% | 40.1% | 39.4% | 38.0% | 38.0% | 38.5% | 38.9% | 38.5% | 38.5% | 38.4% | 38.3% | 38.3% | 38.3% | 39.1% | 38.5% | 38.3% |
| **Benefit (loss)** | **0.2%** | **0.7%** | **0.4%** | **0.9%** | **0.2%** | **0.2%** | **-0.4%** | **-0.7%** | **-0.1%** | **0.8%** | **0.0%** | **0.6%** | **0.1%** | **0.0%** | **-0.3%** | **0.3%** | **-0.1%** | **0.2%** | **0.1%** |

Source: RBC Capital Markets, and company filing

November 5, 2018

**Amit Daryanani, CFA** (415) 633-8659; amit.daryanani@rbccm.com   5



**RBC Capital Markets**

## Valuation

Our base case of $240/share is based on ~18x FY19E EPS of $13.32, as AAPL benefits from strong FCF generation, ability for outsized capital allocation and a growing iOS install base that generates sustained Services growth. Our multiple is slightly above historical levels as AAPL's services business is becoming an increasingly larger part of the business and deserves a higher multiple, in our view, given its above corporate margin and growth dynamics. Our price target and implied return support an Outperform rating.

## Risks to rating and price target

Risks include: unknown market acceptance of new products; new product launch delays; stronger-than-expected competitive response to iPhone; slower-than-expected international expansion; greater-than-expected iPod cannibalization; slower-than-expected Macintosh market share gains; channel conflicts or execution; and key executive or staff departures. We see Apple's valuation multiple as vulnerable should market sentiment continue to deteriorate, and it could compress further on unexpected competitive developments, execution stumbles, unexpectedly slowing growth, declining margins, PC market concerns, or a decline in overall market or technology market valuations.

## Company description

Apple, founded in 1976, is a California-based designer, manufacturer, and marketer of differentiated personal computers, software, and services. Products include the Macintosh line of personal computers, Mac OS X operating system and related application software (iLife, iWork, etc.), services, and peripherals, the iPod line of portable digital media players, the iTunes online media store, iPhone Smartphone, and iPad tablet. Apple is positioned in the high-end consumer sector, has a strong global brand and fiercely loyal customer base, and is supported by its retail store network. Apple has approximately 110,000 employees.



## RBC Capital Markets

**IT Hardware**
**Apple Inc.**

Amit Daryanani, CFA (415) 633-8659; amit.daryanani@rbccm.com
Two Embarcadero Center, Suite 2350, San Francisco, CA 94111

Apple Inc. (NASDAQ:AAPL)
Fiscal Year End September

| Guidance | Dec-16A | Mar-17A | Jun-17A | Sept-17A | Dec-17A | Mar-18A | Jun-18A | Sept-18A | Dec-18E | Mar-19E | Jun-19E | Sept-19E | Dec-19E | | FY17 | FY18 | FY19E | | CY17 | CY18E | CY19E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue ($ in Billions) | $76-78 | $51.5-53.5 | $43.5-45.5 | $49-52 | $84-87 | $60-62 | $51.5-53.5 | 60-62 | 89-93 | | | | | | -- | -- | -- | | -- | -- | -- |
| Gross Margin (%) | 38-38.5% | 38.0-39.0% | 37.5%-38.5% | 37.5%-38.0% | 38.0%-38.5% | 38.0%-38.5% | 38.0%-38.5% | 38.0%-38.5% | 38.0%-38.5% | | | | | | -- | -- | -- | | -- | -- | -- |
| OPEX ($ in billions) | $6.9-7.0 | $6.5-6.6 | $6.6-6.7 | $6.7-6.8 | $7.65-7.75 | $7.6-7.7 | $7.7-7.8 | $7.95-8.05 | $8.70-8.80 | | | | | | -- | -- | -- | | -- | -- | -- |
| Other ($ millions) | $400 | $400 | 450 | $500 | $600 | $300 | $400 | $300 | $300 | | | | | | -- | -- | -- | | -- | -- | -- |
| Tax Rate (%) | 26.0% | 26.0% | 25.5% | 25.5% | 25.5% | 15.0% | 14.5% | 15.0% | 16.5% | | | | | | -- | -- | -- | | -- | -- | -- |

| US$ MM | Dec-16A | Mar-17A | Jun-17A | Sept-17A | Dec-17A | Mar-18A | Jun-18A | Sept-18A | Dec-18E | Mar-19E | Jun-19E | Sept-19E | Dec-19E | | FY17 | FY18 | FY19E | | CY17 | CY18E | CY19E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Net Sales** | 78,351 | 52,896 | 45,408 | 52,579 | 88,293 | 61,137 | 53,265 | 62,900 | 91,697 | 65,523 | 57,976 | 65,522 | 97,168 | | 229,234 | 265,595 | 280,719 | | 239,176 | 268,999 | 286,190 |
| Q/Q Change | 67% | -32% | -14% | 16% | 68% | -31% | -13% | 18% | 46% | -29% | -12% | 13% | 48% | | | | | | | | |
| Y/Y Change | 3% | 5% | 7% | 12% | 13% | 16% | 17% | 20% | 4% | 7% | 9% | 4% | 6% | | 6% | 16% | 6% | | 10% | 12% | 6% |
| | | | | | | | | | | | | | | | | | | | | | |
| COGS - non-GAAP | 48,175 | 32,305 | 27,920 | 32,648 | 54,381 | 37,715 | 32,844 | 38,816 | 56,623 | 40,297 | 35,597 | 40,362 | 59,661 | | 141,048 | 163,756 | 172,879 | | 147,254 | 165,998 | 175,917 |
| | | | | | | | | | | | | | | | | | | | | | |
| **Gross Profit** | 30,176 | 20,591 | 17,488 | 19,931 | 33,912 | 23,422 | 20,421 | 24,084 | 35,074 | 25,227 | 22,379 | 25,161 | 37,507 | | 88,186 | 101,839 | 107,840 | | 91,922 | 103,001 | 110,273 |
| **Gross Margin %** | 38.5% | 38.9% | 38.5% | 37.9% | 38.4% | 38.3% | 38.3% | 38.3% | 38.3% | 38.5% | 38.6% | 38.4% | 38.6% | | 38.5% | 38.3% | 38.4% | | 38.4% | 38.3% | 38.5% |
| Q/Q Change | 69% | -32% | -15% | 14% | 70% | -31% | -13% | 18% | 46% | -28% | -11% | 12% | 49% | | | | | | | | |
| Y/Y Change | -1% | 3% | 9% | 12% | 12% | 14% | 17% | 21% | 3% | 8% | 10% | 4% | 7% | | 5% | 15% | 6% | | 9% | 12% | 7% |
| | | | | | | | | | | | | | | | | | | | | | |
| R&D | 2,871 | 2,776 | 2,937 | 2,997 | 3,407 | 3,378 | 3,701 | 3,750 | 4,310 | 4,359 | 4,348 | 4,390 | 5,053 | | 11,581 | 14,236 | 17,307 | | 12,117 | 15,139 | 18,050 |
| Q/Q Change | 12% | -3% | 6% | 2% | 14% | -1% | 10% | 1% | 15% | -1% | 2% | 1% | 15% | | | | | | | | |
| Y/Y Change | 19% | 11% | 15% | 17% | 19% | 22% | 26% | 25% | 26% | 26% | 17% | 17% | 17% | | 15% | 23% | 22% | | 15% | 25% | 19% |
| % of revenue | 3.7% | 5.2% | 6.5% | 5.7% | 3.9% | 5.5% | 6.8% | 6.8% | 4.7% | 6.5% | 7.5% | 6.7% | 5.2% | | 5.1% | 5.4% | 6.2% | | 5.1% | 5.6% | 6.3% |
| | | | | | | | | | | | | | | | | | | | | | |
| SG&A | 3,946 | 3,718 | 3,783 | 3,814 | 4,231 | 4,150 | 4,108 | 4,216 | 4,447 | 4,325 | 4,290 | 4,390 | 4,664 | | 15,261 | 16,705 | 17,452 | | 15,546 | 16,921 | 17,669 |
| Q/Q Change | 13% | -6% | 2% | 1% | 11% | -2% | -1% | 3% | 5% | -3% | -1% | 2% | 6% | | | | | | | | |
| Y/Y Change | 3% | 9% | 10% | 10% | 7% | 12% | 9% | 11% | 5% | 4% | 4% | 4% | 5% | | 8% | 9% | 4% | | 9% | 9% | 4% |
| % of revenue | 5.0% | 7.0% | 8.3% | 7.3% | 4.8% | 6.8% | 8.0% | 8.0% | 4.9% | 6.6% | 7.4% | 6.7% | 4.8% | | 6.7% | 6.3% | 6.2% | | 6.5% | 6.3% | 6.2% |
| | | | | | | | | | | | | | | | | | | | | | |
| Total operating expenses | 6,817 | 6,494 | 6,720 | 6,811 | 7,638 | 7,528 | 7,809 | 7,966 | 8,757 | 8,584 | 8,638 | 8,780 | 9,717 | | 26,842 | 30,941 | 34,759 | | 27,663 | 32,060 | 35,719 |
| Q/Q Change | 13% | -5% | 3% | 1% | 12% | -1% | 4% | 2% | 10% | -2% | 1% | 2% | 11% | | | | | | | | |
| Y/Y Change | 9% | 9% | 12% | 13% | 12% | 16% | 16% | 17% | 15% | 14% | 11% | 10% | 11% | | 11% | 15% | 12% | | 12% | 16% | 11% |
| % of revenue | 8.7% | 12.3% | 14.8% | 13.0% | 8.7% | 12.3% | 14.7% | 12.7% | 9.6% | 13.1% | 14.9% | 13.4% | 10.0% | | 11.7% | 11.7% | 12.4% | | 11.6% | 11.9% | 12.5% |
| | | | | | | | | | | | | | | | | | | | | | |
| **EBIT** | 23,359 | 14,097 | 10,768 | 13,120 | 26,274 | 15,894 | 12,612 | 16,118 | 26,317 | 16,643 | 13,740 | 16,381 | 27,790 | | 61,344 | 70,898 | 73,081 | | 64,259 | 70,941 | 74,554 |
| **EBIT margin** | 29.8% | 26.7% | 23.7% | 25.0% | 29.8% | 26.0% | 23.7% | 25.6% | 28.7% | 25.4% | 23.7% | 25.0% | 28.6% | | 26.8% | 26.7% | 26.0% | | 26.9% | 26.4% | 26.1% |
| | | | | | | | | | | | | | | | | | | | | | |
| Other income (expense) | 821 | 587 | 540 | 797 | 756 | 274 | 672 | 303 | 300 | 400 | 400 | 400 | 400 | | 2,745 | 2,005 | 1,500 | | 2,680 | 1,549 | 1,600 |
| Income (loss) before Taxes | 24,180 | 14,684 | 11,308 | 13,917 | 27,030 | 16,168 | 13,284 | 16,421 | 26,617 | 17,043 | 14,140 | 16,781 | 28,190 | | 64,089 | 72,903 | 74,581 | | 66,939 | 72,490 | 76,154 |
| | | | | | | | | | | | | | | | | | | | | | |
| Provision for Taxes | 6,289 | 3,655 | 2,591 | 3,203 | 6,965 | 2,346 | 1,765 | 2,296 | 4,392 | 2,812 | 2,333 | 2,769 | 4,651 | | 15,738 | 13,372 | 12,306 | | 16,414 | 10,799 | 12,565 |
| Tax rate | 26.0% | 24.9% | 22.9% | 23.0% | 25.8% | 14.5% | 13.3% | 14.0% | 16.5% | 16.5% | 16.5% | 16.5% | 16.5% | | 24.6% | 18.3% | 16.5% | | 24.5% | 14.9% | 16.5% |
| | | | | | | | | | | | | | | | | | | | | | |
| **GAAP Net Income** | 17,891 | 11,029 | 8,717 | 10,714 | 20,065 | 13,822 | 11,519 | 14,125 | 22,225 | 14,231 | 11,807 | 14,012 | 23,539 | | 48,351 | 59,531 | 62,275 | | 50,525 | 61,691 | 63,589 |
| **GAAP Net Income Margin** | 22.8% | 20.9% | 19.2% | 20.4% | 22.7% | 22.6% | 21.6% | 22.5% | 24.2% | 21.7% | 20.4% | 21.4% | 24.2% | | 21.1% | 22.4% | 22.2% | | 21.1% | 22.9% | 22.2% |
| | | | | | | | | | | | | | | | | | | | | | |
| Shares-Basic | 5,298.7 | 5,225.8 | 5,195.1 | 5,149.4 | 5,112.9 | 5,024.9 | 4,882.2 | 4,801.6 | 4,726.6 | 4,651.6 | 4,576.6 | 4,501.6 | 4,426.6 | | 5,217.2 | 4,955.4 | 4,614.1 | | 5,170.8 | 4,858.8 | 4,539.1 |
| Shares-Diluted | 5,328.0 | 5,261.7 | 5,233.5 | 5,183.6 | 5,157.8 | 5,068.5 | 4,926.6 | 4,847.5 | 4,772.5 | 4,697.5 | 4,622.5 | 4,547.5 | 4,472.5 | | 5,251.7 | 5,000.1 | 4,660.0 | | 5,209.1 | 4,903.8 | 4,585.0 |
| | | | | | | | | | | | | | | | | | | | | | |
| GAAP Basic EPS | $3.38 | $2.11 | $1.68 | $2.08 | $3.92 | $2.75 | $2.36 | $2.94 | $4.70 | $3.06 | $2.58 | $3.11 | $5.32 | | $9.27 | $12.01 | $13.50 | | $9.77 | $12.70 | $14.01 |
| GAAP Diluted EPS | $3.36 | $2.10 | $1.67 | $2.07 | $3.89 | $2.73 | $2.34 | $2.91 | $4.66 | $3.03 | $2.55 | $3.08 | $5.26 | | $9.19 | $11.87 | $13.32 | | $9.72 | $12.64 | $13.93 |

Source: Company Reports and RBC Capital Markets Estimates.

November 5, 2018

**RBC Capital Markets**

# Required disclosures

## Conflicts disclosures

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors, including total revenues of the member companies of RBC Capital Markets and its affiliates, a portion of which are or have been generated by investment banking activities of the member companies of RBC Capital Markets and its affiliates.

Please note that current conflicts disclosures may differ from those as of the publication date on, and as set forth in, this report. To access current conflicts disclosures, clients should refer to https://www.rbccm.com/GLDisclosure/PublicWeb/DisclosureLookup.aspx?entityId=1 or send a request to RBC CM Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

RBC Capital Markets, LLC makes a market in the securities of Apple Inc..

A member company of RBC Capital Markets or one of its affiliates received compensation for products or services other than investment banking services from Apple Inc. during the past 12 months. During this time, a member company of RBC Capital Markets or one of its affiliates provided non-investment banking securities-related services to Apple Inc..

RBC Capital Markets is currently providing Apple Inc. with non-investment banking securities-related services.

RBC Capital Markets has provided Apple Inc. with non-investment banking securities-related services in the past 12 months.

## Explanation of RBC Capital Markets Equity rating system

An analyst's 'sector' is the universe of companies for which the analyst provides research coverage. Accordingly, the rating assigned to a particular stock represents solely the analyst's view of how that stock will perform over the next 12 months relative to the analyst's sector average.

**Ratings**

**Top Pick (TP):** Represents analyst's best idea in the sector; expected to provide significant absolute total return over 12 months with a favorable risk-reward ratio.

**Outperform (O):** Expected to materially outperform sector average over 12 months.

**Sector Perform (SP):** Returns expected to be in line with sector average over 12 months.

**Underperform (U):** Returns expected to be materially below sector average over 12 months.

**Restricted (R):** RBC policy precludes certain types of communications, including an investment recommendation, when RBC is acting as an advisor in certain merger or other strategic transactions and in certain other circumstances.

**Not Rated (NR):** The rating, price targets and estimates have been removed due to applicable legal, regulatory or policy constraints which may include when RBC Capital Markets is acting in an advisory capacity involving the company.

**Risk Rating**

The **Speculative** risk rating reflects a security's lower level of financial or operating predictability, illiquid share trading volumes, high balance sheet leverage, or limited operating history that result in a higher expectation of financial and/or stock price volatility.

## Distribution of ratings

For the purpose of ratings distributions, regulatory rules require member firms to assign ratings to one of three rating categories - Buy, Hold/Neutral, or Sell - regardless of a firm's own rating categories. Although RBC Capital Markets' ratings of Top Pick/Outperform, Sector Perform, and Underperform most closely correspond to Buy, Hold/Neutral and Sell, respectively, the meanings are not the same because our ratings are determined on a relative basis.

| Distribution of ratings | | | | |
|---|---|---|---|---|
| RBC Capital Markets, Equity Research | | | | |
| As of 30-Sep-2018 | | | | |
| | | | Investment Banking Serv./Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
| BUY [Top Pick & Outperform] | 859 | 54.33 | 251 | 29.22 |
| HOLD [Sector Perform] | 646 | 40.86 | 125 | 19.35 |
| SELL [Underperform] | 76 | 4.81 | 5 | 6.58 |

**Amit Daryanani, CFA** (415) 633-8659; amit.daryanani@rbccm.com   8

**RBC Capital Markets**

IT Hardware
Apple Inc.



Rating and price target history for: Apple Inc. as of 02-Nov-2018 (in USD)

Legend:
TP: Top Pick; O: Outperform; SP: Sector Perform; U: Underperform; R: Restricted; I: Initiation of Research Coverage; D: Discontinuation of Research Coverage; NR: Not Rated; NA: Not Available; RL: Recommended List – RL: On: Refers to date a security was placed on a recommended list, while RL Off: Refers to date a security was removed from a recommended list; Rtg: Rating.

Created by BlueMatrix

References to a Recommended List in the recommendation history chart may include one or more recommended lists or model portfolios maintained by RBC Wealth Management or one of its affiliates. RBC Wealth Management recommended lists include the Guided Portfolio: Prime Income (RL 6), the Guided Portfolio: Dividend Growth (RL 8), the Guided Portfolio: ADR (RL 10), and the Guided Portfolio: All Cap Growth (RL 12), and former lists called the Guided Portfolio: Large Cap (RL 7), the Guided Portfolio: Midcap 111 (RL 9), and the Guided Portfolio: Global Equity (U.S.) (RL 11). RBC Capital Markets recommended lists include the Strategy Focus List and the Fundamental Equity Weightings (FEW) portfolios. The abbreviation 'RL On' means the date a security was placed on a Recommended List. The abbreviation 'RL Off' means the date a security was removed from a Recommended List.

## Equity valuation and risks

For valuation methods used to determine, and risks that may impede achievement of, price targets for covered companies, please see the most recent company-specific research report at https://www.rbcinsightresearch.com or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

**Apple Inc.**

**Valuation**

Our base case of $240/share is based on ~18x FY19E EPS of $13.32, as AAPL benefits from strong FCF generation, ability for outsized capital allocation and a growing iOS install base that generates sustained Services growth. Our multiple is slightly above historical levels as AAPL's services business is becoming an increasingly larger part of the business and deserves a higher multiple, in our view, given its above corporate margin and growth dynamics. Our price target and implied return support an Outperform rating.

**Risks to rating and price target**

Risks include: unknown market acceptance of new products; new product launch delays; stronger-than-expected competitive response to iPhone; slower-than-expected international expansion; greater-than-expected iPod cannibalization; slower-than-expected Macintosh market share gains; channel conflicts or execution; and key executive or staff departures. We see Apple's valuation multiple as vulnerable should market sentiment continue to deteriorate, and it could compress further on unexpected competitive developments, execution stumbles, unexpectedly slowing growth, declining margins, PC market concerns, or a decline in overall market or technology market valuations.

## Conflicts policy

RBC Capital Markets Policy for Managing Conflicts of Interest in Relation to Investment Research is available from us on request. To access our current policy, clients should refer to

November 5, 2018

**Amit Daryanani, CFA** (415) 633-8659; amit.daryanani@rbccm.com     9



**RBC Capital Markets**

IT Hardware
Apple Inc.

https://www.rbccm.com/global/file-414164.pdf
or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7. We reserve the right to amend or supplement this policy at any time.

## Dissemination of research and short-term trade ideas

RBC Capital Markets endeavors to make all reasonable efforts to provide research simultaneously to all eligible clients, having regard to local time zones in overseas jurisdictions. RBC Capital Markets' equity research is posted to our proprietary website to ensure eligible clients receive coverage initiations and changes in ratings, targets and opinions in a timely manner. Additional distribution may be done by the sales personnel via email, fax, or other electronic means, or regular mail. Clients may also receive our research via third party vendors. RBC Capital Markets also provides eligible clients with access to SPARC on the Firms proprietary INSIGHT website, via email and via third-party vendors. SPARC contains market color and commentary regarding subject companies on which the Firm currently provides equity research coverage. Research Analysts may, from time to time, include short-term trade ideas in research reports and / or in SPARC. A short-term trade idea offers a short-term view on how a security may trade, based on market and trading events, and the resulting trading opportunity that may be available. A short-term trade idea may differ from the price targets and recommendations in our published research reports reflecting the research analyst's views of the longer-term (one year) prospects of the subject company, as a result of the differing time horizons, methodologies and/or other factors. Thus, it is possible that a subject company's common equity that is considered a long-term 'Sector Perform' or even an 'Underperform' might present a short-term buying opportunity as a result of temporary selling pressure in the market; conversely, a subject company's common equity rated a long-term 'Outperform' could be considered susceptible to a short-term downward price correction. Short-term trade ideas are not ratings, nor are they part of any ratings system, and the firm generally does not intend, nor undertakes any obligation, to maintain or update short-term trade ideas. Short-term trade ideas may not be suitable for all investors and have not been tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any securities or strategies discussed herein. Please contact your investment advisor or institutional salesperson for more information regarding RBC Capital Markets' research.
For a list of all recommendations on the company that were disseminated during the prior 12-month period, please click on the following link: https://rbcnew.bluematrix.com/sellside/MAR.action
The 12 month history of SPARCs can be viewed at https://www.rbcinsightresearch.com.

## Analyst certification

All of the views expressed in this report accurately reflect the personal views of the responsible analyst(s) about any and all of the subject securities or issuers. No part of the compensation of the responsible analyst(s) named herein is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the responsible analyst(s) in this report.

## Third-party-disclaimers

The Global Industry Classification Standard ("GICS") was developed by and is the exclusive property and a service mark of MSCI Inc. ("MSCI") and Standard & Poor's Financial Services LLC ("S&P") and is licensed for use by RBC. Neither MSCI, S&P, nor any other party involved in making or compiling the GICS or any GICS classifications makes any express or implied warranties or representations with respect to such standard or classification (or the results to be obtained by the use thereof), and all such parties hereby expressly disclaim all warranties of originality, accuracy, completeness, merchantability and fitness for a particular purpose with respect to any of such standard or classification. Without limiting any of the foregoing, in no event shall MSCI, S&P, any of their affiliates or any third party involved in making or compiling the GICS or any GICS classifications have any liability for any direct, indirect, special, punitive, consequential or any other damages (including lost profits) even if notified of the possibility of such damages.

References herein to "LIBOR", "LIBO Rate", "L" or other LIBOR abbreviations means the London interbank offered rate as administered by ICE Benchmark Administration (or any other person that takes over the administration of such rate).

## Disclaimer

RBC Capital Markets is the business name used by certain branches and subsidiaries of the Royal Bank of Canada, including RBC Dominion Securities Inc., RBC Capital Markets, LLC, RBC Europe Limited, Royal Bank of Canada, Hong Kong Branch and Royal Bank of Canada, Sydney Branch. The information contained in this report has been compiled by RBC Capital Markets from sources believed to be reliable, but no representation or warranty, express or implied, is made by Royal Bank of Canada, RBC Capital Markets, its affiliates or any other person as to its accuracy, completeness or correctness. All opinions and estimates contained in this report constitute RBC Capital Markets' judgement as of the date of this report, are subject to change without notice and are provided in good faith but without legal responsibility. Nothing in this report constitutes legal, accounting or tax advice or individually tailored investment advice. This material is prepared for general circulation to clients and has been prepared without regard to the individual financial circumstances and objectives of persons who receive it. The investments or services contained in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about the suitability of such investments or services. This report is not an offer to sell or a solicitation of an offer to buy any securities. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. RBC Capital Markets research analyst compensation is based in part on the overall profitability of RBC Capital Markets, which includes profits attributable to investment banking revenues. Every province in Canada, state in the U.S., and most countries throughout the world have their own laws regulating the types of securities and other investment products which may be offered

*189*



**RBC Capital Markets**

to their residents, as well as the process for doing so. As a result, the securities discussed in this report may not be eligible for sale in some jurisdictions. RBC Capital Markets may be restricted from publishing research reports, from time to time, due to regulatory restrictions and/ or internal compliance policies. If this is the case, the latest published research reports available to clients may not reflect recent material changes in the applicable industry and/or applicable subject companies. RBC Capital Markets research reports are current only as of the date set forth on the research reports. This report is not, and under no circumstances should be construed as, a solicitation to act as securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. To the full extent permitted by law neither RBC Capital Markets nor any of its affiliates, nor any other person, accepts any liability whatsoever for any direct or consequential loss arising from any use of this report or the information contained herein. No matter contained in this document may be reproduced or copied by any means without the prior consent of RBC Capital Markets.

Additional information is available on request.

**To U.S. Residents:**
This publication has been approved by RBC Capital Markets, LLC (member FINRA, NYSE, SIPC), which is a U.S. registered broker-dealer and which accepts responsibility for this report and its dissemination in the United States. Any U.S. recipient of this report that is not a registered broker-dealer or a bank acting in a broker or dealer capacity and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report, should contact and place orders with RBC Capital Markets, LLC.
**To Canadian Residents:**
This publication has been approved by RBC Dominion Securities Inc.(member IIROC). Any Canadian recipient of this report that is not a Designated Institution in Ontario, an Accredited Investor in British Columbia or Alberta or a Sophisticated Purchaser in Quebec (or similar permitted purchaser in any other province) and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report should contact and place orders with RBC Dominion Securities Inc., which, without in any way limiting the foregoing, accepts responsibility for this report and its dissemination in Canada.
**To U.K. Residents:**
This publication has been approved by RBC Europe Limited ('RBCEL') which is authorized by the Prudential Regulation Authority and regulated by the Financial Conduct Authority ('FCA') and the Prudential Regulation Authority, in connection with its distribution in the United Kingdom. This material is not for general distribution in the United Kingdom to retail clients, as defined under the rules of the FCA. RBCEL accepts responsibility for this report and its dissemination in the United Kingdom.
**To German Residents:**
This material is distributed in Germany by RBC Europe Limited, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht (BaFin).
**To Persons Receiving This Advice in Australia:**
This material has been distributed in Australia by Royal Bank of Canada - Sydney Branch (ABN 86 076 940 880, AFSL No. 246521). This material has been prepared for general circulation and does not take into account the objectives, financial situation or needs of any recipient. Accordingly, any recipient should, before acting on this material, consider the appropriateness of this material having regard to their objectives, financial situation and needs. If this material relates to the acquisition or possible acquisition of a particular financial product, a recipient in Australia should obtain any relevant disclosure document prepared in respect of that product and consider that document before making any decision about whether to acquire the product. This research report is not for retail investors as defined in section 761G of the Corporations Act.
**To Hong Kong Residents:**
This publication is distributed in Hong Kong by Royal Bank of Canada, Hong Kong Branch, which is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission ('SFC'), RBC Investment Services (Asia) Limited and RBC Investment Management (Asia) Limited, both entities are regulated by the SFC. Financial Services provided to Australia: Financial services may be provided in Australia in accordance with applicable law. Financial services provided by the Royal Bank of Canada, Hong Kong Branch are provided pursuant to the Royal Bank of Canada's Australian Financial Services Licence ('AFSL') (No. 246521.)
**To Singapore Residents:**
This publication is distributed in Singapore by the Royal Bank of Canada, Singapore Branch, a registered entity licensed by the Monetary Authority of Singapore. This material has been prepared for general circulation and does not take into account the objectives, financial situation, or needs of any recipient. You are advised to seek independent advice from a financial adviser before purchasing any product. If you do not obtain independent advice, you should consider whether the product is suitable for you. Past performance is not indicative of future performance. If you have any questions related to this publication, please contact the Royal Bank of Canada, Singapore Branch. Royal Bank of Canada, Singapore Branch accepts responsibility for this report and its dissemination in Singapore.
**To Japanese Residents:**
Unless otherwise exempted by Japanese law, this publication is distributed in Japan by or through RBC Capital Markets (Japan) Ltd. which is a Financial Instruments Firm registered with the Kanto Local Financial Bureau (Registered number 203) and a member of the Japan Securities Dealers Association ("JSDA").

® Registered trademark of Royal Bank of Canada. RBC Capital Markets is a trademark of Royal Bank of Canada. Used under license.
Copyright © RBC Capital Markets, LLC 2018 - Member SIPC
Copyright © RBC Dominion Securities Inc. 2018 - Member Canadian Investor Protection Fund
Copyright © RBC Europe Limited 2018
Copyright © Royal Bank of Canada 2018
All rights reserved

Amit Daryanani, CFA   (415) 633-8659; amit.daryanani@rbccm.com   11

# EXHIBIT 120



MARKET NEWS
NOVEMBER 5, 2018 / 10:39 AM / A YEAR AGO

# US STOCKS-Oil stocks lift S&P 500; Apple pushes Nasdaq lower

Sruthi Shankar



\* Apple falls on report of iPhone XR production stand down

\* Berkshire gains as Q3 operating profit doubles

\* Caution prevails ahead of U.S. midterm election

\* Financials, energy, defensive stocks higher

\* Dow up 0.43 pct, S&P rises 0.20 pct, Nasdaq down 0.93 pct (Updates to early afternoon)

By Sruthi Shankar

Nov 5 (Reuters) - The S&P 500 and the Dow Jones Industrial Average rose on Monday, as oil prices lifted energy stocks and defensive sectors such as real estate and utilities gained, but a drop in Apple's shares dragged down the Nasdaq.

The iPhone maker's shares fell 3.7 percent to a 3-month low after a Nikkei report that the company had told its smartphone assemblers to halt plans for additional production lines dedicated to the iPhone XR.

The stock is on track to post its worst two-day loss since January 2013, after the company's disappointing holiday-quarter forecast sent its shares down about 7 percent on Friday.

The energy sector, which has lagged the broader S&P 500 this year, was up 1.35 percent as the United States imposed a range of punitive sanctions on Iran, lifting oil prices by about 1 percent.

Chevron rose 3.9 percent, while EQT Corp and Cabot Oil were the top gainers on the S&P 500, rising 7.2 percent and 5.2 percent, respectively.

ADVERTISEMENT

Gains in defensive sectors, including real estate, utilities and consumer staples, helped the S&P 500 and the Dow rebound at the start of a packed week which includes the U.S. midterm elections and a Federal Reserve meeting.

Opinion polls show a strong chance for President Donald Trump's Republican Party holding the Senate but losing control of the House of Representatives to the Democrats - a potential hurdle to Trump's pro-business agenda, which has been a major driver of the stock market's rally since the 2016 election.

"The market would've been up a lot more if it wasn't for technology. It seems like people are trying to hedge in case there is a relief rally after the election," said Aaron Jett, vice president for global equity research at Bel Air Investment Advisors in Los Angeles.

"If the Democrats win, Trump could be more likely to want to get some kind of win, so he might be willing to do more deal with China."

Amid a trade dispute between the United States and China that has roiled financial markets this year, all eyes will be on a meeting between Chinese President Xi Jinping and President Donald Trump at the G20 summit in Argentina at the end of the month.

At 13:21 EDT the Dow Jones Industrial Average was up 107.82 points, or 0.43 percent, at 25,378.65, the S&P 500 was up 5.32 points, or 0.20 percent, at 2,728.38 and the Nasdaq Composite was down 68.52 points, or 0.93 percent, at 7,288.47.

Berkshire Hathaway jumped 4.2 percent after the conglomerate run by billionaire Warren Buffett said its quarterly operating profit doubled.

The gains lifted the S&P financial index by 1.17 percent ahead of the Federal Reserve's two-day monetary policy meeting starting on Wednesday.

ADVERTISEMENT



Investors are worried about tightening U.S. monetary policy, especially after a string of strong economic data, including Friday's jobs report.

Advancing issues outnumbered decliners by a 1.37-to-1 ratio on the NYSE. Declining issues outnumbered advancers for a 1.24-to-1 ratio on the Nasdaq.

The S&P index recorded 10 new 52-week highs and one new lows, while the Nasdaq recorded 30 new highs and 47 new lows. (Reporting by Sruthi Shankar in Bengaluru; Editing by Anil D'Silva)

*Our Standards:*    *The Thomson Reuters Trust Principles.*

**MORE FROM REUTERS**

PAID PROMOTIONAL LINKS     Promoted by **Dianomi**



Motley Fool Issues Rare "All In" Buy Alert

The Motley Fool



6 Credit Cards You Should Not Ignore If You Have Excellent Credit

NerdWallet



Best Travel Credit Cards of 2019 - All With No Annual Fee

CompareCards.com



CBOE Veteran Trader Is Showing His Students How To Crush Wall St Daily

Trade Of The Day



See How Some Retirees Use Options Trading As A Safe Way To Earn Income

TradeWins

Sponsored Video by   IHG Rewards Club | CHASE      ✕

**No annual fee. Plus, earn 60,000 bonus points. Let the travel begin.**     Learn more

Video Ad by dianomi

**M O R E   F R O M   R E U T E R S**



Exclusive: U.S. carried out secret cyber strike on Iran in wake of...

16 Oct

Exclusive: Trump lawyer Giuliani was paid $500,000 to consult on...

16 Oct



Turkey pushes offensive in Syria, despite sanctions and calls to stop

16 Oct



Trump vetoes measure to end his emergency declaration on border wall

16 Oct



Impeachment probe on Trump hears from ex-aide to secretary of state

16 Oct

MORE FROM REUTERS



U.S. House takes hard line on China over Hong Kong, Huawei
16 Oct



Trump leaves Turkey and Syria 'to argue it out', defends U.S. pullout
16 Oct



Dark web child porn bust leads to 338 arrests worldwide
16 Oct



At U.S. Democratic debate, Warren's rise sparks fears about her agenda
16 Oct



Warren comes under attack on healthcare, taxes at U.S. Democratic...
16 Oct

Apps    Newsletters    Advertise with Us    Advertising Guidelines    Cookies    Terms of Use    Privacy



All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

© 2019 Reuters. All Rights Reserved.