# EXHIBIT 145



Stock Report | **November 01, 2018** | NasdaqGS Symbol: **AAPL** | **AAPL** is in the S&P 500

## Apple Inc.

| Recommendation  | Price $222.22 [as of Nov 01, 2018 4:00 PM ET] | 12-Mo. Target Price $255.00 | Report Currency USD | Investment Style Large-Cap Growth |
|---|---|---|---|---|

**Equity Analyst Angelo Zino, CFA**

**UPDATE: PLEASE SEE THE ANALYST'S LATEST RESEARCH NOTE IN THE RESEARCH NOTES SECTION**

**GICS Sector** Information Technology
**Sub-Industry** Technology Hardware, Storage & Peripherals

**Summary** This company is a prominent provider of consumer computing devices, including the iPhone, iPad tablets, Mac computers, wearables and iPod digital media players.

### Key Stock Statistics (Source: CFRA, S&P Global Market Intelligence (SPGMI), Company Reports)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 52-Wk Range | $233.47 - 150.24 | Oper. EPS 2018**E** | 11.71 | Market Capitalization[B] | $1,057 | Beta | 1.34 |
| Trailing 12-Month EPS | 11.04 | Oper. EPS 2019**E** | 13.77 | Yield [%] | 1.31 | 3-Yr Proj. EPS CAGR[%] | 10 |
| Trailing 12-Month P/E | 20.13 | P/E on Oper. EPS 2018**E** | 18.98 | Dividend Rate/Share | $2.92 | SPGMI's Quality Ranking | B+ |
| $10K Invested 5 Yrs Ago | $31,590 | Common Shares Outstg.[M] | 4,829.9 | Institutional Ownership [%] | 56 | | |

### Price Performance



**Source: CFRA, S&P Global Market Intelligence**
Past performance is not an indication of future performance and should not be relied upon as such.
Analysis prepared by Equity Analyst **Angelo Zino** on Oct 29, 2018 09:30 AM, when the stock traded at **$216.30**.

### Analyst's Risk Assessment

| LOW | **MEDIUM** | HIGH |
|---|---|---|

Our risk assessment reflects our view of a seemingly ever-evolving market for consumer-oriented technology products, potential challenges associated with the company's growing size and offerings and possible changes in the pace or success of product innovations as the smartphone space matures. These concerns are partly offset by AAPL's significant cash position and free cash flow potential.

### Revenue/Earnings Data

**Revenue (Million $)**

| | 1Q | 2Q | 3Q | 4Q | Year |
|---|---|---|---|---|---|
| 2018 | 88,293 | 61,137 | 53,265 | -- | -- |
| 2017 | 78,351 | 52,896 | 45,408 | 52,579 | 229,234 |
| 2016 | 75,872 | 50,557 | 42,358 | 46,852 | 215,639 |
| 2015 | 74,599 | 58,010 | 49,605 | 51,501 | 233,715 |
| 2014 | 57,594 | 45,646 | 37,432 | 42,123 | 182,795 |
| 2013 | 54,512 | 43,603 | 35,323 | 37,472 | 170,910 |

**Earnings Per Share [$]**

| | 1Q | 2Q | 3Q | 4Q | Year |
|---|---|---|---|---|---|
| 2020 | **E** 5.47 | **E** 3.46 | **E** 2.95 | **E** 3.32 | **E** 15.20 |
| 2019 | **E** 4.88 | **E** 3.14 | **E** 2.61 | **E** 3.13 | **E** 13.77 |
| 2018 | 3.89 | 2.73 | 2.34 | **E** 2.75 | **E** 11.71 |
| 2017 | 3.36 | 2.10 | 1.67 | 2.07 | 9.21 |
| 2016 | 3.28 | 1.90 | 1.42 | 1.68 | 8.31 |
| 2015 | 3.06 | 2.33 | 1.85 | 1.96 | 9.22 |

Fiscal year ended Sep 30. EPS Estimates based on CFRA's Operating Earnings; historical GAAP earnings are as reported in Company reports.

### Dividend Data

| Amount [$] | Date Decl. | Ex-Div. Date | Stk. of Record | Payment Date |
|---|---|---|---|---|
| 0.73 | Jul 31 | Aug 10 | Aug 13 | Aug 16 '18 |
| 0.73 | May 01 | May 11 | May 14 | May 17 '18 |
| 0.63 | Feb 01 | Feb 09 | Feb 12 | Feb 15 '18 |
| 0.63 | Nov 02 | Nov 10 | Nov 13 | Nov 16 '17 |

Dividends have been paid since 2012. Source: Company reports.

**Past performance is not an indication of future performance and should not be relied upon as such.**

Forecasts are not reliable indicator of future performance.

### Highlights

► We expect 6.7% revenue growth for FY 19 (Sep.) after our view for a 15% rise in FY 18. We see stable unit shipments for iPhones while AAPL looks to increase revenue through its Services business, which saw growth at an impressive 31% in the June quarter. Services are benefiting from significant growth in paid subscriptions, which recently increased by more than 60% to over 300 million. We still conservatively forecast no iPhone unit growth through FY 19 but see robust growth in other hardware offerings/wearables (up 37% in the June quarter), driven by the Apple Watch. We see Mac/iPad sales benefiting from potential upcoming product launches.

► We see the gross margin steady at 38% to 39% through FY 19 end. We expect component costs to begin to ease in the coming quarters and see robust growth from AAPL's higher-margin Services business supporting margins./

► We like free cash flow potential (over $200B potentially in the next 3 years), which should result in aggressive share repurchases (we estimate a 2% run rate quarterly reduction in the share count over the next two years). AAPL aims to be net cash neutral (currently $129 billion net cash) over time.

### Investment Rationale/Risk

► We like AAPL's superior ecosystem, high customer retention rates and free cash flow generation. We see a growing installed base benefiting future product replacement cycles. We note net cash per share over $26, which we see increasingly employed for share repurchases. We expect robust services growth given AAPL's growing installed base (over 1.3 billion active installed base) and increasing number of paid subscribers. We think AAPLâs success in China is very encouraging, growing 19% in the June quarter, especially as it relates to higher-priced iPhones and services.

► Risks to our recommendation and target price include weaker end-market demand, pricing pressures, competitive handset and tablet offerings gaining traction, less success with product launches/innovations and longer-than-expected hardware replacement cycles.

► Our 12-month target price of $255 is based on a P/E of 16.8X our FY 20 EPS estimate of $15.20, above peers and ten-year forward historical average of 15.6X. We see stable revenue from AAPLâs legacy hardware businesses fueling free cash flow while growth from the higher margin services business should support multiples expansion.

Redistribution or reproduction is prohibited without written permission. Copyright © 2018 CFRA. This document is not intended to provide personal investment advice and it does not take into account the specific investment objectives, financial situation and the particular needs of any specific person who may receive this report. Investors should seek independent financial advice regarding the suitability and/or appropriateness of making an investment or implementing the investment strategies discussed in this document and should understand that statements regarding future prospects may not be realized. Investors should note that income from such investments, if any, may fluctuate and that the value of such investments may rise or fall. Accordingly, investors may receive back less than they originally invested. Investors should seek advice concerning any impact this investment may have on their personal tax position from their own tax advisor. Please note the publication date of this document. It may contain specific information that is no longer current and should not be used to make an investment decision. Unless otherwise indicated, there is no intention to update this document.

Stock Report | **November 01, 2018** | NasdaqGS Symbol: **AAPL** | **AAPL** is in the S&P 500



# Apple Inc.

| Business Summary October 29, 2018 |
|---|

CORPORATE OVERVIEW. Apple makes smartphones, tablet devices, computers and portable digital media players, and sells a variety of related software, services, and accessories.

AAPL's iPhone directly accounted for 62% of FY 17 revenues, with over 216 million units sold. AAPL sold over 211 million iPhones in FY 16, contributing 63% of revenues. We note that iPhone sales grew 3.4% in FY 17 after witnessing its first ever year-over-year decline ever in FY 16. While we expect the rate of growth to slow in the coming years as the business becomes larger and more mature, we still see substantial opportunities related to international, enterprise and education markets. We note the fall 2017 introductions of the next generation iPhone 8 and the iPhone 8 Plus devices as well as release of the iPhone X device, which includes a OLED screen and 3D sensing technology. We note all three devices come with wireless charging capabilities.

Released in April 2010, the iPad quickly became the best-selling tablet computer by far. Before the iPad, unit sales for similar computing devices were less than 200,000 units, according to market researchers. In FY 10, the first year of availability, AAPL sold over 7 million iPads, accounting for around 8% of total revenues. In FY 17, about 44 million iPads were sold (8% of sales), but showed a decline from the 46 million units shipped (10% of sales) the previous fiscal year.

Sales of AAPL's computers, commonly known as Macs, made up 11% of revenues in FY 17, similar to its representation in FY 16. On a unit shipment basis, we expect Macs to perform better than the overall PC industry, which we think is in the midst of a secular decline.

Revenue from Services and other hardware products comprised for about 19% of sales in FY 17 versus 16% in FY 16. Other hardware products includes sales of the Apple TV, Apple Watch, AirPods, Beats products, iPod and Apple-branded and third-party accessories. We note Services alone was 13% of FY 17 sales and grew an impressive 23%. Services includes revenue from the App Store, iCloud, AppleCare, licensing and other services.

COMPETITIVE LANDSCAPE. The company primarily competes in the handset, tablet, computer and media player markets. We think AAPL uses its ability to design and develop its own operating system, hardware, application software and services to differentiate itself from competitors. We see the appeal behind the products having a lot to do with its stated goal of providing customers with products that have superior ease of use, seamless integration and innovative industrial design. Reflecting what we view as AAPL's perceived quality and notable cachet, the company is able to compete in the middle to high-end segments of its target markets, and charge above-average prices for its products.

AAPL has a substantial hardware presence across key categories, and we think this helps garner interest from third-party application developers who continue to produce content and applications for the iPhone and iPad. We think AAPL's application business is one of the key elements that helps differentiate its devices from other products, and is very important to future sales growth and pricing power. Further, we view the App Store as an effective way of not only distributing content effectively, but also keeping the customer base entrenched. We think iCloud functionality encourages customers to buy more AAPL products and use them more regularly.

FINANCIAL TRENDS. Although AAPL's sales are affected by broader macroeconomic conditions, we think the company has generally been less cyclical than peers, given its strong brand, innovative and high-quality products, loyal customer base and exposure to fast-growing markets. Considering the maturity of the computer and tablets markets, we expect unit shipments and average selling prices for Macs and iPads to trend down over time but note quarterly mix and new product releases could result in volatility. However, with anticipated growth in the smartphone and wearables markets, and considering our view that AAPL will largely sustain notable share in these areas, we see increasing shipments of and revenues from iPhones and the Apple Watch over the next couple of years.

We think iPhones and Mac products offer margins above the level of the company as a whole, and this should support the gross margin, as they make up a large percentage of total revenues.

AAPL has what we view as a very strong balance sheet, with about $244 billion in cash and investments, and about $115 billion in debt as of the end of June 2018. AAPL boasts return metrics, such as return on equity, that are relatively high compared with other large/mega-cap hardware and software companies. In March 2012, AAPL announced a dividend and a share repurchase plan. As of May 2018, we believe AAPL has returned over $300 billion of cash to shareholders and note the company began returning cash in calendar year 2012. On May 1, 2018, Apple announced a new $100 billion share authorization program and hiked its dividend by 16%.

In June 2014, a 7-for-1 stock split was implemented.

| Corporate Information |
|---|

**Investor Contact**
N. Paxton (408-996-1010)

**Office**
1 Infinite Loop, Cupertino, California 95014

**Telephone**
408-996-1010

**Website**
www.apple.com

**Officers**

| | |
|---|---|
| **CEO & Director** | **CFO & Senior VP** |
| T. D. Cook | L. Maestri |
| **Vice President of Technology** | **COO & Senior VP** |
| | J. E. Williams |
| K. M. Lynch | **Senior Director of Corporate Accounting** |
| **Senior VP & General Counsel** | C. Kondo |
| K. L. Adams | |
| **Non-Executive Chairman of the Board** | |
| A. D. Levinson | |

**Board Members**

| | |
|---|---|
| A. A. Gore | R. A. Iger |
| A. D. Levinson | R. D. Sugar |
| A. Jung | S. L. Wagner |
| J. A. Bell | T. D. Cook |

| **Domicile** | **Auditor** |
|---|---|
| California | Ernst & Young LLP |

**Founded**
1977

**Employees**
123,000

**Stockholders**
25,333

Redistribution or reproduction is prohibited without prior written permission. Copyright © 2018 CFRA.

Stock Report | **November 01, 2018** | NasdaqGS Symbol: **AAPL** | **AAPL** is in the S&P 500



# Apple Inc.

## Quantitative Evaluations

**Fair Value Rank**  3   | 1 | 2 | **3** | 4 | 5 |
LOWEST ............... HIGHEST

Based on CFRA's proprietary quantitative model, stocks are ranked from most overvalued [1] to most undervalued [5].

**Fair Value Calculation**  $219.54

Analysis of the stock's current worth, based on CFRA's proprietary quantitative model suggests that AAPL is fairly valued.

**Volatility**  **LOW** | AVERAGE | HIGH

**Technical Evaluation**  NEUTRAL — Since October, 2018, the technical indicators for AAPL have been NEUTRAL.

**Insider Activity**  **UNFAVORABLE** | NEUTRAL | FAVORABLE

## Expanded Ratio Analysis

| | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|
| Price/Sales | 3.53 | 2.87 | 2.84 | 3.37 |
| Price/EBITDA | 11.32 | 8.79 | 8.06 | 10.20 |
| Price/Pretax Income | 12.63 | 10.10 | 9.16 | 11.53 |
| P/E Ratio | 16.73 | 13.56 | 12.44 | 15.62 |
| Avg. Diluted Shares Outsg.[M] | 5252 | 5500 | 5793 | 6123 |

Figures based on fiscal year-end price

## Key Growth Rates and Averages

| Past Growth Rate [%] | 1 Year | 3 Years | 5 Years |
|---|---|---|---|
| Sales | 6.30 | 7.84 | 7.93 |
| Net Income | 5.83 | 6.96 | 2.99 |

| Ratio Analysis (Annual Avg.) | | | |
|---|---|---|---|
| Net Margin [%] | NM | NM | NM |
| % LT Debt to Capitalization | 38.93 | NA | NA |
| Return on Equity [%] | 36.87 | NA | NA |

## Company Financials  Fiscal year ending Sep. 30

| Per Share Data [$] | 2017 | 2016 | 2015 | 2014 | 2013 | 2012 | 2011 | 2010 | 2009 | 2008 |
|---|---|---|---|---|---|---|---|---|---|---|
| Tangible Book Value | 24.59 | 22.42 | 19.78 | 17.52 | 18.71 | 17.17 | 11.10 | 7.28 | 4.95 | 3.50 |
| Free Cash Flow | 9.74 | 9.56 | 12.13 | 8.20 | 6.88 | 6.33 | 4.65 | 2.59 | 1.43 | 1.36 |
| Earnings | 9.21 | 8.31 | 9.22 | 6.45 | 5.68 | 6.31 | 3.95 | 2.16 | 1.30 | 0.97 |
| Earnings (Normalized) | 7.62 | 6.98 | 7.82 | 5.46 | 4.81 | 5.27 | 3.26 | 1.79 | 1.19 | 0.89 |
| Dividends | 2.40 | 2.18 | 1.98 | 1.82 | 1.64 | 0.38 | NA | NA | NA | NA |
| Payout Ratio [%] | 26 | 27 | 22 | 28 | 29 | 6 | NA | NA | NA | NA |
| Prices: High | 164.94 | 123.82 | 134.54 | 103.74 | 96.68 | 100.72 | 60.41 | 41.93 | 26.99 | 28.99 |
| Prices: Low | 104.08 | 89.47 | 92.00 | 67.77 | 55.01 | 50.61 | 39.29 | 25.81 | 11.17 | 16.49 |
| P/E Ratio: High | 18.3 | 15.1 | 18.4 | NM | NM | NM | NM | NM | NM | NM |
| P/E Ratio: Low | 11.3 | 9.9 | 14.8 | 15.1 | 62.0 | 83.8 | NM | NM | NM | NM |

| Income Statement Analysis [Million $] | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 229,234 | 215,639 | 233,715 | 182,795 | 170,910 | 156,508 | 108,249 | 65,225 | 42,905 | 37,491 |
| Operating Income | 61,344 | 60,024 | 71,230 | 52,503 | 48,999 | 55,241 | 33,790 | 18,385 | 11,740 | 8,327 |
| Depreciation + Amortization | 10,157 | 10,505 | 11,257 | 7,946 | 6,757 | 3,277 | 1,814 | 1,027 | 709 | 469 |
| Interest Expense | 2,323 | 1,456 | 733 | 384 | 136 | NA | NA | NA | NA | NA |
| Pretax Income | 64,089 | 61,372 | 72,515 | 53,483 | 50,155 | 55,763 | 34,205 | 18,540 | 12,066 | 8,947 |
| Effective Tax Rate | 24.6 | 25.6 | 26.4 | 26.1 | 26.2 | 25.2 | 24.2 | 24.4 | 31.8 | 31.6 |
| Net Income | 48,351 | 45,687 | 53,394 | 39,510 | 37,037 | 41,733 | 25,922 | 14,013 | 8,235 | 6,119 |
| Net Income (Normalized) | 39,994 | 38,412 | 45,322 | 33,427 | 31,347 | 34,852 | 21,378 | 11,588 | 7,541 | 5,592 |

| Balance Sheet and Other Financial Data [Million $] | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash | 74,399 | 67,883 | 41,995 | 25,158 | 40,590 | 29,129 | 25,952 | 25,620 | 23,464 | 22,111 |
| Current Assets | 128,645 | 106,869 | 89,378 | 68,531 | 73,286 | 57,653 | 44,988 | 41,678 | 31,555 | 30,006 |
| Total Assets | 375,319 | 321,686 | 290,345 | 231,839 | 207,000 | 176,064 | 116,371 | 75,183 | 47,501 | 36,171 |
| Current Liabilities | 100,814 | 79,006 | 80,610 | 63,448 | 43,658 | 38,542 | 27,970 | 20,722 | 11,506 | 11,361 |
| Long Term Debt | 97,207 | 75,427 | 53,329 | 28,987 | 16,960 | NA | NA | NA | NA | NA |
| Total Capital | 249,727 | 215,281 | 183,696 | 146,842 | 140,509 | 118,210 | 76,615 | 47,791 | 31,640 | 22,297 |
| Capital Expenditures | 12,451 | 12,734 | 11,247 | 9,571 | 8,165 | 8,295 | 4,260 | 2,005 | 1,144 | 1,091 |
| Cash from Operations | 63,598 | 65,824 | 81,266 | 59,713 | 53,666 | 50,856 | 37,529 | 18,595 | 10,159 | 9,596 |
| Current Ratio | 1.28 | 1.35 | 1.11 | 1.08 | 1.68 | 1.50 | 1.61 | 2.01 | 2.74 | 2.64 |
| % Long Term Debt of Capitalization | 38.9 | 35.0 | 29.0 | 19.7 | 12.1 | NA | NA | NA | NA | NA |
| % Net Income of Revenue | 21.1 | 21.2 | 22.8 | 21.6 | 21.7 | 26.7 | 23.9 | 21.5 | 19.2 | 16.3 |
| % Return on Assets | 11.0 | 12.3 | 17.1 | 15.0 | 16.0 | 23.6 | 22.0 | 18.7 | 17.5 | 16.9 |
| % Return on Equity | 36.9 | 36.9 | 46.2 | 33.6 | 30.6 | 42.8 | 41.7 | 35.3 | 30.5 | 33.2 |

Source: S&P Global Market Intelligence. Data may be preliminary or restated; before results of discontinued operations/special items. Per share data adjusted for stock dividends; EPS diluted. E-Estimated. NA-Not Available. NM-Not Meaningful. NR-Not Ranked. UR-Under Review.

Redistribution or reproduction is prohibited without prior written permission. Copyright © 2018 CFRA.

Stock Report | **November 01, 2018** | NasdaqGS Symbol: **AAPL** | **AAPL** is in the S&P 500

**Apple Inc.**



## Sub-Industry Outlook

Our fundamental outlook for the technology hardware, storage & peripherals sub-industry for the next 12 months is positive. The 2019 calendar year is shaping up to be another exciting year, we think, for the technology hardware space given anticipated next generation devices from the largest manufacturers in the world. We believe the hardware space is well positioned to witness growth across most end markets over the next year.

We expect the smartphone space to see stable to slightly higher shipments in 2018 and 2019. We anticipate Apple will witness 12% growth for calendar year 2019 (largely due to higher selling prices) and we see new features in recently released next generation devices (e.g. facial recognition, augmented reality capabilities, and more OLED screens) supporting customers' future upgrade cycles. We expect average selling prices for smartphones to remain relatively flat in 2019, as the ongoing shift by Apple and Samsung to offer consumers more features is offset by greater demand for lower priced devices in emerging markets.

We expect a stable PC environment in 2018 (flat shipments) and 2019 compared to a 1% decline in 2017. We see stable revenue as a positive phenomenon given that PC shipments have fallen 30% from peak levels in 2011. We expect demand to be sustained in 2018 and 2019 from the ongoing enterprise transition to Windows 10, with commercial notebooks seen as the biggest beneficiary. While we see areas of growth related to thinner and lighter devices as well as opportunities from gaming, we think longer replacement cycles will likely hinder growth for the space. Wearables shipment growth will likely be 15% to 20% in 2018 and 2019, by our estimates. While adoption rates have risen, we expect growth to remain healthy, driven by the emergence of untethered devices into the market and greater focus towards healthcare features.

Demand for data storage will be driven by content digitization of old media, such as paper and film, the growing popularity of social networking websites and longer record retention for compliance with government regulations, in our view. We think the storage software market will be driven by business continuity and disaster recovery efforts, compliance and risk management activities and the increasing prevalence of data mining and related analytics. We see demand for traditional storage offerings declining in the foreseeable future, while products related to all-flash arrays are seeing growing momentum within the data center space.

We foresee growing demand for Internet-based computing solutions because they offer companies opportunities to reduce costs and improve customer service. Accordingly, servers and data-center computing hardware should benefit from rising demand. However, we also see price competition in servers. We think that hardware vendors have been seeking to offset the negative impact on profits by offering higher-margin services, software and storage products.

Year to date through September 28, 2018, the S&P 1500 Technology Hardware, Storage & Peripherals Index increased 30.5%, while the S&P 1500 rose 8.9%. The S&P 1500 Technology Hardware, Storage & Peripherals Index increased 41.3% in 2017, while the S&P 1500 rose 18.8%.

/Angelo Zino, CFA

## Industry Performance

**GICS Sector:** Information Technology

Based on S&P 1500 Indexes
Five-Year market price performance through Nov 01, 2018



NOTE: A sector chart appears when the sub-industry does not have sufficient historical index data.

All Sector & Sub-Industry information is based on the Global Industry Classification Standard (GICS).

Past performance is not an indication of future performance and should not be relied upon as such.
**Source: S&P Global Market Intelligence**

**Sub-Industry: Technology Hardware, Storage & Peripherals**   **Peer Group*: Technology Hardware, Storage & Peripherals**

| Peer Group | Stock Symbol | Exchange | Currency | Recent Stock Price [$] | Stk. Mkt. Cap. [M $] | 30-Day Price Chg. [%] | 1-Year Price Chg. [%] | P/E Ratio | Fair Value Calc. [$] | Yield [%] | Return on Equity [%] | LTD to Cap [%] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Apple Inc.** | **AAPL** | **NasdaqGS** | **USD** | **222.22** | **1,057,077** | **-3.1** | **33.2** | **20** | **219.54** | **1.3** | **36.9** | **38.9** |
| Canon Inc. | CAJ | NYSE | USD | 28.92 | 31,214 | -9.8 | -23.3 | 14 | NA | 4.7 | 8.4 | 13.6 |
| FUJIFILM Holdings Corporation | FUJI.Y | OTCPK | USD | 43.12 | 18,375 | -7.1 | 7.7 | 15 | NA | 1.1 | 6.3 | 15.0 |
| HP Inc. | HPQ | NYSE | USD | 24.49 | 38,199 | -6.1 | 14.1 | 9 | 21.98 | 2.3 | -69.2 | 152.8 |
| Hewlett Packard Enterprise Company | HPE | NYSE | USD | 15.80 | 22,443 | -4.4 | 16.2 | 8 | 20.38 | 2.8 | 1.6 | 27.1 |
| Lenovo Group Limited | LNVG.Y | OTCPK | USD | 12.91 | 7,758 | -12.2 | 10.0 | NM | NA | 4.9 | -2.9 | 31.7 |
| NetApp, Inc. | NTAP | NasdaqGS | USD | 79.49 | 20,350 | -7.2 | 78.5 | 95 | 48.03 | 2.0 | 3.1 | 38.6 |
| Ricoh Company, Ltd. | RICO.Y | OTCPK | USD | 9.992 | 7,249 | -9.4 | 12.2 | NM | NA | 1.0 | -12.3 | 35.2 |
| Seagate Technology plc | STX | NasdaqGS | USD | 42.98 | 11,583 | -8.4 | 16.3 | 11 | 21.31 | 5.9 | 78.0 | 66.6 |
| Western Digital Corporation | WDC | NasdaqGS | USD | 47.08 | 12,499 | -18.4 | -47.2 | 29 | 49.08 | 4.2 | 5.9 | 48.4 |
| Xerox Corporation | XRX | NYSE | USD | 28.52 | 7,125 | 5.5 | -5.8 | NM | 25.29 | 3.5 | 3.9 | 47.5 |

*For Peer Groups with more than 10 companies or stocks, selection of issues is based on market capitalization.
NA-Not Available NM-Not Meaningful.
Note: Peers are selected based on Global Industry Classification Standards and market capitalization. The peer group list includes companies with similar characteristics, but may not include all the companies within the same industry and/or that engage in the same line of business.

Redistribution or reproduction is prohibited without prior written permission. Copyright © 2018 CFRA.



**Analyst Research Notes and other Company News**

**November 01, 2018**
05:27 pm ET... CFRA MAINTAINS BUY OPINION ON SHARES OF APPLE INC. [AAPL 222.22****]: AAPL posts Sep-Q EPS of $2.91 vs. $2.07, beating the $2.78 S&P Capital IQ consensus. Revenue rose 20% to $62.9B, exceeding our view of $61.5B, led by 29% in iPhone sales. While we were encouraged by better-than-expected iPhone average selling prices (+28%), we note unit shipments of 46.9M (+0.5%) missed expectations. Although Mac sales grew 3% and iPad sales declined 15%, we see better results in the Dec-Q given announced product refreshes earlier this week. Services grew 17%, but decelerated from recent quarters on tougher comparisons given one-time benefits a year ago. Other hardware sales grew an impressive 31%. We view China growth of 16% as a positive and note share repurchases of $19.1B. Although Dec-Q revenue guidance ($89B-$93B) was a disappointment versus consensus at $92.9B, we are optimistic about AAPL's ability to generate substantial free cash flow via stable iPhone sales, see healthy Services growth and like its ongoing intent to return significant cash to shareholders. /Angelo Zino, CFA

**October 30, 2018**
12:36 pm ET... CFRA MAINTAINS BUY RECOMMENDATION ON SHARES OF APPLE INC. [AAPL 213.23****]: Today, AAPL unveils a new MacBook Air, new Mac Mini and iPad Pro updates (orders start today; available 11/7). The new MacBook Air includes a retina display, bezel-free screen (reduces footprint by 17%), greater resolution and Touch ID, among other features (starts at $1,199). The new Mac Mini has a space grey finish, four- or six-core processor and performance 5X faster (starts at $799). AAPL unveils two iPad Pro updates, both possessing an edge-to-edge display (10.5-inch version increases to 11-inches, while 12.9-inch screen is unchanged with a smaller footprint), Facial ID/AR and removal of home button (starts at $799 and $999). While the event provided little surprise, we come away impressed with the offerings and ongoing shift toward offering more content at a higher price point. We think the devices will sell well this holiday season, likely providing upside to Dec-Q expectations. We think AAPL's shift toward AR-enabled devices will provide greater opportunities within Services. /Angelo Zino, CFA

**October 29, 2018**
08:58 am ET... CFRA MAINTAINS BUY OPINION ON SHARES OF APPLE INC. [AAPL 216.3****]: We hold our 12-month target at $255, on 16.8X our FY 20 view, above peers to reflect AAPL's potential in services and free cash flow. We keep our FY 18 (Sep.) EPS estimate at $11.71 but raise FY 19 to $13.77 from $13.41 and FY 20 to $15.20 from $15.00. Ahead of Apple's Sep-Q results on 11/1, we see Sep-Q/Dec-Q consensus revenue of $61.6B/$92.9B and EPS of $2.78/$4.88 as attainable. We forecast iPhone shipments of 47M in the Sep-Q, growing to 78M in the Dec-Q, with average selling prices growing by 20% in the Sep-Q but a more modest 3% in the Dec-Q, as comparables become more difficult. We see upside to our average selling price assumptions in FY 19, likely exceeding $800 and potentially supporting top-line growth over 10% (consensus at 6.7%). We also see quarterly YoY Services growth north of 20% through calendar year '19. We believe China poses a risk but see the iPhone XR launch supporting healthy growth given its attractive price point, large screen size and underlying capabilities. /Angelo Zino, CFA

**October 22, 2018**
09:17 am ET... CFRA MAINTAINS BUY OPINION ON SHARES OF APPLE INC. [AAPL 219.31****]: AAPL announces a 10/30 Special Event when we expect it to unveil two iPad Pro updates, with both to take similar features seen with the iPhone XS/XS Max. We see both devices possessing an edge-to-edge display, allowing the 10.5 inch version to increase to 11 inches while the 12.9 inch screen size remains unchanged but with a smaller footprint. We see the iPad Pros getting Facial ID/AR capabilities with the TrueDepth camera system while removing the Home button, with prices likely to remain unchanged. We also expect AAPL to unveil a low-cost laptop to replace the aging MacBook Air that should gravitate to students/universities; we hope to get details for its delayed AirPower wireless charging Pad. Separately, we highlight that AAPL began pre-orders for its iPhone XR (10/19 with shipments starting 10/26), which we expect to be its most popular new phone release, but are somewhat wary that orders have not been pushed out after 3 days (outside of some color options on T-Mobile's network). /Angelo Zino, CFA

**September 12, 2018**
03:37 pm ET... CFRA MAINTAINS BUY OPINION ON SHARES OF APPLE INC. [AAPL 223.85****]: AAPL unveils three new iPhones (XS, XS Max and XR) and Apple Watch Series 4. The iPhone XR starts shipping on 10/26 (pre-orders 10/19) while all other devices begin shipping 9/21 (pre-orders 9/14). The iPhone XS and XS Max (priced at $999 and $1,099) come with an OLED display (5.8" and 6.5"), Facial ID/AR support, an A12 Bionic chip, and gigabit LTE. The iPhone XR possesses a 6.1" LCD display with more color options and starts at $749. We also like enhancements to the Apple Watch Series 4 (priced at $399/$499 for GPS/cellular options), which has a 30% larger screen and more powerful S4 chip with the ability to detect falls/take an ECG. Price points for all devices are modestly higher than we thought and could provide revenue/EPS upside via higher selling prices. We also think initiatives towards making the Apple Watch a more healthcare oriented device while having a larger display will support higher sales. We view the absence of commentary on AirPods and AirPower as disappointing. /Angelo Zino, CFA

**September 10, 2018**
03:16 pm ET... CFRA MAINTAINS BUY OPINION ON SHARES OF APPLE INC. [AAPL 221.3****]: AAPL commented on the U.S. Trade Representative (USTR) proposal to impose a 25% duty on $200 billion worth of products imported from China. The proposed tariff list covers a number of Apple products, most notably: Apple Watch, AirPods, Apple Pencil, MacMini, HomePod, Beats headphones, and components like adapters/cables/chargers. We believe the proposed tariffs will negatively impact the growth trajectory for each individual product line and hurt AAPL's recent endeavors into the small but high-growth wearables category; however, we estimate the combined products at risk to tariffs will account for only 5%-6% of our projected revenue over the next year, with implications to profitability being negligible, if implemented. We do believe AAPL will likely push some of the higher costs to the consumer. Most important, we still believe AAPL's importance to the U.S. economy and good standing with government officials likely prevent tariffs from being imposed on core products (e.g. iPhones). /Angelo Zino, CFA

---

Note: Research notes reflect CFRA's published opinions and analysis on the stock at the time the note was published. The note reflects the views of the equity analyst as of the date and time indicated in the note, and may not reflect CFRA's current view on the company.

Redistribution or reproduction is prohibited without prior written permission. Copyright © 2018 CFRA.

Stock Report | **November 01, 2018** | NasdaqGS Symbol: **AAPL** | **AAPL** is in the S&P 500

# Apple Inc.



## Analysts' Recommendations



## Wall Street Consensus Opinion

**BUY/HOLD**

### Wall Street Consensus vs. Performance

For fiscal year 2018, analysts estimate that AAPL will earn USD $11.76. For the 3rd quarter of fiscal year 2018, AAPL announced earnings per share of USD $2.34, representing 19.9% of the total revenue estimate. For fiscal year 2019, analysts estimate that AAPL's earnings per share will grow by 17% to USD $13.77.

|  | No. of Recommendations | % of Total | 1 Mo.Prior | 3 Mos.Prior |
|---|---|---|---|---|
| Buy | 22 | 49 | 22 | 19 |
| Buy/Hold | 7 | 16 | 7 | 5 |
| Hold | 13 | 29 | 13 | 15 |
| Weak Hold | 0 | 0 | 0 | 1 |
| Sell | 1 | 2 | 1 | 0 |
| No Opinion | 2 | 4 | 2 | 2 |
| **Total** | **45** | **100** | **45** | **42** |

## Wall Street Consensus Estimates



| Fiscal Years | Avg Est. | High Est | Low Est. | # of Est. | Est. P/E |
|---|---|---|---|---|---|
| 2019 | 13.77 | 15.00 | 11.61 | 39 | 16.1 |
| 2018 | 11.76 | 12.09 | 11.53 | 39 | 18.9 |
| **2019 vs. 2018** | ▲17% | ▲24% | ▲1% | 0% | ▼-15% |
| | | | | | |
| Q4'19 | 3.13 | 3.44 | 2.84 | 27 | 70.9 |
| Q4'18 | 2.78 | 2.90 | 2.65 | 35 | 79.8 |
| **Q4'19 vs. Q4'18** | ▲13% | ▲19% | ▲7% | ▼-23% | ▼-11% |

Forecasts are not reliable indicator of future performance.
Note: A company's earnings outlook plays a major part in any investment decision. S&P Global Market Intelligence organizes the earnings estimates of over 2,300 Wall Street analysts, and provides their consensus of earnings over the next two years, as well as how those earnings estimates have changed over time. Note that the information provided in relation to consensus estimates is not intended to predict actual results and should not be taken as a reliable indicator of future performance.

**Note: For all tables, graphs and charts in this report that do not cite any reference or source, the source is S&P Global Market Intelligence.**

Redistribution or reproduction is prohibited without prior written permission. Copyright © 2018 CFRA.



## Glossary

### STARS
Since January 1, 1987, CFRA Equity and Fund Research Services, and its predecessor S&P Capital IQ Equity Research has ranked a universe of U.S. common stocks, ADRs (American Depositary Receipts), and ADSs (American Depositary Shares) based on a given equity's potential for future performance. Similarly, we have ranked Asian and European equities since June 30, 2002. Under proprietary STARS (Stock Appreciation Ranking System), equity analysts rank equities according to their individual forecast of an equity's future total return potential versus the expected total return of a relevant benchmark (e.g., a regional index [S&P Asia 50 Index, S&P Europe 350® Index or S&P 500® Index]), based on a 12-month time horizon. STARS was designed to meet the needs of investors looking to put their investment decisions in perspective. Data used to assist in determining the STARS ranking may be the result of the analyst's own models as well as internal proprietary models resulting from dynamic data inputs.

### S&P Global Market Intelligence's Quality Ranking
(also known as **S&P Capital IQ Earnings & Dividend Rankings**) - Growth and stability of earnings and dividends are deemed key elements in establishing S&P Global Market Intelligence's earnings and dividend rankings for common stocks, which are designed to capsulize the nature of this record in a single symbol. It should be noted, however, that the process also takes into consideration certain adjustments and modifications deemed desirable in establishing such rankings. The final score for each stock is measured against a scoring matrix determined by analysis of the scores of a large and representative sample of stocks. The range of scores in the array of this sample has been aligned with the following ladder of rankings:

| | | | |
|---|---|---|---|
| A+ | Highest | B | Below Average |
| A | High | B- | Lower |
| A- | Above Average | C | Lowest |
| B+ | Average | D | In Reorganization |
| NR | Not Ranked | | |

### EPS Estimates
CFRA's earnings per share (EPS) estimates reflect analyst projections of future EPS from continuing operations, and generally exclude various items that are viewed as special, non-recurring, or extraordinary. Also, EPS estimates reflect either forecasts of equity analysts; or, the consensus (average) EPS estimate, which are independently compiled by S&P Global Market Intelligence, a data provider to CFRA. Among the items typically excluded from EPS estimates are asset sale gains; impairment, restructuring or merger-related charges; legal and insurance settlements; in process research and development expenses; gains or losses on the extinguishment of debt; the cumulative effect of accounting changes; and earnings related to operations that have been classified by the company as discontinued. The inclusion of some items, such as stock option expense and recurring types of other charges, may vary, and depend on such factors as industry practice, analyst judgment, and the extent to which some types of data is disclosed by companies.

### 12-Month Target Price
The equity analyst's projection of the market price a given security will command 12 months hence, based on a combination of intrinsic, relative, and private market valuation metrics, including Fair Value.

### CFRA Equity Research
CFRA Equity Research is produced and distributed by Accounting Research & Analytics, LLC d/b/a CFRA ("CFRA US"; together with its affiliates and subsidiaries, "CFRA"). Certain research is produced and distributed by CFRA MY Sdn Bhd (Company No. 683377-A) (formerly known as Standard & Poor's Malaysia Sdn Bhd) ("CFRA Malaysia"). Certain research is distributed by CFRA UK Limited ("CFRA UK"). CFRA UK and CFRA Malaysia are wholly-owned subsidiaries of CFRA US.

### Abbreviations Used in Equity Research Reports
CAGR - Compound Annual Growth Rate
CAPEX - Capital Expenditures
CY - Calendar Year
DCF - Discounted Cash Flow
DDM - Dividend Discount Model
EBIT - Earnings Before Interest and Taxes
EBITDA - Earnings Before Interest, Taxes, Depreciation & Amortization
EPS - Earnings Per Share
EV - Enterprise Value
FCF - Free Cash Flow
FFO - Funds From Operations
FY - Fiscal Year
P/E - Price/Earnings
P/NAV - Price to Net Asset Value PEG Ratio - P/E-to-Growth Ratio PV - Present Value
R&D - Research & Development ROCE - Return on Capital Employed ROE - Return on Equity
ROI - Return on Investment
ROIC - Return on Invested Capital
ROA - Return on Assets
SG&A - Selling, General & Administrative Expenses
SOTP - Sum-of-The-Parts
WACC - Weighted Average Cost of Capital

**Dividends on American Depository Receipts (ADRs) and American Depository Shares (ADSs) are net of taxes (paid in the country of origin).**

### Qualitative Risk Assessment
Reflects an equity analyst's view of a given company's operational risk, or the risk of a firm's ability to continue as an ongoing concern. The Qualitative Risk Assessment is a relative ranking to the U.S. STARS universe, and should be reflective of risk factors related to a company's operations, as opposed to risk and volatility measures associated with share prices. For an ETF this reflects on a capitalization-weighted basis, the average qualitative risk assessment assigned to holdings of the fund.

### STARS Ranking system and definition:
★★★★★ **5-STARS (Strong Buy):**
Total return is expected to outperform the total return of a relevant benchmark, by a notable margin over the coming 12 months, with shares rising in price on an absolute basis.
★★★★☆ **4-STARS (Buy):**
Total return is expected to outperform the total return of a relevant benchmark over the coming 12 months, with shares rising in price on an absolute basis.
★★★☆☆ **3-STARS (Hold):**
Total return is expected to closely approximate the total return of a relevant benchmark over the coming 12 months, with shares generally rising in price on an absolute basis.
★★☆☆☆ **2-STARS (Sell):**
Total return is expected to underperform the total return of a relevant benchmark over the coming 12 months, and the share price is not anticipated to show a gain.
★☆☆☆☆ **1-STAR (Strong Sell):**
Total return is expected to underperform the total return of a relevant benchmark by a notable margin over the coming 12 months, with shares falling in price on an absolute basis.

### Relevant benchmarks:
In North America, the relevant benchmark is the S&P 500 Index, in Europe and in Asia, the relevant benchmarks are the S&P Europe 350 Index and the S&P Asia 50 Index, respectively.



## Disclosures

S&P GLOBAL™ is used under license. The owner of this trademark is S&P Global Inc. or its affiliate, which are not affiliated with CFRA Research or the author of this content.
Stocks are ranked in accordance with the following ranking methodologies:

### STARS Stock Reports:
Qualitative STARS recommendations are determined and assigned by equity analysts. For reports containing STARS recommendations refer to the Glossary section of the report for detailed methodology and the definition of STARS rankings.

### Quantitative Stock Reports:
Quantitative recommendations are determined by ranking a universe of common stocks based on 5 measures or model categories: Valuation, Quality, Growth, Street Sentiment, and Price Momentum. In the U.S., a sixth sub-category for Financial Health will also be displayed. Percentile scores are used to compare each company to all other companies in the same universe for each model category. The five (six) model category scores are then weighted and rolled up into a single percentile ranking for that company. For reports containing quantitative recommendations refer to the Glossary section of the report for detailed methodology and the definition of Quantitative rankings.

### STARS Stock Reports and Quantitative Stock Reports:
The methodologies used in STARS Stock Reports and Quantitative Stock Reports (collectively, the "Research Reports") reflect different criteria, assumptions and analytical methods and may have differing recommendations. The methodologies and data used to generate the different types of Research Reports are believed by the author and distributor reasonable and appropriate. Generally, CFRA does not generate reports with different ranking methodologies for the same issuer. However, in the event that different methodologies or data are used on the analysis of an issuer, the methodologies may lead to different views or recommendations on the issuer, which may at times result in contradicting assessments of an issuer. CFRA reserves the right to alter, replace or vary models, methodologies or assumptions from time to time and without notice to clients.

### STARS Stock Reports:
Global STARS Distribution as of September 28, 2018

| Ranking | North America | Europe | Asia | Global |
|---|---|---|---|---|
| Buy | 38.1% | 32.7% | 42.6% | 37.7% |
| Hold | 56.0% | 52.8% | 44.8% | 54.2% |
| Sell | 5.9% | 14.5% | 12.6% | 8.1% |
| Total | 100.0% | 100.0% | 100.0% | 100.0% |

### Analyst Certification:
**STARS Stock Reports are prepared by the equity research analysts of CFRA and its affiliates and subsidiaries. Quantitative Stock Reports are prepared by CFRA. All of the views expressed in STARS Stock Reports accurately reflect the research analyst's personal views regarding any and all of the subject securities or issuers; all of the views expressed in the Quantitative Stock Reports accurately reflect the output of CFRA's algorithms and programs. Analysts generally update STARS Stock Reports at least four times each year. Quantitative Stock Reports are generally updated weekly. No part of analyst, CFRA, CFRA affiliate, or CFRA subsidiary compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed in any Stock Report.**

### About CFRA Equity Research's Distributors:
This Research Report is published and originally distributed by Accounting Research & Analytics, LLC d/b/a CFRA ("CFRA US"), with the following exceptions: In the UK/EU/EEA, it is published and originally distributed by CFRA UK Limited ("CFRA UK"), which is regulated by the Financial Conduct Authority (No. 775151), and in Malaysia by CFRA MY Sdn Bhd (Company No. 683377-A) (formerly known as Standard & Poor's Malaysia Sdn Bhd) ("CFRA Malaysia") , which is regulated by Securities Commission Malaysia, (No. CMSL/A0181/2007) under license from CFRA US. These parties and their subsidiaries maintain no responsibility for reports redistributed by third parties such as brokers or financial advisors.

### General Disclosure
**Notice to all jurisdictions:**

**Where Research Reports are made available in a language other than English** and in the case of inconsistencies between the English and translated versions of a Research Report, **, the English version will control and supersede any ambiguities associated with any part or section of a Research Report that has been issued in a foreign language.** Neither CFRA nor its affiliates guarantee the accuracy of the translation.

Neither CFRA nor its affiliates guarantee the accuracy of the translation. The content of this report and the opinions expressed herein are those of CFRA based upon publicly-available information that CFRA believes to be reliable and the opinions are subject to change without notice. This analysis has not been submitted to, nor received approval from, the United States Securities and Exchange Commission or any other regulatory body. While CFRA exercised due care in compiling this analysis, CFRA AND ALL RELATED ENTITIES SPECIFICALLY DISCLAIM ALL WARRANTIES, EXPRESS OR IMPLIED, to the full extent permitted by law, regarding the accuracy, completeness, or usefulness of this information and assumes no liability with respect to the consequences of relying on this information for investment or other purposes.

No content (including ratings, credit-related analyses and data, valuations, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of CFRA. The Content shall not be used for any unlawful or unauthorized purposes. CFRA and any third-party providers, as well as their directors, officers, shareholders, employees or agents do not guarantee the accuracy, completeness, timeliness or availability of the Content.

**Past performance is not necessarily indicative of future results.**

This document may contain forward-looking statements or forecasts; such forecasts are not a reliable indicator of future performance.

This report is not intended to, and does not, constitute an offer or solicitation to buy and sell securities or engage in any investment activity. This report is for informational purposes only. Recommendations in this report are not made with respect to any particular investor or type of investor. Securities, financial instruments or strategies mentioned herein may not be suitable for all investors and this material is not intended for any specific investor and does not take into account an investor's particular investment objectives, financial situations or needs. Before acting on any recommendation in this material, you should consider whether it is suitable for your particular circumstances and, if necessary, seek professional advice.
CFRA may license certain intellectual property or provide services to, or otherwise have a business relationship with, certain issuers of securities that are the subject of CFRA research reports, including exchange-traded investments whose investment objective is to substantially replicate the returns of a proprietary index of CFRA. In cases where CFRA is paid fees that are tied to the amount of assets invested in a fund or the volume of trading activity in a fund, investment in the fund may result in CFRA receiving compensation in addition to the subscription fees or other compensation for services rendered by CFRA, however, no part of CFRA's compensation for services is tied to any recommendation or rating. Additional information on a subject company may be available upon request.
CFRA's financial data provider is S&P Global Market Intelligence. THIS DOCUMENT CONTAINS COPYRIGHTED AND TRADE SECRET MATERIAL DISTRIBUTED UNDER LICENSE FROM S&P GLOBAL MARKET INTELLIGENCE. FOR RECIPIENT'S INTERNAL USE ONLY.
The Global Industry Classification Standard (GICS®) was developed by and/or is the exclusive property of MSCI, Inc. and S&P Global Market Intelligence. GICS is a service mark of MSCI and S&P Global Market Intelligence and has been licensed for use by CFRA.

### Other Disclaimers and Notices
Certain information in this report is provided by S&P Global, Inc. and/or its affiliates and subsidiaries (collectively "S&P Global"). Such information is subject to the following disclaimers and notices: "Copyright © 2018, S&P Global Market Intelligence (and its affiliates as applicable). All rights reserved. Nothing contained herein is investment advice and a reference to a particular investment or security, a credit rating or any observation concerning a security or investment provided by S&P Global is not a recommendation to buy, sell or hold such investment or security or make any other investment decisions. This may contain information obtained from third parties, including ratings from credit ratings agencies. Reproduction and distribution of S&P Global's information and third party content in any form is prohibited except with the prior written permission of S&P Global or the related third party, as applicable. Neither S&P Global nor its third party providers guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and are not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such information or content. S&P GLOBAL AND ITS THIRD PARTY CONTENT PROVIDERS GIVE NO EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE AND ALL S&P INFORMATION IS PROVIDED ON AN AS-IS BASIS. S&P GLOBAL AND ITS THIRD PARTY CONTENT PROVIDERS SHALL NOT BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, EXEMPLARY, COMPENSATORY, PUNITIVE, SPECIAL OR CONSEQUENTIAL DAMAGES, COSTS, EXPENSES, LEGAL FEES, OR LOSSES (INCLUDING LOST INCOME OR PROFITS AND OPPORTUNITY COSTS OR LOSSES CAUSED BY NEGLIGENCE) IN CONNECTION WITH ANY USE OF THEIR INFORMATION OR CONTENT, INCLUDING RATINGS. Credit ratings are statements of opinions and are not statements of fact or recommendations to purchase, hold or sell securities. They do not address the suitability of securities or the suitability of securities for investment purposes, and should not be relied on as investment advice."
Certain information in this report may be provided by Securities Evaluations, Inc. ("SE"), a wholly owned subsidiary of Intercontinental Exchange. SE is a registered investment adviser with the United States Securities and Exchange Commission (SEC). SE's advisory services include evaluated pricing and model valuation of fixed income securities, derivative valuations and Odd-Lot Pricing that consists of bid- and ask-side evaluated prices for U.S. Municipal and U.S. Corporate Securities (together called valuation services). Such information is subject to the following disclaimers and notices: "No content (including credit-related analyses and data, valuations, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of SE. The Content shall not be used for any unlawful or unauthorized purposes. SE and any third-party providers, as well as their directors, officers, shareholders, employees or agents (collectively SE Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. SE Parties are not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, for the results obtained from the use of the Content, or for the security or maintenance of any data input by the user. The Content is provided on an "as is" basis. SE PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION.

Stock Report | **November 01, 2018** | NasdaqGS Symbol: **AAPL** | **AAPL** is in the S&P 500

# Apple Inc.



In no event shall SE Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. Credit-related and other analyses and statements in the Content are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions. SE assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. SE's opinions and analyses do not address the suitability of any security. SE does not act as a fiduciary or an investment advisor. While SE has obtained information from sources it believes to be reliable, SE does not perform an audit and undertakes no duty of due diligence or independent verification of any information it receives. Valuations services are opinions and not statements of fact or recommendations to purchase, hold or sell any security or instrument, or to make any investment decisions. The information provided as part of valuations services should not be intended as an offer, promotion or solicitation for the purchase or sale of any security or other financial instrument nor should it be considered investment advice. Valuations services do not address the suitability of any security or instrument, and securities, financial instruments or strategies mentioned by SE may not be suitable for all investors. SE does not provide legal, accounting or tax advice, and clients and potential clients of valuation services should consult with an attorney and/or a tax or accounting professional regarding any specific legal, tax or accounting provision(s) applicable to their particular situations and in the countries and jurisdictions where they do business. SE has redistribution relationships that reflect evaluated pricing, derivative valuation and/or equity pricing services of other unaffiliated firms with which SE has contracted to distribute to its client base. Pricing and data provided by these third-party firms are the responsibilities of those firms, and not SE, and are produced under those firms' methodologies, policies and procedures. Valuations services provided by SE and products containing valuations services may not be available in all countries or jurisdictions. Copyright © 2018 by Intercontinental Exchange Inc. All rights reserved."

Any portions of the fund information contained in this report supplied by Lipper, A Thomson Reuters Company, are subject to the following: "Copyright © 2018 Thomson Reuters. All rights reserved. Lipper shall not be liable for any errors or delays in the content, or for any actions taken in reliance thereon."

**For residents of the European Union/European Economic Area:**
Research reports are originally distributed by CFRA UK Limited (company number 08456139 registered in England & Wales with its registered office address at 1PO Box 698, Titchfield House, 69-85 Tabernacle Street, London, EC2A 4RR, United Kingdom). CFRA UK Limited is regulated by the UK Financial Conduct Authority (No. 775151).

**For residents of Malaysia:**
Research reports are originally produced and distributed by CFRA MY Sdn Bhd (Company No. 683377-A) (formerly known as Standard & Poor's Malaysia Sdn. Bhd) ("CFRA Malaysia"), a wholly-owned subsidiary of CFRA US. CFRA Malaysia is regulated by Securities Commission Malaysia (License No. CMSL/A0181/2007).

**For residents of all other countries:**
Research reports are originally distributed Accounting Research & Analytics, LLC d/b/a CFRA.

Copyright © 2018 CFRA. All rights reserved. CFRA and STARS are registered trademarks of CFRA.