ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
KENNETH J. BLACK (291871)
HADIYA K. DESHMUKH (328118)
JACOB G. GELMAN (344819)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
jgelman@rgrdlaw.com
        – and –
MARK SOLOMON (151949)
JASON A. FORGE (181542)
RAPHAELLA FRIEDMAN (323324)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
jforge@rgrdlaw.com
rfriedman@rgrdlaw.com

Lead Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | Case No. 4:19-cv-02033-YGR<br><br>CLASS ACTION<br><br>REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF LEAD PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

4861-7815-5578.v1

## I. INTRODUCTION

Lead Plaintiff and Class Representative Norfolk County Council as Administering Authority of the Norfolk Pension Fund ("Plaintiff") hereby submits this Request for Judicial Notice in Support of Lead Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

## II. DISCUSSION

A court may take judicial notice of certain "adjudicative fact[s]" that are "not subject to reasonable dispute." Fed. R. Evid. 201. Specifically and as relevant here, courts may take judicial notice of documents not for the truth of the matter asserted, but "'for the purpose of showing that particular information was available to the stock market.'" *In re Apple Inc. Sec. Litig.*, 2020 WL 2857397, at *6 (N.D. Cal. June 2, 2020) (citation omitted). Accordingly, for the limited purpose of showing that the information contained in the following documents was available to the market on the dates of their dissemination, Plaintiff respectfully requests that the Court take judicial notice of the following exhibits filed in connection with Lead Plaintiff's Opposition to Defendants' Motion for Summary Judgment:

| DOCUMENT | EXHIBIT NO. |
|---|---|
| Goldman Sachs Analyst Report, "Apple Inc. China Slowdown raises EPS risk for Apple. We provide sensitivity analysis to various outcomes," Oct. 14, 2018. | Ex. 3 |
| MS Tech: AAPL falls on downbeat EM macro commentary and mgmt pulling iPhone unit disclosure going forward. AAPL emphasizing Services more fully with near-term pain vs long-term gain, Nov. 1, 2018. | Ex. 63 |
| RBC Capital Markets Analyst Report, "Download On Investor Feedback Post AAPL Negative Pre.," Jan. 6, 2019. | Ex. 94 |
| Stephen Nellis, *Apple warns on holiday sales, sending value below $1 trillion*, Reuters, Nov. 1, 2018 | Ex. 116 |
| Tae Kim, *Apple Stock Is Tanking Amid Questions About Demand for the iPhone XR*, Barron's, Nov. 5, 2018. | Ex. 118 |
| RBC Capital Markets Analyst Report, "10-K Review: High Off-balance Sheet Commitments Indicating Multiple Ramps," Nov. 5, 2018. | Ex. 119 |
| Sruthi Shankar, *US STOCKS-Oil stocks lift S&P 500; Apple pushes Nasdaq lower*, Reuters, Nov. 5, 2018. | Ex. 120 |

| | |
|---|---|
| Lauly Li & Cheng Ting-Fang, *Apple cancels Production boost for budget iPhone XR: sources*, Nikkei Asian Review, Nov. 5, 2018. | Ex. 121 |
| Shira Ovide, *Apple's iPhone Warning Comes Years Too Late – The company has reached the end of its denial phase*, Bloomberg, Jan. 2, 2019. | Ex. 124 |
| *CNBC Exclusive: CNBC Transcript: Apple CEO Tim Cook Speaks with CNBC's Josh Lipton Today*, CNBC News Releases, Jan. 2, 2019. | Ex. 125 |
| Brian Sozzi, *Apple's mind-blowing warning means CEO Tim Cook now has a major credibility problem*, Yahoo! Finance, Jan. 3, 2019. | Ex. 128 |
| Robert McMillan & Tripp Mickle, *Apple Warning On Sales Stuns Market --- Stock falls 7.6% after hours as weak China demand sparks first outlook cut in 15 years*, Wall St. J., Jan. 3, 2019. | Ex. 130 |
| *Apple cuts forecast, citing weak China sales amid trade tensions*, The Korea Times, Jan. 3, 2019. | Ex. 135 |
| Editorial, *The Big Tech Selloff; Why the fall from super-high values shouldn't hurt the larger economy*, Wall St. J. Online, Oct. 31, 2018. | Ex. 136 |
| RBC Capital Markets Analyst Report, "AAPL - Sept-qtr Beat But Dec-qtr EPS Below Expectations," Nov. 1, 2018. | Ex. 137 |
| Tripp Mickel, *Apple May Lean on iPhone XR to Juice Sales*, Wall St. J., Oct. 26, 2018. | Ex. 138 |

### III.  CONCLUSION

For the foregoing reasons, the Court should take judicial notice of the exhibits listed above.

DATED:  October 20, 2022            Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
DANIEL J. PFEFFERBAUM
KENNETH J. BLACK
HADIYA K. DESHMUKH
JACOB G. GELMAN

                s/ Shawn A. Williams
            SHAWN A. WILLIAMS

| | |
|---|---|
| 1 | |
| 2 | Post Montgomery Center<br>One Montgomery Street, Suite 1800 |
| 3 | San Francisco, CA  94104<br>Telephone:  415/288-4545 |
| 4 | 415/288-4534 (fax)<br>shawnw@rgrdlaw.com |
| 5 | dpfefferbaum@rgrdlaw.com<br>kennyb@rgrdlaw.com |
| 6 | hdeshmukh@rgrdlaw.com<br>jgelman@rgrdlaw.com |
| 7 | ROBBINS GELLER RUDMAN |
| | & DOWD LLP |
| 8 | MARK SOLOMON<br>JASON A. FORGE |
| 9 | RAPHAELLA FRIEDMAN<br>655 West Broadway, Suite 1900 |
| 10 | San Diego, CA  92101<br>Telephone:  619/231-1058 |
| 11 | 619/231-7423 (fax)<br>marks@rgrdlaw.com |
| 12 | jforge@rgrdlaw.com<br>rfriedman@rgrdlaw.com |
| 13 | |
| 14 | Lead Counsel for Lead Plaintiff |
| 15 | LABATON SUCHAROW<br>CAROL C. VILLEGAS |
| 16 | 140 Broadway<br>New York, NY 10005 |
| 17 | Telephone: 212/907-0700<br>212/883-7524 (fax) |
| 18 | cvillegas@labaton.com |
| 19 | Counsel for Employees' Retirement System of the<br>State of Rhode Island |
| 20 | VANOVERBEKE, MICHAUD & TIMMONY, |
| 21 | P.C.<br>THOMAS C. MICHAUD |
| 22 | 79 Alfred Street<br>Detroit, MI  48201 |
| 23 | Telephone:  313/578-1200<br>313/578-1201 (fax) |
| 24 | tmichaud@vmtlaw.com |
| 25 | Additional Counsel |
| 26 | |
| 27 | |
| 28 | |