ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
KENNETH J. BLACK (291871)
HADIYA K. DESHMUKH (328118)
JACOB G. GELMAN (344819)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
jgelman@rgrdlaw.com
      – and –
MARK SOLOMON (151949)
JASON A. FORGE (181542)
RAPHAELLA FRIEDMAN (323324)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
jforge@rgrdlaw.com
rfriedman@rgrdlaw.com

Lead Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>   ALL ACTIONS. | Case No. 4:19-cv-02033-YGR<br><br>CLASS ACTION<br><br>ATTESTATION IN SUPPORT OF LEAD PLAINTIFF'S RESPONSE TO SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND ADDITIONAL MATERIAL FACTS |

4856-2609-1835.v1

1   I attest that the evidence cited Lead Plaintiff's Response to Separate Statement of Undisputed

2   Facts in Support of Defendants' Motion for Summary Judgment and Additional Material Facts (ECF

3   323-3) fairly and accurately supports or disputes the facts as asserted.

4   DATED:  October 21, 2022                   ROBBINS GELLER RUDMAN
                                                   & DOWD LLP
5                                               SHAWN A. WILLIAMS
                                                DANIEL J. PFEFFERBAUM
6                                               KENNETH J. BLACK
                                                HADIYA K. DESHMUKH
7                                               JACOB G. GELMAN

8

9                                                      s/ Shawn A. Willaims
                                                SHAWN A. WILLIAMS
10
                                                Post Montgomery Center
11                                              One Montgomery Street, Suite 1800
                                                San Francisco, CA  94104
12                                              Telephone:  415/288-4545
                                                415/288-4534 (fax)
13                                              shawnw@rgrdlaw.com
                                                dpfefferbaum@rgrdlaw.com
14                                              kennyb@rgrdlaw.com
                                                hdeshmukh@rgrdlaw.com
15                                              jgelman@rgrdlaw.com

16                                              ROBBINS GELLER RUDMAN
                                                   & DOWD LLP
17                                              MARK SOLOMON
                                                JASON A. FORGE
18                                              RAPHAELLA FRIEDMAN
                                                655 West Broadway, Suite 1900
19                                              San Diego, CA  92101
                                                Telephone:  619/231-1058
20                                              619/231-7423 (fax)
                                                marks@rgrdlaw.com
21                                              jforge@rgrdlaw.com
                                                rfriedman@rgrdlaw.com
22
                                                Lead Counsel for Lead Plaintiff
23
                                                LABATON SUCHAROW
24                                              CAROL C. VILLEGAS
                                                140 Broadway
25                                              New York, NY 10005
                                                Telephone: 212/907-0700
26                                              212/883-7524 (fax)
                                                cvillegas@labaton.com
27

28  ATTESTATION IN SUPPORT OF LEAD PLFF'S RESPONSE TO SEPARATE STATEMENT OF
    UNDISPUTED FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
    AND ADDITIONAL MATERIAL FACTS - 4:19-cv-02033-YGR                              - 1 -
    4856-2609-1835.v1

Counsel for Employees' Retirement System of the State of Rhode Island

VANOVERBEKE, MICHAUD & TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

Additional Counsel

ATTESTATION IN SUPPORT OF LEAD PLFF'S RESPONSE TO SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND ADDITIONAL MATERIAL FACTS - 4:19-cv-02033-YGR - 2 -
4856-2609-1835.v1

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify under penalty of perjury that on [Insert Date] , I authorized the electronic |
| 3 | filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send |
| 4 | notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I |
| 5 | hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the |
| 6 | non-CM/ECF participants indicated on the attached Manual Notice List. |

        s/ Shawn A. Williams
        SHAWN A. WILLIASS

ROBBINS GELLER RUDMAN
    & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
Email:  shawnw@rgrdlaw.com

4856-2609-1835.v1

# Mailing Information for a Case 4:19-cv-02033-YGR IN RE APPLE INC. SECURITIES LITIGATION

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Tristan Allen**
  tallen@orrick.com

- **Adam Marc Apton**
  aapton@zlk.com,Files@zlk.com

- **Kevin Michael Askew**
  kaskew@orrick.com

- **Kenneth Joseph Black**
  KennyB@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Mary K. Blasy**
  mblasy@rgrdlaw.com

- **Frank H. Busch**
  busch@wvbrlaw.com,abarca@wvbrlaw.com,myers@wvbrlaw.com,pallister@wvbrlaw.com

- **Hadiya Khan Deshmukh**
  hdeshmukh@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **William Joseph Foley**
  wfoley@orrick.com

- **Jason A. Forge**
  jforge@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Christine M. Fox**
  cfox@labaton.com,ndonlon@labaton.com,lpina@labaton.com,electroniccasefilings@labaton.com,6312349420@filings.docketbird.com

- **Raphaella Friedman**
  rfriedman@rgrdlaw.com

- **Jacob G. Gelman**
  jgelman@rgrdlaw.com

- **Tor Gronborg**
  torg@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Nicomedes Sy Herrera**
  nherrera@herrerakennedy.com

- **J Alexander Hood , II**
  ahood@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Austin Thomas Jackson**
  ajackson@structurelaw.com,cford@structurelaw.com

- **James Neil Kramer**
  jkramer@orrick.com,lpatts@orrick.com,mwatkins@orrick.com,vmorse@orrick.com,tallen@orrick.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,fgravenson@pomlaw.com,ipareja@pomlaw.com

- **Francis P. McConville**
  fmcconville@labaton.com,HChang@labaton.com,lpina@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Danielle Suzanne Myers**
  shawnw@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com,dmyers@rgrdlaw.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,jalieberman@pomlaw.com,ahood@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,abarbosa@pomlaw.com,fgravenson@poml

- **Daniel Jacob Pfefferbaum**
  DPfefferbaum@rgrdlaw.com,jgeorge@rgrdlaw.com,dpfefferbaumRGRD@ecf.courtdrive.com,e_file_sd@rgrdlaw.com,jgeorge@ecf.courtdrive.com,sbloyd@rgrdlaw.c

- **Samuel H. Rudman**
  srudman@rgrdlaw.com

- **Juan Carlos Sanchez**
  jsanchez@rgrdlaw.com,e_file_SD@rgrdlaw.com

- **Craig Wallace Smith**
  notice@robbinsllp.com,noticerobbinsllp@ecf.courtdrive.com,csmith@robbinsllp.com

- **Mark Solomon**
  marks@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Alexander K. Talarides**
  atalarides@orrick.com,lpatts@orrick.com,casestream@ecf.courtdrive.com,tallen@orrick.com

- **Michael David Torpey**
  mtorpey@orrick.com

- **Carol C. Villegas**
  cvillegas@labaton.com,ndonlon@LABATON.com,lpina@labaton.com,5739893420@filings.docketbird.com,electroniccasefiling@labaton.com,dsaldamando@labaton.com

- **James Matthew Wagstaffe**
  wagstaffe@wvbrlaw.com,Myers@WVBRlaw.com,pallister@wvbrlaw.com

- **Steven Ray Wedeking , II**
  swedeking@robbinsllp.com,notice@robbinsllp.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,kennyb@rgrdlaw.com,jgelman@rgrdlaw.com,rfriedman@ecf.courtdrive.com,ShawnW@ecf.courtdrive.com,smorris@rgrdlaw.com,e_file_sd@r

- **Ariel Brianna Winawer**
  awinawer@orrick.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`