1   JAMES N. KRAMER (SBN 154709)
    jkramer@orrick.com
2   MICHAEL D. TORPEY (SBN 79424)
    mtorpey@orrick.com
3   ALEXANDER K. TALARIDES (SBN 268068)
    atalarides@orrick.com
4   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
5   405 Howard Street
    San Francisco, CA  94105-2669
6   Telephone:     (415) 773-5700
    Facsimile:     (415) 773-5759
7
    Attorneys for Defendants Apple Inc.,
8   Timothy Cook and Luca Maestri

9   [additional counsel appears on signature page]

10

11                     UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                          OAKLAND DIVISION

14

15

16   IN RE APPLE INC. SECURITIES          Case No. 4:19-cv-02033-YGR
     LITIGATION
17   ───────────────────────────          **CLASS ACTION**

18   This Document Relates to:            **STIPULATION AND [PROPOSED]
                                          ORDER REGARDING DEADLINE TO**
19   ALL ACTIONS.                         **SUBMIT STATEMENT OR
                                          DECLARATION IN SUPPORT OF**
20                                        **SEALING REQUEST**

21                                        Hon. Yvonne Gonzalez Rogers

22

23

24

25

26

27

28

1    This Stipulation is entered into by and among Lead Plaintiff Norfolk County Council as

2 Administering Authority of the Norfolk Pension Fund ("Lead Plaintiff") and Defendants Apple

3 Inc. ("Apple"), Timothy Cook, and Luca Maestri (collectively "Defendants" and together with the

4 Lead Plaintiff, the "Parties"), through their respective attorneys of record.

5    WHEREAS, on October 20, 2022, Lead Plaintiff filed its Opposition to Defendants'

6 Motion for Summary Judgment, and its Opposition to Defendants' Motion to Exclude Expert

7 Testimony (collectively, the "Oppositions");

8    WHEREAS, because the Oppositions make reference to a substantial volume of discovery

9 materials that Defendants have designated as Confidential or Highly Confidential pursuant to the

10 Stipulated Protective Order, Lead Plaintiff has also filed three Administrative Motions to

11 Consider Whether Another Party's Material Should Be Sealed (the "Administrative Motions")

12 [Dkt. Nos. 321, 322, and 323];

13    WHEREAS, in light of the volume of materials provisionally lodged under seal in

14 connection with the Administrative Motions, Defendants have requested a one-week extension of

15 the deadline set by Local Rule 79-5(f)(3) to file a statement and/or declaration in support of any

16 sealing request in connection with the Administrative Motions, and Lead Plaintiff does not

17 oppose that request;

18    NOW THEREFORE, it is stipulated and agreed among the undersigned Parties, and

19 respectfully submitted for the Court's approval as follows:

20    Defendants shall file any statement and/or declaration in support of any sealing request in

21 connection with the Administrative Motions no later than November 3, 2022.

22    **IT IS SO STIPULATED.**

23

24 Dated:  October 25, 2022                    ORRICK, HERRINGTON & SUTCLIFFE LLP

25

26                                        */s/ James N. Kramer*
                                          JAMES N. KRAMER
27                                        Attorneys for Defendants
                                          Apple Inc., Timothy Cook, and Luca Maestri
28

Dated: October 25, 2022

ROBBINS GELLER RUDMAN & DOWD LLP

*/s/ Shawn A. Williams*

SHAWN A. WILLIAMS
Counsel for Lead Plaintiff,
Norfolk County Council as Administering
Authority of the Norfolk Pension Fund

## CIVIL L.R. 5-1 ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), I, James N. Kramer, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order regarding Deadline to Submit Statement or Declaration in Support of Sealing Request.  In compliance with General Order 45, X.B., I hereby attest that Shawn A. Williams has concurred in this filing.

*/s/ James N. Kramer*

JAMES N. KRAMER

\*\*\*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____   _____

HONORABLE YVONNE GONZALEZ ROGERS

STIPULATION AND [PROPOSED] ORDER RE DEADLINE TO SUBMIT
STATEMENT IN SUPPORT OF SEALING REQUEST
CASE NO. 19-CV-02033-YGR