JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
MICHAEL D. TORPEY (SBN 79424)
mtorpey@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     (415) 773-5700
Facsimile:      (415) 773-5759

Attorneys for Defendants Apple Inc.,
Timothy Cook and Luca Maestri

[additional counsel appears on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Case No. 4:19-cv-02033-YGR<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER REGARDING DEADLINE TO SUBMIT STATEMENT OR DECLARATION IN SUPPORT OF SEALING REQUEST**<br><br>Hon. Yvonne Gonzalez Rogers |
|---|---|

1    This Stipulation is entered into by and among Lead Plaintiff Norfolk County Council as Administering Authority of the Norfolk Pension Fund ("Lead Plaintiff") and Defendants Apple Inc. ("Apple"), Timothy Cook, and Luca Maestri (collectively "Defendants" and together with the Lead Plaintiff, the "Parties"), through their respective attorneys of record.

WHEREAS, on October 20, 2022, Lead Plaintiff filed its Opposition to Defendants' Motion for Summary Judgment, and its Opposition to Defendants' Motion to Exclude Expert Testimony (collectively, the "Oppositions");

WHEREAS, because the Oppositions make reference to a substantial volume of discovery materials that Defendants have designated as Confidential or Highly Confidential pursuant to the Stipulated Protective Order, Lead Plaintiff has also filed three Administrative Motions to Consider Whether Another Party's Material Should Be Sealed (the "Administrative Motions") [Dkt. Nos. 321, 322, and 323];

WHEREAS, in light of the volume of materials provisionally lodged under seal in connection with the Administrative Motions, Defendants have requested a one-week extension of the deadline set by Local Rule 79-5(f)(3) to file a statement and/or declaration in support of any sealing request in connection with the Administrative Motions, and Lead Plaintiff does not oppose that request;

NOW THEREFORE, it is stipulated and agreed among the undersigned Parties, and respectfully submitted for the Court's approval as follows:

Defendants shall file any statement and/or declaration in support of any sealing request in connection with the Administrative Motions no later than November 3, 2022.

**IT IS SO STIPULATED.**

Dated: October 25, 2022                    ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ James N. Kramer*
JAMES N. KRAMER
Attorneys for Defendants
Apple Inc., Timothy Cook, and Luca Maestri

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: October 25, 2022 | ROBBINS GELLER RUDMAN & DOWD LLP |

*/s/ Shawn A. Williams*
SHAWN A. WILLIAMS
Counsel for Lead Plaintiff,
Norfolk County Council as Administering
Authority of the Norfolk Pension Fund

### CIVIL L.R. 5-1 ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), I, James N. Kramer, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order regarding Deadline to Submit Statement or Declaration in Support of Sealing Request. In compliance with General Order 45, X.B., I hereby attest that Shawn A. Williams has concurred in this filing.

*/s/ James N. Kramer*
JAMES N. KRAMER

\*\*\*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 25, 2022

HONORABLE YVONNE GONZALEZ ROGERS