JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
MICHAEL D. TORPEY (SBN 79424)
mtorpey@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:	+1 (415) 773-5700
Facsimile:	+1 (415) 773-5759

Attorneys for Defendants Apple Inc.,
Timothy Cook, and Luca Maestri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Civil Action No. 4:19-cv-02033-YGR-JCS<br><br>**[PROPOSED] ORDER REGARDING LEAD PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (DKT. 322)**<br><br>Judge: Honorable Yvonne Gonzalez Rogers |

On October 20, 2022, Lead Plaintiff filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. No. 322, the "Administrative Motion"). Defendants Apple Inc., Timothy Cook, and Luca Maestri (collectively, "Defendants") have submitted a declaration in support of their request that the material presented in connection with the Administrative Motion (the "Sealed Records") remain under seal.[1]  Having considered the papers and the contentions of the parties, the Court HEREBY GRANTS IN PART the Administrative Motion as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Ex. 1, portions of pp. 1-2 containing employee email addresses and phone numbers | Kramer Decl. ¶ 7. | |
| Ex. 2, portions of pp. 1-2 containing employee email addresses and phone numbers | Kramer Decl. ¶ 7. | |
| Ex. 4, portions of p. 1 containing employee email addresses | Kramer Decl. ¶ 7. | |
| Ex. 5, portions of p. 1 containing employee email addresses | Kramer Decl. ¶ 7. | |
| Ex. 6, portions of p. 1 containing employee email addresses | Kramer Decl. ¶ 7. | |
| Ex. 8, portions of p. 1 containing employee email addresses | Kramer Decl. ¶ 7. | |
| Ex. 9, portions of p. 1 containing employee email addresses | Kramer Decl. ¶ 7. | |

---

[1] Unless otherwise noted, all exhibits referenced herein are exhibits to the Declaration of Shawn A. Williams in Support of Lead Plaintiff's Opposition to Defendants' Motion for Summary Judgment (Dkt. 322-4).

1

[PROPOSED] ORDER REGARDING PLAINTIFF'S
ADMINISTRATIVE MOTION TO SEAL
C.A. NO. 4:19-CV-02033-YGR-JCS

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Ex. 11, portions of p. 2 pertaining to reseller data; portions of pp. 1, 2 containing employee email addresses | Kramer Decl. ¶ 5; Kramer Decl. ¶ 7. | |
| Ex. 12, portions of p. 1 containing employee email addresses | Kramer Decl. ¶ 7. | |
| Ex. 13, portions of p. 1 containing employee email addresses | Kramer Decl. ¶ 7. | |
| Ex. 14, portions of p. 2 pertaining to reseller data; portions of p. 1 containing employee email addresses | Kramer Decl. ¶ 5; Kramer Decl. ¶ 7. | |
| Ex. 15, portions of pp. 2, 3 pertaining to reseller data; portions of pp. 1, 2 containing employee email addresses | Kramer Decl. ¶ 5; Kramer Decl. ¶ 7. | |
| Ex. 16, portions of pp. 1-3 containing employee email addresses and phone numbers | Kramer Decl. ¶ 7. | |
| Ex. 17, portions of pp. 1-2 containing employee email addresses and phone numbers | Kramer Decl. ¶ 7. | |
| Ex. 18, portions of pp. 1, 2, 5 containing employee email addresses and phone numbers | Kramer Decl. ¶ 7. | |
| Ex. 19, portions of pp. 1-2 containing employee email addresses | Kramer Decl. ¶ 7. | |
| Ex. 20, portions of p. 1 containing employee email addresses | Kramer Decl. ¶ 7. | |

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Ex. 21, portions of pp. 2, 3, 4 pertaining to reseller data; portions of p. 1 containing employee email addresses | Kramer Decl. ¶ 5; Kramer Decl. ¶ 7. | |
| Ex. 22, portions of p. 3 pertaining to reseller data; portions of p. 1 containing employee email addresses | Kramer Decl. ¶ 5; Kramer Decl. ¶ 7. | |
| Ex. 23, portions of p. 1 containing employee email addresses | Kramer Decl. ¶ 7. | |
| Ex. 24, portions of pp. 2, 3, 4, 5 pertaining to reseller data; portions of p. 1 containing employee email addresses | Kramer Decl. ¶ 5; Kramer Decl. ¶ 7. | |
| Ex. 25, portions of pp. 1-2 containing employee email addresses and phone numbers | Kramer Decl. ¶ 7. | |
| Ex. 27, portions of pp. 1, 2, 4, 5 containing employee email addresses | Kramer Decl. ¶ 7. | |
| Ex. 28, portions of pp. 1-2 containing employee email addresses and phone numbers | Kramer Decl. ¶ 7. | |
| Ex. 29, portions of p. 1 containing employee email addresses | Kramer Decl. ¶ 7. | |
| Ex. 30, portions of pp. 1-2 containing employee email addresses | Kramer Decl. ¶ 7. | |
| Ex. 31, portions of p. 1 containing employee email addresses | Kramer Decl. ¶ 7. | |

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Ex. 32, portions of pp. 1-2 containing employee email addresses and phone numbers | Kramer Decl. ¶ 7. | |
| Ex. 33, portions of p. 1 containing employee email addresses | Kramer Decl. ¶ 7. | |
| Ex. 34, portions of p. 1 containing employee email addresses | Kramer Decl. ¶ 7. | |
| Ex. 35, portions of p. 1 containing employee email addresses and phone numbers | Kramer Decl. ¶ 7. | |
| Ex. 37, portions of pp. 1-3 containing employee email addresses and phone numbers | Kramer Decl. ¶ 7. | |
| Ex. 38, portions of pp. 1, 2, 4, 5 related to reseller data; portions of p. 1 containing employee email addresses | Kramer Decl. ¶ 5; Kramer Decl. ¶ 7. | |
| Ex. 39, portions of p. 1 containing employee email addresses | Kramer Decl. ¶ 7. | |
| Ex. 41, portions of pp. 1-3 containing employee email addresses and phone numbers | Kramer Decl. ¶ 7. | |
| Ex. 42, portions of p. 1 containing employee email addresses | Kramer Decl. ¶ 7. | |
| Ex. 43, portions of pp. 1, 2, 4, 5 containing employee email addresses and phone numbers | Kramer Decl. ¶ 7. | |
| Ex. 45, portions of p. 1 containing employee email addresses | Kramer Decl. ¶ 7. | |

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Ex. 47, portions of pp. 1, 3 containing employee email addresses | Kramer Decl. ¶ 7. | |
| Ex. 48, portions of pp. 1-4 containing employee email addresses | Kramer Decl. ¶ 7. | |
| Ex. 49, portions of pp. 1-3 containing employee email addresses | Kramer Decl. ¶ 7. | |
| Ex. 50, portions of pp. 1, 2, 3, 4 related to supplier data; portions of pp. 1, 2, 3 containing employee email addresses and phone numbers | Kramer Decl. ¶ 5; Kramer Decl. ¶ 7. | |
| Ex. 51, portions of p. 1 containing employee email addresses | Kramer Decl. ¶ 7. | |
| Ex. 52, portions of p. 1 containing employee email addresses | Kramer Decl. ¶ 7. | |
| Ex. 53, portions of p. 1 containing employee email addresses | Kramer Decl. ¶ 7. | |
| Ex. 54, portions of p. 1 containing employee email addresses | Kramer Decl. ¶ 7. | |
| Ex. 56, portions of pp. 1-4 containing employee email addresses | Kramer Decl. ¶ 7. | |
| Ex. 58, portions of pp. 1-2 containing employee email addresses | Kramer Decl. ¶ 7. | |
| Ex. 59, portions of p. 1 containing employee email addresses | Kramer Decl. ¶ 7. | |

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Ex. 60, portions of p. 1 containing employee email addresses | Kramer Decl. ¶ 7. | |
| Ex. 61, portions of p. 1 containing employee email addresses | Kramer Decl. ¶ 7. | |
| Ex. 62, portions of p. 1 containing employee email addresses | Kramer Decl. ¶ 7. | |
| Ex. 63, portions of p. 1 containing employee email addresses | Kramer Decl. ¶ 7. | |
| Ex. 66, portions of p. 1 containing employee email addresses | Kramer Decl. ¶ 7. | |
| Ex. 68, portions of p. 1 containing employee email addresses | Kramer Decl. ¶ 7. | |
| Ex. 69, portions of p. 1 containing employee email addresses | Kramer Decl. ¶ 7. | |
| Ex. 72, portions of pp. 1-2 containing employee email addresses | Kramer Decl. ¶ 7. | |
| Ex. 73, portions of p. 1 containing employee email addresses | Kramer Decl. ¶ 7. | |
| Ex. 74, portions of pp. 1-2 containing employee email addresses | Kramer Decl. ¶ 7. | |
| Ex. 75, portions of pp. 1-2 containing employee email addresses | Kramer Decl. ¶ 7. | |
| Ex. 76, portions of p. 1 containing employee email addresses | Kramer Decl. ¶ 7. | |

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Ex. 77, portions of pp. 1-2 containing employee email addresses | Kramer Decl. ¶ 7. | |
| Ex. 78, portions of pp. 1, 3 containing employee email addresses and phone numbers | Kramer Decl. ¶ 7. | |
| Ex. 81, portions of p. 1 containing employee email addresses, conference call codes, and phone numbers | Kramer Decl. ¶ 7. | |
| Ex. 82, p. 1, ¶ 3, ln. 4-6 (after "muted", before "There are the occasional"); portions of p. 1 containing employee email addresses | Kramer Decl. ¶ 6; Kramer Decl. ¶ 7. | |
| Ex. 83, portions of pp. 1-2 containing employee email addresses | Kramer Decl. ¶ 7. | |
| Ex. 84, portions of pp. 1, 4 containing employee email addresses | Kramer Decl. ¶ 7. | |
| Ex. 87, p. 9:11-12 | Kramer Decl. ¶ 7. | |
| Ex. 88, pp. 10:10-13; 50:5-6, 50:11-12, 50:20; 115:23-25; 231:25; 249:25 | Kramer Decl. ¶ 7. | |
| Ex. 89, pp. 11:9-10; 11:15-16 | Kramer Decl. ¶ 7. | |
| Ex. 90, p. 9:4-5 | Kramer Decl. ¶ 7. | |

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Ex. 91, portions of pp. 1-2 containing employee email addresses | Kramer Decl. ¶ 7. | |
| Ex. 95, portions of pp. 1, 4, 8 containing employee email addresses | Kramer Decl. ¶ 7. | |
| Ex. 96, portions of pp. 1-2 containing employee email addresses | Kramer Decl. ¶ 7. | |
| Ex. 99, portions of pp. 1-2 containing employee email addresses | Kramer Decl. ¶ 7. | |
| Ex. 140, portions of p. 3 pertaining to reseller data; portions of p. 1 containing employee email addresses | Kramer Decl. ¶ 5; Kramer Decl. ¶ 7. | |
| Ex. 142, portions of p. 1 containing employee email addresses | Kramer Decl. ¶ 7. | |

The Court orders that the Clerk of the Court shall maintain the "sealed/unredacted" version of the records identified above under seal. Only this Court, court personnel, and interested parties to this case may inspect the records sealed by this Order.

Defendants have indicated that the records identified below need not be sealed. Accordingly, the Administrative Motion is DENIED as to the records identified below.

| Documents That Need Not Be Sealed |
|---|
| Lead Plaintiff's Opposition to Defendants' Motion for Summary Judgment |

| **Documents That Need Not Be Sealed** |
|---|
| Lead Plaintiff's Opposition to Defendants' Motion to Exclude Expert Testimony |
| Exhibit A to the Declaration of Shawn A. Williams in Support of Lead Plaintiff's Motion to Exclude Expert Testimony (Dkt. 321-4) |
| Exs. 3, 7, 10, 26, 36, 40, 44, 46, 55, 57, 64, 65, 67, 70, 71, 79, 80, 85, 86, 92, 93, 94, 97, 139, 143, 144 |

**IT IS SO ORDERED.**

Date: _____, 2022

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE