| | |
|---|---|
| 1 | JAMES N. KRAMER (SBN 154709) |
| | jkramer@orrick.com |
| 2 | MICHAEL D. TORPEY (SBN 79424) |
| | mtorpey@orrick.com |
| 3 | ALEXANDER K. TALARIDES (SBN 268068) |
| | atalarides@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 5 | 405 Howard Street |
| | San Francisco, CA  94105-2669 |
| 6 | Telephone:     +1 (415) 773-5700 |
| | Facsimile:      +1 (415) 773-5759 |
| 7 | |
| | Attorneys for Defendants Apple Inc., |
| 8 | Timothy Cook, and Luca Maestri |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Lead Case No. 4:19-cv-02033-YGR |
| | **DEFENDANTS' RESPONSE TO PLAINTIFF'S ADDITIONAL FACTS IN SEPARATE STATEMENT OF UNDISPUTED FACTS IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| This Document Relates To: | |
| ALL ACTIONS. | |
| | <u>Hearing</u> |
| | Date:    TBD |
| | Time:    2:00 p.m. |
| | Ctrm:    1, 14th Floor |
| | Judge:   Honorable Yvonne Gonzalez Rogers |

Defendants Apple Inc., Timothy Cook, and Luca Maestri (collectively "Defendants") submit this response to Plaintiff's additional facts ("PAFs") submitted in its Responsive Separate Statement of Undisputed Facts, Dkt. No. 323-3, in opposition to Defendants' Motion for Summary Judgment, Dkt. No. 293 (the "MSJ").[1]  Defendants' responses to Plaintiff's purported "additional material facts" are intended only to correct Plaintiff's misrepresentations, and should not be read as conceding that Plaintiff's added facts are necessary, material, or even relevant to the Motion—they are not.

| Issue No. | Plaintiff's Additional Material Facts and Supporting Evidence | Defendants' Response and Supporting Evidence |
|---|---|---|
| Issue No. 1 | Additional Fact #31:  Apple considers China an emerging market country.<br><br>Ex. 27 at 124. | Undisputed. |
| Issue No. 1 | Additional Fact #32:  In FY18, China was Apple's second-largest market by country, accounting for $52B in revenue.<br><br>Ex. 122 at 23. | Undisputed that China was Apple's second-largest revenue market by country in FY 2018.<br><br>Undisputed that Greater China, which includes China, generated $51.9 billion in revenue for Apple in FY 2018. |
| Issue No. 1 | Additional Fact #33:  The iPhone XR was designed to compete and expected to generate strong demand in the Chinese market based upon its combination of size, features and price, and Apple allocated two-thirds of its initial iPhone XR production inventory to the Chinese market.<br><br>Exs. 113, 126, 110, 4, 132 at 2, 133 at 1. | Undisputed (but immaterial) that the iPhone XR had a unique "combination of size, features and price," which made forecasting its demand difficult.  Parekh Decl. ¶ 8.<br><br>Disputed (but immaterial) that the iPhone XR was designed to compete specifically for the Chinese market.  It was designed to compete globally.  PEx. 87 at 200:3-15; PEx. 86 at 101:5-102:6.<br><br>Disputed (but immaterial) that "Apple allocated two-thirds of its initial iPhone XR production inventory to the Chinese market." |

---

[1] The terms used herein are as defined in the Glossary of Terms Used accompanying Defendants' Motion for Summary Judgment.  Dkt. No. 293.  For Defendants' responses, all "Ex." citations herein are to the exhibits attached to the declarations filed in support of Defendants' MSJ and all "PEx." citations refer to the exhibits that Plaintiff filed in opposition to that Motion, *see* Dkt. No. 322-3 (the "Opp.").

1

DEFENDANTS' RESPONSE TO PLAINTIFF'S ADDITIONAL FACTS IN SEPARATE STATEMENT OF UNDISPUTED FACTS
CASE NO. 4:19-CV-02033-YGR

| Issue No. | Plaintiff's Additional Material Facts and Supporting Evidence | Defendants' Response and Supporting Evidence |
|---|---|---|
| | | Plaintiff cites no admissible evidence to support this, as PEx. 133 is double hearsay, with which Plaintiff impermissibly attempts to establish the truth of the matter asserted. *See* Ex. 133 at 1 (citing a "local media" report which itself cited unnamed "people familiar with the matter"). Similarly, PExs. 97 and 98 only detail where the iPhone XR was *manufactured*, *i.e.*, China, not where the units were to be *sold*, as Plaintiff misrepresents. *See* Opp. at 7. |
| Issue No. 1 | Additional Fact #34: In the second half of 2018, analysts, investors, economists, and journalists publicly chronicled slowing economic conditions in China, the effect on consumers there, and risks to Apple's iPhone business.<br><br>ECF 301-16, ¶60; Ex. 3; Ex. 4; Ex. 139; Ex. 136. | Undisputed. |
| Issue No. 1 | Additional Fact #35: In October 2018, Cook and other top executives internally expressed concern about weak demand for the iPhone XR in Greater China.<br><br>Ex. 2; Ex. 6. | Undisputed (but immaterial) that in October 2018, Mr. Cook expressed concern that Apple's *overall* revenue projections had decreased and that iPhone XR sales *globally* were below initial expectations. PEx. 86 at 209:2-16. But Mr. Cook was not specifically concerned about iPhone XR demand in Greater China, where the iPhone XR was performing comparably or even better than in the rest of the world. Cook Decl. ¶ 31; Parekh Decl. ¶¶ 12-13; PEx. 86 at 190:8-18. |
| Issue No. 1 | Additional Fact #36: During October 2018, Chinese iPhone partners/resellers communicated to Apple that demand for iPhone XR in China was weak.<br><br>Ex. 41; Ex. 47; Ex. 56; Ex. 87 at 80:13-90:20; Ex. 86 at 111-113. | Undisputed (but immaterial) that in October 2018 certain Chinese resellers communicated to Apple that demand for the iPhone XR was below expectations. |
| Issue No. 1 | Additional Fact #37: Chinese iPhone partners and resellers historically represented 80% of iPhone sales in Greater China. | Undisputed (but immaterial) that Apple historically sells approximately 80% of its iPhones through resellers and channel |

2

DEFENDANTS' RESPONSE TO PLAINTIFF'S ADDITIONAL FACTS IN SEPARATE STATEMENT OF UNDISPUTED FACTS
CASE NO. 4:19-CV-02033-YGR

| Issue No. | Plaintiff's Additional Material Facts and Supporting Evidence | Defendants' Response and Supporting Evidence |
|---|---|---|
| | Ex. 87 at 85-86; 47 at 1; Ex. 87 at 80:13-90:20; Ex. 86 at 111-113. | partners *globally*. PEx. 87 at 79:23-80:11. |
| Issue No. 1 | Additional Fact #38: By October 16, 2018, Cook told Conroy, Vice President of Finance, that he was worried about demand risk in China and Japan.<br><br>Ex. 6; Ex. 86 at 106, 107, 112; Ex. 87 at 108. | Undisputed (but immaterial) that on October 16, 2018, Mr. Conroy sent an email stating that Mr. Cook was concerned about the demand risk in China and Japan that was reflected in Apple's then-current global iPhone XR unbrickings forecast. PEx. 6; PEx. 86 at 111:22-114:1. Apple accounted for that and other demand risk by lowering the global iPhone XR unbrickings forecast that was incorporated into Apple's FQ1 2019 revenue guidance. *See* Parekh Decl. ¶¶ 14-15. |
| Issue No. 1 | Additional Fact #39: In the week of October 15, 2018, Apple cut the iPhone XR MPS by 2M.<br><br>Ex. 17. | Undisputed (but immaterial) that Apple *planned* a production cut of two million iPhone XR units, with a simultaneous two million unit increase in iPhone XS (or D32) production, on *October 23, 2018*. PEx. 17 at 1. |
| Issue No. 1 | Additional Fact #40: Pre-orders for the iPhone XR, which began on October 19, 2018, materially underperformed the launches of other iPhones, and were materially below Apple's internal expectations, particularly in China.<br><br>Ex. 15; Ex. 22; Ex. 16; 90 at 103; 86 at 117. | Undisputed (but immaterial) that iPhone XR pre-orders underperformed certain other iPhone launches and were below Apple's initial expectations *globally*. The term "materially" is vague and ambiguous. Also, comparing iPhone XR pre-orders to the pre-orders of other, early-adopter iPhone launches is an inapt comparison. Parekh Decl. ¶ 10; PEx. 86 at 183:3-13.<br><br>Though immaterial, the iPhone XR's initial underperformance was not "particularly in China." The iPhone XR's early performance in China was consistent with, or even better than, its performance in other regions. Parekh Decl. ¶¶ 11-13; Cook Decl. ¶ 31; PEx. 86 at 190:8-18. None of Plaintiff's exhibits in fact support the contrary proposition. |
| Issue No. 1 | Additional Fact #41: Between October 19 | Undisputed (but immaterial) that |

3

DEFENDANTS' RESPONSE TO PLAINTIFF'S ADDITIONAL FACTS IN SEPARATE STATEMENT OF UNDISPUTED FACTS
CASE NO. 4:19-CV-02033-YGR

| Issue No. | Plaintiff's Additional Material Facts and Supporting Evidence | Defendants' Response and Supporting Evidence |
|---|---|---|
| | and October 23, 2018, Defendants cut Greater China revenue outlook from 4% growth to -1%, a decline driven by poor demand for the iPhone and iPad.<br><br>Ex. 20. | on or around October 23, 2018, Apple lowered its FQ1 2019 revenue forecast for Greater China from 4% YoY to -1% YoY.<br><br>Disputed (but immaterial) that this forecast revision was "driven by poor demand" for the iPhone and iPad. Apple measures consumer demand through unbrickings and Apple's iPhone unbrickings forecast in China between October 19 and 23, 2018 *increased*. *See* Ex. 106 ¶¶ 22-23, 65. Rather, the revenue forecast decrease in China was driven by how Apple decided to allocate iPhone supply between different countries. *Id.* ¶ 64; PEx. 88 at 123:8-18; PEx. 90 at 145:5-24. |
| Issue No. 1 | Additional Fact #42: Greater China revenue was down $1.4B YoY (-86%) by October 28, 2018, which was attributed to poor iPhone XR sales.<br><br>Ex. 22; Ex. 77; Ex. 31; Ex. 36. | Disputed (but immaterial). Plaintiff's only exhibit that suggests this, PEx. 36, refers only to Apple's Online Store (AOS) business, which is just a small part of Apple's overall revenue. *See* PEx. 86 at 184:11-25. |
| Issue No. 1 | Additional Fact #43: In Week 4 (Oct. 21-Oct. 27, 2018) store traffic was down -35% worldwide. In greater China, traffic was down 34% on October 26 (Launch Day) and 35% on October 27.<br><br>Ex. 36; Ex. 42 at 815; Ex. 86 at 134-135. | Undisputed (but immaterial) that iPhone XR retail store traffic in Greater China (and globally) on October 26 and 27, 2018 was down *compared to the iPhone X launch* from November 2017. PEx. 42 at 815; PEx. 86 at 190:1-25. But that is a "meaningless data point." PEx. 86 at 226:14-20. On an *unadjusted* YoY basis, store traffic in Greater China was up 39% and 9% on October 26 and 27, 2018, respectively. PEx. 42 at 814; Parekh Decl. ¶ 12.<br><br>Undisputed (but immaterial) that *online* store traffic was down 35% globally in Week 4. *See* PEx. 86 at 179:7-15; PEx. 36. But in Week 4, *retail* store traffic was up 5% globally, and up 16% in Greater China. PEx. 42 at 814. |
| Issue No. 1 | Additional Fact #44: As of October 26, 2018, Cook was told and knew that in | Undisputed (but immaterial) that Mr. Cook received an email on |
4

DEFENDANTS' RESPONSE TO PLAINTIFF'S ADDITIONAL FACTS IN SEPARATE STATEMENT OF UNDISPUTED FACTS
CASE NO. 4:19-cv-02033-YGR

| Issue No. | Plaintiff's Additional Material Facts and Supporting Evidence | Defendants' Response and Supporting Evidence |
|---|---|---|
| | China "[o]verall store traffic is low compared to historical launch days." <br><br> Ex. 140 at 3. | October 26, 2018 stating that in the Pacific region store traffic for the iPhone XR was lower than historical launch days. This was to be expected. Parekh Decl. ¶ 10. |
| Issue Nos. 1 and 2 | Additional Fact #45: As of October 26, 2018, Apple knew that some Chinese consumers were waiting on purchasing an iPhone until they could compare the latest iPhones to the new Huawei Mate 20 series of phones and that the buzz in China was for the new Mate 20, not the iPhone XR. <br><br> Ex. 24 at 3-4; Ex. 42; Ex. 53; Ex. 86 at 129:2-132:6; 162:2-23; Ex. 96. | Undisputed (but immaterial), except with respect to the term "buzz," which is vague and ambiguous. The iPhone XR was not an early-adopter product but rather a product where Apple expected demand to build over time, once consumers could see it in person and compare it against other products. Parekh Decl. ¶ 10. |
| Issue Nos. 1 and 2 | Additional Fact #46: On October 27, 2018, Apple cut its 1Q19 iPhone unit sales outlook by as much as 7.1M units (including a cut of 7.3M units of iPhone XR) which Conroy described to Cook as an "extreme problem" due to "how low the early results have been" for iPhone XR sales. <br><br> Ex. 31. | Undisputed (but immaterial) that on or around October 27, 2018, Apple lowered its low-case FQ1 2019 iPhone unit forecast by 7.1 million units to account for the slower-than-expected iPhone XR launch. *See also* Parekh Decl. ¶ 14. |
| Issue No. 1 | Additional Fact #47: On October 27, 2018, Maestri told Cook, with respect to the weak 1Q19 revenue outlook, "The whole issue is if course XR . . ." <br><br> Ex. 34. | Undisputed (but immaterial) that Mr. Maestri emailed Mr. Cook on October 27, 2018 stating that, with respect to the lowered guidance, "[t]he whole issue is of course XR, and the potential substitution by other products." |
| Issue No. 1 | Additional Fact #48: On October 27, 2018, Cook told top executives that revised 1Q19 revenue by -$3.3 billion was "obviously a disaster." <br><br> Ex. 32; Ex. 25; Ex. 26. | Undisputed (but immaterial). Apple disclosed this same guidance, after it was revised down by more than $3.3 billion, to the public on November 1, 2018. Ex. 3 at 6. |
| Issue No. 1 | Additional Fact #49: On October 28, 2018, Cook described the current revenue outlook as a result of poor iPhone XR sales and as "a 5 alarm fire," and sought urgent action to drive revenue to cover for the iPhone XR shortfall. <br><br> Ex. 38; Ex. 86 at 173:21-176:20. | Undisputed (but immaterial), except that the notes from the October 28, 2018 meeting between Mr. Cook and other Apple employees only stated that "[t]his is a 5 alarm fire," not that Mr. Cook specifically described it as such. PEx. 38 at 609. Plaintiff's attempt to attribute that to Mr. Cook is hearsay. |

5

DEFENDANTS' RESPONSE TO PLAINTIFF'S ADDITIONAL FACTS IN
SEPARATE STATEMENT OF UNDISPUTED FACTS
CASE NO. 4:19-CV-02033-YGR

| Issue No. | Plaintiff's Additional Material Facts and Supporting Evidence | Defendants' Response and Supporting Evidence |
|---|---|---|
| Issue No. 1 | Additional Fact #50: By October 28, 2018, Apple's Chinese telecom partners were threatening to reject shipments of the iPhone XR or withhold payment to Apple if shipments continued, and they stopped orders by November 1.<br><br>Ex. 41; Ex. 47 at 1; Ex. 58; Ex. 58. | Undisputed (but immaterial) that certain Chinese resellers threatened to reject shipments of the iPhone XR or withhold payments on or around October 28, 2018. Negotiations of this type with resellers were normal and were based on Apple's desire to maintain sufficient supply in China for Singles' Day. PEx. 86 at 203:1-204:18; PEx. 87 at 210:20-211:11. Chinese resellers, however, did not stop purchasing the iPhone XR on November 1, 2018. The iPhone XR ended up as the top selling iPhone in Q1 2019 and China, including Chinese resellers, remained a component of those sales. Parekh Decl. ¶¶ 19, 22. |
| Issue No. 1 | Additional Fact #51: Apple's iPhone XR unit sales forecast, which was a component of its 1Q19 revenue forecast, was higher than its projections based upon historical sales and achieving the forecast would require unprecedented week-over-week iPhone XR sales growth never previously achieved.<br><br>Ex. 42; Ex. 60; Ex. 51. | Disputed (but immaterial). Aside from the fact that this statement is vague and ambiguous, Apple's iPhone XR forecast as of November 1, 2018 was based on the limited available sales data, in addition to numerous other data points. Parekh Decl. ¶ 16; Ex. 106 ¶¶ 20-27. Historical launch curves did not apply to the iPhone XR because of its unique launch and because it was not an early-adopter product. Parekh Decl. ¶¶ 8-10; PEx. 61 at 1-2; PEx. 42 at 1. |
| Issue No. 1 | Additional Fact #52: Based on initial sales results, as of October 28, 2018, the iPhone XR was projected to have the lowest sales of any model in the prior 4 years using Apple's traditional extrapolations.<br><br>Ex. 42. | Undisputed (but immaterial) that Mr. Parekh sent an email on October 29, 2018 stating that traditional extrapolations on the iPhone XR's performance would suggest a lower forecast but that "we don't think our normal historical curves apply here since XR will cater to more of the non-early adopters" and "people need to see this product more than so many others in the past." PEx. 42 at 1. |
| Issue No. 1 | Additional Fact #53: Apple executives internally expressed concern about the demand risk in Greater China, in particular due to the Huawei Mate 20 | Vague and ambiguous as to the term "Apple executives" and on timing. Undisputed (but immaterial) that some members of |

6

DEFENDANTS' RESPONSE TO PLAINTIFF'S ADDITIONAL FACTS IN SEPARATE STATEMENT OF UNDISPUTED FACTS
CASE NO. 4:19-CV-02033-YGR

| Issue No. | Plaintiff's Additional Material Facts and Supporting Evidence | Defendants' Response and Supporting Evidence |
|---|---|---|
| | launch.<br><br>Ex. 42; Ex. 53; Ex. 86 at 129:2-132:6; 162:2-23. | Apple's China team expressed concern about competition from the Huawei Mate 20 launch in China in late October 2018. PEx. 86 at 197:5-12. |
| Issue No. 1 | Additional Fact #54: On October 29, 2018, Apple's China sales team warned that Apple "may want to be cautious on the tone of XR launch in China" during the November 1, 2018 investor conference call because of weak demand.<br><br>Ex. 43. | Undisputed (but immaterial) that a member of Apple's sales team emailed Mr. Parekh on October 29, 2018 that "I think we may want to be cautious on the tone of the XR launch in China" during Apple's FQ4 2018 Call, in response to a previous email that Mr. Parekh sent stating that "I agree that its premature to comment on XR" during the Call. PEx. 43 at 045-046. |
| Issue No. 1 | Additional Fact #55: On October 29, 2018, Apple told Wistron it would not receive orders to build the iPhone XR due to lack of demand.<br><br>Ex. 74. | Undisputed (but immaterial). |
| Issue No. 1 | Additional Fact #56: By October 31, 2018, the Company had documented production cuts to iPhones XR, XS, and XS Max during 1Q19. The largest driver of the cuts was the XR with 11 million units cut in 1Q19 and a total of 34 million units cut by 4Q19. On November 1, 2018, Apple finalized the cuts.<br><br>Ex. 55; Ex. 71; Ex. 142. | Disputed (but immaterial). Apple's week 5 FQ1 2019 production cuts, which only included cuts through FQ2 2019, were finalized on November 2, 2018, as Plaintiff's own exhibits make clear. PEx. 142 at 543 ("We are moving forward with the MPS adjustments we discussed yesterday. In fact we are cutting Xr further than discussed."); PEx. 66. |
| Issue Nos. 1 and 2 | Additional Fact #57: Between October 23 to November 1, 2018, the Company cut its company-wide revenue forecast for 1Q19 by $5.9 billion and its expected iPhone sales by 6 million units, and Apple and Cook knew that the iPhone XR launch got off to a slower start than expected and that the forecast was revised downward because of it.<br><br>Ex. 56; Ex. 57; ECF 297-76, ¶38; Ex. 86 at 167:7-168:16 | Undisputed and, in fact, confirms that "Apple's FQ1 2019 revenue guidance incorporated all relevant, available data about Apple's actual performance results up until November 1, 2018, the date it was provided." *See* UF #22. |
| Issue Nos. 1 and 2 | Additional Fact #58: Prior to the November 1, 2018 conference call, Cook | Undisputed, except that this email contained no representation that |

| Issue No. | Plaintiff's Additional Material Facts and Supporting Evidence | Defendants' Response and Supporting Evidence |
|---|---|---|
| | and Maestri were informed of questions they would likely be asked by the analysts on the call that day, including that of Wamsi Mohan (BofA), who was expected to ask "There is broader concern about the economic situation in China, how is your business performing there?"<br><br>Ex. 59. | Messrs. Cook and Maestri would "likely be asked" certain questions but instead that these were "[p]otential questions" or Apple's "predictions of questions" from analysts that Apple expected to be on the call. Ex. 1 at 1; PEx. 59 at 1. |
| Issue Nos. 1 and 2 | Additional Fact #59: On the morning of November 1, Cook told the Board of Directors that the iPhone XR launch had been muted and the Company had no experience forecasting demand for a product like the iPhone XR.<br><br>Ex. 61. | Undisputed (but immaterial) that on November 1, 2018, Mr. Cook emailed Apple's board of directors that iPhone XR sales at launch "were muted despite the most positive product reviews we've had in years" and that Apple had "no historical experience to project the demand curve for this type of product and therefore ha[d] a higher range of potential sales outcomes." Ex. 101; PEx. 61. |
| Issue No. 1 | Additional Fact #60: Apple's stock declines following the partial disclosures on November 5 and 12, 2018, and following the disclosure on January 2, 2019, were statistically significant.<br><br>ECF 301-19 at 121 (Exhibit 7); ¶¶109-112, 119-120 | Undisputed (but immaterial) that Apple's stock declines on November 5 and 12, 2018 and January 3, 2019 were statistically significant. |
| Issue No. 1 | Additional Fact #61: On January 2, 2019, the Company published the "Letter from Tim Cook to Apple investors," which stated that the Company's shortfall to guidance was primarily due to decelerating conditions in China.<br><br>Ex. 123. | Undisputed that the January 2, 2019 investor letter stated that "[w]hile [Apple] anticipated some challenges in key emerging markets, [Apple] did not foresee the magnitude of the economic deceleration, particularly in Greater China," and that "most of [Apple's] revenue shortfall to [its FQ1 2019] guidance" occurred in Greater China. Ex. 26 at 2; PEx. 123 at 2. |
| Issue No. 1 | Additional Fact #62: On January 2, 2019, Cook was interviewed by CNBC, during which he stated that the cause of the miss to revenue guidance was 100% due to conditions in China.<br><br>Ex. 125. | Disputed (but immaterial). In Mr. Cook's January 2, 2019 interview with CNBC, he stated that Apple's guidance shortfall was "over 100% from *iPhone*," which includes all geographies, and also that the shortfall was "primarily in Greater China." PEx. 125 at 2 (emphasis |

8

DEFENDANTS' RESPONSE TO PLAINTIFF'S ADDITIONAL FACTS IN
SEPARATE STATEMENT OF UNDISPUTED FACTS
CASE NO. 4:19-CV-02033-YGR

| Issue No. | Plaintiff's Additional Material Facts and Supporting Evidence | Defendants' Response and Supporting Evidence |
|---|---|---|
| | | added). |
| Issue No. 1 | Additional Fact #63: Maestri knew what questions would be asked during the November 1, 2018 earnings call, and he forwarded the email describing that information to Cook. Maestri also had substantial responsibility for preparing Apple's responses to the questions expected at the earnings call.<br><br>Ex. 89 at 54:11-14; 85:16-86:10; 95:5-6. | The term "substantial responsibility" with regards to "preparing Apple's responses to the questions expected at the earnings call" is vague and ambiguous. Undisputed that Mr. Maestri was involved in preparing Apple's Q&A Prep Document for the FQ4 2018 Call. Maestri Decl. ¶ 4.<br><br>Undisputed that Mr. Maestri forwarded an email to Mr. Cook on November 1, 2018 containing *predicted* analyst questions for Apple's FQ4 2018 Call. Ex. 1; UF #1. Mr. Maestri did not know the *exact* questions that analysts would ask on Apple's FQ4 2018 Call, *see* Maestri Decl. ¶ 9, which is evident by the fact that Apple's predicted analyst questions all *differed* from what the analysts actually asked on the Call. *Compare* Ex. 1 *with* Ex. 3 at 7-12. |

I attest that the evidence cited herein fairly and accurately supports and/or disputes the facts as asserted.

Dated: November 17, 2022

Respectfully submitted,
ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ James N. Kramer*
JAMES N. KRAMER

Attorneys for Defendants Apple Inc., Timothy D. Cook, and Luca Maestri

9

DEFENDANTS' RESPONSE TO PLAINTIFF'S ADDITIONAL FACTS IN SEPARATE STATEMENT OF UNDISPUTED FACTS
CASE NO. 4:19-CV-02033-YGR