UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Case No. 4:19-cv-2033-YGR<br>**ORDER RE STAY**<br>Re: Dkt. No. 319 |

In light of the Ninth Circuit's denial of defendants' petition for writ of mandamus, the Court **GRANTS** defendants' motion to stay the production orders addressed in defendants' motion until review and decision by the Supreme Court in *In re Grand Jury*, No. 21-1397 (U.S.).

This terminates docket number 319.

**IT IS SO ORDERED.**

Dated: **November 30, 2022**

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE