JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
MICHAEL D. TORPEY (SBN 79424)
mtorpey@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:	+1 (415) 773-5700
Facsimile:	+1 (415) 773-5759

Attorneys for Defendants Apple Inc.,
Timothy Cook, and Luca Maestri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No. 4:19-cv-02033-YGR<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF RECENT DECISION (DKT. NO. 336)** |
|---|---|

Defendants Apple Inc., Timothy Cook, and Luca Maestri (collectively "Defendants") submit this response to Plaintiff's Statement of Recent Decision Pursuant to Court's Order re Stay of Production Orders (Dkt. No. 336).

Following the Supreme Court's dismissal of the writ of certiorari in *In re Grand Jury*, Defendants have now produced documents to Plaintiff in accordance with Magistrate Judge Spero's Order Granting in Part and Denying in Part Motion to Compel, dated August 3, 2022 (Dkt. No. 272, the "Production Order"). Defendants do so without waiver of any right to bring further challenges to the Production Order, on appeal or otherwise.

Dated: January 31, 2023

Respectfully submitted,
ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ James N. Kramer*
JAMES N. KRAMER

Attorneys for Defendants Apple Inc., Timothy D. Cook, and Luca Maestri