1    JAMES N. KRAMER (SBN 154709)
     jkramer@orrick.com
2    MICHAEL D. TORPEY (SBN 79424)
     mtorpey@orrick.com
3    ALEXANDER K. TALARIDES (SBN 268068)
     atalarides@orrick.com
4    ORRICK, HERRINGTON & SUTCLIFFE LLP
     The Orrick Building
5    405 Howard Street
     San Francisco, CA  94105-2669
6    Telephone:     (415) 773-5700
     Facsimile:     (415) 773-5759
7
     Attorneys for Defendants Apple Inc.,
8    Timothy Cook and Luca Maestri

9    [additional counsel appears on signature page]

10

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                        OAKLAND DIVISION

14

15

16   IN RE APPLE INC. SECURITIES          Case No. 4:19-cv-02033-YGR
     LITIGATION
17   _____     **CLASS ACTION**

18   This Document Relates to:            **STIPULATION AND [PROPOSED]
                                          ORDER TO CONTINUE HEARING ON
19   ALL ACTIONS.                         LEAD PLAINTIFF'S SUPPLEMENTAL
                                          MOTION TO CERTIFY CLASS OF
20                                        APPLE OPTIONS INVESTORS AND
                                          DEFENDANTS' MOTION FOR
21                                        SUMMARY JUDGMENT**

22                                        Hon. Yvonne Gonzalez Rogers

23

24

25

26

27

28

1       This Stipulation is entered into by and among Lead Plaintiff Norfolk County Council as

2    Administering Authority of the Norfolk Pension Fund ("Lead Plaintiff") and Defendants Apple

3    Inc. ("Apple"), Timothy Cook, and Luca Maestri (collectively "Defendants" and together with the

4    Lead Plaintiff, the "Parties"), through their respective attorneys of record.

5       WHEREAS, on April 15, 2022, Lead Plaintiff filed a Supplemental Motion to Certify

6    Class of Apple Options Investors (Dkt. No. 239, the "Supplemental Class Certification Motion");

7       WHEREAS, on September 9, 2022, Defendants filed a Motion for Summary Judgment

8    (Dkt. No. 293);

9       WHEREAS, on February 6, 2023, the Court set an in-person hearing to take place on

10    March 7, 2023 at 2 p.m. for both Lead Plaintiff's Supplemental Class Certification Motion and

11    Defendants' Motion for Summary Judgment (Dkt. No 338);

12       WHEREAS, lead counsel for Defendants has a previously scheduled commitment that

13    requires him to travel outside of the Bay Area on March 7, 2023, and therefore respectfully

14    requests, subject to the Court's availability, that the Court continue the hearing by one week to

15    March 14, 2023;

16       WHEREAS, counsel for Lead Plaintiff does not oppose the requested continuance to

17    March 14, 2023;

18       NOW THEREFORE, it is stipulated and agreed among the undersigned Parties, and

19    respectfully submitted for the Court's approval as follows:

20       The hearing on Lead Plaintiff's Supplemental Class Certification Motion and Defendants'

21    Motion for Summary Judgment is continued to March 14, 2023, at 2 p.m.

22       **IT IS SO STIPULATED.**

23

24

25

26

27

28

Dated:  February 7, 2023                    ORRICK, HERRINGTON & SUTCLIFFE LLP


                                            _____
                                                      /s/ James Kramer
                                                    JAMES N. KRAMER
                                                  Attorneys for Defendants
                                           Apple Inc., Timothy Cook, and Luca Maestri


Dated:  February 7, 2023                    ROBBINS GELLER RUDMAN & DOWD LLP


                                            _____
                                                      /s/ Shawn Williams
                                                    SHAWN A. WILLIAMS
                                                  Counsel for Lead Plaintiff
                                            Norfolk County Council as Administering
                                              Authority of the Norfolk Pension Fund


## **CIVIL L.R. 5-1 ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I, James N. Kramer, am the ECF user whose ID and

password are being used to file this Stipulation and [Proposed] Order to Continue Hearing on

Lead Plaintiff's Supplemental Motion to Certify Class and Defendants' Motion for Summary

Judgment.  In compliance with General Order 45, X.B., I hereby attest that Shawn A. Williams

has concurred in this filing.


                                            _____
                                                      /s/ James Kramer
                                                    JAMES N. KRAMER


                                                          ***

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated:  _____            _____
                                           HONORABLE YVONNE GONZALEZ ROGERS