JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
MICHAEL D. TORPEY (SBN 79424)
mtorpey@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    (415) 773-5700
Facsimile:     (415) 773-5759

Attorneys for Defendants Apple Inc.,
Timothy Cook and Luca Maestri

[additional counsel appears on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Case No. 4:19-cv-02033-YGR<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER TO CONTINUE HEARING ON LEAD PLAINTIFF'S SUPPLEMENTAL MOTION TO CERTIFY CLASS OF APPLE OPTIONS INVESTORS AND DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Hon. Yvonne Gonzalez Rogers |

This Stipulation is entered into by and among Lead Plaintiff Norfolk County Council as Administering Authority of the Norfolk Pension Fund ("Lead Plaintiff") and Defendants Apple Inc. ("Apple"), Timothy Cook, and Luca Maestri (collectively "Defendants" and together with the Lead Plaintiff, the "Parties"), through their respective attorneys of record.

WHEREAS, on April 15, 2022, Lead Plaintiff filed a Supplemental Motion to Certify Class of Apple Options Investors (Dkt. No. 239, the "Supplemental Class Certification Motion");

WHEREAS, on September 9, 2022, Defendants filed a Motion for Summary Judgment (Dkt. No. 293);

WHEREAS, on February 6, 2023, the Court set an in-person hearing to take place on March 7, 2023 at 2 p.m. for both Lead Plaintiff's Supplemental Class Certification Motion and Defendants' Motion for Summary Judgment (Dkt. No 338);

WHEREAS, lead counsel for Defendants has a previously scheduled commitment that requires him to travel outside of the Bay Area on March 7, 2023, and therefore respectfully requests, subject to the Court's availability, that the Court continue the hearing by one week to March 14, 2023;

WHEREAS, counsel for Lead Plaintiff does not oppose the requested continuance to March 14, 2023;

NOW THEREFORE, it is stipulated and agreed among the undersigned Parties, and respectfully submitted for the Court's approval as follows:

The hearing on Lead Plaintiff's Supplemental Class Certification Motion and Defendants' Motion for Summary Judgment is continued to March 14, 2023, at 2 p.m.

**IT IS SO STIPULATED.**

Dated: February 7, 2023                    ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ James Kramer*
JAMES N. KRAMER
Attorneys for Defendants
Apple Inc., Timothy Cook, and Luca Maestri

Dated: February 7, 2023                    ROBBINS GELLER RUDMAN & DOWD LLP

*/s/ Shawn Williams*
SHAWN A. WILLIAMS
Counsel for Lead Plaintiff
Norfolk County Council as Administering
Authority of the Norfolk Pension Fund

## CIVIL L.R. 5-1 ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), I, James N. Kramer, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order to Continue Hearing on Lead Plaintiff's Supplemental Motion to Certify Class and Defendants' Motion for Summary Judgment. In compliance with General Order 45, X.B., I hereby attest that Shawn A. Williams has concurred in this filing.

*/s/ James Kramer*
JAMES N. KRAMER

\*\*\*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 7, 2023

HONORABLE YVONNE GONZALEZ ROGERS