ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
KENNETH J. BLACK (291871)
HADIYA K. DESHMUKH (328118)
JACOB G. GELMAN (344819)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
jgelman@rgrdlaw.com
        – and –
MARK SOLOMON (151949)
JASON A. FORGE (181542)
RAPHAELLA FRIEDMAN (323324)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
jforge@rgrdlaw.com
rfriedman@rgrdlaw.com

Lead Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION <br><br> This Document Relates To: <br><br> ALL ACTIONS. | Case No. 4:19-cv-02033-YGR <br><br> CLASS ACTION <br><br> DECLARATION OF SHAWN A. WILLIAMS IN SUPPORT OF LEAD PLAINTIFF'S REQUEST FOR LEAVE TO FILE SUPPLEMENTAL EVIDENCE IN SUPPORT OF LEAD PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

4863-5793-9792.v2

I, SHAWN A. WILLIAMS, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and before this District Court. I am a member of the law firm Robbins Geller Rudman & Dowd LLP, Lead Counsel for Lead Plaintiff and Class Representative Norfolk County Council as Administering Authority of the Norfolk Pension Fund ("Plaintiff") in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto. This Declaration is made in support of Lead Plaintiff's Request for Leave to File Supplemental Evidence in Support of Lead Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

2. On January 31, 2023, Defendants produced 150 previously withheld documents to Plaintiff pursuant to Magistrate Judge Spero's order granting in part, and denying in part, Plaintiff's motion to compel (ECF 272) ("August 3 Order").

3. On February 8, 2023, counsel for Defendants advised counsel for Plaintiff that Defendants needed additional time to determine whether their compliance with the August 3 Order was complete.

4. On February 13, 2023, Defendants produced six additional documents and advised they still required additional time to complete compliance with the August 3 Order.

5. Attached is a true and correct copy of the following exhibit:

Exhibit A:   Email from Matt Blake to Nancy Paxton and Sam Whittington, Subject: Privileged and Confidential – Q&A, Attachment: Pre-Ql'19 Q&A.pages, dated December 14, 2018 (Bates No. APL-SECLIT_00646712) **[FILED UNDER SEAL]**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 13th day of February, 2023, in the State of California.

s/ Shawn A. Williams
SHAWN A. WILLIAMS

DECL. SHAWN A. WILLIAMS IN SUPPORT OF REQUEST FOR LEAVE TO FILE SUPP. EVIDENCE IN SUPPORT OF LEAD PLAINTIFF'S OPP. TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - 4:19-cv-02033-YGR - 1 -
4863-5793-9792.v2