JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
MICHAEL D. TORPEY (SBN 79424)
mtorpey@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 (415) 773-5700
Facsimile:    +1 (415) 773-5759

Attorneys for Defendants Apple Inc.,
Timothy Cook, and Luca Maestri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Civil Action No. 4:19-cv-02033-YGR<br><br>**DEFENDANTS' STATEMENT IN RESPONSE TO LEAD PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (DKT. NO. 246)**<br><br>Judge:    Honorable Joseph C. Spero |

As requested by the Court's Order re Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. No. 342), Defendants Apple Inc., Timothy Cook, and Luca Maestri (collectively, "Defendants") submit this response to Lead Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, filed on June 22, 2022 (Dkt. No. 246, the "Administrative Motion").  Defendants do not seek to have the Court seal the materials at issue in the Administrative Motion, and have no objection to the Court denying the Administrative Motion and permitting the filing of the materials in the public record.  To protect the privacy of Apple personnel, however, Defendants request that Plaintiff, when filing the materials on the Court's public docket, redact the email addresses of Apple personnel.

Dated: February 21, 2023                                   ORRICK, HERRINGTON & SUTCLIFFE LLP

                                                           _/s/ James N. Kramer_
                                                           JAMES N. KRAMER

                                                           Attorneys for Defendants Apple Inc.,
                                                           Timothy Cook, and Luca Maestri