JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
MICHAEL D. TORPEY (SBN 79424)
mtorpey@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 (415) 773-5700
Facsimile:    +1 (415) 773-5759

Attorneys for Defendants Apple Inc.,
Timothy Cook, and Luca Maestri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Civil Action No. 4:19-cv-02033-YGR<br><br>**DEFENDANTS' STATEMENT IN RESPONSE TO LEAD PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (DKT. NO. 341)**<br><br>Judge:    Honorable Yvonne Gonzalez Rogers |

1  Defendants Apple Inc., Timothy Cook, and Luca Maestri (collectively, "Defendants") submit this response to Lead Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, filed on February 13, 2023 (Dkt. No. 341, the "Administrative Motion"). Defendants do not seek to have the Court seal the materials at issue in the Administrative Motion. To protect the privacy of Apple personnel, however, Defendants request that Plaintiff, when filing the materials on the Court's public docket, redact the email addresses of Apple personnel.

Dated: February 21, 2023

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ James N. Kramer*
JAMES N. KRAMER

Attorneys for Defendants Apple Inc.,
Timothy Cook, and Luca Maestri