1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

CITY OF ROSEVILLE EMPLOYEES'
RETIREMENT SYSTEM,

Case No.  19-cv-02033-YGR   (JCS)

8

Plaintiff,

9

v.

**ORDER RE ADMINISTRATIVE
MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL
SHOULD BE SEALED**

10

APPLE INC., et al.,

11

Defendants.

Re: Dkt. No. 246

12
13
        In connection with Plaintiffs' Motion to Compel Documents Withheld as Privileged,

14
Plaintiffs filed a motion to seal their supplemental brief and certain supporting declarations based

15
on Defendants' confidentiality designations. See dkt. no. 246 ("Sealing Motion").  At the Court's

16
request, Defendants have filed a response stating that do not seek to have the Court seal the

17
materials at issue in the Sealing Motion and have no objection to the Court denying it and

18
permitting the filing of the materials in the public record.  Defendants have asked, however, that

19
Plaintiffs be required to redact the email addresses of Apple personnel in the materials before

20
filing them in the public record to protect those employees' privacy.  That request is granted.

21
Accordingly, the Sealing Motion is DENIED except as to the email addresses of Apple personnel

22
referenced in the materials, which shall be redacted from the public version of the documents.

23
        **IT IS SO ORDERED.**

24
25
Dated:  February 21, 2023

26
27

JOSEPH C. SPERO
Chief Magistrate Judge

28