# EXHIBIT 11
# [Filed Under Seal]

|  |  |
|---:|:---|
| **Subject:** | Re: China retail traffic |
| **From:** | "Nick Severino" ▮▮▮▮▮▮▮▮▮▮ |
| **Received(Date):** | Wed, 26 Dec 2018 22:55:40 +0000 |
| **To:** | "Nancy Paxton" ▮▮▮▮▮▮▮▮▮▮ |
| **Cc:** | "Sam Whittington" ▮▮▮▮▮▮▮▮▮▮ ,"Matt Blake" ▮▮▮▮▮▮▮▮▮▮ , "Steve Dowling" ▮▮▮▮▮▮▮▮▮▮ ,"Jim Annunziata" ▮▮▮▮▮▮▮▮▮▮ , "Matt Epley" ▮▮▮▮▮▮▮▮▮▮ |
| **Attachment:** | PastedGraphic-1.png |
| **Attachment:** | PastedGraphic-2.png |
| **Attachment:** | PastedGraphic-3.png |
| **Date:** | Wed, 26 Dec 2018 22:55:40 +0000 |

Nancy et al:

Here is the CliffsNotes version of trend analysis on Retail traffic in China (Mainland).  Let me know if you want to talk through any of the details.

First, it is helpful to recap some of the notable events during Q1.  The G20 meeting was in week 9, with other China specific news in weeks 10 and 11.

.

You will note, that through week 6, traffic in the US and China (mainland) are similar.  In weeks 7 to 12 there is a <u>divergence of approximately 10 points</u> of YoY traffic growth.  We choose week 7 to 12 as that was post launch of MacBook Air and iPad Pro.  We did that, as the US mix of traffic toward new products could have been greater through the launch weeks,  as in China those families are a smaller mix of the business.  It is worth mentioning the the Rest of World traffic is following a pattern similar to the US.

.

The Online traffic statistics (US compared to China mainland) have diverged notably the entire quarter — with a <u>17 point delta.</u>   It has proved much more difficult online to comp over the iPhone X in PY.  Worth noting the week 12 China traffic did benefit from the launch of the trade-in campaign on 12/21.  The business has a call to action to improve the trajectory, for obvious reasons.

.

We will have the team update for week 13, once we actualize.  If you would like to discuss directly, please advise and I will set up a call.

Regards,

Highly Confidential                                                                                                                                                                                     APL-SECLIT_00644790

Nick

On Dec 22, 2018, at 7:42 AM, Nancy Paxton ███████████ wrote:

By the 30th - thanks.

> On Dec 22, 2018, at 6:59 AM, Severino ███████████ wrote:
>
> Yes will send you the data, and we can talk through if necessary. What is timing?
>
> Nick
>
> Sent from my iPhone
>
> On Dec 21, 2018, at 4:25 PM, Nancy Paxton ███████████ wrote:
>
> Privileged and confidential
>
> Hi Nick,
>
> Tim has asked us to chase down some data on China retail traffic during Q1. It's our understanding that things fell off as the quarter progressed. Can you provide us with data and/or commentary to describe how traffic evolved during the quarter? We need for an interview.
>
> Nancy

Highly Confidential                                                                                                                                                                                  APL-SECLIT_00644791