# EXHIBIT 12
# [Filed Under Seal]

| | |
|---|---|
| From: | Matt Blake |
| Subject: | Channel inventory |
| Received(Date): | Fri, 21 Dec 2018 14:57:58 -0800 |
| Cc: | Sam Whittington, Nancy Paxton |
| To: | Saori Casey |
| Date: | Fri, 21 Dec 2018 14:57:58 -0800 |

Privileged and confidential

Hi Saori,

During our meeting earlier this afternoon, Tim asked if we can say anything about channel inventory ending lower in Q1'19 than we expected when we provided guidance. Can you help us pull together the data on this?

Thanks,
Matt

Highly Confidential                                                                                         APL-SECLIT_00644822