# EXHIBIT 15
# [Filed Under Seal]

From: Luca Maestri
Subject: Re: BoD call—-privileged and confidential
Received(Date): Sun, 16 Dec 2018 15:14:02 -0800
Cc: Kate Adams
To: Tim Cook
Attachment: Screen Shot 2018-12-16 at 2.31.47 PM.png
Date: Sun, 16 Dec 2018 15:14:02 -0800

> Attorney Client Privilege

On Dec 16, 2018, at 1:32 PM, Luca Maestri wrote:

> Attorney Client Privilege

On Dec 16, 2018, at 12:27 PM, Tim Cook wrote:

BoD call—-privileged and confidential

Highly Confidential
APL-SECLIT_00646148

Attorney Client Privilege

Highly Confidential
APL-SECLIT_00646149

Attorney Client Privilege

Highly Confidential                    APL-SECLIT_00646150