# EXHIBIT 16
# [Filed Under Seal]

| | |
|---:|:---|
| Subject: | Re: BoD call—-privileged and confidential Draft #2 |
| From: | "Luca Maestri" |
| Received(Date): | Mon, 17 Dec 2018 00:36:58 +0000 |
| To: | "Tim Cook" |
| Cc: | "Kate Adams" |
| Attachment: | Screen Shot 2018-12-16 at 2.31.47 PM.png |
| Attachment: | PastedGraphic-50.png |
| Date: | Mon, 17 Dec 2018 00:36:58 +0000 |

> Attorney Client Privilege

On Dec 16, 2018, at 4:26 PM, Tim Cook wrote:

BoD call—-privileged and confidential

> Attorney Client Privilege

Highly Confidential                                                                                    APL-SECLIT_00646151

Attorney Client Privilege

Highly Confidential   APL-SECLIT_00646152

Attorney Client Privilege

Highly Confidential APL-SECLIT_00646153