1

2

3

4                    UNITED STATES DISTRICT COURT

5                    NORTHERN DISTRICT OF CALIFORNIA

6

7    CITY OF ROSEVILLE EMPLOYEES'
     RETIREMENT SYSTEM,                        Case No.  19-cv-02033-YGR   (JCS)

8                    Plaintiff,

9             v.                               **ORDER RE JOINT DISCOVERY
                                               LETTER**
10   APPLE INC., et al.,                       Re: Dkt. No. 348

11                   Defendants.

12

13         The Court is in receipt of the parties' joint discovery letter addressing Defendants'

14   continued withholding of approximately 1,850 documents on the basis of attorney-client privilege.

15   The parties previously narrowed their privilege disputes to 232 documents.  Therefore, the Court

16   rejects Plaintiff's request for relief as to *all* of the documents on Defendants' privilege logs.

17   Further, as to the remaining unproduced documents from the set of 232 to which the parties

18   previously narrowed their disputes, it appears that the parties have not adequately met and

19   conferred.  Therefore, the Court denies without prejudice Plaintiff's request for relief as to these

20   documents and orders the parties to meet and confer to address this remaining subset of

21   documents.  Should any documents in this subset remain in dispute after the parties have met and

22   conferred, they may file a renewed discovery letter addressing the disputes related to those

23   documents.

24         **IT IS SO ORDERED.**

25   Dated:  March 8, 2023

26   _____

27   JOSEPH C. SPERO
     Chief Magistrate Judge

28

United States District Court
Northern District of California