UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Case No.  4:19-cv-02033-YGR<br><br>**ORDER RE MOTION FOR RELIEF**<br><br>Dkt. Nos.: 351 |

Plaintiffs have filed a motion for partial relief from a non-dispositive magistrate judge order.  (Dkt. No. 351.)  Having reviewed the motion the Court sets the following briefing schedule.  Defendants shall file an opposition by Monday, April 24, 2023.  Plaintiffs shall file a reply by Monday, May 1, 2023.

**IT IS SO ORDERED.**

Dated: April 17, 2023

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE