ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
KENNETH J. BLACK (291871)
HADIYA K. DESHMUKH (328118)
JACOB G. GELMAN (344819)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
jgelman@rgrdlaw.com
       – and –
MARK SOLOMON (151949)
JASON A. FORGE (181542)
RAPHAELLA FRIEDMAN (323324)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
jforge@rgrdlaw.com
rfriedman@rgrdlaw.com

Lead Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION | Case No. 4:19-cv-02033-YGR |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | STATEMENT OF RECENT DECISION |
| ALL ACTIONS. | |

4888-9420-6558.v1

Pursuant to Civil L.R. 7-3(d)(2), Lead Plaintiff Norfolk County Council as Administering Authority of the Norfolk Pension Fund ("Plaintiff") submits this Statement of Recent Decision ("Statement") to bring to the Court's attention a recent opinion denying motions for summary judgment in a securities fraud class action under §§10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder, *Chabot v. Walgreens Boots Alliance, Inc.*, 2023 WL 2908827 (M.D. Pa. Mar. 31, 2023). Plaintiff submits this Statement in support of its Opposition to Defendants'[1] Motion for Summary Judgment ("Opposition") (ECF 322-3). Oral argument on Defendants' Motion for Summary Judgment ("Motion") (ECF 293) is set for May 10, 2023.

The legal and factual issues addressed by *Chabot* are similar to those presented in Defendants' Motion and Plaintiff's Opposition thereto. Plaintiff respectfully refers the Court specifically to *Chabot*'s analysis of the following: (1) liability for purported statements of opinion (*Chabot*, 2023 WL 2908827, at *12-*15); (2) use of analyst reports in determining whether a statement was misleading (*id.* at *14); (3) assessing credibility or the genuineness of belief at summary judgment (*id.* at *16); (3) construction of statements concerning present facts (*id.* at *11 n.5, *17); (4) the inapplicability of the Private Securities Litigation Reform Act's, 15 U.S.C. §78u-4(b)(2), scienter pleading requirements at summary judgment (*id.* at *17 n.10); and (5) the substantive scienter inquiry under the securities laws, including issues related to knowledge, motive, and recklessness (*id.* at*17-*19 & n.11).

A true and correct copy of *Chabot* is attached hereto as Exhibit A.

DATED: April 19, 2023

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
DANIEL J. PFEFFERBAUM
KENNETH J. BLACK
HADIYA K. DESHMUKH
JACOB G. GELMAN

            s/ Shawn A. Williams
          SHAWN A. WILLIAMS

---

[1] Defendants are Apple Inc., Tim Cook, and Luca Maestri.

|   |   |
|---|---|
| 1 | |
| 2 | Post Montgomery Center<br>One Montgomery Street, Suite 1800 |
| 3 | San Francisco, CA  94104<br>Telephone:  415/288-4545 |
| 4 | 415/288-4534 (fax)<br>shawnw@rgrdlaw.com |
| 5 | dpfefferbaum@rgrdlaw.com<br>kennyb@rgrdlaw.com |
| 6 | hdeshmukh@rgrdlaw.com<br>jgelman@rgrdlaw.com |
| 7 | ROBBINS GELLER RUDMAN |
| 8 |    & DOWD LLP<br>MARK SOLOMON |
| 9 | JASON A. FORGE<br>RAPHAELLA FRIEDMAN |
| 10 | 655 West Broadway, Suite 1900<br>San Diego, CA  92101 |
| 11 | Telephone:  619/231-1058<br>619/231-7423 (fax) |
| 12 | marks@rgrdlaw.com<br>jforge@rgrdlaw.com |
| 13 | rfriedman@rgrdlaw.com |
| 14 | Lead Counsel for Lead Plaintiff |
| 15 | LABATON SUCHAROW<br>CAROL C. VILLEGAS |
| 16 | 140 Broadway<br>New York, NY 10005 |
| 17 | Telephone: 212/907-0700<br>212/883-7524 (fax) |
| 18 | cvillegas@labaton.com |
| 19 | Counsel for Employees' Retirement System of the<br>State of Rhode Island |
| 20 | VANOVERBEKE, MICHAUD & TIMMONY, |
| 21 | P.C.<br>THOMAS C. MICHAUD |
| 22 | 79 Alfred Street<br>Detroit, MI  48201 |
| 23 | Telephone:  313/578-1200<br>313/578-1201 (fax) |
| 24 | tmichaud@vmtlaw.com |
| 25 | Additional Counsel |
| 26 | |
| 27 | |
| 28 | |

STATEMENT OF RECENT DECISION - 4:19-cv-02033-YGR - 2 -
4888-9420-6558.v1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on April 19, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

<u>  s/ Shawn A. Williams  </u>
SHAWN A WILLIAMS

ROBBINS GELLER RUDMAN
      & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
Email:  shawnw@rgrdlaw.com

4888-9420-6558.v1

# Mailing Information for a Case 4:19-cv-02033-YGR IN RE APPLE INC. SECURITIES LITIGATION

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Tristan Allen**
  tallen@orrick.com

- **Adam Marc Apton**
  aapton@zlk.com,Files@zlk.com

- **Kevin Michael Askew**
  kaskew@orrick.com

- **Kenneth Joseph Black**
  KennyB@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Mary K. Blasy**
  mblasy@rgrdlaw.com

- **Frank H. Busch**
  busch@wvbrlaw.com,abarca@wvbrlaw.com,myers@wvbrlaw.com,pallister@wvbrlaw.com

- **Hadiya Khan Deshmukh**
  hdeshmukh@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **William Joseph Foley**
  wfoley@orrick.com

- **Jason A. Forge**
  jforge@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Christine M. Fox**
  cfox@labaton.com,lpina@labaton.com,electroniccasefilings@labaton.com,6312349420@filings.docketbird.com,RRamphul@labaton.com

- **Raphaella Friedman**
  rfriedman@rgrdlaw.com

- **Jacob G. Gelman**
  jgelman@rgrdlaw.com

- **Tor Gronborg**
  torg@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Nicomedes Sy Herrera**
  nherrera@herrerakennedy.com

- **J Alexander Hood , II**
  ahood@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Austin Thomas Jackson**
  ajackson@structurelaw.com,cford@structurelaw.com,cgrady@structurelaw.com

- **James Neil Kramer**
  jkramer@orrick.com,lpatts@orrick.com,mwatkins@orrick.com,vmorse@orrick.com,tallen@orrick.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,fgravenson@pomlaw.com,ipareja@pomlaw.com

- **Francis P. McConville**
  fmcconville@labaton.com,HChang@labaton.com,lpina@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Danielle Suzanne Myers**
  shawnw@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com,dmyers@rgrdlaw.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,kperez@pomlaw.com,ahood@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,jalieberman@pomlaw.com,abarbosa@pomlaw.c

- **Daniel Jacob Pfefferbaum**
  DPfefferbaum@rgrdlaw.com,jgeorge@rgrdlaw.com,dpfefferbaumRGRD@ecf.courtdrive.com,e_file_sd@rgrdlaw.com,jgeorge@ecf.courtdrive.com,sbloyd@rgrdlaw.c

- **Samuel H. Rudman**
  srudman@rgrdlaw.com

- **Juan Carlos Sanchez**
  jsanchez@rgrdlaw.com,e_file_SD@rgrdlaw.com

- **Craig Wallace Smith**
  notice@robbinsllp.com,noticerobbinsllp@ecf.courtdrive.com,csmith@robbinsllp.com

- **Mark Solomon**
  marks@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Alexander K. Talarides**
  atalarides@orrick.com,lpatts@orrick.com,casestream@ecf.courtdrive.com,tallen@orrick.com

- **Michael David Torpey**
  mtorpey@orrick.com

- **Carol C. Villegas**
  cvillegas@labaton.com,ndonlon@labaton.com,5739893420@filings.docketbird.com,dsaldamando@labaton.com,lpina@labaton.com,kjudd@labaton.com,agreenbaum

- **James Matthew Wagstaffe**
  wagstaffe@wvbrlaw.com,Myers@WVBRlaw.com,pallister@wvbrlaw.com

- **Steven Ray Wedeking , II**
  swedeking@robbinsllp.com,notice@robbinsllp.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,kennyb@rgrdlaw.com,jgelman@rgrdlaw.com,rfriedman@ecf.courtdrive.com,ShawnW@ecf.courtdrive.com,smorris@rgrdlaw.com,e_file_sd@r

- **Ariel Brianna Winawer**
  awinawer@orrick.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`