JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
MICHAEL D. TORPEY (SBN 79424)
mtorpey@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 (415) 773-5700
Facsimile:    +1 (415) 773-5759

Attorneys for Defendants Apple Inc.,
Timothy Cook, and Luca Maestri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Civil Action No. 4:19-cv-02033-YGR<br><br>**[PROPOSED] ORDER DENYING LEAD PLAINTIFF'S MOTION FOR PARTIAL RELIEF FROM NONDISPOSITIVE ORDER OF MAGISTRATE JUDGE (DKT. NO. 351)**<br><br>Judge:  Honorable Yvonne Gonzalez Rogers |
|---|---|

Lead Plaintiff Norfolk County Council as Administering Authority of the Norfolk Pension Fund has filed a Motion for Partial Relief from a Nondispositive Order of the Magistrate Judge (the "Motion"). Having considered the papers and the contentions of the parties, the Court HEREBY DENIES Lead Plaintiff's Motion. Lead Plaintiff has not shown that Judge Spero's order was "contrary to law" or "clearly erroneous," *see* Fed. R. Civ. P. 72(a), and thus the order is not subject to reversal.

**IT IS SO ORDERED.**

Date: _____, 2023

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE