ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
KENNETH J. BLACK (291871)
HADIYA K. DESHMUKH (328118)
JACOB G. GELMAN (344819)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
jgelman@rgrdlaw.com
        – and –
MARK SOLOMON (151949)
JASON A. FORGE (181542)
RAPHAELLA FRIEDMAN (323324)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
jforge@rgrdlaw.com
rfriedman@rgrdlaw.com

Lead Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No. 4:19-cv-02033-YGR<br><br>CLASS ACTION<br><br>DECLARATION OF DANIEL J. PFEFFERBAUM IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR PARTIAL RECONSIDERATION OF INTERLOCUTORY ORDER |

4870-1177-8146.v1

I, DANIEL J. PFEFFERBAUM, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and before this District Court. I am a member of the law firm Robbins Geller Rudman & Dowd LLP, Lead Counsel for Lead Plaintiff and Class Representative Norfolk County Council as Administering Authority of the Norfolk Pension Fund in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto. This Declaration is made in support of Lead Plaintiff's Motion for Leave to File Motion for Partial Reconsideration of Interlocutory Order.

2. Attached is a true and correct copy of the following exhibit:

Exhibit A:   *Glazer Cap. Mgmt. v. Forescout Techs., Inc.*, No. 21-16876, Mandate (9th Cir. May 3, 2023).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 8th day of May, 2023, in the State of California.

s/ Daniel J. Pfefferbaum<br>DANIEL J. PFEFFERBAUM

DECL. DANIEL J. PFEFFERBAUM IN SUPPORT OF MTN LEAVE TO FILE MTN FOR PARTIAL RECONSIDERATION OF INTERLOCUTORY ORDER - 4:19-cv-02033-YGR - 1 -
4870-1177-8146.v1