# EXHIBIT A

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 03 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

GLAZER CAPITAL MANAGEMENT, L.P.; et al.,

        Plaintiffs - Appellants,

 v.

FORESCOUT TECHNOLOGIES, INC.; et al.,

        Defendants - Appellees.

No. 21-16876

D.C. No. 3:20-cv-00076-SI
U.S. District Court for Northern California, San Francisco

**MANDATE**

The judgment of this Court, entered March 16, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT