ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
KENNETH J. BLACK (291871)
HADIYA K. DESHMUKH (328118)
JACOB G. GELMAN (344819)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
jgelman@rgrdlaw.com
      – and –
MARK SOLOMON (151949)
JASON A. FORGE (181542)
RAPHAELLA FRIEDMAN (323324)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
jforge@rgrdlaw.com
rfriedman@rgrdlaw.com

Lead Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION | ) Case No. 4:19-cv-02033-YGR ) ) CLASS ACTION ) |
| This Document Relates To:<br><br>ALL ACTIONS. | ) [PROPOSED] ORDER GRANTING LEAD ) PLAINTIFF'S MOTION FOR LEAVE TO ) FILE MOTION FOR PARTIAL ) RECONSIDERATION OF ) INTERLOCUTORY ORDER |

4872-2653-9106.v1

Having considered Lead Plaintiff's Motion for Leave to File Motion for Partial Reconsideration of Interlocutory Order (the "Motion"), the pleadings and filings herein, and such other evidence and written or oral arguments as may be presented to the Court, IT IS HEREBY ORDERED that:

1. Plaintiff's[1] Motion is GRANTED;

2. Pursuant to Civil Local Rule 7-9, Plaintiff shall file its motion for partial reconsideration of the Court's Order granting in part Defendants' motion to dismiss (ECF 123) within 14 days from the date of this Order.

\*   \*   \*

**O R D E R**

IT IS SO ORDERED.

DATED: _____   _____
                                                                THE HON. YVONNE GONZALEZ ROGERS
                                                                UNITED STATES DISTRICT JUDGE

---

[1] "Plaintiff" is Lead Plaintiff and Class Representative Norfolk County Council as Administering Authority of the Norfolk Pension Fund. "Defendants" are Apple Inc., Timothy D. Cook, and Luca Maestri.