# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** May 10, 2023 | **Time:** 1 Hour 51 Minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 19-cv-02033-YGR | **Case Name:** In Re: Apple Inc. Securities Litigation | |

**Attorney for Plaintiff:** Shawn Williams, Daniel Pfefferbaum, Hadiya Deshmukh, Jacob Gelman, Kenneth Black, Mark Solomon and Michael Torres (Tech)
**Attorney for Defendant:** James Kramer and Tristan Allen

**Deputy Clerk:** Edwin Cuenco     **Court Reporter:** Raynee Mercado

**PROCEEDINGS:** Defendants' Motion for Summary Judgment - **HELD**

Oral arguments was presented before the Court. The matter is taken under submission.