UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Case No. 4:19-cv-2033-YGR<br><br>**ORDER GRANTING MOTION FOR LEAVE**<br><br>Re: Dkt. No. 358 |

The Court **GRANTS** plaintiff's motion for leave to file a motion for reconsideration. (Dkt. No. 358.) Plaintiff shall file the motion for reconsideration by **Friday, May 19, 2023**, defendants shall respond by **Friday, May 26**, and plaintiff shall reply by **Wednesday, May 31**.

This terminates docket number 358.

**IT IS SO ORDERED.**

Dated:  May 12, 2023

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE