# EXHIBIT 1



# In re Apple Inc. Securities Litigation

Motion for Summary Judgment

May 10, 2023

# Guidance Reflected Apple's State Of Affairs As Of Nov. 1, Including The XR Launch

Plaintiff's undisputed fact #57:
- "Between October 23 to November 1, 2018, the Company cut its company-wide revenue forecast for 1Q19 by $5.9 billion and its expected iPhone sales by 6 million units, and Apple and Cook knew that the iPhone XR launch got off to a slower start than expected and **that the forecast was revised downward because of it**." Dkt. No. 332 at 7 (emphasis added)

FQ1 2019 guidance was $89-$93 billion, announced on November 1, 2018.
- Lowered guidance range to incorporate relevant data from October. Maestri Decl. ¶ 10; Parekh Decl. ¶¶ 14-16
- Lowered forecast for XR by ~10 million units. Parekh Decl. ¶ 14

4