ROBBINS GELLER RUDMAN
  &amp; DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
KENNETH J. BLACK (291871)
HADIYA K. DESHMUKH (328118)
JACOB G. GELMAN (344819)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
jgelman@rgrdlaw.com
      – and –
MARK SOLOMON (151949)
JASON A. FORGE (181542)
RAPHAELLA FRIEDMAN (323324)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
jforge@rgrdlaw.com
rfriedman@rgrdlaw.com

Lead Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | Case No. 4:19-cv-02033-YGR<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION FOR PARTIAL RECONSIDERATION OF INTERLOCUTORY ORDER |

4870-2372-7205.v1

1       Having considered Lead Plaintiff's Motion for Partial Reconsideration of Interlocutory Order (the "Motion"), the pleadings and filings herein, and such other evidence and written or oral arguments as may be presented to the Court, IT IS HEREBY ORDERED that:

      1.     Plaintiff's[1] Motion is GRANTED;

      2.     Defendants' motion to dismiss the Revised Consolidated Class Action Complaint for Violation of the Federal Securities Laws (ECF 114) ("Complaint") is denied with respect to the following statement by Cook: "The XR, we've only got out there for, I guess, 5 – 5 days or so at this point and so that it's – we have very, very little data there." Complaint, ¶57.

\*   \*   \*

**O R D E R**

IT IS SO ORDERED.

DATED: _____

THE HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

---

[1] "Plaintiff" is Lead Plaintiff and Class Representative Norfolk County Council as Administering Authority of the Norfolk Pension Fund. "Defendants" are Apple Inc., Timothy D. Cook, and Luca Maestri.