JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
MICHAEL D. TORPEY (SBN 79424)
mtorpey@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:      +1 (415) 773-5700
Facsimile:       +1 (415) 773-5759

Attorneys for Defendants Apple Inc.,
Timothy Cook, and Luca Maestri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No. 4:19-cv-02033-YGR<br><br>**[PROPOSED] ORDER DENYING LEAD PLAINTIFF'S MOTION FOR PARTIAL RECONSIDERATION OF INTERLOCUTORY ORDER**<br><br><u>Hearing</u><br>Date:   None Set<br>Ctrm:  1, 14th Floor<br>Judge: Honorable Yvonne Gonzalez Rogers |
|---|---|

1     On May 19, 2023, Lead Plaintiff Norfolk County Council as Administering Authority of the Norfolk Pension Fund ("Plaintiff") filed a Motion for Partial Reconsideration of Interlocutory Order (the "Motion"). Having considered the papers and the contentions of the parties, the Court HEREBY DENIES Plaintiff's Motion.

    Plaintiff fails to meet the stringent standards for reconsideration. Because *Glazer Cap. Mgmt., L.P. v. Forescout Techs., Inc.*, 63 F.4th 747 (9th Cir. 2023) does not represent a change of law, there is no basis for reconsideration of the Court's November 4, 2020 Order (Dkt. No. 123) under Civil Local Rule 7-9(b). Moreover, the Motion repeats arguments that Plaintiff already made twice previously, in violation of Civil Local Rule 7-9(c).

    The Court further concludes that Plaintiff's evidence does not require the Court to revisit its prior holding. In addition to being improper for consideration on a pleadings stage order, the evidence does not change the Court's legal conclusion that the challenged statement is inactionable puffery, regardless of its truth or falsity. Dkt. No. 310 at 2.

    Plaintiff's Motion is DENIED.

    **IT IS SO ORDERED.**

Dated: _____, 2023

                                                   HON. YVONNE GONZALEZ ROGERS
                                                        UNITED STATES DISTRICT
                                                               COURT JUDGE