**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Case No. 4:19-cv-02033-YGR<br><br>ORDER RE PENDING MOTIONS TO SEAL |

Pending before the Court are several administrative motions to seal relating to defendant's motion for summary judgment and the parties' motions to exclude. (*See* Dkt. Nos. 299, 300, 321, 322, 323, 341). To address these motions efficiently and expeditiously, and to clean up the Court's docket in the meantime, the Court orders the parties to file a joint chart summarizing the pending administrative motions, as depicted below:

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| | | | |

The parties shall file the requested chart by **Monday, July 10, 2023**. Parties shall also submit a word version of the chart to the chambers proposed order email address: ygrpo@cand.uscourts.gov. The Court will issue an omnibus order addressing the sealing motions when it issues its summary judgment and class certification order.

This Order terminates Docket Numbers 299, 300, 321, 322, 323, 341.

**IT IS SO ORDERED.**

Dated: June 20, 2023

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**