UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM,<br><br>        Plaintiff,<br><br>    v.<br><br>APPLE INC., et al.,<br><br>        Defendants. | Case No. 19-cv-02033-YGR   (JCS)<br><br>**ORDER FOR PARTIES TO SUBMIT JOINT LETTER** |

The district judge in this case has found that the undersigned erred in rejecting Plaintiff's request that defendant Apple re-review 1,850 documents withheld based on attorney-client privilege and has returned the issue to the undersigned "for further consideration and guidance on how his decision intersects with defendants' Rule 26 obligations." Dkt. no. 372. Accordingly, the parties are requested to submit a joint letter addressing the remaining issues to be resolved in connection with this discovery dispute and proposing a schedule for briefing those issues. The parties' joint letter shall be filed by **July 7, 2023**.

**IT IS SO ORDERED.**

Dated: June 30, 2023

JOSEPH C. SPERO
United States Magistrate Judge