# EXHIBIT A

1  JAMES N. KRAMER (SBN 154709)
   jkramer@orrick.com
2  ALEXANDER K. TALARIDES (SBN 268068)
   atalarides@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA  94105-2669
5  Telephone:   (415) 773-5700
   Facsimile:    (415) 773-5759
6
   Attorneys for Defendants Apple Inc.,
7  Timothy Cook, and Luca Maestri

8

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           OAKLAND DIVISION

13

14 | IN RE APPLE INC. SECURITIES LITIGATION | Case No. 4:19-cv-02033-YGR |
|---|---|
15 |  | **CLASS ACTION** |
16 | This Document Relates to: | **SECOND SUPPLEMENTAL DECLARATION OF SAM WHITTINGTON REGARDING DOCUMENTS WITHHELD AS PRIVILEGED** |
17 | ALL ACTIONS. |  |
18 |  |  |
19 |  | **Confidential Pursuant to Protective Order** |
20

21

22

23

24

25

26

27

28

1    I, Sam Whittington, declare as follows:

2    1.    I am a Senior Director, Corporate Law at Apple Inc. ("Apple" or the "Company") and have been employed as in-house counsel at Apple since 2012. During the time period relevant to this litigation, I served as a Director, Corporate Law at Apple. In my role at Apple, I have responsibility for matters involving, among other things, corporate governance and SEC reporting requirements. I am a member in good standing of the State Bar of California. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would competently testify to them.

3    2.    I understand that in connection with a discovery motion, the Court directed Apple to provide, for certain documents withheld or redacted on the basis of privilege, a declaration by the attorney whose advice was sought or given establishing that the withheld or redacted material was primarily for a legal purpose. I previously submitted two declarations, dated May 12, 2022 and June 13, 2022, in which I complied with that directive with respect to a number of documents that have been withheld or redacted by Apple on the basis of the attorney-client privilege. I now submit this additional declaration to provide further information with respect to two documents discussed in my previous declarations. As in my previous declarations, I refer to these documents by their corresponding entry numbers on Apple's privilege log in this matter.

4    3.    **Nos. 544 and 583.**  As Apple finalized and prepared to issue the January 2, 2019 letter from Apple CEO Tim Cook to Apple investors (the "Cook Letter"), I directed various Apple employees, including Saori Casey, to prepare certain back-up documentation with respect to the factual assertions made in the Cook Letter, for the purpose of ensuring compliance with reporting requirements and minimizing legal risk to the Company. Entry No. 544 is a December 31, 2018 email from Ms. Casey to me and Kyle Andeer (also an Apple in-house lawyer). The redacted portion of Entry No. 583 is a January 1, 2019 email from Ms. Casey to me. In both of these emails, Ms. Casey forwards information directly responsive to my request for back-up documentation in connection with the Cook Letter. These two emails were sent primarily for a legal purpose, and they reflect the nature of my explicit instructions regarding the gathering of back-up documentation.

1 | I declare under penalty of perjury under the laws of the United States of America that the
2 | foregoing facts are true and correct to the best of my knowledge and belief.
3 | Executed on February 14, 2023 in San Carlos, California.

_____
Sam Whittington