# EXHIBIT B

# Amended Privilege Log

| | In re Apple Inc. Sec. Litig., No. 4:19-cv-02033-YGR (N.D. Cal.), Defendants' Privilege Log Pursuant to Fed. R. Civ. P. 26 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Attorney Names Are Bolded | | | | | | | | |
| | The below-listed communications have been maintained as confidential by Apple in its internal systems, and to the best of Apple's knowledge, no unauthorized persons have received the communications. | | | | | | | | |

| No. | DocDate | From | To | Cc | Bcc | Subject | Filename | Privilege Description | Supporting Declarations |
|---|---|---|---|---|---|---|---|---|---|
| 428 | | | | | | | Q1 Q&A 12-28.pages | Redacted draft Q&A reflecting legal advice regarding the Qualcomm litigation. | Whittington Supp. Decl. ¶ 3 at 2:23-3:4. |
| 516 | 2019-01-01 | Saori Casey | Adam Talbot | **Sam Whittington**; Steve Dowling; Nancy Paxton; Luca Maestri; **Kate Adams**; **Kyle Andee**r; Jeff Williams | | Re: Letter revision | 20181231-1751 Re: Letter revision.eml | Redacted email providing legal advice from in-house counsel regarding investor letter. | Whittington Supp. Decl. ¶ 3 at 3:12-25. |
| 520 | 2019-01-01 | Luca Maestri | Adam Talbot | **Sam Whittington**; Steve Dowling; Nancy Paxton; **Kate Adams**; Saori Casey; **Kyle Andee**r; Jeff Williams | | Re: Letter revision | 20181231-1750 Re: Letter revision.eml | Redacted email providing legal advice from in-house counsel regarding investor letter. | Whittington Supp. Decl. ¶ 3 at 3:12-25. |
| 533 | 2019-01-01 | Luca Maestri | Adam Talbot | Saori Casey; Steve Dowling; **Sam Whittington**; **Kate Adams**; Nancy Paxton; **Kyle Andeer**; Jeff Williams | | Re: Letter revision - - Privileged and Confidential | 20190101-0803 Re: Letter revision - - Privileged and Confidential.eml | Redacted email providing legal advice from in-house counsel regarding investor letter. | Whittington Supp. Decl. ¶ 3 at 3:12-25. |
| 571 | 2019-01-01 | Saori Casey | Kevan Parekh; Donal Conroy | | | Fwd: Letter revision | 20181231-2118 Fwd: Letter revision.eml | Redacted email providing legal advice from in-house counsel regarding investor letter. | Whittington Supp. Decl. ¶ 4 at 4:5-12. |
| 575 | 2019-01-01 | Nancy Paxton | Matt Blake; **Sam Whittington** | | | Fwd: Letter revision | Fwd: Letter revision.eml | Redacted email providing legal advice from in-house counsel regarding investor letter. | Whittington Supp. Decl. ¶ 3 at 3:12-25. |
| 582 | 2019-01-01 | Nancy Paxton | Saori Casey; **Sam Whittington** | | | Re: Treasury input | 20181231-2119 Re: Treasury input.eml | Redacted email providing legal advice from in-house counsel regarding investor letter. | Whittington Supp. Decl. ¶ 3 at 3:12-25. |