# EXHIBIT C

Defendants' Privilege Log Entries Remaining in Dispute - April 19, 2023

**In re Apple Inc. Sec. Litig., No. 4:19-cv-02033-YGR (N.D. Cal.)**
**Attorney Names Are Bolded**
**The below-listed communications have been maintained as confidential by Apple in its internal systems, and to the best of Apple's knowledge, no unauthorized persons have received the communications.**

| No. | Beginning Bates Number | DocDate | From | To | Cc | Bcc | Subject | Filename | Withheld or Redacted | Privilege Description | Citation to Portion of Magistrate Judge Spero's Aug. 3, 2022 Order (Dkt. No. 272) Relied Upon for Continued Withholding |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 151 | APL-SECLIT_00646432 | | | | | | | Q318 Earnings Press Release - Track Changes July 25.pages | Withheld | Earnings release materials reflecting legal advice from in-house counsel attached to email providing legal advice regarding earnings release materials. | Order at 40 (*see* Entry 107) |
| 178 | APL-SECLIT_00646447 | 2018-08-23 | **Sam Whittington** | Nancy Paxton | | | Quarterly guidance | | Withheld | Email providing legal advice from in-house counsel regarding quarterly guidance. Additional redaction of private health information. | Order at 21 (subcategory one) |
| 179 | APL-SECLIT_00646445 | 2018-08-24 | Nancy Paxton | **Sam Whittington** | | | Re: Quarterly guidance | Re: Quarterly guidance.eml | Withheld | Email providing legal advice from in-house counsel regarding quarterly guidance. Additional redaction of private health information. | Order at 21 (subcategory one) |
| 212 | APL-SECLIT_00645306 | 2018-10-22 | | | | | | GM Revision October 22.pdf | Withheld | Attached document reflecting legal advice from in-house counsel regarding gross margin language in Form 10-K. | Order at 40 (*see* Entry 107) |
| 224 | APL-SECLIT_00646709 | | | | | | | Q418 Earnings Press Release Pages KK Comments.pages | Withheld | Draft earnings release materials reflecting legal advice from in-house counsel attached to email providing legal advice from in-house counsel regarding draft earnings release materials. | Order at 40 (*see* Entry 107) |
| 286 | APL-SECLIT_00646142 | 2018-12-16 | Luca Maestri | **Kate Adams** | Tim Cook | | Re: BoD call—-privileged and confidential | Re: BoD call—-privileged and confidential.eml | Withheld | Email requesting legal advice from in-house counsel regarding board of directors call and pre-announcement of revenue guidance miss. | Order at 24 (subcategory six) |
| 391 | APL-SECLIT_00647132 | | | | | | | Letter v5 26 December 530am.pages | Withheld | Attached draft investor letter reflecting legal advice from in-house counsel. | Order at 23 (subcategory four) |
| 400 | APL-SECLIT_00645442 | 2018-12-26 | Luca Maestri | Adam Talbot | **Sam Whittington**; Steve Dowling; Saori Casey; Jeff Williams; Nancy Paxton; Matt Blake; **Kate Adams**; **Kyle Andeer** | | Re: Privileged and Confidential DRAFT investor letter | 20181226-1110 Re: Privileged and Confidential DRAFT investor letter.eml | Withheld | Email requesting and reflecting legal advice from in-house counsel regarding draft investor letter. | Order at 23 (subcategory four) |
| 401 | APL-SECLIT_00645448 | 2018-12-26 | **Sam Whittington** | Saori Casey; Jeff Williams; Luca Maestri; Nancy Paxton; Matt Blake | Adam Talbot; Steve Dowling; **Kate Adams**; **Kyle Andeer** | | Re: Privileged and Confidential DRAFT investor letter | 20181226-0903 Re: Privileged and Confidential DRAFT investor letter.eml | Redacted | Redacted email providing legal advice from in-house counsel regarding draft investor letter. | Order at 23 (subcategory four) |
| 402 | APL-SECLIT_00645457 | | | | | | | Letter v5 26 December 530am.pages | Withheld | Draft investor letter reflecting legal advice from in-house counsel attached to email providing legal advice from in-house counsel. | Order at 23 (subcategory four) |
| 403 | APL-SECLIT_00647167 | 2018-12-26 | Jeff Williams | **Sam Whittington**; Saori Casey; **Kate Adams** | Luca Maestri; Nancy Paxton; Matt Blake; Adam Talbot; Steve Dowling; **Kyle Andeer** | | Re: Privileged and Confidential DRAFT investor letter | Re: Privileged and Confidential DRAFT investor letter.eml | Redacted | Redacted email requesting and reflecting legal advice from in-house counsel regarding draft investor letter. | Order at 23 (subcategory four) |
| 404 | APL-SECLIT_00645462 | 2018-12-26 | Luca Maestri | **Kate Adams** | Adam Talbot; Jeff Williams; Steve Dowling; Nancy Paxton; **Sam Whittington**; Saori Casey; Matt Blake; **Kyle Andeer** | | Re: Privileged and Confidential DRAFT investor letter | 20181226-1301 Re: Privileged and Confidential DRAFT investor letter.eml | Redacted | Redacted email requesting and reflecting legal advice from in-house counsel regarding draft investor letter. | Order at 23 (subcategory four) |

**Defendants' Privilege Log Entries Remaining in Dispute - April 19, 2023**

**In re Apple Inc. Sec. Litig., No. 4:19-cv-02033-YGR (N.D. Cal.)**
**Attorney Names Are Bolded**
**The below-listed communications have been maintained as confidential by Apple in its internal systems, and to the best of Apple's knowledge, no unauthorized persons have received the communications.**

| No. | Beginning Bates Number | DocDate | From | To | Cc | Bcc | Subject | Filename | Withheld or Redacted | Privilege Description | Citation to Portion of Magistrate Judge Spero's Aug. 3, 2022 Order (Dkt. No. 272) Relied Upon for Continued Withholding |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 405 | APL-SECLIT_00645469 | 2018-12-26 | Luca Maestri | Nancy Paxton | **Kate Adams**; **Sam Whittington**; Saori Casey; Jeff Williams; Matt Blake; Adam Talbot; Steve Dowling; **Kyle Andeer** | | Re: Privileged and Confidential DRAFT investor letter | 20181226-1111 Re: Privileged and Confidential DRAFT investor letter.eml | Redacted | Redacted email requesting and reflecting legal advice from in-house counsel regarding draft investor letter. | Order at 23 (subcategory four) |
| 406 | APL-SECLIT_00645475 | 2018-12-26 | Nancy Paxton | Luca Maestri; **Kate Adams** | **Sam Whittington**; Saori Casey; Jeff Williams; Matt Blake; Adam Talbot; Steve Dowling; **Kyle Andeer** | | Re: Privileged and Confidential DRAFT investor letter | 20181226-1058 Re: Privileged and Confidential DRAFT investor letter.eml | Redacted | Redacted email requesting and reflecting legal advice from in-house counsel regarding draft investor letter. | Order at 23 (subcategory four) |
| 407 | APL-SECLIT_00645481 | 2018-12-26 | Luca Maestri | **Sam Whittington** | Saori Casey; Jeff Williams; Nancy Paxton; Matt Blake; Adam Talbot; Steve Dowling; **Kate Adams**; **Kyle Andeer** | | Re: Privileged and Confidential DRAFT investor letter | 20181226-1053 Re: Privileged and Confidential DRAFT investor letter - 1.eml | Redacted | Redacted email requesting and reflecting legal advice from in-house counsel regarding draft investor letter. | Order at 23 (subcategory four) |
| 408 | APL-SECLIT_00645486 | 2018-12-26 | Adam Talbot | **Sam Whittington**; Luca Maestri; Steve Dowling | Saori Casey; Jeff Williams; Nancy Paxton; Matt Blake; **Kate Adams**; **Kyle Andeer** | | Re: Privileged and Confidential DRAFT investor letter | 20181226-1053 Re: Privileged and Confidential DRAFT investor letter.eml | Redacted | Redacted email requesting and reflecting legal advice from in-house counsel regarding draft investor letter. | Order at 23 (subcategory four) |
| 409 | APL-SECLIT_00645492 | 2018-12-26 | **Kate Adams** | Adam Talbot | Luca Maestri; Jeff Williams; Steve Dowling; Nancy Paxton; **Sam Whittington**; Saori Casey; Matt Blake; **Kyle Andeer** | | Re: Privileged and Confidential DRAFT investor letter | 20181226-1202 Re: Privileged and Confidential DRAFT investor letter.eml | Redacted | Redacted email providing legal advice from in-house counsel regarding draft investor letter. | Order at 23 (subcategory four) |
| 410 | APL-SECLIT_00645499 | 2018-12-26 | Adam Talbot | Luca Maestri; Jeff Williams; Steve Dowling; **Kate Adams** | Nancy Paxton; **Sam Whittington**; Saori Casey; Matt Blake; **Kyle Andeer** | | Re: Privileged and Confidential DRAFT investor letter | 20181226-1138 Re: Privileged and Confidential DRAFT investor letter.eml | Redacted | Redacted email requesting and reflecting legal advice from in-house counsel regarding draft investor letter. | Order at 23 (subcategory four) |
| 417 | APL-SECLIT_00645529 | 2018-12-30 | Saori Casey | **Sam Whittington** | Steve Dowling; Nancy Paxton; Matt Blake; Luca Maestri; Jeff Williams; Adam Talbot; **Kate Adams**; **Kyle Andeer** | | Re: Privileged and Confidential DRAFT investor letter | 20181230-0949 Re: Privileged and Confidential DRAFT investor letter.eml | Redacted | Redacted email requesting and reflecting legal advice from in-house counsel regarding draft investor letter. | Order at 23 (subcategory four) |
| 515 | APL-SECLIT_00645680 | | | | | | | 12_31 edits 615pm.pages | Withheld | Draft investor letter reflecting legal advice from in-house counsel sent for the purpose of obtaining legal advice. | Order at 21 (subcategory one); Order at 42 (*see* Entry 471) |
| 516 | APL-SECLIT_00645685 | 2019-01-01 | Saori Casey | Adam Talbot | **Sam Whittington**; Steve Dowling; Nancy Paxton; Luca Maestri; **Kate Adams**; **Kyle Andeer**; Jeff Williams | | Re: Letter revision | 20181231-1751 Re: Letter revision.eml | Redacted | Redacted email providing legal advice from in-house counsel regarding investor letter. | Order at 21 (subcategory one) |
| 517 | APL-SECLIT_00645688 | 2018-12-31 | **Sam Whittington** | Saori Casey | Steve Dowling; Nancy Paxton; Matt Blake; Adam Talbot; **Kyle Andeer** | | Re: Letter revision | 20181231-1208 Re: Letter revision.eml | Redacted | Redacted email providing legal advice from in-house counsel regarding investor letter. | Order at 21 (subcategory one) |
| 520 | APL-SECLIT_00645700 | 2019-01-01 | Luca Maestri | Adam Talbot | **Sam Whittington**; Steve Dowling; Nancy Paxton; **Kate Adams**; Saori Casey; **Kyle Andeer**; Jeff Williams | | Re: Letter revision | 20181231-1750 Re: Letter revision.eml | Redacted | Redacted email providing legal advice from in-house counsel regarding investor letter. | Order at 21 (subcategory one) |
| 522 | APL-SECLIT_00645706 | | | | | | | 12_31 edits to TC comments 445 pm draft.pages | Withheld | Draft investor letter reflecting legal advice from in-house counsel sent for the purpose of obtaining legal advice. | Order at 21 (subcategory one); Order at 42 (*see* Entry 471) |
| 524 | APL-SECLIT_00645713 | | | | | | | 12_31 edits to TC comments.pages | Withheld | Draft investor letter reflecting legal advice from in-house counsel attached to email providing legal advice from in-house counsel regarding investor letter. | Order at 21 (subcategory one); Order at 42 (*see* Entry 471) |

Defendants' Privilege Log Entries Remaining in Dispute - April 19, 2023

In re Apple Inc. Sec. Litig., No. 4:19-cv-02033-YGR (N.D. Cal.)
Attorney Names Are Bolded
The below-listed communications have been maintained as confidential by Apple in its internal systems, and to the best of Apple's knowledge, no unauthorized persons have received the communications.

| No. | Beginning Bates Number | DocDate | From | To | Cc | Bcc | Subject | Filename | Withheld or Redacted | Privilege Description | Citation to Portion of Magistrate Judge Spero's Aug. 3, 2022 Order (Dkt. No. 272) Relied Upon for Continued Withholding |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 526 | APL-SECLIT_00645722 | | | | | | | 12_31 edits 6pm.pages | Withheld | Draft investor letter reflecting legal advice from in-house counsel sent for the purpose of obtaining legal advice. | Order at 21 (subcategory one); Order at 42 (*see* Entry 471) |
| 532 | APL-SECLIT_00645740 | | | | | | | 01_01 edits 930am.pages | Withheld | Attached draft investor letter reflecting legal advice from in-house counsel sent for the purpose of obtaining legal advice. | Order at 21 (subcategory one); Order at 42 (*see* Entry 471) |
| 533 | APL-SECLIT_00645745 | 2019-01-01 | Luca Maestri | Adam Talbot | Saori Casey; Steve Dowling; **Sam Whittington**; **Kate Adams**; Nancy Paxton; **Kyle Andeer**; Jeff Williams | | Re: Letter revision - - Privileged and Confidential | 20190101-0803 Re: Letter revision - - Privileged and Confidential.eml | Redacted | Redacted email providing legal advice from in-house counsel regarding investor letter. | Order at 21 (subcategory one) |
| 536 | APL-SECLIT_00647151 | 2019-01-01 | **Sam Whittington** | Adam Talbot | | | Re: Letter revision | Re: Letter revision.eml | Redacted | Redacted email providing legal advice from in-house counsel regarding investor letter. | Order at 21 (subcategory one) |
| 539 | APL-SECLIT_00646075 | | | | | | | 01_01 edits 1115am.pages | Withheld | Attached draft investor letter reflecting legal advice from in-house counsel. | Order at 21 (subcategory one) |
| 544 | APL-SECLIT_00645775 | 2019-01-01 | Saori Casey | **Sam Whittington; Kyle Andeer** | | | Q1 FX impact | 20181231-1754 Q1 FX impact.eml | Withheld | Email requesting legal advice from in-house counsel regarding investor letter. | Order at 21 (subcategory one) |
| 571 | APL-SECLIT_00645795 | 2019-01-01 | Saori Casey | Kevan Parekh; Donal Conroy | | | Fwd: Letter revision | 20181231-2118 Fwd: Letter revision.eml | Redacted | Redacted email providing legal advice from in-house counsel regarding investor letter. | Order at 21 (subcategory one) |
| 574 | APL-SECLIT_00645814 | | | | | | | 12_31 edits 615pm.pages | Withheld | Draft investor letter reflecting legal advice from in-house counsel attached to email providing legal advice from in-house counsel regarding investor letter. | Order at 42 (*see* Entry 471) |
| 575 | APL-SECLIT_00646772 | 2019-01-01 | Nancy Paxton | Matt Blake; **Sam Whittington** | | | Fwd: Letter revision | Fwd: Letter revision.eml | Redacted | Redacted email providing legal advice from in-house counsel regarding investor letter. | Order at 21 (subcategory one) |
| 582 | APL-SECLIT_00645832 | 2019-01-01 | Nancy Paxton | Saori Casey; **Sam Whittington** | | | Re: Treasury input | 20181231-2119 Re: Treasury input.eml | Redacted | Redacted email providing legal advice from in-house counsel regarding investor letter. | Order at 21 (subcategory one) |
| 583 | APL-SECLIT_00645835 | 2019-01-01 | Saori Casey | **Sam Whittington** | Nancy Paxton; Matt Blake | | Fwd: Customer Activations Week 14 (FQ1 week 12) | 20190101-1249 Fwd: Customer Activations Week 14 (FQ1 week 12).eml | Redacted | Redacted email from employee acting under the direction of in-house counsel regarding investor letter. | Order at 21 (subcategory one) |
| 594 | APL-SECLIT_00646794 | | | | | | | 01_01 edits 930am.pages | Withheld | Attached draft investor letter reflecting legal advice from in-house counsel. | Order at 21 (subcategory one) |
| 616 | APL-SECLIT_00645842 | 2019-01-02 | **Kate Adams** | **Sam Whittington** | Luca Maestri; Saori Casey; **Kyle Andeer** | | Re: Confidential - Draft Announcement | 20190101-1914 Re: Confidential - Draft Announcement.eml | Withheld | Email providing legal advice from in-house counsel regarding investor letter. | Order at 21 (subcategory one) |
| 617 | APL-SECLIT_00645844 | 2019-01-02 | **Sam Whittington** | **Kate Adams**; Luca Maestri; Saori Casey; **Kyle Andeer** | | | Re: Confidential - Draft Announcement | 20190101-1909 Re: Confidential - Draft Announcement.eml | Withheld | Email providing legal advice from in-house counsel regarding investor letter. | Order at 21 (subcategory one) |
| 618 | APL-SECLIT_00645846 | 2019-01-02 | Luca Maestri | **Kate Adams** | **Sam Whittington**; Saori Casey; **Kyle Andeer** | | Re: Confidential - Draft Announcement | 20190101-1916 Re: Confidential - Draft Announcement.eml | Withheld | Email reflecting legal advice from in-house counsel regarding investor letter. | Order at 21 (subcategory one) |

**In re Apple Inc. Sec. Litig., No. 4:19-cv-02033-YGR (N.D. Cal.)**
**Attorney Names Are Bolded**
**The below-listed communications have been maintained as confidential by Apple in its internal systems, and to the best of Apple's knowledge, no unauthorized persons have received the communications.**

| No. | Beginning Bates Number | DocDate | From | To | Cc | Bcc | Subject | Filename | Withheld or Redacted | Privilege Description | Citation to Portion of Magistrate Judge Spero's Aug. 3, 2022 Order (Dkt. No. 272) Relied Upon for Continued Withholding |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 619 | APL-SECLIT_00645848 | 2019-01-02 | Saori Casey | Kevan Parekh | Tim Billups | | Re: Back up item - services revenue | 20190102-1754 Re: Back up item - services revenue.eml | Withheld | Email from employee acting under the direction of in-house counsel regarding investor letter. | Order at 23 (*see* Entry 449) |
| 620 | APL-SECLIT_00645850 | 2019-01-03 | Kevan Parekh | Saori Casey | Tim Billups | | Re: Back up item - services revenue | 20190102-1624 Re: Back up item - services revenue.eml | Withheld | Email from employee acting under the direction of in-house counsel regarding investor letter. | Order at 23 (*see* Entry 449) |
| 621 | APL-SECLIT_00645852 | 2019-01-02 | Saori Casey | Kevan Parekh; Tim Billups | | | Fwd: Back up item - services revenue | 20190102-1307 Fwd: Back up item - services revenue.eml | Withheld | Email from employee acting under the direction of in-house counsel and forwarding request from in-house counsel regarding investor letter. | Order at 23 (*see* Entry 449) |
| 622 | APL-SECLIT_00645854 | 2019-01-02 | Tim Billups | Saori Casey | Kevan Parekh | | Re: Back up item - services revenue | 20190102-1311 Re: Back up item - services revenue.eml | Withheld | Email responding to employee acting under the direction of in-house counsel and forwarding request from in-house counsel regarding investor letter | Order at 23 (*see* Entry 449) |
| 651 | APL-SECLIT_00645883 | 2019-01-01 | Luca Maestri | Adam Talbot | Steve Dowling; **Sam Whittington**; Saori Casey; **Kate Adams**; Jeff Williams; Nancy Paxton; Matt Blake; **Kyle Andeer** | | Re: Privileged and Confidential REVISED investor letter | 20190101-2029 Re: Privileged and Confidential REVISED investor letter.eml | Redacted | Redacted email reflecting legal advice from in-house counsel regarding investor letter. | Order at 21 (subcategory one) |
| 653 | APL-SECLIT_00645889 | 2019-01-01 | Luca Maestri | Steve Dowling | **Sam Whittington**; Adam Talbot; Saori Casey; **Kate Adams**; Jeff Williams; Nancy Paxton; Matt Blake; **Kyle Andeer** | | Re: Privileged and Confidential REVISED investor letter | 20190101-1750 Re: Privileged and Confidential REVISED investor letter.eml | Redacted | Redacted email reflecting legal advice from in-house counsel regarding investor letter. | Order at 21 (subcategory one) |
| 655 | APL-SECLIT_00645895 | 2019-01-01 | Luca Maestri | **Sam Whittington** | Adam Talbot; Saori Casey; **Kate Adams**; Jeff Williams; Steve Dowling; Nancy Paxton; Matt Blake; **Kyle Andeer** | | Re: Privileged and Confidential REVISED investor letter | 20190101-1735 Re: Privileged and Confidential REVISED investor letter.eml | Redacted | Redacted email reflecting legal advice from in-house counsel regarding investor letter. | Order at 21 (subcategory one) |
| 656 | APL-SECLIT_00645898 | 2019-01-01 | **Sam Whittington** | Adam Talbot; Luca Maestri | Saori Casey; **Kate Adams**; Jeff Williams; Steve Dowling; Nancy Paxton; Matt Blake; **Kyle Andeer** | | Re: Privileged and Confidential REVISED investor letter | 20190101-1703 Re: Privileged and Confidential REVISED investor letter.eml | Redacted | Redacted email providing legal advice from in-house counsel regarding investor letter. | Order at 21 (subcategory one) |
| 657 | APL-SECLIT_00645900 | 2019-01-01 | Adam Talbot | **Sam Whittington** | Saori Casey; Luca Maestri; **Kate Adams**; Jeff Williams; Steve Dowling; Nancy Paxton; Matt Blake; **Kyle Andeer** | | Re: Privileged and Confidential REVISED investor letter | 20190101-1648 Re: Privileged and Confidential REVISED investor letter.eml | Redacted | Redacted email reflecting legal advice from in-house counsel regarding investor letter. | Order at 21 (subcategory one) |
| 658 | APL-SECLIT_00645902 | 2019-01-01 | **Sam Whittington** | Adam Talbot | Saori Casey; Luca Maestri; **Kate Adams**; Jeff Williams; Steve Dowling; Nancy Paxton; Matt Blake; **Kyle Andeer** | | Re: Privileged and Confidential REVISED investor letter | 20190101-1636 Re: Privileged and Confidential REVISED investor letter.eml | Redacted | Redacted email providing legal advice from in-house counsel regarding investor letter. | Order at 21 (subcategory one) |
| 670 | APL-SECLIT_00645925 | 2019-01-02 | Nate Barton | Saori Casey | Jason Malat; Jessie Zhang | | Re: Back up item - services revenue | 20190102-1253 Re: Back up item - services revenue.eml | Withheld | Email from employee acting under the direction of in-house counsel regarding investor letter and reflecting legal advice from in-house counsel regarding the same. | Order at 23 (*see* Entry 449) |
| 672 | APL-SECLIT_00645927 | 2019-01-02 | Saori Casey | Nate Barton; Jason Malat | Jessie Zhang | | Re: Back up item - services revenue | 20190102-1251 Re: Back up item - services revenue.eml | Withheld | Email from employee acting under the direction of in-house counsel regarding investor letter and reflecting legal advice from in-house counsel regarding the same. | Order at 23 (*see* Entry 449) |

**In re Apple Inc. Sec. Litig., No. 4:19-cv-02033-YGR (N.D. Cal.)**
**Attorney Names Are Bolded**
**The below-listed communications have been maintained as confidential by Apple in its internal systems, and to the best of Apple's knowledge, no unauthorized persons have received the communications.**

| No. | Beginning Bates Number | DocDate | From | To | Cc | Bcc | Subject | Filename | Withheld or Redacted | Privilege Description | Citation to Portion of Magistrate Judge Spero's Aug. 3, 2022 Order (Dkt. No. 272) Relied Upon for Continued Withholding |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 673 | APL-SECLIT_00645929 | 2019-01-02 | Jessie Zhang | Saori Casey | Jason Malat | | Re: Back up item - services revenue | 20190102-1316 Re: Back up item - services revenue.eml | Withheld | Email from employee acting under the direction of in-house counsel regarding investor letter and reflecting legal advice from in-house counsel regarding the same. | Order at 23 (*see* Entry 449) |
| 682 | APL-SECLIT_00647157 | | | | | | | sw edits to 01_01 edits 845 pm.pages | Withheld | Draft investor letter reflecting legal advice from in-house counsel attached to email providing legal advice from in-house counsel regarding investor letter. | Order at 42 (*see* Entry 471) |
| 686 | APL-SECLIT_00645934 | 2019-01-02 | Saori Casey | **Sam Whittington** | Nancy Paxton; Matt Blake; Jason Malat | | Re: Back up item - services revenue | 20190102-1300 Re: Back up item - services revenue.eml | Withheld | Email requesting legal advice from in-house counsel regarding investor letter. | Order at 23 (*see* Entry 449) |
| 688 | APL-SECLIT_00645936 | 2019-01-02 | Nancy Paxton | **Sam Whittington** | Saori Casey; Matt Blake | | Re: Back up item - services revenue | 20190102-1234 Re: Back up item - services revenue.eml | Withheld | Email requesting legal advice from in-house counsel regarding investor letter. | Order at 23 (*see* Entry 449) |
| 690 | APL-SECLIT_00645938 | 2019-01-02 | **Sam Whittington** | Saori Casey | Nancy Paxton; Matt Blake; Jason Malat | | Re: Back up item - services revenue | 20190102-1301 Re: Back up item - services revenue.eml | Withheld | Email providing legal advice from in-house counsel regarding investor letter. | Order at 23 (*see* Entry 449) |
| 691 | APL-SECLIT_00645940 | 2019-01-02 | **Sam Whittington** | Nancy Paxton | Saori Casey; Matt Blake | | Re: Back up item - services revenue | 20190102-1235 Re: Back up item - services revenue.eml | Withheld | Email providing legal advice from in-house counsel regarding investor letter. | Order at 23 (*see* Entry 449) |
| 692 | APL-SECLIT_00645942 | 2019-01-02 | Saori Casey | Nate Barton | | | Fwd: Back up item - services revenue | 20190102-1310 Fwd: Back up item - services revenue.eml | Withheld | Email from employee acting under the direction of in-house counsel regarding investor letter and reflecting legal advice from in-house counsel regarding the same. | Order at 23 (*see* Entry 449) |
| 965 | APL-SECLIT_00646190 | 2019-01-02 | Luca Maestri | Steve Dowling | **Sam Whittington**; Adam Talbot; Saori Casey; **Kate Adams**; Jeff Williams; Nancy Paxton; Matt Blake; **Kyle Andeer** | | Re: Privileged and Confidential REVISED investor letter | Re: Privileged and Confidential REVISED investor letter.eml | Redacted | Redacted email reflecting legal advice from in-house counsel regarding investor letter. | Order at 21 (subcategory one) |