UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC., et al.,<br><br>    Defendants. | Case No. 19-cv-02033-YGR (JCS)<br><br>**ORDER APPROVING BRIEFING SCHEDULE AND SETTING HEARING RE DISCOVERY LETTERS**<br><br>Re: Dkt. Nos. 374, 375 |

In their July 7, 2023 joint discovery letter, docket no. 375, the parties have proposed a briefing schedule in connection with the district judge's decision in docket no. 372. They have also submitted a joint discovery letter pursuant to the undersigned's August 3, 2022 Order addressing the status of their dispute concerning Defendants' assertions of privilege. The Court approves the briefing schedule proposed by the parties. In addition to addressing the issue that is the subject of docket no. 372, the parties may (but are not required to) expand upon the arguments presented in docket no. 374 in their briefs. The Court intends to hold a hearing to address both discovery letters on August 18, 2023 at 9:30 a.m. via Zoom (id. 161 926 0804, password 050855).

**IT IS SO ORDERED.**

Dated: July 10, 2023

JOSEPH C. SPERO
United States Magistrate Judge