JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
MICHAEL D. TORPEY (SBN 79424)
mtorpey@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    (415) 773-5700
Facsimile:     (415) 773-5759

Attorneys for Defendants Apple Inc.,
Timothy Cook, and Luca Maestri

[additional counsel appears on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Case No. 4:19-cv-02033-YGR<br><br>**CLASS ACTION**<br><br>**JOINT CHART SUMMARIZING PENDING MOTIONS TO SEAL**<br><br>Hon. Yvonne Gonzalez Rogers |

Pursuant to the Court's Order re Pending Motions to Seal (Dkt. No. 368), the parties jointly submit the following chart summarizing the pending administrative motions to seal.[1]

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| Defendants' Administrative Motion to Seal **(Dkt. No. 299)** | Declaration of Kevan Parekh ISO MSJ, Ex. 10 (Dkt. No. 296-3)<br><br>Ex. 10 contains third-party proprietary information. | portions of pp. 2, 3, 4, 6, 7[2] | |
| | Declaration of Kevan Parekh ISO MSJ, Ex. 13 (Dkt. No. 296-6)<br><br>Ex. 13 contains third-party proprietary information. | portion of p. 8 | |
| | Declaration of Kevan Parekh ISO MSJ, Ex. 23 (Dkt. No. 296-16)<br><br>Ex. 23 contains third-party proprietary information. | portions of pp. 3, 4, 5, 6 | |

---

[1] The parties jointly submit this document as directed by the Court. Dkt No. 368. All of the motions for sealing of documents before the Court involve Defendants' information that Defendants submit qualifies for sealing under the applicable legal standards. Therefore, Defendants have prepared this submission. Plaintiff has abided by Defendants' designations in filing documents before the Court and has not opposed Defendants' motions to seal. In addition to providing the Court with a complete list of the documents and portions of documents Defendants seek to seal in connection with the above-referenced motions, Defendants have also indicated in this document the documents they do not seek to seal.

[2] Where Defendants request to seal less than the entire document, the portions of these documents that Defendants seek to seal are either denoted by red boxes or highlighted in yellow in the chambers copies Defendants provided to the Court. In the case of Defendants' Administrative Motion to Seal (Dkt. No. 299), the portions of the documents that Defendants seek to seal are denoted by red boxes in the exhibits filed under seal.

- 1 -

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (**Dkt. No. 300**)<br><br>Requesting Party: Defendants (**Dkt. No. 308**) | Lead Plaintiff's Omnibus Motion to Exclude Opinion Testimony of Defendants' Proposed Experts[3], Ex. 11 (Dkt. No. 301-12).<br><br>Ex. 11 contains non-public, confidential business information concerning sources of business intelligence. | p. 1, ¶ 3, ln. 4-6 (after "muted", before "There are the occasional") | |
| [4] Plaintiff's Administrative Motion to Consider Whether | Ex. 1 (Dkt. No. 322-5)<br><br>Contains non-public | portions of pp. 1, 2 containing employee email | |

---

[3] Defendants do not seek to seal the following exhibits filed in connection with Plaintiff's Motion: Exs. 10 (Dkt. No. 301-11), 12 (Dkt. No. 301-13), 13 (Dkt. No. 301-14), and 14 (Dkt. No. 301-15).

[4] Dkt. Nos. 321, 322, and 323 contain identical Administrative Motions to Consider Whether Another Party's Material Should Be Sealed filed by Plaintiff in connection with Lead Plaintiff's Opposition to Defendants' Motion for Summary Judgment and Lead Plaintiff's Opposition to Defendants' Motion to Exclude Expert Testimony with different exhibits attached thereto. Defendants do not seek to seal the following documents filed in connection with Dkt. Nos. 321, 322, and 323: Lead Plaintiff's Opposition to Defendants' Motion to Exclude Expert Testimony (Dkt. No. 321-3); Exhibit A to the Declaration of Shawn A. Williams in support of Lead Plaintiff's Motion to Exclude Expert Testimony (Dkt. No. 321-5); Lead Plaintiff's Opposition to Defendants' Motion for Summary Judgment (Dkt. No. 322-3); Exs. 3, 5, 7, 10, 26, 36, 40, 44, 46, 55, 57, 63, 64, 65, 67, 70, 71, 79, 80, 85, 86, 92, 93, 94, 97, 139, 143, and 144 to the Declaration of Shawn A. Williams in support of Lead Plaintiff's Opposition to Defendants' Motion for Summary Judgment (Dkt. No. 322-4); and Lead Plaintiff's Response to Separate Statement of Undisputed Facts in Support of Defendants' Motion for Summary Judgment and Additional Material Facts (Dkt. No. 323-3). Defendants only seek to seal portions of the documents attached as exhibits to Dkt. No. 322 as so indicated in the chart.

| | Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|---|
| 1-4 | | | | |
| 5-8 | Another Party's Material Should Be Sealed (**Dkt. No. 322**)<br><br>Requesting Party: Defendants (**Dkt. No. 328**) | employee information implicating employee privacy. | addresses[5] and phone numbers | |
| 9-12 | | Ex. 2 (Dkt. No. 322-5)<br><br>Contains non-public employee information implicating employee privacy. | portions of pp. 1, 2 containing employee email addresses and phone numbers | |
| 13-16 | | Ex. 4 (Dkt. No. 322-5)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | |
| 17-20 | | Ex. 6 (Dkt. No. 322-5)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | |
| 21-24 | | Ex. 8 (Dkt. No. 322-5)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | |

---

[5] To protect the privacy of Apple personnel, Defendants have requested that Plaintiff, when filing the materials on the Court's public docket, redact the unique handles of email addresses of all Apple personnel other than Timothy Cook, and any former Apple employees whose email addresses were publicly disseminated by Apple.

- 3 -

JOINT CHART RE PENDING MOTIONS
CASE NO. 19-CV-02033-YGR

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| | Ex. 9 (Dkt. No. 322-5)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | |
| | Ex. 11 (Dkt. No. 322-5)<br><br>Contains non-public, confidential business information pertaining to third-party reseller partners and non-public employee information implicating employee privacy. | portion of p. 2 pertaining to reseller data; portions of pp. 1, 2 containing employee email addresses | |
| | Ex. 12 (Dkt. No. 322-5)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | |
| | Ex. 13 (Dkt. No. 322-5)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | |
| | Ex. 14 (Dkt. No. 322-5)<br><br>Contains non-public, confidential business information pertaining to third-party reseller partners and non-public employee information implicating employee privacy. | portions of p. 2 pertaining to reseller data; portions of p. 1 containing employee email addresses | |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| | Ex. 15 (Dkt. No. 322-5) Contains non-public, confidential business information pertaining to third-party reseller partners and non-public employee information implicating employee privacy. | portions of pp. 2, 3 pertaining to reseller data; portions of pp. 1, 2 containing employee email addresses | |
| | Ex. 16 (Dkt. No. 322-5) Contains non-public employee information implicating employee privacy. | portions of pp. 1, 2, 3 containing employee email addresses and phone numbers | |
| | Ex. 17 (Dkt. No. 322-5) Contains non-public employee information implicating employee privacy. | portions of pp. 1, 2 containing employee email addresses and phone numbers | |
| | Ex. 18 (Dkt. No. 322-5) Contains non-public employee information implicating employee privacy. | portions of pp. 1, 2, 5 containing employee email addresses and phone numbers | |
| | Ex. 19 (Dkt. No. 322-5) Contains non-public employee information implicating employee privacy. | portions of pp. 1, 2 containing employee email addresses | |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| | Ex. 20 (Dkt. No. 322-5)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | |
| | Ex. 21 (Dkt. No. 322-5)<br><br>Contains non-public, confidential business information pertaining to third-party reseller partners and non-public employee information implicating employee privacy. | portions of pp. 2, 3, 4 pertaining to reseller data; portions of p. 1 containing employee email addresses and phone numbers | |
| | Ex. 22 (Dkt. No. 322-5)<br><br>Contains non-public, confidential business information pertaining to third-party reseller partners and non-public employee information implicating employee privacy. | portions of p. 3 pertaining to reseller data; portions of p. 1 containing employee email addresses | |
| | Ex. 23 (Dkt. No. 322-5)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| | Ex. 24 (Dkt. No. 322-5)<br><br>Contains non-public, confidential business information pertaining to third-party reseller partners and non-public employee information implicating employee privacy. | portions of pp. 2, 3, 4, 5 pertaining to reseller data; portions of p. 1 containing employee email addresses | |
| | Ex. 25 (Dkt. No. 322-5)<br><br>Contains non-public employee information implicating employee privacy. | portions of pp. 1, 2 containing employee email addresses and phone numbers | |
| | Ex. 27 (Dkt. No. 322-5)<br><br>Contains non-public employee information implicating employee privacy. | portions of pp. 1, 2, 4, 5 containing employee email addresses | |
| | Ex. 28 (Dkt. No. 322-5)<br><br>Contains non-public employee information implicating employee privacy. | portions of pp. 1, 2 containing employee email addresses and phone numbers | |
| | Ex. 29 (Dkt. No. 322-5)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| | Ex. 30 (Dkt. No. 322-5)<br><br>Contains non-public employee information implicating employee privacy. | portions of pp. 1, 2 containing employee email addresses | |
| | Ex. 31 (Dkt. No. 322-5)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | |
| | Ex. 32 (Dkt. No. 322-5)<br><br>Contains non-public employee information implicating employee privacy. | portions of pp. 1, 2 containing employee email addresses and phone numbers | |
| | Ex. 33 (Dkt. No. 322-5)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | |
| | Ex. 34 (Dkt. No. 322-5)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | |
| | Ex. 35 (Dkt. No. 322-5)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses and phone numbers | |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| | Ex. 37 (Dkt. No. 322-5) Contains non-public employee information implicating employee privacy. | portions of pp. 1, 2, 3 containing employee email addresses and phone numbers | |
| | Ex. 38 (Dkt. No. 322-5) Contains non-public, confidential business information pertaining to third-party reseller partners and non-public employee information implicating employee privacy. | portions of pp. 1, 2, 4, 5 related to reseller data; portions of p. 1 containing employee email addresses | |
| | Ex. 39 (Dkt. No. 322-5) Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | |
| | Ex. 41 (Dkt. No. 322-5) Contains non-public employee information implicating employee privacy. | portions of pp. 1, 2, 3 containing employee email addresses and phone numbers | |
| | Ex. 42 (Dkt. No. 322-5) Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| | Ex. 43 (Dkt. No. 322-6)<br><br>Contains non-public employee information implicating employee privacy. | portions of pp. 1, 2, 4, 5 containing employee email addresses and phone numbers | |
| | Ex. 45 (Dkt. No. 322-6)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | |
| | Ex. 47 (Dkt. No. 322-6)<br><br>Contains non-public employee information implicating employee privacy. | portions of pp. 1, 3 containing employee email addresses | |
| | Ex. 48 (Dkt. No. 322-6)<br><br>Contains non-public employee information implicating employee privacy. | portions of pp. 1, 2, 3, 4 containing employee email addresses | |
| | Ex. 49 (Dkt. No. 322-6)<br><br>Contains non-public employee information implicating employee privacy. | portions of pp. 1, 2, 3 containing employee email addresses | |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| | Ex. 50 (Dkt. No. 322-6)<br><br>Contains non-public, confidential business information regarding a supplier and non-public employee information implicating employee privacy. | portions of pp. 1, 2, 3, 4 related to supplier data; portions of pp. 1, 2, 3 containing employee email addresses and phone numbers | |
| | Ex. 51 (Dkt. No. 322-6)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | |
| | Ex. 52 (Dkt. No. 322-6)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | |
| | Ex. 53 (Dkt. No. 322-6)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | |
| | Ex. 54 (Dkt. No. 322-6)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| | Ex. 56 (Dkt. No. 322-6)<br><br>Contains non-public employee information implicating employee privacy. | portions of pp. 1, 2, 3, containing employee email addresses | |
| | Ex. 58 (Dkt. No. 322-6)<br><br>Contains non-public employee information implicating employee privacy. | portions of pp. 1, 2 containing employee email addresses | |
| | Ex. 59 (Dkt. No. 322-6)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | |
| | Ex. 60 (Dkt. No. 322-6)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | |
| | Ex. 61 (Dkt. No. 322-7)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | |
| | Ex. 62 (Dkt. No. 322-7)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| | Ex. 66 (Dkt. No. 322-7)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | |
| | Ex. 68 (Dkt. No. 322-7)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | |
| | Ex. 69 (Dkt. No. 322-7)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | |
| | Ex. 72 (Dkt. No. 322-7)<br><br>Contains non-public employee information implicating employee privacy. | portions of pp. 1, 2 containing employee email addresses | |
| | Ex. 73 (Dkt. No. 322-7)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | |
| | Ex. 74 (Dkt. No. 322-7)<br><br>Contains non-public employee information implicating employee privacy. | portions of pp. 1, 2 containing employee email addresses | |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| | Ex. 75 (Dkt. No. 322-7)<br><br>Contains non-public employee information implicating employee privacy. | portions of pp. 1, 2 containing employee email addresses | |
| | Ex. 76 (Dkt. No. 322-7)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | |
| | Ex. 77 (Dkt. No. 322-8)<br><br>Contains non-public employee information implicating employee privacy. | portions of pp. 1, 2 containing employee email addresses | |
| | Ex. 78 (Dkt. No. 322-8)<br><br>Contains non-public employee information implicating employee privacy. | portions of pp. 1, 3 containing employee email addresses and phone numbers | |
| | Ex. 81 (Dkt. No. 322-8)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses, conference call codes, and phone numbers | |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| | Ex. 82 (Dkt. No. 322-8)<br><br>Contains non-public, confidential business information concerning sources of business intelligence and non-public employee information implicating employee privacy. | p. 1, ¶ 3, ln. 4-6 (after "muted", before "There are the occasional"); portions of p. 1 containing employee email addresses | |
| | Ex. 83 (Dkt. No. 322-8)<br><br>Contains non-public employee information implicating employee privacy. | portions of pp. 1, 2 containing employee email addresses | |
| | Ex. 84 (Dkt. No. 322-8)<br><br>Contains non-public employee information implicating employee privacy. | portions of pp. 1, 4 containing employee email addresses | |
| | Ex. 87 (Dkt. No. 322-8)<br><br>Contains non-public employee information implicating employee privacy. | p. 9:11-12 | |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| | Ex. 88 (Dkt. No. 322-8) Contains non-public, confidential business information pertaining to third-party reseller partners and non-public employee information implicating employee privacy. | pp. 10:10-13; 50:5-6, 50:11-12, 50:20; 115:23-25; 231:25; 249:25 | |
| | Ex. 89 (Dkt. No. 322-8) Contains non-public employee information implicating employee privacy. | pp. 11:9-10; 11:15-16 | |
| | Ex. 90 (Dkt. No. 322-8) Contains non-public employee information implicating employee privacy. | p. 9:4-5 | |
| | Ex. 91 (Dkt. No. 322-8) Contains non-public employee information implicating employee privacy. | portions of pp. 1, 2 containing employee email addresses | |
| | Ex. 95 (Dkt. No. 322-9) Contains non-public employee information implicating employee privacy. | portions of pp. 1, 4, 8 containing employee email addresses | |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| | Ex. 96 (Dkt. No. 322-10)<br><br>Contains non-public employee information implicating employee privacy. | portions of pp. 1, 2 containing employee email addresses | |
| | Ex. 99 (Dkt. No. 322-10)<br><br>Contains non-public employee information implicating employee privacy. | portions of pp. 1, 2 containing employee email addresses | |
| | Ex. 140 (Dkt. No. 322-13)<br><br>Contains non-public, confidential business information pertaining to third-party reseller partners and non-public employee information implicating employee privacy. | portions of p. 3 pertaining to reseller data; portions of p. 1 containing employee email addresses | |
| | Ex. 142 (Dkt. No. 322-14)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | |
| Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (**Dkt. No. 341**)<br><br>Requesting Party: Defendants (**Dkt. No. 345**) | Defendants do not seek to have the Court seal the materials at issue in this Administrative Motion.  To protect the privacy of Apple personnel, however, Defendants have requested that Plaintiff, when filing the materials on the Court's public docket, redact the unique handles of email | | |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| | addresses of all Apple personnel other than Timothy Cook, and any former Apple employees whose email addresses were publicly disseminated by Apple. | | |

Dated: July 10, 2023                                ORRICK, HERRINGTON & SUTCLIFFE LLP


                                                        */s/ James N. Kramer*
                                                    JAMES N. KRAMER
                                                    Attorneys for Defendants
                                         Apple Inc., Timothy Cook, and Luca Maestri


Dated: July 10, 2023                                ROBBINS GELLER RUDMAN & DOWD LLP


                                                        */s/ Shawn A. Williams*
                                                    SHAWN A. WILLIAMS
                                                    Counsel for Lead Plaintiff
                                         Norfolk County Council as Administering
                                           Authority of the Norfolk Pension Fund

| | |
|---|---|
| 1 | **CIVIL L.R. 5-1 ATTESTATION** |
| 2 | Pursuant to Civil L.R. 5-1(i)(3), I, James N. Kramer, am the ECF user whose ID and |
| 3 | password are being used to file this Joint Chart Summarizing Parties' Pending Motions to Seal. |
| 4 | In compliance with General Order 45, X.B., I hereby attest that Shawn A. Williams has concurred |
| 5 | in this filing. |

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ James N. Kramer*
　　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES N. KRAMER

　　　　　　　　　　　　　　　　　　　　***

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____　　　　　_____
　　　　　　　　　　　　　　　　　　　　HONORABLE YVONNE GONZALEZ ROGERS