1  JAMES N. KRAMER (SBN 154709)
   jkramer@orrick.com
2  MICHAEL D. TORPEY (SBN 79424)
   mtorpey@orrick.com
3  ALEXANDER K. TALARIDES (SBN 268068)
   atalarides@orrick.com
4  **ORRICK, HERRINGTON & SUTCLIFFE LLP**
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone: (415) 773-5700
   Facsimile:  (415) 773-5759
7
   MELINDA L. HAAG (SBN: 132612)
8  mhaag@paulweiss.com
   WALTER F. BROWN JR. (SBN: 130248)
9  wbrown@paulweiss.com
   MEREDITH R. DEARBORN (SBN: 268312)
10 mdearborn@paulweiss.com
   **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
11 535 Mission Street. 24th Floor
   San Francisco, CA 94105
12 Telephone: (628) 432-5100
   Facsimile:  (628) 232-3101
13
   DANIEL J KRAMER (NY SBN: 1979392; *pro hac vice pending*)
14 dkramer@paulweiss.com
   AUDRA J SOLOWAY (NY SBN: 4113536; *pro hac vice pending*)
15 asoloway@paulweiss.com
   HARRIS FISCHMAN (NY SBN: 4380598; *pro hac vice pending*)
16 hfischman@paulweiss.com
   **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
17 1285 Avenue of the Americas
   New York, NY 10019-6064
18 Telephone: (212) 373-3503
   Facsimile:  (212) 757-3990
19
   Attorneys for Defendants
20 *Apple Inc., Timothy Cook, and Luca Maestri*

21                **UNITED STATES DISTRICT COURT**

22                **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No. 4:19-cv-02033-YGR<br><br>**NOTICE OF APPEARANCE OF MELINDA L. HAAG**<br><br>Judge:  Honorable Yvonne Gonzalez Rogers<br>Ctrm:    1, 4th Floor |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that **MELINDA L. HAAG** of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP hereby enters an appearance as counsel for defendants Apple Inc., Timothy D. Cook, and Luca Maestri (collectively "Defendants"), and hereby requests that all notices given or required to be given, and all papers filed, served, or required to be served in the above-captioned matter, be provided and served upon:

> Melinda L. Haag (SBN: 132612)
> PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
> 535 Mission Street. 24th Floor
> San Francisco, CA 94105
> Telephone: (628) 432-5100
> Facsimile: (628) 232-3101
> Email: mhaag@paulweiss.com

Dated: July 14, 2023

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Melinda L. Haag
Melinda L. Haag

*Attorneys for Defendants*
*Apple Inc., Timothy Cook, and Luca Maestri*