| | |
|---|---|
| 1 | JAMES N. KRAMER (SBN 154709) |
|   | jkramer@orrick.com |
| 2 | MICHAEL D. TORPEY (SBN 79424) |
|   | mtorpey@orrick.com |
| 3 | ALEXANDER K. TALARIDES (SBN 268068) |
|   | atalarides@orrick.com |
| 4 | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
|   | The Orrick Building |
| 5 | 405 Howard Street |
|   | San Francisco, CA  94105-2669 |
| 6 | Telephone: (415) 773-5700 |
|   | Facsimile:  (415) 773-5759 |
| 7 | |
|   | MELINDA L. HAAG (SBN: 132612) |
| 8 | mhaag@paulweiss.com |
|   | WALTER F. BROWN JR. (SBN: 130248) |
| 9 | wbrown@paulweiss.com |
|   | MEREDITH R. DEARBORN (SBN 268312) |
| 10 | mdearborn@paulweiss.com |
|    | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| 11 | 535 Mission Street. 24th Floor |
|    | San Francisco, CA 94105 |
| 12 | Telephone: (628) 432-5100 |
|    | Facsimile:  (628) 232-3101 |
| 13 | |
|    | DANIEL J KRAMER (NY SBN: 1979392; *pro hac vice pending*) |
| 14 | dkramer@paulweiss.com |
|    | AUDRA J SOLOWAY (NY SBN: 4113536; *pro hac vice pending*) |
| 15 | asoloway@paulweiss.com |
|    | HARRIS FISCHMAN (NY SBN: 4380598; *pro hac vice pending*) |
| 16 | hfischman@paulweiss.com |
|    | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| 17 | 1285 Avenue of the Americas |
|    | New York, NY 10019-6064 |
| 18 | Telephone: (212) 373-3503 |
|    | Facsimile:  (212) 757-3990 |
| 19 | |
|    | Attorneys for Defendants |
| 20 | *Apple Inc., Timothy Cook, and Luca Maestri* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Lead Case No. 4:19-cv-02033-YGR |
|  | **NOTICE OF APPEARANCE OF WALTER F. BROWN JR.** |
| This Document Relates To: | Judge:  Honorable Yvonne Gonzalez Rogers |
| ALL ACTIONS. | Ctrm:    1, 4th Floor |

1  **TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

2

3      **PLEASE TAKE NOTICE** that **WALTER F. BROWN JR.** of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP hereby enters an appearance as counsel for defendants Apple Inc., Timothy D. Cook, and Luca Maestri (collectively "Defendants"), and hereby requests that all notices given or required to be given, and all papers filed, served, or required to be served in the above-captioned matter, be provided and served upon:

Walter F. Brown Jr. (SBN: 130248)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
535 Mission Street. 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101
Email:  wbrown@paulweiss.com

Dated: July 14, 2023                    PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                                        By:   /s/ Walter F. Brown Jr.
                                        Walter F. Brown Jr.

                                        *Attorneys for Defendants*
                                        *Apple Inc., Timothy Cook, and Luca Maestri*