JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
MICHAEL D. TORPEY (SBN 79424)
mtorpey@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone: (415) 773-5700
Facsimile:  (415) 773-5759

MELINDA L. HAAG (SBN: 132612)
mhaag@paulweiss.com
WALTER F. BROWN JR. (SBN: 130248)
wbrown@paulweiss.com
MEREDITH R. DEARBORN (SBN: 268312)
mdearborn@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street. 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

DANIEL J KRAMER (NY SBN: 1979392; *pro hac vice pending*)
dkramer@paulweiss.com
AUDRA J SOLOWAY (NY SBN: 4113536; *pro hac vice pending*)
asoloway@paulweiss.com
HARRIS FISCHMAN (NY SBN: 4380598; *pro hac vice pending*)
hfischman@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3503
Facsimile:  (212) 757-3990

Attorneys for Defendants
*Apple Inc., Timothy Cook, and Luca Maestri*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Lead Case No. 4:19-cv-02033-YGR |
| | **NOTICE OF APPEARANCE OF MEREDITH R. DEARBORN** |
| This Document Relates To: | Judge:  Honorable Yvonne Gonzalez Rogers |
| ALL ACTIONS. | Ctrm:    1, 4th Floor |

1
2

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

3

      **PLEASE TAKE NOTICE** that **MEREDITH R. DEARBORN** of the law firm of

4

Paul, Weiss, Rifkind, Wharton & Garrison LLP hereby enters an appearance as counsel for

5

defendants Apple Inc., Timothy D. Cook, and Luca Maestri (collectively "Defendants"), and

6

hereby requests that all notices given or required to be given, and all papers filed, served, or

7

required to be served in the above-captioned matter, be provided and served upon:

8
9
10
11

Meredith R. Dearborn (SBN: 268312)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
535 Mission Street. 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101
Email:  mdearborn@paulweiss.com

12

13

Dated: July 14, 2023

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

14
15

By:  /s/ Meredith R. Dearborn
Meredith R. Dearborn

16
17

*Attorneys for Defendants*
*Apple Inc., Timothy Cook, and Luca Maestri*

18
19
20
21
22
23
24
25
26
27
28