ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
KENNETH J. BLACK (291871)
HADIYA K. DESHMUKH (328118)
JACOB G. GELMAN (344819)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
jgelman@rgrdlaw.com
        – and –
MARK SOLOMON (151949)
JASON A. FORGE (181542)
RAPHAELLA FRIEDMAN (323324)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
jforge@rgrdlaw.com
rfriedman@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | Case No. 4:19-cv-02033-YGR<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED |

4879-3709-3489.v1

Having considered Plaintiff's[1] Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (the "Motion") in connection with Lead Plaintiff's Motion to Compel Review and Production of Non-Privileged Documents, the pleadings and filings herein and such other evidence and written or oral arguments as may be presented to the Court, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion is GRANTED;

2. Plaintiff may file the following documents under seal, pending the Court's consideration, pursuant to Civil Local Rule 79-5(f):

| DOCUMENT | REASON FOR SEALING | DESIGNATING PARTY |
|---|---|---|
| LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION TO COMPEL REVIEW AND PRODUCTION OF NON-PRIVILEGED DOCUMENTS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF | Designated HIGHLY CONFIDENTIAL | Defendants |
| Exhibit 1 | Designated HIGHLY CONFIDENTIAL | Defendants |

\* \* \*

**O R D E R**

IT IS SO ORDERED.

DATED: _____    _____
THE HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

---

[1] "Plaintiff" is Lead Plaintiff and Class Representative Norfolk County Council as Administering Authority of the Norfolk Pension Fund.