ROBBINS GELLER RUDMAN
   & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
KENNETH J. BLACK (291871)
HADIYA K. DESHMUKH (328118)
JACOB G. GELMAN (344819)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
jgelman@rgrdlaw.com
        – and –
MARK SOLOMON (151949)
JASON A. FORGE (181542)
RAPHAELLA FRIEDMAN (323324)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
jforge@rgrdlaw.com
rfriedman@rgrdlaw.com

Lead Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION | Case No. 4:19-cv-02033-YGR |
| | CLASS ACTION |
| This Document Relates To:<br><br>    ALL ACTIONS. | DECLARATION OF KENNETH J. BLACK IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO COMPEL REVIEW AND PRODUCTION OF NON-PRIVILEGED DOCUMENTS |

4884-2461-5793.v1

1    I, KENNETH J. BLACK, declare as follows:

2    1.    I am an attorney duly licensed to practice before all of the courts of the State of
3    California and before this District Court. I am a member of the law firm Robbins Geller Rudman
4    & Dowd LLP, Lead Counsel for Lead Plaintiff and Class Representative Norfolk County Council
5    as Administering Authority of the Norfolk Pension Fund in the above-entitled action. I have
6    personal knowledge of the matters stated herein and, if called upon, I could and would competently
7    testify thereto. This Declaration is made in support of Lead Plaintiff's Motion to Compel Review
8    and Production of Non-Privileged Documents.

9    2.    Attached is a true and correct copy of the following exhibit:

10   Exhibit 1:    Excerpt of Defendants' Privilege Log Pursuant to Fed. R. Civ. P. 26, dated February 23, 2022 **[FILED UNDER SEAL]**.

11   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 18th day of July, 2023, in the State of California.

                                                        s/ Kenneth J. Black
                                                        KENNETH J. BLACK