ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
KENNETH J. BLACK (291871)
HADIYA K. DESHMUKH (328118)
JACOB G. GELMAN (344819)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
jgelman@rgrdlaw.com
       – and –
MARK SOLOMON (151949)
JASON A. FORGE (181542)
RAPHAELLA FRIEDMAN (323324)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
jforge@rgrdlaw.com
rfriedman@rgrdlaw.com

Lead Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION )<br>)<br>)<br>)<br>This Document Relates To: )<br>)<br>ALL ACTIONS. )<br>) | Case No. 4:19-cv-02033-YGR<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION TO COMPEL REVIEW AND PRODUCTION OF NON-PRIVILEGED DOCUMENTS |

4877-3740-5297.v1

Having considered Lead Plaintiff's Motion to Compel Review and Production of Non-Privileged Documents (the "Motion"), the pleadings and filings herein, and such other evidence and written or oral arguments as may be presented to the Court, IT IS HEREBY ORDERED that:

1. Plaintiff's[1] Motion is GRANTED;

2. Defendants are ordered to apply "the primary-purpose test" set forth in *In re Grand Jury*, 23 F.4th 1088 (9th Cir. 2021) to all dual-purpose business and legal documents currently withheld under a claim of attorney-client privilege (except for those 232 documents already addressed in a prior privilege dispute before this Court), and to produce all non-privileged documents.

\* \* \*

**O R D E R**

IT IS SO ORDERED.

DATED: _____   _____
THE HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

---

[1] "Plaintiff" is Lead Plaintiff and Class Representative Norfolk County Council as Administering Authority of the Norfolk Pension Fund. "Defendants" are Apple Inc., Timothy D. Cook, and Luca Maestri.