# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** July 24, 2023 | **Time:** 24 Minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 19-cv-02033-YGR | **Case Name:** In Re Apple Inc. Securities Litigation | |

**Attorney for Plaintiff:** Shawn Williams and Dan Pfefferbaum, via Zoom
**Attorney for Defendant:** Jim Kramer and Melinda Haag, via Zoom

**Deputy Clerk:** Edwin Cuenco        **Court Reporter:** Pamela Batalo-Hebel, via Zoom

**PROCEEDINGS:** Further Case Management Conference - **HELD**

The Court sets the following deadlines:

Parties to exchange; not e-file, preliminary exhibit*/witness lists, deposition designations: September 29, 2023
Parties to exchange; not e-file, motions in limine, cross-designations of deposition testimony: October 27, 2023
Joint pretrial conference statement: November 13, 2023
Joint filing of unresolved motions in limine, oppositions, and omnibus proposed forms of orders; final exhibit*/witness lists:  November 15, 2023
Parties to exchange jury instructions: December 4, 2023
Filing of jury instructions and verdict form: December 18, 2023
Jury Trial (parties estimate two weeks): May 6, 2024

The Court also ordered parties to meet and confer regarding coordinating a judge to address evidentiary issues before trial.

* Exhibit lists should be annotated to identify primary exhibits.

The matter is continued to November 20, 2023 at 9:00 AM for pretrial conference.  Written order to issue.