UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Case No. 4:19-cv-02033-YGR<br><br>**CASE MANAGEMENT & SCHEDULING ORDER** |

To The Parties and Counsel of Record:

The Court hereby sets the following trial and pretrial dates:

### PRETRIAL SCHEDULE

| | |
|---|---|
| EXCHANGE PRELIMINARY EXHIBIT/WITNESS LISTS, DEPOSITION DESIGNATIONS | September 29, 2023 |
| EXCHANGE MOTIONS IN LIMINE; CROSS-DESIGNATIONS OF DEPOSITION TESTIMONY | October 27, 2023 |
| JOINT PRETRIAL CONFERENCE STATEMENT | November 13, 2023 |
| JOINT FILING OF UNRESOLVED MOTIONS IN LIMINE AND OPPOSITIONS, OMNIBUS PROPOSED FORMS OF ORDERS; FINAL EXHIBIT/WITNESS LISTS | November 15, 2023 |
| EXCHANGE JURY INSTRUCTIONS | December 4, 2023 |
| FILE JURY INSTRUCTIONS AND VERDICT FORM | December 18, 2023 |
| PRETRIAL CONFERENCE | November 20, 2023 at 9:00 AM |
| TRIAL | May 6, 2024 |

Pursuant to the Court's direction at the July 24, 2023, parties shall meet and confer regarding what information to include in the pre-trial conference statement for purposes of the November 20 conference. Given the posture of this action, parties may not need to include all information listed in the Court's Pretrial Instructions in Civil Cases.

Parties are advised that the Court will likely be dark May 13-15, 2024.

The parties must otherwise comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: July 28, 2023

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**