# EXHIBIT A

**LEGAL NOTICE**

Apple Securities Litigation
c/o Gilardi & Co. LLC
Post Office Box \_\_\_\_
San Rafael, CA 94912-\_\_\_\_

**www.2019AppleSecuritiesLitigation.com**

4859-5644-7858.v1

## Important Notice from the United States District Court for the Northern District of California

**This postcard is intended to give you Notice of a pending class action for alleged violations of the federal securities laws against Defendants Apple Inc., Timothy D. Cook, and Luca Maestri.  If you: (i) purchased or otherwise acquired the publicly traded common stock of Apple Inc.; or (ii) purchased call options or sold put options on Apple Inc. stock from November 2, 2018 through January 2, 2019, you may be a Class member**.

At this time, Class members are not required to take any action to remain in the Class.  If any benefits are eventually obtained for the Class as a result of this lawsuit, eligible Class members may be entitled to a payment.  The Court has not determined that Defendants did anything wrong, and this Notice is not an expression of any opinion of the Court concerning the merits of the lawsuit.  Defendants deny any wrongdoing.  There is no settlement or monetary recovery at this time, because the case is ongoing.

However, your legal rights are affected.  Class members may choose to exclude themselves from the Class.  If you exclude yourself, you will not be entitled to a payment if any benefits are eventually obtained for the Class.  If you do not exclude yourself, you will be bound by any judgment in this litigation, whether favorable or unfavorable.  To remain a Class member and eligible for a payment if any benefits are eventually obtained, you are not required to do anything at this time.  Information regarding how to request exclusion from the Class is available at www.2019AppleSecuritiesLitigation.com or can be obtained by calling ___-___-____.  The deadline to exclude yourself is _____, 2023.

For a full description of the litigation, including identification of the Class Representative, Defendants, Class Counsel, and the allegations of securities law violations, as well as related Court documents, please visit:

## www.2019AppleSecuritiesLitigation.com

4859-5644-7858.v1