# EXHIBIT B

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>   ALL ACTIONS. | ) Case No. 4:19-cv-02033-YGR<br>)<br>) <u>CLASS ACTION</u><br>)<br>) PUBLICATION NOTICE OF PENDENCY<br>) OF CLASS ACTION<br>)<br>) |

**To all persons and entities that purchased or otherwise acquired the publicly traded common stock of Apple Inc. or call options on Apple Inc. stock and sellers of put options on Apple Inc. stock during the period from November 2, 2018 through January 2, 2019, inclusive, and who suffered damages by Defendants' alleged violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934**

You could be affected by a class action lawsuit against Apple Inc. ("Apple") and Individual Defendants Timothy D. Cook and Luca Maestri (collectively "Defendants"). The Court, which authorized this Notice, is allowing the case to proceed as a class action on behalf of a "Class" and appointed attorneys as "Class Counsel." The Court has not determined that Defendants did anything wrong. Defendants have not been ordered to pay any money. No settlement has been reached. There is no money available now and no guarantee that there will be.

**What is this case about?**

The Complaint alleges that on November 1, 2018, Defendants made a materially false and misleading statement about Apple's business in China in violation of the Securities Exchange Act of 1934. The Complaint further alleges that the false and misleading statement and omissions artificially inflated the price of Apple's publicly traded securities and that, when the true facts were disclosed concerning Apple's business in China and demand for new iPhones in China, Apple's securities prices declined. Defendants

deny any wrongdoing in this lawsuit and believe that the claims are without merit.

**Are you included?**

You are a potential "Class member" only if you purchased or otherwise acquired the publicly traded securities of Apple Inc., including purchasers of Apple Inc. call options and sellers of Apple Inc. put options, during the period from November 2, 2018, through January 2, 2019, inclusive, and suffered damages by defendants' alleged violations of Sections 10(b) and 20(a) of the Exchange Act.  Excluded from the Class are (i) Apple and the individual defendants; (ii) members of the families of each individual defendant; (iii) officers and directors of Apple; and (iv) the legal representatives, heirs, successors or assigns of any such excluded party.

**What are your options?**

If you want to stay in the Class, you do not have to do anything now.  If you do nothing, you will stay in the Class and be bound by the Court's orders and will lose any right you may have to sue Defendants regarding the factual circumstances and claims in this case.  If you do not want to be a Class member or to be bound by what the Court does and want to keep any rights you may have to sue Defendants over the factual circumstances and claims asserted in this case, you need to exclude yourself.  To be excluded, you must send a letter to *Apple Securities Litigation*, *c/o Gilardi & Co. LLC*, ATTN: EXCLUSIONS, P.O. Box _____, _____, ___ _____ and must include certain information, as set forth in the Long-Form Notice available at the website listed below.  If you choose to exclude yourself, you cannot get money or benefits recovered if any are awarded at a later date.  The deadline to exclude yourself is _____.

Unless otherwise allowed by the court, Class members will not have another opportunity to exclude themselves from this litigation.

**Where to get** more **information?**

This Notice is only a summary.  For more information visit www.2019AppleSecuritiesLitigation.com or call ____/____-_____.