JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
MICHAEL D. TORPEY (SBN 79424)
mtorpey@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:       +1 (415) 773-5700
Facsimile:        +1 (415) 773-5759

MELINDA L. HAAG (SBN: 132612)
mhaag@paulweiss.com
WALTER F. BROWN JR. (SBN: 130248)
wbrown@paulweiss.com
MEREDITH R. DEARBORN (SBN: 268312)
mdearborn@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
535 Mission Street. 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

DANIEL J KRAMER (NY SBN: 1979392;
*Pro Hac Vice*)
dkramer@paulweiss.com
AUDRA J SOLOWAY (NY SBN: 4113536;
*Pro Hac Vice*)
asoloway@paulweiss.com
HARRIS FISCHMAN (NY SBN: 4380598;
*Pro Hac Vice*)
hfischman@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3503
Facsimile: (212) 757-3990

Attorneys for Defendants Apple Inc.,
Timothy Cook, and Luca Maestri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No. 4:19-cv-02033-YGR<br><br>**DECLARATION OF KEVIN M. ASKEW IN SUPPORT OF DEFENDANTS' OPPOSITION TO LEAD PLAINTIFF'S MOTION TO COMPEL REVIEW AND PRODUCTION OF DOCUMENTS**<br><br><u>Hearing</u><br>Date:     August 18, 2023<br>Time:    9:30 a.m.<br>Ctrm:    F, 15th Floor<br>Judge:   Honorable Joseph C. Spero |

I, Kevin M. Askew, declare as follows:

1. I am a partner in the law firm of Orrick, Herrington, & Sutcliffe LLP, counsel for Apple Inc. ("Apple"), Timothy Cook, and Luca Maestri (collectively "Defendants"). I am a member in good standing of the State Bar of California. I submit this declaration in support of Defendants' Opposition to Lead Plaintiff's Motion to Compel Review and Production of Documents. I have personal knowledge of the matters set forth in this declaration, and if called upon to do so I could and would testify thereto.

2. On November 24, 2021, Defendants served their first privilege log, including communications withheld or redacted on the ground of attorney-client privilege from Defendants' productions as of that date. Following a series of meet and confers, on February 3, 2022, Defendants served a supplemented privilege log that included new documents withheld or redacted on the ground of attorney-client privilege from Defendants' most recent productions, as well as additional information requested by Plaintiff for previous entries. On February 23, 2022, Defendants served a further supplemented privilege log that provided further information requested by Plaintiff.

3. On May 14, 2022, Defendants produced 175 documents on Defendants' privilege log to Plaintiff. Defendants produced 157 of the documents without redactions for privilege, and 18 documents with redactions for privilege. Four of the 157 documents Defendants produced without redactions for privilege contained minor redactions of personally identifying information.

4. The privilege log that Plaintiff submitted as Exhibit 1 to its Motion to Compel Review and Production of Non-Privileged Documents (Dkt. No. 389-5, "Exhibit 1" or the "privilege log") appears to be the privilege log that Defendants served to Plaintiff on February 23, 2022, but Plaintiff removed from the log the 232 documents that are the subject of the parties' separate privilege dispute. A search of the privilege log for documents that contain redactions related only to the topic of "pending litigation" returns 469 results.

///

///

///

1

DECLARATION OF KEVIN M. ASKEW I/S/O DEFENDANTS'
OPPOSITION TO LEAD PLAINTIFF'S MOTION TO COMPEL
CASE NO. 4:19-CV-02033-YGR

5. A search of the privilege log for the phrase "Q&A" returns 476 unique results. I use the term "unique results" to mean unique entries on the privilege log even if the phrase appears multiple times within the same entry. Of those 476 entries that reference "Q&A," 83 contain "Q4'18 Q&A" in the filename: Entry Nos. 198-203, 1207-1210, 1215, 1219, 1220-1221, 1227-1228, 1230, 1242-1243, 1246, 1248-1249, 1251-1255, 1442-1444, 1556-1557, 1559-1563, 1569-1591, 1593-1608, 1672, 1749, 1754, and 1785-1788. Of those 83, 77 have already been produced to Plaintiff with redactions of material related to "pending litigation": Entry Nos. 1207-1210, 1215, 1219-1221, 1227-1228, 1230, 1242-1243, 1246, 1248-1249, 1251-1255, 1442-1444, 1556-1557, 1559-1563, 1569-1591, 1593-1608, 1672, 1749, 1754, and 1785-1788.

6. A search of the privilege log for the phrase "interview prep" or "interview preparation" returns 49 unique results: Entry Nos. 354-359, 717, 983-986, 1304-1328, and 1816-1828. Of those, eight have been produced in full to Plaintiff: Entry Nos. 354-357 and 983-986. Additionally, Defendants produced 38 of the 49 documents with redactions of topics including "regulatory compliance" and "regulatory filing obligations." *See* Entry Nos. 1304-1328 and 1816-1828.

7. A search of the privilege log for the phrase "reflecting legal advice from in-house counsel" returns 470 unique results. Of those 470, 234 have been produced with redactions of topics such as "pending litigation" and "regulatory compliance." Defendants have additionally produced 37 of these documents in full to Plaintiff. *See* Entry Nos. 26, 28-29, 33, 332, 346, 550-552, 602-603, 605, 631-641, 665, 671, 683, 703, 705, 707, 709-710, 739-740, 768, 794, 970, and 1011. Furthermore, Plaintiff previously agreed to drop 36 of these documents from the dispute based on non-relevance or after additional meet and confers and Defendants' provision of supplemental declarations. *See* Entry Nos. 155-159, 786-790, 795-798, 800-802, 900-901, 928-929, 1086, 1142, and 1166; *see also* Entry Nos. 27, 114, 572, 576, 652, 654, 666, 743, 880-881, 966, and 969.

///

///

///

2

DECLARATION OF KEVIN M. ASKEW I/S/O DEFENDANTS'
OPPOSITION TO LEAD PLAINTIFF'S MOTION TO COMPEL
CASE NO. 4:19-CV-02033-YGR

1  I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct to the best of my knowledge and belief. This declaration was executed on July 28, 2023 in Los Angeles, California.

_____
KEVIN M. ASKEW

3

DECLARATION OF KEVIN M. ASKEW I/S/O DEFENDANTS'
OPPOSITION TO LEAD PLAINTIFF'S MOTION TO COMPEL
CASE NO. 4:19-CV-02033-YGR