| | |
|---|---|
| JAMES N. KRAMER (SBN 154709)<br>jkramer@orrick.com<br>MICHAEL D. TORPEY (SBN 79424)<br>mtorpey@orrick.com<br>ALEXANDER K. TALARIDES (SBN 268068)<br>atalarides@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA  94105-2669<br>Telephone:  +1 (415) 773-5700<br>Facsimile:  +1 (415) 773-5759 | DANIEL J KRAMER (NY SBN: 1979392; *Pro Hac Vice*)<br>dkramer@paulweiss.com<br>AUDRA J SOLOWAY (NY SBN: 4113536; *Pro Hac Vice*)<br>asoloway@paulweiss.com<br>HARRIS FISCHMAN (NY SBN: 4380598; *Pro Hac Vice*)<br>hfischman@paulweiss.com<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Telephone: (212) 373-3503<br>Facsimile: (212) 757-3990 |

MELINDA L. HAAG (SBN: 132612)
mhaag@paulweiss.com
WALTER F. BROWN JR. (SBN: 130248)
wbrown@paulweiss.com
MEREDITH R. DEARBORN (SBN: 268312)
mdearborn@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
535 Mission Street. 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

Attorneys for Defendants Apple Inc.,
Timothy Cook, and Luca Maestri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Civil Action No. 4:19-cv-02033-YGR<br><br>**[PROPOSED] ORDER DENYING LEAD PLAINTIFF'S MOTION TO COMPEL REVIEW AND PRODUCTION OF DOCUMENTS (DKT. NO. 389-3)**<br><br>Judge:    Honorable Joseph C. Spero |

1  Lead Plaintiff Norfolk County Council as Administering Authority of the Norfolk Pension
2  Fund ("Plaintiff") filed a Motion to Compel Review and Production of Documents (the "Motion").
3  Having considered the papers and the arguments of the parties, the Court HEREBY DENIES
4  Plaintiff's Motion.

5  The parties previously narrowed their privilege dispute to 232 documents. Federal Rule of
6  Civil Procedure 26(e) does not justify Plaintiff's effort to undo that agreement. *See*, *e.g.*, *In re High*
7  *Fructose Corn Syrup Antitrust Litigation*, 2000 WL 33180835, at *1-2 (C.D. Ill. Jul. 19, 2000);
8  *Arconic Inc. v. Novelis Inc.*, 2022 WL 2669201, at *2 (W.D. Pa. Apr. 1, 2022). Additionally, there
9  has been no showing that Defendants[1] have "actual knowledge" that their privilege log is materially
10 incomplete or incorrect, as Rule 26(e) requires. *See Complete Ent. Res. LLC v. Live Nation Ent.,*
11 *Inc.*, 2017 WL 11631963, at *4-*5 (C.D. Cal. Oct. 18, 2017). For these reasons, the Court finds
12 that Rule 26(e) does not require Defendants to re-review the privilege determinations for each entry
13 on their privilege log.

14 Plaintiff's Motion is DENIED.

15 **IT IS SO ORDERED.**

Date: _____, 2023

_____
HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

---

[1] "Defendants" are Apple Inc., Timothy Cook, and Luca Maestri.