ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
KENNETH J. BLACK (291871)
HADIYA K. DESHMUKH (328118)
JACOB G. GELMAN (344819)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
jgelman@rgrdlaw.com
        – and –
MARK SOLOMON (151949)
JASON A. FORGE (181542)
RAPHAELLA FRIEDMAN (323324)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
jforge@rgrdlaw.com
rfriedman@rgrdlaw.com

Lead Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION | Case No. 4:19-cv-02033-YGR |
| | CLASS ACTION |
| This Document Relates To: | LEAD PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED |
| ALL ACTIONS. | |

4876-8353-4705.v2

Pursuant to Civil Local Rules ("L.R.") 7-11 and 79-5(f) and in accordance with the Stipulated Protective Order (ECF No. 139) ("Protective Order"), Lead Plaintiff and Class Representative Norfolk County Council as Administering Authority of the Norfolk Pension Fund ("Plaintiff") respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (the "Motion") in connection with the Reply in Support of Lead Plaintiff's Motion to Compel Review and Production of Non-Privileged Documents (the "Sealed Document"), filed concurrently herewith. This Motion is supported by the Declaration of Kenneth J. Black (the "Black Declaration"). Plaintiff has reviewed and complied with L.R. 79-5(f).

Pursuant to the parties' Protective Order, Plaintiff must file the Sealed Document under seal because it references or contains information designated as HIGHLY CONFIDENTIAL by Defendants[1] (the "Designating Party") under the Protective Order. Plaintiff seeks to file under seal those portions of the Sealed Document that cite or reflect information that has been so designated by the Designating Party. Pursuant to L.R. 7-11 and 79-5(f), the Black Declaration identifies the document containing the purportedly HIGHLY CONFIDENTIAL information. The Sealed Document will be submitted conditionally under seal with this Motion. The Sealed Document will be concurrently provided to the Court and served on counsel for the Designating Party.

DATED: August 3, 2023

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
DANIEL J. PFEFFERBAUM
KENNETH J. BLACK
HADIYA K. DESHMUKH
JACOB G. GELMAN

             s/ Kenneth J. Black
            KENNETH J. BLACK

---

[1] "Defendants" are Apple Inc., Timothy D. Cook, and Luca Maestri.

|   |   |
|---|---|
| 1 | |
| 2 | Post Montgomery Center<br>One Montgomery Street, Suite 1800 |
| 3 | San Francisco, CA 94104<br>Telephone: 415/288-4545 |
| 4 | 415/288-4534 (fax)<br>shawnw@rgrdlaw.com |
| 5 | dpfefferbaum@rgrdlaw.com<br>kennyb@rgrdlaw.com |
| 6 | hdeshmukh@rgrdlaw.com<br>jgelman@rgrdlaw.com |
| 7 | ROBBINS GELLER RUDMAN |
|   |    & DOWD LLP |
| 8 | MARK SOLOMON |
|   | JASON A. FORGE |
| 9 | RAPHAELLA FRIEDMAN |
|   | 655 West Broadway, Suite 1900 |
| 10 | San Diego, CA 92101 |
|   | Telephone: 619/231-1058 |
| 11 | 619/231-7423 (fax) |
|   | marks@rgrdlaw.com |
| 12 | jforge@rgrdlaw.com |
|   | rfriedman@rgrdlaw.com |
| 13 | |
|   | Lead Counsel for Lead Plaintiff |
| 14 | |
|   | LABATON SUCHAROW |
| 15 | CAROL C. VILLEGAS |
|   | 140 Broadway |
| 16 | New York, NY 10005 |
|   | Telephone: 212/907-0700 |
| 17 | 212/883-7524 (fax) |
|   | cvillegas@labaton.com |
| 18 | |
|   | Counsel for Employees' Retirement System of the |
| 19 | State of Rhode Island |
| 20 | VANOVERBEKE, MICHAUD & TIMMONY, P.C. |
|   | THOMAS C. MICHAUD |
| 21 | 79 Alfred Street |
|   | Detroit, MI 48201 |
| 22 | Telephone: 313/578-1200 |
|   | 313/578-1201 (fax) |
| 23 | tmichaud@vmtlaw.com |
| 24 | Additional Counsel |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

LEAD PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE SEALED - 4:19-cv-02033-YGR - 2 -
4876-8353-4705.v2

1                              <u>CERTIFICATE OF SERVICE</u>

2        I hereby certify under penalty of perjury that on August 3, 2023, I authorized the electronic

3 filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send

4 notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I

5 hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the

6 non-CM/ECF participants indicated on the attached Manual Notice List.

7                                              s/ Kenneth J. Black
                                              KENNETH J. BLACK

8

9                                               ROBBINS GELLER RUDMAN
                                                  &amp; DOWD LLP

10                                            Post Montgomery Center
                                           One Montgomery Street, Suite 1800

11                                            San Francisco, CA 94104
                                           Telephone: 415/288-4545

12                                            415/288-4534 (fax)
                                           Email: kennyb@rgrdlaw.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4876-8353-4705.v2

# Mailing Information for a Case 4:19-cv-02033-YGR IN RE APPLE INC. SECURITIES LITIGATION

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Tristan Allen**
  tallen@orrick.com

- **Adam Marc Apton**
  aapton@zlk.com,Files@zlk.com

- **Kevin Michael Askew**
  kaskew@orrick.com

- **Kenneth Joseph Black**
  KennyB@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Mary K. Blasy**
  mblasy@rgrdlaw.com

- **Walter F. Brown**
  wbrown@paulweiss.com,mao_fednational@paulweiss.com

- **Frank H. Busch**
  busch@wvbrlaw.com,abarca@wvbrlaw.com,myers@wvbrlaw.com,pallister@wvbrlaw.com

- **Meredith Richardson Dearborn**
  mdearborn@paulweiss.com,egold@paulweiss.com,cduong@paulweiss.com,imcmillan@paulweiss.com,mao_fednational@paulweiss.com

- **Hadiya Khan Deshmukh**
  hdeshmukh@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Harris Michael Fischman**
  hfischman@paulweiss.com,mao_fednational@paulweiss.com

- **William Joseph Foley**
  wfoley@orrick.com

- **Jason A. Forge**
  jforge@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Christine M. Fox**
  cfox@labaton.com,ndonlon@labaton.com,vvibar@labaton.com,lpina@labaton.com,electroniccasefilings@labaton.com,kjudd@labaton.com,6312349420@filings.docl

- **Raphaella Friedman**
  rfriedman@rgrdlaw.com

- **Jacob G. Gelman**
  jgelman@rgrdlaw.com

- **Tor Gronborg**
  torg@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Nicomedes Sy Herrera**
  nherrera@herrerakennedy.com

- **J Alexander Hood , II**
  ahood@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Austin Thomas Jackson**
  ajackson@structurelaw.com,cford@structurelaw.com,cgrady@structurelaw.com

- **Daniel J. Kramer**
  dkramer@paulweiss.com,mao_fednational@paulweiss.com

- **James Neil Kramer**
  jkramer@orrick.com,lpatts@orrick.com,mwatkins@orrick.com,vmorse@orrick.com,tallen@orrick.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,fgravenson@pomlaw.com,ipareja@pomlaw.com

- **Francis P. McConville**
  fmcconville@labaton.com,HChang@labaton.com,lpina@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Danielle Suzanne Myers**
  shawnw@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com,dmyers@rgrdlaw.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,kperez@pomlaw.com,ahood@pomlaw.com,egoodman@pomlaw.com,jlopiano@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.cor

- **Daniel Jacob Pfefferbaum**
  DPfefferbaum@rgrdlaw.com,jgeorge@rgrdlaw.com,dpfefferbaumRGRD@ecf.courtdrive.com,e_file_sd@rgrdlaw.com,jgeorge@ecf.courtdrive.com,sbloyd@rgrdlaw.c

- **Samuel H. Rudman**
  srudman@rgrdlaw.com

- **Juan Carlos Sanchez**
  jsanchez@rgrdlaw.com,e_file_SD@rgrdlaw.com

- **Craig Wallace Smith**
  notice@robbinsllp.com,noticerobbinsllp@ecf.courtdrive.com,csmith@robbinsllp.com

- **Mark Solomon**
  marks@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Audra Jan Soloway**
  asoloway@paulweiss.com,mao_fednational@paulweiss.com

- **Alexander K. Talarides**
  atalarides@orrick.com,lpatts@orrick.com,casestream@ecf.courtdrive.com,tallen@orrick.com

- **Michael David Torpey**
  mtorpey@orrick.com

- **Carol C. Villegas**
  cvillegas@labaton.com,ndonlon@labaton.com,vvibar@labaton.com,5739893420@filings.docketbird.com,dsaldamando@labaton.com,lpina@labaton.com,kjudd@laba

- **James Matthew Wagstaffe**
  wagstaffe@wvbrlaw.com,Myers@WVBRlaw.com,pallister@wvbrlaw.com

- **Steven Ray Wedeking , II**
  swedeking@robbinsllp.com,notice@robbinsllp.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,kennyb@rgrdlaw.com,jgelman@rgrdlaw.com,rfriedman@ecf.courtdrive.com,ShawnW@ecf.courtdrive.com,smorris@rgrdlaw.com,e_file_sd@r

- **Ariel Brianna Winawer**
  awinawer@orrick.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`