| | |
|---|---|
| JAMES N. KRAMER (SBN 154709)<br>jkramer@orrick.com<br>MICHAEL D. TORPEY (SBN 79424)<br>mtorpey@orrick.com<br>ALEXANDER K. TALARIDES (SBN 268068)<br>atalarides@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA  94105-2669<br>Telephone:     +1 (415) 773-5700<br>Facsimile:      +1 (415) 773-5759<br><br>MELINDA L. HAAG (SBN: 132612)<br>mhaag@paulweiss.com<br>WALTER F. BROWN JR. (SBN: 130248)<br>wbrown@paulweiss.com<br>MEREDITH R. DEARBORN (SBN: 268312)<br>mdearborn@paulweiss.com<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>535 Mission Street. 24th Floor<br>San Francisco, CA 94105<br>Telephone: (628) 432-5100<br>Facsimile: (628) 232-3101<br><br>Attorneys for Defendants Apple Inc.,<br>Timothy Cook, and Luca Maestri | DANIEL J KRAMER (NY SBN: 1979392;<br>*Pro Hac Vice*)<br>dkramer@paulweiss.com<br>AUDRA J SOLOWAY (NY SBN: 4113536;<br>*Pro Hac Vice*)<br>asoloway@paulweiss.com<br>HARRIS FISCHMAN (NY SBN: 4380598;<br>*Pro Hac Vice*)<br>hfischman@paulweiss.com<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Telephone: (212) 373-3503<br>Facsimile: (212) 757-3990 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION<br><br>_____<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Civil Action No. 4:19-cv-02033-YGR<br><br>**DEFENDANTS' STATEMENT IN RESPONSE TO LEAD PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (DKT. NO. 397)**<br><br>Judge:     Honorable Joseph C. Spero |

1  Defendants Apple Inc., Timothy Cook, and Luca Maestri (collectively, "Defendants")
2  submit this response to Lead Plaintiff's Administrative Motion to Consider Whether Another
3  Party's Material Should Be Sealed, filed on August 3, 2023 (Dkt. No. 397, the "Administrative
4  Motion"). Defendants do not seek to have the Court seal the material at issue in the Administrative
5  Motion.
6
7  Dated: August 10, 2023                    ORRICK, HERRINGTON & SUTCLIFFE LLP
8
9                                            */s/ James N. Kramer*
                                              JAMES N. KRAMER
10
                                              Attorneys for Defendants Apple Inc.,
11                                            Timothy Cook, and Luca Maestri
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

DEFENDANTS' RESPONSE TO ADMINISTRATIVE
MOTION RE: SEALING
C.A. No. 4:19-CV-02033-YGR