**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**ZOOM CIVIL MINUTE ORDER**

| Case No.: 19-cv-02033-YGR (JCS) | Case Name: In re Apple Inc., Securities Litigation | |
|---|---|---|
| Magistrate Judge: JOSEPH C. SPERO | Date: August 18, 2023 | Time: 40 M (9:32-10:12) |

**Attorney for Plaintiff:** Shawn Williams, Dan Pfefferbaum, Ken Black
**Attorney for Defendant:** James Kramer, Kevin Askew, Melinda Haag

**Deputy Clerk:** Karen Hom          **Court Reporter:** Jennifer Coulthard

**ZOOM WEBINAR PROCEEDINGS**

1. Discovery Hearing re: Joint Letter Brief [dkt 374] - Held

**ORDERED AFTER HEARING**

Oral arguments were heard.
Apple shall submit redacted versions of documents 403, 404, 417, 517, 536, 583 and 651 to the Court for *in camera* review.
Court to issue Order.