| | |
|---|---|
| JAMES N. KRAMER (SBN 154709) | DANIEL J KRAMER (NY SBN: 1979392; |
| jkramer@orrick.com | *Pro Hac Vice*) |
| MICHAEL D. TORPEY (SBN 79424) | dkramer@paulweiss.com |
| mtorpey@orrick.com | AUDRA J SOLOWAY (NY SBN: 4113536; |
| ALEXANDER K. TALARIDES (SBN 268068) | *Pro Hac Vice*) |
| atalarides@orrick.com | asoloway@paulweiss.com |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | HARRIS FISCHMAN (NY SBN: 4380598; |
| The Orrick Building | *Pro Hac Vice* ) |
| 405 Howard Street | hfischman@paulweiss.com |
| San Francisco, CA  94105-2669 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| Telephone:       +1 (415) 773-5700 | 1285 Avenue of the Americas |
| Facsimile:       +1 (415) 773-5759 | New York, NY 10019-6064 |
| | Telephone: (212) 373-3503 |
| | Facsimile: (212) 757-3990 |

MELINDA L. HAAG (SBN: 132612)
mhaag@paulweiss.com
WALTER F. BROWN JR. (SBN: 130248)
wbrown@paulweiss.com
MEREDITH R. DEARBORN (SBN: 268312)
mdearborn@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
535 Mission Street. 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

Attorneys for Defendants Apple Inc.,
Timothy Cook, and Luca Maestri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Civil Action No. 4:19-cv-02033-YGR<br><br>[~~PROPOSED~~] **ORDER GRANTING IN PART LEAD PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (DKT. NO. 389)**<br><br>Judge:     Honorable Joseph C. Spero |

On July 18, 2023, Lead Plaintiff filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. No. 389, the "Administrative Motion"). Defendants Apple Inc., Timothy Cook, and Luca Maestri (collectively, "Defendants"), have submitted a declaration in support of their request that certain material presented in connection with the Administrative Motion remain under seal. Having considered the papers and the contentions of the parties, and for good cause shown, the Court HEREBY GRANTS IN PART the Administrative Motion as follows:

Defendants have demonstrated that good cause exists to seal Exhibit 1 to the Declaration of Kenneth J. Black in Support of Lead Plaintiff's Motion to Compel Review and Production of Non-Privileged Documents (Dkt. No. 389-5). The Clerk of the Court shall maintain the "sealed/unredacted" version of this document. Only this Court, court personnel, and parties to this case may inspect the records sealed by this Order.

Defendants have stated that they do not seek to maintain under seal Lead Plaintiff's Motion to Compel Review and Production of Non-Privileged Documents (the "Motion to Compel") (Dkt. No. 389-3). Accordingly, the Administrative Motion is DENIED as to the Motion to Compel.

**IT IS SO ORDERED.**

Date: <u>August 25</u>, 2023

_____
HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE