UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., et al.,<br><br>Defendants. | Case No. 19-cv-02033-YGR (JCS)<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Re: Dkt. No. 397 |

In response to Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should be Sealed ("Administrative Motion"), Defendants have submitted a declaration stating that Defendants do not seek to have the Court seal the material at issue in that motion. Dkt. no. 399. Accordingly, the Administrative Motion is DENIED.

**IT IS SO ORDERED.**

Dated: August 25, 2023

JOSEPH C. SPERO
United States Magistrate Judge