| | |
|---|---|
| JAMES N. KRAMER (SBN 154709) | DANIEL J KRAMER (NY SBN: 1979392; *Pro Hac Vice*) |
| jkramer@orrick.com | dkramer@paulweiss.com |
| MICHAEL D. TORPEY (SBN 79424) | AUDRA J SOLOWAY (NY SBN: 4113536; *Pro Hac Vice*) |
| mtorpey@orrick.com | |
| ALEXANDER K. TALARIDES (SBN 268068) | asoloway@paulweiss.com |
| atalarides@orrick.com | HARRIS FISCHMAN (NY SBN: 4380598; *Pro Hac Vice* ) |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | hfischman@paulweiss.com |
| The Orrick Building | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 405 Howard Street | 1285 Avenue of the Americas |
| San Francisco, CA  94105-2669 | New York, NY 10019-6064 |
| Telephone:      +1 (415) 773-5700 | Telephone: (212) 373-3503 |
| Facsimile:       +1 (415) 773-5759 | Facsimile: (212) 757-3990 |

MELINDA L. HAAG (SBN: 132612)
mhaag@paulweiss.com
WALTER F. BROWN JR. (SBN: 130248)
wbrown@paulweiss.com
MEREDITH R. DEARBORN (SBN: 268312)
mdearborn@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
535 Mission Street. 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

Attorneys for Defendants Apple Inc., Timothy Cook, and Luca Maestri

[additional counsel appears on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Case No. 4:19-cv-02033-YGR |
| | **CLASS ACTION** |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE TO COMPLY WITH ORDER RE DOCKET NOS. 372 AND 374** |
| ALL ACTIONS. | |
| | Hon. Joseph C. Spero |

This Stipulation is entered into by and among Lead Plaintiff and Class Representative Norfolk County Council as Administering Authority of the Norfolk Pension Fund ("Lead Plaintiff") and Defendants Apple Inc. ("Apple"), Timothy Cook, and Luca Maestri (collectively "Defendants" and together with the Lead Plaintiff, the "Parties"), through their respective attorneys of record.

WHEREAS, on August 25, 2023, this Court entered an Order addressing the parties' disputes relating to Defendants' withholding of documents on the basis of attorney-client privilege (the "Order") [Dkt. No. 403];

WHEREAS, the Order set forth a deadline of September 11, 2023 for Apple to re-review the documents on its privilege log[1] and produce to Lead Plaintiff: (i) any documents it finds to be non-privileged; (ii) for any documents which Apple continues to withhold, a detailed privilege log setting forth the grounds for the assertion of privilege; and (iii) supporting declarations of counsel as required, consistent with the guidance set forth in the Court's August 3, 2022 Order and the August 25, 2023 Order;

WHEREAS, with respect to 55 documents subject to Lead Plaintiff's original challenge, the Order set a September 11, 2023 deadline for Defendants to produce certain documents (or portions thereof) that the Court reviewed *in camera* and found to be not privileged, to apply that same analysis to the remaining 55 challenged documents, and to supply to Lead Plaintiff evidence, including declarations of counsel, to support its continued withholding on the basis of privilege of any material that the Court found based on the current record to be non-privileged and has not specifically ordered produced;

WHEREAS, in light of the volume of materials being reviewed in connection with the Order and Defendants' unavailability due to travel and/or professional commitments the week of September 11, 2023, Defendants have requested an extension of the deadline set by the Order;

WHEREAS, the District Court set a deadline of September 29, 2023 for the exchange of draft trial exhibit lists, witness lists, and other materials necessary for the District Court's

---

[1] Excepted from Apple's re-review are (i) the 232 documents that were the subject of the Court's August 3 Order, (ii) the documents listed in footnote 2 of the Order, and (iii) documents that fall outside of the time period of September 15, 2018 through January 30, 2019.

1  management of the trial scheduled for May 6, 2024;

2  WHEREAS, the parties have met and conferred and agreed to the following extension of
3  the September 11, 2023 deadline;

4  NOW THEREFORE, it is stipulated and agreed among the undersigned Parties, and
5  respectfully submitted for the Court's approval as follows:

6  No later than September 11, 2023, Defendants shall produce to Lead Plaintiff all
7  documents or portions of documents determined to be non-privileged pursuant to the Court's *in*
8  *camera* review or the application thereof, resolving the parties' dispute as to the previously
9  challenged 55 documents, as identified in Section III of the Order (*see also* Order at 27);

10  No later than September 21, 2023, Defendants shall complete compliance with all other
11  requirements of the Order.

12  **IT IS SO STIPULATED.**

14  Dated: September 8, 2023          ORRICK, HERRINGTON & SUTCLIFFE LLP

16                                             */s/ James N. Kramer*
17                                             JAMES N. KRAMER
                                               Attorneys for Defendants
18                                             Apple Inc., Timothy Cook, and Luca Maestri

20  Dated: September 8, 2023          ROBBINS GELLER RUDMAN & DOWD LLP

22                                             */s/ Shawn A. Williams*
                                               SHAWN A. WILLIAMS
23                                             Counsel for Lead Plaintiff,
                                               Norfolk County Council as Administering
24                                             Authority of the Norfolk Pension Fund

**CIVIL L.R. 5-1 ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I, James N. Kramer, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order regarding Deadline to Comply with Order Re Docket Nos. 372 and 374. In compliance with General Order 45, X.B., I hereby attest that Shawn A. Williams has concurred in this filing.

                                        */s/ James N. Kramer*
                                        JAMES N. KRAMER

***

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____      _____
                                             HONORABLE JOSEPH C. SPERO