JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
MICHAEL D. TORPEY (SBN 79424)
mtorpey@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:      +1 (415) 773-5700
Facsimile:      +1 (415) 773-5759

MELINDA L. HAAG (SBN: 132612)
mhaag@paulweiss.com
WALTER F. BROWN JR. (SBN: 130248)
wbrown@paulweiss.com
MEREDITH R. DEARBORN (SBN: 268312)
mdearborn@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
535 Mission Street. 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

DANIEL J. KRAMER (NY SBN: 1979392;
*Pro Hac Vice*)
dkramer@paulweiss.com
AUDRA J. SOLOWAY (NY SBN: 4113536;
*Pro Hac Vice*)
asoloway@paulweiss.com
HARRIS FISCHMAN (NY SBN: 4380598;
*Pro Hac Vice* )
hfischman@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3503
Facsimile: (212) 757-3990

Attorneys for Defendants Apple Inc.,
Timothy Cook, and Luca Maestri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Case No. 4:19-cv-02033-YGR<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL DEADLINES** |

This Stipulation is entered into by and among Lead Plaintiff and Class Representative Norfolk County Council as Administering Authority of the Norfolk Pension Fund ("Lead Plaintiff") and Defendants Apple Inc. ("Apple"), Timothy Cook, and Luca Maestri (collectively "Defendants" and together with the Lead Plaintiff, the "Parties"), through their respective attorneys of record.

On July 28, 2023, following a hearing before the Court on July 24, 2023, this Court entered a Case Management & Scheduling Order (the "Order") setting a trial date of May 6, 2024 and setting certain pretrial deadlines related to exhibit lists, witness lists, deposition designations, motions in limine, pretrial conference statement, jury instructions, and verdict form, with deadlines spanning from September 29 through December 18, 2023.  Dkt. No. 391, 392.  There are certain other pretrial filings that are provided for in the Court's Standing Order Re Pre Trial Instructions in Civil Cases  ("Standing Order") that were not directly addressed during the hearing before the Court on July 24, 2023, nor are provided for in the Order.  The Parties have met and conferred multiple times between September 20, 2023 and October 9, 2023 to determine mutually agreeable deadlines for those filings.  The Parties also notified the Court via email to Courtroom Deputy Mr. Cuenco on October 6, 2023 regarding the Parties' joint proposed deadlines.  Mr. Cuenco directed the parties to file a joint stipulation with the Court.

As such, the Parties jointly stipulate as follows:

Per the Court's Standing Order at paragraph 6(a), 28 days before the Pretrial Conference the parties are to exchange proposed exhibits, trial charts, schedules, summaries, diagrams, recordings, and other similar documentary materials.  Paragraphs 6(b), (c), and (d) provide further requirements regarding the proposed exhibits as well.  The parties jointly stipulate that these materials instead be exchanged on Thursday, March 21, 2024.

Per the Court's Standing Order at paragraph 3, seven days before the Pretrial Conference the parties are to provide the Court with a Trial Readiness Binder, which contains various materials including a proposed order relating to stipulations, proposed voir dire questions, annotated exhibit lists, and any jury questionnaires, among other things.  As ordered by the Court in its July 28, 2023 Order, the parties will exchange and/or file certain materials that are typically

1  part of the Trial Readiness Binder, such as witness and exhibit lists, a pretrial conference

2  statement, and jury instructions, on various dates between September and December 2023.  The

3  parties jointly stipulate that the date for providing the Court with the Joint Trial Readiness Binder

4  itself, and everything that paragraph 3 of the Standing Order requires be included in it, other than

5  what was addressed by the Court in the July 28, 2023 Order, be instead set for Thursday, March

6  21, 2024.

7    The parties further stipulate that the following annotations required by paragraph 3(e) of

8  the Court's Standing Order – whether each exhibit will be marked for identification only; whether

9  the parties stipulate to its admission; and the grounds for any objection to admission – will be

10  among the materials provided to the Court on March 21, 2024.

11    **IT IS SO STIPULATED.**

12

13  Dated:  October 10, 2023    PAUL, WEISS, RIFKIND, WHARTON &

14             GARRISON LLP

15

16             */s/ Melinda Haag*

           MELINDA HAAG

17             Attorneys for Defendants

           Apple Inc., Timothy Cook, and Luca Maestri

18

19

20  Dated:  October 10, 2023    ROBBINS GELLER RUDMAN & DOWD LLP

21             */s/ Shawn A. Williams*

22             SHAWN A. WILLIAMS

           Counsel for Lead Plaintiff,

23             Norfolk County Council as Administering

           Authority of the Norfolk Pension Fund

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL
DEADLINES
Case No. 19-CV-02033-YGR

**CIVIL L.R. 5-1 ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I, Melinda Haag, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order regarding Pretrial Deadlines.  In compliance with General Order 45, X.B., I hereby attest that Shawn A. Williams has concurred in this filing.


*/s/ Melinda Haag*
MELINDA HAAG


\*\*\*


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**FOR CLARIFICATION, THE REFERENCE TO "OMNIBUS PROPOSED FORMS OF ORDERS" IN THE COURT'S JULY 28, 2023 CASE MANAGEMENT & SCHEDULING ORDER IN THIS CASE REFERS TO PROPOSED ORDERS RELATING TO MOTIONS IN LIMINE ONLY.**


Dated: _____

HONORABLE YVONNE GONZALEZ ROGERS

- 3 -

STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL
DEADLINES
Case No. 19-CV-02033-YGR