**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Case No. 4:19-cv-2033-YGR<br><br>**ORDER RE SEALING MOTIONS**<br><br>Re: Dkt. No. 377 |

The Court rules on the omnibus sealing order as follows:

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| Defendants' Administrative Motion to Seal **(Dkt. No. 299)** | Declaration of Kevan Parekh ISO MSJ, Ex. 10 (Dkt. No. 296-3)<br><br>Ex. 10 contains third-party proprietary information. | portions of pp. 2, 3, 4, 6, 7[1] | GRANTED |
| | Declaration of Kevan Parekh ISO MSJ, Ex. 13 (Dkt. No. 296-6)<br><br>Ex. 13 contains third-party proprietary information. | portion of p. 8 | GRANTED |

---

[1] Where Defendants request to seal less than the entire document, the portions of these documents that Defendants seek to seal are either denoted by red boxes or highlighted in yellow in the chambers copies Defendants provided to the Court.  In the case of Defendants' Administrative Motion to Seal (Dkt. No. 299), the portions of the documents that Defendants seek to seal are denoted by red boxes in the exhibits filed under seal.

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| | Declaration of Kevan Parekh ISO MSJ, Ex. 23 (Dkt. No. 296-16)<br><br>Ex. 23 contains third-party proprietary information. | portions of pp. 3, 4, 5, 6 | GRANTED |
| Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed **(Dkt. No. 300)**<br><br>Requesting Party: Defendants (**Dkt. No. 308**) | Lead Plaintiff's Omnibus Motion to Exclude Opinion Testimony of Defendants' Proposed Experts, Ex. 11 (Dkt. No. 301-12).<br><br>Ex. 11 contains non-public, confidential business information concerning sources of business intelligence. | p. 1, ¶ 3, ln. 4-6 (after "muted", before "There are the occasional") | GRANTED |
| Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed **(Dkt. No. 322)**<br><br>Requesting Party: Defendants (**Dkt. No. 328**) | Ex. 1 (Dkt. No. 322-5)<br><br>Contains non-public employee information implicating employee privacy. | portions of pp. 1, 2 containing employee email addresses and phone numbers | GRANTED |
| | Ex. 2 (Dkt. No. 322-5)<br><br>Contains non-public employee information implicating employee privacy. | portions of pp. 1, 2 containing employee email addresses and phone numbers | |
| | Ex. 4 (Dkt. No. 322-5)<br><br>Contains non-public employee information implicating employee | portions of p. 1 containing employee email addresses | GRANTED |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| | privacy. | | |
| | Ex. 6 (Dkt. No. 322-5)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | GRANTED |
| | Ex. 8 (Dkt. No. 322-5)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | GRANTED |
| | Ex. 9 (Dkt. No. 322-5)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | GRANTED |
| | Ex. 11 (Dkt. No. 322-5)<br><br>Contains non-public, confidential business information pertaining to third-party reseller partners and non-public employee information implicating employee privacy. | portion of p. 2 pertaining to reseller data; portions of pp. 1, 2 containing employee email addresses | GRANTED |
| | Ex. 12 (Dkt. No. 322-5)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | GRANTED |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| | Ex. 13 (Dkt. No. 322-5)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | GRANTED |
| | Ex. 14 (Dkt. No. 322-5)<br><br>Contains non-public, confidential business information pertaining to third-party reseller partners and non-public employee information implicating employee privacy. | portions of p. 2 pertaining to reseller data; portions of p. 1 containing employee email addresses | GRANTED |
| | Ex. 15 (Dkt. No. 322-5)<br><br>Contains non-public, confidential business information pertaining to third-party reseller partners and non-public employee information implicating employee privacy. | portions of pp. 2, 3 pertaining to reseller data; portions of pp. 1, 2 containing employee email addresses | GRANTED |
| | Ex. 16 (Dkt. No. 322-5)<br><br>Contains non-public employee information implicating employee privacy. | portions of pp. 1, 2, 3 containing employee email addresses and phone numbers | GRANTED |
| | Ex. 17 (Dkt. No. 322-5)<br><br>Contains non-public employee information implicating employee privacy. | portions of pp. 1, 2 containing employee email addresses and phone numbers | GRANTED |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| | Ex. 18 (Dkt. No. 322-5)<br><br>Contains non-public employee information implicating employee privacy. | portions of pp. 1, 2, 5 containing employee email addresses and phone numbers | GRANTED |
| | Ex. 19 (Dkt. No. 322-5)<br><br>Contains non-public employee information implicating employee privacy. | portions of pp. 1, 2 containing employee email addresses | GRANTED |
| | Ex. 20 (Dkt. No. 322-5)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | |
| | Ex. 21 (Dkt. No. 322-5)<br><br>Contains non-public, confidential business information pertaining to third-party reseller partners and non-public employee information implicating employee privacy. | portions of pp. 2, 3, 4 pertaining to reseller data; portions of p. 1 containing employee email addresses and phone numbers | GRANTED |
| | Ex. 22 (Dkt. No. 322-5)<br><br>Contains non-public, confidential business information pertaining to third-party reseller partners and non-public employee information implicating employee privacy. | portions of p. 3 pertaining to reseller data; portions of p. 1 containing employee email addresses | GRANTED |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| | Ex. 23 (Dkt. No. 322-5) Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | GRANTED |
| | Ex. 24 (Dkt. No. 322-5) Contains non-public, confidential business information pertaining to third-party reseller partners and non-public employee information implicating employee privacy. | portions of pp. 2, 3, 4, 5 pertaining to reseller data; portions of p. 1 containing employee email addresses | GRANTED |
| | Ex. 25 (Dkt. No. 322-5) Contains non-public employee information implicating employee privacy. | portions of pp. 1, 2 containing employee email addresses and phone numbers | GRANTED |
| | Ex. 27 (Dkt. No. 322-5) Contains non-public employee information implicating employee privacy. | portions of pp. 1, 2, 4, 5 containing employee email addresses | GRANTED |
| | Ex. 28 (Dkt. No. 322-5) Contains non-public employee information implicating employee privacy. | portions of pp. 1, 2 containing employee email addresses and phone numbers | GRANTED |
| | Ex. 29 (Dkt. No. 322-5) Contains non-public | portions of p. 1 containing | GRANTED |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| | employee information implicating employee privacy. | employee email addresses | |
| | Ex. 30 (Dkt. No. 322-5)<br><br>Contains non-public employee information implicating employee privacy. | portions of pp. 1, 2 containing employee email addresses | GRANTED |
| | Ex. 31 (Dkt. No. 322-5)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | GRANTED |
| | Ex. 32 (Dkt. No. 322-5)<br><br>Contains non-public employee information implicating employee privacy. | portions of pp. 1, 2 containing employee email addresses and phone numbers | GRANTED |
| | Ex. 33 (Dkt. No. 322-5)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | GRANTED |
| | Ex. 34 (Dkt. No. 322-5)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | GRANTED |
| | Ex. 35 (Dkt. No. 322-5)<br><br>Contains non-public | portions of p. 1 containing | GRANTED |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| | employee information implicating employee privacy. | employee email addresses and phone numbers | |
| | Ex. 37 (Dkt. No. 322-5)<br><br>Contains non-public employee information implicating employee privacy. | portions of pp. 1, 2, 3 containing employee email addresses and phone numbers | GRANTED |
| | Ex. 38 (Dkt. No. 322-5)<br><br>Contains non-public, confidential business information pertaining to third-party reseller partners and non-public employee information implicating employee privacy. | portions of pp. 1, 2, 4, 5 related to reseller data; portions of p. 1 containing employee email addresses | GRANTED |
| | Ex. 39 (Dkt. No. 322-5)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | GRANTED |
| | Ex. 41 (Dkt. No. 322-5)<br><br>Contains non-public employee information implicating employee privacy. | portions of pp. 1, 2, 3 containing employee email addresses and phone numbers | GRANTED |
| | Ex. 42 (Dkt. No. 322-5)<br><br>Contains non-public employee information implicating employee | portions of p. 1 containing employee email addresses | GRANTED |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| | privacy. | | |
| | Ex. 43 (Dkt. No. 322-6)<br><br>Contains non-public employee information implicating employee privacy. | portions of pp. 1, 2, 4, 5 containing employee email addresses and phone numbers | GRANTED |
| | Ex. 45 (Dkt. No. 322-6)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | GRANTED |
| | Ex. 47 (Dkt. No. 322-6)<br><br>Contains non-public employee information implicating employee privacy. | portions of pp. 1, 3 containing employee email addresses | GRANTED |
| | Ex. 48 (Dkt. No. 322-6)<br><br>Contains non-public employee information implicating employee privacy. | portions of pp. 1, 2, 3, 4 containing employee email addresses | GRANTED |
| | Ex. 49 (Dkt. No. 322-6)<br><br>Contains non-public employee information implicating employee privacy. | portions of pp. 1, 2, 3 containing employee email addresses | GRANTED |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| | Ex. 50 (Dkt. No. 322-6)<br><br>Contains non-public, confidential business information regarding a supplier and non-public employee information implicating employee privacy. | portions of pp. 1, 2, 3, 4 related to supplier data; portions of pp. 1, 2, 3 containing employee email addresses and phone numbers | GRANTED |
| | Ex. 51 (Dkt. No. 322-6)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | GRANTED |
| | Ex. 52 (Dkt. No. 322-6)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | GRANTED |
| | Ex. 53 (Dkt. No. 322-6)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | GRANTED |
| | Ex. 54 (Dkt. No. 322-6)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | GRANTED |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| | Ex. 56 (Dkt. No. 322-6)<br><br>Contains non-public employee information implicating employee privacy. | portions of pp. 1, 2, 3, containing employee email addresses | GRANTED |
| | Ex. 58 (Dkt. No. 322-6)<br><br>Contains non-public employee information implicating employee privacy. | portions of pp. 1, 2 containing employee email addresses | GRANTED |
| | Ex. 59 (Dkt. No. 322-6)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | GRANTED |
| | Ex. 60 (Dkt. No. 322-6)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | GRANTED |
| | Ex. 61 (Dkt. No. 322-7)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | GRANTED |
| | Ex. 62 (Dkt. No. 322-7)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | GRANTED |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| | Ex. 66 (Dkt. No. 322-7)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | GRANTED |
| | Ex. 68 (Dkt. No. 322-7)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | GRANTED |
| | Ex. 69 (Dkt. No. 322-7)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | GRANTED |
| | Ex. 72 (Dkt. No. 322-7)<br><br>Contains non-public employee information implicating employee privacy. | portions of pp. 1, 2 containing employee email addresses | GRANTED |
| | Ex. 73 (Dkt. No. 322-7)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | GRANTED |
| | Ex. 74 (Dkt. No. 322-7)<br><br>Contains non-public employee information implicating employee privacy. | portions of pp. 1, 2 containing employee email addresses | GRANTED |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| | Ex. 75 (Dkt. No. 322-7)<br><br>Contains non-public employee information implicating employee privacy. | portions of pp. 1, 2 containing employee email addresses | GRANTED |
| | Ex. 76 (Dkt. No. 322-7)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | GRANTED |
| | Ex. 77 (Dkt. No. 322-8)<br><br>Contains non-public employee information implicating employee privacy. | portions of pp. 1, 2 containing employee email addresses | GRANTED |
| | Ex. 78 (Dkt. No. 322-8)<br><br>Contains non-public employee information implicating employee privacy. | portions of pp. 1, 3 containing employee email addresses and phone numbers | GRANTED |
| | Ex. 81 (Dkt. No. 322-8)<br><br>Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses, conference call codes, and phone numbers | GRANTED |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| | Ex. 82 (Dkt. No. 322-8)<br><br>Contains non-public, confidential business information concerning sources of business intelligence and non-public employee information implicating employee privacy. | p. 1, ¶ 3, ln. 4-6 (after "muted", before "There are the occasional"); portions of p. 1 containing employee email addresses | GRANTED |
| | Ex. 83 (Dkt. No. 322-8)<br><br>Contains non-public employee information implicating employee privacy. | portions of pp. 1, 2 containing employee email addresses | GRANTED |
| | Ex. 84 (Dkt. No. 322-8)<br><br>Contains non-public employee information implicating employee privacy. | portions of pp. 1, 4 containing employee email addresses | GRANTED |
| | Ex. 87 (Dkt. No. 322-8)<br><br>Contains non-public employee information implicating employee privacy. | p. 9:11-12 | GRANTED |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
|  | Ex. 88 (Dkt. No. 322-8)<br><br>Contains non-public, confidential business information pertaining to third-party reseller partners and non-public employee information implicating employee privacy. | pp. 10:10-13; 50:5-6, 50:11-12, 50:20; 115:23-25; 231:25; 249:25 | GRANTED |
|  | Ex. 89 (Dkt. No. 322-8)<br><br>Contains non-public employee information implicating employee privacy. | pp. 11:9-10; 11:15-16 | GRANTED |
|  | Ex. 90 (Dkt. No. 322-8)<br><br>Contains non-public employee information implicating employee privacy. | p. 9:4-5 | GRANTED |
|  | Ex. 91 (Dkt. No. 322-8)<br><br>Contains non-public employee information implicating employee privacy. | portions of pp. 1, 2 containing employee email addresses | GRANTED |
|  | Ex. 95 (Dkt. No. 322-9)<br><br>Contains non-public employee information implicating employee privacy. | portions of pp. 1, 4, 8 containing employee email addresses | GRANTED |

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| | Ex. 96 (Dkt. No. 322-10) Contains non-public employee information implicating employee privacy. | portions of pp. 1, 2 containing employee email addresses | GRANTED |
| | Ex. 99 (Dkt. No. 322-10) Contains non-public employee information implicating employee privacy. | portions of pp. 1, 2 containing employee email addresses | GRANTED |
| | Ex. 140 (Dkt. No. 322-13) Contains non-public, confidential business information pertaining to third-party reseller partners and non-public employee information implicating employee privacy. | portions of p. 3 pertaining to reseller data; portions of p. 1 containing employee email addresses | GRANTED |
| | Ex. 142 (Dkt. No. 322-14) Contains non-public employee information implicating employee privacy. | portions of p. 1 containing employee email addresses | GRANTED |
| Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed **(Dkt. No. 341)** | Defendants do not seek to have the Court seal the materials at issue in this Administrative Motion. To protect the privacy of Apple personnel, however, Defendants have requested that Plaintiff, when filing the materials on the Court's public docket, redact the | | GRANTED |

16

| Requesting Party and Sealing Request (Dkt. No. for Administrative Motion) | Description of Document Sought to be Sealed (Dkt. No. where unredacted document is located) | Pages & Lines | Court's Ruling |
|---|---|---|---|
| Requesting Party: Defendants (**Dkt. No. 345**) | unique handles of email addresses of all Apple personnel other than Timothy Cook, and any former Apple employees whose email addresses were publicly disseminated by Apple. | | |

To the extent the above chart requests sealing or redaction of documents that is different than what was sealed/redacted when the documents were initially filed under seal, parties shall file a joint statement **by December 1, 2023** with those documents attached and a chart indicating the previously filed under seal document each document replaces. This order grants sealing of these documents as to the substantive motions with which they were filed. The Court did not rely on these specific documents in reaching its decision on those motions. Sealing in this instant case does not mean that these documents will be sealed if submitted at trial.

IT IS SO ORDERED.

Dated: **November 1, 2023**

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE