UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE APPLE INC. SECURITIES LITIGATION** | Case No. 4:19-cv-02033-YGR<br>**TRIAL SCHEDULING ORDER** |

**TO THE PARTIES AND COUNSEL OF RECORD:**

The Court is in receipt of the parties' Stipulation re Pretrial Deadlines filed at Docket 392. The Court confirms the trial date, adopts most of the proposals and issues this updated Trial Scheduling Order. The pretrial conference set for November 20, 2023 is vacated.

## PRETRIAL SCHEDULE

| | |
|---|---|
| EXCHANGE ONLY OF PRELIMINARY EXHIBIT/WITNESS LISTS, DEPOSITION DESIGNATIONS AND MATERIALS OUTLINED IN PARAGRAPH 6(A)-(D) OF THE STANDING ORDER | March 1, 2024 |
| EXCHANGE ONLY OF MOTIONS IN LIMINE UPON WHICH MEET & CONFER SHALL OCCUR; CROSS-DESIGNATIONS OF DEPOSITION TESTIMONY | March 11, 2024 |
| JOINT PRETRIAL CONFERENCE STATEMENT | March 21, 2024 |
| JOINT FILING OF **UNRESOLVED** MOTIONS IN LIMINE AND OPPOSITIONS, OMNIBUS PROPOSED FORMS OF ORDERS RE THE SAME;<br><br>FINAL EXHIBIT/WITNESS LISTS | March 21, 2024 |
| EXCHANGE JURY INSTRUCTIONS | March 1, 2024 |
| FILE JOINT JURY INSTRUCTIONS AND VERDICT FORM | March 21, 2024 |
| DELIVERY OF TRIAL BINDERS (ALL DOCUMENTS WITH ECF HEADERS) | No later than 1:00 p.m., March 22, 2024 |
| PRETRIAL CONFERENCE | April 3, 2024 at 9:00 AM |
| TRIAL | May 6, 2024 |

Parties shall meet and confer regarding what information to include in the pre-trial conference statement for purposes of the conference. Given the posture of this action, parties may not need to include all information listed in the Court's Pretrial Instructions in Civil Cases.

Parties are advised that the Court will likely be dark May 13-15, 2024.

The parties must otherwise comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

This terminates the gavel at Docket No. 412.

**IT IS SO ORDERED.**

Dated: November 2, 2023

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**