1  ROBBINS GELLER RUDMAN
       & DOWD LLP
2  SHAWN A. WILLIAMS (213113)
   DANIEL J. PFEFFERBAUM (248631)
3  KENNETH J. BLACK (291871)
   HADIYA K. DESHMUKH (328118)
4  JACOB G. GELMAN (344819)
   Post Montgomery Center
5  One Montgomery Street, Suite 1800
   San Francisco, CA  94104
6  Telephone:  415/288-4545
   415/288-4534 (fax)
7  shawnw@rgrdlaw.com
   dpfefferbaum@rgrdlaw.com
8  kennyb@rgrdlaw.com
   hdeshmukh@rgrdlaw.com
9  jgelman@rgrdlaw.com
           – and –
10 MARK SOLOMON (151949)
   JASON A. FORGE (181542)
11 655 West Broadway, Suite 1900
   San Diego, CA  92101
12 Telephone:  619/231-1058
   619/231-7423 (fax)
13 marks@rgrdlaw.com
   jforge@rgrdlaw.com
14
   Lead Counsel for Lead Plaintiff
15 [additional counsel appears on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Case No. 4:19-cv-02033-YGR |
| | **CLASS ACTION** |
| This Document Relates to: | **JOINT STATEMENT IN RESPONSE TO ORDER RE SEALING MOTIONS (DKT. NO. 413)** |
| ALL ACTIONS. | |
| | Hon. Yvonne Gonzalez Rogers |

Pursuant to the Court's Order re Sealing Motions (Dkt. No. 413), the parties jointly submit the following chart which reflects the documents previously lodged under seal for which the sealing or redactions differ from what was sealed/redacted when the documents were initially filed under seal.

| Title and Docket Location of Document Previously Filed Under Seal | Replacement Document Attached to Joint Statement |
|---|---|
| Lead Plaintiff's Omnibus Motion to Exclude Opinion Testimony of Defendants' Proposed Experts, Ex. 10 (Dkt. No. 301-11) | Ex. 1 attached hereto replaces Dkt. No. 301-11 |
| Lead Plaintiff's Omnibus Motion to Exclude Opinion Testimony of Defendants' Proposed Experts, Ex. 11 (Dkt. No. 301-12) | Ex. 2 attached hereto replaces Dkt. No. 301-12 |
| Lead Plaintiff's Omnibus Motion to Exclude Opinion Testimony of Defendants' Proposed Experts, Ex. 12 (Dkt. No. 301-13) | Ex. 3 attached hereto replaces Dkt. No. 301-13 |
| Lead Plaintiff's Omnibus Motion to Exclude Opinion Testimony of Defendants' Proposed Experts, Ex. 13 (Dkt. No. 301-14) | Ex. 4 attached hereto replaces Dkt. No. 301-14 |
| Lead Plaintiff's Omnibus Motion to Exclude Opinion Testimony of Defendants' Proposed Experts, Ex. 14 (Dkt. No. 301-15) | Ex. 5 attached hereto replaces Dkt. No. 301-15 |
| Lead Plaintiff's Opposition to Defendants' Motion to Exclude Expert Testimony (Dkt. No. 321-3) | Ex. 6 attached hereto replaces Dkt. No. 321-3 |
| Lead Plaintiff's Opposition to Defendants' Motion to Exclude Expert Testimony, Ex. A (Dkt. No. 321-5) | Ex. 7 attached hereto replaces Dkt. No. 321-5 |
| Lead Plaintiff's Opposition to Defendants' Motion for Summary Judgment (Dkt. No. 322-3) | Ex. 8 attached hereto replaces Dkt. No. 322-3 |
| Combined Exhibits 1-42 to Lead Plaintiff's Opposition to Defendants' Motion for Summary Judgment (Dkt. No. 322-5) | Ex. 9 attached hereto replaces Dkt. No. 322-5 |
| Combined Exhibits 43-60 to Lead Plaintiff's Opposition to Defendants' Motion for Summary | Ex. 10 attached hereto replaces Dkt. No. 322-6 |

| Title and Docket Location of Document Previously Filed Under Seal | Replacement Document Attached to Joint Statement |
|---|---|
| Judgment (Dkt. No. 322-6) | |
| Combined Exhibits 61-76 to Lead Plaintiff's Opposition to Defendants' Motion for Summary Judgment (Dkt. No. 322-7) | Ex. 11 attached hereto replaces Dkt. No. 322-7 |
| Combined Exhibits 77-94 to Lead Plaintiff's Opposition to Defendants' Motion for Summary Judgment (Dkt. No. 322-8) | Ex. 12 attached hereto replaces Dkt. No. 322-8 |
| Exhibit 95 to Lead Plaintiff's Opposition to Defendants' Motion for Summary Judgment (Dkt. No. 322-9) | Ex. 13 attached hereto replaces Dkt. No. 322-9 |
| Combined Exhibits 96-99 to Lead Plaintiff's Opposition to Defendants' Motion for Summary Judgment (Dkt. No. 322-10) | Ex. 14 attached hereto replaces Dkt. No. 322-10 |
| Combined Exhibits 139-140 to Lead Plaintiff's Opposition to Defendants' Motion for Summary Judgment (Dkt. No. 322-13) | Ex. 15 attached hereto replaces Dkt. No. 322-13 |
| Combined Exhibits 142 to Lead Plaintiff's Opposition to Defendants' Motion for Summary Judgment (Dkt. No. 322-14) | Ex. 16 attached hereto replaces Dkt. No. 322-14 |
| Combined Exhibits 143-144 to Lead Plaintiff's Opposition to Defendants' Motion for Summary Judgment (Dkt. No. 322-15) | Ex. 17 attached hereto replaces Dkt. No. 322-15 |
| Lead Plaintiff's Response to Separate Statement of Undisputed Facts in Support of Defendants' Motion for Summary Judgment and Additional Facts (Dkt. No. 323-3) | Ex. 18 attached hereto replaces Dkt. No. 323-3 |
| Lead Plaintiff's Request for Leave to File Supplemental Evidence in Support of Lead Plaintiff's Opposition to Defendants' Motion for Summary Judgment (Dkt. No. 341-3) | Ex. 19 attached hereto replaces Dkt. No. 341-3 |
| Lead Plaintiff's Request for Leave to File Supplemental Evidence in Support of Lead Plaintiff's Opposition to Defendants' Motion for Summary Judgment, Ex. A (Dkt. No. 341-5) | Ex. 20 attached hereto replaces Dkt. No. 341-5 |

| | | |
|---|---|---|
| Dated: December 1, 2023 | | ROBBINS GELLER RUDMAN & DOWD LLP |
| | | |
| | | */s/ Kenneth J. Black* |
| | | KENNETH J. BLACK |
| | | Counsel for Lead Plaintiff |
| | | Norfolk County Council as Administering |
| | | Authority of the Norfolk Pension Fund |
| | | |
| Dated:  December 1, 2023 | | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | | |
| | | */s/ James N. Kramer* |
| | | JAMES N. KRAMER |
| | | Attorneys for Defendants |
| | | Apple Inc., Timothy Cook, and Luca Maestri |

**CIVIL L.R. 5-1 ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I, Kenneth J. Black, am the ECF user whose ID and password are being used to file this Joint Statement.  In compliance with General Order 45, X.B., I hereby attest that James N. Kramer has concurred in this filing.

*/s/ Kenneth J. Black*
KENNETH J. BLACK