# EXHIBIT 10

# Videotaped Deposition of

# Kevan Parekh

## March 08, 2022

## In re Apple Inc. Securities Litigation

### Highly Confidential



Page 141

1  adjustments to other regions?
2       MR. KRAMER:  Objection to form.
3       THE WITNESS:  I can't recall specifically
4  how much more those were than -- if they were more
5  than other regions.
6  BY MR. WILLIAMS:
7       Q.  Are you done with your answer?  Are you
8  done?
9       A.  It depends -- I'm sorry.  I was just going
10  to say, it depends on what timeframe as well,
11  because there were a few different revisions.  We
12  were constantly modifying and adjusting our
13  forecast.
14       MR. WILLIAMS:  Lorenzo, can you bring up my
15  13 and mark it as Parekh 21, please.
16       (Whereupon, Exhibit 21 was marked for
17        identification)
18  BY MR. WILLIAMS:
19       Q.  Bates is 00284146 through --
20       A.  I have it here.
21       Q.  Through 4149.
22       Just take a look at the document and let me
23  know when you've had a chance to do so?
24       A.  Okay.  Let me read it here.  The tables are
25  very hard to read.  I can download the document and

Page 142

1  try to zoom in on it.  It's hard to read the
2  detailed tables on pages 2 and 3.
3       Q.  On 2 and 3.  Okay.  I don't -- let's see --
4  I'm not sure that I'm going to ask questions about
5  those two pages, so if we get there it may be
6  necessary for you to get a tighter look at those.
7       A.  Okay.  Okay.
8       Q.  So does Parekh 21 appear to be an e-mail
9  from Ai Ling Loo to you and Donal Conroy copying
10  Saori Casey on October 23rd, 2018?
11       A.  Yes, it is.
12       Q.  And she attaches a screenshot, which is
13  described just by the date and a "5.21.34 PM.png,"
14  and another attachment described as "Rev by
15  Market-102318Update."
16       Do you see that?
17       A.  I do see that, yes.
18       Q.  And is this one of the documents that you
19  reviewed in preparation for the deposition
20  yesterday?
21       A.  Not this one.
22       Q.  Nor last week?
23       A.  No.
24       Q.  Okay.  Well, Ai Ling Loo writes, "Hi Donal,
25  Kevan, Please see below for a summary of the updated

Page 143

1  Q1 '19 revenue year over year growth rates by Geo
2  (see column C) based on the revised Geo plans for
3  Mac and iPhone that we received."
4       Do you see that?
5       A.  I do see that, yes.
6       Q.  Do you know who sent her the revised geo
7  plans for Mac and iPhone?
8       A.  It would normally be Donal's team that
9  would send the updated plans by geo.  They get
10  dollarized by this team.
11       Q.  Okay.  You see the next paragraph where it
12  begins, "In summary..."?
13       A.  Yes.
14       Q.  Do you want to just read that for me,
15  please?
16       A.  "In summary, US revenue went up
17  significantly followed by slight increases in
18  Europe.  This is offset by significant reductions in
19  Japan and Greater China (turned negative at minus
20  one percent year on year).  These revenue changes
21  reflect the following unit changes:"
22       Do you want me to keep reading?
23       Q.  Yeah.
24       A.  Okay.  "1) iPhone units were moved out from
25  Japan and Greater China and into US primarily with a

Page 144

1  smaller amount into Europe.
2       "2) Mac units were moved out from Japan and
3  US into Greater China and Europe."
4       And "3) no changes to all other products."
5       Q.  Okay.  Now, does this refresh your
6  recollection as to whether the adjustments that were
7  made to the forecast were significant with respect
8  to Japan and Greater China?
9       MR. KRAMER:  Objection to form.
10       THE WITNESS:  This is definitely helpful
11  because it also shows that we made a significant
12  upward revision in the United States and in Europe,
13  which is what I mentioned.  There's other
14  geographies that are equally as important.
15  BY MR. WILLIAMS:
16       Q.  Well, it was -- were they equal
17  adjustments?
18       A.  It says here it was offset.
19       Q.  Does that mean equal?
20       A.  Well, if you look at the last exhibit, or
21  the last part of this document, it shows the
22  worldwide forecast stayed the same at nine percent.
23       Q.  Okay.
24       A.  So it must mean it had an equal offsetting
25  impact.

Page 145

1  Q. Okay. And the reason for the significant
2  reduction in Japan and Greater China were due to
3  negative demand signals, weren't they?
4       MR. KRAMER: Objection to form.
5       THE WITNESS: Well, it says we have revised
6  geo plans for Mac and iPhone. In some cases, it
7  could be demand driven. And in some cases it also
8  could be how we allocate supply and where we think
9  we're going to land on inventory.
10      So there's a number of factors that go into
11 how we think about our sale Sell In plan, what we
12 sell into markets.
13 BY MR. WILLIAMS:
14  Q. I'm just asking whether the significant
15 reductions in Japan and/or China were due to
16 negative demand signals?
17      MR. KRAMER: Objection to form.
18      THE WITNESS: Yeah. And I'm just trying to
19 clarify that the revised geo plans for Mac and
20 iPhone that triggered the changes in those markets
21 to be driven by a few factors. One of them
22 definitely could be demand, but there's also some
23 supply plan impacts and outlook on inventory in
24 those places that we take into consideration.
25 ///

Page 146

1 BY MR. WILLIAMS:
2  Q. Is it your view that one of the reasons for
3 the reduction in Greater China was due to lack of
4 supply?
5       MR. KRAMER: Objection to form.
6       THE WITNESS: At that point I have to go
7 back and recall. I don't know if there was a supply
8 gate that was there for the China units that
9 factored into the geo plan. I don't exactly recall
10 at that date.
11 BY MR. WILLIAMS:
12  Q. I'd ask you to direct your attention to
13 Bates ending 149. I think it's the last chart in
14 the document that you're referring to.
15  A. Yes. This is 4149, right?
16  Q. Right. And it's a summary chart comparing
17 revenue forecasts from October 19th to the revenue
18 forecasts for October 23rd.
19      MR. KRAMER: Objection to form.
20      THE WITNESS: Yes.
21 BY MR. WILLIAMS:
22  Q. And you see where the October 19th version
23 shows year over year Greater China growth at four
24 percent?
25  A. Yes. I see the revenue growth at four

Page 147

1 percent for Greater China in the 10 -- in the prior
2 version labeled 10/19.
3  Q. Right. And in the new version of
4 October 23rd, it's been adjusted to one percent --
5 negative one percent?
6  A. Yes. In the new 10/23 view, the revenue
7 growth was adjusted in Greater China to minus one
8 percent.
9  Q. And would you characterize that adjustment
10 or reduction as significant?
11      MR. KRAMER: Objection to form.
12      THE WITNESS: I would characterize that as
13 the positive revenue change in the United States
14 from 11 percent to 18 percent.
15 BY MR. WILLIAMS:
16  Q. I understand. I wasn't asking you about
17 the United States. I'm asking you a specific
18 question about the adjustment in Greater China.
19      Would you view that adjustment as
20 significant?
21      MR. KRAMER: Objection to form.
22      THE WITNESS: It depends on how you define,
23 you know, a five-point change. Some people might
24 call that as not -- insignificant, single digits.
25      Some people may call that as -- so for

Page 148

1 example, in relationship to Japan, that changed by
2 double digits.
3       So it depends on your definition of
4 significant.
5 BY MR. WILLIAMS:
6  Q. What about your definition of significant?
7  A. A five percent change in isolation, I don't
8 believe is significant. But given the size of
9 Greater China, it could have an impact.
10      But also the US is a similar size, it went
11 up even more.
12  Q. It could have an impact or it's significant
13 given the size of Greater China?
14      MR. KRAMER: Objection to form.
15      THE WITNESS: In isolation -- we don't look
16 at these in isolation. We look at all the moving
17 parts. So yes, there was a change in Greater China
18 of five percent.
19      It depends of your definition of
20 "significant." There were also positive changes and
21 negative changes elsewhere.
22 BY MR. WILLIAMS:
23  Q. You didn't disagree with Saori Casey's
24 characterization of it as significant, did you?
25  A. I don't know that I responded to this

Page 149

1  e-mail.  I was focused on the summary of the
2  changes, so I don't know if I responded with any --
3  you know, contradiction or clarification on the
4  language being used.
5      Q.  Hm-hmm.  Did you think that -- did you
6  think that the language she used was -- did not take
7  into account all of the possibilities that you've
8  described to me?
9      A.  Well, the way I read the e-mail, it really
10 talks about the overall revenue forecast and some of
11 the changes within the geo assumptions within that
12 overall forecast.  And there was also the view of
13 significant for the upward revisions as well in the
14 United States.
15     Q.  Did you view the changes, the adjustment in
16 Greater China from four percent to negative one
17 percent as negative?
18         MR. KRAMER:  Objection to form.
19         THE WITNESS:  I would say when you go from
20 positive to negative growth, it's never -- it's
21 probably a negative change, yes, in the growth
22 assumptions.
23 BY MR. WILLIAMS:
24     Q.  And that negative adjustment in China was
25 driven primarily by iPhone, right?

Page 150

1          MR. KRAMER:  Objection to form.
2          THE WITNESS:  Yes, that's the way it reads
3  in the e-mail.
4          MR. WILLIAMS:  Lorenzo, can you give me
5  what's my 16 and mark it as Parekh 22.
6          (Whereupon, Exhibit 22 was marked for
7          identification)
8          THE WITNESS:  I think I have it here.  Make
9  sure I have the right document.
10 BY MR. WILLIAMS:
11     Q.  Yeah.  Parekh 22 is Bates numbered 00162372
12 through 378.
13     A.  I have the same pages.
14     Q.  Okay.  Take a look at the document and let
15 me know when you've had a chance to do so.
16     A.  Okay.  I read the text.  The first image,
17 the first chart, which is, I guess, the page 62375,
18 is a bit blurry or fuzzy to read, if you're going to
19 refer to that.
20         And then the other chart, the charts and
21 the clippings are coming in a bit fuzzy on my
22 machine.
23     Q.  Okay.  Just looking at the first page of
24 Parekh 22.
25         Does this appear to be an e-mail from Saori

Page 151

1  Casey to Tim Cook, Luca Maestri, copying Jeff
2  Williams, Donal Conroy, you, and a few others?
3      A.  Yes.
4      Q.  And it's dated October 25th, 2018?
5      A.  Yes.
6      Q.  Is it fair to say that you and Donal Conroy
7  were the people that were primarily responsible for
8  building the forecast and guidance that was
9  ultimately provided to the market?
10         MR. KRAMER:  Objection to form.
11         THE WITNESS:  Yeah.  What I would say is
12 Donal's team and my team worked together on the
13 forecast ranges for the sales, for the different
14 unit sales that are dollarized by Saori's team that
15 ultimately feed into the forecast that we provide
16 into the market during guidance.
17 BY MR. WILLIAMS:
18     Q.  And the subject line of this message is "Q1
19 Revenue by Geo - Revised," right?
20     A.  Yes.  That's what the subject says, yes.
21     Q.  And it was revised from when, do you know?
22     A.  It doesn't reference it here in this
23 document.
24     Q.  Okay.  And if you look at her written
25 summary under point 3), you see where it says, "GC

Page 152

1  is now negative one percent year over year driven by
2  iPhone and iPad"?
3      A.  Yes.
4      Q.  And she's referring to Greater China,
5  right?
6      A.  Yeah, "GC" stands for Greater China.
7      Q.  Right.  And what was the cause of that
8  decrease?
9          MR. KRAMER:  Objection to form.
10         THE WITNESS:  Yeah, this looks very similar
11 to the remix assumptions we saw on the prior
12 exhibit.  Again, I don't know exactly how many
13 revisions she sent over to Tim and Luca.
14         But if you look at the numbers that are
15 referenced here, they are very consistent with the
16 prior exhibit we looked at where we made the
17 adjustments to revenue down in GC and Japan, but up
18 in the US and Europe.
19 BY MR. WILLIAMS:
20     Q.  Right.  And what was the cause for the
21 decrease in China and -- in China with respect to
22 iPhone?
23         MR. KRAMER:  Objection to form.
24         THE WITNESS:  Yeah, as I characterized
25 before, because as the Sell In forecasts change, it

Case 4:19-cv-02033-YGR   Document 415-1   Filed 12/01/23   Page 6 of 6
Highly Confidential
Kevan Parekh                                              In re Apple Inc. Securities Litigation

```
                                                    Page 257
 1                CERTIFICATE OF REPORTER
 2        I, ANGELA T. KOTT, Certified Shorthand
 3   Reporter, hereby certify that the witness in the
 4   forgoing deposition was duly sworn to tell the
 5   truth, the whole truth and nothing but the truth in
 6   the within-entitled cause;
 7        That said deposition was taken down in
 8   shorthand by me, a disinterested person, at the time
 9   and place therein stated, and that the testimony of
10   the said witness was thereafter reduced to
11   typewriting, by computer, under my direction and
12   supervision;
13        That before completion of the deposition,
14   review of the transcript [ X ] was [  ] was not
15   requested.  If requested, any changes made by the
16   deponent (and provided to the reporter) during the
17   period allowed are appended hereto.
18        I further certify that I am not of counsel
19   or attorney for either or any of the parties to the
20   said deposition, nor in any way interested in the
21   event of this cause, and that I am not related to
22   any of the parties thereto.
23            Dated:  March 21, 2022.
24            _____
25            ANGELA T. KOTT, CSR 7811
```

```
                                                    Page 258
 1           DECLARATION UNDER PENALTY OF PERJURY
 2   Case Name: In re Apple Inc. Securities Litigation
 3   Date of Deposition: 03/08/2022
 4   Job No.: 10094760
 5
 6        I, KEVAN PAREKH, hereby certify
 7   under penalty of perjury under the laws of the State of
 8   _____ that the foregoing is true and correct.
 9        Executed this _____ day of
10   _____, 2022, at _____.
11
12
13            _____
14                        KEVAN PAREKH
15
16   NOTARIZATION (If Required)
17   State of _____
18   County of _____
19   Subscribed and sworn to (or affirmed) before me on
20   this _____ day of _____, 20__,
21   by_____,    proved to me on the
22   basis of satisfactory evidence to be the person
23   who appeared before me.
24   Signature: _____ (Seal)
25
```

```
                                                    Page 259
 1   DEPOSITION ERRATA SHEET
 2   Case Name: In re Apple Inc. Securities Litigation
     Name of Witness: Kevan Parekh
 3   Date of Deposition: 03/08/2022
     Job No.: 10094760
 4   Reason Codes:  1. To clarify the record.
                    2. To conform to the facts.
 5                  3. To correct transcription errors.
 6   Page _____ Line _____ Reason _____
 7   From _____ to _____
 8   Page _____ Line _____ Reason _____
 9   From _____ to _____
10   Page _____ Line _____ Reason _____
11   From _____ to _____
12   Page _____ Line _____ Reason _____
13   From _____ to _____
14   Page _____ Line _____ Reason _____
15   From _____ to _____
16   Page _____ Line _____ Reason _____
17   From _____ to _____
18   Page _____ Line _____ Reason _____
19   From _____ to _____
20   Page _____ Line _____ Reason _____
21   From _____ to _____
22   Page _____ Line _____ Reason _____
23   From _____ to _____
24   Page _____ Line _____ Reason _____
25   From _____ to _____
```

```
                                                    Page 260
 1   DEPOSITION ERRATA SHEET
 2   Page _____ Line _____ Reason _____
 3   From _____ to _____
 4   Page _____ Line _____ Reason _____
 5   From _____ to _____
 6   Page _____ Line _____ Reason _____
 7   From _____ to _____
 8   Page _____ Line _____ Reason _____
 9   From _____ to _____
10   Page _____ Line _____ Reason _____
11   From _____ to _____
12   Page _____ Line _____ Reason _____
13   From _____ to _____
14   Page _____ Line _____ Reason _____
15   From _____ to _____
16   Page _____ Line _____ Reason _____
17   From _____ to _____
18   Page _____ Line _____ Reason _____
19   From _____ to _____
20   Page _____ Line _____ Reason _____
21   From _____ to _____
22   _____ Subject to the above changes, I certify that the
             transcript is true and correct
23   _____ No changes have been made. I certify that the
             transcript  is true and correct.
24
             _____
25                        KEVAN PAREKH
```

Page 257..260
www.aptusCR.com