# EXHIBIT 11

**Subject:** Re: Apple Faces `Informal Boycott' From China Consumers, BAML Says Bloomberg
**From:** yeewee <███@apple.com>
**Received(Date):** Wed, 09 Jan 2019 00:31:27 +0000
**To:** "Gregory Joswiak" <██@apple.com>
**Date:** Wed, 09 Jan 2019 00:31:27 +0000

The headline is sensational.

I don't believe there is any organized effort, formal or otherwise, to get Chinese consumers to boycott American or Apple.

Some weeks back, when the CFO of Huawei was detained in Canada at the request of US DOJ, there were a handful of calls to boycott Apple. There was even one single protestor who stood outside one of our stores with a sign. But these are isolated and small incidents. Response in established and state news media has been objectives and muted - ███████████████████████████████████████████████

There are the occasional sprinkling of individuals on social media calling for more nationalism and pride, ie choosing Huawei over Apple, but again, these are the norm. Even media have come out and said not to use nationalism in these matters. I don't discount the possibility of Huawei organizing some "black PR" around this topic, but i don't have proof.

Against a backdrop of a softer economy and a more pessimistic view of the future, I do think upgraders consider choices like Huawei and Xiaomi to be more value for money, especially if they don't see major reasons and new innovation in the iPhone. There is a feeling that a flagship Huawei device at less than half the price of an iPhone XS Max, is good enough or just as good.

On Jan 8, 2019, at 11:53 PM, Greg Joswiak <joz@apple.com> wrote:

YeeWeek,

Is there any truth to this?

Joz

https://www.bloomberg.com/news/articles/2019-01-08/sliding-iphone-sales-a-bad-apple-as-broad-china-growth-indicator

# Apple Faces 'Informal Boycott' From China Consumers, Says BAML

Highly Confidential                                                                                          APL-SECLIT_00163170

[Malcolm Scott]January 7, 2019, 5:00 PM PST

Chinese consumers may be staging an "informal boycott" of U.S. products that is hitting Apple Inc. iPhones, according to analysts at Bank of America Merrill Lynch.

If that's the case, it would help explain Apple's warning last week that revenue from the world's second-largest economy was taking a hit even as Chinese rivals post steady shipments

"According to a survey conducted by our colleagues in equity research, consumers in China and India are showing less interest in upgrading to an iPhone and more interest in upgrading to Xiaomi and Samsung," Bank of America Merrill Lynch economists Ethan Harris and Aditya Bhave wrote in a recent note. "Apple sales may also suffer from a general redirection of Chinese demand away from U.S. products.

Highly Confidential                                                                                                                              APL-SECLIT_00163171

Photographer: Christopher Goodney/Bloomberg

The economists note there are a bunch of [industry-specific factors](#) and competitive reasons behind the downbeat forecast by Apple which may limit its value as an indicator on the health of the Chinese economy. Still Apple's high profile and increasing talk about technology in the trade tensions, could make the American company a victim.

"Given the battles around high tech, this spillover from politics into sales could be particularly high in the cell phone market."

**Apple Loses Second Spot in Smartphones to Huawei**

Other Chinese handset makers catching up
Source: IDC

"The weakness illustrates the many ways in which the U.S.-China trade war can hurt

the U.S. as well," they wrote, outlining three key drags:

• Trade war fears have already undercut the U.S. equity market and fears of a hard landing for China add to that pressure
• The trade war tends to weaken the yuan, making a broad range of U.S. products less competitive and lowering the dollar value of earnings overseas
• Informal boycotting of U.S. products adds further to the U.S.-China trade deficit

Harris and Bhave expect the trade war could switch to having a greater impact on the U.S. economy rather than China's by spring. That's because any further tariffs would be felt more directly by U.S. shoppers, the boost from prior fiscal easing is fading, and China has more scope to support its economy.

"The upshot is that while China is currently slowing faster than the U.S., by the spring we expect growth in China to start to pick

> up, even as the U.S. continues to slow down," they wrote. "Everyone loses in a trade war."
>
> Before it's here, it's on the Bloomberg Terminal.
>
> LEARN MORE

Highly Confidential
APL-SECLIT_00163174