# EXHIBIT 12

| | |
|---|---|
| **Subject:** | MS Tech:  AAPL falls on downbeat EM macro commentary and mgmt pulling iPhone unit disclosure going forward.  AAPL emphasizing Services more fully with near-term pain vs long-term gain. |
| **From:** | "Wigg, Thomas (IED)" <thomas.wigg@morganstanley.com> |
| **Received(Date):** | Thu, 01 Nov 2018 22:44:05 +0000 |
| **To:** | "Matt Blake" <mattblake@apple.com> |
| **Attachment:** | image001.png |
| **Attachment:** | image002.png |
| **Attachment:** | image003.png |
| **Attachment:** | image004.jpg |
| **Attachment:** | image005.jpg |
| **Attachment:** | image006.jpg |
| **Attachment:** | image007.jpg |
| **Attachment:** | image008.png |
| **Attachment:** | image009.png |
| **Attachment:** | image010.jpg |
| **Attachment:** | image011.jpg |
| **Attachment:** | image012.jpg |
| **Attachment:** | image013.jpg |
| **Attachment:** | image014.jpg |
| **Date:** | Thu, 01 Nov 2018 22:44:05 +0000 |

SALES COMMENTARY -- Not a product of MS Research and should not be regarded as a research report | FOR INSTITUTIONAL DISTRIBUTION ONLY

# AAPL stock has worsened to down -6% after-hours on downbeat macro commentary and a surprise management decision to pull iPhone unit disclosure starting next Q, which investors view as a negative read on unit growth going forward.

Highly Confidential

**The negative EM macro commentary and overall muted tone are notable given AAPL's typically upbeat messaging, while the removal of unit disclosure transitions AAPL more fully to an installed base + Services narrative.**

**ADBE got a pass for pulling subscriber disclosure, but was viewed as doing that from a position of strength vs weakness.  AAPL's decision will be more controversial given disappointing C4Q guidance.**

**That said, fast forward through the near-term pain and you can envision a scenario where the stock is less noisy on unit datapoints and investors are more focused on a SOTP story, especially consider incremental margin disclosure on the Services segment.**

Nine Key Points

•******** **Weaker Guidance:  AAPL** blamed a number of factors including (1) **launch timing** this year vs last year which implies some pull-forward into C3Q and more 'pronounced' ASP growth in C3Q vs tougher in C4Q for the high end of the portfolio, (2) **almost $2B of FX headwind** given currencies that have weakened, (3) **uncertainty of supply-demand** given a number of products ramping in the last six weeks, and (4) **some macro uncertainty,** particularly in **emerging markets.**

APL-SECLIT_00587556

•******** **Emerging Market Weakness:** Surprisingly, **AAPL** blamed **Turkey, India, Brazil** and **Russia**, but *not* **China**, which is constructive from a demand standpoint but could also represent another shoe to drop.  Management said that **EM currency weakness** resulted in **raising prices** in certain markets that are not growing the way they would like to see.  **India** was flat in the Q vs what should be a 'huge growth' market.  **Brazil** was down somewhat y/y. In general, management said that ***'clearly consumer confidence is not as high as it was 12-months ago'*** in some emerging markets.

•******** **China + App Store:** **AAPL** would *not* put **China** in the weaker EM bucket above given very strong growth +16% last Q, including double digit iPhone growth and strong 'Other' growth. **AAPL** did acknowledge a **moratorium on new game approvals** that's hurting **Tencent**, but they view this as a domestic issue and **not a factor of trade war.**

•******** **Disclosure:** **AAPL** is adding **additional transparency** to start reporting **revenue + cost of sales for both total products and total services** beginning next Q, which means you'll be able to see the margin breakdown for the two segments and apply a higher multiple for the Services piece. That said, **AAPL will no longer provide unit sales for iPhone, iPad & Mac**.  Much of the conference call was spent explaining this decision, but the gist is that there's such a **wide dispersion of price points** that **AAPL** no longer sees units as a representative metric.

•******** **Gross Margin + Inventory + Memory / Components:** Gross margins could have been better given the recent **NAND pricing weakness,** but management said that flat margin guidance was driven by **Memory** 30bps benefit + leverage on higher DecQ seasonal volumes **offset** by FX weakness -90bps headwind and **higher cost structure** on new products launched in the last six weeks.  Meanwhile, **inventory was down to just under $4B,** vs elevated levels of $6B in C2Q and $7.7B in C1Q, which suggests working through component inventory. However, **non-vendor trade receivables** were up +$13B vs up +$8B last year, which along with the **weaker unit sentiment** may **reverse today's Semis rally tomorrow.**

•******** **iPhone Units:** Implied **iPhone unit guide is tricky** because the **Street ASP assumptions were likely too high in C4Q** as management talked about high-end channel fill in C3Q vs C4Q this year, in reversal of last year.  Management implied that **XS & XS Max** were selling well despite the usual pause they might see before a new product (**XR**) debuts.  That said, it's **too early for XR demand color.**

•******** **Services:** This was the **clear bright spot hitting $10B milestone, up +27% vs +28% last Q** despite the headwind from China game approval freeze. **AAPL** reached **330M paid subscriptions** on the platform, up +50%y/y and vs 300M last Q. **Apple Pay** transaction volume tripled y/y and they're boasting **more volume than PayPal mobile** at 4x the growth rate.

APL-SECLIT_00587557

•******** **App Store Risk?**  As **Services** becomes increasingly important, management got questions on **efforts by Fortnite, NFLX & SPOT types to obviate the App Store** and encourage subscriptions on the mobile web to **avoid the 15-30% Apple tax**.  AAPL said that they have **<0.3% exposure to any single developer**, which **reduces risk** of action by one or two large content providers.

•******** **Accounting Change: Services** will also get a boost from new FASB accounting standards on rev rec that **moves some amortized deferred value of bundled services from products to services**, but **AAPL** reiterated the **Services** growth target of doubling FY16 levels by FY20 excluding the shift.

---

**From:** Wigg, Thomas (IED)

**Sent:** Thursday, November 01, 2018 4:59 PM

**To:** Wigg, Thomas (IED)

**Subject:** MS Tech: AAPL guides below blaming macro weakness in some emerging markets

SALES COMMENTARY -- Not a product of MS Research and should not be regarded as a research report | FOR INSTITUTIONAL DISTRIBUTION ONLY

# AAPL -4% DecQ rev guide weaker than expected ($91B midpoint vs Street $93B) into seasonally strong holiday Q with iPhone sell-in benefit, but Services remained strong at +27% growth despite China game freeze headwind.

# Tim Cook's quick Reuters [interview](#) after-market blames weakness in emerging markets (likely China but doesn't name), FX headwind ($2B),

APL-SECLIT_00587558

**iPhone XS/Max release in C3Q vs C4Q, and uncertainty as to whether they can make enough iPhone XR units.**

**This will hurt the market tomorrow:  Cook said that AAPL is *'seeing some macroeconomic weakness in some of the emerging markets'*. That's reminiscent of Jan-2016 commentary blaming China weakness, which sent the stock down -7%.**

- ******** **F4Q / C3Q (Sep) print:**  Revenue $63B vs guide $60-62B, GM 38.2% vs guide 38-38.5%, **iPhone units ~47M vs ~48M,** ASP ~$790 vs Street ~$740.

- ******** **F1Q / C4Q (Dec) guide:  Revenue guide $89-93B below Street $93B** (+45%q/q or below normal seasonality), GM guide flattish 38-38.5% (despite NAND price declines), **implied iPhone unit guide roughly ~59-69M** depending upon ASP assumptions, **below Street ~78M and MS ~75M.**

- ******** **Services stronger than expected +27%y/y** to all-time high $10B (normalized for $640M one-timer last year), only a **slight decel vs +28%y/y last Q** and against fears of a low 20s number.

- ******** **China grew +16% vs +19% last Q** but against a much tougher comp (last year C3Q inflected to positive growth after declines).

- ******** **Conference Call 5ET:**  888.254.3590

APL-SECLIT_00587559

**From:** Wigg, Thomas (IED)

**Sent:** Thursday, November 01, 2018 10:50 AM

**To:** Wigg, Thomas (IED)

**Subject:** MS Tech: AAPL tonight, BABA tmrw. AAPL focus on revenue guide + Services growth. BABA numbers have already come down substantially on macro + investments.

SALES COMMENTARY -- Not a product of MS Research and should not be regarded as a research report | FOR INSTITUTIONAL DISTRIBUTION ONLY

# AAPL has been resilient given reasonable expectations for iPhone units + ASPs (flattish) and narrative shift toward recurring Services revenue.

# That said, this quarter could be tricky as China's game approval freeze + tough comp against GOOGL TAC payment pose risk to Services, which needs to hold high 20s growth.

**AAPL's iPhone X 'super cycle'** fell short of expectations last year given premium price points that were too high to drive substantial unit growth, but units never went negative (beyond -1%), users stayed loyal to the platform (no **Android** defection), unit + ASP expectations ratcheted down (flattish), and **Services accelerated to pick up the slack + expand the stock multiple**.

Investors got **nervous about tariffs** over the summer, but **Tim Cook deserves a diplomacy award** for dinners with Trump and keynotes in China that have kept **AAPL** products exempt.

**Katy Huberty** flagged the **risk to Services growth** in the quarter, but generally sees **limited downside** to estimates given benefits from **iPhone XR/XS/Max** sell-in, rising **iPhone ASPs**, and **$20B** of quarterly **buybacks**.

APL-SECLIT_00587560

•******** **F4Q / C3Q (Sep) print:**  AAPL guided to $60-62B in revenue and 38-38.5% gross margin, with **buy-side expectations toward the high end on both** given benefits from **iPhone XS/Max** unit channel fill and **lower NAND pricing** to help offset margin headwind from new SKU ramp costs.  The Street models **~48M units (+3%y/y)** and ASPs $740 (**+20%y/y**) given premium **iPhone XS/Max** comparing against the **iPhone 8/Plus** in the month of September.

•******** **F1Q / C4Q (Dec) guide:**  This will be an **important sentiment driver as a read on iPhone XR demand**, with expectations for guidance of **at least ~$92-94B revenue** and **flattish gross margin** guidance to bracket Consensus expectations.  The Street models **iPhone units** of **~78M (+1%y/y)** on **ASP $805 (+1%y/y)**, vs MS lower on units at 75M (-3%y/y) and higher on ASPs at $850 (+7%y/y). Investors assume an **extreme mix shift to the iPhone XR** (vs **XS/Max)** given price-to-performance ratio, though median iPhone ASPs up >20%y/y means the Street is likely too conservative.

•******** **Services:**  This has driven the stock's **narrative and multiple expansion** given **Services acceleration from +23% in FY17 to +31% in C1Q and +31% again in C2Q** (+28% normalized for one-timers) on the back of in-app game transactions (**Fortnite**, etc), 3P subscription fees (**NFLX, SPOT,** etc), and 1P services (**iCloud, Apple Music, Apple Pay**).  That said, App Store data suggests a **slowdown in C3Q** on the back of **China's new game approval** freeze (**Tencent** down -30% YTD), while **AAPL also faces a tough comp against last years $640M one-time catch-up payment** (GOOGL).  All in, the data suggests a **Services slowdown to just +18% reported and +24% normalized,** which would be negative for the stock given **Consensus at +28% normalized or >$10B total**.  Katy thinks that **AAPL can hold high 20s Services growth** given conservative assumptions on Licensing and Other (-7%y/y), and views the China freeze as temporary in nature.

•******** **China rev growth, Inventory, Buybacks, TV Service?  AAPL's** China revenue should **decelerate** from +19% last Q given a tough comp against last year's inflection (C2Q17 -10% vs C3Q +12%) but should hold a double digit number or spark macro fears.  **Inventory** remained elevated at $6B in C2Q but down from $7.7B in C1Q, with expectations for continued work down but commentary on **price leverage** in the supply chain given weak **NAND + AMS** type datapoints.  **Buybacks** have been running consistently at **~$20B per quarter** as the status quo.  The **subscription TV service** should launch in 1H'19 but management will be tight-lipped until ready for launch.

•******** **AAPL** does not hit until 4.30ET  |  **Conference Call 5ET:**  888.254.3590

•******** **Options Implied Move:** 6%  |  **Average Move:** 4.5%

# BABA numbers have already been cut substantially to account for weaker macro,

APL-SECLIT_00587561

# higher investment in Ele.me, and new Taobao app taking longer to show benefits.

**BABA** tends to **talk numbers down** and then **print a slight beat to the lowered expectation**, though investors are more **nervous about the forward outlook** given China macro headwinds.  Investors have been increasingly focused on **customer management** and **commission revenue** metrics, which are slowing.

[Grace Chen](#) recently cut numbers to reflect **macro risks, product transition, and investments**, but stays bullish longer term as investments in **'New Retail'** will help widen **BABA's** lead over rivals.

•******** **Revenues:**  "We forecast **F2Q19 total sales of Rmb85.6bn (+55% YoY , +6% QoQ), 3% below consensus,** reflecting softer China online retail and digital entertainment sales."

•******** **Margins:** "We trim our **F2Q non-GAAP EBITA forecast 6%, to Rmb24.4bn (+6% YoY, -8% QoQ), or 28.4% EBITA margin**. We factored in **full-quarter consolidation of loss-making Ele.me, higher investments** (content for digital media and innovation initiatives), and **lighter customer management and commission** revenue."

•******** **Core Commerce:**  "We project **F2Q19 core commerce sales of Rmb73.0bn (+57% YoY,+6% QoQ),** with non-GAAP EBITA margin at 43.4% vs. 47.4% in F1Q19, mainly owing to full-quarter consolidation of Ele.me and seasonality. We project **Ele.me loss** of Rmb2.0-2.5bn in F2Q19 vs. ~Rmb1.2bn in F1Q19."

•******** **Customer Management + Commission Revenue:**  "We project **combined customer management and commission sales to grow 28% YoY in F2Q19 vs. 33% in F1Q19**. It is taking **time to roll out the new Taobao app that features recommendation feeds** .. We project F2Q19 **customer management to grow 26% YoY (vs. 26% in F1Q19)** and **commission revenue to grow 31% YoY (vs. 55% in F1Q19 on an easy comp),** roughly in line with Tmall GMV growth. "

•******** **F2019 outlook:** "We fine-tuned our **F2019 sales growth forecast to 57% YoY vs. 58% previously,** but **trimmed our non-GAAP EBITA projection 5% (+18% YoY).** We expect combined **customer management and commission sales to rise 32% YoY in F2019 vs. 36%** in our prior forecast. We expect F2Q19 non-GAAP EBITA growth of 5.8% YoY to be the trough for the year, with accelerating growth in subsequent quarters via rolling out the new Taobao app, scale merits, and easier comps. "

APL-SECLIT_00587562

•******** **BABA** typically hits at 6.30ET   |   **Conference Call 7.30ET:**  845.675.0437, ID 5099548

•******** **Options Implied Move:**  7%   |   **Average Move:**  4%

.

.

.

Apple, Inc. (AAPL.O)

## China a Growing Headwind to App Store Growth Near-term

**Read Full Report**

(PDF: 18 Pages)

**North America**

Stock Rating **Overweight**

Price Target **$247.00**

Katy L. Huberty, CFA, Erik W Woodring, Elizabeth Elliott, CFA, Kieran Kenny

*October 17, 2018*

Sept Q App Store net revenue of $3.6B fell short of $3.8B MSe. Pause in China new gaming approvals coupled with fear of economic slowdown in China present a near-term overhang but we see limited downside to near-term estimates and remain bullish on the long term sustainability of Services growth.

**App Store growth decelerated by 150bps in C3Q but still growing 20%+.** According to data compiled by Sensor Tower, Apple's App Store generated $8.4B in payments to developers in the September quarter, implying App Store net revenue (what is recognized on Apple's P&L, net of payments to developers) of $3.6B (+23% Y/Y), a quarterly high (Exhibit 1) but below our forecast of $3.8B (+30% Y/Y originally, +32% Y/Y after Sensor Tower restatements; Exhibit 2). Assuming our estimates for the other Services line items are in-line, these results imply September quarter Services revenue of $9.8B (+15% Y/Y or +24% Y/Y on a normalized basis, excluding the $640M favorable one-time payment from the September 2017 quarter), below our current estimate of $10.0B (+18% Y/Y, +28% normalized) and below current consensus of $10.1B (+19% Y/Y, +28% normalized). Coupled with slower Chinese gaming approvals, decelerating gaming/luxury brand growth in China, and implications of a potentially escalating trade tensions, we see China exposure as the biggest near-term risk. However, we believe that many of the App Store blemishes we cite below are more temporary in nature and as a result, continue to believe in the longer-term sustainability of App Store growth, which plays a meaningful role in our bullish Services thesis.

**China growth continues to decelerate while the US maintains 30%+ growth and Japan accelerates.** China remains the single largest revenue generating country for the App Store, producing slightly more than $1B in net revenue in the September quarter and accounting for 29% of total App Store net revenue, slightly lower than the T12M average of 31%. China App Store growth has now decelerated for 8 consecutive quarters, largely due to the after-effects of a pause in gaming license approvals in the country (see next paragraph), with growth in the most recent quarter falling to 16% Y/Y (Exhibit 3). On an ex-China basis, September quarter App Store net revenue would have grown 26% Y/Y, implying the slowdown in China accounted for 1pt of the deceleration in the quarter (Exhibit 4). In the US, App Store net revenue growth decelerated to 36% Y/Y in C3Q (from 42% growth in C2Q) but remained meaningfully higher than the previous 6 quarter average growth rate of 29% (Exhibit 5). Lastly, after growing at a low single digit percentage for the past two quarters, Japan's App Store net revenue meaningfully accelerated to 12% Y/Y in C3Q (Exhibit 6). Countries outside of the top 3 continue

APL-SECLIT_00587564

to become more meaningful contributors to revenue growth this year, and now account for just under one-third of the App Store's net revenue growth YTD vs. just 20% in 2017. (Exhibit 7, Exhibit 8).

**Gaming growth largely unchanged from C2Q but results more mixed beneath the surface.** Gaming-related app downloads and in-app purchases continue to drive the majority of App Store revenue, accounting for 71% of App Store net revenue in the September quarter and contributing close to half of App Store Y/Y revenue growth. Globally, gaming related revenue grew 13% Y/Y, a 40bps acceleration from C2Q18 (Exhibit 9), as strength in US (+25% Y/Y; Exhibit 10) and Japan (+7% Y/Y, an 800bps acceleration Q/Q ; Exhibit 11) offset weakness in China. While the gaming-related results in the US and Japan are encouraging, the 250bps deceleration in gaming-related net revenue (from 10.4% in C2Q to 7.9% in C3Q; Exhibit 12) in China is more concerning but almost certainly a direct result of the pause in gaming license approvals by Chinese regulators, which started in March and will reportedly last through the rest of the year, as approval responsibility shifts to the State Administration of Press and Publication. For example, the Financial Times reported earlier this month that over 9,000 new games were approved in 2017 in China vs just 1,932 YTD, which speaks to the severity of this year's approval slowdown. And while we expect a stricter license approval policy going forward, we view this slow down in China gaming-related revenue as temporary, and believe any efforts on the regulatory front to speed up new gaming license approvals would be a positive catalyst towards re-accelerating growth.

**Declines in non-gaming categories weighed on growth in C3Q.** Revenue growth from all other categories besides gaming, such as entertainment, social networking, and music, remains very strong but decelerated slightly to 60% Y/Y in C3Q, from 70%+ in the prior 3 quarters, with the most notable deceleration coming from Entertainment, the second largest revenue-generating category after gaming (Exhibit 13). App Store growth is increasingly dependent on these categories that now contribute 57% of overall App Store growth, up from 41% in the year ago quarter (Exhibit 14). In C3Q, Entertainment growth decelerated from 130% Y/Y in C2Q to 87% Y/Y in C3Q. Revenue growth of Social Networking and Music-related apps, the #3 and #4 largest App Store categories, respectively, decelerated by 5pts and 15pts in C3Q, to 23% Y/Y and 37%, respectively. Bigger picture however, revenue growth from all non-gaming categories is up 68% YTD, an acceleration from growth of 63% in 2017, so the slowdown in the September quarter is not yet something we'd point to as a worrisome trend.

**Overall impact to our Services thesis is limited, with Chinese new gaming license approvals a key to 2019 re-acceleration. Remain OW with $247 PT.** Despite the September quarter shortfall in App Store net revenue vs. our estimates and the meaningful role the App Store plays in Apple's Services business (it accounts for ~40% of Services revenue), we are hesitant to adjust our Services revenue estimate given the potential for upside in other categories. Over the past year, Licensing & Other, the App Store, and AppleCare contributed to upside to our Services growth estimates. Additionally, our September quarter Services revenue estimate of $10.0B assumes a 7% decline in Apple's Licensing & Other line, which includes GOOGL TAC payments, which we view as potentially conservative in light of our Internet team forecasting GOOGL mobile TAC payments growing 43% in the September quarter. As we approach 2019, the new gaming license approval situation in China remains the most important App Store-related storyline to follow, given the importance of both China and Gaming to the App Store. Nevertheless we believe this issue will be temporary given the importance of the gaming market in China but also expect smaller/faster growing countries to continue increasing in importance, providing the end-market diversification needed to sustain App Store growth over a multi-year period.

*Note, Sensor Tower updates their Store Intelligence dataset 3-4 times per year as they accumulate new publisher and developer data points over time. On a country or store level, these updates result in revisions that are rarely more than low-single-digit percentage point*

*changes in either direction. In this latest update, cumulative App Store net revenue between 1Q14 and 2Q18 decreased by $64M, resulting in historical App Store net revenue growth rates that slightly differ from our previously published estimates. Exhibit 15 details these revisions.*

**Read more...**

Authors

Morgan Stanley & Co. LLC

**Katy L. Huberty, CFA**

+1 212 761-6249     EMAIL

Morgan Stanley & Co. LLC

**Erik W Woodring**

+1 212 296-8083     EMAIL

Morgan Stanley & Co. LLC

**Elizabeth Elliott, CFA**

+1 212 761-3632     EMAIL

Morgan Stanley & Co. LLC

**Kieran Kenny**

+1 212 296-5137     EMAIL

Read Morgan Stanley Research anytime,

Highly Confidential

APL-SECLIT_00587566

anywhere...

Visit the Apple App Store or Android Market and download the **Morgan Stanley Research app**

Remove me from this distribution

For important information including analyst certification and disclosures regarding specific companies, derivatives, or other instruments discussed in this e-mail, please refer to the latest research report, if attached and/or hyperlinked to this email, or by logging on to Morgan Stanley's Matrix portal at http://www.morganstanley.com/matrix. You may also refer to the Morgan Stanley Research Disclosure Website at http://www.morganstanley.com/eqr/disclosures/webapp/generalresearch

Morgan Stanley will make certain research products and announcements available only on Morgan Stanley's Matrix platform. For access to Matrix, please contact your sales representative or go to Matrix at http://www.morganstanley.com/matrix

Morgan Stanley is not acting as a municipal advisor and the opinions or views contained herein are not intended to be, and do not constitute, advice within the meaning of Section 975 of the Dodd-Frank Wall Street Reform and Consumer Protection Act. If you have received this communication in error, please destroy all electronic and paper copies and notify the sender immediately. Mistransmission is not intended to waive confidentiality or privilege. Morgan Stanley reserves the right, to the extent permitted under applicable law, to monitor electronic communications. This message is subject to terms available at the following link: http://www.morganstanley.com/disclaimers. If you cannot access these links, please notify us by reply message and we will send the contents to you. By messaging with Morgan Stanley you consent to the foregoing.

© 2018 Morgan Stanley. All rights reserved

Highly Confidential

APL-SECLIT_00587567

Tech Hardware Pulse

# What Investors Are Asking: Expectations Into Earnings

**Read Full Report**

(PDF: 33 Pages)

**North America**

Industry View   **Attractive**

Katy L. Huberty, CFA, Elizabeth Elliott, CFA, Erik W Woodring, Kieran Kenny

*October 25, 2018*

We expect in-line results & guidance next week with the exception of STX, where weaker cloud capex pressures the outlook, in our view. While China contributed to slower Apple App Store growth, we see potential offsets including iPhone sell-in & lower memory costs which put an upward bias on ests.

**Earnings Preview: Apple.** Big picture, we see limited downside to our September and

Highly Confidential

APL-SECLIT_00587568

December quarter estimates as we are currently in an iPhone sell-in period and therefore Apple has greater flexibility in meeting/outperforming expectations. For the September quarter, we currently model revenue of $61B, gross margin of 38.2% and EPS of $2.75 vs. consensus of $61.5B, 38.6% (above mgmt's guidance), and $2.78, respectively. As we wrote about last week, we saw a deceleration in App Store results, from 25% Y/Y growth in the June Q, to 23% Y/Y in the September quarter, as China growth decelerated on the back of a continued pause in new gaming license approvals (Exhibit 1). However, we are hesitant to adjust our $10.0B (+18% Y/Y, +28% Y/Y on a normalized basis) Services revenue estimate lower given the potential for upside in other categories, such as Licensing & Other, where we assume a 7% Y/Y revenue decline despite our Internet team forecasting GOOGL mobile TAC payments growing 43% in the September quarter. For reference, consensus currently forecasts Sept Q Services revenue of $10.1B.

For the iPhone, our AlphaWise iPhone demand tracker, which compiles sell-through data using web search analytics, currently points to sell out of 44.3M units (-2% Y/Y) in the September quarter (Exhibit 2) vs. our shipment estimate of 48.3M units (+3% Y/Y) and consensus of 47.6M units. Over the last 5 years, the average channel inventory fill in the September quarter has been 2M units (Exhibit 3), which means our 48.3M iPhone shipment estimate would imply Sept Q iPhone sell through of 46.3M (+2% Y/Y), 5% above our AlphaWise tracker. However, given iPhone channel inventory is near the lower end of the 5-7 week target range and Apple launched two iPhones with new OLED / 3D Sensing technology in mid-September, we believe there could be a larger than seasonal channel fill this quarter. Lastly, as it relates to gross margins, our 38.2% total company gross margin estimate for September assumes that iPhone gross margins contract 50bps Y/Y but expand 10bps Q/Q, despite the iPhone manufacturing ramp in September, as the memory price compares ease. We see upside to gross margin expectations as Apple works down higher priced component inventory sitting on its balance sheet.

As we look to December, we model total company revenue of $93.9B, a gross margin of 38.2% and EPS of $4.86 vs. consensus at $93.0, 38.9% and $4.95, respectively. Given the December quarter is historically a channel fill period, we believe Apple has more flexibility in setting Street guidance expectations. That being said, December quarter guidance will be the most important driver of investor sentiment as it provides the first read on iPhone XR demand with at least an in-line guide or $92-94B key to continuing recent stock outperformance (shares -2.5% vs. NASDAQ -10%, S&P 500 -9% in the last month), in our view. Our $93.9B revenue estimate assumes iPhone shipments of 75.0M (-3% Y/Y) and ASP of $850 (+6% Y/Y). Consensus currently models December iPhone shipments of 77.9M and an ASP of $805, implying flat ASPs Y/Y, which we believe may prove conservative given the median iPhone ASP is up 22% this cycle vs. last cycle. Recent iPhone XS and XS Max data points are mixed (relative strength in the iPhone XS Max somewhat offset by weaker iPhone XS demand), as is supply chain data, with Taiwanese iPhone component suppliers growing revenue 11% Y/Y in the September quarter (a positive; Exhibit 4) but growth in August and September falling below trailing 2 year seasonality (a cautious sign; Exhibit 5). However, we believe it's still too early to make a near-term call on this cycle until the iPhone XR is officially available (in-store sales start Friday, October 26th), considering we expect shipments of the iPhone XR to roughly equal shipments of the iPhone XS and Max, combined, in FY19. Over the next few weeks we'd expect an increase in noise out of the supply chain as Apple re-assesses new iPhone model demand (and subsequently builds), which could limit share price upside. But longer term we still believe that the strength in Services combined with rising iPhone ASPs in FY19 and $20B/quarterly buybacks provide a nice set-up into early 2019.

**Earnings Preview: Seagate.** We expect Seagate to report September quarter revenue and EPS in-line to slightly lower than our estimates for $3.0B and $1.57, and consensus estimates for $3.0B and $1.56. Nidec results show September quarter HDD unit shipments were in-line with initial forecasts, however the company decreased FY18 (ended March 2019) forecasts by 1%, with downside skewed to the March 2019 quarter. Western Digital reported a shortfall in

September quarter HDD units with higher than expected HDD ASPs and gross margin however TSR production data showed WD losing share throughout the quarter suggesting Seagate has a better chance of hitting September quarter estimates. As we highlighted four weeks ago, we see the industry entering a period of cloud digestion likely pressuring forward consensus estimates and guidance. This trend was confirmed by WD today where weaker December quarter guidance was attributed to a combination of falling NAND prices, weaker cloud demand, and Intel CPU shortages. While we are calling for secular tailwinds as exponential growth in data drives demand for storage over the medium- to long-term, we also believe we are entering a period of cyclical pressure. Net, STX share price may be range bound until consensus estimates are reset lower for the next couple of quarters. However, we see a buying opportunity in the medium-term with secular trends supporting growth and shares currently trading at trough multiples. For the September quarter, we model revenue grows in-line with guidance for 5% Q/Q with gross margin achieving the mid-point of Seagate's long-term range, or 31%. For the December quarter, we model 3% sequential growth which is modestly below guidance for 5% Q/Q. Our latest analysis incorporating TSR data on HDD production through August and 2-year average monthly seasonality suggests HDD revenue in the December quarter could be in the range of flat to low single digits Q/Q, versus our estimate for 3% Q/Q. Guidance could be even lower considering the unseasonal slowing of cloud and client drives as noted by WD. For FY19, we estimate EPS of $6.07 versus consensus of $6.16 and expect Street numbers to be reduced as the company digest weaker hyperscale cloud demand. In fact, WD comments that both cloud and client HDD shipments will weaken over the next two quarters suggest our $4.68 bear case EPS could play out. Please see *Revising Estimates On Hyperscale Cloud Softening* and *STX: NAND Price Concerns Overblown; Cloud a Bigger Near-term Risk* for our views on hyperscale cloud capex. We continue to view Seagate as a primary beneficiary of storage demand to support the Data Era, but see a better buying opportunity post earnings and potential downward revision to Street estimates. Seagate is scheduled to report earnings on Friday, November 2nd, before market open.

**Earnings Preview: Electronics for Imaging.** We model 3Q18 revenue and EPS of $263M and $0.49, in-line with consensus estimates of $263M and $0.50 and near the midpoint of management's revenue and EPS guidance of $260-265M and $0.47-0.53. Our 3Q18 revenue forecast implies Industrial Inkjet growth of 14% Y/Y, Productivity Software growth of 7%, and Fiery declines of 12%, all within management's guidance targets. EFI has successfully met their guidance for Nozomi shipments in both 1Q and 2Q, and in 3Q are guiding to 7 total Nozomi shipments, which at an ASP of $2.7M implies stand-alone Nozomi revenue of $19M in 3Q, accounting for 13 points of Industrial Inkjet growth in the quarter. Therefore, for Industrial Inkjet growth to meet our forecast, the rest of the Industrial Inkjet segment needs to post revenue growth of 80bps Y/Y. In the third quarter, EFI made 4 public announcements of Nozomi purchases; 1) one to Mid-America Display in St. Louis, MO, 2) one to Thai Containers Group (the first Nozomi installation in Asia), 3) one to Carmel Frenkel in Israel and 4) one to Whitebird in Canada. We believe the market reaction to EFI's earnings announcement will hinge first and foremost on the progress of Nozomi placements/future shipment guidance (mgmt guided for 8 shipments in 4Q18), especially after the company raised 2018 Nozomi guidance to $65M last quarter (from $60M prior). On the margin front, we model a non-GAAP gross margin of 48%, down 350bps Y/Y and 170bps Q/Q, due to the mix shift towards lower margin Inkjet sales and higher costs associated with the ramp of Nozomi production and the 2H launch of EFI's new h3 Display Graphics platform. Importantly, EFI's 3Q earnings announcement will mark the first time investors hear from new CEO Bill Muir, who is taking over from longtime CEO Guy Gecht and who previously served as COO at Jabil. Mr. Muir's appointment to CEO was effective October 15th. EFII is scheduled to report earnings on Monday, October 29th, after market close.

**Earnings Preview: NCR.** We model September quarter revenue and EPS of $1.59B (-4.6 Y/Y) and $0.52, which is slightly below consensus of $1.60B and $0.54. Our revenue forecast is driven by 2% Y/Y Software declines, 1% Y/Y Services growth, and 12.5% Y/Y Hardware decline. Also embedded in our forecast are operating margin estimates of 24.0% (-710bps Y/Y) for the Software segment, 14.6% (flat Y/Y) for the Services segment and -7.0% (-670bps Y/Y)

for the Hardware segment, resulting in total company operating margins of 10.5% (-360bps Y/Y). NCR lowered 2018 EPS guidance by 21% (at the midpoint) last quarter after unexpectedly announcing ATM supply chain bottlenecks, delayed product launches in POS/SCO and a weaker 2H18 software outlook. Most of the costs associated with addressing these issues are likely to hit in 3Q, hence our downbeat outlook for operating margins this quarter. As it stands, new CEO Michael Hayford has inherited a business that is facing significant near-term challenges, and while we'd expect him to announce updates to some of the issues disclosed in 2Q, we'd expect more details to be provided at NCR's November 7th analyst day in New York. In the meantime, we believe NCR is in a bit of an information vacuum, but at the minimum needs to show an improvement in the ATM business in 3Q, after disclosing ATM orders and backlog were up double digits exiting 2Q. We model 5% ATM hardware declines in 3Q, an improvement from 21% Y/Y declines in 2Q18. NCR is scheduled to report earnings on Tuesday, October 30th, after market close.

**Earnings Preview: CDW.** We model September quarter revenue and EPS of $4,234M (+8%) and $1.32, which are largely in-line with consensus estimates of $4,215M and $1.34. Our 8% revenue growth forecast for 3Q is driven by Corporate growth of 9% Y/Y, Small Business growth of 5% Y/Y, Public growth of 4.1% (Gov't +3%, Education +4%, Healthcare +6%) and Other revenue (CDW International) growth of 20%. IT budget growth in our CIO survey dipped slightly from 2Q but remains above trend line, with CIO's forecasting IT budget growth of 5% in 2018 and 4.9% in 2019 (above the 2016-2018 average of +4.6%), and hardware spend to accelerate to 2.8% Y/Y in 2019 from 2.6% in 2018. And while we might expect some of the cyclical upside from tax reform and accelerated depreciation to begin dissipating this quarter, we believe CDW is likely to outperform our 3Q estimates. Similar to last quarter, we expect CDW to call out positive spending trends in client devices, hyperconverged infrastructure, SaaS solutions, security software, and datacenter hardware. However, there are a few dynamics this quarter that may limit the ability to further raise full year estimates. The first is the impact from US/China tariffs and Intel CPU shortages on 2018 guidance, after some hardware OEM's called these issues out as headwinds to 4Q18 growth and margins. While management specifically noted the pockets of supply chain dislocation called out in 2Q were not a result of US/China tariffs, this was prior to the US administration announcing additional tariffs on some $200B of goods in September. Second, the USD continued to strengthen in 3Q, and we wouldn't be surprised if management revised their expectations for a 30bps FX tailwind in 2018 lower. Finally, CDW is facing increasingly tougher comps in 2H18, which could limit upside for the rest of the year and disappoint investors expecting momentum to continue through the end of 2018. CDW is scheduled to report earnings on Wednesday, October 31st, before the market open.

**Earnings Preview: Teradata.** We expect Teradata to report results in-line with our September quarter revenue and EPS estimates of $534M (+1.5% Y/Y) and $0.31, which is in-line with consensus estimates of $535M and $0.31 and at the midpoint of mgmt's guidance range of $530-540M and $0.30-0.32. Our revenue growth forecast is driven by total Recurring revenue growth of 9% Y/Y, Perpetual Software Licenses & Hardware declines of 25% Y/Y and Consulting growth of 3% Y/Y. Over the last two quarters, Teradata has outperformed consensus revenue and EPS estimates, but also simultaneously lowered 2018 EPS guidance from $1.50-1.60 to $1.20-1.24 as the shift to subscription bookings accelerated faster than expected (management currently forecasts subscriptions to account for 65-70% of bookings in 2018, up from 40-50% guidance in February). The accelerated shift to subscription/recurring revenue is a positive, in our view, and we do not believe the market will penalize Teradata for a weaker FY18 forecast if there is clear evidence that the business model transformation continues to accelerate. While the expected margin ramp in 2H18 (+420bps 2H18 vs. 1H18) is dependent on improving software mix which is difficult to predict and creates some risk, current consensus expectations for below seasonal revenue growth compared to above seasonal 1H18 trends helps reduce risk of a meaningful guide down, in our view. Teradata is scheduled to report earnings on Thursday, November 1st, after market close. **Read more...**

**Authors**

Morgan Stanley & Co. LLC

**Katy L. Huberty, CFA**

+1 212 761-6249    EMAIL

Morgan Stanley & Co. LLC

**Elizabeth Elliott, CFA**

+1 212 761-3632    EMAIL

Morgan Stanley & Co. LLC

**Erik W Woodring**

+1 212 296-8083    EMAIL

Morgan Stanley & Co. LLC

**Kieran Kenny**

+1 212 296-5137    EMAIL

# Read Morgan Stanley Research anytime, anywhere...

Visit the Apple App Store or Android Market and download the **Morgan Stanley Research app**

[Remove me from this distribution](#)

For important information including analyst certification and disclosures regarding specific companies, derivatives, or other instruments discussed in this e-mail, please refer to the latest research report, if attached and/or hyperlinked to this email, or by logging on to Morgan Stanley's Matrix portal at http://www.morganstanley.com/matrix. You may also refer to the Morgan Stanley Research Disclosure Website at http://www.morganstanley.com/eqr/disclosures/webapp/generalresearch

Morgan Stanley will make certain research products and announcements available only on Morgan Stanley's Matrix platform. For access to Matrix, please contact your sales representative or go to Matrix at http://www.morganstanley.com/matrix.

Morgan Stanley is not acting as a municipal advisor and the opinions or views contained herein are not intended to be, and do not constitute, advice within the meaning of Section 975 of the Dodd-Frank Wall Street Reform and Consumer Protection Act. If you have received this communication in error, please destroy all electronic and paper copies and notify the sender immediately. Mistransmission is not intended to waive confidentiality or privilege. Morgan Stanley reserves the right, to the extent permitted under applicable law, to monitor electronic communications. This message is subject to terms available at the following link: http://www.morganstanley.com/disclaimers. If you cannot access these links, please notify us by reply message and we will send the contents to you. By messaging with Morgan Stanley you consent to the foregoing.

© 2018 Morgan Stanley. All rights reserved

APL-SECLIT_00587573

## Alibaba Group Holding (BABA.N)

# F2Q19 Preview: Expect Lighter Profits

**Read Full Report**

(PDF: 12 Pages)

**Asia Pacific**

Stock Rating  **Overweight**

Price Target  **US$220.00**

Grace Chen, Alex Ko, Steven Tsai

*October 9, 2018*

We stay OW but trim our price target 8%, to US$220, to reflect softer near-term profits from macro risks, product transition, and investments. We expect continued investments in the new retail ecosystem to help Alibaba widen its lead over rivals despite near-term margin pressure.

Highly Confidential

APL-SECLIT_00587574

## WHAT'S CHANGED?

**Alibaba Group Holding (BABA.N)**

Price Target

| From: US$240.00 | To: **US$220.00** |
|---|---|

F18e, F19e, F20e non-GAAP EPS

| From: | To: **-5%, -7%, -8%** |
|---|---|

**F2Q preview – expect lighter sales and profits from macro risks, product transition, and investments:** We forecast F2Q19 total sales of Rmb85.6bn (+55% YoY , +6% QoQ), 3% below consensus, reflecting softer China online retail and digital entertainment sales. We trim our F2Q non-GAAP EBITA forecast 6%, to Rmb24.4bn (+6% YoY, -8% QoQ), or 28.4% EBITA margin. We factored in full-quarter consolidation of loss-making Ele.me, higher investments (content for digital media and innovation initiatives), and lighter customer management and commission revenue. We also expect Ant Financial to accelerate investments, leading to lower profits QoQ. We trim our F2Q non-GAAP net profit forecast 6%, to Rmb20.1bn (-10% YoY, -5% QoQ), mainly owing to lighter EBITA.

**Core commerce – China online retail sales growth softer amid macro forces, product transition:** We project F2Q19 core commerce sales of Rmb73.0bn (+57% YoY,+6% QoQ), with non-GAAP EBITA margin at 43.4% vs. 47.4% in F1Q19, mainly owing to full-quarter consolidation of Ele.me and seasonality. We project Ele.me loss of Rmb2.0-2.5bn in F2Q19 vs. ~Rmb1.2bn in F1Q19. We project combined customer management and commission sales to grow 28% YoY in F2Q19 vs. 33% in F1Q19. It is taking time to roll out the new Taobao app that features recommendation feeds. We project F2Q19 customer management to grow 26% YoY (vs. 26% in F1Q19) and commission revenue to grow 31% YoY (vs. 55% in F1Q19 on an easy comp), roughly in line with Tmall GMV growth.

**F2019 outlook – a year of investment amid macro risks:** We fine-tuned our F2019 sales growth forecast to 57% YoY vs. 58% previously, but trimmed our non-GAAP EBITA projection 5% (+18% YoY). We expect combined customer management and commission sales to rise 32% YoY in F2019 vs. 36% in our prior forecast. We expect F2Q19 non-GAAP EBITA growth of 5.8% YoY to be the trough for the year, with accelerating growth in subsequent quarters via rolling out the new Taobao app, scale merits, and easier comps. **Read more...**

**Authors**

| | Morgan Stanley Asia Limited |
|---|---|
| . | **Grace Chen** |
| | +852 2848-5835   EMAIL |

| | Morgan Stanley Asia Limited |
|---|---|
| . | **Alex Ko** |
| | +852 2239-1225   EMAIL |

| | Morgan Stanley Asia Limited |
|---|---|
| . | **Steven Tsai** |
| | +852 2848-7217   EMAIL |

## Read Morgan Stanley Research anytime, anywhere...

Visit the Apple App Store or Android Market and download the **Morgan Stanley Research app**

.

.

**Subscription details**

You received this email because of alerts set for your saved search(es): **theme+trades | Techblst**

Unsubscribe or suspend your email alerts.

Highly Confidential

Morgan Stanley Asia Limited

For important information including analyst certification and disclosures regarding specific companies, derivatives, or other instruments discussed in this e-mail, please refer to the latest research report, if attached and/or hyperlinked to this email, or by logging on to Morgan Stanley's Matrix portal at

http://www.morganstanley.com/matrix

. You may also refer to the Morgan Stanley Research Disclosure Website at

http://www.morganstanley.com/eqr/disclosures/webapp/generalresearch

.

Morgan Stanley will make certain research products and announcements available only on Morgan Stanley's Matrix platform. For access to Matrix, please contact your sales representative or go to Matrix at http://www.morganstanley.com/matrix

.

Morgan Stanley is not acting as a municipal advisor and the opinions or views contained herein are not intended to be, and do not constitute, advice within the meaning of Section 975 of the Dodd-Frank Wall Street Reform and Consumer Protection Act. If you have received this communication in error, please destroy all electronic and paper copies and notify the sender immediately. Mistransmission is not intended to waive confidentiality or privilege. Morgan Stanley reserves the right, to the extent permitted under applicable law, to monitor electronic communications. This message is subject to terms available at the following link: http://www.morganstanley.com/disclaimers

. If you cannot access these links, please notify us by reply message and we will send the contents to you. By messaging with Morgan Stanley you consent to the foregoing.

© 2018 Morgan Stanley. All rights reserved

APL-SECLIT_00587577

For important information including analyst certification and disclosures regarding specific companies, derivatives, or other instruments discussed in this e-mail, please refer to the latest research report, if attached and/or hyperlinked to this email, or by logging on to Morgan Stanley's Matrix portal at http://www.morganstanley.com/matrix. You may also refer to the Morgan Stanley Research Disclosure Website at http://www.morganstanley.com/eqr/disclosures/webapp/generalresearch

Morgan Stanley will make certain research products and announcements available only on Morgan Stanley's Matrix platform. For access to Matrix, please contact your sales representative or go to Matrix at http://www.morganstanley.com/matrix.

For access to Research disclosures, please visit: http://www.morganstanley.com/researchdisclosures

For important information including analyst certification and disclosures regarding specific companies, derivatives, or other instruments discussed in this e-mail, please refer to the latest research report, if attached and/or hyperlinked to this email, or by logging on to Morgan Stanley's Matrix portal at http://www.morganstanley.com/matrix. You may also refer to the Morgan Stanley Research Disclosure Website at http://www.morganstanley.com/eqr/disclosures/webapp/generalresearch

Morgan Stanley will make certain research products and announcements available only on Morgan Stanley's Matrix platform. For access to Matrix, please contact your sales representative or go to Matrix at http://www.morganstanley.com/matrix.

For access to Research disclosures, please visit: http://www.morganstanley.com/researchdisclosures

For important information including analyst certification and disclosures regarding specific companies, derivatives, or other instruments discussed in this e-mail, please refer to the latest research report, if attached and/or hyperlinked to this email, or by logging on to Morgan Stanley's Matrix portal at http://www.morganstanley.com/matrix. You may also refer to the Morgan Stanley Research Disclosure Website at http://www.morganstanley.com/eqr/disclosures/webapp/generalresearch

Morgan Stanley will make certain research products and announcements available only on Morgan Stanley's Matrix platform. For access to Matrix, please contact your sales representative or go to Matrix at http://www.morganstanley.com/matrix.

For access to Research disclosures, please visit: http://www.morganstanley.com/researchdisclosures

NOTICE: Morgan Stanley is not acting as a municipal advisor and the opinions or views contained herein are not intended to be, and do not constitute, advice within the meaning of Section 975 of the Dodd-Frank Wall Street Reform and Consumer Protection Act. If you have received this communication in error, please destroy all electronic and paper copies and notify the sender immediately. Mistransmission is not intended to waive confidentiality or privilege. Morgan Stanley reserves the right, to the extent permitted under applicable law, to monitor electronic communications. This message is subject to terms available at the following link: http://www.morganstanley.com/disclaimers If you cannot access these links, please notify us by reply message and we will send the contents to you. By communicating with Morgan Stanley you consent to the foregoing and to the voice recording of conversations with personnel of Morgan Stanley.

APL-SECLIT_00587578