EXHIBIT 13

In re: Apple Securities Litigation
FTI Questions – Store Traffic Data

**6/7/22 interview with Tina Tong, Sales Operations Manager – Greater China and Karen Wang, Sales Support Analyst – Greater China**

A. APL_SECLIT_00204002.xlsx – (Retail Data) at tab 'Apple Retail - Weekly trend'
   1. How is traffic data captured (high-level)?  In what system is it stored?  Are reports generated and circulated regarding Apple Greater China Retail Traffic? Who receives these reports and how often?
   2. Is Apple Retail Comp Store Weekly Traffic data available for Taiwan during this time period? The spreadsheet only includes data for China and Hong Kong.
   3. Please explain/define a "comp store"? (as labelled in excel row 137 and 139)
   4. Suzhou has data for Q1'19 (excel row 46), but no data for Q1'18 (excel row 136).  Is this the only store that opened or closed in China or Hong Kong from Q1'18 to Q1'19?

      a. A: Tina and Karen are not knowledgeable on retail data and were not familiar with the data source.

B. APL_SECLIT_00087724.xlsx – (Reseller Data) at tab 'Weekly Traffic'
   5. How is traffic data captured (high-level)?  In what system is it stored?  Who generates and receives these reports and how often?
      a. A: Reseller Stores have an automated counter that captures customer traffic entering and leaving a store. One entry and one exit are counted as a total of one in the store traffic data. The counter is not unique to China and all Apple reseller stores use the same/similar system. The counts are stored in Apple's Enterprise Data Warehouse database and subject to review by Apple's Information Systems and Technology ("IS&T") team which reviews the data before it is finalized. The excel reports are automatically generated and distributed to the Greater China Sales Finance and Sales Operations Teams.

   6. Explain the difference between/define the 4 programs (i.e., Apple Premium Reseller, Apple Mono AAR, Other Mac-IT A Store, Other Mac-Campus Store)
      a. A: These are the store characterization types. Apple Premium Reseller is typically a store in a large high end shopping mall that may sell many other items. Campus stores are at universities while IT-A stores are smaller at smaller shopping centers that are typically technology specific.  Mono AAR is a smaller shopping center.

   7. What does the #POS field represent?  Why is there no traffic data related to Campus Stores in HK and Taiwan when the #POS field is populated?
      a. A: One POS equals one individual store.  Some stores may not have counting systems in place and could be the reason that there is positive #POS, but no traffic. Or that could be a system issue.

HIGHLY CONFIDENTIAL