# EXHIBIT 14

[2018-First half 2019]

## Systems, Controls & Data

1. What is the name of the source system of record that captures actual unbrickings?
    a. Explain the process [i.e., user turns on phone, Apple's system is pinged, etc.]
    b. Confirm the Daily iPhone reports and Weekly WBR Reports pulled unbrickings data directly from this system.  Otherwise, explain.
    c. Explain how the Daily iPhone Reports and Weekly WBR Reports were generated and circulated and to whom.
        i. Were these direct data dumps from the source system of record for the actual unbrickings data?
        ii. Where are the forecasts recorded and how did they make their way into these reports? [Pull up an example of each report]
            1. Were there low, mid, and high ranges underlying the UB forecasts in these reports?
            2. The Daily iPhone Reports included a section "Current Qtr Extrap" that appears to have two different Total Quarterly Forecasts, one is called "MM/DD Qtr Total" and the other is "Geo Fcst," how did they differ?
            Attorney Client Privilege
            3. Was this forecast data the same in the Daily iPhone Reports as within the WBR Reports? [are refurbished products included within the specific iPhone model sub-categories in the Daily iPhone Reports]
            4. [Ask about the 9/30 forecast from the Daily iPhone Reports for Q1FY2019; How early is a given quarterly unit forecast projected]
            5. The Weekly WBR Reports were generated the day after the week concludes but provide a forecast for the week concluded. What was the as of date of the current weeks concluded forecast?
2. Explain how the system of record and/or unbrickings reports were subjected to internal controls/audit.  Any key controls involved?
3. Explain how the iphone unbrickings forecasting process was subjected to internal controls/audit.  Any key controls involved?
    a. How do revisions get formalized and what is the chain of communication to Corporate FP&A?

## Forecasting Processes and Practices

1. Can you explain the forecasting process for Sell-In, Sell-Thru, UB, and other unit forecasts?
2. How was a given total quarterly UB forecast initiated?
3. What was the process for unit forecast revisions?
4. Was data analyzed daily?
5. What inputs were considered when developing a units forecast from most important to least important?
6. How were product launches evaluated for forecasting purposes? [Are there a required number of days of actual UB data needed to revise forecast]
7. Were there junior analysts working with the data that then gets reviewed? [by whom and frequency]

8. How were the inputs applied to the units forecast? What modeling is used? [Software, excel templates]
9. How was market research applied in the forecasting process? [benchmarking]
10. Who developed average selling price? [regional managers provide input?]

## Organizational Structure of the FP&A Teams

1. What teams were responsible for the unit forecast data? [1. Corporate FP&A and Consolidation; 2. Operations Supply Demand Management (Conroy); 3. Sales and Marketing Finance (Parekh). Others?]
   a. Approximately how many teams and team members were responsible for unit forecasts?
   b. Were there teams in each geo region that develop their own forecasts or aggregated data and communicated the data periodically for forecasts? [how often, systematically]
   c. How did the forecasting methods differ between the teams?
      i. Did the team meet periodically to finalize forecasts and how often?

## Other

[Ask about currency performance calculations and currency impact calculations in the earnings call package]

HIGHLY CONFIDENTIAL