# EXHIBIT A

Consumption in the Age of Xi:

Understanding China's Evolving Consumer Markets

| Doug Guthrie | Brandon Edwards |
| --- | --- |
| *Apple University* | *Media Products Design* |

Highly Confidential                                                                                                       APL-SECLIT_00244366

**Abstract**
In recent years, research on Chinese consumer behavior has focused on a variety of issues including market size, demographic trends, nationalism, the population's affinity for e-commerce and interaction with social media. Like much work on consumer behavior and consumer markets, research in this body of work on China has focused on individual behavior from a psychological perspective. There have been some lines of research, such as Consumer Culture Theory, that have pushed toward a more sociological approach toward consumer behavior, but, for the most part, the literature on Chinese consumers is overwhelmingly individually oriented. In this document, we advance a political economy framework to examine China's evolving market economy. This discussion decidedly extends beyond Chinese consumer behavior to focus instead on the context in which Chinese consumers are embedded. The political economy framework we advance here includes five key elements: a centralized state, which guides the economy, often through heavy-handed, protectionist actions; a local state — at the urban district and township levels — which is exceptionally nimble and closely engaged with local economic development; a grassroots populism that drives the rapid spread of ideas across society; a network structure that gives a uniquely Chinese shape to this social landscape; and a private sector that operates as facilitator and incubator of the grass roots population. This dynamic organizational field is mapped onto a stratified system of tiered cities that shape the way Chinese consumers live.

Highly Confidential                                                                                                           APL-SECLIT_00244367

**Introduction**

In the Summer of 2016, Apple began what would become a string of six consecutive quarters of negative growth (YoY) in China. Having reached a high of about 15% of the smartphone market share in 2015, the company's market share declined to about 9% by the end of 2017.[1] With the exception of Q2, 2013 (April - June), which was likely influenced by the Chinese Government's decision to target Apple on Consumer Day, March 15, 2013, Apple had not seen a downturn like this in China in over a decade.



Source: Quartz, November 3, 2017
Each quarter compared to same quarter one year prior

By Q4, 2017, Apple had returned to growth in China, but this trend raises the questions about how well we understand Chinese consumer markets and consumer behavior. There are some obvious differences between the US and China markets. Take, for example, mobile transactions: In 2017, there were $48.9BN mobile transactions in the United States; in China there were $12.8TN for the same time period.[2] That means the value of Chinese mobile transactions is 261 times that of the United States; even if you adjust for population size, China still outpaces the US in this area by a factor of 65. Other comparisons:

- There are 700MM smartphone users in China;
- There are 150MM iPhone users in China (compared to 100MM in the US);
- There are 20MM App developers in China (more than any other market in the world);
- There are 970MM active WeChat accounts in China;
- There are four times as many millennials in China than in the US (400MM vs. 90MM);

---

[1] The numbers for urban and rural China are quite different; in urban China, iOS market penetration reached a peak of about 22% and declined to about 13% over the same period. Estimates suggest that Data for these estimates are compiled by Kantar Worldpanel ComTech.

[2] "China pulls further ahead of US in mobile payments with record US$12.8 trillion in transactions," South China Morning Post, Tuesday, 27 February, 2018, 4:27pm.

Highly Confidential                                                                                                        APL-SECLIT_00244368

- Thirty percent of all unicorn companies (companies that hit $100MM within 5 years) are from China (164 unicorns in China — 50 more than US);
- Three of Fortune 10 are Chinese (vs 4 US);
- Chinese companies occupy 109 of the Fortune 500 companies (vs 133 US).

There are also clear structural differences between China and the United States; here are a few:

- Decentralization — China is extremely decentralized. With 31 provincial level units (22 provinces, 5 autonomous regions, 4 provincial level municipalities) and 630 tier 1-3 cities, the political structure looks similar to the United States. However, the political unit of analysis in China is the urban district (for urban areas) and the township (for rural areas). These district governments have nearly complete autonomy to operate as they see fit — they have their own tax bureaus, they own all the land, they make all of the deals for their areas, etc. They still have to operate under the broad guidelines of the Central State, but they have almost complete economic autonomy.
- Rapid Urbanization and Municipal Tiers — Since the economic reforms began, China has undergone a massive program of urbanization. At the dawn of the reform era, about 18% of China's population resided in urban areas; by the end of 2016, the number was about 57%. The urban landscape is highly stratified, however. China's Municipal Tiers are classified 1 through 5 based on a combination of population, GDP, and political sophistication. Life is qualitatively different as you move from Tier 1 to Tier 5.
- Poverty Alleviation — Since the economic reforms began in 1979, approximately 500MM people have been lifted out of poverty. However, there are still approximately 90MM living in poverty by World Bank standards.[3]
- Floating Population — Approximately 220MM Chinese citizens comprise the floating population. This population is as the base of the migrant labor force that powers China's manufacturing base.
- Bank account penetration is relatively low (for the 2nd largest economy in the world), with estimates of 79% of the population holding bank accounts.
- In 2017, there were $48.9BN mobile transactions in the United States; in China there were $12.8TN for the same time period. That means the value of Chinese mobile transactions is 261 times that of the United States; even if you adjust for population size, China still outpaces the US in this area by a factor of 65.

These are but a few of the many complex structural peculiarities of Chinese society today. There are many more, but our goal here is not to simply list all of the demographic and structural factors that shape Chinese society today. Our goal in the analysis that follows (as well as in the presentation that will emerge from it) is to help Apple better understand something about Chinese consumer behavior. However, this briefing will not boil down to a simple recitation of statistics of Chinese consumers; instead, it aspires to be an analysis of the evolving market that provides the context in which the Chinese consumer is situated. In the pages that follow, we begin by sketching out a theoretical perspective on economic development in China, one that attempts to show the links between the Central State, the Local State, the private sector, and the consumers they serve. We then describe some aspects of Chinese development and consumption in the economic reforms in general and more specifically in the current era. Along the way, we do present some telling statistics on the ways in which Chinese emerging markets shape consumer behavior in the world's largest market.

**Toward a Political Economy of Chinese Consumer Behavior**
In recent years, there have been many insightful analyses of Chinese consumer behavior. From the growth of the Chinese middle class and their buying and spending habits; to the ways in which they covet specific brands in some areas yet seek value in others; to their savings rates and attitudes toward

---

[3] Estimates fluctuate widely on the actual numbers — at the high end, independent research by organizations such as Gallup estimate the percentage of the population living in poverty to be about 7%, or about 90MM people; China's internal estimates suggest that this number has fallen to 2%, or 30MM people. Also in play is how we assess poverty — World Bank standards (~$1.90 per day), adjusting for PPP, etc.

Highly Confidential   APL-SECLIT_00244369

spending on healthcare and education; many topics have been explored in detail.[4] From our perspective, however, we think it is shortsighted to simply focus on what Chinese consumers *do*; rather, we want to focus on the social, cultural, and institutional contexts that *shape* and *define* what they do. Readers familiar with the consumer behavior and marketing literatures might think we are pushing toward Consumer Culture Theory (Sherry and Fischer 2017; Arnould and Thompson 2005).[5] However, while this literature does push beyond the individualistic and psychological focus of most marketing literature, we still feel that this literature largely does not address the political economic forces that shape consumer behavior in the world today. Thus, we present a five-part theoretical framework that we believe tells a story of China's evolving market and the evolving socio-political context in which the Chinese consumer operates.



Key Elements of the Organizational Field Driving Chinese Economic Development Today

Source: Guthrie and Edwards (2018); see also Guthrie and Tucker (Forthcoming).

These five parts include the Central State and the Local State; a vibrant populist sector, which is hungry for change and hungry for opportunity; a maturing private sector, which is growing in its influence with both the government and with the populist sector; and a network structure that is different from many societies. The consumer behavior part of the model largely sits with the "populist creativity" and "network society" components. However, our argument is that we cannot understand how and why these consumers are behaving the way they are without also understanding the other components of

---

[4] Helen Wang, *The Chinese Dream: The Rise of the World's Largest Middle Class and What It Means to You* (CreateSpace Independent Publishing 2010). Christina Nelson, "Understanding Chinese Consumers," *China Business Review*, July 1, 2011. Daniel Zipser, Yougang Chen, and Fang Gong "Here comes the modern Chinese consumer," McKinsey, March, 2016.

[5] John Sherry and Eileen Fischer, *Contemporary Consumer Culture Theory* (Routledge 2017); Arnould, E. J.; Thompson, C. J., "Consumer culture theory (CCT): Twenty Years of Research". *Journal of Consumer Research*. 31 (4): 868–882 (2005). Douglas Holt's work on Cultural Branding also presents a more sociological view of consumer behavior, however, we are still missing the political economic variables we call out above. Douglas Holt, *How Brands Become Icons: The Principles of Cultural Branding* (Harvard Business Review Press 2004).

Highly Confidential                                                                                                                                           APL-SECLIT_00244370

this "organizational field."[6] To add one final layer of complexity to this model, we also view the history of the shortage economy under State Socialism as critical to understanding the ways in which consumers interact with the market for goods and services. We address each of these elements in greater detail below.

*The Evolving Dance Between the Central State and Local State*
Economic development in China is fundamentally shaped by government guidance of centralized control. This is been true since the beginning of the economic reforms (and during the Communist Era as well). Scholars of the reform era have focused on issues like the "organized dependence" created by the State (Walder 1984), the "reach" of the State in reform era China (Shue), and Mao's continuing legacy of control in the reform era (Heilmann and Perry 2011).[7] There have been close examinations of the role of leadership in centralized control (Lieberthal and Oksenberg 1988; Lieberthal 1997; Vogel 2013) and Chinese foreign policy (Zhao 2004), the central policies that drove the economic reforms (Naughton 1995) and the factions within the Communist Party (Shih 2009).[8]

However, while many frame the Chinese government in terms of centralized control and protectionism, this is only one half of the story. Over the course of the economic reforms, the Central Government has developed an intricate dance with entrepreneurial local governments. One of the key insights of Andrew Walder's (1995) seminal article analyzing the economic success of reform era was that the secret behind successful reform sans privatization was the localization of state property rights and control. This process of "pushing property rights down the hierarchy of the former command economy," kept state ownership in tact (thus maintaining a greater amount of stability than was the case in the "shock therapy" privatization approach of Russia), while at the same time, placing control in the hands of officials who were much closer to the economic conditions of their localities (thus Walder's notion of "local governments as industrial firms"). Intense competition between townships, districts and municipalities ensued — along with a good deal of innovation and entrepreneurial behavior — yet these jurisdictions were spared the significant failures that accompanied the rapid privatization programs in much of the former Soviet Union. Following this line of research, Guthrie (1997, 1999, 2005) showed that it is actually local state control that has been the driver and source of many of the economic innovations of the reform era.[9] Municipal Company state firms, which are generally attached to urban District Governments, tended to be the most innovative and produce the most efficient firms.

We should note here that local governments are much more locally focused than one might expect — this is not simply a federated system in which states and municipalities have some measure of local control. In China, the key administrative units are the urban district governments and the township governments, which makes the system very localized and very fractured (in Shanghai, for example, there are 15 district governments). The officials that run these governments act like (and are treated like) corporate principals — they are measured by P&Ls, KPIs (which are often very specific), development targets, execution of strategies, etc. The dance or coordination between the center and localities is the

---

[6] The concept of "organizational field" is defined by DiMaggio and Powell (1983) as all of the organizational players that are relevant to the dynamics of "a recognized area of institutional life."

[7] Andrew Walder, *Communist Neo-Traditionalism: Work and Authority in Chinese Industry* (University of California Press 1988); Vivienne Shue, *The Reach of the State* (Stanford University Press 1990); Sebastian Heilmann and Elizabeth Perry, *Mao's Invisible Hand: The Political Foundations of Adaptive Governance in China* (Harvard University Asia Center 2011).

[8] Kenneth Lieberthal and Mike Oksenberg, *Policy Making in China: Leaders, Structures, and Processes* (Princeton University Press 1988); Kenneth Lieberthal, *Chinese Foreign Policy: Pragmatism and Strategic Behavior* (RS Means 1997); Suisheng Zhao, *Chinese Foreign Policy: Pragmatism and Strategic Behavior* (Routledge 2004); Barry Naughton, *Growing out of the Plan* (Cambridge University Press 1995); Victor Shih, *Factions and Finance in China: Elite Conflict and Inflation* (Cambridge University Press 2009).

[9] Andrew Walder, "Local Governments as Industrial Firms: An Organizational Analysis of China's Transitional Economy," *American Journal of Sociology* (1995); Doug Guthrie, "Between Markets and Politics: Organizational Responses to Reform in China," *American Journal of Sociology* (1997); Doug Guthrie, *Dragon in a Three-Piece Suit: The Emergence of Capitalism in China* (Princeton University Press 1999); Guthrie, Doug. "Organizational Learning and Productivity: State Structure and Foreign Investment in the Rise of the Chinese Corporation, *Management and Organization Review* (2005).

Highly Confidential            APL-SECLIT_00244371

key insight here: we have the Central Government playing a key regulatory and, recently (within the last five years) a strong protectionist role; but we also have the local district governments, which have an immense about of autonomy and control over the economic development of their districts. In the past there has been a regular push and pull between Central State power and the autonomy of the localities. In recent years, it looks like the coordination of this dance has gotten much smoother.

*Populist Creativity from Below and a Network Society that is Distinctly Chinese*
It is not controversial to cite China's massive population as one of the defining features of Chinese social structure. And more than the sheer size of the population, many observers of China have pointed to the ballooning middle class (Lieberthal 2003; Wang 2010).[10] However, we believe there is more to this population than simply its size or the growing number of people with marginal income to spend. There is actually an interesting populist, problem-solving dynamic to this social group that makes it all the more intriguing, especially given its size. We will discuss some of the key social dynamics that define this population below, but first let's look at a few moments that exemplify this dynamic of populist problem solving.



Big Character Posters (大字報) in the Democracy Wall Movement (民主牆運動), 1978

- The Democracy Wall Movement — Mao's death in 1976 ushered in the end to the tumultuous Cultural Revolution. The Cultural Revolution itself was a decade of extreme social upheaval; however, that decade followed on the heels of the largest famine of modern history (current estimates stand at 50MM deaths). In short, the late 1970s were a period in which the Chinese State stood on the verge of bankruptcy; it was a time in which many social services had simply broken down; and it was a time in which the population craved both information and a so-called thawing of the Communist Party's austere policies. It was a time known as "Beijing Spring." With the Government preoccupied with the rebuilding of the basic structures and processes of the State apparatus, the population's thirst for information was relatively low on the list of

---

[10] Kenneth Lieberthal, *Governing China: From Revolution Through Reform, 2nd Edition* (WW Norton 2003); Helen Wang, *The Chinese Dream: The Rise of the World's Largest Middle Class and What It Means to You* (CreateSpace Independent Publishing Platform 2010).

Highly Confidential                                                                                                                APL-SECLIT_00244372

priorities. So the population came up with its own solution: in the Fall of 1978, Chinese citizens began posting "Big Character Posters" [大字報] on Beijing's "Democracy Wall" [民主牆]. People would come, read the news and participate in conversations around the news of the day and the future of China. The movement spread quickly and was ultimately the movement that brought Deng Xiaoping back to power. So here we have a gap in the shortage economy; we have a solution that comes from populist ingenuity; and the movement spread very quickly once the solution gained traction. But we also have sponsorship from the Central State (in this case implicit support and protection from Deng Xiaoping) and the Local State (the Haidian District Government helping to post the Big Character Posters).

- The Shan Zhai ("Copycat") Movement — Literally, shan zhai (山寨) means mountain stronghold. It is a term borrowed from the warlord period in which localities far away from the control of the Central Government were adeptly taking care of themselves. The term was later adopted to refer to shadow economy practices that stood beyond the reach of the law in the 1940s (in Hong Kong) and the 1950s and 60 (in China). More recently the term was adapted to refer to a product copying movement that became widespread in China in the late 2000s. The basic idea, as softly promoted by the Central Government, followed on a point of view that had long been championed by Deng Xiaoping since the early stages of the economic reforms — study the best in the business (particularly the technology from the West), imitate, scale, refine, and innovate. As a 2009 Booz & Company report put it, "Shan Zhai is becoming a widespread phenomenon in China. Originally used to describe a bandit stronghold outside government control, the term 'Shan Zhai' today refers to businesses based on fake or pirated products. However, it does not stop there. Many businesses with humble Shan Zhai origins are now becoming formidable market disrupters and, in many cases, market leaders. The innovative nature of Chinese culture and the huge potential in the Chinese market create vast opportunities for Shan Zhai companies. The best of them are fast, flexible, innovative, and willing to take risks. As they achieve certain scale, they quickly move up the value chain and develop core competencies to differentiate themselves from the also-rans. The Shan Zhai phenomenon is not about low-cost fake products anymore; it is about how one type of Chinese company achieves success without following conventional wisdom and develops competitive advantage through innovation."[11] So here we have another gap in the shortage economy — unemployment and technology; we have a solution that softly comes from the government in the form of an exhortation to copy the best from the West; and we have a movement that spread very quickly once the solution gained traction.

The Shan Zhai (山寨) Movement

---

[11] Edward Tse, Kevin Ma, and Yu Huang, "Shan Zhai A Chinese Phenomenon," (Booz and Company 2009).

8

Highly Confidential

APL-SECLIT_00244373

- The MoBike Movement — In the mid-1990s, China was teaming with bicycles. Major thoroughfares like Huaihai Road had full lanes devoted to bikes — two lanes for cars and two lanes for bikes. By 2005, the bike lanes had disappeared to create an extra lane on each side for cars and busses. China was making its way into the auto age, with about 600,000 cars being added to the roads each year in cities like Shanghai and Beijing. By 2016, there were few bicycles on the roads in these major cities. But there was still a gap in the market — people still needed to travel short distances, and taxis and buses were not the most efficient way to do it. Enter MoBike (北京摩拜科技有限公司). MoBike is a bike sharing system, that provides access to bicycles to anyone who needs them. Today, Shanghai's roads are teeming with bicycles again. As for MoBike, the company is now, by the number of bicycles, the largest shared bicycle operator in the world. And as of 2017, 18 months after MoBike launched, Shanghai had become the largest bike-share city in the world. In April 2018, MoBike was acquired by Meituan-Dianping, officially making MoBike a part of the Tencent ecosystem.

The MoBike (摩拜单车) Movement




- The Micro-business Movement — At the beginning of the Reform Era, the Government sought numerous ways to jumpstart the economy. Along with decollectivization, which allowed households to control private plots of land in rural areas, the Government also created a new economic catetory, the getihu (个体户 "household business"). With this change, it was now legal to set up your household as a business and sell any wares you desired on a street corner, in a wet market, in the shop below your apartment, or on a street corner. Throughout the 1980s, through various policies and propaganda ("to get rich is glorious"), Deng encouraged people to take control of their own economic destinies and xiahai (下海 "descend into the sea [of capitalism]"). By 1997, at the Fifteenth National People's Congress it was announced that the non-state-operated economy is an important part of the economy as well and should have equal competing standard. In 2008, another economic category was introduced, the "Micro

Highly Confidential                                                                                                    APL-SECLIT_00244374

Enterprise" [小微企业]. In China today, there are 290MM people employed in this sector of the economy (the total labor force in the US population is 126MM).



We cite these examples to give a sense of different aspects of the entrepreneurial spirit of China today. We turn now to a brief discussion of the network structure of Chinese society. Many scholars have devoted articles, books, and, indeed, entire careers to exploring the unique nature of the network structure of Chinese society. The most famous of these is Mayfair Yang's *Gifts, Favors, and Banquets: The Art of Social Relationships in China*, but there are many others.[12] Much of this work flows out of the field of anthropology and generally makes the case that guanxi is a phenomenon that is deeply embedded in Chinese culture. A smaller group of scholars have argued that guanxi is not a uniquely Chinese phenomenon and that it is a product of the institutional structure of Chinese society under the planned economy. Planned economies often tend toward being shortage economies at least in terms of goods and services for individual consumers, and Chinese society under Mao developed a very robust network based gift economy system. This institutional perspective of China's network society fell in line with the work of scholars like Andy Walder and Jean Oi.[13]

In 1994-95, Guthrie (1998, 1999) spent a year talking to General Managers and CEOs of Chinese State-Owned Enterprises. Part of that research resulted in a set of predictions turned out to be a fairly controversial argument for the China field — that the country's heavy reliance on social networks and

---

[12] Mayfair Yang, *Gifts, Favors, and Banquets: The Art of Social Relationships in China* (Cornell University Press 1994); Andrew Kipnis, *Producing Guanxi: Sentiment, Self, and Subculture in a North China Village* (Duke University Press 1997); Yadong Lou, *Guanxi and Business* (World Scientific Publishing 1995).

[13] Andrew Walder, *Communist Neo-Traditionalism: Work and Authority in Chinese Industry* (University of California Press 1988); Jean Oi, State and Peasant in Contemporary China: The Political Economy of Village Government (University of California Press 1991).

10

the gift economy was declining as the economic reforms were unfolding and that guanxi would continue to decline in significance as the economic reforms progressed.[14] The argument followed the institutional line of analysis: the robust gift economy grew in China as a response to the shortage economy; and as markets become more open and less under the control of officials of the planned economy, the gift economy system would decline in significance over time. According to Guthrie, "This system of exchange — the gift economy — is a social system that is not uncommon in nonmarket economies, and it has played an extremely important role in Chinese society. It is but one of several key systems around which Chinese society was organized when the economic reforms began, one of the consequences of the institutional structure of Chinese society."[15]

Observing Chinese society today, it is pretty clear that Guthrie's prediction of the declining significance of guanxi was wrong. Two decades after the "Declining Significance of Guanxi" was published, it is clear that China's network society is as robust as ever. Now, to be precise, Guthrie did distinguish between the reliance on social networks in general and the gift economy, and it may be the case that gift economy is in fact on the decline. However, the extent to which people rely on social networks for things like the flow of information seems to be a phenomenon that is alive and well in China today. Further, it may come as no surprise that the growth of social media has seemingly fostered the dependence on social networks to accomplish tasks. With 970 million active WeChat accounts in China alone, it is clear that the use of social media has adapted well to China's network society. As one consumer report recently argued, "[China's] appetite for all things social has spawned a dizzying array of companies, many with tools more advanced than those in the West: for example, Chinese users were able to embed multimedia content in social media more than 18 months before Twitter users could do so in the United States… China's social-media users… are more active than those of any other country."

Interestingly, this report goes on to make an argument that does sound, at least in part, institutional in nature, connecting Chinese citizens' reliance on social networks to the a deep skepticism of the State: "Many Chinese are somewhat skeptical of formal institutions and authority, users disproportionately value the advice of opinion leaders in social networks."[16] Thus, it may be the case that popular reliance on social networks in China today is an expression of lingering distrust in the State and formal institutions as much as anything else.

*Private Sector Facilitation: Mediating the Relationship between State and Society*
In between these two forces is a private sector that facilitates the growth of the public sector. We are nearly 40 years into China's economic reforms, and for the vast majority of this period, the State has worked primarily with the State sector [國有企業] in building the links between State and Society. In the last five years, there has been a noticeable shift in the ways in which the State interacts with the private sector. During the first 30+ years of the economic reforms, the Central State has largely held the growing private sector at arm's length. The power and importance of companies like Huawei, Xiaomi, Alibaba, and Tencent has long been acknowledged, but, until recently, there was not a cozy partnership between the Central State and these private sector firms. Today, the situation is much different. Whether we look at the Government's involvement on these companies' Boards (Tencent) or the alliance between these companies and the Government in building social profiles (Alibaba) or the Government's help in providing data that helped in building AI around facial recognition algorithms (Huawei), it is clear that the alliance between the Government and this increasingly powerful private sector.

---

[14] Doug Guthrie, "The Declining Significance of Guanxi in China's Economic Transition," *The China Quarterly* (1998), 154: 254-82; Doug Guthrie, *Dragon in a Three-Piece Suit: The Emergence of Capitalism in China* (Princeton University Press 1999).

[15] Doug Guthrie, *China and Globalization: The Social Economic and Political Transformation of Chinese Society* (Routledge 2012).

[16] Cindy Chiu, Chris Ip, and Ari Silverman, "Understanding social media in China," McKinsey & Co. Note that the argument about a deep lack of trust in formal institutions is also akin to Francis Fukuyama's argument on trust in Chinese society. Francis Fukuyama, *Trust: The Social Virtues and the Creation of Prosperity* (Free Press 1996).

Highly Confidential                                                                                                                APL-SECLIT_00244376

**Applying the Framework**
To summarize, we argue that, to truly understand the behavior of Chinese consumers, we need to locate consumers in the organizational field in which they are embedded. This political economy approach to consumer behavior allows us to take a deeper analytical look at how China's markets are evolving. Let's take a look at how the framework helps us in understanding some of the trends we pointed to above.

*The Shan Zhai ("Copycat") Movement*
As noted above, the Shan Zhai movement has played a significant role in China's economic reforms. A recent article in *The Business Insider* reported, "Four of every 10 products sold online in the country are counterfeit or of 'bad quality,' according to a 2015 report by the Chinese news agency Xinhua. Fake goods are not limited to online stores, though. Entire markets are filled with cut-price fake goods and shop fronts that appear to be rip-offs of American brands like KFC and Walmart."[17] And some scholars, such as Chinese legal scholar, Bill Alford (1997), have argued that this phenomenon is deeply rooted in Chinese culture and the institutional history of Chinese intellectual property rights law.[18] We do not disagree with Professor Alford's perspective, but we do believe it is incomplete. From our perspective, the Shan Zhai movement cannot be divorced from the political economy forces from which it emerged.

One the surface, the Shan Zhai movement looks like a populist phenomenon — many small scale entrepreneurs noticing the market power of Western consumer products and brands and producing products that could leverage a likeness to or an association with those brands. And, indeed, the history of the term might suggest a populist system of an informal economy that is set up to avoid the long arm of the law (in Hong Kong in the 1940s) and the Chinese State (in the 1950s and 60s).[19]

However, in reform era China, there is also a very strong strain of "Governmental Guidance" both Central and Local. The modern Shan Zhai movement was probably launched by Deng Xiaoping's "Southern Tour," the moment in 1992, when Deng made a dramatic push for continuing the reforms. That tour inaugurated the opening of Pudong and Shenzhen as Special Economic Zones that would lead China through the next stage of reforms. From this moment on, the so-called Shan Zhai movement would not be framed as a shadow economy operating beyond the reach of the State but instead as an innovative populist movement that was fully sanctioned and protected by the State. Shenzhen would become the local SEZ that would be proudly known as the center of the Shan Zhai movement. Some two decades later, this movement is a thriving (sanctioned) ecosystem driving the Shenzhen economy: "While the big brands have money, resources, highly skilled design teams and massive market sway, shanzhai has an ecosystem of people collaborating and building on the work of each other. This is an extremely powerful force. It's estimated that there are 20,000 to 25,000 shanzhai companies operating in Shenzhen alone producing more than 300 million cellphones a year, a quarter of the world's supply."[20]

Finally, rounding out this ecosystem, we have the private sector, which facilitates the relationship between state and society. In the case of Shan Zhai, major companies like the Shenzhen Electronics Group, which is a publicly traded group company on the Shenzhen Stock Exchange, have lines of business that specialize in supporting the Shan Zhai movement. You can walk into the main campus of the consumer section of SEG and find stall after stall of pirated components that might help any aspiring Shan Zhai entrepreneur complete the product she or he is building. If you are trying to build an iPhone

---

[17] Will Heilpern, "17 of the most shameless Chinese rip-offs of Western brands," *The Business Insider* (May 6, 2016).

[18] William Alford, *To Steal a Book Is an Elegant Offense: Intellectual Property Law in Chinese Civilization* (Stanford University Press 1997).

[19] Shan Zhai literally means "mountain stronghold" and the term became fused with the informal economy that was operating in informal spaces that were able to avoid the control of the law and Party/State. See Callum Smith, "Shanzhai 山寨 China & its Contents," *The China Story* (February 2016). See also Todd Knoop, *The Traveling Economist: Using Economics to Think About What Makes Us All So Different and the Same* (Praeger, 2017).

[20] "China's copycat manufacturers are now pushing the boundaries of innovation," *South China Morning Post* (May 20, 2015).

Highly Confidential  APL-SECLIT_00244377

knock-off, you can simply go to the SEG bazaar and buy a box that looks very much like it was produced by Yuto (one of Apple's primary packaging suppliers). They will even shrink wrap the box for you on site.

*The MoBike Movement*
As noted above, MoBike is now the largest shared bicycle operator in the world, and through MoBike Shanghai has become the largest bike-share city in the world. On the surface, it looks like a successful entrepreneurial venture that clearly fulfilled a need in Chinese society. But here again, there are many organizational forces at work in this story.

First there is the Central Government. In the Fall of 2014, we began to see a marked shift in the language of the Central Government's direction for the economy. The country had grown for more than three decades — averaging double-digit growth rates for much of this period — through a combination of export-led growth and state-led investment growth. There is a significant literature in the field of development economics on the importance of making the transition from state-led investment to consumption-led growth. There is a strong emphasis on entrepreneurship and innovation as a key to this next stage of economic development. As Premier Li Keqiang put it in a 2015 speech at Davos,

> To foster a new engine of growth, we will encourage mass entrepreneurship and innovation. China has 1.3 billion people, a 900-million workforce, and over 70 million enterprises and self-employed businesses. Our people are hard-working and talented. If we could activate every cell in society, the economy of China as a whole will brim with more vigor and gather stronger power for growth. Mass entrepreneurship and innovation, in our eyes, is a "gold mine" that provides constant source of creativity and wealth.[21]

But recall again that centralized direction is only one part of the Government part of the equation; we also have a dynamic local government. For decades, one of the most dynamic and innovative District Governments in Shanghai is the Xuhui District. This District was the first in Shanghai to have an "Open Economic Zone" [徐匯開發區], dating back to the early 1990s. Working with a large State-Owned Development company, INESA [上海仪电控股(集团)公司], the Xuhui District Government built the INESA Incubator to attract entrepreneurial and innovative companies to their district. The Shanghai branch of MoBike itself was incubated in the INESA Incubator of Xuhui District. As a final player in this organizational ecosystem, MoBike received early stage funding from Tencent and was recently acquired by Meituan-Dianping.

Thus, in the case of MoBike we again see the multiple players in this organizational field: the Central State proving direction; the Local State acting in an entrepreneurial fashion to incubate new ideas and new businesses; the private sector facilitating in a variety of ways — INESA providing space in their incubator, TenCent and Meituan-Dianping providing funding, and TenCent providing the platform on which the system works. It is a system that, on the face of it, looks like an entrepreneurial solution to a consumer demand. However, digging a little deeper, it is clear that it is a product that has been closely incubated and curated by the Local State and the facilitation of the private sector.

**Conclusions**
As the world's largest population — and soon to be the largest economy — China is clearly emerging as a force in consumer markets. Depending on how you measure it, the Chinese middle class is probably larger than any middle class in the world. And it is a middle class that is beginning to consume more of any given good than any market in the world. For Apple, this is certainly true, as China holds the position of the company's second largest market overall and largest App economy. There are many statistics and trends we can cite here as evidence of the particularities of the Chinese market (most cars, most gold, most Apps, most smartphones, most iPhones, etc.). We have made the case here, however, that there is a multilayered organizational field that shapes the continually evolving consumer markets in China today.

---

[21] "Chinese Premier Li Keqiang's speech at Davos 2015," *World Economic Forum*.

Highly Confidential                                                                                           APL-SECLIT_00244378

This organizational field includes governmental organizations at both the Central and Local Government levels. It also includes a population that adopts ideas, imitates, scales, refines, and, in some cases, innovates. Finally, over the years, there has become a much closer relationship between the Central and Local Governments and the private sector, which facilitates many of the new entrepreneurial ventures emerging in China today. All of these forces come together to in a multilayered set of forces that shape the dynamics of the world's largest consumer marketplace.

Highly Confidential                                                                                                          APL-SECLIT_00244379